# General Docket
## United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 20-70297<br>Children's Health Defense, et al v. FCC, et al<br>**Appeal From:** Federal Communications Commission<br>**Fee Status:** Paid | **Docketed:** 02/03/2020<br>**Termed:** 04/24/2020 |

**Case Type Information:**
  1) agency
  2) review
  3) null

**Originating Court Information:**
  **District:** FCC-1 : 19-126
  **Date Filed:** 02/03/2020
| **Date Decided:** | **Date Rec'd COA:** |
| 12/04/2019 | 02/03/2020 |

**Prior Cases:**
  None

**Current Cases:**
  None

---

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE<br>    Petitioner, | Robert Francis Kennedy, Jr.<br>Direct: 914-882-4789<br>[COR LD NTC Retained]<br>Children's Health Defense<br>1227 N Peachtree Parkway<br>Suite 202<br>Peachtree City, GA 30269<br><br>W. Scott McCollough<br>Direct: 512-888-1112<br>[COR NTC Retained]<br>McCollough Law Firm PC<br>2290 Gatlin Creek Road<br>Dripping Springs, TX 78620 |
| MICHELE HERTZ<br>    Petitioner, | Robert Francis Kennedy, Jr.<br>Direct: 914-882-4789<br>[COR LD NTC Retained]<br>(see above)<br><br>W. Scott McCollough<br>Direct: 512-888-1112<br>[COR NTC Retained] |

|  |  |
|---|---|
|  | (see above) |
| PETRA BROKKEN<br>　　　　Petitioner, | Robert Francis Kennedy, Jr.<br>Direct: 914-882-4789<br>[COR LD NTC Retained]<br>(see above) |
|  | W. Scott McCollough<br>Direct: 512-888-1112<br>[COR NTC Retained]<br>(see above) |
| DAVID O. CARPENTER, Doctor<br>　　　　Petitioner, | Robert Francis Kennedy, Jr.<br>Direct: 914-882-4789<br>[COR LD NTC Retained]<br>(see above) |
|  | W. Scott McCollough<br>Direct: 512-888-1112<br>[COR NTC Retained]<br>(see above) |
| PAUL DART, Doctor<br>　　　　Petitioner, | Robert Francis Kennedy, Jr.<br>Direct: 914-882-4789<br>[COR LD NTC Retained]<br>(see above) |
|  | W. Scott McCollough<br>Direct: 512-888-1112<br>[COR NTC Retained]<br>(see above) |
| TORIL H. JELTER, Doctor<br>　　　　Petitioner, | Robert Francis Kennedy, Jr.<br>Direct: 914-882-4789<br>[COR LD NTC Retained]<br>(see above) |
|  | W. Scott McCollough<br>Direct: 512-888-1112<br>[COR NTC Retained]<br>(see above) |
| ANN LEE, Doctor<br>　　　　Petitioner, | Robert Francis Kennedy, Jr.<br>Direct: 914-882-4789<br>[COR LD NTC Retained]<br>(see above) |
|  | W. Scott McCollough<br>Direct: 512-888-1112 |

|  |  |
|---|---|
|  | [COR NTC Retained]<br>(see above) |
| VIRGINIA FARVER<br>    Petitioner, | Robert Francis Kennedy, Jr.<br>Direct: 914-882-4789<br>[COR LD NTC Retained]<br>(see above) |
|  | W. Scott McCollough<br>Direct: 512-888-1112<br>[COR NTC Retained]<br>(see above) |
| JENNIFER BARAN<br>    Petitioner, | Robert Francis Kennedy, Jr.<br>Direct: 914-882-4789<br>[COR LD NTC Retained]<br>(see above) |
|  | W. Scott McCollough<br>Direct: 512-888-1112<br>[COR NTC Retained]<br>(see above) |
| PAUL STANLEY, M.Ed.<br>    Petitioner, | Robert Francis Kennedy, Jr.<br>Direct: 914-882-4789<br>[COR LD NTC Retained]<br>(see above) |
|  | W. Scott McCollough<br>Direct: 512-888-1112<br>[COR NTC Retained]<br>(see above) |
| v. |  |
| FEDERAL COMMUNICATIONS COMMISSION<br>    Respondent, | Jacob Matthew Lewis, Associate General Counsel<br>Direct: 202/514-5090<br>[COR LD NTC Government]<br>DOJ - U.S. Department of Justice<br>Rm. 7264<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br><br>Jeffrey S. Beelaert, Attorney<br>[COR NTC Government]<br>DOJ - U.S. Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7415 |

