# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-1025**                    **September Term, 2019**

**FCC-19-126**

**Filed On: May 8, 2020** [1841928]

Environmental Health Trust, et al.,

       Petitioners

    v.

Federal Communications Commission and
United States of America,

       Respondents

------------------------------

Consolidated with 20-1138

### O R D E R

Upon consideration of the unopposed motion of petitioners Children's Health Defense, et al. to amend the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Petitioners' Brief(s) | July 1, 2020 |
| Respondents' Brief | August 17, 2020 |
| Petitioners' Reply Brief(s) | September 8, 2020 |
| Deferred Appendix | September 18, 2020 |
| Final Briefs | October 2, 2020 |

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                              BY:     /s/
                                                Michael C. McGrail
                                                Deputy Clerk