# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 20-1025**　　　　　　　　　　　　　　　　September Term, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FCC-19-126

　　　　　　　　　　　　　　　　　　　Filed On: June 11, 2020 [1846680]

Environmental Health Trust, et al.,

　　　　Petitioners

　　v.

Federal Communications Commission and
United States of America,

　　　　Respondents

------------------------------

Consolidated with 20-1138

## O R D E R

　　It is **ORDERED**, on the court's own motion, that the deadlines established in the court's May 8, 2020 briefing order be suspended pending further order of the court.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　　　Deputy Clerk