# United States Court of Appeals
### For The District of Columbia Circuit

───────────

**No. 20-1025**  **September Term, 2019**

**FCC-19-126**

**Filed On: July 2, 2020**

Environmental Health Trust, et al.,

    Petitioners

    v.

Federal Communications Commission and
United States of America,

    Respondents

------------------------------

Consolidated with 20-1138

**BEFORE:** Henderson, Griffith, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the motion for extension of time, and the motion to exceed the word limits, it is

**ORDERED** that the motion for extension of time be granted.  It is

**FURTHER ORDERED** that the motion to exceed the word limits be granted in part.  The following briefing format and schedule will now apply in these consolidated cases:

| | |
|---|---|
| Joint Brief of Petitioners (not to exceed 18,000 words) | July 29, 2020 |
| Respondents' Brief (not to exceed 18,000 words) | September 14, 2020 |
| Joint Reply Brief of Petitioners (not to exceed 8,000 words) | October 6, 2020 |

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-1025**                                            **September Term, 2019**

Deferred Appendix                        October 16, 2020

Final Briefs                                October 30, 2020

**<u>Per Curiam</u>**

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                             BY:      /s/
                                                   Manuel J. Castro
                                                   Deputy Clerk