# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Environmental Health Trust, et al and Chil[dren's Health Defense]

**v.** FCC. et al

**Case No:** 20-1025 (lead) and 20-1138

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Children's Health Defense | Dr. Paul Dart |
| Michele Hertz | Dr. Toril H. Jelter |
| Petra Brokken | Dr. Ann Lee |
| Dr. David O Carpenter | CONTINUED ON ADDITIONAL SHEET |

### Counsel Information

**Lead Counsel:** W. Scott McCollough

**Direct Phone:** (512) 888-1112  **Fax:** (512) 692-2522  **Email:** wsmc@dotlaw.biz

**2nd Counsel:** Robert F. Kennedy, Jr.

**Direct Phone:** (845) 377-0211  **Fax:** (512) 692-2522  **Email:** rfk.fcc@childrenshealthdefense.org

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

Robert F. Kennedy, Jr. Entry of Appearance Case 20-1025 (lead) and 20-1138

Party Information; – carried over from form

Additional Represented Petitioners

Virginia Farver

Jennifer Baran

Paul Stanley, M.Ed.