# MOTION FOR LEAVE TO FILE

We respectfully make a motion for permission to file the attached Amicus Curiae Brief in support of Environmental Health Trust, et al. and Children's Health Defense, et al. in support of their Appeal of Federal Communications Commission Order 19-126 [ENVIRONMENTAL HEALTH TRUST, et al. and CHILDREN'S HEALTH DEFENSE, et al. v. FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA, 2020; 20-1025 (Lead); 20-1138 (Consolidated)].

Our family and future will be deeply affected by the outcome for better (if the Petitioners succeed) or worse (if the Petitioners fail).

We have been living with and learning about radiofrequency/microwave sickness for nineteen years. We have approached radiofrequency/microwave sickness systematically and scientifically and have learned a lot from our experience and through sharing our knowledge with and learning from others. We hope to share some of the knowledge we have gained with the Court to help the Court understand why Federal Communications Commission Order 19-126 is arbitrary and capricious, an abuse of discretion, and not in accordance with the law. And, why the Federal Communications Commission erred so badly when it dismissed so much of the docket saying "The vast majority of filings were unscientific, and even the filings that sought to present scientific evidence failed to

make a persuasive case for revisiting our existing RF limits." and "there is no evidence to support that adverse health effects in humans are caused by exposures at, under, or even in some cases above, the current RF limits."(FCC Order 19-126, p.8).

The health and futures of numerous other individuals who filed in the Docket, as well as many who were too sick to participate, and indeed of the public at large (as we explain in our Amicus Curiae Brief) hangs in the balance.

Please accept our Amicus Curiae Brief so the Court can gain a more complete understanding of why this case and the Courts decision is so important.

Respectfully,

Dan and Catherine Kleiber

August 4, 2020