## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) because this motion contains 200 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f). This statement is based on the word count function of Microsoft Word.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font for the main text and 14-point Times New Roman font for footnotes.

*/s/ James S. Turner*

James S. Turner
Swankin & Turner
1601 18th St. NW #4
Washington, DC 20009
Tel: (202) 462-8800
Fax: (202) 315-2501
jim@swankin-turner.com
*Counsel for Amicus Curiae*
