# Law Office of Edward B. Myers

**14613 DeHaven Court**
**North Potomac, MD 20878**
**Phone: (301) 294-2190**
**edwardbmyers@yahoo.com**

August 14, 2020

Mark Langer, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
335 Constitution Avenue, NW
Washington, DC 20001

    RE:   *Environmental Health Trust, et al. v. Federal Communications Commission*, No. 20-1025 (lead) and *Children's Heath Defense, et al. v. Federal Communications Commission*, No. 20-1138 (consolidated)

Dear Mr. Langer:

    On August 3, 2020, your office requested that Petitioners' resubmit their Joint Opening Brief in order to eliminate any uncommon acronyms from the text of the document. Separately, your office advised the Petitioners to review the Addenda that accompanied the Petitioners' Joint Opening Brief to ensure that all documents therein are machine readable.

    The attached, corrected Petitioners' Joint Opening Brief, is being filed in response to the Court's August 3 letter on behalf of all Petitioners in the above-referenced cases. Separately, Petitioners are this date also resubmitting the Addenda to their Joint Opening Brief with all documents therein in a machine-readable format. No other changes have been made to the Addenda.

    However, in addition to eliminating uncommon acronyms, Petitioners have corrected a number of typographical and other miscellaneous errors in the Joint Opening Brief. These miscellaneous errors were created because the document was corrupted by a computer error beyond Petitioners' control. Furthermore, all corrections have been reviewed by the Respondents in this case and Petitioners are

authorized to state that Respondents have consented to the Petitioners' submission of the corrected Brief, provided that Petitioners consent to a reasonable extension of time for Respondents to submit their brief in this proceeding.  In light of the delay occasioned by the need for Petitioners to file a corrected Joint Opening Brief, Petitioners consent to such a reasonable extension of time for Respondents to file their brief.

Sincerely,

/s/Edward B. Myers
Edward B. Myers
Counsel for Petitioners in *Environmental Health Trust, et al*. v. FCC

cc: All Parties