# In the
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ENVIRONMENTAL HEALTH TRUST, *et al*. ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> FEDERAL COMMUNICATIONS COMMISSION ) <br> AND UNITED STATES OF AMERICA, ) <br> ) <br> Respondents. ) | Nos. 20-1025 and <br> 20-1138 |

## CONSENT MOTION FOR EXTENSION OF TIME FOR FILING RESPONDENTS' BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 28(e), the Federal Communications Commission (FCC), with the consent of all parties, respectfully moves the Court for an extension of the time for filing Respondents' brief from September 14, 2020, to September 22, 2020. Grant of the motion is warranted due to the delay occasioned by Petitioners' filing of an amended opening brief on August 14, 2020, and will help ensure that the Court has the benefit of thorough briefing of the issues presented in this case.

Pursuant to the Court's July 2, 2020 Order in the above-captioned cases, Petitioners Environmental Health Trust, *et al*. and Children's Health Defense, *et al*. filed their joint opening brief on July 29, 2020. Petitioners filed an amended brief on August 14, 2020. Letter of Edward B. Myers, Counsel, to Mark Langer, Clerk of Court, *Environmental Health Trust, et al. v. FCC*, Nos. 20-1025 and 20-1138

- 2 -

(Aug. 14, 2020). Among other things, the amended brief provides citations to comments and evidence in the record that were missing from the brief filed on July 29, 2020. *See id.* at 1 ("These miscellaneous errors were created because the document was corrupted by a computer error beyond Petitioners' control."). Due to the delay occasioned by Respondents' lack of access to record citations in Petitioners' opening brief for a period of 16 days, the FCC respectfully requests an eight-day extension of the time for filing Respondents' brief to September 22, 2020, and a corresponding extension of later filing deadlines, as set forth below:

|  | July 2, 2020 Order Schedule | Requested Revised Schedule |
|---|---|---|
| Respondents' Brief | September 14, 2020 | September 22, 2020 |
| Petitioners' Joint Reply Brief | October 6, 2020 | October 16, 2020 |
| Deferred Appendix | October 16, 2020 | October 26, 2020 |
| Final Briefs | October 30, 2020 | November 9, 2020 |

The undersigned counsel for the FCC has contacted counsel for all parties and is authorized to state that all parties consent to this request.

Respectfully submitted,

*/s/ William J. Scher*

Ashley S. Boizelle
Deputy General Counsel

Jacob M. Lewis
Associate General Counsel

Richard K. Welch
Deputy Associate General Counsel

- 3 -

William J. Scher
Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 386-0868

August 18, 2020

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

   ☒ this document contains 332 words, *or*

   ☐ this document uses a monospaced typeface and contains ___ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

   ☒ this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman, *or*

   ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____.

*s/ William J. Scher*

William J. Scher
Counsel
Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740

# CERTIFICATE OF FILING AND SERVICE

I, William J. Scher, hereby certify that on August 18, 2020, I filed the foregoing Consent Motion for Extension of Time for Filing Respondents' Brief with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/ William J. Scher*

William J. Scher
Counsel
Federal Communications Commission
Washington, DC  20554
(202) 418-1740