# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Environmental Health Trust

v.

Federal Communications Commission

**Case No:** 20-1025

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Federal Communications Commission

### Counsel Information

Lead Counsel: Rachel Proctor May

Direct Phone: ( 202 ) 418-1740   Fax: ( 202 ) 418-2819   Email: rachel.may@fcc.gov

2nd Counsel:

Direct Phone: (   )   Fax: (   )   Email:

3rd Counsel:

Direct Phone: (   )   Fax: (   )   Email:

Firm Name: Federal Communications Commission

Firm Address: 445 12th Street, SW, Washington, DC 20554

Firm Phone: ( 202 ) 418-1740   Fax: ( 202 ) 418-2819   Email: fcclitigation@fcc.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)