# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-1025**  September Term, 2019

FCC-19-126

Filed On: August 20, 2020 [1857458]

Environmental Health Trust, et al.,

    Petitioners

    v.

Federal Communications Commission and
United States of America,

    Respondents

------------------------------

Consolidated with 20-1138

# O R D E R

Upon consideration of the motion of Building Biology Institute to participate as amicus curiae, and the lodged brief amicus curiae; the motion for leave to file brief amicus curiae Joseph Sandri in support of petitioners, and the lodged brief amicus curiae; the motion of Dan and Catherine Kleiber for leave to file brief amicus curiae, and the lodged brief and appendix; and respondent's unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motions to participate as amicus curiae be granted.  The Clerk is directed to file the lodged briefs amicus curiae and the appendix.  It is

**FURTHER ORDERED** that the motion to extend time be granted.  The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Respondents' Brief | September 22, 2020 |
| Petitioners' Reply Brief | October 16, 2020 |
| Deferred Appendix | October 26, 2020 |
| Final Briefs | November 9, 2020 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk