# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 20-1025** | **September Term, 2020** |
| | **FCC-19-126** |
| | **Filed On: October 15, 2020** [1866536] |

Environmental Health Trust, et al.,

      Petitioners

    v.

Federal Communications Commission and
United States of America,

      Respondents

------------------------------

Consolidated with 20-1138

## O R D E R

    Upon consideration of petitioners' joint consent motion to amend the briefing schedule, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Petitioners' Reply Brief | October 19, 2020 |
| Deferred Appendix | October 26, 2020 |
| Final Briefs | November 9, 2020 |

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

               BY:    /s/
                         Michael C. McGrail
                         Deputy Clerk