# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-1025**                                          **September Term, 2020**

FCC-19-126

Filed On: October 28, 2020 [1868501]

Environmental Health Trust, et al.,

      Petitioners

   v.

Federal Communications Commission and
United States of America,

      Respondents

------------------------------

Consolidated with 20-1138

## O R D E R

Upon consideration of petitioners' joint motion with respondent's consent to amend the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

    Deferred Appendix                                      November 4, 2020

    Final Briefs                                                 November 12, 2020

                                                       **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                         BY:      /s/
                                                       Michael C. McGrail
                                                       Deputy Clerk