**20-1025 (Lead); 20-1138 (Consolidated)**

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ENVIRONMENTAL HEALTH TRUST; CONSUMERS FOR SAFE CELL
PHONES; ELIZABETH BARRIS; THEODORA SCARATO

CHILDREN'S HEALTH DEFENSE; MICHELE HERTZ; PETRA BROKKEN;
DR. DAVID O. CARPENTER; DR. PAUL DART; DR. TORIL H. JELTER; DR.
ANN LEE; VIRGINIA FARVER, JENNIFER BARAN; PAUL STANLEY, M.Ed.
*Petitioners*

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA
*Respondents*

Petition for Review of Order Issued by the
Federal Communications Commission

### DEFERRED JOINT APPENDIX

### VOLUME 5

Edward B. Myers
Law Office of Edward B. Myers
14613 Dehaven Court
North Potomac, MD 20878
Phone: 717-752-2032
edwardbmyers@yahoo.com

*Counsel for Petitioners 20-1025*

Robert F. Kennedy, Jr.
Children's Health Defense
1227 North Peachtree Pkwy #202
Peachtree City, GA 30269
Phone: 845-377-0211
rfk.fcc@childrenshealthdefense.org

W. Scott McCollough
McCollough Law Firm, P.C.
2290 Gatlin Creek Rd.
Dripping Springs, TX 78620
Phone: 512-888-1112
wsmc@dotlaw.biz

*Counsel for Petitioners 20-1138*

**INDEX TO DEFERRED APPENDIX**

| Tab No. | JA Page Nos. | Date | Filer/Author | Filing/Attachment Description |
|---|---|---|---|---|
| **VOLUME 1 – Tabs 1-2** | | | | |
| **COMMISSION ORDER AND NOTICE OF INQUIRY** | | | | |
| 1 | 1-160 | Dec. 4, 2019 | FCC | *Resolution of Notice of Inquiry Order* |
| 2 | 161-363 | Mar. 29, 2013 | FCC | *Notice of Inquiry* |
| **VOLUME 2 – Tabs 3 – 7 Part 1** | | | | |
| **COMMENTS AND OTHER FILINGS** | | | | |
| 3 | 364-428 | Sep. 3, 2013 | CTIA-The Wireless Association | FCC; Comments of the CTIA - The Wireless Association, ET Docket No. 13-84 |
| 4 | 429-467 | Nov 18, 2013 | CTIA-The Wireless Association | FCC; Reply Comments of the CTIA - The Wireless Association, ET Docket No. 13-84 |
| 5 | 468-572 | Sep. 3, 2013 | Mobile Manufacturers Forum | FCC; Mobile Manufacturers Forum Comments, ET Docket No. 13-84 |
| 6 | 573-588 | Nov. 18, 2013 | Mobile Manufacturers Forum | FCC; Mobile Manufacturers Forum Reply Comments, ET Docket No. 13-84 |

## INDEX TO DEFERRED APPENDIX

| Tab No. | JA Page Nos. | Date | Filer/Author | Filing/Attachment Description |
|---------|--------------|------|--------------|-------------------------------|
| 7 Part 1 | 589-764 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai. (Tab 7 Part 1) |
| **VOLUME 3 – Tab 7 Part 2** | | | | |
| 7 Part 2 | 765-1164 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai.(Tab 7 Part 2) |
| **VOLUME 4 – Tab 7 Part 3** | | | | |
| 7 Part 3 | 1165-1564 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai.(Tab 7 Part 3) |
| **VOLUME 5 – Tabs 7 Part 4 – 8 Part 1** | | | | |
| 7 Part 4 | 1565-1602 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai.(Tab 7 Part 4) |
| 8 Part 1 | 1603-1964 | Sep. 13, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of Over 600 Studies Published Between August 2016- August 2019, Dr. Joel Moskowitz; 2019 (Tab 8 Part 1) |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| **VOLUME 6 – Tabs 8 Part 2 - 10** | | | | |
| 8 Part 2 | 1965-2130 | Sep. 13, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of Over 600 Studies Published Between August 2016- August 2019, Dr. Joel Moskowitz; 2019 (Tab 8 Part 2) |
| 9 | 2131-2142 | Sep. 28, 2016 | Gary C. Vesperman | Research Compilation; Abstracts of 15 New Studies, Dr. Joel Moskowitz PhD, 2016 |
| 10 | 2143-2378 | Jul. 7, 2016 | Environmental Health Trust | Research Compilation; Studies and Documents; City of Pinole, CA |
| **VOLUME 7 – Tabs 11 – 13 Part 1** | | | | |
| 11 | 2379-2389 | Jul. 7, 2016 | Environmental Health Trust | US Exposures Limits - A History of Their Creation, Comments and Explanations; Eng. Lloyd Morgan |
| 12 | 2390-2439 | Aug. 26, 2016 | Heidi M. Lumpkin | Biosystem & Ecosystem; Birds, Bees and Mankind: Destroying Nature by 'Electrosmog': Effects of Mobile Radio and Wireless Communication. Dr. Ulrich Warnke, Ph.D., 2007 |
| 13 Part 1 | 2440-2778 | Jul. 13, 2016 | Parents for Safe Technology | Cancer; IARC Monograph: Non-Ionizing Radiation Part 2: RF EMFs, 2013 (Tab 13 Part 1) |
| **VOLUME 8 – Tabs 13 Part 2 - 23** | | | | |
| 13 Part 2 | 2779-2920 | Jul. 13, 2016 | Parents for Safe Technology | Cancer; IARC Monograph: Non-Ionizing Radiation Part 2: RF EMFs, 2013 (Tab 13 Part 2) |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 14 | 2921-2927 | Nov. 18, 2013 | Kevin Mottus | Cancer; IARC Press Release: IARC Classifies RF EMFs As Possibly Carcinogenic to Humans, 2011 |
| 15 | 2928-3002 | Jul. 11, 2016 | Environmental Health Trust | NTP; Report of Partial Findings from the National Toxicology Program Carcinogenesis Studies of Cell Phone Radiofrequency Radiation in Hsd: Sprague Dawley® SD rats (Whole Body Exposures); Draft 5-19-2016 |
| 16 | 3003-3009 | Oct. 1, 2018 | Environmental Health Trust | NTP; Commentary on the utility of the National Toxicology Program study on cell phone radiofrequency radiation data for assessing human health risks despite unfounded criticisms aimed at minimizing the findings of adverse health effects. Environmental Research. Dr. Ron Melnick; 2019 |
| 17 | 3010-3036 | Apr. 16, 2018 | Theodora Scarato | NTP; Dr. Hardell and Dr. Carlsberg letter to the NTP, NIH, DHHS, NTP Technical Report On The Toxicology And Carcinogenesis Studies; Mar. 12, 2018 |
| 18 | 3037-3048 | Oct. 1, 2018 | Environmental Health Trust | Cancer-NTP; Cancer epidemiology update, following the 2011 IARC evaluation of radiofrequency electromagnetic fields; (Miller et al); 2018 |
| 19 | 3049-3055 | Oct. 18, 2018 | Joel M. Moskowitz, Ph.D. | Cancer-NTP; The Significance of Primary Tumors in the NTP Study of Chronic Rat Exposure to Cell Phone Radiation. IEEE Microwave Magazine. Prof. James C. Lin; 2019 |

# INDEX TO DEFERRED APPENDIX

| 20 | 3056-3065 | Aug. 27, 2013 | Cindy Sage and David O. Carpenter | BioInitiative Comments |
|---|---|---|---|---|
| 21 | 3066-3080 | Nov. 18, 2013 | Kevin Mottus | BioInitiative; 2012 Conclusions |
| 22 | 3081-3126 | Nov. 18, 2013 | Kevin Mottus | BioInitiative; Section 24: Key Scientific Evidence and Public Health Policy Recommendations; 2012 |
| 23 | 3127-3146 | Jul. 11, 2016 | Cecelia Doucette | BioInitiative; Section 1: Summary for the Public (2014 Supplement) |
| **VOLUME 9 – Tabs 24-27** | | | | |
| 24 | 3147-3218 | Sep. 30, 2016 | Catherine Kleiber | BioInitiative-Modulation; Section 15: Evidence for Disruption by Modulation Role of Physical and Biological Variables in Bioeffects of Non-Thermal Microwaves for Reproducibility, Cancer Risk and Safety Standards, (2012 Supplement) |
| 25 | 3219-3319 | Sep. 3, 2013 | Kevin Mottus | BioInitiative; Section 20, Findings in Autism, Consistent with Electromagnetic Fields (EMF) and Radiofrequency Radiation (RFR); 2012 |
| 26 | 3320-3321 | Sep. 16, 2019 | Joel Moskowitz PhD. | BioInitiative-Neurological; Percent Comparison, Effect vs No Effect in Neurological Effect Studies; 2019 |
| 27 | 3322-3559 | Sep. 16, 2019 | Joel Moskowitz PhD. | BioInitiative-Neurological; Research Summaries, RFR Neurological Effects (Section 8), 2007-2017; 2017 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| **VOLUME 10 – Tabs 28-41** | | | | |
| 28 | 3560-3561 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | BioInitiative-Mechanisms of Harm; Percent Comparison Showing Effect vs No Effect, DNA (Comet Assay), 2017 and Free Radical (Oxidative Stress), 2019 |
| 29 | 3562-3602 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | BioInitiative-Mechanisms of Harm; Research Summaries, DNA (Comet Assay) Studies; 76 Studies, 2017 |
| 30 | 3603-3721 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | BioInitiative-Mechanisms of Harm; Research Summaries, Free Radicals (Oxidative Stress Effects), 225 studies, 2019 |
| 31 | 3722-3749 | Apr. 11, 2014 | Cindy Sage, MA | BioInitiative Working Group; Preliminary Opinion on Potential Health Effects of Exposure to Electromagnetic Fields (EMF); 2014 |
| 32 | 3750-3755 | Sep. 16, 2019 | Bioinitiative Working Group | BioInitiative Working Group; Consistent Failure to Identify the Potential for Health Effects (Exhibit A); 2014 |
| 33 | 3756-3766 | Sep. 14, 2019 | Biointiative Working Group | BioInitiative Working Group; Reference List for Important Fertility and Reproduction Papers (Exhibit C); 2014 |
| 34 | 3767-3771 | Apr. 14, 2019 | Cindy Sage | BioInitiative Working Group; Mitochondrial Dysfunction and Disruption of Electrophysiology (Exhibit G); 2014 |

**INDEX TO DEFERRED APPENDIX**

| 35 | 3772-3779 | Apr. 14, 2019 | Cindy Sage, MA | BioInitiative Working Group; Epidemiological Studies, RF fields epidemiology, Comments by Drs. Lennart Hardell, Fredrik Soderqvist PhD. and Michael Carlberg, MSc. Section 3.5.1.1 Epidemiological Studies (Exhibit B); 2014 |
|---|---|---|---|---|
| 36 | 3780-3874 | Apr 11, 2014 | Cindy Sage, MA | BioInitiative Working Group; An Update on the Genetic Effects of Nonionizing Electromagnetic Fields by Prof. Henry Lai PhD; (Exhibit E); 2014 |
| 37 | 3875-3896 | Apr. 11, 2014 | Cindy Sage, MA | BioInitiative Working Group; An Update on Physical and Biological Variables, Cancer and Safety Standards by Prof. Igor Belyaev Dr. Sc., (Exhibit F); 2014 |
| 38 | 3897-3904 | Sep. 30, 2016 | Maria Powell | BioInitiative Co-Editor; Human Health Effects of EMFs: The Cost of Doing Nothing. IOPScience. (Prof. David Carpenter MD.); 2010 |
| 39 | 3905-3919 | Sep. 28, 2016 | Kevin Mottus | BioInitiative Author; Statement of Prof. Martin Blank PhD., PhD.; 2016 |
| 40 | 3920-3945 | Aug 27, 2013 | Sage Hardell Herbert | BioInitiative Authors; Prof. Lennart Hardell MD. PhD., Prof. Martha Herbert MD. PhD. and Cindy Sage Comments |
| 41 | 3946-3984 | Aug. 26, 2013 | B. Blake Levitt & Henry Lai | BioInitiatiive Author; Prof. Henry Lai PhD, and Blake Levitt Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| **VOLUME 11 – Tabs 42-59** | | | | |
| 42 | 3985-4072 | Sep. 3, 2013 | Paul Dart MD | Dr. Paul Dart MD. (Petitioner) Comments |
| 43 | 4073-4102 | Feb. 4, 2013 | Dr. Andrew Goldsworthy | The Biological Effects of Weak Electromagnetic Fields, Problems and Solutions, Prof. Andrew Goldsworthy; 2012 |
| 44 | 4103-4106 | Sep. 4, 2013 | Richard Meltzer | Dr. Richard Meltzer Comments, Radio Frequency (RF) Exposure: A Cautionary Tale |
| 45 | 4107-4112 | Feb. 6, 2013 | Donald R. Maisch | Dr. Donald R. Maisch PhD. Comments |
| 46 | 4113-4129 | Nov. 18, 2013 | Catherine Kleiber | Biological Effects from RF Radiation at Low-Intensity Exposure, based on the BioInitiative 2012 Report, and the Implications for Smart Meters and Smart Appliances; Dr. Ron M. Powell, PhD.; 2013 |
| 47 | 4130-4137 | Aug. 20, 2013 | Lawrence James Gust | Eng. Lawrence James Gust Comments |
| 48 | 4138-4146 | Feb. 25, 2013 | Michael Schwaebe | Eng. Michael Schwaebe Comments |
| 49 | 4147-4178 | Mar. 18, 2015 | Environmental Working Group | Organizations; Environmental Working Group Reply Comments |
| 50 | 4179-4195 | Nov. 18, 2013 | Nina Beety | Nina Beety Comments |

**INDEX TO DEFERRED APPENDIX**

| 51 | 4196-4206 | Sep. 16, 2019 | Joel Moskowitz PhD. | Organizations; EMF Scientist Appeal, International Scientists' Appeal to the United Nations; 2015 |
| --- | --- | --- | --- | --- |
| 52 | 4207-4217 | Apr. 5, 2018 | NancyD | Organizations; 5G Appeal, Scientist Appeal to the EU, Scientists Warn of Potential Serious Health Effects of 5G; 2017 |
| 53 | 4218-4240 | Jun. 7, 2017 | Environmental Health Trust | Organizations; Medical Doctors and Public Health Organizations: Consensus Statements and Doctors' Recommendations on Cell Phones/Wireless; 2017 |
| 54 | 4241-4244 | Sep. 27, 2016 | Kevin Mottus | Organizations; Council of Europe, Résolution 1815, The Potential Dangers of Electromagnetic Fields and Their Effect on the Environment; 2011 |
| 55 | 4245-4257 | Feb. 5, 2013 | Gilda Oman | Organizations; Council of Europe, Parliamentary Assembly Report: The potential dangers of electromagnetic fields and their effect on the environment; 2011 |
| 56 | 4258-4293 | Jul. 11, 2016 | Environmental Health Trust | Organizations - Radiation Sickness; European Academy for Environmental Medicine, EUROPAEM EMF Guideline 2015 for the prevention, diagnosis and treatment of EMF-related health problems and illnesses; 2015 |

**INDEX TO DEFERRED APPENDIX**

| 57 | 4294-4305 | Feb. 5, 2013 | David Mark Morrison | Organizations; Scientific Panel on Electromagnetic Field Health Risks: Consensus Points, Recommendations, and Rationales, Scientific Meeting: Seletun, Norway. Reviews on Environmental Health; (Fragopoulou, Grigoriev et al); 2010 |
|---|---|---|---|---|
| 58 | 4306-4361 | Aug. 30, 2013 | EMF Safety Network | Organizations; EMF Safety Network Comments |
| 59 | 4362-4374 | Jul 7. 2016 | Environmental Health Trust | Organizations - Russian Government; Electromagnetic Fields From Mobile Phones: Health Effect On Children And Teenagers \| Resolution Of Russian National Committee On Nonionizing Radiation Protection \| April 2011, Moscow |
| **VOLUME 12 – Tabs 60 – 68 Part 1** | | | | |
| 60 | 4375-4482 | Jul 7, 2016 | Environmental Health Trust | Organizations - Cyprus Government; Neurological and behavior effects of Non-Ionizing Radiation emitted from mobile devices on children: Steps to be taken ASAP for the protection of children and future generations. Presentation Slides; 2016 |
| 61 | 4483-4531 | Nov. 18, 2013 | Kevin Mottus | Organizations; Austrian Medical Association, Environmental Medicine Evaluation of Electromagnetic Fields; Dr. Jerd Oberfeld MD.; 2007 |
| 62 | 4532-4534 | Jul. 11, 2016 | Environmental Health Trust | Organizations; The American Academy of Pediatrics, Letter to the FCC; 2013 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 63 | 4535-4540 | Sep. 29, 2016 | Kevin Mottus | Organizations; California Medical Association, House of Delegates Resolution Wireless Standards (Resolution 107 - 14); 2014 |
| 64 | 4541-4543 | Sep. 3, 2013 | Grassroots Environmental Education, Inc. o/b/o American Academy of Environmental | Organizations; American Academy of Environmental Medicine, Letter to the Federal Communications Commission; 2013 |
| 65 | 4544-4561 | Sep. 29, 2016 | Kevin Mottus | Organizations - Radiation Sickness; Austrian Medical Association, Guidelines for the Diagnosis and Treatment of EMF Related Health Problems and Illnesses (EMF Syndrome); 2011 |
| 66 | 4562-4590 | Sep. 28, 2016 | Kevin Mottus | Organizations; International Association of Fire Fighters, Position on the Health Effects from Radio Frequency/Microwave Radiation in Fire Department Facilities from Base Stations for Antennas and Towers; 2004 |
| 67 | 4591-4599 | Sep. 28, 2016 | Kevin Mottus | Organizations; Cities of Boston and Philadelphia Reply Comments |
| 68 Part 1 | 4600-4800 | Sep. 3, 2013 | Environmental Working Group | Organizations; Appeal to the FCC Signed by 26,000 People and Organized by the Environmental Working Group, 2013 (Tab 68 Part 1) |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| **VOLUME 13 – Tabs 68 Part 2 - 76** | | | | |
| 68 Part 2 | 4801-5171 | Sep. 3, 2013 | Environmental Working Group | Organizations; Appeal to the FCC Signed by 26,000 People and Organized by the Environmental Working Group, 2013 (Tab 68 Part 2) |
| 69 | 5172-5186 | Aug. 25, 2016 | Kevin Mottus | Organizations; Freiburger Appeal - Doctors Appeal; 2002 |
| 70 | 5187-5191 | Sep. 3, 2013 | Grassroots Environmental Education, Inc. | Organizations; Benevento Resolution, The International Commission for Electromagnetic Safety (ICEMS), 2006 |
| 71 | 5192-5197 | Jul. 18, 2016 | Environmental Health Trust | Organizations; The Porto Alegre Resolution; 2009 |
| 72 | 5198-5204 | Feb. 6, 2013 | Kevin Mottus | Organizations; Kaiser Permanente, Letter from Dr. De-Kun Li, Division of Research |
| 73 | 5205-5210 | Sep. 3, 2013 | American Association For Justice | Organizations; American Association for Justice, Comments |
| 74 | 5211-5219 | Feb. 6, 2013 | Jonathan Libber | Organizations; Maryland Smart Meter Awareness, Comments (filed by Jonathan Libber) |
| 75 | 5220-5228 | Feb. 6, 2013 | Electromagnetic Safety Alliance | Organizations; Electromagnetic Safety Alliance, Comments |

# INDEX TO DEFERRED APPENDIX

| | | | | |
|---|---|---|---|---|
| 76 | 5229-5241 | Sep. 29, 2016 | Ed Friedman | Organizations; Wildlife and Habitat Conservation Solutions; What We Know, Can Infer, and Don't Yet Know about Impacts from Thermal and Non-thermal Non-ionizing Radiation to Birds and Other Wildlife. Dr. Albert M. Manville, PhD.; 2016 |
| **VOLUME 14 – Tabs 77-96** | | | | |
| 77 | 5242-5258 | Sep. 30, 2016 | Catherine Kleiber | Mechanisms of Harm; Meta-Analysis, Oxidative mechanisms of biological activity of low-intensity radiofrequency radiation. Electromagn Biol Med (Yakymenko et al).; 2016 |
| 78 | 5259-5269 | Sep 3, 2013 | Monnie Ramsell | Mechanisms of Harm; Blood Brain Barrier; Increased Blood–Brain Barrier Permeability in Mammalian Brain 7 Days after Exposure to the Radiation from a GSM-900 Mobile Phone. Pathophysiology (Nittby, Salford et al); 2009 |
| 79 | 5270-5286 | Sep. 3, 2013 | Paul Dart MD. | Mechanisms of Harm; DNA Damage; Microwave RF Interacts with Molecular Structures; Dr. Paul Dart MD.; 2013 |
| 80 | 5287-5303 | Sep. 3, 2013 | The EMR Policy Institute | Medical Treatments & Modulation; Treatment of advanced hepatocellular carcinoma with very low levels of amplitude-modulated electromagnetic fields. British Journal of Cancer. (Costa et al); 2011 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 81 | 5304-5306 | Sep. 3, 2013 | The EMR Policy Institute | Medical Treatments & Modulation; Treating cancer with amplitude-modulated electromagnetic fields: a potential paradigm shift, again? British Journal of Cancer. (Dr. Carl Blackman); 2012 |
| 82 | 5307-5309 | Feb. 8, 2013 | Alan Frey | Modulation; Dr. Alan Frey PhD., Comments, Feb. 7, 2013 |
| 83 | 5310-5319 | Jul. 11, 2016 | Environmental Health Trust | Modulation; Real Versus Simulated Mobile Phone Exposures in Experimental Studies. Biomed Res Int. (Prof. Panagopoulos et al); 2015 |
| 84 | 5320-5368 | Sep. 16, 2019 | Joel M. Moskowitz, PhD | Neurological; Book Chapter, A Summary of Recent Literature (2007-2017) on Neurological Effects of Radiofrequency Radiation, Prof. Lai; 2018 Referenced 122 Studies. |
| 85 | 5369-5412 | Sep. 28, 2016 | Kevin Mottus | Neurological - Report; Evidence of Neurological effects of Electromagnetic Radiation: Implications for degenerative disease and brain tumour from residential, occupational, cell site and cell phone exposures. Prof. Neil Cherry; 225 scientific references. 2002 |
| 86 | 5413-5415 | Sep 3, 2013 | Kevin Mottus | Neurological; The effects of mobile-phone electromagnetic fields on brain electrical activity: a critical analysis of the literature. Electromagn Biol Med. (Marino et al) (Abstract); 2009 |

**INDEX TO DEFERRED APPENDIX**

| 87 | 5416-5435 | Nov. 18, 2013 | Kevin Mottus | Autism and EMF? Plausibility of a pathophysiological link. Pathophysiology, Part I. (Herbert et al); 2013 |
|----|-----------|---------------|--------------|---|
| 88 | 5436-5460 | Nov. 18, 2013 | Kevin Mottus | Autism and EMF? Plausibility of a pathophysiological link. Pathophysiology, Part II. (Herbert et al); 2013 |
| 89 | 5461-5486 | Sep. 3, 2013 | Kevin Mottus | Fertility; Research Abstracts, List of References Reporting Fertility and/or Reproduction Effects from Electromagnetic Fields and/or Radiofrequency Radiation (66 references) |
| 90 | 5487-5499 | Sep. 3, 2013 | Paul Dart MD | Fertility; Effects of Microwave RF Exposure on Fertility, Dr. Paul Dart MD. (Petitioner); 2013 |
| 91 | 5500-5506 | Sep. 3, 2013 | Paul Dart MD | Hormonal; RF and Hormones, Alterations in Hormone Physiology; Dr. Paul Dart MD. (Petitioner); 2013 |
| 92 | 5507-5514 | Feb. 7, 2013 | Toni Stein | Prenatal & Children; Fetal Radiofrequency Radiation Exposure From 800-1900 Mhz-Rated Cellular Telephones Affects Neurodevelopment and Behavior in Mice. Scientific Reports. (Aldad, Taylor et al); 2012 |
| 93 | 5515-5518 | Jul. 7, 2016 | Environmental Health Trust | Prenatal & Children; Fetal Exposures and Cell Phones. Studies List. Prof. Hugh Taylor MD.; 2015 |

| 94 | 5519-5553 | Jul. 13, 2016 | Parents for Safe Technology | Prenatal and Children; Fetal Cell Phone Exposure: How Experimental Studies Guide Clinical Practice, Hugh S. Taylor MD. PhD., Chair of Obstetrics, Gynecology and Reproductive Sciences, Yale School of Medicine |
| 95 | 5554-5559 | Sep. 3, 2013 | Dr. Suleyman Kaplan | Prenatal & Children; Dr. Suleyman Kaplan Comments |
| 96 | 5560-5614 | Nov. 18, 2013 | Kevin Mottus | Prenatal & Children; Amended Declaration of Dr. David O. Carpenter MD. (Dec. 20, 2011); *Morrison et al v. Portland Schools*, No. 3:11-cv-00739-MO (U.S.D.C. Oregon, Portland Div.) |
| **VOLUME 15 – Tabs 97-101** | | | | |
| 97 | 5615-5712 | Sep. 28, 2016 | Kevin Mottus | Prenatal & Children; Doctors and Scientists Letters on Wi-Fi in Schools |
| 98 | 5713-5895 | Jul. 11, 2017 | Environmental Health Trust | Dr. Devra Davis PhD., President of Environmental Health Trust (Petitioner) Comments |
| 99 | 5896-5993 | Jun. 7, 2017 | Environmental Health Trust | Children; Letter to Montgomery County Schools, Prof. Martha Herbert MD., PhD.; 2015 |
| 100 | 5994-6007 | Apr. 29, 2019 | Environmental Health Trust | Neurological - Children; A Prospective Cohort Study of Adolescents' Memory Performance and Individual Brain Dose of Microwave Radiation from Wireless Communication. Environ Health Perspect. (Foerster et al); 2018 |

**INDEX TO DEFERRED APPENDIX**

| 101 | 6008-6014 | Sep. 28, 2016 | Kevin Mottus | Prenatal & Children; Cell phone use and behavioral problems in young children. J Epidemiol Community Health. (Divan et al); 2012 |
|---|---|---|---|---|
| **VOLUME 16 - Tabs 102-126** | | | | |
| 102 | 6015-6026 | Jul. 7, 2016 | Environmental Health Trust | Prenatal & Children; "Cell Phones & WiFi – Are Children, Fetuses and Fertility at Risk?"; 2013 |
| 103 | 6027-6060 | Jul. 7, 2016 | Environmental Health Trust | Prenatal & Children; Safe Schools 2012, Medical and Scientific Experts Call for Safe Technologies in Schools |
| 104 | 6061-6067 | Sep. 3, 2013 | Kevin Mottus | Prenatal & Children - Stem Cells; Microwaves from Mobile Phones Inhibit 53BP1 Focus Formation in Human Stem Cells More Strongly Than in Differentiated Cells: Possible Mechanistic Link to Cancer Risk. Environmental Health Perspectives (Markova, Belyaev et al); 2010 |
| 105 | 6068-6069 | Sep. 26, 2016 | Angela Tsaing | Radiation Sickness - Children; Angela Tsiang Comments |
| 106 | 6070-6071 | Mar. 5, 2013 | Abigail DeSesa | Radiation Sickness - Children; Abigail DeSesa Comments |
| 107 | 6072-6111 | Sep. 28, 2016 | Kevin Mottus | Cell Towers - Research Abstract Compilation; 78 Studies Showing Health Effects from Cell Tower Radio Frequency Radiation; 2016 |
| 108 | 6112-6122 | Sep. 3, 2013 | Paul Dart MD | Cell Towers; Consequences of Chronic Microwave RF Exposure, Dr. Paul Dart MD. (Petitioner) |

**INDEX TO DEFERRED APPENDIX**

| 109 | 6123-6132 | Jul. 11, 2016 | Environmental Health Trust | Cell Towers - Cancer; Meta-Analysis, Long-Term Exposure To Microwave Radiation Provokes Cancer Growth: Evidences From Radars And Mobile Communication Systems. (Yakymenko et al); 2011 |
| --- | --- | --- | --- | --- |
| 110 | 6133-6148 | Sep. 3, 2013 | Monnie Ramsell | Cell Towers - Neurological; Changes of Clinically Important Neurotransmitters under the Influence of Modulated RF Fields, A Long-term Study under Real-life Conditions; Umwelt-Medizin-Gesellschaft; (Buchner & Eger); 2011 |
| 111 | 6148-6160 | Dec. 10, 2018 | Environmental Health Trust | Cell Towers - DNA; Impact of radiofrequency radiation on DNA damage and antioxidants in peripheral blood lymphocytes of humans residing in the vicinity of mobile phone base stations. Electromagnetic Biology and Medicine. (Zothansiama et al); 2017 |
| 112 | 6161-6169 | Dec. 10, 2018 | Environmental Health Trust | Cell Towers - Cancer; Environmental radiofrequency radiation at the Järntorget Square in Stockholm Old Town, Sweden in May, 2018 compared with results on brain and heart tumour risks in rats exposed to 1.8 GHz base station environmental emissions, World Academy of Sciences Journal. (Hardell et al); 2018 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 113 | 6170-6258 | Sep. 30, 2016 | Catherine Kleiber | Cell Towers; Indian Government, Ministry of Environment and Forest, Report on Possible Impacts of Communication Towers on Wildlife Including Birds and Bees. 919 studies reviewed; 2011 |
| 114 | 6259-6260 | Sep. 3, 2013 | Kevin Mottus | Cell Towers; Epidemiological evidence for a health risk from mobile phone base stations, Int J Occup Environ Health. (Hardell et al); 2010 |
| 115 | 6261-6289 | Sep. 16, 2019 | Joel Moskowitz, PhD | Cell Towers; Biological Effects From Exposure to Electromagnetic Radiation Emitted By Cell Tower Base Stations and Other Antenna Arrays. Environ. Rev. (Lai & Levitt); 2010 |
| 116 | 6290-6301 | Jul. 11, 2016 | Environmental Health Trust | Cell Towers; Research Summaries of Cell Tower Radiation Studies |
| 117 | 6302-6311 | Sep. 30, 2016 | Catherine Kleiber | Cell Towers-Wildlife; Electromagnetic Pollution From Phone Masts. Effects on Wildlife; Pathophysiology. (Dr. Alfonso Balmori); 2009 |
| 118 | 6312-6324 | Jul. 18, 2106 | Environmental Health Trust | Cell Towers - Wildlife; Testimony of Dr. Albert M. Manville, II, PhD., C.W.B, Before the City of Eugene City Planning Department in Opposition to AT&T/Crossfire's Application for a "Stealth" Cellular Communications Tower; May 6, 2015 |

**INDEX TO DEFERRED APPENDIX**

| 119 | 6325-6341 | Sep. 30, 2016 | Catherine Kleiber | Cell Towers - Plants; Radiofrequency Radiation Injures Trees Around Mobile Phone Base Stations. Science of the Total Environment. (Waldmann-Selsam et al); 2016 |
|---|---|---|---|---|
| 120 | 6342-6349 | Apr. 8, 2014 | M.K. Hickcox | Biosystem & Ecosystem; The Dangers of Electromagnetic Smog, Prof. Andrew Goldsworthy, PhD.; 2007 |
| 121 | 6350-6366 | Sep. 3, 2013 | The EMR Policy Institute | Biosystem and Ecosystem; Impacts of radio-frequency electromagnetic field (RF-EMF) from cell phone towers and wireless devices on biosystem and ecosystem – a review. Biology and Medicine (Sivani et al.); 2012 |
| 122 | 6367-6379 | Oct. 1, 2018 | Environmental Health Trust | 5G; 5G wireless telecommunications expansion: Public health and environmental implications, Environmental Research. (Dr. Cindy Russell MD.); 2018 |
| 123 | 6380-6383 | Oct. 18, 2019 | Joel M. Moskowitz PhD | 5G; We Have No Reason to Believe 5G is Safe, Dr. Joel Moskowitz PhD., Scientific American; 2019 |
| 124 | 6384-6392 | Jul. 11, 2017 | Environmental Health Trust | 5G - Millimeter Waves; Nonthermal Effects of Extremely High-Frequency Microwaves on Chromatin Conformation in Cells in vitro— Dependence on Physical, Physiological, and Genetic Factors. IEEExPlore. (Belyaev et al); 2000 |

**INDEX TO DEFERRED APPENDIX**

| 125 | 6393-6408 | Oct. 1, 2018 | Environmental Health Trust | 5G; What You Need To Know About 5G Wireless And "Small" Cells Top 20 Facts About 5G; Environmental Health Trust |
| 126 | 6409-6429 | Jan. 13, 2015 | NYU Wireless | 5G; Millimeter-Wave Cellular Wireless Networks: Potentials and Challenges, IEEE; (2014) |
| **VOLUME 17 – Tabs 127 – 142 Part 1** | | | | |
| 127 | 6430-6436 | Jul. 13, 2016 | Priscilla King | 5G; FCC Chairman Tom Wheeler 'The Future of Wireless: A Vision for U.S. Leadership in a 5G World'; 2016 |
| 128 | 6437-6447 | Jul. 14, 2016 | Angela Tsaing | 5G; Letter to House Subcommittee on Communications and Technology; Angela Tsiang; 2016 |
| 129 | 6448-6453 | Jan. 8, 2019 | LeRoy Swicegood | 5G; Ask Congress to Vote No, We Are The Evidence Fact Sheet; 2016 |
| 130 | 6454-6510 | Jul. 13, 2016 | Parents For Safe Technology | 5G; 5G Spectrum Frontiers -The Next Great Unknown Experiment On Our Children, Compilation of Letters to Congress; 2016 |
| 131 | 6511-6513 | Apr. 16, 2018 | Theodora Scarato | 5G;What You Need To Know About 5G Wireless and "Small" Cells |
| 132 | 6514-6587 | Sep. 28, 2016 | Kevin Mottus | Wi-Fi; 136 Studies Showing Health Effects from Wi-Fi Radio Frequency Radiation |

**INDEX TO DEFERRED APPENDIX**

| 133 | 6588-6603 | Jul. 13, 2016 | Parents For Safe Technology | Wi-Fi; 2.45-GHz Microwave Irradiation Adversely Affects Reproductive Function in Male Mouse, Mus Musculus by Inducing Oxidative and Nitrosative Stress. Free Radical Research (Shahin et al); 2014 |
|---|---|---|---|---|
| 134 | 6604-6611 | Jul. 7, 2016 | Environmental Health Trust | Wi-Fi - Fertility; Immunohistopathologic demonstration of deleterious effects on growing rat testes of radiofrequency waves emitted from conventional Wi-Fi devices. Journal of Pediatric Neurology. (Atasoy et al); 2013 |
| 135 | 6612-6620 | Apr. 8, 2014 | MK Hickox | Smart Meters: Correcting the Gross Misinformation, Letter by 54 Scientists and MDs; 2012 |
| 136 | 6621-6622 | Nov. 18, 2013 | Catherine Kleiber | Smart Meters - Radiation Sickness; American Academy of Environmental Medicine, Smart Meter Case Series; 2013 |
| 137 | 6623-6692 | Sep. 3, 2013 | Rachel Cooper | Smart Meters; Assessment of Radiofrequency Microwave Radiation Emissions from Smart Meters; Sage Associates, Environmental Consultants; 2011 |
| 138 | 6693-6699 | Jul. 7, 2016 | Environmental Health Trust | Smart Meters; FCC Maximum Permissible Exposure Limits for Electromagnetic Radiation, as Applicable to Smart Meters. Dr. Ron Powell PhD.; 2013 |

**INDEX TO DEFERRED APPENDIX**

| 139 | 6700-6705 | Jul. 7, 2016 | Environmental Health Trust | Smart Meters - Radiation Sickness; Symptoms after Exposure to Smart Meter Radiation. Dr. Ron Powell PhD.; 2015 |
|---|---|---|---|---|
| 140 | 6706-6735 | Sep. 3, 2013 | Kit Weaver | Kit Weaver, Comments |
| 141 | 6736-6740 | Feb. 6, 2013 | Joshua Hart | Organizations - Radiation Sickness; StopSmartMeters, Comments |
| 142 Part 1 | 6741-6850 | Sep. 28, 2016 | Kevin Mottus | Cell Phones; Research Abstracts of Over 700 Studies Showing Health Effects from Cell Phone Radio Frequency Radiation; Prof. Henri Lai (Tab 142 Part 1) |
| **VOLUME 18 – Tabs 142 Part 2 - 153** | | | | |
| 142 Part 2 | 6851-7088 | Sep. 28, 2016 | Kevin Mottus | Cell Phones; Research Abstracts of Over 700 Studies Showing Health Effects from Cell Phone Radio Frequency Radiation; Prof. Henri Lai (Tab 142 Part 2) |
| 143 | 7089-7099 | Sep. 28, 2016 | Kevin Mottus | Cancer - Brain Tumors; Using the Hill viewpoints from 1965 for evaluating strengths of evidence of the risk for brain tumors associated with the use of mobile and cordless phones. Rev Environ Health. (Hardell and Caarlsberg); 2013 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 144 | 7100-7121 | Nov. 18, 2013 | Kevin Mottus | Cancer-Brain Tumors; Mobile phone use and brain tumour risk: early warnings, early actions? (Gee, Hardell Carlsberg) (Chapter 21 of Report: "Late lessons from early warnings: science, precaution"); 2013 |
| 145 | 7122-7134 | Sep. 12, 2019 | Environmental Health Trust | Cell Phones; Real-world cell phone radiofrequency electromagnetic field exposures. Environmental Research. (Wall et al); 2019 |
| 146 | 7135-7142 | Nov. 18, 2013 | Kevin Mottus | Cancer -Brain Tumors; Meta-analysis of long-term mobile phone use and the association with brain tumours, Prof. Lennart Hardell MD. PhD. 2008 |
| 147 | 7143-7156 | Jul. 11, 2016 | Environmental Health Trust | Cancer - Brain Tumors; Case-control study of the association between malignant brain tumours diagnosed between 2007 and 2009 and mobile and cordless phone use. International Journal of Oncology.(Hardell et al); 2013 |
| 148 | 7157-7183 | Nov. 18, 2013 | Kevin Mottus | Cancer - Brain Tumors; Use of mobile phones and cordless phones is associated with increased risk for glioma and acoustic neuroma. Pathophysiology. (Hardell et al); 2012 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 149 | 7184-7193 | Sep. 28, 2016 | Kevin Mottus | Cancer - Brain Tumors; Pooled Analysis of Two Swedish Case-Control Studies on the Use of Mobile and Cordless Telephones and the Risk of Brain Tumours Diagnosed During 1997-2003.International Journal of Occupational Safety and Ergonomics (Mild, Hardell, Carlsberg); 2007 |
| 150 | 7194-7210 | Dec. 10, 2018 | Environmental Health Trust | Thermal and non-thermal health effects of low intensity non-ionizing radiation: An international perspective. Environmental Pollution. (Belpomme et al); 2018 |
| 151 | 7211-7224 | Sep. 28, 2016 | Kevin Mottus | Cancer - Brain Tumors; Mobile phones, cordless phones and the risk for brain tumours. International Journal of Oncology (Prof. Lennart Hardell MD., PhD.); 2009 |
| 152 | 7225-7251 | Sep. 3, 2013 | Paul Dart MD | Cancer - Cell Phones; Cell Phones and Risk of Brain Tumor, Dr. Paul Dart MD. (Petitioner); 2013 |
| 153 | 7252-7255 | Jan 31, 2019 | Julian Gehman | Jullian Gehman Esq. Comments |
| **VOLUME 19 – Tabs 154-168** | | | | |
| 154 | 7256-7371 | Nov. 5, 2013 | Joel M. Moskowitz Ph.D. | Dr. Joel Moskowitz PhD. Reply Comments, Why the FCC Must Strengthen Radiofrequency Radiation Limits in the U.S. |

**INDEX TO DEFERRED APPENDIX**

| 155 | 7372-7414 | Jun. 17, 2014 | Environmental Working Group | Cancer - Children; Cell Phone Radiation: Science Review on Cancer Risks and Children's Health; Environmental Working Group; 2009 |
|---|---|---|---|---|
| 156 | 7415-7417 | Sep. 30, 2016 | Kevin Mottus | Cell Phones - Plants; Review: Weak Radiofrequency Radiation Exposure From Mobile Phone Radiation on Plants. Electromagnetic Biology and Medicine (Malka N. Halgamuge); 2016 |
| 157 | 7418-7421 | Apr. 29, 2019 | Environmental Health Trust | Testing; Microwave Emissions From Cell Phones Exceed Safety Limits in Europe and the US When Touching the Body. IEEE Access. Prof. Om P. Gandhi PhD.; 2019 |
| 158 | 7422-7426 | Sep. 12, 2019 | Environmental Health Trust | Testing - Children; Absorption of wireless radiation in the child versus adult brain and eye from cell phone conversation or virtual reality. Environmental Research. (C. Fernandez et al); 2018 |
| 159 | 7427-7431 | Jul. 11, 2016 | Environmental Health Trust | Yes the Children Are More Exposed to Radiofrequency Energy From Mobile Telephones Than Adults. IEEE Access (Prof. Om Ghandi PhD); 2015 |
| 160 | 7432-7441 | Jul. 7, 2016 | Environmental Health Trust | Testing - Children; Children Absorb Higher Doses of Radio Frequency Electromagnetic Radiation From Mobile Phones Than Adults. IEEE Access (Robert D. Morris et al); 2015 |

**INDEX TO DEFERRED APPENDIX**

| 161 | 7442-7445 | Apr. 29, 2019 | Environmental Health Trust | Testing – Children; Exposure Limits: The underestimation of absorbed cell phone radiation, especially in children. Electromagnetic Biology and Medicine (Gandhi et al); 2011 |
|---|---|---|---|---|
| 162 | 7446-7504 | Nov. 17, 2013 | Pong Research Corporation | Testing; Pong Research Corporation Reply Comments |
| 163 | 7505-7514 | Aug. 19, 2012 | Pong Research Corporation | Testing; Pong Research Corporation, Letter to the FCC |
| 164 | 7515-7602 | Nov. 17, 2013 | L. Lloyd Morgan | Environmental Health Trust, Reply Comments (Erroneous Comments Submitted to the FCC on Proposed Cellphone Radiation Standards and Testing by CTIA – September 3, 2013) |
| 165 | 7603-7614 | Sep. 3, 2013 | Dr. Joel M. Moskowitz PhD | "Comments on Notice of Inquiry, ET Docked No. 13-84" GAO Report \| "Exposure and Testing Requirements for Mobile Phones Should Be Reassessed." Dr. Joel Moskowitz PhD.; 2012 |
| 166 | 7615-7628 | Sep. 2, 2013 | Consumers for Safe Cell Phones | Organizations; Consumers for Safe Cell Phones Comments (Petitioner) |
| 167 | 7629-7640 | Nov. 17, 2013 | Consumers for Safe Cell Phones | Consumers for Safe Cell Phone Comments (Reply to CTIA Comments from Sep. 13, 2013) |
| 168 | 7641-7672 | Nov. 17, 2013 | Environmental Working Group | Organizations; Environmental Working Group, Reply Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| **VOLUME 20 - Tabs 169 – 172 Part 1** | | | | |
| 169 | 7673-7682 | Dec. 10, 2018 | Environmental Health Trust | Industry Influence; World Health Organization, Radiofrequency Radiation and Health - a Hard Nut to Crack (Review). International Journal of Oncology. Prof. Lennart Hardell MD. PhD.; 2017 |
| 170 | 7683-7716 | Nov. 18, 2013 | Richard H. Conrad PhD | Industry Influence; Business Bias As Usual: The Case Of Electromagnetic Pollution. Prof. Levis, Prof. Gennaro, Prof. Garbisa |
| 171 | 7717-7719 | Sep. 3, 2013 | The EMR Policy Institute | Industry Influence; Prof. Martha Herbert MD PhD., Harvard Pediatric Neurologist Letter to Los Angeles Unified School District; 2013 |
| 172 Part 1 | 7720-8073 | Feb. 6, 2013 | Dr. Donald R. Maisch PhD | Industry Influence; The Procrustean Approach: Setting Exposure Standards for Telecommunications Frequency Electromagnetic Radiation, Dr. Donald Maisch PhD.; 2009 (Tab 172 Part 1) |
| **VOLUME 21 – Tabs 172 Part 2 - 185** | | | | |
| 172 Part 2 | 8074-8158 | Feb. 6, 2013 | Dr. Donald R. Maisch PhD | Industry Influence; The Procrustean Approach: Setting Exposure Standards for Telecommunications Frequency Electromagnetic Radiation, Dr. Donald Maisch PhD.; 2009 (Tab 172 Part 2) |
| 173 | 8159-8167 | Sep. 29, 2016 | Kevin Mottus | Industry Influence; Illusion and Escape: The Cell Phone Disease Quagmire. Dr. George L. Carlo PhD., JD.; 2008 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 174 | 8168-8169 | Nov. 18, 2013 | Kevin Mottus | Industry Influence; Quote of Prof. Henry Lai PhD from NY Times Article about Percent of Negative Studies Funded By Industry; 2013 |
| 175 | 8170-8177 | Nov 18, 2013 | Kevin Mottus | Industry Influence; Warning: Your Cell Phone May Be Hazardous to Your Health. Christopher Ketcham, GQ; 2010 |
| 176 | 8178-8182 | Sep. 3, 2013 | Monnie Ramsell | Industry Influence; Radiation Protection in Conflict With Science; Dr. Franz Adlkofer PhD.; 2011 |
| 177 | 8183-8184 | Mar. 21, 2019 | Office of Engineering and Technology | US Agencies; Letter from the FCC's OET Dept. to Dr. Shuren of the FDA |
| 178 | 8185-8188 | Apr. 30, 2019 | Center for Devices and Radiological Health | US Agencies; Letter from Dr. Shuren of the FDA to the FCC's OET Dept. |
| 179 | 8189-8279 | Sep. 24, 2013 | Grassroots Environmental Education, Inc. | US Agencies - Radiation Sickness; US Access Board Acknowledgement of Radiation Sickness (Electromagnetic Sensitivities); 2002 |
| 180 | 8280-8377 | Sep. 24, 2013 | Grassroots Environmental Education, Inc. | US Agencies - Radiation Sickness; National Institute of Building Sciences (NIBS), IEQ Indoor Environmental Quality; Recommendations for Accommodation for Electromagnetic Sensitivity; 2005 |

**INDEX TO DEFERRED APPENDIX**

| 181 | 8378-8386 | Sep. 29, 2016 | Kevin Mottus | US Agencies; US Department of Interior, Letter of the Director of Office of Environmental Policy and Compliance; 2014 |
|---|---|---|---|---|
| 182 | 8387-8407 | Mar. 4, 2013 | Susan Brinchman, CEP | US Agencies; Department of the Army, Confidential Legal Correspondence, Dec. 13, 2006 |
| 183 | 8408-8411 | Sep. 2, 2013 | Kevin Mottus | US Agencies; US Environmental Protection Agency (EPA) Letter to EMR Network; Jul. 6, 2002 |
| 184 | 8412-8424 | Jul. 7, 2016 | Environmental Health Trust | US Agencies; EPA Letter to the FCC, Comments on FCC 93-142 Environmental Effects of RF; 1993 |
| 185 Part 1 | 8425-8505 | Jul. 7, 2016 | Environmental Health Trust | US Agencies; US Naval Medical Research Institute. Bibliography of Reported Biological Phenomena ("Effects") and Clinical Manifestations Attributed to Microwave and Radio-frequency Radiation; 1971 (Tab 185 Part 1) |
| **VOLUME 22 – Tabs 185 Part 2 - 238** | | | | |
| 185 Part 2 | 8506-8531 | Jul. 7, 2016 | Environmental Health Trust | US Agencies; US Naval Medical Research Institute. Bibliography of Reported Biological Phenomena ("Effects") and Clinical Manifestations Attributed to Microwave and Radio-frequency Radiation; 1971 (Tab 185 Part 2) |
| 186 | 8532-8636 | Jul. 12, 2015 | U.S. Department of Labor | US Agencies; US Department of Labor Comment |

**INDEX TO DEFERRED APPENDIX**

| 187 | 8537-8539 | Sep. 29, 2016 | Kevin Mottus | Radiation Sickness; Exemption for Fire stations, California Assembly Bill No. 57 (2015), codified at Cal. Gov. Code 65964.1 |
| --- | --- | --- | --- | --- |
| 188 | 8540-8546 | Sep. 3, 2013 | Susan D. Foster, MSW | Radiation Sickness - Firefighters; Susan Foster Comments |
| 189 | 8547-8626 | Jul. 7, 2016 | Environmental Health Trust | Radiation Sickness; Electromagnetic Hypersensitivity, Dr. Erica Mallery-Blythe; 2014 |
| 190 | 8627-8628 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | Radiation Sickness; Reliable disease biomarkers characterizing and identifying electrohypersensitivity and multiple chemical sensitivity as two etiopathogenic aspects of a unique pathological disorder. Rev Environ Health. (Prof. Belpomme et al); 2015 |
| 191 | 8629-8637 | Sep.3, 2013 | Kevin Mottus | Radiation Sickness; Electromagnetic hypersensitivity: evidence for a novel neurological syndrome. Int J Neurosci. (McCarty et al); 2011 |
| 192 | 8638-8641 | Nov. 18, 2013 | Toril H. Jelter MD | Radiation Sickness - Children; Dr. Torill Jelter MD. (Petitioner) Comments |
| 193 | 8642-8659 | Jul. 13, 2016 | Deborah Kopald | Radiation Sickness, Deborah Kopald Comments |
| 194 | 8660-8662 | Sep. 30, 2016 | Ann Lee MD | Radiation Sickness - Children; Dr. Ann Lee MD. (Petitioner) Comments |

**INDEX TO DEFERRED APPENDIX**

| 195 | 8663-8681 | Sep. 3. 2013 | Paul Dart MD. | Radiation Sickness; Health Effects of Microwave Radio Exposures. Dr. Paul Dart MD.(Petitioner) Comments |
|---|---|---|---|---|
| 196 | 8682-8683 | Sep. 4, 2013 | Erica M. Elliott | Radiation Sickness; Dr. Erica Elliott MD. Comments |
| 197 | 8684-8734 | Sep. 16, 2019 | Dr. Joel M. Moskowitz PhD. | Radiation Sickness; Electrohypersensitivity Abstracts; 2017 |
| 198 | 8735-8747 | Jul. 11, 2016 | Environmental Health Trust | Radiation Sickness; Could Myelin Damage from Radiofrequency Electromagnetic Field Exposure Help Explain the Functional Impairment Electrohypersensitivity? A Review of the Evidence. Journal of Toxicology and Environmental Health. (Redmayne and Johansson); 2014 |
| 199 | 8748-8773 | Jul. 11, 2016 | Kate Kheel | Radiation Sickness; No Safe Place - shattered lives, healthcare set to crash – you can't fix this fast enough; Letter to a Mayor, Olga Sheean, Jun. 15, 2016 |
| 200 | 8774-8778 | Aug. 26, 2013 | Sarah Jane Berd | Radiation Sickness; Sarah Jane Berd Comments |
| 201 | 8779-8782 | Feb. 4, 2013 | Cynthia S Larson | Radiation Sickness; Cynthia S. Larson Comments |
| 202 | 8783-8784 | Oct. 3, 2016 | Josh Fisher | Radiation Sickness; Josh Fisher Comments |
| 203 | 8785-8787 | Oct. 3, 2016 | Paul Stanley | Radiation Sickness; Paul Stanley (Petitioner) Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 204 | 8788-8789 | Nov. 25, 2013 | Lynnell Rosser | Radiation Sickness; Lynnell Rosser Letter |
| 205 | 8790-8796 | Sep.12, 2013 | Charyl Zehfus | Radiation Sickness; Charyl Zehfus Reply Comments |
| 206 | 8797-8800 | Sep. 4, 2013 | Annie Starr | Radiation Sickness; Annie Starr Comments |
| 207 | 8801-8802 | Sep. 3, 2013 | Rob Bland | Radiation Sickness; Rob Bland Comments |
| 208 | 8803-8805 | Sep. 3, 2013 | Nancy Rose Gerler | Radiation Sickness; Nancy Rose Gerler Comments |
| 209 | 8806-8811 | Feb. 5, 2013 | Monnie Ramsell | Radiation Sickness; Monnie Ramsell Comments |
| 210 | 8812-8815 | Sep. 3 2013 | Miriam D. Weber | Radiation Sickness; Miriam D. Weber Comments |
| 211 | 8816-8818 | Sep. 3 2013 | Junghie Elky | Radiation Sickness; Junghie Elky Comments |
| 212 | 8819-8832 | Aug. 30, 2013 | Catherine Kleiber | Radiation Sickness; ADA/FHA Catherine Kleiber Comments |
| 213 | 8833-8837 | Sep. 3, 2013 | Amanda & Ryan Rose | Radiation Sickness; Amanda & Ryan Rose Comments |
| 214 | 8838-8842 | Sep. 3, 2013 | Cindy Bowman | Radiation Sickness; Cindy Bowman Comments |
| 215 | 8843-8844 | Sep. 3, 2013 | Sue Martin | Radiation Sickness; Sue Martin Comments |
| 216 | 8845-8846 | Sep. 3, 2013 | Richard Gaul | Radiation Sickness; Richard Gaul Comments |

**INDEX TO DEFERRED APPENDIX**

| 217 | 8847-8848 | Sep. 4 2013 | Karen Strode | Radiation Sickness; Karen Strode Comments |
| 218 | 8849-8850 | Sep. 3, 2013 | Jaime Schunkewitz | Radiation Sickness; Jaime Schunkewitz Comments |
| 219 | 8851-8854 | Aug. 13, 2013 | Linda Bruce | Radiation Sickness; Linda Bruce Comments |
| 220 | 8855-8858 | Feb. 19, 2013 | Louise Kiehl Stanphill | Radiation Sickness; Louise Kiehl Stanphill Reply Comments |
| 221 | 8859-8862 | Feb. 7, 2013 | Diana LeRoss | Radiation Sickness; Diana LeRoss Comments, Feb. 7, 2013 |
| 222 | 8863-8866 | Jun. 17, 2013 | Marc Sanzotta | Radiation Sickness; Marc Sanzotta Comments |
| 223 | 8867-8868 | Aug.11, 2016 | Barbara A. Savoie | Radiation Sickness; Barbara A. Savoie Comments |
| 224 | 8869-8885 | Jul. 13, 2016 | R. Kay Clark | Radiation Sickness; R. Kay Clark Comments |
| 225 | 8886-8887 | Sep. 3, 2013 | Steve & Juleen Ross | Radiation Sickness; Steve & Juleen Ross Comments |
| 226 | 8888-8892 | Sep. 3, 2013 | Kathy Ging | Radiation Sickness; Kathy Ging Comments |
| 227 | 8893-8895 | Sep. 3, 2013 | Jeraldine Peterson-Mark | Radiation Sickness; Jeraldine Peterson-Mark Comments |
| 228 | 8896-8900 | Sep. 3, 2013 | Edward G. | Radiation Sickness; Edward G. Comments |
| 229 | 8901-8903 | Sep. 4, 2013 | D. Yourovski | Radiation Sickness; D. Yourovski Comments |

**INDEX TO DEFERRED APPENDIX**

| 230 | 8904-8907 | Sep. 3, 2013 | Ellen K. Marks | Radiation Sickness; Ellen K. Marks Comments |
|---|---|---|---|---|
| 231 | 8908-8911 | Sep. 3, 2013 | Melo11dy Graves | Radiation Sickness; Melody Graves Comments |
| 232 | 8912-8913 | Sep. 3, 2013 | Bernadette Johnston | Radiation Sickness; Bernadette Johnston Comments |
| 233 | 8914-8916 | Sep. 3, 2013 | Shane Gregory | Radiation Sickness; Shane Gregory Comments |
| 234 | 8917-8918 | Sep. 3, 2013 | Layna Berman | Radiation Sickness; Layna Berman Comments |
| 235 | 8919-8922 | Sep. 3, 2013 | Linda Giannoni | Radiation Sickness; Linda Giannoni Comments |
| 236 | 8923-8925 | Sep. 3, 2013 | Jennifer Page | Radiation Sickness; Jennifer Page Comments |
| 237 | 8926-8928 | Sep. 3, 2013 | Jackie Seward | Radiation Sickness; Jackie Seward Comments |
| 238 | 8929-8931 | Sep. 3, 2013 | Elizabeth Feudale | Radiation Sickness; Elizabeth Feudale Comments |
| **VOLUME 23 – Tabs 239-315** | | | | |
| 239 | 8932-8933 | Sep. 3, 2013 | Brent Dalton | Radiation Sickness; Brent Dalton Comments |
| 240 | 8934-8937 | Sep. 3, 2013 | Elizabeth Barris | Radiation Sickness; Elizabeth Barris (Petitioner) Comments |
| 241 | 8938-8940 | Sep. 3, 2013 | Olemara | Radiation Sickness; Olemara Comments |
| 242 | 8941-8943 | Aug. 14, 2013 | Melissa White | Radiation Sickness; Melissa White Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 243 | 8944-8946 | Jun. 4, 2013 | Carol Moore | Radiation Sickness; Carol Moore Comments |
| 244 | 8947-8952 | Mar. 7, 2013 | Michele Hertz | Radiation Sickness; Michele Hertz (Petitioner) Comments |
| 245 | 8953-8955 | Mar. 4, 2013 | B.J. Arvin | Radiation Sickness; B.J. Arvin Reply Comments |
| 246 | 8956-8959 | Feb. 12, 2013 | Suzanne D. Morris | Radiation Sickness; Suzanne D. Morris Comments |
| 247 | 8960-8962 | Feb. 7, 2013 | Tom Creed | Radiation Sickness; Tom Creed Comments |
| 248 | 8963-8967 | Feb. 6, 2013 | Julie Ostoich | Radiation Sickness; Julie Ostoich Comments |
| 249 | 8968-8981 | Feb. 6, 2013 | Kathleen M. Sanchez | Radiation Sickness; Kathleen M. Sanchez Comments |
| 250 | 8982-8985 | Feb. 6, 2013 | John Edward Davie | Radiation Sickness; John Edward Davie Comments |
| 251 | 8986-8989 | Feb. 6, 2013 | Alison L. Denning | Radiation Sickness; Alison L. Denning Comments |
| 252 | 8990-9012 | Feb. 6, 2013 | Susan Brinchman, CEP | Radiation Sickness; Susan Brinchman Comments |
| 253 | 9013-9016 | Feb. 6, 2013 | Terilynn Langsev | Radiation Sickness; Terilynn Langsev Comments |
| 254 | 9017-9020 | Feb. 6, 2013 | Beth Ann Tomek | Radiation Sickness; Beth Ann Tomek Comments |
| 255 | 9021-9025 | Feb. 5, 2013 | Sandra Storwick | Radiation Sickness; Sandra Storwick Comments |

**INDEX TO DEFERRED APPENDIX**

| 256 | 9026-9029 | Feb. 5, 2013 | Odessa Rae | Radiation Sickness; Odessa Rae Comments |
| 257 | 9030-9033 | Feb. 5, 2013 | Kenneth Linoski | Radiation Sickness; Kenneth Linoski Comments |
| 258 | 9034-9039 | Feb. 6, 2013 | Elissa Michaud | Radiation Sickness; Elissa Michaud Comments |
| 259 | 9040-9043 | Feb. 5, 2013 | Ella Elman | Radiation Sickness; Ella Elman Comments |
| 260 | 9044-9047 | Feb. 5, 2013 | Andrew Swerling | Radiation Sickness; Andrew Swerling Comments |
| 261 | 9048-9051 | Feb. 5, 2013 | Natalie Smith | Radiation Sickness; Natalie Smith Comments |
| 262 | 9052-9055 | Feb. 4, 2013 | Mana Iluna | Radiation Sickness; Mana Iluna Comments |
| 263 | 9056-9059 | Feb. 4, 2013 | Jayne G. Cagle | Radiation Sickness; Jayne G. Cagle Comments |
| 264 | 9060-9063 | Feb. 4, 2013 | Mark Summerlin | Radiation Sickness; Mark Summerlin Comments |
| 265 | 9064-9067 | Feb. 4, 2013 | Lashanda Summerlin | Radiation Sickness; Lashanda Summerlin Comments |
| 266 | 9068-9071 | Feb. 4, 2013 | Kath Mason | Radiation Sickness; Kath Mason Comments |
| 267 | 9072-9084 | Nov. 1, 2013 | Daniel Kleiber | Radiation Sickness; Daniel Kleiber Reply Comments |
| 268 | 9085-9086 | Sep.3, 2013 | Susan MacKay | Radiation Sickness; Susan MacKay Comments |

**INDEX TO DEFERRED APPENDIX**

| 269 | 9087-9091 | Mar. 4, 2013 | Theresa McCarthy | Radiation Sickness; Theresa McCarthy Reply Comments |
|---|---|---|---|---|
| 270 | 9092-9093 | Jul. 11, 2016 | L S Murphy | Radiation Sickness; L S Murphy Comments |
| 271 | 9094-9096 | Aug. 30, 2013 | Patricia B. Fisken | Radiation Sickness; Patricia B. Fisken Comments |
| 272 | 9097-9098 | Sep. 3, 2013 | Linda Hart | Radiation Sickness; Linda Hart Comments |
| 273 | 9099-9101 | Aug. 19, 2013 | E Renaud | Radiation Sickness; E Renaud Comments |
| 274 | 9102-9108 | Aug. 13, 2013 | Nicole Nevin | Radiation Sickness; Nicole Nevin Comments |
| 275 | 9109-9110 | Sep. 30, 2016 | Robert VanEchaute | Radiation Sickness; Robert VanEchaute Comments |
| 276 | 9111-9112 | Sep. 6, 2016 | Daniel Berman | Radiation Sickness; Daniel Berman Comments |
| 277 | 9113-9116 | Sep. 3, 2013 | Edna Willadsen | Radiation Sickness; Edna Willadsen Comments |
| 278 | 9117-9118 | Aug. 30, 2013 | Susan Molloy | Radiation Sickness; Susan Molloy Comments |
| 279 | 9119-9120 | Sep. 3, 2013 | Kathleen Christofferson | Radiation Sickness; Kathleen Christofferson Comments |
| 280 | 9121-9122 | Sep. 3, 2013 | Juli Johnson | Radiation Sickness; Juli Johnson Comments |
| 281 | 9123-9124 | Sep. 3, 2013 | Annalee Lake | Radiation Sickness; Annalee Lake Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 282 | 9125-9126 | Aug. 22, 2013 | Alan Marks | Radiation Sickness; Alan Marks Comments |
| 283 | 9127-9128 | Jun. 10, 2013 | Peggy McDonald | Radiation Sickness; Peggy McDonald Comments |
| 284 | 9129-9131 | Feb. 26, 2013 | Mark Zehfus | Radiation Sickness; Mark Zehfus Reply Comments |
| 285 | 9132-9137 | Feb. 6, 2013 | Jennifer Zmarzlik | Radiation Sickness; Jennifer Zmarzlik Comments |
| 286 | 9138-9142 | Feb. 6, 2013 | Catherine E. Ryan | Radiation Sickness; Catherine E. Ryan Comments |
| 287 | 9143-9148 | Feb. 6, 2013 | L. Meade | Radiation Sickness; L. Meade Comments |
| 288 | 9149-9150 | Sep. 3, 2013 | Arthur Firstenberg | Radiation Sickness; Arthur Firstenberg Comments |
| 289 | 9151-9152 | Mar. 5, 2013 | Jeromy Johnson | Radiation Sickness; Jeromy Johnson Reply Comments |
| 290 | 9153-9154 | Sep. 26, 2016 | Jeanne Insenstein | Radiation Sickness; Jeanne Insenstein Comments |
| 291 | 9155-9159 | Nov. 18, 2013 | Angela Flynn | Radiation Sickness; Angela Flynn Reply Comments |
| 292 | 9160-9162 | Sep. 4, 2013 | Kathryn K. Wesson | Radiation Sickness; Kathryn K. Wesson Comments |
| 293 | 9163-9165 | Sep. 3, 2013 | Diane St. James | Radiation Sickness; Diane St. James Comments |
| 294 | 9166-9168 | Sep. 3, 2013 | Christine Hoch | Radiation Sickness; Christine Hoch Comments |
| 295 | 9169-9180 | Sep. 3, 2013 | Arlene Ring | Radiation Sickness; Arlene Ring Comments |

## INDEX TO DEFERRED APPENDIX

| 296 | 9181-9182 | Sep. 3, 2013 | Victoria Jewett | Radiation Sickness; Victoria Jewett Comments |
|---|---|---|---|---|
| 297 | 9183-9185 | Sep. 3, 2013 | Michael J. Hazard | Radiation Sickness; Michael J. Hazard Comments |
| 298 | 9186-9187 | Aug. 30, 2013 | Melinda Wilson | Radiation Sickness; Melinda Wilson Comments |
| 299 | 9188-9191 | Aug. 30, 2013 | Maggi Garloff | Radiation Sickness; Maggi Garloff Comments |
| 300 | 9192-9199 | Sep. 3, 2013 | Holly Manion | Radiation Sickness & ADA/FHA; Holly Manion Comments |
| 301 | 9200-9203 | Aug. 22, 2013 | James Baker | Radiation Sickness; James Baker Comments |
| 302 | 9204-9254 | Jul. 19, 2013 | Deborah Cooney | Radiation Sickness; Deborah Cooney, Verified Complaint, *Cooney v. California Public Utilities Commission et al*, No. 12-cv-06466-CW, U.S.D.C. N.D. Cal. (Dec 17, 2012) |
| 303 | 9255-9258 | Jun. 13, 2013 | Mardel DeBuhr | Radiation Sickness; Mardel DeBuhr Comments |
| 304 | 9259-9260 | Jun. 10, 2013 | Richard Wolfson | Radiation Sickness; Richard Wolfson Comments |
| 305 | 9261-9264 | Mar. 7, 2013 | James E. Peden | Radiation Sickness; James E. Peden Reply Comments |
| 306 | 9265-9266 | Mar. 5, 2013 | Carl Hilliard | Radiation Sickness; Carl Hilliard Comments |
| 307 | 9267-9268 | Mar. 4, 2013 | Lisa Horn | Radiation Sickness; Lisa Horn Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 308 | 9269-9274 | Feb. 27, 2013 | Alexandra Ansell | Radiation Sickness; Alexandra Ansell Reply Comments |
| 309 | 9275-9278 | Feb. 25, 2013 | Patricia A. Ormsby | Radiation Sickness; Patricia A. Ormsby Reply Comments |
| 310 | 9279-9282 | Feb. 14, 2013 | Annette Jewell-Ceder | Radiation Sickness; Annette Jewell-Ceder Reply Comments |
| 311 | 9283-9286 | Feb. 6, 2013 | Max Feingold | Radiation Sickness; Max Feingold Comments |
| 312 | 9287-9300 | Feb. 6, 2013 | Annallys Goodwin-Landher | Radiation Sickness; Annallys Goodwin-Landher Comments |
| 313 | 9301-9316 | Feb. 4, 2013 | Rebecca Morr | Radiation Sickness; Rebecca Morr Comments |
| 314 | 9317-9320 | Feb. 5, 2013 | Josh Finley | Radiation Sickness; Alexandra Ansell Reply Comments |
| 315 | 9321-9331 | Feb. 5, 2013 | Donna L. Bervinchak | Radiation Sickness; Donna L. Bervinchak Comments |
| **VOLUME 24 – Tabs 316-377** | | | | |
| 316 | 9332-9334 | Feb. 5, 2013 | Catherine Morgan | Radiation Sickness; Catherine Morgan Comments |
| 317 | 9335-9338 | Feb. 5, 2013 | Angelica Rose | Radiation Sickness; Angelica Rose Comments |
| 318 | 9339-9341 | Feb. 5, 2013 | Brian J. Bender | Radiation Sickness; Brian J. Bender Comments |
| 319 | 9342-9343 | Jul. 11, 2016 | Maggie Connolly | Radiation Sickness; Maggie Connolly Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 320 | 9344-9345 | Sep. 3, 2013 | Gregory Temmer | Radiation Sickness; Gregory Temmer Comments |
| 321 | 9346-9347 | Sep. 3, 2013 | Bernice Nathanson | Radiation Sickness; Bernice Nathanson Comments |
| 322 | 9348-9350 | Sep. 3, 2013 | Terry Losansky | Radiation Sickness; Terry Losansky Comments |
| 323 | 9351-9352 | Sep. 3, 2013 | Ronald Jorstad | Radiation Sickness; Ronald Jorstad Comments |
| 324 | 9353-9354 | Jul. 8, 2013 | Liz Menkes | Radiation Sickness; Liz Menkes Comments |
| 325 | 9355-9356 | Sep. 3, 2013 | Katie Mickey | Radiation Sickness; Katie Mickey Comments |
| 326 | 9357-9360 | Sep. 3, 2013 | Karen Nold | Radiation Sickness; Karen Nold Comments |
| 327 | 9361-9362 | Jul. 8, 2013 | David DeBus, PhD. | Radiation Sickness; David DeBus, Ph.D. Comments |
| 328 | 9363-9365 | Jun. 20, 2013 | Jamie Lehman | Radiation Sickness; Jamie Lehman Comments |
| 329 | 9366-9367 | Jun. 12, 2013 | Jane van Tamelen | Radiation Sickness; Jane van Tamelen Comments |
| 330 | 9368-9379 | Jun. 10, 2013 | Sebastian Sanzotta | Radiation Sickness; Sebastian Sanzotta Comments |
| 331 | 9380-9383 | Mar. 7, 2013 | Taale Laafi Rosellini | Radiation Sickness; Taale Laafi Rosellini Reply Comments |
| 332 | 9384-9387 | Mar. 7, 2013 | Robert E. Peden | Radiation Sickness; Robert E. Peden Reply Comments |

**INDEX TO DEFERRED APPENDIX**

| 333 | 9388-9391 | Mar. 7, 2013 | Marilyn L. Peden | Radiation Sickness; Marilyn L. Peden Reply Comments |
|---|---|---|---|---|
| 334 | 9392-9393 | Mar. 5, 2013 | Doreen Almeida | Radiation Sickness; Doreen Almeida Reply Comments |
| 335 | 9394-9395 | Mar. 5, 2013 | Oriannah Paul | Radiation Sickness; Oriannah Paul Comments |
| 336 | 9396-9397 | Sep. 3, 2013 | Heather Lane | Radiation Sickness; Heather Lane Comments |
| 337 | 9398-9399 | Aug. 15, 2013 | John Grieco | Radiation Sickness; John Grieco Comments |
| 338 | 9400-9401 | Sep. 29, 2016 | Linda Kurtz | Radiation Sickness & ADA/FHA; Linda Kurtz Comments |
| 339 | 9402-9406 | Feb. 5, 2013 | Lisa Drodt-Hemmele | Radiation Sickness & ADA/FHA; Lisa Drodt-Hemmele Comments |
| 340 | 9407-9409 | Aug. 26, 2013 | Robert S Weinhold | Radiation Sickness & ADA/FHA; Robert S Weinhold Comments |
| 341 | 9410-9411 | Jul. 12, 2016 | Dianne Black | Radiation Sickness & ADA/FHA; Dianne Black Comments |
| 342 | 9412-9415 | Jul. 13, 2016 | Derek C. Bishop | Radiation Sickness & ADA/FHA; Derek C. Bishop Comments |
| 343 | 9416-9435 | Aug. 21, 2013 | Steven Magee | Radiation Sickness & ADA/FHA; Steven Magee Comments |
| 344 | 9436-9437 | Sep. 3, 2013 | Melissa Chalmers | Radiation Sickness & ADA/FHA; Melissa Chalmers Comments |

**INDEX TO DEFERRED APPENDIX**

| 345 | 9438-9440 | Aug. 30, 2013 | Garril Page | Radiation Sickness & ADA/FHA; Garril Page Comments |
|---|---|---|---|---|
| 346 | 9441-9444 | Sep. 5, 2013 | Laddie W. Lawings | Radiation Sickness & ADA/FHA; Laddie W. Lawings Comments |
| 347 | 9445-9446 | Sep. 4, 2018 | Fern Damour | Radiation Sickness & ADA/FHA; Fern Damour Comments |
| 348 | 9447-9449 | Aug. 28, 2013 | Rebecca Rundquist | Radiation Sickness & ADA/FHA; Rebecca Rundquist Comments |
| 349 | 9450-9451 | Sep. 3, 2013 | JoAnn Gladson | Radiation Sickness & ADA/FHA; JoAnn Gladson Comments |
| 350 | 9452-9453 | Jul. 13, 2016 | Jonathan Mirin | Radiation Sickness & ADA/FHA; Jonathan Mirin Comments |
| 351 | 9454-9455 | Jul. 12, 2016 | Mary Adkins | Radiation Sickness & ADA/FHA; Mary Adkins Comments |
| 352 | 9456-9458 | Sep. 3, 2013 | Ian Greenberg | Radiation Sickness & ADA/FHA; Ian Greenberg Comments |
| 353 | 9459-9462 | Sep. 3, 2013 | Helen Sears | Radiation Sickness & ADA/FHA; Helen Sears Comments |
| 354 | 9463-9464 | Mar. 4, 2013 | Janet Johnson | Radiation Sickness & ADA/FHA; Janet Johnson Comments |
| 355 | 9465-9467 | Aug. 20, 2013 | Mr. and Mrs. Gammone | Radiation Sickness & ADA/FHA; Mr. and Mrs. Gammone Comments |
| 356 | 9468-9475 | Sep. 10, 2013 | Shelley Masters | Radiation Sickness - Disability; Shelley Masters Comments |

**INDEX TO DEFERRED APPENDIX**

| 357 | 9476-9479 | Sep. 12, 2016 | Tara Schell & Kathleen Bowman | Radiation Sickness; Disability; Tara Schell & Kathleen Bowman Comments |
| 358 | 9480-9481 | Feb. 6, 2013 | Patricia Burke | Radiation Sickness; Disability; Patricia Burke Comments |
| 359 | 9482-9484 | Aug. 19, 2013 | Deirdre Mazzetto | Radiation Sickness; Disability; Deirdre Mazzetto Comments |
| 360 | 9485-9486 | Mar. 5, 2013 | Jim and Jana May | Radiation Sickness; Disability; Jim and Jana May Comments |
| 361 | 9487-9488 | Jun. 10, 2013 | Lisa M. Stakes | Radiation Sickness; Disability; Lisa M. Stakes Comments |
| 362 | 9489-9490 | Sep. 3, 2013 | Veronica Zrnchik | Radiation Sickness; Disability; Veronica Zrnchik Comments |
| 363 | 9491-9493 | Sep. 12, 2013 | J.A. Wood | Radiation Sickness; Disability; J.A. Wood Comments |
| 364 | 9494-9495 | Jul. 3, 2016 | Sherry Lamb | Radiation Sickness; Disability; Sherry Lamb Comments |
| 365 | 9496-9500 | Aug. 28, 2013 | April Rundquist | Radiation Sickness; Disability; April Rundquist Comments |
| 366 | 9501-9502 | Jul. 21, 2016 | Charlene Bontrager | Radiation Sickness; Disability; Charlene Bontrager Comments |
| 367 | 9503-9506 | Jun. 19, 2013 | Michelle Miller | Radiation Sickness; Disability; Michelle Miller Comments |

**INDEX TO DEFERRED APPENDIX**

| 368 | 9507-9514 | Sep. 3, 2013 | James C. Barton | Radiation Sickness; Disability; James C. Barton Comments |
|---|---|---|---|---|
| 369 | 9515-9526 | Sep. 3, 2013 | Diane Schou | Radiation Sickness; Disability; Diane Schou Comments |
| 370 | 9527-9532 | Jun. 24, 2013 | Alison Price | Radiation Sickness; Disability; Alison Price Comments |
| 371 | 9533-9535 | Sep. 10, 2013 | Shari Anker | Radiation Sickness; Disability; Shari Anker Comments |
| 372 | 9536-9538 | Aug. 30, 2013 | Paul Vonharnish | Radiation Sickness; Disability; Paul Vonharnish Comments |
| 373 | 9539-9548 | Aug. 26, 2013 | Heidi Lumpkin | Radiation Sickness; Disability; Heidi F. Lumpkin, Comments |
| 374 | 9549-9550 | Sep. 3, 2013 | Kaitlin Losansky | Radiation Sickness; Disability; Kaitlin Losansky Comments |
| 376 | 9551-9556 | Nov. 12, 2012 | Monise Sheehan | Radiation Sickness; Disability; Monise Sheehan Testimonial |
| 376 | 9557-9558 | Mar. 1, 2013 | Ruthie Glavinich | Radiation Sickness; Disability; Ruthie Glavinich Comments |
| 377 | 9559-9682 | Sep. 3, 2013 | Ed Friedman | Radiation Sickness; Testimonials of Nine People; 2013 |
| **VOLUME 25 – Tabs 378-404** | | | | |
| 378 | 9683-9771 | Sep. 3, 2013 | Ed Friedman | Radiation Sickness; Testimonials of Twelve People; 2013 |
| 379 | 9772-9854 | Sep. 3, 2013 | Ed Friedman | Radiation Sickness; Testimonials of Nine People; 2013 |

**INDEX TO DEFERRED APPENDIX**

| 380 | 9855-9936 | Sep. 28, 2016 | Kevin Mottus | Radiation Sickness; Testimonials of Twenty People, Collected by StopSmartMeters; 2013 |
|---|---|---|---|---|
| 381 | 9937-9938 | Sep. 3, 2013 | Amanda & Ryan Rose | Radiation Sickness: Doctor's Diagnosis Letter for Peter Rose; 2010 |
| 382 | 9939-9940 | Jun. 10, 2013 | Steven Magee | Radiation Sickness; Doctor's Diagnosis Letter for Steven Magee |
| 383 | 9941-9964 | Sep. 30, 2016 | Patricia Burke | European Manifesto in support of a European Citizens' Initiative (ECI) |
| 384 | 9965-10012 | Jul. 7, 2016 | Environmental Health Trust | ADA/FHA; Verified Complaint, *G v. Fay Sch., Inc.*, No. 15-CV-40116-TSH (U.S.D.C. Mass. Aug. 12, 2015) |
| 385 | 10013-10015 | Aug. 13, 2013 | John Puccetti | ADA/FHA; Organizations; American Academy of Environmental Medicine, Letter to the FCC |
| 386 | 10016-10018 | Feb. 5, 2013 | Rachel Nummer | ADA/FHA; Rachel Nummer Comments |
| 387 | 10019-10023 | Feb. 5, 2013 | Barbara Schnier | ADA/FHA; Southern Californians for a Wired Solution to Smart Meters Comments |
| 388 | 10024-10057- | Feb. 5, 2013 | Barbara Schnier | ADA/FHA; Opening Brief of Southern Californians for Wired Solutions to Smart Meters, Application 11-03-014 (July 19, 2012) |
| 389 | 10058-10066 | Sep. 2, 2013 | Barbara Li Santi | ADA/FHA; Barbara Li Santi Comments |
| 390 | 10067-10077 | Oct. 22, 2013 | Kit T. Weaver | ADA/FHA; Kit T. Weaver, Reply Comments |

**INDEX TO DEFERRED APPENDIX**

| 391 | 10078-10086 | Mar. 3, 2013 | Sandra Schmidt | ADA/FHA; Sandra Schmidt Reply Comments |
|---|---|---|---|---|
| 392 | 10087-10099 | Feb. 11, 2013 | Antoinette Stein | ADA/FHA; Antoinette Stein Comments |
| 393 | 10100-10103 | Feb. 5, 2013 | David Morrison | ADA/FHA; David Morrison Comments |
| 394 | 10104-10107 | Apr. 16, 2014 | MK Hickox | MK Hickox Reply Comments |
| 395 | 10108-10009 | Sep. 3, 2013 | Annemarie Weibel | ADA/FHA; Annemarie Weibel Comments |
| 396 | 10110 - 10117 | Sep. 3, 2013 | Omer Abid, MD, MPH | Individual Rights; Dr. Omer Abid MD. MPH Comments |
| 397 | 10118-10120 | Sep. 2, 2013 | John A. Holeton | Individual Rights; John & Pauline Holeton Comments |
| 398 | 10121-10129 | Sep. 2, 2013 | Grassroots Environmental Education, Inc. o/b/o Nancy Naylor | Individual Rights; Nancy Naylor Comments |
| 399 | 10130-10143 | Sep. 2, 2013 | Deborah M. Rubin | Individual Rights; Deborah M. Rubin Comments |
| 400 | 10,144-10149 | Sep. 2, 2013 | Kevin Mottus | Individual Rights; Kevin Mottus Comments |
| 401 | 10150 - 10157 | Aug. 30, 2013 | Alexandra Ansell | Individual Rights; Alexandra Ansell Comments |
| 402 | 10158-10161 | Aug. 25, 2013 | Steen Hviid | Individual Rights; Steen Hviid Comments |
| 403 | 10162-10165 | Aug. 21, 2013 | Molly Hauck | Individual Rights; Molly Hauck Comments |

## INDEX TO DEFERRED APPENDIX

| 404 | 10166-10171 | Feb. 5, 2013 | Olle Johansson | Individual Rights; Prof. Olle Johansson PhD., Comments |
|---|---|---|---|---|
| **VOLUME 26 – Tabs 405-443** | | | | |
| 405 | 10172-10174 | Mar. 4, 2013 | R.Paul and Kathleen Sundmark | Individual Rights; R. Paul and Kathleen Sundmark Reply Comments |
| 406 | 10175-10180 | Feb. 5, 2013 | Cynthia Edwards | Individual Rights & ADA; Cynthia Edwards Comments |
| 407 | 10181-10185 | Feb. 4, 2013 | Diana Ostermann | Individual Rights; Diana Ostermann Comments |
| 408 | 10186-10193 | Jul. 13, 2016 | Chris Nubbe | Individual Rights; Chris Nubbe Comments |
| 409 | 10194-10201 | Nov. 17, 2013 | Katie Singer | Individual Rights & ADA; Katie Singer Comments |
| 410 | 10202-10203 | Aug. 21, 2013 | John Puccetti | Individual Rights; BC Human Rights Tribunal approves smart meter class action, Citizens for Safe Technology |
| 411 | 10204-10207 | Sep. 30, 2016 | Catherine Kleiber | Individual Rights; Wireless Technology Violates Human Rights, Catherine Kleiber |
| 412 | 10208-10212 | Oct. 28, 2013 | Kate Reese Hurd | Individual Rights; Kate Reese Hurd Comments |
| 413 | 10213-10214 | Sep. 30, 2016 | Patricia Burke | Individual Rights; Wireless '"Revolution" Must Be Supported by Scientific Proof of Safety for Human Health and the Environment, Patricia Burke |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 414 | 10215-10216 | Sep. 3, 2013 | Ed Friedman | Individual Rights; Transcript of Hearing, Vol. 10, Application 11-03-014, Application of Pacific Gas and Electric Company for Approval of Modifications to its SmartMeter™ Program and Increased Revenue Requirements to Recover the Costs of the Modifications, California Public Utilities Commission; Dec. 20, 2012 |
| 415 | 10235-10248 | Dec. 1, 2013 | Julienne Battalia | Individual Rights; Letter of Complaint and Appeal, and Notice of Liability Regarding 'Smart Meter' and Wireless Networks, Julienne Battalia, Washington State |
| 416 | 10249-10270 | Jul. 7, 2016 | Environmental Health Trust | Precautionary Principle; Mobile Phone Infrastructure Regulation in Europe: Scientific Challenges and Human Rights Protection, Professor Susan Perry, (international human rights law) Professor Claudia Roda (Impacts of digital technology on human behavior and social structure) |
| 417 | 10271-10275 | Jul. 11, 2016 | Environmental Health Trust | Precautionary Principle; Wi-Fi - Children; Saying Good-Bye to WiFi A Waldorf School Takes a Precautionary Step, Dr. Ronald E. Koetzsch PhD. |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 418 | 10276-10290 | Jul. 7, 2016 | Environmental Health Trust | Precautionary Principle; Wireless Devices, Standards, and Microwave Radiation in the Education Environment, Dr. Gary Brown, Ed.D. (Instructional Technologies and Distance Education) |
| 419 | 10291-10294 | Nov. 18, 2013 | Richard H. Conrad, Ph.D. | Precautionary Principle; Dr. Richard H. Conrad Reply Comments |
| 420 | 10295-10304 | Sep. 3, 2013 | Holly Manion | Precautionary Principle; Smart Meters-Firefighters; Letter from Susan Foster to San Diego Gas & Electric, California Public Utilities Commission; Nov. 8, 2011 |
| 421 | 10305-10348 | Jul. 7, 2016 | Environmental Health Trust | Precautionary Principle; Letter to the Montgomery County Board of Education Members, Theodora Scarato |
| 422 | 10349-10352 | Oct. 30, 2013 | Diane Hickey | Precautionary Principle; Diane Hickey Comments |
| 423 | 10353-10356 | Sep. 3, 2013 | Monnie Ramsell | Precautionary Principle; Monnie Ramsell Comments |
| 424 | 10357-10409 | Aug. 29, 2013 | Kevin Kunze | Precautionary Principle; Kevin Kunze Comments |
| 425 | 10410-10429 | Feb. 6, 2013 | Clara De La Torre | Precautionary Principle; Clara de La Torre Comments |
| 426 | 10430-10431 | Sep. 30, 2016 | Center for Safer Wireless | Precautionary Principle; Center for Safer Wireless Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 427 | 10432-10440 | Sep. 27, 2016 | Gary C. Vesperman | Precautionary Principle; Possible Hazards of Cell Phones and Towers, Wi-Fi, Smart Meters, and Wireless Computers, Printers, Laptops, Mice, Keyboards, and Routers Book Three, Gary Vesperman Comments |
| 428 | 10441-10443 | Jul. 11, 2016 | Cecelia Doucette | Precautionary Principle; Cecelia Doucette Comments |
| 429 | 10444-10446 | Aug. 31, 2016 | Chuck Matzker | Precautionary Principle; Chuck Matzker Comments |
| 430 | 10447-10460 | Sep. 3, 2013 | Diane Schou | Precautionary Principle; Dr. Diane Schou PhD, Dr. Bert Schou, PhD., Comments (letter sent to FCC's OET) |
| 431 | 10461-10465 | Sep. 3, 2013 | Evelyn Savarin | Precautionary Principle; Evelyn Savarin Comments |
| 432 | 10466-10468 | Jun. 19, 2013 | Jamie Lehman | Precautionary Principle; Jamie Lehman, Comments |
| 433 | 10469-10470 | Mar. 7, 2013 | Marlene Brenhouse | Precautionary Principle; Marlene Brenhouse, Comments |
| 434 | 10471-10474 | Jul. 11, 2016 | Lynn Beiber | Precautionary Principle; Lynn Beiber Comments |
| 435 | 10475-10489 | Sep. 2, 2013 | Kevin Mottus | Precautionary Principle; Kevin Mottus Comments |
| 436 | 10490-10491 | Jul.13, 2016 | Mary Paul | Precautionary Principle; Mary Paul, Comments |
| 437 | 10492-10493 | Jul. 11, 2016 | Stephanie McCarter | Precautionary Principle; Stephanie McCarter Comments |

**INDEX TO DEFERRED APPENDIX**

| 438 | 10494-10496 | Feb. 4, 2013 | Rebecca Morr | Precautionary Principle; Rebecca Morr Comments |
| 439 | 10497-10505 | Feb. 3, 2013 | Nancy Baer | Precautionary Principle; Nancy Baer Comments |
| 440 | 10506-10507 | Sep. 2, 2013 | Holly LeGros | Precautionary Principle; Holly LeGros Comments |
| 441 | 10508-10509 | Aug. 18, 2013 | Loe Griffith | Precautionary Principle; Loe Griffith Comments |
| 442 | 10510-10555 | Nov. 18, 2013 | EMR Policy Institute | EMR Policy Institute Reply Comments |
| 443 | 10566-10572 | Sep. 3, 2013 | Leslee Cooper | Leslee Cooper Comments |

Research Compilation; Abstracts of over 2,100 studies published
between 1990-2017; Prof. Henry Lai.
(Tab 7 Part 4)

damage. CONCLUSIONS: DNA damage induced by 1.8 GHz radiofrequency field for 2 h, which was mainly SSBs, may be associated with the increased ROS production. Electromagnetic noise could block RF-induced ROS formation and DNA damage.

**Yariktas M, Doner F, Ozguner F, Gokalp O, Dogru H, Delibas N. Nitric oxide level in the nasal and sinus mucosa after exposure to electromagnetic field. Otolaryngol Head Neck Surg. 132(5):713-716, 2005.**

OBJECTIVE: The purpose of this study was to examine the changes in nitric oxide (NO) level in the nasal and paranasal sinus mucosa after exposure radiofrequency electromagnetic fields (EMF). STUDY DESIGN AND SETTING: Thirty male Sprague-Dawley rats were randomly grouped as follows: EMF group (group I; n, 10), EMF group in which melatonin received (group II; n, 10) and the control (sham operated) group (group III; n, 10). Groups I and II were exposed to a 900 MHz. Oral melatonin was given in group II. Control rats (group III) were also placed in the tube as the exposure groups, but without exposure to EMF. At the end of 2 weeks, the rats were sacrificed, and the nasal and paranasal sinus mucosa dissected. NO was measured in nasal and paranasal mucosa. RESULTS: The nasal and paranasal sinus mucosa NO levels of group I were significantly higher than those of the control group (group III) ( $P < 0.05$ ). However, there was no statistically significant difference between group II and the control group (group III) regarding NO output ( $P > 0.05$ ). CONCLUSION: Exposure to EMF released by mobile phones (900 MHz) increase NO levels in the sinus and nasal mucosa. SIGNIFICANCE: Increased NO levels may act as a defense mechanism and presumably related to tissue damage. In addition, melatonin may have beneficial effect to prevent these changes in the mucosa.

**Ye J, Yao K, Lu D, Wu R, Jiang H. Low power density microwave radiation induced early changes in rabbit lens epithelial cells. Chin Med J (Engl) 114(12):1290-1294, 2001.**

OBJECTIVE: To determine whether low power density microwave radiation can induce irreversible changes in rabbit lens epithelial cells (LECs) and the mechanisms of the changes. METHODS: One eye of each rabbit was exposed to 5 mW/cm2 or 10 mW/cm2 power density microwaves for 3 hours, while the contralateral eye served as a control. Annexin V-propidium iodide (PI) two-color flow cytometry (FCM) was used to detect the early changes in rabbit lens epithelial cells after radiation. RESULTS: Lots of rabbit LECs were in the initial phase of apoptosis in the 5 mW/cm2 microwave radiation group. A large number of cells became secondary necrotic cells, and severe damage could be found in the group exposed to 10 mW/cm2 microwave radiation. CONCLUSION: Low power densities of microwave radiation (5 mW/cm2 and 10 mW/cm2) can induce irreversible damage to rabbit LECs. This may be the non-thermal effect of microwave radiation.

**Ye J, Yao K, Zeng Q, Lu D. Changes in gap junctional intercellular communication in rabbits lens epithelial cells induced by low power density microwave radiation. Chin Med J (Engl) 115(12):1873-1876, 2002.**

OBJECTIVE: To demonstrate the changes in gap junctional intercellular communication (GJIC) mediated by low power density microwave radiation in rabbits lens epithelial cells (LECs) and its mechanisms. METHODS: Rabbits' eyes were exposed to 5 mW/cm(2)

and 10 mW/cm(2) power densities of microwave radiation for 3 hours. The fluorescence-recovery-after-photobleaching (FRAP) method was used to determine the GJIC. The localization and function of connexin 43 in LECs was detected by laser scanning confocal microscopy. RESULTS: The GJIC of rabbits LECs was inhibited by microwave radiation especially in the 10 mW/cm(2) irradiated samples. A decrease in connexin 43-positive staining was seen in 5 mW/cm(2) x 3 h treated LECs. Intracellular space accumulation and cytoplasmic internalization were clearly demonstrated in 10 mW/cm(2) group. CONCLUSIONS: Low power densities microwave radiation (5 mW/cm(2) and 10 mW/cm(2)) induces damage to connexin 43 and inhibits the GJIC of rabbits LECs. These changes result in an osmotic imbalance within the lens and induce early cataract. 5 mW/cm(2) or 10 mW/cm(2) microwave radiation is cataractogenic.

**Ye W, Wang F, Zhang W, Fang N, Zhao W, Wang J. Effect of Mobile Phone Radiation on Cardiovascular Development of Chick Embryo. Anat Histol Embryol. 2015 Jul 14. doi: 10.1111/ahe.12188. [Epub ahead of print]**

The biological effects on cardiovascular development of chicken embryos were examined after radiation exposure using mobile phone (900 MHz; specific absorption rate˜1.07 W/kg) intermittently 3 h per day during incubation. Samples were selected by morphological and histological methods. The results showed the rate of embryonic mortality and cardiac deformity increased significantly in exposed group (P < 0.05). No any histological pathological changes were observed on Day 5-7 (D5-D7) of incubation. A higher distribution of lipid droplets was unexpectedly present in myocardial tissue from the exposure groups on D10-D13. Soon afterwards, myofilament disruption, atrioventricular valve focal necrosis, mitochondria vacuolization and atrial natriuretic peptide (ANP) decrease appeared on D15-D21 of incubation. Comet assay data showed the haemocyte mean tail in the exposed group was significantly larger than that of the control (P < 0.01). The arterial vascular wall of exposed group was thicker (P < 0.05) than that of the control on D13, which was reversed to normal in later stages. Our findings suggest that long-term exposure of MPR may induce myocardium pathological changes, DNA damage and increased mortality; however, there was little effect on vascular development.

**Yee KC, Chou CK, Guy AW, Character of the effect of microwave on conduction velocity of frog ventricular muscle. Bioelectromagnetics 15(6):555-561, 1994.**

Thirty-two frog hearts were divided into four groups and placed individually in temperature-controlled waveguides filled with Ringer's solution. The pacemaker was removed, and stimulation was provided at 0.3 Hz by three carbon-loaded Teflon electrodes located on the aorta and the ventricular muscle. Conduction velocity was measured from the difference between two action potentials. One group served as control; the three other groups were exposed for 2 h to pulsed 2,450 MHz microwave fields (10 microseconds, 0.001 duty cycle, 16 Hz modulation) at specific absorption rates (SARs) of 0.003, 2, and 6 W/kg, respectively. No significant difference in conduction velocity was found between the control and the exposed groups.

**Yeolekar ME, Sharma A. Use of mobile phones in ICU--why not ban? J Assoc Physicians India. 52:311-313, 2004.**

JA 01566

Due to the rapid growth of mobile telecommunications it is predicted that by 2005 there will be 1.6 billion mobile phone users worldwide. The usage of cellphones in Intensive Care Units carries with it a high incidence of interference with a number of medical devices like implantable defibrillators, cardioverters, pacemakers, monitors and other important devices like ventilators. It is in this context that this article will throw a light on complications of cellphones use in the Intensive Care Units and various strategies that can be taken to restrict their use in the Intensive Care Units.

**Yildirim MS, Yildirim A, Zamani AG, Okudan N. Effect of mobile phone station on micronucleus frequency and chromosomal aberrations in human blood cells. Genet Couns. 21(2):243-251, 2010.**

The use of mobile telephones has rapidly increased worldwide as well as the number of mobile phone base stations that lead to rise low level radiofrequency emissions which may in turn have possible harm for human health. The national radiation protection board has published the known effects of radio waves exposure on humans living close to mobile phone base stations. However, several studies have claimed that the base station has detrimental effects on different tissues. In this study, we aimed to evaluate the effects of mobile phone base stations on the micronucleus (MN) frequency and chromosomal aberrations on blood in people who were living around mobile phone base stations and healthy controls. Frequency of MN and chromosomal aberrations in study and control groups was 8.96 +/- 3.51 and 6.97 +/- 1.52 (p: 0.16); 0.36 +/- 0.31 and 0.75 +/- 0.61 (p: 0.07), respectively. Our results show that there was not a significant difference of MN frequency and chromosomal aberrations between the two study groups. The results claim that cellular phones and their base stations do not produce important carcinogenic changes.

**Yilmaz F, Dasdag S, Akdag MZ, Kilinc N. Whole-body exposure of radiation emitted from 900 MHz mobile phones does not seem to affect the levels of anti-apoptotic bcl-2 protein. Electromagn Biol Med. 27(1):65-72, 2008.**

The purpose of the present study was to investigate the anti-apoptotic bcl-2 protein in rat brain and testes after whole-body exposure to radiation emitted from 900 MHz cellular phones. Two groups (sham and experimental) of Sprague-Dawley rats of eight rats each were used in the study. Exposure began approximately 10 min after transferring into the exposure cages, a period of time when rats settled down to a prone position and selected a fixed location inside the cage spontaneously. For the experimental group, the phones were in the speech condition for 20 min per day for 1 month. The same procedure was applied to the sham group rats, but the phones were turned off. Immunohistochemical staining of bcl-2 was performed according to the standardized avidin-biotin complex method. The results of this study showed that 20 min of the radiation emitted from 900 MHz cellular phones did not alter anti-apoptotic bcl-2 protein in the brain and testes of rats. We speculate that bcl-2 may not be involved in the effects of radiation on the brain and testes of rats.

JA 01567

**Yilmaz A, Yilmaz N, Serarslan Y, Aras M, Altas M, Ozgür T, Sefil F. The effects of mobile phones on apoptosis in cerebral tissue: an experimental study on rats. Eur Rev Med Pharmacol Sci. 18(7):992-1000, 2014.**

**INTRODUCTION:** The concern about mobile phone effects is increasing as the number of users increasing too. Different studies have different results, so this topic is still open to discussion. Aim of this report was to investigate the effects of the mobile phones on the Bcl-2 gene and p53 proteins in rat brains. **MATERIALS AND METHODS:** In the study group of 10 rats; mobile phones that spread EMW at a frequency between 1900-2100 MHz and Specific Absorption Rate range between 0.005 W/kg and 0.288 W/kg (Dialing mode), 0.004 W/kg and 0.029 W/kg (Calling mode) were attached to rat ears for simulating usage in daily life for 7 times a day during 5 minutes (3 seconds dialing mode, 4 minutes and 47 seconds of calling mode) for a four week period. Sham group (n=10) rats were only immobilized without EMW exposure. Another group of rats (n=10) were counted as control without any application. immunohistopathological examination was performed for p53 and Bcl-2 expression. **RESULTS:** Immunohistopathological examinations revealed that the samples in the study group had more p53 and Bcl-2 positive stained cells and they were stained denser. In both evaluations, these differences between the study and control group were found statistically significant (p < 0.003); In Bcl-2 evaluation statistically significant difference was found between study and sham group to (p < 0.005); however, the p53 evaluation between the study and the sham group did not show any statistically significant difference (p > 0.005). **CONCLUSIONS:** Our results showed that the electro-magnetic waves emitted by the mobile phones may have effect on apoptosis. Besides, obtained data revealed that more realistic application of mobile phones during experiments is more important as expected.

**Yilmaz A, Tumkaya L, Akyildiz K, Kalkan Y, Bodur AF, Sargin F, Efe H, Uydu HA, Yazici ZA. Lasting hepatotoxic effects of prenatal mobile phone exposure. J Matern Fetal Neonatal Med. 30(11):1355-1359, 2017.**

OBJECTIVE: In this study, the livers of rats born to mothers exposed to electromagnetic field (EMF) were examined 60 days postpartum for biochemical and histopathological changes. METHODS: Pregnant rats were exposed to radiation (900 MHz EMF, 24 h/day for 20 days) using a digital signal generator by placing the device centrally under the cage, which formed the study (EMF) group, while untreated matching rats served as controls. Livers and blood were obtained from litters (seven males and seven females) of both groups 60 days after birth, which were used for biochemical and histopathological analyses. RESULTS: There was a significant increase in the levels of malondialdehyde (MDA) (p < 0.05) that was accompanied by a significant fall in glutathione (GSH) (p < 0.01) in the liver. The serum levels of alanine aminotransferase (ALT) and aspartate aminotransferase (AST) were significantly increased (p < 0.05). Histopathologically, the liver sections of the EMF group showed intense degeneration in hepatocytes with cytoplasmic eosinophilic structures, pyknotic nuclei and fibrosis. CONCLUSION: We demonstrate that the intrauterin harmful effects of EMF on the livers of rats persist into adulthood.

JA 01568

**Yogesh S, Abha S, Priyanka S. Mobile usage and sleep patterns among medical students. Indian J Physiol Pharmacol. 58(1):100-103, 2014.**

Exposure of humans to radio frequency electromagnetic field (EMF) both during receiving and transmitting the signals has amplified public and scientific debate about possible adverse effects on human health. The study was designed with the objective of assessing the extent of mobile phone use amongst medical students and finding correlation if any between the hours of usage of mobile to sleep pattern and quality. hundred medical students grouped as cases (n = 57) (> 2 hours/day of mobile usage) and control (n = 43) (≤ 2 hours/day of mobile usage) were examined for their sleep quality & pattern by Pittsburg sleep Quality Index (PSQI). Differences between groups were examined with the Mann Whitney "U" test for proportions (Quantitative values) and with Student't' test for continuous variables. The association of variables was analyzed by Spearman Rank's correlation. Probability was set at < 0.05 as significant. Sleep disturbance, latency and day dysfunction was more in cases especially females. A significant association of hours of usage and sleep indices were observed in both genders (males $r = 0.25$; $p = 0.04$, females $r = 0.31$; $p = 0.009$). Evening usage of mobile phone in cases showed a statistically significant negative association (-0.606; $p = 0.042$) with Sleep quality (higher PSQI means sleep deprivation). Students using mobile for > 2 hours/day may cause sleep deprivation and day sleepiness affecting cognitive and learning abilities of medical students.

**Yoon S, Choi JW, Lee E, Ahn H, Kim HS, Choi HD, Kim N. Mobile phone use and risk of glioma: a case-control study in Korea for 2002-2007. Environ Health Toxicol. 2015 Dec 21. doi: 10.5620/eht.e2015015. [Epub ahead of print]**

JA 01569

Objectives: There has been a growing concern about the possible carcinogenic effects of the electromagnetic radiofrequency fields emitted from mobile phones. The purpose of this study was to investigate the association between mobile phone use and the development of gliomas in Korea. Methods: Our study methods were based on the International Interphone study that aimed to evaluate possible adverse effects of mobile phone use. This study included 285 histologically-confirmed Korean patients 15-69 years of age, with gliomas diagnosed between 2002 and 2007 in 9 hospitals. The 285 individually-matched controls were healthy individuals examined at the same hospitals for medical check-ups. Unconditional logistic regression was used to calculate the adjusted odds ratios (OR) and 95% confidence intervals (CIs) for use of mobile phones. Results: For the entire group, there was no significant association between gliomas and regular use of mobile phones, type of mobile phone, lifetime years of use, monthly service fee, and the other exposure indices investigated. Analyses restricted to self-respondents showed similar results. However, in case that the body side for usual mobile phone use agreed with the location of a glioma (ipsilateral use) for all the respondents, the ORs (95% CIs) for the lifetime years of use and cumulative hours of use were 1.25 (0.55-2.88) and 1.77 (0.32-1.84), respectively. The contralateral users showed slightly lower risk than the ipsilateral users. Conclusion: Our results do not support the hypothesis that the use of mobile phones increases the risk of gliomas in Koreans; however, we found a non-significant increase in risks among ipsilateral users. These findings warrant further evaluation for glioma risks among long-term mobile phone users.

**Yoshida Y, Seto T, Ohsu W, Hayashi S, Okazawa T, Nagase H, Yoshida M, Nakamura H, [Endocrine mechanism of placental circulatory disturbances induced by microwave in pregnant rats]. Nippon Sanka Fujinka Gakkai Zasshi 47(2):101-108, 1995.** [Article in Japanese]

Effects of microwaves on fetus and female genital organs remain to be elucidated. To demonstrate the placental circulatory disturbances induced by microwaves and to clarify the endocrine pathogenesis, placental blood flow and five endocrine indicators, i.e., corticosterone (CS), estradiol (E2), progesterone (P), prostaglandin E2 (PGE2) and prostaglandin F2 alpha (PGF2 alpha) were measured in rats exposed to whole-body microwaves with an intensity of 10 mW/cm2 at a frequency of 2,450 MHz. The placental blood flow at 45-90 min after exposure was significantly decreased in the rats exposed to the microwaves. Placental blood flow at 15 and 30 min was increased by pretreatment with intraperitoneal administration of angiotensin II (AII). In contrast, no significant change in placental blood flow was recognized in the AII pretreated rats exposed to the microwaves. An increase in CS and a decrease in E2 were induced by the microwave exposure independent of pretreatment with AII. P was increased by microwave exposure in the rats without pretreatment with AII. PGE2 was not changed by the microwave exposure in the case of either nonpretreatment or pretreatment with AII. PGF2 alpha was increased by the microwave exposure in the rats without pretreatment with AII. The present results indicate that excessive exposure to whole-body microwave disorders pregnancy in terms of placental circulatory dysfunction. The data suggest the involvement of endocrine mechanisms in the decrease in placental blood flow which is induced via a

JA 01570

detrimental effect of microwaves on PGF2 alpha and on pituitary functions such as general emotional stress.

**Yu D, Shen Y, Kuster N, Fu Y, Chiang H. Effects of 900 MHz GSM Wireless Communication Signals on DMBA-Induced Mammary Tumors in Rats. Radiat Res. 165(2):174-180, 2006.**

The purpose of the study was to investigate whether exposure to 900 MHz GSM wireless communication signals enhances mammary tumor development and growth induced by low-dose DMBA. Five hundred female Sprague-Dawley rats were treated with a single dose of 35 mg/kg DMBA and then divided into five groups in a blinded fashion: one cage control group and four exposure groups, including three microwave exposure groups and one sham exposure with specific absorption rates (SARs) of 4.0, 1.33, 0.44 and 0 W/kg, respectively. Exposure started on the day after DMBA administration and lasted 4 h/day, 5 days/week for 26 weeks. Rats were weighed and palpated weekly for the presence of tumors and were killed humanely at the end of the 26-week exposure period. All mammary glands were examined histologically. There were no statistically significant differences in body weight between sham- and GSM microwave-exposed groups. No significant differences in overall mammary tumor incidence, latency to tumor onset, tumor multiplicity, or tumor size were observed between microwave- and sham-exposed groups. There was a tendency for reduction of mammary adenocarcinoma incidence in the lowest microwave exposure group (0.44 W/ kg) compared with the sham-exposed group (P = 0.058). Additionally, a higher incidence of adenocarcinoma was noticed in the 4.0 W/kg group from the 15th to 26th weeks, especially in the 19th week (P = 0.358 compared to sham). However, neither tendency was statistically significant; thus this study does not provide evidence that GSM microwave exposure promotes mammary tumor development in rats. In the present study there were significant differences between the cage controls and the experimental groups (sham and exposure). Body weight and mammary tumor (malignant plus benign) incidence in the cage control group were significantly higher than in the sham- and GSM microwave-exposed groups. The latency to the mammary tumor onset was significantly shorter in the cage control group than in the other groups.

**Yu D, Zhang R, Liu Q. Influence of dentures on SAR in the visible Chinese human head voxel phantom exposed to a mobile phone at 900 and 1800 MHz. Bioelectromagnetics. 33(6):508-517, 2012.**

To investigate the influence of dentures on electromagnetic energy absorption during the daily use of a mobile phone, a high-resolution head phantom based on the Visible Chinese Human dataset was reconstructed. Simulations on phantoms with various dentures were performed by using the finite-difference time-domain method with a 0.47 wavelength dipole antenna and a mobile phone model as radiation sources at 900 and 1800 MHz. The Specific energy Absorption Rate (SAR) values including 1 and 10 g average SAR values were assessed. When the metallic dental crowns with resonance lengths of approximately one-third to one-half wavelength in the tissue nearby are parallel to the radiation source, up to 121.6% relative enhancement for 1 g average SAR and 17.1% relative enhancement for 10 g average SAR are observed due to the resonance effect in energy absorption. When the radiation sources operate in the normal configuration, the 10 g average SAR values are still in compliance with the basic

JA 01571

restrictions established by the Institute of Electrical and Electronic Engineers (IEEE) and the International Commission on Non-Ionizing Radiation Protection (ICNIRP), indicating that the safety limits will not be challenged by the usage of dentures.

**Yu Y, Yao K, Wu W, Wang K, Chen G, Lu D. Effects of exposure to 1.8 GHz radiofrequency field on the expression of Hsps and phosphorylation of MAPKs in human lens epithelial cells. Cell Res. 18(12):1233-1235, 2008.**

**(No abstract available)** Last sentence of discussion:

"Our results suggest that exposure to RF of wireless communications can induce expression of Hsp27 and Hsp70 and the activation of ERK1/2 and JNK1/2 in human LECs. The induction of Hsp27 and Hsp70, by a non-thermal stress, together with the activation of signal transduction pathways, provides reliable and sensitive biomarkers that could serve as the basis for improved mobile phone safety guidelines."

**Yu Y, Yao K. Non-thermal cellular effects of lowpower microwave radiation on the lens and lens epithelial cells. J Int Med Res. 38(3):729-736, 2010.**

Because of the increased use of modern radiofrequency devices, public concern about the possible health effects of exposure to microwave radiation has arisen in many countries. It is well established that high-power microwave radiation can induce cataracts via its thermal effects. It remains unclear whether low-power microwave radiation, especially at levels below the current exposure limits, is cataractogenic. This review summarizes studies on the biological effects of low-power microwave radiation on lens and lens epithelial cells (LECs). It has been reported that exposure affects lens transparency, alters cell proliferation and apoptosis, inhibits gap junctional intercellular communication, and induces genetic instability and stress responses in LECs. These results raise the question of whether the ambient microwave environment can induce non-thermal effects in the lens and whether such effects have potential health consequences. Further in vivo studies on the effects on the lens of exposure to low-power microwave radiation are needed.

**Yuan K, Qin W, Wang G, Zeng F, Zhao L, Yang X, Liu P, Liu J, Sun J, von Deneen KM, Gong Q, Liu Y, Tian J. Microstructure abnormalities in adolescents with internet addiction disorder. PLoS One.6(6):e20708, 2011.**

**BACKGROUND:** Recent studies suggest that internet addiction disorder (IAD) is associated with structural abnormalities in brain gray matter. However, few studies have investigated theeffects of internet addiction on the microstructural integrity of major neuronal fiber pathways, and almost no studies have assessed the microstructural changes with the duration of internet addiction. **METHODOLOGY/PRINCIPAL FINDINGS:** We investigated the morphology of the brain in adolescents with IAD (N = 18) using an optimized voxel-based morphometry (VBM) technique, and studied the white matter fractional anisotropy (FA) changes using the diffusion tensor imaging (DTI) method, linking these brain structural measures to the duration of IAD. We provided evidences demonstrating the multiple structural changes of the brain in IAD subjects. VBM results indicated the decreased gray matter volume in the bilateral dorsolateral

prefrontal cortex (DLPFC), the supplementary motor area (SMA), the orbitofrontal cortex (OFC), the cerebellum and the left rostral ACC (rACC). DTI analysis revealed the enhanced FA value of the left posterior limb of the internal capsule (PLIC) and reduced FA value in the white matter within the right parahippocampal gyrus (PHG). Gray matter volumes of the DLPFC, rACC, SMA, and white matter FA changes of the PLIC were significantly correlated with the duration of internet addiction in the adolescents with IAD.**CONCLUSIONS:** Our results suggested that long-term internet addiction would result in brain structural alterations, which probably contributed to chronic dysfunction in subjects with IAD. The current study may shed further light on the potential brain effects of IAD.

**Yuasa K, Arai N, Okabe S, Tarusawa Y, Nojima T, Hanajima R, Terao Y, Ugawa Y. Effects of thirty minutes mobile phone use on the human sensory cortex. Clin Neurophysiol.117(4):900-905, 2006.**

OBJECTIVE: To investigate whether the pulsed high-frequency electromagnetic field (pulsed EMF) emitted by a mobile phone for 30min has short-term effects on human somatosensory evoked potentials (SEPs). METHODS: We studied somatosensory evoked potentials (SEPs) in 12 normal volunteers before and after exposure to the electromagnetic field emitted by a mobile phone for 30min compared with sham exposure. In 7 out of the subjects we also measured the recovery function of the SEP. RESULTS: Neither SEPs nor their recovery function was affected by exposure to pulsed EMF emitted by a mobile phone or sham phone use. CONCLUSIONS: As far as the present methods are concerned, 30min mobile phone use has no short-term effects on the human sensory cortex. SIGNIFICANCE: This is the first study of SEPs after electromagnetic exposure by the mobile phone. Our results support the safety of the mobile phone.

**Yüksel M, Nazıroğlu M, Özkaya MO. Long-term exposure to electromagnetic radiation from mobile phones and Wi-Fi devices decreases plasma prolactin, progesterone, and estrogen levels but increases uterine oxidative stress in pregnant rats and their offspring. Endocrine. 2015 Nov 14. [Epub ahead of print]**

We investigated the effects of mobile phone (900 and 1800 MHz)- and Wi-Fi (2450 MHz)-induced electromagnetic radiation (EMR) exposure on uterine oxidative stress and plasma hormone levels in pregnant rats and their offspring. Thirty-two rats and their forty newborn offspring were divided into the following four groups according to the type of EMR exposure they were subjected to: the control, 900, 1800, and 2450 MHz groups. Each experimental group was exposed to EMR for 60 min/day during the pregnancy and growth periods. The pregnant rats were allowed to stand for four generations (total 52 weeks) before, plasma and uterine samples were obtained. During the 4th, 5th, and 6th weeks of the experiment, plasma and uterine samples were also obtained from the developing rats. Although uterine lipid peroxidation increased in the EMR groups, uterine glutathione peroxidase activity (4th and 5th weeks) and plasma prolactin levels (6th week) in developing rats decreased in these groups. In the maternal rats, the plasma prolactin, estrogen, and progesterone levels decreased in the EMR groups, while the plasma total oxidant status, and body temperatures increased. There were no changes in the levels of

reduced glutathione, total antioxidants, or vitamins A, C, and E in the uterine and plasma samples of maternal rats. In conclusion, although EMR exposure decreased the prolactin, estrogen, and progesterone levels in the plasma of maternal rats and their offspring, EMR-induced oxidative stress in the uteri of maternal rats increased during the development of offspring. Mobile phone- and Wi-Fi-induced EMR may be one cause of increased oxidative uterine injury in growing rats and decreased hormone levels in maternal rats. TRPV1 cation channels are the possible molecular pathways responsible for changes in the hormone, oxidative stress, and body temperature levels in the uterus of maternal rats following a year-long exposure to electromagnetic radiation exposure from mobile phones and Wi-Fi devices. It is likely that TRPV1-mediated $Ca^{2+}$ entry in the uterus of pregnant rats involves accumulation of oxidative stress and opening of mitochondrial membrane pores that consequently leads to mitochondrial dysfunction, substantial swelling of the mitochondria with rupture of the outer membrane and release of oxidants such as superoxide ($O_2^-$) and hydrogen peroxide ($H_2O_2$). The superoxide radical is converted to $H_2O_2$ by superoxide dismutase (SOD) enzyme. Glutathione peroxidase (GSH-Px) is an important antioxidant enzyme for removing lipid hydroperoxides and hydrogen peroxide and it catalyzes the reduction of $H_2O_2$ to water.

**Yurekli AI, Ozkan M, Kalkan T, Saybasili H, Tuncel H, Atukeren P, Gumustas K, Seker S. GSM Base Station Electromagnetic Radiation and Oxidative Stress in Rats. Electromagn Biol Med. 2006;25(3):177-188, 2006.**

The ever increasing use of cellular phones and the increasing number of associated base stations are becoming a widespread source of nonionizing electromagnetic radiation. Some biological effects are likely to occur even at low-level EM fields. In this study, a gigahertz transverse electromagnetic (GTEM) cell was used as an exposure environment for plane wave conditions of far-field free space EM field propagation at the GSM base transceiver station (BTS) frequency of 945 MHz, and effects on oxidative stress in rats were investigated. When EM fields at a power density of 3.67 W/m2 (specific absorption rate = 11.3 mW/kg), which is well below current exposure limits, were applied, MDA (malondialdehyde) level was found to increase and GSH (reduced glutathione) concentration was found to decrease significantly ($p < 0.0001$). Additionally, there was a less significant ($p = 0.0190$) increase in SOD (superoxide dismutase) activity under EM exposure.

**Zajdel R, Zajdel J, Zwolińska A, Smigielski J, Beling P, Cegliński T, Nowak D. The sound of a mobile phone ringing affects the complex reaction time of its owner.Arch Med Sci.8(5):892-898, 2012.**

INTRODUCTION: Mobile phone conversation decreases the ability to concentrate and impairs the attention necessary to perform complex activities, such as driving a car. Does the ringing sound of a mobile phone affect the driver's ability to perform complex sensory-motor activities? We compared a subject's reaction time while performing a test either with a mobile phone ringing or without.MATERIAL AND METHODS: The examination was performed on a PC-based reaction time self-constructed system Reactor. The study group consisted of 42 healthy students. The protocol included instruction, control without phone and a proper session with subject's mobile phone ringing. The terms of the study

were standardised.RESULTS: There were significant differences (p < 0.001) in reaction time in control (597 ms), mobile (633 ms) and instruction session (673 ms). The differences in female subpopulation were also significant (p < 0.01). Women revealed the longest reaction time in instruction session (707 ms), were significantly quicker in mobile (657 ms, p < 0.01) and in control session (612 ms, p < 0.001). In men, the significant difference was recorded only between instruction (622 ms) and control session (573 ms, p < 0.01). The other differences were not significant (p > 0.08). Men proofed to complete significantly quicker than women in instruction (p < 0.01) and in mobile session (p < 0.05). Differences amongst the genders in control session was not significant (p > 0.05).CONCLUSIONS: The results obtained proofed the ringing of a phone exerts a significant influence on complex reaction time and quality of performed task.

**Zalata A, El-Samanoudy AZ, Shaalan D, El-Baiomy Y, Mostafa T. In vitro effect of cell phone radiation on motility, DNA fragmentation and clusterin gene expression in human sperm. Int J Fertil Steril. 9(1):129-136, 2015.**

BACKGROUND: Use of cellular phones emitting radiofrequency electromagnetic field (RF-EMF) has been increased exponentially and become a part of everyday life. This study aimed to investigate the effects of in vitro RF-EMF exposure emitted from cellular phones on sperm motility index, sperm DNA fragmentation and seminal clusterin (CLU) gene expression. MATERIALS AND METHODS: In this prospective study, a total of 124 semen samples were grouped into the following main categories: i. normozoospermia (N, n=26), ii. asthenozoospermia (A, n=32), iii. asthenoteratozoospermia (AT, n=31) and iv. oligoasthenoteratozoospermia (OAT, n=35). The same semen samples were then divided into two portions non-exposed and exposed samples to cell phone radiation for 1 hour. Before and immediately after exposure, both aliquots were subjected to different assessments for sperm motility, acrosin activity, sperm DNA fragmentation and CLU gene expression. Statistical differences were analyzed using paired t student test for comparisons between two sub-groups where p<0.05 was set as significant. RESULTS: There was a significant decrease in sperm motility, sperm linear velocity, sperm linearity index, and sperm acrosin activity, whereas there was a significant increase in sperm DNA fragmentation percent, CLU gene expression and CLU protein levels in the exposed semen samples to RF-EMF compared with non-exposed samples in OAT>AT>A>N groups, respectively (p<0.05). CONCLUSION: Cell phone emissions have a negative impact on exposed sperm motility index, sperm acrosin activity, sperm DNA fragmentation and seminal CLU gene expression, especially in OAT cases.

**Zareen N, Khan MY, Minhas LA. Derangement of chick embryo retinal differentiation caused by radiofrequency electromagnetic fields. Congenit Anom (Kyoto). 49(1):15-19, 2009.**

The possible adverse effects of radiofrequency electromagnetic fields (EMF) emitted from mobile phones present a major public concern. Biological electrical activities of the human body are vulnerable to interference from oscillatory aspects of EMF, which affect fundamental cellular activities, in particular, the highly active development process of embryos. Some studies highlight the possible health hazards of EMF, while others contest the hypothesis of biological impact of EMF. The present study was designed to

986

observe the histomorphological effects of EMF emitted by a mobile phone on the retinae of developing chicken embryos. Fertilized chicken eggs were exposed to a ringing mobile set on silent tone placed in the incubator at different ages of development. After exposure for the scheduled duration the retinae of the embryos were dissected out and processed for histological examination. The control and experimental embryos were statistically compared for retinal thickness and epithelial pigmentation grades. Contrasting effects of EMF on the retinal histomorphology were noticed, depending on the duration of exposure. The embryos exposed for 10 post-incubation days exhibited decreased retinal growth and mild pigmentation of the epithelium. Growth retardation reallocated to growth enhancement on increasing EMF exposure for 15 post-incubation days, with a shift of pigmentation grade from mild to intense. We conclude that EMF emitted by a mobile phone cause derangement of chicken embryo retinal differentiation.

**Zareen N, Khan MY, Minhas LA. Dose related shifts in the developmental progress of chick embryos exposed to mobile phone induced electromagnetic fields. J Ayub Med Coll Abbottabad.21(1):130-134, 2009.**

BACKGROUND:  The possible adverse effects of Electromagnetic Fields (EMFs) emitted from mobile phones present a major public concern today. Some studies indicate EMFs effects on genes, free radical production, immunological and carcinogenic effects. On the other hand there are studies which do not support the hypothesis of any biological impacts of EMFs. This study was designed to observe the effects of mobile phone induced EMFs on survival and general growth and development of chick embryo, investigating dose-response relationship if any. METHODS:  This was an experimental study in which developing chick embryos were exposed to different doses of mobile phone induced EMFs. For this purpose a mobile phone was placed in the incubator in the centre of fertilised eggs in silent ringing mode and was 'rung' upon from any other line or cell phone. After incubation for 10 or 15 days the eggs were opened and the developmental mile-stones of the surviving embryos were compared with the non exposed subgroup. RESULTS:  EMFs exposure significantly decreased the survivability of the chick embryos. The lower doses of EMFs caused growth retardation. However, this effect of growth retardation reallocated to partial growth enhancement on increasing the dose of EMFs and shifted over to definite growth enhancement on further raising the dose. CONCLUSION:  There is an adverse effect of EMFs exposure on embryo survivability. Chick embryos developmental process is influenced by EMFs. However, these effects are variable depending upon the dose of EMFs exposure.

**Zeng QL, Weng Y, Chen GD, Lu DQ, Chiang H, Xu ZP  [Effects of GSM 1800 MHz radiofrequency electromagnetic fields on protein expression profile of human breast cancer cell MCF-7.] Zhonghua Yu Fang Yi Xue Za Zhi. 40(3):153-158, 2006.** [Article in Chinese]

OBJECTIVE: To study the effects of GSM 1800 MHz radiofrequency electromagnetic fields (RF EMF) exposure on protein expression profile of human breast cancer cell line (MCF-7), as to exploring the possible effects on normal cell physiological function. METHODS: MCF-7 cells were continuously or intermittently (5 minutes field on followed by 10 minutes off) exposed to RF EMF for different duration (1 hour, 3 hours, 6 hours, 12 hours, or 24 hours) at an average specific absorption rate (SAR) of 3.5 W/kg. The

JA 01576

extracted proteins were separated by 2-dimensional electrophoresis and the protein-spot distribution of the sliver-stained gels was analyzed by using PDQuest software 7.1. Each experiment was repeated three times. RESULTS: On the average, around 1100 proteins were detected using pH 4 - 7 IPG strip. There were no differential proteins found under continuous exposure at SAR of 3.5 W/kg for 6 hours. Under other exposure conditions, we found various differentially expressed proteins in exposure groups as compared with the sham-exposed controls. Especially in 3 hours intermittent exposure and 12 hours continuous exposure, eighteen and seven differential proteins were detected, respectively. The categories and functions of these differentially expressed proteins were analyzed by searching of SWISS-PROT protein database, which suggested that these proteins should be related to the functions of biosynthesization, signal transduction, and DNA damage and repair. CONCLUSIONS: Data indicated that the protein expression changes induced by RF radiation might depend on exposure duration and mode. Many biological processes might be affected by RF exposure.

**Zeng Q, Chen G, Weng Y, Wang L, Chiang H, Lu D, Xu Z. Effects of Global System for Mobile Communications 1800 MHz radiofrequency electromagnetic fields on gene and protein expression in MCF-7 cells. Proteomics.6(17):4732-4738, 2006.**

Despite many studies over a decade, it still remains ambiguous as to the real biological effects induced by radiofrequency electromagnetic fields (RF EMF) utilized in mobile telephony. Here we investigated global gene and protein responses to RF EMF simulating the Global System for Mobile Communications (GSM) 1800 MHz signal in human breast cancer cell line MCF-7 using genomic and proteomic approaches. GeneChip analysis identified a handful of consistent changed genes after exposure to RF EMF at specific absorption rates (SAR) of up to 3.5 W/kg for 24 h. However, these differentially transcribed genes could not be further confirmed by real-time RT-PCR assay. Meanwhile, systematic proteome analysis of the MCF-7 cells revealed that a few but different proteins were differentially expressed under continuous or intermittent RF EMF exposure at SAR of 3.5 W/kg for 24 h or less, implying that the observed effects might have occurred by chance. Overall, the present study does not provide convincing evidence that RF EMF exposure under current experimental conditions can produce distinct effects on gene and protein expression in the MCF-7 cells.

**Zeni, O., Schiavoni, A. S., Sannino, A., Antolini, A., Forigo, D., Bersani, F. and Scarfi, M. R. Lack of Genotoxic Effects (Micronucleus Induction) in Human Lymphocytes Exposed In Vitro to 900 MHz Electromagnetic Fields. Radiat. Res. 160, 152-158, 2003.**

In the present study, we investigated the induction of genotoxic effects in human peripheral blood lymphocytes after exposure to electromagnetic fields used in mobile communication systems (frequency 900 MHz). For this purpose, the incidence of micronuclei was evaluated by applying the cytokinesis-block micronucleus assay. Cytotoxicity was also investigated using the cytokinesis-block proliferation index. The experiments were performed on peripheral blood from 20 healthy donors, and several conditions were tested by varying the duration of exposure, the specific absorption rate (SAR), and the signal [continuous-wave (CW) or GSM (Global System of Mobile

Communication) modulated signal]. The following exposures were carried out: (1) CW intermittent exposure (SAR = 1.6 W/kg) for 6 min followed by a 3-h pause (14 on/off cycles); (2) GSM signal, intermittent exposure as described in (1); (3) GSM signal, intermittent exposure as described in (1) 24 h before stimulation with phytohemagglutinin (8 on/off cycles); (4) GSM signal, intermittent exposure (SAR = 0.2 W/kg) 1 h per day for 3 days. The SARs were estimated numerically. No statistically significant differences were detected in any case in terms of either micronucleus frequency or cell cycle kinetics.

**Zeni O, Romano M, Perrotta A, Lioi MB, Barbieri R, d'Ambrosio G, Massa R, Scarfi MR. Evaluation of genotoxic effects in human peripheral blood leukocytes following an acute in vitro exposure to 900 MHz radiofrequency fields. Bioelectromagnetics. 26(4):258-265, 2005.**

Human peripheral blood leukocytes from healthy volunteers have been employed to investigate the induction of genotoxic effects following 2 h exposure to 900 MHz radiofrequency radiation. The GSM signal has been studied at specific absorption rates (SAR) of 0.3 and 1 W/kg. The exposures were carried out in a waveguide system under strictly controlled conditions of both dosimetry and temperature. The same temperature conditions (37.0 ± 0.1 degrees C) were realized in a second waveguide, employed to perform sham exposures. The induction of DNA damage was evaluated in leukocytes by applying the alkaline single cell gel electrophoresis (SCGE)/comet assay, while structural chromosome aberrations and sister chromatid exchanges were evaluated in lymphocytes stimulated with phytohemagglutinin. Alterations in kinetics of cell proliferation were determined by calculating the mitotic index. Positive controls were also provided by using methyl methanesulfonate (MMS) for comet assay and mitomycin-C (MMC), for chromosome aberration, or sister chromatid exchange tests. No statistically significant differences were detected in exposed samples in comparison with sham exposed ones for all the parameters investigated. On the contrary, the positive controls gave a statistically significant increase in DNA damage in all cases, as expected. Thus the results obtained in our experimental conditions do not support the hypothesis that 900 MHz radiofrequency field exposure induces DNA damage in human peripheral blood leukocytes in this range of SAR.

**Zeni O, Di Pietro R, d'Ambrosio G, Massa R, Capri M, Naarala J, Juutilainen, J, Scarfi M R. Formation of reactive oxygen species in L929 cells after exposure to 900 MHz RF radiation with and without Co-exposure to 3-Chloro-4-(dichloromethyl)-5-hydroxy-2(5H)-furanone. Radiat. Res. 167, 306-311, 2007.**

The aim of this study was to investigate the induction of reactive oxygen species in murine L929 fibrosarcoma cells exposed to radiofrequency (RF) radiation at 900 MHz, with or without co-exposure to 3-chloro-4-(dichloromethyl)-5-hydroxy-2(5H)-furanone (MX), a potent environmental carcinogen produced during chlorination of drinking water. Both continuous-wave and GSM mobile phone signals were applied for 10 or 30 min at specific absorption rates of 0.3 and 1 W/kg. Simultaneous sham exposures were performed for each exposure condition. MX treatment was performed at a subtoxic level of 500 muM, and the RF-field exposure was carried out during the first 10 or 30 min of the chemical treatment. The formation of reactive oxygen species was followed soon after the exposure and at different harvesting

times until 1 h after RF-field treatment. The studied provided no indication that 900 MHz RF-field exposure, either alone or in combination with MX, induced formation of reactive oxygen species under any of the experimental conditions investigated. In contrast, exposure to MX resulted in a statistically significant increase in the formation of reactive oxygen species for all the treatment durations investigated, confirming that MX is an inductor of oxidative stress in L929 cells.

**Zeni O, Schiavoni A, Perrotta A, Forigo D, Deplano M, Scarfi MR. Evaluation of genotoxic effects in human leukocytes after in vitro exposure to 1950 MHz UMTS radiofrequency field.Bioelectromagnetics.29(3):177-184, 2008.**

In the present study the third generation wireless technology of the Universal Mobile Telecommunication System (UMTS) signal was investigated for the induction of genotoxic effects in human leukocytes. Peripheral blood from six healthy donors was used and, for each donor, intermittent exposures (6 min RF on, 2 h RF off) at the frequency of 1950 MHz were conducted at a specific absorption rate of 2.2 W/kg. The exposures were performed in a transverse electro magnetic (TEM) cell hosted in an incubator under strictly controlled conditions of temperature and dosimetry. Following long duration intermittent RF exposures (from 24 to 68 h) in different stages of the cell cycle, micronucleus formation was evaluated by applying the cytokinesis block micronucleus assay, which also provides information on cell division kinetics. Primary DNA damage (strand breaks/alkali labile sites) was also investigated following 24 h of intermittent RF exposures, by applying the alkaline single cell gel electrophoresis (SCG)/comet assay. Positive controls were included by treating cell cultures with Mitomycin-C and methylmethanesulfonate for micronucleus and comet assays, respectively. The results obtained indicate that intermittent exposures of human lymphocytes in different stages of cell cycle do not induce either an increase in micronucleated cells, or change in cell cycle kinetics; moreover, 24 h intermittent exposures also fail to affect DNA structure of human leukocytes soon after the exposures, likely indicating that repairable DNA damage was not induced.

**Zeni O, Sannino A, Romeo S, Massa R, Sarti M, Reddy AB, Prihoda TJ, Vijayalaxmi, Scarfi MR. Induction of an adaptive response in human blood lymphocytes exposed to radiofrequencyfields: influence of the universal mobile telecommunication system (UMTS) signal and the specific absorption rate. Mutat Res. 747(1):29-35, 2012.**

The induction of an adaptive response (AR) was examined in human peripheral blood lymphocytes exposed to non-ionizing radiofrequencyfields (RF). Cells from nine healthy human volunteers were stimulated for 24h with phytohaemagglutinin and then exposed for 20h to an adaptive dose (AD) of a 1950MHz RF UMTS (universal mobile telecommunication system) signal used for mobile communications, at different specific absorption rates (SAR) of 1.25, 0.6, 0.3, and 0.15W/kg. This was followed by treatment of the cells at 48h with a challenge dose (CD) of 100ng/ml mitomycin C (MMC). Lymphocytes were collected at the end of the 72h total culture period. The cytokinesis-block method was used to record the frequency of micronuclei (MN) as genotoxicity end-point. When lymphocytes from six donors were pre-exposed to RF at 0.3W/kg SAR and then treated with MMC, these cells showed a significant

reduction in the frequency of MN, compared with the cells treated with MMC alone; this result is indicative of induction of AR. The results from our earlier study indicated that lymphocytes that were stimulated for 24h, exposed for 20h to a 900MHz RF GSM (global system for mobile communication) signal at 1.25W/kg SAR and then treated with 100ng/ml MMC, also exhibited AR. These overall data suggest that the induction of AR depends on RF frequency, type of the signal and SAR. Further characterization of RF-induced AR is in progress.

**Zhang DY, Xu ZP, Chiang H, Lu DQ, Zeng QL.  [Effects of GSM 1800 MHz radiofrequency electromagnetic fields on DNA damage in Chinese hamster lung cells.] Zhonghua Yu Fang Yi Xue Za Zhi. 40(3):149-152, 2006.** [Article in Chinese]

OBJECTIVE: To study the effects of GSM 1800 MHz radiofrequency electromagnetic fields (RF EMF) on DNA damage in Chinese hamster lung (CHL) cells. METHODS: The cells were intermittently exposed or sham-exposed to GSM 1800 MHz RF EMF (5 minutes on/10 minutes off) at a special absorption rate (SAR) of 3.0 W/kg for 1 hour or 24 hours. Meanwhile, cells exposed to 2-acetaminofluorene, a DNA damage agent, at a final concentration of 20 mg/L for 2 hours were used as positive control. After exposure, cells were fixed by using 4% paraformaldehyde and processed for phosphorylated form of H2AX (gammaH2AX) immunofluorescence measurement. The primary antibody used for immunofluorescence was mouse monoclonal antibody against gammaH2AX and the secondary antibody was fluorescein isothiocyanate (FITC)-conjugated goat anti-mouse IgG. Nuclei were counterstained with 4, 6-diamidino-2-phenylindole (DAPI). The gammaH2AX foci and nuclei were visualized with an Olympus AX70 fluorescent microscope. Image Pro-Plus software was used to count the gammaH2AX foci in each cell. For each exposure condition, at least 50 cells were selected to detect gammaH2AX foci. Cells were classified as positive when more than five foci were detected. The percentage of gammaH2AX foci positive cells was adopted as the index of DNA damage. RESULTS: The percentage of gammaH2AX foci positive cell of 1800 MHz RF EMF exposure for 24 hours (37.9 +/- 8.6)% or 2-acetylaminofluorene exposure (50.9 +/- 9.4)% was significantly higher compared with the sham-exposure (28.0 +/- 8.4)%. However, there was no significant difference between the sham-exposure and RF EMF exposure for 1 hour (31.8 +/- 8.7)%. CONCLUSION: 1800 MHz RF EMF (SAR, 3.0 W/kg) for 24 hours might induce DNA damage in CHL cells.

**Zhang G, Yan H, Chen Q, Liu K, Ling X, Sun L, Zhou N, Wang Z, Zou P, Wang X, Tan L, Cui Z, Zhou Z, Liu J, Ao L, Cao J. Effects of cell phone use on semen parameters: Results from the MARHCS cohort study in Chongqing, China. Environ Int. 2016 Mar 4;91:116-121. doi: 10.1016/j.envint.2016.02.028. [Epub ahead of print]**

Epidemiological and experimental evidence for detrimental effects of cell phone use on semen quality is still equivocal. And that recruiting participants from infertility clinic not from general population may raise the possibility of a selection bias.  To investigate effects of cell phone use on semen parameters in a general population, we screened and

documented the cell phone use information of 794 young men from the Male Reproductive Health in Chongqing College students (MARHCS) cohort study in 2013, followed by 666 and 568 in 2014 and 2015, respectively. In the univariate regression analyses, we found that the daily duration of talking on the cell phone was significantly associated with decreased semen parameters, including sperm concentration [β coefficient=-6.32% per unit daily duration of talking on the cell phone (h); 95% confidence interval (CI), -11.94, -0.34] and total sperm count (-8.23; 95% CI, -14.38, -1.63) in 2013; semen volume (-8.37; 95% CI, -15.93, -0.13) and total sperm count (-16.59; 95% CI, -29.91, -0.73) in 2015]. Internet use via cellular networks was also associated with decreased sperm concentration and total sperm counts in 2013 and decreased semen volume in 2015. Multivariate analyses were used to adjust for the effects of potential confounders, and significant negative associations between internet use and semen parameters remained. Consistent but nonsignificant negative associations between talking on the cell phone and semen parameters persisted throughout the three study years, and the negative association was statistically significant in a mixed model that considered all three years of data on talking on the cell phone and semen quality. Our results showed that certain aspects of cell phone use may negatively affect sperm quality in men by decreasing the semen volume, sperm concentration, or sperm count, thus impairing male fertility.

**Zhang J, Sumich A, Wang GY. Acute effects of radiofrequency electromagnetic field emitted by mobile phone on brain function. Bioelectromagnetics. 38(5):329-338, 2017.**

Due to its attributes, characteristics, and technological resources, the mobile phone (MP) has become one of the most commonly used communication devices. Historically, ample evidence has ruled out the substantial short-term impact of radiofrequency electromagnetic field (RF-EMF) emitted by MP on human cognitive performance. However, more recent evidence suggests potential harmful effects associated with MP EMF exposure. The aim of this review is to readdress the question of whether the effect of MP EMF exposure on brain function should be reopened. We strengthen our argument focusing on recent neuroimaging and electroencephalography studies, in order to present a more specific analysis of effects of MP EMF exposure on neurocognitive function. Several studies indicate an increase in cortical excitability and/or efficiency with EMF exposure, which appears to be more prominent in fronto-temporal regions and has been associated with faster reaction time. Cortical excitability might also underpin disruption to sleep. However, several inconsistent findings exist, and conclusions regarding adverse effects of EMF exposure are currently limited. It also should be noted that the crucial scientific question of the effect of longer-term MP EMF exposure on brain function remains unanswered and essentially unaddressed.

**Zhang JP, Zhang KY, Guo L, Chen QL, Gao P, Wang T, Li J, Guo GZ, Ding GR. Effects of 1.8 GHz Radiofrequency Fields on the Emotional Behavior and Spatial Memory of Adolescent Mice. Int J Environ Res Public Health. 14(11), 2017. pii: E1344. doi: 10.3390/ijerph14111344.**

The increasing use of mobile phones by teenagers has raised concern about the cognitive effects of radiofrequency (RF) fields. In this study, we investigated the effects of 4-week exposure to a 1.8 GHz RF field on the emotional behavior and spatial memory of adolescent male mice. Anxiety-like behavior was evaluated by open field test (OFT) and elevated plus maze (EPM) test, while depression-like behavior was evaluated by sucrose preference test (SPT), tail suspension test (TST) and forced swim test (FST). The spatial learning and memory ability were evaluated by Morris water maze (MWM) experiments. The levels of amino acid neurotransmitters were determined by liquid chromatography-mass spectrometry (LC-MS). The histology of the brain was examined by hematoxylin-eosin (HE) staining. It was found that the depression-like behavior, spatial memory ability and histology of the brain did not change obviously after RF exposure. However, the anxiety-like behavior increased in mice, while, the levels of γ-aminobutyric acid (GABA) and aspartic acid (Asp) in cortex and hippocampus significantly decreased after RF exposure. These data suggested that RF exposure under these conditions do not affect the depression-like behavior, spatial memory and brain histology in adolescent male mice, but it may however increase the level of anxiety, and GABA and Asp were probably involved in this effect.

**Zhang KY, Xu H, Du L, Xing JL, Zhang B, Bai QS, Xu YQ, Zhou YC, Zhang JP, Zhou Y, Ding GR. Enhancement of X-ray Induced Apoptosis by Mobile Phone-Like Radio-Frequency Electromagnetic Fields in Mouse Spermatocyte-Derived Cells. Int J Environ Res Public Health. 2017 Jun 7;14(6). pii: E616. doi: 10.3390/ijerph14060616.**

To explore the combined effects of environmental radio-frequency (RF) field and X-ray, mouse spermatocyte-derived (GC-1) cells were exposed to 1950 MHz RF field at specific absorption rate (SAR) of 3 W/kg for 24 h combined with or without X-ray irradiation at 6 Gy. After treatment, the cell proliferation level was determined by 3-(4,5-dimethyl-2-thiazolyl)-2,5-diphenyl-2-H-tetrazolium bromide (MTT) Assay and 5-Bromo-2-deoxy Uridine (BrdU) enzyme linked immunosorbent (ELISA) Assay. The apoptosis level was detected by annexin V flow cytometry assay, transferase-mediated deoxyuridine triphosphate-biotin nick end labeling (TUNEL) Assay and Caspase-3 Activity Assay. It was found that the proliferation and apoptosis level did not change in GC-1 cells after RF exposure alone. However, compared with the X-ray group, the proliferation level significantly decreased and the apoptotic rate significantly increased in the RF+X-ray group. Moreover, a significant decrease in Bcl-2 protein expression and increase in Bax protein expression were observed. The findings suggested that RF exposure at SAR of 3 W/kg did not affect apoptosis and proliferation in GC-1 cells by itself, but that it did enhance the effects of X-ray induced proliferation inhibition and apoptosis, in which B-cell lymphoma-2 (Bcl-2) and Bcl-2 associated X protein (Bax) might be involved.

**Zhang MB, He JL, Jin LF, Lu DQ. Study of low-intensity 2450-MHz microwave exposure enhancing the genotoxic effects of mitomycin C using micronucleus test and comet assay in vitro. Biomed Environ Sci 15(4):283-290, 2002.**

OBJECTIVE: To determine the interaction between 2450-MHz microwaves (MW)

radiation and mitomycin C (MMC). METHODS: The synergistic genotoxic effects of low-intensity 2450-MHz microwave and MMC on human lymphocytes were studied using single cell gel electrophoresis (SCGE) assay (comet assay) and cytokinesis-blocked micronucleus (CBMN) test in vitro. The whole blood cells from a male donor and a female donor were either only exposed to 2450-MHz microwaves (5.0 mW/cm2) for 2 h or only exposed to MMC (0.0125 microgram/mL, 0.025 microgram/mL and 0.1 microgram/mL) for 24 h; and the samples were exposed to MMC for 24 h after exposure to MW for 2 h. RESULTS: In the comet assay, the comet lengths (29.1 microns and 25.9 microns) of MW were not significantly longer than those (26.3 microns and 24.1 microns) of controls (P > 0.05). The comet lengths (57.4 microns, 68.9 microns, 91.4 microns, 150.6 microns, 71.7 microns, 100.1 microns, 145.1 microns) of 4 MMC groups were significantly longer than those of controls (P < 0.01). The comet lengths (59.1 microns, 92.3 microns, 124.5 microns, 182.7 microns and 57.4 microns, 85.5 microns, 137.5 microns, 178.3 microns) of 4 MW plus MMC groups were significantly longer than those of controls too (P < 0.01). The comet lengths of MW plus MMC groups were significantly longer than those of the corresponding MMC doses (P < 0.05 or P < 0.01) when the doses of MMC were > or = 0.025 microgram/mL. In the CBMN, the micronucleated cell (MNC) rates of MW were 5@1000 and 6@1000, which showed no difference compared with those (4@1000 and 4@1000) of controls (P > 0.05). The MNC rates of 4 MMC groups were 8@1000, 9@1000, 14@1000, 23@1000 and 8@1000, 8@1000, 16@1000, 30@1000 respectively. When the doses of MMC were > or = 0.05 microgram/mL, MNC rates of MMC were higher than those of controls (P < 0.05). MNC rates of 4 MW plus MMC groups were 12@1000, 13@1000, 20@1000, 32@1000 and 8@1000, 9@1000, 23@1000, 40@1000. When the doses of MMC were > or = 0.05 microgram/mL, MNC rates of MW plus MMC groups were much higher than those of controls (P < 0.01). MNC rates of 4 MW plus MMC groups were not significantly higher than those of the corresponding MMC doses. CONCLUSION: The low-intensity 2450-MHz microwave radiation can not induce DNA and chromosome damage, but can increase DNA damage effect induced by MMC in comet assay.

**Zhang MB, Jin LF, He JL, Hu J, Zheng W.  [Effects of 2,450 MHz microwave on DNA damage induced by three chemical mutagens in vitro] Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi. 21(4):266-269, 2003.** [Article in Chinese]

OBJECTIVE: To study the combined damage-effects of low-intensity 2,450 MHz microwave (MW) with three chemical mutagens on human lymphocyte DNA. METHODS: DNA damage of lymphocytes exposed to microwave and(or) with chemical mutagens were observed at different incubation time (0 h or 21 h) with comet assay in vitro. Three combination-exposure ways of MW with chemicals were used: MW irradiation before chemical exposures, simultaneously exposed to MW and chemicals and MW irradiation after chemical exposures. The three chemical mutagens were mitomycin C (MMC, DNA crosslinker), bleomycin (BLM, radiometric agent), methyl methanesulfonate (MMS, alkylating agent). The exposure time of MW and chemical mutagens were 2 h and 3 h respectively. RESULTS: The differences of comet tail length between MW group and control group were not significant when lymphocytes were incubated for 0 h or 21 h (P >0.05). However, when lymphocytes were incubated for 21 h with 30.00 micro mol/L of MMC, the comet tail lengths of MW + MMC group, MW-MMC group and MMC + MW

JA 01583

group were (18.00 +/- 5.96), (21.79 +/- 11.47) and (22.32 +/- 8.10) micro m respectively; while with 3.00 micro mol/L of MMC, the comet tail lengths were (8.99 +/- 3.75), (12.40 +/- 5.35) and (14.00 +/- 5.38) micro m respectively, which were significantly higher than those of corresponding MMC groups [(9.42 +/- 3.34) and (6.50 +/- 2.89) micro m, P < 0.01 or P < 0.05]. The DNA damage of MW plus BLM groups and MW plus MMS groups were not significantly different from the corresponding BLM and MMS groups (P < 0.05). CONCLUSION: 2 450 MHz MW (5 mW/cm(2)) did not induce DNA damage directly, but could enhance the DNA damage effects induced by MMC. The synergistic effects of 2 450 MHz MW with BLM and MMS were not obvious.

**Zhang SZ, Yao GD, Lu DQ, Chiang H, Xu ZP. [Effect of 1.8 GHz radiofrequencyelectromagnetic fields on gene expression of rat neurons]. Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi. 26(8):449-452, 2008.** [Article in Chinese]

OBJECTIVE: To investigate the changes of gene expression in rat neuron induced by 1.8 GHz radiofrequencyelectromagnetic fields (RF EMF) to screen for RF EMF-responsive genes and the effect of different exposure times and modes on the gene expression in neuron. METHODS: Total RNA was extracted immediately and purified from the primary culture of neurons after intermittent exposed or sham-exposed to a frequency of 1.8 GHz RF EMF for 24 hours at an average special absorption rate (SAR) of 2 W/kg. Affymetrix Rat Neurobiology U34 array was applied to investigate the changes of gene expression in rat neuron. Differentially expressed genes (Egr-1, Mbp and Plp) were further confirmed by semi-quantitative revere transcription polymerase chain reaction (RT PCR). The expression levels of Egr-1, Mbp and Plp were observed at different exposure times (6, 24 h) and modes (intermittent and continuous exposure). RESULTS:  Among 1200 candidate genes, 24 up-regulated and 10 down-regulated genes were found by using Affymetrix microarray suite software 5.0 which are associated with multiple cellular functions (cytoskeleton, signal transduction pathway, metabolism, etc.) after functional classification. Under 24 h and 6 h intermittent exposure, Egr-1 and Plp in experiment groups showed statistic significance (P < 0.05) compared with the control groups, while expression of Mbp did not change significantly (P > 0.05). After 24 h continuous exposure, Egr-1 and Mbp in experiment groups showed statistic significance (P < 0.05) compared with the control group, while expression of Plp did not change significantly (P > 0.05). Under the same exposure mode 6 h, expression of all the 3 genes did not change significantly. Different times (6, 24 h) and modes (intermittent and continuous exposure) of exposure exerted remarkable different influences on the expression of Egr-1, Mbp, Plp genes (P < 0.01). CONCLUSION: The changes of many genes transcription were involved in the effect of 1.8 GHz RF EMF on rat neurons; Down-regulation of Egr-1 and up-regulation of Mbp, Plp indicated the negative effects of RF EMF on neurons; The effect of RF intermittent exposure on gene expression was more obvious than that of continuous exposure; The effect of 24 h RF exposure (both intermittent and continuous) on gene expression was more obvious than that of 6 h (both intermittent and continuous).

**Zhang X, Gao Y, Dong J, Wang S, Yao B, et al. (2014) The Compound Chinese Medicine "Kang Fu Ling" Protects against High Power Microwave-Induced Myocardial Injury. PLoS ONE 9(7): e101532. doi:10.1371/journal.pone.0101532.**

JA 01584

Background. The prevention and treatment of Microwave-caused cardiovascular injury remains elusive. This study investigated the cardiovascular protective effects of compound Chinese medicine "Kang Fu Ling" (KFL) against high power microwave (HPM)-induced myocardial injury and the role of the mitochondrial permeability transition pore (mPTP) opening in KFL protection. Methods. Male Wistar rats (100) were divided into 5 equal groups: no treatment, radiation only, or radiation followed by treatment with KFL at 0.75, 1.5, or 3 g/kg/day. Electrocardiography was used to Electrophysiological examination. Histological and ultrastructural changes in heart tissue and isolated mitochondria were observed by light microscope and electron microscopy. mPTP opening and mitochondrial membrane potential were detected by confocal laser scanning microscopy and fluorescence analysis. Connexin-43 (Cx-43) and endothelial nitric oxide synthase (eNOS) were detected by immunohistochemistry. The expression of voltage-dependent anion channel (VDAC) was detected by western blotting. Results. At 7 days after radiation, rats without KFL treatment showed a significantly lower heart rate (P<0.01) than untreated controls and a J point shift. Myocyte swelling and rearrangement were evident. Mitochondria exhibited rupture, and decreased fluorescence intensity, suggesting opening of mPTP and a consequent reduction in mitochondrial membrane potential. After treatment with 1.5 g/kg/day KFL for 7 d, the heart rate increased significantly (P<0.01), and the J point shift was reduced flavorfully (P<0.05) compared to untreated, irradiated rats; myocytes and mitochondria were of normal morphology. The fluorescence intensities of dye-treated mitochondria were also increased, suggesting inhibition of mPTP opening and preservation of the mitochondrial membrane potential. The microwave-induced decrease of Cx-43 and VDAC protein expression was significantly reversed. Conclusion. Microwave radiation can cause electrophysiological, histological and ultrastructural changes in the heart. KFL at 1.5 g/kg/day had the greatest protective effect on these cardiovascular events. mPTP plays an important role in the protective effects of KFL against microwave-radiation-induced myocardial injury.

**Zhang Y, She F, Li L, Chen C, Xu S, Luo X, Li M, He M, Yu Z. p25/CDK5 is partially involved in neuronal injury induced by radiofrequency electromagnetic field exposure. Int J Radiat Biol. 2013 Jul 29. [Epub ahead of print]**

Purpose: Several studies suggest that radiofrequency electromagnetic field (RF-EMF) exposure can induce neuronal injury. The aim of the present work was to investigate whether the cyclin-dependent kinase 5 (CDK5) pathway is involved in neuronal injury induced by RF-EMF exposure. Materials and methods: Newborn Sprague-Dawley rats' primary cultured cortical neurons were exposed to pulsed 2.45 GHz RF-EMF for 10 min. The cellular viability was assessed using the 3-(4,5-Dimethylthiazol-2-yl)-2,5-diphenyltetrazolium bromide assay. The apoptosis was assessed by Hoechst 33342 and terminal deoxynucleotidyl transferase (TdT)-mediated dUTP nick-end labeling co-staining. The protein expressions of CDK5, p35, p25, and phosphorylated tau at $Ser^{404}$ were examined by Western blot analysis. The CDK5 activity was detected using a histone-H1 kinase assay. Results: The cellular viability of neurons was significantly decreased (p < 0.01, Partial Eta Squared [$\eta_p^2$]: 0.554), and the percentage of apoptotic nuclei (p < 0.01, $\eta_p^2$ = 0.689), activity of

JA 01585

CDK5 ($p < 0.05$, $\eta_p^2 = 0.589$), ratio of p25 and p35 ($p < 0.05$, $\eta_p^{2 =} 0.670$), levels of tau phosphorylation at $Ser^{404}$ ($p < 0.01$, $\eta_p^2 = 0.896$) were significantly increased after RF-EMF exposure. No significant change was detected in CDK5 expression after RF-EMF exposure. Pretreatment with Roscovitine (a CDK5 inhibitor) significantly blocked the RF-EMF-induced decrease of cellular viability ($p < 0.05$, $\eta_p^2 = 0.398$) and tau hyperphosphorylation at $Ser^{404}$ ($p < 0.01$, $\eta_p^{2 =} 0.917$), but did not significantly block the RF-EMF-induced apoptosis ($p > 0.05$, $\eta_p^2 = 0.130$). Conclusions: These results suggest that abnormal activity of p25/CDK5 is partially involved in primary cultured cortical neuron injury induced by RF-EMF exposure.

**Zhang Y, Li Z, Gao Y, Zhang C. Effects of fetal microwave radiation exposure on offspring behavior in mice. J Radiat Res. 2014 Oct 30. pii: rru097. [Epub ahead of print]**

The recent rapid development of electronic communication techniques is resulting in a marked increase in exposure of humans to electromagnetic fields (EMFs). This has raised public concerns about the health hazards of long-term environmental EMF exposure for fetuses and children. Some studies have suggested EMF exposure in children could induce nervous system disorders. However, gender-dependent effects of microwave radiation exposure on cognitive dysfunction have not previously been reported. Here we investigated whether in utero exposure to 9.417-GHz microwave throughout gestation (Days 3.5-18) affected behavior, using the open field test (OFT), elevated-plus maze (EPM), tail suspension test (TST), forced swimming test (FST) and Morris water maze (MWM). We found that mice showed less movement in the center of an open field (using the OFT) and in an open arm (using the EPM) after in utero exposure to 9.417-GHz radiation, which suggested that the mice had increased anxiety-related behavior. Mice demonstrated reduced immobility in TST and FST after in utero exposure to 9.417-GHz radiation, which suggested that the mice had decreased depression-related behavior. From the MWM test, we observed that male offspring demonstrated decreased learning and memory, while females were not affected in learning and memory, which suggested that microwaves had gender-dependent effects.

**Zhao R, Zhang SZ, Yao GD, Lu DQ, Jiang H, Xu ZP.[Effect of 1.8 GHz radiofrequency electromagnetic fields on the expression of microtubule associated protein 2 in rat neurons] Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi. 24(4):222-225, 2006.** [Article in Chinese]

OBJECTIVE: To investigate the changes in gene expression in rat neurons induced by 1.8 GHz radiofrequency electromagnetic fields (RF EMF) and to screen for the RF EMF-responsive genes. METHODS: Newly-born SD rats in 24 hours were sacrificed to obtain cortex and hippocampus neurons. The cells were divided randomly into two groups: the experiment group (the irradiation group) and the control group (the false irradiation group). In the irradiation group, after twelve days' culture, neurons were exposed to 1.8 GHz RF EMF modulated by 217 Hz at a specific absorption rate (SAR) of 2 W/kg for 24 hours (5 minutes on/10 minutes off) while in the false control group, the neurons were put in the same waveguide as in the irradiation group, but were not exposed to any

JA 01586

irradiation. The total RNA was isolated and purified immediately after exposure. The affymetrix rat neurobiology U34 assay was used for detecting the changes in gene expression profile according to the manufacturer's instruction. RF EMF-responsive candidate gene was confirmed by using ribonuclease protection assay (RPA). RESULTS: Among 1200 candidate genes, the expression levels of 34 genes were up or down regulated. Microtubule associated protein 2 (Map2) gene was selected as the candidate and subjected to further analysis. RPA data clearly revealed that Map2 was statistically significantly up-regulated after neurons were exposed to the RF EMF ($P < 0.05$). CONCLUSION: The modulation of gene expression and function of Map2 as a neuron specific cytoskeleton protein is crucial to maintain the normal framework and function of neurons. The finding that 1.8 GHz RF EMF exposure increases the expression of Map2 might indicate some unknown effects of RF EMF on neurons.

**Zhao R, Zhang S, Xu Z, Ju L, Lu D, Yao G. Studying gene expression profile of rat neuron exposed to 1800MHz radiofrequency electromagnetic fields with cDNA microassay. Toxicology. 235(3):167-175, 2007.**

A widespread use of mobile phone (MP) evokes a growing concern for their possible adverse effects on human, especially the brain. Gene expression is a unique way of characterizing how cells and organism adapt to changes in the external environment, so the aim of this investigation was to determine whether 1800 MHz radiofrequency electromagnetic fields (RF EMF) can influence the gene expression of neuron. Affymetrix Rat Neurobiology U34 array was applied to investigate the changes of gene expression in rat neuron after exposed to the pulsed RF EMF at a frequency of 1800 MHz modulated by 217 Hz which is commonly used in MP. Among 1200 candidate genes, 24 up-regulated genes and 10 down-regulated genes were identified after 24-h intermittent exposure at an average special absorption rate (SAR) of 2 W/kg, which are associated with multiple cellular functions (cytoskeleton, signal transduction pathway, metabolism, etc.) after functional classification. The results were further confirmed by quantitative real-time polymerase chain reaction (RT PCR). The present results indicated that the gene expression of rat neuron could be altered by exposure to RF EMF under our experimental conditions.

**Zhao Z, Zhang S, Zho H, Zhang S, Su J, Li L, The effects of radiofrequency (< 30 MHz) radiation in humans. Rev Environ Health 10(3-4):213-215, 1994.**

121 workers who were exposed to RFR (< 30 MHz) over one year were examined. They were divided into two groups: one group was exposed to high electric field intensity (> or = 100 V/m), another to low intensity (< 100 V/m) and both groups were compared to control subjects. No significant changes in the functioning of the autonomic nervous system and blood parameters (Hb, WBC and blood platelets) occurred in the exposed subjects of either group. Some changes in ECG (ST-T interval and abnormal heart rate) were observed in the group exposed to high intensity (> or = 100 V/m) radiation. 100 V/m is suggested as an exposure limit for RF (< 30 MHz) radiation.

**Zhao Z, Zhang S, Wang S, Yao Z, Zho H, Tao S, Tao L, Exposure limits for ultra-short wave radiation in work environments. Rev Environ Health 10(3-4):217-220, 1994.**

JA 01587

Exposure limit values for ultra-short wave radiation of humans were derived on the basis of epidemiological survey and experimental exposure of rabbits. Eighteen male rabbits were divided into 4 groups randomly. Three groups were irradiated with ultra-short waves (100 MHz) at 35, 1.5-3.5, and 0.07 mW/cm2 power density in an E-polarized TEM Cell at 24 +/- 4 degrees C ambient temperature. The last group in a sham chamber served as controls. Irradiation was performed 3 hours per day, 5 days per week for 24 weeks. Thermal effects occurred in the group irradiated at 35 mW/cm2. The thermal threshold limit value was set at 1.5 mW/cm2. An epidemiological survey was carried out on 136 factory workers and TV operators exposed over one year to ultra-short wave radiation at 0.2 mW/cm2. They were compared with 108 controls. The only complaint of the exposed group was neurosis. The exposure limit value (ELV) to short wave radiation was set at 0.2 mW/cm2 by using a 15- and 20-fold safety factor.

**Zhao TY, Zou SP, Knapp PE Exposure to cell phone radiation up-regulates apoptosis genes in primary cultures of neurons and astrocytes.Neurosci Lett. 412(1):34-38, 2007.**

The health effects of cell phone radiation exposure are a growing public concern. This study investigated whether expression of genes related to cell death pathways are dysregulated in primary cultured neurons and astrocytes by exposure to a working Global System for Mobile Communication (GSM) cell phone rated at a frequency of 1900MHz. Primary cultures were exposed to cell phone emissions for 2h. We used array analysis and real-time RT-PCR to show up-regulation of caspase-2, caspase-6 and Asc (apoptosis associated speck-like protein containing a card) gene expression in neurons and astrocytes. Up-regulation occurred in both "on" and "stand-by" modes in neurons, but only in "on" mode in astrocytes. Additionally, astrocytes showed up-regulation of the Bax gene. The effects are specific since up-regulation was not seen for other genes associated with apoptosis, such as caspase-9 in either neurons or astrocytes, or Bax in neurons. The results show that even relatively short-term exposure to cell phone radiofrequency emissions can up-regulate elements of apoptotic pathways in cells derived from the brain, and that neurons appear to be more sensitive to this effect than astrocytes.

**Zhao YL, Li YX, Ma HB, Li D, Li HL, Jiang R, Kan GH, Yang ZZ, Huang ZX. The Screening of Genes Sensitive to Long-Term, Low-Level Microwave Exposure and Bioinformatic Analysis of Potential Correlations to Learning and Memory. Biomed Environ Sci. 28(8):558-570, 2015.**

OBJECTIVE: To gain a better understanding of gene expression changes in the brain following microwave exposure in mice. This study hopes to reveal mechanisms contributing to microwave-induced learning and memory dysfunction. METHODS: Mice were exposed to whole body 2100 MHz microwaves with specific absorption rates (SARs) of 0.45 W/kg, 1.8 W/kg, and 3.6 W/kg for 1 hour daily for 8 weeks. Differentially expressing genes in the brains were screened using high-density oligonucleotide arrays, with genes showing more significant differences further confirmed by RT-PCR. RESULTS: The gene chip results demonstrated that 41 genes (0.45 W/kg group), 29 genes (1.8 W/kg group), and 219 genes (3.6 W/kg group) were differentially expressed.

999

GO analysis revealed that these differentially expressed genes were primarily involved in metabolic processes, cellular metabolic processes, regulation of biological processes, macromolecular metabolic processes, biosynthetic processes, cellular protein metabolic processes, transport, developmental processes, cellular component organization, etc. KEGG pathway analysis showed that these genes are mainly involved in pathways related to ribosome, **Alzheimer's disease, Parkinson's disease**, long-term potentiation, **Huntington's disease**, and Neurotrophin signaling. Construction of a protein interaction network identified several important regulatory genes including synbindin (sbdn), Crystallin (CryaB), PPP1CA, Ywhaq, Psap, Psmb1, Pcbp2, etc., which play important roles in the processes of learning and memory. CONCLUSION: Long-term, low-level microwave exposure may inhibit learning and memory by affecting protein and energy metabolic processes and signaling pathways relating to neurological functions or diseases.

**Zheng F, Gao P, He M, Li M, Wang C, Zeng Q, Zhou Z, Yu Z, Zhang L. Association between** mobile phone **use and inattention in 7102 Chinese adolescents: a population-based cross-sectional study. BMC Public Health. 2014 Oct 1;14(1):1022. [Epub ahead of print]**

BACKGROUND: The dramatic growth of **mobile phone** (MP) use among young people has increased interest in its possible health hazards in this age group. The aim of this cross-sectional study was to investigate the association between MP use and inattention in adolescents. METHODS: A total of 7720 middle school students were involved in this cross-sectional study. Inattention was assessed as defined for the Attention Deficit component of Attention deficit/Hyperactivity disorder (ADHD) by the Diagnostic and Statistical Manual of Mental Disorders (4th ed., text rev. [DSM-IV-TR]). The demographic characteristics and information on MP use were included in the questionnaire. Chi-square tests and logistic regression models were used to analyze the data. RESULTS: In total, 7102 (91.99%) valid questionnaires were obtained. After adjusted for confounders, inattention in adolescents was significantly associated with MP ownership, the time spent on entertainment on MP per day, the position of the MP during the day and the mode of the MP at night. The strongest association between inattention and the time spent on the MP was among students who spent more than 60 minutes per day playing on their MP. CONCLUSIONS: Our study shows some associations between MP use and inattention in Chinese adolescents. Decreasing MP usage to less than 60 minutes per day may help adolescents to stay focused and centered.

**Zheng F, Gao P, He M, Li M, Tan J, Chen D, Zhou Z, Yu Z, Zhang L. Association between** mobile phone **use and self-reported well-being in children: a questionnaire-based cross-sectional study in Chongqing, China. BMJ Open. 2015 May 11;5(5):e007302. doi: 10.1136/bmjopen-2014-007302.**

OBJECTIVES: In the past decade, the **mobile phone** (MP) has become extremely popular among children and the average age at which children own their first MP has decreased. The potential health effects of children's exposure to MP have been the subject of widespread public concern. The aim of our study is to investigate the associations between MP use and well-being in children. DESIGN:  Cross-sectional

study. SETTING: The questionnaires were completed in class with items regarding demographics, MP usage, self-reported well-being (symptoms were taken from the questionnaire of the HBSC survey) and possible confounding factors between October 2011 and May 2012 in Chongqing, China. Data were analysed using χ(2) tests and logistic regression models. PARTICIPANTS: Among the 793 children invited to participate, 781 returned the questionnaires. RESULTS: In total, 746 (94.1%) valid questionnaires were received. Fatigue was significantly associated with the years of MP usage (OR 1.85; 95% CI 1.07 to 3.22) and the daily duration of MP calls (OR 2.98; 95% CI 1.46 to 6.12). Headache was significantly associated with the daily duration of MP calls (OR 2.85; 95% CI 1.23 to 6.57). However, after adjusting for confounders only, the association between fatigue and MP usage remained statistically significant. There was no significant association between MP use and other physical symptoms in children. CONCLUSIONS: The present study indicated that there was a consistent significant association between MP use and fatigue in children. Further in-depth research is needed to explore the potential health effects of MP use in children.

**Zheng T, Blair A, Zhang Y, Weisenburger DD, Zahm SH, Occupation and Risk of Non-Hodgkin's Lymphoma and Chronic Lymphocytic Leukemia. J Occup Envir Med  44:469-474, 2002.**

To investigate the association between occupation and the risk of non-Hodgkin's lymphoma (NHL) and chronic lymphocytic leukemia (CLL), and to test whether the associations may vary by histological type of NHL, we analyzed data from two population-based, case-control studies of NHL performed in Kansas and Nebraska. A total of 555 incident NHL cases, 56 CLL cases, and 2380 population-based controls were included in the analysis. Information on occupation and other confounding factors was collected through telephone interviews. Study pathologists reviewed slides of tumor tissues in all cases. In men, we found an increased risk of NHL and CLL for those working in agricultural, forestry, and logging industries (odds ratio [OR], 1.6; 95% confidence interval [CI], 1.2 to 2.1). The OR was 1.9 (95% CI, 1.4 to 2.6) for those producing crops. An increased risk was also observed for industries involving metalworking machinery and equipment (OR, 8.4; 95% CI, 1.4 to 50.6), motor vehicles and motor vehicle equipment (OR, 4.2; 95% CI, 1.3 to 13.9), and telephone communications (OR, 3.1; 95% CI, 1.2 to 8.0), and for teachers (OR, 2.5; 95% CI, 1.0 to 6.5), farmers (OR, 2.0; 95% CI, 1.5 to 2.8), and welders and solderers (OR, 2.9; 95% CI, 1.2 to 6.9). The risks for these associations increased by duration of employment and seem to vary by histological type. Work in the printing and publishing industry was also associated with an increased risk of NHL among women. These data suggest that the workers employed in these industries or occupations experienced an increased risk of NHL and CLL, and the risks associated with these industries or occupations may vary by histological type of NHL.

**Zhijian C, Xiaoxue L, Wei Z, Yezhen L, Jianlin L, Deqiang L, Shijie C, Lifen J, Jiliang H. Studying the protein expression in human B lymphoblastoid cells exposed to 1.8-GHz (GSM) radiofrequency radiation (RFR) with protein microarray. Biochem Biophys Res Commun. 433(1):36-39, 2013.**

In the present study, the protein microarray was used to investigate the protein expression in human B-cell lymphoblastoid cells intermittently exposed to 1.8-GHz GSM radiofrequency radiation (RFR) at the specific absorption rate (SAR) of 2.0W/kg for 24h. The differential expression of 27 proteins was found, which were related to DNA damage repair, apoptosis, oncogenesis, cell cycle and proliferation (ratio >1.5-fold, P<0.05). The results validated with Western blot assay indicated that the expression of RPA32 was significantly down-regulated (P<0.05) while the expression of p73 was significantly up-regulated in RFR exposure group (P<0.05). Because of the crucial roles of those proteins in DNA repair and cell apoptosis, the results of present investigation may explain the biological effects of RFR on DNA damage/repair and cell apoptosis.

**Zhijian C, Xiaoxue L, Yezhen L, Shijie C, Lifen J, Jianlin L, Deqiang L, Jiliang H. Impact of 1.8-GHz radiofrequency radiation (RFR) on DNA damage and repair induced by doxorubicin in human B-cell lymphoblastoid cells. Mutat Res. 695(1-2):16-21, 2010.**

In the present in vitro study, a comet assay was used to determine whether 1.8-GHz radiofrequency radiation (RFR, SAR of 2W/kg) can influence DNA repair in human B-cell lymphoblastoid cells exposed to doxorubicin (DOX) at the doses of 0microg/ml, 0.05microg/ml, 0.075microg/ml, 0.10microg/ml, 0.15microg/ml and 0.20microg/ml. The combinative exposures to RFR with DOX were divided into five categories. DNA damage was detected at 0h, 6h, 12h, 18h and 24h after exposure to DOX via the comet assay, and the percent of DNA in the tail (% tail DNA) served as the indicator of DNA damage. The results demonstrated that (1) RFR could not directly induce DNA damage of human B-cell lymphoblastoid cells; (2) DOX could significantly induce DNA damage of human B-cell lymphoblastoid cells with the dose-effect relationship, and there were special repair characteristics of DNA damage induced by DOX; (3) E-E-E type (exposure to RFR for 2h, then simultaneous exposure to RFR and DOX, and exposure to RFR for 6h, 12h, 18h and 24h after exposure to DOX) combinative exposure could obviously influence DNA repair at 6h and 12h after exposure to DOX for four DOX doses (0.075microg/ml, 0.10microg/ml, 0.15microg/ml and 0.20microg/ml) in human B-cell lymphoblastoid cells.

**Zhijian C, Xiaoxue L, Yezhen L, Deqiang L, Shijie C, Lifen J, Jianlin L, Jiliang H. Influence of 1.8-GHz (GSM) radiofrequency radiation (RFR) on DNA damage and repair induced by X-rays in human leukocytes in vitro. Mutat Res. 677(1-2):100-104, 2009.**

In the present study, the in vitro comet assay was used to determine whether 1.8-GHz radiofrequency radiation (RFR) can influence DNA repair in human leukocytes exposed to X-rays. The specific energy absorption rate (SAR) of 2 W/kg (the current European safety limit) was applied. The leukocytes from four young healthy donors were intermittently exposed to RFR for 24 h (fields on for 5 min, fields off for 10 min), and then irradiated with X-rays at doses of 0.25, 0.5, 1.0 and 2.0 Gy. DNA damage to human leukocytes was detected using the comet assay at 0, 15, 45, 90, 150 and 240

min after exposure to X-rays. Using the comet assay, the percent of DNA in the tail (% tail DNA) served as the indicator of DNA damage; the DNA repair percentage (DRP) served as the indicator of the DNA repair speed. The results demonstrated that (1) the DNA repair speeds of human leukocytes after X-ray exposure exhibited individual differences among the four donors; (2) the intermittent exposures of 1.8-GHz RFR at the SAR of 2 W/kg for 24 h did not directly induce DNA damage or exhibit synergistic effects with X-rays on human leukocytes.

**Zhou H, Su Z, Ning J, Wang C, Xie X, Qu D, Wu K, Zhang X, Pan J, Yang G. EFFECTS OF FREQUENCY, IRRADIATION GEOMETRY AND POLARISATION ON COMPUTATION OF SAR IN HUMAN BRAIN. Radiat Prot Dosimetry. 2014 Jan 6. [Epub ahead of print]**

The power absorbed by the human brain has possible implications in the study of the central nervous system-related biological effects of electromagnetic fields. In order to determine the specific absorption rate (SAR) of radio frequency (RF) waves in the human brain, and to investigate the effects of geometry and polarisation on SAR value, the finite-difference time-domain method was applied for the SAR computation. An anatomically realistic model scaled to a height of 1.70 m and a mass of 63 kg was selected, which included 14 million voxels segmented into 39 tissue types. The results suggested that high SAR values were found in the brain, i.e. ~250 MHz for vertical polarisation and 900-1200 MHz both for vertical and horizontal polarisation, which may be the result of head resonance at these frequencies.

**Zhou LY, Zhang HX, Lan YL, Li Y, Liang Y, Yu L, Ma YM, Jia CW, Wang SY. Epidemiological investigation of risk factors of the pregnant women with early spontaneous abortion in Beijing. Chinese Journal of Integrative Medicine. 2015 Apr 14. [Epub ahead of print]**

OBJECTIVE: To determine the risk factors of the pregnant women with early spontaneous abortion [i.e., miscarriages] in Beijing. METHODS: A total of 34,417 cases of pregnant women were participated in the survey from January 2000 to December 2013. A questionnaire was informed to each woman. The content of questionnaire includes four parts: general condition, obstetrical history, past history and family history, and living environment and habits. The mental condition was evaluated with Self-Rating Anxiety Scale (SAS) and Self-Rating Depression Scale (SDS). RESULTS: A total of 32,296 questionnaires were collected. The spontaneous abortion rate in the total sample was 3.0%. There was no significant difference between the normal pregnancy group and spontaneous abortion group in terms of general condition, obstetrical and past history (P>0.05). Significant differences between the two groups were found in terms of decoration during pregnancy, keeping pets, near mobile communication base station within 100 m around the residence, drinking during pregnancy, having a cold during pregnancy and SAS (P<0.05). Having a cold during pregnancy, decoration during pregnancy, near mobile communication base station within 100 m around the residence, keeping pets and high SAS were determined the independent risk factors of spontaneous abortion by Logistic regression analysis. CONCLUSIONS: Having a cold during

pregnancy, decoration, keeping pets, near mobile communication base station within 100 m around the residence and high SAS are the independent risk factors of spontaneous abortion in Beijing.

**Zhou ZD, Zeng QL, Zheng Y, Zhang JB, Chen HY, Lu DQ, Shao CS, Xia DJ. [Surface markers and functions of human dendritic cells exposed to mobile phone 1800 MHz electromagnetic fields.] Zhejiang Da Xue Xue Bao Yi Xue Ban. 37(1):29-33, 2008.**[Article in Chinese]

OBJECTIVE: To investigate the effects of mobile phone 1800 MHz electromagnetic fields (EMF) on the surface markers and the functions of human dendritic cells (DC). METHODS: Human DCs were exposed to intermittent 5 min on/10 min off EMF with specific absorption rates (SAR) 4 W/kg for 0 h, 1 h, 12 h or 24 h, respectively. FACS analysis was used to detect the positive percentage of DC surface markers including HLA-DR and co-stimulatory molecules such as CD80, CD86, CD40 and CD11c. CCK-8 kit was adopted to examine the function of allo-mixed lymphocyte reaction (allo-MLR) of DC, and enzyme linked immunosorbent assay (ELISA) to identify the levels of IL-12p70 and TNF-alpha secreted by DC. RESULT: Compared with the sham radiation group, after exposure to the electromagnetic fields for 1 h, 12 h, or 24 h, HLA-DR, CD80,CD86 and CD40 were all declined except CD11c. The ability of DC allo-MLR in each exposure group was decreased significantly (P<0.05), especially in the 24 h exposure group. However, the secreted levels of IL-12p70 and TNF-alphaof DC in each exposure group remained no changed. Conclusion: The study showed that EMF exposure could down-regulate the surface molecules and stimulation ability of human DC.

**Zhijian C, Xiaoxue L, Wei Z, Yezhen L, Jianlin L, Deqiang L, Shijie C, Lifen J, Jiliang H. Studying the protein expression in human B lymphoblastoid cells exposed to 1.8-GHz (GSM) radiofrequency radiation (RFR) with protein microarray. Biochem Biophys Res Commun. 433(1):36-39, 2013.**

In the present study, the protein microarray was used to investigate the protein expression in human B-cell lymphoblastoid cells intermittently exposed to 1.8-GHz GSM radiofrequency radiation (RFR) at the specific absorption rate (SAR) of 2.0W/kg for 24h. The differential expression of 27 proteins was found, which were related to DNA damage repair, apoptosis, oncogenesis, cell cycle and proliferation (ratio >1.5-fold, P<0.05). The results validated with Western blot assay indicated that the expression of RPA32 was significantly down-regulated (P<0.05) while the expression of p73 was significantly up-regulated in RFR exposure group (P<0.05). Because of the crucial roles of those proteins in DNA repair and cell apoptosis, the results of present investigation may explain the biological effects of RFR on DNA damage/repair and cell apoptosis.

**Zhijian C, Xiaoxue L, Yezhen L, Shijie C, Lifen J, Jianlin L, Deqiang L, Jiliang H. Impact of 1.8-GHz radiofrequency radiation (RFR) on DNA damage and repair induced by doxorubicin in human B-cell lymphoblastoid cells. Mutat Res. 695(1-2):16-21, 2010.**

JA 01593

In the present in vitro study, a comet assay was used to determine whether 1.8-GHz radiofrequency radiation (RFR, SAR of 2W/kg) can influence DNA repair in human B-cell lymphoblastoid cells exposed to doxorubicin (DOX) at the doses of 0microg/ml, 0.05microg/ml, 0.075microg/ml, 0.10microg/ml, 0.15microg/ml and 0.20microg/ml. The combinative exposures to RFR with DOX were divided into five categories. DNA damage was detected at 0h, 6h, 12h, 18h and 24h after exposure to DOX via the comet assay, and the percent of DNA in the tail (% tail DNA) served as the indicator of DNA damage. The results demonstrated that (1) RFR could not directly induce DNA damage of human B-cell lymphoblastoid cells; (2) DOX could significantly induce DNA damage of human B-cell lymphoblastoid cells with the dose-effect relationship, and there were special repair characteristics of DNA damage induced by DOX; (3) E-E-E type (exposure to RFR for 2h, then simultaneous exposure to RFR and DOX, and exposure to RFR for 6h, 12h, 18h and 24h after exposure to DOX) combinative exposure could obviously influence DNA repair at 6h and 12h after exposure to DOX for four DOX doses (0.075microg/ml, 0.10microg/ml, 0.15microg/ml and 0.20microg/ml) in human B-cell lymphoblastoid cells.

**Zhijian C, Xiaoxue L, Yezhen L, Deqiang L, Shijie C, Lifen J, Jianlin L, Jiliang H. Influence of 1.8-GHz (GSM) radiofrequency radiation (RFR) on DNA damage and repair induced by X-rays in human leukocytes in vitro. Mutat Res. 677(1-2):100-104, 2009.**

In the present study, the in vitro comet assay was used to determine whether 1.8-GHz radiofrequency radiation (RFR) can influence DNA repair in human leukocytes exposed to X-rays. The specific energy absorption rate (SAR) of 2 W/kg (the current European safety limit) was applied. The leukocytes from four young healthy donors were intermittently exposed to RFR for 24 h (fields on for 5 min, fields off for 10 min), and then irradiated with X-rays at doses of 0.25, 0.5, 1.0 and 2.0 Gy. DNA damage to human leukocytes was detected using the comet assay at 0, 15, 45, 90, 150 and 240 min after exposure to X-rays. Using the comet assay, the percent of DNA in the tail (% tail DNA) served as the indicator of DNA damage; the DNA repair percentage (DRP) served as the indicator of the DNA repair speed. The results demonstrated that (1) the DNA repair speeds of human leukocytes after X-ray exposure exhibited individual differences among the four donors; (2) the intermittent exposures of 1.8-GHz RFR at the SAR of 2 W/kg for 24 h did not directly induce DNA damage or exhibit synergistic effects with X-rays on human leukocytes.

**Zhou H, Su Z, Ning J, Wang C, Xie X, Qu D, Wu K, Zhang X, Pan J, Yang G. EFFECTS OF FREQUENCY, IRRADIATION GEOMETRY AND POLARISATION ON COMPUTATION OF SAR IN HUMAN BRAIN. Radiat Prot Dosimetry. 2014 Jan 6. [Epub ahead of print]**

The power absorbed by the human brain has possible implications in the study of the central nervous system-related biological effects of electromagnetic fields. In order to determine the specific absorption rate (SAR) of radio frequency (RF) waves in the human brain, and to investigate the effects of geometry and polarisation on SAR

JA 01594

value, the finite-difference time-domain method was applied for the SAR computation. An anatomically realistic model scaled to a height of 1.70 m and a mass of 63 kg was selected, which included 14 million voxels segmented into 39 tissue types. The results suggested that high SAR values were found in the brain, i.e. ~250 MHz for vertical polarisation and 900-1200 MHz both for vertical and horizontal polarisation, which may be the result of head resonance at these frequencies.

**Zhou Z, Shan J, Zu J, Chen Z, Ma W, Li L, Xu J. Social behavioral testing and brain magnetic resonance imaging in chicks exposed to mobile phone radiation during development. BMC Neurosci. 17(1):36, 2016.**

BACKGROUND: The potential adverse effect of mobile phone radiation is currently an area of great concern in the field of public health. In the present study, we aimed to investigate the effect of mobile phone radiation (900 MHz radiofrequency) during hatching on postnatal social behaviors in chicks, as well as the effect on brain size and structural maturity estimated using 3.0 T magnetic resonance imaging. At day 4 of incubation, 76 normally developing chick embryos were divided into the control group (n = 39) and the radiation group (n = 37). Eggs in the radiation group were exposed to mobile phone radiation for 10 h each day from day 4 to 19 of incubation. Behavioral tests were performed 4 days after hatching. T2-weighted MR imaging and diffusion tensor imaging (DTI) were subsequently performed. The size of different brain subdivisions (telencephalon, optic lobe, brain stem, and cerebellum) and corresponding DTI parameters were measured. The Chi-square test and the student's t test were used for statistical analysis. P < 0.05 was considered statistically significant. RESULTS: Compared with controls, chicks in the radiation group showed significantly slower aggregation responses (14.87 ± 10.06 vs. 7.48 ± 4.31 s, respectively; P < 0.05), lower belongingness (23.71 ± 8.72 vs. 11.45 ± 6.53 s, respectively; P < 0.05), and weaker vocalization (53.23 ± 8.60 vs. 60.01 ± 10.45 dB/30 s, respectively; P < 0.05). No significant differences were found between the radiation and control group for brain size and structural maturity, except for cerebellum size, which was significantly smaller in the radiation group (28.40 ± 1.95 vs. 29.95 ± 1.41 cm(2), P < 0.05). The hatching and heteroplasia rates were also calculated and no significant difference was found between the two groups. CONCLUSIONS: Mobile phone radiation exposure during chick embryogenesis impaired social behaviors after hatching and possibly induced cerebellar retardation. This indicates potential adverse effects of mobile phone radiation on brain development.

**Zhu W, Zhang W, Li Y, Xu J, Luo J, Jiang Y, Lu X, Lü S. [Inhibitory effect of microwave radiation on proliferation of human pancreatic cancer JF305 cells and its mechanism]. Wei Sheng Yan Jiu. 42(6):1008-1011, 2013.**
**[Article in Chinese]**

**OBJECTIVE:** To investigate on the proliferation effect of different intensities 2450 MHz microwave radiation on human pancreatic cancer JF305 cells and its possible mechanism. **METHODS:** JF305 cells were radiated by intensity of 2.5, 5.0, 10.0, 15.0 and 20.0 mW/cm2 microwave for 20 min. The proliferation capacity of JF305 was

measured by MTT assays, Annexin V-FITC and PI staining was used for detecting cell apoptosis. The activity of Caspase-3 was examined. The expressions of Caspase-3 and HSP 70 protein after the cell treatment with microwave were detected by Western blotting. **RESULTS:** After microwave radiation, the proliferation inhibition rates of JF305 cells were significantly higher compared with control group. Annexin V-FITC and PI staining result showed that microwave radiation could induce cell apoptosis. Caspase-3 increased after radiated by microwave, compared with control group ($P < 0.05$). Results of Western blotting showed that the expression of Caspase-3 and HSP 70 protein increased significantly in different dosage radiation group. **CONCLUSION:** Microwave radiation can inhibit the proliferation of JF305 cells, the possible mechanism may be related with inducing cell apoptosis by changing of stress level.

**Zhu W, Cui Y, Feng X, Li Y, Zhang W, Xu J, Wang H, Lv S. The apoptotic effect and the plausible mechanism of microwave radiation on rat myocardial cells. Can J Physiol Pharmacol. 94(8):849-857, 2016.**

.Microwaves may exert adverse biological effects on the cardiovascular system at the integrated system and cellular levels. However, the mechanism underlying such effects remains poorly understood. Here, we report a previously uncharacterized mechanism through which microwaves damage myocardial cells. Rats were treated with 2450 MHz microwave radiation at 50, 100, 150, or 200 mW/cm(2) for 6 min. Microwave treatment significantly enhanced the levels of various enzymes in serum. In addition, it increased the malondialdehyde content while decreasing the levels of antioxidative stress enzymes, activities of enzyme complexes I-IV, and ATP in myocardial tissues. Notably, irradiated myocardial cells exhibited structural damage and underwent apoptosis. Furthermore, Western blot analysis revealed significant changes in expression levels of proteins involved in oxidative stress regulation and apoptotic signaling pathways, indicating that microwave irradiation could induce myocardial cell apoptosis by interfering with oxidative stress and cardiac energy metabolism. Our findings provide useful insights into the mechanism of microwave-induced damage to the cardiovascular system.

**Ziemann C, Brockmeyer H, Reddy SB, Vijayalaxmi, Prihoda TJ, Kuster N, Tillmann T, Dasenbrock C. Absence of genotoxic potential of 902 MHz (GSM) and 1747 MHz (DCS) wireless communication signals: In vivo two-year bioassay in B6C3F1 mice. Int J Radiat Biol. 85(5):454-464, 2009.**

PURPOSE: The aim of the present investigation was to determine the incidence of micronuclei in peripheral blood erythrocytes of B6C3F1 mice that had been chronically exposed to radiofrequencies (RF) used for mobile communication. MATERIALS AND METHODS: 'Ferris wheels' were used to expose tube-restrained male and female mice to simulated environmental RF signals of the Global System for Mobile Communications (GSM, 902 MHz) or Digital Cellular System (DCS, 1747 MHz). RF signals were applied to the mice for 2 hours/day on 5 days/week for two years, at maximal whole-body-averaged specific absorption rates of 0.4, 1.3, and 4.0 W/kg body weight. Concurrent sham-exposed mice, cage controls, and positive controls injected with mitomycin C were included in this investigation. At necropsy, peripheral blood smears were prepared, and coded slides were stained using May-Grunwald-Giemsa or acridine orange. The

incidence of micronuclei was recorded for each mouse in 2000 polychromatic and 2000 normochromatic erythrocytes. RESULTS: There were no significant differences in the frequency of micronuclei between RF-exposed, sham-exposed, and cage control mice, irrespective of the staining/counting method used. Micronuclei were, however, significantly increased in polychromatic erythrocytes of the positive control mice. CONCLUSIONS:  In conclusion, the data did not indicate RF-induced genotoxicity in mice after two years of exposure.

**Zimmerman JW, Pennison MJ, Brezovich I, Yi N, Yang CT, Ramaker R, Absher D, Myers RM, Kuster N, Costa FP, Barbault A, Pasche B. Cancer cell proliferation is inhibited by specific modulation frequencies.Br J Cancer. 106(2):307-313, 2012.**

**BACKGROUND:** There is clinical evidence that very low and safe levels of amplitude-modulated electromagnetic fields administered via an intrabuccal spoon-shaped probe may elicit therapeutic responses in patients with cancer. However, there is no known mechanism explaining the anti-proliferative effect of very low intensity electromagnetic fields.**METHODS:** To understand the mechanism of this novel approach, hepatocellular carcinoma (HCC) cells were exposed to 27.12 MHz radiofrequency electromagnetic fields using in vitro exposure systems designed to replicate in vivo conditions. Cancer cells were exposed to tumour-specific modulation frequencies, previously identified by biofeedback methods in patients with a diagnosis of cancer. Control modulation frequencies consisted of randomly chosen modulation frequencies within the same 100 Hz-21 kHz range as cancer-specific frequencies.**RESULTS:** The growth of HCC and breast cancer cells was significantly decreased by HCC-specific and breast cancer-specific modulation frequencies, respectively. However, the same frequencies did not affect proliferation of nonmalignant hepatocytes or breast epithelial cells. Inhibition of HCC cell proliferation was associated with downregulation of XCL2 and PLP2. Furthermore, HCC-specific modulation frequencies disrupted the mitotic spindle.**CONCLUSION:** These findings uncover a novel mechanism controlling the growth of cancer cells at specific modulation frequencies without affecting normal tissues, which may have broad implications in oncology.

**Zmyslony M, Politanski P, Rajkowska E, Szymczak W, Jajte J. Acute exposure to 930 MHz CW electromagnetic radiation in vitro affects reactive oxygen species level in rat lymphocytes treated by iron ions. Bioelectromagnetics. 25(5):324-328, 2004.**

The aim of this study was to test the hypothesis that the 930 MHz continuous wave (CW) electromagnetic field, which is the carrier of signals emitted by cellular phones, affects the reactive oxygen species (ROS) level in living cells. Rat lymphocytes were used in the experiments. A portion of the lymphocytes was treated with iron ions to induce oxidative processes. Exposures to electromagnetic radiation (power density 5 W/m2, theoretical calculated SAR = 1.5 W/kg) were performed within a GTEM cell. Intracellular ROS were measured by the fluorescent probe dichlorofluorescin diacetate (DCF-DA). The results show that acute (5 and 15 min) exposure does not affect the number of produced ROS. If, however, FeCl2 with final concentration 10 microg/ml was added to the lymphocyte

suspensions to stimulate ROS production, after both durations of exposure, the magnitude of fluorescence (ROS level during the experiment) was significantly greater in the exposed lymphocytes. The character of the changes in the number of free radicals observed in our experiments was qualitatively compatible with the theoretical prediction from the model of electromagnetic radiation effect on radical pairs.

**Zong C, Ji Y, He Q, Zhu S, Qin F, Tong J, Cao Y. Adaptive Response in Mice Exposed to 900 MHz Radiofrequency Fields: Bleomycin-induced DNA and Oxidative Damage/Repair. Int J Radiat Biol. 2014 Oct 27:1-21. [Epub ahead of print]**

Purpose: To determine whether mice exposed to radiofrequency fields (RF) and then injected with a radiomimetic drug, bleomycin (BLM), exhibit adaptive response and provide some mechanistic understanding for such response. Materials and methods: Adult mice were exposed to 900 MHz RF at 120 $\mu$W/cm$^2$ power density for 4 hours/day for 7 days. Immediately after the last exposure, some mice were sacrificed while the others were injected with BLM 4 hours later. In each animal: (i) the primary DNA damage and BLM-induced damage as well as its repair kinetics were determined in blood leukocytes; (ii) the oxidative damage was determined from malondialdehyde (MDA) levels and the antioxidant status was assessed from superoxide dismutase (SOD) levels in plasma, liver and lung tissues. Results: There were no indications for increased DNA and oxidative damages in mice exposed to RF alone in contrast to those treated with BLM alone. Mice exposed to RF+BLM showed significantly: (a) reduced BLM-induced DNA damage and that is remaining after each 30, 60, 90, 120 and 150 minutes repair time, (c) decreased levels of MDA in plasma and liver, and increased SOD level in the lung. Conclusions: The overall data suggested that RF exposure was capable of inducing adaptive response and mitigated BLM-induced DNA and oxidative damages by activating certain cellular processes.

**Zook BC, Simmens SJ, The Effects of 860 MHz Radiofrequency Radiation on the Induction or Promotion of Brain Tumors and Other Neoplasms in Rats. Radiat Res 155(4):572-583, 2001.**

The Effects of 860 MHz Radiofrequency Radiation on the Induction or Promotion of Brain Tumors and Other Neoplasms in Rats. Sprague-Dawley rats were irradiated with a continuous- wave (CW) or a pulsed-wave (P) radiofrequency (RF) for 6 h/day, 5 days/week from 2 up to 24 months of age. The RFs emanated from dipole antennas (1 W average output) 2.0 +/- 0.5 cm from the tip of each rat's nose. The RFs had an 860 MHz frequency, and the specific absorption rate was 1.0 W/ kg averaged over the brain. Fifteen groups of 60 rats (900 total) were formed from offspring of females injected i.v. with 0 (groups 1, 2, 9, 10, 13), 2.5 (groups 5, 6, 7, 8, 11, 12, 14) or 10 mg/kg (groups 3, 4, 15) ethylnitrosourea (ENU) to induce brain tumors. Groups 1, 3, 5 and 7 received the PRF, and groups 9 and 11 the CWRF; groups 2, 4, 6, 8, 10 and 12 were sham-irradiated, and groups 13-15 were cage controls. All rats but 2, totaling 898, were necropsied, and major tissues were studied histopathologically. There was no statistically significant evidence that the PRF or CWRF induced neoplasia in any tissues. Additionally, there was no significant evidence of promotion of cranial or spinal nerve or spinal cord tumors. The PRF or CWRF had no statistically significant effect on the number, volume, location,

1009

multiplicity, histological type, malignancy or fatality of brain tumors. There was a trend for the group that received a high dose of ENU and was exposed to the PRF to develop fatal brain tumors at a higher rate than its sham group; however, the result was not significant using the log-rank test (P = 0.14, 2-tailed). No statistically significant differences were related to the PRF or CWRF compared to controls in the low- or zero-dose groups regarding tumors of any kind.

**Zook BC, Simmens SJ. The Effects of Pulsed 860 MHz Radiofrequency Radiation on the Promotion of Neurogenic Tumors in Rats. Radiat. Res. 165, 608-615, 2006.**

In a previous study, this laboratory reported a statistically nonsignificant trend for shortened latency of ethylnitrosourea (ENU)-induced brain tumors in Sprague-Dawley rats exposed to an 860 MHz pulsed radiofrequency (RF) signal. The present study was designed to investigate further any promoting effect of the pulsed RF signal on latency and other characteristics of neurogenic tumors in the progeny of pregnant rats treated with 6.25 or 10 mg/kg ENU. The resulting 1080 offspring were randomized equally by number, sex and ENU dose into pulsed RF, sham and cage control groups. The rats were exposed to the pulsed RF signal 6 h per day 5 days per week; the sham-exposed group was similarly confined for the same periods, and the cage controls were housed in standard cages. An essentially equal number of rats from each group were killed humanely every 30 days between the ages of 171 and 325 days; 32 rats died and 225 rats were killed when they were moribund. Postmortem examinations on the 1080 rats revealed 38 spinal cord tumors, 191 spinal nerve tumors, 232 cranial nerve tumors, and 823 brain tumors. A methodical study of the tumor characteristics disclosed no evidence that exposure to the pulsed RF signal affected the incidence, malignancy, volume, multiplicity, latency or fatality associated with any kind of neurogenic tumor.

**Zothansiama, Zosangzuali M, Lalramdinpuii M, Jagetia GC. Impact of radiofrequency radiation on DNA damage and antioxidants in peripheral blood lymphocytes of humans residing in the vicinity of mobile phone base stations. Electromagn Biol Med. 36(3):295-305, 2017**

Radiofrequency radiations (RFRs) emitted by mobile phone base stations have raised concerns on its adverse impact on humans residing in the vicinity of mobile phone base stations. Therefore, the present study was envisaged to evaluate the effect of RFR on the DNA damage and antioxidant status in cultured human peripheral blood lymphocytes (HPBLs) of individuals residing in the vicinity of mobile phone base stations and comparing it with healthy controls. The study groups matched for various demographic data including age, gender, dietary pattern, smoking habit, alcohol consumption, duration of mobile phone use and average daily mobile phone use. The RF power density of the exposed individuals was significantly higher (p < 0.0001) when compared to the control group. The HPBLs were cultured and the DNA damage was assessed by cytokinesis blocked micronucleus (MN) assay in the binucleate lymphocytes. The analyses of data from the exposed group (n = 40), residing within a perimeter of 80 m of mobile base stations, showed significantly (p < 0.0001) higher frequency of micronuclei when compared to the control group, residing 300 m away from the mobile base station/s. The analysis of various antioxidants in the plasma of exposed individuals revealed a significant attrition in glutathione (GSH) concentration (p < 0.01), activities of catalase

JA 01599

(CAT) (p < 0.001) and superoxide dismutase (SOD) (p < 0.001) and rise in lipid peroxidation (LOO) when compared to controls. Multiple linear regression analyses revealed a significant association among reduced GSH concentration (p < 0.05), CAT (p < 0.001) and SOD (p < 0.001) activities and elevated MN frequency (p < 0.001) and LOO (p < 0.001) with increasing RF power density.

**Zotti-Martelli L, Peccatori M, Scarpato R, Migliore L, Induction of micronuclei in human lymphocytes exposed in vitro to microwave radiation. Mutat Res 472(1-2):51-58, 2000.**

Increasing applications of electromagnetic fields are of great concern with regard to public health. Several in vitro studies have been conducted to detect effects of microwave exposure on the genetic material leading to negative or questionable results. The micronucleus (MN) assay which is proved to be a useful tool for the detection of radiation exposure-induced cytogenetic damage was used in the present study to investigate the genotoxic effect of microwaves in human peripheral blood lymphocytes in vitro exposed in G(0) to electromagnetic fields with different frequencies (2.45 and 7.7GHz) and power density (10, 20 and 30mW/cm(2)) for three times (15, 30 and 60min). The results showed for both radiation frequencies an induction of micronuclei as compared to the control cultures at a power density of 30mW/cm(2) and after an exposure of 30 and 60min. Our study would indicate that microwaves are able to cause cytogenetic damage in human lymphocytes mainly for both high power density and long exposure time.

**Zotti-Martelli L, Peccatori M, Maggini V, Ballardin M, Barale R. Individual responsiveness to induction of micronuclei in human lymphocytes after exposure in vitro to 1800-MHz microwave radiation. Mutat Res. 582(1-2):42-52, 2005.**

The widespread application of microwaves is of great concern in view of possible consequences for human health. Many in vitro studies have been carried out to detect possible effects on DNA and chromatin structure following exposure to microwave radiation. The aim of this study is to assess the capability of microwaves, at different power densities and exposure times, to induce genotoxic effects as evaluated by the in vitro micronucleus (MN) assay on peripheral blood lymphocytes from nine different healthy donors, and to investigate also the possible inter-individual response variability. Whole blood samples were exposed for 60, 120 and 180min to continuous microwave radiation with a frequency of 1800MHz and power densities of 5, 10 and 20mW/cm(2). Reproducibility was tested by repeating the experiment 3 months later. Multivariate analysis showed that lymphocyte proliferation indices were significantly different among donors (p<0.004) and between experiments (p<0.01), whereas the applied power density and the exposure time did not have any effect on them. Both spontaneous and induced MN frequencies varied in a highly significant way among donors (p<0.009) and between experiments (p<0.002), and a statistically significant increase of MN, although rather low, was observed dependent on exposure time (p=0.0004) and applied power density (p=0.0166). A considerable decrease in spontaneous and induced MN frequencies was measured in the second experiment. The results show that microwaves are able to induce MN in short-time exposures to medium power density fields. Our data analysis highlights a wide inter-individual variability in the response, which was confirmed to be a

characteristic reproducible trait by means of the second experiment.

**Zuo H, Lin T, Wang D, Peng R, Wang S, Gao Y, Xu X, Zhao L, Wang S, Su Z. RKIP Regulates Neural Cell Apoptosis Induced by Exposure to Microwave Radiation Partly Through the MEK/ERK/CREB Pathway. Mol Neurobiol. 2014 Aug 10. [Epub ahead of print]**

In the present study, we investigated whether Raf-1 kinase inhibitory protein (RKIP) is important for neural cell apoptosis induced by microwave exposure and explored the role of MEK/ERK/CREB pathway regulated by RKIP in the apoptosis.  Differentiated PC12 cells were exposed to continuous microwave radiation at 2.856 GHz for 5 min with average power density of 30 mW/cm2. RKIP sense and anti-sense recombinant plasmids were constructed and transfected into PC12 cells, respectively. Terminal deoxynucleotidyl transferase (TdT)-mediated dUTP nick end labeling (TUNEL) staining and caspase-3 activity assay were used to detect cell apoptosis. The results showed that RKIP was downregulated after microwave exposure while the MEK/ERK/CREB signaling pathway was activated excessively. Moreover, the ratio of Bcl-2/Bax decreased, activity of caspase-3 increased, and thus apoptotic DNA fragmentation increased. RKIP overexpression significantly inhibited the phosphorylation of MEK, ERK, and CREB, while RKIP downregulation had the reverse effect. Furthermore, U0126 was found to antagonize the changes caused by RKIP downregulation after exposure to radiation.  In conclusion, RKIP plays an important role in the neural cell apoptosis induced by microwave radiation, and the regulation of cell apoptosis by RKIP is partly through the MEK/ERK/CREB pathway. This suggests that RKIP may act as a key regulator of neuronal damage caused by microwave radiation. Extremely Low-Frequency Electromagnetic Fields Cause G1 Phase Arrest through the Activation of the ATM-Chk2-p21 Pathway.

**Zuo WQ, Hu YJ, Yang Y, Zhao XY, Zhang YY, Kong W, Kong WJ. Sensitivity of spiral ganglion neurons to damage caused by** mobile phone **electromagnetic radiation will increase in lipopolysaccharide-induced inflammation in vitro model. J Neuroinflammation. 2015 May 29;12(1):105. [Epub ahead of print]**

BACKGROUND: With the increasing popularity of mobile phones, the potential hazards of radiofrequency electromagnetic radiation (RF-EMR) on the auditory system remain unclear. Apart from RF-EMR, humans are also exposed to various physical and chemical factors. We established a lipopolysaccharide (LPS)-induced inflammation in vitro model to investigate whether the possible sensitivity of spiral ganglion neurons to damage caused by mobile phone electromagnetic radiation (at specific absorption rates: 2, 4 W/kg) will increase. METHODS: Spiral ganglion neurons (SGN) were obtained from neonatal (1- to 3-day-old) Sprague Dawley® (SD) rats. After the SGN were treated with different concentrations (0, 20, 40, 50, 100, 200, and 400 μg/ml) of LPS, the Cell Counting Kit-8 (CCK-8) and alkaline comet assay were used to quantify cellular activity and DNA damage, respectively. The SGN were treated with the moderate LPS concentrations before RF-EMR exposure. After 24 h intermittent exposure at an absorption rate of 2 and 4 W/kg, DNA damage was examined by alkaline comet assay, ultrastructure changes were detected by transmission electron microscopy, and expression of the autophagy

markers LC3-II and Beclin1 were examined by immunofluorescence and confocal laser scanning microscopy. Reactive oxygen species (ROS) production was quantified by the dichlorofluorescin-diacetate assay. RESULTS:  LPS (100 μg/ml) induced DNA damage and suppressed cellular activity ($P < 0.05$). LPS (40 μg/ml) did not exhibit cellular activity changes or DNA damage ($P > 0.05$); therefore, 40 μg/ml was used to pretreat the concentration before exposure to RF-EMR. RF-EMR could not directly induce DNA damage. However, the 4 W/kg combined with LPS (40 μg/ml) group showed mitochondria vacuoles, karyopyknosis, presence of lysosomes and autophagosome, and increasing expression of LC3-II and Beclin1. The ROS values significantly increased in the 4 W/kg exposure, 4 W/kg combined with LPS (40 μg/ml) exposure, and $H_2O_2$ groups ($P < 0.05$, 0.01). CONCLUSIONS:  Short-term exposure to radiofrequency electromagnetic radiation could not directly induce DNA damage in normal spiral ganglion neurons, but it could cause the changes of cellular ultrastructure at special SAR 4.0 W/kg when cells are in fragile or micro-damaged condition. It seems that the sensitivity of SGN to damage caused by mobile phone electromagnetic radiation will increase in a lipopolysaccharide-induced inflammation in vitro model.

JA 01602

Research Compilation; Abstracts of over 600 Studies Published Between
August 2016 - August 2019, Dr. Joel Moskowitz; 2019
(Tab 8 Part 1)

**Ex Parte: Submitted to FCC Dockets Nos. 03-137, 13-84, 17-79 and 17-84**

## Wireless Radiation and EMF Abstracts

## Published from August, 2016 - August, 2019

### Joel M. Moskowitz, Ph.D.
### School of Public Health
### University of California, Berkeley

**Electromagnetic Radiation Safety**

**September 13, 2019**

---

**Risks to Health and Well-Being From Radio-Frequency Radiation Emitted by Cell Phones and Other Wireless Devices**

Miller AB, Sears ME, Morgan LL, Davis DL, Hardell L, Oremus M and Soskolne CL (2019) Risks to health and well-being from radio-frequency radiation emitted by cell phones and other wireless devices. Front. Public Health 7:223. doi: 10.3389/fpubh.2019.00223.

Abstract

Radiation exposure has long been a concern for the public, policy makers, and health researchers. Beginning with radar during World War II, human exposure to radio-frequency radiation1 (RFR) technologies has grown substantially over time. In 2011, the International Agency for Research on Cancer (IARC) reviewed the published literature and categorized RFR as a "possible" (Group 2B) human carcinogen. A broad range of adverse human health effects associated with RFR have been reported since the IARC review. In addition, three large-scale carcinogenicity studies in rodents exposed to levels of RFR that mimic lifetime human exposures have shown significantly increased rates of Schwannomas and malignant gliomas, as well as chromosomal DNA damage. Of particular concern are the effects of RFR exposure on the developing brain in children. Compared with an adult male, a cell phone held against the head of a child exposes deeper brain structures to greater radiation doses per unit volume, and the young, thin skull's bone marrow absorbs a roughly 10-fold higher local dose. Experimental and observational studies also suggest that men who keep cell phones in their trouser pockets have significantly lower sperm counts and significantly impaired sperm motility and morphology, including mitochondrial DNA damage. Based on the accumulated evidence, we recommend that IARC re-evaluate its 2011 classification of the human carcinogenicity of RFR, and that WHO complete a systematic review of multiple other health effects such as sperm damage. In the interim, current knowledge provides justification for governments, public health authorities, and physicians/allied health professionals to warn the population that having a cell phone next to the body is harmful, and to support measures to reduce all exposures to RFR.

Open access paper: https://www.frontiersin.org/articles/10.3389/fpubh.2019.00223/full

--

**Radiofrequency electromagnetic radiation-induced behavioral changes and their possible basis**

Narayanan SN, Jetti R, Kesari KK, Kumar RS, Nayak SB, Bhat PG. Radiofrequency electromagnetic radiation-induced behavioral changes and their possible basis. Environ Sci Pollut Res Int. 2019 Aug 28. doi: 10.1007/s11356-019-06278-5.

Abstract

The primary objective of mobile phone technology is to achieve communication with any person at any place and time. In the modern era, it is impossible to ignore the usefulness of mobile phone technology in cases of emergency as many lives have been saved. However, the biological effects they may have on humans and other animals have been largely ignored and not been evaluated comprehensively. One of the reasons for this is the speedy uncontrollable growth of this technology which has surpassed our researching ability. Initiated with the first generation, the mobile telephony currently reaches to its fifth generation without being screened extensively for any biological effects that they may have on humans or on other animals. Mounting evidences suggest possible non-thermal biological effects of radiofrequency electromagnetic radiation (RF-EMR) on brain and behavior. Behavioral studies have particularly concentrated on the effects of RF-EMR on learning, memory, anxiety, and locomotion. The literature analysis on behavioral effects of RF-EMR demonstrates complex picture with conflicting observations. Nonetheless, numerous reports suggest a possible behavioral effect of RF-EMR. The scientific findings about this issue are presented in the current review. The possible neural and molecular mechanisms for the behavioral effects have been proposed in the light of available evidences from the literature.

https://www.ncbi.nlm.nih.gov/pubmed/31463749

Conclusions

Mobile phone safety recommendations depend mainly on 'sinusoidal wave' emitted from the cell phone when it is idle. At idle mode, the RF-EMR exposure is negligible, hence, it might not be that detrimental at this level. However, chronic exposure to the 'carrier signal' emitted when phone is in 'ON' mode (when the phone is ringing/call receiving mode) would be responsible for biological effects. Exposure to RF-EMR induces an imbalance in the oxidant/antioxidant defense system in the brain indicating that the internal environment of each brain cell was getting disturbed by the insult from RFEMR. This therefore does not favor the nerve cells to function appropriately. Whenever the threshold is reached, the cell either stops functioning, functions abnormally, or dies. We call it structural change or morphological change. Most of the time, what happens at the cellular level is indicated at the behavioral level. It is highly difficult to join up biochemical change, morphological change, and then behavior. An imbalance in the biochemical homeostasis would itself alter the behavior which might not be structurally represented and vice versa. This is due to the mechanisms, which prevent or resist the insult from external stressors. Currently, we are not sure about this fact as there are no solid evidences which pin point or demonstrate this innate preventive/restrain mechanisms present in neurons under RF-EMR exposure. Further study  in this regard will reveal much clearer picture of body's (especially brain) innate mechanisms which would withstand the
potential threat caused by RF-EMR.

It is evident from earlier discussions that a possible behavioral effect does exist following RF-EMRexposure in rodents. However, caution should be taken while extrapolating these findings into humans. It is worth noting that an adult uses mobile phone approximately 4 to 5 h per day and this may be even more in teenagers. However, reports that analyze the behavioral, psychological, and health variables following RFEMR exposure

in sensitive population like young adults are scanty. Furthermore, it would be interesting to study the effect of RF-EMR exposure in early developmental stage and see what the effects of such exposures are on the critical and sensitive periods of development using animal models. Although the current review focused principally on RFEMR-induced effects on cognition, anxiety, and locomotion, RF-EMR have been attributed to induce other behavioral effects in rodents as well as in humans. After witnessing the uncontrollable growth of this technology, everyone believes that it is high time to evaluate the health risks of continuous and chronic RF-EMR exposure effects on humans and for which further studies are warranted.

--

**Effect of radiofrequency radiation on reproductive health**

Singh R, Nath R, Mathur AK, Sharma RS. Effect of radiofrequency radiation on reproductive health. Indian J Med Res. 2018 Dec; 148(Suppl 1): S92–S99. doi: 10.4103/ijmr.IJMR_1056_18.

Abstract

The development of cellular phone system has greatly increased the extent and magnitude of radiofrequency radiation (RFR) exposure. The RFR emitted from mobile phone and mobile phone base stations exerts thermal and non-thermal effects. The short-term and long-term exposure to RFR may have adverse effect on humans as well as animals. Most laboratory studies have indicated a direct link between exposure to RFR and adverse biological effects. Several in vitro studies have reported that RFR induces various types of cancer and DNA or chromosomal damage. On the other hand, some animal studies have not reported adverse effects of this radiation. The present review summarizes information available on the possible effects of RFR on the reproductive health.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6469375/

--

**Health effects of radiofrequency electromagnetic fields (RF EMF)**

Bortkiewicz A. Editorial: Health effects of radiofrequency electromagnetic fields (RF EMF). Industrial Health. 2019;57(4):403-405. doi: 10.2486/indhealth.57_400.

No abstract.

Conclusion: The problem of health effects of RF EMF has not been definitely resolved, but due to the results of previous research on possible health effects of RF EMF, it seems necessary to use precautionary principles and ALARA (As Low as Reasonably Achievable) principles, when the new sources of electromagnetic emissions will be planned and installed.

Open access paper: https://www.jstage.jst.go.jp/article/indhealth/57/4/57_57_400/_pdf/-char/en

--

**Environmental Factors and the Risk of Brain Tumours in Young People: A Systematic Review**

Zumel-Marne A, Castano-Vinyals G, Kundi M, Alguacil J, Cardis E. Environmental Factors and the Risk of Brain Tumours in Young People: A Systematic Review. Neuroepidemiology. 2019 Jun 5:1-21. doi:

3

10.1159/000500601.

Abstract

BACKGROUND: Brain tumours (BT) are one of the most frequent tumour types in young people, although little is known about their risk factors.

OBJECTIVE: The objective of the current work was to review and summarize the scientific literature concerning exposure to environmental factors and BT risk in young people (<25 years old).

METHODS: PUBMED, Embase, Cochrane Library, Scopus, IME-Biomedina (bibliographic database of Consejo Superior de Investigaciones Científicas) and Web of science databases were searched. A score to assess the quality of the methodological information was created.

RESULTS: Some possible associations between BT risk in young people were reported for cadmium, consumption of well water, presence of nitrate or nitrate-nitrogen in tap water, mother's passive smoking, air pollution, parental handling of pesticides at home and/or professional pesticide treatment within houses, living on a farm and/or with farm animals, some parental occupations and high amount of meat consumption.

CONCLUSIONS: Although many of the studies reviewed suggest associations between the environmental exposures and BT in children and young adults, at present no reliable conclusion can be drawn as most results are based on small number of cases and exposure assessment is limited. Large-scale studies with better exposure assessment are needed to shed light on these possible associations, especially on exposure to heavy metals, tab water consumption, pesticides and parental smoking.

Excerpt: Non-Ionizing Radiation

Three articles [19, 42, 47] studied the association between extremely low frequency (ELF) exposure during pregnancy and BT risk.

Regarding the exposure to electrically heated waterbeds during pregnancy, 2 articles found non-significantly reduced risks (1 for astrocytomas and the other for BT in general) based on small samples sizes [19, 47]. No significant association was found for PNET either [19]. Regarding exposure to ELF from electrical blankets during pregnancy, 3 articles found non-statistically significantly increased risk [19, 42, 47].

Two studies focused on childhood ELF exposure [39, 47] and BT risk. One [39] found a non-significantly reduced risk for electric blanket and waterbed use based on very small numbers of cases (n = 6 and 1, respectively). In the other study, the ORs were close to one.

Two studies [48, 49] focused on radiofrequency (RF) exposures in childhood and BT were found. In the large multinational study [48], a non-significantly increased risk was found, with no evidence for an exposure response relationship between mobile phones use (which emits some ELF but mainly RF) and risk of BT. Use of mobile phones was low in this population, with an average duration of use of 2.7 years and lifetime cumulative time of use of only 35 h. Another study [49], which estimated average of exposure to RF from mobile phone base stations, found a non-statistically significant risk for exposure above the median, though the authors acknowledge several methodological limitations.

Three studies focused on the exposure to magnetic fields (MF) [50-52] from high-current power lines, electric

4

heating sources or electric appliances at home during childhood. One [50] found a significantly increased risk for ≥0.4µT of MF in the children's bedroom (OR 10.9 [1.05–113] based on 3 cases and 1 control). Two [51, 52] studies found a non-statistically significant increased risk for exposure at home to high MF compared to low ones.

Open access paper: https://www.karger.com/Article/FullText/500601

--

**Funding Source, Quality of Publications and Outcome in Genetic Damage in Mammalian Cells Exposed to Non-Ionizing Radiofrequency Fields**

Vijayalaxmi, Prihoda TJ. Funding source, quality of publications and outcome in genetic damage in mammalian cells exposed to non-ionizing radiofrequency fields.Radiat Res. 2019 Aug 7. doi: 10.1667/RR15364.1.

Abstract

There has been ongoing debate and discussion concerning whether the funding source influenced the outcome of research on human health effects from exposure to radiofrequency fields (RF, electromagnetic waves that carry energy as they propagate in air and dense media). In a study of 225 publications, in which we sought to determine a possible association between the funding source(s), quality and outcome in a total of 2,160 genetic damage assessment tests of mammalian cells exposed to RF energy, we made several observations. One finding was that a great majority of researchers had acknowledged government agencies as the funding source (53%, 120 of 225 publications), while a small number of scientists mentioned mobile phone industry as the financial source (9%, 20 of 225 publications). Numerous investigators did not mention the funding source (26%, 58 of 225 publications). Secondly, industry-funded investigations were of better quality and utilized quality control measures, i.e., blind evaluation, adequate description of dosimetry, positive controls and/or sham-exposed controls, compared to those funded by the government. Another observation was that in industry-funded studies, the d values (effect size or standardized mean difference between the cells exposed to RF energy and sham-exposed controls) were consistently lower than in government-funded studies. In addition, compared to government-funded studies, a higher percentage of industry-funded studies reported no difference in genetic damage between RF- and sham-exposed cells (80% for industry-funded studies versus 49% for government-funded studies). Finally, we observed that industry-funded studies were less likely to report an increase in genetic damage in cells exposed to RF energy (10%) compared to government-funded studies (23%). In view of the large difference between the percentage of publications funded by government and industry (53% or 122 of 225 publications for government, compared to 9% or 29 of 225 publications for industry), caution should be used when debating and discussing the above observations. Overall, it is important to include the quality control measures in the investigations, and also mention the funding source in published studies.

https://www.ncbi.nlm.nih.gov/pubmed/31390310

--

**Health effects of radiofrequency electromagnetic energy**

Elwood M, Wood AW. Health effects of radiofrequency electromagnetic energy. N Z Med J. 2019 Aug 30;132(1501):64-72.

JA 01608

Abstract

The issues of real or suspected health effects of radiofrequency fields, produced by cellphones, their base stations and many other devices, are complex and controversial. We believe that the most balanced and valid assessments of these issues are given by the extensive reports produced by reputable, multidisciplinary, expert groups. These use the principles of a comprehensive review to assess all available published literature and form their conclusions by consideration of the strength of the evidence from the available studies. This paper provides links to several of these reports, and shows how others can be accessed. These reports are large and complex, but freely available on websites. We summarise the most recent New Zealand report, which itself refers to and summarises many other reports. The scientific literature on these issues is enormous, particularly in animal and laboratory studies. There are some comprehensive reviews of these, demonstrating that the quality of the studies is very variable, and that, for example, results claiming to show increased genetic damage or other biological effects are much more common in studies of low quality, whereas higher-quality studies predominantly show no significant effects. Thus, while there are many reports which in isolation suggest health effects, there is no consistent evidence supporting important health effects caused by low intensities of radiofrequencies similar to those experienced by the general population. There are certainly many unanswered questions, and new studies need to be assessed carefully and replicated where possible. Thus, expert groups in several countries including New Zealand need to continue to regularly review new studies.

https://www.ncbi.nlm.nih.gov/pubmed/31465329

--

## Adverse effects of Wi-Fi radiation on male reproductive system: A systematic review

Jaffar FHF, Osman K, Ismail NH, Chin KY, Ibrahim SF. Adverse Effects of Wi-Fi Radiation on Male Reproductive System: A Systematic Review. Tohoku J Exp Med. 2019;248(3): 169-179. doi: 10.1620/tjem.248.169.

Abstract

Extensive use of Wi-Fi has contributed to radiofrequency electromagnetic radiation (RF-EMR) pollution in environment. Various studies have been conducted to evaluate the effect of RF-EMR emitted by Wi-Fi transmitter on male reproduction health. However, there are conflicting findings between studies. Thus, this review aims to elucidate the possible effects of 2.45 GHz Wi-Fi exposure on both animal and human male reproductive system. A computerized database search performed through MEDLINE via Ovid and PUBMED with the following set of keywords: 'Wi-Fi or WiFi or wireless fidelity or Wi-Fi router or WiFi router or electromagnetic or radiofrequency radiation' AND 'sperm or spermatozoa or spermatogenesis or semen or seminal plasma or testes or testis or testosterone or male reproduction' had returned 526 articles. Only 17 studies conformed to pre-set inclusion criterion. Additional records identified through Google Scholar and reviewed article further revealed six eligible articles. A total of 23 articles were used for data extraction, including 15 studies on rats, three studies on mice, and five studies on human health. Sperm count, motility and DNA integrity were the most affected parameters when exposed to RF-EMR emitted by Wi-Fi transmitter. Unfortunately, sperm viability and morphology were inconclusive. Structural and/or physiological analyses of the testes showed degenerative changes, reduced testosterone level, increased apoptotic cells, and DNA damage. These effects were mainly due to the elevation of testicular temperature and oxidative stress activity. In conclusion, exposure towards 2.45 GHz RF-EMR emitted by Wi-Fi transmitter is hazardous on the male reproductive system.

6

Open access paper: https://www.jstage.jst.go.jp/article/tjem/248/3/248_169/_article

--

**Some Notes on the Verification of the Exposure Limits in 5G Systems**

Migliore MD.  Some Notes on the Verification of the Exposure Limits in 5G Systems.2019 IEEE International Symposium on Measurements & Networking (M&N). 8-10 July 2019. DOI: 10.1109/IWMN.2019.880504

Abstract

The aim of this contribution is to discuss some problems regarding the measurement of the Electromagnetic Field Exposure (EFE) n 5G communication systems. The discussion clarifies how the use of the spatial resource to increase the network capacity introduces new causes of uncertainties in the estimation of the field intensity compared to previous generation of cellular networks. Simple examples regarding Massive MIMO communication systems are discussed.

Conclusions

The use of highly reconfigurable antennas represent a newchallenge for the measurement of the electromagnetic exposureof population.The simple simulations discussed in this conference contribution shows that new measurement protocols that takeexplicitly into account the reconfigurable nature of the fieldmust be considered for 5G. The simulations also suggest apossible approach, that consists in 'forcing' the reconfigurable antenna to synthesize a maximum toward the direction of the measurement position, for example considering a system that is seen as 'receiver' by the cellular system, while theestimation of the amplitude of the field in the close proximityof the antenna could be carried out using approaches based on near-field measurements.

https://ieeexplore.ieee.org/document/8805045

--

**Validation of Potential Effects on Human Health of in Vivo Experimental Models Studied in Rats Exposed to Sub-Thermal Radiofrequency. Possible Health Risks Due to the Interaction of Electromagnetic Pollution and Environmental Particles**

Salas-Sánchez AA, López-Furelos A, Rodríguez-González JA, Ares-Pena FJ, López-Martín ME.  Validation of potential effects on human health of in vivo experimental models studied in rats exposed to sub-thermal radiofrequency. Possible health risks due to the interaction of electromagnetic pollution and environmental particles. IEEE Access. 7: 79186 - 79198. 17 June 2019. DOI: 10.1109/ACCESS.2019.2923581

Abstract

Studies are based on the exposure of Sprague-Dawley rats (250 male and 250 female rats) to electromagnetic fields (EMF) at different frequencies in standing and travelling wave chambers. Values of specific absorption rate (SAR) for all of these experiments were obtained from commercially available FDTD-based simulation software based on numerical phantom animals. An experimental radiation system was developed with a standing-wave cavity which keeps electromagnetic parameters constant while facilitating stress-free exposure of animals to non-thermal radiation. This makes it possible to directly measure the power absorbed by the

7

JA 01610

animal and determine whole-body mean SAR according to weight. All studies using this setup were performed with global system for mobile communication (GSM) radiation at 900 MHz. The simple picrotoxin model made allow to identify morphological signs of neurotoxicity in rat brain tissue. Experiments involving travelling waves were done in a commercial Gigahertz Transverse ElectroMagnetic (GTEM) chamber connected to one or two vector signal generators (to carry single or multiple EMF exposure frequencies). In the diathermy model, rat thyroid and thymus exposed to 2.45 GHz radiation showed visible morphological and immune effects. Cellular stress in the cerebral cortex, the cerebellum or both seems to be more associated with the type of signal than with additive effects of combined frequencies. Finally, some hypothesis related with the future models about the ElectroMagnetic (EM) pollution are established. In an urban environmental that combines the electromagnetic and chemical pollution of environmental particles, cortical excitability, inflammatory response, and cell injury can be modified.

Conclusdions

The experimental models of controlled exposure of animals to radiofrequency allow us to know in the short term the mechanisms and risks that can affect human health. The modulation of EEG rhythms in epileptics, the modification of the immune response and the increase in cellular stress are biological effects that could be caused in humans by radio frequency interaction. In an urban environmental that combines the electromagnetic and chemical pollution of environmental particles cortical excitability, inflammatory response and cell injury can be modified.

https://ieeexplore.ieee.org/document/8737903

--

**Risk to pollinators from anthropogenic electro-magnetic radiation (EMR): Evidence and knowledge gaps**

Vanbergen AJ, Potts SG, Vian A, Malkemper EP, Young J, Tscheulin T. Risk to pollinators from anthropogenic electro-magnetic radiation (EMR): Evidence and knowledge gaps. Sci Total Environ. 2019 Aug 7;695:133833. doi: 10.1016/j.scitotenv.2019.133833.

Abstract

Worldwide urbanisation and use of mobile and wireless technologies (5G, Internet of Things) is leading to the proliferation of anthropogenic electromagnetic radiation (EMR) and campaigning voices continue to call for the risk to human health and wildlife to be recognised. Pollinators provide many benefits to nature and humankind, but face multiple anthropogenic threats. Here, we assess whether artificial light at night (ALAN) and anthropogenic radiofrequency electromagnetic radiation (AREMR), such as used in wireless technologies (4G, 5G) or emitted from power lines, represent an additional and growing threat to pollinators. A lack of high quality scientific studies means that knowledge of the risk to pollinators from anthropogenic EMR is either inconclusive, unresolved, or only partly established. A handful of studies provide evidence that ALAN can alter pollinator communities, pollination and fruit set. Laboratory experiments provide some, albeit variable, evidence that the honey bee Apis mellifera and other invertebrates can detect EMR, potentially using it for orientation or navigation, but they do not provide evidence that AREMR affects insect behaviour in ecosystems. Scientifically robust evidence of AREMR impacts on abundance or diversity of pollinators (or other invertebrates) are limited to a single study reporting positive and negative effects depending on the pollinator group and geographical location. Therefore, whether anthropogenic EMR (ALAN or AREMR) poses a

JA 01611

significant threat to insect pollinators and the benefits they provide to ecosystems and humanity remains to be established.

https://www.ncbi.nlm.nih.gov/pubmed/31419678

--

## Changes in pyramidal and granular neuron numbers in rat hippocampus 7 days after exposure to continuous 900-MHz EMF during early and mid-adolescence

Keleş Aİ, Nyengaard JR, Odacı E. Changes in pyramidal and granular neuron numbers in the rat hippocampus 7 days after exposure to a continuous 900-MHz electromagnetic field during early and mid-adolescence. J Chem Neuroanat. 2019 Aug 26:101681. doi: 10.1016/j.jchemneu.2019.101681.

Abstract

The aim of this study was to investigate qualitative and quantitative changes in pyramidal and granule neurons in the male rat hippocampus after exposure to a continuous 900-megahertz (MHz) electromagnetic field (EMF) for 25 days during early and mid-adolescence. Three-week-old (21 day) healthy Sprague Dawley male rats were divided equally into control (CON), pseudo-exposed (PEX) and EMF groups. EMF rats were exposed to a 900-MHz EMF in an EMF-application cage, while the PEX rats were placed in the same cage without being exposed to EMF. No procedure was performed in CON. EMF was applied for 1 h/day, every day for 25 days. Following the 900-MHz EMF and pseudo-exposed applications, behavioral tests were performed for seven days. Then, all animals were euthanized and their brains were removed. Following histological tissue procedures, sections were taken from tissues and stained with toluidine blue. The optical fractionation technique was performed to estimate the pyramidal neuron numbers in the CA1, CA2-3 and hilus regions of the hippocampus and granule neuron numbers in the dentate gyrus region. Our findings indicated that the number of pyramidal and granule neurons in the hippocampus of the EMF group was statistically higher than PEX. Furthermore, the histopathological results showed that the cytoplasm of pyramidal (in the hilus, CA1, CA2 and CA3 region) and granular (in the dentate gyrus region) cells at the hippocampus were disrupted, as evident by intensive staining around cytoplasm and some artifacts were detected in the EMF group. In addition, statistical comparisons of the mean body weights and brain weights of the study groups revealed no significant differences. There was no statistically significant difference between the PEX and EMF groups in terms of temperature (p > 0.05) or humidity (p > 0.05) in the cages. In conclusion, higher numbers of both pyramidal and granule neurons were found in the male rat hippocampus after continuous 900-MHz EMF treatment.

https://www.ncbi.nlm.nih.gov/pubmed/31464580

--

## Trafficking of synaptic vesicles is changed at the hypothalamus by exposure to an 835 MHz radiofrequency electromagnetic field

Kim JH, Huh YH, Kim HR. Trafficking of synaptic vesicles is changed at the hypothalamus by exposure to an 835 MHz radiofrequency electromagnetic field. Gen Physiol Biophys. 2019 Aug 14. doi: 10.4149/gpb_2019020.

Abstract

9

With the rapidly increasing use of mobile phones and their close-contact usage to the brain, there are some concerns about the possible neuronal effects induced by exposure to excessive electromagnetic radiation. Exposure to a radiofrequency electromagnetic field (RF-EMF) of 835 MHz (4.0 W/kg specific absorption rate (SAR) 5 h/day for 12 weeks) may affect hypothalamic presynaptic neurons in C57BL/6 mice. The number and size of the synaptic vesicles (SVs) in the hypothalamic presynaptic terminals were significantly decreased after RF-EMF exposure. Further, the density (SVs numbers/μm) of docking and fusing SVs in the active zones of the presynaptic terminal membrane was significantly decreased in hypothalamic neurons. The expression levels of synapsin I/II and synaptotagmin 1, two regulators of SV trafficking in neurons, were also significantly decreased in the hypothalamus. In parallel, the expression of calcium channel was significantly decreased. These changes in SVs in the active zones may directly decrease the release of neurotransmitters in hypothalamic presynaptic terminals. Therefore, we further studied the possible changes in hypothalamic function by testing the core body temperature and body weight and performed the buried pellet test. The trafficking of SVs was changed by RF-EMF; however, we could not find any significant phenotypical changes in our experimental condition.

https://www.ncbi.nlm.nih.gov/pubmed/31411574

--

**Extremely low frequency electromagnetic fields and cancer: How source of funding affects results**

Carpenter DO. Extremely low frequency electromagnetic fields and cancer: How source of funding affects results. Environ Res. 2019 Aug 24;178:108688. doi: 10.1016/j.envres.2019.108688.

Abstract

While there has been evidence indicating that excessive exposure to magnetic fields from 50 to 60 Hz electricity increases risk of cancer, many argue that the evidence is inconsistent and inconclusive. This is particularly the case regarding magnetic field exposure and childhood leukemia. A major goal of this study is to examine how source of funding influences the reported results and conclusions. Several meta-analyses dating from about 2000 all report significant associations between exposure and risk of leukemia. By examining subsequent reports on childhood leukemia it is clear that almost all government or independent studies find either a statistically significant association between magnetic field exposure and childhood leukemia, or an elevated risk of at least OR = 1.5, while almost all industry supported studies fail to find any significant or even suggestive association. A secondary goal of this report is to examine the level of evidence for exposure and elevated risk of various adult cancers. Based on pooled or meta-analyses as well as subsequent peer-reviewed studies there is strong evidence that excessive exposure to magnetic fields increases risk of adult leukemia, male and female breast cancer and brain cancer. There is less convincing but suggestive evidence for elevations in several other cancer types. There is less clear evidence for bias based on source of funding in the adult cancer studies. There is also some evidence that both paternal and maternal prenatal exposure to magnetic fields results in an increased risk of leukemia and brain cancer in offspring. When one allows for bias reflected in source of funding, the evidence that magnetic fields increase risk of cancer is neither inconsistent nor inconclusive. Furthermore adults are also at risk, not just children, and there is strong evidence for cancers in addition to leukemia, particularly brain and breast cancer.

https://www.ncbi.nlm.nih.gov/pubmed/31476684

--

JA 01613

**Exposure to static and extremely-low frequency electromagnetic fields and cellular free radicals**

Lai H. Exposure to static and extremely-low frequency electromagnetic fields and cellular free radicals. Electromagnetic Biology Medicine. Aug 26, 2019. https://doi.org/10.1080/15368378.2019.1656645.

Abstract

This paper summarizes studies on changes in cellular free radical activities from exposure to static and extremely-low frequency (ELF) electromagnetic fields (EMF), particularly magnetic fields. Changes in free radical activities, including levels of cellular reactive oxygen (ROS)/nitrogen (RNS) species and endogenous antioxidant enzymes and compounds that maintain physiological free radical concentrations in cells, is one of the most consistent effects of EMF exposure. These changes have been reported to affect many physiological functions such as DNA damage; immune response; inflammatory response; cell proliferation and differentiation; wound healing; neural electrical activities; and behavior. An important consideration is the effects of EMF-induced changes in free radicals on cell proliferation and differentiation. These cellular processes could affect cancer development and proper growth and development in organisms. On the other hand, they could cause selective killing of cancer cells, for instance, via the generation of the highly cytotoxic hydroxyl free radical by the Fenton Reaction. This provides a possibility of using these electromagnetic fields as a non-invasive and low side-effect cancer therapy. Static- and ELF-EMF probably play important roles in the evolution of living organisms. They are cues used in many critical survival functions, such as foraging, migration, and reproduction. Living organisms can detect and respond immediately to low environmental levels of these fields. Free radical processes are involved in some of these mechanisms. At this time, there is no credible hypothesis or mechanism that can adequately explain all the observed effects of static- and ELF-EMF on free radical processes. We are actually at the impasse that there are more questions than answers.

Concluding remarks

1. Change in cellular free radical activity is one of the most consistent effects of static- and ELF-EMF on living organisms.
2. The mechanisms by which static- and ELF-EMF affect cellular free radical processes is not well understood. The "radical pair" hypothesis is a likely candidate, particularly the involvement of cryptochromes. It allows immediate detection and response to changes in static- and ELF-EMF in the environment, which likely play important roles in the evolution of living organisms.
3. Oxidative responses to static- and ELF-EMF are probably dependent on the characteristic of the field and exposure (such as frequency, modulation, and duration) and the exposed object (such as cell type, and states of biological activities),
4. However, chronic exposure that leads to the excessive and persistent presence of free radicals can cause oxidative stress and should be avoided.
5. Effects of static- and ELF-EMF on free radicals probably have beneficial health effects particularly relating to cell proliferation, differentiation, cell death, and cell cycle. These are effects that could influence cancer development and treatment, growth and development, regeneration, and healing.
6. In future research, it is imperative to identify the field parameters that can selectively cause beneficial or detrimental health effects.

https://www.tandfonline.com/doi/full/10.1080/15368378.2019.1656645

--

**Geomagnetic disturbances driven by solar activity enhance total and cardiovascular mortality risk in 263 U.S. cities**

11

JA 01614

Zilli Vieira CL, Alvares D, Blomberg A, Schwartz J, Coull B, Huang S, Koutrakis P. Geomagnetic disturbances driven by solar activity enhance total and cardiovascular mortality risk in 263 U.S. cities. Environmental Health. 18(83). Sep 11, 2019.

Abstract

Background  Short-term geomagnetic disturbances (GMD) driven by the quasi-periodic 11-year cycle of solar activity have been linked to a broad range of adverse health effects, including cardiovascular diseases (CVD) and total deaths. We conducted a large epidemiological study in 263 U.S. cities to assess the effects of GMD on daily deaths of total, CVD, myocardial infarction (MI), and stroke.

Methods  We employed a two-step meta-analysis approach, in which we estimated city-specific and season-stratified mortality risk associated with a GMD parameter (Kp index) in 263 U.S. cities. In addition, sensitivity analysis was performed to assess whether effect modification of particulate matter (PM2.5) in the prior day changed Kp index effects on daily deaths after adjusting for confounders.

Results We found significant association between daily GMD and total, CVD, and MI deaths. The effects were even stronger when we adjusted the models for 24-h PM2.5 for different seasons. For example, in the winter and fall one standard deviation of z-score Kp index increase was associated with a 0.13 and 0.31% increase in total deaths, respectively (Winter: $p = 0.01$, 95% CI: 0.02 to 0.24; Fall: $p = 0.00001$; 95% CI: 0.23 to 0.4), without adjusting for PM2.5. The effects of GMD on total deaths were also observed in spring and summer in the models without PM2.5 ($p = 0.00001$). When the models were adjusted for PM2.5 the total deaths increased 0.47% in winter ($p = 0.00001$, 95% CI: 0.3 to 0.65) and by 0.23% in fall ($p = 0.001$, 95% CI: 0.09 to 0.37). The effects of GMD were also significant associated with MI deaths and CVD. No positive significant association were found between Kp and stroke. The GMD effects on deaths were higher than for 24 h-PM2.5 alone, especially in spring and fall.

Conclusion  Our results suggest that GMD is associated with total, CVD and MI deaths in 263 U. S cities. Increased mortality in the general population during GMD should be further investigated to determine whether those human physiological dynamics driven by variations in solar activity can be related to daily clinical cardiovascular observations.

Open access paper: https://ehjournal.biomedcentral.com/articles/10.1186/s12940-019-0516-0

--

**Parental occupational exposure to low-frequency magnetic fields and risk of leukemia in offspring: Findings from Childhood Leukemia International Consortium**

Talibov M, Olsson A, Bailey H, Erdmann F, Metayer C, Magnani C, Petridou E, Auvinen A, Spector L, Clavel J, Roman E, Dockerty J, Nikkilä A, Lohi O, Kang A, Psaltopoulou T, Miligi L, Vila J, Cardis E, Schüz J. Parental occupational exposure to low-frequency magnetic fields and risk of leukaemia in the offspring: findings from the Childhood Leukaemia International Consortium (CLIC). Occup Environ Med. 2019 Jul 29. pii: oemed-2019-105706. doi: 10.1136/oemed-2019-105706.

Abstract

OBJECTIVES: Previously published studies on parental occupational exposure to extremely low-frequency

12

JA 01615

magnetic fields (ELF-MF) and risk of acute lymphoblastic leukaemia (ALL) and acute myeloid leukaemia (AML) in their offspring were inconsistent. We therefore evaluated this question within the Childhood Leukemia International Consortium.

METHODS: We pooled 11 case-control studies including 9723 childhood leukaemia cases and 17 099 controls. Parental occupational ELF-MF exposure was estimated by linking jobs to an ELF-MF job-exposure matrix (JEM). Logistic regression models were used to estimate ORs and 95% CIs in pooled analyses and meta-analyses.

RESULTS: ORs from pooled analyses for paternal ELF-MF exposure >0.2 microtesla (μT) at conception were 1.04 (95% CI 0.95 to 1.13) for ALL and 1.06 (95% CI 0.87 to 1.29) for AML, compared with ≤0.2 μT. Corresponding ORs for maternal ELF-MF exposure during pregnancy were 1.00 (95% CI 0.89 to 1.12) for ALL and 0.85 (95% CI 0.61 to 1.16) for AML. No trends of increasing ORs with increasing exposure level were evident. Furthermore, no associations were observed in the meta-analyses.

CONCLUSIONS: In this large international dataset applying a comprehensive quantitative JEM, we did not find any associations between parental occupational ELF-MF exposure and childhood leukaemia.

"The major limitation of this study was potential exposure misclassification, which can arise in any study with retrospec - tive exposure assessment. Exposure misclassification could occur because the ELF-MF JEM, like most JEMs, assigns the mean exposure level to all persons in the same occupation, while expo - sure heterogeneity within the occupation may be substantial. It does not specify jobs by industrial groups, and exposure intensity might vary in the same occupation by industrial group.... Exposure misclassification was likely to be non-differential in our study because the JEM was applied in the same way to all parents and independently of case–control status of the child. Bias from non-differential exposure misclassification is generally towards the null for dichotomous exposures.30 For polytomous exposures, non-differential misclassification can bias ORs away from the null only for intermediate exposure categories, but ORs for the highest category will be towards the null.31 Therefore, ORs for dichotomous ELF-MF exposures and for high categories of polytomous exposures would be underestimated if non-differential exposure misclassification was present in this study. Selection bias may also be a concern in this study ...."

Open access paper: https://oem.bmj.com/content/early/2019/07/29/oemed-2019-105706.long

--

**Effects of exposure to extremely low frequency electromagnetic fields on hippocampal long-term potentiation in hippocampal CA1 region**

Zheng Y, Cheng J, Dong L, Ma X, Kong Q. Effects of exposure to extremely low frequency electromagnetic fields on hippocampal long-term potentiation in hippocampal CA1 region. Biochem Biophys Res Commun. 2019 Jul 31. pii: S0006-291X(19)31439-1. doi: 10.1016/j.bbrc.2019.07.085.

Abstract

Exposure to environmental electromagnetic fields, especially to the extremely low-frequency (ELF < 300 Hz) electromagnetic fields (EMFs) might produce modulation effects on neuronal activity. Long-term changes in synaptic plasticity such as long-term potentiation (LTP) involved in learning and memory may have contributions to a number of neurological diseases. However, the modulation effects of ELF-EMFs on LTP are not yet fully understood. In our present study, we aimed to evaluate the effects of exposure to ELF-EMFs on

13

LTP in hippocampal CA1 region in rats. Hippocampal slices were exposed to magnetic fields generated by sXcELF system with different frequencies (15, 50, and 100 Hz [Hz]), intensities (0.5, 1, and 2 mT [mT]), and duration (10 s [s], 20 s, 40 s, 60 s, and 5 min), then the baseline signal recordings for 20 min and the evoked field excitatory postsynaptic potentials (fEPSPs) were recorded. We found that the LTP amplitudes decreased after magnetic field exposure, and the LTP amplitudes decreased in proportion to exposure doses and durations, suggesting ELF-EMFs may have dose and duration-dependent inhibition effects. Among multiple exposure duration and doses combinations, upon 5 min magnetic field exposure, 15 Hz/2 mT maximally inhibited LTP. Under 15 Hz/2 mT ELF-EMFs, LTP amplitude decreases in proportion to the length of exposure durations within 5 min time frame. Our findings illustrated the potential effects of ELF-EMFs on synaptic plasticity and will lead to better understanding of the influence on learning and memory.

https://www.ncbi.nlm.nih.gov/pubmed/31376941

--

**Extremely low frequency magnetic field induces human neuronal differentiation through NMDA receptor activation**

Özgün A, Marote A, Behie LA, Salgado A, Garipcan B. Extremely low frequency magnetic field induces human neuronal differentiation through NMDA receptor activation. J Neural Transm (Vienna). 2019 Jul 17. doi: 10.1007/s00702-019-02045-5.

Abstract

Magnetic fields with different frequency and intensity parameters exhibit a wide range of effects on different biological models. Extremely low frequency magnetic field (ELF MF) exposure is known to augment or even initiate neuronal differentiation in several in vitro and in vivo models. This effect holds potential for clinical translation into treatment of neurodegenerative conditions such as autism, Parkinson's disease and dementia by promoting neurogenesis, non-invasively. However, the lack of information on underlying mechanisms hinders further investigation into this phenomenon. Here, we examine involvement of glutamatergic Ca2+ channel, N-methyl-D-aspartate (NMDA) receptors in the process of human neuronal differentiation under ELF MF exposure. We show that human neural progenitor cells (hNPCs) differentiate more efficiently under ELF MF exposure in vitro, as demonstrated by the abundance of neuronal markers. Furthermore, they exhibit higher intracellular Ca2+ levels as evidenced by c-fos expression and more elongated mature neurites. We were able to neutralize these effects by blocking NMDA receptors with memantine. As a result, we hypothesize that the effects of ELF MF exposure on neuronal differentiation originate from the effects on NMDA receptors, which sequentially triggers Ca2+-dependent cascades that lead to differentiation. Our findings identify NMDA receptors as a new key player in this field that will aid further research in the pursuit of effect mechanisms of ELF MFs.

https://www.ncbi.nlm.nih.gov/pubmed/31317262

--

**Exposure to 50 Hz magnetic field at 100 μT exert no DNA damage in cardiomyocytes**.

Wang Y, Liu X, Zhang Y, Wan B, Zhang J, He W, Hu D, Yang Y, Lai J, He M, Chen C. Exposure to 50 Hz magnetic field at 100 μT exert no DNA damage in cardiomyocytes. Biol Open. 2019 Jul 30. pii: bio.041293. doi: 10.1242/bio.041293.

14

Abstract

The effects of exposure to magnetic fields (MFs) at city electric frequencies (50-60 Hz) on carcinogenicity are still in debate. Besides, whether exposure to MFs affects the heart is also a debated issue. This study aimed to determine whether exposure to extremely low frequency magnetic fields (ELF-MFs) induced DNA damage in cardiomyocytes both in vitro and in vivo. Human ventricular cardiomyocytes were exposed to 50 Hz ELF-MF at 100 µT for 1 hr continuously or 75 min intermittently. The effects of the treatments were evaluated by DNA damage, redox status changes, and relative signal molecular expression. Moreover, ten male Sprague-Dawley rats were exposed to a 50 Hz MF at 100 µT for 7 days, while another 10 rats were sham exposed. The protein levels of p53 and Hsp70 in heart tissue were analyzed by western blot. The results showed that exposure to ELF-MF did not induce DNA damage, cell cycle distribution change, or increased ROS level. No significant differences were detected in p53 and Hsp70 expression level between the ELF-MF and sham-exposure groups both in vitro and in vivo. All these data indicated that MFs at power-frequency may not cause DNA damage in cardiomyocyte.

Open access paper: https://bio.biologists.org/content/early/2019/07/22/bio.041293.long

--

## Comparison of polymerization and structural behavior of microtubules in rat brain and sperm affected by the extremely low-frequency electromagnetic field.

Gholami D, Riazi G, Fathi R, Sharafi M, Shahverdi A. Comparison of polymerization and structural behavior of microtubules in rat brain and sperm affected by the extremely low-frequency electromagnetic field. BMC Mol Cell Biol. 2019 Aug 29;20(1):41. doi: 10.1186/s12860-019-0224-1.

Abstract

BACKGROUND: Microtubule proteins are able to produce electromagnetic fields and have an important role in memory formation, and learning. Therefore, microtubules have the potential to be affected by exogenous electromagnetic fields. This study aimed to examine the comparison of microtubule polymerization and its structural behavior in brain and sperm affected by 50 Hz extremely low-frequency electromagnetic field (ELEF).

RESULTS: Twenties adult male rats were randomly and equally divided into control and experimental groups, to evaluate the effect of 50 Hz ELEF on the sperm and brain functions. Plus-maze, serum testosterone and corticosterone, and sperm evaluation were performed. Next, the semen and brain samples were obtained, and they were divided into four experimental groups for investigation of microtubule polymerization. There was no significant difference in testosterone and, corticosterone levels, anxiety behaviors, and sperm morphology between control and ELEF-exposure groups. The sperm viability, total and progressive motility were significantly higher in the ELEF-exposed group than that of the control group. The microtubule polymerization in sperm ELEF was significantly higher than in other groups. The secondary and tertiary structures of tubulins were significantly affected in the brain, and sperm ELEF groups.

CONCLUSION:  It seems that the polymerization of microtubules and conformational changes of tubulin dimers are improved by ELEF application.

https://www.ncbi.nlm.nih.gov/pubmed/31464580

15

JA 01618

--

**Characterization of levels of extremely low frequency magnetic fields emitted from portable hand-held fans**

Choi S, Kim S, Bae S, Kim W, Park JH, Chung E, Park J, Park DU. Characterization of Levels of Extremely Low Frequency Magnetic Fields Emitted From Portable Hand-Held Fans. Bioelectromagnetics. 2019 Aug 2. doi: 10.1002/bem.22210.

Abstract

This study aims to assess the levels of extremely low frequency magnetic fields (ELF-MF) emitted from portable hand-held fans (HHFs) and their principal frequency and to identify factors influencing these levels. We collected a total of eleven models of HHF and monitored the ELF-MF as a function of fan speed and distance from the fan. EMDEX II was used to monitor the ELF-MF. An SMP2 EMF-meter equipped with a P400 field probe was used to determine the levels of ELF-MF and the frequency spectrum. Ten of the fans, excluding only one bladeless-fan model, emitted a high level of ELF-MF near the source of the HHF direct-current motor. The maximum measured level of ELF-MF ranged from 14.07 to 218.7 µT. All measurements of the ELF-MF taken within 10 cm from the HHFs showed values higher than 1.0 µT. ELF-MF levels were found to decrease markedly with distance, regardless of the HHF product. The level of ELF-MF rose noticeably with increased fan speed. The speed of and distance from the HHF significantly influenced the level of ELF-MF. All principal frequencies ranged from 1 to 300 Hz, which falls in the typical range of ELF. © 2019 Bioelectromagnetics Society.

https://www.ncbi.nlm.nih.gov/pubmed/31373404

--

**Computational simulations of the penetration of 0.30 THz radiation into the human ear**

Vilagosh Z, Lajevardipour A, Wood A. Computational simulations of the penetration of 0.30 THz radiation into the human ear. Biomed Opt Express. 2019 Feb 28;10(3):1462-1468. doi: 10.1364/BOE.10.001462.

Abstract

There is an increasing interest in industrial and security applications and the establishment of wireless communication operating at frequencies of up to 0.30 THz. Soft tissue has a high coefficient of absorption at 0.30 THz and this limits effective penetration of the energy to a depth of 0.2 to 0.4 mm. The capacity of 0.30 THz radiation to access the deeper parts of the ear by diffusing through the ear canal and exposing the tympanic membrane (ear drum) to the radiation has not been studied. Simulations show that, with excitation parallel to the ear canal, the average power flux density within the central tympanic membrane region is 97% of the incident excitation. The structures of the outer ear are highly protective; less than 0.4% of the power flux density is directed at 45° from the parallel reached the same region. Given the sensitivity of the tympanic membrane to mechanical change, in-vivo assessment of the penetration of 0.3 THz into the ear canal is warranted to assess the suitability of the present radiation safety limits and to inform 0.3 THz emitting device deign.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6420278/

16

Note: 0.3THz is 300 GHz.

--

**Effect of low frequency electromagnetic field on the behavior and bioenergetics of the ragworm**

Jakubowska M, Urban-Malinga B, Otremba Z, Andrulewicz E. Effect of low frequency electromagnetic field on the behavior and bioenergetics of the polychaete Hediste diversicolor. Marine Environ Res. 2019 Aug 3;150:104766. doi: 10.1016/j.marenvres.2019.104766.

Abstract

The aim of the present study was to determine the effect of an electromagnetic field (EMF) of value typically recorded in the vicinity of submarine cables (50 Hz, 1 mT) on the behavior and bioenergetics of the polychaete Hediste diversicolor. No avoidance or attraction behavior to EMF was shown, but the burrowing activity of H. diversicolor was enhanced in EMF treatment, indicating a stimulating effect on bioturbation potential. The polychaete maintained a positive energy balance and high amount (85% of assimilated energy) of energy available for individual production (scope for growth) after exposure to EMF. Food consumption and respiration rates were not affected but ammonia excretion rate was significantly reduced in EMF-exposed animals compared to the control conditions (geomagnetic field). The mechanisms behind this effect remain, however, unclear. This is the first study demonstrating the effects of environmentally realistic EMF value on the behavior and physiology of marine invertebrates, thus there is a need for more research.

https://www.ncbi.nlm.nih.gov/pubmed/31404727

--

**Headache, tinnitus and hearing loss in the international Cohort Study of Mobile Phone Use and Health (COSMOS) in Sweden and Finland**

Auvinen A, Feychting M, Ahlbom A, Hillert L, Elliott P, Schüz J, Kromhout H, Toledano MB, Johansen C, Poulsen AH, Vermeulen R, Heinävaara S, Kojo K, Tettamanti G, COSMOS Study Group. Headache, tinnitus and hearing loss in the international Cohort Study of Mobile Phone Use and Health (COSMOS) in Sweden and Finland. Int J Epidemiol. 2019 Jul 13. pii: dyz127. doi: 10.1093/ije/dyz127.

Abstract

BACKGROUND: Mobile phone use and exposure to radiofrequency electromagnetic fields (RF-EMF) from it have been associated with symptoms in some studies, but the studies have shortcomings and their findings are inconsistent. We conducted a prospective cohort study to assess the association between amount of mobile phone use at baseline and frequency of headache, tinnitus or hearing loss at 4-year follow-up.

METHODS: The participants had mobile phone subscriptions with major mobile phone network operators in Sweden (n = 21 049) and Finland (n = 3120), gave consent for obtaining their mobile phone call data from operator records at baseline, and filled in both baseline and follow-up questionnaires on symptoms, potential confounders and further characteristics of their mobile phone use.

RESULTS: The participants with the highest decile of recorded call-time (average call-time >276 min per week) at baseline showed a weak, suggestive increased frequency of weekly headaches at 4-year follow-up

17

(adjusted odds ratio 1.13, 95% confidence interval 0.95-1.34). There was no obvious gradient of weekly headache with increasing call-time (P trend 0.06). The association of headache with call-time was stronger for the Universal Mobile Telecommunications System (UMTS) network than older Global System for Mobile Telecommunications (GSM) technology, despite the latter involving higher exposure to RF-EMF. Tinnitus and hearing loss showed no association with call-time.

CONCLUSIONS: People using mobile phones most extensively for making or receiving calls at baseline reported weekly headaches slightly more frequently at follow-up than other users, but this finding largely disappeared after adjustment for confounders and was not related to call-time in GSM with higher RF-EMF exposure. Tinnitus and hearing loss were not associated with amount of call-time.

https://www.ncbi.nlm.nih.gov/pubmed/31302690

In conclusion, we found a small increase in weekly headache at 4-year follow-up among those in the highest decile of amount of call-time but free of weekly headache at baseline, but it largely disappeared after adjustment for confounders. There was no clear gradient in occurrence of weekly headache with amount of call-time. Any association between call-time and weekly headaches was limited to call-time in the third-generation UMTS network and was not found for the older GSM system characterized by higher RF-EMF exposure levels. This suggests that other factors related to the amount of mobile phone use (e.g. lifestyle, when and how the phone is used) may explain the weak association, rather than an effect of RF-EMF. We observed no association in our prospective study with occurrence of tinnitus or hearing loss.

**My note:** An alternative explanation is that UMTS is more biologically active than GSM even though the power density is lower. Also, it's no surprise that the association between the exposure and the health outcome largely disappears after adjustment for confounders because some of the confounders were on the causal pathway.

--

**A survey on electromagnetic risk assessment and evaluation mechanism for future wireless communication systems**

Jamshed MA, Heliot F, Brown T. A survey on electromagnetic risk assessment and evaluation mechanism for future wireless communication systems. IEEE Journal of Electromagnetics, RF and Microwaves in Medicine and Biology. May 20, 2019. DOI: 10.1109/JERM.2019.2917766

Abstract

The accurate measurement of electromagnetic exposure and its application is expected to become more and more important in future wireless communication systems, given the explosion in both the number of wireless devices and equipments radiating electromagnetic-fields(EMF)and the growing concerns in the general public linked to it. Indeed, the next generation of wireless systems aims at providing a higher data rate,better quality of service(QoS), and lower latency to users by increasing the number of access points,i.e.densification, which in turn will increase EMF exposure. Similarly, the multiplication of future connected devices,e.g. internet of things(IoT)devices, will also contribute to an increase in EMF exposure. This paper provides a detailed survey relating to the potential health hazards linked with EMF exposure and the different metrics that are currently

18

used for evaluating,limiting and mitigating the effects of this type of exposure on the general public. This paper also reviews the possible impacts of new wireless technologies on EMF exposure and proposes some novel research directions for updating the EMF exposure evaluation framework and addressing these impacts in future wireless communication systems. For instance, the impact of mmWave or massive-MIMO/beamforming on EMF exposure has yet to be fully understood and included in the exposure evaluation framework.

Conclusions

A thorough survey on exposure risk assessment, evaluation, limitation and mitigation for current and future wireless devices and equipments has been provided in this paper. From the human health point of view, it seems that the possibility of brain tumor is still the main cause of concerns related to the extensive use of wireless devices, even though the effects of EMF exposure is now being investigated in new parts of the body (e.g. eyes). Meanwhile, with the advent of 5G, more efforts are now been made to understand the thermal and non-thermal effects of mmWave exposure on the human body. When it comes to the evaluation of EMF exposure, we have presented the most common evaluation frameworks and metrics that are utilized in wireless communications to measure the exposure. We have also explained how new more generic metrics have been defined by combining existing metrics to better reflect the exposure of large geographical areas and have argued that a generic metric for measuring the individual exposure would also be of interest. We have also reviewed the existing exposure guidelines and have explained how they can be updated for better reflecting the true nature of EMF exposure, i.e. by better taking into account the duration of exposure. Finally, we have provided some views on how key 5G enabling technologies such as densification, massive MIMO and mmWave will impact the EMF exposure in the near future; for instance, the dense deployment of small cells and IoT devices is very likely to increase the overall ambient exposure. We also believe that there could be some technical opportunities in 5G to increase the exposure awareness of wireless system users and to let them decide if they want to reduce it at the cost of, for instance, a lower QoS.

https://ieeexplore.ieee.org/document/8718293

--

**Statistical approach for human electromagnetic exposure assessment in future wireless ATTO-cell networks**

Shikhantsov S, Thielens A, Vermeeren G, Demeester P, Martens L, Torfs G, Joseph W. Statistical approach for human electromagnetic exposure assessment in future wireless ATTO-cell networks. Radiat Prot Dosimetry. 2019 May 1;183(3):326-331. doi: 10.1093/rpd/ncy120.

Abstract

In this article, we study human electromagnetic exposure to the radiation of an ultra dense network of nodes integrated in a floor denoted as ATTO-cell floor, or ATTO-floor. ATTO-cells are a prospective 5G wireless networking technology, in which humans are exposed by several interfering sources. To numerically estimate this exposure we propose a statistical approach based on a set of finite difference time domain simulations. It accounts for variations of antenna phases and makes use of a large number of exposure evaluations, based on a relatively low number of required simulations. The exposure was expressed in peak-spatial 10-g SAR average (psSAR10g). The results show an average exposure level of ~4.9 mW/kg and reaching 7.6 mW/kg in 5% of cases. The maximum psSAR10g value found in the studied numerical setup equals around 21.2 mW/kg. Influence of the simulated ATTO-floor size on the resulting exposure was examined. All obtained exposure

19

levels are far below 4 W/kg ICNIRP basic restriction for general public in limbs (and 20 W/kg basic restriction for occupational exposure), which makes ATTO-floor a potential low-exposure 5 G candidate.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6543880/

--

**Monitoring electromagnetic radiation emissions in buildings and developing strategies for improved indoor environmental quality.**

Weldu YW, Mannan M, Al-Ghamdi SG. Monitoring electromagnetic radiation emissions in buildings and developing strategies for improved indoor environmental quality.

Health Phys. 2019 Jul 5. doi: 10.1097/HP.0000000000001112.

Abstract

Electronic devices have become ubiquitous in daily life, but they emit electromagnetic radiation, which may have negative health impacts at excessive levels. Little is known regarding the impact of radiation emissions on building occupants or strategies for reducing its intensity. This study applied a novel approach using system analysis to quantify radiation exposure in building spaces, examine building material responses to radiation propagation, and investigate risks to human health in the country of Qatar. Radiation intensity levels varied based on the location and type of building space. Different types of construction materials showed varied responses to electromagnetic field wave propagation. Drywall exhibited the best blocking effect, whereas glass and lumber walls exhibited poor blocking effects. The field strengths measured in this study are less than the corresponding reference values specified by some jurisdictions, but they are still significantly higher than the safety levels defined in many other countries, which could result in significant health risks. The key strategies for improving indoor environmental quality include the use of shielding materials, spatial design, reduction of exposure time, increased exposure distance, and complete avoidance of exposure in sensitive areas.

https://www.ncbi.nlm.nih.gov/pubmed/31283546

Conclusions

Emission intensity levels varied significantly based on locations and types of building spaces. Office building spaces exhibited relatively low electromagnetic emission intensity, and hospital building spaces exhibited relatively high power density values. The high electromagnetic emission intensities measured in surveyed green residential buildings highlight the importance of novel strategies for reducing radiation propagation. EMF intensity is greater at locations near radiation sources. Different types of building construction respond variably to EMF wave propagation. Certain materials, such as drywall, ceramic-faced lumber, tile-faced drywall, and plain or masonry-faced concrete, effectively shield EMF propagation, whereas glass and plain lumber have poor shielding effects. Drywall exhibited the best shielding effect among all compared building materials. Additionally, the magnitudes of the transmission coefficients for magnetic fields were higher than the corresponding power densities for all building wall materials. Infants, children, senior citizens, and patients all have relatively weak immune systems that are susceptible to radiation exposure. Therefore, it is important to design sensitive spaces using drywall and ceramic- or masonry-faced concrete walls.

... The exposure intensities measured in this study exceeded the safety limits defined by Switzerland, raising Table 4. significant concerns regarding adverse health effects.

20

--

## Mobile phone antenna-matching study with different finger positions on an inhomogeneous human model

Jeladze V, Nozadze T, Petoev-Darsavelidze I, Partsvania B.  Mobile phone antenna-matching study with different finger positions on an inhomogeneous human model. Electromag Biol Med. 2019 Jul 13:1-10. doi: 10.1080/15368378.2019.1641722.

Abstract

The human head and hand being in the near-field zone of a mobile phone antenna can drastically influence the antenna matching with free space. The goal of the presented research is to study this phenomenon on an inhomogeneous human model for different relative positions and distances of hand and fingers when using a mobile phone. The only safety criteria commonly used to estimate RF exposure impact on humans is the specific absorption rate (SAR). Its limits are determined by the Federal Communication Commission (FCC) in the USA and the International Commission on Non-Ionizing Radiation Protection (ICNIRP) in Europe. The maximal values of SAR for a mobile handset are determined for each model by the manufacturer. In this paper, it is shown that the peak values provided by the manufacturers and their understanding may need refinement. It is almost impossible to consider all parameters, such as the dependence of SAR on antenna communication matching, with a variety of shapes and forms and other details during physical measurements or numerical estimation. The premise for such assumptions is based on the analysis of S11 dependency on the exposure scenario and the fact that the Automatic Gain Control (AGC) increases power when the signal strength at the base station drops.

https://www.ncbi.nlm.nih.gov/pubmed/31303069

--

## Electrohypersensitivity (EHS) is an Environmentally-Induced Disability that Requires Immediate Attention

Havas M. Electrohypersensitivity (EHS) is an Environmentally-Induced Disability that Requires Immediate Attention. Review Article. J Sci Discov. 3(1):jsd18020; DOI:10.24262/jsd.3.1.18020. 2019.

Abstract

A growing number of countries are beginning to acknowledge that electrohypersensitivity (EHS) exists and a few countries have classified it as a disability or a functional impairment attributable to the environment. Epidemiological studies and in vivo experiments show that exposure to non-ionizing radiation (NIR) from extremely low to microwave frequency electromagnetic fields (EMF) at exposure intensities far below the maximum limits in international guidelines increases anxiety, depression, and physiological stress and impairs cognitive functions that include concentration, memory and learning. Furthermore, exposure to NIR contributes to neurodegenerative diseases including dementia, Alzheimer's disease, amyotrophic lateral sclerosis, multiple sclerosis, Parkinson's disease, attention deficit hyperactivity disorder and autism spectrum disorder. Exposure of the fetus to NIR (mobile phone) affects the neonatal heart and can lead to emotional and behavioral problems in human offspring. Similar exposures in laboratory studies report impaired cognitive performance, neuronal losses and pathological changes in the brain of rat offspring. The scientific and medical communities have repeatedly sent out urgent warnings, in the form of appeals, declarations and testimonies, that exposure to NIR needs to be reduced from a public health perspective. These warnings have been largely ignored. With

21

continued development of wireless technology and the imminent roll out of new and densified technologies (e.g., 5G technology, satellite constellations, repeaters, wearables, Internet of Things), society will pay an enormous price for disregarding these warnings. It is long overdue for those responsible for public health, the health of children and health policy to take these warnings seriously and to provide a refuge for those afflicted by EHS. EHS is real, it is exacerbated by exposure to NIR, it is increasing among the population and when severe it becomes a disability. Action is long overdue to minimize exposure to NIR and to provide a safe environment that all can enjoy.

Open access paper: http://www.e-discoverypublication.com/wp-content/uploads/2019/03/JSD18020-final.pdf

--

**Ecological momentary assessment study of exposure to RF EMF and non-specific physical symptoms with self-declared electrosensitives**

Bolte JFB, Clahsen S, Vercruijsse W, Houtveen JH, Schipper CMA, van Kamp I, Bogers R. Ecological momentary assessment study of exposure to radiofrequency electromagnetic fields and non-specific physical symptoms with self-declared electrosensitives. Environ Int. 2019 Jul 6;131:104948. doi: 10.1016/j.envint.2019.104948.

Highlights
• No correlation of electromagnetic fields (EMF) and health effects at group level
• Significant within person correlation EMF and non specific physical symptoms
• Time above a level of exposure and rate of change show correlations; TWA doesn't.

Abstract

The main objective of the study is to determine if non-specific physical symptoms (NSPS) in people with self-declared sensitivity to radiofrequency electromagnetic fields (RF EMF) can be explained (across subjects) by exposure to RF EMF. Furthermore, we pioneered whether analysis at the individual level or at the group level may lead to different conclusions. By our knowledge, this is the first longitudinal study exploring the data at the individual level. A group of 57 participants was equipped with a measurement set for five consecutive days. The measurement set consisted of a body worn exposimeter measuring the radiofrequency electromagnetic field in twelve frequency bands used for communication, a GPS logger, and an electronic diary giving cues at random intervals within a two to three hour interval. At every cue, a questionnaire on the most important health complaint and nine NSPS had to be filled out. We analysed the (time-lagged) associations between RF-EMF exposure in the included frequency bands and the total number of NSPS and self-rated severity of the most important health complaint. The manifestation of NSPS was studied during two different time lags - 0-1 h, and 1-4 h - after exposure and for different exposure metrics of RF EMF. The exposure was characterised by exposure metrics describing the central tendency and the intermittency of the signal, i.e. the time-weighted average exposure, the time above an exposure level or the rate of change metric. At group level, there was no statistically significant and relevant (fixed effect) association between the measured personal exposure to RF EMF and NSPS. At individual level, after correction for multiple testing and confounding, we found significant within-person associations between WiFi (the self-declared most important source) exposure metrics and the total NSPS score and severity of the most important complaint in one participant. However, it cannot be ruled out that this association is explained by residual confounding due to imperfect control for location or activities. Therefore, the outcomes have to be regarded very prudently. The significant associations were found for the short and the long time lag, but not always concurrently, so both provide complementary information. We also

JA 01625

conclude that analyses at the individual level can lead to different findings when compared to an analysis at group level.

https://www.ncbi.nlm.nih.gov/pubmed/31288182

--

**Transcranial Electrical and Magnetic Stimulation for Addiction Medicine: Consensus paper on state of the science**

Ekhtiari H, Tavakoli H, Addolorato G, Baeken C, Bonci A, et al. Transcranial Electrical and Magnetic Stimulation (tES and TMS) for Addiction Medicine: A consensus paper on the present state of the science and the road ahead. Neurosci Biobehav Rev. 2019 Jul 1. pii: S0149-7634(19)30307-0. doi: 10.1016/j.neubiorev.2019.06.007.

Abstract

There is growing interest in non-invasive brain stimulation (NIBS) as a novel treatment option for substance-use disorders (SUDs). Recent momentum stems from a foundation of preclinical neuroscience demonstrating links between neural circuits and drug consuming behavior, as well as recent FDA-approval of NIBS treatments for mental health disorders that share overlapping pathology with SUDs. As with any emerging field, enthusiasm must be tempered by reason; lessons learned from the past should be prudently applied to future therapies. Here, an international ensemble of experts provides an overview of the state of transcranial-electrical (tES) and transcranial-magnetic (TMS) stimulation applied in SUDs. This consensus paper provides a systematic literature review on published data - emphasizing the heterogeneity of methods and outcome measures while suggesting strategies to help bridge knowledge gaps. The goal of this effort is to provide the community with guidelines for best practices in tES/TMS SUD research. We hope this will accelerate the speed at which the community translates basic neuroscience into advanced neuromodulation tools for clinical practice in addiction medicine.

https://www.ncbi.nlm.nih.gov/pubmed/31271802

--

**Impact of exposure of diabetic rats to 900 MHz electromagnetic radiation emitted from mobile phone antenna on hepatic oxidative stress**

Ismaiil LA, Joumaa WH, Moustafa ME. The impact of exposure of diabetic rats to 900 MHz electromagnetic radiation emitted from mobile phone antenna on hepatic oxidative stress. Electromagn Biol Med. 2019 Jul 13:1-10. doi: 10.1080/15368378.2019.1641722.

Abstract

The excessive exposure of patients with type 2 diabetes mellitus (T2DM) to electromagnetic radiation (EMR) from mobile phones or their base stations antenna may influence oxidative stress and development of diabetic complications. Here, we investigated the effects of exposing type 2 diabetic rats to EMR of 900 MHz emitted from GSM mobile phone antenna for 24 hours/day over a period of 28 days on hyperglycemia and hepatic oxidative stress. Male Sprague-Dawley rats were divided into 4 groups (12 rats/group): control rats, normal rats exposed to EMR, T2DM rats generated by nicotinamide/streptozotocin administration, and T2DM rats exposed

23

to EMR. Our results showed that the exposure of T2DM rats to EMR nonsignificantly reduced the hyperglycemia and hyperinsulinemia compared to unexposed T2DM rats. The exposure of T2DM rats to EMR for 28 days increased the hepatic levels of MDA and Nrf-2 as well as the activities of superoxide dismutase (SOD) and catalase but decreased phosphorylated Akt-2 (pAkt-2) as compared to unexposed T2DM rats. Therefore, the decrease in the hepatic pAkt-2 in T2DM rats after the exposure to EMR may result in elevated level of hepatic MDA, even though the level of Nrf-2 and the activities of SOD and catalase were increased.

Abbreviations: BGL: blood glucose level; EMR: electromagnetic radiation; GSM: global system for mobile communication; H2O2: hydrogen peroxide; LSD: least significance difference; MDA:malondialdehyde; Nrf-2: nuclear factor erythroid 2- related factor 2; PI3K: phosphoinositide-3-kinase; pAkt-2: phosphorylated Akt-2; Akt-2: protein kinase; ROS: reactive oxygen species; SEM: standard error of the mean; STZ: streptozotocin; SOD: superoxide dismutase ; O2-: superoxide radical; CT: threshold cycle; T2DM: type 2 diabetes mellitus.

https://www.ncbi.nlm.nih.gov/pubmed/31304806

--

**Reaction of circulatory system to stress and electromagnetic fields emitted by mobile phones - 24-hour monitoring of ECG and blood pressure**

Szyjkowska A, Gadzicka E, Szymczak W, Bortkiewicz A. [The reaction of the circulatory system to stress and electromagnetic fields emitted by mobile phones - 24-h monitoring of ECG and blood pressure]. [Article in Polish]. Med Pr. 2019 Jun 27. pii: 102360. doi: 10.13075/mp.5893.0080.

Abstract

BACKGROUND: Experimental studies have shown cardiovascular effects of electromagnetic fields (EMF) emitted by mobile phones (e.g., prolonged QTc interval and abnormal blood pressure [BP] values). Also, stress may have an impact on the cardiovascular function. However, there are practically no data regarding the joint effect of exposure to stress and EMF, with both factors pertaining, e.g., to employees of mobile network operators.

MATERIAL AND METHODS: Out of 208 subjects who had taken part in survey research, 55 workers agreed to undergo resting ECG, 24-h ECG and ambulatory blood pressure monitoring (ABPM). Their health condition, occupational and life-stress levels and EMF exposure were also assessed.

RESULTS: Among the workers using mobile phones for more than 60 min daily, the systolic BP values in office measurement and at night-time in ABPM were significantly higher than among the workers spending less time talking on mobile phones (p = 0.04 and p = 0.036, respectively). The workers with the highest level of occupational stress showed significantly higher systolic 24-h BP (p = 0.007) and at day-time (p = 0.002), both during work (p = 0.010) and after work (p = 0.005), and higher diastolic BP values at day-time (p = 0.028). Cardiovascular response was strongly gender-related: males showed more BP abnormalities while females displayed more impairments in ECG records. The heart rate from 24 h was significantly correlated with the level of occupational stress, after adjusting for gender, life-stress and EMF.

CONCLUSIONS: The findings obtained thus far have indicated the need to conduct in-depth studies on the impact of stress and EMF emitted by mobile phones on the health effects, in order to clarify the observed gender-related differences in cardiovascular response to the combined exposure to stress and EMF

24

Open access paper: http://medpr.imp.lodz.pl/REAKCJA-UKLADU-KRAZENIA-NA-STRES-I-POLE-ELEKTROMAGNETYCZNE-EMITOWANE-PRZEZ-TELEFONY,102360,0,2.html

--

## Alteration of testicular regulatory and functional molecules following long-time exposure to 900 MHz RFW emitted from BTS

Azimzadeh M, Jelodar G. Alteration of testicular regulatory and functional molecules following long-time exposure to 900 MHz RFW emitted from BTS. Andrologia. 2019 Jul 26:e13372. doi: 10.1111/and.13372.

Abstract

The aim of this investigation was to evaluate changes in testosterone and some of the functional and regulatory molecules of testis such as P450scc, steroidogenic acute regulatory protein (StAR), tumour necrosis factor-α (TNF-α), interleukin-1α (IL-1α), interleukin-1β (IL-1β) and nerve growth factor (NGF) following exposure to 900 MHz radio frequency (RF). Thirty adult male Sprague Dawley rats ($190 \pm 20$ g BW) were randomly classified in three equal groups, control (sham, without any exposure), short-time exposure (2 hr) (STE) and long-time exposure (4 hr) (LTE). The exposure was performed for 30 consecutive days. The testosterone level in both exposed groups was significantly less than control ($p < .05$). Level of TNF-α in both exposed groups was significantly greater than control ($p < .05$). IL-1α and NGF levels in LTE were significantly higher than the STE and control groups ($p < .05$). Level of IL-1β in LTE was significantly higher than control ($p < .05$). Expression of both P450scc and StAR mRNA was significantly down-regulated in both exposed groups compared to control ($p < .05$). Our results showed that RFW can affect testis and reproductive function through changes in factors, which are important during steroidogenesis, and also through changes in inflammatory factors, which regulate Leydig cell functions.

https://www.ncbi.nlm.nih.gov/pubmed/31347712

--

## Non-Ionizing Radiation Created by Mobile Phone Progresses Endometrial Hyperplasia: An Experimental Rat Study

Fadiloglu E, Tapisiz OL, Unsal M, Fadiloglu S, Celik B, Mollamahmutoglu L. Non-Ionizing Radiation Created by Mobile Phone Progresses Endometrial Hyperplasia: An Experimental Rat Study. Arch Med Res. 2019 Feb;50(2):36-43. doi: 10.1016/j.arcmed.2019.05.010.

Abstract

BACKGROUND: Non-ionizing radiation is related with many pathologies.

AIM: Determine association between non-ionizing radiation and endometrial hyperplasia.

METHODS: Fifty oopherectomized Wistar albino rats were administered Estradiol hemihydrate (4 mg/kg) to induce hyperplasia, and were exposed to 1800 MHz radiation created by a mobile phone and a signal generator working as base station. This study was carried out with 5 groups in two phases. The study groups were. Control group without any exposure; group receiving estrogen in first phase of the study; group receiving estrogen in both phases; group receiving estrogen in the first phase and exposed to non-ionizing radiation

JA 01628

during second phase and group taking estrogen in both phases and exposed to non-ionizing radiation during the second phase. Following both phases, uterine horns were excised and evaluated based on glandular density (GD), epithelial cell height (ECH), and luminal epithelial cell height (LECH).

RESULTS: Estrogen increased all parameters during both phases (LECH, GD, and ECH values were 12,2 vs. 16,5 (p = 0.001), 34 vs. 47 (p <0.001), and 201 vs. 376.6 (p = 0.001), respectively during the first phase; LECH, GD and ECH values were 13,2 vs. 20,3 (p <0.001), 35.5 vs. 65,5 (p <0.001), 219.9 vs. 419.6 (p <0.001), respectively, during the second phase).Non-ionizing radiation increased all values without estrogen exposure (LECH, GD and ECH values were 13,2 vs. 17,2 (p = 0,074), 35,5 vs. 59 (p = 0.074), and 219 vs. 318.3 (p <0.001), respectively) or with estrogen exposure (LECH, GD, and ECH, values were 20,3 vs. 22,8 (p = 0,168), 65,5 vs. 77 (p = 0,058), and 419,6 vs. 541,6 (p = 0.004), respectively).

CONCLUSION: Non-ionizing radiation progressed endometrial hyperplasia in an experimental rat model with/without estrogen exposure.

https://www.ncbi.nlm.nih.gov/pubmed/31349952

--

**Effects of radiofrequency electromagnetic field exposure on neuronal differentiation and mitochondrial function in SH-SY5Y cells**

von Niederhäusern N, Ducray A, Zielinski J, Murbach M, Mevissen M. Effects of radiofrequency electromagnetic field exposure on neuronal differentiation and mitochondrial function in SH-SY5Y cells. Toxicol In Vitro. 2019 Jul 24:104609. doi: 10.1016/j.tiv.2019.104609.

Abstract

Exposure to radiofrequency electromagnetic fields (RF-EMF) has dramatically increased in the last decades with expanding use of mobile phones worldwide. The aim of this study was to evaluate effects of RF-EMF on neuronal differentiation and underlying signaling pathways involved in neuronal differentiation, neurodegeneration, and mitochondrial function. Differentiation of SH-SY5Y cells was performed using all-trans retinoic acid or staurosporine to obtain cholinergic and dopaminergic neurons. Exposure of SH-SY5Y cells at 935 MHz, 4 W/kg for 24 h did not alter the neuronal phenotypes quantitatively. Markers of the signaling pathways investigated, namely the mitogen-activated protein kinases (MAPK), extracellular signal-regulated kinases (Erk) 1 and 2 (p-Erk1/2) and protein kinase B (Akt), glycogen synthase kinase 3 β (GSK3β) and Wnt/β-catenin were not significantly affected by RF-EMF compared to sham. RF-EMF-impaired mitochondrial respiration in cells under glucose deprivation, but glutathione levels and mitochondrial fission and fusion markers were not altered. These findings indicate that RF-EMF might lead to an impairment of mitochondrial function that is only manifest at maximal respiration and additional stressors such as glucose deprivation. Further research is needed to investigate the effects of RF-EMF on mitochondrial function in detail because mitochondrial impairment is closely related to the pathogenesis of neurodegenerative diseases.

https://www.ncbi.nlm.nih.gov/pubmed/31351122

--

**Protective Effects of Zinc on 2.45 GHz Electromagnetic Radiation-Induced Oxidative Stress and Apoptosis in HEK293 Cells**

26

Özsobacı NP, Ergün DD, Tunçdemir M, Özçelik D. Protective Effects of Zinc on 2.45 GHz Electromagnetic Radiation-Induced Oxidative Stress and Apoptosis in HEK293 Cells. Biol Trace Elem Res. 2019 Jul 17. doi: 10.1007/s12011-019-01811-6.

Abstract

Several epidemiological studies have shown that exposure to electromagnetic radiation (EMR) can be harmful to human health. The purpose of this study was to examine oxidative parameters and apoptosis induced by EMR in human kidney embryonic cells (HEK293) and to investigate whether zinc (Zn) has protective effect on EMR-induced apoptosis in HEK293 cells. For our experiment, HEK293 cells were divided into four main groups, control, EMR, 50 μM Zn + EMR, and 100 μM Zn + EMR. HEK293 cells of EMR groups were exposed to 2.45 GHz EMR for 1 h. In Zn groups, HEK293 cells were incubated with different concentrations of Zn for 48 h before EMR exposure. Oxidative stress parameters were determined by spectrophotometric method; bcl-2 and caspase-3 were assessed immunohistochemically and TUNEL method was performed for apoptotic activity. EMR group had higher malondialdehyde (MDA) level and lower superoxide dismutase (SOD) activity compared with control group. In Zn-applied groups, MDA was decreased and SOD activity was increased compared with EMR group. The number of the apoptotic cells and caspase-3 immunopositive cells at EMR group was increased significantly compared with the control group, whereas bcl-2 was decreased. Besides, Zn-treated groups showed a significant reduction in the number of apoptotic cells and caspase-3 from that of EMR group, whereas there was an increase in bcl-2 immunopositivity. Our findings show that EMR caused oxidative stress and apoptotic activation in HEK293 cells. Zn seems to have protective effects on the EMR by increasing SOD activity and bcl-2 immunopositivity, decreasing lipid peroxidation and caspas-3 immunopositivity.

https://www.ncbi.nlm.nih.gov/pubmed/31317470

--

## Untargeted metabolomics unveil alterations of biomembranes permeability in human HaCaT keratinocytes upon 60 GHz millimeter-wave exposure

Le Pogam P, Le Page Y, Habauzit D, Doué M, Zhadobov M, Sauleau R, Le Dréan Y, Rondeau D. Untargeted metabolomics unveil alterations of biomembranes permeability in human HaCaT keratinocytes upon 60 GHz millimeter-wave exposure. Sci Rep. 2019 Jun 27;9(1):9343. doi: 10.1038/s41598-019-45662-6.

Abstract

A joint metabolomic and lipidomic workflow is used to account for a potential effect of millimeter waves (MMW) around 60 GHz on biological tissues. For this purpose, HaCaT human keratinocytes were exposed at 60.4 GHz with an incident power density of 20 mW/cm², this value corresponding to the upper local exposure limit for general public in the context of a wide scale deployment of MMW technologies and devices. After a 24h-exposure, endo- and extracellular extracts were recovered to be submitted to an integrative UPLC-Q-Exactive metabolomic and lipidomic workflow. R-XCMS data processing and subsequent statistical treatment led to emphasize a limited number of altered features in lipidomic sequences and in intracellular metabolomic analyses, whatever the ionization mode (i.e 0 to 6 dysregulated features). Conversely, important dysregulations could be reported in extracellular metabolomic profiles with 111 and 99 frames being altered

upon MMW exposure in positive and negative polarities, respectively. This unexpected extent of modifications can hardly stem from the mild changes that could be reported throughout transcriptomics studies, leading us to hypothesize that MMW might alter the permeability of cell membranes, as reported elsewhere.

Open access paper: https://www.nature.com/articles/s41598-019-45662-6

--

**CeO2NPs relieve radiofrequency radiation, improve testosterone synthesis, and clock gene expression in Leydig cells by enhancing antioxidation**

Qin F, Shen T, Cao H, Qian J, Zou D, Ye M, Pei H. Int J Nanomedicine. CeO2NPs relieve radiofrequency radiation, improve testosterone synthesis, and clock gene expression in Leydig cells by enhancing antioxidation. 2019 Jun 24;14:4601-4611. doi: 10.2147/IJN.S206561.
Abstract

Introduction: The ratio of $Ce^{3+}/Ce^{4+}$ in their structure confers unique functions on cerium oxide nanoparticles ($CeO_2$NPs) containing rare earth elements in scavenging free radicals and protecting against oxidative damage. The potential of $CeO_2$NPs to protect testosterone synthesis in primary mouse Leydig cells during exposure to 1,800 MHz radiofrequency (RF) radiation was examined in vitro.

Methods: Leydig cells were treated with different concentrations of $CeO_2$NPs to identify the optimum concentration for cell proliferation. The cells were pretreated with the optimum dose of $CeO_2$NPs for 24 hrs and then exposed to 1,800 MHz RF at a power density of 200.27 $\mu$W/cm$^2$ (specific absorption rate (SAR), 0.116 W/kg) for 1 hr, 2 hrs, or 4 hrs. The medium was used to measure the testosterone concentration. The cells were collected to determine the antioxidant indices (catalase [CAT], malondialdehyde [MDA], and total antioxidant capacity [T-AOC]), and the mRNA expression of the testosterone synthase genes (*Star, Cyp11a1,* and *Hsd-3β*) and clock genes (*Clock, Bmal1,* and *Rorα*).

Results: Our preliminary result showed that 128 $\mu$g/mL $CeO_2$NPs was the optimum dose for cell proliferation. Cells exposed to RF alone showed reduced levels of testosterone, T-AOC, and CAT activities, increased MDA content, and the downregulated genes expression of *Star, Cyp11a1, Hsd-3β, Clock, Bmal1,* and *Rorα*. Pretreatment of the cells with 128 $\mu$g/mL $CeO_2$NPs for 24 hrs followed by RF exposure significantly increased testosterone synthesis, upregulated the expression of the testosterone synthase and clock genes, and increased the resistance to oxidative damage in Leydig cells compared with those in cells exposed to RF alone.

Conclusion: Exposure to 1,800 MHz RF had adverse effects on testosterone synthesis, antioxidant levels, and clock gene expression in primary Leydig cells. Pretreatment with $CeO_2$NPs prevented the adverse effects on testosterone synthesis induced by RF exposure by regulating their antioxidant capacity and clock gene expression in vitro. Further studies of the mechanism underlying the protective function of $CeO_2$NPs against RF in the male reproductive system are required.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6598754/

--

**Colony Collapse Disorder (CCD) in Honey Bees Caused by EMF Radiation**

Santhosh Kumar S. Colony Collapse Disorder (CCD) in Honey Bees Caused by EMF Radiation. Bioinformation. 2018 Dec 21;14(9):421-424. doi: 10.6026/97320630014521.

28

Abstract

Honey bees are one of the treasures in the world. An increase of waveform communication leads to good information exchange of mankind. In the biological view, it causes a lot of side effects and lifestyle changes in other living organisms. The drastic changes are causing the natural imbalance in the ecosystem and become a global issue. There are significant reasons for bee colony collapse disorder (CCD) like pesticides, disease and climate change. Recent studies reveal that a cell phone tower and mobile phone handset are also causing side effects to honey bees due to radiation emission. Most of the researchers concentrated on biological and behavioral changes in a honey bee due to radiation effects. For that, the real-time radiation levels have experimented but the different technical perspectives such as radiationemission levels, handset radiation emission measures and multi-sources of radiation are needed to be considered during research. This study aimed to provide possible research extensions of colony collapse disorder caused by cell tower and mobile handsets.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6563664

--

**The potential for impact of man-made super low and extremely low frequency electromagnetic fields on sleep**

Ohayon MM, Stolc V, Freund FT, Milesi C, Sullivan SS. The potential for impact of man-made super low and extremely low frequency electromagnetic fields on sleep. Sleep Med Rev. 2019 Jun 8;47:28-38. doi: 10.1016/j.smrv.2019.06.001.

Abstract

An ever-growing number of electromagnetic (EM) emission sources elicits health concerns, particularly stemming from the ubiquitous low to extremely low frequency fields from power lines and appliances, and the radiofrequency fields emitted from telecommunication devices. In this article we review the state of knowledge regarding possible impacts of electromagnetic fields on melatonin secretion and on sleep structure and the electroencephalogram of humans. Most of the studies on the effects of melatonin on humans have been conducted in the presence of EM fields, focusing on the effects of occupational or residential exposures. While some of the earlier studies indicated that EM fields may have a suppressive effect on melatonin, the results cannot be generalized because of the large variability in exposure conditions and other factors that may influence melatonin. For instance, exposure to radiofrequency EM fields on sleep architecture show little or no effect. However, a number of studies show that pulsating radiofrequency electromagnetic fields, such as those emitted from cellular phones, can alter brain physiology, increasing the electroencephalogram power in selective bands when administered immediately prior to or during sleep. Additional research is necessary that would include older populations and evaluate the interactions of EM fields in different frequency ranges to examine their effects on sleep in humans.

https://www.ncbi.nlm.nih.gov/pubmed/31252334

--

JA 01632

**Effect of Long-term Occupational Exposure to Extremely Low Frequency Electromagnetic Fields on Proinflammatory Cytokine and Hematological Parameters**

Bagheri Hosseinabadi M, Khanjani N, Samaei E, Nazarkhani F. Effect of Long-term Occupational Exposure to Extremely Low Frequency Electromagnetic Fields on Proinflammatory Cytokine and Hematological Parameters. Int J Radiat Biol. 2019 Jul 22:1-23. doi: 10.1080/09553002.2019.1642542.

Abstract

Purpose: The present study aimed to investigate the effect of extremely low frequency electromagnetic fields (ELF-EMFs) on proinflammatory cytokines and hematological parameters, among the employees of a power plant, which are one of the most important occupational groups exposed to ELF-EMFs extensively.

Materials and methods: The studied population included 112 employees of a power plant as the exposed group and 138 unexposed employees who were enrolled based on inclusion and exclusion criteria. The magnetic flux density and the strength of the electric field were determined by spot measurements and according to the IEEE C95.3.1 standard. Proinflammatory cytokines including serum interleukin 1β (IL-1β), interleukin 6 (IL-6), and tumour necrosis factor-α (TNF-α); and hematologic parameters of all subjects were measured.

Results: The mean level of IL-1β and IL-6, white blood cell count (WBC) and red blood cell count (RBC), lymphocyte percentage (Lym%), Mean corpuscular volume (MCV), platelet count (PLT) and procalcitonin (PCT) were significantly more in the exposed group, than the unexposed group. The mean serum levels of IL-6, IL-1β and some of the hematological parameters including WBC, lymphocyte, RBC and haematocrit were higher in technicians which had the highest level of exposure to magnetic fields compared to other groups and these relations were linear.

Conclusions: Long-term exposure to ELF-EMFs probably affects immune responses, by stimulating the production of proinflammatory cytokines, and increasing some hematological parameters.

https://www.ncbi.nlm.nih.gov/pubmed/31329007

--

**Evaluating short-term exposure to Wi-Fi signals on students' reaction time, short-term memory and reasoning ability**

Hosseini MA, Hosseini A, Jarideh S, Argasi H, Shekoohi-Shooli F, Zamani A, Taeb S, Haghani M. Evaluating short-term exposure to Wi-Fi signals on students' reaction time, short-term memory and reasoning ability. Radiat Prot Dosimetry. 2019 Jun 28. pii: ncz162. doi: 10.1093/rpd/ncz162.

Abstract

This study investigated the effect of short-term exposure to Wi-Fi signals on the cognitive functions of the mind. After obtaining permission from the local Ethics Committee of Shiraz University of Medical Sciences and approval by the Iranian Registry of Clinical Trials (IRCT2017041233398N1), 45 male and female students from Shiraz University of Medical Sciences volunteered to participate in this study. They were exposed to Wi-Fi signals in two sham and exposure sessions, each for 2 hours. After completion, they took part in reaction time, short-term memory, and reasoning ability tests. After scoring, the data were analysed by SPSS software. In

30

addition, the electric field strength and power density were calculated. The results showed no statistically significant differences between the mean scores of reaction time, short-term memory, and reasoning ability in sham and exposure. Also, the obtained values from the electric field strength and power density (E = 4.1 Vm-1, P = 0.446 Wm-2) were lower than that of threshold values by the International Commission on Non-Ionizing Radiation Protection (ICNIRP). Our results can greatly reduce concerns regarding the effects of short-term exposure to Wi-Fi waves on cognitive functions.

https://www.ncbi.nlm.nih.gov/pubmed/31251356

--

**Residential distance from high-voltage overhead power lines and risk of Alzheimer's dementia and Parkinson's disease: population-based case-control study**

Gervasi F, Murtas R, Decarli A, Giampiero Russo A. Residential distance from high-voltage overhead power lines and risk of Alzheimer's dementia and Parkinson's disease: a population-based case-control study in a metropolitan area of Northern Italy. Int J Epidemiol. 2019 Jul 6. pii: dyz139. doi: 10.1093/ije/dyz139.

Abstract

BACKGROUND: The association between the extremely low-frequency magnetic field generated by overhead power lines and neurodegenerative disease is still a matter of debate.

METHODS: A population-based case-control study was carried out on the residents in the Milan metropolitan area between 2011 and 2016 to evaluate the possible association between exposure to extremely low-frequency magnetic fields generated by high-voltage overhead power lines and Alzheimer's dementia and Parkinson's disease. A statistical analysis was performed on cases and controls matched by sex, year of birth and municipality of residence (with a case to controls ratio of 1 : 4) using conditional logistic regression models adjusted for socio-economic deprivation and distance from the major road network as potential confounders.

RESULTS: Odds ratios for residents <50 m from the source of exposure compared with residents at ≥600 m turned out to be 1.11 (95% confidence interval: 0.95-1.30) for Alzheimer's dementia and 1.09 (95% confidence interval: 0.92-1.30) for Parkinson's disease.

CONCLUSIONS: The finding of a weak association between exposure to the extremely low-frequency magnetic field and neurodegenerative diseases suggests the continuation of research on this topic. Moreover, the low consistency between the results of the already existing studies emphasises the importance of increasingly refined study designs.

The results of this study do not disprove the hypothesis that the ELF-MF generated by high-voltage overhead power lines can increase the risk of Alzheimer's dementia and, to a lesser extent, Parkinson's disease. The repeated suggestions regarding the existence of an association between ELF-MF and neurodegenerative diseases, both for residential exposures and for occupational exposures, constitute an incentive to continue the evaluation through the planning of specific studies. The lack of univocal and definitive results emphasizes, however, the need to adopt, for this specific field of investigation, increasingly rigorous experimental designs, with particular reference to the selection of study subjects, the quantification of exposure and the definition of confounders.

https://www.ncbi.nlm.nih.gov/pubmed/31280302

JA 01634

--

**Effect of 50-Hz Magnetic Fields on Serum IL-1β and IL-23 and Expression of BLIMP-1, XBP-1, and IRF-4**

Molaei S, Alahgholi-Hajibehzad M, Gholamian-Hamadan M, Zaerieghane Z, Zamani A. Effect of 50-Hz Magnetic Fields on Serum IL-1β and IL-23 and Expression of BLIMP-1, XBP-1, and IRF-4. Inflammation. 2019 Jul 8. doi: 10.1007/s10753-019-01042-w.

Abstract

Investigations demonstrated that magnetic fields (MFs) change cytokine production and expression of some immune system genes. This alteration can affect the immune system function and may lead to some diseases. Therefore, this study investigated two important inflammatory cytokines, i.e., IL-1β and IL-23 at two phases of pre- and post-immunization of the immune system. In addition, the expressions of three important genes in the humoral immunity, i.e., B lymphocyte-induced maturation protein-1 (BLIMP-1), X-box-binding protein-1 (XBP-1), and interferon regulatory factor-4 (IRF-4) were evaluated at post-immunization phase. Eighty adult male rats were divided into four experimental groups and a control. The experimental groups were exposed to 50-Hz MFs with magnetic flux densities of 1, 100, 500, and 2000 µT, 2 h/day for 2 months. The animals were injected by human serum albumin (100 µg/rat) on days 31, 44, and 58 of exposure. The cytokine levels in serum were measured with enzyme-linked immunosorbent assay (ELISA), and the expression of genes was evaluated with reverse transcription quantitative polymerase chain reaction (RT-qPCR). Serum IL-1β was decreased at pre-immunization phase after exposure to 1 and 100 µT of 50-Hz MFs. In contrast, serum IL-23 was increased at post-immunization phase in 100 µT group. No change was observed in serum IL-1β and IL-23 in each group at pre-immunization phase compared with post-immunization. Furthermore, exposure to 100 µT downregulated expression of BLIMP-1, XBP-1, and IRF-4. In conclusion, exposure to 50-Hz MFs may decrease inflammation at short time and increase it at longer time exposures. In addition, 50-Hz MF exposure may decrease the humoral immune responses. It seems that 50-Hz MFs cause more alteration in immune system function at lower densities (100 µT).

https://www.ncbi.nlm.nih.gov/pubmed/31286334

--

**Methyl and methylene vibrations response in amino acids of typical proteins in water solution under high-frequency electromagnetic field**

Calabrò E, Magazù S. Methyl and methylene vibrations response in amino acids of typical proteins in water solution under high-frequency electromagnetic field. Electromagn Biol Med. 2019 Jul 11:1-8. doi: 10.1080/15368378.2019.1641720.

Abstract

The aim of this paper was to study the response of methyl (CH3) and methylene (CH2) vibration bands in amino acids of some typical proteins diluted in bidistilled water solution after exposure to a high-frequency electromagnetic fields using Fourier Transform Infrared (FTIR) Spectroscopy. Hemoglobin in H2O solution and bovine serum albumin and myoglobin diluted in different D2O solutions were exposed for 4 h to a power density of 0.95 W/m2 at the frequency of 1750 MHz, emitted by operational mobile phones Nokia model 105 and Samsung model GT-E1270, in order to study the response of stretching vibrations of CH3 and CH2 that

are in amino acids of those proteins. The main result was that CH3 stretching bands increased significantly in myoglobin in D2O solution because this protein is represented by a single protein chain so that the torque induced by the applied field is larger than that induced on the other two proteins. Otherwise, CH2 stretching vibrations decreased in intensity significantly for all exposed proteins. This result can be explained as well, assuming that, given a fixed volume, a decrease of population of CH2 occurred after exposure because of the alignment of proteins α-helices along the direction of the applied electromagnetic field.

https://www.ncbi.nlm.nih.gov/pubmed/31293188

--

## Effects of long-term exposure to an extremely low frequency magnetic field (15 µT) on selected blood coagulation variables in OF1 mice

Vallejo D, Hidalgo MA, Hernández JM. Effects of long-term exposure to an extremely low frequency magnetic field (15 µT) on selected blood coagulation variables in OF1 mice. Electromagn Biol Med. 2019 Jul 13:1-8. doi: 10.1080/15368378.2019.1641719.

Abstract

The long-term exposure of OF1 mice to an extremely low frequency magnetic field (ELF-MF; 50 Hz, 15 µT [rms]) has been associated with the appearance of leukaemia. Neoplasms are usually accompanied by changes in haemostatic processes but reports on changes in blood coagulation following exposure to an ELF-MF are scarce and rather fragmentary. The aim of the present work was to determine whether any global or partial coagulation variables are modified after such long-term exposure. A parental generation of six week-old OF1 mice was exposed to an artificial ELF-MF for 14 weeks. Mating was then allowed, and the resulting filial generation raised until the age of 31-35 weeks within the same ELF-MF. Control animals were subjected only to the magnetic field of the Earth. Whole blood samples were extracted from the anesthetised filial generation of mice by cardiac puncture. White blood cells (WBC) were counted, the activated partial thromboplastin time (APTT) and prothrombin time (PT) determined, and plasma fibrinogen, reptilase time (RT), and factor VIII activity examined. The similarity between the results for the present control animals and those recorded in the literature for human blood render OF1 mice a suitable study model. The differences in the studied coagulation variables were largely owed simply to sex. However, the females showed a very significant shortening of the PT time associated with ELF-MF exposure. Exposure also caused significant increases in the female APTT and RT values, and in general reduced the differences between the sexes.

https://www.ncbi.nlm.nih.gov/pubmed/31303067

--

## On the magnetosensitivity of lipid peroxidation: two- versus three-radical dynamics

Sampson C, Keens RH , Kattnig DR. On the magnetosensitivity of lipid peroxidation: two- versus three-radical dynamics. Phys Chem Chem Phys. 2019 Jun 26;21(25): 13526-13538. doi: 10.1039/c9cp01746a.

Abstract

We present a theoretical analysis of the putative magnetosensitivity of lipid peroxidation. We focus on the

33

widely accepted radical pair mechanism (RPM) and a recently suggested idea based on spin dynamics induced in three-radical systems by the mutual electron-electron dipolar coupling (D3M). We show that, contrary to claims in the literature, lipid peroxides, the dominant chain carriers of the autoxidation process, have associated non-zero hyperfine coupling interactions. This suggests that their recombination could, in principle, be magnetosensitive due to the RPM. While the RPM indeed goes a long way to explaining magnetosensitivity in these systems, we show that the simultaneous interaction of three peroxyl radicals via the D3M can achieve larger magnetic field effects (MFE), even if the third radical is remote from the recombining radical pair. For randomly oriented three-radical systems, the D3M induces a low-field effect comparable to that of the RPM. The mechanism furthermore immunizes the spin dynamics to the presence of large exchange coupling interactions in the recombining radical pair, thereby permitting much larger MFE at magnetic field intensities comparable to the geomagnetic field than would be expected for the RPM. Based on these characteristics, we suggest that the D3M could be particularly relevant for MFE at low fields, provided that the local radical concentration is sufficient to allow for three-spin radical correlations. Eventually, our observations suggest that MFEs could intricately depend on radical concentration and larger effects could ensue under conditions of oxidative stress.

https://www.ncbi.nlm.nih.gov/pubmed/31210238

--

## Mobile Communications and Public Health

Edited by Marko Markov

Boca Raton, FL: CRC Press. June 2018. ISBN-13: 978-1-138-56842-6 (Hardback); 978-0-203-70510-0 (eBook)

https://www.taylorfrancis.com/books/e/9780203705100

This book represents a comprehensive overview of various forms of mobile communications devices, with increasing variations and intensities that constitute a serious hazard to both the biosphere and mankind. Contributors stress the lack of controls over mobile communication signal sources, as well as the absence of monitoring the health of individuals exposed to microwave radiation. The work also entails a review of the engineering behind mobile communication technology, including a summary of basic scientific evidence of the effects of biological exposure to microwaves, and unique coverage on potential hazards of mobile communication for children.

Marko S. Markov, Ph.D., has been professor and chairman of the Department of Biophysics and Radiobiology of Sofia University for more than 20 years. With over 45 years of basic science research experience, and over 40 years in the clinical application of electromagnetic fields, he is recognized as one of the world's best experts in the subject. His list of publications includes 196 papers and 18 books.

- Presents an overview of what modern science knows about mobile communications signals;
- Details the latest research on potential hazards related to uncontrolled use of mobile devices;
- Provides information related to children's organisms not developed biologically prior to exposure to microwave signals;
- Offers methods of control of the house and work environment; and
- Explores the link between science and electromagnetics hazards.

**The 5G Appeal**

By Rainer Nyberg, Lennart Hardell. pp. xii - xvi

--

**Mobile Communications and Public Health**

by Marko S. Markov. Chapter 1: pp. 1-24.

Abstract

The last quarter of the 20th and the first two decades of the 21st centuries are characterized by increasing hazards of electromagnetic fields for the biosphere and public health. This anthropogenic factor has been considered in two distinct directions: low frequency electromagnetic fields (EMF) from power lines and high frequency EMF from cellular communications.

Public fear as well as scientific understanding have pointed to the serious problems for public health. World Health Organization (WHO) recognized the importance of this issue and originated "The international EMF project" which during the last two decades has organized a series of international meetings in different locations of the world with the intention to harmonize standards for EMF radiation and exposure. Unfortunately, this activity did not end with a more or less defined conclusion or at least a recommendation. With respect to EMF emitted for the purpose of mobile communications, the International Agency for Research on Cancer (IARC) has recognized the non-ionizing radiation from microwaves used in mobile communications as a possible carcinogenic source (category 2B).

This paper discussed the basic physics problems related to characterization of the non-ionizing radiation that are of importance for public health. Special attention is paid to missing definitions for basic terminology and to the non-thermal effects of EMF as well as the incorrect use of SAR [Specific Absorption Rate] for defining conditions of exposure. The core of the paper is the potential hazard of mobile communications for human health.

Conclusions

In conclusion, today the entire biosphere and mankind are subjected to signals from space and terrestrial sources, unknown by numbers and by their physical characteristics. We are at the bottom of the ocean of electromagnetic waves. What is worse—this global "experiment" is conducted without protocol, monitoring, and the possibility to produce any protections. The mobile communication industry is creating newer and newer tools in order to eventually increase the speed of communications. Smartphones and smart meters significantly change the electromagnetic environment not only for occupational conditions, but in every home. Billions of people are not informed about the fact that their homes and they themselves are subjected to the "new and advanced" technological developments. This cohort includes babies and elderly people, schoolboys and professionals.

What is even worse, the new 5G mobile technology is being introduced even before the development of industrial standards. No health hazard estimation is planned; no guidance for protection and standards are developed. It is time to ring the bell.

--

**Cell Phone Radiation: Evidence From ELF and RF Studies Supporting More Inclusive Risk Identification and Assessment**

35

JA 01638

By Carl Blackman. Chapter 2: pp. 25-46.

Abstract

Many national and international exposure standards for maximum radiation exposure from the use of cell phones and other similar portable devices are ultimately based on the production of heat, particularly in regions of the head, that is, thermal effects (TE). The recent elevation in some countries of the allowable exposure, that is, averaging the exposure that occurs in a 6 minute period over 10 grams (g) of tissue rather than over 1 g, allows for greater heating in small portions of the 10-g volume compared to the exposure that would be allowed averaged over a 1-g volume. There is concern that 'hot' spots, that is, momentary higher intensities, could occur in portions of the 10-g tissue piece, which might have adverse consequences, particularly in brain tissue.

There is another concern about exposure to cell phone radiation that has been virtually ignored except for the National Council of Radiation Protection and Measurements (NCRP) advice given in a publication in 1986 (National Council for Radiation Protection and Measurements, Biological Effects and Exposure Criteria for Radiofrequency Electromagnetic Fields, National Council for Radiation Protection and Measurements, 1986, 400 pp.). This NCRP review and guidance explicitly acknowledged the existence of non-thermal effects (NTE), and included provisions for reduced maximum-allowable limits should certain radiation characteristics occur during the exposure.

If we are to take most current national and international exposure standards as completely protective of thermal injury for acute exposure only (6 min time period), then the recent evidence from epidemiological studies associating increases in brain and head cancers with increased cell phone use per day and per year over 8–12 years raises concerns about the possible health consequences of NTE first acknowledged in the NCRP 1986 report (National Council for Radiation Protection and Measurements, Biological Effects and Exposure Criteria for Radiofrequency Electromagnetic Fields, National Council for Radiation Protection and Measurements, 1986, 400 pp.).

This paper will review some of the salient evidence that demonstrates the existence of NTE and the exposure complexities that must be considered and understood to provide appropriate, more thorough evaluation and guidance for future studies and for assessment of potential health consequences. Unfortunately, this paper is necessary because most national and international reviews of the research area since the 1986 report (National Council for Radiation Protection and Measurements, Biological Effects and Exposure Criteria for Radiofrequency Electromagnetic Fields, National Council for Radiation Protection and Measurements, 1986, 400 pp.) have not included scientists with expertise in NTE, or have not given appropriate attention to their requests to include NTE in the establishment of public health-based radiation exposure standards. Thus, those standards are limited because they are not comprehensive.

Conclusions

There is substantial scientific evidence that some modulated fields (pulsed or repeated signals) are bioactive, which increases the likelihood that they could have health impacts with chronic exposure even at very low exposure levels. Modulation signals may interfere with normal, nonlinear biological processes. Modulation is a fundamental factor that should be taken into account in new public safety standards; at present it is not even a contributing factor. To properly evaluate the biological and health impacts of exposure to modulated RFR (carrier waves), it is also essential to study the impact of the modulating signal (lower frequency fields or ELF-modulated RF). Current standards have ignored modulation as a factor in human health impacts, and thus are inadequate in the protection of the public in terms of chronic exposure to some forms of ELF-modulated RF signals. The current Institute of Electrical and Electronic Engineers (IEEE) and International Commission on Non-Ionizing Radiation Protection (ICNIRP) standards are not sufficiently protective of public health with respect to chronic exposure to modulated fields (particularly new technologies that are pulse-modulated and heavily used in cellular telephony). The collective papers on modulation appear to be omitted from consideration in the recent World Health Organization (WHO) and IEEE science reviews. This body of

36

research has been ignored by current standard setting bodies that rely only on traditional energy-based (thermal) concepts.

More laboratory as opposed to epidemiological research is needed to determine which modulation factors and combinations are bioactive and deleterious at low intensities, and are likely to result in disease-related processes and/or health risks; however, this should not delay preventative actions supporting public health and wellness. If signals need to be modulated in the development of new wireless technologies, for example, it makes sense to use what existing scientific information is available to avoid the most obviously deleterious exposure parameters and select others that may be less likely to interfere with normal biological processes in life.

The current membership on Risk Assessment committees needs to be made more inclusive by adding scientists experienced with producing nonthermal biological effects. The current practice of segregating scientific investigations (and resulting public health limits) by artificial, engineering-based divisions of frequency needs to be changed because this approach dramatically dilutes the impact of the basic science results and eliminates consideration of modulation signals, thereby reducing and distorting the weight of evidence in any evaluation process.


--


## Public Exposure to Radio Frequency Electromagnetic Fields

By Peter Gajšek. Chapter 3: pp. 47-64.

Abstract

The increasing use of various wireless devices and development of new telecommunication technologies has resulted in a fundamental change of radio frequency electromagnetic fields (RF-EMF) exposure in the everyday environment. In the last three decades, a large number of scientific studies on the exposure assessment of the general public to RF-EMF in different environments were completed. The results of numerous exposure assessment studies come to almost the same conclusions: that public RF-EMF exposures in different micro environments are only a small fraction of existing RF exposure standards.

Conclusions

In general, all the research studies related to exposure assessment of the general public to fixed RF-EMF sources in the environment including base stations, broadcasting, and wireless systems clearly demonstrated that the total mean value of the electric field was quite low and did not exceed 10% of the internationally recognized limit values.

It is expected that the strength and complexity of EMF exposures will increase continuously, especially in relation to expansion of the 5th generation of mobile telephony and other emerging technologies that will use different frequency bands. An increasing number of devices and processes employing these frequencies (household appliances, telecommunication, etc.) have already been introduced into everyday life. Almost nothing is known about these exposures and potential exposure levels.

It is expected that global mobile data traffic will grow at a compound annual rate of 45% in the coming years, which represents a tenfold increase between 2016 and 2022 (Ericsson, 2016). This increase is driven largely by the adoption of mobile video streaming. On top of that, the Internet of Things (IoT) is shifting from a vision to reality. The 29 billion connected devices by 2022 are expected to include 18 billion IoT or machine-to-machine (M2M) devices. Subsequently, the future 5G mobile networks will need to support new challenging and new use cases, which will demand more spectrum in ever higher frequency ranges.

37

Furthermore, emissions will continue to change in characteristics and levels due to new infrastructure deployments, smart environments, and novel wireless devices. Thus it is expected that the complexity of EMF exposures will increase in the future.

--

## Health Effects of Chronic Exposure to Radiation From Mobile Communication

By Igor Belyaev. Chapter 4: pp. 65-100.

Abstract

Due to strong evidence showing the critical role of the exposure duration for the effects of nonthermal microwaves (NT MW), studies with prolonged chronic exposures became of key importance in assessment of the MW health effects. Given the undoubted key role of specific signal characteristics such as frequency, modulation, and polarization, the studies with chronic exposures to real signals of mobile communication become of predominant importance for assessment of health effects from mobile communication. There were a number of such studies performed recently. Most of them confirmed results of animal studies with chronic MW exposure previously performed in Russia/The Soviet Union by showing detrimental health effects including those related to carcinogenesis.

Conclusions

Chronic exposure to nonthermal microwaves (NT MW) may result in various health effects affecting the central nervous system, fertility, immune functions, and causing/promoting cancer. Taken together, available studies indicate that response to NT MW depends on PD and duration exposure (7). The SAR based ICNIRP safety standards, which have been widely adopted for protection against acute thermal effects of MW, are insufficient to protect the public from chronic exposures to NT MW from mobile communication. New safety standards should commonly be adopted based on data from multiple studies on chronic exposures and mechanisms for nonthermal MW effects (106). It should be anticipated that definite parts of human population, such as children, pregnant women, and hypersensitive persons, which constitute about 1%–10% of the general population in economically developed counties (113), could be especially vulnerable to chronic NT MW exposures. In general, new signals of mobile communication should be tested with chronic exposures before being put into practice.

--

## Can Electromagnetic Field Exposure Caused by Mobile Communication Systems in a Public Environment Be Counted as Dominant?

By Jolanta Karpowicz, Dina Šimunić, Krzysztof Gryz. Chapter 5: 101-128.

Abstract

The core principle used by mobile communication systems to transfer information via the wireless links involves the emission and reception of the electromagnetic field in the radio frequency band. The entire population today is exposed to the electromagnetic field emitted by mobile terminals (mobile phone handsets, cordless phones, tablets, laptops, routers, etc.) and their base stations. The same frequency bands are also used by other technologies, such as radio and television broadcasting, wireless internet access, microwave heating, anti-theft systems, radio frequency identification systems, and so on. When discussing health hazards may be caused by electromagnetic field exposure from mobile communication systems, it must be remembered that in some cases, other sources of electromagnetic exposure may deliver a dominant or a

JA 01641

significant exposure component of the total radio frequency electromagnetic exposure of particular individuals. This paper describes the technical aspects of various mobile communication systems. Exposure scenarios with various dominant sources of exposures are discussed in the chapter together with exposure evaluation techniques which may help recognize the exposure pattern.

Conclusions

The level of exposure to RF-EMF recorded in the discussed investigations performed in environments accessible to the public is usually significantly lower than the general public exposure limits provided by international guidelines and legislation established in various countries (4–61 V/m) (Council Recommendation, 1999, Gryz et al., 2014a, Stam, 2011). It is worth noting that, when approaching RF emitting antennas, especially BTS of mobile networks or RTV broadcasting, over a short distance the level of RF-EMF increases and may even significantly exceed the mentioned limits. However, the investigations show that in locations where many users of mobile communication tools are present in a crowded space, the components of RF-EMF exposure caused by their activities (which significantly vary over time) may together exceed components from the stationary emitters of RF-EMF (such as mobile networks base stations and RTV broadcasting antennas). Furthermore, other studies showed that local hot spots of exposure may also be created in such locations as a result of the multipath propagation of RF-EMF. Together, this is significant in the context of the safety of the vulnerable population, such as individuals with medical implants and users of telemedicine body worn sensors, because it may cause local hot spot overexposure with respect to the limit of radio frequency exposure, which may influence the function of electronic devices. In order to avoid medical device malfunction, it is usually recommended to maintain a distance from the transmitting terminals (handsets) greater than 1 meter....

It is also important to keep in mind that the rapidly developing mobile communication services are including continuously higher frequencies – AM and FM radio transmissions initially operated at kHz and MHz frequencies and analogue radiophones and cellular phones started from frequencies 27–450 MHz, whereas today's digital cellular phones use frequencies up to 2.2 GHz and wireless internet access explores frequencies up to almost 6 GHz, where the next generation of cellular phones is also going to be. Even much higher frequencies are explored by radio links, almost up to 100 GHz.

--

**Low-Level Thermal Signals: An Understudied Aspect of Radio Frequency Field Exposures with Potential Implications on Public Health**

By Lucas A. Portelli. Chapter 6: 129-162.

Abstract

Protection from the hazards of radio frequency (RF) fields is currently aimed at confining the RF-induced thermal changes in tissue to within limits which are currently considered as safe. In this regard, hazardous effects of such exposures are traditionally investigated, catalogued, and interpreted from a perspective based on presumably adequate approximations and assumptions that simplify several dosimetric and biological aspects. While these simplifications are certainly useful and convenient, they tend to obscure the existence of dosimetric artifacts and subtle biological responses which may be of relevance to human health when observed from the microdosimetric or chronic perspectives. Increasingly realistic human models, for example, can unveil the existence of localized hot-spots and thermal transients which are invisible when using simpler models or space and time averaging as is customary for the safety regulatory practice. This results in exposures which can be in reality many times greater than the supposed and reported exposures. Similarly, from the biological perspective, the classical thermal hazard paradigm assumes that thermal damage only occurs after certain relatively high temperatures are reached for short amounts of time, inducing safety regulations to limit rather acute thermal exposures accordingly. However, while this perspective is practical and apparently sufficient to protect the population under the current paradigm, it is impervious to the possibility of the existence of the effects of chronic exposures to low-levels of thermal challenges. Such exposures may

JA 01642

cause small amounts of thermal damage directly or indirectly (e.g., via the stimulation of compensatory physiological reactions) which may add up over time.

In this regard, one must recognize that localized thermal transients (collections of which form Thermal Signals) are an unavoidable result of exposure to modulated RF fields, even if the exposure is within the limits which are currently considered as safe. One can contemplate, for example, how such a thermal signal can appear when tissue is exposed to an intermittent RF field (e.g., …on-off-on-off…) as the deposited heat is actively or passively redistributed by physical or physiological means throughout the organism and back into the environment.

The fact that such signals are inherent to RF exposures alone makes the studying of their biological effects a necessity to guarantee human safety. Nevertheless, at present, the possibility of biological effects of thermal signals is not mentioned, contemplated or investigated since they are deemed inconsequential under the current paradigm. Yet, sensitivity to minute thermal changes is an inherent aspect of physicochemical laws which govern the dynamics and function of biochemical reactions and structures. Such structures and reactions can potentially act as transducers of thermal signals into the cellular processes, which may translate into biological and ultimately health effects. Consequently, the study of thermal signals may open a myriad of possibilities for noninvasive, nonchemical interaction with biochemical signals at the cellular level which may have broad implications in the scientific, industrial, regulatory, and therapeutic arenas.

Conclusions

It is an undeniable fact that complex biological systems, from the molecular to the full organism level, are built around very rigorous thermal specifications making them very sensitive and responsive to small temperature changes in their internal or external vicinity. Hence, thermal signals which are invariably linked to the imposition of RF fields have the potential to be accompanied by compensatory biochemical responses from tissue at a local or global level in the organism. Such thermal signals might initially have modest effects on biochemical reactions and structures, however, these effects may then be amplified by the biological system into relevant biological and health effects.

From the public health perspective, a necessary question to answer is: what are the biological effects of chronic exposures to low-level thermal signals and what are the relative health risks? (i.e., compared to a smoking certain number of cigarettes a day, for example). However, to date, our currently poor understanding about the true biological relevance of thermal signals is insufficient to draw useful scientific conclusions which can affect decisions, recommendations, and policy to protect the public from potential hazards. In fact, the amount of data available is much less than would be considered the bare minimum. How "small" a thermal signal is can only be judged from a biological system perspective by generating the appropriate set of experiments and interpreting them from a paradigm that includes this possibility. While, in essence, the characteristics of this thermal signal will be a result of the antagonistic thermal processes (heat-in versus heat-out) specific to the details of the exposure, the need for consideration of the effects from the cellular spatio-temporal scale might require significant amounts of effort and complications. However, such apparent complications, in return, may hold substantial scientific, industrial, and therapeutic potential at best or understanding of realistic safety thresholds at worst.

Therefore, in view of the pervasiveness and potential relevance of low-level thermal signals, the paradigm centered around the notion of a "thermal damage threshold" on which the current safety standards and recommendations for mobile communications are currently based might be incomplete. For this reason alone, basic research in this area is imperative. Therefore, scientists and executives who are seriously concerned about the implications of mobile communications on public health must consider directing their scientific resources towards unveiling the true biological relevance of RF-induced small thermal signals to such a degree as these are directed towards the study of RF-induced "thermal" and "nonthermal" effects. In this regard, thermal signals may not only appear as a secondary effect in other instances of intermittent energy deposition (ultrasound or light), but it could also be purposely generated to achieve therapeutic levels, should these exist....

40

JA 01643

--

**How Cancer Can Be Caused by Microwave Frequency Electromagnetic Field (EMF) Exposures: EMF Activation of Voltage-Gated Calcium Channels (VGCCs) Can Cause Cancer Including Tumor Promotion, Tissue Invasion, and Metastasis via 15 Mechanisms**

By Martin L. Pall. Chapter 7: pp. 163-186.

Abstract

Thirty reviews each argue that microwave frequency electromagnetic fields (EMFs) can and do cause cancer. These conclusions should be definitive and are further buttressed by the National Toxicology Program study on 2G cell phone radiation. However, there are still claims that there cannot be a mechanism for EMF cancer causation. Such EMFs are known to act via voltage-gated calcium channel (VGCC) activation and consequent downstream increases in intracellular calcium $[Ca2+]i$ and peroxynitrite/free radicals/oxidative stress. Fifteen mechanisms are discussed here whereby these downstream effects can cause cancer. These include single strand and double strand DNA breaks and oxidized DNA bases; increased ornithine decarboxylase; lowered melatonin; increased NF-kappa B; increased tumor promotion via degradation of gap junction proteins; increased tumor promotion via DNA breaks/gene amplification; increased tissue invasion and metastasis via increased tight junction protein degradation; increased CaMKII via protein oxidation; calcium produced increased CaMKII; calcium-dependent phosphatidylserine flippase; c-src activation by calcium/calmodulin; calcium increased cellular oncogene transcription; calpain activation of tumor migration, tissue invasion, and metastasis. These 15 mechanisms and reviews on calcium roles in cancer causation together show that EMFs acting via VGCC activation can cause cancer initiation, promotion, and progression. We have, therefore, a large number of mechanisms by which microwave frequency EMFs can cause cancer.

Conclusions

This paper is based on three important findings. First, that microwave and lower frequency EMFs act via activation of VGCCs. Second, 29 different reviews have concluded that such EMFs cause cancer, raising the question of how VGCC activation can cause cancer. Third, because VGCC activation acts mainly via increased $[Ca2+]i$, it is reasonable to assume that cancer causation occurs via increased calcium signaling and via other downstream effects of $[Ca2+]i$. This paper finds that there are multiple mechanisms that fit each of these two descriptions that cause cancer based on the cancer literature. Many of them come from the downstream effects involving the peroxynitrite/free radical/oxidative stress pathway and one of the important consequences of that pathway, elevated NF-kappa B. Those downstream effects are similar or identical to the effects that are central to inflammatory carcinogenesis in the literature. But, in addition, there are cancer causing effects that are caused by excessive calcium signaling and these are also discussed here.

These mechanisms are listed below. Mechanisms 1–6 are all reported to be raised following EMF exposures and are, therefore, particularly plausibly involved in EMF-caused carcinogenesis. Each of these 15 is produced as a consequence of either the peroxynitrite/free radical/oxidative stress pathway of action of as a consequence of excessive calcium signaling. Each is, therefore, highly plausible because each of these pathways of action are well documented downstream effects of EMF exposures....

We have, then, 15 well-documented mechanisms by which EMFs acting via VGCC activation can cause cancer. It is complete and utter to nonsense, therefore, to claim there are no such mechanisms.

--

**A Summary of Recent Literature (2007–2017) on Neurobiological Effects of Radio Frequency Radiation**

By Henry Lai. Chapter 8: 187-222.

41

## Abstract

Neurological effects are caused by changes in the nervous system. Factors that act directly or indirectly on the nervous system causing morphological, chemical or electrical changes in the nervous system can lead to neurological effects. The final manifestation of these effects can be seen as psychological/behavioral changes, for example, memory, learning, and perception. The nervous system is an electrical organ. Thus, it should not be surprising that exposure to electromagnetic fields could lead to neurological changes. Morphological, chemical, electrical, and behavioral changes have been reported in animals and cells after exposure to nonionizing electromagnetic fields (EMF) across a range of frequencies. The consequences of physiological changes in the nervous system are very difficult to assess. We do not quite understand how the nervous system functions and reacts to external perturbations. The highly flexible nervous system could easily compensate for external disturbances. On the other hand, the consequence of neural perturbation is also situation-dependent. For example, an EMF-induced change in brain electrical activity could lead to different consequences depending on whether a person is watching TV or driving a car.

## Conclusions

1. A major concern is that in some of the studies, details of the exposure setup and dosimetry are not provided. This is important since details of the independent variables are very important in interpreting the validity of the experimental results, that is, dependent variables. In many of these studies, a cell phone was used in the exposure of animals and humans. But information on how the cell phone was activated, in many instances, was not provided. Thus, the amount of energy deposited in the body was not known....

2. Most of the studies were carried out with relatively high levels of RFR compared to environmental levels. However, if you look through the narratives, there are studies that reported effects at very low level, for example, Bak et al., (2010). Indeed, biological/health effects of RFR at levels much lower than most international RFR-exposure guidelines, for example, International Commission on Non-ionizing Radiation Protection (ICNIRP), have been reported (see table 1 in Levitt and Lai, 2010). This raises the question on whether the guidelines used in most countries nowadays are actually obsolete and new exposure guidelines have to be set.

3. Thus, there is ample evidence that RFR exposure affects the nervous system from both acute and long-term exposure experiments. Brain electric activities, nerve cell functions and chemistry, and behavior can be affected. Some explanatory mechanisms for these effects have emerged. One consistent finding is that animals exposed to RFR suffered from memory and learning deficits. These effects can be explained by the results of numerous reports that showed RFR affected the hippocampus, a brain region involved in memory and learning. However, the location and configuration of the human hippocampus are quite different from those of a rodent. There have not been many studies on the effect of RFR on the human hippocampus. Several studies did report deficits in memory in human subjects exposed to RFR, particularly on short-term memory, a function specifically related to the hippocampus....

4. Another very consistent finding is that RFR affects free radical metabolism in the brain. This may explain some of the cellular and physiological effects of RFR on the nervous system. As a matter of fact, oxidative changes in cells and tissues after exposure to RFR is a very common phenomenon (cf. Yakymenko et al., 2016). This happens in many organs of the body and can provide explanation of many reported biological effects of RFR.

5. Many of the effects of RFR on the nervous system, for example, on the hippocampus, oxidative effects, and behavioral effects are also observed with exposure to extremely low frequency electromagnetic field (cf. my section on the neurological effects of ELF EMF in the Bioinitiative Report, www.bioinitiative.info/bioInitiativeReport2012.pdf). There has been speculation whether biological effects observed with low frequency modulated RFR were actually caused by the modulation. There are two reports published in the last decade that seemed to refute this hypothesis..... Another question is whether one type of

42

modulation is different from another in causing biological effects. Cell phone technology advances from one generation to another. Do the research data of a 3G phone apply to 4G or 5G phone radiation? RFR is a complex entity. Its biological effects depend on many of its physical properties, for example, frequency, direction of the incident waves relative to the object exposed, dielectric properties, size and shape of the exposed object, polarization of the waves, and so on. Thus, it is unlikely that one can easily extrapolate the effects from one form of RFR to another. An assumption that 3G radiation is safe does not necessary imply that 5G radiation is safe. Each one of them has to be investigated separately.

6. An important area of research is on how RFR in the environment affects humans and wildlife. Environmental RFR level has become higher and higher over the past decades due to the employment of RFR wireless devices. Take the example of Bak et al. (2010) mentioned above, an effect on human event-related brain potential was reported after 20 min of exposure to a GSM signal at a power density of 0.0052 mW/cm2. This is very close to the levels found in some cities. The highest power density of ambient RFR measured near schools and hospitals in Chandigarh, India, was reported to be 0.001148 mW/cm2 in 2012 (Dhami, 2012). The maximum total RFR power density emitted by FM and TV broadcasting stations and mobile phone base stations in centers of the major cities in the West Bank-Palestine was 0.00386 mW/cm2 (Lahham and Hammash, 2012). One also has to take into consideration that exposure in the Bak et al. (2010) study was acute (20 min), whereas environmental exposure is chronic. Related to the neurological effect is the magnetic sense possessed by many species of animals. It is essential for their survival. Interference by RFR of magnetic compass orientation in animals has been reported (e.g., Landler et al., 2015; Malkemper et al., 2015; Pakhomov et al., 2017; Schwarze et al., 2016; Vácha et al., 2009). Understanding the effects could help in preserving the ecosystem and ensure survival of the species on this earth.

--

**Radiobiological Arguments for Assessing the Electromagnetic Hazard to Public Health for the Beginning of the Twenty-First Century: The Opinion of the Russian Scientist**

By Yury G. Grigoriev. Chapter 9: 223-236.

Abstract

Over the past 25 years, there has been a global distribution of wireless communications which has significantly changed the electromagnetic pollution of the external environment and the methodology for assessing health risks for all population groups. In these difficult conditions, many specialists have neglected radiobiological concepts, for example, the concept of a critical organ or critical system, the possibility of accumulating adverse effects, and the determination of residual damage (remote consequences). Almost daily life-long exposure of the RF EMF to the brain has not received attention. In many countries, there is complete disregard for the precautionary principle proposed by the WHO. Children for the first time in the entire period of civilization should be included in the risk group. Even before the era of the development of mobile communications, there were significant differences in the guidelines and standards for radio frequency radiation in the radio frequency range. This paper demonstrates the significance of biological responses to the nonthermal low RF EMF. Therefore, scientists should stand firm in this "electromagnetic chaos" in the habitat of the population.

Conclusions

At present, there are no unified approaches to assessing the health hazards of the RF EMF of mobile communications. There is a wide variation in the permissible RF EMF levels. The possibility of developing long-term consequences is underestimated. The technical solutions for the creation of new types of wireless communication outrun scientific research to assess the danger to the public. The precautionary principle is ignored when placing base stations. There is a desire to ensure that all schools use Wi-Fi.

43

JA 01646

The large spread, uncontrolled, use of this connection by all groups of the population, including children, continues although the mobile phone is an open source of radiation, and the critical body is the user's brain.

--

## A Longitudinal Study of Psychophysiological Indicators in Pupils Users of Mobile Communications in Russia (2006–2017): Children Are in the Group of Risk

By Yury G. Grigoriev, Natalia I. Khorseva. Chapter 10: 237-252.

Abstract

The human brain is exposed to electromagnetic fields of the radio frequency range (RF EMF) constantly, around the clock, from the base stations. The decision of the IARC in 2011 has determined social and ethical problems for society and for scientists—the definition of risk for the population, including children. Children are the most active group of mobile communication users. Unfortunately, the current assessment of the impact of RF EMF on the children's brains through questionnaires conducted in epidemiological studies is not convincing. The chronic impact of RF EMR, including the radiation of mobile phones on the bodies of children and adolescents, in particular on their psychophysiological and cognitive functions, have not been studied.

This publication presents the results of a longitudinal study of the psychophysiological indicators of children and teenage mobile communication users conducted in Russia from 2006 to present. The patterns of the negative influence of mobile phone radiation on the auditory and visual system, fatigue and performance, and on the parameters of attention and memory are established. The undeniable advantage of these studies is not only the presence of a control group, but also the development and implementation of preventive measures to reduce the negative impact of mobile phone radiation.

Conclusions

....So, the longitudinal changes in the psychophysiological indicators of children who use mobile phones convincingly show that chronic exposure to electromagnetic radiation from a mobile phone may negatively affect the central nervous system of the child:

1. The reaction time to sound and light stimuli is increased;
2. There is an increase in the number of violations of phonemic perception and the number of missed signals when a sound stimulus is presented;
3. Indicators of arbitrary attention and semantic memory deteriorate;
4. There are increased parameters of fatigue and decreased parameters of working capacity

It should be especially noted that in most cases in children who are active users of mobile communication, changes in psychophysiological indicators either were within the lower limit of the norm or already go beyond it....

It was found that the safe mode of use (headphones, speakerphone, use of SMS, MMS) statistically significantly improve ALL psychophysiological indicators.

We believe that the results of our longitudinal observations clearly show that the RF EMF from mobile phones affects psychophysiological indicators of children and adolescents.

Based on our results, it can be confidently affirmed that children are located in the group at risk. It should be recognized and the efforts of the scientific community to reduce the risk of adverse effects on the organisms of children should be made. One of the possible ways of reducing the impact of electromagnetic fields on children is an understanding of the dangers by the parents and children, the use of mobile communication, and a voluntary choice of the form of communication, that is, the introduction of the concept of "voluntary risk."

44

Index

pp. 253-264.

---

**Effects of RF-EMF on the Human Resting-State EEG—the Inconsistencies in the Consistency. Part 1: Non-Exposure-Related Limitations of Comparability Between Studies**

Danker-Hopfe H, Eggert T, Dorn H, Sauter C. Effects of RF-EMF on the Human Resting-State EEG—the Inconsistencies in the Consistency. Part 1: Non-Exposure-Related Limitations of Comparability Between Studies. Bioelectromagnetics. Published online June 18, 2019. https://doi.org/10.1002/bem.22194

Abstract

The results of studies on possible effects of radiofrequency electromagnetic fields (RF-EMFs) on human waking electroencephalography (EEG) have been quite heterogeneous. In the majority of studies, changes in the alpha-frequency range in subjects who were exposed to different signals of mobile phone-related EMF sources were observed, whereas other studies did not report any effects. In this review, possible reasons for these inconsistencies are presented and recommendations for future waking EEG studies are made. The physiological basis of underlying brain activity, and the technical requirements and framework conditions for conducting and analyzing the human resting-state EEG are discussed. Peer-reviewed articles on possible effects of EMF on waking EEG were evaluated with regard to non-exposure-related confounding factors. Recommendations derived from international guidelines on the analysis and reporting of findings are proposed to achieve comparability in future studies. In total, 22 peer-reviewed studies on possible RF-EMF effects on human resting-state EEG were analyzed. EEG power in the alpha frequency range was reported to be increased in 10, decreased in four, and not affected in eight studies. All reviewed studies differ in several ways in terms of the methodologies applied, which might contribute to different results and conclusions about the impact of EMF on human resting-state EEG. A discussion of various study protocols and different outcome parameters prevents a scientifically sound statement on the impact of RF-EMF on human brain activity in resting-state EEG. Further studies which apply comparable, standardized study protocols are recommended.

Open access paper: https://onlinelibrary.wiley.com/doi/full/10.1002/bem.22194

--

**Relationship between the use of electronic devices and susceptibility to multiple sclerosis**

Khaki-Khatibi F, Nourazarian A, Ahmadi F, Farhoudi M, Savadi-Oskouei D, Pourostadi M, Asgharzadeh M. Relationship between the use of electronic devices and susceptibility to multiple sclerosis. Cogn Neurodyn. 2019 Jun;13(3):287-292. doi: 10.1007/s11571-019-09524-1.

Abstract

Multiple sclerosis (MS) is an autoimmune condition influenced by both genetic and environmental factors. Dirty electricity generated by electronic equipment is one of the environmental factors that may directly or indirectly impact MS susceptibility. The current Study aimed to evaluate the relationship between the usage time of electronic equipment and susceptibility to MS in North-West Iranian people. This approach was carried out upon 471 MS-diagnosed patients and 453 healthy participants as control group in East Province of Azerbaijan. By utilizing structured questionnaires, the information of all participants about usage status of some electronic devices was obtained. Data were analyzed by IBM SPSS Statistics version 18.0 and the quantitative variables were analyzed by Chi Square and Independent sample t tests. P values below or equal to 0.05 were considered as significant. Among the evaluated items in this approach, the utilization of cell phones and

45

satellite television dishes were significantly higher in MS patients (p < 0.001, p = 0.07). Furthermore, a correlation was observed between sleeping with cell phone and/or laptop under the pillow (p = 0.011) and MS disease; however, there was no significant differences between MS patients and controls in computer using and television watching. Our study reinforces the concept that the utilization of some electronic devices and the continuous exposure to dirty electricity would increase the risk of MS disease thereupon by enhancing the cognizance of adverse effects of dirty electricity and reducing the time spent over electronic devices during adolescence and adulthood the occurrence probability of MS could be declined.

https://www.ncbi.nlm.nih.gov/pubmed/31168332

--

**Electromagnetic exposure from mobile phones in a city like environment: The case study of Leuven, Belgium**

Iyare RN, Volskiy V, Vandenbosch GAE. Study of the electromagnetic exposure from mobile phones in a city like environment: The case study of Leuven, Belgium. Environmental Research. Available online 26 May 2019. https://doi.org/10.1016/j.envres.2019.05.029

Highlights

• Mobile phone (MP) exposure values are far above the exposures due to base stations.
• MP exposure is considerably higher for indoor environments compared to outdoor.
• Exposure is lower for locations close to base stations than locations further away.
• All exposures are in compliance with the SAR limit recommended by ICNIRP.

Abstract

A measuring campaign for the assessment of electromagnetic exposure levels from mobile phones in the city center of Leuven, Belgium, has been carried out. The main objective of the assessment is to study the dependency of the exposure of the user by his own mobile phone in terms of location in the city (very close to base stations and at randomly selected locations). The measurements were performed in both public and private areas in 60 outdoor and 60 indoor locations in Leuven. The campaign was focused on GSM 900 mobile communications. The results show that the exposure is considerably higher for indoor environments compared to outdoor environments, and at the randomly chosen locations compared to locations very close to base stations. However, the most important observation is that the average outdoor exposure in Leuven of the user of a mobile phone is about 8 times higher than the average outdoor exposure by base stations. Indoors, this factor rises to about 30.

Excerpts

**All results obtained in this measurement campaign are for a mobile phone with an active connection (a voice call)**. Field values were obtained through an app installed on a mobile phone. The app called Quanta pro [48] (shown in Figure 1) gets active (records the emissions from the mobile phone) immediately when a call is made with the mobile phone. This means that RF exposures were obtained during typical phone usage. During the exposure measurement, the mobile phone user makes a phone call of six minutes duration at a specific point in the measurement environment while the app concurrently keeps track of the power values transmitted by the antenna of the mobile phone.

Conclusions:  The electromagnetic radiation exposure from mobile phones operating under GSM 900 in a typical city center, Leuven, Belgium, was assessed using a calibrated app installed on a representative mobile (smart) phone. The calibration was performed with a highly accurate spectrum analyzer based set-up. The levels averaged over the city center are: outdoors about 5.54 and 6.18 V/m for locations near base stations and arbitrarily chosen locations, respectively, and indoors about 10.36 and 30.87 V/m, also for locations near

46

JA 01649

base stations and arbitrarily chosen locations, respectively. To the average, near base stations the indoor exposure is about a factor of two higher than the outdoor exposure. This smaller factor is due to the fact that the indoor exposure was measured at higher floors of buildings. At arbitrary locations the indoor exposure is about a factor of five higher than the outdoor exposure. These measurements were always done at floor level. All measured values are far above the values typically measured for the exposure due to base stations, even far above the maximum exposure level defined in the norm in Flanders, which is 3 V/m per antenna at 900 MHz. It can easily be concluded that the deployment of infrastructure, typically in the form of microcells, hotspots or distributed relays, should aim at minimizing mobile phone exposure and not necessarily the exposure by the base station itself. This may require a paradigm shift in the public opinion.

https://www.ncbi.nlm.nih.gov/pubmed/31154230

--

**Personal RF-EMF exposure from mobile phone base stations during temporary events**

Ramirez-Vazquez R, Gonzalez-Rubio J, Arribas E, Najera A.Personal RF-EMF exposure from mobile phone base stations during temporary events. Environ Res. 2019 May 21;175:266-273. doi: 10.1016/j.envres.2019.05.033.

Abstract

BACKGROUND: In recent years, radiofrequency electromagnetic fields (RF-EMF) exposure has increased owing to new communication technologies. Simultaneously, increased exposure to RF-EMF has led to society's growing concern about the possible effects they may have on human health. Many studies have described personal RF-EMF exposure by using personal exposimeters to know a population's daily exposure to mobile phone base stations and to other sources whose installations tend to be permanent. Nonetheless during special events like concerts or fairs, where many people gather, permanent installations might not suffice to cover demand. So telephone companies install temporary stations for these events, and modify the exposure pattern of these areas or populations.

OBJECTIVE: To study if installing temporary antennae for large events, and high concentrations of mobile phones, modify the exposure pattern compared to usual situations.

METHODS: Personal RF-EMF exposure from mobile phones (uplink) and mobile phone base stations (downlink) installed at the 2017 Albacete Fair (Spain) was recorded. Between 7 and 17 September, more than 2,500,000 people visited this Fair. Measurements were taken by two Satimo EME SPY 140 personal exposimeters, placed one each side of a research team member's waist. These exposimeters were programmed to take measurements every 4 s at different time of day; morning, afternoon and night; and in several places, around the Fair Enclosure (zones Ejidos and Paseo) and inside the enclosure (Interior). These measurements were repeated on a weekday, at the weekend and the day after the Fair ended after temporary base stations had been removed. They were also taken for 1 h in all three zones, for each time of day; that is, 9 h were recorded for each study day.

RESULTS: The mean RF-EMF recorded exposure from base stations (downlink-DL) on the days the Fair opened (morning, afternoon and night) for the three studied zones was 791.8 μW/m2, while the exposure produced by mobile phones (uplink-UL) was 59.0 μW/m2. These values were 391.2 μW/m2 (DL) and 10.3 μW/m2 (UL) a few days after the event ended. In study zones Ejidos and Paseo, both outside, the highest mean exposure was recorded at the weekend as 1494.1 and 848.1 μW/m2 respectively. For the Interior zone, the mean value recorded during the Fair was 354.8 μW/m2. These values contrast with those recorded in the three zones after the event ended: 556.37 (Ejidos), 144.1 (Paseo); 473.21 μW/m2 (Interior). The fact that the mean exposure recorded at Interior was slightly higher after the Fair could be due to signal shielding by so many people. The reduction in exposure in Paseo after the Fair was outstanding, probably due to the antennae being placed on low towers. Major differences were also found in the RF-EMF exposure from UL. In this case,

47

the weekend values taken during the Fair were between 28.2 µW/m2 at Interior (weekday) and 98.1 µW/m2 at Ejidos (weekend), which dropped to 5.5 at Paseo after the Fair, to 11.7 µW/m2 at Interior and to 13.6 µW/m2 at Ejidos.

CONCLUSIONS: Installing mobile phone base stations, and a dense public using mobile phones, imply a significant increase in personal RF-EMF exposure compared to that recorded during normal periods in the same area. However, the recorded measurements were below legally established limits.

https://www.ncbi.nlm.nih.gov/pubmed/31146098

--

## Emissions From Smart Meters and Other Residential Radiofrequency Sources

Aerts S, Verloock L, Van den Bossche M, Martens L, Vergara X, Joseph W. Emissions From Smart Meters and Other Residential Radiofrequency Sources. Health Phys. 2019 Jun;116(6):776-788. doi: 10.1097/HP.0000000000001032.

Abstract

The advent of the Internet of things comes with a huge increase in wirelessly communicating devices in our environment. For example, smart energy-consumption meters are being widely deployed in residences from which they communicate their state using radiofrequency networks. Accurate characterization of the radiofrequency emissions from emerging residential wireless solutions is important to inform the public about the potential impact on their exposure to radiofrequency electromagnetic fields. A new measurement procedure to determine the exposure from residential radiofrequency devices is proposed by assessing the peak emitted fields at various distances and the proportion of time they transmit (duty cycle). Radiofrequency emissions from 55 residential devices were measured in 10 residences (Belgium and France) and compared to environmental levels, emissions from 41 mobile phones, and international standards. Overall, residential levels of radiofrequency electromagnetic field exposure are low. In addition to the continuous environmental exposure, wireless access points (due to frequent use) and especially mobile phones and other personal communication devices (due to their use close to the body) continue to represent the bulk of the radiofrequency electromagnetic field exposure in the smart home. However, some residential devices can significantly increase the exposure if their duty cycles are high enough (>10%), especially when held or used close to the body. Individual smart meters, on the other hand, will contribute only little in general, despite emissions of up to 20 V m at 50 cm, due to their low duty cycles (maximum 1%) and locations.

https://www.ncbi.nlm.nih.gov/pubmed/30883437

Conclusions

In this study, a novel measurement method was designed to characterize in situ residential RF emissions from emerging wireless solutions (e.g., IoT sources and smart meters) by determining the RF transmission frequency, the peak emitted fields at various distances, and the proportion of transmission time (i.e., duty cycle), for which the spectrogram mode of a spectrum analyzer was used. This method was applied to a convenience sample of 10 residences in Belgium and France containing, in total, 55 IoT devices, smart meters, and other RF-emitting devices. The measured emissions were also compared to present levels of telecommunications and broadcasting signals, emissions by a mobile phone using three current telecommunications technologies (GSM, UMTS, and LTE), as well as to the ICNIRP guidelines for general public RF-EMF exposure.

Overall, low to very low emissions were measured for nearly all of the devices, and it is concluded that, in addition to the continuous exposure due to environmental sources, when used, wireless access points and especially mobile phones and other personal communication devices (e.g., DECT cordless phones, walkie-

48

talkies) will continue to represent the bulk of our exposure to radiofrequency electromagnetic fields in the smart home, due to their typically high emissions and use close to the body. However, RF-emitting devices with high duty cycles (e.g., in this sample, motion sensor, baby monitor, and an IoT toothbrush) may significantly increase the potential for exposure, especially when used or located close to the body. The potential impact on the exposure due to individual smart meters, on the other hand, and in particular due to the communications modules wirelessly linked to a utility company's central network, is small, regardless of their emissions of up to 20 V m$^{-1}$ at 0.2 m, given their rare transmissions and usual deployment away from the residents.

--

**Assessment of Personal Occupational Exposure to RF EMF in Libraries and Media Libraries, Using Calibrated On-Body Exposimeters**

Massardier-Pilonchery A, Nerrière E, Croidieu S, Ndagijimana F, Gaudaire F, Martinsons C, Noé N, Hours M. Assessment of Personal Occupational Exposure to Radiofrequency Electromagnetic Fields in Libraries and Media Libraries, Using Calibrated On-Body Exposimeters. Int. J. Environ. Res. Public Health 2019, 16(12), 2087; https://doi.org/10.3390/ijerph16122087.

Abstract

Background and Objectives: With the spread of Wifi networks, safety concerns have arisen, with complaints of somatic disorders, notably in traditional libraries and media libraries. The aim of the present study was to describe the conditions and levels of exposure to radiofrequency electromagnetic fields in the real-life occupational conditions of those working in traditional libraries and media libraries.

Methods: Dynamic measurements, using an exposimeter, were taken in 20 radiofrequency bands from 88 to 5850 MHz. The activity of 28 library workers was analyzed on a space-time budget. An audit of exposure sources and static measurements enabled the work-places to be mapped.

Results: In seven libraries, 78,858 samples were taken over the 20 radiofrequency bands from 88 to 5850 MHz. Exposure was described for 28 working days. The median total field was 0.071 V/m (10th percentile: 0.022 V/m, 90th percentile: 0.534 V/m) and for Wifi the median field was 0.005 V/m (10th percentile: 0.005 V/m, 90th percentile: 0.028 V/m). Median individual exposure to Wifi frequency waves ranged from 0.005 to 0.040 V/m.

Conclusions: Overall, the occupational exposure in this sector was close to the exposure in the general population. Peaks were due to the use of walkie-talkies by security staff. Exposure due to external sources depended on geographic location. Exposure in this occupation is well below the general occupational exposure levels, notably as regards Wifi.

Conclusions

The aim of this study was to assess electromagnetic exposure of employees in libraries, notably, to Wifi. On average, occupational exposure in this branch is close to that of the general population. The highest peaks were associated with walkie-talkie use by security staff. Exposure to outside sources depended on the geographic location. Employees' exposure was largely below the occupational norms, notably as regards Wifi. Static exposure from radiofrequency outdoor emissions (UMTS, GSTM) and from indoor Wifi spots is found to be 10 times lower than electromagnetic limit values defined by ICNIRP.
The exposure of workers to electromagnetic fields is rarely explored by occupational practitioners due to a lack of methodology to perform this evaluation. The present methodology for describing exposure could be transposed to other occupational radiofrequency exposure contexts, given persisting doubts about the health risks involved and the current legislation.

What is New in This Paper?

49

Exposure to radiofrequency electromagnetic fields due to new technologies in the real-life occupational conditions in library and media libraries is not well characterized. This study finds an exposure close to the general population. However, high peaks were due to the use of walkie-talkies by security staff. Exposure due to external sources depended on geographic location.

Open access paper: https://www.mdpi.com/1660-4601/16/12/2087/htm

--

## An Extremely Safe Low-SAR Antenna with Study of Its Electromagnetic Biological Effects on Human Head

Nazeri A, Abdolali A, Mehdi M. An extremely safe low-SAR antenna with study of its electromagnetic biological effects on human head. Wireless Personal Communications. 1-14. Published online May 17, 2019. https://doi.org/10.1007/s11277-019-06621-6

Abstract

In this paper, a new low-Specific Absorption Rate (SAR) antenna is proposed for the sake of safe communication in all situations. The proposed antenna involves a Microstrip patch antenna and a metallic casing loop which leads to SAR reduction. The structure operates at 0.9 GHz and 2.4 GHz which produces 0.52 W/kg and 0.25 W/kg SAR value on the human head, respectively. Then, in order to guarantee the antenna safety feature, the experiments are carried out when the human wear an earring. The impact of metallic earrings in different sizes on SAR distribution is investigated. Also, the antenna orientation and rotation effect is considered in detail. It is concluded that the change of Antenna position or use of metallic earrings makes an extremely significant impact on SAR value. But, the results of the presented antenna demonstrate that the produced SAR value in all positions, do not exceed the safe rate. It makes the antenna a suitable candidate for employing in most telecommunication applications.

Conclusions

In this paper, a novel low-SAR Microstrip Antenna for using in a safe communication is designed. The proposed antenna produces 0.52 W/kg and 0.25 W/kg SAR value on the head at 0.9 and 2.4 GHz. The antenna is created of a microstrip patch and a metallic loop. An extensive study is accomplished on the destructive effects of EM-waves on the human body. Also, the effect of the human head on the antenna performance is investigated. In addition, earrings with several different sizes are employed to consider the cases which make the worst destructive effect on the human head. The effect of antenna rotation and changes in its orientation is studied as well. It is concluded that antenna rotation causes a significant impact on SAR value when earrings are used. At last, this study guarantees that the presented antenna make a safe SAR for most of the situations.

https://link.springer.com/article/10.1007/s11277-019-06621-6

--

## Effects of Radiofrequency Exposure and Co-Exposure on Human Lymphocytes: Influence of Signal Modulation and Bandwidth

Romeo S, Sannino A, Zeni O, Angrisani L, Mass R, Scarfi MR. Effects of radiofrequency exposure and co-exposure on human lymphocytes: The influence of signal modulation and bandwidth. IEEE Journal of Electromagnetics, RF and Microwaves in Medicine and Biology, May 20, 2019.  DOI: 10.1109/JERM.2019.2918023

Abstract

JA 01653

The occurrence of modulation-specific effects after co-exposures to Radiofrequency (RF) and other agents has been discussed in the literature. In this paper, the influence of modulation and bandwidth in eliciting the DNA damage of RF alone and in combination with mitomycin-C (MMC), is analyzed in human lymphocytes. Blood cultures from healthy donors were exposed to 1950 MHz, and Continuous Wave (CW), Wideband Direct-Sequence Code Division Multiple Access (WCDMA, 4.5 MHz bandwidth), and Additive White Gaussian Noise (AWGN, 9 MHz bandwidth) signals were considered. For each signal, SAR values of 0.15, 0.3, 0.6, 1.25 W/kg were tested. RF exposure alone never induced DNA damage in the micronucleus assay. When RF exposure was followed by MMC treatment, the effect depended on modulation and bandwidth. CW exposure never altered the MMC-induced DNA damage, while such damage was reduced when either signals WCDMA at 0.3 W/kg SAR or AWGN at 0.15 and 0.3 W/kg were applied. These results indicate the influence of modulation for the occurrence of the protective effect, with a relation between the bandwidth and the power absorbed by samples. If confirmed in vivo, clinical applications using modulated RF signals could be devised, to protect cells from side effects of therapeutic treatments.

RF electromagnetic fields reduce the DNA damage induced by the chemical agent Mitomycin-C (MMC) in human lymphocytes. The effect is dependent on signal modulation and bandwidth.

Conclusions

The results of the present investigation provide further evidence that RF exposure can prompt a protective effect in mammalian cells against subsequent genotoxic insults. Moreover, in the current experimental conditions, taking advantage of a systematic comparison with the CW exposure, our findings highlight the modulation scheme and the signal bandwidth as crucial factors for the occurrence of the protective effect.

Having said the above, if proved in vivo models, a new research horizon lies ahead of us, as a potential, innovative clinical application of RF electromagnetic fields, exploiting the protective effect, could be proved. In radio-biology the AR phenomenon has been proposed as a way to protect healthy cells from side effects of chemo/radio-therapeutic treatments, by pre-treatments with low doses of ionizing radiation. However, such proposal never moved into clinical practice due to the risk of cellular transformation as a biological consequence of protracted, low-dose rate exposures to ionizing radiation [35]. The possibility of inducing AR by RF pre-treatments may overcome this issue, due to the non-ionizing nature of these fields. Moreover, RF-induced protection has been here proved to be a tunable phenomenon de-pending on the electromagnetic conditions adopted, which could be able to target different cell types located at different depths in the body. In addition, potential biomedical applications exploiting the protective effect of RF could benefit from the availability of commercially established, low-cost RF sources.

Take-Home Messages

The innovative feature of RF electromagnetic fields shown here, consists in offering protection to human cells against the damaging action of a chemical agent.
The protective effect of RF electromagnetic fields occurs in presence of modulated signals and depends on signal bandwidth, as well as on SAR level.
RF-induced protective effect has been here proved, on an in vitro model, to be a tunable phenomenon depending on the electromagnetic conditions adopted, which provides a step towards applications targeting cells located at different depths in the body.
These findings suggest the existence of a complex interaction between modulated RF fields and biological systems. Such interaction becomes detectable when samples are appropriately sensitized, such as when RF exposure is combined with other chemical or physical treatments.

https://ieeexplore.ieee.org/document/8718560

--

**Thermal Analysis Complementary to Standardized Experimental Dosimetry of SAR in Human Head**

51

Ilie-Săndoiu AM, Morega M, Morega AM. Thermal Analysis Complementary to Standardized Experimental Dosimetry of SAR in Human Head. 2019 11th International Symposium on Advanced Topics in Electrical Engineering (ATEE). 28-20 March 2019. DOI: 10.1109/ATEE.2019.8724859

Abstract

Cellular phones (CPs) intensive, long-term usage may raise concerns regarding collateral effects such as hyperthermia through direct exposure to electromagnetic field, and direct thermal contact to the outer ear.Among other methods used to evaluate the thermal menace posed by CPs, the physical experiments, conducted on equivalent phantoms play an important role. Replacing the head content with biologically–equivalent fluid is considered to provide for satisfactory experimental conditions with the aim to assess realistic "specific energy absorption rate" (SAR) levels and the pending thermal load. Moreover, numerical experiments may complement physical experiments, strengthening the predictive consistency of this already standardized lab approach.A numerical model of the human head and radiation source is designed and validated in compliance with experimental electromagnetic dosimetry standards with the aim of extending and processing useful information from limited experimental output. The current study goes further by exploring the heat absorption from the CP used nearby the head, making use of numerical simulation of the coupled electromagnetic and thermal problems, applied on models with varying degrees of realism. The analysis presented here concentrates on the assessment of cumulative contributions - energy absorption through SAR and direct contact with the heated CP device - on raising the temperature.

Conclusions

Present work shows some results from a numerical study performed on a phantom-like head model, the SAM head, described by international standards that are used for the certification of mobile phone devices [6], [7]. This benchmark numerical model was initially developed and validated through experiment for SAR dosimetry [8], but its applicability is extended here for heating estimates. A combined thermal dosimetry analysis is performed, taking two heating sources into account, i.e. the well-documented temperature rise from radiofrequency power absorption and additional warming from direct contact of the ear with the casing of the phone (heated by power dissipation inside the device). The results show a highly non-uniform distribution of the temperature inside the target volume, as much as a slight increase of the local temperature on the hot spots, due to the additional ear surface warming.

One could see that all the analysis was performed on a very simplified numerical model, if compared against true anatomy and functionality of the human head (i.e. non-homogeneous anatomical structure with specific physical properties and energy transfer under the influence of subtle physiology mechanisms – metabolism, blood perfusion); realistic conditions could bring substantial differences. However, the cumulative effect of the heating sources is a reality; it depends on the emitted power and complexity of the phone and operation conditions and it is commonly sensed during long conversations because it creates discomfort to the phone user. This aspect needs to be considered more carefully in the assessment of bio-thermal effects and human protection.

https://ieeexplore.ieee.org/document/8724859

--

**Evaluation of the Effect of Cellular Phones on Salivary Levels of IL-10**

Pedrami A, Arbabi-Kalati F. Evaluation of the Effect of Cellular Phones on Salivary Levels of IL-10. Iran J Public Health. 2019 Feb; 48(2): 367–368.

No abstract.

JA 01655

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6556189/

--

**Glioma incidence and survival variations by county-level socioeconomic measures**

Cote DJ, Ostrom QT, Gittleman H, Duncan KR, CreveCoeur T, Kruchko C, Smith TR, Stampfer MJ, Barnholtz-Sloan J. Glioma incidence and survival variations by county-level socioeconomic measures. Cancer. 2019 Jun 17. doi: 10.1002/cncr.32328.

Abstract

BACKGROUND:  Multiple studies have reported higher rates of glioma in areas with higher socioeconomic status (SES) but to the authors' knowledge have not stratified by other factors, including race/ethnicity or urban versus rural location.

METHODS: The authors identified the average annual age-adjusted incidence rates and calculated hazard ratios for death for gliomas of various subtypes, stratified by a county-level index for SES, race/ethnicity, US region, and rural versus urban status.

RESULTS: Rates of glioma were highest in counties with higher SES (rate ratio, 1.18; 95% CI, 1.15-1.22 comparing the highest with the lowest quintiles [P < .001]). Stratified by race/ethnicity, higher rates in high SES counties persisted for white non-Hispanic individuals. Stratified by rural versus urban status, differences in incidence by SES were more pronounced among urban counties. Survival was higher for residents of high SES counties after adjustment for age and extent of surgical resection (hazard ratio, 0.82; 95% CI, 0.76-0.87 comparing the highest with the lowest quintile of SES [P < .001]). Survival was higher among white Hispanic, black, and Asian/Pacific Islander individuals compared with white non-Hispanic individuals, after adjustment for age, SES, and extent of surgical resection, and when restricted to those individuals with glioblastoma who received radiation and chemotherapy.

CONCLUSIONS: The incidence of glioma was higher in US counties of high compared with low SES. These differences were most pronounced among white non-Hispanic individuals and white Hispanic individuals residing in urban areas. Better survival was observed in high SES counties, even when adjusting for extent of surgical resection, and when restricted to those who received radiation and chemotherapy for glioblastoma. Differences in incidence and survival were associated with SES and race, rather than rural versus urban status.

Conflict of Interest Disclosures

Quinn T. Ostrom was supported by a Research Training Grant from the Cancer Prevention and Research Institute of Texas (RP160097T). Meir J. Stampfer has served as a paid expert witness for Verizon (represented by the Alston Bird Law firm) in a lawsuit regarding the alleged link between cell phones and brain cancer for work performed outside of the current study. The law firm and company had no knowledge of or influence on the current study. The other authors made no disclosures.

https://www.ncbi.nlm.nih.gov/pubmed/31206646

--

**Controversies around electromagnetic fields and electromagnetic hypersensitivity. The construction of "low noise" public problems**

Dieudonné M. [Controversies around electromagnetic fields and electromagnetic hypersensitivity. The construction of "low noise" public problems]. [Article in French] . Sante Publique. 2019 January February;Vol.

JA 01656

31(1):43-51. doi: 10.3917/spub.191.0043.

Abstract

For two decades, health effects of electromagnetic fields (EMF) and electromagnetic hypersensitivity (EHS) have become increasingly controversial topics in France. They constitute "low noise" public problems, whose construction seems impossible to complete : they can neither be eliminated from the political agenda nor durably included. This article analyses the political process leading to this situation using qualitative data. In line with previous studies of the dispute surrounding mobile phone base stations, it shows how the controversy around EMF health effects emerged from an urban planning problem subsequently converted into a public health issue. This conversion gave rise to a spin-off controversy surrounding EHS, which quickly grew to become a controversy of its own. The study of these controversies reveals how the democracy crisis affecting public risk management increases the risk of false health alarms. It also explains why EHS fails to get as medically recognized as other functional somatic syndromes, like fibromyalgia. Medically unexplained symptoms thus appear likely to contribute significantly to health controversies.

https://www.ncbi.nlm.nih.gov/pubmed/31210515

--

## Chronotoxicity of 1.8 GHz radio-frequency radiation on plasma stress hormones and immune factors in mice

Qin F, Shen T, Li J, Xu B, Chen Y, Zheng ZA, Zou D. [Chronotoxicity of 1.8 GHz radio-frequency radiation on plasma stress hormones and immune factors in mice]. [Article in Chinese]. Wei Sheng Yan Jiu. 2019 May;48(3):482-487.

Abstract

OBJECTIVE: To study the chronotoxicity of radio-frequency radiation(RF) on the plasma stress hormones and immune factors in mice.

METHODS: A total of 72 healthy C57 BL mice with circadian rhythm were divided into twelve groups: 6 Sham group and 6 RF groups. RF groups were exposed to 1.8 GHz RF at 226 μW/cm~2 for 60 days with 2 h/day respectively at corresponding zeitgeber time(ZT 0:00, ZT 4:00, ZT 8:00, ZT 12:00, ZT 16:00, ZT 20:00). The Sham group mice were exposed to the same condition without electromagnetic signal. At the end of last RF exposure, blood samples were collected from each animal. The concentrations of plasma stress hormones(ACTH, CORT) and immune factors(GM-CSF, TNF-α) were determined by enzyme linked immunosorbent assay(ELISA) method.

RESULTS: The daily average levels of ACTH, CORT, GM-CSF and TNF-α were 84.12, 60.14, 1112.02 and 594.49 ng/L, which were decreased to 62.07, 41.21, 84.18 and 305.08 ng/L after 60 days of RF exposure. Compared to sham-exposed animals, the daily average levels of ACTH, CORT, GM-CSF and TNF-α were all significantly decreased(P<0.05). Circadian rhythms in the secreting of CORT, GM-CSF, TNF-α were disappeared(P>0.05), circadian rhythms of ACTH was shifted in RF-exposed mice, with the amplitude reduced from 12.45 to 4.88 and peak time postponed from 1:39 to 5:29.

CONCLUSION: 1.8 GHz RF may weaken the function of stress and immune, and disturb their circadian rhythmicities.

https://www.ncbi.nlm.nih.gov/pubmed/31133139

--

54

**Sensitivity of EMF effects on childhood leukemia to confounding by residential mobility**

Amoon AT, Arah OA, Kheifets L. The sensitivity of reported effects of EMF on childhood leukemia to uncontrolled confounding by residential mobility: a hybrid simulation study and an empirical analysis using CAPS data. Cancer Causes Control. 2019 May 29. doi: 10.1007/s10552-019-01189-9.

Abstract

PURPOSE: Residential mobility is considered as a potential source of confounding in studies assessing environmental exposures, including in studies of electromagnetic field (EMF) exposures and childhood leukemia.

METHODS: We present a hybrid simulation study where we simulate a synthetic dataset based on an existing study and use it to assess the sensitivity of EMF-leukemia associations to different scenarios of uncontrolled confounding by mobility under two major hypotheses of the infectious etiology of childhood leukemia. We then used the findings to conduct sensitivity analysis and empirically offset the potential bias due to unmeasured mobility in the California Power Line Study dataset.

RESULTS: As expected, the stronger the assumed relationship between mobility and exposure and outcome, the greater the potential bias. However, no scenario created a bias strong enough to completely explain away previously observed associations.

CONCLUSIONS: We conclude that uncontrolled confounding by residential mobility had some impact on the estimated effect of EMF exposures on childhood leukemia, but that it was unlikely to be the primary explanation behind previously observed largely consistent, but unexplained associations.

https://www.ncbi.nlm.nih.gov/pubmed/31144088

--

**Amplitude-modulated RF EMF blocks growth of hepatocellular carcinoma via voltage-gated calcium channels and calcium ion influx**

Jimenez H, Wang M, Zimmerman JW, et al. ..., Blackman CF, Pasche BC. Tumour-specific amplitude-modulated radiofrequency electromagnetic fields induce differentiation of hepatocellular carcinoma via targeting Cav3.2 T-type voltage-gated calcium channels and Ca2+ influx. EBioMedicine. 2019 May 24. pii: S2352-3964(19)30342-1. doi: 10.1016/j.ebiom.2019.05.034. [Epub ahead of print]

Abstract

BACKGROUND: Administration of amplitude modulated 27·12 MHz radiofrequency electromagnetic fields (AM RF EMF) by means of a spoon-shaped applicator placed on the patient's tongue is a newly approved treatment for advanced hepatocellular carcinoma (HCC). The mechanism of action of tumour-specific AM RF EMF is largely unknown.

METHODS: Whole body and organ-specific human dosimetry analyses were performed. Mice carrying human HCC xenografts were exposed to AM RF EMF using a small animal AM RF EMF exposure system replicating human dosimetry and exposure time. We performed histological analysis of tumours following exposure to AM RF EMF. Using an agnostic genomic approach, we characterized the mechanism of action of AM RF EMF.

FINDINGS: Intrabuccal administration results in systemic delivery of athermal AM RF EMF from head to toe at levels lower than those generated by cell phones held close to the body. Tumour shrinkage results from differentiation of HCC cells into quiescent cells with spindle morphology. AM RF EMF targeted antiproliferative effects and cancer stem cell inhibiting effects are mediated by Ca2+ influx through Cav3·2 T-type voltage-

55

gated calcium channels (CACNA1H) resulting in increased intracellular calcium concentration within HCC cells only.

INTERPRETATION: Intrabuccally-administered AM RF EMF is a systemic therapy that selectively block the growth of HCC cells. AM RF EMF pronounced inhibitory effects on cancer stem cells may explain the exceptionally long responses observed in several patients with advanced HCC.

FUND: Research reported in this publication was supported by the National Cancer Institute's Cancer Centre Support Grant award number P30CA012197 issued to the Wake Forest Baptist Comprehensive Cancer Centre (BP) and by funds from the Charles L. Spurr Professorship Fund (BP). DWG is supported by R01 AA016852 and P50 AA026117.

Open access paper: https://www.ebiomedicine.com/article/S2352-3964(19)30342-1/fulltext

--

## Synergistic Effect of Radiofrequency EMF of Dental Light Cure Devices and Mobile Phones Accelerates Microleakage of Amalgam Restorations

Mortazavi SMJ, Dehghani Nazhvani A, Paknahad M. Synergistic Effect of Radiofrequency Electromagnetic Fields of Dental Light Cure Devices and Mobile Phones Accelerates the Microleakage of Amalgam Restorations: An in vitro Study. J Biomed Phys Eng. 2019 Apr 1;9(2):227-232.

Abstract

Background: Previous studies have shown that exposure to electromagnetic fields produced by magnetic resonance imaging or mobile phones can lead to increased microleakage of dental amalgam.

Objective: The aim of the present study was to investigate the effect of electromagnetic field of a commercial dental light cure device and a common GSM mobile phone on microleakage of amalgam restorations.

Materials and Methods: Identical class V cavities were prepared on the buccal surfaces of 60 non-carious extracted human teeth. The samples were randomly divided into 4 groups of 20 samples each. The samples in the first group were not exposed to electromagnetic fields, while the second and the third groups were exposed to electromagnetic fields produced by a commercial light cure device, or mobile phone radiation (60 min), respectively. The fourth group was exposed to electromagnetic radiations emitted by both mobile phone for 60 min and light cure device. Then, teeth samples were scored for microleakage according to a standard dye penetration protocol by examination under a stereomicroscope.

Results: The mean score of microleakage in the fourth group (light cure + mobile phone) was significantly higher than that of the control group (P =0.030). Moreover, the scores of microleakage in this group were significantly higher than that of the second group (light cure only) (P= 0.043).

Conclusion: Exposure of amalgam restorations to electromagnetic fields produced by both light cure devices and mobile phones can synergistically increase the microleakage of amalgam restorations.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6538905/

--

## Significant Cellular Viability Dependence on Time Exposition at ELF-EMF and RF-EMF In Vitro Studies

JA 01659

García-Minguillán López  O, Jiménez Valbuena A, 2 Maestú Unturbe C. Significant Cellular Viability Dependence on Time Exposition at ELF-EMF and RF-EMF In Vitro Studies.  Int. J. Environ. Res. Public Health 2019, 16(12), 2085; https://doi.org/10.3390/ijerph16122085.

Abstract

The human concern about the effect of electromagnetic fields (EMFs) has changed over time from the effects produced by EMFs of extremely low frequencies (ELFs) to the effects produced by exposure to a radio frequency (RF), with concerns shifting toward EMFs due to the development of new technologies and forms of communication. Previous studies have analysed the effects produced at different frequencies without considering in detail the effect of the time of exposure. Therefore, in the present study, we analysed in vitro the effect produced by a 100 µT EMF at different ELFs and exposure times in glioblastomas, as well as the effect produced in a fibroblast by an RF-EMF of 2.54 GHz. Our results indicate a significant time dependence in cell viability of fibroblasts exposed to an RF-EMF of 2.54 GHz and a non-time-dependent effect in cell viability of glioblastomas exposed to an ELF-EMF, highlighting the possible relation between frequency and time of exposure.

Conclusions

In most of the in vitro studies that have been done with EMFs, the time of exposure has not been considered in detail, even though cellular responses, such as cell proliferation, viability and death, clearly vary between chronic and acute exposure.

Our results demonstrate a time dependence of NIH/3T3 cell viability when exposed to an RF-EMF of 2.54 GHz, which decreases with time to obtain a 71.12% decline in viability after 21 h of exposure.

On the other hand, our results for an ELF-EMF of 100 µT have demonstrated non-time-dependent effects. Frequency dependence effects were observed, obtaining a primary increase in cell viability at 50 Hz and a reduction in cell viability at 30 Hz, showing that even the recommended exposure level affects cell viability.

Therefore, the relationship between the frequency and time of exposure could determine the cellular response, demonstrating a need for further research.

Open access paper: https://www.mdpi.com/1660-4601/16/12/2085/htm

--

**DNA effects of low level occupational exposure to extremely low frequency electromagnetic fields (50/60 Hz)**

Zendehdel R, Yu IJ, Hajipour-Verdom B, Panjali Z. DNA effects of low level occupational exposure to extremely low frequency electromagnetic fields (50/60 Hz).
Toxicol Ind Health. 2019 May 28:748233719851697. doi: 10.1177/0748233719851697.

Abstract

AIMS: Exposure to extremely low frequency magnetic fields (ELF-MF) occurs from natural and artificial sources. Although ELF-MF has been classified as a suspected humans carcinogen agent by the International Agency for Research on Cancer, little is known of the effects of ELF-MF at lower exposure levels of the recommended range. In the present study, DNA damage in the peripheral blood cells of power line workers was investigated.

MATERIALS AND METHODS: Occupational exposure to ELF-MF in a power plant was measured using the National Institute for Occupational Safety and Health (NIOSH) manual. Single-strand breaks (SSBs) in DNA

57

were evaluated in 29 male utility workers as the exposed population and 28 male support personnel as the control subjects using the comet assay. Effects of ELF-MF on subjects were evaluated using DNA percent in tails, tail length, olive length, and tail moment.

RESULTS: Occupational exposure levels to ELF-MF in the utility workers were less than the threshold limit values (TLV) recommended by the American Conference of Government Industrial Hygienist (ACGIH). The median value of the magnetic field at the working sites was 0.85 µT. Induction of DNA damage was observed for the exposed workers compared with the controls. Olive length, tail moment, and tail DNA percent increased significantly ( $p < 0.05$) in the utility workers.

CONCLUSIONS: Exposure to ELF-MF at levels less than the ACGIH exposure limit can produce DNA strand breaks.

https://www.ncbi.nlm.nih.gov/pubmed/31138035

--

**Impact of RF and LEDs on plants growth**

Al Saadi A, ; Al Rashdi M, Al-Nassri H, Nadir Z, Khan M. Impact of RF and leds on plants growth. 7th Brunei International Conference on Engineering and Technology 2018 (BICET 2018). 12-14 Nov. 2018. DOI: 10.1049/cp.2018.1500.

Abstract

The agriculture sector is one of the most important sectors supporting the Gross National Product of many countries throughout globe. Improving the agricultural productivity with minimal natural resources is the possible solution to mitigate the worldwide food shortage. This paper discusses a new useful agricultural method by using electromagnetic fields to improve the seed germination and crop yields. Also, this study explored the possible impacts of LEDs with different colours to enhance seed germination. These applications may also have had a positive effect on increasing crop production in the longer term. This research focuses in studying the impact of electromagnetic field, red and blue LEDs on cucumber and marigold plants and analysing the plants after the application of these electromagnetic field treatments. The EM field wasproduced using RF transmitter of 2.4 GHz with horn antenna to expose the experiment plants to the maximum in order to get the best possible outcome.

Conclusion

Overall results exhibited that the exposure to electromagnetic field treatment yielded a slightly stressed environment, which affected the cucumber plant growth and especially marigold plants development. Increasing the electromagnetic field yielded to reduce plant length and flowering rate. Higher electrolyte leakage coupled with reduced plant growth may be a function of free radical processes. It has been reported earlier that free radicals are potentially detrimental in disrupting biological systems e. g. membrane (lipid peroxidation), DNA, proteins, damage. Apparently, our preliminary results showed similar mechanism of free radical process a source of abiotic stress factor in plants; however
repeated experiments on diverse crops are underway to validate our initial results on marigold. The plants in different light boxes were affected with the heat produced by the LEDs. This factor should be taken seriously in any upcoming work with limited closed space. Also, the Biology or microscopic analysis is recommended to investigate it in more
depth to conclude accordingly. The cucumber seeds inside the boxes did not germinate because of external effects (not related to our system) since even the seeds outside the boxes did not germinate.

https://ieeexplore.ieee.org/document/8726925

58

JA 01661

--

**Effects of Mobile Phone Exposure on Mast Cells in Rat Dura Mater**

Tumkaya L, Kalkan Y, Gokce FM, Erdivanli B, Yilmaz A, Bahceci I, Yazici ZA, Mercantepe T. The Effects of Mobile Phone Exposure on Mast Cells in Rat Dura Mater. Int J Morphology. 37(2):719-723. Jun 2019.

Abstract

Mobile phone use has increased rapidly. The central nervous system has been shown to be adversely affected by its electromagnetic field (EMF) resulting in headache and sleep disturbances. How the cells make up the CNS and are affected by EMF is unclear. However, because of their central role in inflammation through diverse stimuli including radiation, this study aimed to investigate the effects of electromagnetic fields induced by mobile phones on mast cells in rat dura mater. A total of 18 adult, female, Sprague-Dawley rats were divided into two groups. The choice of female rats for his study was based on recent surveys demonstrating that mobile phone use is more frequent and prolonged among females. The study group was exposed to 900 MHz electromagnetic field (1 h/day for 45 days). In the end of the study, duramater tissue was extracted and stained using Toluidine blue. Mast cells were counted and results were analysed using Student t test. Mean mast cell number was 202.33 +/- 982 and 456.78 +/- 35.01 in the control and study groups, respectively (p<0.05). Analysis of serum electrolyte and immunoglobulin E levels showed no statistically significant difference between the two groups (p>0.05). The study showed that mobile phone exposure increased mast cell number and degranulation in rat dura mater. Further studies arc required to evaluate the clinical implications of these findings.

Open access paper: https://scielo.conicyt.cl/pdf/ijmorphol/v37n2/0717-9502-ijmorphol-37-02-00719.pdf

--

**Effect of Extremely Low-Frequency (ELF) Electromagnetic Fields on Musculoskeletal Disorders and Role of Oxidative Stress**

Hosseinabadi MB, Khanjani N. The Effect of Extremely Low-Frequency Electromagnetic Fields on the Prevalence of Musculoskeletal Disorders and the Role of Oxidative Stress. Bioelectromagnetics. Published online June 18, 2019. https://doi.org/10.1002/bem.22198

Abstract

Extremely low-frequency electromagnetic fields (ELF-EMFs) may cause negative health effects. This study aimed to investigate the direct and indirect effects of chronic exposure to extremely low-frequency electric and magnetic fields on the prevalence of musculoskeletal disorders (MSDs).

In this cross-sectional study, 152 power plant workers were enrolled. The exposure level of employees was measured based on the IEEE Std C95.3.1 standard. Superoxide dismutase (SOD), catalase (Cat), glutathione peroxidase (GPx), total antioxidant capacity (TAC), and malondialdehyde (MDA) (independent variables) were measured in the serum of subjects. The Nordic musculoskeletal questionnaire was used to assess MSDs (dependent variable).

The mean exposure of electric and magnetic fields were 4.09 V/m (standard deviation [SD] = 4.08) and 16.27 µT (SD = 22.99), respectively. Increased levels of SOD, Cat, GPx, and MDA had a direct significant relation with MSDs. In the logistic regression model, SOD (odds ratio [OR] = 0.952, P = 0.026), GPx (OR = 0.991, P = 0.048), and MDA (OR = 0.741, P = 0.021) were significant predictors of MSDs.

ELF-EMFs were not related to MSDs directly; however, increased levels of oxidative stress may cause MSDs.

59

JA 01662

https://onlinelibrary.wiley.com/doi/abs/10.1002/bem.22198

--

**Evidence of plasma membrane-mediated ROS generation upon ELF exposure in neuroblastoma cells**

Merla C, Liberti M, Consales C, Denzi A, Apollonio F, Marino C, Benassi B. Evidences of plasma membrane-mediated ROS generation upon ELF exposure in neuroblastoma cells. Biochim Biophys Acta Biomembr. 2019 Jun 11. pii: S0005-2736(19)30137-3. doi: 10.1016/j.bbamem.2019.06.005.

Abstract

BACKGROUND: Molecular mechanisms of interaction between cells and extremely low frequency magnetic fields (ELF-MFs) still represent a matter of scientific debate. In this paper, to identify the possible primary source of oxidative stress induced by ELF-MF in SH-SY5Y human neuroblastoma cells, we estimated the induced electric field and current density at the cell level.

METHODS: We followed a computational multiscale approach, estimating the local electric field and current density from the whole sample down to the single cell level. The procedure takes into account morphological modeling of SH-SY5Y cells, arranged in different topologies. Experimental validation has been carried out: neuroblastoma cells have been treated with Diphenyleneiodonium (DPI) -an inhibitor of the plasma membrane enzyme NADPH oxidase (Nox)- administered 24 h before exposure to 50 Hz (1 mT) MF.

RESULTS: Macroscopic and microscopic dosimetric evaluations suggest that increased current densities are induced at the plasma membrane/extra-cellular medium interface; identifying the plasma membrane as the main site of the ELF-neuroblastoma cell interaction. The in vitro results provide an experimental proof that plasma membrane Nox exerts a key role in the redox imbalance elicited by ELF, as DPI treatment reverts the generation of reactive oxygen species induced by ELF exposure.

GENERAL SIGNIFICANCE: Microscopic current densities induced at the plasma membrane are likely to play an active physical role in eliciting ELF effects related to redox imbalance. Multiscale computational dosimetry, supported by an in vitro approach for validation, is proposed as the innovative and rigorous paradigm to unveil mechanisms underlying the complex ELF-MF interactions.

https://www.ncbi.nlm.nih.gov/pubmed/31199897

--

**Extremely low frequency electromagnetic radiation enhanced energy metabolism and induced oxidative stress in Caenorhabditis elegans**

Sun YY, Wang YH, Li ZH, Shi ZH, Liao YY, Tang C, Cai P. [Extremely low frequency electromagnetic radiation enhanced energy metabolism and induced oxidative stress in Caenorhabditis elegans]. [Article in Chinese] . Sheng Li Xue Bao. 2019 Jun 25;71(3):388-394.

Abstract

The aim of this study was to determine the effects of extremely low frequency electromagnetic field (ELF-EMF) on energy metabolism and oxidative stress in Caenorhabditis elegans (C. elegans). Worms in three adult stages (young adult stage, egg-laying stage and peak egg-laying stage) were investigated under 50 Hz, 3 mT ELF-EMF exposure. ATP levels, ATP synthase activity in vivo, reactive oxygen species (ROS) content, and changes of total antioxidant capacity (TAC) were detected, and worms' oxidative stress responses were also evaluated under ELF-EMF exposure. The results showed that ATP levels were significantly increased under this ELF-EMF exposure, and mitochondrial ATP synthase activity was upregulated simultaneously. In young

JA 01663

adult stage, worms' ROS level was significantly elevated, together with upregulated TAC but with a decreased ROS-TAC score indicated by principal component analysis. ROS level and TAC of worms had no significant changes in egg-laying and peak egg-laying stages. Based on these results, we concluded that ELF-EMF can enhance worm energy metabolism and elicit oxidative stress, mainly manifesting as ATP and ROS level elevation together with ATP synthase upregulation and ROS-TAC score decrease in young adult C. elegans.

https://www.ncbi.nlm.nih.gov/pubmed/31218329

--

**Effect of low frequency electromagnetic radiation on the morphology of dental and periodontal tissues**

Markovskaya IV. The effect of low frequency electromagnetic radiation on the morphology of dental and periodontal tissues (experimental investigation). Wiad Lek. 2019;72(5 cz 1):773-778.

Abstract

OBJECTIVE: Low intensity electromagnetic effects possess a high biological activity, reduce the adaptive reserves of the body, impair immunity, adversely affect the functional state of the organs and body systems. The aim of the study was to identify in the experiment the effect of low-frequency electromagnetic radiation on the morphological state of the dental and periodontal tissue.

PATIENTS AND METHODS: The experiment was conducted on WAG rats weighing 180-200 g, during which two groups were formed: group 1 (control group) included 12 WAG rats, which were not performed any manipulations; the rats of group 2 (investigation group) (n=12) for 30 days were exposed to a 70 kHz low-frequency alternating electric field (5th frequency range) daily from 9.00 to 12.00. To simulate a low-frequency 70 kHz alternating electric field, certified experimental equipment was used. The study material was the upper jaw tissue. Histological and histochemical staining methods were used. Morphometric study was conducted.

RESULTS: Complex morphological study on the experimental material allowed identifying the damaging effect of low-frequency electromagnetic radiation on the structural components of tooth and periodontal tissues.

CONCLUSION: Our findings suggest that the workers who are exposed to occupational low-frequency electromagnetic radiation should be included in the risk group for developing diseases of the dentomandibular system in order to carry out timely therapeutic and preventive measures.

https://www.ncbi.nlm.nih.gov/pubmed/31175771

--

**Are increases in EMF in the human environment interacting with environmental pollution the tipping point for increases in neurological deaths?**

Pritchard C, Silk A, Hansen L. Are rises in Electro-Magnetic Field in the human environment, interacting with multiple environmental pollutions, the tipping point for increases in neurological deaths in the Western World? Med Hypotheses. 2019 Jun;127:76-83. doi: 10.1016/j.mehy.2019.03.018.

Abstract

Whilst humans evolved in the earth's Electro-Magnetic-Field (EMF) and sun-light, both being essential to life but too much sun and we burn. What happens if background EMF rise to critical levels, coinciding with increasing environmental pollutants? Two of the authors can look back over 50 clinical years and appreciate the profound changes in human morbidity across a range of disparate conditions - autoimmune diseases, asthma, earlier cancer incidence and reduced male sperm counts. In particular have been increased autism,

61

dyslexia, Attention Deficit Hyperactivity Disorder and neurological diseases, such as Amyotrophic Lateral Sclerosis, Multiple Sclerosis, Parkinson's Disease, Early Onset Dementia, Multiple System Atrophy and Progressive Supranuclear Palsy. What might have caused these changes-whilst genetic factors are taken as given, multiple environmental pollutants are associated with neurological disease although the mechanisms are unclear. The pace of increased neurological deaths far exceeds any Gompertzian explanation - that because people are living longer they are more likely to develop more age-related problems such as neurological disease. Using WHO global mortality categories of Neurological Disease Deaths (NDD) and Alzheimer's and Dementia deaths (Alz), updated June 2018, together they constitute Total Neurological Mortality (TNM), to calculate mortality rates per million for people aged 55-74 and for the over-75's in twenty-one Western countries. Recent increases in American people aged over-75's rose 49% from 1989 to 2015 but US neurological deaths increased five-fold. In 1989 based on Age-Standardised-Deaths-Rates America USA was 17th at 324 pm but rising to 539 pm became second highest. Different environmental/occupational factors have been found to be associated with neuro-degenerative diseases, including background EMF. We briefly explore how levels of EMF interact upon the human body, which can be described as a natural antennae and provide new evidence that builds upon earlier research to propose the following hypothesis. Based upon recent and new evidence we hypothesise that a major contribution for the relative sudden upsurge in neurological morbidity in the Western world (1989-2015), is because of increased background EMF that has become the tipping point-impacting upon any genetic predisposition, increasing multiple-interactive pollutants, such as rises in petro-chemicals, hormone disrupting chemicals, industrial, agricultural and domestic chemicals. The unprecedented neurological death rates, all within just twenty-five years, demand a re-examination of long-term EMF safety related to the increasing background EMF on human health. We do not wish to 'stop the modern world', only make it safer.

https://www.ncbi.nlm.nih.gov/pubmed/31088653

--

**The possible global hazard of cell phone radiation on thyroid cells and hormones: a systematic review**

Asl JF, Larijani B, Zakerkish M, Rahim F, Shirbandi K, Akbari R. The possible global hazard of cell phone radiation on thyroid cells and hormones: a systematic review of evidences. Environ Sci Pollut Res Int. 2019 May 6. doi: 10.1007/s11356-019-05096-z.

Abstract

The aim of this review was to investigate the effects of possible harmful waves from either cell phone use or being within the range of the cell phone from 450 to 3800 MHz on the thyroid cells and hormones. Eight electronic datasets were systematically searched using MeSH terms, including "cell phone," "mobile phone," "GSM," "radio frequency," "smartphone," "triiodothyronine," "thyroxin," "thyroid-stimulating hormone," "T3," "T4," "TSH," and "morphological" and all possible combinations, to identify relevant studies published up to Dec 2018. We also manually searched the reference lists of potentially selected studies to identify further relevant publications. About 161 relevant studies were initially found. After screening titles and abstracts, 139 studies were excluded, and finally 22 studies (comprising 7182 cases) were included in the qualitative synthesis. Of the 22 included studies, 11 studies reported changes in T3 and T4 levels (six reported a decrease in T3 levels and one reported increase in it); moreover, five found decreased T4 levels and two studies an increased level. In other 10 studies, TSH alteration was reported. Of these, two studies reported a decrease in TSH level and one reported an increase in the hormone levels, while in the remaining studies non-significant changes were reported. Finally, seven studies examined histological changes in the thyroid gland follicles and showed that the volume of these cells was reduced. Based on the evidence discussed above, the reduction in diameter of thyroid follicles is potentially linked with cell phone radiation. Exposure may negatively influence the iodine uptake in the thyroid gland or increases temperature effect on the thyroid gland. However, further research are needed in order to show that the level of TSH and thyroid hormone suppression by microwave.

62

https://www.ncbi.nlm.nih.gov/pubmed/31062236

Also see: https://www.saferemr.com/2014/07/is-mobile-phone-use-contributing-to.html

--

**Effect of mobile phone radiofrequency signal on the alpha rhythm of human waking EEG: A review**

Wallace J, Selmaoui B. Effect of mobile phone radiofrequency signal on the alpha rhythm of human waking EEG: A review. Environmental Research. Published online May 12, 2019. https://doi.org/10.1016/j.envres.2019.05.016

Abstract

In response to the exponential increase in mobile phone use and the resulting increase in exposure to radiofrequency electromagnetic fields (RF-EMF), there have been several studies to investigate via electroencephalography (EEG) whether RF-EMF exposure affects brain activity. Data in the literature have shown that exposure to radiofrequency signals modifies the waking EEG with the main effect on the alpha band frequency (8–13 Hz). However, some studies have reported an increase in alpha band power, while others have shown a decrease, and other studies showed no effect on EEG power. Given that changes in the alpha amplitude are associated with attention and some cognitive aspects of human behavior, researchers deemed necessary to look whether alpha rhythm was modulated under RF-EMF exposure. The present review aims at comparing and discussing the main findings obtained so far regarding RF-EMF effects on alpha rhythm of human waking spontaneous EEG, focusing on differences in protocols between studies, which might explain the observed discrepancies and inconclusive results.

Excerpts

Overview of 30 total selected studies which investigated the effect of the radiofrequency electromagnetic fields on human waking spontaneous EEG … 47% of studies found a significant modification exclusively of the alpha band, the 30% found a significant modification of the alpha band and other frequency bands (delta, theta, beta and gamma), the 3% (only one study) found an effect on the gamma and beta band, without any effect on the alpha rhythm, the 20% reported no significant effect on the EEG.

… MP-RF [mobile phone - radio frequency] can affect normal brain physiology and that the most consistent effect observed is in the alpha frequency. This effect is also observed after RF-EMF exposure. Some studies on adolescents (two studies included 2G system and one study included 3G system) did not indicate a higher sensitivity of this age group compared to adults. Conversely, four studies with epileptic patients showed an effect on their brain's electrophysiology related to 2G exposure. Previous systematic reviews and meta-analyses indicated that acute MP exposures did not have any cognitive or psychomotor effects (Valentini et al., 2011), with a negligible impact on attention and working memory (Barth et al., 2007).

https://www.sciencedirect.com/science/article/pii/S0013935119302749

--

**Mobile phones: A trade-off between speech intelligibility and exposure to noise levels and to radio-frequency electromagnetic fields**

Thielens A, Bockstael A, Declerck S, Aminzadeh R, Aerts S, Botteldooren D, Martens L, Wout J.Mobile phones: A trade-off between speech intelligibility and exposure to noise levels and to radio-frequency electromagnetic field. Environmental Research. Published online May 8, 2019. https://doi.org/10.1016/j.envres.2019.05.006

JA 01666

Highlights

• First time measurement of simultaneous head exposure to RF-EMF and sound pressure during smartphone usage.
• Three use cases are compared: smartphone use at the ear, in speaker mode, and with a headset.
• We demonstrate that exposure to RF-EMF and sound pressure is highest when a phone held at the ear during calls.
• Speech intelligibility is more favourable when the phone is held at the ear in different background noise conditions.
• We demonstrate that reductions in exposure might come at a cost of speech intelligibility during wireless phone calls.

Abstract

When making phone calls, cellphone and smartphone users are exposed to radio-frequency (RF) electromagnetic fields (EMFs) and sound pressure simultaneously. Speech intelligibility during mobile phone calls is related to the sound pressure level of speech relative to potential background sounds and also to the RF-EMF exposure, since the signal quality is correlated with the RF-EMF strength. Additionally, speech intelligibility, sound pressure level, and exposure to RF-EMFs are dependent on how the call is made (on speaker, held at the ear, or with headsets). The relationship between speech intelligibility, sound exposure, and exposure to RF-EMFs is determined in this study. To this aim, the transmitted RF-EMF power was recorded during phone calls made by 53 subjects in three different, controlled exposure scenarios: calling with the phone at the ear, calling in speaker-mode, and calling with a headset. This emitted power is directly proportional to the exposure to RF EMFs and is translated into specific absorption rate using numerical simulations. Simultaneously, sound pressure levels have been recorded and speech intelligibility has been assessed during each phone call. The results show that exposure to RF-EMFs, quantified as the specific absorption in the head, will be reduced when speaker-mode or a headset is used, in comparison to calling next to the ear. Additionally, personal exposure to sound pressure is also found to be highest in the condition where the phone is held next to the ear. On the other hand, speech perception is found to be the best when calling with a phone next to the ear in comparison to the other studied conditions, when background noise is present.

Excerpt

To our knowledge, this is the first study that reports SAR values and emitted powers obtained using actual phone calls made by several volunteers in controlled exposure conditions. In addition, it is also to the authors' best knowledge, the first paper studying the joint exposure to sound and RF-EMF....

Conclusions

In this study, the transmitted radio-frequency electromagnetic field (RF-EMF) power was recorded for 53 subjects who carried out phone calls in three controlled exposure scenarios: calling with the phone at the ear, calling in speaker-mode, and calling with a headset. Phone calls were carried out using the Wideband Code Division Multiple Access (WCDMA) and Global System for Mobile communication (GSM) technologies. For both communication technologies, the emitted power of the phone at the ear was higher than the emitted power in the two other exposure conditions. Moreover, Finite-Difference Time-Domain simulations for a fixed emitted power showed that the brain-averaged specific absorption rate (SARbrain) was higher when the emitting antenna was located close to the ear than in speaker-mode and headset (94–350 times higher). The SARbrain values were then rescaled using the measured powers emitted using GSM technology during the experiments in order to estimate the RF-EMF absorption in the three studied scenarios. It was concluded that the SARbrain will be reduced by more than a factor 100 when either speaker-mode or a headset are used, in comparison to calling next to the ear. These results can be used as additional input for governmental institutions that issue guidelines on smart phone usage with the aim of lowering exposure. Furthermore, in conditions where background noise was present, speech perception was found to be the best when the phone was held at the ear in comparison to using the phone in speaker mode or with a headset. However, the

64

exposure to sound pressure was also found to be the highest in the at-ear configuration, while it was lowest with the phone in speaker mode. Overall, the speaker-mode condition was found to be the configuration in which both exposures to RF-EMFs (in terms of SARbrain) and sound pressure were lowest, although reducing exposure by changing to this configuration does come at a cost in terms of speech intelligibility, in particular in noisy environments. Using a wired headset, on the other hand, was found to significantly reduce SARbrain while only reducing speech intelligibility by a small, yet significant in noisy conditions, amount in comparison to using the phone at the ear. These results are important for smartphone users that might be concerned about both exposure during their calls and about the quality of their calls.

https://www.sciencedirect.com/science/article/pii/S0013935119302580

--

**Effects of smartphone overuse on headache, sleep and quality of life in migraine patients**

Demir YP, Sumer MM. Effects of smartphone overuse on headache, sleep and quality of life in migraine patients. Neurosciences (Riyadh). 2019 Apr;24(2):115-121. doi: 10.17712/nsj.2019.2.20180037.

Abstract

OBJECTIVE: To investigate the effects of smartphone overuse on headache, sleep quality, daytime sleepiness and quality of life in migraine patients.

METHODS: This study is a single-center, cross sectional comparative study. This study was conducted between July and September 2017 in the Neurology Clinic of a private hospital. Migraine disability assessment (MIDAS) questionnaire was used to evaluate the disability status, and Mobile Phone Problematic Use Scale (MPPUS) was used to evaluate smartphone use frequency. The Visual Analogue Scale (VAS), 24-h Migraine Quality of Life Questionnaire (24-h MQoLQ), Pittsburgh Sleep Quality Index (PSQI) and Epworth Sleepiness Scale (ESS) were used to evaluate the pain intensity, quality of life, sleep quality and daytime sleepiness, respectively.

RESULTS: The study included a total of 123 patients. There was a significant difference between the groups in terms of pain intensity, frequency and duration as well as VAS, PSQI, 24-h MQoLQ and ESS ($p$ less than 0.05) scores. There was a negative correlation between MPPUS and PSQI ($r=-0.367$, $p$ less than 0.05); a strong positive correlation between MPPUS and ESS ($r=0.675$, $p$ less than 0.05) and a negative correlation between MPPUS and 24-h MQoLQ ($r=-0.508$, $p$ less than 0.05).

CONCLUSION: Smartphone use has been observed to increase headache duration and frequency in migraine patients. Its overuse in migraine patients is related to poor sleep quality and daytime sleepiness; furthermore, as the smartphone use increases, sleep quality decreases, daytime sleepiness increases and quality of life decreases.

https://www.ncbi.nlm.nih.gov/pubmed/31056543

--

**Analysis of biological effects of cell phone radiation on human body using specific absorption rate and thermoregulatory response**

Tanghid B. Rashid TB, Song HH. Analysis of biological effects of cell phone radiation on human body using specific absorption rate and thermoregulatory response. Microwave and Optical Technology Letters. 61(6):1482-1490. 2019. https://doi.org/10.1002/mop.31777

Abstract

Health and science have reached a point of intersection which has never existed before. With the recent rapid increase in the use of cellular phones and long periods of usage of these devices near the human body, public concern regarding potential health hazards due to absorption of electromagnetic energy has been growing. To address these issues, this research evaluates the average Specific Absorption Rate in different human tissues by varying source to antenna distance and radiated power using the ANSYS 3D human body model. The Pennes bioheat transfer equation was solved analytically to calculate the longtime exposure effect and temperature rise. The results show that regardless of the frequency, if the antenna radiated power is low (less than 125 mW), temperature increase within the human tissues is low; however if the antenna operates at high radiated power (1 W), temperature tends to increase eight and a half times.

Excerpts

The simulation was performed for five different frequencies (850 MHz, 900 MHz, 2.1 GHz, 2.6 GHz, and 5.1 GHz). To obtain the average SAR values on different scenarios, at each frequency antenna radiated power were varied four different times (0.125 W, 1 W, 1.5 W, and 2 W) and head to antenna distance varied three different times (0 mm, 10 mm, and 20 mm).

In head tissues, at higher frequencies (2.1 GHz, 2.6 GHz, and 5.1 GHz) at 125 mW radiated and when there is no distance between head and antenna, average SAR values are higher in all tissues except fat tissues as shown in Table 3-5. Maximum average SAR values are found in CSF, dura, brain, skin, and bone tissues at 5.1 GHz frequency, which are 11.4 W/kg, 10.89 W/kg, 10.77 W/kg, 10.51 W/kg and 9.3 W/kg, respectively, as shown in Table 4. Average SAR values are high at higher frequencies because tissues have relatively high conductivly. In high frequency at high radiated power of 1 W, average SAR values in all tissues are very high. The maximum average SAR value found in CSF tissue was 91.2 W/kg. This means if the antenna is operating at a high power level, there is a high chance of tissues being affected.

The above discussion proves that there is an inversely proportional relationship between SAR and the distance between the body model and the excitation source. For instance, increasing the distance between the source and the head model from 0 mm to 10 mm causes the SAR to decrease by approximately three times at lower frequency, and it decreases approximately five and a half times at higher frequency.

The research concludes, for the long time exposure, and even for the worst possible radiated power level, the temperature rise caused in the human tissues is not close to the dangerous [thermal] limit [42 degrees centigrade].

https://onlinelibrary.wiley.com/doi/abs/10.1002/mop.31777

--

**Trends in the incidence of primary brain, central nervous system and intracranial tumors in Israel, 1990-2015**

Keinan-Boker L, Friedman E, Silverman BG. Trends in the incidence of primary brain, central nervous system and intracranial tumors in Israel, 1990-2015. Cancer Epidemiol. 2018 Oct;56:6-13. doi: 10.1016/j.canep.2018.07.003.

Highlights

• Exponential growth in cellphone use fueled concerns regarding brain and CNS tumors.
• Results so far are inconsistent. Studying cancer incidence trends may thus be informative.
• We studied brain tumor trends from 1990 to 2015 in Israel, when cellphone use dramatically increased.
• Results do not support a substantial role for cellphone use; smaller risks in special subgroups may exist.
• Future research is needed; implementation of the precautionary principle is prudent.

66

JA 01669

Abstract

BACKGROUND: The association between cellphone technology and brain, central nervous system (CNS) and intracranial tumors is unclear. Analysis of trends in incidence of such tumors for periods during which cellphone use increased dramatically may add relevant information. Herein we describe secular trends in the incidence of primary tumors of the brain and CNS from 1990 to 2015 in Israel, a period during which cellphone technology became extremely prevalent in Israel.

METHODS: All cases of primary brain, CNS and intracranial tumors (excluding lymphomas) diagnosed in Israel from 1990 to 2015 were identified in the Israel National Cancer Registry database and categorized by behavior (malignant; benign/uncertain behavior) and histologic type. Annual age-standardized incidence rates by sex and population group (Jews; Arabs) were computed, and the annual percent changes and 95% confidence intervals per category were calculated using Joinpoint software.

RESULTS: Over 26 years (1990-2015) no significant changes in the incidence of malignant brain, CNS and intracranial tumors were observed, except for an increase in malignant glioma incidence in Jewish women up to 2008 and Arab men up to 2001, which levelled off in both subgroups thereafter. The incidence of benign/uncertain behavior brain, CNS and intracranial tumors increased in most population groups up to the mid-2000s, a trend mostly driven by changes in the incidence of meningioma, but either significantly decreased (Jews) or stabilized (Arabs) thereafter.

CONCLUSIONS: Our findings are not consistent with a discernable effect of cellphone use patterns in Israel on incidence trends of brain, CNS and intracranial tumors.

https://www.ncbi.nlm.nih.gov/pubmed/30015055

Excerpts

"When cancer occurrence rates referred to glioblastomas only, Joinpoint analysis of incidence trends was restricted to the period from 1995 to 2015 due to small numbers of cases in the Arab population prior to 1995. Stable incidence trends were noted, with non-significant APCs, in all population subgroups: APC1995–2015 for Jewish men was +0.6% (95%CI -0.4%,+1.6%); APC1995–2015 for Jewish women was +0.6% (95%CI -0.1%,+1.6%); APC1995–2015 for Arab men was -1.6% (95%CI -3.9%,+0.8%); APC1995–2015 for Arab women was +0.4% (95%CI -2.9%,+3.8%).

Analysis of time trends by age groups disclosed stable trends in most population- age- and sex groups, except for a mild increase in Jewish males aged 65 and over (APC1990–2015 +1.2%, p < 0.05) and in Arab males aged 20–64 (APC1990–2015 +1.5%, p < 0.05). In the population of Arab females, lack of cases in the age groups of 20–64 and 65+ in certain years prevented an analysis of trends."

"However, ecologic studies, of which ours is an example, may be insensitive to excess in risk which is restricted to certain groups (for example, heavy users or subjects exposed from very young ages) or to certain tumor types (e.g., tumors that are very rare, that involve specific anatomical sites, or that have unusually long latency periods) [34]. Little et al. [35] also commented that the predicted rates of glioma based on data derived from the small proportion of highly exposed people in the Interphone study, could be consistent with the observed rates in their study [35]. Therefore, although a substantial risk is not very plausible, smaller risks cannot be ruled out and future research should address specific exposure groups, and tumor types and sites, and should allow for longer follow up periods."

--

**Incidence trends of adult malignant brain tumors in Finland, 1990-2016**

67

JA 01670

Natukka T, Raitanen J, Haapasalo H, Auvinen A. Incidence trends of adult malignant brain tumors in Finland, 1990-2016. Acta Oncol. 2019 Apr 15:1-7. doi: 10.1080/0284186X.2019.1603396.

Abstract

BACKGROUND: Several studies have reported increased incidence trends of malignant gliomas in the late 1900s with a plateau in the 2000s, but also some recent increases have been reported. The purpose of our study was to analyze incidence trends of malignant gliomas in Finland by morphology and tumor location.

MATERIAL AND METHODS: Data on 4730 malignant glioma patients were obtained from case notifications to the nationwide, population-based Finnish Cancer Registry (FCR), and less detailed data on 3590 patients up to 2016. Age-standardized incidence rates (ASR) and average annual percent changes (APCs) in the incidence rates were calculated by histological subtype and tumor location.

RESULTS: The incidence rate of gliomas was 7.7/100,000 in 1990-2006 and 7.3 in 2007-2016. The incidence of all gliomas combined was stable during both study periods, with no departure from linearity. In an analysis by age group, increasing incidence was found only for ages 80 years and older (1990-2006). During both study periods, incidence rates were increasing in glioblastoma and decreasing in unspecified brain tumors. In 1990-2006, rates were also increasing for anaplastic oligodendroglioma, oligoastrocytoma and unspecified malignant glioma, while decreasing for astrocytoma. As for tumor location, incidence in 1990-2006 was increasing for frontal lobe and brainstem tumors, as well as those with an unspecified location, but decreasing for the parietal lobes, cerebrum and ventricles.

CONCLUSIONS: No increasing incidence trend was observed for malignant gliomas overall. An increasing incidence trend of malignant gliomas was found in the oldest age group during 1990-2006.

https://www.ncbi.nlm.nih.gov/pubmed/30985227


Excerpts

The incidence trend of glioblastoma was slightly increasing (APC: +0.8%; 95% CI: 0.0, +1.7 for 1990–2006 and +1.9%; 95% CI: +0.2, +3.5 for 2007–2016; Tables 2 and 3).

Incidence of glioblastoma increased slightly throughout the study period, while unspecified tumors of the brain showed a decreasing incidence trend.

We also found a slightly increasing incidence trend for the most common histological subtype, glioblastoma, which is consistent with several other studies [1,5,7–9,11,17,18]. A study from United States showed an increasing incidence trend for gliomas in the frontal lobe and decreasing trends for the cerebrum, ventricles and overlapping subtypes [17].

References

[1] Ostrom QT, Gittleman H, Liao P, et al. CBTRUS statistical report: primary brain and other central nervous system tumors diagnosed in the United States in 2010–2014. Neuro Oncol. 2017;19: v1–v88.
[5] Ho VKY, Reijneveld JC, Enting RH, et al. Changing incidence and improved survival of gliomas. Eur J Cancer. 2014;50:2309–2318.
[7] Arora RS, Alston RD, Eden TOB, et al. Are reported increases in incidence of primary CNS tumours real? An analysis of longitudinal trends in England, 1979–2003. Eur J Cancer. 2010;46: 1607–1616.
[8] Deorah S, Lynch CF, Sibenaller ZA, et al. Trends in brain cancer incidence and survival in the United States: surveillance, epidemiology, and end results program, 1973 to 2001. Neurosurg Focus. 2006;20:E1.

68

[9] Hess KR, Broglio KR, Bondy ML. Adult glioma incidence trends in the United States, 1977–2000. Cancer. 2004;101:2293–2299.

[11] Lonn S, Klaeboe L, Hall P, et al. Incidence trends of adult primary intracerebral tumors in four Nordic countries. Int J Cancer. 2004; 108:450–455.

[17] Zada G, Bond AE, Wang YP, et al. Incidence trends in the anatomic location of primary malignant brain tumors in the United States: 1992–2006. World Neurosurg. 2012;77:518–524.

[18] Dubrow R, Darefsky AS. Demographic variation in incidence of adult glioma by subtype, United States, 1992–2007. BMC Cancer. 2011;11:325.

--

## The Prevalence of People With Restricted Access to Work in Man-Made Electromagnetic Environments

Bevington M. The Prevalence of People With Restricted Access to Work in Man-Made Electromagnetic Environments. Journal of Environment and Health Science. Published online Jan 18, 2019.

Abstract

Some surveys have identified people who have restricted access to work in environments with man-made electromagnetic exposures. This study attempts to determine their prevalence, an aspect not previously investigated in its own right. It is based on analyses of the two different types of surveys of people with Idiopathic Environmental Intolerance attributed to Electromagnetic Fields (IEI-EMF), or Electromagnetic Hyper-Sensitivity (EHS), either of the general population or of people with IEI-EMF/EHS. In addition, there are different definitions of IEI-EMF/EHS, with a range of subconscious, mild, moderate or severe symptoms, potentially leading in three stages to hyper-sensitivity. The current evidence is assessed as indicating that, in addition to subconscious sensitivity, the prevalence of IEI-EMF/EHS is between about 5.0 and 30 per cent of the general population for mild cases, 1.5 and 5.0 per cent for moderate cases and < 1.5 per cent for severe cases. The prevalence of people restricted in their access to work in a man-made electromagnetic environment is estimated at 0.65 per cent of the general population, at about 18% of the general population with moderate IEI-EMF/EHS. The estimate of 0.65% equates to 435,500 people in the UK's population of 67 million. Some reasons for possible under-reporting are discussed. Adjustments can enable some people with this disability to remain in employment, suggesting that rates of restriction in access to work may fall as employers become aware of what adjustments are needed.

Open access paper: https://www.ommegaonline.org/article-details/The-Prevalence-of-People-With-Restricted-Access-to-Work-in-Man-Made-Electromagnetic-Environments/2402

--

## Disturbance in haematological parameters induced by EMF exposure: Review paper

Jbirea JM, Azab AE, Elsayed ASI. Disturbance in haematological parameters induced by exposure to electromagnetic fields. Hematology & Transfusion International Journal. 6(6):242-251. 2018.

Abstract

Background: The use of mobile phones, wireless, and electrical devices has gradually increased throughout the last century, and scientists have suggested that electromagnetic fields (EMFs) generated by such devices may have harmful effects on living creatures. Many studies revealed that the EMFs might produce a variety of adverse effects on human health as headaches, chronic fatigue, heart problems, stress, nausea, chest pain, and also some bad effects on central nervous, endocrine and immune systems. Exposure to EMF result in deterioration of RBCs function and metabolic activity, it was expected that, the increase of toxicity in specific organs was a result of the RBCs functional failure. The mechanisms by which the electromagnetic fields cause their bad effects may be by causing deterioration in cellular large molecules, imbalance in ionic equilibrium and

generation of reactive oxygen species (ROS). These reactive oxygen species can damage cellular components such as proteins, lipids and DNA. Measurements of blood parameters are of the most important diagnostic methods by which we can determine the health status of human and animals for certain diseases as anemia, leukemia and also detect the presence of the inflammations.

Objectives: This study aimed to present an overview on the previous works from 1997 to 2018 on the varying effects of electromagnetic fields on haematological data in human and different species of experimental models by using different frequencies, intensities, and different sources of electromagnetic fields for different periods. The hematological parameters are fluctuating across the exposure period to the EMFs suggesting the possible induction of hazardous biological effects during the exposure to magnetic field.

Conclusion: It can be concluded that exposure of human and experimental animals to EMFs cause harmful effects on blood cells. These effects were disturbance in haematological parameters depending on species, the sources of EMFs, frequencies, intensities and duration of exposure.

Open access paper: https://medcraveonline.com/HTIJ/HTIJ-06-00193.pdf

--

**Conflicts of Interest and Misleading Statements in Official Reports about the Health Consequences of Radiofrequency Radiation and Some New Measurements of Exposure Levels**

Pockett S. Conflicts of Interest and Misleading Statements in Official Reports about the Health Consequences of Radiofrequency Radiation and Some New Measurements of Exposure Levels. Magnetochemistry 2019, 5(2), 31; https://doi.org/10.3390/magnetochemistry5020031

Abstract
Official reports to governments throughout the Western world attempt to allay public concern about the increasing inescapability of the microwaves (also known as radiofrequency radiation or RF) emitted by "smart" technologies, by repeating the dogma that the only proven biological effect of RF is acute tissue heating, and assuring us that the levels of radiation to which the public are exposed are significantly less than those needed to cause acute tissue heating. The present paper first shows the origin of this "thermal-only" dogma in the military paranoia of the 1950s. It then reveals how financial conflict of interest and intentionally misleading statements have been powerful factors in preserving that dogma in the face of now overwhelming evidence that it is false, using one 2018 report to ministers of the New Zealand government as an example. Lastly, some new pilot measurements of ambient RF power densities in Auckland city are reported and compared with levels reported in other cities, various international exposure limits, and levels shown scientifically to cause biological harm. It is concluded that politicians in the Western world should stop accepting soothing reports from individuals with blatant conflicts of interest and start taking the health and safety of their communities seriously.

Conclusions

   It is time to stop believing ICNIRP spin. Tissue heating is not the only biological effect of radiofrequency radiation. The thermal-only exposure limit is not safe.
   Like tobacco smoke, low intensity radiofrequency radiation has multiple harmful effects on human health. Unlike secondhand smoke, secondhand radiation is fast becoming inescapable. The present situation is thus worse than Big Tobacco redux.
   Elected politicians should stop accepting biased reports from individuals with blatant conflicts of interest and start taking seriously the health and safety of their constituents; or at least of their own children and grandchildren.
   The unchecked expansion of Big Wireless permitted by ICNIRP's thermal-only guidelines is actively harmful to all biological inhabitants of planet Earth. Further expansion to 5G technology will inevitably involve yet more

70

JA 01673

radiation exposure. The fact that this exposure will not breach the ludicrously high ICNIRP-based standard is no defense at all.

Open access paper: https://www.mdpi.com/2312-7481/5/2/31/htm

--

**Spatial and temporal variability of Rf-Emf exposure levels in urban environments in Flanders, Belgium**

Velghe M, Wout J, Debouvere S , Aminzadeh R, Martens L, Thielens A. Characterisation of spatial and temporal variability of Rf-Emf exposure levels in urban environments in Flanders, Belgium. Environmental Research. Published online May 22, 2019.https://doi.org/10.1016/j.envres.2019.05.027Get rights and content

Highlights
• Comparison of population exposure to RF-EMF in 5 densely populated cities with similar characteristics within Flanders, Belgium.
• The first findings that indicate the effects of regulations on exposure levels.
• Repeatability and representativeness of the used method are shown, which is important for future research.
• Application of this method outside of office hours renders new insights in daily behaviour of exposure.
• On-body calibration of the measurement device allowed us to, in contrast to most other similar studies, quantify the on-body measurement uncertainty.

Abstract

Personal exposure to Radio-Frequency Electromagnetic Fields (RF-EMFs) was studied using personal measurements in five different microenvironments in each of five cities (Brussels, Antwerp, Ghent, Bruges and Hasselt) in Flanders, Belgium. These measurements were carried out by two researchers using on-body calibrated personal exposimeters. In three out of the five studied cities (Brussels, Ghent and Bruges), temporal aspects of personal exposure to RF-EMFs were studied as well. Measurements during and outside of rush hours (7:00–9:15 and 16:30–19:00) were compared. Likewise, measurements were executed during night time and compared to the ones measured during working hours. Representativeness and repeatability of the measurement method was studied as well.

The highest mean total exposure was found in Brussels (2.63 mW/m2), the most densely populated city in this study. However, we measured higher downlink exposure in Antwerp than in Brussels, which might be an effect of the stronger legislation on base stations in Brussels. The measurements and used protocol were found to be both repeatable over time (r = 0.95 for median total exposure) and representative for the studied microenvironments in terms of path selection (r = 0.88 for median total exposure). Finally, in 10 out of the 13 on-body calibrated frequency bands we found that the measurement devices underestimate the intensity of the incident RF-EMFs with median underestimations up to 68%.

Conclusions

Personal exposure to RF-EMFs was studied using microenvironmental measurements in five cities in Flanders and the Brussels Capital Region. Highest total exposure values were found in Brussels (2.63 mW/m2 averaged over five microenvironments). Our analysis showed that the amount of RF-EMF radiation in a certain environment was dependent on the population density within that environment. A higher average downlink exposure was measured in Antwerp in comparison to Brussels whilst having a lower population density. This might be an effect of the stronger legislation on base stations in Brussels. Downlink was the largest contributor to total exposure. The total RF-EMF exposure was significantly higher during rush than during non-rush hours. Furthermore, the total exposure was highest at night compared to other timeslots. The selected paths showed to be representative for exposure in their respective microenvironments. The results were also found to be repeatable. The used measurement devices were calibrated on the body of the researchers that wore them during measurements. These calibrations showed that the devices underestimate the personal exposure since

71

JA 01674

median underestimations were measured in a majority of the studied frequency bands on the bodies of the two individual researchers, respectively.

https://www.sciencedirect.com/science/article/pii/S0013935119302853?via%3Dihub

--

**Evaluation of Temperature Elevation in Human Ocular Tissues due to Wireless Eyewear Devices**

Lan J, Du G. Evaluation of temperature elevation in human ocular tissues due to wireless eyewear devices. ACES Journal. 34(1):17-24. 2019.

Abstract

In this paper, a numerical study is proposed to evaluate the temperature variation in the human ocular tissues during the electromagnetic radiation exposure from wireless eyewear device. The results show that the temperature in the whole eyeball increases gradually as the exposure time goes on and could reach the thermal steady state at about 30 minutes. During this process, the temperature increments in different ocular tissues are between 1.1°C and 1.7°C. The results also show the maximal ratio of temperature increments in the initial 5 and 10 minutes to that of the whole steady state could reach to 42.9% and 69.2%, respectively. Therefore, we believe that electromagnetic radiation from wireless eyewear device might pose a threat on the health of the human eyes. People should decrease the talk time as soon as possible to protect their eyes from the possible health hazards. Finally, attention is paid to evaluate the relationship between the maximal SAR and the temperature increments. The results show the temperature increments do not increase in direct proportion to the maximal SAR, which indicates that the maximal SAR and the temperature increments should be taken into account simultaneously while evaluating the biological effect of microwave on the ocular tissues.

Conclusions

Based on the results evaluated in this paper, we find that the temperature in the whole eyeball increases gradually and reaches the thermal steady state at about 30 minutes during the EM exposure of wireless eyewear device. The temperature increments in different ocular tissues are from 1°C to 1.7°C. We, therefore, believe EM exposure from wireless eyewear device may pose a threat on the health of the eyes, especially for the lens which suffer from the maximal temperature increments. Meanwhile, the results also show that the maximal ratio of temperature increments in the initial 5 and 10 minutes exposure time to that of the complete thermal steady state could reach to 42.9% and 69.2%, respectively. Hence, wireless eyewear device users should shorten the usage time as soon as possible to protect their eyes from the possible health hazards. Finally, we evaluate the relationship between the maximal SAR and the temperature increments in the ocular tissues. We find that the temperature increments do not increase in direct proportion to the maximal SAR. Therefore, we believe the maximal SAR and the temperature increments should be taken into account simultaneously while evaluating the biological effect of microwave on the ocular tissues. This paper could provide valuable data for the establishment of related safety standards and future researches in the biological effect of microwave and human eyes. However, limited by the experimental condition, the experiment is not included. Therefore, conclusions presented in this paper are just indicative but not definitive.

Open access paper: http://www.aces-society.org/includes/downloadpaper.php?of=ACES_Journal_January_2019_Paper_3&nf=19-1-3

--

**Millimeter Wave Radiation Activates Leech Nociceptors via TRPV1-Like Receptor Sensitization**

72

Romanenko S, Harvey AR, Hool L, Fan S, Wallace VP. Millimeter Wave Radiation Activates Leech Nociceptors via TRPV1-Like Receptor Sensitization. Biophys J. 2019 Apr 25. pii: S0006-3495(19)30340-6. doi: 10.1016/j.bpj.2019.04.021.

Abstract

There is evidence that millimeter waves (MMWs) can have an impact on cellular function, including neurons. Earlier in vitro studies have shown that exposure levels well below the recommended safe limit of 1 mW/cm2 cause changes in the action potential (AP) firing rate, resting potential, and AP pulse shape of sensory neurons in leech preparations as well as alter neuronal properties in rat cortical brain slices; these effects differ from changes induced by direct heating. In this article, we compare the responses of thermosensitive primary nociceptors of the medicinal leech under thermal heating and MMW irradiation (80-170 mW/cm2 at 60 GHz). The results show that MMW exposure causes an almost twofold decrease in the threshold for activation of the AP compared with thermal heating ($3.9 \pm 0.4$ vs. $8.3 \pm 0.4$ mV, respectively). Our analysis suggests that MMWs-mediated threshold alterations are not caused by the enhancement of voltage-gated sodium and potassium conductance. We propose that the reduction in AP threshold can be attributed to the sensitization of the transient receptor potential vanilloid 1-like receptor in the leech nociceptor. In silico modeling supported our experimental findings. Our results provide evidence that MMW exposure stimulates specific receptor responses that differ from direct thermal heating, fostering the need for additional studies.

https://www.ncbi.nlm.nih.gov/pubmed/31103236

--

**Can Low-Level RF Exposure Affect Cognitive Behaviour in Lab Animals? Literature Review of Spatial Learning and Place Memory**

Sienkiewicz Z, van Rongen E. Can Low-Level Exposure to Radiofrequency Fields Effect Cognitive Behaviour in Laboratory Animals? A Systematic Review of the Literature Related to Spatial Learning and Place Memory. Int J Environ Res Public Health. 2019 May 8;16(9). pii: E1607. doi: 10.3390/ijerph16091607.

Abstract

This review considers whether exposure to low-level radiofrequency (RF) fields, mostly associated with mobile phone technology, can influence cognitive behaviour of laboratory animals. Studies were nominated for inclusion using an a priori defined protocol with preselected criteria, and studies were excluded from analysis if they did not include sufficient details about the exposure, dosimetry or experimental protocol, or if they lacked a sham-exposed group. Overall, 62 studies were identified that have investigated the effects of RF fields on spatial memory and place learning and have been published since 1993. Of these, 17 studies were excluded, 20 studies reported no significant field-related effects, 21 studies reported significant impairments or deficits, and four studies reported beneficial consequences. The data do not suggest whether these outcomes are related to specific differences in exposure or testing conditions, or simply represent chance. However, some studies have suggested possible molecular mechanisms for the observed effects, but none of these has been substantiated through independent replication. Further behavioural studies could prove useful to resolve this situation, and it is suggested that these studies should use a consistent animal model with standardized exposure and testing protocols, and with detailed dosimetry provided by heterogeneous, anatomically-realistic animal models.

Open access paper: https://www.mdpi.com/1660-4601/16/9/1607

--

**Protective role of spermine against male reproductive aberrations induced by EMF exposure in the rat**

73

Shahin NN, El-Nabarawy NA, Gouda AS, Megarbane B. The protective role of spermine against male reproductive aberrations induced by exposure to electromagnetic field - An experimental investigation in the rat. Toxicology and Applied Pharmacology. 370:117-130. May, 2019. DOI: 10.1016/j.taap.2019.03.009

Highlights

• Exposure to electromagnetic field (EMF) impairs spermatogenesis and steroidogenesis.
• EMF toxicity is mediated by oxidative, inflammatory, apoptotic and DNA perturbations.
• Spermine exhibits protective effects against EMF-induced alteration in male fertility.
• Protection is at least in part due to anti-oxidative and anti-apoptotic effects.

Abstract

The exponentially increasing use of electromagnetic field (EMF)-emitting devices imposes substantial health burden on modern societies with particular concerns of male infertility. Limited studies have addressed the modulation of this risk by protective agents. We investigated the hazardous effects of rat exposure to EMF (900 MHz, 2 h/day for 8 weeks) on male fertility and evaluated the possible protective effect of the polyamine, spermine, against EMF-induced alterations. Exposure to EMF significantly decreased sperm count, viability and motility, and increased sperm deformities. EMF-exposed rats exhibited significant reductions in serum inhibin B and testosterone along with elevated activin A, follicle-stimulating hormone, luteinizing hormone and estradiol concentrations. Testicular steroidogenic acute regulatory protein (StAR), c-kit mRNA expression and testicular activities of the key androgenic enzymes 3 beta- and 17 beta-hydroxysteroid dehydrogenases were significantly attenuated following exposure to EMF. Exposure led to testicular lipid peroxidation, decreased catalase and glutathione peroxidase activities and triggered nuclear factor-kappa B p65, inducible nitric oxide synthase, cyclooxygenase-2 and caspase-3 overexpression. EMF-exposed rats showed testicular DNA damage as indicated by elevated comet parameters. Spermine administration (2.5 mg/Kg/day intraperitoneally for 8 weeks) prevented EMF-induced alterations in the sperm and hormone profiles, StAR and c-kit expression and androgenic enzyme activities. Spermine hampered EMF-induced oxidative, inflammatory, apoptotic and DNA perturbations. Histological and histomorphometric analysis of the testes supported all biochemical findings. In conclusion, rat exposure to EMF disrupts sperm and hormone profiles with underlying impairment of steroidogenesis and spermatogenesis. Spermine confers protection against EMF-associated testicular and reproductive aberrations, at least in part, via antioxidant, anti-inflammatory and anti-apoptotic mechanisms.

Excerpt

Rats were exposed to the EMF at 900 MHz frequency and 0.02 mW/cm2 power density during 2 h/day over a period of eight consecutive weeks, as previously described (Kesari et al., 2011). The average specific absorption rate was 1.075 W/Kg, as calculated by the Finite-Difference-Time-Domain. Non-exposed rats were placed in the same device with exposure off, used in similar environmental conditions.

https://www.sciencedirect.com/science/article/pii/S0041008X19300912

--

**Interaction of low frequency external electric fields and pancreatic β-cell: a mathematical modeling approach to identify the influence of excitation parameters**

Farashi S, Sasanpour P, Rafii-Tabar H. Interaction of low frequency external electric fields and pancreatic β-cell: a mathematical modeling approach to identify the influence of excitation parameters. Int J Radiat Biol. 2018 Nov;94(11):1038-1048. doi: 10.1080/09553002.2018.1478162.

Abstract

JA 01677

PURPOSE: Although the effect of electromagnetic fields on biological systems has attracted attraction in recent years, there has not been any conclusive result concerning the effects of interaction and the underlying mechanisms involved. Besides the complexity of biological systems, the parameters of the applied electromagnetic field have not been estimated in most of the experiments.

MATERIALS AND METHODS: In this study, we have used computational approach in order to find the excitation parameters of an external electric field which produces sensible effects in the function of insulin secretory machinery, whose failure triggers the diabetes disease. A mathematical model of the human β-cell has been used and the effects of external electric fields with different amplitudes, frequencies and wave shapes have been studied.

RESULTS: The results from our simulations show that the external electric field can influence the membrane electrical activity and perhaps the insulin secretion when its amplitude exceeds a threshold value. Furthermore, our simulations reveal that different waveforms have distinct effects on the β-cell membrane electrical activity and the characteristic features of the excitation like frequency would change the interaction mechanism.

CONCLUSION: The results could help the researchers to investigate the possible role of the environmental electromagnetic fields on the promotion of diabetes disease.

https://www.ncbi.nlm.nih.gov/pubmed/29792541

--

**Safety Management of Electromagnetic Fields in the Work Environment**

Koppel T. Safety Management of Electromagnetic Fields in the Work Environment. Ph.D. Thesis. Tallinn, Estonia: Tallinn University of Technology. Nov 2019.

Abstract

Occupational exposure to electromagnetic fields is a known risk factor and considered the most complicated physical hazard in the workplace. The legislation requires measures to be taken to reduce exposure and to mitigate risks in order to guarantee worker safety. Electromagnetic fields are considered a new and emerging risk factor. Assessing risks in the electromagnetic domain is a challenge as whole extent of the health implications of different types and forms of exposure is unknown.

EMFs were studied using both quantitative and qualitative approaches, including measurements, questionnaires, interviews and in-situ workplace observations. The research addressed current practices and rules of managing safety from electromagnetic fields. Safety compliance analyses were conducted with regard to legislative requirements. This endeavor was guided by the new requirements for health and safety with regard to electromagnetic fields.

This study was intended to help improve management's safety knowledge of this risk factor, by encompassing scientifically reasonable approaches in designing EMF safety.
The study included analysis of the exposure levels of workers, and development of methods to reduce exposure, with respect to the new occupational EMF legislation. The author analyzed the EMF exposure in different settings, including means of work, encompassing industrial, office, and public settings. The EMF safety compliance of companies
was investigated. New, safer ways to work when exposed to electromagnetic fields were proposed.

The author proposed and tested methods of EMF exposure reduction, which can be used by employers to demonstrate compliance with the occupational exposure norms, and public safety norms. As a result, a model was developed introducing a system for managing EMF safety. The model prescribes a set of hierarchical steps to mitigate risks from the workers' exposure to EMFs.

JA 01678

The research improved the scientific understanding of consequences from exposure to electromagnetic fields (EMF). There are long term health effects from occupational exposure to extremely low frequency (ELF) electromagnetic fields that are not currently covered by safety legislation.

Significantly elevated radiofrequency (RF) EMF hotspots were measured in open spaces resulting from poor set up of RF antennas. Investigations also revealed that industrial workers are exposed to high levels of magnetic radiation from production devices that to a large extent is unnecessary. By following the technical and administrative intervention solutions developed by the author, the workers' exposure could be drastically reduced.

Contributing to safety education of both the workers and the working environment specialists will have a positive effect on safety compliance and other related safety issues within the company. Working environments specialists reported higher compliance with EMF safety arrangements compared to the workers, but overall, safety management practices were still poor relative to the legislative requirements. In comparison to workers, working environment specialists also reported better addressing the needs of workers in risk groups.

There are several steps the worker can take to control his/her overall exposure without significant additional effort or expense. Rearrangement of devices and adoption of new operational habits can reduce exposure to the EMFs even by orders of magnitude. Intervention measures may include increasing the distance from the source of the EMF and shielding the EMF source. The best reduction of EMF exposure will be achieved when several measures are implemented simultaneously.

In managing EMF safety, the author advises the employer to proceed step by step. The hierarchical process starts with the employer informing the worker about EMF conditions. Secondly, the employer should educate the worker how to reduce his/her exposure. Thirdly, the employer should motivate the worker to follow the EMF safety management procedures. And lastly, the employer should conduct regular reviews on the implementation and operational effectiveness of the EMF safety management system. "

https://digi.lib.ttu.ee/i/?11585

--

## Top 100 cited noninvasive neuromodulation clinical trials

Lucena MFG, Teixeira PEP, Bonin Pinto C, Fregni F. Top 100 cited noninvasive neuromodulation clinical trials. Expert Rev Med Devices. 2019 May 16. doi: 10.1080/17434440.2019.1615440.

Abstract

Transcranial direct current stimulation (tDCS) and transcranial magnetic stimulation (TMS) are noninvasive neuromodulation techniques used as therapeutic and research tools for several neuropsychiatric conditions. Given the exponential scientific growth of this field we aimed to systematically review the most cited clinical trials using TMS or tDCS. Areas covered: A de-novo keyword search strategy identified and characterized the 100 most-cited trials. Total citation count for the most cited trials was 13,204. Articles were published between 2008 and 2014 in 50 different journals with a median impact factor of 6.52 (IQR 3.37). Almost half of the top cited papers were investigating mechanisms of action in healthy subjects. Most studies were feasibility trials and only 5 were pivotal trials, including the ones used for recent FDA approval. Seven articles were interlinked with another article by at least 25 citations and eight authors had collaborated with at least one other author. Expert Commentary: Although there has been a significant increase in interest for rTMS and tDCS, most of the cited clinical trials are still small feasibility studies, what reinforced the need for more robust clinical trials (larger samples sizes and effects sizes) to better define clinical effectiveness.

https://www.ncbi.nlm.nih.gov/pubmed/31092060

--

## 2100 MHz mobile phone radiation damages DNA in onion roots

Chandel S, Kaur S, Issa M, Singh HP, Batish DR, Kohli RK. Appraisal of immediate and late effects of mobile phone radiations at 2100 MHz on mitotic activity and DNA integrity in root meristems of Allium cepa. Protoplasma. 2019 May 21. doi: 10.1007/s00709-019-01386-y.

Abstract

The present study evaluated the potential of 2100 MHz radiofrequency radiations to act as cytotoxic and genotoxic agent. Fresh onion (Allium cepa L.) roots were exposed to electromagnetic field radiations (EMF-r) for different durations (1 h and 4 h) and evaluated for mitotic index (MI), phase index, chromosomal aberrations, and DNA damage. DNA damage was investigated with the help of the comet assay by assessing various parameters like % head DNA (HDNA), % tail DNA (TDNA), tail moment (TM), and olive tail moment (OTM). Effects of EMF-r exposure were also compared with that of methyl methanesulfonate (MMS; 90 μM), which acted as a positive control. The post-exposure effects of EMF-r after providing the test plants with an acclimatization period of 24 h were also evaluated. Compared to the control, a significant increase in the MI and aberration percentage was recorded upon 4 h of exposure. However, no specific trend of phase index in response to exposure was detected. EMF-r exposure incited DNA damage with a significant decrease in HDNA accompanied by an increase in TDNA upon exposure of 4 h. However, TM and OTM did not change significantly upon exposure as compared to that of control. Analysis of the post-exposure effects of EMF-r did not show any significant change/recovery. Our data, thus, suggest the potential cytotoxic and genotoxic nature of 2100 MHz EMF-r. Our study bears great significance in view of the swiftly emergent EMF-r in the surrounding environment and their potential for inciting aberrations at the chromosomal level, thus posing a genetic hazard.

https://www.ncbi.nlm.nih.gov/pubmed/31115694

Conclusions

It is apparent from the present study that radiofrequency radiations at 2100 MHz have a potential for inciting cytotoxic and genotoxic effects in A. cepa root meristems. The observed biological effects were dependent on the duration of exposure, and the maximum alterations were found upon 4 h of exposure. As the concentration of EMF waves by man-made devices like mobile phones is increasing in the environment at a very fast rate, we cannot afford to ignore the biological effects of these radiations. Our study holds great significance in view of this rapidly emergent EMF-r in the surrounding environment and their potential for inciting aberrations and damage at the chromosomal level, thus posing a genetic hazard. The study calls for a proper risk assessment in terms of impacts on the environment and public health of the increasing electromagnetic smog and development of strategies to reduce EMF-r pollution in the natural environment.

--

## Effects of 50 Hz magnetic field-exposed cell culture medium on cellular functions in human amniotic epithelial cells

Fei Y, Su L, Lou H, Zhao C, Wang Y, Chen G. The effects of 50 Hz magnetic field-exposed cell culture medium on cellular functions in FL cells. J Radiat Res. 2019 May 21. pii: rrz020. doi: 10.1093/jrr/rrz020.

Abstract

Although extremely low frequency magnetic fields (ELF-MFs) have been classified as a possible carcinogen for humans by the International Agency for Research on Cancer (IARC), their biological effects and underlying

mechanisms are still unclear. Our previous study indicated that ELF-MF exposure influenced the relative permittivity of the saline solution, suggesting that the MF exposure altered physical properties of the solution. To explore the biophysical mechanism of ELF-MF-induced biological effects, this study examined the effects of 50 Hz sinusoidal MF at 0-4.0 mT on the permittivity of culture medium with phase-interrogation surface plasmon resonance (SPR) sensing. Then, the biological effects of MF pre-exposed culture medium on cell viability, the mitogen-activated protein kinase (MAPK) signaling pathways, oxidative stress, and genetic stabilities were analyzed using Cell Counting Kit-8, western blot, flow cytometry, γH2AX foci formation, and comet assay. The results showed that SPR signals were decreased under MF exposure in a time- and dose-dependent manner, and the decreased SPR signals were reversible when the exposure was drawn off. However, MF pre-exposed culture medium did not significantly change cell viability, intracellular reactive oxygen species level, activation of the MARK signaling pathways, or genetic stabilities in human amniotic epithelial cells (FL cells). In conclusion, our data suggest that the relative permittivity of culture medium was influenced by 50 Hz MF exposure, but this change did not affect the biological processes in FL cells.

https://www.ncbi.nlm.nih.gov/pubmed/31111909

--

**Maternal Cell Phone Use During Pregnancy, Pregnancy Duration And Fetal Growth In Four Birth Cohorts**

Tsarna E, Reedijk M, Birks LE, Guxens M, Ballester F, Ha M, Jiménez-Zabala A, Kheifets L, Lertxundi A, Lim HR, Olsen J, Safont LG, Sudan M, Cardis E, Vrijheid M, Vrijkotte T, Huss A, Vermeulen R. Maternal Cell Phone Use During Pregnancy, Pregnancy Duration And Fetal Growth In Four Birth Cohorts. Am J Epidemiol. 2019 Apr 17. pii: kwz092. doi: 10.1093/aje/kwz092.

Abstract

Previous studies evaluating potential effects of prenatal exposure to radiofrequency fields from cell phones on birth outcomes are inconsistent. We explored if maternal cell phone use was associated with pregnancy duration and fetal growth. We used information from 55,507 pregnant women and their children from Denmark (1996-2002), the Netherlands (2003-2004), Spain (2003-2008) and Korea (2006-2011). Based on self-reported number of cell phone calls per day, exposure was grouped as none, low (reference level), intermediate, and high. We examined pregnancy duration (gestational age at birth, preterm/postterm birth), fetal growth (birth weight ratio, small/large for gestational age), and birth weight, low and high birth weight, and meta-analyzed cohort specific estimates. The intermediate exposure group had higher risk of giving birth at lower gestational age (Hazard Ratio=1.04, 95%CI 1.01, 1.07), and exposure-response relationships were found for shorter pregnancy duration (P<0.001) and preterm birth (P=0.003). We observed no association with fetal growth or birth weight. In conclusion, maternal cell phone use during pregnancy may be associated with shorter pregnancy duration and increased risk for preterm birth. Results should be interpreted with caution, as they may reflect stress during pregnancy or other residual confounding, rather than direct effect of cell phone exposure.

https://www.ncbi.nlm.nih.gov/pubmed/30995291

--

**Mother's Exposure to Electromagnetic Fields before and during Pregnancy is Associated with Risk of Speech Problems in Offspring**

Zarei S, Vahab M, Oryadi-Zanjani MM, Alighanbari N, Mortazavi SM. Mother's Exposure to Electromagnetic Fields before and during Pregnancy is Associated with Risk of Speech Problems in Offspring. J Biomed Phys Eng. 2019 Feb 1;9(1):61-68.

78

JA 01681

Abstract

BACKGROUND: Rapid advances in technology, especially in the field of telecommunication, have led to extraordinary levels of mothers' exposures to radiofrequency electromagnetic fields (RF-EMFs) prior to or during pregnancy.

OBJECTIVE: The main goal of this study was to answer this question whether exposure of women to common sources of RF-EMFs either prior to or during pregnancy is related to speech problems in the offspring.

MATERIALS AND METHODS: In this study, mothers of 110 three-to-seven-year-old children with speech problems and 75 healthy children (control group) were interviewed. These mothers were asked whether they had exposure to different sources of EMFs such as mobile phones, mobile base stations, Wi-Fi, cordless phones, laptops and power lines. Chi square test was used to analyze the differences observed between the control and exposed groups.

RESULTS: Statistically significant associations were found between the use of cordless phone and offspring speech problems for both before pregnancy and during pregnancy maternal exposures (P=0.005 and P=0.014, respectively). However, due to high rate of mobile phone use in both groups, this study failed to show any link between mobile phone use and speech problems in offspring. Furthermore, significant associations were observed between living in the vicinity of power lines and speech problems again for both before pregnancy and during pregnancy maternal exposures (P=0.003 and P=0.002, respectively). However, exposure to other sources of non-ionizing radiation was not linked to speech problems. Moreover, exposure to ionizing radiation (e.g. radiography before and during pregnancy) was not associated with the occurrence of speech problems.

CONCLUSION: Although this study has some limitations, it leads us to this conclusion that higher-than-ever levels of maternal exposure to electromagnetic fields could be linked to offspring speech problems.

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6409372/

--

**Maternal proximity to extremely low frequency electromagnetic fields and risk of birth defects**

Auger N, Arbour L, Luo W, Lee GE, Bilodeau-Bertrand M, Kosatsky T. Maternal proximity to extremely low frequency electromagnetic fields and risk of birth defects. Eur J Epidemiol. 2019 Apr 11. doi: 10.1007/s10654-019-00518-1.

Abstract

Causes of birth defects are unclear, and the association with electromagnetic fields is inconclusive. We assessed the relationship between residential proximity to extremely low frequency electromagnetic fields from power grids and risk of birth defects. We analyzed a population-based sample of 2,164,246 infants born in Quebec, Canada between 1989 and 2016. We geocoded the maternal residential postal code at delivery and computed the distance to the nearest high voltage electrical transmission line or transformer station. We used log-binomial regression to estimate risk ratios (RR) and 95% confidence intervals (CI) for the association of residential proximity to transmission lines and transformer stations with birth defects, adjusting for maternal and infant characteristics. The prevalence of birth defects within 200 m of a transmission line (579.4 per 10,000 per live births) was only slightly higher compared with distances further away (568.7 per 10,000). A similar trend was seen for transformer stations. Compared with 200 m, a distance of 50 m was not associated with the risk of birth defects for transmission lines (RR 1.00, 95% CI 1.00-1.01) and transformer stations (RR 1.01, 95% CI 1.00-1.03). There was no consistent association when we examined birth defects in different organ systems. We found no compelling evidence that residential proximity to extremely low frequency electromagnetic fields from electrical power grids increases the risk of birth defects. Women residing near electrical grids can be reassured that an effect on the risk of birth defects is unlikely.

79

https://www.ncbi.nlm.nih.gov/pubmed/30977029

--

## Microwave Emissions From Cell Phones Exceed Safety Limits in Europe and the US When Touching the Body

Gandhi OP. Microwave Emissions From Cell Phones Exceed Safety Limits in Europe and the US When Touching the Body. IEEE Access. 7:47050-47052. Apr 11, 2019. DOI: 10.1109/ACCESS.2019.2906017

Abstract

In our publications, we have shown both from measurements and computer modeling that the specific absorption rate (SAR) reduces by 10%–15% for every millimeter separation of the cell phone on account of rapidly diminishing EM fields in the near-field region of the cell phone antenna. This rapid reduction of SAR depending on the antenna and its location on the handset has been shown, both computationally and experimentally, regardless of the phantom model such as a flat phantom suggested for SAR compliance testing of devices in contact with the body, for a sphere phantom, and for head-shaped models used for SAR compliance testing of cell phones. Unfortunately, our observations in the past were based on SARs of only three cell phones. Expecting that the SARs for cell phones may exceed the safety limits for body contact, cell phone manufacturers have started to recommend that the devices can be used at 5–25 mm from the body even though it is difficult to see how to maintain this distance correctly under mobile conditions. The National Agency ANFR of France recently released the cell phone SAR test data for 450 cell phones that measure 10-g SARs reducing by 10%–30% for each millimeter distal placement from the planar body phantom. Their data corroborate our findings that most cell phones will exceed the safety guidelines when held against the body by factors of 1.6–3.7 times for the European/ICNIRP standard or by factors as high as 11 if 1-g SAR values were to be measured as required by the U.S. FCC.

Open access paper: https://ieeexplore.ieee.org/document/8688629

--

## On Measuring Electromagnetic Fields in 5G Technology

Pawlak R, Krawiec P, Żurek J. On Measuring Electromagnetic Fields in 5G Technology. IEEE Access. 7: 29826-29835. March 5, 2019. DOI: 10.1109/ACCESS.2019.2902481

Abstract

At the awakening of the new 5G network as the network of services, issues related to electromagnetic fields (EMFs) will become one of the key aspects for the cost-effective establishment of the 5G infrastructure. The new 5G services will meet the rigorous demand for bandwidth through the implementation of a large number of densely located base stations operating in the millimeter-wave range. Introduction of new emission sources, working in parallel with already existing 2G/3G/4G mobile technologies, raises concerns about exceeding the admissible EMF exposure limits. This paper analyzes issues and challenges related to EMF measurements in 5G technology, which are crucial for the assessment of EMF compliance with regulatory limits. We point out that the existing methodologies, dedicated to EMF measurements in 2G, 3G, and 4G networks, are not suitable for 5G. The reason is the use of new techniques, such as massive MIMO and precise beamforming together with higher frequency bands so that the existing measurement methods can lead to significantly overestimated results when they will be applied to 5G networks. Such results, in conjunction with the restrictive legislation on the EMF limits that apply in some countries, may have the negative impact on 5G network deployment, making it difficult to achieve the intended 5G network capabilities. We also propose an alternative method of EMF exposure assessment that is based on calculations and simulations and allows obtaining an

80

accurate estimation of the EMF distribution in the 5G environment.

Open access paper: https://ieeexplore.ieee.org/document/8660395

--

**On The Assessment of Human Exposure to Electromagnetic Fields Transmitted by 5G Base Stations**

Keller H. On the assessment of human exposure to electromagnetic fields transmitted by 5G NR base stations. Health Phys. 2019 Apr 23. doi: 10.1097/HP.0000000000001089.

Abstract

The fifth-generation new radio cellular network will be rolled out within the next few years. Several assessment methods of human exposure to electromagnetic fields transmitted by fifth-generation new radio base stations are discussed. Currently no method exists that allows extrapolation to the maximum theoretical exposure. Thus two new extrapolation methods are proposed. A 95th percentile exposure can be derived from the maximum theoretical exposure by an agreed-upon reduction factor if a more realistic exposure assessment is required.

https://www.ncbi.nlm.nih.gov/pubmed/31022013

--

**Electromagnetic field Measurement for Public Safety Exposure Level**

Khan ZI, Razak AZA, Zakaria NA, Rashid NEA, Othman, KA. Electromagnetic field (EMF) Measurement for Public Safety Exposure Level. 2018 International Conference on Radar, Antenna, Microwave, Electronics, and Telecommunications (ICRAMET). 1-2 Nov. 2018. Serpong, Indonesia. Added to IEEE Xplore: 09 April 2019.  pp. 66-69.

Abstract

This paper presents the level of Radio Frequency electromagnetic fields from Global System for Mobile communications (GSM) and Long Term Evolution (LTE) base station antennas. The exposure of Electromagnetic field towards public is being discuss widely due to the fact that it effects the human lives that is surrounded by these communication developments. Certain area was investigated earlier in order to obtain the strongest point of exposure. The location chosen in this paper was based on the red zone detected in the earlier drive test measurement. The measurement was conducted during morning, afternoon and night for 3 days. Data was collected using isotropic antenna and spectrum analyzer. The E-field exposure levels were found to be lower than the maximum level set by international commission on Non-Ionizing radiation protection (ICNIRP) for the general public.

Conclusion

Overall LTE 2.6 GHz has a highest maximum E-field value compare to the other frequency. The high value of Efield could be related to the mobile traffic and also the higher power need for transmitting higher frequency. Lower frequency like GSM900 can travel further even though it requires less power because the properties of the wave itself. Higher frequencies require more power to travel longer distances. Based on all the data and analyzation done, all of the value gain are below the limit set by ICNIRP.

https://ieeexplore.ieee.org/document/8683911

Note: Industry representatives typically argue that exposures from 4G (LTE) are less than from 2G (GSM) cell towers. This study found the opposite.

81

JA 01684

--

## A Multi-Band Body-Worn Distributed Exposure Meter for Personal Radio-Frequency Dosimetry in Diffuse Indoor Environments

Aminzadeh R, Thielens A, …, Wout J. (19 authors). A multi-band body-worn distributed exposure meter for personal radio-frequency dosimetry in diffuse indoor environments. IEEE Sensors Journal. April 29, 2019. DOI: 10.1109/JSEN.2019.2913309

Abstract

A multi-band body-worn distributed exposure meter (BWDM) is designed and calibrated for diffuse fields in a reverberation chamber (RC) for personal exposure assessment in indoor environments. The BWDM uses 22 nodes distributed over the torso and measures the incident power density (Sinc) on body for 11 telecommunication bands in the frequency range 790-5513 MHz. In order to calibrate the measurement device in diffuse fields, a protocol is proposed for on-body calibration of the BWDM. This protocol is applicable to wearable personal exposure meters in general. The BWDM and the proposed calibration protocol are validated in five indoor locations and five frequency bands (the downlink bands at 800, 900, 1800 and 2100 MHz and WiFi 2 GHz) using a tri-axial broadband antenna and a spectrum analyzer (SA). The calibration shows that the BWDM has a relatively low measurement uncertainty with a 68% confidence interval on its antenna apertures, in the range 3.4-5.5 dB. A maximum difference of 0.9 dB is obtained for the total exposure in the test areas between the measurements of the BWDM and SA, which is an excellent agreement.

https://ieeexplore.ieee.org/document/8701577

--

## A systematic review of in vitro and in vivo radio frequency exposure methods

Hansen JW, Swartz EM, Cleveland JD, Asif SM, Brooks B, Braaten BD, Ewert D. A systematic review of in vitro and in vivo radio frequency exposure methods. IEEE Rev Biomed Eng. 2019 Apr 18. doi: 10.1109/RBME.2019.2912023. [Epub ahead of print]

Abstract

The interests in the effects of radio frequency (RF) on biological systems has increased. This interest has increased partially due to the advancements and increase implementations of RF into technology. As research in the area has progressed, the reliability and reproducibility of those experiments has not crossed multidisciplinary boundaries. Therefore, as researchers, it is imperative to understand the various exposure systems available as well as the aspects, both electromagnetic and biological, needed to produce a sound exposure experiment. This systematic review examines common radio frequency exposure methods for both in vitro and in vivo studies. For in vitro studies, discussion of possible biological limitations to consider were also emphasized. The validity of the examined methods, for both in vitro and in vivo, were analyzed by discussing the advantages and disadvantages of each. This review offers guidance for researchers to assist in the development of an RF exposure experiment that crosses current multidisciplinary boundaries.

https://www.ncbi.nlm.nih.gov/pubmed/30998481

Conclusion

In a field that continues to struggle with reproducible results, the use of detailed, rigorous, reproducible, and transparent methodologies are critical moving forward. This detail needs to be thoroughly recorded for both the electromagnetic and the biological components of these exposure studies in order for the results to be reliable.

82

Biological conditions and controls need to be considered as well in order to produce a reliable and reproducible experiment. Consideration of both the electromagnetic and biological components of the study should be detailed within these methodologies in order to provide reproducibility to the field. In addition, the realization that researchers are investigating a complex adaptive system is important in determining the impact of comparisons made between study and methods due to the difficulty in determining if the result is due to test exposure or because of the nature of the system. This review provides a systematic overview of common exposure methods in both in vitro and in vivo exposures, as well as providing advantages and disadvantages of each method. The goal of this being that researchers have a better understanding of methods they decide to use, and conclusions made given the results of studies which share similar scopes.

--

## Direct and indirect effects of exposure to 900 MHz GSM RF EMF on CHO cell line: Evidence of bystander effect by non-ionizing radiation

Jooyan N, Goliaei B, Bigdeli B, Faraji-Dana R, Zamani A, Entezami M, Mortazavi SMJ. Direct and indirect effects of exposure to 900 MHz GSM radiofrequency electromagnetic fields on CHO cell line: Evidence of bystander effect by non-ionizing radiation. Environ Res. 2019 Apr 1. pii: S0013-9351(19)30197-5. doi: 10.1016/j.envres.2019.03.063.

Highlights

• Short-term exposure to radiofrequency radiation (RFR) emitted from mobile phones may cause genotoxic effects.
• RFR has both targeted and non-targeted effects on cells.
• RFR-induced non-targeted effects include bystander effect.
• The biological effects of RFR are possibly mediated by oxidative stress.
• Extracellular ROS can trigger molecular signals in non-targeted cells.

Abstract

INTRODUCTION: The rapid rise in global concerns about the adverse health effects of exposure to radiofrequency radiation (RFR) generated by common devices such as mobile phones has prompted scientists to further investigate the biological effects of these environmental exposures. Non-targeted effects (NTEs) are responses which do not need a direct exposure to be expressed and are particularly significant at low energy radiations. Although NTEs of ionizing radiation are well documented, there are scarcely any studies on non-targeted responses such as bystander effect (BE) after exposure to non-ionizing radiation. The main goal of this research is to study possible RFR-induced BE.

MATERIAL AND METHODS: Chinese hamster ovary cells were exposed to 900 MHz GSM RFR at an average specific absorption rate (SAR) of 2 W/kg for 4, 12 and 24 hours (h). To generate a uniformly distributed electromagnetic field and avoid extraneous RF exposures a cavity was desined and used. Cell membrane permeability, cell redox activity, metabolic and mitotic cell death and DNA damages were analyzed. Then the most effective exposure durations and statistically significant altered parameters were chosen to assess the induction of BE through medium transfer procedure. Furthermore, intra and extra cellular reactive oxygen species (ROS) levels were measured to assess the molecular mechanism of BE induced by non-ionizing radiation.

RESULTS: No statistically significant alteration was found in cell membrane permeability, cell redox activity, metabolic cell activity and micronuclei (MN) frequency in the cells directly exposed to RFR for 4, 12, or 24 h. However, RFR exposure for 24 h caused a statistically significant decrease in clonogenic ability as well as a statistically significant increase in olive moment in both directly exposed and bystander cells which received media from RFR-exposed cells (conditioned culture medium; CCM). Exposure to RFR also statistically significant elevated both intra and extra cellular levels of ROS.

83

CONCLUSION: Our observation clearly indicated the induction of BE in cells treated with CCM. To our knowledge, this is the first report that a non-ionizing radiation (900 MHz GSM RFR) can induce bystander effect. As reported for ionizing radiation, our results proposed that ROS can be a potential molecule in indirect effect of RFR. On the other hand, we found the importance of ROS in direct effect of RFR but in different ways.

https://www.ncbi.nlm.nih.gov/pubmed/31036329

--

**Effects of Mobile Phone EMF on β-Amyloid-Induced Oxidative Stress in Human and Rat Primary Astrocytes**

Tsoy A, Saliev T, Abzhanova E, Turgambayeva A, Kaiyrlykyzy A, Akishev M, Saparbayev S, Umbayev B, Askarova S. The Effects of Mobile Phone Radiofrequency Electromagnetic Fields on β-Amyloid-Induced Oxidative Stress in Human and Rat Primary Astrocytes. Neuroscience. Published online Apr 3, 2019.
https://doi.org/10.1016/j.neuroscience.2019.03.058

Highlights

• EMF of 918 MHz decreases Aß42- induced cellular and mitochondrial ROS in human and rat primary astrocytes.
• EMF of 918 MHz increases mitochondrial membrane potential in rat primary astrocytes.
• EMF of 918 MHz suppresses induced by Aß42 activation of NADPH oxidase in rat primary astrocytes.
• EMF of 918 MHz suppresses H2O2–induced phosphorylation of p38MAPK and ERK ½ in rat primary astrocytes.

Abstract

Amyloid beta peptide (Aβ) is implicated in the development of pathological reactions associated with Alzheimer's disease (AD), such as oxidative stress, neuro-inflammation and death of brain cells. Current pharmacological approaches to treat AD are not able to control the deposition of Aβ and suppression of Aβ-induced cellular response. There is a growing body of evidence that exposure to radiofrequency electromagnetic field (RF-EMF) causes a decrease of beta-amyloid deposition in the brains and provides cognitive benefits to Alzheimer's Tg mice. Herein, we investigated the effects of mobile phone radiofrequency EMF of 918 MHz on reactive oxygen species (ROS) formation, mitochondrial membrane potential (MMP), activity of NADPH-oxidase, and phosphorylation of p38MAPK and ERK1/2 kinases in human and rat primary astrocytes in the presence of Aβ42 and H2O2. Our data demonstrate that EMF is able to reduce Aβ42- and H2O2–induced cellular ROS, abrogate $A\beta_{42}$-induced production of mitochondrial ROS and the co-localization between the cytosolic (p47-phox) and membrane (gp91-phox) subunits of NADPH oxidase, while increasing MMP, and inhibiting H2O2–induced phosphorylation of p38MAPK and ERK1/2 in primary astrocytes. Yet, EMF was not able to modulate alterations in the phosphorylation state of the MAPKs triggered by Aβ42. Our findings provide an insight into the mechanisms of cellular and molecular responses of astrocytes on RF-EMF exposure and indicate the therapeutic potential of RF-EMF for the treatment of Alzheimer's disease.

Excerpt

In summary, our data showed that EMF treatment of brain cells with parameters similar to irradiation from the ordinary mobile phone (918 MHz; GSM) was capable of suppressing oxidative stress triggered by $A\beta_{42}$ and $H_2O_2$, thus indicating its possible therapeutic benefit. Our data conform to the previous reports on beneficial impact of EMF that can be employed for the treatment of neurodegenerative disorders such as Alzheimer's disease. However, further studies are needed to validate the effectiveness and safety of EMF application in AD patients.

84

https://www.sciencedirect.com/science/article/abs/pii/S0306452219302337

--

**Radiophysical Microwave Installation for Investigating Biological Effects in Mice with Tumor**

Kryukova OV, Pyankov VF, Salomatov YP, Kopylov AF. Radiophysical microwave installation for investigating biological effects in mice with tumor.  2019 IEEE Conference of Russian Young Researchers in Electrical and Electronic Engineering (EIConRus). 28-31 Jan. 2019. DOI: 10.1109/EIConRus.2019.8657031.

Abstract

Designing radiophysical devices for investigating the effect of microwave radiation on biological objects is one of the main directions in applied modern radio-electronics. An installation for investigating the radiophysical microwave radiation effects on laboratory animals has been developed, with the frequency being 915 MHz, power of electromagnetic radiation being 10 μW/cm2. The results obtained demonstrate the survival rate of mice with tumor under the influence of electromagnetic field.

Excerpts

The laboratory animals were exposed to microwave EMR at a frequency of 915 MHz, with the energy flux density being 10 μW / cm2 and 100 μW / cm2....

As a model tumor, Ehrlich ascites carcinoma was used. Ehrlich ascites carcinoma is one of the most common tumors used as a model in scientific research....

After the tumor transplantation the animals were divided into three groups: the control and two experimental ones. (EMR group exposed to 10 μW\cm2 and EMR group exposed to 100μW\cm2). The animals of the experimental groups were daily subjected to electromagnetic radiation for 1 hour during 10 days. The control group was kept under the same conditions without the influence of the electromagnetic radiation. In the course of the experiment the mortality of the animals was recorded during 45 days after the beginning of the tumor transplantation.

Thus, independently on the power, the impact of microwave radiation changes the lifetime of the animals with Ehrlich ascites carcinoma. In this case, using the power of 10 μW /cm2 slows down the animal death and the power of 100 μW/cm2 decreases the lifetime of the animals. However, in the group exposed to 100 μW/cm2 no tumor developed after the transplantation. Using the mathematical methods of analysis the author [10], [11] show that there is a connection between the development of cancer diseases among the population and the main factors of the electromagnetic load due to EMR when using MRT as a carcinogenic factor or a factor contributing to cancer genesis. Moreover, some researchers suggest that radiofrequency fields can act as cancer promoters [12]. Thus, it is important to study the impact of electromagnetic microwave radiation on the growth dynamics of tumor cells and their functional condition, for example, in order to estimate the degree of risk of tumor progressing. Consequently, it is necessary to develop a method of estimating the carcinogenic risk under the impact of microwave radiation, in particular to improve the suggested and implemented measures for minimizing unfavorable and harmful effects. It is dangerous to underestimate as well as to overestimate the risk of the impact for the given widely spread factor.

https://ieeexplore.ieee.org/document/8657031

--

**Long-term exposure of 2450 MHz electromagnetic radiation induces stress and anxiety like behavior in rats**

JA 01688

Gupta SK, Patel SK, Tomar MS, Singh SK, Mesharam MK, Krishnamurthy S. Long-term exposure of 2450 MHz electromagnetic radiation induces stress and anxiety like behavior in rats. Neurochemistry International. Publ. online Apr 4, 2019.

Highlights

• EMR-2450 MHz induces stress and aggravates anxiety-like symptoms in rats.
• Exposure of EMR-2450 MHz increases plasma corticosterone level and, expression of CRH-2 and GR in amygdala.
• Increased expression of cytochrome-C and caspase-9 indicating mitochondrial dysfunction and activation of apoptosis.
• Change in expression of mitochondrial Bax: Bcl$_2$ ratio indicating modulation of apoptosis.
• EMR-2450 MHz exposure causes both amygdalar necrotic and apoptotic cell death.

Abstract

Long term exposure of electromagnetic radiations (EMR) from cell phones and Wi-Fi hold greater propensity to cause anxiety disorders. However, the studies investigating the effects of chronic exposure of EMR are limited. Therefore, we investigated the effects of repeated exposure of discrete frequency of EMR in experimental animals. Male rats were exposed to EMR (900, 1800 and 2450 MHz) for 28 (1 h/day) days. Long term exposure of EMR (2450 MHz) induced anxiety like behavior. It deregulated the hypothalamic pituitary adrenal (HPA) axis in rats as observed by increase in plasma corticosterone levels apart from decreased corticotrophin releasing hormone-2 (CRH-2) and Glucocorticoid receptor (GR) expression in amygdala. Further, it impaired mitochondrial function and integrity. The expression of Bcl2 showed significant decrease while Bax and ratio of Bax: Bcl2 were increased in the mitochondria and vice versa in cytoplasm indicating altered regulation of apoptosis. EMR exposure caused release of cytochrome-c and expression of caspase-9 ensuing activation of apoptotic cell death. Additional set of experiments performed to estimate the pattern of cell death showed necrotic and apoptotic amygdalar cell death after EMR exposure. Histopathological studies also revealed a significant decrease in neuronal cells in amygdala. The above findings indicate that long-term exposure of EMR radiation (2450 MHz) acts as a stressor and induces anxiety-like behaviors with concomitant pathophysiological changes in EMR subjected rats.

Excerpts

The average power density was 0.1227 W/m2. The whole body SAR values was found in between the 0.025–0.070 W/kg range, representing an average SAR value to be approximately 0.042 W/kg. The value of SAR in head region was found to be 0.131 W/kg (900, 1800 and 2450 MHz) with a value of power density 0.1227 W/m2....

All the rats were distributed into four different groups of six each. They were designated as control, EMR-900, EMR-1800 and EMR-2450.... The groups, EMR-900 MHz, EMR-1800 MHz and EMR-2450 MHz were continuously exposed to electromagnetic radiations between 10 a.m. and 1 p.m. for 1 h for 28 days beginning from D-1. After 15 min of EMR exposure on D-1 to D-28 at 7 day interval, behavioral assessments were performed....

In this study, we have shown that rats sub-chronically exposed to EMR at a frequency of 2450 MHz exhibited anxiety-like symptoms. Repeated EMR-2450 MHz exposure caused an increase in corticosterone levels while the expression of CRH-2 and GR expression were significantly reduced in amygdala. EMR exposed animals showed alterations in the mitochondrial function and integrity. It also induced apoptotic factors leading to decrease of neuronal cells in the amygdalar region....

https://www.ncbi.nlm.nih.gov/pubmed/30954502

Note: This was not Wi-Fi because the signals were not modulated.

86

--

**Effects of 220 MHz Pulsed Modulated Radiofrequency Field on the Sperm Quality in Rats**

Guo L, Lin JJ, Xue YZ, An GZ, Zhang JP, Zhang KY, He W, Wang H, Li W, Ding GR. Effects of 220 MHz Pulsed Modulated Radiofrequency Field on the Sperm Quality in Rats. Int J Environ Res Public Health. 2019 Apr 10;16(7). pii: E1286. doi: 10.3390/ijerph16071286.

Abstract

Under some occupational conditions, workers are inevitably exposed to high-intensity radiofrequency (RF) fields. In this study, we investigated the effects of one-month exposure to a 220 MHz pulsed modulated RF field at the power density of 50 W/m² on the sperm quality in male adult rats. The sperm quality was evaluated by measuring the number, abnormality and survival rate of sperm cells. The morphology of testis was examined by hematoxylin-eosin (HE) staining. The levels of secreting factors by Sertoli cells (SCs) and Leydig cells (LCs) were determined by enzyme linked immunosorbent assay (ELISA). The level of cleaved caspase 3 in the testis was detected by immunofluorescence staining. Finally, the expression levels of the apoptosis-related protein (caspase 3, BAX and BCL2) in the testis were assessed by Western blotting. Compared with the sham group, the sperm quality in the RF group decreased significantly. The levels of secreting factors of SCs and the morphology of the testis showed an obvious change after RF exposure. The level of the secreting factor of LCs decreased significantly after RF exposure. The levels of cleaved caspase 3, caspase 3, and the BAX/BCL2 ratio in the testis increased markedly after RF exposure. These data collectively suggested that under the present experimental conditions, 220 MHz pulsed modulated RF exposure could impair sperm quality in rats, and the disruption of the secreting function of LCs and increased apoptosis of testis cells induced by the RF field might be accounted for by this damaging effect.

https://www.ncbi.nlm.nih.gov/pubmed/30977029

--

**Assessment of the effects of radiofrequency radiation on human colon epithelium cells**

Tomruk A, Terzi YK, Guler GO. Assessment of the effects of radiofrequency radiation on human colon epithelium cells. Bratisl Lek Listy. 2019;120(4):299-308. doi: 10.4149/BLL_2019_050.

Abstract

OBJECTIVES: The aim of the study was to investigate the possible effects of radiofrequency radiation (RFR) at different frequencies for different exposure durations on caspase-dependent apoptosis pathways in human colon adenocarcinoma (HT-29).

METHODS: HT-29 cells were exposed to 1800 MHz; 2100 MHz and 2600 MHz RFR for 3 h cont., 6 h int. and 6 h cont.. Cell viability measurements were performed by Trypan Blue exclusion assay and the gene expressions of CASP8, CASP9, CASP3 and CASP12 were analyzed using qRT-PCR.

RESULTS: Exposure to 2100 MHz RFR for all 3 durations of exposures was more effective for the ratio of the number of viable HT-29 cells w.r.t 1800 MHz RFR and 2600 MHz RFR exposures. After 2100 MHz RFR exposure, caspase activation increased significantly (for 3h cont. and 6 h int. exposures CASP8 and CASP9 levels; for 6 h cont. exposure CASP3 levels) (p 0.05).

CONCLUSION: Decreases in the cell viability of HT-29 cells for certain frequencies and also durations are consistent with significant increases in caspase activations. The results of caspase activation after 1800 MHz or 2600 MHz RFR exposures can be interpreted as the activation of different types of cell death pathway by caspase signaling cascades (Fig. 15, Ref. 56).

87

https://www.ncbi.nlm.nih.gov/pubmed/31023054

--

**Effect of cell phone radiation on neutrophil of mice**

Pei Y, Gao H, Li L, An X, Tian Q. Effect of cell phone radiation on neutrophil of mice. Int J Radiat Biol. 2019 Apr 23:1-22. doi: 10.1080/09553002.2019.1607605.

Abstract

Purpose   The present study aims to evaluate the effect of cell phone radiation on neutrophil of mice.

Materials and methods   40 male BALB/C mice were randomly broken up into 4 groups as control, blank control, TD-CDMA and LTE-Advanced groups respectively. Mice were exposed to cell phone radiation for a period of 6 weeks. Then numbers of neutrophil were detected by fully automatic haematology analyzer. Soft agar diffusion method was performed to assess the chemotaxis of neutrophils while the phagocytosis of neutrophils was determined by measuring the staphylococcus albus phagocytosis percentage. Apoptosis was analyzed by flow cytometry.

Results No significant differences were observed among the control and exposure groups regarding the numbers of neutrophils after 2 weeks' exposure to cell phone radiation, while the numbers of neutrophils in TD-SCDMA and LTE-Advanced groups were seen to rise after an exposure of 4 or 6 weeks. No effect was observed on chemotaxis of neutrophils due to phone radiation. The phagocytosis of neutrophils was decreased while the apoptosis were increased both in TD-SCDMA and LTE-Advanced groups after 6 weeks exposure.

Conclusions Mobile phone radiation could give rise to increase of neutrophil numbers yet with no effect whatever on neutrophils chemotaxis, and the radiation was likely to cause decrease of phagocytosis and induced apoptosis of neutrophils.

https://www.ncbi.nlm.nih.gov/pubmed/31012799

--

**Effects of 50 Hz magnetic fields on circadian rhythm control in mice**

Lundberg L, Sienkiewicz Z, Anthony DC, Broom KA. Effects of 50 Hz magnetic fields on circadian rhythm control in mice. Bioelectromagnetics. 2019 Apr 4. doi: 10.1002/bem.22188.

Abstract

Artificial light and power frequency magnetic fields are ubiquitous in the built environment. Light is a potent zeitgeber but it is unclear whether power frequency magnetic fields can influence circadian rhythm control. To study this possibility, 8-12-week-old male C57BL/6J mice were exposed for 30 min starting at zeitgeber time 14 (ZT14, 2 h into the dark period of the day) to 50 Hz magnetic fields at 580 µT using a pair of Helmholtz coils and/or a blue LED light at 700 lux or neither. Our experiments revealed an acute adrenal response to blue light, in terms of increased adrenal per1 gene expression, increased serum corticosterone levels, increased time spent sleeping, and decreased locomotor activity (in all cases, $P < 0.0001$ compared to an unexposed control group). There appeared to be no modulating effect of the magnetic fields on the response to light, and there was also no effect of the magnetic fields alone (in both cases, $P > 0.05$) except for a decrease in locomotor activity ($P < 0.03$). Gene expression of the cryptochromes cry1 and cry2 in the adrenals, liver, and hippocampus was also not affected by exposures (in all cases, $P > 0.05$). In conclusion, these results suggest

JA 01691

that 50 Hz magnetic fields do not significantly affect the acute light response to a degree that can be detected in the adrenal response.

https://www.ncbi.nlm.nih.gov/pubmed/30945762

--

**The cellular effects of Pulsed Electromagnetic Fields on osteoblasts: A review**

Galli C, Pedrazzi G, Guizzardi S. The cellular effects of Pulsed Electromagnetic Fields on osteoblasts: A review. Bioelectromagnetics. 2019 Mar 25. doi: 10.1002/bem.22187.

Abstract

Electromagnetic fields (EMFs) have long been known to interact with living organisms and their cells and to bear the potential for therapeutic use. Among the most extensively investigated applications, the use of Pulsed EMFs (PEMFs) has proven effective to ameliorate bone healing in several studies, although the evidence is still inconclusive. This is due in part to our still-poor understanding of the mechanisms by which PEMFs act on cells and affect their functions and to an ongoing lack of consensus on the most effective parameters for specific clinical applications. The present review has compared in vitro studies on PEMFs on different osteoblast models, which elucidate potential mechanisms of action for PEMFs, up to the most recent insights into the role of primary cilia, and highlight the critical issues underlying at least some of the inconsistent results in the available literature

https://www.ncbi.nlm.nih.gov/pubmed/30908726

Excerpt

Two main stimulation regimes possess the most evidence supporting their biological action: a 75 Hz, 1.5–2.5 mT PEMF stimulation with trapezoidal waves and a 0.3–1.8 mT, 15 Hz PRF PEMF stimulation with carrier frequency of about 4 kHz, which correspond to the most common, commercially available clinical stimulation devices. These choices appear to be rooted in habit or equipment availability rather than a systematic screening, which is still needed in the osteoblast field.

Taken together, the literature on in vitro studies on osteoblasts seem to solidly support an effect of PEMFs on osteoblastic differentiation, and several works have reported a modulation of the RANKL/OPG axis [Chang et al., 2005; Borsje et al., 2010; Jansen et al., 2010; He et al., 2018; Wang et al., 2018], which is central to bone homeostasis. Moreover, there is robust and consistent evidence that BMP-2 [Bodamyali et al., 1998; Patterson et al., 2006; Selvamurugan et al., 2007; Yan et al., 2015; Wang et al., 2019], TGF-β [Lohmann et al., 2000; Patterson et al., 2006; Selvamurugan et al., 2017], and Wnt [Lin et al., 2015; Zhou et al., 2015; Zhai et al., 2016] signaling are modulated in osteoblasts by PEMFs.

It has been long known that cell membrane appears at the center of the effects of PEMFs because of their action on ion channels, most noticeably calcium channels, and the release of bioactive factors and membrane trafficking. Most recently, primary cilia have been reported to play a role in transducing PEMF signaling to cells [Yan et al., 2015; Xie et al., 2016; Wang et al., 2018] and could provide a unifying theory to explain differences in cell responsiveness depending on their differentiation stage and the involvement of signaling pathways that could all be regulated at the receptor level by an effect on membrane trafficking. Besides biochemical signaling, therefore, a closer attention to morphology is probably needed in any new study on osteoblasts and PEMFs. Reports of morphological effects of PEMFs on cells are sporadic but consistent [Noriega-Luna et al., 2011; Wang et al., 2018], and they might be central to a more correct interpretation of the latest data to better understand the cellular targets of PEMFs and therefore improve their clinical use.

--

89

**Radiofrequency Electromagnetic Field Exposure and the Resting EEG: Exploring the Thermal Mechanism Hypothesis**

Loughran SP, Verrender A, Dalecki A, Burdon CA, Tagami K, Park J, Taylor NAS, Croft RJ. Radiofrequency Electromagnetic Field Exposure and the Resting EEG: Exploring the Thermal Mechanism Hypothesis. Int J Environ Res Public Health. 2019 Apr 28;16(9). pii: E1505. doi: 10.3390/ijerph16091505.

Abstract

There is now strong evidence that radiofrequency electromagnetic field (RF-EMF) exposure influences the human electroencephalogram (EEG). While effects on the alpha band of the resting EEG have been repeatedly shown, the mechanisms underlying that effect have not been established. The current study used well-controlled methods to assess the RF-EMF exposure effect on the EEG and determine whether that effect might be thermally mediated. Thirty-six healthy adults participated in a randomized, double-blind, counterbalanced provocation study. A water-perfusion suit (34 C) was worn throughout the study to negate environmental influences and stabilize skin temperature. Participants attended the laboratory on four occasions, the first being a calibration session and the three subsequent ones being exposure sessions. During each exposure session, EEG and skin temperature (8 sites) were recorded continuously during a baseline phase, and then during a 30 min exposure to a 920 MHz GSM-like signal (Sham, Low RF-EMF (1 W/kg) and High RF-EMF (2 W/kg)). Consistent with previous research, alpha EEG activity increased during the High exposure condition compared to the Sham condition. As a measure of thermoregulatory activation, finger temperature was found to be higher during both exposure conditions compared to the Sham condition, indicating for the first time that the effect on the EEG is accompanied by thermoregulatory changes and suggesting that the effect of RF-EMF on the EEG is consistent with a thermal mechanism.

Open access paper: https://www.mdpi.com/1660-4601/16/9/1505

--

**ION cyclotron resonance: Geomagnetic strategy for living systems?**

Liboff AR. ION cyclotron resonance: Geomagnetic strategy for living systems? Electromagn Biol Med. 2019 Apr 27:1-6. doi: 10.1080/15368378.2019.1608234.

Abstract

Except for relatively few polarity reversals the magnitude of the magnetic dipole moment of the earth has remained constant since life first began, allowing evolutionary processes to integrate the geomagnetic field (GMF) into several biological functions. One of these, bearing the classical signature of an ion cyclotron resonance (ICR)-like interaction, results in biological change associated with enhanced proton transport. The wide range of cation masses over which this effect is found suggest a fundamental biological dependence on the GMF, one that functions equally well for electric as well as magnetic fields. Such generalization of ICR requires two things: transparency of tissues to the GMF and suitably tuned ELF resonant magnetic or electric fields. To complement the widely reported ICR responses to applied AC magnetic fields, we hypothesize the existence of weak endogenous ICR electric field oscillations within the cell. This equivalence implies that even in the absence of applied AC magnetic fields, biological systems will exhibit intrinsic GMF-dependent ion cyclotron resonance intracellular interactions. Many ICR effects that have been reported appear as antagonist pairs suggesting that the characteristics of the GMF have not only been incorporated into the genome but also appear to function in an endocrine-like manner.

https://www.ncbi.nlm.nih.gov/pubmed/31017814

--

JA 01693

**Cardiovascular response as a marker of environmental stress caused by variations in geomagnetic field and local weather**

Pishchalnikova RY,  Gurfinkel YI, Sarimov RM, Vasin AL, Sasonko ML, Matveeva TA, Binhi VN, Baranov MB. Cardiovascular response as a marker of environmental stress caused by variations in geomagnetic field and local weather. Biomedical Signal Processing and Control . 51:401-410. May 2019. https://doi.org/10.1016/j.bspc.2019.03.005

Highlights

• A Helmholtz-like magnetic field exposure system adapted for long-term experiments.
• Three modes of magnetic field exposure including geomagnetic storm have been used.
• Correlations of heart rate with magnetic field are criterion of cardiovascular response.
• Maximum cardiovascular response has been detected for the storm mode of exposure.
• Time-frequency representation of heart rate for each subject has individual character.

Abstract

We report the results of a physiological study that include ECG analysis, capillary blood velocity (CBV) data, and blood pressure (BP) measurements obtained under conditions of modified external magnetic field (MF). Each of eight volunteers was sequentially exposed to MFs of three different types for 22 h. A Helmholtz-like MF exposure system was used. The system was specially designed for long-term exposures of human beings to static and low frequency MFs. The MF of the first type reproduced an initially recorded geomagnetic storm (GS). The MF inductions of the other two types were about 55 and 49 µT, which corresponded to the natural local magnetic background and a slightly decreased MF, respectively. In all three cases, the environmental magnetic fluctuations were suppressed by the active Helmholtz system. The variability of RR intervals[ the time elapsed between two successive R-waves of the QRS signal on the electrocardiogram] was considered as a key indicator of cardiovascular response to the MFs and weather conditions. A time-frequency representation (TFR) and a frequency-frequency representation (FFR) were used for processing of the time series of RR intervals. It turned out that the transformation to TFR makes it possible to obtain the characteristic matrix of RR intervals; such a matrix can be used as a subject identifier. FFR was used to calculate correlations of RR intervals with the components of the MFs. The averaged correlation coefficients of RR intervals with the Bx and By components appeared significantly higher ($p < 0.001$) during the Storm mode in comparison with control. Thus, it is shown that artificial geomagnetic storm can cause a detectable cardiovascular response.

https://www.sciencedirect.com/science/article/abs/pii/S1746809419300795

--

**Evaluation of in vivo exposure to ELF magnetic fields on plasma levels of pro-inflammatory cytokines in rats**

Wyszkowska J, Jędrzejewski T, Piotrowski J, Wojciechowska A, Stankiewicz M, Kozak W. Evaluation of the influence of in vivo exposure to extremely low-frequency magnetic fields on the plasma levels of pro-inflammatory cytokines in rats. Int J Radiat Biol. 2018 Oct;94(10):909-917. doi: 10.1080/09553002.2018.1503428.

Abstract

PURPOSE: Epidemiological data suggest that there is a link between exposure to extremely low-frequency magnetic fields (ELF-MFs), immune response, and the occurrence of neurodegenerative diseases. The exact nature of this phenomenon remains speculative and requires detailed laboratory investigation. In the present study, we evaluate changes in plasma concentration of pro-inflammatory and regulatory cytokines as well as

91

alternations of the hematological parameters in rats exposed to an ELF-MF.

MATERIALS AND METHODS: Male Wistar rats were repeatedly exposed for either 1 h/day for 7 days, or continuously for 24 h, to a sinusoidal ELF-MF (50 Hz, 7 mT). Control groups were sham exposed for either 1 h/day for 7 days, or continuously for 24 h, respectively. The levels of cytokines: interleukin (IL)-1β, IL-2, IL-6, and IL-10 in plasma obtained from blood samples were determined using enzyme-linked immunosorbent assay (ELISA). The changes in blood parameters were determined using an automatic hematology analyzer in whole blood samples immediately after collection.

RESULTS: We found that a single continuous (lasting 24 h) exposure provoked a significant increase of the plasma IL-1β, IL-6, and IL-2 levels, and caused an elevation in blood parameters, such as white blood cells, lymphocytes, hemoglobin, and hematocrit levels. In contrast, however, repetitive exposure of rats to an ELF-MF for 1 h/day for 7 days did not lead to any changes in plasma levels of cytokines and hematological counts.

CONCLUSIONS: Based on these data we conclude that exposure duration (dose-response) plays a significant role in the immune response, specifically at the cellular level. While single 24 h-lasting exposure provoked changes that indicate an immune alarm stimulation, under the conditions which are typical for therapeutic use of ELF-MFs (repeated short daily exposure) the immune potentially harmful response has not been observed.

https://www.ncbi.nlm.nih.gov/pubmed/30028649

--

**Effects of ELF EMF on c-Maf, STAT6, and RORα expressions in spleen and thymus of rat**

Mahaki H, Jabarivasal N, Sardarian K, Zamani A. The effects of extremely low-frequency electromagnetic fields on c-Maf, STAT6, and RORα expressions in spleen and thymus of rat. Electromagn Biol Med. 2019 Apr 24:1-7. doi: 10.1080/15368378.2019.1608832.

Abstract

The study investigated the effect of extremely low-frequency electromagnetic fields (ELF-EMFs) exposure at different magnetic flux densities on genes expression of transcription factor Maf (c-Maf), signal transducer and activator of transcription 6 (STAT6), and retinoid-related orphan receptor alpha (RORα) in the spleen and thymus of rats. Eighty adult male rats were separated into four ELF-EMFs exposed and were exposed to magnetic flux densities of 1, 100, 500, and 2000 μT at a frequency of 50 Hz for 2 h daily for up to 60 d. All rats were intraperitoneally immunized on d 31, 44, and 58 of exposure. The experimental results showed that the expression levels of c-Maf, STAT6, and RORα in the thymus were not significantly changed at different magnetic flux densities. The expression levels of RORα and c-Maf were significantly downregulated at the densities of 1 and 100 μT, while the expression of STAT6 was only significantly decreased at the density of 100 μT. In conclusion, low magnetic flux densities of ELF-EMFs may reduce the expression levels of c-Maf, STAT6, and RORα genes in the spleen.

https://www.ncbi.nlm.nih.gov/pubmed/31017814

--

**Effects of continuous exposure to power frequency electric fields on soybean Glycine max**

Li X, Liu X, Wan B, Li X, Li M, Zhu H, Hua H. Effects of continuous exposure to power frequency electric fields on soybean Glycine max. J Environ Radioact. 2019 Apr 5;204:35-41. doi: 10.1016/j.jenvrad.2019.03.026.

Abstract

92

With the increasing density of high voltage transmission systems, the potential risks and hazards of environmental electric fields (EFs) generated by these systems to surrounding organisms is becoming a source of public concern. To evaluate the effect of environmental EFs on plants, we used soybean as a model and systematically evaluated the effect of continuous exposure to different intensities (0 kV/m, 2 kV/m, and 10 kV/m) of power frequency EFs on agronomic characters, yield, nutrient contents, protective enzyme activities, and gene transcription. We found that the effects on soybean were more pronounced when plants were exposed to EF during development (especially at the seedling stage) than when they were exposed at maturity. The functional leaf number, stem diameter, plant dry weight, and pod number were largely unaffected by EF, while the germination rate and protective enzyme activities increased with increasing EF intensity. In plants exposed to low-intensity EF (2 kV/m), some agronomic characters, including chlorophyll content, plant height, and bean dry weight, as well as the soluble sugar and total protein contents, were significantly higher than those of plants exposed to high-intensity EF (10 kV/m) and control plants (0 kV/m). Through transcriptome analysis, we found that 2,977 genes were significantly up-regulated and 1,462 genes were down-regulated when plants were exposed to EF. These differentially expressed genes mainly encode ribosome proteins and related enzymes involved in carbon metabolism pathway, providing a novel perspective for understanding molecular mechanisms underpinning the responses to EF stress in soybean.

https://www.ncbi.nlm.nih.gov/pubmed/30959328

--

## The "Moscow signal" epidemiological study, 40 years on

Martinez JA. The "Moscow signal" epidemiological study, 40 years on. Reviews on Environmental Research. 34(1):13-24. Mar 2019. d oi: 10.1515/reveh-2018-0061.

Abstract

Between 1953 and 1979, the USSR irradiated the United States embassy in Moscow with microwaves. This episode, a classic Cold War affair, has acquired enormous importance in the discussions on the effect of non-ionizing radiation on people's health. In 2011, the International Agency for Research on Cancer (IARC) classified radiofrequency electromagnetic fields as being a possible human carcinogen (Group 2B), but the results of recent laboratory and epidemiological studies have led some researchers to conclude that radiofrequency electromagnetic fields should be reclassified as a human carcinogen instead of merely a possible human carcinogen. In 1978, the "Moscow signal" case was officially closed after the publication of the epidemiological study of (Lilienfeld AM, Tonascia J, Tonascia S, Libauer CA, Cauthen GM. Foreign Service health status study. Evaluation of health status of foreign service and other employees from selected Eastern European posts. Report on Foreign Service Health Status Study, U.S. Department of State 6025-619073, 1978), showing no apparent evidence of increased mortality rates and limited evidence regarding general health status. However, several loose ends still remain with respect to this epidemiological study, as well as the affair as a whole. In this paper, we summarize the available evidence concerning this case, paying special attention to the epidemiological study of Lilienfeld et al. After reviewing the available literature (including declassified documents), and after some additional statistical analyses, we provide new insights which do not complete the puzzle, but which may help to better understand it.

https://www.ncbi.nlm.nih.gov/pubmed/30676008

Conclusions

This event was just one of many that took place during the Cold War, and must therefore be assessed in the context of manipulation, political interests and classified information typical of the time. With the data in hand,

93

with what we have been able to gather and what we have shown in this article, we can approach the truth, possibly even guess it, but not reveal it in its total dimension. And we will probably never be able to do so.

Those who, in the published results we have mentioned, use this event to deny the harmful effects of microwave radiation do not have enough evidence to support their position. There are too many loose ends, unanalyzed information, methodological flaws, and debatable interpretations.

However, on the opposite side of the debate, those who take this case as incontestable evidence of the harmful effects of microwaves on humans at low intensities, must also admit that there is a lack of statistical consistency in the results. There is still too much imprecision.

A global vision of the whole event, including the nuances and details that we have explained in this article, show the latter to be closer to the truth than the former, even more so when we consider non-carcinogenic effects linked to what is now associated with electrohypersensitivity. However, it must be recognized that the methodology used by Lilienfeld et al. ([1](#)) also casts doubt on this claim, as the health status symptom questionnaires were filled in after the case was made public (nocebo effect). In addition, the results of our simulations are also partially dependent of the quality of data of Lilienfeld et al. ([1](#)), which were not complete, having a different degree of potential bias regarding mortality, cancer incidence and health status. Further research on the personnel of the Havana embassy who were recently subjected to a similar attack, could indirectly help to better understand what happened in Moscow more than 40 years ago.

Power densities measured at the Moscow embassy were higher than the average levels typically found nowadays in homes, schools and urban areas, and were of the same order of magnitude as the more extreme case of living just a few meters from a base station (see ([19](#))). This means that exposure at the embassy could have been high in terms of today's typical levels of exposure. Nevertheless, the exposure was several orders of magnitude lower than those suggested by the ICNRIP guidelines, adopted by many countries as legal limits. As Hardell et al. ([19](#)) indicated, the BioInitiative Report ([49](#)) with updated references defined the scientific benchmark for possible health risks as $0.000003$–$0.000006$ mW/cm$^2$. Consequently, the exposure at the Moscow embassy was from 3 to 4 orders of magnitude higher than this safety benchmark, but 3 orders of magnitude lower than the legal limits of many countries.

In any case, and as Frentzle-Beyme ([50](#)) stated, "*The level of proof required to justify action for health protection should be less than that required to constitute causality as a scientific principle*". The "Moscow signal" remains a "signal"; let us not reject it, but listen to it instead.

--

### Radio Frequency Electromagnetic Field Exposure Assessment for future 5G networks

Persia S, Carciofi C, Barbiroli M, Volta C, Bontempelli D, Anania G. Radio frequency electromagnetic field exposure assessment for future 5G networks. IEEE 29th Annual International Symposium on Personal, Indoor and Mobile Radio Communications (PIMRC), 2018. IEEE, 2018. doi:10.1109/PIMRC.2018.8580919

Abstract

The fifth generation of mobile network (5G) will relay not only on the expansion of existing fourth (4G) Long Term Evolution (LTE) network, but thanks to the introduction of new radio access in the millimetre wave bands will allow to meet new requirements in terms of connectivity and capacity. Specifically, 5G network will be characterized by the use of new spectrum at higher frequencies with a very large number of antenna elements deployment. As a consequence, the RF EMF (Radio Frequency Electromagnetic Field) compliance assessments with the regulatory requirements for human exposure for the installation permission needs to be revised accordingly. In this work, a Country case (Italy), where a more restrictive regulatory framework than the

94

ICNIRP Guidelines is applied, has been analysed to investigate the impact of the restrictive approach on the future 5G mobile networks roll-out.

Conclusions

The EMF evaluations of existing cellular networks has been analysed in this work in order to highlight how restrictive regulatory framework than International Guidelines can affect 5G and future network deployment. Italy case study is considered as an example, due to its restrictive regulation to verify if it can permit an efficient 5G roll-out. This consideration has been confirmed by evaluations of the trend of saturated sites from 2010 to 2017 in Italy. Simulations demonstrate that in Italy the strong development expected for the evolution of 4G networks and, in the perspective of 5G systems, can be threatened with the stringent constraints imposed by the current regulatory framework for exposure to electromagnetic fields.

https://ieeexplore.ieee.org/document/8580919

--

**Radio Frequency Electromagnetic Fields Exposure Assessment in Indoor Environments: A Review**

Chiaramello E, Bonato M, Fiocchi S, Tognola G, Parazzini M, Ravazzani P, Wiart J. Radio Frequency Electromagnetic Fields Exposure Assessment in Indoor Environments: A Review. Int J Environ Res Public Health. 2019 Mar 17;16(6). pii: E955. doi: 10.3390/ijerph16060955.

Abstract

Exposure to radiofrequency (RF) electromagnetic fields (EMFs) in indoor environments depends on both outdoor sources such as radio, television and mobile phone antennas and indoor sources, such as mobile phones and wireless communications applications. Establishing the levels of exposure could be challenging due to differences in the approaches used in different studies. The goal of this study is to present an overview of the last ten years research efforts about RF EMF exposure in indoor environments, considering different RF-EMF sources found to cause exposure in indoor environments, different indoor environments and different approaches used to assess the exposure. The highest maximum mean levels of the exposure considering the whole RF-EMF frequency band was found in offices (1.14 V/m) and in public transports (0.97 V/m), while the lowest levels of exposure were observed in homes and apartments, with mean values in the range 0.13 - 0.43 V/m. The contribution of different RF-EMF sources to the total level of exposure was found to show slightly different patterns among the indoor environments, but this finding has to be considered as a time-dependent picture of the continuous evolving exposure to RF-EMF.

Open access paper: https://www.mdpi.com/1660-4601/16/6/955

--

**Assessment of RF EMF exposure from personal measurements considering the body shadowing effect in Korean children and parents**

Choi J, Hwang JH, Lim H, Joo H, Yang HS, Lee YH, Eeftens M, Struchen B, Röösli M, Lee AK, Choi HD, Kwon JH, Ha M. Assessment of radiofrequency electromagnetic field exposure from personal measurements considering the body shadowing effect in Korean children and parents. Sci Total Environ. 2018 Jun 15;627:1544-1551. doi: 10.1016/j.scitotenv.2018.01.318. Epub 2018 Feb 9.

95

Abstract

We aimed to assess the personal radiofrequency electromagnetic field (RF-EMF) exposure levels of children and adults through their activities, with consideration to the body shadowing effect. We recruited 50 child-adult pairs, living in Seoul, Cheonan, and Ulsan, South Korea. RF-EMF measurements were performed between September and December 2016, using a portable exposure meter tailored to capture 14 Korean radiofrequency (RF) bands ranging from 87.5 to 5875MHz. The participants carried the device for 48h and kept a time-activity diary using a smartphone application in flight mode. To enhance accuracy of the exposure assessment, the body shadowing effect was compensated during the statistical analysis with the measured RF-EMF exposure. The compensation was conducted using the hybrid model that represents the decrease of the exposure level due to the body shadowing effect. A generalized linear mixed model was used to compare the RF-EMF exposure levels by subjects and activities. The arithmetic (geometric) means of the total power density were 174.9 (36.6) μW/m2 for all participants, 226.9 (44.6) for fathers, 245.4 (44.8) for mothers, and 116.2 (30.1) for children. By compensating for the body shadowing effect, the total RF-EMF exposure increased marginally, approximately 1.4 times. Each frequency band contribution to total RF-EMF exposure consisted of 76.7%, 2.4%, 9.9%, 5.0%, 3.3%, and 2.6% for downlink, uplink, WiFi, FM Radio, TV, and WiBro bands, respectively. Among the three regions, total RF-EMF exposure was highest in Seoul, and among the activities, it was highest in the metro, followed by foot/bicycle, bus/car, and outside. The contribution of base-station exposure to total RF-EMF exposure was the highest both in parents and children. Total and base-station RF-EMF exposure levels in Korea were higher than those reported in European countries.

https://www.ncbi.nlm.nih.gov/pubmed/30857115

--

**Emissions from smart meters and other residential radiofrequency sources**

Aerts S, Verloock L, Van den Bossche M, Martens L, Vergara X, Joseph W. Emissions from smart meters and other residential radiofrequency sources. Health Phys. 2019 Mar 15. doi: 10.1097/HP.0000000000001032.

Abstract

The advent of the Internet of things comes with a huge increase in wirelessly communicating devices in our environment. For example, smart energy-consumption meters are being widely deployed in residences from which they communicate their state using radiofrequency networks. Accurate characterization of the radiofrequency emissions from emerging residential wireless solutions is important to inform the public about the potential impact on their exposure to radiofrequency electromagnetic fields. A new measurement procedure to determine the exposure from residential radiofrequency devices is proposed by assessing the peak emitted fields at various distances and the proportion of time they transmit (duty cycle). Radiofrequency emissions from 55 residential devices were measured in 10 residences (Belgium and France) and compared to environmental levels, emissions from 41 mobile phones, and international standards. Overall, residential levels of radiofrequency electromagnetic field exposure are low. In addition to the continuous environmental exposure, wireless access points (due to frequent use) and especially mobile phones and other personal communication devices (due to their use close to the body) continue to represent the bulk of the radiofrequency electromagnetic field exposure in the smart home. However, some residential devices can significantly increase the exposure if their duty cycles are high enough (>10%), especially when held or used close to the body. Individual smart meters, on the other hand, will contribute only little in general, despite emissions of up to 20 V per m at 50 cm, due to their low duty cycles (maximum 1%) and locations.

96

JA 01699

Conclusion

Overall, low to very low emissions were measured for nearly all of the devices, and it is concluded that, in addition to the continuous exposure due to environmental sources, when used, wireless access points and especially mobile phones and other personal communication devices (e.g., DECT cordless phones, walkie-talkies) will continue to represent the bulk of our exposure to radiofrequency electromagnetic fields in the smart home, due to their typically high emissions and use close to the body. However, RF-emitting devices with high duty cycles (e.g., in this sample, motion sensor, baby monitor, and an IoT toothbrush) may significantly increase the potential for exposure, especially when used or located close to the body. The potential impact on the exposure due to individual smart meters, on the other hand, and in particular due to the communications modules wirelessly linked to a utility company's central network, is small, regardless of their emissions of up to 20 volts per meter at 0.2 m, given their rare transmissions and usual deployment away from the residents.

--

**Not in My Neighborhood: A User Equipment Perspective of Cellular Planning Under Restrictive EMF Limits**

Chiaraviglio L, Galán-Jiménez J, Fiore M, Blefari-Melazzi N.  Not in my neighborhood: A user equipment perspective of cellular planning under restrictive EMF limits. IEEE Access. 7:6161-6185. 20 December 2018. Updated 16 January 2019. DOI: 10.1109/ACCESS.2018.2888916

Abstract

The installation of base station (BS) sites is regulated by a variety of laws at international, national, and local levels. While international regulations are already severe, the national and local laws applied in many countries and regions follow precautionary principles and enforce electromagnetic field (EMF) constraints that are even more restrictive. This legal environment results in substantial constraints affecting the planning of cellular networks, as requests for new BS site installation are easily denied by national or local authorities. In this paper, we consider the problem of cellular planning under restrictive EMF limits from the user equipment (UE) viewpoint. We focus on outdoor urban areas and first evaluate the impact of the current, non-optimal network planning at the UE side through a quantitative measurement-driven analysis of the quality of service (QoS) observed by users in heterogeneous, large-scale urban scenarios. We then perform a qualitative assessment of the perceived QoS and generated EMF levels at one UE transferring data from/to a BS based on its position with respect to the serving BS. Finally, we run a what-if analysis by comparing the existing planning with the one where new BS sites can be installed, thanks to a relaxation of the restrictive EMF constraints. Our results clearly show that a cellular planning driven by restrictive EMF constraints forces UE to experience large distances from the serving BS, frequent non-line-of-sight conditions, and poor received signal. In turn, this entails a very negative combination of high electric field activity (EFA) levels generated by the UE and low QoS perceived by the user. We show that, by relaxing the restrictive EMF constraints, the problem could be sensibly mitigated with a positive impact on the UE channel conditions and consequently on the perceived QoS and the UE EFA.

Open access paper: https://ieeexplore.ieee.org/stamp/stamp.jsp?arnumber=8584448

97

--

**Becoming electro-hypersensitive: A replication study**

Dieudonné M. Becoming electro-hypersensitive: A replication study. Bioelectromagnetics. 2019 Apr;40(3):188-200. doi: 10.1002/bem.22180.

Abstract

Idiopathic Environmental Intolerance attributed to Electromagnetic Fields (IEI-EMF) is an emerging environmental illness that is characterized by the attribution of various symptoms to electromagnetic fields (EMF). To date, research has not succeeded in objectifying the illness' semiology or etiology. IEI-EMF remains impossible to define other than in terms of the attributions of the persons affected. Yet, the genesis of these attributions is still not well understood. This study's objective is to replicate previous results relating to them, while correcting their limitations. Sixteen electro-hypersensitive (EHS) subjects lent themselves to both a sociological interview and a medical interview, and completed a set of standardized questionnaires. Three distinct types of biographical trajectories leading to persons becoming convinced of their hypersensitivity were identified, which were called the Reticent Attribution model, the Prior Attribution model, and the By Proxy Attribution model. These three models of EHS attribution process do not appear to lead to clinically distinct forms of IEI-EMF. What distinguishes them is the way in which the initial suspicion of the electromagnetic environment emerges. They demonstrate a diversification of the pathways to IEI-EMF. Nonetheless, in each model, the learning process that enables the EHS attribution to be materialized and operationalized is identical. The ability to establish causation between the electromagnetic environment and their condition is therefore the result of EHS subjects' trajectories, rather than their starting point. This observation is not congruent with models attributing IEI-EMF to nocebo reactions, which raises the question of these models' ecological validity.

https://www.ncbi.nlm.nih.gov/pubmed/30920673

--

**A critical review on wireless charging for electric vehicles**

Machura P, Li Q. A critical review on wireless charging for electric vehicles. Renewable and Sustainable Energy Reviews. 104:209-234. Apr 2019. https://doi.org/10.1016/j.rser.2019.01.027.

Highlights
• The paper timely presents a thorough review on wireless charging technology for electric vehicles.
• Following the previous review papers, the paper includes the most recent developments.
• The paper shows future directions for wireless charging from both commercial and research perspective.
• The paper has reviewed the health and safety aspect of wireless charging technology, as well as relevant standards published recently.
• The paper covers the economic aspect of wireless charging systems, and presents a detailed comparison on cost.

Abstract

Electric vehicles (EVs) have recently been significantly developed in terms of both performance and drive range. There already are various models commercially available, and the number of EVs on road increases rapidly. Although most existing EVs are charged by electric cables, companies like Tesla, BMW and Nissan

JA 01701

have started to develop wireless charged EVs that don't require bulky cables. Rather than physical cable connection, the wireless (inductive) link effectively avoids sparking over plugging/unplugging. Furthermore, wireless charging opens new possibilities for dynamic charging – charging while driving. Once realised, EVs will no longer be limited by their electric drive range and the requirement for battery capacity will be greatly reduced. This has been prioritised and promoted worldwide, particularly in UK, Germany and Korea. This paper presents a thorough literature review on the wireless charging technology for EVs. The key technical components of wireless charging are summarised and compared, such as compensation topologies, coil design and communication. To enhance the charging power, an innovative approach towards the use of superconducting material in coil designs is investigated and their potential impact on wireless charging is discussed. In addition, health and safety concerns about wireless charging are addressed, as well as their relevant standards. Economically, the costs of a wide range of wireless charging systems has also been summarised and compared.

https://www.sciencedirect.com/science/article/pii/S1364032119300383

--

**Effects of a brain tumor in a human head on SAR and temperature rise due to RF sources at 4G and 5G frequencies**

Kaburcuk F. Effects of a brain tumor in a dispersive human head on SAR and temperature rise distributions due to RF sources at 4G and 5G frequencies. Electromagn Biol Med. 2019 Mar 20:1-9. doi: 10.1080/15368378.2019.1591441.

Abstract

In this paper, effects of a brain tumor located in a dispersive human head model on specific absorption rate (SAR) and temperature rise distributions due to different types of RF sources at 4G and 5G cellular frequencies are investigated with the use of a multiphysics model. This multiphysics model analyzes the dispersive human head with the brain tumor and provides the SAR and temperature rise distributions in the head due to the RF source operated at 4G and 5G cellular frequencies in a single finite-difference time-domain simulation. An adjacent antenna operated at 4G and 5G cellular frequencies to the human head is considered as the RF source for near-field exposure, while a plane wave field radiated by base stations operated at 4G and 5G cellular frequencies is considered as the RF source for far-field exposure. Numerical results show that the brain tumor in the head slightly affects the SAR and temperature rise distributions due to different RF sources at 4G and 5G cellular frequencies.

https://www.ncbi.nlm.nih.gov/pubmed/30889978

Conclusion

The effects of the brain tumor in the dispersive human head on the SAR1g and temperature rise distributions due to the near-field and far-field exposures are investigated at 4G and 5G cellular frequencies with the aid of multiphysics model. In the multiphysics model, these distributions in the head are calculated at 2.1 and 3.6 GHz in a single simulation. Numerical results show that the SAR1g and temperature rise distributions are slightly affected by the presence of the brain tumor in the head. The calculated SAR1g values and temperature rise in the area of the brain tumor are higher than those calculated in the same area of the healthy head because the EM and thermal parameters of the brain tumor are different from those of the healthy tissues in

99

the same area of the head. Moreover, it has been realized that the distributions are affected by the frequencies and type of the RF sources.

--

## Comparing DNA Damage Induced by Mobile Telephony and Other Types of Man-Made Electromagnetic Fields

Panagopoulos DJ. Comparing DNA damage induced by mobile telephony and other types of man-made electromagnetic fields. Mutation Research/Reviews in Mutation Research. Published online Mar 11, 2019. https://doi.org/10.1016/j.mrrev.2019.03.003.

Abstract

The number of studies showing adverse effects on living organisms induced by different types of man-made Electromagnetic Fields (EMFs) has increased tremendously. Hundreds of peer reviewed published studies show a variety of effects, the most important being DNA damage which is linked to cancer, neurodegenerative diseases, reproductive declines etc. Those studies that are far more effective in showing effects employ real-life Mobile Telephony (MT) exposures emitted by commercially available mobile phones. The present review - of results published by my group from 2006 until 2016 - compares DNA fragmentation induced by six different EMFs on the same biological system - the oogenesis of Drosophila melanogaster - under identical conditions and procedures. Such a direct comparison between different EMFs - especially those employed in daily life - on the same biological endpoint, is very useful for drawing conclusions on their bioactivity, and novel. It shows that real MT EMFs are far more damaging than 50 Hz alternating magnetic field (MF) - similar or much stronger to those of power lines - or a pulsed electric field (PEF) found before to increase fertility. The MT EMFs were significantly more bioactive even for much shorter exposure durations than the other EMFs. Moreover, they were more damaging than previously tested cytotoxic agents like certain chemicals, starvation, dehydration. Individual parameters of the real MT EMFs like intensity, frequency, exposure duration, polarization, pulsing, modulation, are discussed in terms of their role in bioactivity. The crucial parameter for the intense bioactivity seems to be the extreme variability of the polarized MT signals, mainly due to the large unpredictable intensity changes.

Excerpts

Thus, the present study makes the point that once a specific EMF is polarized (and coherent), includes ELFs, and has adequate intensity, then variability in its parameters (especially in its intensity) is of decisive importance in terms of its bioactivity. In the present study this was shown, a) by the direct comparison between six different EMFs in terms of their ability to induce DNA fragmentation in my studies, b) by indirect comparison between the effects of real MT EMFs in my studies and simulated MT EMFs in other studies, both directly compared with corresponding effects of a 50 Hz alternating MF, and c) by the large difference in bioactivity between simulated MT signals with invariable parameters and real MT (highly variable) ones from a great number of reviewed studies. This important point in terms of biological activity and public health protection should be further confirmed experimentally by direct comparison of effects between simulated and real MT EMFs of the same average parameters.

The importance of exposure variability shown in the present study implies the need to define EMF-exposures not only by frequency components and average intensity values, but by reporting maximum and minimum

JA 01703

intensity as well, frequency variations, pulsing or continuous wave, modulation, and - of course - polarization. Moreover, in published reviews of experimental studies employing MT and other types of microwave telecommunication EMFs such as DECT phones, Wi-Fi etc, it must be explicitly reported whether the exposures were real from commercially available devices or simulated from generators, test phones, etc.

The present study further confirms my previous results and conclusions that experiments should employ real-life and not simulated EMFs, and human/animal exposure to microwave telecommunication EMFs should be drastically reduced by prudent use, and establishment of much stringer exposure limits by the responsible health authorities.

https://www.sciencedirect.com/science/article/pii/S1383574218300991

--

**Radiofrequency electromagnetic field exposure and risk perception: A pilot experimental study**

Berihun M.Zeleke BM, Bhatt CR, Brzozek C, Abramson MJ, Freudenstein F,  Croft RJ, Wiedemann P, Benke G. Radiofrequency electromagnetic field exposure and risk perception: A pilot experimental study. Environmental Research. 170:493-499. March 2019. https://doi.org/10.1016/j.envres.2018.12.058

Highlights
• People may get concerned about radiofrequency electromagnetic fields exposures.
• We examined people's risk perceptions to RF-EMF from mobile phone base stations.
• Personal RF-EMF exposure measurement and provision did not affect risk perception.
• Personal exposure knowledge improves confidence in self-protection from RF-EMF.

Abstract

Background Exposure to far-field radiofrequency electromagnetic fields (RF-EMF) has raised public concerns in recent decades. However, it is not known if individuals' perception towards the health risks of RF-EMF is dependent on their knowledge of the objectively measured personal RF-EMF exposure levels.

Objectives This pilot study aimed to demonstrate the feasibility of objectively measuring personal RF-EMF exposure from mobile phone base stations (MPBS) and to determine if the risk perception of people to the potential health risk of exposure to RF-EMF from MPBS is dependent on their knowledge of personal RF-EMF exposure levels.

Design  An experimental study was conducted in 383 adults, recruited in Melbourne, Australia. Participants were randomized to one of the three groups: 1) basic information group who were provided with basic information about RF-EMF to read prior to completing a risk perception assessment questionnaire; 2) precautionary group who were provided with an information pack which included precautionary messages; and 3) personal exposure measurement group who were provided with a summary of their quantitative RF-EMF exposure from MPBS. The same basic information about RF-EMF was also given to the precautionary and personal exposure measurement groups.

Results Participants had a mean ($\pm$ SD) age of $36.9 \pm 12.5$ years; 66.7% were women. Overall, 44.1% had noticed an MPBS in their neighbourhood. The mean (SD) values (from 1 to 7) for risk perceptions to RF-EMF from MPBS were 4.02 (1.67) for basic information, 3.82 (1.62) for precautionary messages, and 3.97 (1.72) for the personal exposure measurement groups. These differences were not statistically significant. Nevertheless,

101

the personal exposure measurement group were more confident that they could protect themselves from RF-EMF than the precautionary or basic information groups.

Conclusion Our findings suggest that providing people with personal RF-EMF exposure measurements may not affect their perceived risk from MPBS, but increase their confidence in protecting themselves.

Conclusions

In conclusion, our study demonstrated that, compared to those provided with precautionary messages and basic information, people provided with personal RF-EMF exposure data did not have significantly different scores for their exposure or risk perception towards RF-EMF in general or that from MPBS, but had greater confidence in being able to protecting themselves from RF-EMF. As a strategy, providing software apps on mobile phones that measure actual exposure could be implemented with the intention of providing realistic exposure information. This may 'demystify' the relatively abstract notion of personal RF-EMF exposure, and ultimately boost confidence in protection. Future research, preferably from a larger and more diverse sample, should aim to investigate the impact of provision of objectively measured exposure information and the knowledge of personal, as well as environmental RF-EMF exposures from both near-field and far-field sources on peoples` risk perception and risk communication vis-a-vis telecommunication technologies.

https://www.sciencedirect.com/science/article/pii/S001393511830255X

--

## Effects of Exposure to 5.8 GHz EMF on Micronucleus Formation, DNA strand breaks & Heat Shock Protein Expressions in Human Eye Cells

Miyakoshi J, Tonomura H, Koyama S, Narita E, Shinohara N. Effects of Exposure to 5.8 GHz Electromagnetic Field on Micronucleus Formation, DNA strand breaks, and Heat Shock Protein Expressions in Cells Derived from Human Eye. IEEE Trans Nanobioscience. 2019 Mar 15. doi: 10.1109/TNB.2019.2905491.

Abstract

In the near future, electrification will be introduced to heavy-duty vehicles and passenger cars. However, wireless power transfer (WPT) requires high energy levels, and the suitability of various types of WPT systems must be assessed. This paper describes a method for solving technical and safety issues associated with this technology. We exposed human corneal epithelial (HCE-T) cells derived from the human eye to 5.8-GHz electromagnetic fields for 24 h. We observed no statistically significant increase in micronucleus (MN) frequency in cells exposed to a 5.8-GHz field at 1 mW/cm2(the general public level in ICNIRP) relative to sham-exposed or incubator controls. Similarly, DNA strand breaks, and expression of heat shock protein (Hsp) Hsp27, Hsp70, and Hsp90α exhibited no statistically significant effects as a result of exposure. These results indicate that exposure to 5.8-GHz electromagnetic fields at 1 mW/cm2 for 24 h has little or no effect on micronucleus formation, DNA strand breaks, and Hsp expression in human eye cells.

https://www.ncbi.nlm.nih.gov/pubmed/30892224

--

## The carcinogenic potential of non-ionizing radiations: The cases of S-50 Hz MF and 1.8 GHz GSM radiofrequency radiation

Soffritti M, Giuliani L. The carcinogenic potential of non-ionizing radiations: The cases of S-50 Hz MF and 1.8 GHz GSM radiofrequency radiation. Basic Clin Pharmacol Toxicol. 2019 Feb 24. doi: 10.1111/bcpt.13215.

Abstract

Epidemiological studies have suggested that human exposure to extremely low-frequency electromagnetic fields from the electric power and to mobile phone radiofrequency electromagnetic fields induce an increased risk of developing malignant tumours. However, no adequate laboratory data, in particular long-term carcinogenicity bioassays to support the epidemiological evidence, have yet been available. This motivated the Ramazzini Institute to embark on a first project of four large life-span carcinogenic bioassays conducted on over 7000 Sprague Dawley rats exposed from prenatal life until natural death to S-50 Hz MF alone or combined with gamma radiation or formaldehyde or aflatoxin B1. Results now available from these studies, which started concurrently, have shown that exposure to Sinusoidal-50 Hz Magnetic Field (S-50 Hz MF) combined with acute exposure to gamma radiation or to chronic administration of formaldehyde in drinking water induces a significantly increased incidence of malignant tumours in males and females. A second project of two large life-span carcinogenic bioassays was conducted on over 3000 Sprague Dawley rats exposed from prenatal life until natural death to 1.8 GHz GSM of mobile phone radio base station, alone or combined with acute exposure to gamma radiation. Early results from the experiment on 1.8 GHz GSM alone show a statistically significant increase in the incidence of heart malignant schwannoma among males exposed at the highest dose.

https://www.ncbi.nlm.nih.gov/pubmed/30801980

--

**Monitoring of mice health, investigation of behavior, hematological parameters under the effect of an electromagnetic field**

Zymantiene, J,  Zelvyte, R, Juozaitiene, V, Oberauskas, V, Noreika, A, Juodziukyniene, N, Aniuliene, A. Monitoring of BALB/C strain mice health, investigation of behavior, hematological parameters under the effect of an electromagnetic field. Weterynary JNA-Veterinary Medicine-Science and Practice. 75(3):158-163. Mar 2019.

Abstract

The aim of this study was to investigate the effect of electromagnetic fields on BALB/c strain mice on their health, body weight, behavior characteristics, hematological parameters and histopathological findings in the brain. The mice of the experimental groups were exposed to electromagnetic waves by using Nokia 230 and Samsung 19300 Galaxy S III mobile phones situated at 2 cm from the cages. In the present study, it can be concluded that the exposure of mice to mobile phone radiation had an effect on the structure of the brain, behavior and body weight. The waves of mobile phones increased activity characteristics and changed some behavioral categories of mice and also decreased their body weight. Histopathological examination revealed mild edema of neutrophils and degeneration of some neurons and glial cells in the brains of experimental mice. The results of the present study showed that a using mobile phone had an influence on in vivo systems.

Open access paper: http://www.medycynawet.edu.pl/images/stories/pdf/pdf2019/032019/2019036194.pdf

--

**Oxidative stress-mediated alterations on sperm parameters in male Wistar rats exposed to 3G mobile phone radiation**

JA 01706

Gautam R, Singh KV, Nirala J, Murmu NN, Meena R, Rajamani P. Oxidative stress-mediated alterations on sperm parameters in male Wistar rats exposed to 3G mobile phone radiation. Andrologia. 2019 Apr;51(3):e13201. doi: 10.1111/and.13201.

Abstract

In recent years, there has been significant increase in mobile phone users. With this, health concerns associated with the exposure to electromagnetic radiation are also increasing. Continuous exposure to electromagnetic (EM) radiation generated from mobile phone is one of the probable reasons behind increasing male infertility. EM radiations induce oxidative stress that leads to numerous changes in reproductive parameters. With this hypothesis, we studied the effect of 3G mobile phone radiations on the reproductive system of male Wistar rats. Adult rats were divided into two groups: control and radio frequency-exposed. The animals were exposed to 3G mobile phone radiation for 45 days (2 hr/day) in specially designed exposure setup under standard conditions. Various biochemical and physiological parameters such as sperm count, sperm morphology, mitochondrial activity, lipid peroxidation, reactive oxygen species level and histopathological analysis were studied. Histopathological examination revealed a reduction in spermatogenic cells and alterations in sperm membrane. Significant increase in ROS and lipid peroxidation level with simultaneously decrease in sperm count, alterations in sperm tail morphology were observed in the exposed group. In conclusion, exposure to mobile phone radiations induces oxidative stress in male Wistar rats which may lead to alteration in sperm parameters and affects their fertility.

https://www.ncbi.nlm.nih.gov/pubmed/30461041

--

**Exposure to non-ionizing electromagnetic radiation of public risk prevention instruments threatens the quality of spermatozoids**

Tirpak F, Slanina T, Tomka M, Zidek R, Halo M Jr, Ivanic P, Gren A, Formicki G, Stachanczyk K, Lukac N, Massanyi P. Exposure to non-ionizing electromagnetic radiation of public risk prevention instruments threatens the quality of spermatozoids. Reprod Domest Anim. 2019 Feb;54(2):150-159. doi: 10.1111/rda.13338.

**Abstract**

The use of artificial insemination in cattle breeding has evolved to global extent, and insemination doses are often shipped via air transport which requires strict radiation-based examinations. For the determination of effect of non-ionizing radiation (NIR), to which are beings frequently exposed due to protection of airport or cultural event security, freshly ejaculated and cryopreserved bovine spermatozoa were used as experimental model. Following radiation with hand-held metal detector in various exposition times (0, 10 s, 15, 30 and 60 min-groups FR, FR10, FR15, FR30 and FR60) the spermatozoa underwent motility and DNA fragmentation analyses. Study on cryoconserved semen treated with NIR was performed in time intervals 0, 10 s, 1 and 5 min (insemination doses radiated before cryoconservation-CB, CB10, CB1, CB5; samples radiated after freezing-CA, CA10, CA1 and CA5). Fresh semen and insemination doses radiated after cryoconservation showed significantly lower total and progressive motility. No effect on motility parameters was detected in semen extended with cryopreservative medium and radiated prior to freezing. Surprisingly, NIR showed a potential to stimulate spermatozoa velocity; however, the effect was modulated throughout the post-thawing incubation. Based on the DNA fragmentation assay, sperm DNA stayed intact. Present study underlines the potential harm of NIR, which is frequently used in everyday life, with overall adverse impact on human and animal reproduction. Current study also points out on interesting short-term spermatozoa stimulation induced by NIR.

104

--

## Effect of 1800-2100 MHz Electromagnetic Radiation on Learning-Memory and Hippocampal Morphology in Swiss Albino Mice

Kishore, GK, Venkateshu, KV, Sridevi, NS. Effect of 1800-2100 MHz electromagnetic radiation on learning-memory and hippocampal morphology in swiss albino mice. J Clinical and Diagnostic Research. 13(2); Feb 2019. DOI: 10.7860/JCDR/2019/39681.12630

Abstract

Introduction: With advancing technology the mobile phone with multiple features is used as a multipurpose device and attract people of all age groups. Increased usage of mobile phone raises the question of possible adverse effects on health.

Aim: To assess the 1800-2100 MHz radiation effect on learning-memory and microscopic anatomy of hippocampal Cornu Ammonis (CA3) neurons in mice.

Materials and Methods: A total of 18 albino mice were divided into 3 groups (6 Mice per group). Group-I: Control Group, Group-II: Exposed to Radio frequency-Electromagnetic radiation (RF-EMR) for 30 minutes/day for 3 months, Group-III: Exposed to RF-EMR for 60 minutes/day for 3 months. Followed by the exposure, learning memory was assessed by using Hebb-Williams maze in all the groups. The mice were then sacrificed, brains were dissected out and sections were taken at the level of hippocampus and then stained with Haematoxylin and Eosin The results were expressed in Mean +/- SD and analysed by using one-way (analysis of variance) ANOVA followed by LSD (Least Square Difference) test for paired wise data. The p-value<0.05 was considered as statistically significant.

Results: The time taken by the animal to reach the target chamber was significantly increased in Group-III (exposed 60 minutes/day for 3 months), whereas group-II (exposed 30 minutes/day for 3 months) showed no significant changes when compared to Group-I (control group). Microscopic anatomy of hippocampal CA3 neurons in exposed group shows less number of pyramidal cells with darkened nuclei, cytoplasm was vacuolated and cells were scattered.

Conclusion: Exposure to 1800-2100 MHz radiation leads to damage and decrease of neurons in hippocampal region, which alters the learning and memory.

Open access paper:
https://www.jcdr.net/articles/PDF/12630/39681_CE[Ra1]_F(AC)_PF1(PC_SL)_PFA(PC_KM)_PN(SL).pdf

--

## Cell Phone Radiation Effect on Bone-to-Implant Osseointegration: A Preliminary Histologic Evaluation in Rabbits

Kavyashree M, Harish PV, Mishra SK, Chowdhary R. Cell phone radiation wffect on bone-to-implant osseointegration: A preliminary histologic evaluation in rabbits. Int J Oral Maxillofac Implants. 2019 Feb 19. doi: 10.11607/jomi.7024.

Abstract

JA 01708

BACKGROUND AND PURPOSE: The increased use of cell phones has raised many questions as to whether their use is safe for patients with dental implants. This study aimed to assess the consequences of cell phone-emitted radiation on bone-to-implant osseointegration during the healing phase.

MATERIALS AND METHODS: Twelve rabbits were grouped into three groups of four. Group 1 (control) was not exposed to electromagnetic radiation; group 2 (test) was exposed for 8 hours/day in speech mode and 16 hours/day in standby mode; and group 3 (test) was exposed for 24 hours continuously in standby mode for 3 months. Forty-eight implants were placed in tibia and femur bone of rabbits, and after 90 days the rabbits were sacrificed and bone surrounding the implant was retrieved. Histopathologic evaluations of the specimens were done using transmitted light microscope. The differences among the three groups were statistically analyzed with analysis of variance (ANOVA) and pairwise comparisons via Fisher's exact test.

RESULTS: Significantly less bone-to-implant contact and bone area surrounding implant threads were found in the test groups compared to the control group. There was a significant difference in regular bone formation ($P < .001$) among the three groups.

CONCLUSION: Implants exposed to cell phone radiation showed more inflammatory reaction when compared to the nonexposed implants, thus indicating that cellular phone overuse could affect the maturation of bone and thus delay osseointegration.

https://www.ncbi.nlm.nih.gov/pubmed/30892289

--

**Effect of Mobile Tower Radiation on Microbial Diversity in Soil and Antibiotic Resistance**

Sharma AB, Lamba OS; Sharma L, Sharma A. Effect of mobile tower radiation on microbial diversity in soil and antibiotic resistance. 2018 International Conference on Power Energy, Environment and Intelligent Control (PEEIC). April 13-14, 2018. DOI: 10.1109/PEEIC.2018.8665432

Abstract

A substantial increase in the number of mobile phone base stations (MPBS) has been demonstrated in the world. This development has raised concerns with biological systems due to electromagnetic field and radiations. Antibiotic resistance is referred as "the silent tsunami facing modern medicine". The aim of this in vitro study was to demonstrate the impact of these radiations transmitted by Mobile tower stations on microbial diversity in soil and antibiotic resistance pattern. Soil samples were taken from near four different base stations located in Dausa city, while control samples were taken far from stations. Isolation and identification of microorganisms was done using biochemical reactions and antibiotic resistance was observed. Chi-square test with Yates correction was applied to compare the pattern of antibiotic resistance. Stenotrophomonas maltophilia, Chryseobacterium Gleum, Kocuria Rosea were isolated and identified in soil samples collected near radiation exposed zone. Greater antibiotic resistance was observed in microbes present in soil near base stations compared to control. A statistical significant difference in pattern of antibiotic resistance was found with Nalidixic acid, and cefixime when used as antimicrobial agents. (P-value less than 0.05). Our findings suggest that mobile tower radiations can significantly alter the vital systems in microbes and turn them multidrug resistant (MDR) which is most important current threat to public health.

https://ieeexplore.ieee.org/document/8665432

JA 01709

--

**Effects of ELF EMF on B16F10 cancer cells**

Tang JY, Yeh TW, Huang YT, Wang MH, Jang LS. Effects of extremely low-frequency electromagnetic fields on B16F10 cancer cells. Electromagn Biol Med. 2019 Mar 20:1-9. doi: 10.1080/15368378.2019.1591438.

Abstract

This paper presents a method to inhibit B16F10 cancer cells using extremely low-frequency electromagnetic fields (ELF-EMFs) and to evaluate cell viability using MTT (3-(4,5-dimethylthiazol-2-yl)-2,5-diphenyl tetrazolium bromide) assay. The study examined the effect of a natural EMF resonance frequency (7.83 Hz) and a power line frequency (60 Hz) on B16F10 cancer cells for 24 and 48 h. The B16F10 cancer cells were also exposed to sweep frequencies in several sweep intervals to quantitatively analyze the viability of cancer cells. The results yielded a 17% inhibition rate under 7.83 Hz compared with that of the control group. Moreover, sweep frequencies in narrow intervals (7.83 ± 0.1 Hz for the step 0.05 Hz) caused an inhibition rate of 26.4%, and inhibitory effects decreased as frequency sweep intervals increased. These results indicate that a Schumann resonance frequency of 7.83 Hz can inhibit the growth of cancer cells and that using a specific frequency type can lead to more effective growth inhibition.

https://www.ncbi.nlm.nih.gov/pubmed/30889982

--

**Low frequency pulsed EMF promotes differentiation of oligodendrocyte precursor cells through upregulation of miR-219-5p in vitro**

Yao F, Li Z, Cheng L, Zhang L, Zha X, Jing J. Low frequency pulsed electromagnetic field promotes differentiation of oligodendrocyte precursor cells through upregulation of miR-219-5p in vitro. Life Sci. 2019 Mar 15. pii: S0024-3205(19)30189-4. doi: 10.1016/j.lfs.2019.03.031.

Abstract

AIM: Spinal cord injury (SCI) is a common demyelinating disorder of the central nervous system. The differentiation of oligodendrocyte precursor cells (OPCs) into mature oligodendrocytes (OLs), which induce myelination, plays a critical role in the functional recovery following SCI. In this study, the effect of low frequency pulsed electromagnetic field (PEMF) on the differentiation of OPCs and the potential underlying mechanisms were investigated.

MAIN METHODS: OPCs were randomly divided into the PEMF and non-PEMF (NPEMF) groups. qRT-PCR and western blot assays were performed to assess the expression levels of OLs stage-specific markers after 3, 7, 14, and 21 days of PEMF exposure. qRT-PCR was used to further assess the expression levels of miR-219-5p, miR-338, miR-138, and miR-9, which are associated with OPCs differentiation, and the expression levels of genes associated with miR-219-5p. Finally, following PEMF or NPEMF exposure, qRT-PCR and western blot assays were performed to explore the relationship between miR-219-5p and Lingo1 and between miR-219-5p and PEMF in promoting OPCs differentiation.

KEY FINDINGS: PEMF promoted the differentiation of OPCs. PEMF upregulated the expression level of miR-219-5p and downregulated the expression level of Lingo1 during the differentiation of OPCs. Under PEMF

JA 01710

exposure, miR-219-5p targeted Lingo1 and reversed the inhibitory effect of miR-219-5p inhibitor on OPCs differentiation. In addition, PEMF synergized with miR-219-5p to promote OPCs differentiation.

SIGNIFICANCE: Our results, for the first time, indicated that PEMF promoted OPCs differentiation by regulating miR-219-5p activity in vitro.

https://www.ncbi.nlm.nih.gov/pubmed/30885522

--

**Effects of pulsed EMF on learning and memory abilities of STZ-induced dementia rats**

Li Y, Zhang Y, Wang W, Zhang Y, Yu Y, Cheing GL, Pan W. Effects of pulsed electromagnetic fields on learning and memory abilities of STZ-induced dementia rats. Electromagn Biol Med. 2019 Mar 17:1-8. doi: 10.1080/15368378.2019.1591437.

Abstract

INTRODUCTION: Recent studies have shown that pulsed electromagnetic field (EMF) has therapeutic potential for dementia, but the associated neurobiological effects are unclear. This study aimed to determine the effects of pulsed EMF on Streptozotocin (STZ)-induced dementia rats.

METHODS: Forty Sprague-Dawley rats were randomly allocated to one of the four groups: (i) control, (ii) normal saline injection (sham group), (iii) STZ injection (STZ group) and (iv) STZ injection with pulsed EMF exposure (PEMF, 10 mT at 20 Hz) (STZ + MF group). Morris water maze was used to assess the learning and memory abilities. Insulin growth factors 1 and 2 (IGF-1 and IGF-2) gene expression were determined by quantitative PCR.

RESULTS: The results showed that the mean escape latency in STZ-induced dementia rats was reduced by 66% under the exposure of pulsed EMF. Compared with the STZ group, the swimming distance and the time for first crossing the platform decreased by 55 and 41.6% in STZ + MF group, respectively. Furthermore, the IGF-2 gene expression significantly increased compared to that of the STZ group.

CONCLUSIONS: Our findings indicate that the pulsed EMF exposure can improve the ability of learning and memory in STZ-induced dementia rats and this effect may be related to the process of IGF signal transduction, suggesting a potential role for the pulsed EMF for the amelioration of cognition impairment.

https://www.ncbi.nlm.nih.gov/pubmed/30880541

--

**Computational simulations of the penetration of 0.30 THz radiation into the human ear**

Vilagosh Z, Lajevardipour A, Wood A. Computational simulations of the penetration of 0.30 THz radiation into the human ear. Biomed Opt Express. 2019 Feb 28;10(3):1462-1468. doi: 10.1364/BOE.10.001462.

Abstract

JA 01711

There is an increasing interest in industrial and security applications and the establishment of wireless communication operating at frequencies of up to 0.30 THz. Soft tissue has a high coefficient of absorption at 0.30 THz and this limits effective penetration of the energy to a depth of 0.2 to 0.4 mm. The capacity of 0.30 THz radiation to access the deeper parts of the ear by diffusing through the ear canal and exposing the tympanic membrane (ear drum) to the radiation has not been studied. Simulations show that, with excitation parallel to the ear canal, the average power flux density within the central tympanic membrane region is 97% of the incident excitation. The structures of the outer ear are highly protective; less than 0.4% of the power flux density is directed at 45° from the parallel reached the same region. Given the sensitivity of the tympanic membrane to mechanical change, in-vivo assessment of the penetration of 0.3 THz into the ear canal is warranted to assess the suitability of the present radiation safety limits and to inform 0.3 THz emitting device deign.

https://www.ncbi.nlm.nih.gov/pubmed/30891359

--

**Involvement of calcium in 50-Hz magnetic field-induced activation of sphingosine kinase 1 signaling pathway**

Yang X, Ye A, Chen L, Xia Y, Jiang W, Sun. Involvement of calcium in 50-Hz magnetic field-induced activation of sphingosine kinase 1 signaling pathway. Bioelectromagnetics. 2019 Apr;40(3):180-187. doi: 10.1002/bem.22181.

Abstract

Previously, we found that exposure to a 50-Hz magnetic field (MF) could induce human amniotic epithelial (FL) cell proliferation and sphingosine kinase 1 (SK1) activation, but the mechanism was not clearly understood. In the present study, the possible signaling pathways which were involved in SK1 activation induced by 50-Hz MF exposure were investigated. Results showed that MF exposure increased intracellular $Ca^{2+}$ which was dependent on the L-type calcium channel, and induced $Ca^{2+}$ -dependent phosphorylation of extracellular regulated protein kinase (ERK), SK1, and protein kinase C α (PKCα). Also, treatment with U0126, an inhibitor of ERK, could block MF-induced SK1 phosphorylation, but had no effect on PKCα phosphorylation. Also, the inhibitor of PKCα, Gö6976, had no effect on MF-induced SK1 activation in FL cells. In addition, the activation of ERK and PKCα could be abolished by SKI II, the inhibitor of SK1. In conclusion, the intracellular $Ca^{2+}$ mediated the 50-Hz MF-induced SK1 activation which enhanced PKCα phosphorylation, and there might be a feedback mechanism between SK1 and ERK activation in responding to MF exposure in FL cells.

https://www.ncbi.nlm.nih.gov/pubmed/30920672

--

**Transduction of the Geomagnetic Field as Evidenced from Alpha-band Activity in the Human Brain**

Wang CX, Hilburn IA, Wu D-A, Mizuhara Y, Cousté CP, Abrahams JNH, Bernstein SE, Matani A, Shimojo S. Kirschvink JL. Transduction of the Geomagnetic Field as Evidenced from Alpha-band Activity in the Human Brain. eNeuro 18 March 2019, ENEURO.0483-18.2019; DOI: https://doi.org/10.1523/ENEURO.0483-18.2019

Abstract

JA 01712

Magnetoreception, the perception of the geomagnetic field, is a sensory modality well-established across all major groups of vertebrates and some invertebrates, but its presence in humans has been tested rarely, yielding inconclusive results. We report here a strong, specific human brain response to ecologically-relevant rotations of Earth-strength magnetic fields. Following geomagnetic stimulation, a drop in amplitude of EEG alpha oscillations (8-13 Hz) occurred in a repeatable manner. Termed alpha event-related desynchronization (alpha-ERD), such a response has been associated previously with sensory and cognitive processing of external stimuli including vision, auditory and somatosensory cues. Alpha-ERD in response to the geomagnetic field was triggered only by horizontal rotations when the static vertical magnetic field was directed downwards, as it is in the Northern Hemisphere; no brain responses were elicited by the same horizontal rotations when the static vertical component was directed upwards. This implicates a biological response tuned to the ecology of the local human population, rather than a generic physical effect.

Biophysical tests showed that the neural response was sensitive to static components of the magnetic field. This rules out all forms of electrical induction (including artifacts from the electrodes) which are determined solely on dynamic components of the field. The neural response was also sensitive to the polarity of the magnetic field. This rules out free-radical 'quantum compass' mechanisms like the cryptochrome hypothesis, which can detect only axial alignment. Ferromagnetism remains a viable biophysical mechanism for sensory transduction and provides a basis to start the behavioral exploration of human magnetoreception.

Significance Statement

Although many migrating and homing animals are sensitive to Earth's magnetic field, most humans are not consciously aware of the geomagnetic stimuli that we encounter in everyday life. Either we have lost a shared, ancestral magnetosensory system, or the system lacks a conscious component with detectable neural activity but no apparent perceptual awareness by us. We found two classes of ecologically-relevant rotations of Earth-strength magnetic fields that produce strong, specific and repeatable effects on human brainwave activity in the EEG alpha band (8-13 Hz); EEG discriminates in response to different geomagnetic field stimuli. Biophysical tests rule out all except the presence of a ferromagnetic transduction element, such as biologically-precipitated crystals of magnetite ($Fe_3O_4$).

Conclusion

Our results indicate that at least some modern humans transduce changes in Earth-strength magnetic fields into an active neural response. We hope that this study provides a road-map for future studies aiming to replicate and extend research into human magnetoreception. Given the known presence of highly-evolved geomagnetic navigation systems in species across the animal kingdom, it is perhaps not surprising that we might retain at least some functioning neural components especially given the nomadic hunter/gatherer lifestyle of our not-too-distant ancestors. The full extent of this inheritance remains to be discovered.

Open access paper: http://www.eneuro.org/content/early/2019/03/18/ENEURO.0483-18.2019

--

**Geomagnetic storm under laboratory conditions: randomized experiment**

Oleg Grigoriev, Chairman of the Russian National Committee on Non-Ionizing Radiation Protection, sent me the following paper after I disseminated the study above:

Gurfinkel YI, Vasin AL, Pishchalnikov RY, Sarimov RM, Sasonko ML, Matveeva TA.  Geomagnetic storm under laboratory conditions: randomized experiment. Int J Biometeorol. 2018 Apr;62(4):501-512. doi: 10.1007/s00484-017-1460-8.

Abstract

The influence of the previously recorded geomagnetic storm (GS) on human cardiovascular system and microcirculation has been studied under laboratory conditions. Healthy volunteers in lying position were exposed under two artificially created conditions: quiet (Q) and storm (S). The Q regime playbacks a noise-free magnetic field (MF) which is closed to the natural geomagnetic conditions on Moscow's latitude. The S regime playbacks the initially recorded 6-h geomagnetic storm which is repeated four times sequentially. The cardiovascular response to the GS impact was assessed by measuring capillary blood velocity (CBV) and blood pressure (BP) and by the analysis of the 24-h ECG recording. A storm-to-quiet ratio for the cardio intervals (CI) and the heart rate variability (HRV) was introduced in order to reveal the average over group significant differences of HRV. An individual sensitivity to the GS was estimated using the autocorrelation function analysis of the high-frequency (HF) part of the CI spectrum. The autocorrelation analysis allowed for detection a group of subjects of study which autocorrelation functions (ACF) react differently in the Q and S regimes of exposure.

https://www.ncbi.nlm.nih.gov/pubmed/29030697

--

**Real-world cell phone radiofrequency electromagnetic field exposures**

Wall S, Wang ZM, Kendig T, Dobraca D, Lipsett M. Real-world cell phone radiofrequency electromagnetic field exposures. Environ Res. 2019 Apr;171:581-592. doi: 10.1016/j.envres.2018.09.015.

"Based in part on the results of this study, the California Department of Public Health published the following safety guidelines: "How to Reduce Exposure to Radiofrequency Energy from Cell Phones" (CDPH, 2017)."

Highlights

• Factors decreasing cell phone RF EMF exposures were strong signal strength, greater distance from phones, and Bluetooth use.
• Cell phone RF EMF exposures were one to four orders of magnitude higher in weak vs strong signal reception environments.
• At a typical texting distance, RF EMF exposures from phones with weak signal strength decreased by 90% over near-ear distance.
• Exposures from Bluetooth headsets were 10 to 400 times lower than direct near-ear exposures from the attached cell phones.

Abstract

In 2011 the International Agency for Research on Cancer classified radiofrequency electromagnetic fields (RF EMF) from cell phones as possibly carcinogenic to humans. The National Toxicology Program and the Ramazzini Institute have both reported that RF EMF exposures significantly increase gliomas and Schwannomas of the heart in rodent studies. Recent studies indicate that RF EMF exposures from cell phones have negative impacts on animal cells and cognitive and/or behavioral development in children. Case-control epidemiological studies have found evidence for cell phone use and increased risk for glioma and localization of the glioma associated with the consistent exposure site of regular cell phone use. Understanding the exposure level, or power density, from RF EMF emitted by cell phones under real-world usage and signal reception conditions, as distinct from the published measurements of maximum Specific Absorption Rate values, may help cell phone users decide whether to take behavioral steps to reduce RF EMF exposure.

Exposure measurements were conducted on phone models from four major mobile network operators (MNOs) in the USA for calls received under strong and weak reception signal conditions, near the phone face and at several distances up to 48 cm. RF EMF exposure from all phones was found to be greater under weak (1-2 display bars) than under strong (4-5 display bars) reception signal conditions by up to four orders of magnitude. Notably, RF EMF exposure levels under weak reception signal conditions at a distance of 48 cm

from the phone were similar to or greater than those detected under strong reception signal conditions at a distance of 4 cm. Under weak reception signal conditions, power density reductions of up to 90% occurred at 16 cm typical for speaker phone or texting over the 4 cm near-ear exposure.

The results of this investigation of second-generation (2G) technology suggest that reduced and precautionary use of cell phones under weak signal conditions could lower a user's RF EMF exposure by up to several orders of magnitude. Bluetooth headset power density exposures were 10-400 times lower than those of the cell phones to which they were connected and dependent on the headset rather than the connected phone. The results of this study informed the development of public health guidance regarding cell phone use.

https://www.ncbi.nlm.nih.gov/pubmed/30448205

--

## Mother's Exposure to EMF before and during Pregnancy is Associated with Risk of Speech Problems in Offspring

Zarei S, Vahab M, Oryadi-Zanjani MM, Alighanbari N, Mortazavi SM. Mother's Exposure to Electromagnetic Fields before and during Pregnancy is Associated with Risk of Speech Problems in Offspring. J Biomed Phys Eng. 2019 Feb 1;9(1):61-68.

Abstract

Background: Rapid advances in technology, especially in the field of telecommunication, have led to extraordinary levels of mothers' exposures to radiofrequency electromagnetic fields (RF-EMFs) prior to or during pregnancy.

Objective: The main goal of this study was to answer this question whether exposure of women to common sources of RF-EMFs either prior to or during pregnancy is related to speech problems in the offspring.

Materials and Methods: In this study, mothers of 110 three-to-seven-year-old children with speech problems and 75 healthy children (control group) were interviewed. These mothers were asked whether they had exposure to different sources of EMFs such as mobile phones, mobile base stations, Wi-Fi, cordless phones, laptops and power lines. Chi square test was used to analyze the differences observed between the control and exposed groups.

Results: Statistically significant associations were found between the use of cordless phone and offspring speech problems for both before pregnancy and during pregnancy maternal exposures (P=0.005 and P=0.014, respectively). However, due to high rate of mobile phone use in both groups, this study failed to show any link between mobile phone use and speech problems in offspring. Furthermore, significant associations were observed between living in the vicinity of power lines and speech problems again for both before pregnancy and during pregnancy maternal exposures (P=0.003 and P=0.002, respectively). However, exposure to other sources of non-ionizing radiation was not linked to speech problems. Moreover, exposure to ionizing radiation (e.g. radiography before and during pregnancy) was not associated with the occurrence of speech problems.

Conclusion: Although this study has some limitations, it leads us to this conclusion that higher-than-ever levels of maternal exposure to electromagnetic fields could be linked to offspring speech problems.

https://www.ncbi.nlm.nih.gov/pubmed/30881935

--

## Impact of Adolescents' Screen Time & Nocturnal Mobile Phone-Related Awakenings on Sleep & Health Symptoms

JA 01715

Foerster M, Henneke A, Chetty-Mhlanga S, Röösli M. Impact of adolescents' screen time and nocturnal mobile phone-related awakenings on sleep and general health symptoms: A prospective cohort study.Int J Environ Res Public Health. 2019 Feb 12;16(3). pii: E518. doi: 10.3390/ijerph16030518.

Abstract

Nocturnal media use has been linked to adolescents' sleeping problems in cross-sectional studies which do not address reverse causality. To prospectively assess the new occurrence of sleep problems or health symptoms in relation to electronic media use and nocturnal mobile phone use, we used data from the longitudinal Swiss HERMES (Health Effects Related to Mobile phone usE in adolescentS) cohort on 843 children from 7th to 9th grade. Logistic regression models were fitted and adjusted for relevant confounders. Adolescents reporting at baseline and follow-up at least one nocturnal awakenings from their own mobile phone per month were more likely to have developed restless sleep (Odds Ratio (OR): 5.66, 95% Confidence Interval: 2.24⁻14.26) and problems falling asleep (3.51, 1.05⁻11.74) within one year compared to adolescents without nocturnal awakenings. A similar pattern was observed for developing symptoms, although somewhat less pronounced in terms of the magnitude of the odds ratios. With respect to high screen time at baseline and follow-up, associations were observed for falling asleep (2.41, 1.41⁻4.13), exhaustibility (1.76, 1.02⁻3.03), lack of energy (1.76, 1.04⁻2.96) and lack of concentration (2.90, 1.55⁻5.42). Our results suggest a detrimental effect of screen time and mobile phone-related awakenings on sleep problems and related health symptoms. However, the results should be interpreted cautiously with respect to adolescents' natural changes in circadian rhythm, which may coincidence with an increase in mobile phone and media use.

Open access paper: https://www.mdpi.com/1660-4601/16/3/518

--

## Memory Function and Cell Phone Microwave Exposure in Youngsters

Lin JC. Memory Function and Cell Phone Microwave Exposure in Youngsters [Health Matters]. IEEE Microwave Magazine. 20(2):16-20. Feb 2019.

Abstract

Cell phones, especially smartphones, have become such a popular phenomenon that marketing cell phones to youngsters is no longer the forbidden practice it once was. As a result of the increase of cell phone use among youngsters, France and other countries have banned the use of such phones in primary, junior, and middle schools, both inside classrooms and even outside on school playgrounds [1], [2].

Looking at the Data

The question of whether RF/microwave radiation emitted by cell phones during use could disturb brain activity in children and lead to impaired learning ability or behavioral problems has persisted for some time. To date, there remains a paucity of existing scientific data and relevant knowledge, including data on cognitive functions of adolescents. As a result, the question cannot be easily answered based on existing scientific evidence. Reported results may lead to the conclusion that RF/microwave radiation emitted from GSM cell phones does not produce acute effects on an adolescent's cognitive or memory function. But available data suggest that significant decreases in figural memory were found to be consistently associated with cumulative exposure of the brain of adolescents to 1,000–4,000 mJ/kg per day over one year. Therefore, a cautious approach to risk management, especially in relation to children and adolescents, is warranted.

https://ieeexplore.ieee.org/document/8608029

113

Note: James C. Lin is the Editor of the journal, Bioelectromagnetics, published on behalf of the Bioelectromagnetics Society. He was also one of the three EMF experts selected for the peer review of the cell phone radiation study conducted last year by the U.S. National Toxicology Program.

--

**Shielding methods and products against man-made Electromagnetic Fields: Protection versus risk**

Panagopoulos DJ, Chrousos GP. Shielding methods and products against man-made Electromagnetic Fields: Protection versus risk. Sci Total Environ. 2019 Feb 23;667:255-262. doi: 10.1016/j.scitotenv.2019.02.344.

Highlights

• Human exposure to man-made EMFs has increased with increasing health problems.
• Metal shielding is lately suggested by private companies/individuals as a way to reduce exposure.
• Metal shielding reduces both man-made and natural atmospheric EMFs.
• EHS symptom relapses and internal desynchronization are reported after shielding.
• An avoidance strategy of man-made EMFs should be preferable than metal shielding.

Abstract

Human exposure to man-made Electromagnetic Fields (EMFs) has increased to unprecedented levels, accompanied by increase in various health problems. A connection has been indicated by an increasing number of studies. Symptoms characterized as Electro-hyper-sensitivity (EHS) are frequently reported especially in urban environments. Lately, people are advised by private companies and individuals to protect themselves from man-made EMFs by metal shielding through various products, for which there are reasonable concerns about their protective efficacy and safety. Indeed, any metal shielding practice, even when correctly applied, attenuates not only man-made totally polarized EMFs accused for the health problems, but also the natural non-polarized EMFs responsible for the biological rhythmicity and well-being of all animals. Strong evidence on this was provided by pioneering experiments in the 1960's and 1970's, with volunteers staying in a shielded underground apartment. We analyze the physical principles of EMF-shielding, the importance of natural atmospheric EMFs, and examine available shielding methods and suggested products, relying on science-based evidence. We suggest that an avoidance strategy is safer than shielding, and provide specific protection tips. We do not reject shielding in general, but describe ways to keep it at a minimum by intermittent use, as this is theoretically safer than extensive permanent shielding. We explain why metallic patches or "chips" or minerals claimed by sellers to be protective, do not seem to make sense and might even be risky. We finally suggest urgent research on the safety and efficacy of shielding methods combined with use of generators emitting weak pulses of similar frequency, intensity, and waveform with the natural atmospheric resonances.

https://www.ncbi.nlm.nih.gov/pubmed/30831365

--

**Short-term RF exposure from new generation mobile phones reduces EEG alpha power with no effects on cognitive performance**

Vecsei Z, Knakker B, Juhász P, Thuróczy G, Trunk A, Hernádi I. Short-term radiofrequency exposure from new generation mobile phones reduces EEG alpha power with no effects on cognitive performance. Sci Rep. 2018 Dec 20;8(1):18010. doi: 10.1038/s41598-018-36353-9.

Abstract

114

Although mobile phone (MP) use has been steadily increasing in the last decades and similar positive trends are expected for the near future, systematic investigations on neurophysiological and cognitive effects caused by recently developed technological standards for MPs are scarcely available. Here, we investigated the effects of radiofrequency (RF) fields emitted by new-generation mobile technologies, specifically, Universal Mobile Telecommunications System (UMTS) and Long-Term Evolution (LTE), on intrinsic scalp EEG activity in the alpha band (8-12 Hz) and cognitive performance in the Stroop test. The study involved 60 healthy, young-adult university students (34 for UMTS and 26 for LTE) with double-blind administration of Real and Sham exposure in separate sessions. EEG was recorded before, during and after RF exposure, and Stroop performance was assessed before and after EEG recording. Both RF exposure types caused a notable decrease in the alpha power over the whole scalp that persisted even after the cessation of the exposure, whereas no effects were found on any aspects of performance in the Stroop test. The results imply that the brain networks underlying global alpha oscillations might require minor reconfiguration to adapt to the local biophysical changes caused by focal RF exposure mimicking MP use.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6301959/

--

**Towards predicting intracellular radiofrequency radiation effects**

Nielsen C, Hui R, Lui WY, Solov'yov IA. Towards predicting intracellular radiofrequency radiation effects. PLoS One. 2019 Mar 14;14(3):e0213286. doi: 10.1371/journal.pone.0213286.

Abstract

Recent experiments have reported an effect of weak radiofrequency magnetic fields in the MHz-range on the concentrations of reactive oxygen species (ROS) in living cells. Since the energy that could possibly be deposited by the radiation is orders of magnitude smaller than the energy of molecular thermal motion, it was suggested that the effect was caused by the interaction of RF magnetic fields with transient radical pairs within the cells, affecting the ROS formation rates through the radical pair mechanism. It is, however, at present not entirely clear how to predict RF magnetic field effects at certain field frequency and intensity in nanoscale biomolecular systems. We suggest a possible recipe for interpreting the radiofrequency effects in cells by presenting a general workflow for calculation of the reactive perturbations inside a cell as a function of RF magnetic field strength and frequency. To justify the workflow, we discuss the effects of radiofrequency magnetic fields on generic spin systems to particularly illustrate how the reactive radicals could be affected by specific parameters of the experiment. We finally argue that the suggested workflow can be used to predict effects of radiofrequency magnetic fields on radical pairs in biological cells, which is specially important for wireless recharging technologies where one has to know of any harmful effects that exposure to such radiation might cause.

Open access paper: https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0213286

--

**Analysis of biological effects of cell phone radiation on human body using SAR**

Rashid TB, Song HH. Analysis of biological effects of cell phone radiation on human body using specific absorption rate and thermoregulatory response. Microwave and Optical Technology Letters. First published: 15 March 2019.

Abstract

Health and science have reached a point of intersection which has never existed before. With the recent rapid increase in the use of cellular phones and long periods of usage of these devices near the human body, public

115

JA 01718

concern regarding potential health hazards due to absorption of electromagnetic energy has been growing. To address these issues, this research evaluates the average Specific Absorption Rate in different human tissues by varying source to antenna distance and radiated power using the ANSYS 3D human body model. The Pennes bioheat transfer equation was solved analytically to calculate the longtime exposure effect and temperature rise. The results show that regardless of the frequency, if the antenna radiated power is low (less than 125 mW), temperature increase within the human tissues is low; however if the antenna operates at high radiated power (1 W), temperature tends to increase eight and a half times.

Excerpts

SAR values are lower than the FCC safety limit in all cases shown in Tables 1 and 2 in head tissues, when there is no distance between head and antenna, in a lower frequency (850 MHz, 900 MHz) and lower radiated power (125 mW). In the same cases, when antenna radiated power increases to 1 W, SAR values are higher than the FCC safety limit in all head tissues. The maximum SAR values are found in CSF [cerebrospinal fluid] and skin tissues.

In head tissues, at higher frequencies (2.1 GHz, 2.6 GHz, and 5.1 GHz) at 125 mW radiated and when there is no distance between head and antenna, average SAR values are higher in all tissues except fat tissues as shown in Table 3-5. Maximum average SAR values are found in CSF, dura, brain, skin, and bone tissues at 5.1 GHz frequency, which are 11.4 W/kg, 10.89 W/kg, 10.77 W/kg, 10.51 W/kg, and 9.3 W/kg, respectively, as shown in Table 4. Average SAR values are high at higher frequencies because tissues have relatively high conductively (sic). In high frequency at high radiated power of 1 W, average SAR values in all tissues are very high. The maximum average SAR value found in CSF tissue was 91.2 W/kg. This means if the antenna is operating at a high power level, there is a high chance of tissues being affected.

... increasing the distance between the source and the head model from 0 mm to 10 mm causes the SAR to decrease by approximately three times at lower frequency, and it decreases approximately five and a half times at higher frequency.

The research concludes, for the long time exposure, and even for the worst possible radiated power level, the temperature rise caused in the human tissues is not close to the dangerous limit.

https://onlinelibrary.wiley.com/doi/abs/10.1002/mop.31777

--

**Mobile phone EMR affects Amyloid Precursor Protein and α-synuclein metabolism in SH-SY5Y cells**

Stefi AL, Margaritis LH, Skouroliakou AS, Vassilacopoulou D. Mobile phone electromagnetic radiation affects Amyloid Precursor Protein and α-synuclein metabolism in SH-SY5Y cells. Pathophysiology. Published online March 1, 2019. https://doi.org/10.1016/j.pathophys.2019.02.004.

Highlights

• GSM radiation applied to SH-SY5Y cells:
• Causes alternative APP metabolism.
• Shifts the equilibrium from multimeric to the monomeric form of α-synuclein.
• Induces oxidative stress and cytotoxicity.
• Contributes to the Alzheimer's and Parkinson's disease pathogenetic mechanisms.

Abstract

In this study, the effects of low-level, GSM emitted ElectroMagnetic Field (EMF) on Amyloid Precursor Protein (APP) and alpha-synuclein (α-syn) in human neuroblastoma cells was investigated. Our data indicated

116

JA 01719

alterations on APP processing and cellular topology, following EMF exposure (ε = 10.51 V/m, SAR = 0.23 W/kg, exposure time: 3 times, for 10 minutes, for 2 days). Furthermore, changes in monomeric α-syn accumulation and multimerization, as well as induction of oxidative stress and cell death, were documented. The results presented here require further investigation to determine potential links of EMF with the molecular pathogenic mechanisms in Alzheimer's and Parkinson's Diseases.

Conclusions

To the best of our knowledge, the work presented here, seems to be the first report linking exposure to EMF emitted by a transmitting mobile phone, to altered metabolism of APP and α-syn in SH-SY5Y cells. The observed increase in monomeric α-syn along with the generation of novel amyloidogenic fragments possessing alternative cellular topology, in addition to the induction of cellular toxicity and oxidative stress, should be taken into consideration in future research aiming towards the understanding of the molecular mechanisms linking EMR to human health. It is possible that wireless communications, may represent a new factor affecting human health while exposure to these devices could be involved in pathogenic mechanisms leading to neurodegeneration.

https://www.sciencedirect.com/science/article/pii/S0928468018303523

--

**Personal exposure to environmental RF EMF in Albacete (Spain) and risk perception**

Ramirez-Vazquez R, Gonzalez-Rubio J, Arribas E, Najera A. Characterisation of personal exposure to environmental radiofrequency electromagnetic fields in Albacete (Spain) and assessment of risk perception. Environ Res. 2019 Feb 12;172:109-116. doi: 10.1016/j.envres.2019.02.015.

Abstract

In the last decades, exposure to radiofrequency electromagnetic fields (RF-EMF) has substantially increased as new wireless technologies have been introduced. Society has become more concerned about the possible effects of RF-EMF on human health in parallel to the increase in their exposure. The appearance of personal exposimeters opens up wide-ranging research possibilities. Despite studies having characterised personal exposure to RF-EMF, part of the population is still worried, to the extent that psychogenic diseases ("nocebo" effect) appear, and patients suffer. It could be interesting to share personal exposure results with the population to better understand and promote public health. The main objective was to characterise personal exposure to environmental RF-EMF in Albacete (166,000 inhabitants, SE Spain), and assess the effect of sharing the results of the study on participants' risk perception. Measurements were taken by a personal Satimo EME SPY 140 exposimeter, which was programmed every 10 s for 24 h. To measure personal exposure to RF-EMF, we worked with 75 volunteers. Their personal exposure, 14 microenvironments in the city, e.g., home, outdoors, work, etc., and possible time differences were analysed. After participating in the study, 35 participants completed a questionnaire about their RF-EMF risk perception, which was also answered by a control sample to compare the results (N = 36). The total average exposure of 14 bands was 37.7 µW/m2, and individual ranges fell between 0.2 µW/m2, recorded in TV4&5, and a maximum of 264.7 µW/m2 in DECT. For Friday, we recorded a mean of 53.9 µW/m2 as opposed to 23.4 µW/m2 obtained on Saturday. The recorded night-time value was 27.5 µW/m2 versus 43.8 µW/m2 recorded in the daytime. The mean personal exposure value also showed differences between weekdays and weekend days, with 39.7 µW/m2 and 26.9 µW/m2, respectively. The main source that contributed to the mean total personal exposure was enhanced cordless telecommunications (DECT) with 50.2%, followed by mobile phones with 18.4% and mobile stations with 11.0% (GSM, DCS and UMTS), while WiFi signals gave 12.5%. In the analysed microenvironments, the mean exposure of homes and workplaces was 34.3 µW/m2 and 55.2 µW/m2, respectively. Outdoors, the mean value was 34.2 µW/m2 and the main sources were DECT, WiFi and mobile phone stations, depending on the place. The risk perception analysis found that 54% of the participants perceived that RF-EMF were less dangerous than before participating in the study, while 43% reported no

change in their perceptions. Only 9% of the volunteers who received information about their measurements after the study assessed the possible RF-EMF risk with a value over or equal to 4 (on a scale from 1 to 5) versus 39% of the non-participant controls. We conclude that personal exposure to RF-EMF fell well below the limits recommended by ICNIRP and showed wide temporal and spatial variability. The main exposure sources were DECT, followed by mobile phones and WiFi. Sharing exposure results with participants lowered their risk perception.

https://www.ncbi.nlm.nih.gov/pubmed/30782530

My Note: The case-control studies of wireless phone use and brain tumor risk typically failed to account for DECT phone radiation exposure to the head. The above study found that DECT phones contributed 50% to the overall personal RF radiation exposure as compared to only 18% for mobile phones. Thus, except for Hardell's research, case-control studies likely underestimate the effect of wireless phone use on brain tumor risk.

--

**Simulation of incidence of malignant brain tumors in birth cohorts that started using mobile phones when they first became popular in Japan**

Sato Y, Kojimahara N, Yamaguchi N. Simulation of the incidence of malignant brain tumors in birth cohorts that started using mobile phones when they first became popular in Japan. Bioelectromagnetics. 2019 Mar 15. doi: 10.1002/bem.22176.

Abstract

Over 20 years have passed since the initial spread of mobile phones in Japan. Epidemiological studies of mobile phone use are currently being conducted around the world, but scientific evidence is inconclusive. The present study aimed to simulate the incidence of malignant brain tumors in cohorts that began using mobile phones when they first became popular in Japan. Mobile phone ownership data were collected through an Internet-based questionnaire survey of subjects born between 1960 and 1989. The proportion of mobile phone ownership between 1990 and 2012 was calculated by birth cohort (1960s, 1970s, and 1980s). Subsequently, using the ownership proportion, the incidence of malignant brain tumors was calculated under simulated risk conditions. When the relative risk was set to 1.4 for 1,640 h or more of cumulative mobile phone use and the mean daily call duration was 15 min, the incidence of malignant brain tumors in 2020 was 5.48 per 100,000 population for the 1960s birth cohort, 3.16 for the 1970s birth cohort, and 2.29 for the 1980s birth cohort. Under the modeled scenarios, an increase in the incidence of malignant brain tumors was shown to be observed around 2020.

Conclusion

Epidemiological studies on mobile phone use have mainly focused on malignant brain tumors as a health outcome. The present study revealed that under the modeled scenarios, an increase in the incidence of malignant brain tumors was shown to be observed around 2020. In future epidemiological studies on mobile phone use, we believe that it will be necessary to investigate whether or not the incidence of malignant brain tumors is actually increased in 1960s, 1970s, and 1980s birth cohorts.

https://www.ncbi.nlm.nih.gov/pubmed/30875091

--

**No Evidence for Increased Brain Tumor Incidence in the Swedish National Cancer Register Between 1980-2012**

118

JA 01721

Nilsson J, Järås J, Henriksson R, Holgersson G, Bergström S, Estenberg J, Augustsson T, Bergqvist M. No evidence for increased brain tumour incidence in the Swedish National Cancer Register between years 1980-2012. Anticancer Res. 2019 Feb;39(2):791-796. doi: 10.21873/anticanres.13176.

Abstract

BACKGROUND/AIM: The main objective of this study was to evaluate if there was an increased incidence of brain tumours between years 1980-2012, a time period when mobile phone usage has increased substantially.

MATERIALS AND METHODS: From the Swedish Cancer Registry, cases of meningiomas, low-grade gliomas (LGG) and high-grade gliomas (HGG) were identified in patients between 1980-2012. Direct age-standardised incidence rates were used to calculate incidence trends over time.

RESULTS: A total of 13,441 cases of meningiomas, 12,259 cases of high-grade gliomas and 4,555 cases of LGG were reported to the register during the study period. The results suggest that there may be a negative development in the trend for LGG of -0,016 cases per 100,000 and year, corresponding to a mean reduction of approximately 1% per year.

CONCLUSION: The present study was not able to demonstrate an increased incidence of glioma during the past 30 years in Sweden.

Excerpt:

" For HGG, there was a trend for slightly decreased incidence in the age group 0-39 years (incidence trend estimate=−0.004, 95% CI=−0.006-−0.001; p=0.005) and a trend for mildly increased incidence in the age group 60-74 years (incidence trend estimate=0.006, 95% CI=0.001-0.012; p=0.029)."

Open access paper: http://ar.iiarjournals.org/content/39/2/791.long

Note: The title of this paper is misleading as the authors found an increased incidence of high-grade gliomas from 1980 to 2012 in the age group 60-74. The authors did not provide a justification for performing a linear regression on the age-standardized incidence rates. How likely is it that a linear model is appropriate to explain a 32-year trend? And even if a linear model were appropriate, since this is a time series where there is likely autocorrelation, the p-values from a linear regression are meaningless.

--

**Risk Communication Strategies for Possible Health Risks From RF-EMF Emission by Telecom Structures**

Fernandez PR, Ng KH, Kaur S. Risk Communication Strategies for Possible Health Risks From Radio-Frequency Electromagnetic Fields (RF-EMF) Emission by Telecommunication Structures. Health Phys. 2019 Mar 4. doi: 10.1097/HP.0000000000001037.

Abstract

There is widespread anxiety and speculation about RF-EMF emissions by telecommunication base stations and structures, as it is perceived by some to be unsafe and a threat to public health. Scientists, medical experts, politicians, journalists, and mobile telecommunication company specialists are involved in an active debate on whether people are immune to RF or if we are gambling with our future. Interviews with 31 individuals from 7 stakeholder groups in Malaysia reveal that the residents' main concerns are that the telecommunication companies do not follow guidelines and as a result the telecommunication structures are constructed close to their homes, which they perceive as a threat to public health. Some residents also do not want these structures because of cultural reasons, while some are jealous over rental income received by the

JA 01722

landlords. Meanwhile, the authorities entrusted with safe-guarding public health are involved in a blame game as there is no agency that is clearly in charge. The interviews also highlight that the current risk communication initiatives are more reactive rather than proactive, and that the authorities do not speak in one voice. Based on the outcome of the interviews, eleven recommendations are formulated to improve risk communication initiatives in Malaysia. The recommendations stress on repairing, building, and strengthening trust, because trust in agencies, along with credibility, determines risk communication initiatives' effectiveness. These strategies can also be effectively replicated across regions to deal with contestations over RF-EMF emissions and the impact on health.

https://www.ncbi.nlm.nih.gov/pubmed/30844902

--

**Evaluating extremely low frequency magnetic fields in the rear seats of the electric vehicles**

Lin J, Lu M, Wu T, Yang L, Wu TN. Evaluating extremely low frequency magnetic fields in the rear seats of the electric vehicles. Radiation Protection Dosimetry. 182(2):190-199. Dec 2018.

Abstract

In the electric vehicles (EVs), children can sit on a safety seat installed in the rear seats. Owing to their smaller physical dimensions, their heads, generally, are closer to the underfloor electrical systems where the magnetic field (MF) exposure is the greatest. In this study, the magnetic flux density (B) was measured in the rear seats of 10 different EVs, for different driving sessions. We used the measurement results from different heights corresponding to the locations of the heads of an adult and an infant to calculate the induced electric field (E-field) strength using anatomical human models. The results revealed that measured B fields in the rear seats were far below the reference levels by the International Commission on Non-Ionizing Radiation Protection. Although small children may be exposed to higher MF strength, induced E-field strengths were much lower than that of adults due to their particular physical dimensions.

https://www.ncbi.nlm.nih.gov/pubmed/29584925\

--

**Aluminium foil dampened the adverse effect of 2100 MHz mobile phone-induced radiation on the blood parameters and myocardium in rats**

Kalanjati VP, Purwantari KE, Prasetiowati L. Aluminium foil dampened the adverse effect of 2100 MHz mobile phone-induced radiation on the blood parameters and myocardium in rats. Environ Sci Pollut Res Int. 2019 Feb 26. doi: 10.1007/s11356-019-04601-8.

Abstract

Mobile phones emit a radiofrequency radiation (RFR) that might have adverse health effects. We aimed to investigate the possible protective effects of aluminium foil (AF) as a physical shield against the RFR from mobile phones on the blood parameters and the myocardium in rats. The effects of whole body 2100 MHz with 0.84-1.86 W/kg of SAR, 4 h/day for 30 days Global System for Mobile Communications (GSM)-RFR exposure for 4 h/day for 30 days on blood parameters (i.e. haemoglobin, leucocytes, thrombocytes, erythrocyte sedimentation rate, white blood cell differential count, corticosterone, CKMB), and the histology of myocardium were investigated. Three-month-old male rats (n = 32) were studied and randomised equally in the following four groups: K1 (non-AF non-RFR control), K2 (AF non-RFR control), P1 (non-AF RFR-exposed), P2 (AF RFR-exposed). Data were analysed with level of significance of p < 0.05. In P1, lower leucocytes and neutrophils counts with high corticosterone levels were found compared with the control groups, whilst a significantly

120

higher CKMB was observed compared with P2 (p = 0.034). Lower cardiomyocyte counts congruent to the area fraction of the non-fibrotic myocardium were observed in P1 compared with the other groups (p < 0.01). AF might decrease the inflammatory-oxidative stress on rodent's blood cells and myocardium induced by the exposures of radiofrequency radiation of the mobile phones.

https://www.ncbi.nlm.nih.gov/pubmed/30806932

--

## Are MF and EMF of anthropogenic origin potential threats to early life stages of fish?

Fey DP, Jakubowska M, Greszkiewicz M, Andrulewicz E, Otremba Z, Urban-Malinga B. Are magnetic and electromagnetic fields of anthropogenic origin potential threats to early life stages of fish? Aquat Toxicol. 2019 Jan 30;209:150-158. doi: 10.1016/j.aquatox.2019.01.023.

Abstract

The number of underwater cables transferring electric current in sea and freshwater environments is constantly increasing. As a result, the risk of negative effects of magnetic fields generated in the vicinity of those cables on fish eggs and larvae is also growing. This is especially the case for species that settle on the bottom for certain periods of time during early development. To study those effects, eggs and larvae of rainbow trout, Oncorhynchus mykiss, were subjected under experimental conditions to a static magnetic field (MF) of 10 m T and a 50 Hz electromagnetic field (EMF) of 1 m T for a period of 36 days (i.e., from eyed egg stage to approximately 26 days post hatching, dph). Neither MF nor EMF had significant effect on embryonic or larval mortality, hatching time, larval growth, or the time of larvae swim-up from the bottom. However, both MF and EMF enhanced the yolk-sac absorption rate. Although it was not related directly to magnetic field effect, it was also shown that larvae with absorbed yolk-sacs by the time of swim-up were less efficient in taking advantage of available food at first feeding (i.e., obtained smaller weight at age). That indicates the importance of processes affecting yolk-sac absorption rate.

https://www.ncbi.nlm.nih.gov/pubmed/30780112

--

## The protective role of spermine against male reproductive aberrations induced by exposure to EMF - An experimental investigation in the rat

Shahin NN, El-Nabarawy NA, Gouda AS, Mégarbane B. The protective role of spermine against male reproductive aberrations induced by exposure to electromagnetic field - An experimental investigation in the rat. Toxicol Appl Pharmacol. 2019 Mar 13. pii: S0041-008X(19)30091-2. doi: 10.1016/j.taap.2019.03.009.

Abstract

The exponentially increasing use of electromagnetic field (EMF)-emitting devices imposes substantial health burden on modern societies with particular concerns of male infertility. Limited studies have addressed the modulation of this risk by protective agents. We investigated the hazardous effects of rat exposure to EMF (900 MHz, 2 h/day for 8 weeks) on male fertility and evaluated the possible protective effect of the polyamine, spermine, against EMF-induced alterations. Exposure to EMF significantly decreased sperm count, viability and motility, and increased sperm deformities. EMF-exposed rats exhibited significant reductions in serum inhibin B and testosterone along with elevated activin A, follicle-stimulating hormone, luteinizing hormone and estradiol concentrations. Testicular steroidogenic acute regulatory protein (StAR), c-kit mRNA expression and testicular activities of the key androgenic enzymes 3β- and 17β-hydroxysteroid dehydrogenases were significantly attenuated following exposure to EMF. Exposure led to testicular lipid peroxidation, decreased catalase and glutathione peroxidase activities and triggered nuclear factor-kappa B p65, inducible nitric oxide

synthase, cyclooxygenase-2 and caspase-3 overexpression. EMF-exposed rats showed testicular DNA damage as indicated by elevated comet parameters. Spermine administration (2.5 mg/Kg/day intraperitoneally for 8 weeks) prevented EMF-induced alterations in the sperm and hormone profiles, StAR and c-kit expression and androgenic enzyme activities. Spermine hampered EMF-induced oxidative, inflammatory, apoptotic and DNA perturbations. Histological and histomorphometric analysis of the testes supported all biochemical findings. In conclusion, rat exposure to EMF disrupts sperm and hormone profiles with underlying impairment of steroidogenesis and spermatogenesis. Spermine confers protection against EMF-associated testicular and reproductive aberrations, at least in part, via antioxidant, anti-inflammatory and anti-apoptotic mechanisms.

https://www.ncbi.nlm.nih.gov/pubmed/30878504

--

## Carcinogenicity of intermediate frequency magnetic field in mice

Nishimura I, Doi Y, Imai N, Kawabe M, Mera Y, Shiina T. Carcinogenicity of intermediate frequency magnetic field in Tg.rasH2 mice. Bioelectromagnetics. 2019 Mar 15. doi: 10.1002/bem.22177.

Abstract

Although the likelihood of exposure to leaking intermediate frequency magnetic fields (MFs) from electronic devices, such as induction-heating and wireless power transfer systems, has increased, biological data assessing the health risks associated with human exposure remain insufficient. We examined the carcinogenicity of a 20 kHz MF, a typical frequency produced by induction-heating cookers, using a transgenic rasH2 mouse model. Twenty-five male and female CByB6F1-Tg(HRAS)2Jic mice were exposed to a 0.20 mT, 20 kHz MF (22 h/day) or sham-exposed for 26 weeks. As a positive control, 10 male and female rasH2 mice from the same batch were administered a single intraperitoneal injection of 75 mg/kg N-methyl-N-nitrosourea. A blinded histopathological evaluation was performed, and the same experiments were conducted twice, independently, to confirm the reproducibility of the results. Histopathological examination revealed that spontaneous neoplastic lesions, such as splenic hemangiosarcomas and gastric squamous cell papillomas, were less (1-3 per group) in the MF- and sham-exposed groups. The frequency of the neoplastic lesions was not significantly different between the groups. Eight to ten mice in each positive-control group exhibited malignant lymphoma. The outcomes were consistent between duplicated experiments, which indicates lack of carcinogenicity of 20 kHz MF in the rasH2 mouse model

https://www.ncbi.nlm.nih.gov/pubmed/30875092

--

## Upper bound on the biological effects of 50/60 Hz magnetic fields mediated by radical pairs

Hore PJ. Upper bound on the biological effects of 50/60 Hz magnetic fields mediated by radical pairs. Elife. 2019 Feb 25;8. pii: e44179. doi: 10.7554/eLife.44179.

Abstract

Prolonged exposure to weak (~1 µT) extremely-low-frequency (ELF, 50/60 Hz) magnetic fields has been associated with an increased risk of childhood leukemia. One of the few biophysical mechanisms that might account for this link involves short-lived chemical reaction intermediates known as radical pairs. In this report, we use spin dynamics simulations to derive an upper bound of 10 parts per million on the effect of a 1 µT ELF magnetic field on the yield of a radical pair reaction. By comparing this figure with the corresponding effects of changes in the strength of the Earth's magnetic field, we conclude that if exposure to such weak 50/60 Hz magnetic fields has any effect on human biology, and results from a radical pair mechanism, then the risk

JA 01725

should be no greater than travelling a few kilometres towards or away from the geomagnetic north or south pole.

Open access paper: https://elifesciences.org/articles/44179

--

**Weak magnetic fields alter stem cell–mediated growth**

Van Huizen AV, Morton JM, Kinsey LJ, Von Kannon DG, Saad MA, Birkholz TR, Czajka JM, Cyrus J, Barnes FS, Beane WS.  Weak magnetic fields alter stem cell–mediated growth. Science Advances. 5(1). 30 Jan 2019. DOI: 10.1126/sciadv.aau7201.

Abstract

Biological systems are constantly exposed to electromagnetic fields (EMFs) in the form of natural geomagnetic fields and EMFs emitted from technology. While strong magnetic fields are known to change chemical reaction rates and free radical concentrations, the debate remains about whether static weak magnetic fields (WMFs; <1 mT) also produce biological effects. Using the planarian regeneration model, we show that WMFs altered stem cell proliferation and subsequent differentiation via changes in reactive oxygen species (ROS) accumulation and downstream heat shock protein 70 (Hsp70) expression. These data reveal that on the basis of field strength, WMF exposure can increase or decrease new tissue formation in vivo, suggesting WMFs as a potential therapeutic tool to manipulate mitotic activity.

Open access paper: http://advances.sciencemag.org/content/5/1/eaau7201

--

**Review of biological effects of EMF in intermediate frequency range (300 Hz to 1 MHz)**

Bodewein L, Schmiedchen K, Dechent D, Stunder D, Graefrath D, Winter L, Kraus T, Driessen S. Systematic review on the biological effects of electric, magnetic and electromagnetic fields in the intermediate frequency range (300 Hz to 1 MHz). Environ Res. 2019 Jan 9;171:247-259. doi: 10.1016/j.envres.2019.01.015.

Highlights

• Biological effects of intermediate frequency fields were systematically analyzed.
• Fifty-six experimental studies were eligible.
• Weak field strengths and frequencies > 100 kHz have been hardly investigated.
• Low quality of evidence for adverse effects for most examined endpoints.
• Methodical limitations lowered credibility of the results.

Excerpt

"... a few studies that were of moderate quality, revealed some potentially adverse effects of MF in the IF range, such as an increased number of abnormal chicken embryos (Juutilainen and Saali, 1986), or an increase in inflammatory mediators and oxidative stress markers in the young mouse brain (Win-Shwe et al., 2015). Such studies should be replicated by independent laboratories."

Abstract

BACKGROUND: Many novel technologies, including induction cookers or wireless power transfer, produce electric fields (EF), magnetic fields (MF) or electromagnetic fields (EMF) in the intermediate frequency (IF) range. The effects of such fields on biological systems, however, have been poorly investigated. The aim of

123

this systematic review was to provide an update of the state of research and to evaluate the potential for adverse effects of EF, MF and EMF in the IF range (300 Hz to 1 MHz) on biological systems.

METHODS: The review was prepared in accordance with PRISMA (Preferred Reporting Items for Systematic Reviews and Meta-Analyses) guidelines. Methodical limitations in individual studies were assessed using the Office of Health Assessment and Translation (OHAT) Risk of Bias Rating Tool for Human and Animal Studies.

RESULTS: Fifty-six studies exposing humans, animals or in vitro systems were eligible for this review. In these studies, many different endpoints were examined and most of the findings were obtained in studies with exposure to MF. For most endpoints, however, the reviewed studies yielded inconsistent results, with some studies indicating no effect and some linking IF exposure with adverse effects. In the majority of the included studies, the applied field strengths were above the International Commission on Non-Ionizing Radiation Protection (ICNIRP) reference levels for the general public and the applied frequencies were mainly below 100 kHz. Furthermore, many of the reviewed studies suffered from methodical limitations which lowered the credibility of the reported results.

CONCLUSION:  Due to the large heterogeneity in study designs, endpoints and exposed systems, as well as the inconsistent results and methodical limitations in many studies, the quality of evidence for adverse effects remains inadequate for drawing a conclusion on investigated biological effects of IF fields for most endpoints. We recommend that in future studies, effects of EF, MF and EMF in the IF range should be investigated more systematically, i.e., studies should consider various frequencies to identify potential frequency-dependent effects and apply different field strengths, especially if threshold-dependent effects are expected. Priority should be given to the investigation of acute effects, like induction of phosphenes, perception, excitation of nerves or muscles and thermal effects. This would be an important step towards the validation of the reference levels recommended by ICNIRP. Furthermore, we recommend that any new studies aim at implementing high quality dosimetry and minimizing sources of risk of bias.

https://www.ncbi.nlm.nih.gov/pubmed/30690271

--

**Trends and patterns of incidence of diffuse glioma in adults in the United States, 1973-2014**

Li K, Lu D, Guo Y, Wang C, Liu X, Liu Y, Liu D. Trends and patterns of incidence of diffuse glioma in adults in the United States, 1973-2014. Cancer Med. 2018 Oct;7(10):5281-5290. doi: 10.1002/cam4.1757.

Abstract

INTRODUCTION: The objective of the study was to identify trends in incidence of adult diffuse gliomas in the United States and evaluate the contribution of age, period, and cohort effects to the trends.

METHODS: Using the Surveillance, Epidemiology, and End Results 9 database, primary diffuse glioma patients (≥20 years old) diagnosed from 1973 to 2014 were identified. Incidence trends were analyzed using joinpoint regression and age-period-cohort modeling.

RESULTS: Overall, the incidence for adult glioma decreased slowly from 1985 to 2014 (annual percent change [APC] = 0.5%, 95% confidence intervals [CI], 0.3%-0.6%). In histology subtype-stratified analysis, glioblastoma and nonglioblastoma exhibited opposite trends. The incidence for glioblastoma increased from 1978 to 2014 (APC for year 1978-1992 = 2.7%, 95% CI, 1.8%-3.6%; APC for 1992-2014 = 0.3%, 95% CI, 0%-0.6%), while the incidence for nonglioblastoma decreased significantly from 1982 to 2014 (APC = 2.2%, 95% CI, 2.0%-2.5%). Age-period-cohort modeling revealed significant period and cohort effects, with the patterns for glioblastoma and nonglioblastoma distinctive from each other. Compared with adults born 1890s, those born 1920s had approximately 4-fold the risk of glioblastoma after adjustment of age and period effects, while the

124

risk of nonglioblastoma was reduced by half in individuals in the 1939 cohort as compared with those in the 1909 cohort.

CONCLUSIONS: The results support the hypothesis of etiological heterogeneity of diffuse gliomas by histology subtypes. The established risk factors cannot fully explain the distinct patterns by histology subtypes, which necessitate further epidemiological studies.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6198197/

--

**Effects of evening exposure to 3G mobile phone EMF on health and night sleep EEG architecture**

Lowden A, Nagai R, Åkerstedt T, Hansson Mild K, Hillert L. Effects of evening exposure to electromagnetic fields emitted by 3G mobile phones on health and night sleep EEG architecture. J Sleep Res. 2019 Jan 15:e12813. doi: 10.1111/jsr.12813.

Abstract

Studies on sleep after exposure to radiofrequency electromagnetic fields have shown mixed results. We investigated the effects of double-blind radiofrequency exposure to 1,930-1,990 MHz, UMTS 3G signalling standard, time-averaged 10 g specific absorption rate of 1.6 W kg-1on self-evaluated sleepiness and objective electroencephalogram architecture during sleep. Eighteen subjects aged 18-19 years underwent 3.0 hr of controlled exposure on two consecutive days 19:45-23:00 hours (including 15-min break); active or sham prior to sleep, followed by full-night 7.5 hr polysomnographic recordings in a sleep laboratory. In a cross-over design, the procedure was repeated a week later with the second condition. The results for sleep electroencephalogram architecture showed no change after radiofrequency exposure in sleep stages compared with sham, but power spectrum analyses showed a reduction of activity within the slow spindle range (11.0-12.75 Hz). No differences were found for self-evaluated health symptoms, performance on the Stroop colour word test during exposure or for sleep quality. These results confirm previous findings that radiofrequency post-exposure in the evening has very little influence on electroencephalogram architecture but possible on spindle range activity.

https://www.ncbi.nlm.nih.gov/pubmed/30648318

--

**Telecommunication devices use, screen time and sleep in adolescents**

Cabré-Riera A, Torrent M, Donaire-Gonzalez D, Vrijheid M, Cardis E, Guxens M. Telecommunication devices use, screen time and sleep in adolescents. Environ Res. 2018 Nov 1;171:341-347. doi: 10.1016/j.envres.2018.10.036.

Abstract

PURPOSE: To investigate the association between telecommunication and other screen devices use and subjective and objective sleep measures in adolescents at 17-18 years.

METHODS: Cross-sectional study on adolescents aged 17-18 years from a Spanish population-based birth cohort established in Menorca in 1997-1998. Information on devices use was collected using self-reported questionnaires. Mobile Phone Problematic Use Scale was used to assess mobile phone use dependency. Pittsburgh Sleep Quality Index was used to assess subjective sleep (n = 226). ActiGraph wGT3X-BT for 7 nights was used to assess objective sleep (n = 110).

125

RESULTS: One or more cordless phone calls/week was associated with a lower sleep quality [Prevalence Ratio (PR) 1.30 (95% Confidence Interval (CI) 1.04; 1.62)]. Habitual and frequent problematic mobile phone use was associated with a lower sleep quality [PR 1.55 (95%CI 1.03; 2.33) and PR 1.67 (95% CI 1.09; 2.56), respectively]. Higher tablet use was associated with decreased sleep efficiency and increased minutes of wake time after sleep onset [β-1.15 (95% CI -1.99; -0.31) and β 7.00 (95% CI 2.40; 11.60) per increase of 10 min/day of use, respectively]. No associations were found between other devices and sleep measures.

CONCLUSIONS: Frequency of cordless phone calls, mobile phone dependency, and tablet use were related to an increase of subjective and objective sleep problems in adolescents. These results seem to indicate that sleep displacement, mental arousal, and exposure to blue light screen emission might play a more important role on sleep than a high RF-EMF exposure to the brain. However, more studies are needed assessing personal RF-EMF levels to draw conclusions.

https://www.ncbi.nlm.nih.gov/pubmed/30716511

--

**Note:** The increased cancer incidence observed in the cell phone radiation studies conducted by the National Toxicology Program (NTP) and the Ramazzini Institute was not likely due to heating, that is, it was not a thermal effect because hyperthermia alone is not carcinogenic according to this 2003 review paper. Dr. John Bucher pointed this out in the NTP's media teleconference about the study.

**Carcinogenic effects of hyperthermia**

Dewhirst MW, Lora-Michiels M, Viglianti BL, Dewey WC, Repacholi M. Carcinogenic effects of hyperthermia. Int J Hyperthermia. 2003 May-Jun;19(3):236-51.

Abstract

The purpose of this paper is to assess the evidence for and against the premise that hyperthermia is carcinogenic. The paper is one of several published in this issue of the International Journal of Hyperthermia on the subject of the health risks of hyperthermia. **The motivation for this issue of the journal was the result of a World Health Organization workshop that dealt with this issue, as it relates to exposure of the population to RF fields. Since hyperthermia can be a natural consequence of such exposures, the health risks of hyperthermia are relevant in this context.** Particularly in the case of carcinogenesis, it is necessary to provide a brief overview of the data that have been generated to examine the carcinogenic risks of RF exposure, so that these results can be compared with studies that have examined the carcinogenic risks of hyperthermia. For this reason, the paper is organized into three sections dealing with: (1) effects of heat on DNA damage/repair and mutations, (2) in vivo studies evaluating the carcinogenic potential of heat alone and combined with other carcinogens, and (3) in vivo studies involving RF exposures. **The bulk of the data presented indicate that hyperthermia alone is not carcinogenic.** If hyperthermia occurs in the presence of exposure to known carcinogens, such as radiation or chemical carcinogens there is the potential for modulation of carcinogenic effects of those agents. In some circumstances, hyperthermia can actually protect against tumour formation. In other instances, hyperthermia clearly increases incidence of tumour formation, but this occurs following thermal exposures (several degrees C temperature rise for up to 1 h or more) and radiation (therapeutic levels as for treatment of cancer) or chemical carcinogen doses higher than would be encountered by the general population. **The extrapolation of these results to the general population, where radiation exposure levels would be at background and temperature rise from incidental RF exposure, such as cell phones (which are estimated to cause no more than 0.1 degrees C temperature rise) is not recommended. Current evidence indicates that the temperature elevations resulting from RF exposure are not carcinogenic.** Caution should be used in situations where exposure to known carcinogens is combined with thermal exposures high enough to cause tissue damage. A summary of thermal thresholds for tissue damage from hyperthermia is presented in another paper in this special issue (Dewhirst et al.). No data exist that examine the carcinogenic risks of chronic thermal exposures below the threshold for

126

JA 01729

detectable tissue damage, either alone or in combination with known carcinogens. This is an important goal for future research.

https://www.ncbi.nlm.nih.gov/pubmed/12745970

--

**Significance of micronuclei in buccal smears of mobile phone users: A comparative study**

Vanishree M, Manvikar V, Rudraraju A, Reddy KMP, Kumar NHP, Quadri SJM. Significance of micronuclei in buccal smears of mobile phone users: A comparative study. J Oral Maxillofac Pathol. 2018 Sep-Dec;22(3):448. doi: 10.4103/jomfp.JOMFP_201_18.

Abstract

AIMS AND OBJECTIVES: The present study was designed to evaluate the frequency of micronuclei (MN) in the buccal exfoliated cells of mobile phone users. In addition, comparison of MN frequency between high and low mobile phone users was also done.

MATERIALS AND METHODS: A total of 30 male and 30 female participants between the age group of 20-28 years were selected from the Outpatient Department of Navodaya Dental College and Hospital, Raichur, Karnataka. The participants were divided into two groups: Group A - low mobile phone users and Group B - high mobile phone users. Cell sampling and preparation was done on the slide. All the slides were observed for a total of 1000 cells for the presence and number of MN in each cell.

RESULTS: There was a significant increase in the mean MN count in Group B in comparison to the Group A. There was highly significant difference in the mean MN count of participants using (code division multiple access) CDMA than (global system for mobiles) GSM mobile phones. The MN mean count was found to be significantly increased in non-headphone users in comparison to headphone users. In Group B, the MN count on the side of mobile phone use was found to be statistically significantly elevated in comparison to the opposite side.

CONCLUSION: Mobile phone radiation even in the permissible range when used for longer duration can cause significant genotoxicity. The genotoxicity accentuates when mobile phones are frequently used on the same side which may be due to more amount of radiation and increase in the temperature. Headphone usage reduces the genotoxicity of mobile phone radiation to some extent.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6306606/

--

**Transdermal patches loaded with L-cysteine HCL as a strategy for protection from cell phone radiation**

Omar SM, Nasr M, Rafla DA. Transdermal patches loaded with L-cysteine HCL as a strategy for protection from mobile phone-emitting electromagnetic radiation hazards. Saudi Pharm J. 2019 Jan;27(1):112-125. doi: 10.1016/j.jsps.2018.09.004.

Abstract

Mobile phone usage has been increased in the last few years emitting electromagnetic radiation (EMR), which disturbs normal cellular processes via oxidative stress. L-cysteine, a glutathione precursor, prevents oxidative damage.

Transdermal patches (TDPs) loaded with L-cysteine hydrochloride (L-CyS-HCL) were fabricated by dispersion

JA 01730

of L-CyS-HCL 5% w/w and different concentrations of sorbitol as a plasticizer in room-temperature vulcanizable synthetic silicone matrices (RTV-Si). The effect of sorbitol on patch physicochemical parameters was assessed; in-vitro L-CyS-HCL release profiles and ex-vivo permeation were studied. Pharmacokinetic parameters of endogenous synthetized in-vivo glutathione, after receiving IV bolus dose of L-CyS-HCl and L-CyS-HCl-RTV-Si-TDPs were studied in rat model. The influence of L-CyS-HCL-RTV-Si-TDPs against damaging effects of mobile phone EMR on rats' blood and brain tissues was studied.

The results revealed that patch plasticity, intensity reflections, surface porosity, L-CyS-HCL release rate and skin permeation increased with increasing sorbitol concentration. Pharmacokinetic profile for IV dose and L-CyS-HCl-RTV-Si-TDPs revealed that the L-CyS-HCl-RTV-Si-TDPs provided a sustained glutathione plasma concentration-time profile over entire patch application. High significant differences in biological parameters (blood and brain samples) were observed for radiated rats using the patch in study compared with positive control rats.

Promising long-term strategy for protection against mobile phone hazards was obtained.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6323147/

--

## High ambient radiofrequency radiation in Stockholm city, Sweden

Carlberg M, Hedendahl L, Koppel T, Hardell L. High ambient radiofrequency radiation in Stockholm city, Sweden. Oncol Lett. 2019 Feb;17(2):1777-1783. doi: 10.3892/ol.2018.9789.

Abstract

We measured the radiofrequency (RF) radiation at central parts in Stockholm, Sweden in March and April 2017. The same measurement round tour was used each time. We used EME Spy 200 for the measurements as in our previous studies in Stockholm. The results were based on 11,482 entries, corresponding to more than 12 h measurements. The total mean level was 5,494 µW/m2 (median 3,346; range 36.6-205,155). The major contributions were down links from LTE 800 (4G), GSM + UMTS 900 (3G), GSM 1800 (2G), UMTS 2100 (3G) and LTE 2600 (4G). Regarding different places, the highest RF radiation was measured at the Hay Market with a mean level of 10,728 µW/m2 (median 8,578; range 335-68,815). This is a square used for shopping, and both retailers and visitors may spend considerable time at this place. Also, the Sergel Plaza had high radiation with a mean of 7,768 µW/m2. All measurements exceeded the target level of 30-60 µW/m2 based on non-thermal (no heating) effects, according to the BioInitiative Report. Based on short-term thermal effects, The International Commission on Non-Ionizing Radiation Protection established guideline 2 of 10 W/m2 (2,000,000-10,000,000 µW/m2) depending on frequency in 1998, and has not changed it despite solid evidence of non-thermal biological effects at substantially lower exposure levels. These environmental RF radiation levels are expected to increase with the introduction of 5G for wireless communication.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6341832/

--

## Alternating Electric Fields (TTFields) Activate Cav1.2 Channels in Human Glioblastoma Cells

Neuhaus E, Zirjacks L, Ganser K, Klumpp L, Schüler U, Zips D, Eckert F, Huber SM. Alternating Electric Fields (TTFields) Activate Cav1.2 Channels in Human Glioblastoma Cells. Cancers (Basel). 2019 Jan 18;11(1). pii: E110. doi: 10.3390/cancers11010110.

Abstract

JA 01731

Tumor treating fields (TTFields) represent a novel FDA-approved treatment modality for patients with newly diagnosed or recurrent glioblastoma multiforme. This therapy applies intermediate frequency alternating electric fields with low intensity to the tumor volume by the use of non-invasive transducer electrode arrays. Mechanistically, TTFields have been proposed to impair formation of the mitotic spindle apparatus and cytokinesis. In order to identify further potential molecular targets, here the effects of TTFields on Ca2+-signaling, ion channel activity in the plasma membrane, cell cycle, cell death, and clonogenic survival were tested in two human glioblastoma cell lines in vitro by fura-2 Ca2+ imaging, patch-clamp cell-attached recordings, flow cytometry and pre-plated colony formation assay. In addition, the expression of voltage-gated Ca2+ (Cav) channels was determined by real-time RT-PCR and their significance for the cellular TTFields response defined by knock-down and pharmacological blockade. As a result, TTFields stimulated in a cell line-dependent manner a Cav1.2-mediated Ca2+entry, $G_1$ or S phase cell cycle arrest, breakdown of the inner mitochondrial membrane potential and DNA degradation, and/or decline of clonogenic survival suggesting a tumoricidal action of TTFields. Moreover, inhibition of Cav1.2 by benidipine aggravated in one glioblastoma line the TTFields effects suggesting that Cav1.2-triggered signaling contributes to cellular TTFields stress response. In conclusion, the present study identified Cav1.2 channels as TTFields target in the plasma membrane and provides the rationale to combine TTFields therapy with Ca2+ antagonists that are already in clinical use.

https://www.mdpi.com/2072-6694/11/1/110

--

## Complications of nonionizing radiofrequency on divided attention

Bamdad K, Adel Z, Esmaeili M. Complications of nonionizing radiofrequency on divided attention. J Cell Biochem. 2019 Feb 3. doi: 10.1002/jcb.28343.

Abstract

Exposure to electromagnetic fields is considered as a potential hazard for biological systems. The objective of our investigation is the study of probable consequences of radiofrequency electromagnetic fields from Wi-Fi router devices on the short-term memory, and attention's levels. A population consisting of 312 female college students (14 to 17 years old) was elected by cluster random sampling. Teenagers were divided into two groups of control group (Wi-Fi nonusers; n = 138), and experiment group (Wi-Fi users; n = 174). Both groups have been examined using short-term memory tests; selective attention, and also divided attention tests. According to the results, there was no significant difference between using Wi-Fi router devices on levels of selective attentions and short-term memory of the sample students with the control group. However, analyses revealed that there is a significant correlation between the use of Wi-Fi routers and declining levels of divided attentions. Our investigation has demonstrated the adverse consequences of 2.4-2.48 GHz radiofrequency electromagnetic fields of Wi-Fi router devices on divided attention levels of female university students that should be mentioned as a technological risk factor and taken into account by healthcare organizations.

https://www.ncbi.nlm.nih.gov/pubmed/30714205

Note: This was an observational study, not a randomized trial. The observed difference on divided attention may be due to confounding.

--

## Effect of 900-, 1800-, and 2100-MHz radiofrequency radiation on DNA and oxidative stress in brain

Alkis ME, Bilgin HM, Akpolat V, Dasdag S, Yegin K, Yavas MC, Akdag MZ. Effect of 900-, 1800-, and 2100-MHz radiofrequency radiation on DNA and oxidative stress in brain. Electromagn Biol Med. 2019 Jan 22:1-16. doi: 10.1080/15368378.2019.1567526.

129

Abstract

Ubiquitous and ever increasing use of mobile phones led to the growing concern about the effects of radiofrequency radiation (RFR) emitted by cell phones on biological systems. The aim of this study is to explore whether long-term RFR exposure at different frequencies affects DNA damage and oxidant-antioxidant parameters in the blood and brain tissue of rats. 28 male Sprague Dawley rats were randomly divided into four equal groups (n = 7). They were identified as Group 1: sham-control, Group 2: 900 MHz, Group 3: 1800 MHz, and Group 4: 2100 MHz. Experimental groups of rats were exposed to RFR 2 h/day for 6 months. The sham-control group of rats was subjected to the same experimental condition but generator was turned off. Specific absorption rates (SARs) at brain with 1 g average were calculated as 0.0845 W/kg, 0.04563 W/kg, and 0.03957, at 900 MHz, 1800 MHz, and 2100 MHz, respectively. Additionally, malondialdehyde (MDA), 8-hydroxydeoxyguanosine (8-OHdG), total antioxidant status (TAS), and total oxidant status (TOS) analyses were conducted in the brain tissue samples. Results of the study showed that DNA damage and oxidative stress indicators were found higher in the RFR exposure groups than in the sham-control group. In conclusion, 900-, 1800-, and 2100-MHz RFR emitted from mobile phones may cause oxidative damage, induce increase in lipid peroxidation, and increase oxidative DNA damage formation in the frontal lobe of the rat brain tissues. Furthermore, 2100-MHz RFR may cause formation of DNA single-strand breaks.

https://www.ncbi.nlm.nih.gov/pubmed/30669883

Conclusion

RFR at different mobile phone frequencies seems to cause oxidative stress, lipid peroxidation, and DNA damage by changing oxidant and antioxidant levels in frontal lobe of the brain tissue. However, the increase in the frequency and the increase in the level of damage suggest that RFRs at higher frequencies may negatively affect brain tissue and may lead to the development of damage. Our study is consistent with many recent studies and supports the hypothesis that RFR causes damage to biological tissues. However, in order to reach solid conclusions, detailed long-term studies at molecular level are definitely needed.

--

**Effects of radiofrequency electromagnetic radiation (RF-EMF) on honey bee queen development and mating success**

Odemer R, Odemer F. Effects of radiofrequency electromagnetic radiation (RF-EMF) on honey bee queen development and mating success. Science of The Total Environment. 661:553-562. April 15, 2019.

Highlights

• Chronic RF-EMF exposure significantly reduced hatching of honey bee queens.
• Mortalities occurred during pupation, not at the larval stages.
• Mating success was not adversely affected by the irradiation.
• After the exposure, surviving queens were able to establish intact colonies.

Abstract

Mobile phones can be found almost everywhere across the globe, upholding a direct point-to-point connection between the device and the broadcast tower. The emission of radiofrequency electromagnetic fields (RF-EMF) puts the surrounding environment inevitably into contact with this radiation. We have therefore exposed honey bee queen larvae to the radiation of a common mobile phone device (GSM band at 900 MHz) during all stages of their pre-adult development including pupation. After 14 days of exposure, hatching of adult queens was assessed and mating success after further 11 days, respectively. Moreover, full colonies were established of five of the untreated and four of the treated queens to contrast population dynamics. We found that mobile

130

phone radiation had significantly reduced the hatching ratio but not the mating success. If treated queens had successfully mated, colony development was not adversely affected. We provide evidence that mobile phone radiation may alter pupal development, once succeeded this point, no further impairment has manifested in adulthood. Our results are discussed against the background of long-lasting consequences for colony performance and the possible implication on periodic colony losses.

Conclusions

Even though detrimental effects on ontogenetic queen development were revealed by the outcome of our study, caution is needed in interpreting these results. So far, there have been no serious records of colony losses associated with mobile phone radiation. Moreover, we have created by far a worst case operator scenario to which honey bee colonies would not be exposed under realistic beekeeping conditions. Duration and level were similar to average operator exposure by the use of a mobile phone, but not to those present at an apiary, neither in rural nor in urban areas. And yet, queens that survived the treatment were able to establish full functional colonies, demonstrating an immense recovering potential. Therefore we do not assume any acute negative effects on bee health in the mid-term. However,we do not rule out an influence through lower doses of permanent irradiation, in particular on a chronic sublethal level present in major city environments. Hence, we urgently suggest further research should be carried out in the long-term to ascertain what impacts are to be expected in the context of a suitable risk assessment for electromagnetic fields on bee health.

https://www.sciencedirect.com/science/article/pii/S0048969719301718

--

**Room temperature and selective triggering of supramolecular DNA assembly/ disassembly by non-ionizing radiation**

Greschner AA, Ropagnol X, Kort M, Zuberi N, Perreault J, Razzari L, Ozaki T, Gauthier MA. Room temperature and selective triggering of supramolecular DNA assembly/disassembly by non-ionizing radiation. J Am Chem Soc. 2019 Feb 1. doi: 10.1021/jacs.8b10355.

Abstract

Recent observations have suggested that non-ionizing radiation in the microwave and terahertz (THz; far infrared) regimes could have an effect on double-stranded DNA (dsDNA). These observations are of significance owing to the omnipresence of microwave emitters in our daily lives (e.g., food preparation, telecommunication, wireless internet) and the increasing prevalence of THz emitters for imaging (e.g., concealed weapon detection in airports, screening skin cancer) and communication technologies. By examining multiple DNA nanostructures as well as two plasmid DNA, microwaves were shown to promote the repair and assembly of DNA nanostructures and single-stranded regions of plasmid DNA, while intense THz pulses had the opposite effect (in particular for short dsDNA). Both effects occurred at room temperature within minutes, showed a DNA-length dependence, and did not affect the chemical integrity of the DNA. Intriguingly, the function of seven proteins (enzymes and antibodies) was not affected by exposure to either forms of radiation under the conditions examined. This particularity was exploited to assemble a fully-functional hybrid DNA-protein nanostructure in a bottom-up manner. This study therefore provides entirely new perspectives for the effects, on a molecular level, of non-ionizing radiation on biomolecules. Moreover, the proposed structure-activity relationships could be exploited in the field of DNA nanotechnology, which paves the way for designing a new range of functional DNA nanomaterials that are currently inaccessible to state-of-the-art assembly protocols.

https://www.ncbi.nlm.nih.gov/pubmed/30707028

--

131

JA 01734

**Exposure to EMF of High Voltage Overhead Power Lines and Female Infertility**

Esmailzadeh S, Delavar MA, Aleyassin A, Gholamian SA, Ahmadi A. Exposure to Electromagnetic Fields of High Voltage Overhead Power Lines and Female Infertility. Int J Occup Environ Med. 2019 Jan;10(1):11-16. doi: 10.15171/ijoem.2019.1429.

Abstract

BACKGROUND: Living in the vicinity of high voltage power lines has brought about a range of health woes, but the effect of residential exposure to electromagnetic fields from the power lines on female fertility has not been explored yet.

OBJECTIVE: To test the hypothesis if residential proximity to high voltage power lines could be associated with the increased risk of female infertility.

METHODS: In a case-control study, 462 women with confirmed diagnosis of unexplained infertility or behavioral and environmental factors were assessed between February 2014 and December 2016. Control group comprised of 471 persons with no history of infertility selected using randomized-digit dialing from the numbers registered in a birth registry between 2014 and 2016. The nearest linear distance from high voltage power lines to the participants' residence of cases and controls was measured using a Geographical Information System (GIS) and Google Earth aerial evaluation for high voltage power lines (240-400 kV).

RESULTS: 112 (14.1%) houses were within 500 meters from a high voltage power line. Women living within 500 meters of the lines (OR 4.14, 95% CI 2.61 to 6.57) and 500-1000 meters of the line (OR 1.61, 95% CI 1.05 to 2.47) carried a significantly higher risk of infertility than those women living more than 1000 meters away from the power lines. After adjusting for confounding factors, women living within 500 meters of the lines carried a higher risk (aOR 4.44, 95% CI 2.77 to 7.11) of infertility compared with women living more than 1000 meters of the lines.

CONCLUSION: The current safety guidelines for electromagnetic fields exposure seems to be not adequate for protecting people from the hazardous effects of the field.

https://www.ncbi.nlm.nih.gov/pubmed/30685773

--

**Childhood leukemia risk in the California Power Line Study: magnetic fields versus distance from power lines**

Catherine M.Crespi, JohnSwanson, Ximena P.Vergara, LeekaKheifets. Childhood leukemia risk in the California Power Line Study: magnetic fields versus distance from power lines.Environmental Research.January 11, 2019. https://doi.org/10.1016/j.envres.2019.01.022.

Highlights
• Magnetic field strength and power line proximity are related but distinguishable
• Childhood leukemia risk was higher only when highly exposed to both
• Factors other than magnetic fields may explain higher leukemia risk near lines

Abstract

Pooled analyses have suggested a small increased risk of childhood leukemia associated with distance and with exposure to high magnetic fields from power transmission lines. Because magnetic fields are correlated with distance from lines, the question of whether the risk is due to magnetic fields exposure or to some other

132

factor associated with distance from lines is unresolved. We used data from a large records-based case-control study to examine several research questions formulated to disentangle the relationships among magnetic fields, distance from high voltage lines, and childhood leukemia risk. In models examining an interaction between distance and magnetic fields exposure, we found that neither close proximity to high voltage lines alone nor exposure to high calculated fields alone were associated with childhood leukemia risk. Rather, elevated risk was confined to the group that was both very close to high voltage lines (<50 m) and had high calculated fields (≥0.4 μT) (odds ratio 4.06, 95% CI 1.16, 14.3). Further, high calculated fields (≥0.4 μT) that were due solely to lower voltage lines (<200 kV) were not associated with elevated risk; rather, risk was confined to high fields attributable to high voltage lines. Whilst other explanations are possible, our findings argue against magnetic fields as a sole explanation for the association between distance and childhood leukemia and in favor of some other explanation linked to characteristics of power lines.

https://www.sciencedirect.com/science/article/pii/S0013935119300258

--

## Changes over time in the reported risk for childhood leukemia and magnetic fields

Swanson J, Kheifets LI, Vergara X. Changes over time in the reported risk for childhood leukaemia and magnetic fields.
J Radiol Prot. 2019 Feb 8. doi: 10.1088/1361-6498/ab0586.

Abstract

There have been many studies from 1979 to the present reporting raised risks for childhood leukaemia with exposure to power-frequency magnetic fields. There are also suggestions that the reported risk has been decreasing. We examine trends in the risk over time from all available studies. For 41 studies, we combine reported risks using inverse-variance weighting, drawing risk estimates from previous pooled analyses where possible for greater consistency. We examine the cumulative risk for studies published up to each successive calendar year for all studies and for various subsets, and test for a trend over the period. The cumulative relative risk has indeed declined, for our most rigorous analysis from a maximum 2.44 in 1997 to 1.58 in 2017, but not statistically significantly when tested as a linear trend. We find suggestions of higher risks in studies looking at higher exposures and in studies with better quality exposure assessment. We conclude that there is a decline in reported risk from the mid-1990s to now, which is unlikely to be solely explained by improving study quality but may be due to chance, and an elevated risk remains.

https://www.ncbi.nlm.nih.gov/pubmed/30736028

--

## Weak magnetic fields alter stem cell–mediated growth

Van Huizen AV, Morton JM, Kinsey LJ, Von Kannon DG, Saad MA, Birkholz TR, Czajka JM, Cyrus J, Barnes FS, Beane WS.  Weak magnetic fields alter stem cell–mediated growth. Science Advances. 5(1). 30 Jan 2019. DOI: 10.1126/sciadv.aau7201.

Abstract

Biological systems are constantly exposed to electromagnetic fields (EMFs) in the form of natural geomagnetic fields and EMFs emitted from technology. While strong magnetic fields are known to change chemical reaction rates and free radical concentrations, the debate remains about whether static weak magnetic fields (WMFs; <1 mT) also produce biological effects. Using the planarian regeneration model, we show that WMFs altered stem cell proliferation and subsequent differentiation via changes in reactive oxygen species (ROS) accumulation and downstream heat shock protein 70 (Hsp70) expression. These data reveal that on the basis

133

of field strength, WMF exposure can increase or decrease new tissue formation in vivo, suggesting WMFs as a potential therapeutic tool to manipulate mitotic activity.

Open access paper: http://advances.sciencemag.org/content/5/1/eaau7201

--

**Prenatal exposure to extremely low frequency magnetic field and its impact on fetal growth**

Ren Y, Chen J, Miao M, Li DK, Liang H, Wang Z, Yang F, Sun X, Yuan W. Prenatal exposure to extremely low frequency magnetic field and its impact on fetal growth. Environ Health. 2019 Jan 11;18(1):6. doi: 10.1186/s12940-019-0447-9.

Abstract

OBJECTIVE:  Studies on the effect of prenatal exposure to magnetic field (MF) on fetal growth is inconclusive and subject to some methodological limitations, particularly in measurement of MF exposure. The present study aimed to examine the association between maternal extremely low frequency MF (ELF-MF) exposure during pregnancy and fetal growth in offspring.

METHODS:  A total of 128 pregnant women were recruited at their 3rd trimester and asked to wear an EMDEX Lite meter for 24 h to capture daily ELF-MF exposure. Time-weighted average (TWA), P50, and P75 of personal 24-h measurements were used to evaluate prenatal ELF-MF exposure. The medians of these measurements were used as cut-off points of high and low prenatal ELF-MF exposure. Fetal growth was measured by infant's birth weight, skinfold thickness of triceps, abdomen, and back, and circumference of head, upper arm, and abdomen. These measures were conducted within 24-h after birth. Generalized Linear Model was used to examine the association between maternal ELF-MF level and fetal growth indices after potential confounders were adjusted for.

RESULTS:  Compared with girls with lower prenatal ELF-MF exposure, girls with higher exposure had a lower birth weight, thinner skinfold of triceps, abdomen and back, and smaller circumference of head, upper arm and abdomen in all three ELF-MF matrices. The differences were statistically significant for birth weight and most other growth measurements (P < 0.05). These measures had no significant difference between higher and lower prenatal ELF-MF exposure in boys except back skinfold thickness.

CONCLUSION: Prenatal exposure to higher ELF-MF levels was associated with decreased fetal growth in girls, but not in boys.

Open access paper: https://ehjournal.biomedcentral.com/articles/10.1186/s12940-019-0447-9

--

**The role of toxic stimuli combinations in determining safe exposure limits**

Kostoff RN, Goumenou M, Tsatsakis A. The role of toxic stimuli combinations in determining safe exposure limits. Toxicol Rep. 2018 Nov 7;5:1169-1172. doi: 10.1016/j.toxrep.2018.10.010.

JA 01737

Abstract

This editorial addresses the effects of toxic stimuli combinations on determination of safe Exposure Limits. Examination of thousands of Medline abstracts showed typically that combinations of toxic stimuli can produce damage even when the exposure level of each member of the combination is less than the lowest exposure level of the member that produced damage when tested in isolation. The synergy of the toxic stimuli in combination means less of each component stimulus is required to cause damage compared to exposure levels when tested in isolation. This Editorial concludes there is no reason to believe today that the Exposure Limits on potentially toxic stimuli that have been set by the regulatory agencies are fully protective against serious adverse health effects in all real life exposure scenarios. The conclusion is applicable to essentially all potential contributing factors to disease amenable to Exposure Limits, including not only chemicals but other types of exposures such as radiofrequency radiation (RFR).

Open access paper: https://www.sciencedirect.com/science/article/pii/S221475001830622X?via%3Dihub


--


**Public health and the radio frequency radiation emitted by cellphone technology, smart meters and WiFi**

Pockett S. Public health and the radio frequency radiation emitted by cellphone technology, smart meters and WiFi. New Zealand Medical Journal. 131(1487):97-107. Dec 14, 2018.

Abstract

This paper argues that the prevailing official narrative in New Zealand concerning the relationship between public health and the radio frequency emissions (RF) from cellphone technology, WiFi and electricity smart meters is scientifically and ethically flawed. The main regulatory document in the area, NZS2772.1:1999, is 20 years out of date and ignores existing laboratory evidence disproving its core assumption that the only biological effect of non-ionising radiation is tissue heating. This and further laboratory evidence for harmful effects of RF continues to be ignored, nominally on the contradictory grounds that (a) cellphone manufacturers say their products now emit less RF than early models, so early lab studies exposed tissue to RF levels higher than those now relevant (b) given the lack of actual data on population exposures either then or now, all laboratory evidence is unconvincing anyway. The offical narrative further opines that since there exist both laboratory and epidemiological studies concluding that RF is not biologically harmful, as well as studies concluding that RF is harmful, the appropriate response is to count up the number on each side, declare the "weight of evidence" to be such that "causation is not proven" and, pending unspecified further studies, continue exposing to unmonitored levels of RF the entire population of the country, none of whom has given informed consent to participate in the experiment. This approach is obviously unethical. It is also unacceptable scientifically. First, the algebraic model is flawed: studies that do find a harmful effect of RF are not invalidated by differently constructed studies that fail to find an effect. Secondly, while causation is relatively easy to study in the laboratory, it is difficult if not impossible to prove epidemiologically, given that (1) the very narrative under discussion has ensured that there is now no unexposed control group and (2) interpretation of timeline correlation studies is hampered by changes in the way new cancer registrations have been recorded over the years and the perennial problem of multiple possible causal factors. The present paper concludes that a precautionary approach is justified, and ends with a number of specific suggestions on how to start implementing such an approach.

https://www.ncbi.nlm.nih.gov/pubmed/30543616


--

JA 01738

**Importance of Exposure Duration and Metrics on Correlation between RF Energy Absorption and Temperature Increase in a Human Model**

Cavagnaro M, Lin J. Importance of exposure duration and metrics on correlation between RF energy absorption and temperature increase in a human model. IEEE Transactions on Biomedical Engineering. Dec 12, 2018. DOI: 10.1109/TBME.2018.2886475

Abstract

Objective: This study investigated the influence of absorption metrics and averaging schemes on correlation between RF/microwave energy and induced temperature elevation for plane wave exposures. Methods: A voxel-based, anatomically realistic model of the human body was considered. Correlation of electromagnetic fields and temperature increases were evaluated at several frequencies. Both Specific Absorption Rate (SAR) and Volume Absorption Rate (VAR) were considered. Results: The best correlation with temperature increase occurs for exposure durations between 1 and 2 min both for SAR and VAR for most of the 700- to 2700-MHz frequencies considered. In this case, a 1-g mass or 1-cm3 volume appears to be optimal. However, for VAR, as frequency increases to above 900 MHz, a better correlation is achieved at slightly increased exposure times and volumes. For longer exposures, the maximum correlation coefficient is reduced, and the correlation favors larger averaging mass or volume. At steady-state (30 min), correlation of temperature increase with SAR is maximum for a mass of 9 g for all frequencies considered, whereas the volume for VAR maximum correlation is 15 cm3 for higher frequencies and 20 cm3 for lower frequencies. Conclusions: In general, SAR provides a better correlation with temperature compared to VAR for short exposures, while VAR renders better correlations for higher frequencies and longer exposures. Significance: The correlation between electromagnetic absorption and temperature increases has implications in guidelines for limiting human exposure to electromagnetic fields and in biomedical applications such as imaging, sensing, and hyperthermia.

https://ieeexplore-ieee-org.libproxy.berkeley.edu/document/8573824

--

**Characterizing radiated power in near field of a phone operating in 3G+ and 4G+ communication standards**

Sârbu A, Bechet A, Bălan T, Robu D, Bechet P, Simona Miclăuş S.Using CCDF statistics for characterizing the radiated power dynamics in the near field of a mobile phone operating in 3G+ and 4G+ communication standards. Measurement. 134:874-887. February, 2019. https://doi.org/10.1016/j.measurement.2018.12.018.

Highlights

• Near field radiated power density measured by both E and H field probes.
• Real life operating situations considered for correct exposure assessment.
• Highest exposure expected at using 4G+ as compared to 3G+.
• CCDF measurements provide realistic representation of user exposure profiles.

Abstract

In this article, an original method to assess the radiated power density of the near field in the immediate vicinity of mobile terminals using both electric and magnetic field strengths determination is proposed. The complementary cumulative distribution function (CCDF) is used for the first time to assess exposure. A demonstration of the CCDF's capabilities for providing a realistic representation of different wireless communication usage profiles is provided. Following the methodology description, an experimental setup was designed and a measurement campaign was conducted on a mobile terminal. The exposure assessment was

JA 01739

performed for real life operating situations by selecting seven common application services used by mobile subscribers.

For 4G+ communication technologies the near field power density is the highest during file upload, followed by VoIP, video call, file download, streaming services and browsing. For 3G+ networks the higher to lower power density values were associated with: file upload, file download, streaming, VoIP, video call and browsing services. The total near field radiated power density was found to be on average 34 times higher for the tested applications running in the 4G+ as compared to the 3G+, with values ranging from 180 times - during file upload, down to 1.2 times - during video streaming. Significantly higher radiated power densities were emitted while using VoIP and video call on 4G+ network as compared to 3G+ network. Present results strongly suggest that higher exposure is expected for the same application running under 4G+ rather than under 3G+.

By applying an original procedure, it has been experimentally highlighted that different generations of communication technologies will lead to different exposure shapes in amplitude and in time, suggesting a future need for introducing the dose rate quantification.

http://www.sciencedirect.com/science/article/pii/S0263224118311631

--

## SAR and temperature elevation in human head due to overexposure to mobile phone radiation with different usage patterns

Bhargava D, Leeprechanon N, Rattanadecho P, Wessapan T.  Specific absorption rate and temperature elevation in the human head due to overexposure to mobile phone radiation with different usage patterns.  International Journal of Heat and Mass Transfer. 130:1178-1188. March, 2019.
https://doi.org/10.1016/j.ijheatmasstransfer.2018.11.031

Highlights
• The distribution parameters in tissues are significantly influenced by the considered cases.
• The temperature increase in the head tissues are lower to cause any thermal damage.
• The resultant SAR values in head models for some cases exceed the ICNIRP 2 W/kg exposure limit.

Abstract

Accidental overexposure to non-standard mobile phone radiation can occur in many situations. The overpower limit of mobile phone radiation interacts with the human body which could result in an adverse effect on human health. It is envisaged that the severity of the physiological effect can take place with small temperature increase in the delicate organs or tissues such as eyes, brain, skin, etc. However, the resulting thermo-physiological response of the body tissues to overpower limit of mobile phone radiation is still not well implemented. The aim of this study is to analyze the effect of overexposure of mobile phone radiation on the specific absorption rate (SAR) and temperature increase in three-dimensional heterogeneous human head models. The study focuses attention on the differences in the electromagnetic (EM) absorption characteristics with higher power level among different usage pattern. The effect of three different usage patterns - voice calling, video calling, and texting- on SAR and temperature distributions in different types of head tissues is systematically investigated. This paper also investigates the effects of different user ages, radiated powers, and gap distances between mobile phone and human heads, on SAR and temperature distributions. Results obtained from this analysis considering the safety guidelines show a high impact of mobile phone radiation in the voice calling position. Hence, comparisons of the absorption of mobile phone radiation are calculated between an adult and a 7-year-old child head model, for the voice calling position at different gap distances. In addition, the results indicate that child head always has a higher absorption rate of mobile phone radiation than the adult head. The rate of absorption in tissue increases as the distance between mobile phone and head decreases and the radiated power increases, depending on their dielectric and thermal properties. The

137

JA 01740

obtained results can be helpful in determining exposure limits for the power output of the mobile phone, and the distance a user should maintain from the mobile phone in thermo-physiological aspects.

Conclusion

The paper investigates the increase in SAR and temperature in anatomical human head models of child and adult in overexposure situations. The comparison of the three different mobile phone usage patterns is studied when the head models are exposed to mobile phone radiation at 900 MHz frequency and 5 W radiating power. The study also includes a comparison of the distribution parameters in child and adult heads, effect of different gap distances and radiated powers. The results show that among all the cases, the SAR and temperature increase are found to be highest in the voice calling case for 0.5 cm gap distance and 5 W radiated power. Also, it is evident from the results that the SAR and temperature increase in the tissues do not directly correspond to each other but are related to the physical parameters of biological tissues such as thermal conductivity, dielectric properties, blood perfusion rate, etc. This shows the importance of performing transient thermal analysis along with the dosimetry analysis to clearly understand the interaction between mobile phone radiation and human tissues. Comparing to the ICNIRP exposure limit, the resulting SAR values in skin layer, in voice and video calling cases, are found to exceed the exposure limit. But, comparing the temperature increase in the brain, it does not approach the possible physiological damage.

This study shows the concern regarding the non-standard mobile phone devices which may be harmful to human health from excessive radiation power. Moreover, the obtained results from the study also show that the children are more exposed and have a greater possibility of a serious adverse effect than the adult when exposed to mobile phone radiation.

http://www.phadungsak.me.engr.tu.ac.th/downloads/2019-01%20%20inter%20J%20heat&mass%20transfer.pdf

--

**Mobile phone users and its effect of hearing in terms of distortion product otoacoustic emission**

Kumar G, Gupa N, Sinha NK. Mobile phone users and its effect of hearing in terms of distortion product otoacoustic emission (DPOAE). Journal of Evolution of Medical and Dental Sciences. 7(52):5520-5523. Dec. 24, 2018. DOI:10.14260/jemds/2018/1222.

Abstract

BACKGROUND Cellular phones/ mobile phones are the new addiction in today's society. They can do pretty much everything from making calls to controlling remotely located devices/cameras. Mobile phones, owing to their user-friendly interface and reasonable prices are being used by people from every socioeconomic section and almost all the age groups. Such a rampant use of these devices makes them potentially powerful tools. The convenience, that these devices offer, easily overlooks the cost our health has to pay because of their continuous and prolonged use. The main technology that these devices use nowadays is Global System for Mobile Communications (GSM). Mobile phones emit a pulsed high-frequency electromagnetic (EM) field that may have adverse effects. The disturbances of the mechanoelectrical transduction during cellular phone use, especially because there is a close proximity of the cellular phone to the cochlea resulting in a fairly high absorption rate of the incident electromagnetic field (EM).
Aim - To assess hearing loss in mobile phone users.

MATERIALS AND METHODS  This is a descriptive study conducted among mobile phone users in the Department of ENT at T.S. Misra Medical College and Hospital from January 2017 to June 2018 consisting of 190 healthy volunteers between the age of 21 and 50 years.

RESULTS  Mostly in Rt. handed mobile user had shown Refer/Fail OAE 21%, out of which, higher frequency 6

138

KHz is affected more in comparison of all four frequency of (2, 3, 4 & 6 KHz).

CONCLUSION  The study concludes that the use of mobile phones can cause damage to the Outer Hair Cells (OHCs) in the Cochlea especially in the basal turn which may impair hearing in long term use. Oto Acoustic Emissions from the cochlea can reliably detect this damage and thus has proven to be an excellent diagnostic tool.

https://jemds.com/abstract.php?at_id=16414

--

**Post-normal science and the management of uncertainty in bioelectromagnetic controversies**

Wood AW. Letter: Post-normal science and the management of uncertainty in bioelectromagnetic controversies. Bioelectromagnetics. January 7, 2019.

No abstract.

https://www.ncbi.nlm.nih.gov/pubmed/30615800

--

**Cell phone radiation changes corticotrophin hormone levels & histology of brain and adrenal glands in male rats**

Shahabi S, Hassanzadeh Taji I, Hoseinnezhaddarzi M, Mousavi F, Shirchi S, Nazari A, Zarei H, Pourabdolhossein F. Exposure to cell phone radiofrequency changes corticotrophin hormone levels and histology of the brain and adrenal glands in male Wistar rat. Iran J Basic Med Sci. 2018 Dec;21(12):1269-1274. doi: 10.22038/ijbms.2018.29567.7133.

Abstract

Objectives: Nowadays, the electromagnetic field-emitting devices are used routinely in our lives. Controversial reports exist concerning the effects of mobile radiofrequency (RF) on different parts of the body, especially stress hormones. The main goal of the present work was to study the long-term effects of mobile RF900 MHz exposure with special focus on the adrenal gland pathophysiology and function.

Materials and Methods: Adult male Wistar rats were exposed to mobile RF 6 hr daily for 4-8 weeks. Intact and switched-off exposed animals were considered as controls. Plasma ACTH and cortisol levels were measured by the ELISA method. At the end of the experiment, a histological study was done on adrenal gland and brain tissues by hematoxylin and eosin staining. The thickness of the fasciculate layer of the adrenal gland, and its cell count and perimeter were measured using the Fiji software.

Results: Enhanced plasma ACTH and cortisol levels were found after prolonged exposure to mobile RF. The fasciculata layer of adrenal cortex eventually thickened following mobile RF radiation. While the number of cells in zona fasciculata remained constant, the cell size and perimeter increased during RF exposure. Finally, we found that vacuolization in brain tissue and the number and size of vacuoles considerably increased during two months of RF exposure.

Conclusion: Cell phone RF exposure induced significant hormonal and structural changes in adrenal gland and brain tissues. Therefore, the public should be aware and limit their exposure as much as possible.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6312682/

--

**Role of Mitochondria in the Oxidative Stress Induced by EMF: Focus on Reproductive Systems**

Santini SJ, Cordone V, Falone S, Mijit M, Tatone C, Amicarelli F, Di Emidio G. Role of mitochondria in the oxidative stress induced by electromagnetic fields: Focus on reproductive systems.  Oxid Med Cell Longev. 2018 Nov 8;2018:5076271. doi: 10.1155/2018/5076271.

Abstract

Modern technologies relying on wireless communication systems have brought increasing levels of electromagnetic field (EMF) exposure. This increased research interest in the effects of these radiations on human health. There is compelling evidence that EMFs affect cellphysiology by altering redox-related processes. Considering the importance of redox milieu in the biological competence of oocyte and sperm, we reviewed the existing literature regarding the effects of EMFs on reproductive systems. Given the role of mitochondria as the main source of reactive oxygen species (ROS), we focused on the hypothesis of a mitochondrial basis of EMF-induced reproductive toxicity. MEDLINE, Web of Science, and Scopus database were examined for peer-reviewed original articles by searching for the following keywords: "extremely low frequency electromagnetic fields (ELF-EMFs)," "radiofrequency (RF)," "microwaves," "Wi-Fi," "mobile phone," "oxidative stress," "mitochondria," "fertility," "sperm," "testis," "oocyte," "ovarian follicle," and "embryo." These keywords were combined with other search phrases relevant to the topic. Although we reported contradictory data due to lack of uniformity in the experimental designs, a growing body of evidence suggests that EMF exposure during spermatogenesis induces increased ROS production associated with decreased ROS scavenging activity. Numerous studies revealed the detrimental effects of EMFs from mobile phones, laptops, and other electric devices on sperm quality and provide evidence for extensive electron leakage from the mitochondrial electron transport chain as the main cause of EMF damage. In female reproductive systems, the contribution of oxidative stress to EMF-induced damages and the evidence of mitochondrial origin of ROS overproduction are reported, as well. In conclusion, mitochondria seem to play an important role as source of ROS in both male and female reproductive systems under EMF exposure. Future and more standardized studies are required for a better understanding of molecular mechanisms underlying EMF potential challenge to our reproductive system in order to improve preventive strategies.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6250044/

--

**Electric field distribution and SAR inside a human eye exposed to Virtual Reality glasses**

Cvetkovic N, Krstic, D, Stankovic V,  Jovanovic D. Electric field distribution and SAR inside a human eye exposed to VR glasses. IET Microwaves Antennas & Propagation. 12(14):2234-2240.  DOI: 10.1049/iet-map.2018.5227. Nov 28, 2018

Abstract

The aim of this study is a numerical analysis of the electric field and the specific absorption rate (SAR) distribution within a realistic 3D-human eye model exposed to electromagnetic (EM) wave of virtual reality (VR) glasses at the frequency of third generation, long-term evolution-4G, and the frequency of the latest generation of mobile networks - 5G. To obtain the values of the electric field and SAR, the numerical solution of equations of EM waves propagation has been used. A new realistic 3D-human head and human eye model has been created. The obtained results are shown for different biological tissues of the eye exposed to EM radiation from VR glasses at different frequencies. The maximum absorption of EM energy will be discussed for the following frequencies: 900MHz, 2.6GHz, and 28GHz. The maximum values of electric field strength in the human eye tissue at the frequencies 28GHz and 900MHz are 94.43 and 137.3V/m, respectively (higher than referent

140

values), whereas for 2.6GHz amounts 8.62V/m (lower than referent limits). The obtained SAR peaks do not overcome prescribed safety values.

https://digital-library.theiet.org/content/journals/10.1049/iet-map.2018.5227

--

**A novel mobile phone antenna for effectively reducing specific absorption rate**

He Y, Liang K, Li J, Abbasi QH. A novel mobile phone antenna for effectively reducing specific absorption rate. 12th European Conference on Antennas and Propagation (EuCAP 2018). 9-13 April 2018. Added to IEEE Xplore: 10 December 2018. DOI: 10.1049/cp.2018.1234.

Abstract

In this paper, a novel mobile phone antenna that can effectively reduce the harm of electromagnetic radiation to the human body is proposed. An inverted F-shaped antenna (IFA) is designed to reduce specific absorption rate (SAR) and all the measurements are done in over the air (OTA) test system. Measured results show that the proposed mobile phone antenna has excellent electrical characteristics such as reflection coefficient (700–870 MHz and 1710–2450 MHz), radiation pattern, total radiation power (TRP >17.5 dBm), hot spot map and low SAR values (< 1.4 W/kg). Due to these advantages, the proposed antenna is used to reduce SAR in the future mobile phone.

Excerpts

With the significant development of the mobile communication system, mobile phones have become indispensable tools for human daily life. Meanwhile, the number of the mobile phone has increased with an unprecedented rate around the globe including China. Since the three operators fully started 4G business in 2014, more and more users began to pay attention to and select 4G mobile phones with the reduction of 4G fees in 2015. When we make phone calls, the antenna is close to the human's face, and its microwave radiation directly affects the human's head. It will have a negative effect on the human body when the microwave signal power absorbed by the body exceeds the limiting value [1], [2]. Since its damage to human health is long and chronic, many domestic and foreign companies and institutions at present are studying how to keep mobile phones at a suitable level for human radiation [3].

A novel mobile phone antenna with lower SAR values is presented in this paper. By changing the routing of antenna on a mobile phone, it can increase the new amplitude wave to disperse the current peak, so that a new band (LTE band 30) can be obtained. Measured results show that the proposed antenna is simple and effective with wide bandwidths (700-870 MHz and 1710-2450 MHz), stable TRP (17.5-19.4 dBm) and lower SAR values (0.4-1.38 W/kg). In addition, the proposed antenna has lots of advantages, including low cost, compact structure, good stability, as well as easiness for fabrication. The proposed antenna can be a new solution in reducing mobile phone SAR values for modern mobile communication systems.

https://ieeexplore.ieee.org/document/8568912

--

**Mobile Phone Base Station Tower Settings Adjacent to School Buildings: Impact on Students' Cognitive Health.**

Meo SA, Almahmoud M, Alsultan Q, Alotaibi N, Alnajashi I, Hajjar WM. Mobile phone base station tower settings adjacent to school buildings: Impact on students' cognitive health. Am J Mens Health. 2018 Dec 7:1557988318816914. doi: 10.1177/1557988318816914.

141

JA 01744

Abstract

The use of mobile phones has remarkably increased and become a basic need of daily life. Increasing subscriptions of mobile phones boost the installation of mobile phone base station towers (MPBSTs) in crowded commercial and residential areas including near school buildings. This study investigated the impact of exposure to radiofrequency electromagnetic field (RF-EMF) radiation generated by MPBSTs on cognitive functions. Two hundred and seventeen volunteer male students aged between 13 and 16 registered from two different intermediate schools: 124 students were from School 1 and 93 students were from School 2. The MPBSTs were located within 200 m from the school buildings. In School 1, RF-EMF was 2.010 µW/cm2 with a frequency of 925 MHz and in School 2, RF-EMF was 10.021 µW/cm2 with a frequency of 925 MHz. Students were exposed to EMFR for 6 hr a day, 5 days a week for a total period of 2 years. The Narda Safety Test Solution device SRM-3006 was used to measure RF-EMF in both schools, and cognitive functions tasks were measured by the Cambridge Neuropsychological Test Automated Battery (CANTAB). Significant impairment in Motor Screening Task (MOT; p = .03) and Spatial Working Memory (SWM) task (p = .04) was identified among the group of students who were exposed to high RF-EMF produced by MPBSTs. High exposure to RF-EMF produced by MPBSTs was associated with delayed fine and gross motor skills, spatial working memory, and attention in school adolescents compared to students who were exposed to low RF-EMF.

https://www.ncbi.nlm.nih.gov/pubmed/30526242

Note: In this cross-sectional study, students in two schools that are exposed to different amounts of microwave radiation from nearby cell towers were compared at one time. In my opinion, the authors did not adequately control for confounding that may explain the observed differences between the two groups of students. Also, the statistical tests are problematic because the students within each school are not independent of each other which the tests assume. Hence, I would not cite this study as evidence of cell tower effects.

--

**Oxidative and mutagenic effects of low intensity GSM 1800 MHz microwave radiation**

Yakymenko I, Burlaka A, Tsybulin I, Brieieval, Buchynska L, Tsehmistrenko I, Chekhun F. Oxidative and mutagenic effects of low intensity GSM 1800 MHz microwave radiation. Exp Oncol. 2018 Dec;40(4):282-287.

Abstract

AIM: Despite a significant number of epidemiological studies on potential carcinogenicity of microwave radiation (MWR) from wireless devices and a bulk of experimental studies on oxidative and mutagenic effects of low intensity MWR, the discussion on potential carcinogenicity of low intensity MWR is going on. This study aims to assess oxidative and mutagenic effects of low intensity MWR from a typical commercial model of a modern smartphone.

MATERIALS AND METHODS: The model of developing quail embryos has been used for the assessment of oxidative and mutagenic effects of Global System for Mobile communication (GSM) 1800 MHz MWR from a commercial model of smartphone. The embryos were exposed in ovo to 0.32 µW/cm2, discontinuously - 48 s - On, 12 s - Off, during 5 days before and 14 days through the incubation period.

RESULTS: The exposure of quail embryos before and during the incubation period to low intensity GSM 1800 MHz has resulted in expressive statistically significant oxidative effects in embryonic cells, including a 2-fold increase in superoxide generation rate and 85% increase in nitrogen oxide generation rate, damages of DNA integrity and oxidative damages of DNA (up to twice increased levels of 8-oxo-dG in cells of 1-day old chicks from the exposed embryos). Finally, the exposure resulted in a significant, almost twice, increase of embryo mortality.

142

CONCLUSION: The exposure of model biological system to low intensity GSM 1800 MHz MWR resulted in significant oxidative and mutagenic effects in exposed cells, and thus should be recognized as a significant risk factor for living cells.

https://www.ncbi.nlm.nih.gov/pubmed/30593748

Excerpt

These findings are in line with our previous research data [8, 14, 24, 25] and data from the other laboratories over the world on expressive oxidative and mutagenic effects of low intensity MWR exposure [18, 26–28]. A huge pathogenic potential of oxidative stress in the cell, including its role in carcinogenesis [29, 30], allowed us to hypothesize that overproduction of free radical species, namely superoxide and nitrogen oxide, in MWR exposed living cells is one of the key mechanisms for the next pathological transformation of cells [24]. The persistent oxidative damages of DNA could be a first step of mutagenic and carcinogenic processes [30]. Thus oxidative damages of DNA resulted in alters of transcription rate, replication errors and genomic instability [31]. In turn these processes are associated with carcinogenesis. And in different cancer tissues, an increased level of oxidative damages of DNA were reported [30].

Recently we have demonstrated that oxidative effects of low intensity MWR significantly depend on the GSM modulation of the signal [25]. Thus, except of urgent necessity to reevaluate current out-of-date official safety limits on RFR/MWR intensity, additional biologically proven restrictions on different types of modulated signals should be elaborated and implemented by international and national regulatory bodies.

In conclusion, statistically significant persistent oxidative and mutagenic effects in model biological system, a developing quail embryo, as well as significantly increased embryo mortality have been detected under low intensity GSM 1800 MHz MWR from a typical modern commercial smartphone. Thus the data confirm that modulated MWR from modern wireless devices should be recognized as a significant risk factor for living cells, and out-of-date official safety limits should be urgently reevaluated in line with current biological research on the issue.

--

**Pathological Findings Observed in Kidneys of Postnatal Male Rats Exposed to 2100 MHz EMF**

Bedir R, Tumkaya L, Mercantepe T, Yilmaz A. Pathological findings observed in the kidneys of postnatal male rats exposed to the 2100 MHz electromagnetic field. Arch Med Res. 2018 Dec 29. pii: S0188-4409(18)30433-8. doi: 10.1016/j.arcmed.2018.12.010.

Abstract

BACKGROUND: The widespread use by young people of modern communication devices such as mobile phones means that they are particularly exposed to electromagnetic fields (EMF) and other problems. However, few studies have researched the effects of long-term exposure to EMF in the kidney. We therefore investigated oxidative stress and apoptosis in long-term exposure to 2100 megahertz (MHz) in a rat model.

MATERIALS AND METHODS: Twenty-four Sprague Dawley rats were divided into a control group (n = 8, no EMF exposure), a group exposed to 2100 MHz for 6 h for 30 d (n = 8), and a group exposed to 2100 MHz for 12 h for 30 d (n = 8). Immunohistochemical analysis was performed, using caspase-3 to evaluate apoptosis. Immediately after treatment, reduced glutathione (GSH), malondialdehyde (MDA) in kidney tissue and serum levels of various biochemical compounds were measured to detect oxidative stress.

RESULTS: Deterioration was observed in the brush border in renal tubules of the EMF groups. The results of the immunohistochemical analysis revealed a greater number of positively stained renal tubular epithelial cells in the EMF groups as compared with that in the control group. In the EMF groups, renal MDA levels increased,

143

and renal GSH levels decreased compared with those in the control group, as shown by a biochemical examination (p = 0.00 and p = 0.00, respectively).

CONCLUSION: The findings showed that exposure to 2100 MHz for 6 and 12 h induced oxidative stress-mediated acute renal injury, depending on the length of exposure and dosage.

https://www.ncbi.nlm.nih.gov/pubmed/30600117

Excerpt

The EMF groups were continually exposed to electromagnetic waves produced by an EMF generator (Anritsu MG3670B, Kanagawa, Japan) for 30 d, 6 and 12 h per day. The generator had a signal power of 3.47 mW (5.4 dBm) at 2100 MHz, which is similar to the level experienced in mobile phone talk mode. The whole body specific absorption rate (SAR) was calculated to be 0.024 W/kg ....

--

**Electromagnetic Fields of Mobile Phone Jammer Exposure on Blood Factors in Rats**

Shojaeifard MB, Jarideh S, Owjfard M, Nematollahii S, Talaei-Khozani T, Malekzadeh M. Electromagnetic fields of mobile phone jammer exposure on blood factors in rats. J Biomed Phys Eng. 2018 Dec 1;8(4):403-408.

Abstract

BACKGROUND: The increasing demand for using mobile phones has led to increasing mobile phone jammers as well. On the other hand, reports show that exposure to electromagnetic field causes an increase in the incidence of diseases such as leukemia, cancer, depression and failure in pregnancy outcomes; therefore, the aim of this study is to investigate the effects of exposure to electromagnetic fields of mobile phone jammers on blood factors.

MATERIALS AND METHODS: Thirty male Wistar immature and thirty mature rats were selected randomly and each one was divided into three groups of ten. The control group did not receive any radiation; the sham group was exposed to a switched-off jammer device and the experimental group was exposed to electromagnetic fields (EMF) radiated by Mobile Phone Jammer daily eight hours for five days a week during forty days. Blood sample was taken from heart and blood factors including PLT, MCHC and RDWCV were measured. The data were analyzed by ANOVA which was followed by Duncan's test.

RESULTS: The data from mature rats revealed that jammer usage led to a significant difference in blood factors including RBC, platelet, hemoglobin, hematocrit, MCV and RDWCV ($P \le 0.05$); however, the number of lymphocytes, WBC and MCVH in the blood was the same in all groups. In immature rats, the exposure to jammer did not change RBC, lymphocyte and WBC count, hemoglobin and hematocrit; while, the platelet count along with MCHC, MVC and RDWCV changed by jammer radiation.

CONCLUSION: The results exhibited that mobile phone jammer caused frequent changes in blood cell factors.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6280113/

--

**Power frequency EMF exposure influences network connection pattern of local field potentials during working memory**

[Article in Chinese]

144

Li S, Wen X, Sang H, Xu G. [Long term power frequency electromagnetic fields exposure influences the causal network connection pattern of local field potentials during working memory]. Sheng Wu Yi Xue Gong Cheng Xue Za Zhi. 2018 Jun 1;35(6):829-836. doi: 10.7507/1001-5515.201806004.

Abstract

The possible influence of electromagnetic field (EMF) on the function of neural systems has been widely concerned. In this article, we intend to investigate the effects of long term power frequency EMF exposure on brain cognitive functions and it's mechanism. The Sprague-Dawley (SD) rats were randomly divided into 3 groups: the rats in EMF Ⅰ group were placed in the 2 mT power frequency EMF for 24 days. The rats in EMF Ⅱ group were placed in the 2 mT power frequency EMF for 48 days. The rats in control group were not exposed to the EMF. Then, the 16 channel local field potentials (LFPs) were recorded from rats' prefrontal cortex (PFC) in each group during the working memory (WM) tasks. The causal networks of LFPs were also established by applying the directed transfer function (DTF). Based on that, the differences of behavior and the LFPs network connection patterns between different groups were compared in order to investigate the influence of long term power frequency EMF exposure on working memory. The results showed the rats in the EMF Ⅱ group needed more training to reach the task correction criterion (over 80%). Moreover, the causal network connection strength and the global efficiency of the rats in EMF Ⅰ and EMF Ⅱ groups were significantly lower than the corresponding values of the control group. Meanwhile, significant differences of causal density values were found between EMF Ⅱ group and the other two groups. These results indicate that long term exposure to 2 mT power frequency EMF will reduce the connection strength and the information transfer efficiency of the LFPs causal network in the PFC, as well as the behavior performance of the rats. These results may explain the effect of EMF exposure on working memory from the view of neural network connectivity and provide a support for further studies on the mechanism of the effect of EMF on cognition

https://www.ncbi.nlm.nih.gov/pubmed/30583305

--

**Effect of different intensities of static magnetic field on stress & reproduction in Zebrafish**

Sedigh E, Heidari B, Roozati A, Valipour A. The effect of different intensities of static magnetic field on stress and selected reproductive indices of the Zebrafish (Danio rerio) during acute and subacute exposure. Bull Environ Contam Toxicol. 2019 Jan 9.  doi: 10.1007/s00128-018-02538-1.

Abstract

The application of equipment and tools that produce a magnetic field is increasing in aquatic ecosystems. In the present study, the effects of acute (1 week) and subacute (3 weeks) exposures to different static magnetic fields (SMFs) of 2.5, 5, 7.5 mT on stress indices (cortisol and glucose), sex steroid hormones (17β-estradiol and 17-α hydroxy progesterone) and fecundity of the zebrafish (Danio rerio) were investigated. The obtained results showed a significant change in cortisol, glucose, 17β-estradiol (E2) and 17-α hydroxy progesterone (17-OHP) levels by enhancing the intensity and time of exposure to SMFs. In conclusion, the SMFs, especially at higher levels of intensities, showed physiologically harmful effects on the reproductive biology of the zebrafish during acute and subacute exposure.

https://www.ncbi.nlm.nih.gov/pubmed/30627748

--

JA 01748

**Planetary electromagnetic pollution: it is time to assess its impact**

Bandara P, Carpenter DO. Planetary electromagnetic pollution: it is time to assess its impact. The Lancet Planetary Health. 2(12):Pe512-e514, December 01, 2018. https://doi.org/10.1016/S2542-5196(18)30221-3

No abstract

Open access paper: https://www.thelancet.com/journals/lanplh/article/PIIS2542-5196(18)30221-3/fulltext

--

## Cancer epidemiology update, following the 2011 IARC evaluation of radiofrequency electromagnetic fields (Monograph 102)

Miller AB, Morgan LL, Udasin I, Davis DL. Cancer epidemiology update, following the 2011 IARC evaluation of radiofrequency electromagnetic fields (Monograph 102). Environmental Research. 167:673-683. Nov 2018. doi: 10.1016/j.envres.2018.06.043.

Highlights

• Increased risk of brain, vestibular nerve and salivary gland tumors are associated with mobile phone use.
• Nine studies (2011–2017) report increased risk of brain cancer from mobile phone use.
• Four case-control studies (3 in 2013, 1 in 2014) report increased risk of vestibular nerve tumors.
• Concern for other cancers: breast (male & female), testis, leukemia, and thyroid.
• Based on the evidence reviewed it is our opinion that IARC's current categorization of RFR as a possible human carcinogen (Group 2B) should be upgraded to Carcinogenic to Humans (Group 1).

Abstract

Epidemiology studies (case-control, cohort, time trend and case studies) published since the International Agency for Research on Cancer (IARC) 2011 categorization of radiofrequency radiation (RFR) from mobile phones and other wireless devices as a possible human carcinogen (Group 2B) are reviewed and summarized. Glioma is an important human cancer found to be associated with RFR in 9 case-control studies conducted in Sweden and  France, as well as in some other countries. Increasing glioma incidence trends have been reported in the UK and other countries. Non-malignant endpoints linked include acoustic neuroma (vestibular Schwannoma) and meningioma. Because they allow more detailed consideration of exposure, case-control studies can be superior to cohort studies or other methods in evaluating potential risks for brain cancer. When considered with recent animal experimental evidence, the recent epidemiological studies strengthen and support the conclusion that RFR should be categorized as carcinogenic to humans (IARC Group 1). Opportunistic epidemiological studies are proposed that can be carried out through cross-sectional analyses of high, medium, and low mobile phone users with respect to hearing, vision, memory, reaction time, and other indicators that can easily be assessed through standardized computer-based tests. As exposure data are not uniformly available, billing records should be used whenever available to corroborate reported exposures.

Synthesis and conclusions

The Epidemiological studies reported since the 2011 IARC Working Group meeting are adequate to consider RFR as a probable human carcinogen (Group 2 A). However, they must be supplemented with the recently reported animal data as performed at the Ramazzini Institute and the US National Toxicology Program as well as by mechanistic studies. These experimental findings together with the epidemiology reviewed here are sufficient in our opinion, to upgrade the IARC categorization of RFR to Group 1, carcinogenic to humans.

146

It would be useful to know more about the association of additional tumor types such as parotid gland, testicular, breast, hematopoietic malignancies and multiple primaries with RFR. Case studies should continue to be conducted in the absence of a better exposure assessment system to increase awareness and understand the relationship between exposure to RFR and disease causation, as well as trial-error experiments and interventions.

In light of the evolving science concerning mobile phone and screen time exposures and the longer-term risk of cancer established by both epidemiological and toxicological studies, current evidence is strong enough to go from precaution concerning possible risk to prevention of known risks. Although the benefits of connectivity are extremely important, safety considerations demand reconciling use of information vs. risk of perceived rare outcomes. Thus, a concerted program of public and health professional education should be undertaken throughout society explaining current knowledge and devising policies to promote safer technology in partnership with designers of software and hardware. In addition, methods should be developed and validated to reduce exposures in schools, workplaces, hospitals and other workplaces. The precautionary principle should be applied now and suitable warning messages provided to adults and critically to children and their parents. Until technology has been devised that substantially lowers exposures, special efforts should be advanced to ensure that the exposures of children are limited to those deemed essential. Children should be encouraged to text to reduce their exposure to RFR, while every attempt should be made to reduce exposure to RFR in schools, as well as homes.

Research has so far been performed on technologies that have already been introduced, but is critically needed on new, untested technology prior to its use. Epidemiological studies necessarily confirm the impact of past exposures, while experimental studies provide indications of future risk. Thus, experimental evaluations and modeling are essential before distributing newer systems (e.g. 5 G) for which no safety data have been obtained. The absence of systematic testing of such technologies should not be confused with proof of safety. Better modeling through anatomically based systems, such as the Virtual Family, should be encouraged.

In the meantime, the evidence amassed thus far from epidemiology strengthens the case for instituting the precautionary principle with respect to exposures to RFR, especially to young children and men and women that wish to reproduce. The lack of detailed studies at this point reflects a myopic attitude toward the technology that may well prove to be wishful and dangerous thinking. Where studies have been carried out on human sperm quantity and quality there are increasing indications of serious human health impacts. To ignore those findings and subject humans to unevaluated novel RFR frequencies places current and future generations at risk.

https://www.ncbi.nlm.nih.gov/pubmed/30196934

--

## Modulation of brain functional connectivity by exposure to LTE (4G) cell phone radiation

Wei Y, Yang J, Chen Z, Wu T, Lv B. Modulation of resting-state brain functional connectivity by exposure to acute fourth-generation long-term evolution electromagnetic field: An fMRI study. Bioelectromagnetics. Published online 18 December 2018

Abstract

By now, the neurophysiological effect of electromagnetic field (EMF) exposure and its underlying regulating mechanisms are not well manifested. In this study, we aimed to investigate whether acute fourth-generation long-term evolution (LTE) EMF exposure could modulate brain functional connectivity using regional homogeneity (ReHo) method and seed-based analysis on resting-state functional magnetic resonance imaging (fMRI). We performed the LTE-EMF exposure experiment and acquired the resting-state brain activities before and after EMF exposure. Then we applied ReHo index to characterize the localized functional connectivity and seed-based method to evaluate the inter-regional functional connectivity. Statistical comparisons were conducted to identify the

147

JA 01750

possible evidence of brain functional connectivity modulation induced by the acute LTE-EMF exposure. We found that the acute LTE-EMF exposure modulated localized intra-regional connectivity (p < 0.05, AlphaSim corrected, voxel size ≥ 18) and inter-regional connectivity in some brain regions (p < 0.05, AlphaSim corrected, voxel size ≥ 18). Our results may indicate that the approaches relying on network-level inferences could provide deeper insight into the acute effect on human functional activity induced by LTE-EMF exposure.

Excerpts
"To eliminate study biases, we employed a double-blind, crossover, randomized, and counterbalanced design. Each participant underwent two experimental sessions including real exposure and sham exposure, which were separated by 1 day….The time-division LTE signal (2.573 GHz) was produced by a signal generator (CMW500, R&S, Munich, Germany) using a standard formulation for LTE signals….The power delivered to the standard dipole of 2.6 GHz (D2600V2, Speag, Zurich, Switzerland) was 24 dBm (mean value), which was equivalent to a theoretical maximal emission by an LTE terminal. The experiments were conducted in a shielding room to avoid the influence of environmental EMF. Each exposure session lasted for 30 min."

"Numerical simulations that yielded spatial peak SAR averaging over 10 g tissues for the subjects was 0.98 ± 0.27 W/kg, with a maximal value of 1.52 W/kg, which was below the safety limits [ICNIRP, 1998]."

"In our previous studies, we found that LTE-EMF exposure depressed the amplitude of spontaneous low frequency fluctuations (ALFFs) in some brain regions [Lv et al., 2014], such as those surrounding the left superior temporal gyrus and middle temporal gyrus (STG_L and MTG_L), right superior temporal gyrus (STG_R), right medial frontal gyrus, and right paracentral lobule (MFG_R and PCL_R). In the present study, we found new evidence that acute LTE-EMF exposures lasting for 30 min modulated brain functional connectivity including not only localized intraregional connectivity, but also interregional connectivity."

"Conclusion.  Our results may indicate that approaches relying on network-level inferences can provide deeper insights into the acute effects of LTE-EMF exposure with intensities below the current safety limits on human functional connectivity. In the future, we need to investigate the evolution of the effect over time."

https://onlinelibrary.wiley.com/doi/full/10.1002/bem.22165

--

**Mobile phone use and incidence of brain tumour histological types, grading or anatomical location: a population-based ecological study**

Karipidis K, Elwood M, Benke G, Sanagou M, Tjong L, Croft RJ. Mobile phone use and incidence of brain tumour histological types, grading or anatomical location: a population-based ecological study. BMJ Open. 2018 Dec 9;8(12):e024489. doi: 10.1136/bmjopen-2018-024489.

Strengths and limitations of this study

- This study investigated incidence time trends for different brain tumour histological types, grading and anatomical location over different time periods.
- The study compared the observed brain tumour incidence rates with modelled predicted incidence rates assuming a causal association with mobile phone use.
- Mobile phone subscription data and information from surveys may not accurately represent mobile phone use patterns in adults.

Abstract

OBJECTIVE: Some studies have reported increasing trends in certain brain tumours and a possible link with mobile phone use has been suggested. We examined the incidence time trends of brain tumour in Australia for three distinct time periods to ascertain the influence of improved diagnostic technologies and increase in

148

mobile phone use on the incidence of brain tumours.

DESIGN: In a population-based ecological study, we examined trends of brain tumour over the periods 1982-1992, 1993-2002 and 2003-2013. We further compared the observed incidence during the period of substantial mobile phone use (2003-2013) with predicted (modelled) incidence for the same period by applying various relative risks, latency periods and mobile phone use scenarios.

SETTING: National Australian incidence registration data on primary cancers of the brain diagnosed between 1982 and 2013.

POPULATION: 16 825 eligible brain cancer cases aged 20-59 from all of Australia (10 083 males and 6742 females).

MAIN OUTCOME MEASURES: Annual percentage change (APC) in brain tumour incidence based on Poisson regression analysis.

RESULTS: The overall brain tumour rates remained stable during all three periods. There was an increase in glioblastoma during 1993-2002 (APC 2.3, 95% CI 0.8 to 3.7) which was likely due to advances in the use of MRI during that period. There were no increases in any brain tumour types, including glioma (-0.6, -1.4 to 0.2) and glioblastoma (0.8, -0.4 to 2.0), during the period of substantial mobile phone use from 2003 to 2013. During that period, there was also no increase in glioma of the temporal lobe (0.5, -1.3 to 2.3), which is the location most exposed when using a mobile phone. Predicted incidence rates were higher than the observed rates for latency periods up to 15 years.

CONCLUSIONS: In Australia, there has been no increase in any brain tumour histological type or glioma location that can be attributed to mobile phones.

EXCERPT: In conclusion, we found no evidence that mobile phone use increased any brain tumour histological types or subtypes. There was an increase in the incidence of glioblastoma prior to the rapid increase in mobile phone use which was most likely due to improved diagnosis from MRI. Furthermore, there was no increase in gliomas of the temporal lobe, which is the most exposed location, during the period of substantial mobile phone use. The increase in gliomas of the temporal lobe and decrease in gliomas of unspecified location during the periods prior to substantial mobile phone use are in line with the theory of improved diagnosis from CT and MRI. Further, the predicted rates were higher than the observed rates for latency periods up to 15 years. These results do not support an association between mobile phone use and brain tumour, although the possibility of a small risk or a latency period of more than 15 years cannot be excluded. Future research should continue to investigate trends in brain tumour histological types, grading and anatomical location for a possible increase with a longer latency period.

Open access paper: https://bmjopen-bmj-com.libproxy.berkeley.edu/content/8/12/e024489.long

Note: This paper has significant methodological problems. Following are some of Alasdair Philips' comments about the paper:

Omitting the older age groups is not justifiable. Stopping at age 59 misses out the main age–group with the largest rise in glioblastomas. (See my paper: **https://www.hindawi.com/journals/jeph/2018/7910754/** ) and especially the linked Letter to the Editor and the Supplementary file.)  Few of the Interphone studies had people over 60 and those that did, did not have a representative number of people over 60, the population with the most people who have used cellphones for the longest  cumulative time period

The tumor incidence data in this paper was age-standardized to the World Standard population which does not reasonably match the current age spectrum of higher income countries.  The 65-74 age group population in Australia grew from 1.3 million in 2001 to 2.2 million in 2017, so even the Australian Standard Population (2001) is no longer appropriate.

149

JA 01752

Tables 2 and 3 use all topographical regions and all ages 20-59. This will greatly reduce any rise (see my paper) that occurs in the 50-59 year olds.

Better imaging for glioblastoma made little difference to diagnosing a glioblastoma as it an aggressive tumor; hardly anyone survives 3 years from initial diagnosis.

--

## Possible Effects of RF EMF Exposure on Central Nervous System

Kim JH, Lee JK, Kim HG, Kim KB, Kim HR. Possible effects of radiofrequency electromagnetic field exposure on central nerve system. Biomol Ther (Seoul). 2018 Nov 27. doi: 10.4062/biomolther.2018.152.

Abstract

Technological advances of mankind, through the development of electrical and communication technologies, have resulted in the exposure to artificial electromagnetic fields (EMF). Technological growth is expected to continue; as such, the amount of EMF exposure will continue to increase steadily. In particular, the use-time of smart phones, that have become a necessity for modern people, is steadily increasing. Social concerns and interest in the impact on the cranial nervous system are increased when considering the area where the mobile phone is used. However, before discussing possible effects of radiofrequency-electromagnetic field (RF-EMF) on the human body, several factors must be investigated about the influence of EMFs at the level of research using in vitro or animal models. Scientific studies on the mechanism of biological effects are also required. It has been found that RF-EMF can induce changes in central nervous system nerve cells, including neuronal cell apoptosis, changes in the function of the nerve myelin and ion channels; furthermore, RF-EMF act as a stress source in living creatures. The possible biological effects of RF-EMF exposure have not yet been proven, and there are insufficient data on biological hazards to provide a clear answer to possible health risks. Therefore, it is necessary to study the biological response to RF-EMF in consideration of the comprehensive exposure with regard to the use of various devices by individuals. In this review, we summarize the possible biological effects of RF-EMF exposure.

Open access paper: http://www.biomolther.org/journal/view.html?uid=1032&vmd=Full

--

## Cellular Phone Irradiation of the Head Affects Heart Rate Variability Depending on Inspiration/Expiration Ratio

Béres S, Németh Á, Ajtay Z, Kiss I, Németh B, Hejjel L. Cellular Phone Irradiation of the Head Affects Heart Rate Variability Depending on Inspiration/Expiration Ratio.
In Vivo. 2018 Sep-Oct;32(5):1145-1153. doi: 10.21873/invivo.11357.

Abstract

BACKGROUND: Mobile phones may have harmful health effects and clinical examinations report ambiguous results of exposure concerning neurophysiological and cardiovascular actions.

MATERIALS AND METHODS: This study investigated heart rate asymmetry (HRA) and heart rate variability (HRV) parameters with 1:2 and 1:1 metronome-paced inspiration/expiration ratios during short-term 1,800MHz GSM cellular phone exposure in 20 healthy volunteers.

RESULTS: Significant HRA changes by Porta and Guzik indices were not found on exposure compared to

150

sham exposure. Time-domain HRV parameters on exposure showed significant differences at 1:1 paced, but not at 1:2 paced breathing compared to sham exposure. A mild post-exposure effect was observed regarding root mean square of successive RR-differences.

CONCLUSION: The findings reflect persisting acute effects of GSM handset emission on the autonomic nervous system. Exploring its influences on health status and survival needs further studies. Symmetrical breathing can be used as a sensitizing factor in other HRV/HRA analysis studies.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6199582/

--

## LiFi is a paradigm-shifting 5G technology

Haas H. LiFi is a paradigm-shifting 5G technology.  Reviews in Physics. 3:26-31. Nov 2018. https://doi.org/10.1016/j.revip.2017.10.001

Abstract

In this paper we will first explain what Light-Fidelity (LiFi) is and argue that it is a 5th Generation (5G) technology. Peak transmission speeds of 8 Gbps from a single light source have been demonstrated, and complete cellular networks based on LiFi have been created. We will discuss numerous misconceptions and illustrate the potential impact this technology can have across a number of existing and emerging industries. We also discuss new applications which LiFi can unlock in the future.

Open access paper: https://www.sciencedirect.com/science/article/pii/S2405428317300151

--

## Shielding effects of myelin sheath on axolemma depolarization under transverse electric field stimulation

Ye H, Ng J. Shielding effects of myelin sheath on axolemma depolarization under transverse electric field stimulation. PeerJ. 2018 Dec 3;6:e6020. doi: 10.7717/peerj.6020.

Abstract

Axonal stimulation with electric currents is an effective method for controlling neural activity. An electric field parallel to the axon is widely accepted as the predominant component in the activation of an axon. However, recent studies indicate that the transverse component to the axolemma is also effective in depolarizing the axon. To quantitatively investigate the amount of axolemma polarization induced by a transverse electric field, we computed the transmembrane potential (Vm) for a conductive body that represents an unmyelinated axon (or the bare axon between the myelin sheath in a myelinated axon). We also computed the transmembrane potential of the sheath-covered axonal segment in a myelinated axon. We then systematically analyzed the biophysical factors that affect axonal polarization under transverse electric stimulation for both the bare and sheath-covered axons. Geometrical patterns of polarization of both axon types were dependent on field properties (magnitude and field orientation to the axon). Polarization of both axons was also dependent on their axolemma radii and electrical conductivities. The myelin provided a significant "shielding effect" against the transverse electric fields, preventing excessive axolemma depolarization. Demyelination could allow for prominent axolemma depolarization in the transverse electric field, via a significant increase in myelin conductivity. This shifts the voltage drop of the myelin sheath to the axolemma. Pathological changes at a

151

cellular level should be considered when electric fields are used for the treatment of demyelination diseases. The calculated term for membrane polarization (Vm) could be used to modify the current cable equation that describes axon excitation by an external electric field to account for the activating effects of both parallel and transverse fields surrounding the target axon.

Open access paper: https://peerj.com/articles/6020/

--

### Effect of antenna polarization & body morphology on measurement uncertainty of wearable multi-band distributed exposure meter

Aminzadeh R, Thielens A, Agneessens S, et al.  The effect of antenna polarization and body morphology on the measurement uncertainty of a wearable multi-band distributed exposure meter. Ann. Telecommun. Dec 2018.

Abstract

This paper studies the effect of antenna polarization on measurement uncertainty of a multi-band body-worn distributed exposure meter (BWDM). The BWDM is a device for assessing electromagnetic fields in real environments accurately. The BWDM consists of 8 nodes and is calibrated on the body for simultaneous measurement of the incident power density in four frequency bands. Each node contains an antenna that can have two potential antenna polarizations.The BWDM is calibrated on four human subjects in an anechoic chamber to determine its measurement uncertainty in terms of 68% confidence interval (CI68) of the on-body antenna aperture. The results show that using a fixed polarization of the antennas on body can lead to a different CI68 up to maximum 4.9 dB when worn by another person which is still 9.6 dB lower than the measurement uncertainty of commercial exposure meters.

Excerpt

The outdoor measurements of both BWDM and ExpoM are in good agreement. Considering the detection limits of both devices, the detection limit of the ExpoM is a factor of 1.85 lower than that of the on-body detection limit of the BWDM worn by sb1. However, a single ExpoM has a larger measurement uncertainty (7.5 dB larger) in this paper. Factors larger than 2 have been reported in the literature [4, 6] for the underestimation of the PEMs.

Conclusions

For the first time, the polarization dependency of a multi-band body-worn distributed exposure meter (BWDM) and the effect of body morphology on this dependency are assessed. The BDWM consists of 8 nodes measuring at four frequency band including downlink (DL) and uplink bands of 900 MHz, WiFi 2 GHz, and DL band of 2600 MHz. The BDWM is calibrated on four male subjects with different body mass indexes (BMIs). For each subject, the on-body antenna aperture and the uncertainty of the BWDM are determined for vertical and horizontal polarizations of the nodes in each of the above frequency bands. The obtained antenna apertures do not show an evident relationship with the BMI. Moreover, the results show that optimizing the polarization of the nodes on one subject could result in higher confidence interval values of the on-body antenna aperture for the subjects with different body morphologies. This is less than 0.5 dB and up to 2.62 dB for subjects with the same height and subjects with different height, respectively. From the results, we conclude that the location of the nodes on the body has a higher influence up to 3.7 dB on the directive gain of the antennas and consequently the measurement uncertainty of the BWDM rather than the height or BMI of the subjects. This could increase up to 4.9 dB if the locations of the nodes are not optimized on the body. The authors suggest to use antennas with dual polarization which register the orthogonal components of the RF

JA 01755

fields with one antenna. As an application, a median power density of 39 µW/m2 is registered by the BWDM in a suburban residential area in Ghent which is below the issued reference levels by ICNIRP.

https://link.springer.com/article/10.1007/s12243-018-0691-y

--

**Parental Occupational Exposures and Risk of Childhood Acute Leukemia**

Kyriakopoulou A, Meimeti E, Moisoglou I, Psarrou A, Provatopoulou X, Dounias G. Parental Occupational Exposures and Risk of Childhood Acute Leukemia. Mater Sociomed. 2018 Oct;30(3):209-214. doi: 10.5455/msm.2018.30.209-214.

Abstract

INTRODUCTION: Acute leukemia, accounting for 20% of all cancers diagnosed in individuals younger than 19 years old, is the most prevalent childhood malignancy. Among environmental risk factors, parental occupational exposures have attracted scientific interest as potential predisposing factors for childhood leukemia. The role of parental occupational exposure to social contacts, harmful chemicals, electromagnetic fields and ionizing radiation has been investigated with conflicting and inconsistent results.

AIM: A case-control study aiming to assess the association between parental occupational exposures to social contacts, chemicals and electromagnetic fields and the risk of offspring acute leukemia.

MATERIAL AND METHODS: 108 children with acute leukemia and equal number of matched controls were included. Data on parental occupations before conception, during pregnancy, during breastfeeding and after birth, and on potential risk factors was recorded. Associations between parental exposure and risk of childhood leukemia were estimated.

RESULTS: Parental occupational exposure during the four periods of exposure was not associated with childhood leukemia. High birth weight and family history of cancer were associated with the development of childhood acute leukemia. A weak association of maternal medication use during pregnancy and leukemia risk emerged.

CONCLUSIONS: Since the causative factors of childhood leukemia remain unknown, further investigation is mandatory for the reduction of disease burden.

https://www.ncbi.nlm.nih.gov/pubmed/30515061

--

**Possible effects of radiofrequency EMF on in vivo C6 brain tumors in Wistar rats**

Ouadah NS, Lecomte A, Robidel F, Olsson A, Deltour I, Schüz J, Blazy K, Villégier AS. Possible effects of radiofrequency electromagnetic fields on in vivo C6 brain tumors in Wistar rats. J Neurooncol. 2018 Dec;140(3):539-546. doi: 10.1007/s11060-018-03012-y.

Abstract

PURPOSE: Glioblastoma is a malignant brain tumor which has one of the poorest prognosis. It is not clear if toxic environmental factors can influence its aggressiveness. Recently, it was suggested that brain cancer patients with heavy cell phone use showed reduced survival. Here we aimed to assess the effect of controlled

153

brain averaged specific absorption rate (BASAR) from heavy use of cell phone radiofrequency electromagnetic fields (RF-EMF) on in vivo C6 brain tumors in Wistar rats.

METHODS: C6 cells grafted male rats were exposed to GSM 900 MHz signal at environmental BASAR, 0 (sham), 0.25 or 0.5 W/kg (5 days a week, 45 min a day in restraint), or were cage controls (no restraint). At death, tumor volume and immunohistochemistry for CD31, cleaved caspase (CC) 3 and Ki67 were assessed to examine vascularization, apoptosis and cellular divisions, respectively. Moreover, immune cell invasion, necrosis and mitotic index were determined.

RESULTS: Results showed no BASAR effect on survival (31 days post-graft median), tumor volume, mitotic index, vascularization, infiltration, necrosis or cell division. However, results suggested a BASAR-dependent reduction of immune cell invasion and apoptosis.

CONCLUSIONS: Our data suggested an action of RF-EMF by reducing immune cell invasion and glioblastoma cell apoptosis, at probably too low amplitude to impact survival. Further replication studies are needed to confirm these observations.

https://www.ncbi.nlm.nih.gov/pubmed/30421158

--

## Effects of continuous 1-h a day 900-MHz EMF applied through early & mid-adolescence on hippocampus morphology & learning behavior in late adolescent male rats

Keleş A, Yıldırım M, Gedikli Ö, Çolakoğlu S, Kaya H, Baş O, Sönmez OF, Odacı E. The effects of a continuous 1-h a day 900-MHz electromagnetic field applied throughout early and mid-adolescence on hippocampus morphology and learning behavior in late adolescent male rats. J Chem Neuroanat. 2018 Dec;94:46-53. doi: 10.1016/j.jchemneu.2018.08.006.

Abstract

The purpose of this study was to investigate hippocampus morphology and changes in learning behavior in male rats in late adolescence exposed to the effect of a continuous 1-h a day 900-megahertz (MHz) electromagnetic field (EMF). Twenty-four male Sprague Dawley rats aged 3-weeks were divided equally into control, sham and EMF groups. EMF group rats were exposed to a 900-MHz EMF inside an EMF cage, while the sham group rats were placed in the same cage but were not exposed to such an effect. No procedure was performed on the control group. Following 25-day application of EMF, passive avoidance, 8-arm radial maze and Y-maze tests were applied to determine rats' learning and memory performances. Open field and rotarod tests were applied to assess locomotor activity. At the end of the tests, the animals' brains were removed. Sections were taken and stained with toluidine blue. The regions of the hippocampus were subjected to histopathological evaluation. At histopathological examination, impairments of pyramidal and granular cell structures were observed in the EMF group hippocampus. No significant change was observed in learning, memory or locomotor behavior in any group. In conclusion, 900-MHz EMF applied in early and mid-adolescence causes no changes in learning, memory or locomotor behavior.

https://www.ncbi.nlm.nih.gov/pubmed/30189239

--

## Exposure to 18 GHz EMF triggers uptake of large nanosphere clusters by pheochromocytoma cells

Perera PGT, Nguyen THP, Dekiwadia C, Wandiyanto JV, Sbarski I, Bazaka O, Bazaka K, Crawford RJ, Croft RJ, Ivanova EP. Exposure to high-frequency electromagnetic field triggers rapid uptake of large nanosphere

154

clusters by pheochromocytoma cells. Intl J Nanomedicine. 2018(13):8429—8442. 10 December 2018.
DOI: https://doi.org/10.2147/IJN.S183767

Abstract

Background: Effects of man-made electromagnetic fields (EMF) on living organisms potentially include transient and permanent changes in cell behaviour, physiology and morphology. At present, these EMF-induced effects are poorly defined, yet their understanding may provide important insights into consequences of uncontrolled (*e.g.*, environmental) as well as intentional (*e.g.*, therapeutic or diagnostic) exposure of biota to EMFs. In this work, for the first time, we study mechanisms by which a high frequency (18 GHz) EMF radiation affects the physiology of membrane transport in pheochromocytoma PC 12, a convenient model system for neurotoxicological and membrane transport studies.

Methods and results: Suspensions of the PC 12 cells were subjected to three consecutive cycles of 30s EMF treatment with a specific absorption rate (SAR) of 1.17 kW kg$^{-1}$, with cells cooled between exposures to reduce bulk dielectric heating. The EMF exposure resulted in a transient increase in membrane permeability for 9 min in up to 90 % of the treated cells, as demonstrated by rapid internalisation of silica nanospheres (diameter $d \approx$ 23.5 nm) and their clusters ($d \approx$ 63 nm). In contrast, the PC 12 cells that received an equivalent bulk heat treatment behaved similar to the untreated controls, showing lack to minimal nanosphere uptake of approximately 1–2 %. Morphology and growth of the EMF treated cells were not altered, indicating that the PC 12 cells were able to remain viable after the EMF exposure. The metabolic activity of EMF treated PC 12 cells was similar to that of the heat treated and control samples, with no difference in the total protein concentration and lactate dehydrogenase (LDH) release between these groups.

Conclusion: These results provide new insights into the mechanisms of EMF-induced biological activity in mammalian cells, suggesting a possible use of EMFs to facilitate efficient transport of biomolecules, dyes and tracers, and genetic material across cell membrane in drug delivery and gene therapy, where permanent permeabilisation or cell death is undesirable.

Open access paper: https://www.dovepress.com/exposure-to-high-frequency-electromagnetic-field-triggers-rapid-uptake-peer-reviewed-article-IJN

--

**Two Forms of Electrical Transmission Between Neurons**

Faber DS, Pereda AE. Two Forms of Electrical Transmission Between Neurons. Front Mol Neurosci. 2018 Nov 21;11:427. doi: 10.3389/fnmol.2018.00427.

Abstract

Electrical signaling is a cardinal feature of the nervous system and endows it with the capability of quickly reacting to changes in the environment. Although synaptic communication between nerve cells is perceived to be mainly chemically mediated, electrical synaptic interactions also occur. Two different strategies are responsible for electrical communication between neurons. One is the consequence of low resistance intercellular pathways, called "gap junctions", for the spread of electrical currents between the interior of two cells. The second occurs in the absence of cell-to-cell contacts and is a consequence of the extracellular electrical fields generated by the electrical activity of neurons. Here, we place present notions about electrical transmission in a historical perspective and contrast the contributions of the two different forms of electrical communication to brain function.

Open access paper: https://www.frontiersin.org/articles/10.3389/fnmol.2018.00427/full

--

JA 01758

**The effect of chronic exposure to extremely low-frequency electromagnetic fields on sleep quality, stress, depression  and anxiety**

Bagheri Hosseinabadi M, Khanjani N, Ebrahimi MH, Haji B, Abdolahfard M. The effect of chronic exposure to extremely low-frequency electromagnetic fields on sleep quality, stress, depression  and anxiety. Electromagn Biol Med. 2018 Dec 14:1-6. doi: 10.1080/15368378.2018.1545665.

Abstract

Exposure to extremely low-frequency electromagnetic fields (ELF-EMF) is inevitable in some industries. There are concerns about the possible effects of this exposure. The present study aimed to investigate the effect of chronic exposure to extremely low-frequency electromagnetic fields on sleep quality, stress, depression and anxiety among power plant workers. In this cross-sectional study, 132 power plant workers were included as the exposed group and 143 other workers were included as the unexposed group. The intensity of ELF-EMF at work stations was measured by using the IEEE Std C95.3.1 standard and then the time weighted average was calculated. Sleep quality, stress, depression and anxiety were measured by using the Pittsburgh Sleep Quality Index Questionnaire; and the Depression, Anxiety and Stress Scale. The workers in the exposed group experienced significantly poorer sleep quality than the unexposed group. Depression was also more severe in the exposed group than the unexposed group (P = 0.039). Increased exposure to ELF-EMF had a direct and significant relation with increased stress, depression, and anxiety. Sleep quality in technicians with the highest exposure was significantly lower than the other groups. This study suggests that long-term occupational exposure to ELF-EMF may lead to depression, stress, anxiety and poor sleep quality.

https://www.ncbi.nlm.nih.gov/pubmed/30547710

--

**A review on the effects of ELF-EMF on cytokines of innate and adaptive immunity**

Mahaki H, Tanzadehpanah H, Jabarivasal N, Sardanian K, Zamani A. A review on the effects of extremely low frequency electromagnetic field (ELF-EMF) on cytokines of innate and adaptive immunity. Electromagn Biol Med. 2018 Dec 6:1-12. doi: 10.1080/15368378.2018.1545668

Abstract

Extremely low frequency electromagnetic field (ELF-EMF) is produced extensively in modern technologies. Numerous in vitro and in vivo studies have shown that ELF-EMF has both stimulatory and inhibitory effects on the immune system response. This review was conducted on effects of ELF-EMF on cytokines of innate and adaptive immunity. Mechanisms of ELF-EMF, which may modulate immune cell responses, were also studied. Physical and biological parameters of ELF-EMF can interact with each other to create beneficial or harmful effect on the immune cell responses by interfering with the inflammatory or anti-inflammatory cytokines. According to the studies, it is supposed that short-term (2-24 h/d up to a week) exposure of ELF-EMF with strong density may increase innate immune response due to an increase of innate immunity cytokines. Furthermore, long-term (2-24 h/d up to 8 years) exposure to low-density ELF-EMF may cause a decrease in adaptive immune response, especially in Th1 subset.

https://www.ncbi.nlm.nih.gov/pubmed/30518268

Conclusion

In this review, we reported a summary of ELF-EMF effects on the expression and release of cytokines of innate and adaptive immunity, which have been described in many investigations. Stimulatory and inhibitory

156

JA 01759

effects of ELF-EMF on cytokine expression can be observed as a complex process associated with physical and biological factors of ELF-EMF.  Based on the results of reviewed studies, short-term (2 to 24 h/d up to a week) exposure of strong density ELF-EMF probably increases the innate immune response. Furthermore, adaptive immune response may be reduced at long-term (2 to 24 h/d up to 8 years) exposure of low density ELF-EMF, especially for the Th1 subset. Altogether, it is difficult to conclude the beneficial or hazard effects of ELF-EMF on immune cells response, due to the differences in physical (frequency, field density, field direction, and exposure duration) and biological parameters (stimulus, species, cell type, and tissue type) of ELF-EMF.

--

**Protective properties of myrtle extract against oxidative effects of ELF EMF on rat plasma and hemoglobin**

Seif F, Bayatiani MR, Ansarihadipour H, Habibi G, Sadelaji S. Protective properties of Myrtus communis extract against oxidative effects of extremely low-frequency magnetic fields on rat plasma and hemoglobin. Int J Radiat Biol. 2018 Nov 29:1-22. doi: 10.1080/09553002.2019.1542182.

Abstract

PURPOSE: This study investigates the protective properties of Myrtus communis extract against oxidative effects of Extremely Low Frequency Magnetic Fields (ELFMF). Also this study is aimed to analyze the conformational changes of hemoglobin, oxidative damages to plasma proteins and antioxidant power of plasma following exposure to ELFMF.

MATERIALS AND METHODS: Adult male rats were divided into 3 groups: (1) control, (2) ELFMF exposure, and (3) ELFMF exposure after Myrtus communis extract administration. The magnetic field (0.7 mT, 50 Hz) was produced by a Helmholtz coil for one month, 2 hours a day. The Myrtus communis extract was injected intraperitoneally at a dose of 0.5 mg/kg before exposure to ELFMF. The oxidative effects of ELFMF were studied by evaluating the hemoglobin, methemoglobin (metHb) and hemichrome levels, absorption spectrum of hemoglobin (200 to 700 nm), oxidative damage to plasma proteins by measuring protein carbonyl (PCO) levels and plasma antioxidant power according to ferric reducing ability of plasma (FRAP). The mean and standard errors of mean were determined for each group. One-way ANOVA analysis was used to compare the means of groups. The significance level was considered to be $P < 0.05$. Moreover, artificial neural network (ANN) analysis was used to identify the predictive parameters for estimating the oxyhemoglobin (oxyHb) concentration.

RESULTS: Exposure to ELFMF decreased the FRAP which was in concomitant with a significant increase in plasma PCO, metHb and hemichrome concentrations ($p < 0.001$). Oxidative modifications of Hb were shown by reduction in optical density at 340nm (globin-heme interaction) and 420 nm (heme-heme interaction). Administration of Myrtus communis extract increased FRAP values and decreased plasma POC, metHb and hemichrome concentrations. Also a significant increase in Hb absorbance at 340, 420, 542 and 577 nm showed the protective properties of Myrtus communis extract against ELFMF-induced oxidative stress in erythrocytes. ANN analysis showed that optical absorption of hemoglobin at 520, 577, 542, and 630 nm and concentration of metHb and hemichrome were the most important parameters in predicting the oxyHb concentration.

CONCLUSIONS: Myrtus communis extract enhances the ability of erythrocytes and plasma to deal with oxidative conditions during exposure to ELFMF. Also ANN analysis can predict the most important parameters in relation to Hb structure during oxidative stress.

https://www.ncbi.nlm.nih.gov/pubmed/30496018

--

**Do subterranean mammals use the Earth's magnetic field as a heading indicator to dig straight tunnels?**

Malewski S, Begall S, Schleich CE, Antenucci CD, Burda H. Do subterranean mammals use the Earth's magnetic field as a heading indicator to dig straight tunnels? PeerJ. 2018 Oct 31;6:e5819. doi: 10.7717/peerj.5819.

Abstract

Subterranean rodents are able to dig long straight tunnels. Keeping the course of such "runways" is important in the context of optimal foraging strategies and natal or mating dispersal. These tunnels are built in the course of a long time, and in social species, by several animals. Although the ability to keep the course of digging has already been described in the 1950s, its proximate mechanism could still not be satisfactorily explained. Here, we analyzed the directional orientation of 68 burrow systems in five subterranean rodent species (Fukomys anselli, F. mechowii, Heliophobius argenteocinereus, Spalax galili, and Ctenomys talarum) on the base of detailed maps of burrow systems charted within the framework of other studies and provided to us. The directional orientation of the vast majority of all evaluated burrow systems on the individual level (94%) showed a significant deviation from a random distribution. The second order statistics (averaging mean vectors of all the studied burrow systems of a respective species) revealed significant deviations from random distribution with a prevalence of north-south (H. argenteocinereus), NNW-SSE (C. talarum), and NE-SW (Fukomys mole-rats) oriented tunnels. Burrow systems of S. galiliwere randomly oriented. We suggest that the Earth's magnetic field acts as a common heading indicator, facilitating to keep the course of digging. This study provides a field test and further evidence for magnetoreception and its biological meaning in subterranean mammals.  Furthermore, it lays the foundation for future field experiments.

Open access paper:  https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6215444/

--

**Maternal cell phone use during pregnancy and child cognition at age 5 years in 3 birth cohorts**

Sudan M, Birks LE, Aurrekoetxea JJ, Ferrero A, Gallastegi M, Guxens M, Ha M, Lim H, Olsen J, González-Safont L, Vrijheid M, Kheifets L. Maternal cell phone use during pregnancy and child cognition at age 5 years in 3 birth cohorts.Environ Int. 2018 Nov;120:155-162. doi: 10.1016/j.envint.2018.07.043.

Highlights

• Prenatal maternal cell phone use may be related to child cognition.
• Cognition scores are slightly lower in relation to higher frequency use, although imprecise.
• The causal mechanisms are unknown at this time.
• The association is likely affected by social and behavioral factors.

Abstract

BACKGROUND: There have been few studies of children's cognitive development in relation to mothers' cell phone use, and most were limited to outcomes at age 3 years or younger. We examined the relationship between maternal cell phone use during pregnancy and cognitive performance in 5-year old children.

METHODS: This study included data from 3 birth cohorts: the Danish National Birth Cohort (DNBC) (n = 1209), Spanish Environment and Childhood Project (INMA) (n = 1383), and Korean Mothers and Children's Environment Health Study (MOCEH) (n = 497). All cohorts collected information about maternal cell phone use during pregnancy and cognitive performance in children at age 5. We performed linear regression to compute

158

mean differences (MD) and 95% confidence intervals (CI) in children's general, verbal, and non-verbal cognition scores comparing frequency of maternal prenatal cell phone use with adjustments for numerous potential confounding factors. Models were computed separately for each cohort and using pooled data in meta-analysis.

RESULTS: No associations were detected between frequency of prenatal cell phone use and children's cognition scores. Scores tended to be lower in the highest frequency of use category; MD (95% CI) in general cognition scores were 0.78 (-0.76, 2.33) for none, 0.11 (-0.81, 1.03) for medium, and -0.41 (-1.54, 0.73) for high compared to low frequency of use. This pattern was seen across all cognitive dimensions, but the results were imprecise overall.

CONCLUSION: We observed patterns of lower mean cognition scores among children in relation to high frequency maternal prenatal cell phone use. The causal nature and mechanism of this relationship remain unknown.

https://www.ncbi.nlm.nih.gov/pubmed/30096609


Excerpt

In this investigation of maternal cell phone use during pregnancy and cognition in children, we observed a pattern of slightly lower mean cognition scores among children at age 5 years in relation to high frequency maternal prenatal cell phone use in pooled data from three different birth cohorts. Patterns were consistent across cognitive dimensions, but the results were imprecise. We cannot conclude that our results reflect an effect of RF from cell phones, nor do our results indicate that maternal cell phone use directly influences child cognition as we still lack a known mechanism for how cell phone exposure may impact cognitive function. Although the magnitude of the mean differences in cognition scores that we observed were slight, and 1- or 2-point differences in scores are unlikely to have a considerable impact on individuals, there may be considerable costs to society associated with a negative shift of population IQ, especially if it is due to a very common exposure (Trasande et al., 2005). Thus, with the ubiquity of cell phone use among parents and children alike, it is clearly important to continue investigations into the possible health and cognitive effects of this exposure, with more studies examining associations related to frequency and duration of cell phone use and additional specific exposure parameters.


--

**Radiation and male fertility**

Kesari KK, Agarwal A, Henkel R. Radiations and male fertility. Reprod Biol Endocrinol. 2018 Dec 9;16(1):118. doi: 10.1186/s12958-018-0431-1.

Abstract

During recent years, an increasing percentage of male infertility has to be attributed to an array of environmental, health and lifestyle factors. Male infertility is likely to be affected by the intense exposure to heat and extreme exposure to pesticides, radiations, radioactivity and other hazardous substances. We are surrounded by several types of ionizing and non-ionizing radiations and both have recognized causative effects on spermatogenesis. Since it is impossible to cover all types of radiation sources and their biological effects under a single title, this review is focusing on radiation deriving from cell phones, laptops, Wi-Fi and microwave ovens, as these are the most common sources of non-ionizing radiations, which may contribute to the cause of infertility by exploring the effect of exposure to radiofrequency radiations on the male fertility pattern. From currently available studies it is clear that radiofrequency electromagnetic fields (RF-EMF) have deleterious effects on sperm parameters (like sperm count, morphology, motility), affects the role of kinases in cellular metabolism and the endocrine system, and produces genotoxicity, genomic instability and oxidative stress. This is followed with protective measures for these radiations and future recommendations. The study

159

concludes that the RF-EMF may induce oxidative stress with an increased level of reactive oxygen species, which may lead to infertility. This has been concluded based on available evidences from in vitro and in vivo studies suggesting that RF-EMF exposure negatively affects sperm quality.

Open access paper: https://rbej.biomedcentral.com/articles/10.1186/s12958-018-0431-1

--

### Survival of glioma patients in relation to mobile phone use in Denmark, Finland and Sweden

Olsson A, Bouaoun L, Auvinen A, Feychting M, Johansen C, Mathiesen T, Melin B, Lahkola A, Larjavaara S, Villegier AS, Byrnes G, Deltour I, Schüz J. Survival of glioma patients in relation to mobile phone use in Denmark, Finland and Sweden. J Neurooncol. 2018 Nov 12. doi: 10.1007/s11060-018-03019-5.

Abstract

PURPOSE: Gliomas are the most common cancer of the brain, with a poor prognosis in particular for glioblastoma. In 2014, a study suggested reduced survival in relation to latency of mobile phone use among glioblastoma patients. A joint epidemiological/experimental project to study effects of RF-EMF on tumor development and progression was established. The current analysis relates to the epidemiological part and addresses whether pre-diagnostic mobile phone use was associated with survival among glioma patients.

METHODS: Glioma cases (n = 806) previously enrolled in a collaborative population-based case-control study in Denmark, Finland and Sweden were followed up for survival. Vital status, date of death, date of emigration, or date last known to be alive was obtained based on registry linkages with a unique personal ID in each country. Cox regression models were used to calculate hazard ratios (HR) and 95% confidence intervals (CI) stratified by country. Covariates investigated were sex, age, education, histology, treatment, anatomic location and marital status.

RESULTS: No indication of reduced survival among glioblastoma patients was observed for various measures of mobile phone use (ever regular use, time since start of regular use, cumulative call time overall or in the last 12 months) relative to no or non-regular use. All significant associations suggested better survival for mobile phone users. Results were similar for high-grade and low-grade gliomas.

CONCLUSIONS: We found no evidence of reduced survival among glioma patients in relation to previous mobile phone use.

https://www.ncbi.nlm.nih.gov/pubmed/30421160

--

### Thermal effects of mobile phones on human auricle region

Bauer J, O'Mahony C, Drahomir Chovan, John Mulcahy, Christophe Silien and Syed A.M. Tofail. Thermal effects of mobile phones on human auricle region. Journal of Thermal Biology. https://doi.org/10.1016/j.jtherbio.2018.11.008

Highlights

• An in silico model of thermal heating of human auricle region due to mobile phone has been developed from first principle and using a COMSOL Multiphysics
• The model allowed determination of the impact of battery discharge rate, battery capacity, battery cathode

160

material, biological tissue distance, antenna radio-wave frequency and intensity.
• Mobile phone heating during a typical call has been simulated and compared with experimental infrared thermographic imaging.
• 1800MHz frequency of data transmission showed the highest temperature increase in the fat/water phantom
• Heating process is generally dominated by the CPU heat although antenna heat can penetrate deeper and can still be a cause of concern.
• The proposed model can be used for the understanding of negative mobile phones impact on human health, including prediction and comprehension of eventual long and short-term side effects
• This new model will aid designing of mobile phones to prevent causing potential negative thermal effect.

Abstract

Mobile phones have become an indispensable utility to modern society, with international use increasing dramatically each year. The GSM signal operates at 900 MHz, 1800MHz and 2250 MHz, may potentially cause harm to human tissue. Yet there is no in silico model to aid design these devices to protect from causing potential thermal effect. Here we present a model of sources of heating in a mobile phone device with experimental verification during the phone call. We have developed this mobile phone thermal model using first principles on COMSOL® Multiphysics modelling platform to simulate heating effect in human auricle region due to mobile phone use. In particular, our model considered both radiative and non-radiative heating from components such as the lithium ion battery, CPU circuitry and the antenna. The model showed the distribution and effect of the heating effect due to mobile phone use and considered impact of battery discharge rate, battery capacity, battery cathode material, biological tissue distance, antenna radio-wave frequency and intensity. Furthermore, the lithium ion battery heating was validated during experiments using temperature sensors with an excellent agreement between simulated and experimental data (<1% variation). Mobile phone heating during a typical call has also been simulated and compared with experimental infrared thermographic imaging. Importantly, we found that 1800MHz frequency of data transmission showed the highest temperature increase in the fat/water phantom used in this simulation. We also successfully compared heating distribution in human auricle region during mobile phone use with clinical thermographic images with reasonable qualitative and quantitative agreements. In summary, our model provides a foundation to conceive thermal and other physical effects caused by mobile phone use and allow for the understanding of potential negative health effects thus supporting and promoting personalized and preventive medicine using thermography.

Excerpt

For the frequencies active in mobile phones, 900MHz, 1800MHz and 2250MHz, 1800MHz showed the highest temperature increase in the fat/water phantom used in this simulation. 900MHz and 2250MHz showed similar heating, but below 1 degree C. Varying the distance of the complete mobile phone model from the phantom cube, the temperature increased by a factor of 10 from contact with the phantom compared to 50 mm away. The model shows that the temperature was dominated by the CPU heat, conduction from and exceeded the contributions to the heating from the antenna and the battery. The antenna heat, however, has more penetrative properties. This allowed for temperature changes to travel deeper and cause much serious temperature effect on soft tissues and brain.

https://www.sciencedirect.com/science/article/pii/S0306456518304431

--

**Environmental RF exposure in Stockholm Old Town compared with tumour risks in rats in the Ramazzini Study**

Hardell L, Carlberg M. Hedendahl L, Koppel T,  Ahonen M. (2018) Environmental radiofrequency radiation at the Järntorget Square in Stockholm Old Town, Sweden in May, 2018 compared with results on brain and heart tumour risks in rats exposed to 1.8 GHz base station environmental emissions. World Academy of Sciences Journal. January-February 2019. DOI: 10.3892/wasj.2018.5

161

JA 01764

Abstract

Radiofrequency (RF) radiation in the frequency range 30 kHz to 300 GHz was evaluated in 2011 by the International Agency for Research on Cancer (IARC) at WHO to be a 'possible human carcinogen' Group 2B. The conclusion was based on human epidemiological studies on an increased risk of glioma and acoustic neuroma.

In previous measurement studies, we found high environmental RF radiation levels at certain public places and also in an apartment in Stockholm, Sweden. One such place was the Järntorget square in the Stockholm Old Town. The EME Spy exposimeter was used for these studies.

We have now conducted a field spatial distribution measurement with a radiofrequency broadband analyser. The maximum E-field topped at 11.6 V/m at the centre of the square, where the antenna was focused. Järntorget's mean value was 5.2 V/m, median 5.0 V/m, range 1.2-11.6 V/m.

Of interest is that this level can be compared to a lifespan carcinogenicity study on rats exposed to 1.8 GHz GSM environmental radiation performed at the Ramazzini Institute (RI) in Italy. A statistically significant increase in the incidence of malignant schwannoma in the heart was found in male rats at the highest dose, 50 V/m. In treated female rats at the highest dose, the incidence of malignant glial tumours was increased, although this was not statistically significant.

On the whole, the findings of this study showed that RF radiation levels at one square, Järntorget, in Sweden, were only one order of magnitude lower than those showing an increased incidence of tumours in the RI animal study. An increased cancer risk cannot be excluded for those working in the proximity of Järntorget for longer time periods.

PDF: http://worldacademyofsciences.com/journal/WASJ-104_HARDELL.pdf

--

## Analysis of relationship between EMR characteristics and urban functions in highly populated urban areas

Tang C, Yang C, Cai RS, Ye H, Duan L, Zhang Z, Shi Z, Lin K, Song J, Huang X, Zhang H, Yang J, Cai P. Analysis of the relationship between electromagnetic radiation characteristics and urban functions in highly populated urban areas. Sci Total Environ. 2018 Nov 10;654:535-540. doi: 10.1016/j.scitotenv.2018.11.143.

Abstract

The electromagnetic environment (EME) in cities is becoming increasingly complex, and the resulting potential health hazards have attracted widespread attention. Large-scale field observations and monitoring of electromagnetic fields were performed in Xiamen Island over the past six years. The results show that the integrated electric field intensity in Xiamen Island ranged from 0.32 V/m to 1.70 V/m, while the integrated magnetic flux density ranged from 0.11 µT to 0.50 µT; where more electric power facilities and electronic equipment are present in the island, the electric and magnetic field strengths are higher; the radiation power of 2nd Generation mobile communication (2G) is higher than that of 3rd Generation mobile communication (3G) and 4th Generation mobile communication (4G), the coverage of the 3G signal was more uniform than the others and the 4G communication signal's coverage is still developing. The relationship between the EME characteristics and urban functions has been analyzed in this study. Results showed that electric field intensity had no correlation with urban functional areas, magnetic flux density had a positive correlation with residential area ($q = 0.29$); 2G and 4G radiation power are positively related to the educational (Edu) function area (960 MHz $q = 0.22$, 1.8 GHz $q = 0.47$, 2.61 GHz $q = 0.28$); there was a positive relationship between 2G

(1.8 GHz) radiation power and residential area (q = 0.2). We concluded that there is a strong link between the Xiamen Island's EME and the distribution of electromagnetic radiation (EMR) sources, the denser and wider distributed EMR sources lead to a more complicated urban EME.

https://www.ncbi.nlm.nih.gov/pubmed/30447592

--

**Exposure and health risks perception of ELF and RF EMF and the effect of providing information**

Gallastegi M, Jiménez-Zabalaab A, Molinuevo A, Aurrekoetxea JJ, Santa-Marina L, Vozmediano L, Ibarluzea J .Exposure and health risks perception of extremely low frequency and radiofrequency electromagnetic fields and the effect of providing information. Environmental Research. Published online Nov 28, 2018. https://doi.org/10.1016/j.envres.2018.11.042.
Highlights

• Exposure and health risk perceptions of electromagnetic fields (EMF) were assessed.
• Mothers completed a survey before and after receiving information on EMF exposure.
• Levels of exposure and health-risk perception were very high.
• Information did not alter health-risk perceptions but perceived exposure decreased.
• Manual social class, younger age and fewer devices at home increased perception.
Abstract

Given that regardless of actual exposure levels, high-risk perceptions of electromagnetic fields of non-ionizing radiation (EMF-NIR) may cause health effects, it is important to understand the mechanisms behind perceptions in the general population. The aims of this study were to assess perceptions of both exposure and health-risk among mothers of the INMA (Environment and childhood)-Gipuzkoa child cohort; to explore possible determinants that explain such perceptions; and to evaluate whether providing information on exposure levels has any effect on perceptions. Overall, 387 mothers completed a questionnaire composed of four questions on perceived exposure and perceived health-risk of exposure to extremely low frequency (ELF) and radiofrequency (RF) fields answered on a Likert-type scale from 0 to 10. Later, measurements of ELF and RF fields were conducted in the houses of a subsample of 104 participants. All measured levels were far below the levels established by the European Council recommendation. This was explained in the individual reports sent to the families. After reading the results, mothers completed the aforementioned questionnaire a second time, plus two additional questions regarding the role of public health bodies in risk communication.

The association between perceived and measured levels as categorical variables was assessed with a chi-square test. Multiple linear regressions were conducted for each of the questions related to perceived exposure and health-risk perceptions. Wilcoxon signed-rank test was conducted to assess the effect of receiving information.

Both exposure and health risk were perceived to be very high for both ELF and RF fields, with mean and medians of 7 on a 10-point scale. Reporting higher perception levels was not associated with higher levels of exposure measured at home. Variables that were repeatedly associated with higher perceptions included: manual social class, not having the feeling of living in a good neighborhood, difficulty getting by financially, not having a television antenna within 600 m, being younger and having fewer devices at home. Providing information on EMF-NIR exposure levels at home did not alter health-risk perceptions, but mean perceived RF exposure decreased significantly (by 0.7 points). Most of the participants claimed to have received no or insufficient information regarding exposure and health-risks of EMF-NIR from public bodies and considered it very important that they should.

https://www.sciencedirect.com/science/article/pii/S0013935118306236

163

--

## Can explicit suggestions about the harmfulness of EMF exposure exacerbate a nocebo response in healthy controls?

Adam Verrender A, Loughran SP, Dalecki A, Freudenstein F, Croft RJ. Can explicit suggestions about the harmfulness of EMF exposure exacerbate a nocebo response in healthy controls? Environmental Research,166:409-417. October 2018.

Highlights

• Results do not support a relationship between radiofrequency exposure and symptoms.
• Healthy participants exhibited a nocebo response during believed radiofrequency exposure.
• Awareness and belief are crucial in the presentation of symptoms.
• The nocebo response may be exacerbated by alarmist media reports.

Abstract

While there has been consistent evidence that symptoms reported by individuals who suffer from Idiopathic Environmental Intolerance attributed to Electromagnetic Fields (IEI-EMF) are not caused by EMF and are more closely associated with a nocebo effect, whether this response is specific to IEI-EMF sufferers and what triggers it, remains unclear. The present experiment tested whether perceived EMF exposure could elicit symptoms in healthy participants, and whether viewing an 'alarmist' video could exacerbate a nocebo response. Participants were randomly assigned to watch either an alarmist ($N = 22$) or control video ($N = 22$) before completing a series of sham and active radiofrequency (RF) EMF exposure provocation trials (2 open-label, followed by 12 randomized, double-blind, counterbalanced trials). Pre- and post-video state anxiety and risk perception, as well as belief of exposure and symptom ratings during the open-label and double-blind provocation trials, were assessed. Symptoms were higher in the open-label RF-ON than RF-OFF trial ($p < .001$). No difference in either symptoms ($p = .183$) or belief of exposure ($p = .144$) was observed in the double-blind trials. Participants who viewed the alarmist video had a significant increase in symptoms ($p = .041$), state anxiety ($p < .01$) and risk perception ($p < .001$) relative to the control group. These results reveal the crucial role of awareness and belief in the presentation of symptoms during perceived exposure to EMF, showing that healthy participants exhibit a nocebo response, and that alarmist media reports emphasizing adverse effects of EMF also contribute to a nocebo response.

https://www.sciencedirect.com/science/article/pii/S0013935118303347

--

## Theoretical & numerical assessment of maximally allowable power-density averaging area for EMF exposure assessment above 6 GHz

Neufeld E, Carrasco E, Murbach M, Balzano Q, Christ A, Kuster N.Theoretical and numerical assessment of maximally allowable power-density averaging area for conservative electromagnetic exposure assessment above 6 GHz. Bioelectromagnetics. 01 November 2018. https://doi.org/10.1002/bem.22147

Abstract

The objective of this paper is to determine a maximum averaging area for power density (PD) that limits the maximum temperature increase to a given threshold for frequencies above 6 GHz. This maximum area should be conservative for any transmitter at any distance >2 mm from the primary transmitting antennas or secondary field-generating sources. To derive a generically valid maximum averaging area, an analytical approximation

for the peak temperature increase caused by localized exposure was derived. The results for a threshold value of 1 K temperature rise were validated against simulations of a series of sources composed of electrical and magnetic elements (dipoles, slots, patches, and arrays) that represented the spectrum of relevant transmitters. The validation was successful for frequencies in which the power deposition occurred superficially (i.e., >10 GHz). In conclusion, the averaging area for a PD limit of 10 W/m$^2$ that conservatively limits the temperature increase in the skin to less than 1 K at any distance >2 mm from the transmitters is frequency dependent, increases with distance, and ranges from 3 cm$^2$ at <10 GHz to 1.9 cm$^2$ at 100 GHz. In the far-field, the area depends additionally on distance and the antenna array aperture. The correlation was found to be worse at lower frequencies (<10 GHz) and very close to the source, the systematic evaluation of which is part of another study to investigate the effect of different coupling mechanisms in the reactive near-field on the ratio of temperature increase to incident power density. The presented model can be directly applied to any other PD and temperature thresholds.

Excerpts

Standardization  The results presented herein have important consequences for safety  standards, as they demonstrate a need to use smaller and potentially frequency-dependent averaging areas. The maximal area at a source distance of 2 mm ranges from <2 cm2 at 100 GHz to ≥3 cm2 at <10 GHz. These conditions could be relaxed, should a temperature threshold >1 K be selected or for larger distances from the source. The suggested areas are smaller but comparable to the 4 cm2 previously suggested by Hashimoto et al. [2017] based on computational modeling of localized exposure-induced heating.

Further Investigations  The current investigation assumed stationary exposure. However, time-averaged limits are foreseen by the standards to allow for pulsed exposures. The presented investigation can be readily extended to transient exposures by application of 4D rather than 3D Green's functions [Yeung and Atalar, 2001]. In the absence of a steady-state temperature increase, the 1 K criterion could be replaced, for example, with a criterion based on thermal dose [Van Rhoon et al., 2013].

CONCLUSIONS  Analytical relationships for localized exposure in the 5G frequency range that permit estimation of temperature increase and of conservative limits on the acceptable power density averaging area have been established, ensuring exposure safety for devices positioned as close as 2 mm from the body. The predictions have been validated against simulations of conservative layered skin configurations exposed to a range of single antennas and antenna arrays in the frequency range of 10–100 GHz. For frequencies >30 GHz, the analytical predictions of temperature increase generally deviated from the simulation results by less than 25%. The results demonstrate that a conservative averaging area can be expressed as function of frequency, distance from the transmitter, and—in the far-field—antenna aperture (see Eq. for a simple approximation at a distance of 2 mm from the source).

https://onlinelibrary.wiley.com/doi/full/10.1002/bem.22147

--

**Peculiar Effects of Electromagnetic Millimeter Waves on Tumor Development in BALB/c Mice**

Bantysh BB, Krylov AY, Subbotina TI, Khadartsev AA, Ivanov DV, Yashin AA. Peculiar Effects of Electromagnetic Millimeter Waves on Tumor Development in BALB/c Mice. Bull Exp Biol Med. 2018 Sep;165(5):692-694. doi: 10.1007/s10517-018-4243-2.

Abstract

The study examined the effects of millimeter electromagnetic waves at a frequency of 130 GHz corresponding to the molecular absorption and radiation spectra of NO and O2 with the total exposition time of 6 h on tumor morphogenesis in 3- and 6-month-old tumor-prone BALB/c mice of both sexes. In experimental mice exposed to electromagnetic radiation, the development of cancer process was slowed down throughout the observation

165

period; moreover, no macroscopic signs of the tumors were revealed. However, in contrast to control mice, experimental animals demonstrated the formation of pathological reactions reflected by hepatic biochemical indices accompanied by the development of dystrophic and microcirculatory alterations in the liver tissue.

https://www.ncbi.nlm.nih.gov/pubmed/30225701

--

**Possible effects of RF EMF on in vivo C6 brain tumors in Wistar rats**

Ouadah NS, Lecomte A, Robidel F, Olsson A, Deltour I, Schüz J, Blazy K, Villégier AS. Possible effects of radiofrequency electromagnetic fields on in vivo C6 brain tumors in Wistar rats. J Neurooncol. 2018 Nov 12. doi: 10.1007/s11060-018-03012-y.

Abstract

PURPOSE: Glioblastoma is a malignant brain tumor which has one of the poorest prognosis. It is not clear if toxic environmental factors can influence its aggressiveness. Recently, it was suggested that brain cancer patients with heavy cell phone use showed reduced survival. Here we aimed to assess the effect of controlled brain averaged specific absorption rate (BASAR) from heavy use of cell phone radiofrequency electromagnetic fields (RF-EMF) on in vivo C6 brain tumors in Wistar rats.

METHODS: C6 cells grafted male rats were exposed to GSM 900 MHz signal at environmental BASAR, 0 (sham), 0.25 or 0.5 W/kg (5 days a week, 45 min a day in restraint), or were cage controls (no restraint). At death, tumor volume and immunohistochemistry for CD31, cleaved caspase (CC) 3 and Ki67 were assessed to examine vascularization, apoptosis and cellular divisions, respectively. Moreover, immune cell invasion, necrosis and mitotic index were determined.

RESULTS: Results showed no BASAR effect on survival (31 days post-graft median), tumor volume, mitotic index, vascularization, infiltration, necrosis or cell division. However, results suggested a BASAR-dependent reduction of immune cell invasion and apoptosis.

CONCLUSIONS: Our data suggested an action of RF-EMF by reducing immune cell invasion and glioblastoma cell apoptosis, at probably too low amplitude to impact survival. Further replication studies are needed to confirm these observations.

https://www.ncbi.nlm.nih.gov/pubmed/30421158

--

**Exposure to cell phone radiofrequency changes corticotrophin hormone levels and histology of the brain and adrenal glands in male Wistar rat**

Shahabi S, Taji IM, Hoseinnezhaddarzi M, Mousavi F, Shirchi S, Nazari A, Zarei H, Pourabdolhossein F.Exposure to cell phone radiofrequency changes corticotrophin hormone levels and histology of the brain and adrenal glands in male Wistar rat. Iranian J Basic Medical Sciences. 21(12):1269-1274. DOI: 10.22038/ijbms.2018.29567.7133

Abstract

Objective(s): Nowadays, the electromagnetic field-emitting devices are used routinely in our lives. Controversial reports exist concerning the effects of mobile radiofrequency (RF) on different parts of the body, especially stress hormones. The main goal of the present work was to study the long-term effects of mobile RF900 MHz exposure with special focus on the adrenal gland pathophysiology and function.

166

Materials and Methods: Adult male Wistar rats were exposed to mobile RF 6 hr daily for 4-8 weeks. Intact and switched-off exposed animals were considered as controls. Plasma ACTH and cortisol levels were measured by the ELISA method. At the end of the experiment, a histological study was done on adrenal gland and brain tissues by hematoxylin and eosin staining. The thickness of the fasciculate layer of the adrenal gland, and its cell count and perimeter were measured using the Fiji software.

Results: Enhanced plasma ACTH and cortisol levels were found after prolonged exposure to mobile RE The fasciculata layer of adrenal cortex eventually thickened following mobile RF radiation. While the number of cells in zona fasciculata remained constant, the cell size and perimeter increased during RF exposure. Finally, we found that vacuolization in brain tissue and the number and size of vacuoles considerably increased during two months of RF exposure.

Conclusion: Cell phone RF exposure induced significant hormonal and structural changes in  adrenal gland and brain tissues. Therefore, the public should be aware and limit their exposure as much as possible.

http://ijbms.mums.ac.ir/article_11712.html

--

## Changes in testicular morphology & oxidative stress in 60-day-old rats following exposure to continuous 900-MHz EMF throughout adolescence

Hancı H, Kerimoğlu G, Mercantepe T, Odacı E. Changes in testicular morphology and oxidative stress biomarkers in 60-day-old Sprague Dawley rats following exposure to continuous 900-MHz electromagnetic field for 1 h a day throughout adolescence. Reprod Toxicol. 2018 Oct;81:71-78. doi: 10.1016/j.reprotox.2018.07.002.

Abstract

The purpose of this study was to investigate the 60-day-old male rat testis following exposure to continuous 900-megahertz (MHz) electromagnetic field (EMF) throughout the adolescent period using histopathological and biochemical analysis methods. Twenty-four Sprague Dawley rats aged 21 days were randomly and equally (n = 8) divided into three groups. No procedure was performed on the control group rats. The sham group rats were held in an EMF-cage without exposure to EMF. The EMF group rats were exposed to continuous 900-MHz EMF for 1 h each day inside the EMF-cage during adolescence. On postnatal day 60 the testes were extracted and divided into right and left halves. The right half was used for histopathological evaluation and the left half for biochemical analyses. Our results show that changes may occur in morphology and oxidative stress biomarkers in the rat testis following exposure to continuous 900-MHz EMF throughout the adolescent period.

https://www.ncbi.nlm.nih.gov/pubmed/30009952

--

## 2.45 GHz microwave radiation impairs learning, memory, and hippocampal synaptic plasticity in the rat

Karimi N, Bayat M, Haghani M, Saadi H, Ghazipour GR. 2.45 GHz microwave radiation impairs learning, memory, and hippocampal synaptic plasticity in the rat. Toxicol Ind Health. 2018 Oct 21:748233718798976. doi: 10.1177/0748233718798976

Abstract

Microwave (MW) radiation has a close relationship with neurobehavioral disorders. Due to the widespread

JA 01770

usage of MW radiation, especially in our homes, it is essential to investigate the direct effect of MW radiation on the central nervous system. Therefore, this study was carried out to determine the effect of MW radiation on memory and hippocampal synaptic plasticity. The rats were exposed to 2.45 GHz MW radiation (continuous wave with overall average power density of 0.016 mW/cm2 and overall average whole-body specific absorption rate value of 0.017 W/kg) for 2 h/day over a period of 40 days. Spatial learning and memory were tested by radial maze and passive avoidance tests. We evaluated the synaptic plasticity and hippocampal neuronal cells number by field potential recording and Giemsa staining, respectively. Our results showed that MW radiation exposure decreased the learning and memory performance that was associated with decrement of long-term potentiation induction and excitability of CA1 neurons. However, MW radiation did not have any effects on short-term plasticity and paired-pulse ratio as a good indirect index for measurement of glutamate release probability. The evaluation of hippocampal morphology indicated that the neuronal density in the hippocampal CA1 area was significantly decreased by MW.

https://www.ncbi.nlm.nih.gov/pubmed/30345889

--

**The effects of radiofrequency radiation on mice fetus weight, length and tissues**

Alimohammadi I, Ahtarinezhad A, Mohamadzadeh Asl B, Masruri B, Moghadasi N. The effects of radiofrequency radiation on mice fetus weight, length and tissues. Data in Brief. 19:2189-2194. August 2018. https://doi.org/10.1016/j.dib.2018.06.107.

Value of data

- The result of this study is useful for workers and users that are exposed to radiofrequency radiation as a physical agent.
- Investigation of radiofrequency radiation effects in organogenesis period during pregnancy and protective role of vitamin C as a water-soluble antioxidant in body tissues and fluids are the innovation of this study.
- These data showed changes of growth parameters and abnormalities in tissues as the result of radiofrequency radiation exposure which could be useful for some organization such as Ministry of Health and Medical Education to recognize possible risks in vulnerable groups like pregnant women and their embryos and protect them more effective.

Abstract

The public concern of harmful effects of radiofrequency radiation exposure, especially with rapid increase in the use of wireless and telecommunication devices, is increasing. Some studies show fetal and developmental abnormalities as the result of radiofrequency radiation  exposure. We aimed to investigate possible teratogenic effects of radiofrequency in 915 MHz on mice fetus and protective role of vitamin C. 21 pregnant mice were divided into 3 groups. Control group was in normal condition without any stressor agent. Exposure group was exposed to 915 MHz RFR (8 h/day for 10 days) and 0.045 µw/cm2 power density. The exposure plus vitamin C group received 200 mg/kg vitamin C by gavage and was exposed to 915 MHz RFR (8 h/day for 10 days) and 0.045 µw/cm2 power density. The fetus weight, C-R length were measured by digital balance and caliper. Tissues were assessed after staining with H & E. Our results showed significant increase in fetus weight and C-R length and also enlarged liver, tail deformation in mice fetus in exposure group. Although usage of vitamin C caused significant decrease in mentioned parameters. The outcome of this study confirms the effects of radiofrequency radiation on growth parameters such as body weight, length and some tissues in mice fetuses and protective effect of vitamin C. However more studies on non-ionization radiation in different frequencies and severity, during pregnancy are needed to clarify the exact mechanisms of these changes and better protection.

Open access paper: https://www.sciencedirect.com/science/article/pii/S2352340918307583

JA 01771

--

**Bio-physical effects of RF EMR on blood parameters, spermatozoa, liver, kidney and heart of albino rats**

Adebayo EA, Adeeyo AO, Ogundiran MA,  Olabisi O. Bio-physical effects of radiofrequency electromagnetic radiation (rf-emr) on blood parameters, spermatozoa, liver, kidney and heart of albino rats. Journal of King Saud University - Science. 15 Nov 2018. https://doi.org/10.1016/j.jksus.2018.11.007.

Abstract

Current study aimed at determining the consequence of Radiofrequency (≈1800 MHz) electromagnetic radiation (RF-EMR) on the histological, hematological and histochemical properties of selected tissues of rat and to assess morphological changes associated with such exposures. Three groups of thirty rats of which two groups of twenty rats were subjected to average radiation of ≈1.40 mW/cm2 at 24 m from the base of two different telecommunications network mast for 5 weeks. Histochemical, haematological and histological analyses of the rats were afterward carried out on selected tissues of the experimental animals using standard procedures. Impacts of radiation were noted in the exposed groups of rats. There was rise in white blood cells with variations in other blood parameters; the sperm motility and sperm count of the exposed rats is lower than the control; the liver of the exposed rats shows pronounced dilated sinusoids, distorted architecture, hyperchromatic nuclei, congested central vein, with change of hepatocytes structure; the heart shows gross distortion of cardiac muscular architecture with distorted irregular cardiac muscle fibres and wider interfibres spaces; kidney showing hyperchromatic nuclei, gradual loss and degeneration of flattened squamous epithelial cells lining and testis shows grossly distorted seminiferous tubules and epididymis with loss of cellular structure and an area of inflammatory changes with complete absence of spermatozoa, which may lead to low fertility. This study shows that radiofrequency electromagnetic radiation may induce morphological changes in various tissues of living systems in rat.

Conclusion

From the data presented in this study, it can be observed that impact of RF-EMR from telecommunication base stations are reasonably manifested on internal organs in a similar manner observed in ionizing radiation studies. Some of the organs examined showed histological, hematological and histochemical changes which are different from normal. The study established that the reproductive organs of male rats were seriously impaired, which may have similar effect on higher mammal. It is recommended that further research to study the long term effect of RF-EMR from telecommunication on living systems in Nigeria be intensified.

Open access paper: https://www.sciencedirect.com/science/article/pii/S1018364717308789

--

**Power-frequency magnetic fields at 50 Hz do not affect fertility and development in rats and mice**

Ruan G, Liu X, Zhang Y, Wan B, Zhang J, Lai J, He M, & Chen C. (2018) Power-frequency magnetic fields at 50 Hz do not affect fertility and development in rats and mice. Electromagnetic Biology and Medicine. DOI: 10.1080/15368378.2018.1545664

In the present study, the effects of power-frequency magnetic fields (PF-MF) on fertility and development were investigated in rats and mice. Adult Sprague-Dawley rats and C57BL/6J mice were divided into four groups: a sham exposure group and 30-μT, 100-μT and 500-μT PF-MF exposure groups. The rats were exposed for 24 weeks, and the exposure time for mice ranged from 18 d to 12 weeks, dependent on the different investigated end points. The rats and mice were exposed for 20 h/d. Plasma hormone levels in rats and mice were analyzed. Furthermore, pregnancy rates and implanted embryos were recorded in pregnant mice. Finally, the

169

neonatal growth of mice was evaluated. The results showed that none of the three intensities affected the body weight and paired ovary weight in female rats. Meanwhile, none of the three intensities affected the body weight, weights of paired testes, weights of paired epididymis and sperm count in male rats. Similarly, no significant differences were found in plasma sex hormone levels between the different PF-MF exposure groups and the sham exposure group. In addition, the pregnancy rates and implanted embryos were not significantly different between the four groups. Moreover, PF-MF exposures had no effects on either the number of fetuses in pregnant mice or the growth and development of neonatal mice.

https://www.tandfonline.com/doi/full/10.1080/15368378.2018.1545664

--

**Effects of EMF on cultured human retinal pigment epithelial cells**

Nasrabadi N, Soheili ZS, Bagheri A, Ahmadieh H, Amizadeh Y, Sahebjam F, Tabeie F, Rezaei Kanavi M. The effects of electromagnetic fields on cultured human retinal pigment epithelial cells. Bioelectromagnetics. 2018 Dec;39(8):585-594. doi: 10.1002/bem.22154.

Abstract

A great deal of evidence has confirmed that electromagnetic fields (EMFs) can affect the central nervous system. In this study, cultured neonatal human retinal pigment epithelial (hRPE) cells were exposed to pulsed EMF of 1 mT intensity and 50 Hz frequency 8 h daily for 3 days. In addition to cell proliferation and cell death assays, immunocytochemistry for RPE65, PAX6, nestin, and cytokeratin 8/18 proteins were performed. Real-time reverse transcriptase polymerase chain reaction (RT-PCR) was performed for NES, PAX6, RPE65, and ACTA2 gene expression. Exposed hRPE cells did not demonstrate significant change in terms of cytomorphology, cell proliferation, or cell death. Protein expression of PAX6 was decreased in treated cells compared to controls and remained unchanged for RPE65, cytokeratin 8/18, and nestin. Gene expressions of NES, RPE65, and PAX6 were decreased in treated cells as compared to controls. Gene expression of ACTA2 did not significantly change. In conclusion, viability of cultivated neonatal hRPE cells did not change after short exposure to a safe dose of pulsed EMF albeit that both gene and protein expressions of retinal progenitor cell markers were reduced. Whether longer exposure durations that are being constantly produced by widely-used electronic devices may induce significant changes in these cells, needs further investigation.

https://www.ncbi.nlm.nih.gov/pubmed/30462846

--

**Low frequency EMF increase human sperm motility - effect of 43 KHz radiation**

Wdowiak A, Mazurek PA, Wdowiak A, Bojar I. Low frequency electromagnetic waves increase human sperm motility - A pilot study revealing the potent effect of 43 khz radiation.
Int J Occup Med Environ Health. 2018 Nov 28. pii: 81771. doi: 10.13075/ijomeh.1896.01262.

Abstract

OBJECTIVES: Abnormalities in the timing and course of spermatozoa capacitation and hyperactivation underlie common pathologies related to male infertility. Recent data shows that low frequency electromagnetic waves may influence cell membrane potential and permeability. It is therefore possible that low frequency electromagnetic waves could affect the maturation and motility processes of spermatozoa. The 43-kHz wave generator was used for modeling the impact of environmental exposure to low frequency electromagnetic radiation on human sperm.

MATERIAL AND METHODS: Sperm samples were gathered from 103 fertile, healthy men aged 25-30 years

170

JA 01773

old and performed computer-assisted sperm analysis. After initial examination, each participant's semen sample was divided into 2 aliquots (control and experimental) and placed in separate automated incubators. The samples constituting the experimental group were placed into the exposure system that emitted 43-kHz electromagnetic waves. Sperm motility was assessed at 3 h, 12 h and 24 h.

RESULTS: Exposure to a 43-kHz radio frequency increased the percentage of sperm in progressive motility by up to 5.8% and the velocity of said sperm by up to 2 μm/s. Moreover, the total number of hyperactivated spermatozoa was significantly increased in the semen exposed to the electromagnetic signal.

CONCLUSIONS: *In vivo* environmental exposure to 43-kHz waves may promote the development of infertility related to premature capacitation outside of the vaginal tract. Exposing semen to this particular frequency may also boost the capacitation and hyperactivation of spermatozoa *in vitro*, prior to conducting assisted reproductive therapies.

https://www.ncbi.nlm.nih.gov/pubmed/30484440

--

**Cell phone use and risk of thyroid cancer: a population-based case-control study in Connecticut**

Luo J, Deziel NC, Huang H, Chen Y, Ni X, Ma S, Udelsman R, Zhang Y. Cell phone use and risk of thyroid cancer: a population-based case-control study in Connecticut. Annals of Epidemiology, Published online Oct 29, 2018. https://doi.org/10.1016/j.annepidem.2018.10.004.

Abstract

Purpose  This study aims to investigate the association between cell phone use and thyroid cancer.

Methods  A population-based case-control study was conducted in Connecticut between 2010 and 2011 including 462 histologically confirmed thyroid cancer cases and 498 population-based controls. Multivariate unconditional logistic regression was used to estimate odds ratios (OR) and 95% confidence intervals (95% CI) for associations between cell phone use and thyroid cancer.

Results  Cell phone use was not associated with thyroid cancer (OR: 1.05, 95% CI: 0.74-1.48). A suggestive increase in risk of thyroid microcarcinoma (tumor size ≤10mm) was observed for long-term and more frequent users. Compared to cell phone non-users, several groups had non-statistically significantly increased risk of thyroid microcarcinoma: individuals who had used a cell phone >15 years (OR: 1.29, 95% CI: 0.83-2.00), who had used a cell phone >2 hours per day (OR: 1.40, 95% CI: 0.83-2.35), who had the most cumulative use hours (OR: 1.58, 95% CI: 0.98-2.54), and who had the most cumulative calls (OR: 1.20, 95% CI: 0.78-1.84).

Conclusion This study found no significant association between cell phone use and thyroid cancer. A suggestive elevated risk of thyroid microcarcinoma associated with long-term and more frequent uses warrants further investigation.

https://www.sciencedirect.com/science/article/pii/S1047279718302849

--

**Peer-reviewed comments on NTP cellphone radiation study by Hardell and Carlberg**

Hardell L, Carlberg M. Comments on the US National Toxicology Program technical reports on toxicology and carcinogenesis study in rats exposed to whole-body radiofrequency radiation at 900 MHz and in mice exposed

171

to whole-body radiofrequency radiation at 1,900 MHz. International Journal of Oncology. Published Oct 24, 2018. https://doi.org/10.3892/ijo.2018.4606

## Abstract

During the use of handheld mobile and cordless phones, the brain is the main target of radiofrequency (RF) radiation. An increased risk of developing glioma and acoustic neuroma has been found in human epidemiological studies. Primarily based on these findings, the International Agency for Research on Cancer (IARC) at the World Health Organization (WHO) classified in May, 2011 RF radiation at the frequency range of 30 kHz-300 GHz as a 'possible' human carcinogen, Group 2B. A carcinogenic potential for RF radiation in animal studies was already published in 1982. This has been confirmed over the years, more recently in the Ramazzini Institute rat study. An increased incidence of glioma in the brain and malignant schwannoma in the heart was found in the US National Toxicology Program (NTP) study on rats and mice. The NTP final report is to be published; however, the extended reports are published on the internet for evaluation and are reviewed herein in more detail in relation to human epidemiological studies. Thus, the main aim of this study was to compare earlier human epidemiological studies with NTP findings, including a short review of animal studies. We conclude that there is clear evidence that RF radiation is a human carcinogen, causing glioma and vestibular schwannoma (acoustic neuroma). There is some evidence of an increased risk of developing thyroid cancer, and clear evidence that RF radiation is a multi-site carcinogen. Based on the Preamble to the IARC Monographs, RF radiation should be classified as carcinogenic to humans, Group 1.

Abstract: https://www.spandidos-publications.com/10.3892/ijo.2018.4606

Open access paper: https://www.spandidos-publications.com/10.3892/ijo.2018.4606/download

--

## Temporal & spatial patterns of Glioblastoma Multiforme & other brain cancer subtypes in relation to mobile phones using synthetic counterfactuals

de Vocht F. Analyses of temporal and spatial patterns of Glioblastoma Multiforme and other brain cancers subtypes in relation to mobile phones using synthetic counterfactuals. Environmental Research. Available online 17 October 2018. https://doi.org/10.1016/j.envres.2018.10.011.

Highlights

• English 1985–2005 brain cancer subtype rates were compared to counterfactual trends
• Excess GBM increases were found in the frontal and temporal lobes, and cerebellum
• Mobile phone use was unlikely to have been an important putative factor
• No evidence of an effect of mobile phone use on acoustic neuroma and meningioma

Abstract

This study assesses whether temporal trends in glioblastoma multiforme (GBM) in different brain regions, and of different malignant and benign (including acoustic neuroma and meningioma) subtypes in the temporal lobe, could be associated with mobile phone use.

Annual 1985–2005 incidence of brain cancer subtypes for England were linked to population-level covariates. Bayesian structural timeseries were used to create 2006–2014 counterfactual trends, and differences with measured newly diagnosed cases were interpreted as causal effects.

172

Increases in excess of the counterfactuals for GBM were found in the temporal (+38% [95% Credible Interval - 7%,78%]) and frontal (+36% [-8%,77%]) lobes, which were in agreement with hypothesised temporal and spatial mechanisms of mobile phone usage, and cerebellum (+59% [-0%,120%]). However, effects were primarily present in older age groups, with largest effects in 75+ and 85+ groups, indicating mobile phone use is unlikely to have been an important putative factor. There was no evidence of an effect of mobile phone use on incidence of acoustic neuroma and meningioma.

Although 1985–2014 trends in GBM in the temporal and frontal lobes, and probably cerebellum, seem consistent with mobile phone use as an important putative factor, age-group specific analyses indicate that it is unlikely that this correlation is causal.

Excerpts

Assessment of specific cancer subtypes in the temporal lobe indicated that the excess incidence was mainly found for GBM, with similar trends observed in the frontal lobe and cerebellum....  The increased rates of specific brain cancer subtypes in excess of the counterfactuals correspond to the spatial and temporal patterns that would be expected if exposure to RF from mobile phones were an important putative factor (Cardis et al., 2008, Morgan et al., 2016) ... However, age group-specific analyses indicate that the excess relative impacts increased with age over 65 years and were primarily found in the very old (75/85+ years of age) for whom it is unlikely that mobile phone use had been an important causal factor. In addition, excess numbers of newly diagnosed cases were also observed in the young (<24 years of age) for whom mobile phone use is also an unlikely causal factor....

The assumption that a 10-year lag was the most plausible period between first exposure and when increased risk could be observed in registry data was based on the previous analyses (De Vocht (2016)). Although sensitivity analysis using a 15-year lag showed no evidence of excesses relative to counterfactuals, this may still have been too short....

This study, in agreement with other data from the UK and elsewhere, shows that the incidence of glioblastoma multiforme (astrocytoma grade IV) has increased significantly since the 1980s, especially in the frontal and temporal lobes and cerebellum. However, it further provides evidence that the trend of increasing numbers of newly diagnosed cases of glioblastoma multiforme in the temporal lobe (but likely in the frontal lobe and cerebellum as well) since the mid-1980s, although seemingly consistent with the hypothesis of exposure to radiofrequency radiation from mobile phones being an important putative factor, should to a large extent (if not exclusively) be attributed to another factor or factors; of which improvements in diagnostic techniques, especially in the elderly, seems the most plausible. Although these analyses indicate that it is unlikely that exposure to RF from mobile phones is an important putative factor, they also cannot exclude it as a contributing factor completely. It is therefore important to keep monitoring incidence trend data.

Competing financial interests declaration: The author has previously done consulting for EPRI [Electric Power Research Institute], not related to this work. Financial support: No external funding was obtained for this study.

https://www.sciencedirect.com/science/article/pii/S0013935118305462?via%3Dihub

My comment: The study found that the two age groups most vulnerable to carcinogenic effects from cell phone use -- young and elderly adults -- showed increased incidence over time in brain cancer in two lobes of the brain that receive the greatest dose of microwave radiation from a cell phone used near the head. The author rejects the explanation that cell phone use caused the increased cancer risk but accepts the possibility that cell

173

JA 01776

phone radiation may be a contributing factor.

--

**RF EMF, screen time, and emotional and behavioral problems in 5-year-old children**

Guxens M, Vermeulen R, Steenkamer I, Beekhuizen J, Vrijkotte TGM, Kromhout H, Huss A. Radiofrequency electromagnetic fields, screen time, and emotional and behavioural problems in 5-year-old children.Int J Hyg Environ Health. 2018 Oct 9. pii: S1438-4639(18)30502-9. doi: 10.1016/j.ijheh.2018.09.006.

Highlights
• RF-EMF from different sources and screen time assessed in 5-year-old children.
• Teachers and mothers independently reported child emotional and behavioural problems.
• No associations with mobile/cordless phone calls which lead to peak RF-EMF to the head.
• Associations with exposures contributing very little to RF-EMF when maternal-reported.

Abstract

BACKGROUND: Little is known about the exposure of young children to radiofrequency electromagnetic fields (RF-EMF) and potentially associated health effects. We assessed the relationship of RF-EMF exposure from different sources and screen time exposure with emotional and behavioural problems in 5-year-old children.

METHODS: Cross-sectional study including 3102 children aged 5 years from the Amsterdam Born Children and their Development (ABCD) study, in the Netherlands. Residential RF-EMF exposure from mobile phone base stations was estimated with a 3D geospatial radio wave propagation model. Residential presence of RF-EMF indoor sources (cordless phone base stations and Wireless Fidelity (WiFi)), children's mobile phone and cordless phone calls and screen time exposure (computer/video game and television watching) was reported by the mother. Teachers (n = 2617) and mothers (n = 3019) independently reported child emotional and behavioural problems using the Strengths and Difficulties Questionnaire.

RESULTS: No associations were found between mobile phone and cordless phone calls and emotional and behavioural problems. **Children exposed to higher RF-EMF levels from mobile phone base stations showed higher odds of maternal-reported emotional symptoms (OR 1.82, 95%CI 1.07 to 3.09).** Children with cordless phone at home had lower odds of teacher-reported problematic prosocial behaviour (OR 0.68, 95%CI 0.48 to 0.97) and of maternal-reported peer relationship problems (OR 0.61, 95% CI 0.39 to 0.96). Children who watched television ≥1.5 h/day had higher odds of maternal-reported hyperactivity/inattention (OR 3.13, 95%CI 1.43 to 6.82).

CONCLUSION: Mobile phone and cordless phone calls, which lead to peak RF-EMF exposures to the head, were not associated with any emotional and behavioural problems in 5-year-old children. Environmental RF-EMF exposure from mobile phone base stations and from indoor sources and television watching, which both contribute very little to RF-EMF exposure, were associated with specific emotional and behavioural problems but mainly when reported by the mothers. We cannot, however, discard residual confounding or reverse causality. Further longitudinal research in particular as children will increase the use of telecommunication devices with the age may help to better understand the exact contribution of the different RF-EMF exposure sources if any. Moreover, a thorough control for confounding is essential for a correct interpretation of the studies on screen time and emotional and behavioural problems.

174

JA 01777

https://www.ncbi.nlm.nih.gov/pubmed/30314943

--

**Expert Views on Their Role as Policy Advisor: Pilot Study for the Cases of Electromagnetic Fields, Particulate Matter, and Antimicrobial Resistance**

Spruijt P, Knol AB, Petersen AC, Lebret E. Expert Views on Their Role as Policy Advisor: Pilot Study for the Cases of Electromagnetic Fields, Particulate Matter, and Antimicrobial Resistance. Risk Anal. 2018 Oct 31. doi: 10.1111/risa.13224.

Abstract

This perspective presents empirical data to demonstrate the existence of different expert views on scientific policy advice on complex environmental health issues. These views are partly research-field specific. According to scientific literature, experts differ in the way they provide policy advice on complex issues such as electromagnetic fields (EMF), particulate matter (PM), and antimicrobial resistance (AMR). Where some experts feel their primary task is to carry out fundamental research, others actively engage in the policy dialogue. Although the literature provides ideas about expert roles, there exists little empirical underpinning. Our aim is to gather empirical evidence about expert roles. The results of an international study indicated that experts on EMF, PM, and AMR differ in the way they view their role in the policy dialogue. For example, experts differed in their views on the need for precaution and their motivation to initiate stakeholder cooperation. Besides, most experts thought that their views on the risks of EMF/PM/AMR did not differ from those of colleagues. Great dissensus was found in views on the best ways of managing risks and uncertainties. In conclusion, the theoretical ideal-typical roles from the literature can be identified to a certain extent.

https://www.ncbi.nlm.nih.gov/pubmed/30380164

Excerpts

The principal component analysis (PCA) resulted in six factors, which we interpreted as representing the following six roles: (1) engaged scientist, (2) pro-science expert, (3) regulatory advocate, (4) humble scientist, (5) transparent expert, and (6) issue advocate. Engaged scientists highly valued scientific knowledge and stressed the importance of a continuous dialogue between scientists and policymakers. Pro-science experts strongly agreed that new policies should be based on scientific knowledge, that knowledge possessed by the general public is less valuable, and that monitoring is the most suitable way to address the risks and uncertainties of EMF/PM. Regulatory advocates strongly agreed that possible health problems are best managed through legislation and regulation, that scientists should publish in peer-reviewed journals as their primary responsibility, and that they are not responsible for maintaining a continuous dialogue with policymakers. Humble scientists strongly agreed that scientists should be humble about the role of science in solving societal problems and had modest judgments regarding most other statements. Transparent experts emphasized the importance of transparency regarding research methods and assumptions, explicating differences of opinion among experts, and informing policymakers about the science underlying policy advice. Finally, issue advocates focused on actively interacting with policymakers and politics; they were fairly neutral in regard to the policy measures that should be taken.

--

**Review of quality of publications & meta-analysis of genetic damage in mammalian cells exposed to non-ionizing radiofrequency fields**

Vijayalaxmi, Prihoda TJ. Comprehensive review of quality of publications and meta-analysis of genetic damage in mammalian cells exposed to non-ionizing radiofrequency fields. Radiat Res. 2018 Oct 19. doi: 10.1667/RR15117.1.

Abstract

There have been numerous published studies reporting on the extent of genetic damage observed in animal and human cells exposed in vitro and in vivo to non-ionizing radiofrequency fields (RF, electromagnetic waves that carry energy as they propagate in air and dense media). Overall, the data are inconsistent; while some studies have suggested significantly increased damage in cells exposed to RF energy compared to unexposed and/or sham-exposed control cells, others have not. Several variables in exposure conditions used in the experiments might have contributed to the controversy.

In this comprehensive review, four specific quality control measures were used to determine the quality of 225 published studies in animal and human cells exposed in vitro and in vivo to RF energy, and the results from 2,160 tests with different sample sizes were analyzed. The four specific quality control measures were as follows: 1. "Blind" collection/analysis of the data to eliminate individual/observer "bias"; 2. Adequate description of "dosimetry" for independent replication/confirmation; 3. Inclusion of "positive controls" to confirm the outcomes; and 4. Inclusion of "sham-exposed controls" which are more appropriate to compare the data with those in RF exposure conditions. In addition, meta-analysis of the genetic damage in cells exposed to RF energy and control cells, thus far available in the RF literature database, was performed to obtain the "d" values, i.e., standardized mean difference between these two types of cells or the effect size. The relationship between d values and the above-mentioned quality control measures was ascertained. In addition, the correlation between the quality control measures and the conclusions reported in the publications (no significant difference between the cells exposed to RF energy and control cells; increased damage in former cells compared to the latter; increased, no significant difference and decreased damage in cells exposed to RF energy in the same experiment; or decreased damage in cells exposed to RF energy) was examined.

The overall conclusions were as follows: 1. When all four quality control measures were mentioned in the publication, the d values were smaller compared to those when one or more quality control measures were not mentioned in the investigation; 2. Based on the inclusion of quality control measures, the weighted outcome in cells exposed to RF energy (d values) indicated a very small effect, if any; 3. The number of published studies reporting no significant difference in genetic damage of cells exposed to RF energy, compared to that of control cells, increased with increased number of quality control measures employed in investigations; 4. The number of published studies reporting increased genetic damage in cells exposed to RF energy decreased with increased number of quality control measures; and 5. There was a "bias" towards the publications reporting increased genetic damage in cells exposed to RF energy even with very small sample size. Overall, the results from this study underscore the importance of including quality control measures in investigations so that the resulting data are useful, nationally and internationally, in evaluating "potential" health risks from exposure to RF energy.

https://www.ncbi.nlm.nih.gov/pubmed/30339042

--

176

**Understanding physical mechanism of low-level microwave radiation effect**

Hinrikus H, Bachmann M, Lass J. Understanding physical mechanism of low-level microwave radiation effect. Int J Radiat Biol. 2018 Oct;94(10):877-882. doi: 10.1080/09553002.2018.1478158.

Abstract

PURPOSE:This topic review aims to explain the mechanism of low-level microwave (MW) radiation effect based on published research results. The review presents the analysis of theoretical and experimental results comprising underlying physics and derived biological-physiological consequences supported by experimental data.

CONCLUSIONS: The rotation of dipolar molecules causes polarization of dielectric medium and restructuring of hydrogen bonds between these molecules. The weakened hydrogen bonds decrease viscosity and enhance diffusion at constant temperature. All steps of proposed model have no critical frequency restrictions at MW frequencies and have been confirmed by electromagnetic field (EMF) theory and/or published experimental results. The synchronous cumulative impact of coherent MW electric field makes possible the field-induced effect despite the field strengths are much weaker than intermolecular fields. The rotation of dipolar molecules results in restructuring hydrogen bonds between the molecules despite the energy of MW radiation is much less than the energy of bonding. The cumulative impact of coherent MW field in a medium has been convincingly confirmed by the measurable dielectric permittivity of the medium. The described mechanism of MW field-induced effect confirms that the nature of the effect differs from the thermal effect and that the exposure by MW radiation can create the specific consequences in biology and materials not characteristic for conventional heating.

https://www.ncbi.nlm.nih.gov/pubmed/29775391

--

**Evaluation of IEEE802.15.4g for Environmental Observations**

Muñoz J, Chang T, Vilajosana X, Watteyne T. Evaluation of IEEE802.15.4g for Environmental Observations. Sensors (Basel). 2018 Oct 15;18(10). pii: E3468. doi: 10.3390/s18103468.

Abstract

IEEE802.15.4g is a low-power wireless standard initially designed for Smart Utility Networks, i.e., for connecting smart meters. IEEE802.15.4g operates at sub-GHz frequencies to offer 2⁻3× longer communication range compared to its 2.4 GHz counterpart. Although the standard offers 3 PHYs (Frequncy Shift Keying, Orthogonal Frequency Division Multiplexing and Offset-Quadrature Phase Shift Keying) with numerous configurations, 2-FSK at 50 kbps is the mandatory and most prevalent radio setting used. This article looks at whether IEEE802.15.4g can be used to provide connectivity for outdoor deployments. We conduct range measurements using the totality of the standard (all modulations with all further parametrization) in the 863⁻870 MHz band, within four scenarios which we believe cover most low-power wireless outdoor applications: line of sight, smart agriculture, urban canyon, and smart metering. We show that there are radio settings that outperform the "2-FSK at 50 kbps" base setting in terms of range, throughput and reliability. Results show that highly reliable communications with data rates up to 800 kbps can be achieved in urban environments at 540 m between nodes, and the longest useful radio link is obtained at 779 m. We discuss how

JA 01780

IEEE802.15.4g can be used for outdoor operation, and reduce the number of repeater nodes that need to be placed compared to a 2.4 GHz solution.

Open access paper: https://www.mdpi.com/1424-8220/18/10/3468

--

**Effect of low-level 1800 MHz RF radiation on the rat sciatic nerve and the protective role of paricalcitol**

Comelekoglu U, Aktas S, Demirbag B, Karagul MI, Yalin S, Yildirim M, Akar A, Korunur Engiz B, Sogut F, Ozbay E. Effect of low-level 1800 MHz radiofrequency radiation on the rat sciatic nerve and the protective role of paricalcitol. Bioelectromagnetics. 2018 Oct 16. doi: 10.1002/bem.22149.

Abstract

The nervous system is an important target of radiofrequency (RF) radiation exposure since it is the excitable component that is potentially able to interact with electromagnetic fields. The present study was designed to investigate the effects of 1,800 MHz RF radiation and the protective role of paricalcitol on the rat sciatic nerve. Rats were divided into four groups as control, paricalcitol, RF, and RF + paricalcitol. In RF groups, the rats were exposed to 1,800 MHz RF for 1 h per day for 4 weeks. Control and paricalcitol rats were kept under the same conditions without RF application. In paricalcitol groups, the rats were given 0.2 µg/kg/day paricalcitol, three times per week for 4 weeks. Amplitude and latency of nerve compound action potentials, catalase activities, malondialdehyde (MDA) levels, and ultrastructural changes of sciatic nerve were evaluated. In the RF group, a significant reduction in amplitude, prolongation in latency, an increase in the MDA level, and an increase in catalase activity and degeneration in the myelinated nerve fibers were observed. The electrophysiological and histological findings were consistent with neuropathy, and the neuropathic changes were partially ameliorated with paricalcitol administration.

https://www.ncbi.nlm.nih.gov/pubmed/30328127

Excerpts

The effects of 900–1,800 MHz RF on the nervous system have been investigated in different studies. In these studies, it was shown that exposure to RF radiation may cause changes in amygdala morphology and emotional behavior [Narayanan et al., 2018] and changes in cerebral cortex neurotransmitter release [Kim et al., 2017]. In addition, it has been reported that RF radiation may lead to cytotoxicity in hippocampal neuronal HT22 cells [Kim et al., 2017] and degenerative changes in hippocampus pyramidal cells [Hussein et al., 2016]. In a recent study, evidence was provided showing an association between mobile phone use and brain tumors, especially in people who used their mobile phones for more than 10 years [Prasad et al., 2017]. In another study, it was reported that long-term use of mobile phones was linked to an increased risk of intracranial tumors [Bortkiewicz et al., 2017]. These studies show that the nervous systems of both humans and animals are sensitive to RF. However, there are studies in the literature that suggest that exposure to RF radiation does not cause any adverse health effects [Chapman et al., 2016; Mohan et al., 2016; Sato et al., 2017].

In this study, a continuous RF radiation at 1,800 MHz was used. RF simulator (1800CW2, Everest, Adapazari, Turkey) emitting continuous or intermittent wave in 217 Hz modulation had 2 W maximum output power, 2 RF outputting channel, and a monopole antenna (Everest, Adapazari, Turkey). A galvanized plate was placed under a pie cage restrained to decrease magnetic field effect and static electric field effects....

178

A whole-body average E-field value was calculated from these electric field values. Average E-field was $6.05 \pm 0.67$ V/m. This measured E-field value was used in an electromagnetic field solver to find the electric field distribution and to calculate SAR....

The distribution of E field and SAR are given in Figure A and B, respectively. As seen from Figure B, the maximum SAR (10 g) is 0.00421 W/kg.

In the present study, the effects of 1800 MHz RF radiation on the sciatic nerve were investigated electrophysiologically, biochemically, and histologically. Our findings showed that 1,800 MHz RF radiation could cause neuropathic changes by inducing oxidative stress. Neuropathic damage was partially improved with 0.2 μg/kg/day paricalcitol, non-hypercalcemic vitamin D analog. However, further studies should be performed by applying different doses to determine the most effective dose of paricalcitol.

--

### Effects of mobile phone EMF exposure on serum hepcidin and iron status in male albino rats

El-Maleky NF, Ebrahim RH. Effects of exposure to electromagnetic field from mobile phone on serum hepcidin and iron status in male albino rats. Electromagn Biol Med. 2018 Nov 2:1-8. doi: 10.1080/15368378.2018.1531423.

Abstract

BACKGROUND: Electromagnetic fields (EMF) created by mobile phones during communication have harmful effects on different organs.

OBJECTIVES: To explore the effects of exposure to EMF of mobile phones for different durations on hematological parameters and serum hepcidin in male albino rats.

METHODS: Three groups of eight rats: Sham group: rats were exposed to a mobile phone while it was switched off, Experimental group I: rats were exposed to microwave radiation from a mobile phone at 9 am for 30 min. Experimental group II: rats were exposed to microwave radiations from a mobile phone at 9 am for an hour. In all groups, the exposure was conducted daily for a total period of 5 months, followed by estimation of serum hepcidin, total leukocyte count (TLC), interleukin 6 (IL6), serum iron, serum ferritin, plasma hemoglobin (Hb), hematocrit value (Hct), mean corpuscular volume (MCV), mean corpuscular hemoglobin (MCH), unsaturated iron binding capacity (UIBC), total iron binding capacity (TIBC) and 1.25 dihydroxycholecalciferol levels.

RESULTS: In Experimental group II, there was a significant increase in serum hepcidin, TLC, IL6 and serum ferritin; however, serum iron, TIBC, UIBC, 1.25 dihydroxycholecalciferol, plasma Hb, Hct, MCV and MCH were significantly lower in comparison to sham-exposed group. In Experimental group I, there was a significant increase in serum hepcidin, IL6 and TLC, along with non-significant changes in the remaining studied parameters in comparison to the sham-exposed group.

CONCLUSION: Chronic exposure to EMF from mobile phones increases hepcidin level with subsequent impairment of iron parameters, in addition to negatively affecting both UIBC and TIBC.

https://www.ncbi.nlm.nih.gov/pubmed/30388901

--

**Effects of mobile phone prolonged radiation on kidney cells; an in-vitro study**

Mahmoudi, G, Nikzad, S, Mehrpouyan, M, Moslehi, M, Baradaran-Ghahfarokhi, M, Dashty, A. Effects of mobile phone prolonged radiation on kidney cells; an in-vitro study. J Renal Injury Prevention. 7(3):175-179.DOI: 10.15171/jrip.2018.42. Published Sep, 2018.

Abstract

Introduction: Mobile phones have been shown to have hazardous effects on the human renal system, reproduction and development, central nervous system and immune function.

Objectives: This study aimed to investigate whether the mobile phone prolonged radiofrequency (RF) radiation could affect healthy kidney cells in an in-vitro study.

Materials and Methods: Human kidney healthy cells in three groups were placed into three batches. The first and second groups (exposed groups) were exposed to a mobile phone simulator for 1 and 2 h/d, respectively. The irradiation was performed for 8 consecutive days. For the third group (control group), no radiation was applied to the samples and they completed the assay cycle under identical conditions. Cells' survival was evaluated using MTT [3-(4,5-dimethylthiazol-2yl)-2,5-diphenyltetrazolium bromide] assay. Statistical significance of the differences between control and exposed groups were assessed using the repeated measure ANOVA method ($P < 0.05$).

Results: Results showed that radiation exposure from mobile phones simulator decreased the kidney cell survival in the exposed groups (up to 40%). ANOVA test revealed that a significant decrease in cell survival in the exposed group compared to the control group ($P = 0.014$). No significant differences between the irradiated groups were found ($P > 0.05$).

Conclusion: Mobile phone exposure affects kidney cells survival during an in vitro condition. To study the effects of mobile phone radiation on kidney, further in vivo studies on mammalians are needed.

http://www.journalrip.com/PDF/jrip-7-175.pdf?t=636760355158054455

--

**Dealing with crosstalk in electromagnetic field measurements of portable devices**

Eeftens M, Struchen B, Roser K, Zahner M, Fröhlich J, Röösli M. Dealing with crosstalk in electromagnetic field measurements of portable devices. Bioelectromagnetics. 18 October 2018. https://doi.org/10.1002/bem.22142

Abstract

Portable devices measuring radiofrequency electromagnetic fields (RF-EMF) are affected by crosstalk: signals originating in one frequency band that are unintentionally registered in another. If this is not corrected, total exposure to RF-EMF is biased, particularly affecting closely spaced frequency bands such as GSM 1800 downlink (1,805–1,880 MHz), DECT (1,880–1,900 MHz), and UMTS uplink (1,920–1,980 MHz). This study presents an approach to detect and correct crosstalk in RF-EMF measurements, taking into account the real-life setting in which crosstalk is intermittently present, depending on the exact frequency of the signal. Personal measurements from 115 volunteers from Zurich canton, Switzerland were analyzed. Crosstalk-affected observations were identified by correlation analysis, and replaced by the median value of the unaffected

observations, measured during the same activity. DECT is frequently a victim of crosstalk, and an average of 43% of observations was corrected, resulting in an average exposure reduction of 38%. GSM 1800 downlink and UMTS uplink were less often corrected (6.9% and 8.9%), resulting in minor reductions in exposure (7.1% and 0.92%). The contribution of DECT to total RF-EMF exposure is typically already low (3.2%), but is further reduced after correction (3.0%). Crosstalk corrections reduced the total exposure by 1.0% on average. Some individuals had a larger reduction of up to 16%. The code developed to make the corrections is provided for free as an R function which is easily applied to any time series of EMF measurements.

Conflicts of interest: Authors Jürg Fröhlich and Marco Zahner declare that they are involved in the company "Fields at Work," which manufactures the ExpoM-RF.

https://onlinelibrary.wiley.com/doi/full/10.1002/bem.22142

--

## Chronic effect of pulsed 1800 MHz EMR on amino acid neurotransmitters in 3 different areas of juvenile and young adult rat brain

Ahmed NA, Radwan NM, Aboul Ezz HS, Khadrawy YA, Salama NA. The chronic effect of pulsed 1800 MHz electromagnetic radiation on amino acid neurotransmitters in three different areas of juvenile and young adult rat brain. Toxicol Ind Health. 2018 Oct 21:748233718798975. doi: 10.1177/0748233718798975.

Abstract

The extensive use of mobile phones worldwide has raised increasing concerns about the effects of electromagnetic radiation (EMR) on the brain due to the proximity of the mobile phone to the head and the appearance of several adverse neurological effects after mobile phone use. It has been hypothesized that the EMR-induced neurological effects may be mediated by amino acid neurotransmitters. Thus, the present study investigated the effect of EMR (frequency 1800 MHz, specific absorption rate 0.843 W/kg, power density 0.02 mW/cm2, modulated at 217 Hz) on the concentrations of amino acid neurotransmitters (glutamic acid, aspartic acid, gamma aminobutyric acid, glycine, taurine, and the amide glutamine) in the hippocampus, striatum, and hypothalamus of juvenile and young adult rats. The juvenile and young adult animals were each divided into two groups: control rats and rats exposed to EMR 1 h daily for 1, 2, and 4 months. A subgroup of rats were exposed daily to EMR for 4 months and then left without exposure for 1 month to study the recovery from EMR exposure. Amino acid neurotransmitters were measured in the hippocampus, striatum, and hypothalamus using high-performance liquid chromatography. Exposure to EMR induced significant changes in amino acid neurotransmitters in the studied brain areas of juvenile and young adult rats, being more prominent in juvenile animals. It could be concluded that the alterations in amino acid neurotransmitters induced by EMR exposure of juvenile and young adult rats may underlie many of the neurological effects reported after EMR exposure including cognitive and memory impairment and sleep disorders. Some of these effects may persist for some time after stopping exposure.

https://www.ncbi.nlm.nih.gov/pubmed/30345898

--

## Evidence of oxidative stress after continuous exposure to Wi-Fi radiation in rat model

Kamali K, Taravati A, Sayyadi S, Gharib FZ, Maftoon H. Evidence of oxidative stress after continuous

JA 01784

exposure to Wi-Fi radiation in rat model. Environ Sci Pollut Res Int. 2018 Oct 21. doi: 10.1007/s11356-018-3482-0.

Abstract

Exposure to electromagnetic radiation (EMR) is rapidly increasing in everyday environment, consequently conferring potential health effects. Oxidative stress is emerging as a mechanism implicated in pathophysiology and progression of various diseases. To our knowledge, no report has been made on the status of antioxidant redox systems after continuous exposure to radiofrequency radiation emitted from a Wi-Fi access point in animal model so far. Therefore, we aimed to continuously subject rats in the experimental group to radiofrequency (RF) radiation emitted from a commercially available Wi-Fi device. Male Wister rats were exposed to 2.45 GHz RF radiation emitted from a Wi-Fi for 24 h/day for 10 consecutive weeks. In order to assess the change in antioxidant redox system of plasma after continuous exposure to a Wi-Fi device, the total antioxidant capacity of plasma, level of thiobarbituric acid reactive substances, concentration of reduced glutathione (GSH), and activity of different enzymatic antioxidants, e.g., superoxide dismutase [SOD], catalase [CAT], glutathione peroxidase [GSH-Px], and glutathione S-transferase [GST], were measured. In the Wi-Fi exposed group, a significant decrease was detected in total antioxidant capacity of plasma and the activities of several antioxidant enzymes, including CAT, GSH-Px, and SOD ($P < 0.05$). Meanwhile, the GST activity was significantly increased in this group ($P < 0.05$). However, no significant changes were found in GSH and TBARS levels following exposure to RF radiation. According to the results, oxidative defense system in rats exposed to Wi-Fi signal was significantly affected compared to the control group. Further studies are needed to better understand the possible biological mechanisms of EMR emitted from Wi-Fi device and relevant outcomes.

https://www.ncbi.nlm.nih.gov/pubmed/30343375

Conclusion

According to the results of the current research, long-term exposure to EMR emitted from wireless devices had adverse effects on the antioxidant potential of blood. Therefore, to protect individuals from harmful effects of Wi-Fi signals, it is advised to limit the use of such devices for household and occupational activities, if possible. This study may stimulate future helpful research in the development of new protective or therapeutic approaches. In addition, it is recommended that the target tissues of EMR emitted from wireless devices and the level of other mediators be investigated to understand the exact molecular mechanism and site of action upon continuous exposure to such radiations.

--

**Introduction to the Special Issue "Electromagnetic Waves Pollution"**

Calabrò E. Introduction to the Special Issue "Electromagnetic Waves Pollution."  Sustainability 2018, 10(9), 3326; https://doi.org/10.3390/su10093326. Published: Sep 18, 2018. (This article belongs to the Special Issue Electromagnetic Waves Pollution)

Abstract

Modern technology has largely developed using energy forms of which the most relevant is surely electricity. Electric power stations generate alternate current at frequencies of 50 or 60 Hz, transmitted across high voltage transmission lines that are often located too near to buildings where humans live or work. In addition,

182

home devices that work using alternate current expose humans to extremely low-frequency electromagnetic fields. Furthermore, trams, electric trains, and some industrial processes generate static magnetic fields. Electromagnetic fields produce non-ionizing radiation, which gives rise to the so-called electromagnetic waves pollution, also named electrosmog. A large scientific production study showed harmful effects of exposure to EMFs. In view of these results, the International Commission on Non-Ionizing Radiation Protection published international guidelines in order to recommend exposure limits to EMFs for occupational exposure and for general public exposure. The aim of this thematic issue is to give a further contribution to highlight the problem of electromagnetic waves pollution and to investigate the effects of exposure to EMFs on biological systems even below the EMF limits recommended by ICNIRP.

Conclusion

In conclusion, the studies reported in this thematic issue give further proof of significant effects in cellular functions induced by exposure to intensity levels of ELF-EMFs to which humans are generally exposed. Since it cannot be ruled out that such measured alterations can induce the onset of diseases in humans, it would be advisable to design shielding protection against exposure to EMFs or to plan electromagnetic systems and devices working at frequencies far from natural resonant frequencies of biological systems. These frequencies would be discovered in future research.

Open access paper: https://www.mdpi.com/2071-1050/10/9/3326/htm

--

**Amyotrophic Lateral Sclerosis and Occupational Exposures: A Systematic Literature Review and Meta-Analyses**

Gunnarsson LG, Bodin L. Amyotrophic Lateral Sclerosis and Occupational Exposures: A Systematic Literature Review and Meta-Analyses. Int J Environ Res Public Health. 2018 Oct 26;15(11). pii: E2371. doi: 10.3390/ijerph15112371.

Abstract

Objectives: We conducted a systematic literature review to identify studies fulfilling good scientific epidemiological standards for use in meta-analyses of occupational risk factors for amyotrophic lateral sclerosis (ALS).

Methods: We identified 79 original publications on associations between work and ALS. The MOOSE (Meta-analysis Of Observational Studies in Epidemiology) and GRADE (Grading of Recommendations, Assessment, Development and Evaluations) guidelines were used to ensure high scientific quality, and reliable protocols were applied to classify the articles. Thirty-seven articles fulfilled good scientific standards, while 42 were methodologically deficient and thus were excluded from our meta-analyses.

Results: The weighted relative risks for the various occupational exposures were respectively; 1.29 (95% confidence interval (CI): 0.97⁻1.72; six articles) for heavy physical work, 3.98 (95% CI: 2.04⁻7.77; three articles) for professional sports, 1.45 (95% CI: 1.07⁻1.96; six articles) for metals, 1.19 (95% CI: 1.07⁻1.33; 10 articles) for chemicals, 1.18 (95% CI: 1.07⁻1.31; 16 articles) for electromagnetic fields or working with electricity, and 1.18 (95% CI: 1.05⁻1.34; four articles) for working as a nurse or physician.

Conclusions: Meta-analyses based only on epidemiologic publications of good scientific quality show that the risk of ALS is statistically significantly elevated for occupational exposures to excessive physical work, chemicals (especially pesticides), metals (especially lead), and possibly also to electromagnetic fields and health care work. These results are not explained by publication bias.

https://www.ncbi.nlm.nih.gov/pubmed/30373166

--

**The role of melatonin in preventing ovarian tissue damage in rats exposed to magnetic fields**

Küçük Z, Erkayıran U, Çaydere M, Kayaalp D, Karca Altıncaba D. The role of melatonin in preventing ovarian tissue damage in rats exposed to magnetic fields. Turk J Med Sci. 2018 Oct 31;48(5):1073-1079. doi: 10.3906/sag-1707-98.

Abstract

OBJECTIVES: We observed the efficacy of melatonin in preventing ovarian tissue damage in rats exposed to magnetic fields.

MATERIALS AND METHODS: Forty rats were divided into four treatment groups: Group 1, control group (n = 10); Group 2, melatonin administration only (n = 10); Group 3, magnetic field exposure only (n = 10); Group 4, magnetic field exposure with melatonin administration (n = 10). The magnetic field was applied at a dose of 20 µT for 30 min/day for 10 days. Melatonin was orally administered at a dose of 10 mg/kg. We evaluated follicle count, degree of fibrosis, amount of adhesion, amount of apoptosis, ovarian dimensions, and follicular degeneration by dissecting the ovaries of the rats on day 11, and differences among the groups were evaluated.

RESULTS: Group 3 had an increased amount of follicle degeneration, more fibrosis, and more adhesion than Group 4, but these findings were not statistically significant. The apoptosis scores in Groups 1 and 2 were significantly lower than in the other groups. Ovarian dimensions were significantly decreased in Group 3. Follicular degeneration was significantly increased in Group 3.

CONCLUSION: Exogenously administered melatonin, if used at much higher doses orally, may be a noncytotoxic, antiapoptotic agent and may also have a protective effect on ovarian tissue damage that radiation can cause at the level of fine structure

https://www.ncbi.nlm.nih.gov/pubmed/30384578

--

**ELF EMF decreases serum levels of Interleukin-17, transforming growth factor-β and downregulates Foxp3 in the Spleen**

Mahdavinejad L, Alahgholi-Hajibehzad M, Eftekharian MM, Zaerieghane Z, Salehi I, Hajilooi M, Mahaki H, Zamani A. Extremely Low Frequency Electromagnetic Fields Decrease Serum Levels of Interleukin-17, Transforming Growth Factor-β and Downregulate Foxp3 Expression in the Spleen. J Interferon Cytokine Res. 2018 Oct;38(10):457-462. doi: 10.1089/jir.2018.0048.

184

Abstract

The study aimed to determine effect of extremely low frequency (50 Hz) electromagnetic fields (ELF-EMFs) exposure on serum levels of interleukin-17 (IL-17) and transforming growth factor-β (TGF-β) as signature cytokines of Th17 and regulatory T (Treg) cells, respectively. Retinoid-related orphan receptor γT and transcription factor forkhead box P3 (Foxp3) expression levels as lineage defining of Th17 and Treg cells were also assessed in the spleen and thymus. Eighty male rats were separated into 4 exposed groups (1, 100, 500, and 2,000 µT magnetic flux intensities) and a control. All rats were immunized by human serum albumin after 1 month of the exposure and the experiment was continued in the same manner for 1 month more. The results demonstrated that the weight of thymuses was significantly declined at intensity of 2,000 µT. At the preimmunization phase, the serum levels of IL-17 and TGF-β were significantly decreased at intensities of 1 and 100 µT. The expression of Foxp3 was also downregulated at intensities of 1 and 100 µT. In conclusion, low intensities of ELF-EMF may reduce the serum levels of IL-17 and TGF-β and downregulate the expression of Foxp3 in spleen.

https://www.ncbi.nlm.nih.gov/pubmed/30328796

--

**Systematic Derivation of Safety Limits for Time-Varying 5G Radiofrequency Exposure Based on Analytical Models and Thermal Dose**

Neufeld E, Kuster N. Systematic Derivation of Safety Limits for Time-Varying 5G Radiofrequency Exposure Based on Analytical Models and Thermal Dose. Health Phys. 2018 Sep 21. doi: 10.1097/HP.0000000000000930.

Abstract

Extreme broadband wireless devices operating above 10 GHz may transmit data in bursts of a few milliseconds to seconds. Even though the time- and area-averaged power density values remain within the acceptable safety limits for continuous exposure, these bursts may lead to short temperature spikes in the skin of exposed people. In this paper, a novel analytical approach to pulsed heating is developed and applied to assess the peak-to-average temperature ratio as a function of the pulse fraction α (relative to the averaging time [INCREMENT]T; it corresponds to the inverse of the peak-to-average ratio). This has been analyzed for two different perfusion-related thermal time constants (τ1 = 100 s and 500 s) corresponding to plane-wave and localized exposures. To allow for peak temperatures that considerably exceed the 1 K increase, the CEM43 tissue damage model, with an experimental-data-based damage threshold for human skin of 600 min, is used to allow large temperature oscillations that remain below the level at which tissue damage occurs. To stay consistent with the current safety guidelines, safety factors of 10 for occupational exposure and 50 for the general public were applied. The model assumptions and limitations (e.g., employed thermal and tissue damage models, homogeneous skin, consideration of localized exposure by a modified time constant) are discussed in detail. The results demonstrate that the maximum averaging time, based on the assumption of a thermal time constant of 100 s, is 240 s if the maximum local temperature increase for continuous-wave exposure is limited to 1 K and α ≥ 0.1. For a very low peak-to-average ratio of 100 (α ≥ 0.01), it decreases to only 30 s. The results also show that the peak-to-average ratio of 1,000 tolerated by the International Council on Non-Ionizing Radiation Protection guidelines may lead to permanent tissue damage after even short exposures, highlighting the importance of revisiting existing exposure guidelines.

https://www.ncbi.nlm.nih.gov/pubmed/30247338

JA 01788

--

**Temperature Increase and Specific Absorption Rate Distribution in Human Breast from Cell Phone Radiation**

Kunter, FC, Gündüz C, Seker SS. Temperature increase and Specific Absorption Rate distribution in human breast from cell phone radiation.J Med Imaging Health Informatics. 8(6):1186-1191. DOI: 10.1166/jmihi.2018.2418. Aug 2018.

Abstract

This study describes the cell phone radiation effect on the healthy and unhealthy female breast tissue to establish safety criteria and to detect the cancerous tissue. A computational modeling is performed at 900 MHz and 1800 MHz with a sphere shaped breast and cancerous tissue in different configurations. Thermal investigation is performed through the heat transfer equation to determine temperature and specific absorption rate elevation in the female breast tissue. First, healthy breast tissue is excited with an antenna of which distances to the breast is varying. Next, the distribution of temperature and specific absorption rate are estimated on the different radius of cancerous breast tissue which is located at the center and at the bottom of the breast, respectively. The simulated temperature and the specific absorption rate values imply that the values are ascending with the size of the tumor whereas descending as the source is positioned further.

http://www.ingentaconnect.com/content/asp/jmihi/2018/00000008/00000006/art00012

--

**Personal Exposure to RF EMF among Australian Adults**

Zeleke BM, Brzozek C, Bhatt CR, Abramson MJ, Freudenstein F, Wiedemann P, Geza Benke G. Personal Exposure to Radio Frequency Electromagnetic Fields among Australian Adults. Published Oct 12, 2018 Int. J. Environ. Res. Public Health 2018, 15(10), 2234; https://doi.org/10.3390/ijerph15102234

(This article belongs to the Special Issue Electric, Magnetic, and Electromagnetic Fields in Biology and Medicine: From Mechanisms to Biomedical Applications)

Abstract

The measurement of personal exposure to radiofrequency electromagnetic fields (RF-EMFs) is important for epidemiological studies. RF-EMF exposure can be measured using personal exposimeters that register RF-EMFs over a wide range of frequency bands. This study aimed to measure and describe personal RF-EMF exposure levels from a wide range of frequency bands. Measurements were recorded from 63 participants over an average of 27.4 (±4.5) hours. RF-EMF exposure levels were computed for each frequency band, as well as from downlink (RF from mobile phone base station), uplink (RF from mobile phone handsets), broadcast, and Wi-Fi. Participants had a mean (±SD) age of 36.9 ± 12.5 years; 66.7% were women; and almost all (98.2%) from urban areas. A Wi-Fi router at home was reported by 61 participants (96.8%), with 38 (61.2%) having a Wi-Fi enabled smart TV. Overall, 26 (41.3%) participants had noticed the existence of a mobile phone base station in their neighborhood. On average, participants estimated the distance between the base station and their usual residence to be about 500 m. The median personal RF-EMF exposure was 208 mV/m. Downlink contributed 40.4% of the total RF-EMF exposure, followed by broadcast (22.4%), uplink (17.3%), and Wi-Fi (15.9%). RF-EMF exposure levels on weekdays were higher than weekends (p < 0.05).

JA 01789

Downlink and broadcast are the main contributors to total RF-EMF personal exposure. Personal RF-EMF exposure levels vary according to day of the week and time of day.

Open access paper: https://www.mdpi.com/1660-4601/15/10/2234

--

**Estimation of TETRA radio use in the Airwave Health Monitoring Study of the British police forces**

Vergnaud AC, Aresu M, Kongsgård HW, McRobie D, Singh D, Spear J, Heard A, Gao H, Carpenter JR, Elliott P. Estimation of TETRA radio use in the Airwave Health Monitoring Study of the British police forces. Environ Res. 2018 Nov;167:169-174. doi: 10.1016/j.envres.2018.07.015.

Abstract

BACKGROUND: The Airwave Health Monitoring Study aims to investigate the possible long-term health effects of Terrestrial Trunked Radio (TETRA) use among the police forces in Great Britain. Here, we investigate whether objective data from the network operator could be used to correct for misreporting in self-reported data and expand the radio usage availability in our cohort.

METHODS: We estimated average monthly usage of personal radio in the 12 months prior to enrolment from a missing value imputation model and evaluated its performance against objective and self-reported data. Factors associated with TETRA radio usage variables were investigated using Chi-square tests and analysis of variance.

RESULTS: The imputed data were better correlated with objective than self-reported usage (Spearman correlation coefficient = 0.72 vs. 0. 52 and kappa 0.56 [95% confidence interval 0.55, 0.56] vs. 0.46 [0.45, 0.47]), although the imputation model tended to under-estimate use for higher users. Participants with higher personal radio usage were more likely to be younger, men vs. women and officer vs. staff. The median average monthly usage level for the entire cohort was estimated to be 29.3 min (95% CI: [7.2, 66.6]).

CONCLUSION: The availability of objective personal radio records for a large proportion of users allowed us to develop a robust imputation model and hence obtain personal radio usage estimates for ~50,000 participants. This substantially reduced exposure misclassification compared to using self-reported data and will allow us to carry out analyses of TETRA usage for the entire cohort in future work.

**https://www.ncbi.nlm.nih.gov/pubmed/30014898**

--

**Nonparticipation selection bias in the MOBI-Kids Study**

Turner MC, Gracia-Lavedan E, Momoli F, Langer CE, Castaño-Vinyals G, Kundi M, Maule M, Merletti F, Sadetzki S, Vermeulen R, Albert A, Alguacil J, Aragones N, Badia F, Bruchim R, Carretero G, Kojimahara N, Lacour B, Morales-Suarez-Varela M, Radon K, Remen T, Weinmann T, Yamaguchi N, Cardis E. Nonparticipation selection bias in the MOBI-Kids Study. Epidemiology. Oct 1, 2018. doi: 10.1097/EDE.0000000000000932.

Abstract

JA 01790

BACKGROUND: MOBI-Kids is a 14-country case-control study designed to investigate the potential effects of electromagnetic field exposure from mobile telecommunications devices on brain tumor risk in children and young adults conducted from 2010-2016. This work describes differences in cellular telephone use and personal characteristics among interviewed participants and refusers responding to a brief non-respondent questionnaire. It also assesses the potential impact of non-participationDrafts selection bias on study findings.

METHODS: We compared non-respondent questionnaires completed by 77 case and 498 control refusers with responses from 683 interviewed cases and 1,501 controls (suspected appendicitis patients) in six countries (France, Germany, Israel, Italy, Japan, and Spain). We derived selection bias factors and estimated inverse probability of selection weights for use in analysis of MOBI-Kids data.

RESULTS: The prevalence of ever regular use was somewhat higher among interviewed participants than non-respondent questionnaire respondents aged 10-14 years (68% vs 62% controls, 63% vs 48% cases); in those 20-24 years, the prevalence was ≥ 97%. Interviewed controls and cases in the 15-19- and 20-24-year age groups were more likely to have a time since start of use of 5+ years. Selection bias factors generally indicated a small underestimation in cellular telephone odds ratios (ORs) ranging from 0.96-0.97 for ever regular use and 0.92-0.94 for time since start of use (5+ years), but varied in alternative hypothetical scenarios considered.

CONCLUSIONS: Although limited by small numbers of non-respondent questionnaire respondents, findings generally indicated a small underestimation in cellular telephone ORs due to selective non-participation.

Open access paper: https://www.ncbi.nlm.nih.gov/pubmed/30299406

--

**Letter to the Editor concerning the paper "A novel database of bio-effects from non-ionizing radiation"**

Drießen S, Dechent D, Graefrath D, Petri A-K, Bodewein L, Emonds T, Kraus T. Letter to the Editor concerning the paper "A novel database of bio-effects from non-ionizing radiation." Reviews on Environmental Health. Oct 11, 2018. https://doi.org/10.1515/reveh-2018-0056

Excerpts

Over the past decade my colleagues and I have provided the EMF-Portal, a database on non-ionizing electromagnetic fields, launched by RWTH Aachen University, Germany. Today, the database of the EMF-Portal consists of more than 27,000 scientific publications, and the number is growing every day. The World Health Organization has also honored our EMF platform for many years and recommends it as a reference database.

Over the last 10 years, the EMF-Portal was mainly funded by German institutions, in spite of the fact that about 80% of our users are from other countries. However, because the debate in Germany about electromagnetic fields in the radiofrequency area has greatly decreased, we no longer have the same financial resources at our disposal as in previous years. As a result, we had to stop reviewing and uploading new articles about radiofrequency and mobile communications. Papers on biological effects caused by extremely low frequency fields (<10 MHz) have never been affected by this decision and have been continuously imported into the EMF-Portal. All this information is available on our homepage.

In the meantime, thanks to the financial support of our valuable users, we were able once again, to import articles from the radiofrequency range into the EMF-Portal (up to April 30, 2018). We hope to find a solution that allows for this service to continue past this date.

JA 01791

In addition, we would like to make a comment about the "effect/no effect" feature in the ORSAA database presented by the authors. According to Table 2 in their article, every study is indicated as an "effect study" if an observed change of status occurred in one or more parameters examined. Thus, as an example, the study by Sommer et al. (2) on lymphoma development is counted as an "effect study", because the body weight of the investigated animals increased, although survival rate and lymphoma incidence did not differ between exposed mice and mice in the control group.

In our opinion, such a global categorization biases studies towards an "effect study" classification although the main outcome was "no effect". Results of this analysis, as presented in their article, where 3 times more biological "Effect" than "No Effect" papers have been identified, might rather indicate this strong bias. For us, this is a real shortcoming in a self-declared non-biased database. To prevent such a bias and to promote a critical and differentiated discussion, we have decided not to offer such a feature in the EMF-Portal.

https://www.ncbi.nlm.nih.gov/pubmed/30307899

--

**Probing Origins of 1,800 MHz RF EMR Induced Damage in Mouse Immortalized Germ Cells and Spermatozoa in vitro**

Houston BJ, Nixon B, King BV, Aitken RJ, De Iuliis GN. Probing the origins of 1,800 MHz radio frequency electromagnetic radiation induced damage in mouse immortalized germ cells and spermatozoa in vitro. Front. Public Health. 2018 Sep 21. https://doi.org/10.3389/fpubh.2018.00270

As the use of mobile phone devices is now highly prevalent, many studies have sought to evaluate the effects of the radiofrequency-electromagnetic radiation (RF-EMR) on both human health and biology. While several such studies have shown RF-EMR is capable of inducing cellular stress, the physicobiological origin of this stress remains largely unresolved. To explore the effect of RF-EMR on the male reproductive system, we exposed cultured mouse spermatogonial GC1 and spermatocyte GC2 cell lines, as well as cauda epididymal spermatozoa to a waveguide generating continuous wave RF-EMR (1.8 GHz, 0.15 and 1.5 W/kg). This study demonstrated that a 4 h exposure is capable of inducing the generation of mitochondrial reactive oxygen species (ROS) in populations of GC1 (7 vs. 18%; $p < 0.001$) and GC2 cells (11.5 vs. 16 %; $p < 0.01$), identifying Complex III of the electron transport chain (ETC) as the potential source of electrons producing ROS. Assessing the generation of ROS in the presence of an antioxidant, penicillamine, as well as measuring lipid peroxidation via 4-hydroxynonenal levels, indicated that the elevated incidence of ROS generation observed under our exposure conditions did not necessarily induce an overt cellular oxidative stress response. However, exposure to RF-EMR at 0.15 W/kg for 3 h did induce significant DNA fragmentation in spermatozoa (that was no longer significant after 4 h), assessed by the alkaline comet assay ($p < 0.05$). Furthermore, this fragmentation was accompanied by an induction of oxidative DNA damage in the form of 8-hydroxy-2'-deoxyguanosine, which was significant ($p < 0.05$) after spermatozoa were exposed to RF-EMR for 4 h. At this exposure time point, a decline in sperm motility ($p < 0.05$) was also observed. This study contributes new evidence toward elucidating a mechanism to account for the effects of RF-EMR on biological systems, proposing Complex III of the mitochondrial ETC as the key target of this radiation.

Open access paper: https://www.frontiersin.org/articles/10.3389/fpubh.2018.00270/full

--

**The effect of 2.45 GHz non-ionizing radiation on the structure and ultrastructure of the testis in juvenile rats**

189

Šimaiová V, Almášiová V, Holovská K, Kisková T, Horváthová F, Ševčíková Z, Tóth Š, Raček A, Račeková E, Beňová K, Dvořák P, Cigánková V. The effect of 2.45 GHz non-ionizing radiation on the structure and ultrastructure of the testis in juvenile rats. Histol Histopathol. 2018 Sep 27:18049. doi: 10.14670/HH-18-049.

Abstract

BACKGROUND: Nowadays, mobile devices that emit non-ionizing electromagnetic radiation (EMR) are predominantly used by juveniles and pubescents. The aim of the present study was to evaluate the effect of whole body pulsed EMR on the juvenile Wistar albino rat testis at a frequency of 2.45 GHz and mean power density of 2.8 mW/cm².

METHODS: The investigated animals (n=24) were divided into two control and two EMR groups (5 and 6 week old rats; 6 rats per group). Both EMR groups were irradiated continually for 3 weeks (2h/day) from postnatal days 14 and 21, respectively.

RESULTS: EMR caused an irregular shape of seminiferous tubules with desquamated immature germ cells in the lumen, a large number of empty spaces along the seminiferous epithelium and dilated and congested blood vessels in the interstitial tissue of the testis. The cytoplasm of Sertoli cells showed strong vacuolization and damaged organelles, with the cytoplasm full of different heterophagic and lipid vacuoles or the cytoplasm of spermatocytes with swollen mitochondria in both irradiated groups. A significant increase in the total tubular area of seminiferous tubules was observed in both EMR groups compared with controls (P<0.001). A significant increase in the TUNEL-positive apoptotic nuclei (P<0.01) was accompanied by a significant rise in both Cu-Zn-SOD (P<0.01) and Mn-SOD (P<0.001) positive cells in the 6 week old experimental rats compared to control animals.

CONCLUSION: Our results confirmed a harmful effect of non-ionizing radiation on the structure and ultrastructure of the juvenile rat testis.

https://www.ncbi.nlm.nih.gov/pubmed/30259955


All experimental rats were exposed to whole-body pulsed non-ionizing electromagnetic radiation at a frequency of 2.45 GHz and mean power density of 2.8 mW/ cm² in a purpose-designed chamber (Fig. 1). The uniformity of the electromagnetic field was monitored with a spectral analyser.

--

## The effect of 20-week continuous 60 Hz magnetic field exposure on testicular function in Sprague-Dawley rats

Park S, Kim YJ, Kim MS, Kim HS, Kim MW, Kang YM, Lee SK, Choi KC, Kim N, Gimm YM, Kim YW. The effect of 20-week continuous 60 Hz magnetic field exposure on testicular function in Sprague-Dawley rats. Bioelectromagnetics. 2018 Oct 5. doi: 10.1002/bem.22146.

Abstract

Accumulating evidence does not yet confirm the effect of power line frequency magnetic field (MF) on human health and fertility. We recently reported that, at continuous 60 Hz MF exposure in mice, the dose given as magnetic flux density (tesla; T) and duration of exposure was related to induce testicular germ cell apoptosis.

190

We aimed to characterize the effect of a 20-week continuous exposure to 60 Hz MF on the motility, morphology, and number of sperm as well as the apoptosis of testicular germ cell in rats. Sprague-Dawley rats were exposed for 20 weeks to 60 Hz MF of 2, 20, or 200 µT for 24 h/day with rats exposed to sham conditions, serving as the control. The exposure to 60 Hz MF of 2 and 20 µT had no effects on testicular in this study. The exposure to 60 Hz MF of 200 µT for 20 weeks induced increases of the apoptotic cells (P < 0.001) in germ cells and decreases of sperm numbers (P < 0.05). However, the MF did not significantly affect the body or testis mass, seminiferous tubule diameter, or the motility or morphology of sperm. This study concluded that exposure to 60 Hz MF of 200 µT can increase testicular germ cell apoptosis, especially spermatogonia, and reduce sperm count. Also compared to previous mice studies, rats are less sensitive than mice to exposure to 60 Hz MF.

https://www.ncbi.nlm.nih.gov/pubmed/30289990

--

**Effects of exposure to ELF-EMF on spatial & passive avoidance learning & memory, anxiety-like behavior & oxidative stress in male rats**

Asaad Karimi S, Salehi I, Shykhi T, Zare S, Komaki A. Effects of exposure to extremely low-frequency electromagnetic fields on spatial and passive avoidance learning and memory, anxiety-like behavior and oxidative stress in male rats. Behav Brain Res. 2018 Oct 2. pii: S0166-4328(18)31074-X. doi: 10.1016/j.bbr.2018.10.002.

Abstract

There are many controversies about the safety of extremely low-frequency electromagnetic field (ELF-EMF) on body health and cognitive performance. In the present study, we explored the effects of ELF-EMF on oxidative stress and behaviors of rats. Seventy-two adult male Wistar rats were randomly divided into following groups, control, sham exposure group and the ELF-EMF exposure groups (1 µT, 100 µT, 500 µT, and 2000 µT). After 60 days exposure (2 h/day), elevated plus maze (EPM), Morris water maze (MWM) and Passive avoidance learning (PAL) tasks were used to evaluate the anxiety-like behavior, spatial and passive learning and memory, respectively. Some days after behavioral examination, oxidative stress markers were measured. During spatial reference memory test, animals in ELF-EMF exposure groups (100, and 2000 µT) spent more time in target zone ($F_{(4, 55)} = 5.699$, P = 0.0007, One-way ANOVA). In PAL retention, the step through latency in the retention test (STLr) in ELF-EMF exposure groups (100,500, and 2000 µT) was significantly greater than control group ($F_{(4, 55)} = 29.13$, P < 0.0001, One-way ANOVA). In EPM test, ELF-EMF exposure (500 and 2000 µT) decreased the percentage of the entries into the open arms ($F_{(4, 55)} = 26.31$, P < 0.0001, one-way ANOVA). ELF-EMF exposure (100, and 500 µT) increased Malondialdehyde (MDA) concentration ($F_{(4, 25)} = 79.83$, P < 0.0001, One-way ANOVA). Our results may allow the conclusion that exposure to ELF-EMFs can improve memory retention (but not acquisition) in the adult male rats. Although exposure to ELF-EMFs could be a factor in the development of anxious state or oxidative stress.

https://www.ncbi.nlm.nih.gov/pubmed/30290199

--

**Low-intensity EMFs induce human cryptochrome to modulate intracellular reactive oxygen species**

JA 01794

Sherrard RM, Morellini N, Jourdan N, El-Esawi M, Arthaut LD, Niessner C, Rouyer F, Klarsfeld A, Doulazmi M, Witczak J, d'Harlingue A, Mariani J, Mclure I, Martino CF, Ahmad M. Low-intensity electromagnetic fields induce human cryptochrome to modulate intracellular reactive oxygen species. PLoS Biol. 2018 Oct 2;16(10):e2006229. doi: 10.1371/journal.pbio.2006229.

Abstract

Exposure to man-made electromagnetic fields (EMFs), which increasingly pollute our environment, have consequences for human health about which there is continuing ignorance and debate. Whereas there is considerable ongoing concern about their harmful effects, magnetic fields are at the same time being applied as therapeutic tools in regenerative medicine, oncology, orthopedics, and neurology. This paradox cannot be resolved until the cellular mechanisms underlying such effects are identified. Here, we show by biochemical and imaging experiments that exposure of mammalian cells to weak pulsed electromagnetic fields (PEMFs) stimulates rapid accumulation of reactive oxygen species (ROS), a potentially toxic metabolite with multiple roles in stress response and cellular ageing. Following exposure to PEMF, cell growth is slowed, and ROS-responsive genes are induced. These effects require the presence of cryptochrome, a putative magnetosensor that synthesizes ROS. We conclude that modulation of intracellular ROS via cryptochromes represents a general response to weak EMFs, which can account for either therapeutic or pathological effects depending on exposure. Clinically, our findings provide a rationale to optimize low field magnetic stimulation for novel therapeutic applications while warning against the possibility of harmful synergistic effects with environmental agents that further increase intracellular ROS.

Author summary

Repetitive low-intensity magnetic stimulation has been used in the treatment of disease for over 50 years. Associated benefits have included alleviation of depression, memory loss, and symptoms of Parkinson disease, as well as accelerated bone and wound healing and the treatment of certain cancers, independently of surgery or drugs. However, the cellular mechanisms underlying these effects remain unclear. Here, we demonstrate that repetitive magnetic field exposure in human cells stimulates production of biological stress response chemicals known as reactive oxygen species (ROS). At moderate doses, we find that reactive oxygen actively stimulates cellular repair and stress response pathways, which might account for the observed therapeutic effects to repetitive magnetic stimulation. We further show that this response requires the function of a well-characterized, evolutionarily conserved flavoprotein receptor known as cryptochrome, which has been implicated in magnetic sensing in organisms ranging from plants to flies, including migratory birds. We conclude that exposure to weak magnetic fields induces the production of ROS in human cells and that this process requires the presence of the cryptochrome receptor.

Editor's Note:

This Short Report received positive reviews by experts. The Academic Editor has written an accompanying Primer that we are publishing alongside this article (https://doi.org/10.1371/journal.pbio.3000018). The linked Primer presents a complementary expert perspective; it discusses considerations about the status of knowledge and experimental systems in the field that encourage cautious interpretation.

Open access paper: https://journals.plos.org/plosbiology/article?id=10.1371/journal.pbio.2006229

--

**Cryptochrome: The magnetosensor with a sinister side?**

JA 01795

Landler L, Keays DA (2018) Cryptochrome: The magnetosensor with a sinister side? PLoS Biol 16(10): e3000018. https://doi.org/10.1371/journal.pbio.3000018.

No abstract.

Open access paper: https://journals.plos.org/plosbiology/article?id=10.1371/journal.pbio.3000018

--

**Coupling of oxidative stress responses to tricarboxylic acid cycle & prostaglandin E2 alterations in Caenorhabditis elegans under ELF-EMF**

Sun Y, Shi Z, Wang Y, Tang C, Liao Y, Yang C, Cai P. Coupling of oxidative stress responses to tricarboxylic acid cycle and prostaglandin E2 alterations in Caenorhabditis elegans under extremely low-frequency electromagnetic field. Int J Radiat Biol. 2018 Oct 11:1-8. doi: 10.1080/09553002.2019.1524943.

Abstract

PURPOSE:  With all-pervasive presence of extremely low-frequency electromagnetic field (ELF-EMF) in modern life, ELF-EMF has been regarded as an essential factor which may induce changes in many organisms. The objective of the present study was to investigate the physiological responses of Caenorhabditis elegans (C. elegans) to 50 Hz, 3 mT ELF-EMF exposure.

MATERIALS AND METHODS: Worms were exposed to ELF-EMF from the egg stage until reaching the fourth larva (L4) stage. After exposure, expressions of the tricarboxylic acid (TCA) cycle enzymes were examined by qRT-PCR and western blot analysis. Two lipid metabolites were detected by GC-MS. Reactive oxygen species (ROS) level was detected by dichlorofluorescein staining and worm antioxidant system was investigated by enzymatic activity analysis, including detection of the superoxide dismutase and catalase (CAT) activity and the total antioxidant capacity (T-AOC).

RESULTS:  The TCA cycle enzyme, fumarase was found with decreased expression under ELF-EMF exposure. And arachidonic acid (ArA) and prostaglandin E2(PGE2) showed elevated concentrations, with increased expression of prostaglandin E2 synthase (PGES-2) in ELF-EMF exposed worms. Significant elevation of ROS level was identified accompanied with the significant depression of T-AOC in response to ELF-EMF.

CONCLUSIONS:  Our results suggested that exposure to 50 Hz, 3 mT ELF-EMF in C. elegans can elicit disruptions of the TCA cycle metabolism and PGE2 formation, coupling ELF-EMF-induced oxidative stress responses. Our study probably will attract increasing attentions to the controllable application of ELF-EMF associated with health and disease.

https://www.ncbi.nlm.nih.gov/pubmed/30307357

--

**Effects of weak static magnetic fields on the gene expression of seedlings of Arabidopsis thaliana**

Dhiman SK, Galland P. Effects of weak static magnetic fields on the gene expression of seedlings of Arabidopsis thaliana. J Plant Physiol. 2018 Sep 3;231:9-18. doi: 10.1016/j.jplph.2018.08.016.

193

Abstract

Magnetic-field reception of animals and plants is currently discussed in the framework of a cryptochrome-based radical-pair mechanism. Efforts to unravel magnetoreception in plants suffered historically from several shortcomings, most prominently, the conspicuous absence of detailed stimulus-response relationships. To determine the sensitivity of seedlings of Arabidopsis thaliana to weak static magnetic fields we generated stimulus-response curves between near zero and 188 µT for the transcript levels of the genes rbcl, cab4, pal4 and ef1. The moderate magneto-responsiveness of dark-grown seedlings was greatly enhanced under blue light, and for rbcl and pal4 also under red light. The stimulus-response curves obtained under blue light of constant photon-fluence rate displayed multiple maxima and thus a pattern fundamentally different from that prevalent in plant and animal physiology. A double mutant lacking cryptochromes 1 and 2 displayed altered stimulus-response curves without losing, however, magneto-responsiveness completely. A reversal of the magnetic field direction substantially affected the gene expression and the quantity of CAB-protein (chlorophyll a,b-binding protein). The majority of our results are at variance with the notion of cryptochromes acting as the only magnetic-field sensors. They do not, however, exclude the possibility that cryptochromes participate in the magnetic field reception of Arabidopsis. The findings have the unexpected implication that cryptochrome- and phytochrome-mediated plant responses can be modulated by the strength and the orientation of the local geomagnetic field.

https://www.ncbi.nlm.nih.gov/pubmed/30199755

--

**Some recommendations for experimental work in magnetobiology, revisited**

Makinistian L, Muehsam DJ, Bersani F, Belyaev I. Some recommendations for experimental work in magnetobiology, revisited. Bioelectromagnetics. 2018 Oct 10. doi: 10.1002/bem.22144.

No abstract.

https://www.ncbi.nlm.nih.gov/pubmed/30303544

--

**Weak power frequency magnetic fields induce microtubule cytoskeleton reorganization depending on epidermal growth factor receptor & calcium signaling**

Wu X, Du J, Song W, Cao M, Chen S, Xia R. Weak power frequency magnetic fields induce microtubule cytoskeleton reorganization depending on the epidermal growth factor receptor and the calcium related signaling. PLoS One. 2018 Oct 12;13(10):e0205569. doi: 10.1371/journal.pone.0205569.

Abstract

We have shown previously that a weak 50 Hz magnetic field (MF) invoked the actin-cytoskeleton, and provoked cell migration at the celllevel, probably through activating the epidermal growth factor receptor (EGFR) related motility pathways. However, whether the MF also affects the microtubule (MT)-cytoskeleton is still unknown. In this article, we continuously investigate the effects of 0.4 mT, 50 Hz MF on the MT, and try to understand if the MT effects are also associated with the EGFR pathway as the actin-cytoskeleton effects

194

were. Our results strongly suggest that the MF effects are similar to that of EGF stimulation on the MT cytoskeleton, showing that 1) the MF suppressed MT in multiple cell types including PC12 and FL; 2) the MF promoted the clustering of the EGFR at the protein and the cell levels, in a similar way of that EGF did but with higher sensitivity to PD153035 inhibition, and triggered EGFR phosphorylation on sites of Y1173 and S1046/1047; 3) these effects were strongly depending on the Ca2+ signaling through the L-type calcium channel (LTCC) phosphorylation and elevation of the intracellular Ca2+ level. Strong associations were observed between EGFR and the Ca2+ signaling to regulate the MF-induced-reorganization of the cytoskeleton network, via phosphorylating the signaling proteins in the two pathways, including a significant MT protein, tau. These results strongly suggest that the MF activates the overall cytoskeleton in the absence of EGF, through a mechanism related to both the EGFR and the LTCC/Ca2+ signaling pathways.

Open access paper: https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0205569

--

**Commentary on NTP cell phone data for assessing human health risks despite unfounded criticisms aimed at minimizing findings**

Melnick RL. Commentary on the utility of the National Toxicology Program study on cell phone radiofrequency radiation data for assessing human health risks despite unfounded criticisms aimed at minimizing the findings of adverse health effects. Environ Res. 2018 Sep 19;168:1-6. doi: 10.1016/j.envres.2018.09.010.

Abstract

The National Toxicology Program (NTP) conducted two-year studies of cell phone radiation in rats and mice exposed to CDMA- or GSM-modulated radiofrequency radiation (RFR) at exposure intensities in the brain of rats that were similar to or only slightly higher than potential, localized human exposures from cell phones held next to the head. This study was designed to test the (null) hypothesis that cell phone radiation at non-thermal exposure intensities could not cause adverse health effects, and to provide dose-response data for any detected toxic or carcinogenic effects. Partial findings released from that study showed significantly increased incidences and/or trends for gliomas and glial cell hyperplasias in the brain and schwannomas and Schwann cell hyperplasias in the heart of exposed male rats. These results, as well as the findings of significantly increased DNA damage (strand breaks) in the brains of exposed rats and mice, reduced pup birth weights when pregnant dams were exposed to GSM- or CDMA-modulated RFR, and the induction of cardiomyopathy of the right ventricle in male and female rats clearly demonstrate that the null hypothesis has been disproved. The NTP findings are most important because the International Agency for Research on Cancer (IARC) classified RFR as a "possible human carcinogen" based largely on increased risks of gliomas and acoustic neuromas (which are Schwann cell tumors on the acoustic nerve) among long term users of cell phones. The concordance between rats and humans in cell type affected by RFR strengthens the animal-to-human association. This commentary addresses several unfounded criticisms about the design and results of the NTP study that have been promoted to minimize the utility of the experimental data on RFR for assessing human health risks. In contrast to those criticisms, an expert peer-review panel recently concluded that the NTP studies were well designed, and that the results demonstrated that both GSM- and CDMA-modulated RFR were carcinogenic to the heart (schwannomas) and brain (gliomas) of male rats.

https://www.ncbi.nlm.nih.gov/pubmed/30243215

--

**Evaluation of Genotoxicity of Cell Phone Radiation in Male and Female Rats and Mice Following Subchronic Exposure**

Smith-Roe SL, Wyde ME, Stout MD, Winters JW, Hobbs CA, Shepard KG, Green AS, Kissling GE, Tice RR, Bucher JR, Witt KL. Evaluation of the genotoxicity of cell phone radiofrequency radiation in male and female rats and mice following subchronic exposure. 49th Annual Meeting of the Environmental Mutagenesis and Genomics Society. San Antonio, Texas, Sep 22-26, 2018. Environmental and Molecular Mutagenesis; 59 (Suppl. 1): 85-85.  Meeting abstract: P9.  Sep 2018.

National Toxicology Program/NIEHS, Research Triangle Park, NC, and Integrated Laboratory Systems, Inc., Research Triangle Park, NC.

Abstract

The National Toxicology Program tested the two common radiofrequency radiation (RFR) modulations emitted by cellular telephones in a 2-year rodent cancer bioassay that included additional animal cohorts for interim assessments of genotoxicity endpoints.

Male and female Sprague Dawley rats and B6C3F1/N mice were exposed from gestation day 5 or postnatal day 35, respectively, to code division multiple access (CDMA) or global system for mobile (GSM) modulations semi-continuously for 18 h/day in 10 min intervals in reverberation chambers at specific absorption rates (SAR) of 1.5, 3, or 6 W/kg (rats) or 2.5, 5, or 10 W/kg (mice). Rats and mice were exposed at 900 MHz or 1900 MHz, respectively. The interim cohorts, 5 animals per treatment group, were examined after 19 (rats) or 13 (mice) weeks of exposure for evidence of RFR-induced genotoxicity. DNA damage was assessed in three brain regions (frontal cortex, hippocampus, and cerebellum), and in liver cells and blood leukocytes using the comet assay. Chromosomal damage was assessed in peripheral blood erythrocytes using the micronucleus assay.

DNA damage was significantly increased in the frontal cortex of male mice (both modulations), peripheral leukocytes of female mice (CDMA only), and hippocampus of male rats (CDMA only). DNA damage was nominally elevated in several other tissues of RFR-exposed rats, although statistical significance was not achieved. No significant increases in micronucleated red blood cells were observed in rats or mice.

These results suggest that exposure to RFR has the potential to induce measurable DNA damage under certain exposure conditions.

https://onlinelibrary.wiley.com/doi/abs/10.1002/em.22231

--

**Personal exposure to radio-frequency electromagnetic fields in Europe: Is there a generation gap?**

Eeftens M, Struchen B, Birks LE, Cardis E, Estarlich M, Fernandez MF, Gajšek P, Gallastegi M, Huss A, Kheifets L, Meder IK, Olsen J, Torrent M, Trček T, Valič B, Vermeulen R, Vrijheid M, van Wel L, Guxens M, Röösli M. Personal exposure to radio-frequency electromagnetic fields in Europe: Is there a generation gap? Environ Int. 2018 Sep 11;121(Pt 1):216-226. doi: 10.1016/j.envint.2018.09.002.

JA 01799

Highlights

- Exposure to RF-EMF from uplink sources is higher in parents than in their children.
- Diurnal patterns for uplink indicate more phone use between 8 AM and 8 PM.
- Exposure to RF-EMF is correlated between children and parents from the same family.
- Higher RF-EMF levels are found in transport, where the uplink contribution is relatively high.
- The lowest levels are measured at home, school and work, where people spend most time.

Abstract

BACKGROUND: Exposure to radiofrequency electromagnetic fields (RF-EMF) from mobile communication technologies is changing rapidly. To characterize sources and associated variability, we studied the differences and correlations in exposure patterns between children aged 8 to 18 and their parents, over the course of the day, by age, by activity pattern, and for different metrics of exposure.

METHODS: Using portable RF-EMF measurement devices, we collected simultaneous real-time personal measurements of RF-EMF over 24 to 72 h in 294 parent-child pairs from Denmark, the Netherlands, Slovenia, Switzerland, and Spain. The devices measured the power flux density (mW/m2) in 16 different frequency bands every 4 s, and activity diary Apps kept by the participants were used to collect time-activity information in real-time. We analyzed their exposures by activity, for the different source constituents of exposure: downlink (radiation emitted from mobile phone base stations), uplink (transmission from phone to base station), broadcast, DECT (digital enhanced cordless telecommunications) and Wi-Fi. We looked at the correlations between parents and children overall, during day (06:00-22.00) and night (22:00-06:00) and while spending time at home.

RESULTS: The mean of time-weighted average personal exposures was 0.16 mW/m2 for children and 0.15 mW/m2 for parents, on average predominantly originating from downlink sources (47% for children and 45% for parents), followed by uplink (18% and 27% respectively) and broadcast (25% and 19%). On average, exposure for downlink and uplink were highest during the day, and for Wi-Fi and DECT during the evening. Exposure during activities where most of the time is spent (home, school and work) was relatively low whereas exposure during travel and outside activities was higher. Exposure to uplink increased with age among young people, while DECT decreased slightly. Exposure to downlink, broadcast, and Wi-Fi showed no obvious trend with age. We found that exposure to total RF-EMF is correlated among children and their parents (Rspearman = 0.45), especially while at home (0.62) and during the night (0.60). Correlations were higher for environmental sources such as downlink (0.57) and broadcast (0.62) than for usage-related exposures such as uplink (0.29).

CONCLUSION: The generation gap between children and their parents is mostly evident in uplink exposure, due to more and longer uplink and cordless phone calls among parents, and their tendency to spend slightly more time in activities with higher environmental RF-EMF exposure, such as travel. Despite these differences in personal behavior, exposure to RF-EMF is moderately correlated between children and their parents, especially exposures resulting from environmental RF-EMF sources.

https://www.ncbi.nlm.nih.gov/pubmed/30216774

--

**Mobile antenna's impact on human health**

197

Subhan F, Khan A, Ahmed S, Malik SN, Bakshah ST, Tahir S. Mobile antenna's and its impact on human health. J Medical Imaging and Health Informatics. 8(6):1266-1273. DOI: 10.1166/jmihi.2018.2296. Aug 2018.

Abstract

Mobile phones operate by communicating with a base station or cellular antennas. As mobile phone and its base station is a two way radio, they emit radio frequency radiation as a means of communication and hence can expose people near them to these radiations. Several research studies have found a link between cellular antennas and health effects on people living near antennas. These include cardiovascular problems, skin complaints, fatigue, sleep disturbance, memory loss, irritability, visual disruptions, hearing problems, depression, and dizziness. An extensive literature review was done to study the effect of mobile antennas on health including cancer. These studies concluded that incidence of cancer cases was remarkably higher among people who resided in 400 meters from mobile antennas, in comparison to those who lived further away. Females reported statistically more health complaints than males. Inhabitants living close to cellular antennas are also at increased risk for developing neuropsychiatric complaints. There are many proposed national and international criteria, for regulating and approving safety guidelines. All telecommunication companies should follow these safety standards.

http://www.ingentaconnect.com/contentone/asp/jmihi/2018/00000008/00000006/art00023

--

### Individual variation in temporal relationships between RF exposure & physical symptoms: A new approach in studying 'electrosensitivity'

Bogers RP, van Gils A, Clahsen SCS, Vercruijsse W, van Kamp I, Baliatsas C, Rosmalen JGM, Bolte JFB. Individual variation in temporal relationships between exposure to radiofrequency electromagnetic fields and non-specific physical symptoms: A new approach in studying 'electrosensitivity'. Environ Int. 2018 Sep 15;121(Pt 1):297-307. doi: 10.1016/j.envint.2018.08.064.

Abstract

BACKGROUND: Everyday exposure to radiofrequency electromagnetic fields (RF-EMF) emitted from wireless devices such as mobile phones and base stations, radio and television transmitters is ubiquitous. Some people attribute non-specific physical symptoms (NSPS) such as headache and fatigue to exposure to RF-EMF. Most previous laboratory studies or studies that analyzed populations at a group level did not find evidence of an association between RF-EMF exposure and NSPS.

OBJECTIVES: We explored the association between exposure to RF-EMF in daily life and the occurrence of NSPS in individual self-declared electrohypersensitive persons using body worn exposimeters and electronic diaries.

METHODS: We selected seven individuals who attributed their NSPS to RF-EMF exposure. The level of and variability in personal RF-EMF exposure and NSPS were determined during a three-week period. Data were analyzed using time series analysis in which exposure as measured and recorded in the diary was correlated with NSPS.

RESULTS: We found statistically significant correlations between perceived and actual exposure to wireless internet (WiFi - rate of change and number of peaks above threshold) and base stations for mobile telecommunications (GSM + UMTS downlink, rate of change) and NSPS scores in four of the seven participants. In two persons a higher EMF exposure was associated with higher symptom scores, and in two other persons it was associated with lower scores. Remarkably, we found no significant correlations between NSPS and time-weighted average power density, the most commonly used exposure metric.

JA 01801

CONCLUSIONS: RF-EMF exposure was associated either positively or negatively with NSPS in some but not all of the selected self-declared electrohypersensitive persons.

https://www.ncbi.nlm.nih.gov/pubmed/30227317

--

**A 3D human body blockage model for outdoor millimeter-wave cellular communication**

Han B. Wang L, Schotten HD. A 3D human body blockage model for outdoor millimeter-wave cellular communication. Physical Communication, 25(Part 2):502-510. Dec 2017.

Blocking is one of the most important challenges in exploiting millimeter-wave for fifth-generation (5G) cellular communication systems. Compared to blockages caused by buildings or terrains, human body blockage exhibits a higher complexity due to the mobility and dynamic statistics of humans. To support development of outdoor millimeter-wave cellular systems, in this paper we present a novel 3D physical model of human body blockage. Based on the proposed model, the impact of human body blockage on frame-based data transmission is discussed, with respect to the system specifications and environment conditions.

https://ac.els-cdn.com/S1874490717301416/1-s2.0-S1874490717301416-main.pdf?_tid=6f9056cc-5d4c-4122-ac47-95400c448af1&acdnat=1536950496_e5a38b706a7bd8e8c32660210b15710d

--

**Mobile Phone Distance from Head and Temperature Changes of Radio Frequency Waves on Brain Tissue**

Forouharmajd F, Ebrahimi H, Pourabdian S. Mobile Phone Distance from Head and Temperature Changes of Radio Frequency Waves on Brain Tissue. Int J Prev Med. 2018 Jul 20;9:61. doi: 10.4103/ijpvm.IJPVM_70_17.

Abstract

Background: Analyzing the possible negative effects of using cell phones on the users' health is an important and vital affair due to rapid growth and extensive use of these devices on human communications and interactions. The aim of this study was to determine the effect of increasing the distance of cell phones to brain tissue on the temperature of the central and gray matters of brain due to the heat generated by radio frequency waves.

Methods:This study was an experimental study. A cow's brain tissue was analyzed in a compartment with three thicknesses of 2, 12, and 22 mm, in the distances of 4 mm and 4 cm from a cell phone for 15 min. Lutron thermometer was used to measure the tissue temperature, and the data analysis were done by Lutron and MATLAB software packages.

Results: The tissue temperature was increased while confronting with a cell phone in distances of 4 mm and 4 cm in all the three thicknesses of 2, 12, and 22 mm. The tissue temperature was higher after removing the confrontation at 4 mm distance as compared to the distance of 4 cm.

Conclusions: During confrontation and after that with the cell phone, reducing the distance of brain tissue and

199

the cell phone increased the tissue temperature intensely. In fact, by increasing the cell phone distance from brain tissue, the thermal effect of radiofrequency waves was reduced.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6071445/

--

**The effects of radiofrequency radiation on mice fetus weight, length and tissues**

Alimohammadi I, Ashtarinezhad A, Asl BM, Masruri B, Moghadasi N. The effects of radiofrequency radiation on mice fetus weight, length and tissues. Data Brief. 2018 Jun 30;19:2189-2194. doi: 10.1016/j.dib.2018.06.107.

Abstract

The public concern of harmful effects of radiofrequency radiation exposure, especially with rapid increase in the use of wireless and telecommunication devices, is increasing. Some studies show fetal and developmental abnormalities as the result of radiofrequency radiationexposure. We aimed to investigate possible teratogenic effects of radiofrequency in 915 MHz on mice fetus and protective role of vitamin C. 21 pregnant mice were divided into 3 groups. Control group was in normal condition without any stressor agent. Exposure group was exposed to 915 MHz RFR (8 h/day for 10 days) and 0.045 μw/cm2 power density. The exposure plus vitamin C group received 200 mg/kg vitamin C by gavage and was exposed to 915 MHz RFR (8 h/day for 10 days) and 0.045 μw/cm2 power density. The fetus weight, C-R length were measured by digital balance and caliper. Tissues were assessed after staining with H & E. Our results showed significant increase in fetus weight and C-R length and also enlarged liver, tail deformation in mice fetus in exposure group. Although usage of vitamin C caused significant decrease in mentioned parameters. The outcome of this study confirms the effects of radiofrequency radiation on growth parameters such as body weight, length and some tissues in mice fetuses and protective effect of vitamin C. However more studies on non-ionization radiation in different frequencies and severity, during pregnancy are needed to clarify the exact mechanisms of these changes and better protection.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6141437/

--

**Effect of exposure to 1800 MHz RFR on epidermal growth factor, caspase-3, Hsp27 and p38MAPK gene expressions in the rat eye**

Eker ED, Arslan B, Yildirim M, Akar A, Aras N. The effect of exposure to 1800 MHz radiofrequency radiation on epidermal growth factor, caspase-3, Hsp27 and p38MAPK gene expressions in the rat eye. Bratisl Lek Listy. 2018;119(9):588-592. doi: 10.4149/BLL_2018_106.

Abstract

OBJECTIVE: Radiofrequency electromagnetic fields (RF-EMF) may induce DNA damage and oxidative stress in human lens epithelial cells (LECs). We aimed to investigate the expression levels of heat shock protein 27 (Hsp27), p38 mitogen-activated protein kinase (p38MAPK), epidermal growth factor receptor (EGFR) and caspase-3 gene expression levels in rat eye that was exposed to 1800 MHz RF-EMF.

METHODS: Thirty-seven female Wistar albino rats were divided into three groups. The rats in the study group

200

(n = 9) were exposed to 1800 MHz RF-EMF at an electric field 6.8 ± 0.1 V/m and 0.06 W/kg specific absorption rate (SAR) for 2 hours per day for eight weeks. Sham group (n = 9) was kept under similar conditions as the exposed group without exposure to RF-EMF. The rats in all three groups were sacrificed and their eyes were removed. Hsp27, p38MAPK, EGFR, caspase-3 gene expression levels were investigated in detail with real-time polymerase chain reactions (Real-Time PCR).

RESULTS: caspase-3 and p38MAPK gene expression were significantly upregulated in the ocular tissues following exposure to RF-EMF (p < 0.05).

CONCLUSION: According to our findings, eye cells recognize EMF as a stress factor, and in response, activate caspase-3 and p38MAPK gene expressions. These results confirm that RF-EMF can cause cellular damage in rat ocular cells (Tab. 2, Fig. 3, Ref. 37).

Open access paper: http://bit.ly/2xBGnpu

--

**Physiopathological effects of quercetin on oxidative stress from 4.5 g mobile phone radiation exposed to liver tissue of rat**

Postaci I, Coskun O, Senol N, Aslankoc R, Comlekci S. The physiopathological effects of quercetin on oxidative stress in radiation of 4.5 g mobile phone exposed liver tissue of rat. Bratisl Lek Listy. 2018;119(8):481-489. doi: 10.4149/BLL_2018_088.

Abstract

OBJECTIVE: The study was aimed to evaluate the physiopathological consideration of the effects of electromagnetic field (EMF) from the radiation of 4.5 G mobile phones on the liver tissue of rats and quercetin (Qu) applied as an antioxidant for reducing these effects.

METHODS: Male Wistar-Albino rats were divided into four groups with 8 rats in each group. Group 1 (control group), Group 2 (sham group), Group 3 (EMF group) and Group 4 (EMF + Qu). From the animals sacrificed at the end of the 30th day; liver tissues were taken for histopathological and immunohistochemical examinations.

RESULTS: In the liver tissue of the electromagnetic field group; dilatation of sinusitis was determined to be higher than in the sham group. It was concluded that the concentration of caspase-3 and TNF-α immunopositive cells was in the EMF group (+3) level and also the immunostaining was stronger, it caused an increase in malondialdehyde level, the difference between the groups was statistically significant, in terms of superoxide dismutase, catalase activities, the difference was not significant.

CONCLUSION: It was determined that 2600 MHz EMF exposure caused damage to the liver, 100 mg/kg/day quercetin was not sufficient to prevent this damage (Tab. 5, Fig. 15, Ref. 27).

http://bit.ly/2Q311FY

--

**Modulatory effect of 900 MHz radiation on biochemical and reproductive parameters in rats**

JA 01804

Narayanan SN, Lukose ST, Arun G, Mohapatra N, Pamala J, Concessao PL, Jetti R, Kedage V, Nalini K, Bhat PG. Modulatory effect of 900 MHz radiation on biochemical and reproductive parameters in rats. Bratisl Lek Listy. 2018;119(9):581-587. doi: 10.4149/BLL_2018_105.

Abstract

In the present study, the effect of 900 MHz radiation exposure on blood biochemical and reproductive parameters was evaluated in adolescent rats. Male albino Wistar rats (8-10 weeks of age) were exposed to 900 MHz radiation (1hr/day, power density - 146.60 μW/cm2) from a mobile phone for 28 days. On 29th day the animals were euthanized and malondialdehyde (MDA), total antioxidants (TA) levels and Glutathione-S transferase (GST) activity were studied in the blood. Reproductive parameters such as total sperm count, percentage of non-motile sperms, and sperm morphology were determined. Testes sections were stained with H(et)E staining and their cellular integrity was evaluated. Caspase-3 activity in the testes was also determined. MDA concentration was increased but TA levels and GST activity were not found to be different in 900 MHz group compared to controls. Sperm motility was found to be slightly reduced in 900 MHz group. Percentage of abnormal sperm was significantly elevated in 900 MHz group. Additionally, loss of germ cells particularly spermatocytes and spermatids was found in the testes of 900 MHz group. Testes caspase-3 activity was slightly elevated in 900 MHz exposed rats. Chronic 900 MHz exposure induced oxidative damage in the blood and lead to alterations in reproductive parameters in rats (Fig. 4, Ref. 33).

Open access paper: http://bit.ly/2pxJx9B

--

**Exposure to non-ionizing electromagnetic radiation of public risk prevention instruments threatens the quality of spermatozoids**

Tirpak F, Slanina T, Tomka M, Zidek R, Halo M Jr, Ivanic P, Gren A, Formicki G, Stachanczyk K, Lukac N, Massanyi P. Exposure to non-ionizing electromagnetic radiation of public risk prevention instruments threatens the quality of spermatozoids. Reprod Domest Anim. 2018 Sep 7. doi: 10.1111/rda.13338.

Abstract

The use of artificial insemination in cattle breeding has evolved to global extent and insemination doses are often shipped via air transport which requires strict radiation-based examinations. For the determination of effect of non-ionizing radiation (NIR), to which are beings frequently exposed due to protection of airport or cultural event security, freshly ejaculated and cryopreserved bovine spermatozoa were used as experimental model. Following radiation with hand-held metal detector in various exposition times (0, 10 seconds, 15, 30 and 60 minutes - groups FR, FR10, FR15, FR30 and FR60) the spermatozoa underwent motility and DNA fragmentation analyses. Study on cryoconserved semen treated with NIR was performed in time intervals 0, 10 seconds, 1 and 5 minutes (insemination doses radiated before cryoconservation - CB, CB10, CB1, CB5; samples radiated after freezing - CA, CA10, CA1 and CA5). Fresh semen and insemination doses radiated after cryoconservation showed significantly lower total and progressive motility. No effect on motility parameters was detected in semen extended with cryopreservative medium and radiated prior to freezing. Surprisingly, NIR showed a potential to stimulate spermatozoa velocity; however the effect was modulated throughout the post-thawing incubation. Based on the DNA fragmentation assay, sperm DNA stayed intact. Present study underlines the potential harm of NIR, which is frequently used in everyday life, with overall adverse impact on human and animal reproduction. Current study also points out on interesting short-term spermatozoa stimulation induced by NIR.

https://www.ncbi.nlm.nih.gov/pubmed/30192989

The aim of the present study, carried out on the bovine spermatozoa, was to evaluate the possible risk of 93 kHz non-ionizing radiation associated with decreased fertilizing properties (sperm motility traits) of fresh and cryopreserved spermatozoa.

--

**Genotoxicity of intermediate frequency magnetic fields in vitro and in vivo**

Herrala M, Kumari K, Koivisto H, Luukkonen J, Tanila H, Naarala J, Juutilainen J. Genotoxicity of intermediate frequency magnetic fields in vitro and in vivo. Environ Res. 2018 Sep 8. pii: S0013-9351(18)30494-8. doi: 10.1016/j.envres.2018.09.009.

Abstract

We assessed genotoxic effects of intermediate frequency magnetic fields (MF) in vitro and in vivo. Rat primary astrocytes were exposed for 24 h to a 7.5 kHz MF at a magnetic flux density of 30 or 300 µT. Male C57BL/6 J mice were exposed continuously for 5 weeks to a 7.5 kHz MF at 12 or 120 µT, and blood samples were collected for the genotoxicity assays. To evaluate possible co-genotoxicity, the in vitro experiments included combined exposure with menadione (an agent that induces mitochondrial superoxide production and DNA damage) and methyl methanesulfonate (an alkylating agent). DNA damage and DNA repair (in vitro) were measured using the alkaline Comet assay and formation of micronuclei was assessed microscopically (in vivo) or using flow cytometry (in vitro). The results did not support genotoxicity or co-genotoxicity of 7.5 kHz MFs at magnetic flux densities up to 300 µT in vitro or in vivo. On the contrary, there was some evidence that exposure to 7.5 kHz MFs might reduce the level of genetic damage. Strongest indication of any biological effects was obtained from measurements of relative cell number, which was significantly and consistently increased after MF exposure in all in vitro experiments. Health implications of this finding are unclear, but it suggests that 7.5 kHz MFs may stimulate cell proliferation or suppress cell death.

https://www.ncbi.nlm.nih.gov/pubmed/30243651

--

**Characterization of Children's Exposure to Extremely Low Frequency Magnetic Fields by Stochastic Modeling**

Bonato M, Parazzini M, Chiaramello E, Fiocchi S, Le Brusquet L, Magne I, Souques M, Röösli M, Ravazzani P. Characterization of Children's Exposure to Extremely Low Frequency Magnetic Fields by Stochastic Modeling. Int J Environ Res Public Health. 2018 Sep 8;15(9). pii: E1963. doi: 10.3390/ijerph15091963.

Abstract

In this study, children's exposure to extremely low frequency magnetic fields (ELF-MF, 40–800 Hz) is investigated. The interest in this thematic has grown due to a possible correlation between the increased risk of childhood leukemia and a daily average exposure above 0.4 µT, although the causal relationship is still uncertain. The aim of this paper was to present a new method of characterizing the children's exposure to ELF-MF starting from personal measurements using a stochastic approach based on segmentation (and to apply it to the personal measurements themselves) of two previous projects: the ARIMMORA project and the

203

EXPERS project. The stochastic model consisted in (i) splitting the 24 h recordings into stationary events and (ii) characterizing each event with four parameters that are easily interpretable: the duration of the event, the mean value, the dispersion of the magnetic field over the event, and a final parameter characterizing the variation speed. Afterward, the data from the two databases were divided in subgroups based on a characteristic (i.e., children's age, number of inhabitants in the area, etc.). For every subgroup, the kernel density estimation (KDE) of each parameter was calculated and the p-value histogram of the parameters together was obtained, in order to compare the subgroups and to extract information about the children's exposure. In conclusion, this new stochastic approach allows for the identification of the parameters that most affect the level of children's exposure.

Open access paper: http://www.mdpi.com/1660-4601/15/9/1963

--

**Demystifying Monarch Butterfly Migration**

Reppert SM, de Roode JC. Demystifying Monarch Butterfly Migration. Curr Biol. 2018 Sep 10;28(17):R1009-R1022. doi: 10.1016/j.cub.2018.02.067.

Abstract

Every fall, millions of North American monarch butterflies undergo a stunning long-distance migration to reach their overwintering grounds in Mexico. Migration allows the butterflies to escape freezing temperatures and dying host plants, and reduces infections with a virulent parasite. We discuss the multigenerational migration journey and its evolutionary history, and highlight the navigational mechanisms of migratory monarchs. Monarchs use a bidirectional time-compensated sun compass for orientation, which is based on a time-compensating circadian clock that resides in the antennae, and which has a distinctive molecular mechanism. Migrants can also use a light-dependent inclination magnetic compass for orientation under overcast conditions. Additional environmental features, e.g., atmospheric conditions, geologic barriers, and social interactions, likely augment navigation. The publication of the monarch genome and the development of gene-editing strategies have enabled the dissection of the genetic and neurobiological basis of the migration. The monarch butterfly has emerged as an excellent system to study the ecological, neural, and genetic basis of long-distance animal migration.

https://www.ncbi.nlm.nih.gov/pubmed/30205052

--

**Exposure to 50 Hz Magnetic Fields in Homes and Areas Surrounding Urban Transformer Stations in Silla (Spain)**

Navarro-Camba EA, Segura-García J, Gomez-Perretta C. Exposure to 50 Hz Magnetic Fields in Homes and Areas Surrounding Urban Transformer Stations in Silla (Spain): Environmental Impact Assessment. Sustainability 2018, 10(8), 2641; doi:10.3390/su10082641

Abstract

Exposure to extremely low frequency electromagnetic fields (ELFs) is almost inevitable almost anywhere in the world. An ELF magnetic field (ELF-MF) of around 1 mG = 0.1 µT is typically measured in any home of the

JA 01807

world with a certain degree of development and well-being. There is fear and concern about exposure to electromagnetic fields from high- and medium-voltage wiring and transformer stations, especially internal transformer stations (TSs), which in Spain are commonly located inside residential buildings on the ground floor. It is common for neighbors living near these stations to ask for stations to be moved away from their homes, and to ask for information about exposure levels and their effects. Municipality is the closest administration to the citizens that must solve this situation, mediating between the citizens, the utility companies and the national administration. In this case, the municipality of Silla (València, Spain) wanted to know the levels of exposure in the dwellings annexed to the TSs, to compare them with Spanish legislation and the recommendations coming from epidemiological studies. This article presents the first systematic campaign of ELF-MF measurements from TSs carried out in a Spanish city. Many measurements were carried out in the rooms of the apartments doing spatial averages of spatial grid measurements. Measurements are made in the bed and bedrooms and a weighted average and an environmental impact indicator were obtained for each location. We found that old TSs usually provide the highest peak exposure levels. A notable result of this work is that approximately one quarter of the population living above or next to a TS would be exposed to a weighted MF level greater than 0.3 μT, and that about a 10% of this population would not be able to relocate their bedroom or living room to minimize the level of exposure.

Open access paper: http://www.mdpi.com/2071-1050/10/8/2641

--

**Investigating the role of internal layout of magnetic field-generating equipment on workers' exposure at power substations**

Hosseini M, Farhang Matin L, Monazzam MR, Khosroabadi H. Investigating the role of internal layout of magnetic field-generating equipment on workers' exposure at power substations. Int J Occup Saf Ergon. 2018 Sep 12:1-7. doi: 10.1080/10803548.2018.1475927.

Abstract

INTRODUCTION: This research is an attempt to show the role of interior layout of equipment in generating magnetic fields.

MATERIALS AND METHODS: The levels of an extremely low-frequency magnetic field were measured in accordance with Standard No. IEEE 644:1994 in three substations and a control building in a petrochemical power plant in southern Iran. Then, workers' occupational exposure (time-weighted average [TWA]) was calculated and the sources of maximum magnetic field generation at each place were identified. Their interior design was changed to achieve the optimal layout of equipment subsequently; the workers' TWA was recalculated for the new situation.

RESULTS: The obtained results showed that electrical engineers and technicians were exposed to the maximum TWA of 10.14 μT. The operators in the control room were exposed to the lowest TWA of 0.84 μT. The results also showed that after the change of interior design and proper layout design of the equipment in the substations, the TWA was reduced by 0.73 μT.

CONCLUSION: The research findings revealed that the most harmonious arrangement of equipment in an industrial unit plays a major role in reducing the exposure of workers to magnetic fields and ultimately increases the level of their health in the workplace.

205

JA 01808

https://www.ncbi.nlm.nih.gov/pubmed/30205763

--

**Study of Electrical Stimulation with Different Electric Field Intensities in Regulating Differentiation of PC12 Cells**

Jing W, Zhang Y, Cai Q, Chen G, Wang L, Yang X, Zhong W. Study of Electrical Stimulation with Different Electric Field Intensities in Regulating Differentiation of PC12 Cells. ACS Chem Neurosci. 2018 Sep 13. doi: 10.1021/acschemneuro.8b00286.

Abstract

The strategy of using electrical stimulation (ES) to promote neural differentiation and regeneration of injured nerves is proven feasible. The study on the possible molecular mechanisms in relation to this ES promotion effect should be helpful to understand the phenomenon. In this study, it was identified the neuronal differentiation of PC12 cells was enhanced when the electric field intensity was in the range of 30-80 mV/mm, lower or higher electric field intensity displayed inferior effect. Under ES, however, levels of intracellular reactive oxygen species (ROS), intracellular $Ca^{2+}$ dynamics and expression of TREK-1 were measured gradually increasing alongside higher electric field intensity. Trying to understand the relationship between the ES enhancement on differentiation and these variations in cell activities, parallel experiments were conducted by introducing exogeneous $H_2O_2$ into culture systems at different concentrations. Similarly, the effects of $H_2O_2$ concentration on neuronal differentiation of PC12 cells, intracellular ROS and $Ca^{2+}$ levels, and TREK-1 expression were systematically characterized. In comparative studies, it was found the two cases that ES of 50 mV/mm for 2 h/day and $H_2O_2$ of 5 μM in culture medium shared comparable results in intracellular ROS and $Ca^{2+}$ levels, and TREK-1 expression. Higher $H_2O_2$ concentration (e.g. 10 μM and 20 μM) demonstrated adverse effect on cell differentiation and caused DNA damage. A stronger ES (e.g. 100 mV/mm), being associated with higher intracellular ROS level, also resulted in weaker enhancement on the neuronal differentiation of PC12 cells. These facts suggested that the intracellular ROS generated under ES might be an intermediate signal transducer involved in cascade reactions relative to cell differentiation.

https://www.ncbi.nlm.nih.gov/pubmed/30212623

--

**Diplomats' Mystery Illness and Pulsed Radiofrequency/Microwave Radiation**

Golomb B. Diplomats' mystery illness and pulsed radiofrequency/microwave radiation. Neural Comput. 2018 Sep 5. doi: 10.1162/neco_a_01133.

Abstract

IMPORTANCE: A "mystery" illness striking US and Canadian diplomats to Cuba (and now China) "has confounded the FBI, the State Department and US intelligence agencies." Sonic explanations for the so-called "health attacks" have long dominated media reports, propelled by peculiar sounds heard and auditory symptoms experienced. Sonic mediation was justly rejected by experts. We assessed whether pulsed radiofrequency/microwave radiation (RF/MW) exposure can accommodate reported facts in diplomats, including unusual ones.

OBSERVATIONS: 1. Noises: Chirping, ringing or grinding noises were heard at night, during episodes

reportedly triggering health problems, by many diplomats. Pulsed RF/MW engenders just these "sounds" via the "Frey effect." Ability to hear the sounds depends on high frequency hearing and low ambient noise. "Sounds" differ by head dimensions. 2. Signs/symptoms: Hearing loss and tinnitus are prominent in affected diplomats - and in RF/MW-affected individuals. Each of protean symptoms that diplomats report, also affect persons reporting symptoms from RF/MW: Sleep problems, headaches, and cognitive problems dominate in both groups. Sensations of pressure or vibration figure in each. Both encompass vision, balance and speech problems, and nosebleeds. Brain injury and brain swelling are reported in both. 3. Mechanisms: Oxidative stress provides a documented mechanism of RF/MW injury compatible with reported signs and symptoms; sequelae of endothelial dysfunction (yielding blood flow compromise), membrane damage, blood brain barrier disruption, mitochondrial injury, apoptosis, and autoimmune triggering afford downstream mechanisms, of varying persistence, that merit investigation. 4. Of note, microwaving of the US embassy in Moscow is historically documented.

CONCLUSIONS AND RELEVANCE: Reported facts appear consistent with RF/MW as the source of injury in Cuba diplomats. Non-diplomats citing symptoms from RF/MW, often with an inciting pulsed-RF/MW exposure, report compatible health conditions. Under the RF/MW hypothesis, lessons learned for diplomats and for RF/MW-affected "civilians" may each aid the other.

https://www.ncbi.nlm.nih.gov/pubmed/30183509

--

**Selected Health and Law Issues Regarding Mobile Communications with Respect to 5G**

Mandl P, Pezzei P, Leitgeb E. Selected Health and Law Issues Regarding Mobile Communications with Respect to 5G. Presented at 2018 International Conference on Broadband Communications for Next Generation Networks and Multimedia Applications (CoBCom). Graz, Austria. July 11-13, 2018.

Abstract

Over the next years the demand of wireless communication will increase tremendously. More and more mobile end devices require a high data rate connection e.g. to a smart home (Internet of Things, IoT) or to the internet. The radiation power pattern of base stations and mobile end devices will completely change for the 5G Next Generation Mobile Network technology which will use frequency bands up to 100 GHz. Therefore the electromagnetic exposure especially to human body will increase in the future, because most of the wireless connections are realized in RF technology. In this contribution two different measurement setups are presented. The first shows the electromagnetic radiation regarding a base station powered by a mobile phone provider over a timespan of a number of days. The second figures out the electromagnetic radiation of a handheld mobile end device to a human head in an area with very poor reception values. The results of those measurements where compared with legal and health limits. All measured and calculated results regarding the base stations were within the legal exposure limits. The calculated legal exposure limits of mobile devices were exceeded twice in areas within very poor reception values. Regarding the expected higher bandwidth and corresponding higher electromagnetic exposure to human bodies in future there have to be periodic measurements to comply with radiation limits.

Conclusions

It has been shown that there is currently no overshooting of legal limits in the transmission of base stations. The presented measurement campaign regarding the base station showed that the E-Field reached a

207

JA 01810

maximum of 0.673 *V/m* (legal limit: *47.631 V/m*) and the H-Field a maximum of 2 *mA/m* (legal limit: 128 *mA/m*). However, the coming mobile radio standards like 5G is expected to use frequency bands up to 100 GHz, a much higher density of base stations and 100 times higher bandwidths than nowadays which subsequently causes higher transmission power of base stations. Regarding the above mentioned circumstances **it will be necessary to measure the radiation exposure of base stations in the future on a regular basis in order to ensure the legal limits and to reduce possible health hazards. It also will be necessary to develop new measurement strategies and/or technologies regarding the large frequency spectrum 5G will use up to 100 GHz.**

**When measuring directly on a mobile phone (simulating the use of an end device directly on the human head), it was found that the calculated SAR of 3.834 *W/kg* exceeds the legal limit of 2 W/ *kg.* This shows clearly that the legal limit values can be exceeded significantly in areas with very poor reception values ...**

Increasing the distance between a mobile end device and the head, e.g. by using a hands-free set or a headset can significantly reduce the human exposure to electromagnetic radiation when such a device is used in badly supplied areas and transmits with maximum power.

https://ieeexplore.ieee.org/document/8443980/

--

**Clear evidence of cell-phone RF radiation cancer risk**

Lin JC. Clear evidence of cell-phone RF radiation cancer risk. IEEE Microwave Magazine.  19(6):16-24. Sep/Oct 2018. DOI: 10.1109/MMM.2018.2844058.

Abstract

During 26-28 March 2018, the National Institute of Environmental Health Sciences (NIEHS) National Toxicology Program (NTP), a part of the U.S. National Institutes of Health, convened a three-day technical reports peer-review panel meeting in Research Triangle Park, North Carolina, to review the NTP's draft reports on its carcinogenesis studies of cell-phone RF radiation in mice and rats.

https://ieeexplore.ieee.org/document/8425056/

A summary and excerpts from the paper: **http://bit.ly/NTPcellphonestudies**

In a new paper, "Clear evidence of cell-phone RF radiation cancer risk" published in the journal *IEEE Microwave Magazine*, Dr. James C. Lin states that the results of the National Toxicology Program (NTP) cell phone radiation study suggest that current radio frequency (RF) exposure guidelines are inadequate to protect human health (1). Furthermore, the paper recommends that the International Agency for Research on Cancer (IARC) re-assess the research and consider upgrading the classification of RF radiation from "possibly carcinogenic to humans" (Group 2B) to probably carcinogenic (i.e., Group 2A).

--

**Peer Review of the Draft NTP Technical Reports on Cell Phone Radiofrequency Radiation**

National Toxicology Program (NTP). Peer Review of the Draft NTP Technical Reports on Cell Phone Radiofrequency Radiation. National Institute of Environmental Health Sciences. 2018. pp. 1-51.

208

JA 01811

No abstract.

Open access paper: https://ntp.niehs.nih.gov/ntp/about_ntp/trpanel/2018/march/peerreview20180328_508.pdf

--

**Editorial: Effects of Combined EMF Exposures and Co-exposures**

Mattsson M-O, Zeni O, Simkó M, Scarfì MR.Editorial: Effects of Combined EMF Exposures and Co-exposures. Frontiers in Public Health. 20 August 2018. https://doi.org/10.3389/fpubh.2018.00230.

No Abstract

Excerpt

The very complex exposure situation in real-life environments has been well illustrated in this Research Topic, and the need for better understanding of basic biological interaction mechanisms is obvious from the analyses presented here. The area is very much under-investigated, and the full impact and potential of EMF exposures for both possible adverse and beneficial effects cannot be realized without substantial additional research efforts.

Open access: https://www.frontiersin.org/articles/10.3389/fpubh.2018.00230/full

--

**Effects of mobile phone exposure on biochemical parameters of cord blood: A preliminary study**

Bektas H, Bektas MS, Dasdag S. Effects of mobile phone exposure on biochemical parameters of cord blood: A preliminary study. Electromagn Biol Med. 2018 Aug 29:1-8. doi: 10.1080/15368378.2018.1499033.

Abstract

The purpose of this study is to investigate foetal impact of radiofrequencies (RFs) emitted from mobile phones in postnatal cord blood. The study carried on 149 pregnant women divided into four groups such as nonusers of mobile phone (n: 37; control group), 2-15 min/d (n: 39; group 1), 15-60 min/d (n: 37; group 2) and participants using mobile phone for more than 60 min/d (n: 36; group 3). Cord blood of the infants was taken in all groups for biochemical analyses immediately after birth. The results of the study showed that the biggest foetal impact was observed in the third study group which was pregnant exposed RFRs (RF radiation) more than 1 h/d (1 hour per day). AST (aspartat aminotransferaz), ALT (alanine aminotransferase), LDH (lactate dehydrogenase), CK (creatine kinase), CK-MB (creatine kinase-miyocardial band), CRP (c-reactive protein), PCT (procalcitonin), TnT (troponin T), uric acid and lactate levels of third group were found higher than the other groups ($p < 0.001$). However, Mean platelet volume values of third group were found lower than the other groups ($p < 0.001$). Finally, this is the first human study which was performed on pregnant and infants because there is no previous work in this area. However, the results of this study revealed that long-term RFR exposure of pregnant may result in some biochemical changes in the infants. Therefore, our suggestion to pregnant is to avoid from RFR exposure emitted from mobile phones at least during pregnancy.

https://www.ncbi.nlm.nih.gov/pubmed/30156944

--

209

JA 01812

**Comments regarding: "Occupational exposure to high-frequency EMF & brain tumor risk in INTEROCC study: An individualized assessment approach"**

Mortazavi SMJ. Comments regarding: "Occupational exposure to high-frequency electromagnetic fields and brain tumor risk in the INTEROCC study: An individualized assessment approach". Environ Int. 2018 Aug 24. pii: S0160-4120(18)31561-7. doi: 10.1016/j.envint.2018.08.008.

Abstract

This commentary addresses the paper by Vila et al. entitled "Occupational exposure to high-frequency electromagnetic fields and brain tumor risk in the INTEROCC study: An individualized assessment approach" that is published in Environment International. The authors have examined the link between occupational exposures to radiofrequency (RF) and intermediate frequency (IF) electromagnetic fields (EMF) and glioma and meningioma brain tumor risk in the INTEROCC multinational population-based case-control study. This study showed no clear association with exposure to RF or IF EMFs and the risk of glioma or meningioma brain tumors. Recent studies show that in many cases there are large errors and/or major shortcomings in the studies claiming no link between mobile phone and brain cancer. Although the paper by Vila et al. is well-structured and can be considered as a significant contribution to this field, there are several items that merit further attention and are not fully addressed. These include the selection bias, confounding factors other than age, sex, region and country, and criteria used in this study for considering exposures as occupational.

https://www.ncbi.nlm.nih.gov/pubmed/30146273

--

**Statistical approach for human EMF exposure assessment in future wireless ATTO-cell networks**

Shikhantsov S, Thielens A, Vermeeren G, Demeester P, Martens L, Torfs G, Joseph W. Statistical approach for human electromagnetic exposure assessment in future wireless ATTO-cell networks. Radiat Prot Dosimetry. 2018 Jul 30. doi: 10.1093/rpd/ncy120.

Abstract

In this article, we study human electromagnetic exposure to the radiation of an ultra dense network of nodes integrated in a floor denoted as ATTO-cell floor, or ATTO-floor. ATTO-cells are a prospective 5 G wireless networking technology, in which humans are exposed by several interfering sources. To numerically estimate this exposure we propose a statistical approach based on a set of finite difference time domain simulations. It accounts for variations of antenna phases and makes use of a large number of exposure evaluations, based on a relatively low number of required simulations. The exposure was expressed in peak-spatial 10-g SAR average (psSAR10g). The results show an average exposure level of ~4.9 mW/kg and reaching 7.6 mW/kg in 5% of cases. The maximum psSAR10g value found in the studied numerical setup equals around 21.2 mW/kg. Influence of the simulated ATTO-floor size on the resulting exposure was examined. All obtained exposure levels are far below 4 W/kg ICNIRP basic restriction for general public in limbs (and 20 W/kg basic restriction for occupational exposure), which makes ATTO-floor a potential low-exposure 5 G candidate.

https://www.ncbi.nlm.nih.gov/pubmed/30085262

Excerpt

The ATTO-floor is a new concept for ultra-high capacity wireless networking, designed to provide wireless access to robots that can freely move around the floor surface. ATTO-cells are integrated into the floor and cover its entire area. According to the current design[1] (Figure 1) an ATTO-cell has dimensions of 15-by-15 cm$^2$ and an antenna is supplied with a maximum power of 1 mW. It operates at a center frequency of 3.5 GHz. Possible applications of the ATTO technology include industrial warehouses or factories of the future, where multitudes of mobile robots and human workers operate simultaneously. Robots, being equipped with an antenna featuring downward-pointing pattern, are the target users. Due to the provisioned fast handover system, at any time instance a robot is only connected to the closest antenna, thus, it is unlikely for humans to be exposed by the ATTO-floor directly. In other words, most of the time humans will be exposed to the scattered fields of antennas serving surrounding robots.

--

## Study of the Correlation between Outdoor and Indoor Electromagnetic Exposure near Cellular Base Stations in Leuven, Belgium

Nkemlyare R, Volskiy V, Vandenbosch G. Study of the Correlation between Outdoor and Indoor Electromagnetic Exposure near Cellular Base Stations in Leuven, Belgium. Environmental Research. Publ online 22 Aug 2018. https://doi.org/10.1016/j.envres.2018.08.025

Highlights

• GSM 900 is the dominating source of exposure
• Exposure levels meet international recommendations and local legislation
• In absolute levels the outdoor field exposure is ca. the double of the indoor field exposure
• EM exposure levels are reproducible over a time span of ca. one month

Abstract

A measuring campaign for the assessment of electromagnetic radiation near base stations in the city center of Leuven, Belgium, has been carried out. The main objective of this assessment is to study the correlation between the outdoor and the indoor exposure produced by cellular base stations and to investigate the changes of electromagnetic exposure within a typical day and over 1 month in the vicinity of these base stations. The study was also carried out as a function of location and time using highly precise measurement equipment. The measurements were performed in both public and private areas in sixty (30 indoor and 30 outdoor) different locations in Leuven. The measurement was focused on mobile communication networks: GSM (Global System for Mobile Communication, 900 MHz and 1800 MHz) and UMTS (Universal Mobile Telecommunications System, 2110 MHz) were the frequency bands of interest. The data at these frequencies were extracted from raw measurements in the 824 MHz to 2170 MHz frequency band. The results show that all analyzed locations are in compliance with the exposure limits recommended by ICNIRP (International Commission on Non-Ionizing Radiation Protection) and that the (maximum) indoor exposure correlates to the outdoor exposure with a factor of about 0.5.

Conclusions

The electromagnetic radiation exposure of the general public generated by base stations in Leuven, Belgium, was duly assessed using spectrum analyzer measurements at 60 locations and at several moments during the day. All measured values are considerably below norm levels for Flanders, which means that they are far below the ICNIRP exposure limits for the general public. The average levels over time and over the whole city

211

center are: outdoors about 0.64 V/m for GSM 900, 0.53 for GSM 1800, and 0.33 for UMTS, and indoors about 0.32 V/m for GSM 900, 0.26 for GSM 1800, and 0.17 for UMTS. To the average, the outdoor exposure levels are thus a factor of two higher than the indoor levels. In general, the dominating source of exposure is GSM 900. The maximum field value measured was equal to 1.80 V/m, due to the GSM 900 signal. In this study, the average effect of absorption and reflection, typically used to explain the lower values indoors, is in agreement with the average attenuation through walls used in propagation models.

https://www.sciencedirect.com/science/article/pii/S0013935118304651

--

**On the effects of glasses on the SAR in human head resulting from wireless eyewear devices at phone call stat**

Lan JQ, Liang X, Hong T, Du GH. On the effects of glasses on the SAR in human head resulting from wireless eyewear devices at phone call state. Progress in Biophysics and Molecular Biology. 136:29-36. Aug 2018.

Abstract

This paper evaluates the effects of glasses on the specific absorption rates (SAR) in the human head resulting from wireless eyewear device at phone call state. We mainly concentrate on the SAR in the eyes since their sensitivity to electromagnetic fields (EMF). We find wearing glasses obviously alters the distribution and magnitude of the SAR. The maximal SAR in the ocular tissues with glasses is even 6 times more than that without glasses. Wearing glasses also induce the new hotspot in the eyes which may cause the biggest SAR increment in the ocular tissues. Moreover, calculated results indicate that the maximal SAR is sensitive to the size of glasses and radiation frequency. Because of this, we believe wearing glasses may possibly increase the risk of health hazard to eyes of wireless eyewear device user. These calculated results could be a valuable reference for the glasses designer to reduce the SAR in the eyes.

https://www.sciencedirect.com/science/article/pii/S0079610717300822

--

**Subjective symptoms, onset/trigger factors, allergic diseases, & exposures in Japanese patients with multiple chemical sensitivity**

Hojo S, Mizukoshi A, Azuma K, Okumura J, Ishikawa S, Miyata M, Mizuki M, Ogura H, Sakabe K. Survey on changes in subjective symptoms, onset/trigger factors, allergic diseases, and chemical exposures in the past decade of Japanese patients with multiple chemical sensitivity. Int J Hyg Environ Health. 2018 Aug 13. pii: S1438-4639(18)30271-2. doi: 10.1016/j.ijheh.2018.08.001.

Abstract

BACKGROUND: Recently, with rapid changes in the Japanese lifestyle, the clinical condition of patients with multiple chemical sensitivity (MCS) may also have undergone change. Thus, we conducted a new survey for subjective symptoms, ongoing chemical exposures, the prevalence of allergic diseases, and presumed onset/trigger factors in patients with MCS and compared results with those of an old survey from ten years ago.

METHODS: The new survey was conducted from 2012 to 2015 and the old survey was independently

212

conducted from 1999 to 2003, meaning it was not a follow-up study. Patients were initially diagnosed by physicians at five medical institutions with MCS specialty outpatient services, with 111 and 103 patients participating in the new and old surveys, respectively. The controls were a general population living in Japan, with 1313 and 2382 participants in the new and old surveys, respectively. Subjective symptoms and ongoing chemical exposure were evaluated using a quick environmental exposure sensitivity inventory. Additionally, from clinical findings recorded by an attending physician, the prevalence of allergic diseases and presumed onset/trigger factors were evaluated. Differences between new and old surveys were analyzed using logistic regression analyses and significance tests.

RESULTS: Compared with ten years ago: (1) Regarding factors affecting patients with ongoing chemical exposures, the proportion of patients affected decreased significantly for two items only (insecticides and second-hand smoke). The proportion of controls showing ongoing exposure to 8 out of 10 items changed significantly. (2) In patients, scores for chemical intolerances, other intolerances, and life impacts increased significantly. (3) In terms of the prevalence of allergic diseases among patients with MCS, bronchial asthma (adjusted odds ratio [AOR]: 5.19), atopic dermatitis (AOR: 3.77), allergic rhinitis (AOR: 5.34), and food allergies (AOR: 2.63) increased significantly, while hay fever (AOR: 0.38) and drug allergies (AOR: 0.40) decreased significantly. (4) With regard to construction and renovation, which was the presumed predominant onset/trigger factor for MCS 10 years ago, this decreased from 68.9% to 35.1%; in contrast, electromagnetic fields (0.0%-26.1%), perfume (0.0%-20.7%), and medical treatment (1.9%-7.2%) increased significantly, confirming the diversification of onset/trigger factors.

CONCLUSION: Compared to ten years ago, for patients with MCS, an increase in avoidance behavior toward chemical substance exposures, which were presumed to be aggravating factors for symptoms, was confirmed. It has been suggested that the ongoing chemical exposure of the general population in Japan has largely changed. In addition, for patients with MCS, chemical intolerances and life impacts have become severe, the prevalence of the main allergic diseases has increased, and onset/trigger factors have become diversified.

https://www.ncbi.nlm.nih.gov/pubmed/30115513

--

**Design and Calibration of a mm-Wave Personal Exposure Meter for 5G Exposure Assessment in Indoor Diffuse Environments**

Aminzadeh R, Khadir Fall A, Sol J, Thielens A, Besnier P, Zhadobov M, De Geeter N, Vasudevan PP, Dupré L, Van Holen R, Martens L, Wout J. Design and Calibration of a mm-Wave Personal Exposure Meter for 5G Exposure Assessment in Indoor Diffuse Environments.  Journal of Infrared, Millimeter, and Terahertz Waves. pp 1–19. Published Online: 23 August 2018.

Abstract

For the first time, a mm-wave personal exposure meter (mm-PEM) for the 5th generation of mobile networks (5G) exposure assessment in indoor diffuse fields is presented. The design is based on simulations and on-phantom calibration measurements in a mm-wave reverberation chamber (RC) at 60 GHz. The mm-PEM consists of an array of nine antennas on the body. Using the mm-PEM, the incident power density (IPD) is measured in the unloaded RC, for the antenna(s) on the phantom and RC loaded with phantom. The uncertainty of the mm-PEM is then determined in terms of its response, which is defined as the ratio of antenna aperture for the above measurement scenarios. Using nine antennas, the designed meter has a response of 1.043 (0.17 dB) at 60 GHz, which is very close to 1 (0 dB), the desired ideal response value. The

213

mm-PEM measured an IPD of 96.6 $W\,m^{-2}$ at 60 GHz in the RC, for an input power of 1 W. In addition, the average absorption cross-section of the phantom is determined as 225 $cm^2$, which is an excellent agreement with its physical dimensions.

Conclusion

A mm-wave personal exposure meter (mm-PEM) is designed for assessment of personal exposure to 5G in indoor diffuse environments. The mm-PEM is calibrated on a skin-equivalent phantom in a reverberation chamber (RC) in the range of 59.5 to 60.5 GHz. We showed that increasing the number of antennas up to nine, a response of 1.043 at 60 GHz is obtained. This response is very close to 1, which is the desired response of the mm-PEM; so, the mm-PEM can measure the IPD in free space but in the presence of human body. The response of the mm-PEM in diffuse fields is also determined in terms of numerical simulations using the FDTD. Good agreement between measurements and simulations is achieved. According to the results, we recommend to calibrate the mm-PEM in the loaded RC. The average absorption cross-section of the skin phantom is determined as 225 $cm^2$ from the measurements, which is in excellent agreement with the physical geometry of the phantom. Future research includes design of acquisition nodes (antenna and receiver electronics) for the mm-PEM to measure the IPD directly. Additionally, the calibrations will be performed on a cylindrical or spherical phantom to study the effect of body shadowing on the response of the designed mm-PEM and to design a distributed exposure meter for the mm-waves.

https://link.springer.com/article/10.1007/s10762-018-0533-z

--

**The Effect of a Single 30-Min Long Term Evolution Mobile Phone-Like Exposure on Thermal Pain Threshold of Young Healthy Volunteers**

Vecsei Z, Thuróczy G, Hernádi I. The Effect of a Single 30-Min Long Term Evolution Mobile Phone-Like Exposure on Thermal Pain Threshold of Young Healthy Volunteers. Int J Environ Res Public Health. 2018 Aug 27;15(9). pii: E1849. doi: 10.3390/ijerph15091849.

Abstract

Although the majority of mobile phone (MP) users do not attribute adverse effects on health or well-being to MP-emitted radiofrequency (RF) electromagnetic fields (EMFs), the exponential increase in the number of RF devices necessitates continuing research aimed at the objective investigation of such concerns. Here we investigated the effects of acute exposure from Long Term Evolution (LTE) MP EMFs on thermal pain threshold in healthy young adults. We use a protocol that was validated in a previous study in a capsaicin-induced hyperalgesia model and was also successfully used to show that exposure from an RF source mimicking a Universal Mobile Telecommunications System (UMTS) MP led to mildly stronger desensitization to repeated noxious thermal stimulation relative to the sham condition. Using the same experimental design, we did not find any effects of LTE exposure on thermal pain threshold. The present results, contrary to previous evidence obtained with the UMTS modulation, are likely to originate from placebo/nocebo effects and are unrelated to the brief acute LTE EMF exposure itself. The fact that this is dissimilar to our previous results on UMTS exposure implies that RF modulations might differentially affect pain perception and points to the necessity of further research on the topic.

Open access paper: http://www.mdpi.com/1660-4601/15/9/1849

--

214

**Exposure levels of ELF magnetic fields in the residential areas of Mangaung Metropolitan Municipality**

Rathebe P, Weyers C, Raphela F. Exposure levels of ELF magnetic fields in the residential areas of Mangaung Metropolitan Municipality. Environ Monit Assess. 2018 Aug 23;190(9):544. doi: 10.1007/s10661-018-6916-8.

Abstract

The aim of this study was to evaluate the exposure levels of ELF magnetic fields in the residential areas of Mangaung metropolitan municipality. Fifteen residential sites were randomly selected in Bloemfontein, nine in Botshabelo and six in Thaba Nchu areas of Mangaung. Measurements were collected at the distances of 3 m, 6 m and 9 m outside electrical substations, near every corner, using a Trifield meter model XE 100. Measurements were also collected from four different corners inside substations, near barrier screening and were referred to as a distance of 0 m (reference point). The results indicated a non-significant difference among 15 residential areas; BRE1 to BRE15 and six areas; TNRE1 to TRNE6. The exposure levels were significantly high in one residential area BORE1 (0.55 µT) as compared to other residential sites in Botshabelo (p < 0.001). The results obtained from the measurements also show a significant difference between the residential areas BORE4 and BORE8 (p < 0.01) as well as BORE4 and BORE9 (p < 0.006). The four distance interims also demonstrated a highly significant difference (p < 0.0001) when compared to one another. The t test showed a statistically significant difference for exposure levels recorded at 3 m, 6 m and 9 m in comparison to 0 m (p < 0.01). The exposure levels recorded at 3 m were also significantly different to those recorded at 6 m (p < 0.05) and 9 m (p < 0.01). The exposure levels measured at all distances are below the ICNIRP guidelines and the fields decrease rapidly with an increased distance from the source.

https://www.ncbi.nlm.nih.gov/pubmed/30140955

--

**Association between parental occupational exposure to ELF magnetic fields and childhood nervous system tumors risk: A meta-analysis**

Su L, Zhao C, Jin Y, Lei Y, Lu L, Chen G. Association between parental occupational exposure to extremely low frequency magnetic fields and childhood nervous system tumors risk: A meta-analysis. Sci Total Environ. 2018 Nov 15;642:1406-1414.

Highlights

• A meta-analysis identified 22 studies on parental occupational ELF-MF exposure and risk of childhood nervous system tumors.
• Parental occupational ELF-MF exposure was associated with increased risk of childhood CNS tumors but not neuroblastoma.
• Maternal but not paternal occupational ELF-MF exposure significantly increased risk of childhood CNS tumors.

Abstract

BACKGROUND AND OBJECTIVE: Previous epidemiological studies suggested association between parental occupational exposure to extremely low frequency magnetic fields (ELF-MF) and risk of childhood nervous system tumors, but the results were inconsistent. We conducted a meta-analysis of case-control and cohort

studies to re-evaluate this association.

METHODS: Relevant studies were identified by searching PubMed and Web of Science databases as well as by manual searching. Summary odds ratio (OR) with 95% confidence interval (CI) were pooled with a fixed-effects or random-effects model.

RESULTS:  A total of 22 eligible articles (21 case-control studies and 1 cohort study) were included for the quantitative analysis. The results showed that parental occupational ELF-MF exposure was significantly associated with an increased risk of childhood nervous system tumors (OR = 1.11, 95% CI = 1.02-1.21), and this association remained in studies on central nervous system (CNS) tumors (OR = 1.13, 95% CI = 1.02-1.27) but not neuroblastoma (OR = 1.02, 95% CI = 0.92-1.14). Furthermore, maternal (OR = 1.14, 95% CI = 1.05-1.23) but not paternal (OR = 1.05, 95% CI = 0.98-1.13) occupational ELF-MF exposure significantly increased risk of childhood nervous system tumors. Increased risk of childhood CNS tumors was significant associated with maternal (OR = 1.16, 95% CI = 1.06-1.26) but not paternal (OR = 1.15, 95% CI = 0.98-1.34) occupational ELF-MF exposure.

CONCLUSION: In conclusion, our results provide limited evidence for the association between maternal occupational exposure to ELF-MF and increased risk of childhood CNS tumors, which should be explained with cautions. Future studies are needed to further evaluate the association of paternal occupational ELF-MF exposure with risk of childhood CNS tumors.

https://www.ncbi.nlm.nih.gov/pubmed/30045521

--

**The human skin as a sub-THz receiver - Does 5G pose a danger to it or not?**

Betzalel N, Ben Ishai P, Feldman Y. The human skin as a sub-THz receiver - Does 5G pose a danger to it or not? Environ Res. 2018 May;163:208-216. doi: 10.1016/j.envres.2018.01.032.

Highlights

• The sweat duct is regarded as a helical antenna in the sub-THz band, reflectance depends on perspiration.
• We outline the background for non-thermal effects based on the structure of sweat ducts.
• We have introduced a realistic skin EM model and found the expected SAR for the 5G standard.

Abstract

In the interaction of microwave radiation and human beings, the skin is traditionally considered as just an absorbing sponge stratum filled with water. In previous works, we showed that this view is flawed when we demonstrated that the coiled portion of the sweat duct in upper skin layer is regarded as a helical antenna in the sub-THz band. Experimentally we showed that the reflectance of the human skin in the sub-THz region depends on the intensity of perspiration, i.e. sweat duct's conductivity, and correlates with levels of human stress (physical, mental and emotional). Later on, we detected circular dichroism in the reflectance from the skin, a signature of the axial mode of a helical antenna. The full ramifications of what these findings represent in the human condition are still unclear. We also revealed correlation of electrocardiography (ECG) parameters to the sub-THz reflection coefficient of human skin. In a recent work, we developed a unique simulation tool of human skin, taking into account the skin multi-layer structure together with the helical segment of the sweat

JA 01819

duct embedded in it. The presence of the sweat duct led to a high specific absorption rate (SAR) of the skin in extremely high frequency band. In this paper, we summarize the physical evidence for this phenomenon and consider its implication for the future exploitation of the electromagnetic spectrum by wireless communication. Starting from July 2016 the US Federal Communications Commission (FCC) has adopted new rules for wireless broadband operations above 24 GHz (5 G). This trend of exploitation is predicted to expand to higher frequencies in the sub-THz region. One must consider the implications of human immersion in the electromagnetic noise, caused by devices working at the very same frequencies as those, to which the sweat duct (as a helical antenna) is most attuned. We are raising a warning flag against the unrestricted use of sub-THz technologies for communication, before the possible consequences for public health are explored.

https://www.ncbi.nlm.nih.gov/pubmed/29459303

Excerpt

The need for high data transmission rates, coupled with advances in semiconductor technology, is pushing the communications industry towards the sub-THz frequency spectrum. While the promises of a glorious future, resplendent with semi-infinite data streaming, may be attractive, there is a price to pay for such luxury. We shall find our cities, workspace and homes awash with 5 G base stations and we shall live though an unprecedented EM smog. The benefits to our society of becoming so wired cannot ignore possible health concerns, as yet unexplored. There is enough evidence to suggest that the combination of the helical sweat duct and wavelengths approaching the dimensions of skin layers could lead to non-thermal biological effects. Such fears should be investigated and these concerns should also effect the definition of standards for the application of 5G communications.

Prior study:

Betzalel N, Feldman Y, Ishai PB. The Modeling of the Absorbance of Sub-THz Radiation by Human Skin. IEEE Transactions on Terahertz Science and Technology 7(5):521-528. Sep 2017.

Abstract

In the near future, applications will come online that require data transmission in ultrahigh rates of 100 Gbit per second and beyond. In fact, the planning for new industry regulations for the exploitation of the sub-THz band are well advanced under the auspices of IEEE 802.15 Terahertz Interest Group. One aspect of this endeavor is to gauge the possible impact on human health by the expected explosion in commercial use of this band. It is, therefore, imperative to estimate the respective specific absorption rates of human tissues. In the interaction of microwave radiation and human beings, the skin is traditionally considered as just an absorbing sponge stratum filled with water. This approach is justified when the impinging wavelength is greater than the dimensions of the skin layer. However, in the sub-THz band this condition is violated. In 2008, we demonstrated that the coiled portion of the sweat duct in upper skin layer could be regarded as a helical antenna in the sub-THz band. The full ramifications of what these findings represent in the human condition are still very unclear, but it is obvious that the absorption of electromagnetic energy is governed by the topology for the skin and its organelles, especially the sweat duct.

Conclusion

The need for high data transmission rates, coupled with advances in semiconductor technology, is pushing the communications industry toward the sub-THz frequency spectrum. While this is a relatively underutilized area of the EM spectrum, it does come with a price. The affinity of atmospheric absorption in this band means that

217

many small short range and relatively powerful transmitters will be required for decent coverage. The results of our study emphasize that rather than gallop toward these solutions with abandon, the human health implications must be considered first, as wavelengths approach the dimensions of skin-based features. The results point to the dominant role of the sweat duct in EM skin absorbance. We can conclude and say that if the new regime of WLAN communication, the 5G standard, will happen in the next years, the concern regarding biological influence on the human body should be considered.

https://ieeexplore.ieee.org/document/8016593/

--

**Effects of EMF exposure on the antioxidant defense system**

Kıvrak EG, Yurt KK, Kaplan AA, Alkan I, Altun G. Effects of electromagnetic fields exposure on the antioxidant defense system. J Microsc Ultrastruct. 2017 Oct-Dec;5(4):167-176.

Abstract

Technological devices have become essential components of daily life. However, their deleterious effects on the body, particularly on the nervous system, are well known. Electromagnetic fields (EMF) have various chemical effects, including causing deterioration in large molecules in cells and imbalance in ionic equilibrium. Despite being essential for life, oxygen molecules can lead to the generation of hazardous by-products, known as reactive oxygen species (ROS), during biological reactions. These reactive oxygen species can damage cellular components such as proteins, lipids and DNA. Antioxidant defense systems exist in order to keep free radical formation under control and to prevent their harmful effects on the biological system. Free radical formation can take place in various ways, including ultraviolet light, drugs, lipid oxidation, immunological reactions, radiation, stress, smoking, alcohol and biochemical redox reactions. Oxidative stress occurs if the antioxidant defense system is unable to prevent the harmful effects of free radicals. Several studies have reported that exposure to EMF results in oxidative stress in many tissues of the body. Exposure to EMF is known to increase free radical concentrations and traceability and can affect the radical couple recombination. The purpose of this review was to highlight the impact of oxidative stress on antioxidant systems.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6025786/

--

**Non-ionizing EMF hazard in the 21th century**

Koh WJ, Moochhala SM. Non-ionizing EMF hazard in the 21th century. 2018 IEEE International Symposium on Electromagnetic Compatibility and 2018 IEEE Asia-Pacific Symposium on Electromagnetic Compatibility (EMC/APEMC).

Abstract

With the fast advancement in technologies and the heavy reliance on wireless devices, we are exposed to ever increasing electromagnetic field (EMF) radiation from home to office to public places. The two most widely referenced standards for non-ionizing EMF radiation protection - IEEE C95.1 and ICNIRP - were last updated in 2005 and 1998 respectively. A comparison of the two standards with the Russian standard shows that the Russian maximum permissible exposure (MPE) is 41 and 5.8 times lower in terms of electric field strength at 1MHz respectively. Despite numerous tests showing potential hazards to humans from radiation levels below

218

the MPE levels stated in ICNIRP guidelines and C95.1, ICNIRP and IEEE continue to ignore calls by scientists to review their MPE levels. This paper addresses the current and future trends in communication and wireless technologies and their impact on the EMF radiation level that the general public will be exposed to. Studies on biological effects due to EMF radiation carried out over the last 20+ years will also be discussed. Based on the effects of these studies from radiation levels well below the MPE in C95.1 and ICNIRP guidelines, this paper recommends a review of the current safety levels.

Conclusion

With the fast advancement in telecommunication and wireless technologies and the heavy reliance on AC and DC power supplies, we will be constantly and increasingly exposed to EMF everywhere we go, including where we sleep. Based on the findings from numerous EM-Bio effect studies, it is evident that non-thermal and low radiation level (below MPE levels specified in C95.1 and ICNIRP guidelines) EMF could have significant effects on human body. it should be mentioned here that very specific exposure conditions may trigger biological response in one individual, but not in others. And some may take longer time than others for the symptoms to appear. Any health safety standard must protect not just those who are healthy but include those in poor health, the young and the pregnant women.

WHO's decision to classify mobile phone radiation as possibly carcinogenic came more than 20 years after mobile phones were introduced. Should we wait another 20 years for severe biological effects to show up and then regret that we did not do something earlier? We hope IEEE and ICNIRP can seriously consider potential effects from long term exposure of EMF radiation and review their MPE levels as soon as possible. If the committees still think that the results are inconclusive, then they may want to define a set of objective specific testing protocols so scientists and researchers can work on it to produce clear and definitive results.

https://ieeexplore.ieee.org/document/8393832/

--

**Longitudinal associations between risk appraisal of base stations for mobile phones, radio or television and non-specific symptoms**

Martens AL, Slottje P, Smid T, Kromhout H, Vermeulen RCH, Timmermans DRM. Longitudinal associations between risk appraisal of base stations for mobile phones, radio or television and non-specific symptoms. Journal of Psychosomatic Research. 112:81-89. Sep 2018.https://doi.org/10.1016/j.jpsychores.2018.07.008

Highlights

• We studied longitudinal associations in a general population cohort.
• Risk appraisal of base stations was associated with higher symptom scores.

• The results indicate the presence of bidirectional longitudinal associations.

• Female sex, younger age, higher education, were associated with high risk appraisal.

Abstract

Introduction: Studies found that higher risk appraisal of radiofrequency electromagnetic fields is associated with reporting more non-specific symptoms such as headache and back pain. There is limited data available on the longitudinal nature of such associations and what aspects of risk appraisal and characteristics of subjects

219

are relevant.

Objective: To examine cross-sectional and longitudinal associations between risk appraisal measures and non-specific symptoms, and assess the role of subject characteristics (sex, age, education, trait negative affect) in a general population cohort.

Methods: This study was nested in the Dutch general population AMIGO cohort that was established in 2011/2012, when participants were 31–65 years old. We studied a sample of participants (n = 1720) who filled in two follow-up questionnaires in 2013 and 2014, including questions about perceived exposure, perceived risk, and health concerns as indicators of risk appraisal of base stations, and non-specific symptoms.

Results: Perceived exposure, perceived risk, and health concerns, respectively, were associated with higher symptom scores in cross-sectional and longitudinal analyses. Only health concerns (not perceived exposure and perceived risk) temporally preceded high symptom scores and vice versa. Female sex, younger age, higher education, and higher trait negative affect were associated with higher risk appraisal of mobile phone base stations.

Discussion: The findings in this study strengthen the evidence base for cross-sectional and longitudinal associations between higher risk appraisal and non-specific symptoms in the general population. However, the directionality of potential causal relations in non-sensitive general population samples should be examined further in future studies, providing information to the benefit of risk communication strategies.

https://www.sciencedirect.com/science/article/pii/S0022399918302058

--

**Exposure to GSM 900-MHz mobile radiation impaired inhibitory avoidance memory consolidation in rat: Involvements of opioidergic and nitrergic systems**

Ahmadi S, Alavi SS, Jadidi M, Ardjmand A. Exposure to GSM 900-MHz mobile radiation impaired inhibitory avoidance memory consolidation in rat: Involvements of opioidergic and nitrergic systems. Brain Research. 1701:36-45. Dec 2018. https://doi.org/10.1016/j.brainres.2018.07.016.

Highlights

• Four weeks of exposure to GSM radiation impaired IA memory performance.\
• Post-training i.c.v. injections of naloxone recovered the impairment of IA memory.
• Pre-test i.c.v. injections of L-NAME impaired the positive effect of naloxone
• Pre-test co-administration of L-arginine and L-NAME recovered the impairment.
• Opioid and NO systems are involved in the effects of GSM exposure on IA memory.

Abstract

The use of mobile phones is increasing, and the main health concern is the possible deleterious effects of radiation on brain functioning. The present study aimed to examine the effects of exposure to a global system for mobile communication (GSM) with mobile phones on inhibitory avoidance (IA) memory performance as well as the involvement of endogenous opioids and nitric oxide (NO) in this task. Male Wistar rats, 10–12 weeks old, were used. The results showed that four weeks of mobile phone exposure impaired IA memory performance in rats. The results also revealed that post-training, but not pre-training, as well as pre-test intracerebroventricular (i.c.v.) injections of naloxone (0.4, 4 and 40 ng/rat), dose-dependently recovered the impairment of IA memory performance induced by GSM radiation. Additionally, the impairment of IA memory

220

performance was completely recovered in the exposed animals with post-training treatment of naloxone (40 ng/rat) plus pre-test i.c.v. injections of L-arginine (100 and 200 nmol/rat). However, pre-test i.c.v. injections of L-NAME (10 and 20 nmol/rat), impaired IA memory performance in the animals receiving post-training naloxone (40 ng/rat). In the animals receiving post-training naloxone treatment, the impairment of IA memory performance due to pre-test i.c.v. injections of L-NAME was recovered by the pre-test co-administration of L-arginine. It was concluded that the recovery from impairment of IA memory in GSM-exposed animals with post-training naloxone treatment was the result of blockade of the opioidergic system in early memory consolidation as well as activation of the nitrergic system in the retrieval phase of memory.

https://www.sciencedirect.com/science/article/pii/S0006899318304001

--

**Evaluating temperature changes of brain tissue due to induced heating of cell phone waves**

Forouharmajd F, Pourabdian S, Hossein E. Evaluating temperature changes of brain tissue due to induced heating of cell phone waves. Intl J Prev Med. 9:40. Apr 2018

Background: Worries have recently been increased in the absorption of radiofrequency waves and their destructing effects on human health by increasing use of cell phones (mobile phones). This study performed to determine the thermal changes due to mobile phone radio frequency waves in gray and white brain tissue. Methods: This study is an empirical study, where the thermal changes of electromagnetic waves resulted from cell phones (900 MHZ, specific absorption rate for head 1.18 w/kg) on the 15 brain tissue of a cow were analyzed in a compartment with three different thickness of 2 mm, 12 mm, and 22 mm, for 15 min. The Lutron thermometer (model: MT-917) with 0.01 degrees C precision was used for measuring the tissue temperature. For each thickness was measured three times. Data analysis is done by Lutron and MATLAB software packages. Results: In confronting of the tissue with the cell phone, the temperature was increased by 0.53 degrees C in the 2 mm thickness that is the gray matter of the brain, increased by 0.99 degrees C in the 12 mm thickness, and also increased by 0.92 degrees C in the 22 mm thickness. Brain temperature showed higher rates than the base temperature after 15 min of confrontation with cell phone waves in all the three thicknesses. Conclusions: Cell phone radiated radio frequency waves were effective on increasing brain tissue temperature, and this temperature increase has cumulative effect on the tissue, being higher, for some time after the confrontation than the time with no confrontation.

Open access paper: http://www.ijpvmjournal.net/article.asp?issn=2008-7802;year=2018;volume=9;issue=1;spage=40;epage=40;aulast=Forouharmajd

--

**Modeling tissue heating from exposure to RF energy & relevance of tissue heating to exposure limits**

Foster, KR, Ziskin MC, Balzano Q; Bit-Babik G. Modeling Tissue Heating From Exposure to Radiofrequency Energy and Relevance of Tissue Heating to Exposure Limits: Heating Factor. Health Physics: 115(2):295-307. Aug 2018

Abstract

This review/commentary addresses recent thermal and electromagnetic modeling studies that use image-based anthropomorphic human models to establish the local absorption of radiofrequency energy and the resulting increase in temperature in the body. The frequency range of present interest is from 100 MHz through the transition frequency (where the basic restrictions in exposure guidelines change from specific absorption

JA 01824

rate to incident power density, which occurs at 3–10 GHz depending on the guideline). Several detailed thermal modeling studies are reviewed to compare a recently introduced dosimetric quantity, the heating factor, across different exposure conditions as related to the peak temperature rise in tissue that would be permitted by limits for local body exposure. The present review suggests that the heating factor is a robust quantity that is useful for normalizing exposures across different simulation models. Limitations include lack of information about the location in the body where peak absorption and peak temperature increases occur in each exposure scenario, which are needed for careful assessment of potential hazards. To the limited extent that comparisons are possible, the thermal model (which is based on Pennes' bioheat equation) agrees reasonably well with experimental data, notwithstanding the lack of theoretical rigor of the model and uncertainties in the model parameters. In particular, the blood flow parameter is both variable with physiological condition and largely determines the steady state temperature rise. We suggest an approach to define exposure limits above and below the transition frequency (the frequency at which the basic restriction changes from specific absorption rate to incident power density) to provide consistent levels of protection against thermal hazards. More research is needed to better validate the model and to improve thermal dosimetry in general. While modeling studies have considered the effects of variation in thickness of tissue layers, the effects of normal physiological variation in tissue blood flow have been relatively unexplored.

https://www.ncbi.nlm.nih.gov/pubmed/29957690

Conclusion

Advances in computational dosimetry and thermal modeling, reviewed in this paper, have filled in many details about the relation between psSAR and peak increase in temperature. These studies show that the heating factor is a robust measure of this relation. However, additional information is needed to assess potential thermal hazards of RF exposure, including the location and magnitude of the temperature increases in the body.

This present and two previous reviews in this series (Foster et al. 2016, 2017) show that thermal models can be useful for revising and updating RF exposure limits. While the theory that underlies the models, Pennes' BHTE, is generally reliable, it is not exact. Thermal models for RF heating of tissue require additional experimental validation including effects of variability in tissue blood perfusion, possible thermoregulatory responses of the body to RF heating, and other factors. Finally, more experimental data are needed for thermal hazards of RF energy at frequencies above the threshold. Apart from thermal hazards, a comprehensive review of all reported biological effects of RF energy above the transition frequency in the standards is also needed.

Q.B., K.R.F, and M.Z. were supported in this project by Mobile and Wireless Forum, which did not review and had no control over preparation of this manuscript. The authors thank A. Hirata, Nagoya Institute of Technology, Japan, for providing results used to prepare Fig. 3, and Dr. Vitas Anderson and Dr. C-K Chou for helpful discussion of earlier drafts of this paper. The views and opinions expressed herein are solely those of the authors and are not to be attributed to Motorola Solutions or any of its operating companies.

--

**900 MHz GSM Cell Phone Radiation Alters Human MCF-7 Cells & Stem Cells**

Shahbazi-Gahrouei D, Hashemi-Beni B, Moradi A, Aliakbari M, Shahbazi-Gahrouei S. Exposure to Global System for Mobile Communication 900 MHz Cellular Phone Radiofrequency Alters Growth, Proliferation and

Morphology of Michigan Cancer Foundation-7 Cells and Mesenchymal Stem Cells. Int J Prev Med. 2018 Jun 19;9:51.

Abstract

Background: Today, using cellular phone and its harmful effects in human life is growing. The aim of this study is to investigate the effect of the global system for mobile communication (GSM) 900 MHz cellular phone radiofrequency waves on growth, morphology, and proliferation rate of mesenchymal stem cells and Michigan Cancer Foundation (MCF-7) cells within the specific distance and intensity.

Methods: MCF-7 and human adipose-derived stem cells (HADSCs) were exposed to GSM cellular phones 900 MHz frequency with intensity of 354.6 µW/cm2 during different exposure times 6, 21, 51, and 101 min/day with an interval of 10 min for each subsequent radiation exposure for 3 and 5 days at 10 and 20 cm distances from antenna. 3-(4,5-dimethythiazol- 2-yl)-2,5-diphenyl tetrazolium bromide assay and trypan blue test were used to determine the growth of cells and cell viability, respectively. Statistical analyses were carried out using three-way ANOVA. Differences were significant when $P < 0.05$.

Results: The proliferation rates of both MCF-7 and HADSCs cells in all exposure groups were significantly lower than controls ($P < 0.05$). There was a significant effect on the percentage of cell survival with increase the period of time from 3 to 5 days for MCF-7 ($P < 0.01$) and HADSCs ($P = 0.02$), respectively. Variations in distance had no significant effect on the percentage of cell survival ($P = 0.35$) on MCF-7 ($P = 0.02$) and HADSCs ($P = 0.09$) cells, respectively.

Conclusions: The results showed that radiation of GSM 900 MHz cellular phone may be reduced cell viability and proliferation rates of both cells. It is recommended to reduce exposure time, increase distance from antenna, and reserve the use of cell phones for shorter conversations to prevent its biological and harmful effects. Further studies with other intensities and frequencies on different cells are recommended.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6028991/

--

**What is adverse effect of Wireless Local Area Network, using 2.45 GHz, on the reproductive system?**

Bilgici B, Gun S, Avci B, Akar A, Engiz BK. What is adverse effect of Wireless Local Area Network, using 2.45 GHz, on the reproductive system? Int J Radiat Biol. 2018 Jul 20:1-25.

Abstract

PURPOSE: To investigate the inflammatory effect and testicular damage on rats exposed to low level of electromagnetic fields (EMF) at 2.45 GHz microwave radiation.

METHODS: Twenty two Wistar rats were divided into two groups. Group 1 was the control group and not exposed to EMF. Group 2 was exposed to low level EMF (average E-field 3.68± 0.36 V/m, whole body average SAR, 0.0233W/kg, in 10g tissue) at 2.45 GHz for 1 hour/day for 30 consecutive days. At the end of the study, interleukin-6 (IL-6), interleukin-10 (IL-10), interleukin-32 (IL-32), C-reactive protein (CRP) were measured in rat serum and IL-6, IL-10, IL-32 were measured in rat testis tissue. Furthermore, testicular tissues were evaluated histopathologically in terms of spermatogenesis and coagulation necrosis.

223

RESULTS:  Serum IL-6 and CRP levels were found to be significantly different in the study group compared to the control group ($p < 0.05$), but no significant difference was found in serum IL-10, IL-32 levels and testis tissue IL-6, IL-10, IL-32 levels compared to the control group ($p > 0.05$). On the other hand, histopathological evaluation of testicular tissue revealed a significant difference in necrosis and spermatogenesis when compared with the control group ($p < 0.05$) Conclusions: It may be concluded that low level EMF at 2.45 GHz increases inflammation and testicular damage and negative impact on male reproductive system function.

https://www.ncbi.nlm.nih.gov/pubmed/30028652

Excerpt:

In this study, Microwave system with monopole antenna (2004X-RF, Everest Co., Adapazari, Turkey) was used to produce the low level EMF at 2.45 GHz. Microwave radiation generator can radiate at 2.45 GHz frequency, with a range of 0-1 Watt output power, and produce continuous or pulsed (modulated at 217 Hz) radiation.

My note:  This study did not test Wi-Fi.

--

### DNA electromagnetic properties and interactions - An investigation on intrinsic bioelectromagnetism within DNA

Bukhari MH, Batool S, Raza Y, Bagasra O, Rizvi A, Shah A.DNA electromagnetic properties and interactions - An investigation on intrinsic bioelectromagnetism within DNA. Electromagnetic Biology & Medicine. Jul 19, 2018. https://doi.org/10.1080/15368378.2018.1499032.

Abstract

The question whether intrinsic bioelectromagnetism exists within DNA or not is an important and so far unexplored area of biology. We carried out a study of isolated genetic material, utilizing both prokaryotic and eukaryotic DNA, to measure any possible intrinsic electromagnetic effects or fields emanated within the molecules. Studies were carried out with extremely sensitive ultra-low-noise trans-impedance amplifiers and a high-precision data acquisition system to record any possible faintest electromagnetic signals from the concentrated, as well as diluted DNA, in vitro. Some experiments were performed to investigate any possible electromagnetic effects of high-frequency (HF) RF fields on the DNA under test. However, after extensive testing and careful measurements, we failed to detect any possible intrinsic or induced electromagnetic activity from the DNA as compared to simple water or empty chambers. We reached a conclusion that there does not seem to be any measurable intrinsic electromagnetic activity or fields present in the DNA material, whether in concentrated or diluted form, and if there were, any such activity or fields would be extremely minuscule to be detected with scientific precision by current human measurement methods.

https://www.tandfonline.com/doi/full/10.1080/15368378.2018.1499032

--

### Exposure to 50 Hz Magnetic Fields in Homes and Areas Surrounding Urban Transformer Stations in Silla (Spain): Environmental Impact Assessment

Enrique A. Navarro-Camba EA , Segura-García J, Gomez-Perretta C. Exposure to 50 Hz Magnetic Fields in

224

Homes and Areas Surrounding Urban Transformer Stations in Silla (Spain): Environmental Impact Assessment.
Sustainability 2018, 10(8), 2641; 27 July 2018. (This article belongs to the Special Issue Electromagnetic Waves Pollution)

Abstract

Exposure to extremely low frequency electromagnetic fields (ELFs) is almost inevitable almost anywhere in the world. An ELF magnetic field (ELF-MF) of around 1 mG = 0.1 µT is typically measured in any home of the world with a certain degree of development and well-being. There is fear and concern about exposure to electromagnetic fields from high- and medium-voltage wiring and transformer stations, especially internal transformer stations (TSs), which in Spain are commonly located inside residential buildings on the ground floor. It is common for neighbors living near these stations to ask for stations to be moved away from their homes, and to ask for information about exposure levels and their effects. Municipality is the closest administration to the citizens that must solve this situation, mediating between the citizens, the utility companies and the national administration. In this case, the municipality of Silla (València, Spain) wanted to know the levels of exposure in the dwellings annexed to the TSs, to compare them with Spanish legislation and the recommendations coming from epidemiological studies. This article presents the first systematic campaign of ELF-MF measurements from TSs carried out in a Spanish city. Many measurements were carried out in the rooms of the apartments doing spatial averages of spatial grid measurements. Measurements are made in the bed and bedrooms and a weighted average and an environmental impact indicator were obtained for each location. We found that old TSs usually provide the highest peak exposure levels. A notable result of this work is that approximately one quarter of the population living above or next to a TS would be exposed to a weighted MF level greater than 0.3 µT, and that about a 10% of this population would not be able to relocate their bedroom or living room to minimize the level of exposure.

Open access paper: http://www.mdpi.com/2071-1050/10/8/2641

--

**Measurement and analysis of power-frequency magnetic fields in residences: Results from a pilot study**

Halgamuge MN, McLean L. Measurement and analysis of power-frequency magnetic fields in residences: Results from a pilot study. Measurement. 125:415-424. Sep 2018.

Highlights

• Exposure to high magnetic fields in residential situations occurs in proximity to appliances.
• Emissions from some appliances exceeded the general public exposure levels of the ICNIRP limits.
• Taking precautions, such as reducing distance from sources can significantly reduce exposures.
• Collected data can be useful as an additional data base for future epidemiological studies.

Abstract

Aim  Extremely low-frequency magnetic fields (ELF-MFs) are emitted by electrical household appliances, wiring, meter boxes, conductive plumbing, power lines and transformers. Some of the studies investigating the link between ELF-MFs and health problems have not adequately characterized the magnetic field exposure of subjects, as they did not always measure residential magnetic fields or measure in locations where residents

225

are most exposed. Considering this, there is a need for good quality assessments of residential ELF-MFs in different geographical regions to collect general public exposure data and to identify high sources of magnetic fields. Such studies have the potential to add significant scientific knowledge about residential exposure and appropriate precautions to reduce exposure, improve the quality of life and substantially reduce health care costs.

Subject and methods  In this work, we analyzed the ELF-MFs from 3163 datasets collected from 100 houses in Australia. Measurements were carried out in different geographical locations and were assessed for compliance with the International Commission on Non-Ionizing Radiation Protection (ICNIRP) Guidelines. Then we compared our measurements with another twenty-three peer-reviewed studies, published 1987–2015, reporting magnetic field measurements in residences.

Results  The observed average (geometric mean) magnetic field values were; bed 0.85, bedroom 1.39 mG, baby cot 0.39 mG, children's play area 0.47 mG, and family room 0.30 mG. Our results show considerable variation in the fields to which residents are typically exposed, particularly in beds (21.83%) and bedrooms (33.33%) where the percentage of measurements greater than 4 mG was considerable. Some emissions exceeded the general public exposure levels of the ICNIRP Guidelines, with the potential for residents to be exposed above these levels. However, away from electrical appliances, the average field in all rooms was 0.30–1.39 mG. We show that simple precautions can be applied to reduce exposure to ELF-MFs in residences and thereby minimize potential risks to health and wellbeing.

Conclusion  Our investigation provides a new data collection model for future surveys, which could be conducted with larger samples to verify our observations. Additionally, this data could be useful as a reference for researchers and those members of the general public who do not have access to the necessary measuring equipment.

Conclusion

Exposure to high magnetic fields in residential situations occurs in proximity to appliances, especially microwave ovens, conductive water pipes, meter boxes, and wiring, as well as external sources such as power lines, transformers and substations. Emissions of some appliances exceeded the general public exposure levels of the ICNIRP exposure guideline. However, there is no conclusive proof that electromagnetic fields cause health problems. Taking precautions, such as increasing distance from sources can significantly reduce exposures. In this work, we analyzed the power frequency magnetic fields using 3163 datasets from 100 houses in Australia. Our work provides a model for future surveys, especially for epidemiological studies. This work also will be useful to householders to understand the typical magnetic field strength to which they are exposed everyday. Future surveys could be conducted with larger samples, to verify our observations and to correlate these exposures with symptoms experienced by householders. Future studies could also consider measurements of radiofrequency radiation from wireless devices in the home.

https://www.sciencedirect.com/science/article/pii/S0263224118303920?via%3Dihub

--

**Millitesla magnetic field effects on the photocycle of an animal cryptochrome**

Sheppard DM, Li J, Henbest KB, Neil SR, Maeda K, Storey J, Schleicher E, Biskup T, Rodriguez R, Weber S, Hore PJ, Timmel CR, Mackenzie SR. Millitesla magnetic field effects on the photocycle of an animal cryptochrome. Sci Rep. 2017 Feb 8;7:42228. doi: 10.1038/srep42228.

JA 01829

Abstract

Drosophila have been used as model organisms to explore both the biophysical mechanisms of animal magnetoreception and the possibility that weak, low-frequency anthropogenic electromagnetic fields may have biological consequences. In both cases, the presumed receptor is cryptochrome, a protein thought to be responsible for magnetic compass sensing in migratory birds and a variety of magnetic behavioural responses in insects. Here, we demonstrate that photo-induced electron transfer reactions in Drosophila melanogaster cryptochrome are indeed influenced by magnetic fields of a few millitesla. The form of the protein containing flavin and tryptophan radicals shows kinetics that differ markedly from those of closely related members of the cryptochrome-photolyase family. These differences and the magnetic sensitivity of Drosophila cryptochrome are interpreted in terms of the radical pair mechanism and a photocycle involving the recently discovered fourth tryptophan electron donor.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5296725/

--

## 6-mT 0-120-Hz magnetic fields differentially affect cellular ATP levels

Wang D, Zhang L, Shao G, Yang S, Tao S, Fang K, Zhang X. 6-mT 0-120-Hz magnetic fields differentially affect cellular ATP levels. Environ Sci Pollut Res Int. 2018 Aug 3. doi: 10.1007/s11356-018-2868-3.

Abstract

Adenosine triphosphate (ATP), an indispensable molecule that provides energy for essentially all cellular processes, has been shown to be affected by some magnetic fields (MFs). Although people are frequently exposed to various static and power frequency MFs in their daily lives, the exact effects of these MFs of different frequencies have not been systematically investigated. Here, we tested 6-mT MFs with 0, 50, and 120 Hz for their effects on cellular ATP levels in 11 different cell lines. We found that the 6-mT static magnetic field (SMF) either does not affect or increase cellular ATP levels, while 6-mT 50-Hz MF either does not affect or decrease cellular ATP levels. In contrast, 6-mT 120-Hz MF has variable effects. We examined the mitochondrial membrane potential (MMP) as well as reactive oxygen species (ROS) in four different cell lines, but did not find their direct correlation with ATP levels. Although none of the ATP level changes induced by these three different frequencies of 6-mT MFs are dramatic, these results may be used to explain some differential cellular responses of various cell lines to different frequency MFs.

https://www.ncbi.nlm.nih.gov/pubmed/30074140

Excerpt

In conclusion, although the ATP level changes induced by 6-mT MFs are not dramatic, the exact effects are cell type-, MF frequency-, and time-dependent. These may help to explain some observed cellular phenomenon of low-frequency MFs. Given the prevalence of power frequency and SMF exposure for human bodies, such as the MFs generated by electric power lines, home appliance, and household items, people should be aware of their potential effects on cellular ATP, which is the foundation of many cellular processes.

--

JA 01830

**Thermal and non-thermal health effects of low intensity non-ionizing radiation: An international perspective**

Belpomme D, Hardell, L, Belyaev I, Burgio E, Carpenter DO. Thermal and non-thermal health effects of low intensity non-ionizing radiation: An international perspective. Environ Pollut. 2018 Jul 6;242(Pt A):643-658. doi: 10.1016/j.envpol.2018.07.019.

Highlights

• Exposure to electromagnetic fields has increased dramatically.
• Electromagnetic fields at low and non-thermal intensities increase risk of cancer in animals and humans.
• Some individuals are particularly sensitive and develop a syndrome of electrohypersensitivity.
• There is an urgent need to recognize hazards associated with excessive exposure to non-thermal levels of electromagnetic fields.

Abstract

Exposure to low frequency and radiofrequency electromagnetic fields at low intensities poses a significant health hazard that has not been adequately addressed by national and international organizations such as the World Health Organization. There is strong evidence that excessive exposure to mobile phone-frequencies over long periods of time increases the risk of brain cancer both in humans and animals. The mechanism(s) responsible include induction of reactive oxygen species, gene expression alteration and DNA damage through both epigenetic and genetic processes. In vivo and in vitro studies demonstrate adverse effects on male and female reproduction, almost certainly due to generation of reactive oxygen species. There is increasing evidence the exposures can result in neurobehavioral decrements and that some individuals develop a syndrome of "electro-hypersensitivity" or "microwave illness", which is one of several syndromes commonly categorized as "idiopathic environmental intolerance". While the symptoms are non-specific, new biochemical indicators and imaging techniques allow diagnosis that excludes the symptoms as being only psychosomatic. Unfortunately standards set by most national and international bodies are not protective of human health. This is a particular concern in children, given the rapid expansion of use of wireless technologies, the greater susceptibility of the developing nervous system, the hyperconductivity of their brain tissue, the greater penetration of radiofrequency radiation relative to head size and their potential for a longer lifetime exposure.

https://www.ncbi.nlm.nih.gov/pubmed/30025338

Final section of the paper:

Public Health Implications of Human Exposure to EMFs

The incidence of brain cancer in children and adolescents has increased between 2000 and 2010 (Ostrom et al., 2015). Gliomas are increasing in the Netherlands (Ho et al., 2014), glioblastomas are increasing in Australia (Dobes et al., 2011) and England (Philips et al., 2018) and all brain cancers are increasing in Spain (Etxeberrua et al., 2015) and Sweden (Hardell and Carlberg, 2017). The latency period between initial exposure and clinical occurrence of brain cancer is not known but is estimated to be long. While not all reports of brain cancer rates show an increase, some do. The continually increasing exposure to EMFs from all sources may contribute to these increases. The prevalence of EHS is unknown, but various reports suggest that it is between 1 and 10% of the population (Hallberg and Oberfeld, 2006; Huang et al., 2018). Male fertility has been declining (Geoffroy-Siraudin et al., 2012; Levine et al., 2017). EMFs increase the risk of each of

228

these diseases and others. Alzheimer's disease is increasing in many countries worldwide and its association with ELF-EMF occupational exposure has been clearly demonstrated through several independent epidemiological studies (Davanipour and Sobel, 2009; Sobel et al., 1996; Qiu et al., 2004) and a meta-analysis of these studies (García et al., 2008). A recent meta-analysis (Huss et al., 2018) has reported an increased risk of amyotrophic lateral sclerosis in workers occupationally exposure to ELF-EMFs.

Safety limits for RF exposure have been based (until today) on the thermal effects of EMFs. But these standards do not protect people, particularly children, from the deleterious health effects of non-thermal EMFs (Nazıroğlu et al., 2013; Mahmoudabadi et al., 2015). Each of these diseases is associated with decrements in health and quality of life. Brain cancer patients often die is spite of some improvement in treatment, while EHS patients present with increased levels of distress, inability to work, and progressive social withdrawal. The ability for humans to reproduce is fundamental for the maintenance of our species.

The scientific evidence for harm from EMFs is increasingly strong. We do not advocate going back to the age before electricity or wireless communication, but we deplore the present failure of public health international bodies to recognize the scientific data showing the adverse effects of EMFs on human health. It is encouraging that some governments are taking action. France has removed WiFi from pre-schools and ordered Wi-Fi to be shut off in elementary schools when not in use (http://www.telegraph.co.uk/news/2017/12/11/france-ipose-total-ban-mobile-phones-schools/). The State of California Department of Public Health has issued a warning on use of mobile phones and offered advice on how to reduce exposure (State of California, 2017). There are many steps that are neither difficult nor expensive that can be taken to use modern technology but in a manner that significally reduces threats to human health.

It is urgent that national and international bodies, particularly the WHO, take this significant public health hazard seriously and make appropriate recommendations for protective measures to reduce exposures. This is especially urgently needed for children and adolescents. It is also important that all parts of society, especially the medical community, educators, and the general public, become informed about the hazards associated with exposure to EMFs and of the steps that can be easily taken to reduce exposure and risk of associated disease.

https://www.ncbi.nlm.nih.gov/pubmed/30025338

--

**Cohort study of adolescents' memory performance & brain dose of microwave radiation from wireless EMF**

Foerster M., Thielens A., Joseph W., Eeftens M., Röösli M. (2018) A prospective cohort study of adolescents' memory performance and individual brain dose of microwave radiation from wireless communication. Environmental Health Perspectives. https://ehp.niehs.nih.gov/ehp2747

Abstract

BACKGROUND: The potential impact of microwave radiofrequency electromagnetic fields (RF-EMF) emitted by wireless communication devices on neurocognitive functions of adolescents is controversial. In a previous analysis, we found changes in figural memory scores associated with a higher cumulative RF-EMF brain dose in adolescents.

229

OBJECTIVE: We aimed to follow-up our previous results using a new study population, dose estimation, and approach to controlling for confounding from media usage itself.

METHODS: RF-EMF brain dose for each participant was modeled. Multivariable linear regression models were fitted on verbal and figural memory score changes over 1 y and on estimated cumulative brain dose and RF-EMF related and unrelated media usage (n=669–676). Because of the hemispheric lateralization of memory, we conducted a laterality analysis for phone call ear preference. To control for the confounding of media use behaviors, a stratified analysis for different media usage groups was also conducted.

RESULTS: We found decreased figural memory scores in association with an interquartile range (IQR) increase in estimated cumulative RF-EMF brain dose scores: −0.22 (95% CI: −0.47, 0.03; IQR: 953 mJ=kg per day) in the whole sample, −0.39 (95% CI: −0.67, −0.10; IQR: 953 mJ=kg per day) in right-side users (n=532), and −0.26 (95% CI: −0.42, −0.10; IQR: 341 mJ=kg per day) when recorded network operator data were used for RF-EMF dose estimation (n=274). Media usage unrelated to RF-EMF did not show significant associations or consistent patterns, with the exception of consistent (nonsignificant) positive associations between data traffic duration and verbal memory.

CONCLUSIONS: Our findings for a cohort of Swiss adolescents require confirmation in other populations but suggest a potential adverse effect of of RF-EMF brain dose on cognitive functions that involve brain regions mostly exposed during mobile phone use. https://doi.org/10.1289/EHP2427

Conclusion

We found preliminary evidence suggesting that RF-EMF may affect brain functions such as figural memory in regions that are most exposed during mobile phone use. Our findings do not provide conclusive evidence of causal effects and should be interpreted with caution until confirmed in other populations. Associations with media use parameters with low RF-EMF exposures did not provide clear or consistent support of effects of media use unrelated to RF-EMF (with the possible exception of consistent positive associations between verbal memory and data traffic duration). It is not yet clear which brain processes could be potentially affected and what biophysical mechanism may play a role. Potential long-term risk can be minimized by avoiding high brain-exposure situations as occurs when using a mobile phone with maximum power close to the ear because of, for example, bad network quality.

Original study from 2015:

Schoeni A., Roser K., Röösli M. (2015) Memory performance, wireless communication and exposure to radiofrequency electromagnetic fields: a prospective cohort study in adolescents. Environmental International. 85: 343-351.

Highlights

• This is a prospective cohort study with approx. one year of follow-up.
• Self-reported and operator recorded mobile phone use data were collected.
• The cumulative RF-EMF dose for the brain and for the whole body was calculated.
• Associations were stronger for RF-EMF dose than for use of wireless devices.
• RF-EMF exposure might impair memory performance in adolescents.

230

Abstract

BACKGROUND:  The aim of this study is to investigate whether memory performance in adolescents is affected by radiofrequency electromagnetic fields (RF-EMF) from wireless device use or by the wireless device use itself due to non-radiation related factors in that context.

METHODS:  We conducted a prospective cohort study with 439 adolescents. Verbal and figural memory tasks at baseline and after one year were completed using a standardized, computerized cognitive test battery. Use of wireless devices was inquired by questionnaire and operator recorded mobile phone use data was obtained for a subgroup of 234 adolescents. RF-EMF dose measures considering various factors affecting RF-EMF exposure were computed for the brain and the whole body. Data were analysed using a longitudinal approach, to investigate whether cumulative exposure over one year was related to changes in memory performance. All analyses were adjusted for relevant confounders.

RESULTS:  The kappa coefficients between cumulative mobile phone call duration and RF-EMF brain and whole body dose were 0.62 and 0.67, respectively for the whole sample and 0.48 and 0.28, respectively for the sample with operator data. In linear exposure-response models an interquartile increase in cumulative operator recorded mobile phone call duration was associated with a decrease in figural memory performance score by -0.15 (95% CI: -0.33, 0.03) units. For cumulative RF-EMF brain and whole body dose corresponding decreases in figural memory scores were -0.26 (95% CI: -0.42, -0.10) and -0.40 (95% CI: -0.79, -0.01), respectively. No exposure-response associations were observed for sending text messages and duration of gaming, which produces tiny RF-EMF emissions.

CONCLUSIONS:  A change in memory performance over one year was negatively associated with cumulative duration of wireless phone use and more strongly with RF-EMF dose. This may indicate that RF-EMF exposure affects memory performance.

https://www.sciencedirect.com/science/article/pii/S0160412015300659?via%3Dihub

--

**Occupational exposure to high-frequency EMF and brain tumor risk in INTEROCC study**

Vila J, Turner MC, Gracia-Lavedan E, Figuerola J, Bowman JD, Kincl L, Richardson L, Benke G, Hours M, Krewski D, McLean D, Parent ME, Sadetzki S, Schlaefer K, Schlehofer B, Schüz J, Siemiatycki J, van Tongeren M, Cardis E, INTEROCC Study Group.Occupational exposure to high-frequency electromagnetic fields and brain tumor risk in the INTEROCC study: An individualized assessment approach. Environ Int. 2018 Jul 8;119:353-365. doi: 10.1016/j.envint.2018.06.038.

Introduction: In 2011, the International Agency for Research on Cancer classified radiofrequency (RF) electromagnetic fields (EMF) as possibly carcinogenic to humans (group 2B), although the epidemiological evidence for the association between occupational exposure to RF-EMF and cancer was judged to be inadequate, due in part to limitations in exposure assessment. This study examines the relation between occupational RF and intermediate frequency (IF) EMF exposure and brain tumor (glioma and meningioma) risk in the INTEROCC multinational population-based case-control study (with nearly 4000 cases and over 5000 controls), using a novel exposure assessment approach.

231

Methods: Individual indices of cumulative exposure to RF and IF-EMF (overall and in specific exposure time windows) were assigned to study participants using a source-exposure matrix and detailed interview data on work with or nearby EMF sources. Conditional logistic regression was used to investigate associations with glioma and meningioma risk.

Results: Overall, around 10% of study participants were exposed to RF while only 1% were exposed to IF-EMF. There was no clear evidence for a positive association between RF or IF-EMF and the brain tumors studied, with most results showing either no association or odds ratios (ORs) below 1.0. The largest adjusted ORs were obtained for cumulative exposure to RF magnetic fields (as A/m-years) in the highest exposed category (≥90th percentile) for the most recent exposure time window (1-4 years before the diagnosis or reference date) for both glioma, OR = 1.62 (95% confidence interval (CI): 0.86, 3.01) and meningioma (OR = 1.52, 95% CI: 0.65, 3.55).

Conclusion: Despite the improved exposure assessment approach used in this study, no clear associations were identified. However, the results obtained for recent exposure to RF electric and magnetic fields are suggestive of a potential role in brain tumor promotion/progression and should be further investigated.

https://www.ncbi.nlm.nih.gov/pubmed/29996112

Excerpt

In conclusion, despite the improved quantitative exposure assessment used in this study, the results do not support a positive association between occupational exposure to high-frequency EMF and either glioma or meningioma risk. However, given our limited statistical power, due to the small number of exposed participants, and despite our results´ lack of significance (Greenland et al., 2016; Rothman, 2016; Smith and Kriebel, 2010), our findings foster the need for further research focusing on RF magnetic fields and tumor promotion, as well as possible interactions with other frequencies and with chemicals. Moreover, since most RF studies until now have focused on the effects of electric fields, more studies of RF magnetic fields are needed, particularly looking at differences between near-field (e.g. walkie-talkies) and far-field exposures (e.g. radars). Furthermore, the development of biology-based dose metrics which take into account both electric and magnetic fields from various sources (Hansson Mild and Mattson, 2017) may provide further insights on the potential biophysical mechanism(s), other than heating and nerve electro-stimulation (ICNIRP, 1998; IEEE, 2006), by which long-term exposure to high-frequency EMF may damage health.

--

**"Biological effects of non-ionizing electromagnetic fields: Two sides of a coin".**

Saliev T, Begimbetova D, Masoud AR, Matkarimov B. "Biological effects of non-ionizing electromagnetic fields: Two sides of a coin.". Prog Biophys Mol Biol. 2018 Jul 17. pii: S0079-6107(18)30100-7. doi: 10.1016/j.pbiomolbio.2018.07.009.

Abstract

Controversial, sensational and often contradictory scientific reports have triggered active debates over the biological effects of electromagnetic fields (EMFs) in literature and mass media the last few decades. This could lead to confusion and distraction, subsequently hampering the development of a univocal conclusion on the real hazards caused by EMFs on humans. For example, there are lots of publications indicating that EMF can induce apoptosis and DNA strand-breaks in cells. On the other hand, these effects could rather be

232

JA 01835

beneficial, in that they could be effectively harnessed for treatment of various disorders, including cancer. This review discusses and analyzes the results of various in vitro, in vivo and epidemiological studies on the effects of non-ionizing EMFs on cells and organs, including the consequences of exposure to the low and high frequencies EM spectrum. Emphasis is laid on the analysis of recent data on the role of EMF in the induction of oxidative stress and DNA damage. Additionally, the impact of EMF on the reproductive system has been discussed, as well as the relationship between EM radiation and blood cancer. Apart from adverse effects, the therapeutic potential of EMFs for clinical use in different pathologies is also highlighted.

https://www.ncbi.nlm.nih.gov/pubmed/30030071

--

**Effect of RF EMF from mobile phones on nickel release from orthodontic brackets: An in vitro study**

Seyed Mohammad S, Mortazavi J, Paknahad M, Khaleghi I, Eghlidospour M. Effect of radiofrequency electromagnetic fields (RF-EMFS) from mobile phones on nickel release from orthodontic brackets: An in vitro study. International Orthodontics, Available online 12 July 2018.

Summary

Background The worldwide dramatic increase in the use of cell phones has generated great concerns about their potential adverse health effects.

Objective The aim of the present study was to evaluate the effects of radiofrequency electromagnetic fields (RF-EMFs) emitted from mobile phones on the level of nickel release from orthodontic brackets.

Methods Twenty stainless steel brackets were divided randomly into experimental and control groups (n = 10). Brackets were immersed in artificial saliva at 37 °C for 6 months. Experimental group were exposed to GSM 900 MHz RF-EMFs emitted from a mobile phone stimulator for 4 hours. The specific absorption rate (SAR) was 2.287 W/kg. The concentration of nickel in the artificial saliva in both groups was evaluated by using the cold-vapour atomic absorption spectrometry. The Mann-Whitney test was used to assess significant differences in nickel release between the exposed and non-exposed groups.

Results The mean nickel levels in the exposed and non-exposed groups were 11.95 and 2.89 µg/l, respectively. This difference between the concentrations of nickel in the artificial saliva of these groups was statistically significant (P = 0.001).

Conclusion Exposure to RF-EMFs emitted from mobile phones can lead to human exposure to higher levels of nickel in saliva in patients with orthodontic appliances. As nickel exposure can lead to allergic reaction in humans and considering this point that about 10–20% of the population can be hypersensitive to nickel, further studies are needed to evaluate the effects of radiofrequency electromagnetic fields (RF-EMFs) emitted from common devices such as mobile phones or Wi-Fi routers on the level of nickel release from orthodontic brackets.

https://www.sciencedirect.com/science/article/pii/S1761722718300962?via%3Dihub

--

**Mobile phone chips reduce increases in EEG brain activity induced by mobile phone EMF**

JA 01836

Henz D, Schöllhorn WI, Poeggeler B. Mobile Phone Chips Reduce Increases in EEG Brain Activity Induced by Mobile Phone-Emitted Electromagnetic Fields. Front Neurosci. 2018 Apr 4;12:190. doi: 10.3389/fnins.2018.00190.

Abstract

Recent neurophysiological studies indicate that exposure to electromagnetic fields (EMFs) generated by mobile phone radiation can exert effects on brain activity. One technical solution to reduce effects of EMFs in mobile phone use is provided in mobile phone chips that are applied to mobile phones or attached to their surfaces. To date, there are no systematical studies on the effects of mobile phone chip application on brain activity and the underlying neural mechanisms. The present study investigated whether mobile phone chips that are applied to mobile phones reduce effects of EMFs emitted by mobile phone radiation on electroencephalographic (EEG) brain activity in a laboratory study. Thirty participants volunteered in the present study. Experimental conditions (mobile phone chip, placebo chip, no chip) were set up in a randomized within-subjects design. Spontaneous EEG was recorded before and after mobile phone exposure for two 2-min sequences at resting conditions. During mobile phone exposure, spontaneous EEG was recorded for 30 min during resting conditions, and 5 min during performance of an attention test (d2-R). Results showed increased activity in the theta, alpha, beta and gamma bands during EMF exposure in the placebo and no chip conditions. Application of the mobile phone chip reduced effects of EMFs on EEG brain activity and attentional performance significantly. Attentional performance level was maintained regarding number of edited characters. Further, a dipole analysis revealed different underlying activation patterns in the chip condition compared to the placebo chip and no chip conditions. Finally, a correlational analysis for the EEG frequency bands and electromagnetic high-frequency (HF) emission showed significant correlations in the placebo chip and no chip condition for the theta, alpha, beta, and gamma bands. In the chip condition, a significant correlation of HF with the theta and alpha bands, but not with the beta and gamma bands was shown. We hypothesize that a reduction of EEG beta and gamma activation constitutes the key neural mechanism in mobile phone chip use that supports the brain to a degree in maintaining its natural activity and performance level during mobile phone use.

Conclusion

The findings of this study are mainly in line with previous studies to date in the field of neuroscience investigating the effects of EMF exposure from mobile phone use on brain activity. Increases in EEG activations were obtained by exposure to EMFs from mobile phone in all tested frequency bands. A reduction of these EMF induced activations is observed when a mobile phone chip is applied, particularly in the high-frequency ranges (beta and gamma bands). The observation is made both in resting as well as in working conditions. A deeper analysis of the EEG signals indicates that when applying the mobile phone chip less activation sources are found in the brain when exposed to mobile phone-emitted EMFs compared to the experimental conditions when a placebo chip is applied, or when no chip is applied. The findings of this study encourage further investigations on the long-term effects of mobile phone chip use in mobile phones in working settings as beneficial effects are shown for the short-term use of mobile phone chips on brain activity.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5893900/

--

**Extremely High Frequency EMF Facilitate Electrical Signal Propagation by Increasing Transmembrane Potassium Efflux in Artificial Axon Model**

234

JA 01837

D'Agostino S, Della Monica C, Palizzi E, Di Pietrantonio F, Benetti M, Cannatà D, Cavagnaro M, Sardari D, Stano P, Ramundo-Orlando A. Extremely High Frequency Electromagnetic Fields Facilitate Electrical Signal Propagation by Increasing Transmembrane Potassium Efflux in an Artificial Axon Model. Sci Rep. 2018 Jun 18;8(1):9299. doi: 10.1038/s41598-018-27630-8.

Abstract

Among the many biological effects caused by low intensity extremely high frequency electromagnetic fields (EHF-EMF) reported in the literature, those on the nervous system are a promising area for further research. The mechanisms by which these fields alter neural activity are still unclear and thus far there appears to be no frequency dependence regarding neuronal responses. Therefore, proper in vitro models for preliminary screening studies of the interaction between neural cells with EMF are needed. We designed an artificial axon model consisting of a series of parallel RC networks. Each RC network contained an aqueous solution of lipid vesicles with a gradient of potassium ($K+$) concentration as the functional element. We investigated the effects of EHF-EMF (53.37 GHz-39 mW) on the propagation of the electric impulse. We report that exposure to the EHF-EMF increases the amplitude of electrical signal by inducing a potassium efflux from lipid vesicles. Further, exposure to the EHF-EMF potentiates the action of valinomycin - a $K+$ carrier - increasing the extent of $K+$ transport across the lipid membrane. We conclude that exposure to the EHF-EMF facilitates the electrical signal propagation by increasing transmembrane potassium efflux, and that the model presented is promising for future screening studies of different EMF frequency spectrum bands.

Open access paper: https://www.nature.com/articles/s41598-018-27630-8

--

## Wi-Fi radiation (2.4 GHz) causes impaired insulin secretion and increased oxidative stress in rat pancreatic islets

Masoumi A, Karbalaei N, Mortazavi SMJ, Shabani M. Radiofrequency radiation emitted from Wi-Fi (2.4 GHz) causes impaired insulin secretion and increased oxidative stress in rat pancreatic islets.Int J Radiat Biol. 2018 Jun 18:1-20. doi: 10.1080/09553002.2018.1490039.

Abstract

PURPOSE: There is a great concern regarding the possible adverse effects of electromagnetic radiation (EMR). This study investigated the effects of EMR induced by Wi-Fi (2.45GHz) on insulin secretion and antioxidant redox systems in the rat pancreas.

MATERIALS AND METHODS: Adult male Sprague-Dawley rats in the weight range of 230 to 260 g were divided into control, sham, Wi-Fi exposed groups. After long term exposure (4 h/day for 45 days) to Wi-Fi electromagnetic radiation, plasma levels of glucose and insulin during intraperitoneal glucose tolerance test were measured. Islet insulin secretion and content, lipid peroxidation and antioxidant status in pancreas of rats were determined.

RESULTS: Our data showed that the weight gain in the WI-FI exposed group was significantly lower than the control group (p<0.05). Wi-Fi (2.45 GHz) exposed group showed hyperglycemia. Plasma insulin level and glucose-stimulated insulin secretion from pancreatic islet were significantly reduced in the Wi-Fi exposed group. EMR emitted from Wi-Fi caused a significant increase in lipid peroxidation and a significant decrease in GSH level, SOD and GPx activities of the pancreas.

235

JA 01838

CONCLUSION: these data showed that EMR of Wi-Fi leads to hyperglycemia, increased oxidative stress and impaired insulin secretion in the rat pancreatic islets.

https://www.ncbi.nlm.nih.gov/pubmed/29913098

--

## 2450 MHz exposure causes cognition deficit with mitochondrial dysfunction & activation of intrinsic pathway of apoptosis in rats

Gupta SK, Mesharam MK, Krishnamurthy S. Electromagnetic radiation 2450 MHz exposure causes cognition deficit with mitochondrial dysfunction and activation of intrinsic pathway of apoptosis in rats. J Biosci. 2018 Jun;43(2):263-276.

Abstract

Electromagnetic radiation (EMR) can induce or modulate several neurobehavioral disorders. Duration and frequency of exposure of EMR is critical to develop cognitive disorders. Even though EMR-2450 is widely used, its effects on cognition in relation to mitochondrial function and apoptosis would provide better understanding of its pathophysiological effects. Therefore, a comparative study of different frequencies of EMR exposure would give valuable information on effects of discrete frequencies of EMR on cognition. Male rats were exposed to EMR (900, 1800 and 2450 MHz) every day for 1 h for 28 consecutive days. The cognitive behavior in terms of novel arm entries in Y-maze paradigm was evaluated every week after 1 h to last EMR exposure. Animals exposed to EMR-2450 MHz exhibited significant cognitive deficits. EMR- 2450 MHz caused loss of mitochondrial function and integrity, an increase in amyloid beta expression. There was release of cytochrome-c and activation of apoptotic factors such as caspase-9 and -3 in the hippocampus. Further, there was decrease in levels of acetylcholine, and increase in activity of acetyl cholinesterase, indicating impairment of cholinergic system. Therefore, exposure of EMR-2450 in rats caused cognitive deficit with related pathophysiological changes in mitochondrial and cholinergic function, and amyloidogenesis.

Excerpts

The animals after being exposed to 900, 1800 and 2450 MHz EMR, the average power density was found to be 0.1227 W/m2.  While the overall value of whole body average SAR was found to be approximately, 0.0227, 0.030 and 0.0616 W/kg for 900, 1800 and 2450 MHz respectively.

Experimental rats (n=6) were subjected to continuous modulated electromagnetic radiation exposure of 900, 1800 and 2450 MHz (for modulation: modulating signal 217 Hz, modulation index 0.1%), for daily 1 h for each group for 28 days between 10.00 AM to 1.00 PM. Control group was placed in anechoic chamber without any exposure.

In summary, EMR at 2450 MHz induced cognitive behavioral deficit with concomitant loss in mitochondrial function. Alteration in the activity of mitochondrial complex enzyme systems caused oxidative stress and decrease in MMP, which ultimately lead to loss of mitochondrial integrity. Further, mitochondrial stress as observed from increasesin cytochrome-c activated the expression of caspase-9 and caspase-3, indicating mitochondrial-linked apoptosis. Furthermore, exposure with EMR-2450 increased expression of hippocampal Ab and decreased cholinergic neurotransmission in the hippocampus, which are considered to be important factors for development of cognitive dysfunction

236

Open access paper: https://www.ias.ac.in/article/fulltext/jbsc/043/02/0263-0276

--

**Aloe prevents EMF-induced oxidative stress and protects male reproductive system in vitro**

Solek P, Majchrowicz L, Koziorowski M. Aloe arborescens juice prevents EMF-induced oxidative stress and thus protects from pathophysiology in the male reproductive system in vitro. Environ Res. 2018 Jun 7;166:141-149.

Abstract

More and more studies suggest that prolonged exposure to EMF may cause adverse biological effects and point directly to a significantly negative correlation between EMF and human health, especially men fertility. In our previous study, we reported that this could be related to the EMF-induced reactive oxygen species formation, followed by DNA damage, cell cycle arrest and apoptosis induction. In this study, we decided to expand our research by the search for substances which would prevent EMF-induced damage in spermatogenic cells. Such an agent seems to be Aloe arborescens Mill. juice, which was shown to possess a wide range of protective properties. The administration of aloe extract helps among others to prevent the formation of free radicals by various biochemical pathways. Therefore, the main aim of our study was to provide a significant knowledge concerning the mechanism involved in the multi-pathway cytoprotective response of aloe juice against EMF. The study was carried out in an in vitro mouse spermatogenesis pathway cell lines (GC-1 spg and GC-2 spd). Our results suggest that the aloe juice has many positive effects, especially for the cellular antioxidant systems by reducing the intracellular reactive oxygen species pool induced by EMF. In consequence, aloe juice prevents DNA damage, cell cycle arrest and therefore the viability and metabolic activity of both cell line tested are preserved. In conclusion, our study provides new insight into the underlying mechanisms through which aloe juice prevents spermatogenic cells from cytotoxic and genotoxic events.

https://www.ncbi.nlm.nih.gov/pubmed/29886390

--

**Understanding effects of EMF emissions from Marine Renewable Energy Devices on commercially important edible crab**

Scott K, Harsanyi P, Lyndon AR. Understanding the effects of electromagnetic field emissions from Marine Renewable Energy Devices (MREDs) on the commercially important edible crab, Cancer pagurus (L.). Mar Pollut Bull. 2018 Jun;131(Pt A):580-588.

Abstract

The effects of simulated electromagnetic fields (EMF), emitted from sub-sea power cables, on the commercially important decapod, edible crab (Cancer pagurus), were assessed. Stress related parameters were measured (l-Lactate, d-Glucose, Haemocyanin and respiration rate) along with behavioural and response parameters (antennular flicking, activity level, attraction/avoidance, shelter preference and time spent resting/roaming) during 24-h periods. Exposure to EMF had no effect on Haemocyanin concentrations, respiration rate, activity level or antennular flicking rate. EMF exposure significantly disrupted haemolymph l-Lactate and d-Glucose natural circadian rhythms. Crabs showed a clear attraction to EMF exposed shelter

237

(69%) compared to control shelter (9%) and significantly reduced their time spent roaming by 21%. Consequently, EMF emitted from Marine Renewable Energy Devices (MREDs) will likely affect edible crabs both behaviourally and physiologically, suggesting that the impact of EMF on crustaceans must be considered when planning MREDs.

https://www.ncbi.nlm.nih.gov/pubmed/29886985

--

## Duration-dependent effect of exposure to static electric field on learning and memory ability in mice

Xu Y, Gu X, Di G. Duration-dependent effect of exposure to static electric field on learning and memory ability in mice. Environ Sci Pollut Res Int. 2018 Jun 7.

Abstract

With the rapid development of ultra-high-voltage direct-current (UHVDC) transmission, the strength of environmental static electric field (SEF) around UHVDC transmission lines increased substantially, which has aroused widely public attention on the potential health effects of SEF. In this study, the effect of SEF exposure on learning and memory ability was investigated. Institute of Cancer Research mice were exposed to 56.3 kV/m SEF for a short term (7 days) or long term (49 days). Behaviors in the Morris water maze (MWM) test, hippocampal neurotransmitter contents, and oxidative stress indicators were examined. Results showed that short-term SEF exposure significantly prolonged escape latency and decreased the number of platform-site crossovers, as well as decreased the time spent in the target quadrant in the MWM test. Meanwhile, serotonin level and the ratio of glutamate level to γ-aminobutyric acid level changed significantly. Besides, malondialdehyde content and glutathione peroxidase activity increased significantly, while superoxide dismutase activity decreased significantly. After long-term SEF exposure, all indices above showed no significant differences between the SEF and sham exposure groups. These data indicated that short-term exposure to 56.3 kV/m SEF could cause abnormal neurotransmitter levels and oxidative stress in the hippocampus, which led to the decline in learning and memory ability. Under the condition of long-term exposure, the SEF-induced disturbances in neurotransmitter contents and redox balance were offset by the compensatory responses of mice, and thus, the learning and memory ability returned to normal level. The temporary and reversible decline in learning and memory ability was only a common biological effect of SEF rather than a health hazard.

https://www.ncbi.nlm.nih.gov/pubmed/29881961

--

## Gating currents

Bezanilla F. Gating currents. J Gen Physiol. 2018 Jun 25. pii: jgp.201812090. doi: 10.1085/jgp.201812090.

Abstract

Many membrane proteins sense the voltage across the membrane where they are inserted, and their function is affected by voltage changes. The voltage sensor consists of charges or dipoles that move in response to changes in the electric field, and their movement produces an electric current that has been called gating current. In the case of voltage-gated ion channels, the kinetic and steady-state properties of the gating charges provide information of conformational changes between closed states that are not visible when observing ionic

currents only. In this *Journal of General Physiology* Milestone, the basic principles of voltage sensing and gating currents are presented, followed by a historical description of the recording of gating currents. The results of gating current recordings are then discussed in the context of structural changes in voltage-dependent membrane proteins and how these studies have provided new insights on gating mechanisms.

https://www.ncbi.nlm.nih.gov/pubmed/29941430

--

## Solutions for EM exposure assessment of 5G wireless devices

Douglas MG, Pfeifer S, Kuehn  S, Neufeld E, Pokovic K, et al. Solutions for EM exposure assessment of 5G wireless devices. IEEE International Symposium on Electromagnetic Compatibility and 2018 IEEE Asia-Pacific Symposium on Electromagnetic Compatibility (EMC/APEMC), 2018. IEEE, 2018, ISBN 9781509039555: 92-94. doi:10.1109/ISEMC.2018.8394066

Abstract

A novel measurement system and a 3D field reconstruction method are described for determining the power density in the close near field of wireless devices transmitting at frequencies from 6–110 GHz. Measurements are compared against simulated results. The accuracy is better than 0.5 dB for distances greater than λ/5 from the radiating source.

https://ieeexplore.ieee.org/document/8394066/

Excerpts

Fifth generation wireless communication systems enable mobile devices to transmit at millimeter wave frequencies. For electromagnetic (EM) exposure assessment, this poses a challenge for wireless device manufacturers and regulatory agencies. At frequencies above 10 GHz, ICNIRP [1] defines limits on power density, which is measured in air at the location of the body. Power density is not correlated with the induced fields in the body. Moreover, it is poorly defined at very close distances of the source to the body because the electric and magnetic fields are not orthogonal and because the body interacts with the reactive near field. In the far field, power density is only a surrogate for induced exposure. On the other hand, power density is easier to measure than induced  field, which is concentrated at the skin surface [2]. Therefore, reliable equipment is needed to measure the power density of millimeter wave devices. Another problem is that the prescribed averaging area can be too large compared to the exposed area and is inconsistent between different standards [3].

A novel measurement system and field reconstruction algorithm are presented that enable power density to be measured with an accuracy better than 0.5 dB for distances greater than lambda/5 from the radiating source.

--

## Database of bio-effects from non-ionizing radiation

Leach V, Weller S, Redmayne M. A novel database of bio-effects from non-ionizing radiation. Rev Environ Health. 2018 Jun 6. pii: /j/reveh.ahead-of-print/reveh-2018-0017/reveh-2018-0017.xml.

Abstract

JA 01842

A significant amount of electromagnetic field/electromagnetic radiation (EMF/EMR) research is available that examines biological and disease associated endpoints. The quantity, variety and changing parameters in the available research can be challenging when undertaking a literature review, meta-analysis, preparing a study design, building reference lists or comparing findings between relevant scientific papers. The Oceania Radiofrequency Scientific Advisory Association (ORSAA) has created a comprehensive, non-biased, multi-categorized, searchable database of papers on non-ionizing EMF/EMR to help address these challenges. It is regularly added to, freely accessible online and designed to allow data to be easily retrieved, sorted and analyzed. This paper demonstrates the content and search flexibility of the ORSAA database. Demonstration searches are presented by Effect/No Effect; frequency-band/s; in vitro; in vivo; biological effects; study type; and funding source.

As of September 15, 2017, the clear majority of 2653 papers captured in the database examine outcomes in the 300 MHz-3 GHz range. There are 3 times more biological "Effect" than "No Effect" papers; nearly a third of papers provide no funding statement; industry-funded studies more often than not find "No Effect", while institutional funding commonly reveal "Effects". Country of origin where the study is conducted/funded also appears to have a dramatic influence on the likely result outcome.

The Oceania Radiofrequency Science Advisory Association

The Oceania Radiofrequency Science Advisory Association (ORSAA) Database is a searchable database on peer-reviewed scientific studies and articles on bioeffect research of electromagnetic fields. The database is designed to enable detailed independent searches invaluable to researchers and scientists. It requires some training on how to use it most effectively.
http://www.orsaa.org/orsaa-database.html

Discussion and Conclusions

ORSAA's new database provides a highly flexible way of searching a wide, and increasing, range of the EMF literature. It can be used to search for papers according to frequency range, power, SAR, tested endpoints, reported outcomes and study type, amongst others. Furthermore, the data can be exported to create graphs to identify trends in research as well as biological effect outcomes based on frequency and/or exposure duration.

Our method of selecting papers for inclusion is intended to minimize bias and we anticipate that the resulting library is representative of the spread of peer-reviewed papers being published.

Nearly a third of the studies do not declare research funding in the papers so they are marked as funding source unknown in the ORSAA database. Maisch discusses this problem [5]. It may be that these are generally funded by the institution or department where the work was performed, but without a declaration the reader cannot know. Although we have not included NESS studies in the funding chart (Figure 2), it should be borne in mind that the choice of papers selected for reviews and meta-analyses may be related to the funding source and may ultimately affect the paper conclusions. ORSAA considers funding declarations are of critical importance to ensure transparency and to help identify potential biases. ORSAA also encourages all journals to insist on providing this, even when there is no specific funder to declare. Requiring full disclosure of income affiliations is vital, especially in the latter circumstance.

Although animal studies cannot provide direct evidence of human biological effects, animal models can provide a strong indication of likely risks to humans. The ORSAA database can be used to enumerate and compare the many instances where both animal and human studies have found the same biological effect outcomes.

240

Our demonstration tables also indicate that although there are studies that report no effect on the tested parameters, there are in many cases significantly more that do find an effect. Closer examination suggests that this inconsistency can be explained in large part by the lack of replication between studies.

The evolving database cannot be used as a sole source of reference for a systematic review on any particular end-point, and can only reflect the status quo with reference to the included papers. However, it provides many benefits to the general public and researchers alike.

https://www.ncbi.nlm.nih.gov/pubmed/29874195

--

**Genomic effects of cell phone exposure on the reproductive system**

Yahyazadeh A, Deniz OG, Kaplan AA, Altun G, Yurt KK, Davis D. The genomic effects of cell phone exposure on the reproductive system. Environmental Research. Available online 5 June 2018.

Abstract

Humans are exposed to increasing levels of electromagnetic fields (EMF) at various frequencies as technology advances. In this context, improving understanding of the biological effects of EMF remains an important, high priority issue. Although a number of studies in this issue and elsewhere have focused on the mechanisms of the oxidative stress caused by EMF, the precise understanding of the processes involved remains to be elucidated. Due to unclear results among the studies, the issue of EMF exposure in the literature should be evaluated at the genomic level on the reproductive system. Based on this requirement, a detail review of recently published studies is necessary. The main objectives of this study are to show differences between negative and positive effect of EMF on the reproductive system of animal and human. Extensive review of literature has been made based on well known data bases like Web of Science, PubMed, MEDLINE, Google Scholar, Science Direct, Scopus. This paper reviews the current literature and is intended to contribute to a better understanding of the genotoxic effects of EMF emitted from mobile phones and wireless systems on the human reproductive system, especially on fertility. The current literature reveals that mobile phones can affect cellular functions via non-thermal effects. Although the cellular targets of global system for mobile communications (GSM)-modulated EMF are associated with the cell membrane, the subject is still controversial. Studies regarding the genotoxic effects of EMF have generally focused on DNA damage. Possible mechanisms are related to ROS formation due to oxidative stress. EMF increases ROS production by enhancing the activity of nicotinamide adenine dinucleotide (NADH) oxidase in the cell membrane. Further detailed studies are needed to elucidate DNA damage mechanisms and apoptotic pathways during oogenesis and spermatogenesis in germ cells exposed to EMF.

Conclusion

This paper reviews the current literature and is intended to contribute to a better understanding of the genotoxic effects of EMF emitted from mobile phones and wireless systems on the human reproductive system, especially on fertility. The current literature reveals that mobile phones can affect cellular functions via non-thermal effects (Diem et al., 2005; Hanci et al., 2013 ;  Odaci et al., 2016a). Although the cellular targets of GSM-modulated EMF are associated with the cell membrane, the subject is still controversial (Eberhardt et al., 2008). Studies regarding the genotoxic effects of EMF have generally focused on DNA damage (Mortelmans and Rupa, 2004; Young, 2002; Zeiger, 2004; Panagopoulos, 2012 ;  Turedi et al., 2016). Possible mechanisms

241

are related to ROS formation due to oxidative stress (Moustafa et al., 2004; Hanukoglu et al., 2006). EMF increases ROS production by enhancing the activity of NADH oxidase in the cell membrane (Friedman et al., 2007b). In this context, EMF affected spermatozoa may have a high degree rate of infertilization. It seems that previous genomic studies do not show definitive evidence regarding EMF affected cells in the fertilization. Although we evaluated broadly the genomic effects of cell phone exposure on the reproductive system using both animal and human studies, one of the weaknesses of this work is insufficient review of human studies. This may come from limited number of EMF based human studies in the literature. Further detailed studies are needed to elucidate DNA damage mechanisms and apoptotic pathways during oogenesis and spermatogenesis in germ cells that are exposed to EMF.

https://www.sciencedirect.com/science/article/pii/S0013935118302639

--

**Effects of mobile phone exposure on metabolomics in the male and female reproductive systems**

Altun G, Deniz OG, Yurt KK, Davis D, Kaplan S. Effects of mobile phone exposure on metabolomics in the male and female reproductive systems. Environmental Research. Available online 5 June 2018.

Highlights

• Long-term exposure to EMF decreases sperm motility and fertilization.
• Effects of EMF emitted from mobile phones are related to protein synthesis.
• Oxidative stress based EMF exposure modulates nitric oxide level in the germ cells.
• Oxidative stress based EMF exposure inhibits antioxidant mechanisms in the germ cells.

Abstract

With current advances in technology, a number of epidemiological and experimental studies have reported a broad range of adverse effects of electromagnetic fields (EMF) on human health. Multiple cellular mechanisms have been proposed as direct causes or contributors to these biological effects. EMF-induced alterations in cellular levels can activate voltage-gated calcium channels and lead to the formation of free radicals, protein misfolding and DNA damage. Because rapidly dividing germ cells go through meiosis and mitosis, they are more sensitive to EMF in contrast to other slower-growing cell types. In this review, possible mechanistic pathways of the effects of EMF exposure on fertilization, oogenesis and spermatogenesis are discussed. In addition, the present review also evaluates metabolomic effects of GSM-modulated EMFs on the male and female reproductive systems in recent human and animal studies. In this context, experimental and epidemiological studies which examine the impact of mobile phone radiation on the processes of oogenesis and spermatogenesis are examined in line with current approaches.

Conclusion

EMF emitted by mobile phones has a number of well-documented adverse metabolomic effects on the male and female reproductive systems and can lead to infertility by increasing ROS production and reducing GSH and other antioxidants. The primary target of the EMF emitted by mobile phones may be the cell membrane (Pall in press, this volume). This then results in accelerated activity of membrane NADH oxidase and, consequently, greater rates of ROS formation that cannot be easily conjugated or detoxified. Although many studies have reported morphological and functional deteriorations in testis and ovary following EMF exposures, as well both structural and functional deficits in reproductive health, the underlying mechanisms have not been

242

fully elucidated. To assist in further clarification of these processes and mechanisms, Table 1 summarizes key studies on the metabolomic effects of EMF on reproductive systems. Future studies will benefit greatly from standardized exposure protocols and evaluations of key metabolomic indicators.

https://www.sciencedirect.com/science/article/pii/S0013935118300999

--

**Effect of cell-phone RF on angiogenesis and cell invasion in human head and neck cancer cells**

Alahmad YM, Aljaber M, Saleh AI, Yalcin HC, Aboulkassim T, Yasmeen A, Batist G, Moustafa AA**.** Effect of cell-phone radiofrequency on angiogenesis and cell invasion in human head and neck cancer cells. Head Neck. 2018 May 13. doi: 10.1002/hed.25210.

Abstract

BACKGROUND:  Today, the cell phone is the most widespread technology globally. However, the outcome of cell-phone radiofrequency on head and neck cancer progression has not yet been explored.

METHODS:  The chorioallantoic membrane (CAM) and human head and neck cancer cell lines, FaDu and SCC25, were used to explore the outcome of cell-phone radiofrequency on angiogenesis, cell invasion, and colony formation of head and neck cancer cells, respectively. Western blot analysis was used to investigate the impact of the cell phone on the regulation of E-cadherin and Erk1/Erk2 genes.

RESULTS:  Our data revealed that cell-phone radiofrequency promotes angiogenesis of the CAM. In addition, the cell phone enhances cell invasion and colony formation of human head and neck cancer cells; this is accompanied by a downregulation of E-cadherin expression. More significantly, we found that the cell phone can activate Erk1/Erk2 in our experimental models.

CONCLUSION:  Our investigation reveals that cell-phone radiofrequency could enhance head and neck cancer by stimulating angiogenesis and cell invasion via Erk1/Erk2 activation.

https://www.ncbi.nlm.nih.gov/pubmed/29756334

--

**Cancers of the brain and CNS: Global patterns and trends in incidence**

Mortazavi SMJ, Mortazavi SAR,, Paknahad M. Cancers of the brain and CNS: Global patterns and trends in incidence. J Biomed Phys Eng. 2018 Mar 1;8(1):151-152.

Abstract

Miranda-Filho et al. in their recently published paper entitled "Cancers of the brain and CNS: global patterns and trends in incidence" provided a global status report of the geographic and temporal variations in the incidence of brain and CNS cancers in different countries across continents worldwide. While the authors confirm the role of genetic risk factors and ionizing radiation exposures, they claimed that no firm conclusion could be drawn about the role of exposure to non-ionizing radiation. The paper authored by Miranda-Filho et al. not only addresses a challenging issue, it can be considered as a good contribution in the field of brain and

243

CNS cancers. However, our correspondence addresses a basic shortcoming of this paper about the role of electromagnetic fields and cancers and provides evidence showing that exposure to radiofrequency electromagnetic fields (RF-EMFs), at least at high levels and long durations, can increases the risk of cancer.

Open access letter: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5928307/

--

**Wireless radiation absorption in child vs adult brain & eye from cell phone conversation or virtual reality**

Fernandez C, de Salles AA, Sears ME, Morris RD, Davis DL. Absorption of wireless radiation in the child versus adult brain and eye from cell phone conversation or virtual reality. Environmental Research. Jun 5, 2018. https://doi.org/10.1016/j.envres.2018.05.013

Highlights

• More cell phone radiation is absorbed by children's inner brain tissues than adults'.
• Children's radiofrequency radiation exposure should be reduced.
• Further research to evaluate the risks to the eye from use of VR is urgently needed.
• It is biologically relevant and feasible to reduce the standards' averaging volume.
• Current methods to determine wireless device compliance should be revised.

Abstract

Children's brains are more susceptible to hazardous exposures, and are thought to absorb higher doses of radiation from cell phones in some regions of the brain. Globally the numbers and applications of wireless devices are increasing rapidly, but since 1997 safety testing has relied on a large, homogenous, adult male head phantom to simulate exposures; the "Standard Anthropomorphic Mannequin" (SAM) is used to estimate only whether tissue temperature will be increased by more than 1 Celsius degree in the periphery. The present work employs anatomically based modeling currently used to set standards for surgical and medical devices, that incorporates heterogeneous characteristics of age and anatomy. Modeling of a cell phone held to the ear, or of virtual reality devices in front of the eyes, reveals that young eyes and brains absorb substantially higher local radiation doses than adults'. Age-specific simulations indicate the need to apply refined methods for regulatory compliance testing; and for public education regarding manufacturers' advice to keep phones off the body, and prudent use to limit exposures, particularly to protect the young.

Excerpts

In summary, compared with adult models, children experience two- to three-fold higher RF doses to: 1) localized areas of the brain when a cell phone is positioned next to the ear; and 2) the eyes and frontal lobe when a cell phone is used to view virtual reality. These findings raise serious questions about the current approach to certify cell phones; particularly the use of the SAM.

Our modeling demonstrates clearly that localized psSAR varies significantly for critical components of the brain. Younger models absorb proportionally more radiation in the eyes and brain – grey matter, cerebellum and hippocampus—and the local dose rate varies inversely with age. This reflects the fact that the head is not homogeneous. Indeed, localized heating up to 5 Centigrade degrees has been detected as a result of mobile

244

phone radiation studied *ex vivo* in cow brain using Nuclear Magnetic Resonance thermometry (Gultekin and Moeller, 2013).

Our findings support reexamination of methods to determine regulatory compliance for wireless devices, and highlight the importance of precautionary advice such as that of American Academy of Pediatrics (2016). The Academy recommends that younger children should not use cell phones, and that prudent measures should be taken to eliminate exposure (e.g. using devices for amusement or education only when all wireless features are turned off – in "airplane mode") or to minimize exposure (e.g. texting or using speakerphone), and that cell phones should not be kept next to the body. Use of wires/cables in schools and homes circumvents needless exposures of children to radiation from both devices and Wi-Fi routers. There is also an urgent need for research to evaluate the risks to the eye from use of cell phones in virtual reality applications.

https://www.sciencedirect.com/science/article/pii/S0013935118302561

--

**Children's exposure assessment of radiofrequency fields: Comparison between spot and personal measurements**

Gallastegi M, Huss A, Santa-Marina L, Aurrekoetxea JJ, Guxens M, Birks LE, Ibarluzea J, Guerra D, Röösli M. Children's exposure assessment of radiofrequency fields: Comparison between spot and personal measurements. Environment International. 118:60-69. Sep 2018.

Highlights

• Children's radiofrequency field levels and contribution of sources were assessed.
• We contrasted exposure assessment based on spot and personal measurements.
• Median exposures range: 29.73–236.31 µW/m2; broadcast and downlink contributed most.
• Proportional bias between assessment based on spot and personal measurements.
• No systematic differences when classifying subjects in exposure-dependent groups.

Abstract

Introduction  Radiofrequency (RF) fields are widely used and, while it is still unknown whether children are more vulnerable to this type of exposure, it is essential to explore their level of exposure in order to conduct adequate epidemiological studies. Personal measurements provide individualized information, but they are costly in terms of time and resources, especially in large epidemiological studies. Other approaches, such as estimation of time-weighted averages (TWAs) based on spot measurements could simplify the work.

Objectives  The aims of this study were to assess RF exposure in the Spanish INMA birth cohort by spot measurements and by personal measurements in the settings where children tend to spend most of their time, i.e., homes, schools and parks; to identify the settings and sources that contribute most to that exposure; and to explore if exposure assessment based on spot measurements is a valid proxy for personal exposure.

Methods  When children were 8 years old, spot measurements were conducted in the principal settings of 104 participants: homes (104), schools and their playgrounds (26) and parks (79). At the same time, personal measurements were taken for a subsample of 50 children during 3 days. Exposure assessment based on personal and on spot measurements were compared both in terms of mean exposures and in exposure-dependent categories by means of Bland-Altman plots, Cohen's kappa and McNemar test.

245

JA 01848

Results  Median exposure levels ranged from 29.73 (in children's bedrooms) to 200.10 µW/m2 (in school playgrounds) for spot measurements and were higher outdoors than indoors. Median personal exposure was 52.13 µW/m2 and median levels of assessments based on spot measurements ranged from 25.46 to 123.21 µW/m2. Based on spot measurements, the sources that contributed most to the exposure were FM radio, mobile phone downlink and Digital Video Broadcasting-Terrestrial, while indoor and personal sources contributed very little (altogether <20%). Similar distribution was observed with personal measurements.

There was a bias proportional to power density between personal measurements and estimates based on spot measurements, with the latter providing higher exposure estimates. Nevertheless, there were no systematic differences between those methodologies when classifying subjects into exposure categories. Personal measurements of total RF exposure showed low to moderate agreement with home and bedroom spot measurements and agreed better, though moderately, with TWA based on spot measurements in the main settings where children spend time (homes, schools and parks; Kappa = 0.46).

Conclusions   Exposure assessment based on spot measurements could be a feasible proxy to rank personal RF exposure in children population, providing that all relevant locations are being measured.

https://www.sciencedirect.com/science/article/pii/S0160412017319724

--

**Exposure to radiation from single or combined radio frequencies provokes macrophage dysfunction in the RAW 264.7 cell line**

López-Furelos A, Salas-Sánchez AA, Ares-Pena FJ, Leiro-Vidal JM, López-Martín E. Exposure to radiation from single or combined radio frequencies provokes macrophage dysfunction in the RAW 264.7 cell line. Int J Radiat Biol. 2018 Apr 30:1-12. doi: 10.1080/09553002.2018.1465610.

Abstract

PURPOSE: The aim of this study was to determine whether exposure to radiation from single or multiple radio-frequency (RF) signals at 900 and 2450 MHz would induce effects in the RAW 264.7 cell line.

MATERIALS AND METHODS: Cell cultures were exposed to single or combined RF for 4, 24, 48, or 72 h in a GTEM electromagnetic test chamber. At the end of the radiation exposure time, viability and cell growth were analyzed by flow cytometry, nitric oxide (NO) production was measured by colorimetry, the expression of HSP70 and TNF-α was ascertained by qPCR, and the phagocytic activity was observed by microscopy.

RESULTS: NO production increased after 48 h exposure at 2450 MHz, compared with controls. The group subjected to the combined interaction of two RFs showed an increase of HSP70 after 48 h exposure and a significant increase of NO and TNF-α after 72 h. The phagocytic activity of macrophages decreased in all groups as exposure time increased.

CONCLUSIONS: Our results indicated a decrease in phagocytic activity and an increase in inflammatory, cytoprotective, and cytotoxic responses in macrophages after continuous and combined exposure of multiple RF signals. Multiple RF interact in everyday life, the immune response in humans is unknown.

246

https://www.ncbi.nlm.nih.gov/pubmed/29659305

--

**Cellular stress & caspase-3 resulting from combined two-frequency signal in brains of Sprague-Dawley rats**

López-Furelos A, Leiro-Vidal JM, Salas-Sánchez AÁ, Ares-Pena FJ, López-Martín ME. Evidence of cellular stress and caspase-3 resulting from a combined two-frequency signal in the cerebrum and cerebellum of sprague-dawley rats. Oncotarget. 2016 Oct 4;7(40):64674-64689. doi: 10.18632/oncotarget.11753.

Abstract

Multiple simultaneous exposures to electromagnetic signals induced adjustments in mammal nervous systems. In this study, we investigated the non-thermal SAR (Specific Absorption Rate) in the cerebral or cerebellar hemispheres of rats exposed in vivo to combined electromagnetic field (EMF) signals at 900 and 2450 MHz.Forty rats divided into four groups of 10 were individually exposed or not exposed to radiation in a GTEM chamber for one or two hours. After radiation, we used the Chemiluminescent Enzyme-Linked Immunosorbent Assay (ChELISA) technique to measure cellular stress levels, indicated by the presence of heat shock proteins (HSP) 90 and 70, as well as caspase-3-dependent pre-apoptotic activity in left and right cerebral and cerebellar hemispheres of Sprague Dawley rats.Twenty-four hours after exposure to combined or single radiation, significant differences were evident in HSP 90 and 70 but not in caspase 3 levels between the hemispheres of the cerebral cortex at high SAR levels. In the cerebellar hemispheres, groups exposed to a single radiofrequency (RF) and high SAR showed significant differences in HSP 90, 70 and caspase-3 levels compared to control animals. The absorbed energy and/or biological effects of combined signals were not additive, suggesting that multiple signals act on nervous tissue by a different mechanism.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5323107/

--

**Biological effects of cell-phone radiofrequency waves exposure on fertilization in mice; an in vivo and in vitro study**

Fatehi D, Anjomshoa M, Mohammadi M, Seify M, Rostamzadeh A. Biological effects of cell-phone radiofrequency waves exposure on fertilization in mice; an in vivo and in vitro study. Middle East Fertility Society Journal, 23(2):148-153. June 2018.

Abstract

Increasing use of cell-phone is one of the most important risk factors for population health. We designed an experimental study aimed at evaluating the effects of cell-phone radiofrequency (RF) waves exposure on fertilization in mice. Two hundred male and female NMRI-mice were used. One hundred males divided in five groups (n = 20) as control and exposed groups. Those irradiated with cell-phone RF in "Standby-mode" 1, 5 and 10 h daily named groups II, III and IV; respectively. Group V irradiated with cell-phone on "Active-mode" one hour daily. After 30 days irradiation, 50 males and 50 females were kept 24 h to assess their embryos. Fifty males were scarified to evaluate both in vitro and in vivo parameters, and 50 females received PMSG & HCG for both quantitative and qualitative evaluation. Comparing groups III, IV and V with control-group showed significantly decreased in the number of two-cell embryos (p = .000); however, a significant increase was found

247

in the number of dead embryos (p = .000). Furthermore, 5 h daily irradiation significantly decreased grade-A embryos (p = .015); while, it significantly increased grade-B, C and D embryos (p-values = 0.026, 0.007, 0.006; respectively). Moreover, comparing groups IV and V to control-group, significant increase was found in pregnancy duration (p = .005, p = .009; respectively). However, in the mentioned groups a significant decrease was seen in number of newborn mice (p = .001, p = .004; respectively). In conclusion our findings showed that the cell-phone radiation can affect development of embryos as well as the number of newborn and pregnancy duration in NMRI-mouse, which might be a significant cause of reproductive failure.

Open access paper: https://www.sciencedirect.com/science/article/pii/S1110569017301875

The applied frequency of the waves was 900 MHz irradiated from a Nokia cell-phone (Nokia 1100, Finland). In case of irradiation, the distance between cell-phone and mouse was 10 cm.

--

**Proximity to overhead power lines and childhood leukaemia: an international pooled analysis**

Amoon AT, Crespi CM, Ahlbom A, Bhatnagar M, Bray I, Bunch KJ, Clavel J, Feychting M, Hémon D, Johansen C, Kreis C, Malagoli C, Marquant F, Pedersen C, Raaschou-Nielsen O, Röösli M, Spycher BD, Sudan M, Swanson J, Tittarelli A, Tuck DM, Tynes T, Vergara X, Vinceti M, Wünsch-Filho V, Kheifets L. Proximity to overhead power lines and childhood leukaemia: an international pooled analysis. Br J Cancer. 2018 May 29. doi: 10.1038/s41416-018-0097-7.

Abstract

BACKGROUND: Although studies have consistently found an association between childhood leukaemia risk and magnetic fields, the associations between childhood leukaemia and distance to overhead power lines have been inconsistent. We pooled data from multiple studies to assess the association with distance and evaluate whether it is due to magnetic fields or other factors associated with distance from lines.

METHODS: We present a pooled analysis combining individual-level data (29,049 cases and 68,231 controls) from 11 record-based studies.

RESULTS: There was no material association between childhood leukaemia and distance to nearest overhead power line of any voltage. Among children living < 50 m from 200 + kV power lines, the adjusted odds ratio for childhood leukaemia was 1.33 (95% CI: 0.92-1.93). The odds ratio was higher among children diagnosed before age 5 years. There was no association with calculated magnetic fields. Odds ratios remained unchanged with adjustment for potential confounders.

CONCLUSIONS: In this first comprehensive pooled analysis of childhood leukaemia and distance to power lines, we found a small and imprecise risk for residences < 50 m of 200 + kV lines that was not explained by high magnetic fields. Reasons for the increased risk, found in this and many other studies, remains to be elucidated.

https://www.ncbi.nlm.nih.gov/pubmed/29808013

In conclusion, we found a small, imprecise association between childhood leukaemia and residence located within 50 m of 200 + kV lines, which was stronger for younger children, in our individual-data pooled analysis of 11 studies. This association was not explained by exposure to high MF levels or by other measured

248

confounders. We found no evidence for bias as a potential explanation and in particular, we only included record-based studies, making selection bias unlikely. Although exposure misclassification is likely to be present, the risk of bias due to distance misclassification is quite small. The previous UK findings of risk estimates for distances beyond 200 m are not supported by the pooled data from other countries. The decrease in effect over time are not clearly supported by the pooled data from other countries, although numbers of exposed cases and controls for the earlier time period are small for both the United Kingdom and for other countries combined. Although pooled analysis is a powerful approach to integrating data, it is only as good as the underlying data. Reasons for the small yet fairly consistent increase in the risk of childhood leukaemia in relation to proximity to power lines found in many studies remain to be elucidated.

--

**Measurement and analysis of power-frequency magnetic fields in residences: Results from a pilot study**

Halgamuge MN, McLean L.Measurement and analysis of power-frequency magnetic fields in residences: Results from a pilot study. Measurement. 125:415-424. Sep 2018.
https://doi.org/10.1016/j.measurement.2018.05.007

Highlights
• Exposure to high magnetic fields in residential situations occurs in proximity to appliances.
• Emissions from some appliances exceeded the general public exposure levels of the ICNIRP limits.
• Taking precautions, such as reducing distance from sources can significantly reduce exposures.
• Collected data can be useful as an additional data base for future epidemiological studies.

Abstract

Aim  Extremely low-frequency magnetic fields (ELF-MFs) are emitted by electrical household appliances, wiring, meter boxes, conductive plumbing, power lines and transformers. Some of the studies investigating the link between ELF-MFs and health problems have not adequately characterized the magnetic field exposure of subjects, as they did not always measure residential magnetic fields or measure in locations where residents are most exposed. Considering this, there is a need for good quality assessments of residential ELF-MFs in different geographical regions to collect general public exposure data and to identify high sources of magnetic fields. Such studies have the potential to add significant scientific knowledge about residential exposure and appropriate precautions to reduce exposure, improve the quality of life and substantially reduce health care costs.

Subject and methods  In this work, we analyzed the ELF-MFs from 3163 datasets collected from 100 houses in Australia. Measurements were carried out in different geographical locations and were assessed for compliance with the International Commission on Non-Ionizing Radiation Protection (ICNIRP) Guidelines. Then we compared our measurements with another twenty-three peer-reviewed studies, published 1987–2015, reporting magnetic field measurements in residences.

Results  The observed average (geometric mean) magnetic field values were; bed 0.85, bedroom 1.39 mG, baby cot 0.39 mG, children's play area 0.47 mG, and family room 0.30 mG. Our results show considerable variation in the fields to which residents are typically exposed, particularly in beds (21.83%) and bedrooms (33.33%) where the percentage of measurements greater than 4 mG was considerable. Some emissions exceeded the general public exposure levels of the ICNIRP Guidelines, with the potential for residents to be

JA 01852

exposed above these levels. However, away from electrical appliances, the average field in all rooms was 0.30–1.39 mG. We show that simple precautions can be applied to reduce exposure to ELF-MFs in residences and thereby minimize potential risks to health and wellbeing.

Conclusion  Our investigation provides a new data collection model for future surveys, which could be conducted with larger samples to verify our observations. Additionally, this data could be useful as a reference for researchers and those members of the general public who do not have access to the necessary measuring equipment.

Excerpts

The fields most likely to impact residents are those near beds, where people spend long periods of time daily. In our study, these included fields from clock radios, meter boxes, wiring and conductive plumbing.

In most cases, the kitchen appliance with the highest magnetic field was the microwave oven, whether or not it was operating, indicating that especial care needs to be taken when positioning it. Our study considered only the magnetic fields from the microwave oven and not the microwave radiation that it also emits. Many other kitchen appliances also had high magnetic fields – including ovens, cook tops, range hoods, kettles, dishwashers and toasters.

Magnetic fields varied from 2.9 to 167 mG for washing machines and 0.3 to 373 mG for clothes dryers, however, residents do not usually spend long periods of time close to these machines while they are operating. We measured highest magnetic fields from irons during the period when they were heating up to the desired setting and observed that, once they had done so, magnetic fields at the handle were generally less than 0.01 mG. A surprise finding was the very high magnetic fields from hairdryers, which are used in close proximity to the body.

https://www.sciencedirect.com/science/article/pii/S0263224118303920

--

**Magnetocarcinogenesis: is there a mechanism for carcinogenic effects of weak magnetic fields?**

Juutilainen J, Herrala M, Luukkonen J, Naarala J, Hore PJ. Magnetocarcinogenesis: is there a mechanism for carcinogenic effects of weak magnetic fields? Proceedings of the Royal Society B: Biological Sciences. May 23, 2018.

Abstract

Extremely low-frequency (ELF) magnetic fields have been classified as possibly carcinogenic, mainly based on rather consistent epidemiological findings suggesting a link between childhood leukaemia and 50–60 Hz magnetic fields from power lines. However, causality is not the only possible explanation for the epidemiological associations, as animal and in vitro experiments have provided only limited support for carcinogenic effects of ELF magnetic fields. Importantly, there is no generally accepted biophysical mechanism that could explain such effects. In this review, we discuss the possibility that carcinogenic effects are based on the radical pair mechanism (RPM), which seems to be involved in magnetoreception in birds and certain other animals, allowing navigation in the geomagnetic field. We review the current understanding of the RPM in magnetoreception, and discuss cryptochromes as the putative magnetosensitive molecules and their possible links to cancer-relevant biological processes. We then propose a hypothesis for explaining the link between

250

ELF fields and childhood leukaemia, discuss the strengths and weaknesses of the current evidence, and make proposals for further research.

http://rspb.royalsocietypublishing.org/content/285/1879/20180590

--

## Cytotoxicity of carboplatin on human glioblastoma cells is reduced by exposure to ELF EMF (50 Hz, 70 G)

Amiri M, Basiri M, Eskandary H, Akbarnejad Z, Esmaeeli M, Masoumi-Ardakani Y, Ahmadi-Zeidabadi M. Cytotoxicity of carboplatin on human glioblastoma cells is reduced by the concomitant exposure to an extremely low-frequency electromagnetic field (50 Hz, 70 G). Electromagn Biol Med. 2018 May 30:1-8. doi: 10.1080/15368378.2018.1477052.

Abstract

Glioblastoma multiforme (GBM) is a malignant brain cancer that causes high mortality in patients. GBM responds weakly to the common cancer treatments such as chemotherapy and radiotherapy and even surgery. Carboplatin is an alkylating agent widely used to treat cancer. However, resistance to this drug is a common problem in its use in cancer treatment. Concomitant exposure to extremely low-frequency electromagnetic fields (ELF-EMFs) and carboplatin is one unexplored possibility for overcoming this resistance. Indeed, many lines of evidence show that EMF affects cancer cells and drug action. In this study, we evaluated the effect of concomitant administration of carboplatin and EMF (50 Hz, 70 G) and also concomitant administration of carboplatin and static magnetic field (SMF) (70 G) on human glioma cell line (U-87). The results showed that cotreatment reduced the efficiency of carboplatin in U-87 cells, by decreasing caspase-3 in comparison to drug groups. Overall, EMF reduced the apoptotic effect of carboplatin, possibly through a redox regulation mechanism. Therefore, we have to avoid coadministration of magnetic field (MF) and carboplatin in tumor area, because the MF decreased the toxicity of the drug. However, further studies are needed to reveal the action mechanism of this combination therapeutic method.

https://www.ncbi.nlm.nih.gov/pubmed/29846098

--

## Reanalysis of risks of childhood leukemia with distance from overhead power lines in the UK

Swanson J, Bunch K. Reanalysis of risks of childhood leukaemia with distance from overhead power lines in the UK. J Radiol Prot. 2018 May 30. doi: 10.1088/1361-6498/aac89a.

Abstract

Our previous study of childhood leukaemia and distance to high-voltage overhead power lines in the UK has been included in an international pooled analysis. That pooled analysis used different distance categories to us, which has focussed attention on the effect of that choice. We re-analyse our previous subjects, using finer distance categories. In the 1960s and 1970s, when we principally found an elevated risk, the risk did not fall monotonically with distance from the power line but had a maximum at 100-200 m. This weakens the evidence that any elevated risks are related to magnetic fields, and slightly strengthens the evidence for a possible effect involving residential mobility or other socioeconomic factors.

JA 01854

https://www.ncbi.nlm.nih.gov/pubmed/29844249

==

## Radiofrequency Radiation

## Spatial and temporal variability of personal environmental exposure to RF EMF in children in Europe

Birks LE, Struchen B, Eeftens M, van Wel L, Huss A, Gajšek P, Kheifets L, Gallastegi M, Dalmau-Bueno A, Estarlich M, Fernandez MF, Meder IK, Ferrero A, Jiménez-Zabala A, Torrent M, Vrijkotte TGM, Cardis E, Olsen J, Valič B, Vermeulen R, Vrijheid M, Röösli M, Guxens M. Spatial and temporal variability of personal environmental exposure to radio frequency electromagnetic fields in children in Europe. Environ Int. 2018 May. 117:204-214. 2018 May 10.

Highlights

• We describe personal environmental RF-EMF exposure from mobile communication in European children.
• 529 children carried personal exposure meters for up to 3 days during 2014–2016.
• Median personal environmental RF-EMF exposure was 75.5 µW/m2.
• Downlink was largest contributor to total environmental exposure (median 27.2 µW/m2).
• Urban environment was most important determinant of total environmental exposure.

Abstract

BACKGROUND: Exposure to radiofrequency electromagnetic fields (RF-EMF) has rapidly increased and little is known about exposure levels in children. This study describes personal RF-EMF environmental exposure levels from handheld devices and fixed site transmitters in European children, the determinants of this, and the day-to-day and year-to-year repeatability of these exposure levels.

METHODS:  Personal environmental RF-EMF exposure (µW/m2, power flux density) was measured in 529 children (ages 8-18 years) in Denmark, the Netherlands, Slovenia, Switzerland, and Spain using personal portable exposure meters for a period of up to three days between 2014 and 2016, and repeated in a subsample of 28 children one year later. The meters captured 16 frequency bands every 4 seconds and incorporated a GPS. Activity diaries and questionnaires were used to collect children's location, use of handheld devices, and presence of indoor RF-EMF sources. Six general frequency bands were defined: total, digital enhanced cordless telecommunications (DECT), television and radio antennas (broadcast), mobile phones (uplink), mobile phone base stations (downlink), and Wireless Fidelity (WiFi). We used adjusted mixed effects models with region random effects to estimate associations of handheld device use habits and indoor RF-EMF sources with personal RF-EMF exposure. Day-to-day and year-to-year repeatability of personal RF-EMF exposure were calculated through intraclass correlations (ICC).

RESULTS:  Median total personal RF-EMF exposure was 75.5 µW/m2. Downlink was the largest contributor to total exposure (median: 27.2 µW/m2) followed by broadcast (9.9 µW/m2). Exposure from uplink (4.7 µW/m2) was lower. WiFi and DECT contributed very little to exposure levels. Exposure was higher during day (94.2 µW/m2) than night (23.0 µW/m2), and slightly higher during weekends than weekdays, although varying across regions. Median exposures were highest while children were outside (157.0 µW/m2) or traveling (171.3 µW/m2), and much lower at home (33.0 µW/m2) or in school (35.1 µW/m2). Children living in urban environments had higher exposure than children in rural environments. Older children and users of mobile phones had higher uplink exposure but not total exposure, compared to younger children and those that did not use mobile phones. Day-to-day repeatability was moderate to high for most of the general frequency bands (ICCs between 0.43 and 0.85), as well as for total, broadcast, and downlink for the year-to-year repeatability (ICCs between 0.49 and 0.80) in a small subsample.

CONCLUSION: The largest contributors to total personal environmental RF-EMF exposure were downlink and broadcast, and these exposures showed high repeatability. Urbanicity was the most important determinant of

252

JA 01855

total exposure and mobile phone use was the most important determinant of uplink exposure. It is important to continue evaluating RF-EMF exposure in children as device use habits, exposure levels, and main contributing sources may change.

https://www.ncbi.nlm.nih.gov/pubmed/29754001

--

**Radiofrequency radiation from nearby base stations gives high levels in an apartment in Stockholm, Sweden: A case report.**

Hardell L, Carlberg M, Hedendahl LK. Radiofrequency radiation from nearby base stations gives high levels in an apartment in Stockholm, Sweden: A case report. Oncol Lett. 15(5):7871-7883. 2018 May. doi: 10.3892/ol.2018.8285.

Abstract

Exposure to radiofrequency (RF) radiation was classified in 2011 as a possible human carcinogen, Group 2B, by the International Agency for Research on Cancer of the World Health Organisation. Evidence of the risk of cancer risk has since strengthened. Exposure is changing due to the rapid development of technology resulting in increased ambient radiation. RF radiation of sufficient intensity heats tissues, but the energy is insufficient to cause ionization, hence it is called non-ionizing radiation. These non-thermal exposure levels have resulted in biological effects in humans, animals and cells, including an increased cancer risk. In the present study, the levels of RF radiation were measured in an apartment close to two groups of mobile phone base stations on the roof. A total of 74,531 measurements were made corresponding to ~83 h of recording. The total mean RF radiation level was 3,811 µW/m2 (range 15.2-112,318 µW/m2) for the measurement of the whole apartment, including balconies. Particularly high levels were measured on three balconies and 3 of 4 bedrooms. The total mean RF radiation level decreased by 98% when the measured down-links from the base stations for 2, 3 and 4 G were disregarded. The results are discussed in relation to the detrimental health effects of non-thermal RF radiation. Due to the current high RF radiation, the apartment is not suitable for long-term living, particularly for children who may be more sensitive than adults. For a definitive conclusion regarding the effect of RF radiation from nearby base stations, one option would be to turn them off and repeat the measurements. However, the simplest and safest solution would be to turn them off and dismantle them.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5920374/

--

**Characteristics of perceived electromagnetic hypersensitivity in the general population**

Gruber MJ, Palmquist E, Nordin S. Characteristics of perceived electromagnetic hypersensitivity in the general population. Scand J Psychol. 2018 May 9. doi: 10.1111/sjop.12449.

Abstract

Health problems evoked in the presence of electrical equipment is a concern, calling for better understanding for characteristics of electromagnetic hypersensitivity (EHS) in the general population. The present study investigated demographics, lifestyle factors, frequency and duration, coping strategies, proportion meeting clinical criteria for intolerance attributed to electromagnetic fields (EMF) and comorbidity. Using data from a large-scale population-based questionnaire study, we investigated persons with self-reported (n = 91) EHS in comparison to referents (n = 3,250). Middle age, female sex and poor perceived health was found to be associated with EHS. More than 50% in the EHS group reported having EMF-related symptoms more often than once a week, and the mean number of years experiencing EHS was 10.5. More than half of the EHS group reported that their symptoms started after a high-dose or long-term EMF exposure, that they actively

tried to avoid EMF sources and that they mostly could affect the EMF environment. A minority of the EHS group had sought medical attention, been diagnosed by a physician or received treatment. Exhaustion syndrome, anxiety disorder, back/joint/muscle disorder, depression, functional somatic syndrome and migraine were comorbid with EHS. The results provide ground for future study of these characteristic features being risk factors for development of EHS and or consequences of EHS.

https://www.ncbi.nlm.nih.gov/pubmed/29741795

--

**Is MRI imaging in pediatric age totally safe? A critical reprisal.**

Salerno S, Granata C, Trapenese M, Cannata V, Curione D, Rossi Espagnet MC, Magistrelli A, Tomà P. Is MRI imaging in pediatric age totally safe? A critical reprisal. Radiol Med. 2018 May 3. doi: 10.1007/s11547-018-0896-1.

Abstract

Current radiological literature is strongly focussed on radiation imaging risks. Indeed, given there is a small but actual augment in cancer risk from exposure to ionizing radiation in children, it is important to understand what the risk of alternative techniques could be. We retrospectively review literature data concerning possible MR imaging risks, focussing on the biological effects of MR, sedation and gadolinium compound risks when dealing with infant patients. The main concerns can be summarized in: (1) Biological effects of non-ionizing electromagnetic fields (EMF) employed-whose mechanisms of interaction with human tissues are polarization, induced current, and thermal heating, respectively. (2) Risks associated with noises produced during MRI examinations. (3) Hazards from ferromagnetic external and/or implanted devices-whose risk of being unintentionally brought inside MR room is higher in children than in adults. (4) Risks associated with sedation or general anaesthesia, essential problem in performing MR in very young patients, due to the exam long-lasting. (5) Risks related to gadolinium-based contrast agents, especially considering the newly reported brain deposition.

https://www.ncbi.nlm.nih.gov/pubmed/29725913

--

**RF EMF Risk Perception Revisited: Is the Focus on Concern Sufficient for Risk Perception Studies?**

Wiedemann PM, Freudenstein F, Böhmert C, Wiart J, Croft RJ. RF EMF Risk Perception Revisited: Is the Focus on Concern Sufficient for Risk Perception Studies? Int J Environ Res Public Health. 2017 Jun 8;14(6). pii: E620. doi: 10.3390/ijerph14060620.

Abstract

An implicit assumption of risk perception studies is that concerns expressed in questionnaires reflect concerns in everyday life. The aim of the present study is to check this assumption, i.e., the extrapolability of risk perceptions expressed in a survey, to risk perceptions in everyday life. To that end, risk perceptions were measured by a multidimensional approach. In addition to the traditional focus on measuring the magnitude of risk perceptions, the thematic relevance (how often people think about a risk issue) and the discursive relevance (how often people think about or discuss a risk issue) of risk perceptions were also collected. Taking into account this extended view of risk perception, an online survey was conducted in six European countries with 2454 respondents, referring to radio frequency electromagnetic field (RF EMF) risk potentials from base stations, and access points, such as WiFi routers and cell phones. The findings reveal that the present study's multidimensional approach to measuring risk perception provides a more differentiated understanding of RF EMF risk perception. High levels of concerns expressed in questionnaires do not automatically imply that these

concerns are thematically relevant in everyday life. We use thematic relevance to distinguish between enduringly concerned (high concern according to both questionnaire and thematic relevance) and not enduringly concerned participants (high concern according to questionnaire but no thematic relevance). Furthermore, we provide data for the empirical value of this distinction: Compared to other participants, enduringly concerned subjects consider radio frequency electromagnetic field exposure to a greater extent as a moral and affective issue. They also see themselves as highly exposed to radio frequency electromagnetic fields. However, despite these differences, subjects with high levels of thematic relevance are nevertheless sensitive to exposure reduction as a means for improving the acceptance of base stations in their neighborhood. This underlines the value of exposure reduction for the acceptance of radio frequency electromagnetic field communication technologies.

https://www.ncbi.nlm.nih.gov/pubmed/28594366

--

**Effective Analysis of Human Exposure Conditions with Body-worn Dosimeters in the 2.4 GHz Band**

de Miguel-Bilbao S, Blas J, Ramos V. Effective Analysis of Human Exposure Conditions with Body-worn Dosimeters in the 2.4 GHz Band. J Vis Exp. 2018 May 2;(135). doi: 10.3791/56525.

Abstract

A well-defined experimental procedure is put forward to evaluate maximum exposure conditions in a worst-case scenario whilst avoiding the uncertainties caused by the use of personal exposimeters (PEMs) as measuring devices: the body shadow effect (BSE), the limited sensitivity range, and the non-identification of the radiation source. An upper bound for exposure levels to EMF in several indoor enclosures has been measured and simulated. The frequency used for the study is 2.4 GHz, as it is the most commonly used band in indoor communications. Although recorded values are well below the International Commission for Non-Ionizing Radiation Protection (ICNIRP) reference levels, there is a particular need to provide reliable exposure levels within particularly sensitive environments. In terms of electromagnetic field (EMF) exposure, limits established in national and international standards for health protection have been set for unperturbed exposure conditions; that is, for real and objective exposure data that have not been altered in any way.

https://www.ncbi.nlm.nih.gov/pubmed/29781983

--

**Hippocampal alterations triggered by acute exposure of mice to GSM 1800 MHz mobile phone radiation**

Fragopoulou AF, Polyzos A, Papadopoulou MD, Sansone A, Manta AK, Balafas E, Kostomitsopoulos N, Skouroliakou A, Chatgilialoglu C, Georgakilas A, Stravopodis DJ, Ferreri C, Thanos D, Margaritis LH. Hippocampal lipidome and transcriptome profile alterations triggered by acute exposure of mice to GSM 1800 MHz mobile phone radiation: An exploratory study. Brain Behav. 2018 May 22.

Abstract

BACKGROUND: The widespread use of wireless devices during the last decades is raising concerns about adverse health effects of the radiofrequency electromagnetic radiation (RF-EMR) emitted from these devices. Recent research is focusing on unraveling the underlying mechanisms of RF-EMR and potential cellular targets. The "omics" high-throughput approaches are powerful tools to investigate the global effects of RF-EMR on cellular physiology.

METHODS: In this work, C57BL/6 adult male mice were whole-body exposed (nExp = 8) for 2 hr to GSM 1800 MHz mobile phone radiation at an average electric field intensity range of 4.3-17.5 V/m or sham-exposed

(nSE = 8), and the RF-EMR effects on the hippocampal lipidome and transcriptome profiles were assessed 6 hr later.

RESULTS: The data analysis of the phospholipid fatty acid residues revealed that the levels of four fatty acids [16:0, 16:1 (6c + 7c), 18:1 9c, eicosapentaenoic acid omega-3 (EPA, 20:5 ω3)] and the two fatty acid sums of saturated and monounsaturated fatty acids (SFA and MUFA) were significantly altered (p < 0.05) in the exposed group. The observed changes indicate a membrane remodeling response of the tissue phospholipids after nonionizing radiation exposure, reducing SFA and EPA, while increasing MUFA residues. The microarray data analysis demonstrated that the expression of 178 genes changed significantly (p < 0.05) between the two groups, revealing an impact on genes involved in critical biological processes, such as cell cycle, DNA replication and repair, cell death, cell signaling, nervous system development and function, immune system response, lipid metabolism, and carcinogenesis.

CONCLUSIONS: This study provides preliminary evidence that mobile phone radiation induces hippocampal lipidome and transcriptome changes that may explain the brain proteome changes and memory deficits previously shown by our group.

https://www.ncbi.nlm.nih.gov/pubmed/29786969

--

## 2450 MHz EMR exposure causes cognition deficit with mitochondrial dysfunction & activation of intrinsic pathway of apoptosis in rats

Gupta SK, Mesharam MK, Krishnamurthy S. Electromagnetic radiation 2450 MHz exposure causes cognition deficit with mitochondrial dysfunction and activation of intrinsic pathway of apoptosis in rats. Journal of Biosciences. 43(2):263-276. June 2018.

Abstract

Electromagnetic radiation (EMR) can induce or modulate several neurobehavioral disorders. Duration and frequency of exposure of EMR is critical to develop cognitive disorders. Even though EMR-2450 is widely used, its effects on cognition in relation to mitochondrial function and apoptosis would provide better understanding of its pathophysiological effects. Therefore, a comparative study of different frequencies of EMR exposure would give valuable information on effects of discrete frequencies of EMR on cognition. Male rats were exposed to EMR (900, 1800 and 2450 MHz) every day for 1 h for 28 consecutive days. The cognitive behavior in terms of novel arm entries in Y-maze paradigm was evaluated every week after 1 h to last EMR exposure. Animals exposed to EMR-2450 MHz exhibited significant cognitive deficits. EMR-2450 MHz caused loss of mitochondrial function and integrity, an increase in amyloid beta expression. There was release of cytochrome-c and activation of apoptotic factors such as caspase-9 and -3 in the hippocampus. Further, there was decrease in levels of acetylcholine, and increase in activity of acetyl cholinesterase, indicating impairment of cholinergic system. Therefore, exposure of EMR-2450 in rats caused cognitive deficit with related pathophysiological changes in mitochondrial and cholinergic function, and amyloidogenesis.

Excerpts

The horn antenna was connected to the generator, which emitted continuous radiofrequency (RF) signals of 900, 1800 and 2450 MHz.

The rats were kept inside the cage and positioned at distance of 8, 11 and 15 cm from the antenna for exposure to 900, 1800 and 2450 MHz respectively to maintain the required power density, which is described in the following section.

The animals after being exposed to 900, 1800 and 2450 MHz EMR, the average power density was found to

256

be 0.1227 W/m2. While the overall value of whole body average SAR was found to be approximately, 0.0227, 0.030 and 0.0616 W/kg for 900, 1800 and 2450 MHz respectively.

In summary, EMR at 2450 MHz induced cognitive behavioral deficit with concomitant loss in mitochondrial function. Alteration in the activity of mitochondrial complex enzyme systems caused oxidative stress and decrease in MMP, which ultimately lead to loss of mitochondrial integrity. Further, mitochondrial stress as observed from increases in cytochrome-c activated the expression of caspase-9 and caspase-3, indicating mitochondrial-linked apoptosis. Furthermore, exposure with EMR-2450 increased expression of hippocampal Aβ and decreased cholinergic neurotransmission in the hippocampus, which are considered to be important factors for development of cognitive dysfunction.

https://link.springer.com/article/10.1007/s12038-018-9744-7

--

**Measurement of 100 MHz EMF radiation in vivo effects on zebrafish embryonic development**

Piccinetti CC, De Leo A, Cosoli G, Scalise L, Randazzo B, Cerri B. Olivotto I. Measurement of the 100 MHz EMF radiation in vivo effects on zebrafish D. rerio embryonic development: A multidisciplinary study. Ecotoxicology and Environmental Safety. 154:268-279. June 2018.
https://doi.org/10.1016/j.ecoenv.2018.02.053

Highlights

• Setting up of an EMF exposure protocol for the unequivocal interpretation of results.
• Assessment of biological effects arising from RF-EMF exposure during zebrafish embryonic development.
• Zebrafish as a useful experimental model in electromagnetic pollution studies.

Abstract

The augmented exposure of both environment and human being to electromagnetic waves and the concomitant lack of an unequivocal knowledge about biological consequences of these radiations, raised public interest on electromagnetic pollution. In this context, the present study aims to evaluate the biological effects on zebrafish (ZF) embryos of 100 MHz radiofrequency electromagnetic field (RF-EMF) exposure through a multidisciplinary protocol.

Because of the shared synteny between human and ZF genomes that validated its use in biomedical research, toxicology and developmental biology studies, ZF was here selected as experimental model and a measurement protocol and biological analyses have been set up to clearly discriminate between RF-EMF biological and thermal effects.

The results showed that a 100 MHz EMF was able to affect ZF embryonic development, from 24 to 72 h post fertilization (hpf) in all the analyzed pathways. Particularly, at the 48 hpf stage, a reduced growth, an increased transcription of oxidative stress genes, the onset of apoptotic/autophagic processes and a modification in cholesterol metabolism were detected. ZF embryos faced stress induced by EMF radiation by triggering detoxification mechanisms and at 72 hpf they partially recovered from stress reaching the hatching time in a comparable way respect to the control group.

Data here obtained showed unequivocally the in vivo effects of RF-EMF on an animal model, excluding thermal outcomes and thus represents the starting point for more comprehensive studies on dose response effects of electromagnetic fields radiations consequences.

https://www.sciencedirect.com/science/article/pii/S0147651318301489

257

--

**Oxidative stress & an animal neurotransmitter synthesizing enzyme in wild growing myrtle leaves after GSM radiation exposure**

Aikaterina L, Stefi AL, Vassilacopoulou D, Margaritis LH, Christodoulakis NS. Oxidative stress and an animal neurotransmitter synthesizing enzyme in the leaves of wild growing myrtle after exposure to GSM radiation. Flora. 243:67-76. June 2018. https://doi.org/10.1016/j.flora.2018.04.006

Highlights

• Mature myrtle plants were exposed to GSM radiation for 30 min, at 48 h intervals, for 50 days.
• Secondary metabolite accumulation was observed in the exposed leaves.
• Photosynthetic pigment content decreased in the exposed leaves.
• The oxidative stress (ROS) increased in the exposed leaves.
• Significant rise of the DDC level was recorded only in the exposed leaves.

Abstract

Mobile phones turned to be the most common form of public communication. Therefore, life on our planet continues wrapped in a "cloud" of non-ionizing radiations. Myrtus communis L. is an evergreen shrub, common in Mediterranean formations, exposed and adapted to two seasonally separated and qualitatively different environmental stresses. Thus, we considered it important to investigate the response of this tolerant species to emitted GSM non-ionizing radiations and compare it to already available data from thoroughly investigated plant species. Although the leaves of the exposed plants present unaffected tissue arrangement, their mesophyll cells accumulate large amounts of secondary metabolites, their photosynthetic pigments are dramatically reduced, the ROS counted are significantly increased and the presence of DDC, which cannot be detected in the leaves of the control plants, is recorded in high levels. The exposed leaves seem to experience a severe oxidative stress which probably induces DDC expression and the biosynthesis of the neurotransmitter dopamine, the activation of the shikimate pathway and, eventually, the accumulation of secondary metabolites.

https://www.sciencedirect.com/science/article/pii/S0367253018301208

--

**Selenium supplementation ameliorates electromagnetic field-induced oxidative stress in HEK293 cells**

Özsobacı NP, Ergün DD, Durmuş S, Tunçdemir M, Uzun H, Gelişgen R, Özçelik D.Selenium supplementation ameliorates electromagnetic field-induced oxidative stress in the HEK293 cells. Journal of Trace Elements in Medicine and Biology. Available online 13 April 2018

There is a widespread use of 2.4 GHz electromagnetic radiation emitting devices especially in communication and education. Recent studies show the adverse effects of electromagnetic fields (EMF) such as oxidative stress, cellular damage and apoptosis on tissues. Selenium (Se) has an antioxidant properties by inhibiting oxidative damage being within the structure of antioxidant enzymes like glutathione peroxidase (GSH-Px) and it has also regulatory function for cell cycle and apoptosis. The aim of this study was to investigate the effect of Se on 2.4 GHz frequency EMF exposed human embryonic kidney cells (HEK293) by means of alterations in apoptotic and oxidative stress parameters.

Our study was planned as control, EMF, 100 nM Se+EMF, 200 nM Se+EMF groups. EMF groups were exposed to 2.4 GHz EMF for 1 hour, element groups were incubated with two different doses of Se added cell culture medium for 48 hour before EMF exposure.

MDA levels were significantly higher whereas SOD and GSH-Px activities were significantly lower in EMF compared to control. 100 and 200 nM Se + EMF application decreased MDA levels, increased SOD and GSH-

258

Px activities than EMF. Apoptosis and caspase-3 were statistically significantly higher but bcl-2 was lower in EMF than control. Apoptosis and caspase-3 were lower in 100 and 200 nM Se + EMF, although bcl-2 were higher than EMF.

In conclusion, Se has protective effects against 2.4 GHz EMF-induced oxidative stress by reducing lipid peroxidation, regulating SOD and GSH-Px activity. Also, Se has inhibitory effect on 2.4 GHz EMF induced apoptosis by increasing the expression of anti-apoptotic protein bcl-2 and suppressing apoptosis regulatory protein caspase-3.

https://www.sciencedirect.com/science/article/pii/S0946672X17309768/pdfft?md5=8b8434bd54416111b883a00e4a6edfba&pid=1-s2.0-S0946672X17309768-main.pdf

==

## Extremely Low Frequency Fields

### Residential magnetic fields exposure and childhood leukemia: a population-based case-control study in California

Thomas DC. Re: Kheifets et al. (2017): Residential magnetic fields exposure and childhood leukemia: a population-based case-control study in California. Cancer Causes Control 2018. doi:10.1007/s10552-018-1037-9

No abstract

Excerpts
In contrast, our LA County study reported OR 2.19 (95% CI 1.12–4.31; *p* for trend = .007) in our highest exposure category (MF > 0.125 µT) ...,

Finally, our wiring-based model found an association between residential MF and childhood leukemia when measurements alone did not [2], supporting the hypothesis that the temporal stability of distribution and transmission lines makes their wiring characteristics a better predictor of long-term residential MF exposures.

Discussion of possible mechanisms that could account for our reported effects as lower levels is beyond the scope of this comparison with previous literature, but a brief summary is provided in the Supplementary Comments. These findings suggest that innovations in ELF-MF exposure assessment may lead to more informative studies of the childhood leukemia association than the HVTL-only approach.

https://link.springer.com/article/10.1007%2Fs10552-018-1037-9

--

### ELF EMF impair the Cognitive and Motor Abilities of Honey Bees

Shepherd S, Lima MAP, Oliveira EE, Sharkh SM, Jackson CW, Newland PL. Extremely Low Frequency Electromagnetic Fields impair the Cognitive and Motor Abilities of Honey Bees. Sci Rep. 2018 May 21;8(1):7932. doi: 10.1038/s41598-018-26185-y.

Abstract

Extremely low frequency electromagnetic field (ELF EMF) pollution from overhead powerlines is known to cause biological effects across many phyla, but these effects are poorly understood. Honey bees are important pollinators across the globe and due to their foraging flights are exposed to relatively high levels of ELF EMF in proximity to powerlines. Here we ask how acute exposure to 50 Hz ELF EMFs at levels ranging from 20-

100 µT, found at ground level below powerline conductors, to 1000-7000 µT, found within 1 m of the conductors, affects honey bee olfactory learning, flight, foraging activity and feeding. ELF EMF exposure was found to reduce learning, alter flight dynamics, reduce the success of foraging flights towards food sources, and feeding. The results suggest that 50 Hz ELF EMFs emitted from powerlines may represent a prominent environmental stressor for honey bees, with the potential to impact on their cognitive and motor abilities, which could in turn reduce their ability to pollinate crops.

https://www.ncbi.nlm.nih.gov/pubmed/29785039

--

**ELF EMF exposure and restraint stress induce changes on the brain lipid profile of Wistar rats**

Martínez-Sámano J, Flores-Poblano A, Verdugo-Díaz L, Juárez-Oropeza MA, Torres-Durán PV. Extremely low frequency electromagnetic field exposure and restraint stress induce changes on the brain lipid profile of Wistar rats. BMC Neurosci. 2018 May 21; 19(1):31. doi: 10.1186/s12868-018-0432-1.

Abstract

BACKGROUND: Exposure to electromagnetic fields can affect human health, damaging tissues and cell homeostasis. Stress modulates neuronal responses and composition of brain lipids. The aim of this study was to evaluate the effects of chronic extremely low frequency electromagnetic field (ELF-EMF) exposure, restraint stress (RS) or both (RS + ELF-EMF) on lipid profile and lipid peroxidation in Wistar rat brain.

METHODS: Twenty-four young male Wistar rats were allocated into four groups: control, RS, ELF-EMF exposure, and RS + ELF-EMF for 21 days. After treatment, rats were euthanized, the blood was obtained for quantitate plasma corticosterone concentration and their brains were dissected in cortex, cerebellum and subcortical structures for cholesterol, triacylglycerols, total free fatty acids, and thiobarbituric acid reactive substances (TBARS) analysis. In addition, fatty acid methyl esters (FAMEs) were identified by gas chromatography.

RESULTS: Increased values of plasma corticosterone were found in RS and ELF-EMF exposed groups ($p < 0.05$), this effect was higher in RS + ELF-EMF group ($p < 0.05$, vs. control group). Chronic ELF-EMF exposure increased total lipids in cerebellum, and total cholesterol in cortex, but decreased polar lipids in cortex. In subcortical structures, increased concentrations of non-esterified fatty acids were observed in RS + ELF-EMF group. FAMEs analysis revealed a decrease of polyunsaturated fatty acids of cerebellum and increases of subcortical structures in the ELF-EMF exposed rats. TBARS concentration in lipids was increased in all treated groups compared to control group, particularly in cortex and cerebellum regions.

CONCLUSIONS: These findings suggest that chronic exposure to ELF-EMF is similar to physiological stress, and induce changes on brain lipid profile.

https://www.ncbi.nlm.nih.gov/pubmed/29783956

--

**Effect of weak static & ELF alternating magnetic fields on memory & brain amyloid-β in two animal models of Alzheimer's disease**

Bobkova NV, Novikov VV. Medvinskaya NI, Aleksandrova IY, Nesterova IV, Fesenko EE. Effect of weak combined static and extremely low-frequency alternating magnetic fields on spatial memory and brain amyloid-β in two animal models of Alzheimer's disease. Electromagnetic Biol Med. May 2018.

Abstract

260

Subchronic effect of a weak combined magnetic field (MF), produced by superimposing a constant component, 42 µT and an alternating MF of 0.08 µT, which was the sum of two frequencies of 4.38 and 4.88 Hz, was studied in olfactory bulbectomized (OBE) and transgenic Tg (APPswe, PSEN1) mice, which were used as animal models of sporadic and heritable Alzheimer's disease (AD) accordingly. Spatial memory was tested in a Morris water maze on the following day after completion of training trials with the hidden platform removed. The amyloid-β (Aβ) level was determined in extracts of the cortex and hippocampus of mice using a specific DOT analysis while the number and dimensions of amyloid plaques were detected after their staining with thioflavin S in transgenic animals. Exposure to the MFs (4 h/day for 10 days) induced the decrease of Aβ level in brain of OBE mice and reduced the number of Aβ plaques in the cortex and hippocampus of Tg animals. However, memory improvement was revealed in Tg mice only, but not in the OBE animals. Here, we suggest that in order to prevent the Aβ accumulation, MFs could be used at early stage of neuronal degeneration in case of AD and other diseases with amyloid protein deposition in other tissues.

https://www.tandfonline.com/doi/full/10.1080/15368378.2018.1471700

--

## Radiofrequency Radiation

### Numerical evaluation of human exposure to WiMax patch antenna in tablet or laptop

Siervo B, Morelli MS, Landini L, Hartwig V. Numerical evaluation of human exposure to WiMax patch antenna in tablet or laptop. Bioelectromagnetics. 2018 Apr 30. doi: 10.1002/bem.22128.

Abstract

The use of wireless communication devices, such as tablets or laptops, is increasing among children. Only a few studies assess specific energy absorption rate (SAR) due to exposure from wireless-enabled tablets and laptops, in particular with Worldwide Interoperability for Microwave Access (WiMax) technology. This paper reports the estimation of the interaction between an E-shaped patch antenna (3.5 GHz) and human models, by means of finite-difference time-domain (FDTD) method. Specifically, four different human models (young adult male, young adult female, pre-teenager female, male child) in different exposure conditions (antenna at different distances from the human model, in different positions, and orientations) were considered and whole-body, 10 and 1 g local SAR and magnetic field value (Bmax) were evaluated. From our results, in some worst-case scenarios involving male and female children's exposure, the maximum radiofrequency energy absorption (hot spots) is located in more sensitive organs such as eye, genitals, and breast.

Excerpts

Worldwide Interoperability for Microwave Access (WiMax) is a communication system based on IEEE 802.16 [2004], belonging to fourth generation (4G) technology with well-known Long-term Evolution (LTE).

In conclusion, the results of our study show the importance of simulating exposure taking into account the antenna-body mutual position for the exact localization of maximum SAR values ("hot spots"). Although the average SAR values do not exceed the recommended limits for all simulated exposure conditions except one, the maximum SAR values in some scenarios are located in more sensitive organs, which are the eyes, genitals, and breast. This is particularly important for children. Their entire organism is in a process of development and it is not possible to predict long-lasting problems that might occur as a result of exposure to EM fields at an early age. Nevertheless, recently Barnes and Greenenbaum [2016] presented possible theoretical mechanisms and experimental data concerning long-term exposures to RF magnetic fields, speculating that they can be responsible for changing in radical concentrations. Moreover, the values for the SAR reported here are expected to be in a range that could change the concentration of reactive oxygen species, and long-term exposures may be significant for some health effects [De Iuliis et al., 2009; Kang et al.,

261

2014; Wang and Zhang, 2017].

Hence, until a more exhaustive monitoring of the potential risk of exposure from wireless-enabled devices is available, exposures of the young should be As Low As Reasonably Achievable (ALARA). To prevent any potential hazard and damage from the use of wireless devices, some simple rules, such as keeping the device as far away as possible from the eyes, genitals, and breast, should be established.

https://www.ncbi.nlm.nih.gov/pubmed/29709072

--

**Representativeness and repeatability of microenvironmental personal and head exposures to RF EMF**

Thielens A, Van den Bossche M, Brzozek C, Bhatt CR, Abramson MJ, Benke G, Martens L, Joseph W. Representativeness and repeatability of microenvironmental personal and head exposures to radio-frequency electromagnetic fields. Environ Res. 2018 Apr;162:81-96. doi: 10.1016/j.envres.2017.12.017.

Highlights

• First time assessment of head exposure to RF-EMF in uncontrolled environments, in 15 microenvironments in Melbourne, Australia.

• We show that our measurement protocol is repeatable over time.

• We show that the paths selected in our protocol are representative for the larger areas in which they are defined.

• Exposure to RF-EMF is higher in more dense urban areas than in less populated suburban areas in the outskirts of the city.

Abstract

The aims of this study were to: i) investigate the repeatability and representativeness of personal radio frequency-electromagnetic fields (RF-EMFs) exposure measurements, across different microenvironments, ii) perform simultaneous evaluations of personal RF-EMF exposures for the whole body and the head, iii) validate the data obtained with a head-worn personal distributed exposimeter (PDE) against those obtained with an on-body worn personal exposimeter (PEM). Data on personal and head RF-EMF exposures were collected by performing measurements across 15 microenvironments in Melbourne, Australia. A body-worn PEM and a head-worn PDE were used for measuring body and head exposures, respectively. The summary statistics obtained for total RF-EMF exposure showed a high representativeness ($r2 > 0.66$ for two paths in the same area) and a high repeatability over time ($r2 > 0.87$ for repetitions of the same path). The median head exposure in the 900MHz downlink band ranged between 0.06V/m and 0.31V/m. The results obtained during simultaneous measurements using the two devices showed high correlations ($0.42 < r2 < 0.94$). The highest mean total RF-EMF exposure was measured in Melbourne's central business district (0.89V/m), whereas the lowest mean total exposure was measured in a suburban residential area (0.05V/m). This study shows that personal RF-EMF microenvironmental measurements in multiple microenvironments have high representativeness and repeatability over time. The personal RF-EMF exposure levels (i.e. body and head exposures) demonstrated moderate to high correlations.

https://www.ncbi.nlm.nih.gov/pubmed/29289859

262

Also see: Cell Phone Towers are Largest Contributor to Environmental Radiofrequency Radiation

--

**Spatial and temporal variability of personal exposure to RF EMF in children in Europe**

Birks LE, Struchen B, Eeftens M, Huss A, Gajšek P, Kheifets L, Gallastegi M, van Wel L, Dalmau-Bueno A, Estarlich M, Fernandez M, Meder IK, Ferrero A, Jiménez-Zabala A, Torrent M, Vrijkotte TGM, Cardis E, Olsen J, Valič B, Vermeulen R, Vrijheid M, Röösli M, Guxens M. OP VI – 5 Spatial and temporal variability of personal exposure to radio frequency electromagnetic fields in children in europe. Occupational and Environmental Medicine 75(Suppl 1):A13.1-A13. March 2018. DOI: 10.1136/oemed-2018-ISEEabstracts.31

Conference: ISEE Young 2018, Early Career Researchers Conference on Environmental Epidemiology – Together for a Healthy Environment, 19–20 March 2018, Freising, Germany

Abstract

Background/aim Exposure to radiofrequency electromagnetic fields (RF-EMF) has rapidly increased and little is known about exposure levels in children. This study aims to describe personal RF-EMF environmental exposure levels from handheld devices and fixed site transmitters in European children and its day-to-day and year-to-year repeatability.

Methods Environmental RF-EMF exposure (µW/m²) was measured in 529 children (ages 8–18) in Denmark, the Netherlands, Slovenia, Switzerland, and Spain using personal portable exposure metres over 3 days in 2014–2016, and repeated in 28 children one year later. Metres captured exposure every 4 s. Activity diaries collected children's location and use of mobile devices. Six general frequency bands were defined: total, digital enhanced cordless telecommunications (DECT), television and radio antennas (broadcast), mobile phones (uplink), mobile phone base stations (downlink), and WiFi. We used mixed effects models with region random effects to estimate associations between mobile device use and exposure. Day-to-day and year-to-year repeatability was calculated through Spearman correlations.

Results Median total exposure was 75.5 µW/m². Downlink was the largest contributor to total exposure (27.2 µW/m²) followed by broadcast (9.9 µW/m²). Exposure from uplink was lower (4.7 µW/m²). WiFi and DECT contributed very little to exposure levels. Exposure was higher during day (94.2 µW/m²) than night (23.0 µW/m²), and slightly higher during weekends than weekdays, although varying across regions. Exposure was generally highest while children were travelling (171.3 µW/m²) and outside (157.0 µW/m²). Children living in urban environments had higher exposure. Older children, girls, and users of mobile phones had higher uplink exposure but not total exposure. Repeatability was high for total, downlink, and broadcast in the year-to-year repeatability (rho between 0.54 and 0.66).

Conclusion Largest contributors to total RF-EMF exposure were downlink and broadcast, which was consistent one year later. Location of home (region and urbanicity) was associated with higher exposure. More frequent mobile phone use was associated with higher uplink exposure. It is important to continue evaluating RF-EMF exposure in children as mobile devices, use habits, and technologies continue to evolve.

http://oem.bmj.com/content/75/Suppl_1/A13.1

JA 01866

--

**Wireless Phone Use and Risk of Adult Glioma: Evidence from Meta-analysis**

Wang P, Hou C, Li Y, Zhou D. Wireless Phone Use and Risk of Adult Glioma: Evidence from Meta-analysis. World Neurosurgery. Available online 28 April 2018.

Objective  Wireless phone use has been increasing rapidly and is associated with the risk of glioma. Many studies have been conducted on this association, but did not reach an agreement. The aim of this meta-analysis was to determine the possible association between wireless phone use and the risk of adult glioma.

Methods  Eligible studies were identified by searching Pubmed and Embase till July 2017. The random- or fixed-effects model was used to combine the results depending on the heterogeneity of the analysis. Publication bias was evaluated using Begg's funnel plot and Egger's regression asymmetry test. Subgroup analysis was performed to evaluate the possible influence of these variables.

Results  A total of 10 studies about the association of wireless phone use and the risk of glioma were included in this meta-analysis. The combined odd's ratio (OR) of adult glioma associated with ever use of wireless phone was 1.03 (95% CI=0.92–1.16) with high heterogeneity (I2=54.2%, P=0.013). In the subgroup analyses, no significant association was found among tumor location in the temporal lobe and adult glioma risk, with ORs of 1.26 (95% CI=0.87–1.84), 0.93 (95%CI=0.69–1.24), 1.61 (95%CI=0.78–3.33), respectively. Significant association was found in long-term users (≥10 years) with OR 1.33 (95%CI =1.05–1.67) and risk of glioma.

Conclusions  Our analysis suggested that ever use of wireless phone was not significantly associated with the risk of adult glioma, but could increase the risk in long-term users.

https://www.sciencedirect.com/science/article/pii/S1878875018308428

--

**Recall of mobile phone usage and laterality in young people: The multinational Mobi-Expo study**

Goedhart G, van Wel L, Langer CE, de Llobet Viladoms P, Wiart J, Hours M, Kromhout H, Benke G, Bouka E, Bruchim R, Choi KH, Eng A, Ha M, Huss A, Kiyohara K, Kojimahara N, Krewski D, Lacour B, 't Mannetje A, Maule M, Migliore E, Mohipp C, Momoli F, Petridou ET, Radon K, Remen T, Sadetzki S, Sim M, Weinmann T, Cardis E, Vrijheid M, Vermeulen R. Recall of mobile phone usage and laterality in young people: The multinational Mobi-Expo study.  Environ Res. 2018 Apr 25;165:150-157. doi: 10.1016/j.envres.2018.04.018.

Abstract

OBJECTIVE: To study recall of mobile phone usage, including laterality and hands-free use, in young people.

METHODS: Actual mobile phone use was recorded among volunteers aged between 10 and 24 years from 12 countries by the software application XMobiSense and was compared with self-reported mobile phone use at 6 and 18 months after using the application. The application recorded number and duration of voice calls, number of text messages, amount of data transfer, laterality (% of call time the phone was near the right or left side of the head, or neither), and hands-free usage. After data cleaning, 466 participants were available for the

main analyses (recorded vs. self-reported phone use after 6 months).

RESULTS: Participants were on average 18.6 years old (IQR 15.2-21.8 years). The Spearman correlation coefficients between recorded and self-reported (after 6 months) number and duration of voice calls were 0.68 and 0.65, respectively. Number of calls was on average underestimated by the participants (adjusted geometric mean ratio (GMR) self-report/recorded = 0.52, 95% CI = 0.47-0.58), while duration of calls was overestimated (GMR=1.32, 95%, CI = 1.15-1.52). The ratios significantly differed by country, age, maternal educational level, and level of reported phone use, but not by time of the interview (6 vs. 18 months). Individuals who reported low mobile phone use underestimated their use, while individuals who reported the highest level of phone use were more likely to overestimate their use. Individuals who reported using the phone mainly on the right side of the head used it more on the right (71.1%) than the left (28.9%) side. Self-reported left side users, however, used the phone only slightly more on the left (53.3%) than the right (46.7%) side. Recorded percentage hands-free use (headset, speaker mode, Bluetooth) increased with increasing self-reported frequency of hands-free device usage. Frequent (≥50% of call time) reported headset or speaker mode use corresponded with 17.1% and 17.2% of total call time, respectively, that was recorded as hands-free use.

DISCUSSION: These results indicate that young people can recall phone use moderately well, with recall depending on the amount of phone use and participants' characteristics. The obtained information can be used to calibrate self-reported mobile use to improve estimation of radiofrequency exposure from mobile phones.

https://www.ncbi.nlm.nih.gov/pubmed/29704776

--

**Mobile phone EMF induced DNA damage in human ear canal hair follicle cells**

Akdag M, Dasdag S, Canturk F, Akdag MZ. Exposure to non-ionizing electromagnetic fields emitted from mobile phones induced DNA damage in human ear canal hair follicle cells. Electromagn Biol Med. 2018 Apr 18:1-10. doi: 10.1080/15368378.2018.1463246.

Abstract

The aim of this study was to investigate effect of radiofrequency radiation (RFR) emitted from mobile phones on DNA damage in follicle cells of hair in the ear canal. The study was carried out on 56 men (age range: 30-60 years old) in four treatment groups with n = 14 in each group. The groups were defined as follows: people who did not use a mobile phone (Control), people use mobile phones for 0-30 min/day (second group), people use mobile phones for 30-60 min/day (third group) and people use mobile phones for more than 60 min/day (fourth group). Ear canal hair follicle cells taken from the subjects were analyzed by the Comet Assay to determine DNA damages. The Comet Assay parameters measured were head length, tail length, comet length, percentage of head DNA, tail DNA percentage, tail moment, and Olive tail moment. Results of the study showed that DNA damage indicators were higher in the RFR exposure groups than in the control subjects. In addition, DNA damage increased with the daily duration of exposure. In conclusion, RFR emitted from mobile phones has a potential to produce DNA damage in follicle cells of hair in the ear canal. Therefore, mobile phone users have to pay more attention when using wireless phones.

https://www.ncbi.nlm.nih.gov/pubmed/29667447

265

Excerpts

Participants using smart phones with similar SAR values, were used. The head peak SAR values of the smart phones used by the participants, ranged between 0.45–0.97 W/kg.

Comet Assay was performed by researchers who were unaware of which group the hair samples were from.

In conclusion, the findings of the present study indicated that exposure to radiation from mobile phones can lead to DNA single-strand breaks, therefore, to DNA damage. The results of this study indicated a positive correlation between duration of exposure and DNA damage. We consider that the result of this study might be important in terms of the balance involved in DNA damage and repair mechanisms.

--

**Temperature induced in human organs due to near-field and far-field electromagnetic exposure effects**

Wessapan T, Rattanadech P. Temperature induced in human organs due to near-field and far-field electromagnetic exposure effects. International Journal of Heat and Mass Transfer. 119:65-76. April 2018.

Highlights

• The field radiation pattern and the operating frequency significantly influence the temperature distribution in each organ.
• The testis temperature increases are lower than the thresholds for the induction of infertility for both 900 and 1800 MHz.
• For distances less than 2 m, the SAR values are higher than the general public exposure limit of ICNIRP.

Abstract

The main biological effect from exposure to electromagnetic (EM) radiation is a temperature rise in the human body and its sensitive organs, which results from absorbing electromagnetic field (EMF) power. EM near-field and far-field sources, which have different operating frequencies and exposure distances, result in different EMF distribution patterns and EMF power absorptions by the human body. Actually, the severity of the physiological effect can occur with small temperature increases in the sensitive organs. However, the EM absorption characteristics and the temperature increase distribution resulting from different field radiation patterns from EM sources are not well established. To adequately explain the biological effects that are associated with the EMF energy absorption, a systematic study of different EMF distribution patterns and how they interact with body tissue is needed. This study considers the computationally determined specific absorption rate (SAR) and the heat transfer in a heterogeneous human torso model with internal organs exposed to near-field and far-field EM radiations at different frequencies. The electric field, SAR, and the temperature distributions in various organs during exposure to EMFs are obtained through the numerical simulation of EM wave propagation and an unsteady bioheat transfer model. The findings indicate that the field radiation pattern and the operating frequency of an EM source significantly influence the electric field, the SAR, and the temperature distribution in each organ. Moreover, the tissue's dielectric properties also affect the temperature distribution patterns within the body tissue. These findings enable researchers to more accurately determine the exposure limits for the power output of wireless transmitters, and the distance that they should

266

remain from the humans.

https://www.sciencedirect.com/science/article/pii/S0017931017342709

--

**Does acute RF EMF exposure affect visual event-related potentials in healthy adults?**

Dalecki A, Loughran SP, Verrender A, Burdon CA, Taylor NAS, Croft RJ. Does acute radio-frequency electromagnetic field exposure affect visual event-related potentials in healthy adults? Clinical Neurophysiology. 129(5):901-908. May 2018.

Abstract

Objective  To use improved methods to address the question of whether acute exposure to radio-frequency (RF) electromagnetic fields (RF-EMF) affects early (80–200 ms) sensory and later (180–600 ms) cognitive processes as indexed by event-related potentials (ERPs).

Methods  Thirty-six healthy subjects completed a visual discrimination task during concurrent exposure to a Global System for Mobile Communications (GSM)-like, 920 MHz signal with peak-spatial specific absorption rate for 10 g of tissue of 0 W/kg of body mass (Sham), 1 W/kg (Low RF) and 2 W/kg (High RF). A fully randomised, counterbalanced, double-blind design was used.

Results  P1 amplitude was reduced ($p = .02$) and anterior N1 latency was increased ($p = .04$) during Exposure compared to Sham. There were no effects on any other ERP latencies or amplitudes.

Conclusions  RF-EMF exposure may affect early perceptual (P1) and preparatory motor (anterior N1) processes. However, only two ERP indices, out of 56 comparisons, were observed to differ between RF-EMF exposure and Sham, suggesting that these observations may be due to chance.

Excerpts

It should be noted that the RF-EMF exposure in the present study was a simulated GSM signal, delivered via planar antenna (Murbach et al., 2012). This planar antenna delivers a relatively homogenous SAR distribution to brain structures in the exposed hemisphere (Murbach et al., 2012).... We note that, in contrast to the homogenous SAR distribution produced by the planar antenna used in the present study, exposures from individual mobile phones are far more localised, such that SARs in brain regions more distant from the mobile phone are markedly smaller than those more proximal to the phone (Boutry et al., 2008; Loughran et al., 2008). Therefore, given the lack of effects on central nervous system function under conditions where the maximal SAR is delivered to the entire hemisphere, it is unlikely that a markedly smaller, localised SAR exposure, such as that which might be present during mobile phone use, would affect the processes assessed in the present study.

This study was funded by the National Health and Medical Research Council of Australia [Grant 1042464] and the **Electric Power Research Institute** [Grant 00-10003301].

Conflict of interest statement: None.

https://www.sciencedirect.com/science/article/pii/S1388245718301044

--

## Commentary: Geographic Variations in Incidence of Glioblastoma & Prognostic Factors Predictive of Overall Survival in US Adults from 2004–2013

Mortazavi SMJ. Commentary: Geographic Variations in the Incidence of Glioblastoma and Prognostic Factors Predictive of Overall Survival in US Adults from 2004–2013. Front Aging Neurosci. 2018; 10: 105. Published online 2018 Apr 12. doi: 10.3389/fnagi.2018.00105.

No abstract

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5906709/

See the article "Geographic Variations in the Incidence of Glioblastoma and Prognostic Factors Predictive of Overall Survival in US Adults from 2004–2013" in volume 9, 352. Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5681990/

--

## Tumor-treating fields as a fourth treating modality for glioblastoma: a meta-analysis

Magouliotis DE, Asprodini EK, Svokos KA, Tasiopoulou VS, Svokos AA, Toms SA. Tumor-treating fields as a fourth treating modality for glioblastoma: a meta-analysis. Acta Neurochir (Wien). 2018 Apr 25. doi: 10.1007/s00701-018-3536-6. [Epub ahead of print]

Abstract

BACKGROUND: We aim to review the available literature on patients suffering from glioblastoma treated with tumor-treating fields (TTFields) plus radio chemotherapy or conventional radio chemotherapy alone, to compare the efficacy and safety of the two methods.

METHODS: A systematic literature search was performed in PubMed, Cochrane library, and Scopus databases, in accordance with the PRISMA guidelines. Six studies met the inclusion criteria incorporating 1806 patients for the qualitative analysis and 1769 for the quantitative analysis.

RESULTS: This study reveals increased median overall survival (weighted mean difference (WMD) 3.29 [95% confidence interval (CI) 2.37, 4.21]; $p < 0.00001$), survival at 1 year (odds ratio (OR) 1.81 [95% CI 1.41, 2.32]; $p < 0.00001$) and 2 years (OR 2.33 [95% CI 1.73, 3.14]; $p < 0.00001$), and median progression-free survival (WMD 2.35 [95% CI 1.76, 2.93]; $p < 0.00001$) along with progression-free survival at 6 months (WMD 6.86 [95% CI 5.91, 7.81]; $p < 0.00001$) for the patients treated with TTFields. Survival at 3 years was comparable between the two groups. TTFields were associated with fewer adverse events compared to chemotherapy along with similar incidence of skin irritation.

CONCLUSIONS: TTFields are a safe and efficient novel treatment modality. More randomized controlled studies, with longer follow-up, are necessary to further assess the clinical outcomes of TTFields.

268

https://www.ncbi.nlm.nih.gov/pubmed/29696502

--

**Electronics in fluorescent bulbs & LEDs cause malignant melanoma in indoor office workers & tanning bed users**

Milham S, Stetzer D. The electronics in fluorescent bulbs and light emitting diodes (LED), rather than ultraviolet radiation, cause increased malignant melanoma incidence in indoor office workers and tanning bed users. Medical Hypotheses. 116:33-39. Jul 2018.

Abstract

The epidemiology of cutaneous malignant melanoma (CMM) has a number of facets that do not fit with sunlight and ultraviolet light as the primary etiologic agents. Indoor workers have higher incidence and mortality rates of CMM than outdoor workers; CMM occurs in body locations never exposed to sunlight; CMM incidence is increasing in spite of use of UV blocking agents and small changes in solar radiation.

Installation of two new fluorescent lights in the milking parlor holding area of a Minnesota dairy farm in 2015 caused an immediate drop in milk production. This lead to measurement of body amperage in humans exposed to modern non-incandescent lighting. People exposed to old and new fluorescent lights, light emitting diodes (LED) and compact fluorescent lights (CFL) had body amperage levels above those considered carcinogenic. We hypothesize that modern electric lighting is a significant health hazard, a carcinogen, and is causing increasing CMM incidence in indoor office workers and tanning bed users. These lights generate dirty electricity (high frequency voltage transients), radio frequency (RF) radiation, and increase body amperage, all of which have been shown to be carcinogenic. This could explain the failure of ultraviolet blockers to stem the malignant melanoma pandemic. Tanning beds and non-incandescent lighting could be made safe by incorporating a grounded Faraday cage which allows passage of ultraviolet and visible light frequencies and blocks other frequencies. Modern electric lighting should be fabricated to be electrically clean.

https://www.medical-hypotheses.com/article/S0306-9877(18)30116-6/abstract

Evaluation of hypothesis

To test this hypothesis, tanning beds with and without grounded Faraday cages which allow passage of UV light and block other electromagnetic frequencies should be tested with a body amperage meter and with animal malignant melanoma models. Incandescent (no internal or external electronics) and fluorescent tanning bulbs of the same UV frequency (wavelength) and intensity should also be tested similarly. Modern non-incandescent lighting of all types should be tested and compared to incandescent lights and lights fabricated to be electrically clean. Case/control and cohort studies of CMM cases focused on lighting exposures should be undertaken.

--

**A proposed explanation for thunderstorm asthma and leukemia risk near high-voltage power lines: a supported hypothesis**

269

Redmayne M. A proposed explanation for thunderstorm asthma and leukemia risk near high-voltage power lines: a supported hypothesis

Electromagnetic Biology and Medicine. Published online 30 Apr 2018.

Abstract

Thunderstorm asthma and increased childhood leukemia risk near high-voltage power lines (HVPL) are occurrences whose mechanism of effect is not fully understood.

This paper proposes and discusses a key similarity: both thunderstorms and HVPL generate a high enough electrical field in the environment to ionize nearby air and air-borne particles.

I argue that the repeatedly demonstrated acute asthma response to pollen-laden air during thunderstorms is largely due to ionization of air-borne allergens, which adhere more readily and in greater quantity in the lungs than non-ionized particles. If these bind to mucous or phagocytic cells, it would enhance immune response. A rapid temperature drop and high ozone also seem to be drivers of thunderstorm asthma.

This causal nexus provides strong support for the parallel situation of prolonged exposure to ionized particles near HVPL and an increased rate of childhood leukemia. Here, it is proposed that upwind carcinogens are ionized when passing HVPL and then residential and business areas. Published evidence for most steps are presented, but have not previously been published as a coherent whole, nor has it been suggested that the inhaled ionized micro-particle explanation for acute asthma may also explain development of childhood leukemia over time.

The demonstrated series of events leading to increased deposition and retention of ionized particles in airways provides support for explaining both adverse health outcomes: acute thunderstorm asthma and increased risk of childhood leukemia near HVPL. Further support for this explanation of both outcomes is provided by effects of on-going proximity to highways.

https://doi.org/10.1080/15368378.2018.1466309

--

**Alteration of adaptive behaviors of progeny after maternal mobile phone exposure**

Petitdant N, Lecomte A, Robidel F, Gamez, C, Blazy K, Villégier A-S. Alteration of adaptive behaviors of progeny after maternal mobile phone exposure. Environmental Science and Pollution Research. 25(11):10894-10903. Apr 2018.

Exposure of pregnant women to radiofrequency (RF) devices raises questions on their possible health consequences for their progeny. We examined the hazard threshold of gestational RF on the progeny's glial homeostasis, sensory-motor gating, emotionality, and novelty seeking and tested whether maternal immune activation would increase RF toxicity. Pregnant dams were daily restrained with loop antennas adjoining the abdomen (fetus body specific absorption rates (SAR): 0, 0.7, or 2.6 W/kg) and received three lipopolysaccharide (LPS) intra-peritoneal injections (0 or 80 mu g/kg). Scores in the prepulse startle inhibition, fear conditioning, open field, and elevated plus maze were assessed at adolescence and adulthood. Glial fibrillary acidic protein (GFAP) and interleukines-1 beta (ILs) were quantified. LPS induced a SAR-dependent

270

reduction of the prepulse startle inhibition in adults. Activity in the open field was reduced at 2.6 W/kg at adolescence. GFAP and ILs, emotional memory, and anxiety-related behaviors were not modified. These data support the hypothesis that maternal immune activation increased the developmental RF exposure-induced long-term neurobiological impairments. These data support the fact that fetuses who receive combined environmental exposures with RF need special attention for protection.

https://www.ncbi.nlm.nih.gov/pubmed/29397508

Excerpts

GD 1 dams were randomly assigned to one RF-EMF emission power group (0 (sham), 1 or 4 W) or to the cage control group (no daily restraint). Half of each RF-EMF group was randomly assigned to receive vehicle (saline) or LPS intraperitoneal injections (80 µg/ml/kg, *E. coli*, serotype 055:B5, phenol extraction Sigma-Aldrich, MO) at GD 15, 17 and 19 ($n = 6–9$/group). At birth, the number of pups per litter was recorded. At post-natal day (PND) 3, litters were adjusted to four males by reduction or adoption.

According to the finite difference time domain calculations, numerical dosimetry indicated 20 GD-averaged fetus whole body SAR of 0.7 +/− 1.5 W/kg for 1 W and 2,6 +/− 6 W/kg for 4 W emitting power.

To conclude, our study is the first to highlight gestational inflammation-induced vulnerability towards RF-EMF exposure on the ability to filtrate sensory information. Cerebral impairments were SAR-dependent supporting the causal relationship between EMF-RF exposure and deficits. RF-EMF levels tested in this study may surround the possible toxic threshold for gestational RF-EMF. These data with those of other studies support the fact that special attention should be devoted to the protection of embryos and fetuses that can be co-exposed to environmental factors and EMFs at diverse frequencies and intensities.

--

**Effects of 1.8 GHz radiofrequency field on microstructure and bone metabolism of femur in mice**

Guo L, Zhang JP, Zhang KY, Wang HB, Wang H, An GZ, Zhou Y, Meng GL, Ding DR. Effects of 1.8 GHz radiofrequency field on microstructure and bone metabolism of femur in mice. Bioelectromagnetics. Published online Apr 30, 2018.

Abstract

To investigate the effects of 1.8 GHz radiofrequency (RF) field on bone microstructure and metabolism of femur in mice, C57BL/6 mice (male, age 4 weeks) were whole-body exposed or sham exposed to 1.8 GHz RF field. Specific absorption rates of whole body and bone were approximately 2.70 and 1.14 W/kg (6 h/day for 28 days). After exposure, microstructure and morphology of femur were observed by microcomputed tomography (micro-CT), Hematoxylin and Eosin (HE) and Masson staining. Subsequently, bone parameters were calculated directly from the reconstructed images, including structure model index, bone mineral density, trabecular bone volume/total volume, connectivity density, trabecular number, trabecular thickness, and trabecular separation. Biomarkers that reflect bone metabolism, such as serum total alkaline phosphatase (ALP), bone-specific alkaline phosphatase (BALP), and tartrate-resistant acid phosphatase 5b (TRACP-5b), were determined by biochemical assay methods. Micro-CT and histology results showed that there was no significant change in bone microstructure and the above parameters in RF group, compared with sham group.

271

The activity of serum ALP and BALP increased 29.47% and 16.82%, respectively, in RF group, compared with sham group (P < 0.05). In addition, there were no significant differences in the activity of serum TRACP-5b between RF group and sham group. In brief, under present experimental conditions, we did not find support for an effect of 1.8 GHz RF field on bone microstructure; however, it might promote metabolic function of osteoblasts in mice.

https://doi.org/10.1002/bem.22125

--

## 835 MHz RF-EMF decreases expression of calcium channels, inhibits apoptosis, but induces autophagy in mouse hippocampus

Kim JH, Sohn UD, Kim HG, Kim HR. Exposure to 835 MHz RF-EMF decreases the expression of calcium channels, inhibits apoptosis, but induces autophagy in the mouse hippocampus. Korean J Physiol Pharmacol. 2018 May;22(3):277-289. doi: 10.4196/kjpp.2018.22.3.277.

Abstract

The exponential increase in the use of mobile communication has triggered public concerns about the potential adverse effects of radiofrequency electromagnetic fields (RF-EMF) emitted by mobile phones on the central nervous system (CNS). In this study, we explored the relationship between calcium channels and apoptosis or autophagy in the hippocampus of C57BL/6 mice after RF-EMF exposure with a specific absorption rate (SAR) of 4.0 W/kg for 4 weeks. Firstly, the expression level of voltage-gated calcium channels (VGCCs), a key regulator of the entry of calcium ions into the cell, was confirmed by immunoblots. We investigated and confirmed that pan-calcium channel expression in hippocampal neurons were significantly decreased after exposure to RF-EMF. With the observed accumulation of autolysosomes in hippocampal neurons via TEM, the expressions of autophagy-related genes and proteins (e.g., LC3B-II) had significantly increased. However, down-regulation of the apoptotic pathway may contribute to the decrease in calcium channel expression, and thus lower levels of calcium in hippocampal neurons. These results suggested that exposure of RF-EMF could alter intracellular calcium homeostasis by decreasing calcium channel expression in the hippocampus; presumably by activating the autophagy pathway, while inhibiting apoptotic regulation as an adaptation process for 835 MHz RF-EMF exposure.

Open access paper: http://pdf.medrang.co.kr/paper/pdf/Kjpp/Kjpp022-03-06.pdf

==

## Extremely Low Frequency Fields

### Electric cars and EMI with cardiac implantable electronic devices: A cross-sectional evaluation

Lennerz C, O'Connor M, Horlbeck L, Michel J, Weigand S, Grebmer C, Blazek P, Brkic A, Semmler V, Haller B, Reents T, Hessling G, Deisenhofer I, Whittaker P, Lienkamp M, Kolb C. Letter: Electric cars and electromagnetic interference with cardiac implantable electronic devices: A cross-sectional evaluation. *Annals of Internal Medicine*. Apr 24, 2018.

JA 01875

No abstract

See Hybrid & Electric Cars: Electromagnetic Radiation Risks for excerpts and link to paper.


--

**Antitumor effect of static and ELF MF against nephroblastoma and neuroblastoma**

Yuan LQ, Wang C, Zhu K, Li HM, Gu WZ, Zhou DM, Lai JQ, Zhou D, Lv Y, Tofani S, Chen X. The antitumor effect of static and extremely low frequency magnetic fields against nephroblastoma and neuroblastoma. Bioelectromagnetics. 2018 May 2. doi: 10.1002/bem.22124.

Abstract

Certain magnetic fields (MF) have potential therapeutic antitumor effect whereas the underlying mechanism remains undefined. In this study, a well-characterized MF was applied to two common childhood malignancies, nephroblastoma and neuroblastoma. This MF has a time-averaged total intensity of 5.1 militesla (mT), and was generated as a superimposition of a static and an extremely low frequency (ELF) MF in 50 Hertz (Hz). In nephroblastoma and neuroblastoma cell lines including G401, CHLA255, and N2a, after MF exposure of 2 h per day, the cell viability decreased significantly after 2 days. After 3 days, inhibition rates of 17-22% were achieved in these cell lines. Furthermore, the inhibition rate was positively associated with exposure time. On the other hand, when using static MF only while maintaining the same time-averaged intensity of 5.1 mT, the inhibition rate was decreased. Thus, both time and combination of ELF field were positively associated with the inhibitory effect of this MF. Exposure to the field decreased cell proliferation and induced apoptosis. Combinational use of MF together with chemotherapeutics cisplatin (DDP) was performed in both in vitro and in vivo experiments. In cell lines, combinational treatment further increased the inhibition rate compared with single use of either DDP or MF. In G401 nephroblastoma tumor model in nude mice, combination of MF and DDP resulted in significant decrease of tumor mass, and the side effect was limited in mild liver injury. MF exposure by itself did not hamper liver or kidney functions. In summary, the antitumor effect of an established MF against neuroblastoma and nephroblastoma is reported, and this field has the potential to be used in combination with DDP to achieve increased efficacy and reduce side effects in these two childhood malignancies.

https://www.ncbi.nlm.nih.gov/pubmed/29719057


**Radio Frequency Radiation**

**5G wireless telecommunications expansion: Public health and environmental implications**

Russell CL. 5G wireless telecommunications expansion: Public health and environmental implications. Environmental Research. Available online 11 April 2018. in press. https://doi.org/10.1016/j.envres.2018.01.016

Abstract

The popularity, widespread use and increasing dependency on wireless technologies has spawned a telecommunications industrial revolution with increasing public exposure to broader and higher frequencies of

the electromagnetic spectrum to transmit data through a variety of devices and infrastructure. On the horizon, a new generation of even shorter high frequency 5G wavelengths is being proposed to power the Internet of Things (IoT). The IoT promises us convenient and easy lifestyles with a massive 5G interconnected telecommunications network, however, the expansion of broadband with shorter wavelength radiofrequency radiation highlights the concern that health and safety issues remain unknown. Controversy continues with regards to harm from current 2G, 3G and 4G wireless technologies. 5G technologies are far less studied for human or environmental effects.

It is argued that the addition of this added high frequency 5G radiation to an already complex mix of lower frequencies, will contribute to a negative public health outcome both from both physical and mental health perspectives.

Radiofrequency radiation (RF) is increasingly being recognized as a new form of environmental pollution. Like other common toxic exposures, the effects of radiofrequency electromagnetic radiation (RF EMR) will be problematic if not impossible to sort out epidemiologically as there no longer remains an unexposed control group. This is especially important considering these effects are likely magnified by synergistic toxic exposures and other common health risk behaviors. Effects can also be non-linear. Because this is the first generation to have cradle-to-grave lifespan exposure to this level of man-made microwave (RF EMR) radiofrequencies, it will be years or decades before the true health consequences are known. Precaution in the roll out of this new technology is strongly indicated.

This article will review relevant electromagnetic frequencies, exposure standards and current scientific literature on the health implications of 2G, 3G, 4G exposure, including some of the available literature on 5G frequencies. The question of what constitutes a public health issue will be raised, as well as the need for a precautionary approach in advancing new wireless technologies.

Conclusion

Although 5G technology may have many unimagined uses and benefits, it is also increasingly clear that significant negative consequences to human health and ecosystems could occur if it is widely adopted. Current radiofrequency radiation wavelengths we are exposed to appear to act as a toxin to biological systems. A moratorium on the deployment of 5G is warranted, along with development of independent health and environmental advisory boards that include independent scientists who research biological effects and exposure levels of radiofrequency radiation. Sound regulatory policy regarding current and future telecommunications initiative will require more careful assessment of risks to human health, environmental health, public safety, privacy, security and social consequences. Public health regulations need to be updated to match appropriate independent science with the adoption of biologically based exposure standards prior to further deployment of 4G or 5G technology.

Considering the current science, lack of relevant exposure standards based on known biological effects and data gaps in research, we need to reduce our exposure to RF EMR where ever technically feasible. Laws or policies which restrict the full integrity of science and the scientific community with regards to health and environmental effects of wireless technologies or other toxic exposures should be changed to enable unbiased, objective and precautionary science to drive necessary public policies and regulation. Climate change, fracking, toxic emissions and microwave radiation from wireless devices all have something in common with smoking. There is much denial and confusion about health and environmental risks, along with industry insistence for absolute proof before regulatory action occurs (Frentzel-Beyme, 1994; Michaels 2008). There

274

are many lessons we have not learned with the introduction of novel substances, which later became precarious environmental pollutants by not heeding warning signs from scientists (Gee, 2009). The threats of these common pollutants continue to weigh heavily on the health and wellbeing of our nation. We now accept them as the price of progress. If we do not take precautions but wait for unquestioned proof of harm will it be too late at that point for some or all of us?

https://www.sciencedirect.com/science/article/pii/S0013935118300161

More information about 5G:

Physicians for Safe Technology
Scientists and Doctors Demand Moratorium on 5G

5G Wireless Technology: Is 5G Harmful to Our Health?
5G Wireless Technology: Millimeter Wave Health Effects

5G Wireless Technology: Cutting Through the Hype

--

**Human Exposure to RF Fields in 5G Downlink**

Nasim I, Kim S. Human Exposure to RF Fields in 5G Downlink. Submitted on 10 Nov 2017 to IEEE International Communications Conference. arXiv:1711.03683v1.

Abstract

While cellular communications in millimeter wave (mmW) bands have been attracting significant research interest, their potential harmful impacts on human health are not as significantly studied. Prior research on human exposure to radio frequency (RF) fields in a cellular communications system has been focused on uplink only due to the closer physical contact of a transmitter to a human body. However, this paper claims the necessity of thorough investigation on human exposure to downlink RF fields, as cellular systems deployed in mmW bands will entail (i) deployment of more transmitters due to smaller cell size and (ii) higher concentration of RF energy using a highly directional antenna. In this paper, we present human RF exposure levels in downlink of a Fifth Generation Wireless Systems (5G). Our results show that 5G downlink RF fields generate significantly higher power density (PD) and specific absorption rate (SAR) than a current cellular system. This paper also shows that SAR should also be taken into account for determining human RF exposure in the mmW downlink.

Open access paper: https://arxiv.org/abs/1711.03683

Note: Although this is not a peer-reviewed paper, this may be the first study to explore potential RF exposures under 5G.

--

**Intensity-time dependence dosing criterion in the EMF exposure guidelines in Russia**

Rubtsova N, Paltsev Y, Perov S, Bogacheva E. Intensity-time dependence dosing criterion in the EMF

275

exposure guidelines in Russia. Electromagn Biol Med. 2018;37(1):43-49. doi:
10.1080/15368378.2017.1414056. Epub 2018 Mar 1.

Abstract

Major approaches of the Russian Federation in setting of exposure guidelines to electromagnetic fields (EMF) in occupational and public environments are discussed in this paper. EMF exposure guidelines in Russia are based on the results of hygienic, clinical, physiological, epidemiological and experimental studies and are frequency-dependent. The concept of a threshold principle of occupational and environmental factors due to hazardous exposure effects has been used to set permissible exposure levels of different EMF frequency ranges. The data of experimental studies showed hazardous threshold levels of EMF effects. The main criteria of EMF hazardous exposure evaluated in the experimental study concerned both estimation of threshold levels of chronic (long-term) and acute exposure. Also, this paper contains some recent experimental study data on correlation of long-term radiofrequency and power-frequency EMF exposure effects with regard to time duration, the so-called time-dependence approach. It enables identification of the value of permissible EMF exposure levels depending on exposure duration. This approach is used in occupational exposure guideline setting and requires the introduction of "power exposition" (PE) and "maximal permissible level" (MPL). In general, EMF exposure guidelines are established with regard to possible duration of exposure per day.

https://www.ncbi.nlm.nih.gov/pubmed/29493302

Excerpts

Threshold hazardous effect, as mentioned above, is the EMF level that causes significant functional changes of body compensatory systems at the boundary of physiologically normal and abnormal state.

Today, the sphere of interests lies in radiofrequency exposure guideline standardization. Currently, the "dosing-time-dependence approach" is used for EMF frequency range from 30 kHz to 300 GHz. This approach specifies values of EMF-exposure permissible levels depending on exposure duration per work day which helps to provide more adequate evaluation of personnel exposure measurements such as "power exposition" (PE) and "maximal permissible level" (MPL), where MPL is the maximum exposure EMF level for very short time per work day (<10 minutes) (Table 1) (Ministry of Health of the Russian Federation, 2016). PE is calculated by multiplying the values of electric field or magnetic field by the square value of exposure duration per 8-hr work day, or by multiplying power density value and the value of exposure duration per work day.

An example of EMF Russian hygienic norms for cellular phones is 0.1 mW/cm2 (Rospotrebnadzor of the Russian Federation, 2003). The study directed to
EMF rating of cellular phones included examination of cardiovascular and nervous systems of cellular phone users before and after a short-term call of 30 min. The study was also meant to find out intensity-time correlation of EMF biological effects with NMT and GSM systems that were studied at 450, 900 and 1800 MHz carrier frequencies with modulations. Also, comput ersimulation of EMF absorption in biological objects (rats) was performed.

--

**Mobile phone use during pregnancy with birth weight: Kumamoto of Japan Environment and**

276

**Children's Study**

Lu X, Oda M, Ohba T, Mitsubuchi H, Masuda S, Katoh T. Association of excessive mobile phone use during pregnancy with birth weight: an adjunct study in Kumamoto of Japan Environment and Children's Study. Environ Health Prev Med. 2017 Jun 8;22(1):52. doi: 10.1186/s12199-017-0656-1.

Abstract

BACKGROUND: Low birth weight has been shown to be closely associated with neonatal mortality and morbidity, inhibited growth, poor cognitive development, and chronic diseases later in life. Some studies have also shown that excessive mobile phone use in the postnatal period may lead to behavioral complications in the children during their growing years; however, the relationship between mobile phone use during pregnancy and neonatal birth weight is not clear. The aim of the present study was to determine the associations of excessive mobile phone use with neonatal birth weight and infant hea lth status.

METHODS: A sample of 461 mother and child pairs participated in a survey on maternal characteristics, infant characteristics, and maternal mobile phone usage information during pregnancy.

RESULTS: Our results showed that pregnant women tend to excessively use mobile phones in Japan. The mean infant birth weight was lower in the excessive use group than in the ordinary use group, and the frequency of infant emergency transport was significantly higher in the excessive use group than in the ordinary use group.

CONCLUSIONS: Excessive mobile phone use during pregnancy may be a risk factor for lower birth weight and a high rate of infant emergency transport.

Open access paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5664573/

--

**RF exposure assessment of baby surveillance devices in the frequency range 400 MHz-2.45 GHz**

Vermeeren G, Joseph W, Martens L. Radiofrequency exposure assessment of baby surveillance devices in the frequency range 400 MHz-2.45 GHz. Bioelectromagnetics. 2018 Apr;39(3):244-248. doi: 10.1002/bem.22113.

No abstract

Excerpts

We investigated the exposure, in terms of both the peak spatial-averaged specific absorption rate (SAR) in 10 g of tissue and the time-averaged root-mean-squared (RMS) electric (E) field, induced by baby monitors operating in a frequency range between 400 MHz and 2.45 GHz. We selected nine commercially available baby monitors ...

Considering all investigated devices, the peak spatial SAR in 10 g ranged from 0.09 to 0.37 W/kg, which is 22.3–5.4 times below the ICNIRP basic restriction.

277

In summary, we measured the induced time-averaged root-mean-square electric field strength and the peak spatial-averaged specific absorption rate from the baby unit of nine commercially available devices and compared both with the ICNIRP guidelines. The communication technologies implemented in the baby monitors were: PMR446, continuous transmission at 864 MHz, DECT, and communication in the ISM band at 2450 MHz. The electric field was measured at a distance of 50 cm from the baby unit of the baby monitor. We measured the SAR in a flat phantom filled with head tissue simulating liquid and the baby unit touching the flat phantom. The maximum time-averaged root-mean-square electric field value closest to the ICNIRP reference level over all investigated devices was 1.51 V/m (for modern-electronics DBS 3), which is 19.4 times below the ICNIRP reference level at 466 MHz. The peak spatial-averaged SAR in 10 g of tissue was 0.37 W/kg in head simulating tissue (for Alecto-DBX-82), which is 5.4 times below the basic restriction of 2 W/kg as specified by ICNIRP.

https://www.ncbi.nlm.nih.gov/pubmed/29492985

Note: The ICNIRP guidelines were designed to protect users only from short-term thermal effects.

--

**Heart rate variability affected by RF EMF in adolescent students**

Misek J, Belyaev I, Jakusova V, Tonhajzerova I, Barabas J, Jakus J. Heart rate variability affected by radiofrequency electromagnetic field in adolescent students. Bioelectromagnetics. 2018 Feb 22. doi: 10.1002/bem.22115.

Abstract

This study examines the possible effect of radiofrequency (RF) electromagnetic fields (EMF) on the autonomic nervous system (ANS). The effect of RF EMF on ANS activity was studied by measuring heart rate variability (HRV) during ortho-clinostatic test (i.e., transition from lying to standing and back) in 46 healthy grammar school students. A 1788 MHz pulsed wave with intensity of $54 \pm 1.6$ V/m was applied intermittently for 18 min in each trial. Maximum specific absorption rate (SAR10 ) value was determined to 0.405 W/kg. We also measured the respiration rate and estimated a subjective perception of EMF exposure. RF exposure decreased heart rate of subjects in a lying position, while no such change was seen in standing students. After exposure while lying, a rise in high frequency band of HRV and root Mean Square of the Successive Differences was observed, which indicated an increase in parasympathetic nerve activity. Tympanic temperature and skin temperature were measured showing no heating under RF exposure. No RF effect on respiration rate was observed. None of the tested subjects were able to distinguish real exposure from sham exposure when queried at the end of the trial. In conclusion, short-term RF EMF exposure of students in a lying position during the ortho-clinostatic test affected ANS with significant increase in parasympathetic nerve activity compared to sham exposed group.

https://www.ncbi.nlm.nih.gov/pubmed/29469164

--

**Estimates of Environmental Exposure to RF EMF and Risk of Lymphoma Subtypes**

G. Satta, N. Mascia, T. Serra, A. Salis, L. Saba, S. Sanna, M. G. Zucca, E. Angelucci, A. Gabbas, F. Culurgioni, P. Pili, E. Mura, M. Cappai, M. G. Ennas, and P. Cocco (2018) Estimates of Environmental

278

Exposure to Radiofrequency Electromagnetic Fields and Risk of Lymphoma Subtypes. Radiation Research In-Press. https://doi.org/10.1667/RR14952.1

We investigated the association between environmental exposure to radiofrequency electromagnetic fields (RF-EMF) and risk of lymphoma subtypes in a case-control study comprised of 322 patients and 444 individuals serving as controls in Sardinia, Italy in 1998–2004. Questionnaire information included the self-reported distance of the three longest held residential addresses from fixed radio-television transmitters and mobile phone base stations. We georeferenced the residential addresses of all study subjects and obtained the spatial coordinates of mobile phone base stations. For each address within a 500-meter radius from a mobile phone base station, we estimated the RF-EMF intensity using predictions from spatial models, and we performed RF-EMF measurements at the door in the subset of the longest held addresses within a 250-meter radius. We calculated risk of lymphoma and its major subtypes associated with the RF-EMF exposure metrics with unconditional logistic regression, adjusting by age, gender and years of education. In the analysis of self-reported data, risk associated with residence in proximity (within 50 meters) to fixed radio-television transmitters was likewise elevated for lymphoma overall [odds ratio = 2.7, 95% confidence interval = 1.5–4.6], and for the major lymphoma subtypes. With reference to mobile phone base stations, we did not observe an association with either the self-reported, or the geocoded distance from mobile phone base stations. RF-EMF measurements did not vary by case-control status. By comparing the self-reports to the geocoded data, we discovered that the cases tended to underestimate the distance from mobile phone base stations differentially from the controls (P = 0.073). The interpretation of our findings is compromised by the limited study size, particularly in the analysis of the individual lymphoma subtypes, and the unavailability of the spatial coordinates of radio-television transmitters. Nonetheless, our results do not support the hypothesis of a link between environmental exposure to RF-EMF from mobile phone base stations and risk of lymphoma subtypes.

https://www.ncbi.nlm.nih.gov/pubmed/29547352

--

**Analysis of ear side of mobile phone use in the general population of Japan**

Sato Y, Kojimahara N, Taki M, Yamaguchi N. Analysis of ear side of mobile phone use in the general population of Japan.Bioelectromagnetics. 2018 Jan;39(1):53-59. doi: 10.1002/bem.22098.

Abstract

This study aimed to clarify the distribution of the ear side of mobile phone use in the general population of Japan and clarify what factors are associated with the ear side of mobile phone use. Children at elementary and junior high schools (n = 2,518) and adults aged ≥20 years (n = 1,529) completed an Internet-based survey. Data were subjected to a logistic regression analysis. In children, due to the tendency to use the dominant hand, we analyzed the factors associated with the use of right ear in right-handed people. Statistically significant differences were observed only in talk time per call (odds ratio (OR) = 2.17; 95% confidence interval (CI): 1.22-3.99). In adults, due to the tendency to use the left ear, we analyzed factors associated with the use of left ear in right-handed people. Significant differences were observed in those aged 30-39 years (OR = 2.55; 95% CI: 1.79-3.68), those aged 40-49 years (OR = 3.08; 95% CI: 2.15-4.43), those aged >50 years (OR = 1.85; 95% CI: 1.20-2.85), and in those with a percentage of total talk time when using mobile phones at work of 51-100% (OR = 1.75; 95% CI: 1.21-2.55). We believe that future epidemiological studies on mobile phone use can be improved by considering the trends in mobile phone use identified in this study

JA 01882

https://www.ncbi.nlm.nih.gov/pubmed/29171064

--

## Mathematical Structure for EMF that May Reflect Pilot Waves of Bohm's Implicate Order

Geesink, H.J.H. and Meijer, D.K.F. Mathematical Structure for Electromagnetic Frequencies that May Reflect Pilot Waves of Bohm's Implicate Order. Journal of Modern Physics, 9, 851-897. 2018.

Abstract

The mathematical basis for the earlier reported spectrum of discrete electromagnetic field (EMF) frequencies that were shown to affect health and disease is substantiated and generalized in the present paper. The particular EMF pattern was revealed by a meta-analysis of, now, more than 500 biomedical publications that reported life-sustaining as well as life-decaying EMF frequencies. These discrete eigenfrequency values can be related to supposed bio-resonance of solitons or polaron quasi particles in life systems. Bio-solitons are conceived as self-reinforcing solitary waves that are constituting local fields, being involved in intracellular geometric ordering and patterning, as well as in intra- and inter-cellular signalling. Literature search, revealed very similar frequency patterns for wave resonances of nucleotides in aqueous so-lution, for a candidate RNA-catalyst, as well as for sound-induced vibrations evoked in thin vibrating membranes. This collective evidence points at a gen-eralized biophysical algorithm underlying complexity in nature, evidently manifest in both animate and non-animate modalities. The detected EMF eigenfrequencies could be arithmetically scaled according to an adapted Pythagorean tuning. The mathematical analysis shows that the derived arithmetical scale exhibits a sequence of unique products of integer powers of 2, 3 and a factor 2. This generalized semi-harmonic frequency spectrum may reflect a discrete pilot-wave structure that can be interpreted as a, so called, hidden variable in Bohm's causal interpretation of quantum field theory.

https://doi.org/10.4236/jmp.2018.95055

--

## RF EMR and Memory Performance: Sources of Uncertainty in Epidemiological Cohort Studies

Brzozek C, Benke KK, Zeleke BM, Abramson MJ, Benke G.Radiofrequency Electromagnetic Radiation and Memory Performance: Sources of Uncertainty in Epidemiological Cohort Studies. Int J Environ Res Public Health. 2018 Mar 26;15(4). pii: E592. doi: 10.3390/ijerph15040592.

Abstract

Uncertainty in experimental studies of exposure to radiation from mobile phones has in the past only been framed within the context of statistical variability. It is now becoming more apparent to researchers that epistemic or reducible uncertainties can also affect the total error in results. These uncertainties are derived from a wide range of sources including human error, such as data transcription, model structure, measurement and linguistic errors in communication. The issue of epistemic uncertainty is reviewed and interpreted in the context of the MoRPhEUS, ExPOSURE and HERMES cohort studies which investigate the effect of radiofrequency electromagnetic radiation from mobile phones on memory performance. Research into this field

280

JA 01883

has found inconsistent results due to limitations from a range of epistemic sources. Potential analytic approaches are suggested based on quantification of epistemic error using Monte Carlo simulation. It is recommended that future studies investigating the relationship between radiofrequency electromagnetic radiation and memory performance pay more attention to treatment of epistemic uncertainties as well as further research into improving exposure assessment. Use of directed acyclic graphs is also encouraged to display the assumed covariate relationship.

Open access paper: http://www.mdpi.com/1660-4601/15/4/592/htm

--

## Mobile phone specific EMF induce transient DNA damage and nucleotide excision repair in serum-deprived human glioblastoma cells

Halh Al-Serori, Franziska Ferk, Michael Kundi, Andrea Bileck, Christopher Gerner, Miroslav Mišík, Armen Nersesyan, Monika Waldherr, Manuel Murbach, Tamara T. Lah, Christel Herold-Mende, Andrew R. Collins, Siegfried Knasmülle. Mobile phone specific electromagnetic fields induce transient DNA damage and nucleotide excision repair in serum-deprived human glioblastoma cells. PLOS One.  April 12, 2018. https://doi.org/10.1371/journal.pone.0193677

Abstract

Some epidemiological studies indicate that the use of mobile phones causes cancer in humans (in particular glioblastomas). It is known that DNA damage plays a key role in malignant transformation; therefore, we investigated the impact of the UMTS signal which is widely used in mobile telecommunications, on DNA stability in ten different human cell lines (six brain derived cell lines, lymphocytes, fibroblasts, liver and buccal tissue derived cells) under conditions relevant for users (SAR 0.25 to 1.00 W/kg). We found no evidence for induction of damage in single cell gel electrophoresis assays when the cells were cultivated with serum. However, clear positive effects were seen in a p53 proficient glioblastoma line (U87) when the cells were grown under serum free conditions, while no effects were found in p53 deficient glioblastoma cells (U251). Further experiments showed that the damage disappears rapidly in U87 and that exposure induced nucleotide excision repair (NER) and does not cause double strand breaks (DSBs). The observation of NER induction is supported by results of a proteome analysis indicating that several proteins involved in NER are up-regulated after exposure to UMTS; additionally, we found limited evidence for the activation of the γ-interferon pathway. The present findings show that the signal causes transient genetic instability in glioma derived cells and activates cellular defense systems.

Open access paper: http://journals.plos.org/plosone/article?id=10.1371/journal.pone.0193677#sec027

--

## Effect of electromagnetic waves from mobile phones on spermatogenesis in the era of 4G-LTE

Oh JJ, Byun S, Lee SE, Choe G, Hong SK. Effect of electromagnetic waves from mobile phones on spermatogenesis in the era of 4G-LTE. BioMed Research International. Vol 2018 (2018), Article ID 1801798.

Abstract

Objective. To investigate the effect of long duration exposure to electromagnetic field from mobile phones on spermatogenesis in rats using 4G-LTE.

Methods. Twenty Sprague-Dawley male rats were placed into 4 groups according to the intensity and exposure duration: Group 1 (sham procedure), Group 2 (3 cm distance + 6 h exposure daily), Group 3 (10 cm distance + 18 h exposure daily), and Group 4 (3 cm distance + 18 h exposure daily). After 1 month, we compared sperm parameters and histopathological findings of the testis.

Results. The mean spermatid count ($\times 10^6$/ml) was 398.6 in Group 1, 365.40 in Group 2, 354.60 in Group 3, and 298.60 in Group 4 ($p = 0.041$). In the second review, the mean count of spermatogonia in Group 4 (43.00) was significantly lower than in Group 1 (57.00) and Group 2 (53.40) ($p < 0.001$ and $p = 0.010$, resp.). The sum of the germ cell counts was decreased in Group 4 compared to Groups 1, 2, and 3 ($p = 0.032$). The mean Leydig cell count was significantly decreased in Group 4 ($p < 0.001$).

Conclusions. The longer exposure duration of electromagnetic field decreased the spermatogenesis. Our findings warrant further investigations on the potential effects of EMF from mobile phones on male fertility.

https://www.hindawi.com/journals/bmri/2018/1801798/

--

## 1800 MHz mobile phone radiation induced oxidative and nitrosative stress leads to p53 dependent Bax mediated testicular apoptosis in mice

Shahin S, Singh SP, Chaturvedi CM. 1800 MHz mobile phone irradiation induced oxidative and nitrosative stress leads to p53 dependent Bax mediated testicular apoptosis in mice, Mus musculus. J Cell Physiol. 2018 Apr 10. doi: 10.1002/jcp.26558.

Abstract

Present study was carried out to investigate the effect of long-term mobile phone radiation exposure in different operative modes (Dialing, Receiving, and Stand-by) on immature male mice. Three-week old male mice were exposed to mobile phone (1800 MHz) radiation for 3 hr/day for 120 days in different operative modes. To check the changes/alteration in testicular histoarchitecture and serum testosterone level, HE staining and ELISA was performed respectively. Further, we have checked the redox status (ROS, NO, MDA level, and antioxidant enzymes: SOD, CAT, and GPx) by biochemical estimation, alteration in the expression of pro-apoptotic proteins (p53 and Bax), active executioner caspase-3, full length/uncleaved PARP-1 (DNA repair enzyme), anti-apoptotic proteins (Bcl-2 and Bcl-xL ) in testes by immunofluorescence and cytosolic cytochrome-c by Western blot. Decreased seminiferous tubule diameter, sperm count, and viability along with increased germ cells apoptosis and decreased serum testosterone level, was observed in the testes of all the mobile phone exposed mice compared with control. We also observed that, mobile phone radiation exposure in all the three different operative modes alters the testicular redox status via increasing ROS, NO, and MDA level, and decreasing antioxidant enzymes levels leading to enhanced apoptosis of testicular cells by increasing the expression of pro-apoptotic and apoptotic proteins along with decreasing the expression of anti-apoptotic protein. On the basis of results, it is concluded that long-term mobile phone radiation exposure induced oxidative stress leads to apoptosis of testicular cells and thus impairs testicular function.

282

https://www.ncbi.nlm.nih.gov/pubmed/29637556

--

## Oxidative stress and an animal neurotransmitter synthesizing enzyme in the leaves of wild growing myrtle after exposure to GSM radiation

Stefi AL, Copoulou DV, Margaritis LH, Christodoulakis NS. Oxidative stress and an animal neurotransmitter synthesizing enzyme in the leaves of wild growing myrtle after exposure to GSM radiation. Flora. Available online 16 April 2018. https://doi.org/10.1016/j.flora.2018.04.006

Highlights

• Mature myrtle plants were exposed to GSM radiation for 30 min, at 48 h intervals, for 50 days.
• Secondary metabolite accumulation was observed in the exposed leaves.
• Photosynthetic pigment content decreased in the exposed leaves.
• The oxidative stress (ROS) increased in the exposed leaves.
• Significant rise of the DDC level was recorded only in the exposed leaves.

Abstract

Mobile phones turned to be the most common form of public communication. Therefore, life on our planet continues wrapped in a "cloud" of non-ionizing radiations. Myrtus communis L. is an evergreen shrub, common in Mediterranean formations, exposed and adapted to two seasonally separated and qualitatively different environmental stresses. Thus, we considered it important to investigate the response of this tolerant species to emitted GSM non-ionizing radiations and compare it to already available data from thoroughly investigated plant species. Although the leaves of the exposed plants present unaffected tissue arrangement, their mesophyll cells accumulate large amounts of secondary metabolites, their photosynthetic pigments are dramatically reduced, the ROS counted are significantly increased and the presence of DDC, which cannot be detected in the leaves of the control plants, is recorded in high levels. The exposed leaves seem to experience a severe oxidative stress which probably induces DDC expression and the biosynthesis of the neurotransmitter dopamine, the activation of the shikimate pathway and, eventually, the accumulation of secondary metabolites.

https://www.sciencedirect.com/science/article/pii/S0367253018301208

## Extremely Low Frequency Fields

## Evaluating ELF magnetic fields in the rear seats of electric vehicles

Lin J, Lu M, Wu T, Yang L, Wu T. Evaluating extremely low frequency magnetic fields in the rear seats of the electric vehicles. Radiat Prot Dosimetry. 2018 Mar 23. doi: 10.1093/rpd/ncy048.

Abstract

In the electric vehicles (EVs), children can sit on a safety seat installed in the rear seats. Owing to their smaller physical dimensions, their heads, generally, are closer to the underfloor electrical systems where the magnetic

283

field (MF) exposure is the greatest. In this study, the magnetic flux density (B) was measured in the rear seats of 10 different EVs, for different driving sessions. We used the measurement results from different heights corresponding to the locations of the heads of an adult and an infant to calculate the induced electric field (E-field) strength using anatomical human models. The results revealed that measured B fields in the rear seats were far below the reference levels by the International Commission on Non-Ionizing Radiation Protection. Although small children may be exposed to higher MF strength, induced E-field strengths were much lower than that of adults due to their particular physical dimensions.

https://www.ncbi.nlm.nih.gov/pubmed/29584925

Excerpts

Small children and infants sitting in a safety seat at the rear part of the vehicle is a common occurrence. Children have smaller physical dimensions and, thus, their heads are generally much closer to the car floor, where the MF strength has been reported to be higher due to tire magnetization and the operation of the underfloor electrical systems (6, 7). The matter of children being potentially subject to greater magnetic field exposure may be relevant as leukemia is the most common type of childhood cancer (8). In particular, Ahlbom et al. (9) and Greenland et al. (10) indicated that the exposure to 50 and 60 Hz MF exceeding 0.3–0.4 µT may result in an increased risk for childhood leukemia although a satisfactory causal relationship has not yet been reliably demonstrated. Also, it was reported that a combination of weak, steady and alternating MF could modify the radical concentration, which had the potential to lead to biologically significant changes (11).

... the $B$ field values measured at location #4 (floor in from of rear seat) were the highest, followed by values from location #3 (rear seat cushion), #2 (child's head position) and #1 (adult's head position) ($p < 0.012$, $\alpha = 0.05/3 = 0.017$). There was a significant difference between the driving scenarios ($F(3, 117) = 3.72$, $p = 0.013$). The acceleration and deceleration scenarios generated higher $B$ fields compared with the stationary and the 40 km/h driving scenarios ($p < 0.01$, $\alpha = 0.05/3 = 0.017$) while no difference was identified between acceleration and deceleration ($p = 0.16$).

... The results demonstrate that the induced $E$-field strength was lower for the infant model compared with that of the adult in terms of both the head and body as a whole.

The infant was reported to have higher electrical conductivity [29] but there was no database dedicated to the infant. Furthermore, below 1 MHz, the database was hard to be measured and the uncertainty was large [30]. Therefore, we would not include the issue in the study.

Although several SCs on higher frequencies have been observed (can spread to 1.24 kHz), the spectral analysis revealed that the SCs concentrated on bands below 1000 Hz. The EVs under test used aluminum alloy wheel rims, which have low magnetic permeability. However, the steel wire in the reinforcing belts of radial tires pick up magnetic fields from the terrestrial MF. When the tires spin, the magnetized steel wire in the reinforcing belts generates ELF MF usually below 20 Hz, that can exceed 2.0 µT at seat level in the passenger compartment[6]. The measurement did not identify the ELF MF by different sources because the purpose of the study was to investigate the realistic exposure scenario for the occupants. To note, degaussing the tires or using the fiberglass belted tires can eliminate this effect and provide the MF results solely introduced by the operation of the electrified system.

ICNIRP proposed guidelines to evaluate the compliance of the non-sinusoidal signal exposure[3]. The measurements rendered the maximal $B$ field at the level of one-tenth to several µT, far below the reference level of the guidelines (e.g. 200 µT for 20–400 Hz). The similar non-sinusoidal MF signal magnitudes can only account for 6–10% of the reference levels according to the previous reports[32]. However, as noted in the Introduction, '… 50 and 60 Hz MF exceeding 0.3–0.4 µT may result in an increased risk for childhood

leukemia'. Therefore, it is necessary to measure the MF in the EVs to limit the exposure and for the purpose of epidemiological studies.

In this study, we measured ELF MF in the rear seats of ten types of EVs. The measurements were performed for four different driving scenarios. The measurement results were analyzed to determine the worst-case scenario and those values were used for simulations. We made numerical simulations to compare the induced E-field strength due to the physical difference between children and adults using detailed anatomical models. The results support the contention that the MF in the EVs that we tested was far below the reference levels of the ICNIRP guidelines. Furthermore, our findings show that children would not be more highly exposed compared to adults when taking into consideration of their physical differences. However, the measurement results indicated that further studies should be performed to elucidate the concerns on the incidence of the childhood leukemia for infant and child occupants.

--

## Occupational ELF-MF exposure and hematolymphopoietic cancers - Swiss National Cohort analysis and updated meta-analysis

Huss A, Spoerri A, Egger M, Kromhout H, Vermeulen R; Swiss National Cohort. Occupational extremely low frequency magnetic fields (ELF-MF) exposure and hematolymphopoietic cancers - Swiss National Cohort analysis and updated meta-analysis. Environ Res. 2018 Mar 24;164:467-474. doi: 10.1016/j.envres.2018.03.022.

Highlights

• ELF-MF exposure may affect specific hematolymphopoietic malignancies rather than "all leukaemia".
• We evaluated effects of occupational ELF-MF exposure on different types of hematolymphopoietic malignancies.
• We observed increased risks of AML if workers were exposed to higher levels and for a longer period of time.
• Risks were in line with meta-analysed findings of previous studies.

Abstract

PURPOSE: Previous studies have examined risks of leukaemia and selected lymphoid malignancies in workers exposed to extremely low frequency magnetic fields (ELF-MF). Most studies evaluated hematolymphopoietic malignancies as a combined category, but some analyses suggested that effects may be contained to some specific leukaemia or lymphoma subtypes, with inconsistent results.

METHODS: We examined exposure to ELF-MF and mortality 1990-2008 from different types of hematolymphopoietic cancers in the Swiss National Cohort, using a job exposure matrix for occupations recorded at censuses 1990 and 2000. We analysed 3.1 million workers exposed at different levels to ELF-MF: ever-high, only-medium, only-low exposure using Cox proportional hazard models. We evaluated risk of death from acute myeloid leukaemia (AML), chronic myeloid leukaemia, lymphoid leukaemia, diffuse large B-cell lymphomas, follicular lymphoma, Waldenström's macroglobulinemia, multiple myeloma and Hodgkin lymphoma.

RESULTS: Mortality from hematolymphopoietic cancers was not associated with exposure to ELF-MF with the exception of an increase in ever-high exposed men of myeloid leukaemias (HR 1.31, 95% CI 1.02-1.67), and

JA 01888

AML (HR 1.26, 95%CI 0.93-1.70). If workers had been high exposed during their vocational training and at both censuses, these HR increased to 2.24 (95%CI 0.91-5.53) and 2.75 (95%CI 1.11-6.83), respectively.

CONCLUSIONS:Our analysis provided no convincing evidence for an increased risk of death from a range of hematolymphopoietic cancers in workers exposed to high or medium levels of ELF magnetic fields. However, we observed an increased risk of acute myeloid leukaemia in workers exposed to high levels for a longer duration. Observed risks are in line with meta-analysed previous reports on ELF-MF exposure and AML risk, with a summary relative risk of 1.21 (95%CI 1.08-1.37).

https://www.ncbi.nlm.nih.gov/pubmed/29587222

--

### Residential mobility and childhood leukemia

Amoon AT, Oksuzyan S, Crespi CM, Arah OA, Cockburn M, Vergara X, Kheifets L. Residential mobility and childhood leukemia. Environ Res. 2018 Mar 22;164:459-466. doi: 10.1016/j.envres.2018.03.016.

Highlights

• Children who moved were older, had younger mothers, and lower SES.
• Non-movers showed stronger associations with EMF exposures and childhood leukemia.
• Adjustment for variables predicting mobility, save dwelling, did not alter results.
• Mobility does not appear to explain observed links between EMF and leukemia.

Abstract

AIMS: Studies of environmental exposures and childhood leukemia studies do not usually account for residential mobility. Yet, in addition to being a potential risk factor, mobility can induce selection bias, confounding, or measurement error in such studies. Using data collected for California Powerline Study (CAPS), we attempt to disentangle the effect of mobility.

METHODS: We analyzed data from a population-based case-control study of childhood leukemia using cases who were born in California and diagnosed between 1988 and 2008 and birth certificate controls. We used stratified logistic regression, case-only analysis, and propensity-score adjustments to assess predictors of residential mobility between birth and diagnosis, and account for potential confounding due to residential mobility.

RESULTS: Children who moved tended to be older, lived in housing other than single-family homes, had younger mothers and fewer siblings, and were of lower socioeconomic status. Odds ratios for leukemia among non-movers living <50 meters (m) from a 200+ kilovolt line (OR: 1.62; 95% CI: 0.72-3.65) and for calculated fields ≥ 0.4 microTesla (OR: 1.71; 95% CI: 0.65-4.52) were slightly higher than previously reported overall results. Adjustments for propensity scores based on all variables predictive of mobility, including dwelling type, increased odds ratios for leukemia to 2.61 (95% CI: 1.76-3.86) for living < 50 m from a 200 + kilovolt line and to 1.98 (1.11-3.52) for calculated fields. Individual or propensity-score adjustments for all variables, except dwelling type, did not materially change the estimates of power line exposures on childhood leukemia.

286

CONCLUSION: The residential mobility of childhood leukemia cases varied by several sociodemographic characteristics, but not by the distance to the nearest power line or calculated magnetic fields. Mobility appears to be an unlikely explanation for the associations observed between power lines exposure and childhood leukemia.

Funding: This work was supported by the Electric Power Research Institute. Crespi was also partially supported by the National Cancer Institute at the National Institutes of Health (grant P30 CA16042). Vergara is an employee of the Electric Power Research Institute.

https://www.ncbi.nlm.nih.gov/pubmed/29574256

--

## Reactive oxygen species mediates 50-Hz magnetic field-induced EGF receptor clustering via acid sphingomyelinase activation

Sun L, Chen L, Bai L, Xia Y, Yang X, Jiang W, Sun W. Reactive oxygen species mediates 50-Hz magnetic field-induced EGF receptor clustering via acid sphingomyelinase activation. Int J Radiat Biol. 2018 Apr 16:1-19. doi: 10.1080/09553002.2018.1466208.

Abstract

PURPOSE: Exposure to extremely low frequency electromagnetic fields (ELF-MFs) could elicit biological effects including carcinogenesis. However, the detailed mechanisms by which these ELF-MFs interact with biological system are currently unclear. Previously, we found that a 50-Hz magnetic field (MF) exposure could induce epidermal growth factor receptor (EGFR) clustering and phosphorylation on cell membranes. In the present experiment, the possible roles of reactive oxygen species (ROS) in MF-induced EGFR clustering were investigated.

MATERIALS AND METHODS: Human amnion epithelial (FL) cells were exposed to a 50-Hz MF with or without N-acetyl-L-cysteine (NAC) or pyrrolidine dithiocarbamate (PDTC). EGFR clustering on cellular membrane surface was analyzed using confocal microscopy after indirect immunofluorescence staining. The intracellular ROS level and acid sphingomyelinase (ASMase) activity were detected using a reactive oxygen species assay kit and an Amplex® Red Sphingomyelinase Assay Kit, respectively.

RESULTS: Results showed that exposure of FL cells to a 50-Hz MF at 0.4 mT for 15 min significantly enhanced the ROS level, induced EGFR clustering and increased ASMase activity. However, pretreatment with NAC or PDTC, the scavenger of ROS, not only counteracted the effects of a 50-Hz MF on ROS level and AMS activity, but also inhibited the EGFR clustering induced by MF exposure.

CONCLUSION: Based on present and previous data, it suggests that ROS mediates the MF-induced EGFR clustering via ASMase activation.

https://www.ncbi.nlm.nih.gov/pubmed/29659325

--

JA 01890

**Final results regarding brain & heart tumors in rats exposed from prenatal life until natural death to mobile phone RF (1.8 GHz GSM base station environmental emission)**

Falcioni et al (2018). Report of final results regarding brain and heart tumors in Sprague-Dawley rats exposed from prenatal life until natural death to mobile phone radiofrequency field representative of a 1.8 GHz GSM base station environmental emission. Environmental Research. 2018 Mar 7. pii: S0013-9351(18)30036-7. doi: 10.1016/j.envres.2018.01.037.

Abstract

Background: In 2011, IARC classified radiofrequency radiation (RFR) as possible human carcinogen (Group 2B). According to IARC, animals studies, as well as epidemiological ones, showed limited evidence of carcinogenicity. In 2016, the NTP published the first results of its long-term bioassays on near field RFR, reporting increased incidence of malignant glial tumors of the brain and heart Schwannoma in rats exposed to GSM – and CDMA –modulated cell phone RFR. The tumors observed in the NTP study are of the type similar to the ones observed in some epidemiological studies of cell phone users.

Objectives: The Ramazzini Institute (RI) performed a life-span carcinogenic study on Sprague-Dawley rats to evaluate the carcinogenic effects of RFR in the situation of far field, reproducing the environmental exposure to RFR generated by 1.8 GHz GSM antenna of the radio base stations of mobile phone. This is the largest long-term study ever performed in rats on the health effects of RFR, including 2448 animals. In this article, we reported the final results regarding brain and heart tumors.

Methods: Male and female Sprague-Dawley rats were exposed from prenatal life until natural death to a 1.8 GHz GSM far field of 0, 5, 25, 50 V/m with a whole-body exposure for 19 h/day.

Results: A statistically significant increase in the incidence of heart Schwannomas was observed in treated male rats at the highest dose (50 V/m). Furthermore, an increase in the incidence of heart Schwann cells hyperplasia was observed in treated male and female rats at the highest dose (50 V/m), although this was not statistically significant. An increase in the incidence of malignant glial tumors was observed in treated female rats at the highest dose (50 V/m), although not statistically significant.

Conclusions: The RI findings on far field exposure to RFR are consistent with and reinforce the results of the NTP study on near field exposure, as both reported an increase in the incidence of tumors of the brain and heart in RFR-exposed Sprague-Dawley rats. These tumors are of the same histotype of those observed in some epidemiological studies on cell phone users. These experimental studies provide sufficient evidence to call for the reevaluation of IARC conclusions regarding the carcinogenic potential of RFR in humans.

Among male rats, the incidence of heart schwannoma and hyperplasia was 0.7% (3 of 412) in the control group, 1.2% (5/401) in the 5 volts/meter (V/m) group, 1.0% (2/209) in the 25 V/m group, and 3.9% (8/207) in the 50 V/m group. The 50 V/m group had significantly greater incidence than the control group (p < .02).

Among male rats, the incidence of glioma and glial cell hyperplasia in the control group was 0.0% (0 of 412), 0.7% (3/401) in the 5 volts/meter (V/m) group, 1.4% (3/209) in the 25 V/m group, and 0.0% (0/207) in the 50 V/m group.

https://www.ncbi.nlm.nih.gov/pubmed/29530389

--

**Brain tumors: rise in Glioblastoma incidence in England 1995–2015 suggests adverse environmental or lifestyle factor**

Alasdair Philips, Denis L. Henshaw, Graham Lamburn, and Michael O'Carroll. Brain tumours: rise in

288

Glioblastoma Multiforme incidence in England 1995–2015 suggests an adverse environmental or lifestyle factor. Journal of Environmental and Public Health, in press.

Highlights

• A clear description of the changing pattern in incidence of brain tumour types
• The study used extensive data from an official and recognised quality source
• The study included histological and morphological information
• The study identified a significant and concerning incidence time trend
• Some evidence is provided to help guide future research into causal mechanisms

Abstract

Objective To investigate detailed trends in malignant brain tumour incidence over a recent time period.

Methods UK Office of National Statistics (ONS) data covering 81,135 ICD10 C71 brain tumours diagnosed in England (1995–2015) were used to calculate incidence rates (ASR) per 100k person–years, age–standardised to the European Standard Population (ESP–2013).

Results We report a sustained and highly statistically significant ASR rise in glioblastoma multiforme (GBM) across all ages. The ASR for GBM more than doubled from 2.4 to 5.0, with annual case numbers rising from 983 to 2531. Overall, this rise is mostly hidden in the overall data by a reduced incidence of lower grade tumours.

Conclusions The rise is of importance for clinical resources and brain tumour aetiology. The rise cannot be fully accounted for by promotion of lower–grade tumours, random chance or improvement in diagnostic techniques as it affects specific areas of the brain and only one type of brain tumour. Despite the large variation in case numbers by age, the percentage rise is similar across the age groups which suggests widespread environmental or lifestyle factors may be responsible.

http://downloads.hindawi.com/journals/jeph/aip/7910754.pdf

--

**Wi-Fi is an important threat to human health**

Pall M.L. Wi-Fi is an important threat to human health. Environmental Research. 164:405-416. 2018.

Abstract

Repeated Wi-Fi studies show that Wi-Fi causes oxidative stress, sperm/testicular damage, neuropsychiatric effects including EEG changes, apoptosis, cellular DNA damage, endocrine changes, and calcium overload. Each of these effects are also caused by exposures to other microwave frequency EMFs, with each such effect being documented in from 10 to 16 reviews. Therefore, each of these seven EMF effects are established effects of Wi-Fi and of other microwave frequency EMFs. Each of these seven is also produced by downstream effects of the main action of such EMFs, voltage-gated calcium channel (VGCC) activation. While VGCC activation via EMF interaction with the VGCC voltage sensor seems to be the predominant mechanism of action of EMFs, other mechanisms appear to have minor roles. Minor roles include activation of other voltage-gated ion channels, calcium cyclotron resonance and the geomagnetic magnetoreception mechanism.

Five properties of non-thermal EMF effects are discussed. These are that pulsed EMFs are, in most cases, more active than are non-pulsed EMFs; artificial EMFs are polarized and such polarized EMFs are much more active than non-polarized EMFs; dose-response curves are non-linear and non-monotone; EMF effects are often cumulative; and EMFs may impact young people more than adults.

289

These general findings and data presented earlier on Wi-Fi effects were used to assess the Foster and Moulder (F&M) review of Wi-Fi. The F&M study claimed that there were seven important studies of Wi-Fi that each showed no effect. However, none of these were Wi-Fi studies, with each differing from genuine Wi-Fi in three distinct ways. F&M could, at most conclude that there was no statistically significant evidence of an effect. The tiny numbers in each of these seven F&M-linked studies show that each of them lack power to make any substantive conclusions.

In conclusion, there are seven repeatedly found Wi-Fi effects which have also been shown to be caused by other similar EMF exposures. Each of the seven should be considered, therefore, as established effects of Wi-Fi.

https://doi.org/10.1016/j.envres.2018.01.035

--

**Favorable and Unfavorable EMF Frequency Patterns in Cancer: Perspectives for Improved Therapy and Prevention**

Meijer DKF, Geesink HJH. Favourable and Unfavourable EMF Frequency Patterns in Cancer: Perspectives for Improved Therapy and Prevention. Journal Cancer Therapy. 9(3):188-230. 2018.

Carcinogenesis fits in a frequency pattern of electromagnetic field (EMF) waves, in which a gradual loss of cellular organization occurs. Such generation of cancer features can be inhibited by adequate exposure to coherent electromagnetic frequencies. However, cancer can also be initiated and promoted at other distinct frequencies of electromagnetic waves. Both observations were revealed by analyzing 100 different EMF frequency data reported in a meta-analyses of 123 different, earlier published, biomedical studies. The studied EM frequencies showed a fractal pattern of 12 beneficial (anti-cancer) frequencies, and 12 detrimental (cancer promoting) frequencies, that form the central pattern of a much wider self-similar EMF spectrum of cancer inhibiting or promoting activities. Inhibiting of the cancer process, and even curing of the disease, can thus be considered through exposure to the coherent type of EM fields. Stabilization of the disease can be understood by constructive resonance of macromolecules in the cancer cell with the externally appied coherent EMF field frequencies, called solitons/polarons. The latter, for instance, have been shown earlier to induce repair in DNA/RNA conformation and/or epigenetic changes. The field of EMF treatment of cancer disorders is rapidly expanding and our studies may invite further experimental and clinical studies in which systematically various potential EMF treatment protocols could be applied, with combined and modulated frequencies, to obtain even more efficient EMF anti-cancer therapies.

Open access paper: http://www.scirp.org/journal/PaperInformation.aspx?paperID=82944

--

**Fatal collision? Are wireless headsets a risk in treating patients?**

Cindy Sage & Lennart Hardell (2018): Fatal collision? Are wireless headsets a risk in treating patients?, Electromagnetic Biology and Medicine. Published online Feb 5, 2018. DOI: 10.1080/15368378.2017.1422261

Abstract

Wireless-enabled headsets that connect to the internet can provide remote transcribing of patient examination notes. Audio and video can be captured and transmitted by wireless signals sent from the computer screen in the frame of the glasses. But using wireless glass-type devices can expose the user to a specific absorption rates (SAR) of 1.11–1.46 W/kg of radiofrequency radiation. That RF intensity is as high as or higher than RF emissions of some cell phones. Prolonged use of cell phones used ipsilaterally at the head has been

290

associated with statistically significant increased risk of glioma and acoustic neuroma. Using wireless glasses for extended periods to teach, to perform surgery, or conduct patient exams will expose the medical professional to similar RF exposures which may impair brain performance, cognition and judgment, concentration and attention and increase the risk for brain tumors. The quality of medical care may be compromised by extended use of wireless-embedded devices in health care settings. Both medical professionals and their patients should know the risks of such devices and have a choice about allowing their use during patient exams. Transmission of sensitive patient data over wireless networks may increase the risk of hacking and security breaches leading to losses of private patient medical and financial data that are strictly protected under HIPPA health information privacy laws

http://www.tandfonline.com/doi/full/10.1080/15368378.2017.1422261

--

**Meeting the imperative to accelerate environmental bioelectromagnetics research**

McKee L. Meeting the imperative to accelerate environmental bioelectromagnetics research. Environ Res. 2018 Feb 23;164:100-108. doi: 10.1016/j.envres.2018.01.036

Highlights

Concerns mount about adverse health effects of low-level radiofrequency (RF) radiation.
Bioelectronics and environmental RF effects research both need an omics platform.
Standard bioelectromagnetic data models would advance dosimetry and omics work.
Steps toward developing standards and a shared research platform are proposed.

Abstract

In this article, the author draws on his experience in the world of geospatial information technology standards to suggest a path toward acceleration of bioelectromagnetics science. Many studies show biological effects of extremely low frequency (ELF) and radiofrequency (RF) radiation despite that fact that the radiation is too weak to cause temperature changes in biological features. Considered together in worst case scenarios, such effects, many of which appear to have long latencies, could have potentially disastrous consequences for the health and safety of humans and wildlife. Other studies show no such effects, and in both cases, often there are significant research quality deficits that make it difficult to draw firm conclusions from the data. The progress of bioelectromagnetics science is retarded by a lack of standard data models and experimental protocols that could improve the overall quality of research and make it easier for researchers to benefit from omics-related bioinformatics resources. "Certainty of safety" of wireless devices used in digital communications and remote sensing (radar) is impossible without dosimetry standards that reflect the effects of non-thermal exposures. Electrical signaling in biological systems, a poorly funded research domain, is as biologically important as chemical signaling, a richly funded research domain, and these two types of signaling are inextricably connected. Entreprenuerial scientists pursuing bioelectronic innovations have begun to attract new funding. With appropriate institutional coordination, this new funding could equally benefit those investigating environmental effects of ELF and RF radiation. The author proposes a concerted effort among both bioelectronics technology stakeholders and environmental bioelectromagnetics science researchers to collaborate in developing institutional arrangements and standard data models that would give the science a stronger bioinformatics platform and give researchers better access to omics data. What is proposed here is essentially a bioelectromagnetics omics initiative.

https://www.ncbi.nlm.nih.gov/pubmed/29482182

--

**The human skin as a sub-THz receiver - Does 5G pose a danger to it or not?**

JA 01894

Betzalel N, Ben Ishai P, Feldman Y. The human skin as a sub-THz receiver - Does 5G pose a danger to it or not? Environ Res. 2018 May;163:208-216. doi: 10.1016/j.envres.2018.01.032.

Highlights

• The sweat duct is regarded as a helical antenna in the sub-THz band, reflectance depends on perspiration.
• We outline the background for non-thermal effects based on the structure of sweat ducts.
• We have introduced a realistic skin EM model and found the expected SAR for the 5G standard.

Abstract

In the interaction of microwave radiation and human beings, the skin is traditionally considered as just an absorbing sponge stratum filled with water. In previous works, we showed that this view is flawed when we demonstrated that the coiled portion of the sweat duct in upper skin layer is regarded as a helical antenna in the sub-THz band. Experimentally we showed that the reflectance of the human skin in the sub-THz region depends on the intensity of perspiration, i.e. sweat duct's conductivity, and correlates with levels of human stress (physical, mental and emotional). Later on, we detected circular dichroism in the reflectance from the skin, a signature of the axial mode of a helical antenna. The full ramifications of what these findings represent in the human condition are still unclear. We also revealed correlation of electrocardiography (ECG) parameters to the sub-THz reflection coefficient of human skin. In a recent work, we developed a unique simulation tool of human skin, taking into account the skin multi-layer structure together with the helical segment of the sweat duct embedded in it. The presence of the sweat duct led to a high specific absorption rate (SAR) of the skin in extremely high frequency band. In this paper, we summarize the physical evidence for this phenomenon and consider its implication for the future exploitation of the electromagnetic spectrum by wireless communication. Starting from July 2016 the US Federal Communications Commission (FCC) has adopted new rules for wireless broadband operations above 24 GHz (5 G). This trend of exploitation is predicted to expand to higher frequencies in the sub-THz region. One must consider the implications of human immersion in the electromagnetic noise, caused by devices working at the very same frequencies as those, to which the sweat duct (as a helical antenna) is most attuned. We are raising a warning flag against the unrestricted use of sub-THz technologies for communication, before the possible consequences for public health are explored.

https://www.ncbi.nlm.nih.gov/pubmed/29459303

Excerpt

The need for high data transmission rates, coupled with advances in semiconductor technology, is pushing the communications industry towards the sub-THz frequency spectrum. While the promises of a glorious future, resplendent with semi-infinite data streaming, may be attractive, there is a price to pay for such luxury. We shall find our cities, workspace and homes awash with 5 G base stations and we shall live though an unprecedented EM smog. The benefits to our society of becoming so wired cannot ignore possible health concerns, as yet unexplored. There is enough evidence to suggest that the combination of the helical sweat duct and wavelengths approaching the dimensions of skin layers could lead to non-thermal biological effects. Such fears should be investigated and these concerns should also effect the definition of standards for the application of 5G communications.

--

**Effect of cell phone RFR on body temperature in rodents: Pilot studies of NTP's reverberation chamber exposure system**

Wyde ME, Horn TL, Capstick MH, Ladbury JM, Koepke G, Wilson PF, Kissling GE, Stout MD, Kuster N, Melnick RL, Gauger J, Bucher JR, McCormick DL. Effect of cell phone radiofrequency radiation on body

temperature in rodents: Pilot studies of the National Toxicology Program's reverberation chamber exposure system. Bioelectromagnetics. 2018 Apr;39(3):190-199. doi: 10.1002/bem.22116.

Abstract

Radiofrequency radiation (RFR) causes heating, which can lead to detrimental biological effects. To characterize the effects of RFR exposure on body temperature in relation to animal size and pregnancy, a series of short-term toxicity studies was conducted in a unique RFR exposure system. Young and old B6C3F1 mice and young, old, and pregnant Harlan Sprague-Dawley rats were exposed to Global System for Mobile Communication (GSM) or Code Division Multiple Access (CDMA) RFR (rats = 900 MHz, mice = 1,900 MHz) at specific absorption rates (SARs) up to 12 W/kg for approximately 9 h a day for 5 days. In general, fewer and less severe increases in body temperature were observed in young than in older rats. SAR-dependent increases in subcutaneous body temperatures were observed at exposures ≥6 W/kg in both modulations. Exposures of ≥10 W/kg GSM or CDMA RFR induced excessive increases in body temperature, leading to mortality. There was also a significant increase in the number of resorptions in pregnant rats at 12 W/kg GSM RFR. In mice, only sporadic increases in body temperature were observed regardless of sex or age when exposed to GSM or CDMA RFR up to 12 W/kg. These results identified SARs at which measurable RFR-mediated thermal effects occur, and were used in the selection of exposures for subsequent toxicology and carcinogenicity studies.

https://www.ncbi.nlm.nih.gov/pubmed/29537695

--

## Rats exposed to 2.45 GHz of non-ionizing radiation exhibit behavioral changes with increased brain expression of apoptotic caspase 3

Rini Varghese, Anuradha Majumdar, Girish Kumar, Amit Shukla. Rats exposed to 2.45 GHz of non-ionizing radiation exhibit behavioral changes with increased brain expression of apoptotic caspase 3. Pathophysiology. 25(1):19-30. March 2018. https://doi.org/10.1016/j.pathophys.2017.11.001

Highlights

• The exposure to non-ionizing radiation of 2.45 GHz caused detrimental changes in rat brain leading to learning and memory decline and expression of anxiety behavior.
• The exposure to radiation induced oxidative stress and fall in brain antioxidants.
• The exposure triggered the gene expression of caspase 3.

Abstract

In recent years there has been a tremendous increase in use of Wi-Fi devices along with mobile phones, globally. Wi-Fi devices make use of 2.4 GHz frequency. The present study evaluated the impact of 2.45 GHz radiation exposure for 4 h/day for 45 days on behavioral and oxidative stress parameters in female Sprague Dawley rats. Behavioral tests of anxiety, learning and memory were started from day 38. Oxidative stress parameters were estimated in brain homogenates after sacrificing the rats on day 45. In morris water maze, elevated plus maze and light dark box test, the 2.45 GHz radiation exposed rats elicited memory decline and anxiety behavior. Exposure decreased activities of super oxide dismutase, catalase and reduced glutathione levels whereas increased levels of brain lipid peroxidation was encountered in the radiation exposed rats, showing compromised anti-oxidant defense. Expression of caspase 3 gene in brain samples were quantified which unraveled notable increase in the apoptotic marker caspase 3 in 2.45 GHz radiation exposed group as compared to sham exposed group. No significant changes were observed in histopathological examinations and brain levels of TNF-α. Analysis of dendritic arborization of neurons showcased reduction in number of dendritic branching and intersections which corresponds to alteration in dendritic structure of neurons, affecting neuronal signaling. The study clearly indicates that exposure of rats to microwave radiation of 2.45 GHz leads

293

to detrimental changes in brain leading to lowering of learning and memory and expression of anxiety behavior in rats along with fall in brain antioxidant enzyme systems.

Excerpts

The animals of group 2 were exposed to the 2.45 GHz radiation for 4 h/day for 45 days between 10 am to 6 pm, at a power density of 7.88 W/m$^2$.

... the radiated power absorbed by the body of rat was calculated to be 0.04728 W.

Conclusion

The study was an attempt to draw attention towards the adverse effects of non-ionizing electromagnetic radiations (NI-EMR) in the frequency that is used widely in the field of telecommunication. Many studies have captured the impact of the 900 MHz and 1800 MHz frequencies, however the frequency of radiation in Wi-Fi range has not been much explored. Along with the use of cell phones there is a growing concern with the use of Wi-Fi devices which continuously emit radiations in the frequency of 2.4 GHz. Hence we thought it prudent to investigate the impact of radiation of the frequency of 2.45 GHz. It can be concluded that the exposure to non-ionizing radiation of 2.45 GHz caused detrimental changes in rat brain leading to learning and memory decline and expression of anxiety behavior along with fall in brain antioxidants. The exposure triggered the gene expression of caspase 3 which plays a major role in the apoptotic pathway. The chronic impact of non-ionizing radiation needs to be thoroughly evaluated in humans so that combative steps can be taken.

https://www.sciencedirect.com/science/article/pii/S0928468017300524

--

**Intensity-time dependence dosing criterion in the EMF exposure guidelines in Russia**

Rubtsova N, Paltsev Y, Perov S, Bogacheva E. Intensity-time dependence dosing criterion in the EMF exposure guidelines in Russia. Electromagn Biol Med. 2018 Mar 1:1-7. doi: 10.1080/15368378.2017.1414056.

Abstract

Major approaches of the Russian Federation in setting of exposure guidelines to electromagnetic fields (EMF) in occupational and public environments are discussed in this paper. EMF exposure guidelines in Russia are based on the results of hygienic, clinical, physiological, epidemiological and experimental studies and are frequency-dependent. The concept of a threshold principle of occupational and environmental factors due to hazardous exposure effects has been used to set permissible exposure levels of different EMF frequency ranges. The data of experimental studies showed hazardous threshold levels of EMF effects. The main criteria of EMF hazardous exposure evaluated in the experimental study concerned both estimation of threshold levels of chronic (long-term) and acute exposure. Also, this paper contains some recent experimental study data on correlation of long-term radiofrequency and power-frequency EMF exposure effects with regard to time duration, the so-called time-dependence approach. It enables identification of the value of permissible EMF exposure levels depending on exposure duration. This approach is used in occupational exposure guideline setting and requires the introduction of "power exposition" (PE) and "maximal permissible level" (MPL). In general, EMF exposure guidelines are established with regard to possible duration of exposure per day.

https://www.ncbi.nlm.nih.gov/pubmed/29493302

Excerpt

The most important unknown effect is that of concomitant exposure to EMF from different sources.

294

JA 01897

--

## Radiofrequency radiation from nearby base stations gives high levels in an apartment in Stockholm, Sweden: A case report

Lennart Hardell, Michael Carlberg, Lena K. Hedendahl. Radiofrequency radiation from nearby base stations gives high levels in an apartment in Stockholm, Sweden: A case report. Oncology Letters. Published online on: March 16, 2018    https://doi.org/10.3892/ol.2018.8285

## Abstract

Exposure to radiofrequency (RF) radiation was classified in 2011 as a possible human carcinogen, Group 2B, by the International Agency for Research on Cancer of the World Health Organisation. Evidence of the risk of cancer risk has since strengthened. Exposure is changing due to the rapid development of technology resulting in increased ambient radiation. RF radiation of sufficient intensity heats tissues, but the energy is insufficient to cause ionization, hence it is called non-ionizing radiation. These non-thermal exposure levels have resulted in biological effects in humans, animals and cells, including an increased cancer risk. In the present study, the levels of RF radiation were measured in an apartment close to two groups of mobile phone base stations on the roof. A total of 74,531 measurements were made corresponding to ~83 h of recording. The total mean RF radiation level was 3,811 µW/m2 (range 15.2-112,318 µW/m2) for the measurement of the whole apartment, including balconies. Particularly high levels were measured on three balconies and 3 of 4 bedrooms. The total mean RF radiation level decreased by 98% when the measured down-links from the base stations for 2, 3 and 4 G were disregarded. The results are discussed in relation to the detrimental health effects of non-thermal RF radiation. Due to the current high RF radiation, the apartment is not suitable for long-term living, particularly for children who may be more sensitive than adults. For a definitive conclusion regarding the effect of RF radiation from nearby base stations, one option would be to turn them off and repeat the measurements. However, the simplest and safest solution would be to turn them off and dismantle them.

Open Access Paper: https://www.spandidos-publications.com/10.3892/ol.2018.8285/abstract

--

## The effects of microwave radiation on rabbit's retina

Mohammad R. Talebnejad MR,Sadeghi-Sarvestani A, Hossein Nowroozzadeh M, Mortazavi SMJ, Khalili MR.The effects of microwave radiation on rabbit's retina. Journal of Current Ophthalmology. 30(1):74-79. Mar 2018.

Purpose Mobile cell phones are used extensively these days, and their microwave (MW) radiation has been shown to affect the eye. The purpose of the present study was to evaluate the effects of MW radiation on rabbit retina.

Methods This experimental study (concluded in 2015) was conducted on 40 adult white New Zealand rabbits. A Global System for Mobile Communications (GSM) cell phone simulator was used for MW irradiation. The rabbits were randomized into five groups (8 in each) and treated as follows: Group 1: no irradiation (sham); Group 2: irradiation at 10 cm for 1 day; Group 3: irradiation at 30 cm for 1 day; Group 4: irradiation at 10 cm for 3 days; and Group 5: irradiation at 30 cm for 3 days. Scotopic and photopic electroretinography (ERG) responses were obtained at baseline and 7 days after the last exposure. Then all the rabbits were euthanized, and their eyes were enucleated and sent for pathology examination. Kruskal–Wallis and Chi-Square tests were used to evaluate intergroup differences in ERG parameters and histological findings, respectively.

Results ERG responses obtained 7 days after irradiation did not show any statistically significant difference between the groups (P > 0.1, for all tested parameters). There were statistically non-significant trends toward greater changes in the MW irradiated eyes. In pathological examination, retina was normal with no sign of

295

degeneration or infiltration. Ciliary body congestion was observed in greater fraction of those who received higher MW doses. (P = 0.005).

Conclusions Histopathologically, cell phone simulated MW irradiation had no significant detrimental effect on the retina. However, ciliary body congestion was observed in greater fraction of those who received higher MW doses. Although there was no significant difference between post-treatment mean ERG values, there were statistically non-significant trends toward greater changes in the MW irradiated eyes.

https://ac.els-cdn.com/S2452232517300562/1-s2.0-S2452232517300562-main.pdf?_tid=4249e90b-438f-43f4-b681-a67c72fb8ce7&acdnat=1521759969_87729ccbd7b1a4e21078c03d443000be

--

**Electromagnetic radiation and behavioural response of ticks: an experimental test**

Vargová B, Majláth I, Kurimský J, Cimbala R, Kosterec M, Tryjanowski P, Jankowiak Ł, Raši T, Majláthová V. Electromagnetic radiation and behavioural response of ticks: an experimental test. Exp Appl Acarol. 2018 Mar 31. doi: 10.1007/s10493-018-0253-z.

Abstract

Factors associated with the increased usage of electronic devices, wireless technologies and mobile phones nowadays are present in increasing amounts in our environment. All living organisms are constantly affected by electromagnetic radiation which causes serious environmental pollution. The distribution and density of ticks in natural habitats is influenced by a complex of abiotic and biotic factors. Exposure to radio-frequency electromagnetic field (RF-EMF) constitutes a potential cause altering the presence and distribution of ticks in the environment. Our main objective was to determine the affinity of Dermacentor reticulatus ticks towards RF-EMF exposure. Originally designed and constructed radiation-shielded tube (RST) test was used to test the affinity of ticks under controlled laboratory conditions. All test were performed in an electromagnetic compatibility laboratory in an anechoic chamber. Ticks were irradiated using a Double-Ridged Waveguide Horn Antenna to RF-EMF at 900 and 5000 MHz, 0 MHz was used as control. The RF-EMF exposure to 900 MHz induced a higher concentration of ticks on irradiated arm of RST as opposed to the RF-EMF at 5000 MHz, which caused an escape of ticks to the shielded arm. This study represents the first experimental evidence of RF-EMF preference in D. reticulatus. The projection of obtained results to the natural environment could help assess the risk of tick borne diseases and could be a tool of preventive medicine.

https://www.ncbi.nlm.nih.gov/pubmed/29605834

Excerpts

The results of testing D. reticulatus ticks in RST multi tubes revealed that ticks are attracted significantly more to a frequency of 900 MHz RF-EMF frequency in comparison to control or 5000 MHz RF-EMF frequency. Lázaro et al. (2016) found similar phenomenon in wild bees and bee flies which were attracted by the source of artificial EMF exposure in natural habitat (Lázaro et al. 2016). However, the exposure to 900 MHz FR-EMF radiation on D. reticulatusc showed specific behavioural response of ticks, the reaction was presented by unusual specific sudden movements during the RF-EMF exposition, which was described as a body jerking or leg jerking (Vargová et al. 2017).

According to our laboratory findings, we hypothesize that RF-EMF radiation could influence the distribution of ticks in the natural habitats. The RF-EMF radiation of various frequencies can be, besides humidity, temperature or host presence, one of the factors causing non-homogenous or rather mosaic distribution of ticks in the natural habitats.

We confirmed the extraordinary preference and active movement of D. reticulatus ticks towards the

296

electromagnetic field from the radio wave spectrum of 900 MHz frequency. This RF-EMF tick preference may point to a new phenomenon with possibly important ecological and epidemiological consequences. Increasing electromagnetic waves by using personal electronic devices in natural habitats where ticks occur could increase the risk tick infestation and diseases transmission. Further studies should be undertaken to support this hypothesis, which analyse the impact of RF-EMF directly in the natural habitats of ticks.

--

## Effect of Ginkgo biloba on hippocampus of rats exposed to long-term cellphone radiation

Gevrek, F. Histopathological, immunohistochemical, and stereological analysis of the effect of Ginkgo biloba (Egb761) on the hippocampus of rats exposed to long-term cellphone radiation. Histology and Histopathology. 33(5):463-473. May 2018. DOI: 10.14670/HH-11-943

Abstract

Cellular phones are major sources of electromagnetic radiation (EMR) that can penetrate the human body and pose serious health hazards. The increasingly widespread use of mobile communication systems has raised concerns about the effects of cellphone radiofrequency (RF) on the hippocampus because of its close proximity to radiation during cellphone use. The effects of cellphone EMR exposure on the hippocampus of rats and the possible counteractive effects of Ginkgo biloba (Egb761) were aimed to investigate. Rats were divided into three groups: Control, EMR, and EMR+Egb761. The EMR and EMR+Egb761 groups were exposed to cellphone EMR for one month. Egb761 was also administered to the EMR+Egb761 group. Specifically, we evaluated the effect of RF exposure on rat hippocampi at harmful EMR levels (0.96 W/kg specific absorption rate [SAR]) for one month and also investigated the possible impact of Egb761 using stereological, TUNEL-staining, and immunohistochemical methods. An increase in apoptotic proteins (Bax, Acas-3) and a decrease in anti-apoptotic protein (Bcl-2) immuno-reactivity along with a decrease in the total granule and pyramidal cell count were noted in the EMR group. A decrease in Bax and Acas-3 and an increase in Bcl-2 immunoreactivity were observed in rats treated with Egb761 in addition to a decrease in TUNEL-stained apoptotic cells and a higher total viable cell number. In conclusion, chronic cellphone EMR exposure may affect hippocampal cell viability, and Egb761 may be used to mitigate some of the deleterious effects.

https://www.ncbi.nlm.nih.gov/pubmed/29120031

--

## Genotoxicity and genomic instability in rat primary astrocytes exposed to 872 MHz RF and chemicals

Herrala M, Mustafa E, Naarala J, Juutilainen J. Assessment of genotoxicity and genomic in stability in rat primary astrocytes exposed to 872 MHz radiofrequency radiation and chemicals. International journal of radiation biology.  Epub 2018 Mar 23. DOI:10.1080/09553002.2018.1450534

Abstract

PURPOSE: We examined genotoxicity, co-genotoxicity and induced genomic instability (IGI) in primary astrocytes exposed to radiofrequency (RF) radiation.

MATERIALS AND METHODS: Rat primary astrocytes were exposed to 872MHz GSM-modulated or continuous wave (CW) RF radiation at specific absorption rates of 0.6 or 6.0 W/kg for 24h. Menadione (MQ) and methyl methanesulfonate (MMS; only in genotoxicity experiments) were used as co-exposures. Alkaline Comet assay and flow cytometric micronucleus scoring were used to detect genetic damage.

RESULTS: No IGI was observed from RF radiation alone or combined treatment with MQ. RF radiation alone was not genotoxic. RF radiation combined with chemical exposure showed some statistically significant

297

differences: increased DNA damage at 6.0 W/kg but decreased DNA damage at 0.6 W/kg in cells exposed to GSM-modulated RF radiation and MQ, and increased micronucleus frequency in cells exposed to CW RF radiation at 0.6 W/kg and MMS.

CONCLUSIONS: Exposure to GSM modulated RF radiation at levels up to 6.0 W/kg did not induce or enhance genomic instability in rat primary astrocytes. Lack of genotoxicity from RF radiation alone was convincingly shown in multiple experiments. Co-genotoxicity of RF radiation and genotoxic chemicals was not consistently supported by the results.

--

## Exposure of Insects to RF EMF from 2 to 120 GHz

Thielens A, Bell D, Mortimore DB, Greco MK, Martens L,  Joseph W. Exposure of Insects to Radio-Frequency Electromagnetic Fields from 2 to 120 GHz. Scientific Reports. 8:3924. Mar 2, 2018. DOI: 10.1038/s41598-018-22271-3

Abstract

Insects are continually exposed to Radio-Frequency (RF) electromagnetic fields at different frequencies. The range of frequencies used for wireless telecommunication systems will increase in the near future from below 6 GHz (2 G, 3 G, 4 G, and WiFi) to frequencies up to 120 GHz (5 G). This paper is the first to report the absorbed RF electromagnetic power in four different types of insects as a function of frequency from 2 GHz to 120 GHz. A set of insect models was obtained using novel Micro-CT (computer tomography) imaging. These models were used for the first time in finite-difference time-domain electromagnetic simulations. All insects showed a dependence of the absorbed power on the frequency. All insects showed a general increase in absorbed RF power at and above 6 GHz, in comparison to the absorbed RF power below 6 GHz. Our simulations showed that a shift of 10% of the incident power density to frequencies above 6 GHz would lead to an increase in absorbed power between 3-370%

Excerpt

Figure 4 illustrates the frequency dependence of the absorption of RF-EMFs in the Western Honeybee in terms of the ratio of the electric field strength inside the insect to the maximum electric field in the simulation domain. At the currently used frequencies for telecommunication (<6 GHz), the wavelength is relatively large compared to the insects and the waves do not penetrate into the insects, which results in lower Pabs values. At 12– 24 GHz, the fields penetrate more and more into the insect as the wavelength becomes comparable to the insects' size and the conductivity increases as well. At the highest studied frequencies, the fields penetrate less deep into the insect, but their amplitude is higher, resulting in a similar or slightly lower $P_{abs}$.

Figure 5 shows the $P_{abs}$ linearly averaged over all twelve plane waves as a function of frequency for all studied insects. The absorbed power increases with increasing frequency from 2–6 GHz for all insects under exposure at a constant incident power density or incident electric field strength of 1 V/m...

The three smaller insects show their maximum at a frequency higher than 6 GHz: 60 GHz, 24 GHz, and 12 GHz for the Australian Stingless Bee, the Beetle, and the Honey Bee, respectively....

We investigated the absorbed radio-frequency electromagnetic power in four different real insects as a function of frequency from 2–120 GHz. Micro-CT imaging was used to obtain realistic models of real insects. These models were assigned dielectric parameters obtained from literature and used in finite-difference time-domain simulations. All insects show a dependence of the absorbed power on the frequency with a peak frequency that depends on their size and dielectric properties. The insects show a maximum in absorbed radio frequency

298

power at wavelengths that are comparable to their body size. They show a general increase in absorbed radio-frequency power above 6 GHz (until the frequencies where the wavelengths are comparable to their body size), which indicates that if the used power densities do not decrease, but shift (partly) to higher frequencies, the absorption in the studied insects will increase as well. A shift of 10% of the incident power density to frequencies above 6 GHz would lead to an increase in absorbed power between 3–370%. This could lead to changes in insect behaviour, physiology, and morphology over time due to an increase in body temperatures, from dielectric heating. The studied insects that are smaller than 1 cm show a peak in absorption at frequencies (above 6 GHz), which are currently not often used for telecommunication, but are planned to be used in the next generation of wireless telecommunication systems. At frequencies above the peak frequency (smaller wavelengths) the absorbed power decreases slightly.

Open access paper: https://www.nature.com/articles/s41598-018-22271-3

==

**Results of lifespan exposure to ELF EMF administered alone to Sprague Dawley rats**

L. Bua, E. Tibaldi, L. Falcioni, M. Lauriola, L. De Angelis, F. Gnudi, M. Manservigi, F. Manservisi, I. Manzoli, I. Menghetti, R. Montella, S. Panzacchi, D. Sgargi, V. Strollo, A. Vornoli, D. Mandrioli, Results of lifespan exposure to continuous and intermittent extremely low frequency electromagnetic fields (ELFEMF) administered alone to Sprague Dawley rats Environmental Research. 164:271-279. July 2018.

Highlights

• Carcinogenic effects of ELFEMF whole-body chronic exposure were evaluated on rats.
• Exposure to ELFEMF alone does not represent risk factor for neoplastic development.
• ELFEMF might act as a cancer enhancer if co-administered to other known carcinogens.

Abstract

Background Up to now, experimental studies on rodents have failed to provide definitive confirmation of the carcinogenicity of extremely low frequency electromagnetic fields (ELFEMF). Two recent studies performed in our laboratory on Sprague-Dawley rats reported a statistically significant increase in malignant tumors of different sites (mammary gland, C-cells carcinoma, hemolymphoreticular neoplasia, and malignant heart Schwannoma) when ELFEMF exposure was associated with exposure to formaldehyde (50 mg/l) or acute low dose of γ-radiation (0.1 Gy) (Soffritti et al., 2016a) (Soffritti et al., 2016b). The same doses of known carcinogenic agents (50 mg/l formaldehyde, or acute 0.1 Gy γ-radiation), when administered alone, previously failed to induce any statistically significant increase in the incidence of total and specific malignant tumors in rats of the same colony.

Objectives  A lifespan whole-body exposure study was conducted to evaluate the possible carcinogenic effects of ELFEMF exposure administered alone to Sprague-Dawley rats, as part of the integrated project of the Ramazzini Institute (RI) for studying the effects on health of ELFEMF alone or in combination with other known carcinogens.

Methods Male and female Sprague-Dawley rats were exposed 19 h/day to continuous sinusoidal-50 Hz magnetic fields (S-50 Hz MF) at flux densities of 0 (control group), 2, 20, 100 or 1000μT, and to intermittent (30 min on/30 min off) S-50 Hz MF at 1000 μT, from prenatal life until natural death.

Results Survival and body weight trends in all groups of rats exposed to ELFEMF were comparable to those found in sex-matched controls. The incidence and number of malignant and benign tumors was similar in all groups. Magnetic field exposure did not significantly increase the incidence of neoplasias in any organ, including those sites that have been identified as possible targets in epidemiological studies (leukemia, breast cancer, and brain cancer).

299

JA 01902

Conclusions Life-span exposures to continuous and intermittent sinusoidal-50 Hz ELFEMFs, when administered alone, did not represent a significant risk factor for neoplastic development in our experimental rat model. In light of our previous results on the carcinogenic effects of ELFEMF in combination with formaldehyde and γ-radiation, further experiments are necessary to elucidate the possible role of ELFEMF as cancer enhancer in presence of other chemical and physical carcinogens.

https://www.sciencedirect.com/science/article/pii/S001393511830104X

--

**ELF MF and Redox-Responsive Pathways Linked to Cancer Drug Resistance: Insights from Co-Exposure-Based In Vitro Studies**

Falone S, Santini S, Cordone V, Di Emidio G, Tatone C, Caachio M, Amicarelli F. Extremely Low-Frequency Magnetic Fields and Redox-Responsive Pathways Linked to Cancer Drug Resistance: Insights from Co-Exposure-Based In Vitro Studies. 23 Feb 2018. https://doi.org/10.3389/fpubh.2018.00033

Electrical devices currently used in clinical practice and common household equipments generate extremely low-frequency magnetic fields (ELF-MF) that were classified by the International Agency for Research on Cancer as "possible carcinogenic." Assuming that ELF-MF plays a role in the carcinogenic process without inducing direct genomic alterations, ELF-MF may be involved in the promotion or progression of cancers. In particular, ELF-MF-induced responses are suspected to activate redox-responsive intracellular signaling or detoxification scavenging systems. In fact, improved protection against oxidative stress and redox-active xenobiotics is thought to provide critical proliferative and survival advantage in tumors. On this basis, an ever-growing research activity worldwide is attempting to establish whether tumor cells may develop multidrug resistance through the activation of essential cytoprotective networks in the presence of ELF fields, and how this might trigger relevant changes in tumor phenotype. This review builds a framework around how the activity of redox-responsive mediators may be controlled by co-exposure to ELF-MF and reactive oxygen species-generating agents in tumor and cancer cells, in order to clarify whether and how such potential molecular targets could help to minimize or neutralize the functional interaction between ELF-MF and malignancies.

Open Access Paper: https://www.frontiersin.org/articles/10.3389/fpubh.2018.00033/full

==

**Genotoxic and carcinogenic effects of non-ionizing electromagnetic fields**

Kocaman A, Altun G, Kaplan AA, Deniz ÖG, Yurt KK, Kaplan S. Genotoxic and carcinogenic effects of non-ionizing electromagnetic fields.
Environ Res. 2018 Feb 7;163:71-79. doi: 10.1016/j.envres.2018.01.034.

Abstract

New technologies in electronics and communications are continually emerging. An increasing use of these electronic devices such as mobile phone, computer, wireless fidelity connectors or cellular towers is raising questions concerning whether they have an adverse effect on the body. Exposure to electromagnetic fields (EMF) is frequently suggested to have adverse health effects on humans and other organisms. This idea has been reported in many studies. In contrast, the therapeutic effects of EMF on different organs have also been reported. Research findings are inconsistent. This has given rise to very profound discrepancies. The duration and frequency of mobile phone calls and the association observed with various health effects has raised serious concerns due to the frequency with which these devices are used and the way they are held close to the head. The present review assesses the results of in vitro, in vivo, experimental, and epidemiological

300

JA 01903

studies. The purpose of the study is to assess data concerning the carcinogenic and genotoxic effects of non-ionizing EMF. The major genotoxic and carcinogenic effects of EMF, divided into subsections as low frequency effects and radiofrequency effects, were reviewed. The inconsistent results between similar studies and the same research groups have made it very difficult to make any comprehensive interpretation. However, evaluation of current studies suggests that EMF may represent a serious source of concern and may be hazardous to living organisms.

https://www.ncbi.nlm.nih.gov/pubmed/29427953

--

**Towards 5G communication systems: Are there health implications?**

Di Ciaula A. Towards 5G communication systems: Are there health implications? Int J Hyg Environ Health. 2018 Feb 2. pii: S1438-4639(17) 30814-3. doi: 10.1016/j.ijheh.2018.01.011.

Highlights

• RF-EMF exposure is rising and health effects of are still under investigation.
• Both oncologic and non-cancerous chronic effects have been suggested.
• 5G networks could have health effects and will use MMW, still scarcely explored.
• Adequate knowledge of RF-EMF biological effects is also needed in clinical practice.
• Underrating the problem could lead to a further rise in noncommunicable diseases.
Abstract

The spread of radiofrequency electromagnetic fields (RF-EMF) is rising and health effects are still under investigation. RF-EMF promote oxidative stress, a condition involved in cancer onset, in several acute and chronic diseases and in vascular homeostasis. Although some evidences are still controversial, the WHO IARC classified RF-EMF as "possible carcinogenic to humans", and more recent studies suggested reproductive, metabolic and neurologic effects of RF-EMF, which are also able to alter bacterial antibiotic resistance. In this evolving scenario, although the biological effects of 5G communication systems are very scarcely investigated, an international action plan for the development of 5G networks has started, with a forthcoming increment in devices and density of small cells, and with the future use of millimeter waves (MMW). Preliminary observations showed that MMW increase skin temperature, alter gene expression, promote cellular proliferation and synthesis of proteins linked with oxidative stress, inflammatory and metabolic processes, could generate ocular damages, affect neuro-muscular dynamics. Further studies are needed to better and independently explore the health effects of RF-EMF in general and of MMW in particular. However, available findings seem sufficient to demonstrate the existence of biomedical effects, to invoke the precautionary principle, to define exposed subjects as potentially vulnerable and to revise existing limits. An adequate knowledge of pathophysiological mechanisms linking RF-EMF exposure to health risk should also be useful in the current clinical practice, in particular in consideration of evidences pointing to extrinsic factors as heavy contributors to cancer risk and to the progressive epidemiological growth of noncommunicable diseases.

https://www.ncbi.nlm.nih.gov/pubmed/29402696

--

**RF radiation-related cancer: assessing causation in the occupational/military setting**

Peleg M, Nativ O, Richter ED. Radio frequency radiation-related cancer: assessing causation in the occupational/military setting.
Environ Res. 2018 Feb 9;163:123-133. doi: 10.1016/j.envres.2018.01.003.

Abstract

JA 01904

BACKGROUND AND AIM: We reexamine whether radio frequency radiation (RFR) in the occupational and military settings is a human carcinogen.

METHODS: We extended an analysis of an already-reported case series of patients with cancer previously exposed to whole-body prolonged RFR, mainly from communication equipment and radar. We focused on hematolymphatic (HL) cancers. We used analysis by percentage frequency (PF) of a cancer type, which is the proportion of a specific cancer type relative to the total number of cancer cases. We also examined and analyzed the published data on three other cohort studies from similar military settings from different countries.

RESULTS: The PF of HL cancers in the case series was very high, at 40% with only 23% expected for the series age and gender profile, confidence interval CI95%: 26-56%, p<0.01, 19 out of 47 patients had HL cancers. We also found high PF for multiple primaries. As for the three other cohort studies: In the Polish military sector, the PF of HL cancers was 36% in the exposed population as compared to 12% in the unexposed population, p<0.001. In a small group of employees exposed to RFR in Israeli defense industry, the PF of HL cancers was 60% versus 17% expected for the group age and gender profile, p<0.05. In Belgian radar battalions the HL PF was 8.3% versus 1.4% in the control battalions as shown in a causes of deaths study and HL cancer mortality rate ratio was 7.2 and statistically significant. Similar findings were reported on radio amateurs and Korean war technicians. Elevated risk ratios were previously reported in most of the above studies.

CONCLUSIONS: The consistent association of RFR and highly elevated HL cancer risk in the four groups spread over three countries, operating different RFR equipment types and analyzed by different research protocols, suggests a cause-effect relationship between RFR and HL cancers in military/occupational settings. While complete measurements of RFR exposures were not available and rough exposure assessments from patients interviews and from partial exposure data were used instead, we have demonstrated increased HL cancers in occupational groups with relatively high RFR exposures. Our findings, combined with other studies, indicate that exposures incurred in the military settings evaluated here significantly increased the risk of HL cancers. Accordingly, the RFR military exposures in these occupations should be substantially reduced and further efforts should be undertaken to monitor and measure those exposures and to follow cohorts exposed to RFR for cancers and other health effects. Overall, the epidemiological studies on excess risk for HL and other cancers together with brain tumors in cellphone users and experimental studies on RFR and carcinogenicity make a coherent case for a cause-effect relationship and classifying RFR exposure as a human carcinogen (IARC group 1).

https://www.ncbi.nlm.nih.gov/pubmed/29433020

--

**Are Exposures to Multiple Frequencies the Key to Future Radiofrequency Research?**

Sienkiewicz Z, Calderón C, Broom KA, Addison D, Gavard A, Lundberg L, Maslanyj M. Are Exposures to Multiple Frequencies the Key to Future Radiofrequency Research? Front Public Health. 2017 Dec 8;5:328. doi: 10.3389/fpubh.2017.00328.

Abstract

There is an extensive literature investigating possible effects of exposure to radiofrequency (RF) electromagnetic fields associated with mobile phone technologies. This has not identified any public health risks with any degree of certainty. Some epidemiological studies have observed associations between heavy users of mobile phones and some types of cancer, but animal studies do not support this association, although a few studies have reported increased tumor yields. However, there is a crucial difference between epidemiology studies and laboratory work in terms of signals investigated: most people are exposed to a complex mixture of frequencies and signals at varying intensities, whereas the majority of animal studies have

been performed using a single frequency or intensity. Whether this might explain the differences in outcome will be discussed, and whether there is a need for additional laboratory investigations that reproduce more accurately realistic exposure conditions will be considered.

Open Access Paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5727023/

--

**On the effects of glasses on the SAR in human head resulting from wireless eyewear devices at phone call state**

Lan JQ, Liang X, Hong T, Du GH. On the effects of glasses on the SAR in human head resulting from wireless eyewear devices at phone call state. Prog Biophys Mol Biol. 2018 Feb 8. pii: S0079-6107(17)30082-2. doi: 10.1016/j.pbiomolbio.2018.02.001.

Abstract

This paper evaluates the effects of glasses on the specific absorption rates (SAR) in the human head resulting from wireless eyewear device at phone call state. We mainly concentrate on the SAR in the eyes since their sensitivity to electromagnetic fields (EMF). We find wearing glasses obviously alters the distribution and magnitude of the SAR. The maximal SAR in the ocular tissues with glasses is even 6 times more than that without glasses. Wearing glasses also induce the new hotspot in the eyes which may cause the biggest SAR increment in the ocular tissues. Moreover, calculated results indicate that the maximal SAR is sensitive to the size of glasses and radiation frequency. Because of this, we believe wearing glasses may possibly increase the risk of health hazard to eyes of wireless eyewear device user. These calculated results could be a valuable reference for the glasses designer to reduce the SAR in the eyes.

https://www.ncbi.nlm.nih.gov/pubmed/29428220

Conclusions

Based on the calculated results, we find wearing glasses obviously alters the distribution and magnitude of SAR. The maximal SAR in the ocular tissues with glasses is even 6 times more than that without glasses. Wearing glasses also could induce the new hotspot in the eyeballs which may cause the biggest SAR increment in the ocular tissues. Moreover, calculated results indicate that the maximal SAR is sensitive to the size of glasses and radiation frequency. Therefore, we believe wearing glasses may possibly increase the risk of health hazard to human eyes. In order to decrease the SAR in the ocular tissues, people should choose the adaptive glasses according to the radiation frequency. If possible, we advise people to take off their glasses when they use the eyewear device. These calculated results could be a valuable reference for the glasses designer to reduce the SAR in the eyes. However, due to the limited research conditions, the experiment is not included. So conclusions, in this paper, are just indicative but not definitive.

--

**Exposure to Mobile Phone-Emitted EMF and Human Attention: No Evidence of a Causal Relationship: Mini Review**

Curcio G. Exposure to Mobile Phone-Emitted Electromagnetic Fields and Human Attention: No Evidence of a Causal Relationship. Front. Public Health, 23 February 2018.

No Abstract

Concluding Remarks

303

JA 01906

On the basis of reviewed literature, we can reasonably conclude that there is no evidence of a negative influence of mobile phone emitted EMFs on different aspects of human attention. As pointed out in Discussion, published literature is very heterogeneous with respect to methodology, dosimetry, or statistical analyses, and thus a conclusive generalization to everyday life is still very difficult. For these reasons, further research is needed, particularly on real-working settings and environments.

Open Access Paper: https://www.frontiersin.org/articles/10.3389/fpubh.2018.00042/full

--

**A Multi-Band Body-Worn Distributed RF Exposure Meter: Design, On-Body Calibration and Study of Body Morphology**

Aminzadeh R, Thielens A, Agneessens S, Van Torre P, Van den Bossche M, Dongus S, Eeftens M, Huss A, Vermeulen R, de Seze R, Mazet P, Cardis E, Rogier H, Röösli M, Martens L Wout J. A Multi-Band Body-Worn Distributed Radio-Frequency Exposure Meter: Design, On-Body Calibration and Study of Body Morphology. Sensors. 18(1). Jan 2018.

Abstract

A multi-band Body-Worn Distributed exposure Meter (BWDM) calibrated for simultaneous measurement of the incident power density in 11 telecommunication frequency bands, is proposed. The BDWM consists of 22 textile antennas integrated in a garment and is calibrated on six human subjects in an anechoic chamber to assess its measurement uncertainty in terms of 68% confidence interval of the on-body antenna aperture. It is shown that by using multiple antennas in each frequency band, the uncertainty of the BWDM is 22 dB improved with respect to single nodes on the front and back of the torso and variations are decreased to maximum 8.8 dB. Moreover, deploying single antennas for different body morphologies results in a variation up to 9.3 dB, which is reduced to 3.6 dB using multiple antennas for six subjects with various body mass index values. The designed BWDM, has an improved uncertainty of up to 9.6 dB in comparison to commercially available personal exposure meters calibrated on body. As an application, an average incident power density in the range of 26.7–90.8 µW·m−2 is measured in Ghent, Belgium. **The measurements show that commercial personal exposure meters underestimate the actual exposure by a factor of up to 20.6.**

Excerpt

Two commercially available PEMs are used in this study: EME Spy 200 (MVG, Brest, France) and ExpoM-RF (Fields at Work GmbH, Zürich, Switzerland). Eleven frequency bands are studied in this paper ...

For the BWDM, the mean measured power densities are in the range of 26.7 µW/m2 (800-DL) to 90.8 µW/m2 (900 DL). The large standard deviation is due to the city environment where several buildings with different heights are present. For the EME Spy 200, the mean power density ranges from 4.41 µW/m2 (1800-DL) to 60.1 µW/m2 (900-DL). ExpoM-RF registered mean power densities in the range of 14.53 µW/m2 (1800-DL) to 151.5 µW/m2 (900-DL). All the three devices measured the maximum mean power density for 900-DL band (2G). For the BWDM, the median Sinc is in the range of 3.21 µW/m2 (800-DL) to 29 µW/m2 for 2100-DL. Both PEMs registered the minimum p50 of Sinc for 1800-DL (EME Spy 200: 0.59 µW/m2, ExpoM-RF: 1.62 µW/m2) and the maximum median Sinc for 900-DL (EME Spy 200: 12.26 µW/m2, ExpoM-RF: 34.77 µW/m2).

Conclusions

For the first time, a multi-band body-worn distributed-exposure meter (BWDM) is proposed for simultaneous on-body measurements of the incident power density in 11 telecommunication bands. The BWDM is designed and calibrated on a male human subject, in an anechoic chamber. The optimized location of 22 nodes covering 11 frequency bands is determined on the front and on the back of the torso. The optimized BWDM is also calibrated on five more subjects in order to study the effect of human body morphology on the measurement

304

uncertainty of the designed BWDM. The uncertainty is quantified as the 68% confidence interval of the on-body antenna aperture obtained during calibrations. It is shown that using multiple antennas improved the uncertainty up to 22 dB with respect to single nodes for all subjects in all frequency bands. We also demonstrated that, using single antennas, the variation on CI68 for the six people in this study was about 9.3 dB. This value reduced to the range of 1.2 to 3.6 dB for all the subjects, which is 5.7 dB improvement. Except for 1800-DL (3.6 dB) the maximum variation on the CI68 of subjects of this study is limited to below 2 dB. The designed BWDM has an improved CI68 of 9.6 dB compared to CI68 of commercially available PEMs calibrated on body. Using the proposed BWDM and two PEMs, fields along an outdoor route are measured in Ghent, Belgium including 800, 900, 1800 and 2100 MHz downlink bands. The BWDM measured a mean power density in the range of 26.7 to 90.8 μW/m2, which are below the issued reference levels by ICNIRP. The results show that commercial PEMs underestimate the actual incident power densities by a factor of 1.6 to 20.6. Moreover, the measured exposure to 2G and 3G signals are 3.8 to 9 times higher than the 4G signals. The study of the subject's posture and application of SAR measurement will be part of the future work.

https://www.researchgate.net/publication/322569489_A_Multi-Band_Body-Worn_Distributed_Radio-Frequency_Exposure_Meter_Design_On-Body_Calibration_and_Study_of_Body_Morphology

--

**Representativeness and repeatability of microenvironmental personal and head exposures to RF-EMF**

Thielens A, Van den Bossche M, Brzozek C, Bhatt CR, Abramson MJ, Benke G, Martens L, Joseph W. Representativeness and repeatability of microenvironmental personal and head exposures to radio-frequency electromagnetic fields. Environ Res. 2018 Apr;162:81-96. doi: 10.1016/j.envres.2017.12.017.

Abstract

The aims of this study were to: i) investigate the repeatability and representativeness of personal radio frequency-electromagnetic fields (RF-EMFs) exposure measurements, across different microenvironments, ii) perform simultaneous evaluations of personal RF-EMF exposures for the whole body and the head, iii) validate the data obtained with a head-worn personal distributed exposimeter (PDE) against those obtained with an on-body worn personal exposimeter (PEM). Data on personal and head RF-EMF exposures were collected by performing measurements across 15 microenvironments in Melbourne, Australia. A body-worn PEM and a head-worn PDE were used for measuring body and head exposures, respectively. The summary statistics obtained for total RF-EMF exposure showed a high representativeness (r2 > 0.66 for two paths in the same area) and a high repeatability over time (r2 > 0.87 for repetitions of the same path). The median head exposure in the 900MHz downlink band ranged between 0.06V/m and 0.31V/m. The results obtained during simultaneous measurements using the two devices showed high correlations (0.42 < r2 < 0.94). The highest mean total RF-EMF exposure was measured in Melbourne's central business district (0.89V/m), whereas the lowest mean total exposure was measured in a suburban residential area (0.05V/m). This study shows that personal RF-EMF microenvironmental measurements in multiple microenvironments have high representativeness and repeatability over time. The personal RF-EMF exposure levels (i.e. body and head exposures) demonstrated moderate to high correlations.

https://www.ncbi.nlm.nih.gov/pubmed/29289859

--

**Effects of time delays on biological feedback systems and electromagnetic field exposures**

Barnes F, Kandala S. Effects of time delays on biological feedback systems and electromagnetic field exposures. Bioelectromagnetics. 2018 Feb 19. doi: 10.1002/bem.22114.

JA 01908

No Abstract

https://www.ncbi.nlm.nih.gov/pubmed/29457641

Excerpts

Biological systems contain a large number of signaling pathway and amplifying systems. Often these signaling systems operate in parallel and include both feedback and feed forward signals. An extensive review of how feedback loops shape cellular signals in space and time is presented by Brandman and Meyer [2008]. There are over 3,000 signaling proteins and over 15 s messengers that lead to hundreds of cell-specific signaling systems. These multiple feedback loops lead to a wide variety of responses including oscillations, bi-stability, and system stabilization. The multiple feedback loops often make it hard to separate cause and effect.

Changes in concentrations of ROS molecules have been shown to have a wide range of both positive and negative effects on biological systems [Halliwell and Gutteridge, 2015]. Early works on the exposures of biological systems to microwaves show that even when the biological system was held at constant temperatures, there were changes in membrane resistance that differed from the first exposures to the second, and there was a time delay in the response [Arber and Lin, 1985a,b]. More recent works show that magnetic fields have been shown to modify ROS concentrations [Georgiou, 2010; Castello et al., 2014; Usselman et al., 2014, 2016].

We can expect signals such as modulated sine waves or pulses at different repetition rates containing more than one frequency to modify more than one biological process.

Overall, we know that there are many feedback and repair processes in biological systems. These feedback processes occur with time delays following a stimulus, and thus we can expect that the timing of a periodic stimulus can either lead to an amplified or attenuated response. Additionally, we can expect the responses of biological systems to be frequency-dependent. With knowledge of time constants for various biological and medical responses, we may be able to signal the systems to increase or decrease such things as cell growth rates or immune responses.

--

## RF EMR exposure effects on amygdala morphology, place preference behavior and brain caspase-3 activity in rats

Narayanan, SN, Mohapatra, N, John, P, Suresh Kumar, NKR,. Nayak, SB, Gopalakrishna Bhat, P. Radiofrequency electromagnetic radiation exposure effects on amygdala morphology, place preference behavior and brain caspase-3 activity in rats. Environmental Toxicology and Pharmacology. 58:220-229. 2018.

Abstract

The purpose of the study was to evaluate the changes in amygdala morphology and emotional behaviors, upon exposure to chronic RF-EMR in adolescent rats. Four weeks old male albino Wistar rats were exposed to 900 MHz (power density:146.60 μW/cm2) from a mobile phone in silent-mode for 28 days. Amygdala morphology was studied using cresyl violet, TUNEL and Golgi-Cox staining. Place preference behavior was studied using light/dark chamber test and following this brain caspase-3 activity was determined. Number of healthy neurons was decreased in the basolateral amygdala and cortical amygdala but not in the central amygdala after RF-EMR exposure. It also induced apoptosis in the amygdala. RF-EMR exposure altered dendritic arborization pattern in basolateral amygdala but not in the central amygdala. Altered place preference and hyperactivity-like behavior was evident after RF-EMR exposure, but brain caspase-3 activity did not change. RF-EMR exposure perturbed normal cellular architecture of amygdala and this was associated with altered place preference.

JA 01909

--

## Cell phone exposure induces apoptosis, mitochondrial oxidative stress & TRPV1 channel activation in hippocampus of rats

Ertilav K, Uslusoy F, Ataizi S, Nazıroğlu M. Long term exposure to cell phone frequencies (900 and 1800 MHz) induces apoptosis, mitochondrial oxidative stress and TRPV1 channel activation in the hippocampus and dorsal root ganglion of rats. Metab Brain Dis. 2018 Jan 13. doi: 10.1007/s11011-017-0180-4.

Abstract

Mobile phone providers use electromagnetic radiation (EMR) with frequencies ranging from 900 to 1800 MHz. The increasing use of mobile phones has been accompanied by several potentially pathological consequences, such as neurological diseases related to hippocampal (HIPPON) and dorsal root ganglion neuron (DRGN). The TRPV1 channel is activated different stimuli, including CapN, high temperature and oxidative stress. We investigated the contribution TRPV1 to mitochondrial oxidative stress and apoptosis in HIPPON and DRGN following long term exposure to 900 and 1800 MHz in a rat model. Twenty-four adult rats were equally divided into the following groups: (1) control, (2) 900 MHz, and (3) 1800 MHz exposure. Each experimental group was exposed to EMR for 60 min/ 5 days of the week during the one year. The 900 and 1800 MHz EMR exposure induced increases in TRPV1 currents, intracellular free calcium influx (Ca2+), reactive oxygen species (ROS) production, mitochondrial membrane depolarization (JC-1), apoptosis, and caspase 3 and 9 activities in the HIPPON and DRGN. These deleterious processes were further increased in the 1800 MHz experimental group compared to the 900 MHz exposure group. In conclusion, mitochondrial oxidative stress, programmed cell death and Ca2+ entry pathway through TRPV1 activation in the HIPPON and DRGN of rats were increased in the rat model following exposure to 900 and 1800 MHz cell frequencies. Our results suggest that exposure to 900 and 1800 MHz EMR may induce a dose-associated, TRPV1-mediated stress response.

https://www.ncbi.nlm.nih.gov/pubmed/29332300

--

## RF EMR exposure effects on amygdala morphology, place preference behavior and brain caspase-3 activity in rats

Narayanan SN, Mohapatra N, John P, Kumar NKRS, Nayak SB, Bhat PG. Radiofrequency electromagnetic radiation exposure effects on amygdala morphology, place preference behavior and brain caspase-3 activity in rats. Environmental Toxicology and Pharmacology, Available online 31 January 2018.

Highlights

• Chronic 900 MHz exposure perturbed cellular architecture of rat amygdala.
• Number of healthy neurons decreased in basolateral, cortical nuclei but not in central nuclei.
• Dendritic arborization of basolateral neurons was found to be reduced.
• This was associated with altered place preference behavior.
• Brain caspase-3 was not found to be altered after chronic radiation exposure.

Abstract

The purpose of the study was to evaluate the changes in amygdala morphology and emotional behaviors, upon exposure to chronic RFEMR in adolescent rats. Four weeks old male albino Wistar rats were exposed to 900 MHz (power density:146.60 µW/cm2) from a mobile phone in silent-mode for 28 days. Amygdala

307

morphology was studied using cresyl violet, TUNEL and Golgi-Cox staining. Place preference behavior was studied using light/dark chamber test and following this brain caspase-3 activity was determined. Number of healthy neurons was decreased in the basolateral amygdala and cortical amygdala but not in the central amygdala after RF-EMR exposure. It also induced apoptosis in the amygdala. RF-EMR exposure altered dendritic arborization pattern in basolateral amygdala but not in the central amygdala. Altered place preference and hyperactivity-like behavior was evident after RF-EMR exposure, but brain caspase-3 activity did not change. EMR exposure perturbed architecture of amygdala and this was associated with altered place preference.

https://www.sciencedirect.com/science/article/pii/S1382668918300164

--

## Evaluation of oxidative injury in sciatic nerves of male rats exposed to continuous 900-MHz EMF throughout adolescence

Kerimoğlu G, Güney C, Ersöz Ş, Odacı E. A histopathological and biochemical evaluation of oxidative injury in the sciatic nerves of male rats exposed to a continuous 900-megahertz electromagnetic field throughout all periods of adolescence. J Chem Neuroanat. 2018 Jan 10. pii: S0891-0618(17)30212-0. doi: 10.1016/j.jchemneu.2018.01.001.

Abstract

The effects on human health of the electromagnetic field (EMF) emitted by mobile phones, used by approximately 7 billion people worldwide, have become an important subject for scientific research. Studies have suggested that the EMF emitted by mobile phones can cause oxidative stress in different tissues and age groups. Young people in adolescence, a time period when risky behaviors and dependences increase, use mobile phones more than adults. The EMF emitted by mobile phones, which are generally carried in the pocket or in bags when not in use, will very probably affect the sciatic nerve. No previous study has investigated the effect of mobile phone use in adolescence on peripheral nerve. This study was planned accordingly. Twenty-four male Sprague Dawley rats aged 21 days were divided equally into control (CGr), Sham (SGr) and EMF (EMFGr) groups. No procedure was performed on CGr rats. EMFGr were exposed to the effect of a 900-megahertz (MHz) EMF for 1 h at the same time every day between postnatal days 21-59 (the entire adolescent period) inside a cage in the EMF apparatus. SGr rats were placed inside the cage for 1 h every day without being exposed to EMF. All rats were sacrificed at the end of the study period, and 1 cm sections of sciatic nerve were extracted. Malondialdehyde (MDA), glutathione, catalase (CAT) superoxide dismutase (SOD) values were investigated biochemically in half of the right sciatic nerve tissues. The other halves of the nerve tissues were subjected to routine histopathological tissue procedures, sectioned and stained with hematoxylin and eosin (H&E) and Masson's trichrome. Histopathological evaluation of slides stained with Masson's trichrome and H&E revealed a normal appearance in Schwann cells and axons in all groups. However, there was marked thickening in the epineurium of sciatic nerves from EMFGr rats. MDA, SOD and CAT levels were higher in EMFGr than in CGr and SGr at biochemical analyses. Apoptotic index (AI) analysis revealed a significant increase in the number of TUNEL (+) cells when EMFGr was compared with CGr and SGr. In conclusion, our study results suggest that continuous exposure to a 900-MHz EMF for 1 h throughout adolescence can cause oxidative injury and thickening in the epineurium in the sciatic nerve in male rats.

https://www.ncbi.nlm.nih.gov/pubmed/29331319

--

## 1950 MHz RF EMR Inhibits Testosterone Secretion of Mouse Leydig Cells

Lin YY, Wu T, Liu JY, Gao P, Li KC, Guo QY, Yuan M, Lang HY, Zeng LH, Guo GZ. 1950 MHz Radio Frequency Electromagnetic Radiation Inhibits Testosterone Secretion of Mouse Leydig Cells. Int J Environ Res

Public Health. 2017 Dec 23;15(1). pii: E17. doi: 10.3390/ijerph15010017.

Abstract

More studies that are focused on the bioeffects of radio-frequency (RF) electromagnetic radiation that is generated from the communication devices, but there were few reports with confirmed results about the bioeffects of RF radiation on reproductive cells. To explore the effects of 1950 MHz RF electromagnetic radiation (EMR) on mouse Leydig (TM3) cells. TM3 cells were irradiated or sham-irradiated continuously for 24 h by the specific absorption rate (SAR) 3 W/kg radiation. At 0, 1, 2, 3, 4, and 5 days after irradiation, cell proliferation was detected by cell counting kit-8 (CCK-8) method, cell cycle distribution, percentage of apoptosis, and cellular reactive oxygen species (ROS) were examined by flow cytometry, Testosterone level was measured using enzyme-linked immunosorbent assay (ELISA) assay, messenger ribonucleic acid (mRNA) expression level of steroidogenic acute regulatory protein (StAR) and P450scc in TM3 cells was detected by real-time polymerase chain reaction (PCR). After being irradiated for 24 h, cell proliferation obviously decreased and cell cycle distribution, secretion capacity of Testosterone, and P450scc mRNA level were reduced. While cell apoptosis, ROS, and StAR mRNA level did not change significantly. The current results indicated that 24 h of exposure at 1950 MHz 3 W/kg radiation could cause some adverse effects on TM3 cells proliferation and Testosterone secretion, further studies about the biological effects in the reproductive system that are induced by RF radiation are also needed.

https://www.ncbi.nlm.nih.gov/pubmed/29295490

==

## Extremely Low Frequency Fields

### Occupational exposure to ELF magnetic fields and risk of ALS: systematic review and meta-analysis

Huss A, Peters S, Vermeulen R. Occupational exposure to extremely low-frequency magnetic fields and the risk of ALS: A systematic review and meta-analysis. Bioelectromagnetics. doi:10.1002/bem.22104. Published online Jan 19, 2018.

Abstract

We performed a meta-analysis to examine associations of occupational exposure to extremely-low frequency magnetic fields (ELF-MF) with amyotrophic lateral sclerosis (ALS). Epidemiologic studies were identified in EMBASE and MEDLINE, in reference lists and a specialist database. We included studies that reported risk estimates of ALS in association with occupational ELF-MF exposure. Summary relative risks (RR) or odds ratios (OR) were obtained with random effect meta-analysis, and analyses were stratified by type of exposure assessment. This was done to evaluate whether observed heterogeneity between studies could be explained with differences in the way the exposure had been determined. We included 20 studies in our meta-analysis. Overall, studies reported a slightly increased risk of ALS in those exposed to higher levels of ELF-MF compared to lower levels with a summary RR (sRR) of 1.14 (95% Confidence Interval [CI] 1.00–1.30) and for workers in electrical occupations (sRR 1.41, CI 1.05–1.92), but with large heterogeneity between studies ($I^2 > 70\%$). Self-reported exposure or occupations determined from death certificates did not show increased risks. Highest-longest types of exposure translated into increased risks of ALS if the studies had evaluated the whole occupational history, in contrast to evaluating only few points in time (e.g., from census records); sRR were 1.89 (CI 1.31–2.73, $I^2$ 0%) and 1.06 (CI 0.75–1.57, $I^2$ 76%), respectively. In this meta-analysis, we observed an increased risk of ALS in workers occupationally exposed to ELF-MF. Results of studies depended on the quality of the exposure assessment.

http://onlinelibrary.wiley.com/doi/10.1002/bem.22104/abstract

--

309

**Occupational exposure to ELF magnetic fields and risk of Alzheimer disease: systematic review and meta-analysis**

Jalilian H, Teshnizi SH, Röösli M, Neghab M. Occupational exposure to extremely low frequency magnetic fields and risk of Alzheimer disease: A systematic review and meta-analysis. Neurotoxicology. 2017 Dec 24. pii: S0161-813X(17)30239-5. doi: 10.1016/j.neuro.2017.12.005.

Abstract

INTRODUCTION: Occupational exposure to extremely low frequency magnetic fields (ELF-MF) occurs in many occupations such as welders, electric utility workers, train drivers and sewing machine operators. There is some evidence suggesting ELF-MF exposure to be a risk factor for Alzheimer's disease (AD). The current study aims at systematically reviewing the literature and conducting a meta-analysis to evaluate the risk of AD amongst workers exposed to ELF-MF.

METHODS: Bibliographic databases were searched including PubMed, EMBASE, Cochrane Library, and Web of Science in November 2017. Risk of bias was assessed in the all included studies. Pooled estimates were obtained using random-effects meta-analysis. In addition, sources of heterogeneity between studies and publication bias were explored.

RESULTS: In total, 20 articles met the inclusion criteria. The pooled results suggest an increased risk of AD (RR: 1.63; 95% CI: 1.35, 1.96). Higher risk estimates were obtained from case-control studies (OR: 1.80; 95% CI: 1.40, 2.32) than from cohort studies (RR: 1.42; 95% CI: 1.08, 1.87). A moderate to high heterogeneity (I2 = 61.0%) and indication for publication bias (Egger test: p < 0.001) were found.

CONCLUSION: The results suggested that occupational exposure to ELF-MF might increase the risk of AD. However, this suggestion should be interpreted with caution given the moderate to high heterogeneity and indication for publication bias.

https://www.ncbi.nlm.nih.gov/pubmed/29278690

==

**Distinguishing Polemic From Commentary in Science: Some Guidelines Illustrated With the Case of Sage and Burgio (2017)**

Grimes DR, Bishop DV. Distinguishing Polemic From Commentary in Science: Some Guidelines Illustrated With the Case of Sage and Burgio (2017). Child Dev. 2017 Dec 21. doi: 10.1111/cdev.13013.

Abstract

Exposure to nonionizing radiation used in wireless communication remains a contentious topic in the public mind-while the overwhelming scientific evidence to date suggests that microwave and radio frequencies used in modern communications are safe, public apprehension remains considerable. A recent article in Child Development has caused concern by alleging a causative connection between nonionizing radiation and a host of conditions, including autism and cancer. This commentary outlines why these claims are devoid of merit, and why they should not have been given a scientific veneer of legitimacy. The commentary also outlines some hallmarks of potentially dubious science, with the hope that authors, reviewers, and editors might be better able to avoid suspect scientific claims.

https://www.ncbi.nlm.nih.gov/pubmed/29266222

JA 01913

--

## Averaged head phantoms from magnetic resonance images of Korean children and young adults

Han M, Lee AK, Choi HD, Jung YW, Park JS. Averaged head phantoms from magnetic resonance images of Korean children and young adults. Phys Med Biol. 2017 Dec 14. doi: 10.1088/1361-6560/aaa1c7.

Abstract

Increased use of mobile phones raises concerns about the health risks of electromagnetic radiation. Phantom heads are routinely used for radiofrequency dosimetry simulations, and the purpose of this study was to construct averaged phantom heads for children and young adults. Using magnetic resonance images (MRI), sectioned cadaver images, and a hybrid approach, we initially built template phantoms representing 6-, 9-, 12-, 15-year-old children and adult. Our subsequent approach revised the template phantoms using 29 averaged items that were identified by averaging the MRI data from 500 children and young adults. In females, the brain size and cranium thickness peaked in the early teens and then decreased. This is contrary to what was observed in males, where brain size and cranium thicknesses either plateaued or grew continuously. The overall shape of brains was spherical in children and became ellipsoidal by adulthood. In this study, we devised a method to build averaged phantom heads by constructing surface and voxel models. The surface model could be used for phantom manipulation, whereas the voxel model could be used for compliance test of specific absorption rate (SAR) for users of mobile phones or other electronic devices.

https://www.ncbi.nlm.nih.gov/pubmed/29239853

--

## Effects of GSM and UMTS mobile telephony signals on neuron degeneration and blood-brain barrier permeation in the rat brain

Poulletier de Gannes F, Masuda H, Billaudel B, Poque-Haro E, Hurtier A, Lévêque P, Ruffié G, Taxile M, Veyret B, Lagroye I. Effects of GSM and UMTS mobile telephony signals on neuron degeneration and blood-brain barrier permeation in the rat brain. Sci Rep. 2017 Nov 14;7(1):15496. doi: 10.1038/s41598-017-15690-1.

Abstract

Blood-brain barrier (BBB) permeation and neuron degeneration were assessed in the rat brain following exposure to mobile communication radiofrequency (RF) signals (GSM-1800 and UMTS-1950). Two protocols were used: (i) single 2 h exposure, with rats sacrificed immediately, and 1 h, 1, 7, or 50 days later, and (ii) repeated exposures (2 h/day, 5 days/week, for 4 weeks) with the effects assessed immediately and 50 days after the end of exposure. The rats' heads were exposed at brain-averaged specific absorption rates (BASAR) of 0.026, 0.26, 2.6, and 13 W/kg. No adverse impact in terms of BBB leakage or neuron degeneration was observed after single exposures or immediately after the end of repeated exposure, with the exception of a transient BBB leakage (UMTS, 0.26 W/kg). Fifty days after repeated exposure, the occurrence of degenerating neurons was unchanged on average. However, a significant increased albumin leakage was detected with both RF signals at 13 W/kg. In this work, the strongest, delayed effect was induced by GSM-1800 at 13 W/kg. Considering that 13 W/kg BASAR in the rat head is equivalent to 4 times as much in the human head, deleterious effects may occur following repeated human brain exposure above 50 W/kg.

Open Access Paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5686211/
--

311

**Extremely Low Frequency Fields**

**Exposure to Magnetic Field Non-Ionizing Radiation and the Risk of Miscarriage: A Prospective Cohort Study**

Li DK, Chen H, Ferber JR, Odouli R, Quesenberry C. Exposure to Magnetic Field Non-Ionizing Radiation and the Risk of Miscarriage: A Prospective Cohort Study. Sci Rep. 2017 Dec 13;7(1):17541. doi: 10.1038/s41598-017-16623-8.

Abstract

Magnetic field (MF) non-ionizing radiation is widespread and everyone is exposed to some degree. This prospective cohort study of 913 pregnant women examined the association between high MF exposure and miscarriage risk. Cox (proportional hazards) regression was used to examine the association. After controlling for multiple other factors, women who were exposed to higher MF levels had 2.72 times the risk of miscarriage (hazard ratio = 2.72, 95% CI: 1.42-5.19) than those with lower MF exposure. The increased risk of miscarriage associated with high MF was consistently observed regardless of the sources of high MF. The association was much stronger if MF was measured on a typical day of participants' pregnancies. The finding also demonstrated that accurate measurement of MF exposure is vital for examining MF health effects. This study provides fresh evidence, directly from a human population, that MF non-ionizing radiation could have adverse biological impacts on human health.

Open Access Paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5727515/

--

**Exposure to ELF EMF during Lessons in Secondary Schools**

Silangam W, Yoosook W, Kongtip P, Kongtawelert A, Theppeang K. EXPOSURE TO EXTREMELY LOW FREQUENCY ELECTROMAGNETIC FIELDS DURING LESSONS IN SECONDARY SCHOOLS. Radiat Prot Dosimetry. 2017 Dec 5:1-5. doi: 10.1093/rpd/ncx266. [Epub ahead of print]

Abstract

Schools are a significant location where children are exposed to electromagnetic fields (EMFs), which may cause adverse health effects. This cross-sectional study aimed to examine exposure levels to extremely low frequency magnetic fields (ELF-MFs) with a range of 5 Hz-32 kHz, and ELF-electric fields (ELF-EFs) with a range of 5 Hz-2 kHz in secondary schools in Bangkok, Thailand. This study was conducted in 60 classrooms from three schools during class hours. Spot measurements were taken with a Narda EFA 300 field analyzer to evaluate exposure levels. This study showed that ELF-EMF exposure levels are lower than ICNIRP guidelines, while 21.67% of classrooms had a magnetic field strength above 0.2 µT, and the main sources of ELF-EMFs were electrical equipment and electrical wiring. Future studies should measure ELF-EMF levels in other areas and evaluate the effects of long term exposure to ELF-EMFs on children's health.

https://www.ncbi.nlm.nih.gov/pubmed/29216404

--

**Stochastic Dosimetry for the Assessment of Children Exposure to Uniform 50 Hz Magnetic Field with Uncertain Orientation**

Chiaramello E, Fiocchi S, Ravazzani P, Parazzini M. Stochastic Dosimetry for the Assessment of Children Exposure to Uniform 50 Hz Magnetic Field with Uncertain Orientation. Biomed Res Int. 2017;2017:4672124.

312

doi: 10.1155/2017/4672124. Epub 2017 Oct 31.

Abstract

This study focused on the evaluation of the exposure of children aging from five to fourteen years to 50 Hz homogenous magnetic field uncertain orientation using stochastic dosimetry. Surrogate models allowed assessing how the variation of the orientation of the magnetic field influenced the induced electric field in each tissue of the central nervous system (CNS) and in the peripheral nervous system (PNS) of children. Results showed that the electric field induced in CNS and PNS tissues of children were within the ICNIRP basic restrictions for general public and that no significant difference was found in the level of exposure of children of different ages when considering 10000 possible orientations of the magnetic field. A "mean stochastic model," useful to estimate the level of exposure in each tissue of a representative child in the range of age from five to fourteen years, was developed. In conclusion, this study was useful to deepen knowledge about the ELF-MF exposure, including the evaluation of variable and uncertain conditions, thus representing a step towards a more realistic characterization of the exposure to EMF.

Open Access Paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5684611/

--

**Maternal cumulative exposure to ELF EMF and pregnancy outcomes in the Elfe cohort**

Migault L, Piel C, Carles C, Delva F, Lacourt A, Cardis E, Zaros C, de Seze R, Baldi I, Bouvier G. Maternal cumulative exposure to extremely low frequency electromagnetic fields and pregnancy outcomes in the Elfe cohort. Environ Int. 2017 Dec 20;112:165-173. doi: 10.1016/j.envint.2017.12.025.

Abstract

OBJECTIVES: To study the relations between maternal cumulative exposure to extremely low frequency electromagnetic fields (ELF EMF) and the risk of moderate prematurity and small for gestational age within the Elfe cohort.

METHODS: The Elfe study included 18,329 infants born at 33weeks of gestation or more in France in 2011 and was designed to follow the children until 20years of age. Gestational age and anthropometric data at birth were collected in medical records and small for gestational age was defined according to a French customized growth standard. During interviews, mothers were asked to report their job status during pregnancy. If employed, their occupation was coded according to the International Standard Classification of Occupations 1988 and the date on which they stopped their work was recorded. Cumulative exposure to ELF EMF during pregnancy was assessed, for both mothers who worked and those who did not during pregnancy, using a recently-updated job-exposure matrix (JEM). Cumulative exposure was considered as a categorical variable (<17.5, 17.5-23.8, 23.8-36.2, 36.2-61.6 or ≥61.6µT-days), a binary variable (<44.1 and ≥44.1µT-days) and a continuous variable. Associations were analyzed by logistic regression, adjusting for the mother's lifestyle factors, sociodemographic characteristics and some mother's medical history during and before pregnancy. Analyses were restricted to single births and to complete values for the pregnancy outcomes (n=16,733).

RESULTS: Cumulative exposure was obtained for 96.0% of the mothers. Among them, 37.5% were classified in the 23.8-36.2µT-days category, but high exposures were rare: 1.3% in the ≥61.6µT-days category and 5.5% in the ≥44.1µT-days category. No significant association was observed between maternal cumulative exposure and moderate prematurity and small for gestational age in this exposure range.

CONCLUSION: This large population-based study does not suggest that maternal exposure to ELF EMF during pregnancy is highly associated with risks of moderate prematurity or small for gestational age.

https://www.ncbi.nlm.nih.gov/pubmed/29275242

313

--

**Effects of ELF EMF on Neurogenesis and Cognitive Behavior in an Experimental Model of Hippocampal Injury**

Sakhaie MH, Soleimani M, Pourheydar B, Majd Z, Atefimanesh P, Asl SS, Mehdizadeh M. Effects of Extremely Low-Frequency Electromagnetic Fields on Neurogenesis and Cognitive Behavior in an Experimental Model of Hippocampal Injury. Behav Neurol. 2017;2017:9194261. doi: 10.1155/2017/9194261. Epub 2017 Nov 12.

Abstract

Exposure to extremely low-frequency electromagnetic fields may induce constant modulation in neuronal plasticity. In recent years, tremendous efforts have been made to design a suitable strategy for enhancing adult neurogenesis, which seems to be deterred due to brain senescence and several neurodegenerative diseases. In this study, we evaluated the effects of ELF-EMF on neurogenesis and memory, following treatment with trimethyltin chloride (TMT) as a neurotoxicant. The mice in all groups (n = 56) were injected with BrdU during the experiment for seven consecutive days to label newborn cells. Spatial memory was assessed by the Morris water maze (MWM) test. By the end of the experiment, neurogenesis and neuronal differentiation were assessed in the hippocampus, using immunohistochemistry and Western blot analysis. Based on the findings, exposure to ELF-EMF enhanced spatial learning and memory in the MWM test. ELF-EMF exposure significantly enhanced the number of BrdU+ and NeuN+ cells in the dentate gyrus of adult mice (P < 0.001 and P < 0.05, resp.). Western blot analysis revealed significant upregulation of NeuroD2 in ELF-EMF-exposed mice compared to the TMT-treated group (P < 0.05). These findings suggest that ELF-EMF might have clinical implications for the improvement of neurodegenerative processes and could help develop a novel therapeutic approach in regenerative medicine.

https://www.ncbi.nlm.nih.gov/pubmed/29259353

--


**Spatial memory recovery in Alzheimer's rat model by ELF EMF exposure**

Akbarnejad Z, Esmaeilpour K, Shabani M, Asadi-Shekaari M, Saeedi Goraghani M, Ahmadi-Zeidabadi M. Spatial memory recovery in Alzheimer's rat model by electromagnetic field exposure. Int J Neurosci. 2017 Dec 20:1-6. doi: 10.1080/00207454.2017.1411353. [Epub ahead of print]

Abstract

INTRODUCTION: Although studies have shown a potential association between extremely low frequency electromagnetic fields (ELF-EMFs) exposure and Alzheimer's disease (AD), few studies have been conducted to investigate the effects of weak magnetic fields on brain functions such as cognitive functions in animal models. Therefore, this study aimed to investigate the effect of ELF-EMF exposure (50 Hz, 10 mT) on spatial learning and memory changes in AD rats.

METHODS: Amyloid-β (Aβ) 1-42 was injected into lateral ventricle to establish an AD rat model. The rats were divided into six groups: Group I (control); Group II (surgical sham); Group III (AD) Alzheimer's rat model; Group IV (MF) rats exposed to ELF-MF for 14 consecutive days; Group V (Aβ injection+M) rats exposed to magnetic field for 14 consecutive days from day 0 to 14 days after the Aβ peptide injection; Group VI (AD+M) rats exposed to magnetic field for 14 consecutive days after 2 weeks of Aβ peptide injection from 14th to 28th day . Morris water maze investigations were performed.

314

RESULTS: AD rats showed a significant impairment in learning and memory compared to control rats. The results showed that ELF-MF improved the learning and memory impairments in Aβ injection+M and AD+M groups.

CONCLUSION: Our results showed that application of ELF-MF not only has improving effect on different cognitive disorder signs of AD animals, but also disrupts the processes of AD rat model formation.

https://www.ncbi.nlm.nih.gov/pubmed/29185809

--

**Impact of EMR emitted by monitors on cellular membrane structure and protective antioxidant effect of vitamin A - In vitro study**

Lewicka M, Henrykowska G, Zawadzka M, Rutkowski M, Pacholski K, Buczyński A. Impact of electromagnetic radiation emitted by monitors on changes in the cellular membrane structure and protective antioxidant effect of vitamin A - In vitro study. Int J Occup Med Environ Health. 2017 Jul 14;30(5):695-703. doi: 10.13075/ijomeh.1896.00851. Epub 2017 May 30.

Abstract

OBJECTIVES: The increasing number of devices emitting electromagnetic radiation (EMR) in people's everyday life attracted the attention of researchers because of possible adverse effects of this factor on living organisms. One of the EMR effect may be peroxidation of lipid membranes formed as a result of free radical process. The article presents the results of in vitro studies aimed at identifying changes in malondialdehyde (MDA) concentration - a marker of lipid peroxidation and antioxidant role of vitamin A during the exposure of blood platelets to electromagnetic radiation generated by liquid-crystal-display (LCD) monitors.

MATERIAL AND METHODS: Electromagnetic radiation emitted by LCD monitors is characterized by parameters: 1 kHz frequency and 220 V/m intensity (15 cm from display screen). The time of exposure was 30 and 60 min. The study was conducted on porcine blood platelets. The samples were divided into 6 groups: unexposed to radiation, unexposed + vitamin A, exposed for 30 min, exposed for 30 min + vitamin A, exposed for 60 min, exposed for 60 min + vitamin A.

RESULTS: The MDA concentration in blood platelets increases significantly as compared to control values after 60 min of exposure to EMR. A significant decrease in MDA concentration after the addition of vitamin A was noticed. In the blood samples exposed to EMR for 30 and 60 min the MDA concentration was significantly increased by addition of vitamin A.

CONCLUSIONS: The results show the possibly negative effect of electromagnetic radiation on the cellular membrane structure manifested by changes in malondialdehyde concentration and indicate a possible protective role of vitamin A in this process.

https://www.ncbi.nlm.nih.gov/pubmed/28584329

Mortazavi SMJ. Letter to the Editor (July 26, 2017) concerning the paper "Impact of electromagnetic radiation emitted by monitors on changes in the cellular membrane structure and protective antioxidant effect of vitamin A - In vitro study". Int J Occup Med Environ Health. 2018 Jan 15;31(3):371-372. doi: 10.13075/ijomeh.1896.01245. Epub 2017 Dec 5. http://ijomeh.eu/Comments-on-Impact-of-electromagnetic-radiation-emitted-by-monitors-on-changes-in,80565,0,2.html

--

315

**Behavioral testing of mice exposed to intermediate frequency magnetic fields indicates mild memory impairment**

Kumari K, Koivisto H, Viluksela M, Paldanius KMA, Marttinen M, Hiltunen M, Naarala J, Tanila H, Juutilainen J. Behavioral testing of mice exposed to intermediate frequency magnetic fields indicates mild memory impairment. PLoS One. 2017 Dec 4;12(12):e0188880. doi: 10.1371/journal.pone.0188880.

Abstract

Human exposure to intermediate frequency magnetic fields (MF) is increasing due to applications like electronic article surveillance systems and induction heating cooking hobs. However, limited data is available on their possible health effects. The present study assessed behavioral and histopathological consequences of exposing mice to 7.5 kHz MF at 12 or 120 µT for 5 weeks. No effects were observed on body weight, spontaneous activity, motor coordination, level of anxiety or aggression. In the Morris swim task, mice in the 120 µT group showed less steep learning curve than the other groups, but did not differ from controls in their search bias in the probe test. The passive avoidance task indicated a clear impairment of memory over 48 h in the 120 µT group. No effects on astroglial activation or neurogenesis were observed in the hippocampus. The mRNA expression of brain-derived neurotrophic factor did not change but expression of the proinflammatory cytokine tumor necrosis factor alpha mRNA was significantly increased in the 120 µT group. These findings suggest that 7.5 kHz MF exposure may lead to mild learning and memory impairment, possibly through an inflammatory reaction in the hippocampus.

Open Access Paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5714647/

--

**Behavioural phenotypes in mice after prenatal and early postnatal exposure to intermediate frequency magnetic fields**

Kumari K, Koivisto H, Myles C, Jonne N, Matti V, Heikki T, Jukka J. Behavioural phenotypes in mice after prenatal and early postnatal exposure to intermediate frequency magnetic fields. Environ Res. 2017 Dec 22;162:27-34. doi: 10.1016/j.envres.2017.12.013.

Abstract

Electromagnetic fields are ubiquitous in the environment. Human exposure to intermediate frequency (IF) fields is increasing due to applications like electronic article surveillance systems, wireless power transfer, and induction heating cooking hobs. However, there are limited data on possible health effects of exposure to IF magnetic fields (MF). In the present study, we set out to assess cognitive and behavioural effects of IF MF in mice exposed during prenatal and early postnatal periods. Pregnant female mice were exposed continuously to 7.5kHz MFs at 12 and 120µT, from mating until weaning of pups. Sham exposed pregnant mice were used as a control group. A behavioural teratology study was conducted on the male offspring at two months of age to detect possible effects on the developing nervous system. Body weight development did not differ between the exposure groups. The exposure did not alter spontaneous motor activity when exploring a novel cage or anxiety in novelty-suppressed feeding or marble burying tests. Improved performance in the Rotarod task was observed in the 12µT group, while the 120µT exposure group swam more slowly than the sham exposed group in the Morris swim navigation task. However, indices of learning and memory (path length and escape latency during task acquisition and search bias during the probe test) did not differ between the exposure groups. Furthermore, the passive avoidance task did not indicate any impairment of long-term memory over a 48h interval in the exposed groups. In a post-mortem histopathological analysis, there was no evidence for an effect of IF MF exposure on astroglial reactivity or hippocampal neurogenesis. The results suggest that the IF MF used did not have detrimental effects on spatial learning and memory or histological markers of tissue reaction. The two statistically significant findings that were observed (improved performance in the Rotarod task in the 12µT group and decreased swimming speed in the 120µT group) are likely to be chance findings,

316

as they do not form an internally consistent, dose-dependent pattern indicative of specific developmental effects.

https://www.ncbi.nlm.nih.gov/pubmed/29276976

=========================================2017=====================================
========

### ICNIRP To Revise 1998 Radio Frequency Guidelines

***ICNIRP continues to ignore the preponderance of the research which documents non-thermal biologic and health effects from radio frequency radiation exposure. Are conflicts of interest the reason?***

Munich, Germany, December 7, 2017

The International Commission on Non-Ionizing Radiation Protection's (ICNIRP) current guidelines for the high-frequency (100 kHz – 300 GHz) portion of the electromagnetic spectrum were published in 1998. Given the large body of relevant research that has been generated since those 1998 guidelines, ICNIRP is now revising the guidelines to incorporate this literature.

The revision of the guidelines has been underway since 2014, and a public consultation version of the updated guidelines is expected within the first half of 2018. Given this timing, ICNIRP has been asked whether, in the interim period, the current guidelines can still be considered as protective. This is a very reasonable question, particularly given that changes are anticipated in the revised guidelines.

As part of the revision process ICNIRP has considered in detail whether the 1998 guidelines remain protective for current exposure scenarios, where it was noted that the anticipated changes relate primarily to the improvement of transparency and consistency across the exposure limits and the addition of new limits to account for exposure situations associated with potential technological advances, and further that the anticipated exposure limit changes are very small compared to the large degree of precaution that was built into the 1998 guidelines. ICNIRP therefore concluded that the 1998 guidelines do remain protective. That is, the 1998 guidelines still provide protection against all known health effects of high-frequency radiation within the frequency range 100 kHz – 300 GHz. However, if ICNIRP should discover aspects of the 1998 guidelines that are not sufficiently protective during the remainder of the high-frequency guidelines revision process, ICNIRP will immediately publish interim amendments that would remain in force until the revised guidelines are published.

ICNIRP is keen to obtain feedback on the upcoming high frequency guidelines, and will seek this feedback via a public consultation process. It is anticipated that the public consultation document will be completed mid-2018, with the associated public consultation period beginning thereafter.

Further updates on the high-frequency guidelines revision process, including publication of the public consultation document, will be made available through this website and via newsletter (www.icnirp.org; www.icnirp.org/en/contact/newsletter).

http://www.icnirp.org/en/activities/news/news-article/revision-of-hf-guidelines-2017.html

--

### EMF-Portal Stops Importing New Papers on Radio Frequency (RF) Radiation

***Why did EMF-Portal's funders only stop funding the Portal's work on RF radiation?***

317

JA 01920

EMF-Portal issued the following announcement on November 28:

"Due to a lack of financial resources, we unfortunately have to suspend the import of any new radio frequency and mobile phone-related articles as of now (November 27, 2017)."

The portal has continued to import other EMF papers.

This archive is an invaluable resource to the field. EMF-Portal has an extensive database which includes more than 25,000 publications and 6,000 summaries of scientific studies on the effects of electromagnetic fields.

The head of the project is Dr. rer. nat. Sarah Drießen (driessen@femu.rwth-aachen.de). Perhaps your letters of support can assist Dr. Drießen's efforts to find more funding.

I hope this problem is resolved quickly.

--

## Measurements of Radiofrequency Radiation with a Body-Borne Exposimeter in Swedish Schools with Wi-Fi

Lena K. Hedendahl, Michael Carlberg, Tarmo Koppel, Lennart Hardell. Measurements of Radiofrequency Radiation with a Body-Borne Exposimeter in Swedish Schools with Wi-Fi. Front. Public Health, 20 November 2017 | https://doi.org/10.3389/fpubh.2017.00279

Introduction: Wireless access to the Internet is now commonly used in schools. Many schools give each student their own laptop and utilize the laptops and wireless fidelity (Wi-Fi) connection for educational purposes. Most children also bring their own mobile phones to school. Since children are obliged by law to attend school, a safe environment is important. Lately, it has been discussed if radiofrequency (RF) radiation can have long-term adverse effects on children's health.

Method: This study conducted exposimetric measurements in schools to assess RF emissions in the classroom by measuring the teachers' RF exposure in order to approximate the children's exposure. Teachers in grades 7–12 carried a body-borne exposimeter, EME-Spy 200, in school during 1–4 days of work. The exposimeter can measure 20 different frequency bands from 87 to 5,850 MHz.

Results: Eighteen teachers from seven schools participated. The mean exposure to RF radiation ranged from 1.1 to 66.1 µW/m2. The highest mean level, 396.6 µW/m2, occurred during 5 min of a lesson when the teacher let the students stream and watch YouTube videos. Maximum peaks went up to 82,857 µW/m2 from mobile phone uplink.

Discussion: Our measurements are in line with recent exposure studies in schools in other countries. The exposure levels varied between the different Wi-Fi systems, and if the students were allowed to use their own smartphones on the school's Wi-Fi network or if they were connected to GSM/3G/4G base stations outside the school. An access point over the teacher's head gave higher exposure compared with a school with a wired Internet connection for the teacher in the classroom. All values were far below International Commission on Non-Ionizing Radiation Protection's reference values, but most mean levels measured were above the precautionary target level of 3–6 µW/m2 as proposed by the Bioinitiative Report. The length of time wireless devices are used is an essential determinant in overall exposure. Measures to minimize children's exposure to RF radiation in school would include preferring wired connections, allowing laptops, tablets and mobile phones only in flight mode and deactivating Wi-Fi access points, when not used for learning purposes.

In Conclusion

318

1. The ICNIRP guidelines are based on short-term heating (thermal) effects, and are therefore not relevant to decide on the appropriateness of long-term exposure.

2. The environmental exposure to RF radiation in some schools is higher than reported levels for non-thermal biological effects. In order to reduce children's exposure to RF radiation, schools should prefer wired network connections, allow laptop, tablets, and mobile phone usage only in flight mode and deactivate Wi-Fi access points when internet is not needed for learning purposes.

Open source paper: https://www.frontiersin.org/articles/10.3389/fpubh.2017.00279/full

--

**Exposure to extremely low frequency EMF during lessons in secondary schools**

Silangam W, Yoosook W, Kongtip P, Kongtawelert A, Theppeang K. Exposure to extremely low frequency EMF during lessons in secondary schools. Radiat Prot Dosimetry. 2017 Dec 5:1-5.

Abstract

Schools are a significant location where children are exposed to electromagnetic fields (EMFs), which may cause adverse health effects. This cross-sectional study aimed to examine exposure levels to extremely low frequency magnetic fields (ELF-MFs) with a range of 5 Hz-32 kHz, and ELF-electric fields (ELF-EFs) with a range of 5 Hz-2 kHz in secondary schools in Bangkok, Thailand. This study was conducted in 60 classrooms from three schools during class hours. Spot measurements were taken with a Narda EFA 300 field analyzer to evaluate exposure levels. This study showed that ELF-EMF exposure levels are lower than ICNIRP guidelines, while 21.67% of classrooms had a magnetic field strength above 0.2 µT, and the main sources of ELF-EMFs were electrical equipment and electrical wiring. Future studies should measure ELF-EMF levels in other areas and evaluate the effects of long term exposure to ELF-EMFs on children's health.

https://www.ncbi.nlm.nih.gov/pubmed/29216404

In this study, exposure levels of ELF-MFs and ELF-EFs in classrooms during lessons at all three schools were lower than ICNIRP guideline recommendations. The dominant measured frequency was 50 Hz, and the main sources of ELF-EMFs were electrical equipment and electrical wiring. Future research should focus on the effect of ELF-EMF exposure during school time on children's health, should measure the ELF-EMF intensity in other areas of the school (e.g. library, canteen and walkways) to determine the level of ELF-EMFs both inside and outside the classroom. Moreover, to characterize the exposure of the children to ELF-EMF, measurements should be carried out in the children's bedrooms, where they sleep.

--

**Phenotypic and genotypic characterization of antioxidant enzyme system in human population exposed to mobile tower radiation**

Gulati S, Yadav A, Kumar N, Priya K, Aggarwal NK, Gupta R. Phenotypic and genotypic characterization of antioxidant enzyme system in human population exposed to radiation from mobile towers. Mol Cell Biochem. 2017 Aug 17.

Abstract

In the present era, cellular phones have changed the life style of human beings completely and have become

319

an essential part of their lives. The number of cell phones and cell towers are increasing in spite of their disadvantages. These cell towers transmit radiation continuously without any interruption, so people living within 100s of meters from the tower receive 10,000 to 10,000,000 times stronger signal than required for mobile communication. In the present study, we have examined superoxide dismutase (SOD) enzyme activity, catalase (CAT) enzyme activity, lipid peroxidation assay, and effect of functional polymorphism of SOD and CAT antioxidant genes against mobile tower-induced oxidative stress in human population. From our results, we have found a significantly lower mean value of manganese superoxide dismutase (MnSOD) enzyme activity, catalase (CAT) enzyme activity, and a high value of lipid peroxidation assay in exposed as compared to control subjects. Polymorphisms in antioxidant MnSOD and CAT genes significantly contributed to its phenotype. In the current study, a significant association of genetic polymorphism of antioxidant genes with genetic damage has been observed in human population exposed to radiations emitted from mobile towers.

https://www.ncbi.nlm.nih.gov/pubmed/28819931

--

**EMF Exposure Changes Due to the Digital Television Switchover in Thessaloniki, Greece**

Gkonis F, Boursianis A, Samaras T. Electromagnetic Field Exposure Changes Due to the Digital Television Switchover in Thessaloniki, Greece. Health Phys. 2017 Nov;113(5):382-386.

Abstract

In the present work, the changes in the exposure to electromagnetic fields due to television signals incurred by the digital switchover in Thessaloniki, Greece, are investigated. It is shown that the measured electric fields comply with ICNIRP guidelines but are higher than those in the reported literature for other countries. However, this may be attributed to the selection of measurement points. Moreover, it is shown that the median value of the power density dropped from 60 µW m during analog broadcasting to 13.3 µW m for digital television. This finding indicates that the digital switchover has resulted in reduced exposure for the population to radiofrequency fields in the UHF range.

https://www.ncbi.nlm.nih.gov/pubmed/28961586

--

**RAPD Profiling, DNA Fragmentation, and Histomorphometric Examination in Brains of Wistar Rats Exposed to Indoor 2.5 Ghz Wi-Fi Devices Radiation**

Ibitayo AO, Afolabi OB, Akinyemi AJ, Ojiezeh TI, Adekoya KO, Ojewunmi OO. RAPD Profiling, DNA Fragmentation, and Histomorphometric Examination in Brains of Wistar Rats Exposed to Indoor 2.5 Ghz Wi-Fi Devices Radiation. Biomed Res Int. 2017;2017:8653286.

Abstract

The advent of Wi-Fi connected high technology devices in executing day-to-day activities is fast evolving especially in developing countries of the world and hence the need to assess its safety among others. The present study was conducted to investigate the injurious effect of radiofrequency emissions from installed Wi-Fi devices in brains of young male rats. Animals were divided into four equal groups; group 1 served as control while groups 2, 3, and 4 were exposed to 2.5 Ghz at intervals of 30, 45, and 60 consecutive days with free access to food and water ad libitum. Alterations in harvested brain tissues were confirmed by histopathological analyses which showed vascular congestion and DNA damage in the brain was assayed using agarose gel electrophoresis. Histomorphometry analyses of their brain tissues showed perivascular congestion and tissue damage as well.

320

Conclusion

In this study, the effect of Wi-Fi radiation exposure as a threat to brain health was studied using genomic analysis and histopathological study which showed the high risk of its genotoxicity especially in prolonged exposure spectrum through the findings from this study. The genomic analysis confirmed DNA damage due to Wi-Fi radiation toxicity and DNA damage effect which was seen through the RAPD profiles of animals from the exposed groups. The histopathological analyses also confirmed significant deleterious alterations in the brain tissues of Wi-Fi-exposed animals. Hence, the need to exhibit caution in handling smart devices that are used from day to day is fast becoming a threat to human health and wellness.

Open Access Paper: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5585657/

--

**Histopathological, immunohistochemical, and stereological analysis of the effect of Gingko biloba (Egb761) on the hippocampus of rats exposed to long-term cellphone radiation**

Gevrek F. Histopathological, immunohistochemical, and stereological analysis of the effect of Gingko biloba (Egb761) on the hippocampus of rats exposed to long-term cellphone radiation. Histol Histopathol. 2017 Nov 9:11943.

Abstract

Cellular phones are major sources of electromagnetic radiation (EMR) that can penetrate the human body and pose serious health hazards. The increasingly widespread use of mobile communication systems has raised concerns about the effects of cellphone radiofrequency (RF) on the hippocampus because of its close proximity to radiation during cellphone use. The effects of cellphone EMR exposure on the hippocampus of rats and the possible counteractive effects of ginkgo biloba (Egb761) were aimed to investigate. Rats were divided into three groups: Control, EMR, and EMR+Egb761. The EMR and EMR+Egb761 groups were exposed to cellphone EMR for one month. Egb761 was also administered to the EMR+Egb761 group. Specifically, we evaluated the effect of RF exposure on rat hippocampi at harmful EMR levels (0.96 W/kg specific absorption rate [SAR]) for one month and also investigated the possible impact of ginkgo biloba (Egb761) using stereological, TUNEL-staining, and immunohistochemical methods. An increase in apoptotic proteins (Bax, Acas-3) and a decrease in anti-apoptotic protein (Bcl-2) immunoreactivity along with a decrease in the total granule and pyramidal cell count were noted in the EMR group. A decrease in Bax and Acas-3 and an increase in Bcl-2 immunoreactivity were observed in rats treated with Egb761 in addition to a decrease in TUNEL-stained apoptotic cells and a higher total viable cell number. In conclusion, chronic cellphone EMR exposure may affect hippocampal cell viability, and Egb761 may be used to mitigate some of the deleterious effects.

https://www.ncbi.nlm.nih.gov/pubmed/29120031

--

**Changes in numbers and size of synaptic vesicles of cortical neurons induced by exposure to 835 MHz RF EMF**

Kim JH, Kim HJ, Yu DH, Kweon HS, Huh YH, Kim HR. Changes in numbers and size of synaptic vesicles of cortical neurons induced by exposure to 835 MHz radiofrequency-electromagnetic field. PLoS One. 2017 Oct 18;12(10):e0186416.

Abstract

We studied the effects of radiofrequency electromagnetic fields (RF-EMFs) exposure on neuronal functions of

JA 01924

mice. Particularly, we focused on RF-EMF effects on synaptic vesicles (SVs), which store neurotransmitters at axon terminals or synaptic boutons. C57 BL/6 mice were exposed to 835 MHz RF-EMF (4.0 W/kg SAR, for 5 h daily) and alterations in SVs at presynaptic terminals in the cerebral cortex were determined. Ultrastructure of randomly selected cortical neurons was observed using typical electron microscopy and bio-high voltage electron microscopy (Bio-HVEM) methods, which enable the estimation of the numbers and size of SVs. The density of the SVs (number /10 μm2 or 40 μm3) was significantly decreased in the presynaptic boutons of cortical neurons after RF-EMF exposure. Furthermore, qPCR and immunoblotting analyses revealed that the expression of synapsins I/II (Syns I/II) genes and proteins were significantly decreased in the cortical neurons of RF-EMF exposed mice. The present study suggested that alteration of SVs and Syn levels may result in alterations of neurotransmitters in the cerebral cortex following RF-EMF exposure.

https://www.ncbi.nlm.nih.gov/pubmed/29045446

--

**The effects of GSM cellphone radiation on rabbit's retina**

Mohammad R. Talebnejad, Ali Sadeghi-Sarvestani, M. Hossein Nowroozzadeh, Seyed Mohammad J. Mortazavi, Mohammad R. Khalili. The effects of microwave radiation on rabbit's retina. Journal of Current Ophthalmology, Available online 9 October 2017.

Abstract

Purpose  Mobile cell phones are used extensively these days, and their microwave (MW) radiation has been shown to affect the eye. The purpose of the present study was to evaluate the effects of MW radiation on rabbit retina.

Methods  This experimental study (concluded in 2015) was conducted on 40 adult white New Zealand rabbits. A Global System for Mobile Communications (GSM) cell phone simulator was used for MW irradiation. The rabbits were randomized into five groups (8 in each) and treated as follows: Group 1: no irradiation (sham); Group 2: irradiation at 10 cm for 1 day; Group 3: irradiation at 30 cm for 1 day; Group 4: irradiation at 10 cm for 3 days; and Group 5: irradiation at 30 cm for 3 days. Scotopic and photopic electroretinography (ERG) responses were obtained at baseline and 7 days after the last exposure. Then all the rabbits were euthanized, and their eyes were enucleated and sent for pathology examination. Kruskal–Wallis and Chi-Square tests were used to evaluate intergroup differences in ERG parameters and histological findings, respectively.

Results  ERG responses obtained 7 days after irradiation did not show any statistically significant difference between the groups (P > 0.1, for all tested parameters). There were statistically non-significant trends toward greater changes in the MW irradiated eyes. In pathological examination, retina was normal with no sign of degeneration or infiltration. Ciliary body congestion was observed in greater fraction of those who received higher MW doses. (P = 0.005).

Conclusions   Histopathologically, cell phone simulated MW irradiation had no significant detrimental effect on the retina. However, ciliary body congestion was observed in greater fraction of those who received higher MW doses. Although there was no significant difference between post-treatment mean ERG values, there were statistically non-significant trends toward greater changes in the MW irradiated eyes.

http://www.sciencedirect.com/science/article/pii/S2452232517300562

--

**Extremely high-frequency electromagnetic radiation enhances neutrophil response to particulate agonists**

JA 01925

Vlasova II, Mikhalchik EV, Gusev AA, Balabushevich NG, Gusev SA, Kazarinov KD. Extremely high-frequency electromagnetic radiation enhances neutrophil response to particulate agonists. Bioelectromagnetics. 2017 Nov 30. doi: 10.1002/bem.22103.

Abstract

The growing use of extremely high-frequency electromagnetic radiation (EHF EMR) in information and communication technology and in biomedical applications has raised concerns regarding the potential biological impact of millimeter waves (MMWs). Here, we elucidated the effects of MMW radiation on neutrophil activation induced by opsonized zymosan or E. coli in whole blood ex vivo. After agonist addition to blood, two samples were prepared. A control sample was incubated at ambient conditions without any treatment, and a test sample was exposed to EHF EMR (32.9-39.6 GHz, 100 W/m2 ). We used methods that allowed us to assess the functional status of neutrophils immediately after exposure: oxidant production levels were measured by luminol-dependent chemiluminescence, and morphofunctional changes to neutrophils were observed in blood smears. Results revealed that the response of neutrophils to both agonists was intensified if blood was exposed to MMW radiation for 15 min. Neutrophils were intact in both the control and irradiated samples if no agonist was added to blood before incubation. Similarly, exposing suspensions of isolated neutrophils in plasma to MMW radiation.

https://www.ncbi.nlm.nih.gov/pubmed/29194676

--

**Spatial memory recovery in Alzheimer's rat model by electromagnetic field exposure**

Akbarnejad Z, Esmaeilpour K, Shabani M, Asadi-Shekaari M, Saeedi-Goraghani M, Ahmadi M. Spatial memory recovery in Alzheimer's rat model by electromagnetic field exposure. Int J Neurosci. 2017 Nov 29:1-14. doi: 10.1080/00207454.2017.1411353.

Abstract

INTRODUCTION: Although studies have shown a potential association between extremely low frequency electromagnetic fields (ELF-EMFs) exposure and Alzheimer's disease (AD), few studies have been conducted to investigate the effects of weak magnetic fields on brain functions such as cognitive functions in animal models. Therefore, this study aimed to investigate the effect of ELF-EMF exposure (50 Hz, 10 mT) on spatial learning and memory changes in AD rats.

METHODS: Amyloid-β (Aβ) 1-42 (5 µl/ bilateral, single-dose) was injected into lateral ventricle to establish an AD rat model. The rats were divided into six groups: Group I (control); Group II (surgical sham); Group III (AD) Alzheimer's rat model; Group IV (MF) rats exposed to ELF-MF for 14 consecutive days; Group V (Aβ injection+M) rats exposed to magnetic field for 14 consecutive days from day 0-14 days after the Aβ peptide injection; Group VI (AD+M) rats exposed to magnetic field for 14 consecutive days after 2 weeks of Aβ peptide injection from 14th to 28th day. Morris water maze investigation were implemented and performed 24 h after termination of ELF-MF, respectively.

RESULTS: AD rats showed a significant impairment in learning and memory compared to control rats. The results showed that ELF-MF improved the learning and memory impairments in Aβ injection+M and AD+M groups.

CONCLUSION: Our results showed that application of ELF-MF not only has improving effect on different cognitive disorder signs of AD animals, but also disrupts the processes of AD rat model formation.

https://www.ncbi.nlm.nih.gov/pubmed/29185809

JA 01926

--

**Generation and propagation of yeast prion are elevated under ELF and 2.0 GHz RF EMF**

Lian HY, Lin KW, Yang C, Cai P. Generation and propagation of yeast prion [URE3] are elevated under electromagnetic field. Cell Stress Chaperones. 2017 Dec 6. doi: 10.1007/s12192-017-0867-9.

Abstract

In this study, we studied the effect of 2.0 GHz radio frequency electromagnetic field (RF-EMF) and 50 Hz extremely low frequency electromagnetic field (ELF-EMF) exposure on prion generation and propagation using two budding yeast strains, NT64C and SB34, as model organisms. Under exposure to RF-EMF or ELF-EMF, the de novo generation and propagation of yeast prions [URE3] were elevated in both strains. The elevation increased over time, and the effects of ELF-EMF occurred in a dose-dependent manner. The transcription and expression levels of the molecular chaperones Hsp104, Hsp70-Ssa1/2, and Hsp40-Ydj1 were not statistically significantly changed after exposure. Furthermore, the levels of ROS, as well as the activities of superoxide dismutase (SOD) and catalase (CAT), were significantly elevated after short-term, but not long-term exposure. This work demonstrated for the first time that EMF exposure could elevate the de novo generation and propagation of yeast prions and supports the hypothesis that ROS may play a role in the effects of EMF on protein misfolding. The effects of EMF on protein folding and ROS levels may mediate the broad effects of EMF on cell function.

https://www.ncbi.nlm.nih.gov/pubmed/29214607

--

**Biophysical control of the growth of Agrobacterium tumefaciens using ELF EMF at resonance frequency**

Fadel MA, El-Gebaly RH, Mohamed SA, Abdelbacki AMM. Biophysical control of the growth of Agrobacterium tumefaciens using extremely low frequency electromagnetic waves at resonance frequency. Biochem Biophys Res Commun. 2017 Dec 9;494(1-2):365-371.

Abstract

Isolated Agrobacterium tumefaciens was exposed to different extremely low frequencies of square amplitude modulated waves (QAMW) from two generators to determine the resonance frequency that causes growth inhibition. The carrier was 10 MHz sine wave with amplitude ±10 Vpp which was modulated by a second wave generator with a modulation depth of ± 2Vpp and constant field strength of 200 V/m at 28 °C. The exposure of A. tumefaciens to 1.0 Hz QAMW for 90 min inhibited the bacterial growth by 49.2%. In addition, the tested antibiotics became more effective against A. tumefaciens after the exposure. Furthermore, results of DNA, dielectric relaxation and TEM showed highly significant molecular and morphological changes due to the exposure to 1.0 Hz QAMW for 90 min. An in-vivo study has been carried out on healthy tomato plants to test the pathogenicity of A. tumefaciens before and after the exposure to QAMW at the inhibiting frequency. Symptoms of crown gall and all pathological symptoms were more aggressive in tomato plants treated with non-exposed bacteria, comparing with those treated with exposed bacteria. We concluded that, the exposure of A. tumefaciens to 1.0 Hz QAMW for 90 min modified its cellular activity and DNA structure, which inhibited the growth and affected the microbe pathogenicity.

https://www.ncbi.nlm.nih.gov/pubmed/28988110

--

**Behavioral testing of mice exposed to intermediate frequency magnetic fields indicates mild memory impairment**

Kumari K, Koivisto H, Viluksela M, Paldanius KMA, Marttinen M, Hiltunen M, Naarala J, Tanila H, Juutilainen J. Behavioral testing of mice exposed to intermediate frequency magnetic fields indicates mild memory impairment. PLoS One. 2017 Dec 4;12(12):e0188880.

Abstract

Human exposure to intermediate frequency magnetic fields (MF) is increasing due to applications like electronic article surveillance systems and induction heating cooking hobs. However, limited data is available on their possible health effects. The present study assessed behavioral and histopathological consequences of exposing mice to 7.5 kHz MF at 12 or 120 µT for 5 weeks. No effects were observed on body weight, spontaneous activity, motor coordination, level of anxiety or aggression. In the Morris swim task, mice in the 120 µT group showed less steep learning curve than the other groups, but did not differ from controls in their search bias in the probe test. The passive avoidance task indicated a clear impairment of memory over 48 h in the 120 µT group. No effects on astroglial activation or neurogenesis were observed in the hippocampus. The mRNA expression of brain-derived neurotrophic factor did not change but expression of the proinflammatory cytokine tumor necrosis factor alpha mRNA was significantly increased in the 120 µT group. These findings suggest that 7.5 kHz MF exposure may lead to mild learning and memory impairment, possibly through an inflammatory reaction in the hippocampus.

https://www.ncbi.nlm.nih.gov/pubmed/29206232

--

**Scientometric study of the effects of exposure to non-ionizing EMF on fertility: Understanding reasons of partial failure**

Bernabò N, Ciccarelli R, Greco L, Ordinelli A, Mattioli M, Barboni B. Scientometric study of the effects of exposure to non-ionizing electromagnetic fields on fertility: A contribution to understanding the reasons of partial failure. PLoS One. 2017 Dec 6;12(12):e0187890.

Abstract

The exposure to Non-Ionizing-Electromagnetic Fields (NI-EMFs) is often indicated as a cofactor responsible for the fertility reduction, which has been described in recent years. Despite the great interest in this topic and the research effort in exploring it, to date, there are no reliable data. Therefore, we carried out a scientometric analysis of the scientific literature published in peer reviewed Journals concerning this topic to better understand the reasons of this partial failure. To this aim, we identified and analysed 104 papers, published in last 26 years in peer-reviewed Journals, present in ISI Web of Knowledge Core Collection. Then, we analysed the impact of the Journals in which the papers were published as well as that of the single papers, the paper citation dynamics, the keywords citation busts, the geographical localization of citations and the co-authorship dynamics of the Authors. As a result, we found that different animal models (rodent, rabbit, guinea pig, and swine) and different experimental approaches (epidemiological vs. experimental studies) have the same impact, highlighting the lack of universally adopted standard in research activity. The analysis of the temporal trend in keywords and the high differences in citations between the different countries (also in those belonging to the same geographical and socio-economical area) pointed out the difficulties in approaching this branch of study. Lastly, it was evident that the Authors did not behave as a connected community, but as unconnected clusters of very small size. In conclusion, based on the results of our analysis, we think that important efforts must be undertaken to adopt more standardized models and to improve the research quality and the

325

information exchange within the scientific community, with the aim of improving the reliability and usefulness of the results of research regarding the effect of NI-EMFs on fertility.

https://www.ncbi.nlm.nih.gov/pubmed/29211813

==

EMF-Portal, Nov 20, 2017

From November 8-10, 2017, the two international organizations responsible for developing the systems of radiation protection worldwide, the International Commission on Radiological Protection (ICRP), and the International Commission on Non-Ionizing Radiation Protection (ICNIRP) exchanged information and views on the scientific basis, ethical basis, and basic principles of protection. The objectives of this meeting in Munich, Germany, were to increase mutual understanding of the approaches to protection, to reach a common understanding of the state of the systems of protection and to explore possibilities for continued collaboration. Both organizations have reached an agreement in principle to strengthen communication and collaboration between them and with other organizations with similar interests.

There are many commonalities between the systems of protection used for ionizing and non-ionizing radiation. There are also differences, most stemming from different biological effects. Ionizing radiation can cause stochastic and deterministic effects, while most effects due to exposure from non-ionizing radiation appear to be deterministic. However, stochastic effects have been demonstrated due to exposure to ultraviolet radiation, which bridges the ionizing and non-ionizing parts of the electromagnetic spectrum. For ionizing radiation there is a greater emphasis on optimization of protection even at low levels of exposure, whereas for non-ionizing radiation there is a greater emphasis on keeping exposures below thresholds for observed effects.

You can download the official statement on the meeting from the ICNIRP homepage:
http://www.icnirp.org/cms/upload/doc/JointNoteSystemsofProtectionNov2017.pdf

My note: The statement above seems to reflect a fundamental misunderstanding about the biological effects of non-ionizing radiation. It is no wonder that ICNIRP's radiofrequency guidelines are inadequate to protect human health.

===

**NTP Study Update**: https://ntp.niehs.nih.gov/results/areas/cellphones/

**Two-year oncogenicity evaluations of cell phone radiofrequency radiation in Sprague-Dawley rats and B6C3F1 mice**

McCormick D. Two-year oncogenicity evaluations of cell phone radiofrequency radiation in Sprague-Dawley rats and B6C3F1 mice. Toxicology Letters. 280 (Suppl. 1): S31. Oct 20, 2017.https://doi.org/10.1016/j.toxlet.2017.07.07

Epidemiology data concerning possible health effects of exposure to radiofrequency fields (RF) are conflicting. For this reason, well-designed and controlled studies in predictive laboratory animal models provide the best prospective opportunity to identify effects of RF exposure that may translate into human health hazards. The U.S. National Toxicology Program supported a program in our laboratory to identify and characterize effects of acute, subchronic, and chronic exposure to non-thermal levels of RF in Sprague-Dawley rats and B6C3F1 mice.

Five-day pilot studies were performed to identify the maximum Specific Absorption Ratios (SARs) to which juvenile, adult, and pregnant rodents can be exposed without increasing body temperature by >1.0 °C.

326

Subsequent subchronic (ten-week) toxicity studies failed to identify any toxicologically significant effects of non-thermal RF on survival, body weight, clinical signs, hematology, or gross or microscopic pathology.

Two-year studies were performed to determine if exposure to non-thermal levels of RF increases the incidence of neoplasia in any site. Male rats exposed to RF demonstrated significantly increased incidences of glioma (brain) and schwannoma (heart); these increases were not seen in female rats or in either sex of mice.

Gliomas and schwannomas have been identified in some epidemiology studies as possible RF-induced neoplasms. Considering (a) the conflicting results of RF epidemiology studies and (b) the lack of generally accepted biophysical or molecular mechanisms through which RF could induce or promote neoplasia, data from animal bioassays will play a central role in "weight-of-the-evidence" assessments of the possible health effects of RF exposure.

http://www.sciencedirect.com/science/article/pii/S0378427417303120?via%3Dihub

Also see: **National Toxicology Program Finds Cell Phone Radiation Causes Cancer**

--

**Assessment of long-term spatio-temporal radiofrequency electromagnetic field exposure**

Aerts S, Wiart J, Martens L, Joseph W. Assessment of long-term spatio-temporal radiofrequency electromagnetic field exposure. Environ Res. 2017 Nov 13;161:136-143. doi: 10.1016/j.envres.2017.11.003.

Abstract

As both the environment and telecommunications networks are inherently dynamic, our exposure to environmental radiofrequency (RF) electromagnetic fields (EMF) at an arbitrary location is not at all constant in time. In this study, more than a year's worth of measurement data collected in a fixed low-cost exposimeter network distributed over an urban environment was analysed and used to build, for the first time, a full spatio-temporal surrogate model of outdoor exposure to downlink Global System for Mobile Communications (GSM) and Universal Mobile Telecommunications System (UMTS) signals. Though no global trend was discovered over the measuring period, the difference in measured exposure between two instances could reach up to 42dB (a factor 12,000 in power density). Furthermore, it was found that, taking into account the hour and day of the measurement, the accuracy of the surrogate model in the area under study was improved by up to 50% compared to models that neglect the daily temporal variability of the RF signals. However, further study is required to assess the extent to which the results obtained in the considered environment can be extrapolated to other geographic locations.

https://www.ncbi.nlm.nih.gov/pubmed/29145005

--

**Prevalence of various environmental intolerances in a Swedish and Finnish general population**

Karvala K, Sainio M, Palmquist E, Nyback MH, Nordin S. Prevalence of various environmental intolerances in a Swedish and Finnish general population. Environ Res. 2017 Nov 18;161:220-228. doi: 10.1016/j.envres.2017.11.014.

Abstract

OBJECTIVE: To determine the prevalence of various environmental intolerances (EIs), using several criteria in a Swedish and a Finnish general population. Ill-health attributed to low-level environmental exposures is a commonly encountered challenge in occupational and environmental medicine.

JA 01930

METHODS: In population-based questionnaire surveys, the Västerbotten Environmental Health Study (Sweden) and the Österbotten Environmental Health Study (Finland), EI was inquired by one-item questions on symptom attribution to chemicals, certain buildings, or electromagnetic fields (EMFs), and difficulties tolerating sounds. The respondents were asked whether they react with central nervous system (CNS) symptoms or have a physician-diagnosed EI attributed to the corresponding exposures. Prevalence rates were determined for different age and sex groups and the Swedish and Finnish samples in general.

RESULTS: In the **Swedish sample (n = 3406)**, 12.2% had self-reported intolerance to chemicals, 4.8% to certain buildings, **2.7% to EMFs,** and 9.2% to sounds. The prevalence rates for the **Finnish sample (n = 1535)** were 15.2%, 7.2%, **1.6%,** and 5.4%, respectively, differing statistically significantly from the Swedish. EI to chemicals and certain buildings was more prevalent in Finland, while **EI to EMFs** and sounds **more prevalent in Sweden**. The prevalence rates for EI with CNS-symptoms were lower and physician-diagnosed EIs considerably lower than self-reported EIs. Women reported EI more often than men and the young (18-39 years) to a lesser degree than middle-aged and elderly.

CONCLUSIONS: The findings reflect the heterogeneous nature of EI. The differences in EI prevalence between the countries might reflect disparities concerning which exposures people perceive harmful and focus their attention to.

https://www.ncbi.nlm.nih.gov/pubmed/29161654

--

**Assessment of exposure to RF EMF from smart meters in GB; part II) numerical assessment of SAR within human body**

Qureshi MRA, Alfadhl Y, Chen X, Peyman A, Maslanyj M, Mann S. Assessment of exposure to radio frequency electromagnetic fields from smart utility meters in GB; part II) numerical assessment of induced SAR within the human body. Bioelectromagnetics. 2017 Nov 16.
Abstract

Human body exposure to radiofrequency electromagnetic waves emitted from smart meters was assessed using various exposure configurations. Specific energy absorption rate distributions were determined using three anatomically realistic human models. Each model was assigned with age- and frequency-dependent dielectric properties representing a collection of age groups. Generalized exposure conditions involving standing and sleeping postures were assessed for a home area network operating at 868 and 2,450 MHz. The smart meter antenna was fed with 1 W power input which is an overestimation of what real devices typically emit (15 mW max limit). The highest observed whole body specific energy absorption rate value was 1.87 mW kg$^{-1}$, within the child model at a distance of 15 cm from a 2,450 MHz device. The higher values were attributed to differences in dimension and dielectric properties within the model. Specific absorption rate (SAR) values were also estimated based on power density levels derived from electric field strength measurements made at various distances from smart meter devices. All the calculated SAR values were found to be very small in comparison to International Commission on Non-Ionizing Radiation Protection limits for public exposure.

https://www.ncbi.nlm.nih.gov/pubmed/29143352

Also see: **Health Experts Caution About Smart Meters**

--

**Acute effects of the electromagnetic waves emitted by mobile phones on attention in emergency physicians**

Altuntas G, Sadoglu D, Ardic S, Yilmaz H, Imamoglu M, Turedi S.Acute effects of the electromagnetic waves emitted by mobile phones on attention in emergency physicians. Am J Emerg Med. 2017 Nov 13. pii: S0735-6757(17)30940-3. doi: 10.1016/j.ajem.2017.11.031.

Abstract

STUDY OBJECTIVE: The purpose of this study was to investigate the acute effects of the electromagnetic waves (EMW) emitted by mobile phones on attention in emergency physicians.

METHODS: This single-center, prospective, randomized, double-blinded clinical study was performed among emergency physicians in a tertiary hospital. Thirty emergency physicians were enrolled in the study. Initial d2 test was applied in the evaluation of attention and concentration of all the physicians, who were randomly assigned into one of two groups. The control group members hold mobile phones in 'off' mode to their left ears for 15min. The members of the intervention group hold mobile phones in 'on' mode to their left ears for 15min, thus exposing them to 900-1800MHz EMW. The d2 test was re-applied to both groups after this procedure. Differences in attention and concentration levels between the groups were compared.

RESULTS: Difference between initial and final d2 test in total performance (TN-E, p=0.319), in total number of figures marked (TN, p=0.177), in test performance percentile (PR, p=0.619) and in attention fluctuation (FR, p=0.083) were similar between the groups. However, difference in the number of figures missed (E1 selective attention, p=0.025), difference between numbers of incorrectly marked figures (E2, p=0,018) and difference in focus levels (E, p=0.016) were significantly in favor of the intervention group.

CONCLUSION: According to our study findings, the EMW emitted by mobile phones has no deleterious effect on the attention and concentration levels of emergency physicians, and even has a positive impact on selective attention levels.

https://www.ncbi.nlm.nih.gov/pubmed/29157789

--

## Effects of 1.8 GHz Radiofrequency Fields on the Emotional Behavior and Spatial Memory of Adolescent Mice

Zhang JP, Zhang KY, Guo L, Chen QL, Gao P, Wang T, Li J, Guo GZ, Ding GR. Effects of 1.8 GHz Radiofrequency Fields on the Emotional Behavior and Spatial Memory of Adolescent Mice. Int J Environ Res Public Health. 2017 Nov 5;14(11). pii: E1344. doi: 10.3390/ijerph14111344.

Abstract

The increasing use of mobile phones by teenagers has raised concern about the cognitive effects of radiofrequency (RF) fields. In this study, we investigated the effects of 4-week exposure to a 1.8 GHz RF field on the emotional behavior and spatial memory of adolescent male mice. Anxiety-like behavior was evaluated by open field test (OFT) and elevated plus maze (EPM) test, while depression-like behavior was evaluated by sucrose preference test (SPT), tail suspension test (TST) and forced swim test (FST). The spatial learning and memory ability were evaluated by Morris water maze (MWM) experiments. The levels of amino acid neurotransmitters were determined by liquid chromatography-mass spectrometry (LC-MS). The histology of the brain was examined by hematoxylin-eosin (HE) staining. It was found that the depression-like behavior, spatial memory ability and histology of the brain did not change obviously after RF exposure. However, the anxiety-like behavior increased in mice, while, the levels of γ-aminobutyric acid (GABA) and aspartic acid (Asp) in cortex and hippocampus significantly decreased after RF exposure. These data suggested that RF exposure under these conditions do not affect the depression-like behavior, spatial memory and brain histology in

329

adolescent male mice, but it may however increase the level of anxiety, and GABA and Asp were probably involved in this effect.

Note: The 1.8 GHz frequency field was not modulated like cellphone radiation.

Excerpts

Mice were exposed to 1.8 GHz frequency field for 28 days, 6 h/day (9:00 AM to 3:00 PM). During exposure, the animals had access to food and water. The SAR of whole body and brain were approximately 2.7 W/kg and 2.2 W/kg at a distance of 1 m from the antenna. Since the incidence and polarization of free movement mice kept changing during exposure, the deviation between the average SAR value and the maximum and the minimum of SAR was about 8%. The power density in this study was 530 μW/cm$^2$ ...

It was found that exposure to 2.70 W/kg RF field did not obviously affect the surface body temperature of mice (Figure 1), which suggested that no gross thermal effects were involved. Additionally, the air temperature of the exposure cage with a temperature hygrometer was measured and the results showed that air temperature difference did not exceed 0.1 °C during 6 h exposure.

Effects of RF Exposure on Anxiety-Like Behaviors

The anxiety-like behaviors of mice were evaluated by OFT and EPM after RF exposure. OFT results showed that there were no significant differences in accumulative total distance traveled between the sham group and RF group (Figure 2a). However, the accumulative distance in the center area and the time spent in the central area decreased significantly in the RF group, compared with the sham group (Figure 2b,c), which indicated that 4-week RF exposure could increase the animals' anxiety-like behavior.

In addition, EPM results showed that there were no significant differences in the number of total entries into the arms between the sham group and RF group, which indicated that the locomotor activity in the mice did not change after RF exposure (Figure 3a). However, the percentage of the total time spent in the open arms and the percentage of the entries into the open arms decreased significantly in the RF group, compared with the sham group (Figure 3b,c). These results were consistent with that of OFT.

It was reported that GABA in mice brain, plays a key role in the modulation of anxiety response [40,41,42,43], and in this study, we found that the level of GABA in mice brain decreased significantly after RF exposure. Considering the OFT and EPM results, we speculated that the GABA probably was involved in RF induce anxiety in mice. Additionally, it was found that the level of Asp in mice brain significantly changed after RF exposure. Regarding the relationship between the behavior and Asp remains unclear.

In the present study, brain SAR 2.2 W/kg was selected based on the 2.0 W/kg limit by the International Commission on Nonionizing Radiation Protection (ICNIRP) and Institute of Electrical and Electronics Engineers (IEEE) [44,45]. It was found that after 6 h RF field exposure, the temperature of mice surface body did not change obviously compared with sham group, which suggested that no gross thermal effects were involved in RF-induced anxiety behavior in mice.

Conclusions

4-week exposure to 1.8 GHz RF field had no significant effect on depression-like behavior, spatial learning and memory ability or the histology of brain in adolescent male mice. However, it may increase the level of anxiety, and amino acid neurotransmitters such as GABA might be involved.

Open Access Paper: http://www.mdpi.com/1660-4601/14/11/1344

330

JA 01933

**Exposure to 835 MHz RF EMF induces autophagy in hippocampus but not in brain stem of mice**

Kim JH, Yu DH, Kim HJ, Huh YH, Cho SW, Lee JK, Kim HG, Kim HR. Exposure to 835 MHz radiofrequency electromagnetic field induces autophagy in hippocampus but not in brain stem of mice. Toxicol Ind Health. 2017 Jan 1:748233717740066. doi: 10.1177/0748233717740066.

Abstract

The exploding popularity of mobile phones and their close proximity to the brain when in use has raised public concern regarding possible adverse effects from exposure to radiofrequency electromagnetic fields (RF-EMF) on the central nervous system. Numerous studies have suggested that RF-EMF emitted by mobile phones can influence neuronal functions in the brain. Currently, there is still very limited information on what biological mechanisms influence neuronal cells of the brain. In the present study, we explored whether autophagy is triggered in the hippocampus or brain stem after RF-EMF exposure. C57BL/6 mice were exposed to 835 MHz RF-EMF with specific absorption rates (SAR) of 4.0 W/kg for 12 weeks; afterward, the hippocampus and brain stem of mice were dissected and analyzed. Quantitative real-time polymerase chain reaction (qRT-PCR) analysis demonstrated that several autophagic genes, which play key roles in autophagy regulation, were significantly upregulated only in the hippocampus and not in the brain stem. Expression levels of LC3B-II protein and p62, crucial autophagic regulatory proteins, were significantly changed only in the hippocampus. In parallel, transmission electron microscopy (TEM) revealed an increase in the number of autophagosomes and autolysosomes in the hippocampal neurons of RF-EMF-exposed mice. The present study revealed that autophagy was induced in the hippocampus, not in the brain stem, in 835 MHz RF-EMF with an SAR of 4.0 W/kg for 12 weeks. These results could suggest that among the various adaptation processes to the RF-EMF exposure environment, autophagic degradation is one possible mechanism in specific brain regions.

https://www.ncbi.nlm.nih.gov/pubmed/29166827

--

**Rats exposed to 2.45 GHz of non-ionizing radiation exhibit behavioral changes with increased brain expression of apoptotic caspase 3**

Varghese R, Majumdar A, Kumar G, Shukla A. Rats exposed to 2.45GHz of non-ionizing radiation exhibit behavioral changes with increased brain expression of apoptotic caspase 3. Pathophysiology. 2017 Nov 14. pii: S0928-4680(17)30052-4. doi: 10.1016/j.pathophys.2017.11.001.

Highlights

• The exposure to non-ionizing radiation of 2.45 GHz caused detrimental changes in rat brain leading to learning and memory decline and expression of anxiety behavior.
• The exposure to radiation induced oxidative stress and fall in brain antioxidants.
• The exposure triggered the gene expression of caspase 3.

Abstract

JA 01934

In recent years there has been a tremendous increase in use of Wi-Fi devices along with mobile phones, globally. Wi-Fi devices make use of 2.4 GHz frequency. The present study evaluated the impact of 2.45 GHz radiation exposure for 4h/day for 45 days on behavioral and oxidative stress parameters in female Sprague Dawley rats. Behavioral tests of anxiety, learning and memory were started from day 38. Oxidative stress parameters were estimated in brain homogenates after sacrificing the rats on day 45. In morris water maze, elevated plus maze and light dark box test, the 2.45 GHz radiation exposed rats elicited memory decline and anxiety behavior. Exposure decreased activities of super oxide dismutase, catalase and reduced glutathione levels whereas increased levels of brain lipid peroxidation was encountered in the radiation exposed rats, showing compromised anti-oxidant defense. Expression of caspase 3 gene in brain samples were quantified which unraveled notable increase in the apoptotic marker caspase 3 in 2.45 GHz radiation exposed group as compared to sham exposed group. No significant changes were observed in histopathological examinations and brain levels of TNF-α. Analysis of dendritic arborization of neurons showcased reduction in number of dendritic branching and intersections which corresponds to alteration in dendritic structure of neurons, affecting neuronal signaling. The study clearly indicates that exposure of rats to microwave radiation of 2.45GHz leads to detrimental changes in brain leading to lowering of learning and memory and expression of anxiety behavior in rats along with fall in brain antioxidant enzyme systems.

https://www.ncbi.nlm.nih.gov/pubmed/29153770


--

**Effects of exposure to EMF from 915 MHz RFID system on circulating blood cells in the healthy adult rat**

Kim HS, Park JS, Jin YB, Do Choi H, Kwon JH, Pack JK, Kim N, Ahn YH. Effects of exposure to electromagnetic field from 915 MHz radiofrequency identification system on circulating blood cells in the healthy adult rat. Bioelectromagnetics. 2017 Nov 24. doi: 10.1002/bem.22093.

Abstract

We investigated whether exposure to the 915 MHz radiofrequency identification (RFID) signal affected circulating blood cells in rats. Sprague-Dawley rats were exposed to RFID at a whole-body specific absorption rate of 2 W/kg for 8 h per day, 5 days per week, for 2 weeks. Complete blood counts were performed after RFID exposure, and the CD4+ /CD8+ ratio was determined by flow cytometry. The number of red blood cells (RBCs) and the values of hemoglobin, hematocrit, and RBC indices were increased in the RFID-exposed group compared with those in the cage-control and sham-exposed groups (P < 0.05). However, the RBCs and platelet numbers were within normal physiologic response ranges. The number of white blood cells, including lymphocytes, was decreased in RFID-exposed rats. However, there was no statistically significant difference between the sham-exposed and RFID-exposed groups in terms of T-cell counts or CD4+ /CD8+.

https://www.ncbi.nlm.nih.gov/pubmed/29171038

Excerpts

A period of 2 weeks in rats corresponds to 1.5 years in human if calculated based on a human life expectancy of 80 years.

2 W/kg is about five times the occupational exposure limit 0.4 W/kg of ICNIRP/IEEE guidelines at the distance of 12 cm from RFID antenna.

As RF-EMF exposure can affect body temperature, we measured rectal temperature before and after RFID exposure; no statistically significant changes in temperature were found in our exposure system ....

332

JA 01935

... although circulating blood cell counts were significantly affected by exposure to 915 MHz RFID at a whole-body SAR of 2 W/kg for 2 weeks, these changes do not necessarily indicate that RFID exposure is harmful, as values remained within normal physiological response ranges.

--

**Exposure to a specific time-varying electromagnetic field inhibits cell proliferation via cAMP and ERK signaling in cancer cells**

Buckner CA, Buckner AL, Koren SA, Persinger MA, Lafrenie RM. Exposure to a specific time-varying electromagnetic field inhibits cell proliferation via cAMP and ERK signaling in cancer cells. Bioelectromagnetics. 2017 Nov 10. doi: 10.1002/bem.22096.

Abstract

Exposure to specific electromagnetic field (EMF) patterns can affect a variety of biological systems. We have shown that exposure to Thomas-EMF, a low-intensity, frequency-modulated (25-6 Hz) EMF pattern, inhibited growth and altered cell signaling in malignant cells. Exposure to Thomas-EMF for 1 h/day inhibited the growth of malignant cells including B16-BL6 mouse melanoma cells, MDA-MB-231, MDA-MB-468, BT-20, and MCF-7 human breast cancer and HeLa cervical cancer cells but did not affect non-malignant cells. The Thomas-EMF-dependent changes in cell proliferation were mediated by adenosine 3',5'-cyclic monophosphate (cAMP) and extracellular-signal-regulated kinase (ERK) signaling pathways. Exposure of malignant cells to Thomas-EMF transiently changed the level of cellular cAMP and promoted ERK phosphorylation. Pharmacologic inhibitors (SQ22536) and activators (forskolin) of cAMP production both blocked the ability of Thomas-EMF to inhibit cell proliferation, and an inhibitor of the MAP kinase pathway (PD98059) was able to partially block Thomas-EMF-dependent inhibition of cell proliferation. Genetic modulation of protein kinase A (PKA) in B16-BL6 cells also altered the effect of Thomas-EMF on cell proliferation. Cells transfected with the constitutively active form of PKA (PKA-CA), which interfered with ERK phosphorylation, also interfered with the Thomas-EMF effect on cell proliferation. The non-malignant cells did not show any EMF-dependent changes in cAMP levels, ERK phosphorylation, or cell growth. These data indicate that exposure to the specific Thomas-EMF pattern can inhibit the growth of malignant cells in a manner dependent on contributions from the cAMP and MAP kinase pathways.

https://www.ncbi.nlm.nih.gov/pubmed/29125193

--

**Oxidative stress response in SH-SY5Y cells exposed to short-term 1800 MHz radiofrequency radiation**

Marjanovic Cermak AM, Pavicic I, Trosic I. Oxidative stress response in SH-SY5Y cells exposed to short-term 1800 MHz radiofrequency radiation. J Environ Sci Health A Tox Hazard Subst Environ Eng. 2017 Nov 17:1-7. doi: 10.1080/10934529.2017.1383124.

Abstract

The exact mechanism that could explain the effects of radiofrequency (RF) radiation exposure at non-thermal level is still unknown. Increasing evidence suggests a possible involvement of reactive oxygen species (ROS) and development of oxidative stress. To test the proposed hypothesis, human neuroblastoma cells (SH-SY5Y) were exposed to 1800 MHz short-term RF exposure for 10, 30 and 60 minutes. Electric field strength within Gigahertz Transverse Electromagnetic cell (GTEM) was 30 V m-1 and specific absorption rate (SAR) was calculated to be 1.6 W kg-1. Cellular viability was measured by MTT assay and level of ROS was determined by fluorescent probe 2',7'-dichlorofluorescin diacetate. Concentrations of malondialdehyde and protein carbonyls were used to assess lipid and protein oxidative damage and antioxidant activity was evaluated by measuring concentrations of total glutathione (GSH). After radiation exposure, viability of irradiated cells

333

remained within normal physiological values. Significantly higher ROS level was observed for every radiation exposure time. After 60 min of exposure, the applied radiation caused significant lipid and protein damage. The highest GSH concentration was detected after 10 minute-exposure. The results of our study showed enhanced susceptibility of SH-SY5Y cells for development of oxidative stress even after short-term RF exposure.

https://www.ncbi.nlm.nih.gov/pubmed/29148897

--

### Effects of GSM and UMTS mobile telephony signals on neuron degeneration and blood-brain barrier permeation in the rat brain

Poulletier de Gannes F, Masuda H, Billaudel B, Poque-Haro E, Hurtier A, Lévêque P, Ruffié G, Taxile M, Veyret B, Lagroye I. Effects of GSM and UMTS mobile telephony signals on neuron degeneration and blood-brain barrier permeation in the rat brain. Sci Rep. 2017 Nov 14;7(1):15496. doi: 10.1038/s41598-017-15690-1.

Abstract

Blood-brain barrier (BBB) permeation and neuron degeneration were assessed in the rat brain following exposure to mobile communication radiofrequency (RF) signals (GSM-1800 and UMTS-1950). Two protocols were used: (i) single 2 h exposure, with rats sacrificed immediately, and 1 h, 1, 7, or 50 days later, and (ii) repeated exposures (2 h/day, 5 days/week, for 4 weeks) with the effects assessed immediately and 50 days after the end of exposure. The rats' heads were exposed at brain-averaged specific absorption rates (BASAR) of 0.026, 0.26, 2.6, and 13 W/kg. No adverse impact in terms of BBB leakage or neuron degeneration was observed after single exposures or immediately after the end of repeated exposure, with the exception of a transient BBB leakage (UMTS, 0.26 W/kg). Fifty days after repeated exposure, the occurrence of degenerating neurons was unchanged on average. However, a significant increased albumin leakage was detected with both RF signals at 13 W/kg. In this work, the strongest, delayed effect was induced by GSM-1800 at 13 W/kg. Considering that 13 W/kg BASAR in the rat head is equivalent to 4 times as much in the human head, deleterious effects may occur following repeated human brain exposure above 50 W/kg.

Excerpt

In the present work, BBB permeability in the whole rat brain increased significantly 50 days after repeated exposures: 3-fold for GSM and 2.4-fold for UMTS at 13 W/kg. **A similar significant effect was seen in the whole brain with GSM-1800 at 0.26 W/kg. However, while the mean number of spots was quite similar at different BASAR levels, their distribution among the animals varied.** For example, 20% of the 0.026 W/kg rats had between 4 and 5.5 spots, versus 45% of the 13 W/kg rats (data not shown). Thus, **the effect was much stronger and consistent at 13 W/kg than at 0.026 W/kg or 0.26 W/kg.** It is also noteworthy that the highest albumin levels were comparable to the highest background levels in cage-control rats (Fig. 3).

Open Access Paper: https://www.nature.com/articles/s41598-017-15690-1

--

### Exposure to 2100 MHz electromagnetic field radiations induces reactive oxygen species generation in Allium cepa roots

Shikha Chandel, Shalinder Kaur, Harminder Pal Singh, Daizy Rani Batish, Ravinder Kumar Kohli. Exposure to 2100 MHz electromagnetic field radiations induces reactive oxygen species generation in Allium cepa roots. Journal of Microscopy and Ultrastructure, 5(4):225-229. Dec 2017,

Abstract

334

During the last few decades there has been an enormous increase in the usage of cell phones as these are one of the most convenient gadgets and provide excellent mode of communication without evoking any hindrance to movement. However, these are significantly adding to the electromagnetic field radiations (EMF-r) in the environment and thus, are required to be analysed for their impacts on living beings. The present study investigated the role of cell phone EMF-r in inciting oxidative damage in onion (Allium cepa) roots at a frequency of 2100 MHz. Onion roots were exposed to continuous wave homogenous EMF-r for 1, 2 and 4 h for single day and generation of reactive oxygen species (ROS) in terms of malondialdehyde (MDA), hydrogen peroxide (H2O2) and superoxide anion (O2−) content and changes in the activities of antioxidant enzymes-superoxide dismutases (SOD) and catalases (CAT) were measured. The results showed that EMF-r exposure enhanced the content of MDA, H2O2 and O2−. Also, there was an upregulation in the activity of antioxidant enzymes− SOD and CAT− in onion roots. The study concluded that 2100 MHz cell phone EMF-r incite oxidative damage in onion roots by altering the oxidative metabolism.

Open Access Paper: http://www.sciencedirect.com/science/article/pii/S2213879X17300809

--

**Retrospective estimation of ELF & MF exposure in in vitro studies reveal considerable potential for uncertainty**

Portelli LA, Falldorf K, Thuróczy G, Cuppen J. Retrospective estimation of the electric and magnetic field exposure conditions in in vitro experimental reports reveal considerable potential for uncertainty. Bioelectromagnetics. 2017 Nov 24. doi: 10.1002/bem.22099.

Abstract

Experiments on cell cultures exposed to extremely low frequency (ELF, 3-300 Hz) magnetic fields are often subject to multiple sources of uncertainty associated with specific electric and magnetic field exposure conditions. Here we systemically quantify these uncertainties based on exposure conditions described in a group of bioelectromagnetic experimental reports for a representative sampling of the existing literature. The resulting uncertainties, stemming from insufficient, ambiguous, or erroneous description, design, implementation, or validation of the experimental methods and systems, were often substantial enough to potentially make any successful reproduction of the original experimental conditions difficult or impossible. Without making any assumption about the true biological relevance of ELF electric and magnetic fields, these findings suggest another contributing factor which may add to the overall variability and irreproducibility traditionally associated with experimental results of in vitro exposures to low-level ELF magnetic fields.

https://www.ncbi.nlm.nih.gov/pubmed/29171034

Conclusions

In bioelectromagnetics experiments, the general aim of exposures is to increase the likelihood of evoking discernible low-level ELF magnetic field effects, even if they are small. It follows that all biologically relevant experimental conditions must be reasonably reproducible in order for any such effects to be consistently observed and mature into established scientific facts. This work shows that the potential electric and magnetic field exposure uncertainties associated with a considerable portion of the in vitro low-level ELF magnetic field experiments reported are substantial. For these cases, the uncertainties may exceed levels that would allow for satisfactory reproduction of such exposures in subsequent experimental attempts, and raise doubts about the quality of the reported data to reasonably assess the significance of the biological effects of such exposures, should they exist. Although the definitive importance of this study is contingent on the concrete biological relevance of low-level ELF electric and magnetic fields, these findings suggest another factor which may contribute to the overall variability and irreproducibility traditionally associated with experimental results in this area.

335

Therefore, it is imperative that the dedicated bioelectromagnetics researcher puts sufficient care into minimizing any potential sort of experimental exposure conditions uncertainty by designing, validating, executing, and reporting the experimental systems and methods carefully and completely from a replication perspective specifically. It is clear that individual experiments and protocols cannot be standardized as they differ in an endpoint-to-endpoint basis; nevertheless, it is the direct responsibility of the researcher to build the necessary framework that fits his specific experimental systems and procedures in a way that they may be replicated within reasonable bounds. For this, the resources presented in this manuscript and those provided by several other researchers in the community for more than 40 years can be useful [Bassett et al., 1974; Bassen et al., 1992; Valberg, 1995; Kuster and Schönborn, 2000; Vijayalaxmi, 2016; Markov, 2017]. Additionally, this endeavor may require the consideration of factors typically excluded from the standard dosimetric scope without proper justification other than for being difficult to characterize. For instance, in acknowledging the hard reality that cellular systems respond to diverse aspects of their immediate environment, the bioelectromagnetics community may embrace the need for complete uncertainty budgets based on computation and experimental validation of the electric and magnetic fields at the cellular level. This may result in the consideration of microdosimetric analysis as an additional (and perhaps indispensable) approach to reduce uncertainty within reasonable levels, depending on the specific experimental conditions at play.

--

## Cellular Response to ELF-MF and Heat: Evidence for a Common Involvement of Heat Shock Proteins?

Zeni O, Simkó M, Rosaria Scarfi M, Mattsson MO.Cellular Response to ELF-MF and Heat: Evidence for a Common Involvement of Heat Shock Proteins? Public Health, 18 October 2017 | https://doi.org/10.3389/fpubh.2017.00280

It has been shown that magnetic fields in the extremely low frequency range (ELF-MF) can act as a stressor in various *in vivo* or *in vitro* systems, at flux density levels below those inducing excitation of nerve and muscle cells, which are setting the limits used by most generally accepted exposure guidelines, such as the ones published by the International Commission on Non-Ionizing Radiation Protection. In response to a variety of physiological and environmental factors, including heat, cells activate an ancient signaling pathway leading to the transient expression of heat shock proteins (HSPs), which exhibit sophisticated protection mechanisms. A number of studies suggest that also ELF-MF exposure can activate the cellular stress response and cause increased HSPs expression, both on the mRNA and the protein levels. In this review, we provide some of the presently available data on cellular responses, especially regarding HSP expression, due to single and combined exposure to ELF-MF and heat, with the aim to compare the induced effects and to detect possible common modes of action. Some evidence suggest that MF and heat can act as costressors inducing a kind of thermotolerance in cell cultures and in organisms. The MF exposure might produce a potentiated or synergistic biological response such as an increase in HSPs expression, in combination with a well-defined stress, and in turn exert beneficial effects during certain circumstances.

Open Access Paper: https://www.frontiersin.org/articles/10.3389/fpubh.2017.00280/full

--

## Effects of EMF emissions from undersea electric cables on coral reef fish

Kilfoyle AK, Jermain RF, Dhanak MR, Huston JP, Spieler RE. Effects of EMF emissions from undersea electric cables on coral reef fish. Bioelectromagnetics. 2017 Nov 9. doi: 10.1002/bem.22092.

Abstract

The objective of this study was to determine if electromagnetic field (EMF) emissions from undersea power cables impacted local marine life, with an emphasis on coral reef fish. The work was done at the South Florida Ocean Measurement Facility of Naval Surface Warfare Center in Broward County, Florida, which has a range of active undersea detection and data transmission cables. EMF emissions from a selected cable were created during non-destructive visual fish surveys on SCUBA. During surveys, the transmission of either alternating current (AC), direct current (DC), or none (OFF) was randomly initiated by the facility at a specified time. Visual surveys were conducted using standardized transect and point-count methods to acquire reef fish abundances and species richness prior to and immediately after a change in transmission frequency. The divers were also tasked to note the reaction of the reef fish to the immediate change in EMF during a power transition. In general, analysis of the data did not find statistical differences among power states and any variables. However, this may be a Type II error as there are strong indications of a potential difference of a higher abundance of reef fish at the sites when the power was off, and further study is warranted.

https://www.ncbi.nlm.nih.gov/pubmed/29119574

Conclusions

In conclusion, much of the literature dealing with EMF effects on marine vertebrates can be summed up as contradictory or inconclusive. This study is in some measures likewise. There are some caveats to consider. We did not see adequate numbers of some species, especially elasmobranchs, known to reside in or transit the area. Thus, some local species might be impacted but our results would not clearly show it. Also, we cannot discount the possibility that the time intervals between power states utilized here (approximately 30 min) to assess changes in reef fish populations was too short to capture slow changes that may be occurring as a result of altering the power state, and the low sample sizes and high count variability may be obscuring some statistical analyses. These caveats notwithstanding, we did not find that the EMF provided at the SFOMF had dramatic impact on the fish assemblage we examined. Nonetheless, although no behavioral effects were noted, the distribution data do provide evidence that the EMF may be eliciting some short-term impact on fish leading to their avoidance of both the AC- and DC-generated EMF. We are reluctant to say this impact is benign. Subtle changes in place preference may result from EMF-induced changes in orientation, anxiety, temperature, etc. The potential long-term effect of such impact, if any, on the distributions of fish populations and community structure is not known, and further research is needed. Additional studies involving larger sample sizes, longer time intervals with the power remaining constant for each particular current type (OFF vs. AC vs. DC), different power strengths, and sites are required. Because the potential sensitivity of most non-elasmobranch fish to EMFs appears low, combining such field studies in conjunction with laboratory behavioral studies would likely produce more conclusive results.

==

### News Item:  International EMF Expert Group to Counter ICNIRP

ECERI Newsletter. No. 6, June 2017

Following a recent meeting with WHO representatives in Geneva, members of this ECERI group have decided to publish their own data in the form of a scientific consensus paper on the effects of non-thermal EMFs on behalf of the ECERI. Finally, since several ECERI scientists believe that environmental pollution may in fact be a cause of cancer and other diseases such as Alzheimer disease and autism, ECERI has proposed to create another international group comprising scientists and jurists to discuss the possibility that intentional massive pollution could be recognized by the International Criminal Court (ICC) as a true crime against health. This proposal will be discussed at the next ECERI Executive Committee and General Assembly in Brussels.

Following the meeting with WHO in Geneva on March, the 3rd, it was proposed to create an ECERI-related working group to oppose ICNIRP (International Commission on Non-Ionizing Radiation Protection), that might be termed "International commission of scientific expertise on non-thermal radiation effects (ICSENTRE). The members of this group so far are: Dominique Belpomme (France), Igor Belyaev (Slovakia), Ernesto Burgio

337

(Italy), David Carpenter (USA), Lennart Hardell (Sweden), Magda Havas (Canada), SMJ Mortazavi (Iran), André Vander Vorst (Belgium) and Gérard Ledoigt (France). If you wish to join this group, please contact Christine Campagnac (sg.eceri@gmail.com).

ECERI – European Cancer and Environment Research Institute, Square de Meeus 38-40, - 1000 Brussels
Tél :0032 24 01 87 75 or 0033 1.45.78.53.52   sg.eceri@gmail.com

===

## Thermal Modeling for the Next Generation of Radiofrequency Exposure Limits: Commentary

Foster KR, Ziskin MC, Balzano Q. Thermal Modeling for the Next Generation of Radiofrequency Exposure Limits: Commentary. Health Phys. 2017 Jul;113(1):41-53. doi: 10.1097/HP.0000000000000671.

Abstract

This commentary evaluates two sets of guidelines for human exposure to radiofrequency (RF) energy, focusing on the frequency range above the "transition" frequency at 3-10 GHz where the guidelines change their basic restrictions from specific absorption rate to incident power density, through the end of the RF band at 300 GHz. The analysis is based on a simple thermal model based on Pennes' bioheat equation (BHTE) (Pennes 1948) assuming purely surface heating; an Appendix provides more details about the model and its range of applicability. This analysis suggests that present limits are highly conservative relative to their stated goals of limiting temperature increase in tissue. As applied to transmitting devices used against the body, they are much more conservative than product safety standards for touch temperature for personal electronics equipment that are used in contact with the body. Provisions in the current guidelines for "averaging time" and "averaging area" are not consistent with scaling characteristics of the bioheat equation and should be refined. The authors suggest the need for additional limits on fluence for protection against brief, high intensity pulses at millimeter wave frequencies. This commentary considers only thermal hazards, which form the basis of the current guidelines, and excludes considerations of reported "non-thermal" effects of exposure that would have to be evaluated in the process of updating the guidelines.

https://www.ncbi.nlm.nih.gov/pubmed/28542010

**Excerpts**

"To avoid misinterpretation, the authors emphasize that they consider only thermal hazards and do not comment on the contentious issue of "non-thermal" effects, which would have to be evaluated by the expert panels that update the limits...."

**"Low-level effects: Despite more than 50 years of RF research, low-level biological effects have not been established. No theoretical mechanism has been established that supports the existence of any effect characterized by trivial heating other than microwave hearing."**

"The technology for exposure assessment needs to be improved, particularly at frequencies between the transition (10 GHz for ICNIRP) and the beginning of the mm wave band (30 GHz) where the energy penetration depth in skin ranges from about 2 mm (10 GHz) to less than 1 mm (30 GHz) (Table A1, Appendix). The transition between use of SAR as the dosimetric quantity below the transition frequency to incident power density above it is not reflected in the physics of electromagnetic waves, which obey the same propagation laws at all frequencies."

"Moreover, thermal modeling remains problematic, particularly for long-term (several minutes or more) exposures. The applicability and accuracy of the BHTE for calculating skin temperature increases for general

338

exposure situations (arbitrary exposed areas of skin, steady state temperatures) have been subjected to almost no experimental tests for RF exposures at any frequency. Absent experimental validation of a generally useful thermal model, this calls for caution in setting limits based on thermal modeling."

"The authors declare no conflicts of interest."

"Acknowledgments—This work was sponsored by Mobile Manufacturers Forum, which had no control over the contents of this paper. The authors thank Dr. C-K Chou for helpful suggestions on this work."

--

**Mobile phone use, school EMF levels & related symptoms: cross-sectional survey among high school students in Turkish city**

Durusoy R, Hassoy H, Özkurt A, Karababa AO. Mobile phone use, school electromagnetic field levels and related symptoms: a cross-sectional survey among 2150 high school students in Izmir. Environ Health. 2017 Jun 2;16(1):51. doi: 10.1186/s12940-017-0257-x.

Abstract

BACKGROUND: Health outcomes of electromagnetic fields (EMF) from mobile phones and their base stations are of concern. Conducting multidisciplinary research, targeting children and exploring dose-response are recommended. Our objectives were to describe the mobile phone usage characteristics of high school students and to explore the association between mobile phone usage characteristics, high school EMF levels and self-reported symptoms.

METHODS: This cross-sectional study's data were collected by a survey questionnaire and by measuring school EMF levels between November 2009 and April 2011. A sample size of 2530 was calculated from a total of 20,493 students in 26 high schools and 2150 (85.0%) were included in the analysis. The frequencies of 23 symptoms were questioned and analysed according to 16 different aspects of mobile phone use and school EMF levels, exploring also dose-response. School EMF levels were measured with Aaronia Spectran HF-4060 device. Chi square and trend tests were used for univariate and logistic regression was used for multivariate analyses.

RESULTS: Among participants, 2021 (94.0%) were using mobile phones and 129 (6.0%) were not. Among users, 49.4% were speaking <10 min and 52.2% were sending/receiving 75 or more messages per day. Headache, fatigue and sleep disturbances were observed respectively 1.90 (95% CI 1.30-2.77), 1.78 (1.21-2.63) and 1.53 (1.05-2.21) times more among mobile phone users. Dose-response relationships were observed especially for the number of calls per day, total duration of calls per day, total number of text messages per day, position and status of mobile phone at night and making calls while charging as exposures and headache, concentration difficulties, fatigue and sleep disturbances as general symptoms and warming of the ear and flushing as local symptoms.

CONCLUSIONS: We found an association between mobile phone use and especially headache, concentration difficulties, fatigue, sleep disturbances and warming of the ear showing also dose-response. We have found limited associations between vicinity to base stations and some general symptoms; however, we did not find any association with school EMF levels. Decreasing the numbers of calls and messages, decreasing the duration of calls, using earphones, keeping the phone away from the head and body and similar precautions might decrease the frequencies or prevalence of the symptoms.

https://www.ncbi.nlm.nih.gov/pubmed/28577556

--

**On the biophysical mechanism of sensing atmospheric discharges by living organisms**

Dimitris J. Panagopoulos, Alfonso Balmori. On the biophysical mechanism of sensing atmospheric discharges by living organisms. Science of the Total Environment. 599-600:2026-2034. Dec 1, 2017.
https://doi.org/10.1016/j.scitotenv.2017.05.089
• The symptoms are mainly headache, fatigue, sleep disorders etc.

• Sferics consist of partially polarized electromagnetic pulses.
• Sferics have adequate intensity and polarization to cause biological/health effects.
• We provide a novel biophysical explanation for sensing sferics by living organisms.

Abstract

Atmospheric electrical discharges during thunderstorms, and the related electromagnetic fields (EMFs)/waves called sferics, can be sensed by humans at long distances through a variety of symptoms, mainly headache, fatigue, etc. Up to today there is no explanation for this association. Sferics consist of partially polarized electromagnetic pulses with an oscillating carrier signal in the very low frequency (VLF) band and a pulse repetition frequency in the extremely low frequency (ELF) band. Their ELF intensity may reach ~ 5 mV/m at global ranges, and ~ 0.5 V/m at ~ 1000 km from the lightning. The health symptoms associated with sferics are also associated with antennas of mobile telephony base stations and handsets, which emit radio frequency (RF) radiation pulsed on ELF, and expose humans at similar or stronger electric field intensities with sferics. According to the Ion Forced-Oscillation mechanism, polarized ELF EMFs of intensities down to 0.1–1 mV/m are able to disrupt any living cell's electrochemical balance and function by irregular gating of electro-sensitive ion channels on the cell membranes, and thus initiate a variety of health symptoms, while VLF EMFs need to be thousands of times stronger in order to be able to initiate health effects. We examine EMFs from sferics in terms of their bioactivity on the basis of this mechanism. We introduce the hypothesis that stronger atmospheric discharges may reasonably be considered to be ~ 70% along a straight line, and thus the associated EMFs (sferics) ~ 70% polarized. We find that sferics mainly in the ELF band have adequate intensity and polarization to cause biological/health effects. We provide explanation for the effects of sferics on human/animal health on the basis of this mechanism.

http://www.sciencedirect.com/science/article/pii/S0048969717311890

--

**Environmental Factors That Influence Stem Cell Migration: An "Electric Field"**

Iwasa SN, Babona-Pilipos R, Morshead CM. Environmental Factors That Influence Stem Cell Migration: An "Electric Field". Stem Cells Int. 2017;2017:4276927. doi: 10.1155/2017/4276927. Epub 2017 May 15.

Abstract

Environmental Stimulus of Electric Fields on Stem Cell Migration. The movement of cells in response to electric potential gradients is called galvanotaxis. In vivo galvanotaxis, powered by endogenous electric fields (EFs), plays a critical role during development and wound healing. This review aims to provide a perspective on how stem cells transduce EFs into directed migration and an understanding of the current literature relating to the mechanisms by which cells sense and transduce EFs. We will comment on potential EF-based regenerative medicine therapeutics.

https://www.ncbi.nlm.nih.gov/pubmed/28588621

--

**RF EMF Risk Perception Revisited: Is the Focus on Concern Sufficient for Risk Perception Studies?**

340

Wiedemann PM, Freudenstein F, Böhmert C, Wiart J, Croft RJ. RF EMF Risk Perception Revisited: Is the Focus on Concern Sufficient for Risk Perception Studies? Int J Environ Res Public Health. 2017 Jun 8;14(6). pii: E620. doi: 10.3390/ijerph14060620.

Abstract

An implicit assumption of risk perception studies is that concerns expressed in questionnaires reflect concerns in everyday life. The aim of the present study is to check this assumption, i.e., the extrapolability of risk perceptions expressed in a survey, to risk perceptions in everyday life. To that end, risk perceptions were measured by a multidimensional approach. In addition to the traditional focus on measuring the magnitude of risk perceptions, the thematic relevance (how often people think about a risk issue) and the discursive relevance (how often people think about or discuss a risk issue) of risk perceptions were also collected. Taking into account this extended view of risk perception, an online survey was conducted in six European countries with 2454 respondents, referring to radio frequency electromagnetic field (RF EMF) risk potentials from base stations, and access points, such as WiFi routers and cell phones. The findings reveal that the present study's multidimensional approach to measuring risk perception provides a more differentiated understanding of RF EMF risk perception. High levels of concerns expressed in questionnaires do not automatically imply that these concerns are thematically relevant in everyday life. We use thematic relevance to distinguish between enduringly concerned (high concern according to both questionnaire and thematic relevance) and not enduringly concerned participants (high concern according to questionnaire but no thematic relevance). Furthermore, we provide data for the empirical value of this distinction: Compared to other participants, enduringly concerned subjects consider radio frequency electromagnetic field exposure to a greater extent as a moral and affective issue. They also see themselves as highly exposed to radio frequency electromagnetic fields. However, despite these differences, subjects with high levels of thematic relevance are nevertheless sensitive to exposure reduction as a means for improving the acceptance of base stations in their neighborhood. This underlines the value of exposure reduction for the acceptance of radio frequency electromagnetic field communication technologies.

https://www.ncbi.nlm.nih.gov/pubmed/28594366

--

## Microwave-induced Apoptosis and Cytotoxicity of NK Cells through ERK1/2 Signaling

Zhao L, Li J, Hao YH, Gao YB, Wang SM, Zhang J, Dong J, Zhou HM, Liu SC, Peng RY. Microwave-induced Apoptosis and Cytotoxicity of NK Cells through ERK1/2 Signaling. Biomed Environ Sci. 2017 May;30(5):323-332. doi: 10.3967/bes2017.043.

Abstract

OBJECTIVE: To investigate microwave-induced morphological and functional injury of natural killer (NK) cells and uncover their mechanisms.

METHODS: NK-92 cells were exposed to 10, 30, and 50 mW/cm2 microwaves for 5 min. Ultrastructural changes, cellular apoptosis and cell cycle regulation were detected at 1 h and 24 h after exposure. Cytotoxic activity was assayed at 1 h after exposure, while perforin and NKG2D expression were detected at 1 h, 6 h, and 12 h after exposure. To clarify the mechanisms, phosphorylated ERK (p-ERK) was detected at 1 h after exposure. Moreover, microwave-induced cellular apoptosis and cell cycle regulation were analyzed after

blockade of ERK signaling by using U0126.

RESULTS: Microwave-induced morphological and ultrastructural injury, dose-dependent apoptosis (P < 0.001) and cell cycle arrest (P < 0.001) were detected at 1 h after microwave exposure. Moreover, significant apoptosis was still detected at 24 h after 50 mW/cm2 microwave exposure (P < 0.01). In the 30 mW/cm2 microwave exposure model, microwaves impaired the cytotoxic activity of NK-92 cells at 1 h and down regulated perforin protein both at 1 h and 6 h after exposure (P < 0.05). Furthermore, p-ERK was down regulated at 1 h after exposure (P < 0.05), while ERK blockade significantly promoted microwave-induced apoptosis (P < 0.05) and downregulation of perforin (P < 0.01).

CONCLUSION: Microwave dose-dependently induced morphological and functional injury in NK-92 cells, possibly through ERK-mediated regulation of apoptosis and perforin expression.

https://www.ncbi.nlm.nih.gov/pubmed/28549488

--

**Resveratrol may reverse effects of long-term occupational exposure to EMF on power plant workers**

Zhang D, Zhang Y, Zhu B, Zhang H, Sun Y, Sun C. Resveratrol may reverse the effects of long-term occupational exposure to electromagnetic fields on workers of a power plant. Oncotarget. 2017 May 7. doi: 10.18632/oncotarget.17668. [Epub ahead of print]

Abstract

High-voltage electricity lines are known to generate extremely low-frequency electromagnetic fields (ELF-EMFs). With the process of urbanization, increasing concerns has been focused on the potentially hazardous impacts of ELF-EMF on human health, and the conclusions are controversial. Little is known about the method of prevention against ELF-EMF induced healthy problems. A total of 186 male workers with occupational exposure to high-voltage electricity lines, and 154 male subjects with insignificant exposure as reference control were enrolled in this study. Resveratrol or placebo was given as dietary supplements (500 mg twice daily), and several inflammatory biomarkers and biomarkers of oxidative stress were assessed. Workers who had long-term exposure to high-voltage electricity lines exhibited elevated urinary levels of 8-hydroxy-2-deoxy-guanosine (8-OHdG) and F2-isoprostane, compared to the reference group. Lower plasma nuclear factor kappa B (NF-κB) and interleukin (IL)-6 were observed in exposed workers compared to the reference group. Resveratrol significantly reversed the adverse impacts of ELF-EMF. Stimulated cytokine production by resveratrol was found in exposed workers but not in the reference group. This study supported that occupational and long-term exposure to high-voltage electricity lines has an adverse effect on homeostasis of human body, and resveratrol supplement could be an effective protection strategy against the adverse effects induced by ELF-EMFs.

https://www.ncbi.nlm.nih.gov/pubmed/28537898

--


**Exposure to magnetic fields from power lines & childhood asthma in Danish National Birth Cohort**

Sudan M, Arah OA, Becker T, Levy Y, Sigsgaard T, Olsen J, Vergara X, Kheifets L. Re-examining the association between residential exposure to magnetic fields from power lines and childhood asthma in the Danish National Birth Cohort. PLoS One. 2017 May 17;12(5):e0177651. doi: 10.1371/journal.pone.0177651.

Abstract

JA 01945

BACKGROUND: A study reported an increased risk of asthma in children whose mothers were exposed to magnetic field (MF) levels above 0.2 µT during pregnancy. We re-examined this association using data from mothers and children in the Danish National Birth Cohort (DNBC).

METHODS: This study included 92,676 singleton-born children and their mothers from the DNBC. MF exposure from power lines was estimated for all residences where the mothers lived during pregnancy and for all children from birth until the end of follow up. Exposure was categorized into 0 µT, 0.1 µT, and ≥ 0.2 µT for analysis. Definitive and possible asthma cases were identified using data from three independent data sources: 1) mothers' reports, 2) a national hospitalization register, and 3) a national prescription drug register. We calculated hazard ratios (HR) and 95% confidence intervals (CI) for the association between the highest level of exposure during pregnancy and asthma in children, adjusting for several potential confounding factors. We also examined the sensitivity of the risk estimates to changes in exposure and outcome definitions.

RESULTS: No differences or trends in the risk of asthma development were detected between children with different levels of MF exposure regardless of the asthma case definition or outcome data source. For definitive cases, the HR (95% CI) for those with any exposure was 0.72 (0.27-1.92), and it was 0.41 (0.06-2.92) for those exposed to ≥ 0.2 µT. Adjustments for confounding and variations in the exposure definition did not appreciably alter the results.

CONCLUSION: We did not find evidence that residential exposure to MF during pregnancy or early childhood increased the risk of childhood asthma. This interpretation is in line with the lack of an established biological mechanism directly linking MF exposure to asthma, but high exposure was very rare in this cohort.

https://www.ncbi.nlm.nih.gov/pubmed/28545137

--

### Exposure to ELF and IF magnetic and electric fields among children from the INMA-Gipuzkoa cohort

Gallastegi M, Jiménez-Zabala A, Santa-Marina L, Aurrekoetxea JJ, Ayerdi M, Ibarluzea J, Kromhout H, González J, Huss A. Exposure to extremely low and intermediate-frequency magnetic and electric fields among children from the INMA-Gipuzkoa cohort.Environ Res. 2017 May 30;157:190-197. doi: 10.1016/j.envres.2017.05.027. [Epub ahead of print]

Abstract

Detailed assessment of exposure to extremely low frequency (ELF) and intermediate frequency (IF) fields is essential in order to conduct informative epidemiological studies of the health effects from exposure to these fields. There is limited information available regarding ELF electric fields and on both magnetic and electric field exposures of children in the IF range. The aim of this study was to characterize ELF and IF exposure of children in the Spanish INMA cohort. A combination of spot and fixed measurements was carried out in 104 homes, 26 schools and their playgrounds and 105 parks. Low levels of ELF magnetic fields (ELF-MF) were observed (with the highest 24-h time-weighted average (TWA) exposure being 0.15µT in one home). The interquartile range (IQR) of ELF electric fields (ELF-EF) ranged from 1 to 15V/m indoors and from 0.3 to 1.1V/m outdoors and a maximum value observed was 55.5V/m in one school playground. IQR ranges for IF magnetic and electric fields were between 0.02 and 0.23µT and 0.2 and 0.5V/m respectively and maximum values were 0.03µT and 1.51V/m in homes. Correlations between magnetic and electric fields were weak for ELF (Spearman 0.04-0.36 in different settings) and moderate for IF (between 0.28 and 0.75). Children of INMA-Gipuzkoa cohort were exposed to very low levels of ELF-MF in all settings and to similar levels of ELF-EF compared to the range of previously reported levels, although somewhat higher exposures occurred at home. Children enrolled to our study were similarly exposed to IF in all settings.

https://www.ncbi.nlm.nih.gov/pubmed/28575784

--

## Effects of acute & chronic exposure to 900 MHz & 2100 MHz EMR on glutamate receptor signaling pathway

Gökçek-Saraç Ç, Er H, Kencebay Manas C, Kantar Gök D, Özen Ş, Derin N. Effects of acute and chronic exposure to both 900 MHz and 2100 MHz electromagnetic radiation on glutamate receptor signaling pathway. Int J Radiat Biol. 2017 Jun 1:1-29. doi: 10.1080/09553002.2017.1337279. [Epub ahead of print]

Abstract

PURPOSE: To demonstrate molecular effects of acute and chronic exposure to both 900 MHz and 2100 MHz radiofrequency electromagnetic radiation (RF-EMR) on the hippocampal level/activity of some of the enzymes - including PKA, CaMKIIα, CREB, and p44/42 MAPK - from N-methyl-D-aspartate receptor (NMDAR) related signaling pathways.

MATERIALS AND METHODS: Rats were divided into following groups: Sham rats, rats exposed to 900 MHz and 2100 MHz RF-EMR for 2 h/day for acute (1 week) or chronic (10 weeks), respectively. The Western Blotting and activity measurement assays were used to assess the level/activity of the selected enzymes.

RESULTS: The obtained results have revealed that the hippocampal level/activity of selected enzymes was significantly higher in chronic groups as compared to acute groups at both 900 MHz and 2100 MHz RF-EMR exposure. In addition, hippocampal level/activity of selected enzymes was significantly higher at 2100 MHz RF-EMR than 900 MHz RF-EMR in both acute and chronic groups.

CONCLUSION: The present study provides experimental evidence that both exposure duration (1 week versus 10 weeks) and different carrier frequencies (900 MHz versus 2100 MHz) had different effects on protein expression of hippocampus in Wistar rats, which might encourage further research on protection against RF-EMR exposure.

https://www.ncbi.nlm.nih.gov/pubmed/28565929

--

## Adaptive Response Induced by Pre-Exposure to 915 MHz RF: A Possible Role for Antioxidant Enzyme Activity

Mortazavi SMJ, Mostafavi-Pour Z, Daneshmand M, Zal F, Zare R, Mosleh-Shirazi MA. Adaptive Response Induced by Pre-Exposure to 915 MHz Radiofrequency: A Possible Role for Antioxidant Enzyme Activity. J Biomed Phys Eng. 2017 Jun 1;7(2):137-142.

Abstract

BACKGROUND: Over the past few years, the rapid use of high frequency electromagnetic fields like mobile phones has raised global concerns about the negative health effects of its use. Adaptive response is the ability of a cell or tissue to better resist stress damage by prior exposure to a lesser amount of stress. This study aimed to assess whether radiofrequency radiation can induce adaptive response by changing the antioxidant balance.

MATERIALS AND METHODS: In order to assess RF-induced adaptive response in tissues, we evaluated the level of GSH and the activity of GR in liver. 50 rats were divided into 5 groups. Three groups were pre-exposed to 915 MHz RF radiation, 4 hours per day for one week at different powers, as low, medium and high. 24 hours after the last exposure to radiation, they were exposed to 4 Gy sublethal dose of gamma radiation and then sacrificed after 5 hours. Their livers were removed, washed and were kept at -80o C until used.

JA 01947

RESULTS: Our finding showed that pre-exposure to 915 MHz radiofrequency radiation with specific power could induce adaptive response in liver by inducing changes in the activity and level of antioxidant enzymes.

CONCLUSION: It can be concluded that pre-exposure to microwave radiation could increase the level of GSH and the activity of GR enzyme, although these increases were seen just in low power group, and the GR activity was indicated in medium power group. This increase protects tissue from oxidative damage induced by sublethal dose of gamma radiation.

https://www.ncbi.nlm.nih.gov/pubmed/28580335

--

**Alterations of thymic morphology and antioxidant biomarkers in male rats following exposure to continuous 900 MHz EMF during adolescence**

Kulaber A, Kerimoğlu G, Ersöz Ş, Çolakoğlu S, Odacı E. Alterations of thymic morphology and antioxidant biomarkers in 60-day-old male rats following exposure to a continuous 900 MHz electromagnetic field during adolescence. Biotech Histochem. 2017 Jun 9:1-7. doi: 10.1080/10520295.2017.1312525.

Abstract

We investigated changes in thymic tissue of male rats exposed to a 900 megahertz (MHz) electromagnetic field (EMF) on postnatal days 22-59. Three groups of six 21-day-old male Sprague-Dawley rats were allocated as: control (CG), sham (SG) and EMF (EMFG) groups. No procedure was performed on the CG rats. SG rats were placed in a Plexiglas cage for 1 h every day between postnatal days 22 and 59 without exposure to EMF. EMFG rats were placed in the same cage for the same periods as the SG rats and were exposed to 900 MHz EMF. Rats were sacrificed on postnatal day 60. Sections of thymus were stained for histological assessment. Oxidant/antioxidant parameters were investigated biochemically. Malondialdehyde (MDA) levels in EMFG increased compared to the other groups. Extravascular erythrocytes were observed in the medullary/corticomedullary regions in EMFG sections. We found that 900 MHz EMF applied for 1 h/day on postnatal days 22-59 can increase tissue MDA and histopathological changes in male rat thymic tissue.

https://www.ncbi.nlm.nih.gov/pubmed/28598680

--

**Warburg effect-damping of electromagnetic oscillations**

Pokorný J, Pokorný J, Borodavka F. Warburg effect-damping of electromagnetic oscillations. Electromagn Biol Med. 2017 Jun 2:1-9. doi: 10.1080/15368378.2017.1326933.

Abstract

Mitochondrial dysfunction is a central defect in cells creating the Warburg and reverse Warburg effect cancers. However, the link between mitochondrial dysfunction and cancer has not yet been clearly explained. Decrease of mitochondrial oxidative energy production to about 50 % in comparison with healthy cells may be caused by inhibition of pyruvate transfer into mitochondrial matrix and/or disturbed H+ ion transfer across inner mitochondrial membrane into cytosol. Lowering of the inner membrane potential and shifting of the working

JA 01948

point of mitochondria to high values of pH above an intermediate point causes reorganization of the ordered water layer at the mitochondrial membrane. The reorganized ordered water layers at high pH values release electrons which are transferred to the cytosol rim of the layer. The electrons damp electromagnetic activity of Warburg effect cancer cells or fibroblasts associated with reverse Warburg effect cancer cells leading to lowered electromagnetic activity, disturbed coherence, increased frequency of oscillations and decreased level of biological functions. In reverse Warburg effect cancers, associated fibroblasts supply energy-rich metabolites to the cancer cell resulting in increased power of electromagnetic field, fluctuations due to shift of oscillations to an unstable nonlinear region, decreased frequency and loss of coherence.

https://www.ncbi.nlm.nih.gov/pubmed/28574758

--


**Electrical Grounding Improves Vagal Tone in Preterm Infants**

Passi R, Doheny KK, Gordin Y, Hinssen H, Palmer C. Electrical Grounding Improves Vagal Tone in Preterm Infants. Neonatology. 2017 Jun 10;112(2):187-192. doi: 10.1159/000475744.

Abstract

BACKGROUND: Low vagal tone (VT) is a marker of vulnerability to stress and the risk of developing necrotizing enterocolitis in preterm infants. Electric fields produced by equipment in the neonatal intensive care unit (NICU) induce an electric potential measurable on the skin in reference to ground. An electrical connection to ground reduces the skin potential and improves VT in adults.

OBJECTIVES: We aimed to measure the electric field strengths in the NICU environment and to determine if connecting an infant to electrical ground would reduce the skin potential and improve VT. We also wished to determine if the skin potential correlated with VT.

METHODS: Environmental magnetic flux density (MFD) was measured in and around incubators. Electrical grounding (EG) was achieved with a patch electrode and wire that extended to a ground outlet. We measured the skin potential in 26 infants and heart rate variability in 20 infants before, during, and after grounding. VT was represented by the high-frequency power of heart rate variability.

RESULTS: The background MFD in the NICU was below 0.5 mG, but it ranged between 1.5 and 12.7 mG in the closed incubator. A 60-Hz oscillating potential was recorded on the skin of all infants. With EG, the skin voltage dropped by about 95%. Pre-grounding VT was inversely correlated with the skin potential. VT increased by 67% with EG. After grounding, the VT fell to the pre-grounding level.

CONCLUSION: The electrical environment affects autonomic balance. EG improves VT and may improve resilience to stress and lower the risk of neonatal morbidity in preterm infants.

https://www.ncbi.nlm.nih.gov/pubmed/28601861

--

JA 01949

**ELF EMFs Affect Myogenic Processes in C2C12 Myoblasts: Role of Gap-Junction-Mediated Intercellular Communication**

Morabito C, Steimberg N, Rovetta F, Boniotti J, Guarnieri S, Mazzoleni G, Mariggiò MA. Extremely Low-Frequency Electromagnetic Fields Affect Myogenic Processes in C2C12 Myoblasts: Role of Gap-Junction-Mediated Intercellular Communication. Biomed Res Int. 2017;2017:2460215. doi: 10.1155/2017/2460215.

Abstract

Extremely low-frequency electromagnetic fields (ELF-EMFs) can interact with biological systems. Although they are successfully used as therapeutic agents in physiatrics and rehabilitative practice, they might represent environmental pollutants and pose a risk to human health. Due to the lack of evidence of their mechanism of action, the effects of ELF-EMFs on differentiation processes in skeletal muscle were investigated. C2C12 myoblasts were exposed to ELF-EMFs generated by a solenoid. The effects of ELF-EMFs on cell viability and on growth and differentiation rates were studied using colorimetric and vital dye assays, cytomorphology, and molecular analysis of MyoD and myogenin expression, respectively. The establishment of functional gap junctions was investigated analyzing connexin 43 expression levels and measuring cell permeability, using microinjection/dye-transfer assays. The ELF-EMFs did not affect C2C12 myoblast viability or proliferation rate. Conversely, at ELF-EMF intensity in the mT range, the myogenic process was accelerated, through increased expression of MyoD, myogenin, and connexin 43. The increase in gap-junction function suggests promoting cell fusion and myotube differentiation. These data provide the first evidence of the mechanism through which ELF-EMFs may provide therapeutic benefits and can resolve, at least in part, some conditions of muscle dysfunction.

https://www.ncbi.nlm.nih.gov/pubmed/28607928

==

**World Health Organization, radiofrequency radiation and health - a hard nut to crack (Review)**

Hardell L. World Health Organization, radiofrequency radiation and health - a hard nut to crack (Review). International Journal of Oncology. Published online on: June 21, 2017. https://doi.org/10.3892/ijo.2017.4046

Abstract

In May 2011 the International Agency for Research on Cancer (IARC) evaluated cancer risks from radiofrequency (RF) radiation. Human epidemiological studies gave evidence of increased risk for glioma and acoustic neuroma. RF radiation was classified as Group 2B, a possible human carcinogen. Further epidemiological, animal and mechanistic studies have strengthened the association. In spite of this, in most countries little or nothing has been done to reduce exposure and educate people on health hazards from RF radiation. On the contrary ambient levels have increased. In 2014 the WHO launched a draft of a Monograph on RF fields and health for public comments. It turned out that five of the six members of the Core Group in charge of the draft are affiliated with International Commission on Non-Ionizing Radiation Protection (ICNIRP), an industry loyal NGO, and thus have a serious conflict of interest. Just as by ICNIRP, evaluation of non-thermal biological effects from RF radiation are dismissed as scientific evidence of adverse health effects in the Monograph. This has provoked many comments sent to the WHO. However, at a meeting on March 3, 2017 at the WHO Geneva office it was stated that the WHO has no intention to change the Core Group.

Open Access Paper: https://www.spandidos-publications.com/10.3892/ijo.2017.4046

--

347

**Use of cell phones and brain tumors: a true association?**

Mortazavi, S.A.R., Mortazavi, G. & Mortazavi, S.M.J. Letter to the Editor: Use of cell phones and brain tumors: a true association? Neurol Sci (2017). doi:10.1007/s10072-017-3055-x.

Dear Editor:

With great interest, we have read the editorial by Beghi entitled "Use of cell phones and brain tumors: a true association?" that is published in the journal of Neurol Sci 2017 doi: 10.1007/s10072-017-2992-8 [1]. In this article, the author confirms the lack of robust evidence of association between use of cell phones and brain tumors. However, Beghi mentions that absence of evidence does not necessarily mean that there is no any association. The editorial authored by Beghi addresses a very challenging issue. However, this editorial cannot be considered as a good contribution in the field of radiofrequency exposure and cancer. Over the past several years, our team has conducted several studies on the possible association of exposure to radiofrequency electromagnetic fields (RF-EMFs) and adverse health effects. Beghi claims that the findings of case–control studies have not been confirmed by cohort studies "First of all, the positive results of some case–control studies have not been confirmed by cohort studies. Case–control studies, even when methodologically robust, cannot replace cohort studies in confirming or disproving an association between a given exposure and a disease. ….In this context, none of the cohort studies found an increased risk of brain tumors in people exposed to cell phones." Although what he claims about the advantages of cohort studies seems to be right, his conclusion is problematic. Beghi does not mention that the number of cohort studies conducted on this topic so far is drastically low and all of these studies had some basic limitations. Therefore, the absence of cohort-proven findings does not necessarily mean that there is no detrimental effect. In this light, as free radical formation after exposure to RF-EMF is confirmed in many studies, even without firm conclusions from cohort studies, these exposures should be limited.

Furthermore, Beghi claims that "Second, the increased risk of brain tumors in case–control studies, if proven, is at best modest and, as brain tumors are rare diseases, the total number of tumors appears only slightly increased." It is worth mentioning that a systematic review and meta-analysis recently published by Yang et al. could not find a link between mobile phone use of any duration and the odds of high-grade glioma. However, there was a 2.22 times greater odds of the occurrence of low-grade glioma for long-term mobile phone use (OR = 2.22, 95% CI = 1.69–2.92) [2]. Beghi also claims that a clear dose–response effect has never been confirmed. Over the past several years, our team has conducted several studies on the possible association of RF-EMFs and adverse health effects. Mortazavi et al. have also recently addressed the shortcoming of some of the papers claiming lack of association between exposure to RF-EMF and cancer. They have provided evidence showing that exposure to RF-EMFs, at least at high levels and long durations, can increase the risk of cancer [3]. Substantial evidence now indicates that the current controversy regarding the carcinogenesis of RF-EMFs might be caused by the lack of accurate information regarding the magnitude of exposure to RF-EMFs which possibly plays a basic role in RF-induced carcinogenesis [4]. We have also provided evidence which shows that, in a similar pattern with ionizing radiation, the carcinogenesis of non-ionizing RF-EMF may have a nonlinear J-shaped dose–response relationship [4].

https://www.ncbi.nlm.nih.gov/pubmed/28689225

--

**Use of mobile and cordless phones and change in cognitive function: a prospective cohort analysis of Australian primary school children**

Bhatt CR, Benke G, Smith CL, Redmayne M, Dimitriadis C, Dalecki A, Macleod S, Sim MR, Croft RJ, Wolfe R, Kaufman J, Abramson MJ  Use of mobile and cordless phones and change in cognitive function: a prospective cohort analysis of Australian primary school children. Environ Health. 2017 Jun 19;16(1):62. doi: 10.1186/s12940-017-0250-4.

348

Abstract

BACKGROUND: Some previous studies have suggested an association between children's use of mobile phones (MPs)/cordless phones (CPs) and development of cognitive function. We evaluated possible longitudinal associations between the use of MPs and CPs in a cohort of primary school children and effects on their cognitive function.

METHODS: Data on children's socio-demographics, use of MPs and CPs, and cognitive function were collected at baseline (2010-2012) and follow-up (2012-2013). Cognitive outcomes were evaluated with the CogHealth™ test battery and Stroop Color-Word test. The change in the number of MP/CP voice calls weekly from baseline to follow-up was dichotomized: "an increase in calls" or a "decrease/no change in calls". Multiple linear regression analyses, adjusting for confounders and clustering by school, were performed to evaluate the associations between the change in cognitive outcomes and change in MP and CP exposures.

RESULTS: Of 412 children, a larger proportion of them used a CP (76% at baseline and follow-up), compared to a MP (31% at baseline and 43% at follow-up). Of 26 comparisons of changes in cognitive outcomes, four demonstrated significant associations. The increase in MP usage was associated with larger reduction in response time for response inhibition, smaller reduction in the number of total errors for spatial problem solving and larger increase in response time for a Stroop interference task. Except for the smaller reduction in detection task accuracy, the increase in CP usage had no effect on the changes in cognitive outcomes.

CONCLUSION: Our study shows that a larger proportion of children used CPs compared to MPs. We found limited evidence that change in the use of MPs or CPs in primary school children was associated with change in cognitive function.

https://www.ncbi.nlm.nih.gov/pubmed/28629417

--

**Patterns of cellular phone use among young people in 12 countries: Implications for RF exposure**

Langer CE, de Llobet P, Dalmau A, Wiart J, Goedhart G, Hours M, et al. (32 authors). Patterns of cellular phone use among young people in 12 countries: Implications for RF exposure. Environ Int. 2017 Jun 29;107:65-74. doi: 10.1016/j.envint.2017.06.002.

Highlights

• Number and duration of calls varied by sex, age range, and socioeconomic status
• Laterality and hands-free use were less influenced by user characteristics
• Country of origin explained most of the variance in number and duration of calls, as well as SMS and data/Wi-Fi

Abstract

Characterizing exposure to radiofrequency (RF) fields from wireless telecommunications technologies during childhood and adolescence is a research priority in investigating the health effects of RF. The Mobi-Expo study aimed to describe characteristics and determinants of cellular phone use in 534 young people (10-24years) in 12 countries. The study used a specifically designed software application installed on smartphones to collect data on the use of wireless telecommunications devices within this age group. The role of gender, age, maternal education, calendar period, and country was evaluated through multivariate models mutually adjusting for all variables. Call number and duration were higher among females compared to males (geometric mean (GM) ratio 1.17 and 1.42, respectively), among 20-24year olds compared to 10-14year olds (GM ratio 2.09 and 4.40, respectively), and among lowest compared to highest social classes (GM ratio 1.52

and 1.58, respectively). The number of SMS was higher in females (GM ratio 1.46) and the middle age group (15-19year olds: GM ratio 2.21 compared to 10-14year olds) and decreased over time. Data use was highest in the oldest age group, whereas Wi-Fi use was highest in the middle age group. Both data and Wi-Fi use increased over time. Large differences in the number and duration of calls, SMS, and data/Wi-Fi use were seen by country, with country and age accounting for up to 50% of the variance. Hands-free and laterality of use did not show significant differences by sex, age, education, study period, or country. Although limited by a convenience sample, these results provide valuable insights to the design, analysis, and interpretation of future epidemiological studies concerning the health effects of exposure resulting from cellular phone use in young people. In addition, the information provided by this research may be used to design strategies to minimize RF exposure.

https://www.ncbi.nlm.nih.gov/pubmed/28668725

Excerpts

Participants made on average 30.6 calls per week (median 20.9) and spent 60.8 min per week making or receiving calls (median 34.3; Table 2).

A total of 248 (46.4%) subjects had usable data for laterality. For these participants, 18.8% of total call time was "hands-free" on average (median 10.6%), i.e. using the speaker phone, a hands-free kit, or holding the phone away from the head (Table 2). Out of the total call time near the head (not "hands-free"), participants used the phone on the right side of the head in 63.8% of the time on average (median 70.8% - Table 2). With respect to gender, there was no statistically significant difference between males and females for hands-free usage, although females tended to speak somewhat less on their right-hand side (68% in males versus 61% in females, adj OR 0.75; 95% CI 0.54, 1.03).

Overall, UMTS (3G) was the most commonly used communication protocol with 37% of voice calls occurring using UMTS. HSDPA (3G transitional) was the next most common, with 32% of voice calls. UMTS was the most common communication protocol in Canada, France, Greece, Italy, and The Netherlands (80%, 30%, 36%, 41%, and 55%, respectively) (Fig. 2). In contrast, HSDPA was the most common network in Australia, Germany, Israel, Japan, New Zealand, and Spain (69%, 36%, 68%, 51%, 46%, and 33%, respectively). The most common network in Korea was "other" (43%). GPRS and EDGE (both 2G transitional) were not commonly used in any of the countries during our study period; use ranged from 0% (Japan and Korea) to 32% (The Netherlands) GPRS and 22% (France and Germany) EDGE, respectively.

In comparison with our findings, CEFALO, a study among 7–19 year old children and adolescents investigating possible associations between cellular phone use and brain tumors, had a much lower level of phone use among controls during a period from early 2004 through mid-2008 (Aydin et al., 2011). The top quartile of controls had a cumulative lifetime use of 2638 calls and 144 h spent on voice calls. Using the mean number and duration of calls, it would take the participants in our study less than three years to reach the lifetime use of the highest quartile of CEFALO controls.

First, the handset is not near the head for the full call duration, but rather for about 83% of the time. In addition to intentional hands-free device or speaker phone usage, this is explained by other hands-free use such as answering and ending a call. Furthermore, the time spent with the phone on one side of the head was not as high as the 90% assigned to the self-reported predominant side within the RF dose algorithm used in the INTERPHONE study (Cardis et al., 2011a), but that was a study of older adults.

A major limitation of this study is that it is a convenience sample, limiting the generalizability of the results. Given that most of the volunteers were found through friends and/or colleagues of the research team, the education level and in turn socioeconomic status is likely higher than that of the general population.

--

**Functional brain MRI in patients complaining of EHS after long term exposure to EMF**

Heuser G, Heuser SA. Functional brain MRI in patients complaining of electrohypersensitivity after long term exposure to electromagnetic fields. Rev Environ Health. 2017 Jul 5.

Abstract

INTRODUCTION: Ten adult patients with electromagnetic hypersensitivity underwent functional magnetic resonance imaging (fMRI) brain scans. All scans were abnormal with abnormalities which were consistent and similar. It is proposed that fMRI brain scans be used as a diagnostic aid for determining whether or not a patient has electromagnetic hypersensitivity. Over the years we have seen an increasing number of patients who had developed multi system complaints after long term repeated exposure to electromagnetic fields (EMFs). These complaints included headaches, intermittent cognitive and memory problems, intermittent disorientation, and also sensitivity to EMF exposure. Regular laboratory tests were within normal limits in these patients. The patients refused to be exposed to radioactivity. This of course ruled out positron emission tomography (PET) and single-photon emission computed tomography (SPECT) brain scanning. This is why we ordered fMRI brain scans on these patients. We hoped that we could document objective abnormalities in these patients who had often been labeled as psychiatric cases.

MATERIALS AND METHODS: Ten patients first underwent a regular magnetic resonance imaging (MRI) brain scan, using a 3 Tesla Siemens Verio MRI open system. A functional MRI study was then performed in the resting state using the following sequences: A three-dimensional, T1-weighted, gradient-echo (MPRAGE) Resting state network. The echo-planar imaging (EPI) sequences for this resting state blood oxygenation level dependent (BOLD) scan were then post processed on a 3D workstation and the independent component analysis was performed separating out the various networks. Arterial spin labeling. Tractography and fractional anisotropy.

RESULTS: All ten patients had abnormal functional MRI brain scans. The abnormality was often described as hyper connectivity of the anterior component of the default mode in the medial orbitofrontal area. Other abnormalities were usually found. Regular MRI studies of the brain were mostly unremarkable in these patients.

CONCLUSION: We propose that functional MRI studies should become a diagnostic aid when evaluating a patient who claims electrohypersensitivity (EHS) and has otherwise normal studies. Interestingly, the differential diagnosis for the abnormalities seen on the fMRI includes head injury. It turns out that many of our patients indeed had a history of head injury which was then followed sometime later by the development of EHS. Many of our patients also had a history of exposure to potentially neurotoxic chemicals, especially mold. Head injury and neurotoxic chemical exposure may make a patient more vulnerable to develop EHS.

https://www.ncbi.nlm.nih.gov/pubmed/28678737

--

**An off-the-shelf meter for measuring body amperage: A new gold standard for epidemiologic studies?**

Milham S. An off-the-shelf meter for measuring body amperage: A new gold standard for epidemiologic studies? Electromagn Biol Med. 2017 Jun 26:1. doi: 10.1080/15368378.2017.1336101.

No Abstract (letter)

https://www.ncbi.nlm.nih.gov/pubmed/28650676

--

**Effects of folic acid on rat kidney exposed to 900 MHz EMR**

Ömür Gülsüm Deniz, Elfide Gizem Kıvrak, Arife Ahsen Kaplan, Berrin Zuhal Altunkaynak. Effects of folic acid on rat kidney exposed to 900 MHz electromagnetic radiation. Journal of Microscopy and Ultrastructure. Available online 17 June 2017.

Highlights

• The kidneys of adult male rats were investigated after exposure to 900-MHz electromagnetic radiation.
• Folic acid exhibited protective effects in the kidney against the side-effects of electromagnetic radiation exposure.
• Changes in volume and numbers of glomeruli in the kidney were analyzed using unbiased stereological methods.

Abstract

Because of increased use of cell phones, the purpose of this study was to investigation of the oxidative damage caused by electromagnetic radiation (EMR) emitted by cell phones and histological and morphometrical determination of the possible protective role of folic acid (FA) in preventing the detrimental effects of EMR on the kidney. Twenty-four adult male Wistar albino rats were divided into control (Cont), EMR, EMR + FA and FA groups, each containing six rats. The EMR and EMR + FA groups were exposed to EMR for 60 min a day over a period of 21 days, while no EMR exposure was applied to the Cont and FA groups. The source of the EMR was an EMR device which emits a digital signal producing 900-MHz frequency radiation. The generator connected to a one-monopole antenna was used in this study and the rats were placed in the plexiglass restrainer at an equal distance from the monopole antenna. Following the experimental period, and after tissue processing, a physical disector-Cavalieri method combination was applied to the sections. The mean volume of the cortex, medulla, proximal and distal tubules increased significantly in the EMR groups compared to the Cont group ($p < 0.01$). Contrarily, the total number of glomeruli in the EMR group decreased compared to the Cont group ($p < 0.01$). The protective effects of FA was observed in the kidney ($p < 0.05$).

In conclusion, the 900-MHz EMR leads to kidney damage. FA may exhibit a protective effect against the adverse effects of EMR exposure in terms of the total number of glomeruli.

http://www.sciencedirect.com/science/article/pii/S2213879X17300500

--

**Changes in locomotor activity in mice due to low-intensity microwaves amplitude modulated in the EEG spectral domain**

Eeghem VV, Arfani AE, Anthoula A, Walrave L, Pourkazemi A, Bentea E, Demuyser T, Smolders I, Stiens J. Selective changes in locomotor activity in mice due to low-intensity microwaves amplitude modulated in the EEG spectral domain. Neuroscience. 2017 Jul 4. pii: S0306-4522(17)30461-X. doi: 10.1016/j.neuroscience.2017.06.056.

Abstract

JA 01955

Despite the numerous benefits of microwave applications in our daily life, microwaves were associated with diverse neurological complaints such as headaches and impaired sleep patterns, and changes in the electroencephalogram (EEG). To which extent microwaves influence the brain function remains unclear. This exploratory study assessed the behavior and neurochemistry in mice immediately or 4 weeks after a 6-day exposure to low-intensity 10 GHz microwaves with an amplitude modulation (AM) of 2 or 8 Hz. These modulation frequencies of 2 and 8 Hz are situated within the delta and theta-alpha frequency bands in the EEG spectrum and are associated with sleep and active behavior, respectively. During these experiments, the specific absorbance rate was 0.3 W/kg increasing the brain temperature with 0.23°C. For the first time, exposing mice to 8 Hz AM significantly reduced locomotor activity in an open field immediately after exposure which normalized after 4 weeks. This in contrast to 2 Hz AM which didn't induce significant changes in locomotor activity immediately and 4 weeks after exposure. Despite this difference in motor behavior, no significant changes in striatal dopamine and DOPAC levels and DOPAC/dopamine turnover nor in cortical glutamate concentrations were detected. In all cases, no effects on motor coordination on a rotarod, spatial working memory, anxiety nor depressive-like behavior were observed. The outcome of this study indicates that exposing mice to low-intensity 8 Hz AM microwaves can alter the locomotor activity in contrast to 2 Hz AM which did not affect the tested behaviors.

https://www.ncbi.nlm.nih.gov/pubmed/28687311

--

**Influence of RF EMF from 3rd-generation cellular phones on fertilization and embryo development in mice  (W-CDMA study)**

Suzuki S, Okutsu M, Suganuma R, Komiya H, Nakatani-Enomoto S, Kobayashi S, Ugawa Y, Tateno H, Fujimori K.Influence of radiofrequency-electromagnetic waves from 3rd-generation cellular phones on fertilization and embryo development in mice. Bioelectromagnetics. 2017 Jun 19. doi: 10.1002/bem.22063.

Abstract

The purpose of this study was to evaluate the effects of 3rd-generation (3G) cellular phone radiofrequency-electromagnetic wave (RF-EMW) exposure on fertilization and embryogenesis in mice. Oocytes and spermatozoa were exposed to 3G cellular phone RF-EMWs, 1.95 GHz wideband code division multiple access, at a specific absorption rate of 2 mW/g for 60 min, or to sham exposure. After RF-EMW exposure, in vitro fertilization and intracytoplasmic sperm injection were performed. Rates of fertilization, embryogenesis (8-cell embryo, blastocyst), and chromosome aberration were compared between the combined spermatozoa and oocyte groups: both exposed, both non-exposed, one exposed, and the other non-exposed. Rates of fertilization, embryogenesis, and blastocyst formation did not change significantly across the four groups. Considering that the degree of exposure in the present study was ≥100 times greater than daily exposure of human spermatozoa and even greater than daily exposure of oocytes, the present results indicate safety of RF-EMW exposure in humans.

https://www.ncbi.nlm.nih.gov/pubmed/28628221

Also see:
Pregnancy & Wireless Radiation Risks
Female Infertility & Cell Phone Radiation

--

**The Effects of Exposure to ELF EMF on Male Fertility**

Darbandi M, Darbandi S, Agarwal A, Henkle R, Sadeghi MR. The Effects of Exposure to Low Frequency Electromagnetic Fields on Male Fertility. Altern Ther Health Med. 2017 Jun 23. pii: AT5423. [Epub ahead of

353

Abstract

Context • People are increasingly exposed to low frequency (LF) electromagnetic fields (EMFs), mainly from electricity distribution networks and electronic devices. Critics of this widespread exposure believe that it can have detrimental effects on the human body. On the other hand, many in vivo and in vitro studies have claimed that low frequency electromagnetic therapy can function as a form of alternative medicine and that therapists can treat disease by applying electromagnetic radiation or pulsed EMFs to the body or cells. It is not yet entirely clear, however, whether LF-EMF is beneficial or harmful.
Objectives • This study aimed to examine the effects of LF-EMFs on men's reproductive functions, according to the types of waveform and the frequency and duration of exposure.
Design • The study reviewed all available research, both human and animal, on the effects of LF-EMFs on male reproductive functions, covering the literature from January 1978 to June 2016. The documents were obtained from PubMed, Science Direct, and Google Scholar, and any article that was irrelevant or a duplicate was excluded. A total of 61 articles were found, and 27 articles were reviewed.
Setting • This project was performed at the Avicenna Research Center (Tehran, Iran).
Participants • Literature included human and animal studies conducted on rabbits, mice, rats, and boars.
Intervention • Among these studies, any article that was irrelevant, a duplicate, or published with duplicate data was excluded. At the end, 27 articles were checked.
Outcome Measures • Outcome measures included testing related to reproductive organ weights, reproductive endocrinal hormones, fetal development, and spermatogenesis as well as sperm motility, morphology, and vitality.
Results • The reviewed studies provided contradictory results that were highly dependent on the exposure parameters, such as the shape and frequency of wave, intensity, duration, and timing of the exposure.
Conclusions • LF-EMF at 15 Hz with a peak intensity of 8 Gauss, with a square waveform of 50 Hz frequency and a duration of a few hours or less can have a positive effect on sperm quality, motility, and fertility. Exposures at other frequencies either had no effects on the sperm's performance and quality or held biological hazard for cells. It appears that there is still little understanding of how EMF affects cellular functions. Therefore, more standardized and controlled studies should be carried out to understand the effects of EMF on the body.

https://www.ncbi.nlm.nih.gov/pubmed/28646801

--

## Proteomic Analysis of the Effect of ELF-EMF With Different Intensities in SH-SY5Y Neuroblastoma Cell Line

Rezaie-Tavirani M, Hasanzadeh H, Seyyedi S, Zali H.Proteomic Analysis of the Effect of Extremely Low-Frequency Electromagnetic Fields (ELF-EMF) With Different Intensities in SH-SY5Y Neuroblastoma Cell Line.J Lasers Med Sci. 2017 Spring;8(2):79-83. doi: 10.15171/jlms.2017.14.

Abstract

Introduction: During the last 3 decades, human is exposed to extremely low frequency electromagnetic fields (ELF-EMF) emitted by power lines and electronic devices. It is now well accepted that ELF-EMF are able to produce a variety of biological effects, although the molecular mechanism is unclear and controversial. Investigation of different intensities effects of 50 Hz ELF-EMF on cell morphology and protein expression is the aim of this study.
Methods: SH-SY5Y human neuroblastoma cell line was exposed to 0.5 and 1 mT 50 Hz (ELF-EMF) for 3 hours. Proteomics techniques were used to determine the effects of these fields on protein expression. Bioinformatic and statistical analysis of proteomes were performed using Progensis SameSpots software.
Results: Our results showed that exposure to ELF-EMF changes cell morphology and induces a dose-

dependent decrease in the proliferation rate of the cells. The proteomic studies and bioinformatic analysis indicate that exposure to 50 Hz ELF-EMF leads to alteration of cell protein expression in both dose-dependent and intensity dependent manner, but the later is more pronounced.

Conclusion: Our data suggests that increased intensity of ELF-EMF may be associated with more alteration in cell protein expression, as well as effect on cell morphology and proliferation.

https://www.ncbi.nlm.nih.gov/pubmed/28652900

--

## The bee, the flower, and the electric field: electric ecology and aerial electroreception

Clarke D, Morley E, Robert D. The bee, the flower, and the electric field: electric ecology and aerial electroreception. J Comp Physiol A Neuroethol Sens Neural Behav Physiol. 2017 Jun 24. doi: 10.1007/s00359-017-1176-6.

Abstract

Bees and flowering plants have a long-standing and remarkable co-evolutionary history. Flowers and bees evolved traits that enable pollination, a process that is as important to plants as it is for pollinating insects. From the sensory ecological viewpoint, bee-flower interactions rely on senses such as vision, olfaction, humidity sensing, and touch. Recently, another sensory modality has been unveiled; the detection of the weak electrostatic field that arises between a flower and a bee. Here, we present our latest understanding of how these electric interactions arise and how they contribute to pollination and electroreception. Finite-element modelling and experimental evidence offer new insights into how these interactions are organised and how they can be further studied. Focusing on pollen transfer, we deconstruct some of the salient features of the three ingredients that enable electrostatic interactions, namely the atmospheric electric field, the capacity of bees to accumulate positive charge, and the propensity of plants to be relatively negatively charged. This article also aims at highlighting areas in need of further investigation, where more research is required to better understand the mechanisms of electrostatic interactions and aerial electroreception.

https://www.ncbi.nlm.nih.gov/pubmed/28647753

--


## Biological effects related to geomagnetic activity and possible mechanisms

Krylov VV. Biological effects related to geomagnetic activity and possible mechanisms. Bioelectromagnetics. 2017 Jun 21. doi: 10.1002/bem.22062. [Epub ahead of print]

Abstract

This review presents contemporary data on the biological effects of geomagnetic activity. Correlations between geomagnetic indices and biological parameters and experimental studies that used simulated geomagnetic storms to detect possible responses of organisms to these events in nature are discussed. Possible mechanisms by which geomagnetic activity influences organisms are also considered. Special attention is paid to the idea that geomagnetic activity is perceived by organisms as a disruption of diurnal geomagnetic variation. This variation, in turn, is viewed by way of a secondary zeitgeber for biological circadian rhythms. Additionally, we discuss the utility of cryptochrome as a biological detector of geomagnetic storms. The possible involvement of melatonin and protein coding by the CG8198 gene in the biological effects of geomagnetic activity are discussed. Perspectives for studying mechanisms by which geomagnetic storms affect organisms are suggested.

https://www.ncbi.nlm.nih.gov/pubmed/28636777

==

**Canadian data from INTERPHONE study of mobile phone use and head tumor risk reported for the first time**

Since the 13-nation Interphone study was published in 2010, several methods papers have been published that reanalyze the data to correct for biases in the original paper. In most instances the glioma risk estimates increased after adjustment for study biases among long term or heavy mobile phone users.

The following paper just published in the ***American Journal of Epidemiology*** applies statistical adjustments to the Interphone data from Canada. The authors found that the risk estimate for glioma among the highest quartile of cell phone users increased after adjustment. Risk estimates for other types of head tumors did not change.

**The substantive results reported for glioma risk in Canada should be of interest to Health Canada**. The original Canadian Interphone study data which had not been reported previously found a statistically significant doubling of risk for glioma among the highest **quartile** of cell phone users (over 558 lifetime hours). In contrast, the original 13-nation Interphone study found a 1.4-fold increase in glioma among the highest **decile** of use (1640 or more lifetime hours). After adjustment for selection and recall bias, the 2.0 odds ratio originally found in Canada increased to 2.2. Among the potential explanations the authors provided for this disparity between Canada and the 13-nation study (which included Canadian data):

 "real differences in risk related to different communication technologies between Canada and other INTERPHONE countries."

Momoli F, Siemiatycki J, McBride ML, Parent MÉ, Richardson L, Bedard D, Platt R, Vrijheid M, Cardis E, Krewski D. Probabilistic multiple-bias modelling applied to the Canadian data from the INTERPHONE study of mobile phone use and risk of glioma, meningioma, acoustic neuroma, and parotid gland tumors. Am J Epidemiol. 2017 May 23. doi: 10.1093/aje/kwx157. [Epub ahead of print]

Abstract

We undertook a re-analysis of the Canadian data from the thirteen-country INTERPHONE case-control study (2001-2004), which evaluated the association between mobile phone use and risk of brain, acoustic neuroma, and parotid gland tumors. The main publication of the multinational INTERPHONE study concluded that "biases and errors prevent a causal interpretation". We applied a probabilistic multiple-bias model to address possible biases simultaneously, using validation data from billing records and non-participant questionnaires as information on recall error and selective participation. Our modelling sought to adjust for these sources of uncertainty and to facilitate interpretation. For glioma, the odds ratio comparing highest quartile of use (over 558 lifetime hours) to non-regular users was 2.0 (95% confidence interval: 1.2, 3.4). The odds ratio was 2.2 (95% confidence interval: 1.3, 4.1) when adjusted for selection and recall biases. There was little evidence of an increase in the risk of meningioma, acoustic neuroma, or parotid gland tumors in relation to mobile phone use. Adjustments for selection and recall biases did not materially affect interpretation in our Canadian results.

356

JA 01959

https://www.ncbi.nlm.nih.gov/pubmed/28535174

Excerpts

The OR of 2.0 for glioma in the highest cumulative exposure category (558+ hours of cumulative call time) in the Canadian study is higher than the value of 1.4 in the highest cumulative exposure category (1640+ hours) in the international study (4). This may simply reflect sampling variability, differential biases between study centers, matching strategies, or real differences in risk related to different communication technologies between Canada and other INTERPHONE countries (see appendix of (27)).

Unlike in the Canadian data, the INTERPHONE multinational study found marked decreased risk associated with most measures of phone use and an increased risk only in the highest decile of use. The study Group concluded that "biases and errors prevent a causal interpretation" (4, pg.1). To the extent that the bias model applied in the present re-analysis of the Canadian data is reasonable, conventional modelling of existing data likely resulted in slight underestimation of the magnitude of associations; however, interpretation of bias-adjusted results would not have materially changed from the original Canadian results.

--

## Mobile phone use and glioma risk: A systematic review and meta-analysis

Yang M, Guo W, Yang C, Tang J, Huang Q, Feng S, Jiang A, Xu X, Jiang G. Mobile phone use and glioma risk: A systematic review and meta-analysis. PLoS One. 2017 May 4;12(5):e0175136. doi: 10.1371/journal.pone.0175136.

Abstract

OBJECTIVE:  Many studies have previously investigated the potential association between mobile phone use and the risk of glioma. However, results from these individual studies are inconclusive and controversial. The objective of our study was to investigate the potential association between mobile phone use and subsequent glioma risk using meta-analysis.

METHODS:  We performed a systematic search of the Science Citation Index Embase and PubMed databases for studies reporting relevant data on mobile phone use and glioma in 1980-2016. The data were extracted and measured in terms of the odds ratio (OR) and 95% confidence interval (CI) using the random effects model. Subgroup analyses were also carried out. This meta-analysis eventually included 11 studies comprising a total 6028 cases and 11488 controls.

RESULTS:  There was a significant positive association between long-term mobile phone use (minimum, 10 years) and glioma (OR = 1.44, 95% CI = 1.08-1.91). And there was a significant positive association between long-term ipsilateral mobile phone use and the risk of glioma (OR = 1.46, 95% CI = 1.12-1.92). Long-term mobile phone use was associated with 2.22 times greater odds of low-grade glioma occurrence (OR = 2.22, 95% CI = 1.69-2.92). Mobile phone use of any duration was not associated with the odds of high-grade glioma (OR = 0.81, 95% CI = 0.72-0.92). Contralateral mobile phone use was not associated with glioma regardless of the duration of use. Similarly, this association was not observed when the analysis was limited to high-grade glioma.

357

CONCLUSIONS:  Our results suggest that long-term mobile phone use may be associated with an increased risk of glioma. There was also an association between mobile phone use and low-grade glioma in the regular use or long-term use subgroups. However, current evidence is of poor quality and limited quantity. It is therefore necessary to conduct large sample, high quality research or better characterization of any potential association between long-term ipsilateral mobile phone use and glioma risk.

Open Access Paper: http://bit.ly/2peeylc


**Three additional reviews of mobile phone use and brain tumor research published in 2017:**
**http://bit.ly/2mg6NFg**


--


**Neurodevelopment for first 3 years following prenatal mobile phone use, RF radiation & lead exposure**

Kyung-Hwa Choi, Mina Ha, Eun-Hee Ha, Hyesook Park, Yangho Kim, Yun-Chul Hong, Ae-Kyoung Lee, Jong Hwa Kwon, Hyung-Do Choi, Nam Kim, Suejin Kim, Choonghee Park. Neurodevelopment for the first three years following prenatal mobile phone use, radio frequency radiation and lead exposure. Environmental Research, 156:810-817, July 2017.

Highlights

• RFR exposure was measured by mobile phone use questionnaire and 24-h personal exposure meter among pregnant women.
• Child neurodevelopment was assessed by trained examiners at 6, 12, 24, and 36 months of age.
• Associations were not observed between prenatal exposure to RFR and child neurodevelopment during the first three years.
• A potential combined effect of prenatal exposure to lead and mobile phone use was suggested.

Abstract

Background Studies examining prenatal exposure to mobile phone use and its effect on child neurodevelopment show different results, according to child's developmental stages.

Objectives To examine neurodevelopment in children up to 36 months of age, following prenatal mobile phone use and radiofrequency radiation (RFR) exposure, in relation to prenatal lead exposure.

Methods We analyzed 1198 mother-child pairs from a prospective cohort study (the Mothers and Children's Environmental Health Study). Questionnaires were provided to pregnant women at ≤20 weeks of gestation to assess mobile phone call frequency and duration. A personal exposure meter (PEM) was used to measure RFR exposure for 24 h in 210 pregnant women. Maternal blood lead level (BLL) was measured during pregnancy. Child neurodevelopment was assessed using the Korean version of the Bayley Scales of Infant Development-Revised at 6, 12, 24, and 36 months of age. Logistic regression analysis applied to groups classified by trajectory analysis showing neurodevelopmental patterns over time.

Results  The psychomotor development index (PDI) and the mental development index (MDI) at 6, 12, 24, and 36 months of age were not significantly associated with maternal mobile phone use during pregnancy. However, among children exposed to high maternal BLL in utero, there was a significantly increased risk of having a low PDI up to 36 months of age, in relation to an increasing average calling time (p-trend=0.008).

358

There was also a risk of having decreasing MDI up to 36 months of age, in relation to an increasing average calling time or frequency during pregnancy (p-trend=0.05 and 0.007 for time and frequency, respectively). There was no significant association between child neurodevelopment and prenatal RFR exposure measured by PEM in all subjects or in groups stratified by maternal BLL during pregnancy.

Conclusions  We found no association between prenatal exposure to RFR and child neurodevelopment during the first three years of life; however, a potential combined effect of prenatal exposure to lead and mobile phone use was suggested.

https://www.ncbi.nlm.nih.gov/pubmed/28511138

--

**Multiple assessment methods of prenatal exposure to radio frequency radiation from telecommunication in the Mothers and Children's Environmental Health (MOCEH) study**

Choi KH, Ha M, Burm E, Ha EH, Park H, Kim Y, Lee AK, Kwon JH, Choi HD, Kim N. Multiple assessment methods of prenatal exposure to radio frequency radiation from telecommunication in the Mothers and Children's Environmental Health (MOCEH) study. Int J Occup Med Environ Health. 2016 Nov 18;29(6):959-972. doi: 10.13075/ijomeh.1896.00803. Epub 2016 Nov 3.

Abstract

OBJECTIVES: To evaluate prenatal exposure to radiofrequency radiation (RFR) from telecommunication using a mobile phone questionnaire, operator data logs of mobile phone use and a personal exposure meter (PEM).

MATERIAL AND METHODS: The study included 1228 mother-infants pairs from the Mothers and Children's Environmental Health (MOCEH) study - a multicenter prospective cohort study ongoing since 2006, in which participants were enrolled at ≤ 20 weeks of pregnancy, with a follow-up of a child birth and growth to assess the association between prenatal environmental exposure and children's health. The questionnaire included the average calling frequency per day and the average calling time per day. An EME Spy 100 PEM was used to measure RFR among 269 pregnant women from November 2007 to August 2010. The operators' log data were obtained from 21 participants. The Spearman's correlation test was performed to evaluate correlation coefficient and 95% confidence intervals between the mobile phone use information from the questionnaire, operators' log data, and data recorded by the PEM.

RESULTS: The operators' log data and information from the self-reported questionnaire showed significantly high correlations in the average calling frequency per day (ρ = 0.6, p = 0.004) and average calling time per day (ρ = 0.5, p = 0.02). The correlation between information on the mobile phone use in the self-reported questionnaire and exposure index recorded by the PEM was poor. But correlation between the information of the operators' log data and exposure index for transmission of mobile communication was significantly high: correlation coefficient (p-value) was 0.44 (0.07) for calling frequency per day, and it was 0.49 (0.04) for calling time per day.

CONCLUSIONS: The questionnaire information on the mobile phone use showed moderate to high quality. Using multiple methods for exposure assessment might be better than using only one method.

https://www.ncbi.nlm.nih.gov/pubmed/27869246

359

**Mobile phone use, blood lead levels, and attention deficit hyperactivity symptoms in children: a longitudinal study**

Byun YH, Ha M, Kwon HJ, Hong YC, Leem JH, Sakong J, Kim SY, Lee CG, Kang D, Choi HD, Kim N. Mobile phone use, blood lead levels, and attention deficit hyperactivity symptoms in children: a longitudinal study. PLoS One. 2013;8(3):e59742. doi: 10.1371/journal.pone.0059742.

**Abstract**

BACKGROUND: Concerns have developed for the possible negative health effects of radiofrequency electromagnetic field (RF-EMF) exposure to children's brains. The purpose of this longitudinal study was to investigate the association between mobile phone use and symptoms of Attention Deficit Hyperactivity Disorder (ADHD) considering the modifying effect of lead exposure.

METHODS: A total of 2,422 children at 27 elementary schools in 10 Korean cities were examined and followed up 2 years later. Parents or guardians were administered a questionnaire including the Korean version of the ADHD rating scale and questions about mobile phone use, as well as socio-demographic factors. The ADHD symptom risk for mobile phone use was estimated at two time points using logistic regression and combined over 2 years using the generalized estimating equation model with repeatedly measured variables of mobile phone use, blood lead, and ADHD symptoms, adjusted for covariates.

RESULTS: The ADHD symptom risk associated with mobile phone use for voice calls but the association was limited to children exposed to relatively high lead.

CONCLUSIONS: The results suggest that simultaneous exposure to lead and RF from mobile phone use was associated with increased ADHD symptom risk, although possible reverse causality could not be ruled out.

Open Access Paper: http://journals.plos.org/plosone/article?id=10.1371/journal.pone.0059742

==

**Pulsed radiofrequency radiation, and epigenetics: How wireless technologies may affect childhood development**

Sage C, Burgio E. Electromagnetic Fields, Pulsed radiofrequency radiation, and epigenetics: How wireless technologies may affect childhood development. Child Development. Published online May 15, 2017.

**Abstract**

Mobile phones and other wireless devices that produce electromagnetic fields (EMF) and pulsed radiofrequency radiation (RFR) are widely documented to cause potentially harmful health impacts that can be detrimental to young people. New epigenetic studies are profiled in this review to account for some neurodevelopmental and neurobehavioral changes due to exposure to wireless technologies. Symptoms of retarded memory, learning, cognition, attention, and behavioral problems have been reported in numerous studies and are similarly manifested in autism and attention deficit hyperactivity disorders, as a result of EMF and RFR exposures where both epigenetic drivers and genetic (DNA) damage are likely contributors.

JA 01963

Technology benefits can be realized by adopting wired devices for education to avoid health risk and promote academic achievement.

## Conclusions

Public health implications of wireless technologies are enormous because there has been a very rapid global deployment in homes, education, transportation, and health care in the last two decades. Even a small risk from chronic use wireless technologies may have a profound global health impact. Impacts on the fetus via parental exposures to wireless devices preconception and during in utero development, infant rearing (baby monitors, wireless surveillance, Wi-Fi routers, DECT cordless phones, etc.), and childhood preschool and academic environments all may contribute in incremental ways to a perpetually saturated habitat of wireless emissions, and health impacts from the chronic, stressful body burden of EMF and RFR.

 The wide array of pathophysiological effects of EMF and RFR exposures from wireless sources do not require "the breaking of molecular bonds" as done by ionizing radiation in order for physiologically damaging effects to occur. Epigenetic mechanisms alone can change fetal development in profound ways, disrupting health by causing changes in gene activation and expression without change in gene sequences. Environmental epigenetic influences in the fetal and neonatal development (i.e., epigenetic regulation of genes rather than direct genetic effects by gene mutation) have been plausibly established to cause pathophysiological changes that can result in altered neurological development. Symptoms of neurodevelopmental problems in children like retarded memory, learning, cognition, attention, and behavioral aberrations that are similarly expressed in autism and ADHD have been reported in numerous scientific studies to occur as a result of EMF and RFR exposures, where epigenetic drivers are the most likely causes, and persistent exposures contribute to chronic dysfunction, overwhelming adaptive biological responses.

Electronic educational technologies have not resulted in better academic achievement globally and lend support to scientific studies showing adverse health and developmental impacts (OECD, 2015). Reductions in preventable exposures to EMF and RFR should be a top public health and school district priority. Technology benefits can be realized by adopting wired devices for education, to avoid health risk and promote academic achievement. Wider recognition that epigenetic factors are a plausible mechanism for EMF/RFR to regulate expression of DNA and thus impact child development is a critical need. Whether future research can identify safe levels of wireless exposures is unknown, but further investigation of epigenetic markers related to EMF/RFR exposure in child development and disease is warranted.

http://onlinelibrary.wiley.com/doi/10.1111/cdev.12824/abstract

==

## Effects of Mobile Phones on Children's and Adolescents' Health: A Commentary

Lennart Hardell. Effects of Mobile Phones on Children's and Adolescents' Health: A Commentary. Child Development. Published online May 15, 2017.

### Abstract

The use of digital technology has grown rapidly during the last couple of decades. During use, mobile phones and cordless phones emit radiofrequency (RF) radiation. No previous generation has been exposed during childhood and adolescence to this kind of radiation. The brain is the main target organ for RF emissions from

JA 01964