|  |  |
|---|---|
|  | Ben Franklin Station<br>Washington, DC 20044-7415 |
|  | Ashley Boizelle, Deputy General Counsel<br>Direct: 202-418-1740<br>[COR NTC Government]<br>Federal Communications Commission<br>Office of General Counsel, Litigation Division<br>8-C755<br>445 12th Street SW<br>8th Floor<br>Washington, DC 20554 |
|  | William Scher, Attorney<br>Direct: 202-418-7399<br>[COR NTC Government]<br>Federal Communications Commission<br>Office of General Counsel, Litigation Division<br>8-A831<br>445 12th Street SW<br>8th Floor<br>Washington, DC 20554 |
|  | Richard Kiser Welch, Deputy Associate General Counsel<br>Direct: 202-418-7225<br>[COR NTC Government]<br>Federal Communications Commission<br>Office of General Counsel, Litigation Division<br>Room 8-A765<br>445 12th Street SW<br>8th Floor<br>Washington, DC 20554 |
| UNITED STATES OF AMERICA<br>    Respondent, | Jacob Matthew Lewis, Associate General Counsel<br>Direct: 202/514-5090<br>[COR LD NTC Government]<br>(see above) |
|  | Jeffrey S. Beelaert, Attorney<br>[COR NTC Government]<br>(see above) |
| ----------------------------- |  |
| ENVIRONMENTAL HEALTH TRUST,<br>CONSUMERS FOR SAFE CELL PHONES, | Edward B. Myers<br>Direct: 301-294-2190 |

| ELIZABETH BARRIS, and THEODORA SCARATO<br><br>Amicus Curiae - Pending, | [COR LD NTC Retained]<br>Law Office of Edward B. Myers<br>14613 DeHaven Court<br>Gaithersburg, MD 20878 |
|---|---|

CHILDREN'S HEALTH DEFENSE; MICHELE HERTZ; PETRA BROKKEN; DAVID O. CARPENTER, Doctor; PAUL DART, Doctor; TORIL H. JELTER, Doctor; ANN LEE, Doctor; VIRGINIA FARVER; JENNIFER BARAN; PAUL STANLEY, M.Ed.,

  Petitioners,

 v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA,

  Respondents.

| | | | |
|---|---|---|---|
| 02/03/2020 | ☐ | 1<br>210 pg, 2.91 MB | FILED PETITION FOR REVIEW. DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. NOTIFIED RESPONDENTS OF FILING. SEND MQ: Yes. Petitioners Jennifer Baran, Petra Brokken, David O. Carpenter, Childrens Health Defense, Paul Dart, Virginia Farver, Michele Hertz, Toril H. Jelter, Ann Lee and Paul Stanley Mediation Questionnaire due on 02/10/2020. Petitioner brief due 04/23/2020 for Jennifer Baran, Petra Brokken, David O. Carpenter, Childrens Health Defense, Paul Dart, Virginia Farver, Michele Hertz, Toril H. Jelter, Ann Lee and Paul Stanley. Respondent brief due 05/26/2020 for Federal Communications Commission and United States of America. Petitioner's optional reply brief is due 21 days after service of the answering brief. [11582294] (JMR) [Entered: 02/03/2020 10:27 AM] |
| 02/03/2020 | ☐ | 2 | Filed (ECF) notice of appearance of Richard K. Welch (Federal Communications Commission, 445 12th Street, SW, Washington, DC 20554) for Respondent FCC. Date of service: 02/03/2020. (Party was previously proceeding with counsel.) [11582355] [20-70297] (Welch, Richard) [Entered: 02/03/2020 10:43 AM] |
| 02/03/2020 | ☐ | 3 | Added Attorney(s) Richard Kiser Welch for party(s) Respondent FCC, in case 20-70297. [11582357] (NAC) [Entered: 02/03/2020 10:45 AM] |
| 02/04/2020 | ☐ | 4 | Filed (ECF) notice of appearance of William J. Scher (Federal Communications Commission, 445 12th Street, SW, Washington, DC 20554) for Respondent FCC. Date of service: 02/04/2020. (Party was previously proceeding with counsel.) [11584197] [20-70297] (Scher, William) [Entered: 02/04/2020 09:55 AM] |
| 02/04/2020 | ☐ | 5 | Added Attorney(s) William Scher for party(s) Respondent FCC, in case 20-70297. [11584209] (NAC) [Entered: 02/04/2020 09:57 AM] |

| Date | | Doc # | Description |
|---|---|---|---|
| 02/08/2020 | ☐ | **6**<br>2 pg, 116.48 KB | Filed (ECF) Petitioners Jennifer Baran, Petra Brokken, David O. Carpenter, Childrens Health Defense, Paul Dart, Virginia Farver, Michele Hertz, Toril H. Jelter, Ann Lee and Paul Stanley Mediation Questionnaire. Date of service: 02/08/2020. [11590504] [20-70297] (McCollough, W.) [Entered: 02/08/2020 03:00 PM] |
| 02/08/2020 | ☐ | 7 | The Mediation Questionnaire for this case was filed on 02/08/2020. To submit pertinent **confidential** information directly to the Circuit Mediators, please use the following **link**.<br>Confidential submissions may include any information relevant to mediation of the case and settlement potential, including, but not limited to, settlement history, ongoing or potential settlement discussions, non-litigated party related issues, other pending actions, and timing considerations that may impact mediation efforts.[11590508]. [20-70297] (AD) [Entered: 02/08/2020 06:44 PM] |
| 02/12/2020 | ☐ | 8 | Filed (ECF) notice of appearance of Ashley Boizelle (Federal Communications Commission, 445 12th Street, SW, Washington, DC 20554) for Respondent FCC. Date of service: 02/12/2020. (Party was previously proceeding with counsel.) [11594787] [20-70297] (Boizelle, Ashley) [Entered: 02/12/2020 11:30 AM] |
| 02/12/2020 | ☐ | 9 | Added Attorney(s) Ashley Boizelle for party(s) Respondent FCC, in case 20-70297. [11594796] (NAC) [Entered: 02/12/2020 11:32 AM] |
| 02/12/2020 | ☐ | **10**<br>171 pg, 1.05 MB | Filed (ECF) Respondent FCC Motion to transfer appeal to United States Court of Appeals for the District of Columbia Circuit. Date of service: 02/12/2020. [11595266] [20-70297] (Scher, William) [Entered: 02/12/2020 02:34 PM] |
| 02/18/2020 | ☐ | **11**<br>59 pg, 482.95 KB | Filed (ECF) Petitioners Jennifer Baran, Petra Brokken, David O. Carpenter, Childrens Health Defense, Paul Dart, Virginia Farver, Michele Hertz, Toril H. Jelter, Ann Lee and Paul Stanley Motion for miscellaneous relief [Motion for Affirmative Relief and, in the alternative, Opposition to Motion to Transfer (Dkt 10-1)] and Response opposing motion ([10] Motion (ECF Filing), [10] Motion (ECF Filing)). Date of service: 02/18/2020. [11599257] [20-70297] (McCollough, W.) [Entered: 02/18/2020 09:20 AM] |
| 02/25/2020 | ☐ | **12**<br>2 pg, 106.03 KB | MEDIATION ORDER FILED: By 03/09/2020, counsel to email Circuit Mediator regarding settlement potential. Include Ninth Circuit case number in subject line. This communication will be kept confidential, if requested, and should not be filed with the court. The existing briefing schedule remains in effect. SEE ORDER FOR DETAILS. [11608161] (VS) [Entered: 02/25/2020 11:55 AM] |
| 02/28/2020 | ☐ | **13**<br>7 pg, 126.69 KB | Filed (ECF) Respondent FCC reply to response (). Date of service: 02/28/2020. [11612186] [20-70297] (Scher, William) [Entered: 02/28/2020 09:07 AM] |
| 03/04/2020 | ☐ | **14**<br>12 pg, 147.46 KB | Filed (ECF) Petitioners Jennifer Baran, Petra Brokken, David O. Carpenter, Childrens Health Defense, Paul Dart, Virginia Farver, Michele |

| | | | |
|---|---|---|---|
| | | | Hertz, Toril H. Jelter, Ann Lee and Paul Stanley reply to response (). Date of service: 03/04/2020. [11617963] [20-70297] (McCollough, W.) [Entered: 03/04/2020 01:04 PM] |
| 03/11/2020 | ☐ | 15 | Filed (ECF) notice of appearance of Jeffrey S. Beelaert (U.S. Department of Justice, PO Box 7415, Washington, DC 20044) for Respondents FCC and USA. Date of service: 03/11/2020. (Party was previously proceeding with counsel.) [11625664] [20-70297] (Beelaert, Jeffrey) [Entered: 03/11/2020 07:23 AM] |
| 03/11/2020 | ☐ | 16 | Added Attorney(s) Jeffrey S. Beelaert for party(s) Respondent USA Respondent FCC, in case 20-70297. [11625665] (NAC) [Entered: 03/11/2020 07:27 AM] |
| 03/13/2020 | ☐ | 17 | COURT DELETED INCORRECT ENTRY. Notice about deletion sent to case participants registered for electronic filing. Correct Entry: [18]. Original Text: Filed (ECF) Environmental Health Trust, Consumers for Safe Cell Phones, Elizabeth Barris, and Theodora Scarato Motion to become amicus curiae. Date of service: 03/13/2020. [11629773] [20-70297] (Myers, Edward) [Entered: 03/13/2020 03:07 PM] |
| 03/13/2020 | ☐ | 18  19 pg, 236.37 KB | Submitted (ECF) Amicus brief for review and filed Motion to become amicus curiae. Submitted by Environmental Health Trust, Consumers for Safe Cell Phones, Elizabeth Barris, and Theodora Scarato. Date of service: 03/13/2020. [11629789] [20-70297]--[COURT UPDATE: Attached corrected PDF of the brief. 03/16/2020 by KWG] (Myers, Edward) [Entered: 03/13/2020 03:12 PM] |
| 03/16/2020 | ☐ | 19 | Entered appearance of Amici Curiae - Pending Environmental Health Trust, et al. [11631536]--[COURT UPDATE: Updated docket text. 03/16/2020 by KWG] (KWG) [Entered: 03/16/2020 03:49 PM] |
| 04/01/2020 | ☐ | 20  23 pg, 801.34 KB | Filed (ECF) Petitioners Jennifer Baran, Petra Brokken, David O. Carpenter, Childrens Health Defense, Paul Dart, Virginia Farver, Michele Hertz, Toril H. Jelter, Ann Lee and Paul Stanley citation of supplemental authorities. Date of service: 04/01/2020. [11648354] [20-70297] (McCollough, W.) [Entered: 04/01/2020 10:03 AM] |
| 04/02/2020 | ☐ | 21  177 pg, 1.33 MB | Filed (ECF) Petitioners Jennifer Baran, Petra Brokken, David O. Carpenter, Childrens Health Defense, Paul Dart, Virginia Farver, Michele Hertz, Toril H. Jelter, Ann Lee and Paul Stanley reply to answer to Miscellaneous petition. Date of service: 04/02/2020. [11650275] [20-70297] (McCollough, W.) [Entered: 04/02/2020 03:02 PM] |
| 04/02/2020 | ☐ | 22  1 pg, 85.71 KB | MEDIATION ORDER FILED: This case is RELEASED from the Mediation Program. All further inquiries regarding this appeal, including request for extensions of time, should be directed to the Clerk's Office. Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending. [11650371] (VS) [Entered: 04/02/2020 03:46 PM] |
| 04/17/2020 | ☐ | 23 | Filed (ECF) Respondent FCC citation of supplemental authorities. Date of |

| | | | |
|---|---|---|---|
| | | 2 pg, 181.46 KB | service: 04/17/2020. [11664594] [20-70297] (Scher, William) [Entered: 04/17/2020 01:56 PM] |
| 04/20/2020 | ☐ | 24<br>2 pg, 357.67 KB | Filed (ECF) Petitioners Jennifer Baran, Petra Brokken, David O. Carpenter, Children's Health Defense, Paul Dart, Virginia Farver, Michele Hertz, Toril H. Jelter, Ann Lee and Paul Stanley citation of supplemental authorities. Date of service: 04/20/2020. [11665201] [20-70297] (McCollough, W.) [Entered: 04/20/2020 07:17 AM] |
| 04/24/2020 | ☐ | 25<br>20 pg, 379.26 KB | Filed order (MARY H. MURGUIA, JOHN B. OWENS and MARK J. BENNETT) : Respondents' motion to transfer this petition for review to the United States Court of Appeals for the District of Columbia Circuit (Docket Entry No. [10] ) is granted. See 28 U.S.C. § 2112(a)(5) ("All courts in which proceedings are instituted with respect to the same order, other than the court in which the record is filed pursuant to this subsection, shall transfer those proceedings to the court in which the record is so filed."). Respondents' motion to defer filing of the record (Docket Entry No. [10] ) is denied as moot. The Clerk shall transfer the petition for review and all other pending motions to the United States Court of Appeals for the District of Columbia Circuit. Upon transfer of the petition, the Clerk shall close this case. TRANSFERRED. [11671337] (RT) [Entered: 04/24/2020 02:59 PM] |
| 04/24/2020 | ☐ | 26 | Case Transferred to U.S.C.A. District of Columbia - Per Order FILED 4/24/2020. Notified the circuit via email and provided all materials electronically. [11671381] (ER) [Entered: 04/24/2020 03:28 PM] |

Select All    Clear All

◉ **Documents and Docket Report**
○ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

Selected Pages: 0    Selected Size: 0 KB

View Selected