**20-1025 (Lead); 20-1138 (Consolidated)**

# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ENVIRONMENTAL HEALTH TRUST; CONSUMERS FOR SAFE CELL
PHONES; ELIZABETH BARRIS; THEODORA SCARATO

CHILDREN'S HEALTH DEFENSE; MICHELE HERTZ; PETRA BROKKEN;
DR. DAVID O. CARPENTER; DR. PAUL DART; DR. TORIL H. JELTER; DR.
ANN LEE; VIRGINIA FARVER, JENNIFER BARAN; PAUL STANLEY, M.Ed.
*Petitioners*

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA
*Respondents*

Petition for Review of Order Issued by the
Federal Communications Commission

### DEFERRED JOINT APPENDIX

### VOLUME 17

Edward B. Myers
Law Office of Edward B. Myers
14613 Dehaven Court
North Potomac, MD 20878
Phone: 717-752-2032
edwardbmyers@yahoo.com

*Counsel for Petitioners 20-1025*

Robert F. Kennedy, Jr.
Children's Health Defense
1227 North Peachtree Pkwy #202
Peachtree City, GA 30269
Phone: 845-377-0211
rfk.fcc@childrenshealthdefense.org

W. Scott McCollough
McCollough Law Firm, P.C.
2290 Gatlin Creek Rd.
Dripping Springs, TX 78620
Phone: 512-888-1112
wsmc@dotlaw.biz

*Counsel for Petitioners 20-1138*

**INDEX TO DEFERRED APPENDIX**

| Tab No. | JA Page Nos. | Date | Filer/Author | Filing/Attachment Description |
|---|---|---|---|---|
| VOLUME 1 – Tabs 1-2 | | | | |
| COMMISSION ORDER AND NOTICE OF INQUIRY | | | | |
| 1 | 1-160 | Dec. 4, 2019 | FCC | *Resolution of Notice of Inquiry Order* |
| 2 | 161-363 | Mar. 29, 2013 | FCC | *Notice of Inquiry* |
| VOLUME 2 – Tabs 3 – 7 Part 1 | | | | |
| COMMENTS AND OTHER FILINGS | | | | |
| 3 | 364-428 | Sep. 3, 2013 | CTIA-The Wireless Association | FCC; Comments of the CTIA - The Wireless Association, ET Docket No. 13-84 |
| 4 | 429-467 | Nov 18, 2013 | CTIA-The Wireless Association | FCC; Reply Comments of the CTIA - The Wireless Association, ET Docket No. 13-84 |
| 5 | 468-572 | Sep. 3, 2013 | Mobile Manufacturers Forum | FCC; Mobile Manufacturers Forum Comments, ET Docket No. 13-84 |
| 6 | 573-588 | Nov. 18, 2013 | Mobile Manufacturers Forum | FCC; Mobile Manufacturers Forum Reply Comments, ET Docket No. 13-84 |

# INDEX TO DEFERRED APPENDIX

| Tab No. | JA Page Nos. | Date | Filer/Author | Filing/Attachment Description |
|---|---|---|---|---|
| 7 Part 1 | 589-764 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai. (Tab 7 Part 1) |
| **VOLUME 3 – Tab 7 Part 2** | | | | |
| 7 Part 2 | 765-1164 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai.(Tab 7 Part 2) |
| **VOLUME 4 – Tab 7 Part 3** | | | | |
| 7 Part 3 | 1165-1564 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai.(Tab 7 Part 3) |
| **VOLUME 5 – Tabs 7 Part 4 – 8 Part 1** | | | | |
| 7 Part 4 | 1565-1602 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai.(Tab 7 Part 4) |
| 8 Part 1 | 1603-1964 | Sep. 13, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of Over 600 Studies Published Between August 2016- August 2019, Dr. Joel Moskowitz; 2019 (Tab 8 Part 1) |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| **VOLUME 6 – Tabs 8 Part 2 - 10** | | | | |
| 8 Part 2 | 1965-2130 | Sep. 13, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of Over 600 Studies Published Between August 2016- August 2019, Dr. Joel Moskowitz; 2019 (Tab 8 Part 2) |
| 9 | 2131-2142 | Sep. 28, 2016 | Gary C. Vesperman | Research Compilation; Abstracts of 15 New Studies, Dr. Joel Moskowitz PhD, 2016 |
| 10 | 2143-2378 | Jul. 7, 2016 | Environmental Health Trust | Research Compilation; Studies and Documents; City of Pinole, CA |
| **VOLUME 7 – Tabs 11 – 13 Part 1** | | | | |
| 11 | 2379-2389 | Jul. 7, 2016 | Environmental Health Trust | US Exposures Limits - A History of Their Creation, Comments and Explanations; Eng. Lloyd Morgan |
| 12 | 2390-2439 | Aug. 26, 2016 | Heidi M. Lumpkin | Biosystem & Ecosystem; Birds, Bees and Mankind: Destroying Nature by 'Electrosmog': Effects of Mobile Radio and Wireless Communication. Dr. Ulrich Warnke, Ph.D., 2007 |
| 13 Part 1 | 2440-2778 | Jul. 13, 2016 | Parents for Safe Technology | Cancer; IARC Monograph: Non-Ionizing Radiation Part 2: RF EMFs, 2013 (Tab 13 Part 1) |
| **VOLUME 8 – Tabs 13 Part 2 - 23** | | | | |
| 13 Part 2 | 2779-2920 | Jul. 13, 2016 | Parents for Safe Technology | Cancer; IARC Monograph: Non-Ionizing Radiation Part 2: RF EMFs, 2013 (Tab 13 Part 2) |

**INDEX TO DEFERRED APPENDIX**

| 14 | 2921-2927 | Nov. 18, 2013 | Kevin Mottus | Cancer; IARC Press Release: IARC Classifies RF EMFs As Possibly Carcinogenic to Humans, 2011 |
|---|---|---|---|---|
| 15 | 2928-3002 | Jul. 11, 2016 | Environmental Health Trust | NTP; Report of Partial Findings from the National Toxicology Program Carcinogenesis Studies of Cell Phone Radiofrequency Radiation in Hsd: Sprague Dawley® SD rats (Whole Body Exposures); Draft 5-19-2016 |
| 16 | 3003-3009 | Oct. 1, 2018 | Environmental Health Trust | NTP; Commentary on the utility of the National Toxicology Program study on cell phone radiofrequency radiation data for assessing human health risks despite unfounded criticisms aimed at minimizing the findings of adverse health effects. Environmental Research. Dr. Ron Melnick; 2019 |
| 17 | 3010-3036 | Apr. 16, 2018 | Theodora Scarato | NTP; Dr. Hardell and Dr. Carlsberg letter to the NTP, NIH, DHHS, NTP Technical Report On The Toxicology And Carcinogenesis Studies; Mar. 12, 2018 |
| 18 | 3037-3048 | Oct. 1, 2018 | Environmental Health Trust | Cancer-NTP; Cancer epidemiology update, following the 2011 IARC evaluation of radiofrequency electromagnetic fields; (Miller et al); 2018 |
| 19 | 3049-3055 | Oct. 18, 2018 | Joel M. Moskowitz, Ph.D. | Cancer-NTP; The Significance of Primary Tumors in the NTP Study of Chronic Rat Exposure to Cell Phone Radiation. IEEE Microwave Magazine. Prof. James C. Lin; 2019 |

# INDEX TO DEFERRED APPENDIX

| | | | | |
|---|---|---|---|---|
| 20 | 3056-3065 | Aug. 27, 2013 | Cindy Sage and David O. Carpenter | BioInitiative Comments |
| 21 | 3066-3080 | Nov. 18, 2013 | Kevin Mottus | BioInitiative; 2012 Conclusions |
| 22 | 3081-3126 | Nov. 18, 2013 | Kevin Mottus | BioInitiative; Section 24: Key Scientific Evidence and Public Health Policy Recommendations; 2012 |
| 23 | 3127-3146 | Jul. 11, 2016 | Cecelia Doucette | BioInitiative; Section 1: Summary for the Public (2014 Supplement) |
| **VOLUME 9 – Tabs 24-27** | | | | |
| 24 | 3147-3218 | Sep. 30, 2016 | Catherine Kleiber | BioInitiative-Modulation; Section 15: Evidence for Disruption by Modulation Role of Physical and Biological Variables in Bioeffects of Non-Thermal Microwaves for Reproducibility, Cancer Risk and Safety Standards, (2012 Supplement) |
| 25 | 3219-3319 | Sep. 3, 2013 | Kevin Mottus | BioInitiative; Section 20, Findings in Autism, Consistent with Electromagnetic Fields (EMF) and Radiofrequency Radiation (RFR); 2012 |
| 26 | 3320-3321 | Sep. 16, 2019 | Joel Moskowitz PhD. | BioInitiative-Neurological; Percent Comparison, Effect vs No Effect in Neurological Effect Studies; 2019 |
| 27 | 3322-3559 | Sep. 16, 2019 | Joel Moskowitz PhD. | BioInitiative-Neurological; Research Summaries, RFR Neurological Effects (Section 8), 2007-2017; 2017 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| **VOLUME 10 – Tabs 28-41** | | | | |
| 28 | 3560-3561 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | BioInitiative-Mechanisms of Harm; Percent Comparison Showing Effect vs No Effect, DNA (Comet Assay), 2017 and Free Radical (Oxidative Stress), 2019 |
| 29 | 3562-3602 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | BioInitiative-Mechanisms of Harm; Research Summaries, DNA (Comet Assay) Studies; 76 Studies, 2017 |
| 30 | 3603-3721 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | BioInitiative-Mechanisms of Harm; Research Summaries, Free Radicals (Oxidative Stress Effects), 225 studies, 2019 |
| 31 | 3722-3749 | Apr. 11, 2014 | Cindy Sage, MA | BioInitiative Working Group; Preliminary Opinion on Potential Health Effects of Exposure to Electromagnetic Fields (EMF); 2014 |
| 32 | 3750-3755 | Sep. 16, 2019 | Bioinitiative Working Group | BioInitiative Working Group; Consistent Failure to Identify the Potential for Health Effects (Exhibit A); 2014 |
| 33 | 3756-3766 | Sep. 14, 2019 | Biointiative Working Group | BioInitiative Working Group; Reference List for Important Fertility and Reproduction Papers (Exhibit C); 2014 |
| 34 | 3767-3771 | Apr. 14, 2019 | Cindy Sage | BioInitiative Working Group; Mitochondrial Dysfunction and Disruption of Electrophysiology (Exhibit G); 2014 |

**INDEX TO DEFERRED APPENDIX**

| 35 | 3772-3779 | Apr. 14, 2019 | Cindy Sage, MA | BioInitiative Working Group; Epidemiological Studies, RF fields epidemiology, Comments by Drs. Lennart Hardell, Fredrik Soderqvist PhD. and Michael Carlberg, MSc. Section 3.5.1.1 Epidemiological Studies (Exhibit B); 2014 |
|---|---|---|---|---|
| 36 | 3780-3874 | Apr 11, 2014 | Cindy Sage, MA | BioInitiative Working Group; An Update on the Genetic Effects of Nonionizing Electromagnetic Fields by Prof. Henry Lai PhD; (Exhibit E); 2014 |
| 37 | 3875-3896 | Apr. 11, 2014 | Cindy Sage, MA | BioInitiative Working Group; An Update on Physical and Biological Variables, Cancer and Safety Standards by Prof. Igor Belyaev Dr. Sc., (Exhibit F); 2014 |
| 38 | 3897-3904 | Sep. 30, 2016 | Maria Powell | BioInitiative Co-Editor; Human Health Effects of EMFs: The Cost of Doing Nothing. IOPScience. (Prof. David Carpenter MD.); 2010 |
| 39 | 3905-3919 | Sep. 28, 2016 | Kevin Mottus | BioInitiative Author; Statement of Prof. Martin Blank PhD., PhD.; 2016 |
| 40 | 3920-3945 | Aug 27, 2013 | Sage Hardell Herbert | BioInitiative Authors; Prof. Lennart Hardell MD. PhD., Prof. Martha Herbert MD. PhD. and Cindy Sage Comments |
| 41 | 3946-3984 | Aug. 26, 2013 | B. Blake Levitt & Henry Lai | BioInitiatiive Author; Prof. Henry Lai PhD, and Blake Levitt Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| **VOLUME 11 – Tabs 42-59** | | | | |
| 42 | 3985-4072 | Sep. 3, 2013 | Paul Dart MD | Dr. Paul Dart MD. (Petitioner) Comments |
| 43 | 4073-4102 | Feb. 4, 2013 | Dr. Andrew Goldsworthy | The Biological Effects of Weak Electromagnetic Fields, Problems and Solutions, Prof. Andrew Goldsworthy; 2012 |
| 44 | 4103-4106 | Sep. 4, 2013 | Richard Meltzer | Dr. Richard Meltzer Comments, Radio Frequency (RF) Exposure: A Cautionary Tale |
| 45 | 4107-4112 | Feb. 6, 2013 | Donald R. Maisch | Dr. Donald R. Maisch PhD. Comments |
| 46 | 4113-4129 | Nov. 18, 2013 | Catherine Kleiber | Biological Effects from RF Radiation at Low-Intensity Exposure, based on the BioInitiative 2012 Report, and the Implications for Smart Meters and Smart Appliances; Dr. Ron M. Powell, PhD.; 2013 |
| 47 | 4130-4137 | Aug. 20, 2013 | Lawrence James Gust | Eng. Lawrence James Gust Comments |
| 48 | 4138-4146 | Feb. 25, 2013 | Michael Schwaebe | Eng. Michael Schwaebe Comments |
| 49 | 4147-4178 | Mar. 18, 2015 | Environmental Working Group | Organizations; Environmental Working Group Reply Comments |
| 50 | 4179-4195 | Nov. 18, 2013 | Nina Beety | Nina Beety Comments |

**INDEX TO DEFERRED APPENDIX**

| 51 | 4196-4206 | Sep. 16, 2019 | Joel Moskowitz PhD. | Organizations; EMF Scientist Appeal, International Scientists' Appeal to the United Nations; 2015 |
| 52 | 4207-4217 | Apr. 5, 2018 | NancyD | Organizations; 5G Appeal, Scientist Appeal to the EU, Scientists Warn of Potential Serious Health Effects of 5G; 2017 |
| 53 | 4218-4240 | Jun. 7, 2017 | Environmental Health Trust | Organizations; Medical Doctors and Public Health Organizations: Consensus Statements and Doctors' Recommendations on Cell Phones/Wireless; 2017 |
| 54 | 4241-4244 | Sep. 27, 2016 | Kevin Mottus | Organizations; Council of Europe, Résolution 1815, The Potential Dangers of Electromagnetic Fields and Their Effect on the Environment; 2011 |
| 55 | 4245-4257 | Feb. 5, 2013 | Gilda Oman | Organizations; Council of Europe, Parliamentary Assembly Report: The potential dangers of electromagnetic fields and their effect on the environment; 2011 |
| 56 | 4258-4293 | Jul. 11, 2016 | Environmental Health Trust | Organizations - Radiation Sickness; European Academy for Environmental Medicine, EUROPAEM EMF Guideline 2015 for the prevention, diagnosis and treatment of EMF-related health problems and illnesses; 2015 |

**INDEX TO DEFERRED APPENDIX**

| 57 | 4294-4305 | Feb. 5, 2013 | David Mark Morrison | Organizations; Scientific Panel on Electromagnetic Field Health Risks: Consensus Points, Recommendations, and Rationales, Scientific Meeting: Seletun, Norway. Reviews on Environmental Health; (Fragopoulou, Grigoriev et al); 2010 |
|---|---|---|---|---|
| 58 | 4306-4361 | Aug. 30, 2013 | EMF Safety Network | Organizations; EMF Safety Network Comments |
| 59 | 4362-4374 | Jul 7. 2016 | Environmental Health Trust | Organizations - Russian Government; Electromagnetic Fields From Mobile Phones: Health Effect On Children And Teenagers \| Resolution Of Russian National Committee On Nonionizing Radiation Protection \| April 2011, Moscow |
| **VOLUME 12 – Tabs 60 – 68 Part 1** | | | | |
| 60 | 4375-4482 | Jul 7, 2016 | Environmental Health Trust | Organizations - Cyprus Government; Neurological and behavior effects of Non-Ionizing Radiation emitted from mobile devices on children: Steps to be taken ASAP for the protection of children and future generations. Presentation Slides; 2016 |
| 61 | 4483-4531 | Nov. 18, 2013 | Kevin Mottus | Organizations; Austrian Medical Association, Environmental Medicine Evaluation of Electromagnetic Fields; Dr. Jerd Oberfeld MD.; 2007 |
| 62 | 4532-4534 | Jul. 11, 2016 | Environmental Health Trust | Organizations; The American Academy of Pediatrics, Letter to the FCC; 2013 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 63 | 4535-4540 | Sep. 29, 2016 | Kevin Mottus | Organizations; California Medical Association, House of Delegates Resolution Wireless Standards (Resolution 107 - 14); 2014 |
| 64 | 4541-4543 | Sep. 3, 2013 | Grassroots Environmental Education, Inc. o/b/o American Academy of Environmental | Organizations; American Academy of Environmental Medicine, Letter to the Federal Communications Commission; 2013 |
| 65 | 4544-4561 | Sep. 29, 2016 | Kevin Mottus | Organizations - Radiation Sickness; Austrian Medical Association, Guidelines for the Diagnosis and Treatment of EMF Related Health Problems and Illnesses (EMF Syndrome); 2011 |
| 66 | 4562-4590 | Sep. 28, 2016 | Kevin Mottus | Organizations; International Association of Fire Fighters, Position on the Health Effects from Radio Frequency/Microwave Radiation in Fire Department Facilities from Base Stations for Antennas and Towers; 2004 |
| 67 | 4591-4599 | Sep. 28, 2016 | Kevin Mottus | Organizations; Cities of Boston and Philadelphia Reply Comments |
| 68 Part 1 | 4600-4800 | Sep. 3, 2013 | Environmental Working Group | Organizations; Appeal to the FCC Signed by 26,000 People and Organized by the Environmental Working Group, 2013 (Tab 68 Part 1) |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| **VOLUME 13 – Tabs 68 Part 2 - 76** | | | | |
| 68 Part 2 | 4801-5171 | Sep. 3, 2013 | Environmental Working Group | Organizations; Appeal to the FCC Signed by 26,000 People and Organized by the Environmental Working Group, 2013 (Tab 68 Part 2) |
| 69 | 5172-5186 | Aug. 25, 2016 | Kevin Mottus | Organizations; Freiburger Appeal - Doctors Appeal; 2002 |
| 70 | 5187-5191 | Sep. 3, 2013 | Grassroots Environmental Education, Inc. | Organizations; Benevento Resolution, The International Commission for Electromagnetic Safety (ICEMS), 2006 |
| 71 | 5192-5197 | Jul. 18, 2016 | Environmental Health Trust | Organizations; The Porto Alegre Resolution; 2009 |
| 72 | 5198-5204 | Feb. 6, 2013 | Kevin Mottus | Organizations; Kaiser Permanente, Letter from Dr. De-Kun Li, Division of Research |
| 73 | 5205-5210 | Sep. 3, 2013 | American Association For Justice | Organizations; American Association for Justice, Comments |
| 74 | 5211-5219 | Feb. 6, 2013 | Jonathan Libber | Organizations; Maryland Smart Meter Awareness, Comments (filed by Jonathan Libber) |
| 75 | 5220-5228 | Feb. 6, 2013 | Electromagnetic Safety Alliance | Organizations; Electromagnetic Safety Alliance, Comments |

| | | | | |
|---|---|---|---|---|
| 76 | 5229-5241 | Sep. 29, 2016 | Ed Friedman | Organizations; Wildlife and Habitat Conservation Solutions; What We Know, Can Infer, and Don't Yet Know about Impacts from Thermal and Non-thermal Non-ionizing Radiation to Birds and Other Wildlife. Dr. Albert M. Manville, PhD.; 2016 |
| **VOLUME 14 – Tabs 77-96** | | | | |
| 77 | 5242-5258 | Sep. 30, 2016 | Catherine Kleiber | Mechanisms of Harm; Meta-Analysis, Oxidative mechanisms of biological activity of low-intensity radiofrequency radiation. Electromagn Biol Med (Yakymenko et al).; 2016 |
| 78 | 5259-5269 | Sep 3, 2013 | Monnie Ramsell | Mechanisms of Harm; Blood Brain Barrier; Increased Blood–Brain Barrier Permeability in Mammalian Brain 7 Days after Exposure to the Radiation from a GSM-900 Mobile Phone. Pathophysiology (Nittby, Salford et al) 2009 |
| 79 | 5270-5286 | Sep. 3, 2013 | Paul Dart MD. | Mechanisms of Harm; DNA Damage; Microwave RF Interacts with Molecular Structures; Dr. Paul Dart MD.; 2013 |
| 80 | 5287-5303 | Sep. 3, 2013 | The EMR Policy Institute | Medical Treatments & Modulation; Treatment of advanced hepatocellular carcinoma with very low levels of amplitude-modulated electromagnetic fields. British Journal of Cancer. (Costa et al); 2011 |

**INDEX TO DEFERRED APPENDIX**

| 81 | 5304-5306 | Sep. 3, 2013 | The EMR Policy Institute | Medical Treatments & Modulation; Treating cancer with amplitude-modulated electromagnetic fields: a potential paradigm shift, again? British Journal of Cancer. (Dr. Carl Blackman); 2012 |
|---|---|---|---|---|
| 82 | 5307-5309 | Feb. 8, 2013 | Alan Frey | Modulation; Dr. Alan Frey PhD., Comments, Feb. 7, 2013 |
| 83 | 5310-5319 | Jul. 11, 2016 | Environmental Health Trust | Modulation; Real Versus Simulated Mobile Phone Exposures in Experimental Studies. Biomed Res Int. (Prof. Panagopoulos et al); 2015 |
| 84 | 5320-5368 | Sep. 16, 2019 | Joel M. Moskowitz, PhD | Neurological; Book Chapter, A Summary of Recent Literature (2007-2017) on Neurological Effects of Radiofrequency Radiation, Prof. Lai; 2018 Referenced 122 Studies. |
| 85 | 5369-5412 | Sep. 28, 2016 | Kevin Mottus | Neurological - Report; Evidence of Neurological effects of Electromagnetic Radiation: Implications for degenerative disease and brain tumour from residential, occupational, cell site and cell phone exposures. Prof. Neil Cherry; 225 scientific references. 2002 |
| 86 | 5413-5415 | Sep 3, 2013 | Kevin Mottus | Neurological; The effects of mobile-phone electromagnetic fields on brain electrical activity: a critical analysis of the literature. Electromagn Biol Med. (Marino et al) (Abstract); 2009 |

**INDEX TO DEFERRED APPENDIX**

| 87 | 5416-5435 | Nov. 18, 2013 | Kevin Mottus | Autism and EMF? Plausibility of a pathophysiological link. Pathophysiology, Part I. (Herbert et al); 2013 |
|---|---|---|---|---|
| 88 | 5436-5460 | Nov. 18, 2013 | Kevin Mottus | Autism and EMF? Plausibility of a pathophysiological link. Pathophysiology, Part II. (Herbert et al); 2013 |
| 89 | 5461-5486 | Sep. 3, 2013 | Kevin Mottus | Fertility; Research Abstracts, List of References Reporting Fertility and/or Reproduction Effects from Electromagnetic Fields and/or Radiofrequency Radiation (66 references) |
| 90 | 5487-5499 | Sep. 3, 2013 | Paul Dart MD | Fertility; Effects of Microwave RF Exposure on Fertility, Dr. Paul Dart MD. (Petitioner); 2013 |
| 91 | 5500-5506 | Sep. 3, 2013 | Paul Dart MD | Hormonal; RF and Hormones, Alterations in Hormone Physiology; Dr. Paul Dart MD. (Petitioner); 2013 |
| 92 | 5507-5514 | Feb. 7, 2013 | Toni Stein | Prenatal & Children; Fetal Radiofrequency Radiation Exposure From 800-1900 Mhz-Rated Cellular Telephones Affects Neurodevelopment and Behavior in Mice. Scientific Reports. (Aldad, Taylor et al); 2012 |
| 93 | 5515-5518 | Jul. 7, 2016 | Environmental Health Trust | Prenatal & Children; Fetal Exposures and Cell Phones. Studies List. Prof. Hugh Taylor MD.; 2015 |

**INDEX TO DEFERRED APPENDIX**

| 94 | 5519-5553 | Jul. 13, 2016 | Parents for Safe Technology | Prenatal and Children; Fetal Cell Phone Exposure: How Experimental Studies Guide Clinical Practice, Hugh S. Taylor MD. PhD., Chair of Obstetrics, Gynecology and Reproductive Sciences, Yale School of Medicine |
| --- | --- | --- | --- | --- |
| 95 | 5554-5559 | Sep. 3, 2013 | Dr. Suleyman Kaplan | Prenatal & Children; Dr. Suleyman Kaplan Comments |
| 96 | 5560-5614 | Nov. 18, 2013 | Kevin Mottus | Prenatal & Children; Amended Declaration of Dr. David O. Carpenter MD. (Dec. 20, 2011); *Morrison et al v. Portland Schools*, No. 3:11-cv-00739-MO (U.S.D.C. Oregon, Portland Div.) |
| **VOLUME 15 – Tabs 97-101** | | | | |
| 97 | 5615-5712 | Sep. 28, 2016 | Kevin Mottus | Prenatal & Children; Doctors and Scientists Letters on Wi-Fi in Schools |
| 98 | 5713-5895 | Jul. 11, 2017 | Environmental Health Trust | Dr. Devra Davis PhD., President of Environmental Health Trust (Petitioner) Comments |
| 99 | 5896-5993 | Jun. 7, 2017 | Environmental Health Trust | Children; Letter to Montgomery County Schools, Prof. Martha Herbert MD., PhD.; 2015 |
| 100 | 5994-6007 | Apr. 29, 2019 | Environmental Health Trust | Neurological - Children; A Prospective Cohort Study of Adolescents' Memory Performance and Individual Brain Dose of Microwave Radiation from Wireless Communication. Environ Health Perspect. (Foerster et al); 2018 |

**INDEX TO DEFERRED APPENDIX**

| 101 | 6008-6014 | Sep. 28, 2016 | Kevin Mottus | Prenatal & Children; Cell phone use and behavioral problems in young children. J Epidemiol Community Health. (Divan et al); 2012 |
|---|---|---|---|---|
| **VOLUME 16 - Tabs 102-126** | | | | |
| 102 | 6015-6026 | Jul. 7, 2016 | Environmental Health Trust | Prenatal & Children; "Cell Phones & WiFi – Are Children, Fetuses and Fertility at Risk?"; 2013 |
| 103 | 6027-6060 | Jul. 7, 2016 | Environmental Health Trust | Prenatal & Children; Safe Schools 2012, Medical and Scientific Experts Call for Safe Technologies in Schools |
| 104 | 6061-6067 | Sep. 3, 2013 | Kevin Mottus | Prenatal & Children - Stem Cells; Microwaves from Mobile Phones Inhibit 53BP1 Focus Formation in Human Stem Cells More Strongly Than in Differentiated Cells: Possible Mechanistic Link to Cancer Risk. Environmental Health Perspectives (Markova, Belyaev et al); 2010 |
| 105 | 6068-6069 | Sep. 26, 2016 | Angela Tsaing | Radiation Sickness - Children; Angela Tsiang Comments |
| 106 | 6070-6071 | Mar. 5, 2013 | Abigail DeSesa | Radiation Sickness - Children; Abigail DeSesa Comments |
| 107 | 6072-6111 | Sep. 28, 2016 | Kevin Mottus | Cell Towers - Research Abstract Compilation; 78 Studies Showing Health Effects from Cell Tower Radio Frequency Radiation; 2016 |
| 108 | 6112-6122 | Sep. 3, 2013 | Paul Dart MD | Cell Towers; Consequences of Chronic Microwave RF Exposure, Dr. Paul Dart MD. (Petitioner) |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 109 | 6123-6132 | Jul. 11, 2016 | Environmental Health Trust | Cell Towers - Cancer; Meta-Analysis, Long-Term Exposure To Microwave Radiation Provokes Cancer Growth: Evidences From Radars And Mobile Communication Systems. (Yakymenko et al); 2011 |
| 110 | 6133-6148 | Sep. 3, 2013 | Monnie Ramsell | Cell Towers - Neurological; Changes of Clinically Important Neurotransmitters under the Influence of Modulated RF Fields, A Long-term Study under Real-life Conditions; Umwelt-Medizin-Gesellschaft; (Buchner & Eger); 2011 |
| 111 | 6148-6160 | Dec. 10, 2018 | Environmental Health Trust | Cell Towers - DNA; Impact of radiofrequency radiation on DNA damage and antioxidants in peripheral blood lymphocytes of humans residing in the vicinity of mobile phone base stations. Electromagnetic Biology and Medicine. (Zothansiama et al); 2017 |
| 112 | 6161-6169 | Dec. 10, 2018 | Environmental Health Trust | Cell Towers - Cancer; Environmental radiofrequency radiation at the Järntorget Square in Stockholm Old Town, Sweden in May, 2018 compared with results on brain and heart tumour risks in rats exposed to 1.8 GHz base station environmental emissions, World Academy of Sciences Journal. (Hardell et al); 2018 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 113 | 6170-6258 | Sep. 30, 2016 | Catherine Kleiber | Cell Towers; Indian Government, Ministry of Environment and Forest, Report on Possible Impacts of Communication Towers on Wildlife Including Birds and Bees. 919 studies reviewed; 2011 |
| 114 | 6259-6260 | Sep. 3, 2013 | Kevin Mottus | Cell Towers; Epidemiological evidence for a health risk from mobile phone base stations, Int J Occup Environ Health. (Hardell et al); 2010 |
| 115 | 6261-6289 | Sep. 16, 2019 | Joel Moskowitz, PhD | Cell Towers; Biological Effects From Exposure to Electromagnetic Radiation Emitted By Cell Tower Base Stations and Other Antenna Arrays. Environ. Rev. (Lai & Levitt); 2010 |
| 116 | 6290-6301 | Jul. 11, 2016 | Environmental Health Trust | Cell Towers; Research Summaries of Cell Tower Radiation Studies |
| 117 | 6302-6311 | Sep. 30, 2016 | Catherine Kleiber | Cell Towers-Wildlife; Electromagnetic Pollution From Phone Masts. Effects on Wildlife; Pathophysiology. (Dr. Alfonso Balmori); 2009 |
| 118 | 6312-6324 | Jul. 18, 2106 | Environmental Health Trust | Cell Towers - Wildlife; Testimony of Dr. Albert M. Manville, II, PhD., C.W.B, Before the City of Eugene City Planning Department in Opposition to AT&T/Crossfire's Application for a "Stealth" Cellular Communications Tower; May 6, 2015 |

**INDEX TO DEFERRED APPENDIX**

| 119 | 6325-6341 | Sep. 30, 2016 | Catherine Kleiber | Cell Towers - Plants; Radiofrequency Radiation Injures Trees Around Mobile Phone Base Stations. Science of the Total Environment. (Waldmann-Selsam et al); 2016 |
|-----|-----------|---------------|-------------------|---|
| 120 | 6342-6349 | Apr. 8, 2014 | M.K. Hickcox | Biosystem & Ecosystem; The Dangers of Electromagnetic Smog, Prof. Andrew Goldsworthy, PhD.; 2007 |
| 121 | 6350-6366 | Sep. 3, 2013 | The EMR Policy Institute | Biosystem and Ecosystem; Impacts of radio-frequency electromagnetic field (RF-EMF) from cell phone towers and wireless devices on biosystem and ecosystem – a review. Biology and Medicine (Sivani et al.); 2012 |
| 122 | 6367-6379 | Oct. 1, 2018 | Environmental Health Trust | 5G; 5G wireless telecommunications expansion: Public health and environmental implications, Environmental Research. (Dr. Cindy Russell MD.); 2018 |
| 123 | 6380-6383 | Oct. 18, 2019 | Joel M. Moskowitz PhD | 5G; We Have No Reason to Believe 5G is Safe, Dr. Joel Moskowitz PhD., Scientific American; 2019 |
| 124 | 6384-6392 | Jul. 11, 2017 | Environmental Health Trust | 5G - Millimeter Waves; Nonthermal Effects of Extremely High-Frequency Microwaves on Chromatin Conformation in Cells in vitro—Dependence on Physical, Physiological, and Genetic Factors. IEEExPlore. (Belyaev et al); 2000 |

**INDEX TO DEFERRED APPENDIX**

| 125 | 6393-6408 | Oct. 1, 2018 | Environmental Health Trust | 5G; What You Need To Know About 5G Wireless And "Small" Cells Top 20 Facts About 5G; Environmental Health Trust |
| 126 | 6409-6429 | Jan. 13, 2015 | NYU Wireless | 5G; Millimeter-Wave Cellular Wireless Networks: Potentials and Challenges, IEEE; (2014) |
| **VOLUME 17 – Tabs 127 – 142 Part 1** | | | | |
| 127 | 6430-6436 | Jul. 13, 2016 | Priscilla King | 5G; FCC Chairman Tom Wheeler 'The Future of Wireless: A Vision for U.S. Leadership in a 5G World'; 2016 |
| 128 | 6437-6447 | Jul. 14, 2016 | Angela Tsaing | 5G; Letter to House Subcommittee on Communications and Technology; Angela Tsiang; 2016 |
| 129 | 6448-6453 | Jan. 8, 2019 | LeRoy Swicegood | 5G; Ask Congress to Vote No, We Are The Evidence Fact Sheet; 2016 |
| 130 | 6454-6510 | Jul. 13, 2016 | Parents For Safe Technology | 5G; 5G Spectrum Frontiers -The Next Great Unknown Experiment On Our Children, Compilation of Letters to Congress; 2016 |
| 131 | 6511-6513 | Apr. 16, 2018 | Theodora Scarato | 5G;What You Need To Know About 5G Wireless and "Small" Cells |
| 132 | 6514-6587 | Sep. 28, 2016 | Kevin Mottus | Wi-Fi; 136 Studies Showing Health Effects from Wi-Fi Radio Frequency Radiation |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 133 | 6588-6603 | Jul. 13, 2016 | Parents For Safe Technology | Wi-Fi; 2.45-GHz Microwave Irradiation Adversely Affects Reproductive Function in Male Mouse, Mus Musculus by Inducing Oxidative and Nitrosative Stress. Free Radical Research (Shahin et al); 2014 |
| 134 | 6604-6611 | Jul. 7, 2016 | Environmental Health Trust | Wi-Fi - Fertility; Immunohistopathologic demonstration of deleterious effects on growing rat testes of radiofrequency waves emitted from conventional Wi-Fi devices. Journal of Pediatric Neurology. (Atasoy et al); 2013 |
| 135 | 6612-6620 | Apr. 8, 2014 | MK Hickox | Smart Meters: Correcting the Gross Misinformation, Letter by 54 Scientists and MDs; 2012 |
| 136 | 6621-6622 | Nov. 18, 2013 | Catherine Kleiber | Smart Meters - Radiation Sickness; American Academy of Environmental Medicine, Smart Meter Case Series; 2013 |
| 137 | 6623-6692 | Sep. 3, 2013 | Rachel Cooper | Smart Meters; Assessment of Radiofrequency Microwave Radiation Emissions from Smart Meters; Sage Associates, Environmental Consultants; 2011 |
| 138 | 6693-6699 | Jul. 7, 2016 | Environmental Health Trust | Smart Meters; FCC Maximum Permissible Exposure Limits for Electromagnetic Radiation, as Applicable to Smart Meters. Dr. Ron Powell PhD.; 2013 |

**INDEX TO DEFERRED APPENDIX**

| 139 | 6700-6705 | Jul. 7, 2016 | Environmental Health Trust | Smart Meters - Radiation Sickness; Symptoms after Exposure to Smart Meter Radiation. Dr. Ron Powell PhD.; 2015 |
|---|---|---|---|---|
| 140 | 6706-6735 | Sep. 3, 2013 | Kit Weaver | Kit Weaver, Comments |
| 141 | 6736-6740 | Feb. 6, 2013 | Joshua Hart | Organizations - Radiation Sickness; StopSmartMeters, Comments |
| 142 Part 1 | 6741-6850 | Sep. 28, 2016 | Kevin Mottus | Cell Phones; Research Abstracts of Over 700 Studies Showing Health Effects from Cell Phone Radio Frequency Radiation; Prof. Henri Lai (Tab 142 Part 1) |
| **VOLUME 18 – Tabs 142 Part 2 - 153** | | | | |
| 142 Part 2 | 6851-7088 | Sep. 28, 2016 | Kevin Mottus | Cell Phones; Research Abstracts of Over 700 Studies Showing Health Effects from Cell Phone Radio Frequency Radiation; Prof. Henri Lai (Tab 142 Part 2) |
| 143 | 7089-7099 | Sep. 28, 2016 | Kevin Mottus | Cancer - Brain Tumors; Using the Hill viewpoints from 1965 for evaluating strengths of evidence of the risk for brain tumors associated with the use of mobile and cordless phones. Rev Environ Health. (Hardell and Caarlsberg); 2013 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 144 | 7100-7121 | Nov. 18, 2013 | Kevin Mottus | Cancer-Brain Tumors; Mobile phone use and brain tumour risk: early warnings, early actions? (Gee, Hardell Carlsberg) (Chapter 21 of Report: "Late lessons from early warnings: science, precaution"); 2013 |
| 145 | 7122-7134 | Sep. 12, 2019 | Environmental Health Trust | Cell Phones; Real-world cell phone radiofrequency electromagnetic field exposures. Environmental Research. (Wall et al); 2019 |
| 146 | 7135-7142 | Nov. 18, 2013 | Kevin Mottus | Cancer -Brain Tumors; Meta-analysis of long-term mobile phone use and the association with brain tumours, Prof. Lennart Hardell MD. PhD. 2008 |
| 147 | 7143-7156 | Jul. 11, 2016 | Environmental Health Trust | Cancer - Brain Tumors; Case-control study of the association between malignant brain tumours diagnosed between 2007 and 2009 and mobile and cordless phone use. International Journal of Oncology.(Hardell et al); 2013 |
| 148 | 7157-7183 | Nov. 18, 2013 | Kevin Mottus | Cancer - Brain Tumors; Use of mobile phones and cordless phones is associated with increased risk for glioma and acoustic neuroma. Pathophysiology. (Hardell et al); 2012 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 149 | 7184-7193 | Sep. 28, 2016 | Kevin Mottus | Cancer - Brain Tumors; Pooled Analysis of Two Swedish Case-Control Studies on the Use of Mobile and Cordless Telephones and the Risk of Brain Tumours Diagnosed During 1997-2003.International Journal of Occupational Safety and Ergonomics (Mild, Hardell, Carlsberg); 2007 |
| 150 | 7194-7210 | Dec. 10, 2018 | Environmental Health Trust | Thermal and non-thermal health effects of low intensity non-ionizing radiation: An international perspective. Environmental Pollution. (Belpomme et al); 2018 |
| 151 | 7211-7224 | Sep. 28, 2016 | Kevin Mottus | Cancer - Brain Tumors; Mobile phones, cordless phones and the risk for brain tumours. International Journal of Oncology (Prof. Lennart Hardell MD., PhD.); 2009 |
| 152 | 7225-7251 | Sep. 3, 2013 | Paul Dart MD | Cancer - Cell Phones; Cell Phones and Risk of Brain Tumor, Dr. Paul Dart MD. (Petitioner); 2013 |
| 153 | 7252-7255 | Jan 31, 2019 | Julian Gehman | Jullian Gehman Esq. Comments |
| **VOLUME 19 – Tabs 154-168** | | | | |
| 154 | 7256-7371 | Nov. 5, 2013 | Joel M. Moskowitz Ph.D. | Dr. Joel Moskowitz PhD. Reply Comments, Why the FCC Must Strengthen Radiofrequency Radiation Limits in the U.S. |

**INDEX TO DEFERRED APPENDIX**

| 155 | 7372-7414 | Jun. 17, 2014 | Environmental Working Group | Cancer - Children; Cell Phone Radiation: Science Review on Cancer Risks and Children's Health; Environmental Working Group; 2009 |
|---|---|---|---|---|
| 156 | 7415-7417 | Sep. 30, 2016 | Kevin Mottus | Cell Phones - Plants; Review: Weak Radiofrequency Radiation Exposure From Mobile Phone Radiation on Plants. Electromagnetic Biology and Medicine (Malka N. Halgamuge); 2016 |
| 157 | 7418-7421 | Apr. 29, 2019 | Environmental Health Trust | Testing; Microwave Emissions From Cell Phones Exceed Safety Limits in Europe and the US When Touching the Body. IEEE Access. Prof. Om P. Gandhi PhD.; 2019 |
| 158 | 7422-7426 | Sep. 12, 2019 | Environmental Health Trust | Testing - Children; Absorption of wireless radiation in the child versus adult brain and eye from cell phone conversation or virtual reality. Environmental Research. (C. Fernandez et al); 2018 |
| 159 | 7427-7431 | Jul. 11, 2016 | Environmental Health Trust | Yes the Children Are More Exposed to Radiofrequency Energy From Mobile Telephones Than Adults. IEEE Access (Prof. Om Ghandi PhD); 2015 |
| 160 | 7432-7441 | Jul. 7, 2016 | Environmental Health Trust | Testing - Children; Children Absorb Higher Doses of Radio Frequency Electromagnetic Radiation From Mobile Phones Than Adults. IEEE Access (Robert D. Morris et al); 2015 |

**INDEX TO DEFERRED APPENDIX**

| 161 | 7442-7445 | Apr. 29, 2019 | Environmental Health Trust | Testing – Children; Exposure Limits: The underestimation of absorbed cell phone radiation, especially in children. Electromagnetic Biology and Medicine (Gandhi et al); 2011 |
|-----|-----------|---------------|----------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 162 | 7446-7504 | Nov. 17, 2013 | Pong Research Corporation | Testing; Pong Research Corporation Reply Comments |
| 163 | 7505-7514 | Aug. 19, 2012 | Pong Research Corporation | Testing; Pong Research Corporation, Letter to the FCC |
| 164 | 7515-7602 | Nov. 17, 2013 | L. Lloyd Morgan | Environmental Health Trust, Reply Comments (Erroneous Comments Submitted to the FCC on Proposed Cellphone Radiation Standards and Testing by CTIA – September 3, 2013) |
| 165 | 7603-7614 | Sep. 3, 2013 | Dr. Joel M. Moskowitz PhD | "Comments on Notice of Inquiry, ET Docked No. 13-84" GAO Report \| "Exposure and Testing Requirements for Mobile Phones Should Be Reassessed." Dr. Joel Moskowitz PhD.; 2012 |
| 166 | 7615-7628 | Sep. 2, 2013 | Consumers for Safe Cell Phones | Organizations; Consumers for Safe Cell Phones Comments (Petitioner) |
| 167 | 7629-7640 | Nov. 17, 2013 | Consumers for Safe Cell Phones | Consumers for Safe Cell Phone Comments (Reply to CTIA Comments from Sep. 13, 2013) |
| 168 | 7641-7672 | Nov. 17, 2013 | Environmental Working Group | Organizations; Environmental Working Group, Reply Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| **VOLUME 20 - Tabs 169 – 172 Part 1** | | | | |
| 169 | 7673-7682 | Dec. 10, 2018 | Environmental Health Trust | Industry Influence; World Health Organization, Radiofrequency Radiation and Health - a Hard Nut to Crack (Review). International Journal of Oncology. Prof. Lennart Hardell MD. PhD.; 2017 |
| 170 | 7683-7716 | Nov. 18, 2013 | Richard H. Conrad PhD | Industry Influence; Business Bias As Usual: The Case Of Electromagnetic Pollution. Prof. Levis, Prof. Gennaro, Prof. Garbisa |
| 171 | 7717-7719 | Sep. 3, 2013 | The EMR Policy Institute | Industry Influence; Prof. Martha Herbert MD PhD., Harvard Pediatric Neurologist Letter to Los Angeles Unified School District; 2013 |
| 172 Part 1 | 7720-8073 | Feb. 6, 2013 | Dr. Donald R. Maisch PhD | Industry Influence; The Procrustean Approach: Setting Exposure Standards for Telecommunications Frequency Electromagnetic Radiation, Dr. Donald Maisch PhD.; 2009 (Tab 172 Part 1) |
| **VOLUME 21 – Tabs 172 Part 2 - 185** | | | | |
| 172 Part 2 | 8074-8158 | Feb. 6, 2013 | Dr. Donald R. Maisch PhD | Industry Influence; The Procrustean Approach: Setting Exposure Standards for Telecommunications Frequency Electromagnetic Radiation, Dr. Donald Maisch PhD.; 2009 (Tab 172 Part 2) |
| 173 | 8159-8167 | Sep. 29, 2016 | Kevin Mottus | Industry Influence; Illusion and Escape: The Cell Phone Disease Quagmire. Dr. George L. Carlo PhD., JD.; 2008 |

**INDEX TO DEFERRED APPENDIX**

| 174 | 8168-8169 | Nov. 18, 2013 | Kevin Mottus | Industry Influence; Quote of Prof. Henry Lai PhD from NY Times Article about Percent of Negative Studies Funded By Industry; 2013 |
| 175 | 8170-8177 | Nov 18, 2013 | Kevin Mottus | Industry Influence; Warning: Your Cell Phone May Be Hazardous to Your Health. Christopher Ketcham, GQ; 2010 |
| 176 | 8178-8182 | Sep. 3, 2013 | Monnie Ramsell | Industry Influence; Radiation Protection in Conflict With Science; Dr. Franz Adlkofer PhD.; 2011 |
| 177 | 8183-8184 | Mar. 21, 2019 | Office of Engineering and Technology | US Agencies; Letter from the FCC's OET Dept. to Dr. Shuren of the FDA |
| 178 | 8185-8188 | Apr. 30, 2019 | Center for Devices and Radiological Health | US Agencies; Letter from Dr. Shuren of the FDA to the FCC's OET Dept. |
| 179 | 8189-8279 | Sep. 24, 2013 | Grassroots Environmental Education, Inc. | US Agencies - Radiation Sickness; US Access Board Acknowledgement of Radiation Sickness (Electromagnetic Sensitivities); 2002 |
| 180 | 8280-8377 | Sep. 24, 2013 | Grassroots Environmental Education, Inc. | US Agencies - Radiation Sickness; National Institute of Building Sciences (NIBS), IEQ Indoor Environmental Quality; Recommendations for Accommodation for Electromagnetic Sensitivity; 2005 |

**INDEX TO DEFERRED APPENDIX**

| 181 | 8378-8386 | Sep. 29, 2016 | Kevin Mottus | US Agencies; US Department of Interior, Letter of the Director of Office of Environmental Policy and Compliance; 2014 |
|---|---|---|---|---|
| 182 | 8387-8407 | Mar. 4, 2013 | Susan Brinchman, CEP | US Agencies; Department of the Army, Confidential Legal Correspondence, Dec. 13, 2006 |
| 183 | 8408-8411 | Sep. 2, 2013 | Kevin Mottus | US Agencies; US Environmental Protection Agency (EPA) Letter to EMR Network; Jul. 6, 2002 |
| 184 | 8412-8424 | Jul. 7, 2016 | Environmental Health Trust | US Agencies; EPA Letter to the FCC, Comments on FCC 93-142 Environmental Effects of RF; 1993 |
| 185 Part 1 | 8425-8505 | Jul. 7, 2016 | Environmental Health Trust | US Agencies; US Naval Medical Research Institute. Bibliography of Reported Biological Phenomena ("Effects") and Clinical Manifestations Attributed to Microwave and Radio-frequency Radiation; 1971 (Tab 185 Part 1) |
| **VOLUME 22 – Tabs 185 Part 2 - 238** | | | | |
| 185 Part 2 | 8506-8531 | Jul. 7, 2016 | Environmental Health Trust | US Agencies; US Naval Medical Research Institute. Bibliography of Reported Biological Phenomena ("Effects") and Clinical Manifestations Attributed to Microwave and Radio-frequency Radiation; 1971 (Tab 185 Part 2) |
| 186 | 8532-8636 | Jul. 12, 2015 | U.S. Department of Labor | US Agencies; US Department of Labor Comment |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 187 | 8537-8539 | Sep. 29, 2016 | Kevin Mottus | Radiation Sickness; Exemption for Fire stations, California Assembly Bill No. 57 (2015), codified at Cal. Gov. Code 65964.1 |
| 188 | 8540-8546 | Sep. 3, 2013 | Susan D. Foster, MSW | Radiation Sickness - Firefighters; Susan Foster Comments |
| 189 | 8547-8626 | Jul. 7, 2016 | Environmental Health Trust | Radiation Sickness; Electromagnetic Hypersensitivity, Dr. Erica Mallery-Blythe; 2014 |
| 190 | 8627-8628 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | Radiation Sickness; Reliable disease biomarkers characterizing and identifying electrohypersensitivity and multiple chemical sensitivity as two etiopathogenic aspects of a unique pathological disorder. Rev Environ Health. (Prof. Belpomme et al); 2015 |
| 191 | 8629-8637 | Sep.3, 2013 | Kevin Mottus | Radiation Sickness; Electromagnetic hypersensitivity: evidence for a novel neurological syndrome. Int J Neurosci. (McCarty et al); 2011 |
| 192 | 8638-8641 | Nov. 18, 2013 | Toril H. Jelter MD | Radiation Sickness - Children; Dr. Torill Jelter MD. (Petitioner) Comments |
| 193 | 8642-8659 | Jul. 13, 2016 | Deborah Kopald | Radiation Sickness, Deborah Kopald Comments |
| 194 | 8660-8662 | Sep. 30, 2016 | Ann Lee MD | Radiation Sickness - Children; Dr. Ann Lee MD. (Petitioner) Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 195 | 8663-8681 | Sep. 3. 2013 | Paul Dart MD. | Radiation Sickness; Health Effects of Microwave Radio Exposures. Dr. Paul Dart MD.(Petitioner) Comments |
| 196 | 8682-8683 | Sep. 4, 2013 | Erica M. Elliott | Radiation Sickness; Dr. Erica Elliott MD. Comments |
| 197 | 8684-8734 | Sep. 16, 2019 | Dr. Joel M. Moskowitz PhD. | Radiation Sickness; Electrohypersensitivity Abstracts; 2017 |
| 198 | 8735-8747 | Jul. 11, 2016 | Environmental Health Trust | Radiation Sickness; Could Myelin Damage from Radiofrequency Electromagnetic Field Exposure Help Explain the Functional Impairment Electrohypersensitivity? A Review of the Evidence. Journal of Toxicology and Environmental Health. (Redmayne and Johansson); 2014 |
| 199 | 8748-8773 | Jul. 11, 2016 | Kate Kheel | Radiation Sickness; No Safe Place - shattered lives, healthcare set to crash − you can't fix this fast enough; Letter to a Mayor, Olga Sheean, Jun. 15, 2016 |
| 200 | 8774-8778 | Aug. 26, 2013 | Sarah Jane Berd | Radiation Sickness; Sarah Jane Berd Comments |
| 201 | 8779-8782 | Feb. 4, 2013 | Cynthia S Larson | Radiation Sickness; Cynthia S. Larson Comments |
| 202 | 8783-8784 | Oct. 3, 2016 | Josh Fisher | Radiation Sickness; Josh Fisher Comments |
| 203 | 8785-8787 | Oct. 3, 2016 | Paul Stanley | Radiation Sickness; Paul Stanley (Petitioner) Comments |

**INDEX TO DEFERRED APPENDIX**

| 204 | 8788-8789 | Nov. 25, 2013 | Lynnell Rosser | Radiation Sickness; Lynnell Rosser Letter |
|---|---|---|---|---|
| 205 | 8790-8796 | Sep.12, 2013 | Charyl Zehfus | Radiation Sickness; Charyl Zehfus Reply Comments |
| 206 | 8797-8800 | Sep. 4, 2013 | Annie Starr | Radiation Sickness; Annie Starr Comments |
| 207 | 8801-8802 | Sep. 3, 2013 | Rob Bland | Radiation Sickness; Rob Bland Comments |
| 208 | 8803-8805 | Sep. 3, 2013 | Nancy Rose Gerler | Radiation Sickness; Nancy Rose Gerler Comments |
| 209 | 8806-8811 | Feb. 5, 2013 | Monnie Ramsell | Radiation Sickness; Monnie Ramsell Comments |
| 210 | 8812-8815 | Sep. 3 2013 | Miriam D. Weber | Radiation Sickness; Miriam D. Weber Comments |
| 211 | 8816-8818 | Sep. 3 2013 | Junghie Elky | Radiation Sickness; Junghie Elky Comments |
| 212 | 8819-8832 | Aug. 30, 2013 | Catherine Kleiber | Radiation Sickness; ADA/FHA Catherine Kleiber Comments |
| 213 | 8833-8837 | Sep. 3, 2013 | Amanda & Ryan Rose | Radiation Sickness; Amanda & Ryan Rose Comments |
| 214 | 8838-8842 | Sep. 3, 2013 | Cindy Bowman | Radiation Sickness; Cindy Bowman Comments |
| 215 | 8843-8844 | Sep. 3, 2013 | Sue Martin | Radiation Sickness; Sue Martin Comments |
| 216 | 8845-8846 | Sep. 3, 2013 | Richard Gaul | Radiation Sickness; Richard Gaul Comments |

**INDEX TO DEFERRED APPENDIX**

| 217 | 8847-8848 | Sep. 4 2013 | Karen Strode | Radiation Sickness; Karen Strode Comments |
| 218 | 8849-8850 | Sep. 3, 2013 | Jaime Schunkewitz | Radiation Sickness; Jaime Schunkewitz Comments |
| 219 | 8851-8854 | Aug. 13, 2013 | Linda Bruce | Radiation Sickness; Linda Bruce Comments |
| 220 | 8855-8858 | Feb. 19, 2013 | Louise Kiehl Stanphill | Radiation Sickness; Louise Kiehl Stanphill Reply Comments |
| 221 | 8859-8862 | Feb. 7, 2013 | Diana LeRoss | Radiation Sickness; Diana LeRoss Comments, Feb. 7, 2013 |
| 222 | 8863-8866 | Jun. 17, 2013 | Marc Sanzotta | Radiation Sickness; Marc Sanzotta Comments |
| 223 | 8867-8868 | Aug.11, 2016 | Barbara A. Savoie | Radiation Sickness; Barbara A. Savoie Comments |
| 224 | 8869-8885 | Jul. 13, 2016 | R. Kay Clark | Radiation Sickness; R. Kay Clark Comments |
| 225 | 8886-8887 | Sep. 3, 2013 | Steve & Juleen Ross | Radiation Sickness; Steve & Juleen Ross Comments |
| 226 | 8888-8892 | Sep. 3, 2013 | Kathy Ging | Radiation Sickness; Kathy Ging Comments |
| 227 | 8893-8895 | Sep. 3, 2013 | Jeraldine Peterson-Mark | Radiation Sickness; Jeraldine Peterson-Mark Comments |
| 228 | 8896-8900 | Sep. 3, 2013 | Edward G. | Radiation Sickness; Edward G. Comments |
| 229 | 8901-8903 | Sep. 4, 2013 | D. Yourovski | Radiation Sickness; D. Yourovski Comments |

**INDEX TO DEFERRED APPENDIX**

| 230 | 8904-8907 | Sep. 3, 2013 | Ellen K. Marks | Radiation Sickness; Ellen K. Marks Comments |
| 231 | 8908-8911 | Sep. 3, 2013 | Melo11dy Graves | Radiation Sickness; Melody Graves Comments |
| 232 | 8912-8913 | Sep. 3, 2013 | Bernadette Johnston | Radiation Sickness; Bernadette Johnston Comments |
| 233 | 8914-8916 | Sep. 3, 2013 | Shane Gregory | Radiation Sickness; Shane Gregory Comments |
| 234 | 8917-8918 | Sep. 3, 2013 | Layna Berman | Radiation Sickness; Layna Berman Comments |
| 235 | 8919-8922 | Sep. 3, 2013 | Linda Giannoni | Radiation Sickness; Linda Giannoni Comments |
| 236 | 8923-8925 | Sep. 3, 2013 | Jennifer Page | Radiation Sickness; Jennifer Page Comments |
| 237 | 8926-8928 | Sep. 3, 2013 | Jackie Seward | Radiation Sickness; Jackie Seward Comments |
| 238 | 8929-8931 | Sep. 3, 2013 | Elizabeth Feudale | Radiation Sickness; Elizabeth Feudale Comments |
| **VOLUME 23 – Tabs 239-315** | | | | |
| 239 | 8932-8933 | Sep. 3, 2013 | Brent Dalton | Radiation Sickness; Brent Dalton Comments |
| 240 | 8934-8937 | Sep. 3, 2013 | Elizabeth Barris | Radiation Sickness; Elizabeth Barris (Petitioner) Comments |
| 241 | 8938-8940 | Sep. 3, 2013 | Olemara | Radiation Sickness; Olemara Comments |
| 242 | 8941-8943 | Aug. 14, 2013 | Melissa White | Radiation Sickness; Melissa White Comments |

**INDEX TO DEFERRED APPENDIX**

| 243 | 8944-8946 | Jun. 4, 2013 | Carol Moore | Radiation Sickness; Carol Moore Comments |
|---|---|---|---|---|
| 244 | 8947-8952 | Mar. 7, 2013 | Michele Hertz | Radiation Sickness; Michele Hertz (Petitioner) Comments |
| 245 | 8953-8955 | Mar. 4, 2013 | B.J. Arvin | Radiation Sickness; B.J. Arvin Reply Comments |
| 246 | 8956-8959 | Feb. 12, 2013 | Suzanne D. Morris | Radiation Sickness; Suzanne D. Morris Comments |
| 247 | 8960-8962 | Feb. 7, 2013 | Tom Creed | Radiation Sickness; Tom Creed Comments |
| 248 | 8963-8967 | Feb. 6, 2013 | Julie Ostoich | Radiation Sickness; Julie Ostoich Comments |
| 249 | 8968-8981 | Feb. 6, 2013 | Kathleen M. Sanchez | Radiation Sickness; Kathleen M. Sanchez Comments |
| 250 | 8982-8985 | Feb. 6, 2013 | John Edward Davie | Radiation Sickness; John Edward Davie Comments |
| 251 | 8986-8989 | Feb. 6, 2013 | Alison L. Denning | Radiation Sickness; Alison L. Denning Comments |
| 252 | 8990-9012 | Feb. 6, 2013 | Susan Brinchman, CEP | Radiation Sickness; Susan Brinchman Comments |
| 253 | 9013-9016 | Feb. 6, 2013 | Terilynn Langsev | Radiation Sickness; Terilynn Langsev Comments |
| 254 | 9017-9020 | Feb. 6, 2013 | Beth Ann Tomek | Radiation Sickness; Beth Ann Tomek Comments |
| 255 | 9021-9025 | Feb. 5, 2013 | Sandra Storwick | Radiation Sickness; Sandra Storwick Comments |

**INDEX TO DEFERRED APPENDIX**

| 256 | 9026-9029 | Feb. 5, 2013 | Odessa Rae | Radiation Sickness; Odessa Rae Comments |
|-----|-----------|--------------|------------|------------------------------------------|
| 257 | 9030-9033 | Feb. 5, 2013 | Kenneth Linoski | Radiation Sickness; Kenneth Linoski Comments |
| 258 | 9034-9039 | Feb. 6, 2013 | Elissa Michaud | Radiation Sickness; Elissa Michaud Comments |
| 259 | 9040-9043 | Feb. 5, 2013 | Ella Elman | Radiation Sickness; Ella Elman Comments |
| 260 | 9044-9047 | Feb. 5, 2013 | Andrew Swerling | Radiation Sickness; Andrew Swerling Comments |
| 261 | 9048-9051 | Feb. 5, 2013 | Natalie Smith | Radiation Sickness; Natalie Smith Comments |
| 262 | 9052-9055 | Feb. 4, 2013 | Mana Iluna | Radiation Sickness; Mana Iluna Comments |
| 263 | 9056-9059 | Feb. 4, 2013 | Jayne G. Cagle | Radiation Sickness; Jayne G. Cagle Comments |
| 264 | 9060-9063 | Feb. 4, 2013 | Mark Summerlin | Radiation Sickness; Mark Summerlin Comments |
| 265 | 9064-9067 | Feb. 4, 2013 | Lashanda Summerlin | Radiation Sickness; Lashanda Summerlin Comments |
| 266 | 9068-9071 | Feb. 4, 2013 | Kath Mason | Radiation Sickness; Kath Mason Comments |
| 267 | 9072-9084 | Nov. 1, 2013 | Daniel Kleiber | Radiation Sickness; Daniel Kleiber Reply Comments |
| 268 | 9085-9086 | Sep.3, 2013 | Susan MacKay | Radiation Sickness; Susan MacKay Comments |

**INDEX TO DEFERRED APPENDIX**

| 269 | 9087-9091 | Mar. 4, 2013 | Theresa McCarthy | Radiation Sickness; Theresa McCarthy Reply Comments |
| 270 | 9092-9093 | Jul. 11, 2016 | L S Murphy | Radiation Sickness; L S Murphy Comments |
| 271 | 9094-9096 | Aug. 30, 2013 | Patricia B. Fisken | Radiation Sickness; Patricia B. Fisken Comments |
| 272 | 9097-9098 | Sep. 3, 2013 | Linda Hart | Radiation Sickness; Linda Hart Comments |
| 273 | 9099-9101 | Aug. 19, 2013 | E Renaud | Radiation Sickness; E Renaud Comments |
| 274 | 9102-9108 | Aug. 13, 2013 | Nicole Nevin | Radiation Sickness; Nicole Nevin Comments |
| 275 | 9109-9110 | Sep. 30, 2016 | Robert VanEchaute | Radiation Sickness; Robert VanEchaute Comments |
| 276 | 9111-9112 | Sep. 6, 2016 | Daniel Berman | Radiation Sickness; Daniel Berman Comments |
| 277 | 9113-9116 | Sep. 3, 2013 | Edna Willadsen | Radiation Sickness; Edna Willadsen Comments |
| 278 | 9117-9118 | Aug. 30, 2013 | Susan Molloy | Radiation Sickness; Susan Molloy Comments |
| 279 | 9119-9120 | Sep. 3, 2013 | Kathleen Christofferson | Radiation Sickness; Kathleen Christofferson Comments |
| 280 | 9121-9122 | Sep. 3, 2013 | Juli Johnson | Radiation Sickness; Juli Johnson Comments |
| 281 | 9123-9124 | Sep. 3, 2013 | Annalee Lake | Radiation Sickness; Annalee Lake Comments |

**INDEX TO DEFERRED APPENDIX**

| 282 | 9125-9126 | Aug. 22, 2013 | Alan Marks | Radiation Sickness; Alan Marks Comments |
|-----|-----------|---------------|------------|------------------------------------------|
| 283 | 9127-9128 | Jun. 10, 2013 | Peggy McDonald | Radiation Sickness; Peggy McDonald Comments |
| 284 | 9129-9131 | Feb. 26, 2013 | Mark Zehfus | Radiation Sickness; Mark Zehfus Reply Comments |
| 285 | 9132-9137 | Feb. 6, 2013 | Jennifer Zmarzlik | Radiation Sickness; Jennifer Zmarzlik Comments |
| 286 | 9138-9142 | Feb. 6, 2013 | Catherine E. Ryan | Radiation Sickness; Catherine E. Ryan Comments |
| 287 | 9143-9148 | Feb. 6, 2013 | L. Meade | Radiation Sickness; L. Meade Comments |
| 288 | 9149-9150 | Sep. 3, 2013 | Arthur Firstenberg | Radiation Sickness; Arthur Firstenberg Comments |
| 289 | 9151-9152 | Mar. 5, 2013 | Jeromy Johnson | Radiation Sickness; Jeromy Johnson Reply Comments |
| 290 | 9153-9154 | Sep. 26, 2016 | Jeanne Insenstein | Radiation Sickness; Jeanne Insenstein Comments |
| 291 | 9155-9159 | Nov. 18, 2013 | Angela Flynn | Radiation Sickness; Angela Flynn Reply Comments |
| 292 | 9160-9162 | Sep. 4, 2013 | Kathryn K. Wesson | Radiation Sickness; Kathryn K. Wesson Comments |
| 293 | 9163-9165 | Sep. 3, 2013 | Diane St. James | Radiation Sickness; Diane St. James Comments |
| 294 | 9166-9168 | Sep. 3, 2013 | Christine Hoch | Radiation Sickness; Christine Hoch Comments |
| 295 | 9169-9180 | Sep. 3, 2013 | Arlene Ring | Radiation Sickness; Arlene Ring Comments |

## INDEX TO DEFERRED APPENDIX

| 296 | 9181-9182 | Sep. 3, 2013 | Victoria Jewett | Radiation Sickness; Victoria Jewett Comments |
|---|---|---|---|---|
| 297 | 9183-9185 | Sep. 3, 2013 | Michael J. Hazard | Radiation Sickness; Michael J. Hazard Comments |
| 298 | 9186-9187 | Aug. 30, 2013 | Melinda Wilson | Radiation Sickness; Melinda Wilson Comments |
| 299 | 9188-9191 | Aug. 30, 2013 | Maggi Garloff | Radiation Sickness; Maggi Garloff Comments |
| 300 | 9192-9199 | Sep. 3, 2013 | Holly Manion | Radiation Sickness & ADA/FHA; Holly Manion Comments |
| 301 | 9200-9203 | Aug. 22, 2013 | James Baker | Radiation Sickness; James Baker Comments |
| 302 | 9204-9254 | Jul. 19, 2013 | Deborah Cooney | Radiation Sickness; Deborah Cooney, Verified Complaint, *Cooney v. California Public Utilities Commission et al*, No. 12-cv-06466-CW, U.S.D.C. N.D. Cal. (Dec 17, 2012) |
| 303 | 9255-9258 | Jun. 13, 2013 | Mardel DeBuhr | Radiation Sickness; Mardel DeBuhr Comments |
| 304 | 9259-9260 | Jun. 10, 2013 | Richard Wolfson | Radiation Sickness; Richard Wolfson Comments |
| 305 | 9261-9264 | Mar. 7, 2013 | James E. Peden | Radiation Sickness; James E. Peden Reply Comments |
| 306 | 9265-9266 | Mar. 5, 2013 | Carl Hilliard | Radiation Sickness; Carl Hilliard Comments |
| 307 | 9267-9268 | Mar. 4, 2013 | Lisa Horn | Radiation Sickness; Lisa Horn Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 308 | 9269-9274 | Feb. 27, 2013 | Alexandra Ansell | Radiation Sickness; Alexandra Ansell Reply Comments |
| 309 | 9275-9278 | Feb. 25, 2013 | Patricia A. Ormsby | Radiation Sickness; Patricia A. Ormsby Reply Comments |
| 310 | 9279-9282 | Feb. 14, 2013 | Annette Jewell-Ceder | Radiation Sickness; Annette Jewell-Ceder Reply Comments |
| 311 | 9283-9286 | Feb. 6, 2013 | Max Feingold | Radiation Sickness; Max Feingold Comments |
| 312 | 9287-9300 | Feb. 6, 2013 | Annallys Goodwin-Landher | Radiation Sickness; Annallys Goodwin-Landher Comments |
| 313 | 9301-9316 | Feb. 4, 2013 | Rebecca Morr | Radiation Sickness; Rebecca Morr Comments |
| 314 | 9317-9320 | Feb. 5, 2013 | Josh Finley | Radiation Sickness; Alexandra Ansell Reply Comments |
| 315 | 9321-9331 | Feb. 5, 2013 | Donna L. Bervinchak | Radiation Sickness; Donna L. Bervinchak Comments |
| **VOLUME 24 – Tabs 316-377** | | | | |
| 316 | 9332-9334 | Feb. 5, 2013 | Catherine Morgan | Radiation Sickness; Catherine Morgan Comments |
| 317 | 9335-9338 | Feb. 5, 2013 | Angelica Rose | Radiation Sickness; Angelica Rose Comments |
| 318 | 9339-9341 | Feb. 5, 2013 | Brian J. Bender | Radiation Sickness; Brian J. Bender Comments |
| 319 | 9342-9343 | Jul. 11, 2016 | Maggie Connolly | Radiation Sickness; Maggie Connolly Comments |

**INDEX TO DEFERRED APPENDIX**

| 320 | 9344-9345 | Sep. 3, 2013 | Gregory Temmer | Radiation Sickness; Gregory Temmer Comments |
| 321 | 9346-9347 | Sep. 3, 2013 | Bernice Nathanson | Radiation Sickness; Bernice Nathanson Comments |
| 322 | 9348-9350 | Sep. 3, 2013 | Terry Losansky | Radiation Sickness; Terry Losansky Comments |
| 323 | 9351-9352 | Sep. 3, 2013 | Ronald Jorstad | Radiation Sickness; Ronald Jorstad Comments |
| 324 | 9353-9354 | Jul. 8, 2013 | Liz Menkes | Radiation Sickness; Liz Menkes Comments |
| 325 | 9355-9356 | Sep. 3, 2013 | Katie Mickey | Radiation Sickness; Katie Mickey Comments |
| 326 | 9357-9360 | Sep. 3, 2013 | Karen Nold | Radiation Sickness; Karen Nold Comments |
| 327 | 9361-9362 | Jul. 8, 2013 | David DeBus, PhD. | Radiation Sickness; David DeBus, Ph.D. Comments |
| 328 | 9363-9365 | Jun. 20, 2013 | Jamie Lehman | Radiation Sickness; Jamie Lehman Comments |
| 329 | 9366-9367 | Jun. 12, 2013 | Jane van Tamelen | Radiation Sickness; Jane van Tamelen Comments |
| 330 | 9368-9379 | Jun. 10, 2013 | Sebastian Sanzotta | Radiation Sickness; Sebastian Sanzotta Comments |
| 331 | 9380-9383 | Mar. 7, 2013 | Taale Laafi Rosellini | Radiation Sickness; Taale Laafi Rosellini Reply Comments |
| 332 | 9384-9387 | Mar. 7, 2013 | Robert E. Peden | Radiation Sickness; Robert E. Peden Reply Comments |

**INDEX TO DEFERRED APPENDIX**

| 333 | 9388-9391 | Mar. 7, 2013 | Marilyn L. Peden | Radiation Sickness; Marilyn L. Peden Reply Comments |
|---|---|---|---|---|
| 334 | 9392-9393 | Mar. 5, 2013 | Doreen Almeida | Radiation Sickness; Doreen Almeida Reply Comments |
| 335 | 9394-9395 | Mar. 5, 2013 | Oriannah Paul | Radiation Sickness; Oriannah Paul Comments |
| 336 | 9396-9397 | Sep. 3, 2013 | Heather Lane | Radiation Sickness; Heather Lane Comments |
| 337 | 9398-9399 | Aug. 15, 2013 | John Grieco | Radiation Sickness; John Grieco Comments |
| 338 | 9400-9401 | Sep. 29, 2016 | Linda Kurtz | Radiation Sickness & ADA/FHA; Linda Kurtz Comments |
| 339 | 9402-9406 | Feb. 5, 2013 | Lisa Drodt-Hemmele | Radiation Sickness & ADA/FHA; Lisa Drodt-Hemmele Comments |
| 340 | 9407-9409 | Aug. 26, 2013 | Robert S Weinhold | Radiation Sickness & ADA/FHA; Robert S Weinhold Comments |
| 341 | 9410-9411 | Jul. 12, 2016 | Dianne Black | Radiation Sickness & ADA/FHA; Dianne Black Comments |
| 342 | 9412-9415 | Jul. 13, 2016 | Derek C. Bishop | Radiation Sickness & ADA/FHA; Derek C. Bishop Comments |
| 343 | 9416-9435 | Aug. 21, 2013 | Steven Magee | Radiation Sickness & ADA/FHA; Steven Magee Comments |
| 344 | 9436-9437 | Sep. 3, 2013 | Melissa Chalmers | Radiation Sickness & ADA/FHA; Melissa Chalmers Comments |

**INDEX TO DEFERRED APPENDIX**

| 345 | 9438-9440 | Aug. 30, 2013 | Garril Page | Radiation Sickness & ADA/FHA; Garril Page Comments |
|---|---|---|---|---|
| 346 | 9441-9444 | Sep. 5, 2013 | Laddie W. Lawings | Radiation Sickness & ADA/FHA; Laddie W. Lawings Comments |
| 347 | 9445-9446 | Sep. 4, 2018 | Fern Damour | Radiation Sickness & ADA/FHA; Fern Damour Comments |
| 348 | 9447-9449 | Aug. 28, 2013 | Rebecca Rundquist | Radiation Sickness & ADA/FHA; Rebecca Rundquist Comments |
| 349 | 9450-9451 | Sep. 3, 2013 | JoAnn Gladson | Radiation Sickness & ADA/FHA; JoAnn Gladson Comments |
| 350 | 9452-9453 | Jul. 13, 2016 | Jonathan Mirin | Radiation Sickness & ADA/FHA; Jonathan Mirin Comments |
| 351 | 9454-9455 | Jul. 12, 2016 | Mary Adkins | Radiation Sickness & ADA/FHA; Mary Adkins Comments |
| 352 | 9456-9458 | Sep. 3, 2013 | Ian Greenberg | Radiation Sickness & ADA/FHA; Ian Greenberg Comments |
| 353 | 9459-9462 | Sep. 3, 2013 | Helen Sears | Radiation Sickness & ADA/FHA; Helen Sears Comments |
| 354 | 9463-9464 | Mar. 4, 2013 | Janet Johnson | Radiation Sickness & ADA/FHA; Janet Johnson Comments |
| 355 | 9465-9467 | Aug. 20, 2013 | Mr. and Mrs. Gammone | Radiation Sickness & ADA/FHA; Mr. and Mrs. Gammone Comments |
| 356 | 9468-9475 | Sep. 10, 2013 | Shelley Masters | Radiation Sickness - Disability; Shelley Masters Comments |

**INDEX TO DEFERRED APPENDIX**

| 357 | 9476-9479 | Sep. 12, 2016 | Tara Schell & Kathleen Bowman | Radiation Sickness; Disability; Tara Schell & Kathleen Bowman Comments |
| 358 | 9480-9481 | Feb. 6, 2013 | Patricia Burke | Radiation Sickness; Disability; Patricia Burke Comments |
| 359 | 9482-9484 | Aug. 19, 2013 | Deirdre Mazzetto | Radiation Sickness; Disability; Deirdre Mazzetto Comments |
| 360 | 9485-9486 | Mar. 5, 2013 | Jim and Jana May | Radiation Sickness; Disability; Jim and Jana May Comments |
| 361 | 9487-9488 | Jun. 10, 2013 | Lisa M. Stakes | Radiation Sickness; Disability; Lisa M. Stakes Comments |
| 362 | 9489-9490 | Sep. 3, 2013 | Veronica Zrnchik | Radiation Sickness; Disability; Veronica Zrnchik Comments |
| 363 | 9491-9493 | Sep. 12, 2013 | J.A. Wood | Radiation Sickness; Disability; J.A. Wood Comments |
| 364 | 9494-9495 | Jul. 3, 2016 | Sherry Lamb | Radiation Sickness; Disability; Sherry Lamb Comments |
| 365 | 9496-9500 | Aug. 28, 2013 | April Rundquist | Radiation Sickness; Disability; April Rundquist Comments |
| 366 | 9501-9502 | Jul. 21, 2016 | Charlene Bontrager | Radiation Sickness; Disability; Charlene Bontrager Comments |
| 367 | 9503-9506 | Jun. 19, 2013 | Michelle Miller | Radiation Sickness; Disability; Michelle Miller Comments |

**INDEX TO DEFERRED APPENDIX**

| 368 | 9507-9514 | Sep. 3, 2013 | James C. Barton | Radiation Sickness; Disability; James C. Barton Comments |
|---|---|---|---|---|
| 369 | 9515-9526 | Sep. 3, 2013 | Diane Schou | Radiation Sickness; Disability; Diane Schou Comments |
| 370 | 9527-9532 | Jun. 24, 2013 | Alison Price | Radiation Sickness; Disability; Alison Price Comments |
| 371 | 9533-9535 | Sep. 10, 2013 | Shari Anker | Radiation Sickness; Disability; Shari Anker Comments |
| 372 | 9536-9538 | Aug. 30, 2013 | Paul Vonharnish | Radiation Sickness; Disability; Paul Vonharnish Comments |
| 373 | 9539-9548 | Aug. 26, 2013 | Heidi Lumpkin | Radiation Sickness; Disability; Heidi F. Lumpkin, Comments |
| 374 | 9549-9550 | Sep. 3, 2013 | Kaitlin Losansky | Radiation Sickness; Disability; Kaitlin Losansky Comments |
| 376 | 9551-9556 | Nov. 12, 2012 | Monise Sheehan | Radiation Sickness; Disability; Monise Sheehan Testimonial |
| 376 | 9557-9558 | Mar. 1, 2013 | Ruthie Glavinich | Radiation Sickness; Disability; Ruthie Glavinich Comments |
| 377 | 9559-9682 | Sep. 3, 2013 | Ed Friedman | Radiation Sickness; Testimonials of Nine People; 2013 |
| **VOLUME 25 – Tabs 378-404** | | | | |
| 378 | 9683-9771 | Sep. 3, 2013 | Ed Friedman | Radiation Sickness; Testimonials of Twelve People; 2013 |
| 379 | 9772-9854 | Sep. 3, 2013 | Ed Friedman | Radiation Sickness; Testimonials of Nine People; 2013 |

**INDEX TO DEFERRED APPENDIX**

| 380 | 9855-9936 | Sep. 28, 2016 | Kevin Mottus | Radiation Sickness; Testimonials of Twenty People, Collected by StopSmartMeters; 2013 |
|---|---|---|---|---|
| 381 | 9937-9938 | Sep. 3, 2013 | Amanda & Ryan Rose | Radiation Sickness: Doctor's Diagnosis Letter for Peter Rose; 2010 |
| 382 | 9939-9940 | Jun. 10, 2013 | Steven Magee | Radiation Sickness; Doctor's Diagnosis Letter for Steven Magee |
| 383 | 9941-9964 | Sep. 30, 2016 | Patricia Burke | European Manifesto in support of a European Citizens' Initiative (ECI) |
| 384 | 9965-10012 | Jul. 7, 2016 | Environmental Health Trust | ADA/FHA; Verified Complaint, *G v. Fay Sch., Inc.*, No. 15-CV-40116-TSH (U.S.D.C. Mass. Aug. 12, 2015) |
| 385 | 10013-10015 | Aug. 13, 2013 | John Puccetti | ADA/FHA; Organizations; American Academy of Environmental Medicine, Letter to the FCC |
| 386 | 10016-10018 | Feb. 5, 2013 | Rachel Nummer | ADA/FHA; Rachel Nummer Comments |
| 387 | 10019-10023 | Feb. 5, 2013 | Barbara Schnier | ADA/FHA; Southern Californians for a Wired Solution to Smart Meters Comments |
| 388 | 10024-10057- | Feb. 5, 2013 | Barbara Schnier | ADA/FHA; Opening Brief of Southern Californians for Wired Solutions to Smart Meters, Application 11-03-014 (July 19, 2012) |
| 389 | 10058-10066 | Sep. 2, 2013 | Barbara Li Santi | ADA/FHA; Barbara Li Santi Comments |
| 390 | 10067-10077 | Oct. 22, 2013 | Kit T. Weaver | ADA/FHA; Kit T. Weaver, Reply Comments |

**INDEX TO DEFERRED APPENDIX**

| 391 | 10078-10086 | Mar. 3, 2013 | Sandra Schmidt | ADA/FHA; Sandra Schmidt Reply Comments |
|---|---|---|---|---|
| 392 | 10087-10099 | Feb. 11, 2013 | Antoinette Stein | ADA/FHA; Antoinette Stein Comments |
| 393 | 10100-10103 | Feb. 5, 2013 | David Morrison | ADA/FHA; David Morrison Comments |
| 394 | 10104-10107 | Apr. 16, 2014 | MK Hickox | MK Hickox Reply Comments |
| 395 | 10108-10009 | Sep. 3, 2013 | Annemarie Weibel | ADA/FHA; Annemarie Weibel Comments |
| 396 | 10110 -10117 | Sep. 3, 2013 | Omer Abid, MD, MPH | Individual Rights; Dr. Omer Abid MD. MPH Comments |
| 397 | 10118-10120 | Sep. 2, 2013 | John A. Holeton | Individual Rights; John & Pauline Holeton Comments |
| 398 | 10121-10129 | Sep. 2, 2013 | Grassroots Environmental Education, Inc. o/b/o Nancy Naylor | Individual Rights; Nancy Naylor Comments |
| 399 | 10130-10143 | Sep. 2, 2013 | Deborah M. Rubin | Individual Rights; Deborah M. Rubin Comments |
| 400 | 10,144-10149 | Sep. 2, 2013 | Kevin Mottus | Individual Rights; Kevin Mottus Comments |
| 401 | 10150 -10157 | Aug. 30, 2013 | Alexandra Ansell | Individual Rights; Alexandra Ansell Comments |
| 402 | 10158-10161 | Aug. 25, 2013 | Steen Hviid | Individual Rights; Steen Hviid Comments |
| 403 | 10162-10165 | Aug. 21, 2013 | Molly Hauck | Individual Rights; Molly Hauck Comments |

**INDEX TO DEFERRED APPENDIX**

| 404 | 10166-10171 | Feb. 5, 2013 | Olle Johansson | Individual Rights; Prof. Olle Johansson PhD., Comments |
|---|---|---|---|---|
| **VOLUME 26 – Tabs 405-443** | | | | |
| 405 | 10172-10174 | Mar. 4, 2013 | R.Paul and Kathleen Sundmark | Individual Rights; R. Paul and Kathleen Sundmark Reply Comments |
| 406 | 10175-10180 | Feb. 5, 2013 | Cynthia Edwards | Individual Rights & ADA; Cynthia Edwards Comments |
| 407 | 10181-10185 | Feb. 4, 2013 | Diana Ostermann | Individual Rights; Diana Ostermann Comments |
| 408 | 10186-10193 | Jul. 13, 2016 | Chris Nubbe | Individual Rights; Chris Nubbe Comments |
| 409 | 10194-10201 | Nov. 17, 2013 | Katie Singer | Individual Rights & ADA; Katie Singer Comments |
| 410 | 10202-10203 | Aug. 21, 2013 | John Puccetti | Individual Rights; BC Human Rights Tribunal approves smart meter class action, Citizens for Safe Technology |
| 411 | 10204-10207 | Sep. 30, 2016 | Catherine Kleiber | Individual Rights; Wireless Technology Violates Human Rights, Catherine Kleiber |
| 412 | 10208-10212 | Oct. 28, 2013 | Kate Reese Hurd | Individual Rights; Kate Reese Hurd Comments |
| 413 | 10213-10214 | Sep. 30, 2016 | Patricia Burke | Individual Rights; Wireless '"Revolution" Must Be Supported by Scientific Proof of Safety for Human Health and the Environment, Patricia Burke |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 414 | 10215-10216 | Sep. 3, 2013 | Ed Friedman | Individual Rights; Transcript of Hearing, Vol. 10, Application 11-03-014, Application of Pacific Gas and Electric Company for Approval of Modifications to its SmartMeter™ Program and Increased Revenue Requirements to Recover the Costs of the Modifications, California Public Utilities Commission; Dec. 20, 2012 |
| 415 | 10235-10248 | Dec. 1, 2013 | Julienne Battalia | Individual Rights; Letter of Complaint and Appeal, and Notice of Liability Regarding 'Smart Meter' and Wireless Networks, Julienne Battalia, Washington State |
| 416 | 10249-10270 | Jul. 7, 2016 | Environmental Health Trust | Precautionary Principle; Mobile Phone Infrastructure Regulation in Europe: Scientific Challenges and Human Rights Protection, Professor Susan Perry, (international human rights law) Professor Claudia Roda (Impacts of digital technology on human behavior and social structure) |
| 417 | 10271-10275 | Jul. 11, 2016 | Environmental Health Trust | Precautionary Principle; Wi-Fi - Children; Saying Good-Bye to WiFi A Waldorf School Takes a Precautionary Step, Dr. Ronald E. Koetzsch PhD. |

**INDEX TO DEFERRED APPENDIX**

| 418 | 10276-10290 | Jul. 7, 2016 | Environmental Health Trust | Precautionary Principle; Wireless Devices, Standards, and Microwave Radiation in the Education Environment, Dr. Gary Brown, Ed.D. (Instructional Technologies and Distance Education) |
|---|---|---|---|---|
| 419 | 10291-10294 | Nov. 18, 2013 | Richard H. Conrad, Ph.D. | Precautionary Principle; Dr. Richard H. Conrad Reply Comments |
| 420 | 10295-10304 | Sep. 3, 2013 | Holly Manion | Precautionary Principle; Smart Meters-Firefighters; Letter from Susan Foster to San Diego Gas & Electric, California Public Utilities Commission; Nov. 8, 2011 |
| 421 | 10305-10348 | Jul. 7, 2016 | Environmental Health Trust | Precautionary Principle; Letter to the Montgomery County Board of Education Members, Theodora Scarato |
| 422 | 10349-10352 | Oct. 30, 2013 | Diane Hickey | Precautionary Principle; Diane Hickey Comments |
| 423 | 10353-10356 | Sep. 3, 2013 | Monnie Ramsell | Precautionary Principle; Monnie Ramsell Comments |
| 424 | 10357-10409 | Aug. 29, 2013 | Kevin Kunze | Precautionary Principle; Kevin Kunze Comments |
| 425 | 10410-10429 | Feb. 6, 2013 | Clara De La Torre | Precautionary Principle; Clara de La Torre Comments |
| 426 | 10430-10431 | Sep. 30, 2016 | Center for Safer Wireless | Precautionary Principle; Center for Safer Wireless Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 427 | 10432-10440 | Sep. 27, 2016 | Gary C. Vesperman | Precautionary Principle; Possible Hazards of Cell Phones and Towers, Wi-Fi, Smart Meters, and Wireless Computers, Printers, Laptops, Mice, Keyboards, and Routers Book Three, Gary Vesperman Comments |
| 428 | 10441-10443 | Jul. 11, 2016 | Cecelia Doucette | Precautionary Principle; Cecelia Doucette Comments |
| 429 | 10444-10446 | Aug. 31, 2016 | Chuck Matzker | Precautionary Principle; Chuck Matzker Comments |
| 430 | 10447-10460 | Sep. 3, 2013 | Diane Schou | Precautionary Principle; Dr. Diane Schou PhD, Dr. Bert Schou, PhD., Comments (letter sent to FCC's OET) |
| 431 | 10461-10465 | Sep. 3, 2013 | Evelyn Savarin | Precautionary Principle; Evelyn Savarin Comments |
| 432 | 10466-10468 | Jun. 19, 2013 | Jamie Lehman | Precautionary Principle; Jamie Lehman, Comments |
| 433 | 10469-10470 | Mar. 7, 2013 | Marlene Brenhouse | Precautionary Principle; Marlene Brenhouse, Comments |
| 434 | 10471-10474 | Jul. 11, 2016 | Lynn Beiber | Precautionary Principle; Lynn Beiber Comments |
| 435 | 10475-10489 | Sep. 2, 2013 | Kevin Mottus | Precautionary Principle; Kevin Mottus Comments |
| 436 | 10490-10491 | Jul.13, 2016 | Mary Paul | Precautionary Principle; Mary Paul, Comments |
| 437 | 10492-10493 | Jul. 11, 2016 | Stephanie McCarter | Precautionary Principle; Stephanie McCarter Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 438 | 10494-10496 | Feb. 4, 2013 | Rebecca Morr | Precautionary Principle; Rebecca Morr Comments |
| 439 | 10497-10505 | Feb. 3, 2013 | Nancy Baer | Precautionary Principle; Nancy Baer Comments |
| 440 | 10506-10507 | Sep. 2, 2013 | Holly LeGros | Precautionary Principle; Holly LeGros Comments |
| 441 | 10508-10509 | Aug. 18, 2013 | Loe Griffith | Precautionary Principle; Loe Griffith Comments |
| 442 | 10510-10555 | Nov. 18, 2013 | EMR Policy Institute | EMR Policy Institute Reply Comments |
| 443 | 10566-10572 | Sep. 3, 2013 | Leslee Cooper | Leslee Cooper Comments |

5G; FCC Chairman Tom Wheeler 'The Future of Wireless: A Vision for U.S. Leadership in a 5G World'; 2016

**Prepared Remarks of FCC Chairman Tom Wheeler**
**'The Future of Wireless: A Vision for U.S. Leadership in a 5G World'**
**National Press Club**
**Washington, D.C.**
**June 20, 2016**

A few months ago, I found myself in a situation I never would have imagined when I became FCC Chairman. I was in Dallas, Texas; I was at the helm of an excavator; and I was using a piece of heavy machinery to dig up dirt. For those of you trying to picture this scene, yes, I was wearing a suit. I was also wearing a pair of virtual reality goggles, and I hadn't left the FCC.

While I may have been in DC physically, I am telling you that I was "AT" the site. I sat in the mock-up of an excavator, and, I had complete control sensitivity, equivalent to being there. I could be transported to a site in Texas 1,400 miles away without physically moving an inch.

Granted, remotely digging dirt in Dallas probably isn't high on the list of transformational advancements that will define the 21st century. But what if you replace the heavy machinery with a scalpel so a world-class surgeon can move from hospital to hospital without leaving her own surgery suite? Or how about students sitting in a classroom taking a virtual tour inside the human body?

Now, you've heard of such amazing things before, but making these kinds of activities possible without fat cables leading to the VR headset could not be accomplished because of three limiting factors:

1. Speed of the wireless connections: We all know the difference in the performance of a direct fiber connection compared to a wireless connection. The next generation of wireless must be like mobile fiber – and that means speeds 10 to 100 times faster than today.

2. Responsiveness: Ten thousandths of a second is an eternity in computer-to-computer connections. The surgeon's scalpel needs to be immediately responsive, not a blink later. The technical folks call this latency. It currently averages about 10 milliseconds or about one hundredth of a second. That may sound pretty fast but it's forever in computing. Latency needs to be less than one millisecond – or less than one thousandth of a second – to provide for real-time interactions.

3. Spectrum capacity: High-speed wireless broadband requires digital information racing down broad spectrum pathways. To accomplish speed and latency requires large swaths of spectrum – multiples of what is available today.

To seize the opportunities before us, we need the next generation of wireless connectivity – a fifth generation, or 5G. And if the United States is going to continue to be a world leader in wireless, we need to speed the deployment of 5G, here, on our shores.

The virtual reality example is but one sample of the effects of high-speed, low-latency connectivity and why American leadership in 5G must be a national priority. The driving force

of the 21st century will be powerful processing centralized in the cloud and wirelessly connected to thin clients.

Autonomous vehicles will be controlled in the cloud. Smart-city energy grids, transportation networks, and water systems will be controlled in the cloud. Immersive education and entertainment will come from the cloud. Such futures, however, won't come to pass unless the pathway to the cloud is low-latency, ultra-fast, and secure.

If we've learned anything in the generational march through wireless connectivity, it is that we have always underestimated the innovation that would result from new generations of wireless networks.

First-generation wireless – 1G – was voice. In the early 1980s, McKinsey told AT&T there would be 900,000 cell phone subscribers by the turn of the century. Turns out there were 109 million. So they were ONLY off by a factor of roughly 100.

Second-generation – 2G – allowed both talk and text. But no one understood the power of text. From shifting the way an entire group – teenagers – communicate, to a developing-world tool for banking the unbanked, innovators seized on the new capability in unimagined ways.

Third-generation – 3G – married wireless and digital networks to open the door to connecting with another new technological development called the Internet, yet still at a stripped-down level.

Today's technology – 4G – completed the digital migration, enabling higher speeds for sophisticated applications including video. Again, greater capability led to unanticipated innovation: without 4G, there could be no WAZE … or Uber … or Snapchat … or Instagram.

Now, I've listed some examples of what 5G makes possible, but if anyone tells you they know the details of what 5G will deliver, walk the other way.

Yes, 5G will connect the Internet of Everything. If something can be connected, it will be connected in a 5G world. But with predictions of hundreds of billions of microchip-enable products from pill bottles to plant waterers, you can be sure of only one thing: the biggest IoT has yet to be imagined.

Yes, 5G will connect the unconnected and compete with the uncompetitive. Millions of Americans can't access high-speed connectivity because it's too costly to run fiber to the home. Verizon CEO Lowell McAdam has been speaking lately about using 5G connectivity to expand high-speed broadband service to rural areas. Fiber-fast wireless connectivity will deliver that long-sought goal of competitive high-speed Internet access for consumers.

But, let's stop the imagining. Here's the key – the interconnected world we live in today is the result of decisions we made a decade ago. The interconnected world of the future will be the result of decisions we must make today. That is why 5G is a national priority, and why, this Thursday, I am circulating to my colleagues proposed new rules that will identify and open up

2

JA 06432

vast amounts of spectrum for 5G applications. We call it the Spectrum Frontiers proceeding, and we will vote on it July 14th.

Our 5G proposal is the final piece in the spectrum trifecta of low-band, mid-band, and high-band airwaves that will open up unprecedented amounts of spectrum, speed the rollout of next-generation wireless networks, and re-define network connectivity for years to come. I'm confident these actions will lead to a cornucopia of unanticipated innovative uses, and generate tens of billions of dollars in economic activity.

Let's revisit that spectrum strategy for a moment. Rule number one is that the technology should drive the policy rather than the policy drive the technology. And technology for 5G is not one thing, it is many things. The marriage of Moore's Law and wireless connectivity involves smart antenna systems, new more-efficient transmission formats, low-energy systems, network virtualization, and much more. And on the spectrum side, these technologies require new access to spectrum in multiple bands – the wireless future will not be a one-size-fits-all future.

So, our spectrum trifecta begins with low-band spectrum that is optimal for wide-area coverage applications. At this very moment, we are in the midst of the world's first incentive auction to make greenfield low-band spectrum available. The broadcasters have stepped up to bring their spectrum to market; shortly, the wireless industry will have the opportunity to fulfill their repeated requests for more spectrum with beachfront allocations.

Mid-band spectrum often seems the Jan Brady of the spectrum world - - the overlooked middle child. But its characteristics enable an order of magnitude increase in spectrum efficiency. The Commission's recent AWS-3 and new Citizens Broadband Radio service in the 3.5 GHz band were landmarks in using new sharing tools to open up new mid-band spectrum, and we need to continue looking for other mid-band opportunities.

And high-band spectrum will be the focus of our decision next month. These bands offer huge swaths of spectrum for super-fast data rates with low latency, and are now becoming unlocked because of technological advances in computing and antennas.

If the Commission approves my proposal next month, the United States will be the first country in the world to open up high-band spectrum for 5G networks and applications. And that's damn important because it means U.S. companies will be first out of the gate.

We will be repeating the proven formula that made the United States the world leader in 4G. It's a simple formula: Lead the world in spectrum availability, encourage and protect innovation-driving competition, and stay out of the way of technological development.

Unlike some countries, we do not believe we should spend the next couple of years studying what 5G should be, how it should operate, and how to allocate spectrum, based on those assumptions. Like the examples I gave earlier, the future has a way of inventing itself. Turning innovators loose is far preferable to expecting committees and regulators to define the future. We won't wait for the standards to be first developed in the sometimes arduous standards-setting process or in a government-led activity. Instead, we will make ample spectrum available and

3

then rely on a private sector-led process for producing technical standards best suited for those frequencies and use cases.

Leadership in networks leads to leadership in uses, which quickly moves across borders.

A result of this national leadership is the creation of a home-field advantage, similar to what we experienced with 4G.

The main value of 5G will not be found in workshare or intellectual property. The main value of 5G by far will be in consumption rather than production. It will be in material gains and improvements in quality of life and economic opportunity.

I would also emphasize that the development of 5G is not anything like an international zero-sum game. Rather, it is a contest in which everyone can win. Our success and that of others, redounds to the benefit – literally – of everyone in the world.

We are already seeing industry gearing up to seize this opportunity. I have seen 5G hardware and firmware; the technology is here. It is also important, however, to recognize that 5G technology will be in constant evolution. It would be a mistake to think 5G can be frozen in a snapshot; it is more like a video with many new scenes, all building on each other. The systems and standards of 5G will be continually improving and evolving.

On the network side, Verizon and AT&T tell us they will begin deploying 5G trials in 2017. These efforts will, of course, help inform the standards process by putting stakes in the ground. And the first commercial deployments at scale are expected in 2020.

This timeline requires that we act to pave the way today. With the new rules I am proposing in our Spectrum Frontiers order, we take our most significant step yet down the path to our 5G future.

The big game-changer is that 5G will use much higher-frequency bands than previously thought viable for mobile broadband and other applications. Such millimeter wave signals have physical properties that are both a limitation and a strength: they tend to travel best in narrow and straight lines, and do not go through physical obstacles very well. This means that very narrow signals in an urban environment tend to bounce around buildings and other obstacles making it difficult to connect to a moving point. But it also means that the spectrum can be reused over and over again.

Brilliant engineers have developed new antennas that can aim and amplify signals, coupled with sophisticated processing, allowing a moving device to pick up all of the signals bouncing around and create one coherent connection. To make this work, 5G buildout is going to be very infrastructure intensive, requiring a massive deployment of small cells. But it also opens up unprecedented opportunities for frequency reuse and denser, more localized, networks.

The ability to use this high-frequency spectrum opens much bigger chunks of spectrum. Current blocks of licensed low-band spectrum are usually 5 to 10 MHz in width. With 5G, however, we

4

JA 06434

are looking at blocks of at least 200 MHz in width. This will allow networks to carry much more traffic per user – gigabits of throughput instead of megabits. This is an order of magnitude growth in the channel capacity available to a provider, supporting, for example, simultaneously high-speed connections to mobile end users as well as "backhaul on demand" via immediate, dynamic provisioning of fixed wireless transport to the nearest fiber interconnection point, allowing faster and more flexible deployment of small cells.

The key point here is that by opening up these higher-frequency bands, we are making available more licensed spectrum for mobile than in the cumulative history of mobile spectrum allocation. And we're not done. As a part of our July 14 action, we also plan to ask for comments on opening up other high-frequency bands.

And, what we'll be considering on July 14 is not just licensed spectrum. Unlicensed will continue to play a critical role in future 5G networks. Our plan proposes making a massive 14 gigahertz unlicensed band. Consider that – 14,000 megahertz of unlicensed spectrum, with the same flexible-use rules that has allowed unlicensed to become a breeding ground for innovation.

Opening up spectrum and offering flexibility to operators and innovators is the most important thing we can do to enable the 5G revolution, but it's not the only thing.

We also need to work our way through spectrum sharing issues. Sharing is essential for the future of spectrum utilization. Many of the high-frequency bands we will make available for 5G currently have some satellite users, and some federal users, or at least the possibility of future satellite and federal users.

This means sharing will be required between satellite and terrestrial wireless; an issue that is especially relevant in the 28 GHz band. It is also a consideration in the additional bands we will identify for future exploration. We will strike a balance that offers flexibility for satellite users to expand, while providing terrestrial licensees with predictability about the areas in which satellite will locate.

However, we must reject any notion that the 5G future will be the sole province of urban areas. The 5G revolution will touch all corners of this country.

Three months ago, I indicated as directly as I am capable that it would be advantageous for the satellite and mobile industries to come together to propose realistic ideas for their coexistence in the upper bands -- and to do so quickly. Satellite and terrestrial stakeholders have suggested a range of sharing options, and the draft Spectrum Frontiers Order seeks to provide a balanced solution that addresses the needs of both parties.

I am confident we will adopt rules that will enable satellite, terrestrial, and federal operations to co-exist and thrive.

To make sure we have this connectivity with high-band spectrum will require a lot more small cells, which means a lot more antenna siting decisions by local governments. That's why it's important that the Commission has streamlined our environmental and historic preservation

5

JA 06435

rules, and tightened our 'shot clock' for siting application reviews. America's local governments will play an important role in determining how we fulfill this national priority.

In addition, all these small cell sites will need to be connected, so we'll need a lot more backhaul. That's a challenge we're going to address through our proceeding on Business Data Services, the kind of dedicated access that wireless providers need to connect cell towers and antennae to their networks. These backhaul connections can be as much as 30 percent of the cost of operating a wireless network. And with the additional sites required to support use of the millimeter wave spectrum, that percentage is likely to increase, to as much as 50 percent.

In many areas, however, competition in the supply of backhaul remains limited, and that can translate into higher prices for wireless networks and then higher prices for consumers. Lack of competition doesn't just hurt the deployment of wireless networks today, it threatens as well to delay the buildout of 5G networks with its demand for many, many more backhaul connections to many, many more antennae. Before the end of this year the Commission will take up a reform proposal – supported by the nation's leading wireless carriers, save one – that will encourage innovation and investment in Business Data Services while ensuring that lack of competition in some places cannot be used to hold 5G hostage.

As we build the next-generation network, a lesson learned from our previous experience is that it must be secure. New platforms, systems, software and technologies will mean new vulnerabilities. Cybersecurity issues must be addressed during the design phase for the entire 5G ecosystem, including devices. This will place a premium on collaboration among all stakeholders. We continue to prefer an approach that emphasizes that industry develop cybersecurity standards just as we have done in wired networks.

In the spirit of the election season, I thought I'd close these remarks by referencing a campaign speech from the 60s. For a change, I don't mean the 1860s.

On July 15, 1960, John F. Kennedy strode to podium at the Los Angeles Coliseum to accept the Democratic nomination for President, and famously challenged the American people to be pioneers of a New Frontier. He spoke of harnessing the power of the technological revolution and exploring uncharted areas of science and space. JFK's vision charted a path that took us to the moon and laid the foundation for the Internet.

This July 14, the FCC will have the opportunity to take an historic step to open up yet another frontier that promises to propel our nation – and the world – forward. Once again, we are looking to the sky to unlock new discoveries and unleash American ingenuity. We are the pioneers of a new spectrum frontier. Working together, we can write the next chapter in the mobile revolution that has already transformed our lives and society. Working together, we can unleash new waves of innovation and discovery that we are yet to imagine.

5G; Letter to the House Subcommittee on Communications
and Technology; Angela Tsiang; 2016

Dear House Subcommittee on Communication & Technology,

I am a mother of 2 boys, ages 8 and 11, and also a chemical engineer and Six Sigma Black Belt.  I am writing today to let you know of my opposition to the FCC's plan to speed 5G to market which would require a "massive" increase in infrastructure in FCC Chairman Tom Wheeler's own words, which will be voted on July 14, 2016.  ==Currently, there is more than enough infrastructure to provide cellular services to everyone in the US== - as of December 2015, there are 308,000 cell antenna facilities for 378 million wireless subscribers (current US population is 321 million), which is 116% market penetration.  We exceeded 100% market penetration in 2013 - per the CTIA, the number of cell towers in the US increased from 66,000 in 1998 to 300,000 in 2013, providing cell service to more than 335 million cell phones in 2013 (104% market penetration).  This exceeds 1 cell phone per person in this country http://www.ctia.org/your-wireless-life/h...

Now the push for cell antennas is for 5G, which is fast data transmission (i.e. pictures, videos, etc) will require **"massive infrastructure"** of small cell antenna sites beyond the 308,000 cell antenna facilities already in place. https://www.fcc.gov/document/remarks-cha...

==**Because the frequency used in 5G will be much higher than what has been used for 2G, 3G and 4G, transmission distances will be much shorter and the number of small cell sites required will be SEVERAL TIMES greater than the 308,000 macro cell towers already in place across the country.**==  This proposal is similar to what was proposed by CA Assembly Bill 2788 in June, in which CA Assemblyman Mike Gatto gutted a natural gas storage bill intended to help the Porter Ranch residents and turned it into a bill to install small cell antenna facilities (for 5G) **on every public school, government building (except fire stations), and light and telephone poles without approval by local government**.  http://celltowersites.com/wp-content/uploads/2016/06/20150AB2788_97.pdf Californians were outraged by this proposal which forced Gatto to withdraw the bill fortunately.

FCC Chairman Tom Wheeler is pushing for 5G in the name of "national priority." **How is the ability to watch videos and download pictures at fast speeds a "national priority?"** While the ability to do this wirelessly is a huge convenience, I disagree with this being a "national priority."

**"National priority" is addressing the astounding increases in autism, ADHD, neurological disorders in children and adults, autoimmune disease and dementia/Alzheimer's which has been occurring in the last couple decades which coincided with the massive deployment of cell antenna facilities, which began with the 1996 Telecommunications Act.** We went from 66,000 cell towers in 1998 to 300,000 in 2013 per the CTIA as mentioned above. **Is someone close to you afflicted with autism, ADHD, neurological diseases, autoimmune disease, dementia or Alzheimer's?**

- Feb. 24, 2016: the American Brain Tumor Association has found that brain cancer is the highest cause of cancer deaths in ages 15-39 and the most common cancer among 15-19 year olds. There's also been an **increase in Malignant Brain and Central Nervous System Tumors in American children.** For ages 0-14 between 2000-2010, it has increased annually 0.6%/yr. In ages 15-19, between 2000-2008, it has increased annually 1.0%/yr.
- October 2010: Autism has increased 600% in prevalence over the last two decades.
- **ADHD has increased 53% in the US** over the last decade per the CDC. For ages 14 to 17, 19 % of boys and 10% of girls now have ADHD.
- August 2015: Washington Post reports **people are developing dementia a decade earlier compared to 20 years ago (2010 vs. 1990) The disease is now regularly diagnosed in people in their late 40s and death rates from early onset dementia are soaring.** The study found that **deaths caused by neurological disease had risen significantly in adults aged 55 to 74 and more than doubled in the over-75 population overall. The problem was particularly acute in the United States, where neurological deaths in men aged over 75 have nearly tripled and in women increased more than fivefold.** *"The rate of increase in such a short time suggested a silent or even a hidden epidemic, in which environmental factors must play a major part, not just aging."* The environmental factors cited included chemical pollution and increased background

electromagnetic fields (which includes wireless radiation) https://www.washingtonpost.com/world/people-are-developing-dementia-earlier-and-dying-of-it-more-a-study-shows/2015/08/06/599b16b8-3c0a-11e5-8e98-115a3cf7d7ae_story.html?wprss=rss_world .

- October 2013: **The NIMH (National Institute of Mental Health) reported 25-30% of kids between ages 13-18 will experience an anxiety disorder. This is an increase of 20 fold (i.e. 1900%) over the last 30 years** http://health.usnews.com/health-news/health-wellness/articles/2013/10/10/how-to-cope-when-school-anxiety-lingers

- November 2013: Time Magazine reports that the **rate of reported anxiety disorders among U.S. troops jumped 327% between 2000 and 2012.** http://swampland.time.com/2013/11/05/anxiety-disorders-on-the-rise-in-the-ranks/

- **September 2007: The number of American children and adolescents treated for bipolar disorder increased 40-fold [that's 3900%!] from 1994 to 2003** The senior author of the study, Dr. Mark Olfson of the New York State Psychiatric Institute at the Columbia University Medical Center, said, *"I have been studying trends in mental health services for some time, and this finding really stands out as one of the most striking increases in this short a time."* The increase makes bipolar disorder more common among children than clinical depression, the authors said. http://www.nytimes.com/2007/09/04/health/04psych.html?_r=1

- **Severe, disabling mental illness has dramatically increased in the United States.** "The tally of those who are so disabled by mental disorders that they qualify for Supplemental Security Income (SSI) or Social Security Disability Insurance (SSDI) increased nearly two and a half times between 1987 and 2007 *For children, the rise is even more startling — a thirty-five-fold [i.e. 3400%!] increase in the same two decades,"* as Marcia Angell summarizes

- In 2011, the U.S. Centers for Disease Control and Prevention (CDC) reported that **antidepressant use in the United States has increased nearly 400 percent in the last two decades, making antidepressants the most frequently used class of medications by Americans ages 18-44 years.** http://www.salon.com/2013/08/26/how_our_society_breeds_anxiety_depression_and_dysfunction_partner/

- In May 2013, CDC reported in "Mental Health Surveillance Among Children—United States, 2005–2011," the following: *"A total of 13%–20% of children living in the United States experience a mental disorder in a given year, and surveillance during 1994–2011 has shown the prevalence of these conditions to be increasing."*

There are many independent research studies that have shown an effect on nervous and immune systems from RF radiation.  Here are just a few http://ehtrust.org/science/cell-towers-and-cell-antennae/

I, like most people, was unaware of the research around cell phones and cell towers. I had assumed, like most people, that our government (FCC) standards were adequate to protect us and the proper research had been done by our government in setting these standards before releasing these products to the public. However, I was shocked to learn the following **FACTS:**

1) **Our government standards for cell phone radiation is NOT based on protection against all harmful effects but only based on thermal limits**, i.e., if there is not enough microwave radiation coming from a device or cell tower to cause your tissues to warm up (i.e. cook you), then FCC standards considers it to be a "safe" level. For cell towers, that limit is 1000uW/cm2 for 30 minutes for frequencies 1.5GHz and above http://www.gpo.gov/fdsys/pkg/CFR-2002-ti... This was not intended to be a chronic exposure limit, but a short-term one intended to protect people from burns. For cell phones and personal devices, the amount allowable is a SAR of 4.0 W/kg to the hands, feet, ears and 1.6W/kg to the head and any other part of the body.

2) **Areas within the immediate range of a cell tower (i.e. less than 1000ft) are about 1000 times higher than background levels of RF radiation.**  Ambient (background) levels of microwave radiation, i.e. levels not immediately close to a cell tower, is around 0.0003uW/cm2 (cell phone calls can be made at this level and reception is around 4 bars). However, within the immediate range of a cell tower, i.e. within the first 1000 ft, it can be as high as 0.1-1.0uW/cm2. While both these levels are lower than 1000uW/cm2, realize that this means that the levels within the immediate vicinity of a cell tower is around 1000 times higher than areas not next to a cell tower. So for people living close to a cell tower or kids attending school next to a cell tower, this exposure which is about 1000 times higher than ambient levels is for many hours every day for years, not just 30 minutes. If you don't believe this, please purchase a meter and measure for yourself. The Cornet ED78S is a very  basic meter that you can purchase for ~$140, less than cost of your smart phone

**Health effects at 0.1uW/cm2 include neurological problems** (headaches, insomnia, feelings of nervousness) **and immune problems** (allergies, cancer). You can see the list here for levels below and above 0.1uW/cm2 per the 2012 Bioinitiative Report, which is a compendium of 3800 peer reviewed studies from around the world.http://www.bioinitiative.org/rf-color-ch...

**Firefighters union IAFF succeeded in 2004 in stopping more cell towers from being erected on firestations for health reasons, citing neurological and immune system effects**. http://www.iaff.org/hs/facts/CellTowerFi...

3) **FDA exempted cell phones from product testing in 1984** on the presumption that if there is not enough RF radiation emitted to cause tissue heating, then it was safe. However, there has been a lot of research showing that even levels of radiation below thermal thresholds have negative health effects. Some even done by our own military

**NASA Report, 1981**
A NASA report published in April 1981, titled "Electromagnetic Field Interactions with the Human Body: Observed Effects and Theories," discussed EMF and microwave RF radiation caused to humans. Effects of microwave radiation reported: headaches, sleep problems, neurological symptoms, cardiac symptoms, memory problems, increased cholesterol, gastritis, ulcers, increased fasting blood glucose, irritabiity, inability to concentrate, apprehension, and cataracts (clouding of posterior part of lens in those caused by microwave radiation instead of anterior clouding as seen with regular types). Information for the NASA report was collected from over 1,000 written sources that "included journals, conference proceedings, technical reports, books, abstracts, and news items," http://ntrs.nasa.gov/archive/nasa/casi.n...

**Navy Report, 1971**
On October 4, 1971, the Naval Medical Research Institute published a research report,"Bibliography of Reported Biological Phenomena ('Effects') and Clinical Manifestations Attributed to Microwave and Radio-Frequency Radiation," which was a compilation of over 2000 references on the biological responses to RF microwave radiation. It lists well over 100 negative biological effects caused by RF microwave radiation - here's a partial list: corneal damage, tubular degeneration of testicles, brain heating, alteration of the diameter of blood

vessels, liver enlargement, altered sex ratio of births, decreased fertility, sterility, altered fetal development, decreased lactation in nursing mothers, altered penal function, death, cranial nerve disorders, seizures, convulsions, depression, insomnia, hand tremors, chest pain, thrombosis, alteration in the rate of cellular division, anorexia, constipation, altered adrenal cortex activity, chromosome aberrations, tumors, altered orientation of animals, birds and fish, loss of hair, and sparking between dental fillings.http://www.magdahavas.com/wordpress/wp-c...

**Air Force Report, 1994**
A June 1994 US Air Force document, titled, "Radiofrequency/Microwave Radiation Biological Effects and Safety Standards: A Review," **acknowledges the non-thermal health effects.** Stated in its abstract, *"It is known that electromagnetic radiation has a biological effect on human tissue."* The introduction of the report states that *"researchers have discovered a number of biological dysfunctions that can occur in living organisms"* and that *"exposure of the human body to RF/MW [radio frequency/microwave] radiation has many biological implications"* that range from "innocuous sensation of warmth to serious physiological damage to the eye," and added that *"there is also evidence that RF/MW radiation can cause cancer."* Biological impacts: *"damage to major organs, disruption of important biological processes, and the potential risk of cancer,"* among many others which include *"mutagenic effects," "cardiovascular effects,"* negative effects on chromosomes, and notes that "Soviet investigators claim that exposure to low-level radiation can induce serious CNS [central nervous system] dysfunctions." http://www.emfacts.com/2014/09/us-air-fo...https://electroplague.files.wordpress.co...

4) **FCC's priority is faster speeds, not human health and safety.**

The 1996 Telecommunications Act was passed by Congress despite these reports from US government agencies that document negative health effects from microwave RF radiation that were all published before 1996.  Section 704 of the TCA disallowed siting decisions for cell tower facilities based on health considerations as long as they don't exceed FCC's (thermal) limits.  Aesthetics is the only valid reason for rejection, so many cell towers are camouflaged and

disguised. This is how cell towers have ended up on school property and next to residential areas without people's awareness.

Even though doctors, scientists, and various groups have made about 1000 submissions asking the FCC to revisit limits since 2012, little has been done by the FCC. ( See Proceeding Number 13-84 on the FCC web site. It is hard to navigate, but you can see the ~1000 submissions here, http://www.saferemr.com/2015_08_01_archi... )

FCC changed the Telecom Act to encompass wireless internet in March 2015 (wireless internet was not included in the 1996 TCA prior to that). There have been only a handful of incidents where the FCC has fined wireless companies for exceeding FCC's thermal limits even though **1 in 10 cell antenna sites exceeded FCC's thermal limits** per Wall Street Journal report in 2014 http://www.wsj.com/articles/cellphone-boom-spurs-antenna-safety-worries-1412293055 , and **the fines are paltry ($50,000) for exceeding FCC's thermal limits.** http://www.journalinquirer.com/connectic...

**Yet if speeds are slow, FCC will fine millions. FCC fined AT&T a record $100 million in June 2015 for not providing speeds as fast as advertised** http://finance.yahoo.com/news/fcc-seeks-... **Clearly FCC's priorities are NOT human health and safety, and they have not been considered in 5G's implementation.**

Exceeding FCC's thermal limits (which causes bodily harm) only received a $50,000 fine?
But slow download speeds received a $100 MILLION fine? AM Best, an insurance rating company, said this about the risks of wireless radiation. *"what is known is the risk that cell tower workers face. Thermal effects include eye damage, sterility, and cognitive impairments."* http://www.ambest.com/directories/bestco...

5) **The only study of effects of chronic exposure to cell phone radiation by our government was reported in May by the NTP (National Toxicology Program), which showed a statistically significant increase in brain and heart cancer in rats.** Cancer showed up in a small but statistically significant portion of the rats who were exposed to below thermal levels of cell phone radiation at 1.5W/kg for 2 years (below FCC SAR limit of 1.6W/kg – iphone 6 plus

has a SAR rating of 1.59W/kg with all antennas on
 https://www.sarchecker.com/apple-iphone-6-sar-rating-level-edges-extremely-close-to-legal-limits/ )


**The significance of this study is that it is proof (from a US government study) that RF levels below thermal thresholds cannot be assumed to be "safe".**

In medicine, non-thermal levels of microwave radiation have been used for therapeutic uses to treat pain and edema, heal bones, and chronic wounds https://en.wikipedia.org/wiki/Pulsed_radiofrequency – this fact in itself also disproves the claim that there are "no biological effects" from non-thermal levels of microwave radiation.  Anything that has a therapeutic effect can also have a negative effect in a different dose or under different conditions.


6) Other countries – China, Russia, France, India, Switzerland, Italy, Luxemborg, Bulgaria – have stricter RF exposure limits than the US (see chart below)  In January 2015, France forbade Wi-Fi in preschools and ordered it be turned off in elementary schools when not in use.  In April 2016, Haifa, Israel has also removed Wi-Fi in schools. You can read more here on Schools and teacher unions around the world taking action on wireless http://ehtrust.org/policy/schools-unions-and-pta-actions/ …..



**In summary, there are many reasons not to approve the "massive infrastructure" required for 5G at this time.**  The reasons:

1)NTP studies demonstrating a statistical increase in brain and heart cancer in rats following chronic exposure at 1.5W/kg (which is below the FCC SAR limit of 1.6W/kg) ;

2) reports by our own military and other branches of the US government demonstrating biological effects from RF radiation at below thermal levels;

3) the fact that non-thermal levels of microwave radiation are used for medical purposes because there is a biological effect;

4) the near 1000 submissions by doctors, scientists, and others asking the FCC to revise their limits in FCC proceeding 13-84;

5) the fact that the higher millimeter frequencies to be used in 5G (as well as 2G, 3G, 4G),  have NEVER been studied for its long-term effect on humans by our government; and

6) **the fact that there are enough cell tower facilities ALREADY in existence to service more than one cell phone to everyone in this country**

Cell phones are important for safety - their original intention was to provide emergency help. However, since then, they have morphed beyond uses for safety. They are now used more for entertainment by adults and children alike. Now is the time for prudent caution on this issue and slow down any "massive deployment" of cellular infrastructure.

If you don't believe these facts, please do the research for yourself, your families, your constituents, and for everyone in this country.  It was not until my children became ill from two cell towers next to their school that I researched this issue.  I have physician diagnosis and medical records to corroborate.

FCC's job is to regulate the telecom industry for the protection of this nation's citizens, not pushing a program for private industry's gain in the name of national priority when there are serious health risks and unknowns to consider.

Sincerely,

Angela Tsiang

5G; Ask Congress to Vote No, We Are The Evidence Fact Sheet; 2016



**We Are The Evidence**
Wireless Technology Injured Advocacy Group

## "We Are The Evidence", Those Injured by Wireless

### Ask Congress:

## PLEASE PROTECT US & HELP US PROTECT the PUBLIC's HEALTH

## Say "STOP" to the FCC and Wheeler in 5G vote

### Who Are We?

Unlike what the public has been told, wireless technology harms are scientifically PROVEN, not potential but EXISTING, and in an EPIDEMIC scale. ***We Are The Evidence",*** is an advocacy group representing the many people who have been injured by wireless technology; our members have conditions such as electro-sensitivity/intolerance and cancer (among others). We purport to expose this epidemic to the public, elevate the voice of the injured and defend their rights through education, lobbying and litigation.

### What Are We Asking For?

Despite the EVIDENCE OF WIDESPREAD SICKNESS from wireless technology radiation and the CLEAR SCIENCE (including a RECENTLY published $25 million GOVERNEMENT STUDY which establishes the already proven harms of wireless technology including brain and heart cancer, DNA damage and neurological effects), rather than acting prudently, warn the public, reduce radiation levels and encourage industry to develop safer technologies, the FCC continues to ignore the harms, use an obsolete "safety" standard, mislead the public and Congress and now, facilitate a rapid increase in radiation levels with 5G and the use of higher (and more harmful) frequencies.

**We are asking Congress** to take action to stop the FCC rush Vote on 7/14, which fast-tracks the release of the more harmful 5G infrastructure.
**We are asking Congress** to conduct a hearing to investigate the FCC actions/inactions and their disregard of public health; and to include testimony of those who have been injured by wireless in this hearing.

This is a public health and human rights crisis that must not be ignored. Ignoring a problem does not change the facts; it merely increases its scale and we already have an epidemic-scale problem.

# The Facts About 5G & the FCC

## Fact: 5G is Even More Harmful than Existing Wireless Infrastructure

5G will be making use of higher frequencies, known as "millimeter waves," which are more harmful to humans, without examination or consideration of the hazards. 5G frequencies are easily disrupted by physical interference; therefore, to overcome this limitation, a massive number of antennas will have to be positioned on almost every electric pole in the country, all utilizing higher frequencies. This deployment will significantly increase the radiation levels in the environment, making it impossible for anyone to escape this radiation, especially those who are already injured and cannot tolerate the radiation.

## Fact: FCC Ignores Recent Government $25 Million Study Proving Harms

The link between wireless and cancer / other harms was proven in a $25 Million study by the National Toxicology Program; ***the scientists who conducted the research called to immediately warn the Public***. The FCC is ignoring the study and instead, is trying to fast-track 5G. This study repeats what many previous research studies proved and supports the existing human evidence. More information about the study can be found on ***MicrowaveNews.com*** and the ***Wall Street Jounal***.

## Fact: FCC Ignores NIH Study Proving Wireless Causes Changes in Brain



The study led by Dr. Nora Walkow, ***Director of the National Institute on Drug Abuse***, "Effects of Cell Phone Radiofrequency Signal Exposure on Brain Glucose", offers conclusive evidence that the FCC's claim that there are no biological effects of wireless technology is false.



The brain image (above) shows the levels of glucose inthe brain (yellow) before (image on the right) and after (image on the left) cell phone use. The glucose levels shown in the left image are significantly higher and found to be so especially in the areas closer to the antennas of the cell phone. This study reinforces previous studies that used other experimental approaches, and have found that microwave radiation alters cellular signaling pathways and brain activity. **As glucose is the sole energy source of the brain, the study reinforces previous studies that have found that microwave radiation alters cellular signaling pathways and brain activity.**

## <u>Fact</u>: The FCC Cannot Be Trusted

Would you have wanted the head of the Tobacco Companies' Association to head the Agency that regulates it? Then why allow Tom Wheeler, who headed the CTIA, the wireless industry association, to head the FCC, the very same agency that regulates them?

*Harvard University Center for Ethics* wrote a report about the corruption of the FCC called: *"Captured Agency: How the FCC is Dominated by the Industries It Presumably Regulates."* This 5G vote is a clear proof…

*FCC's  2013 declaration that it is going to review its "Safety" Standard, seems to be a sham*. For more than 20 years, the FCC hasn't reviewed its "safety" Standards. In 2013, it announced a review of its "Safety" Standards and asked the public to submit comment. Approximately 1000 comments were submitted by scientists, and public health officials, as well as doctors' associations who represent the physicians who see the epidemic of sickness in their offices and clinics. The Attorney Generals of Boston and Philadelphia submitted a comment, calling the FCC to take immediate action to protect the injured and tell the public the truth. But, as the *Wall Street Journal* wrote in an article on 7/6, *"The FCC opened a proceeding to study the current standards in 2013, but hasn't taken any action."*

## <u>Fact</u>: FCC Safety Testing is Ridiculous, Assuming Our Brains Are Water

*The FCC "Safety" Standards are based on an assumption that was disproved decades ago,* that non-ionizing radiation, like that emitted by wireless technology, is harmful only if it causes change in the temperature of the cells. Since wireless technology allegedly does not use levels that cause thermal change, the FCC claims it is not harmful, despite the fact that many thousands of studies, including the Government studies, have proven that it causes severe effects including the breakage of the DNA.

*The FCC testing of cell phone safety is ridiculous. It assumes that the human brain is just liquid* and tests for thermal change. This test was invented by engineers without biomedical understanding, and ignores the fact that our brain has nerves, blood vessels, chemical reactions, etc. Our brain is an electric system and therefore it is clear that it will be affected by electro-magnetic fields such as those emitted by wireless technology radiation, which is trillions of times higher than the levels to which our body evolved.

# Facts about the Epidemic of Sickness

## Fact: Already 10% of the Population Have Developed Electro-Sensitivity

*Are you or your children are having pain in your head/ear and/or tingling in your hands when using a cell phone? If yes, then you have developed Electro-Sensitivity*. According to numerous surveys done by leading institutions up to 2006, at least 10% of people already suffer from symptoms of electromagnetic sensitivity/intolerance, a condition that develops with accumulated exposure to wireless radiation. Other symptoms include sleep disturbances, heart palpitations, nausea, exhaustion, tinnitus, cognitive problems, et al. These symptoms indicate severe biological harms. Research on 700 people who developed ES showed damage to their Blood Brain Barrier, immune and nervous systems and neurodegeneration.

*The people and children who developed ES are ignored and their lives are a living hell*.


There is no place without radiation. Those people who have ES have no refuge and no place to live; many become refugees and live in inhuman conditions, in their cars and in the woods. One year ago, Jenny Fry, a 15 year old girl hanged herself from a tree because she could not tolerate the pain from the Wi-Fi in her school.  This is a growing epidemic and a human rights crisis and everyone is looking the other way. *In the picture: Jenny Fry, 15, Committed Suicide, she could not tolerate the pain of the Wi-Fi in school.*


The most famous person who has developed ES is Gro Harlem Brundtland, the former *Head of the World Health Organizations*, former *Prime Minister of Norway* and a medical doctor in her profession.

**Other people who developed ES:**  Matti Niemelä**, Nokia's Chief Technology  Officer** Jeromy Johnson, *a Silicon Valley Engineer*; Prof. James McCaughan, *A Physics Professor*;  Per Segerbäck, **Ericcson Cell Phones Engineer**; Dr. David McDonald, CSIRO (wireless company) scientis; Elizabeth Evans, an MD.

## Fact: Wireless Causes Brain Tumors Epidemic

The Government NTP study proved that wireless radiation causes brain tumors; as well as confirming the results of previous studies, but this study supports the findings of other


studies, including epidemiological studies. Data up to 2006 show that the rates of brain cancers associated with cell phone use doubled for adults, and now, ten years later, is probably higher. A study shows 780% increase in brain tumors in children; brain tumors are the # 1 killer of children and adolescents. **In the picture: Jimmy Gonzales, Attorney, Died at 42, from 3 tumors from his cell phone.**

## Fact: Wireless causes Autism



In the past 10 years, the rate of Autism has increased exponentially from 1/1000 children to 1 in 65. Harvard Professor, Martha Herbert, a Pediatric Neurologist and Neuroscientist's paper "Autism and EMF? Plausibility of a pathophysiological link", establishes a correlation to wireless. Prof. Herbert said "I set up to write a paper with a modest length…and ended up producing a 60 page paper with 550 citations."

## Fact: Wireless causes ADHD



In the past 10 years the number of children who suffer from ADHD doubled! **Yale University Professor** & Chair of Obstetrics, Gynecology, and ReproductiveSciences, Prof. Hugh Taylor, **proved in his research that fetus exposure to wireless radiation affects Neurodevelopment and Behavior and cause ADHD**.

## Fact: Wireless Harms the Sperm and Reproductive Organs

In the past 10 years there has been a 40% reduction in sperm quality of males in all age groups all around the world, and 25% of couples are in fertility treatments. There are many dozens of studies including on humans that prove beyond doubt that wireless severely harms the sperm and reproductive organs.

JA 06453

5G; 5G Spectrum Frontiers - The Next Great
Unknown Experiment On Our Children,
Compilation of Letters to Congress; 2016

# Spectrum Frontiers is a Boon to Industry and Devastation to Public Health

Please see the following letters from people emailed to the FCC and Congressional staff calling for a halt to Spectrum Frontiers

----

The 5G rollout plan is a dangerous, public health and safety threat. The FCC and industry has IGNORED the thousands of studies that confirm the problems, cancers and deaths of many from wifi-radiation cellular/smart meter technology. The 5G rollout is a telecom industry free-for-all - with NO GOVERNMENT OVERSIGHT.

THE FCC and INDUSTRY WILL BE HELD ACCOUNTABLE - it's only a matter of time. Do not allow this dangerous 5G rollout.

1) 34 Scientific Studies Showing Adverse Health Effects From Wi-Fi:
http://wifiinschools.org.uk/30.html

2) Several thousand studies that indicate a biological effect and/or harm:
http://www.powerwatch.org.uk/science/studies.asp
http://www.justproveit.net/studies
http://www.emf-portal.de
http://stopsmartmeters.org.uk/resources/resources-scientific-studies-into-the-health-effects-of-emr/

3) Radiofrequency science charts to visually compare studies, radiation intensities and biological effects:
http://www.bioinitiative.org/rf-color-charts/

4) Apple manual states to keep your iPhone away from your body at all times:
http://www.newsweek.com/iphone-6-bendgate-apple-says-your-iphone-shouldnt-go-your-pocket-avoid-273313

5) Study: Mobile phones are cooking men's sperm:
http://www.telegraph.co.uk/news/health/news/12167957/Mobile-phones-are-cooking-mens-sperm.html

6) Brain surgeon Dr Charlie Teo warns against mobiles, wireless home appliances:
http://www.news.com.au/technology/brain-surgeon-dr-charlie-teo-warns-against-mobiles-home-appliances-story-e6frfro0-1225791947213

7) American Academy of Pediatrics warns: Limit children's exposure to cellphones:
http://www.today.com/video/pediatricians-warn-limit-childrens-exposure-to-cellphones-559871555807

8) More than 60 international warnings on Wi-Fi and microwave radiation:
http://www.safeinschool.org/2011/01/international-warnings-on-wi-fi.html

9) A List of Teacher Unions and Parent Teacher Organizations Taking Action On Wi-Fi (USA, Canada, UK, etc):
http://safetechforschoolsmaryland.blogspot.com/2016/02/teacher-unions-and-parent-teacher.html

10) TED Talk from a former Environmental Engineer in Silicon Valley:
https://www.youtube.com/watch?v=F0NEaPTu9oI

11) Insurance giant Swiss RE has given electromagnetic frequencies the HIGHEST possible long term risk rating:
https://takebackyourpower.net/major-insurance-firm-swiss-re-warns-of-large-losses-from-unforeseen-consequences-of-wireless-technologies/

12) Another insurance giant, Lloyd's of London, will not insure anything wireless:
http://www.naturalhealth365.com/wi-fi-radiation-electromagnetic-fields-lloyds-of-london-1356.html

13) Risk Management Magazine - The Invisible Threat: Radiofrequency Radiation Risk
http://www.rmmagazine.com/2010/08/01/the-invisible-threat-radiofrequency-radiation-risk/

14) US CDC retracts cellphone radiation warning following pressure from industry lobbyists:
http://microwavenews.com/news-center/caution-vs-precaution

15) WHO involved in suppression of additional science showing harm, since 2011:
https://takebackyourpower.net/tag/who/

16) Study Uncovers How Electromagnetic Fields Amplify Pain in Amputees
www.utdallas.edu/news/2016/2/3-31891_Study-Uncovers-How-Electromagnetic-Fields-Amplify-_story-wide.html

17) CEO of 1 Billion-dollar U.K. company speaks out on microwave sickness:

https://www.youtube.com/watch?v=g4DKNs0G2kU
18) Dozens of specific scientific abstracts that all show harm:
http://emfsafetynetwork.org/shortcut-to-science/
19) Solutions: Reducing Wirelesss Radiation and EMF
http://www.youtube.com/watch?v=YWCk7RYGGS4
20) Solutions: Reducing Your EMF Exposure
http://www.emfanalysis.com/solutions-interview/
21) Cell Phone Radiation Boosts Cancer Rates in Animals; $25 Million NTP Study Finds Brain Tumors
http://microwavenews.com/news-center/ntp-cancer-results
~-------

---
Dear Decision Maker,

The following chart provides more than ample evidence why the stated lack of increase in brain cancer is a CELL PHONE industry promoted non-truth.

Thanks for listening,

Dave

-----
Dear Decision Maker,

Although the Spectrum Frontiers Proceeding is being represented as an unqualified good, there has been no NEPA review of the health impacts of 5G networks. In our rush to be the first to roll out 5G and reap the claimed economic benefits, let's not forget that ignoring health risks 5G networks may pose could be a huge economic liability.

Recent findings from the NTP (National Toxicology Program) Study linking cellphone radiation to cancer suggest caution in the use of wireless technologies. The American Cancer Society's Chief Medical Officer, Otis Brawley, said the NTP study results mark a "paradigm shift in our understanding of radiation and cancer risk." He called the NTP report "good science."

Surely this is not the time to ramp up radiofrequency exposure to the general population. Governmental agencies throughout the world have issued cautionary advice regarding wireless exposures, including governments of Austria, Belgium, Finland, France, Germany,  Greece, Israel, Switzerland, and Sweden.

Please note links to recent articles about the NTP study by Devra Davis, PhD. and 'Scientific American' which you may find useful in determining your position.

http://blog.oup.com/2016/06/cancer-from-cell-phone-radiation-ntp-report/

http://www.scientificamerican.com/article/major-cell-phone-radiation-study-reignites-cancer-questions/

Thank you for your attention and concern.

----------

To Whom it May Concern,

I am not just asking but BEGGING you to halt the roll out of 5G technology now! 2 years ago I developed a disability known as 'Electro Hyper Sensitivity' or 'EHS' Suddenly I began to have SEVERE debilitating reactions to all things wireless, including my own 'smart' phone and the neighbor's wifi. I developed reactions like migraine headaches, chest pains, nausea, insomnia, memory and concentration issues and feelings of electrocution in my hands and arms when holding a cell phone. I had to get rid of the phone, and eventually move to a very rural area 3,000 miles from my home in order to find a place without ubiquitous radio frequencies to find some kind of reprieve.

I lost my job, friends, family, home. If not for a supportive partner I would likely have lost my life. Unfortunately my story is not unique and an increasing percentage of the world's population is becoming similarly effected as their bodies reach threshold levels of EMF radiation exposure and become sensitized to various sources of EMFs, but in most cases the stronger sources, especially on the high frequency spectrum cause the most pain.

There are stories every day of people committing suicide because they feel so helpless and unable to find safe places to live as the wireless industry pushes further products and with those products the supporting networks on our population, when they are fully aware of the biological effects, health and safety hazards of microwave radiation used for their products. Tom Wheeler is now chair of the FCC? How is that possible? He was the head of the wireless industry's main lobby group for several years and rejected sound scientific data from his own hired research group in the 1990s who found that cell phone radiation can indeed cause brain tumors and other dangerous health effects. He is clearly biased toward the wireless industry and should therefore not be head of the FCC.

There are literally thousands of peer reviewed scientific studies proving the hazards of wireless radiation. There are NO studies PROVING the safety of such products.

We are already saturating our planet with EMF pollution that is affecting the health of not just the human population but animals and plants everywhere. 5G is a stronger higher frequency that will no doubt increase the suffering of people and other life forms in a devastating irreversible way. This technology is hardly NEEDED by anyone.

To ignore the evidence in re. to the dangers of this technology is extremely foolhardy and short sighted.

Everyone will be affected with the rise of diseases like Autism, Hypertension, Diabetes, ADHD, Alzheimer's, Dementia (and esp. early onset Dementia), Arthritis, Cancers and tumors of all kinds and other chronic illnesses like migraine headaches, insomnia, fibromyalgia, etc. There is conclusive evidence that microwave radiation significantly contributes the rise in the incidences of these diseases and in many cases has been proven as the only cause.

The industry presents us with NO evidence that their products are safe. Instead they rely solely on efforts to dismiss and refute sound scientific evidence to the contrary and 'plausible deniability'.

People who can no longer tolerate exposure to radio frequencies have almost nowhere left to go. This is forcing exposure of microwave radiation on the entire population, something even the World Health Organization classifies as a possible carcinogen. What if one wishes to avoid possible and known carcinogens? (Because in spite of the WHO's classification as 'possibly' carcinogenic as they too are under a lot of pressure from the wireless industry to NOT label it as what it actually is, a KNOWN CARCINOGEN) What if one wishes to NOT use a cell phone or be exposed to WIFI and

WIMAX and Cell Towers and wishes to exercise the precautionary principle? Increasingly they are unable to make that choice, this has been forced on all of us. It is worse than second hand cigarette smoke as it penetrates buildings and is really impossible, especially in any practical sense, to shield from.

The roll out of 5G will make it in fact impossible for anyone to get away from this radiation. It will go down in history books as a genocide once the truth is uncovered.

This may sound dramatic to some of you or 'alarmist' but if you feel that way it only shows your ignorance to the facts or simply your level of corruption.

I have EHS and have had to isolate myself to a rural area, unable to go into any town without extreme pain. My life has be severely disrupted. I can no longer pursue the things I was pursuing and want to pursue. I have lost my constitutional rights, I have lost my freedom. There are millions of others like me being denied their rights.
Sweden was the first country back in 2000, already 16 years ago to declare EHS a disability. Any country in the UN legally is supposed to do the same and make accommodations for us. So far I don't see that happening. I not only am  unable to collect any disability but I cannot go into any store (as they all seem to have Wifi in them now) or public building.

If you don't know about the scientific proof in re. to the dangers of wireless radiation, please see - http://www.bioinitiative.org

Thank you for your time, and I do hope, maybe beyond hope, that at least one of you will not only read this letter but take it seriously and take to heart these concerns to the point of educating yourself on this matter and more importantly halting the rollout of 5G.

Thank you,

Shannon

--------

I am writing to strongly encourage you to reconsider the "5G" experiment in human health, especially because of our children.  There is significant scientific evidence that this type of radiation (such as smart  meter radiation) damages human health on multiple levels.  This isn't rational progress and is creating a huge liability for all of you when the damage is further revealed through this experiment.  **All will be held accountable and liable for their actions** because of the warnings science has accumulated, and because of these legal NOTICES of the same.  There can be no excuse for progressing into this, especially when there is now technology that eliminates this wireless radiation form.

We are tired of corporate corruption and manipulation for profit… and we are acting.

--------

Please listen to the US Government's own NTP - whose cancer study concluded that cellular radiation DOES increase cancer. Protect your own health and those of your constituents and vote NO to 5G!

Thank you.

------
As a parent of special needs children, I have seen first hand how devastating the increase in wireless technology is for our health.

Please put public safety as your priority before financial gains for only a few.  Now is the time for you to be on the forefront and be a leader for public interest.  The science is very clear, and I beg you to make the decision you know is best- your health and the health of your loved ones.

If you would like further proof on this topic, please see the links below.  Thank you for your dedication to making smart decisions that affect each one of us!

1) 34 Scientific Studies Showing Adverse Health Effects From Wi-Fi:
http://wifiinschools.org.uk/30.html
2) Several thousand studies that indicate a biological effect and/or harm:
http://www.powerwatch.org.uk/science/studies.asp
http://www.justproveit.net/studies
http://www.emf-portal.de
http://stopsmartmeters.org.uk/resources/resources-scientific-studies-into-the-health-effects-of-emr/
3) Radiofrequency science charts to visually compare studies, radiation intensities and biological effects:
http://www.bioinitiative.org/rf-color-charts/
4) Apple manual states to keep your iPhone away from your body at all times:
http://www.newsweek.com/iphone-6-bendgate-apple-says-your-iphone-shouldnt-go-your-pocket-avoid-273313
5) Study: Mobile phones are cooking men's sperm:
http://www.telegraph.co.uk/news/health/news/12167957/Mobile-phones-are-cooking-mens-sperm.html
6) Brain surgeon Dr Charlie Teo warns against mobiles, wireless home appliances:
http://www.news.com.au/technology/brain-surgeon-dr-charlie-teo-warns-against-mobiles-home-appliances/story-e6frfro0-1225791947213
7) American Academy of Pediatrics warns: Limit children's exposure to cellphones:
http://www.today.com/video/pediatricians-warn-limit-childrens-exposure-to-cellphones-559871555807
8) More than 60 international warnings on Wi-Fi and microwave radiation:
http://www.safeinschool.org/2011/01/international-warnings-on-wi-fi.html
9) A List of Teacher Unions and Parent Teacher Organizations Taking Action On Wi-Fi (USA, Canada, UK, etc):
http://safetechforschoolsmaryland.blogspot.com/2016/02/teacher-unions-and-parent-teacher.html
10) TED Talk from a former Environmental Engineer in Silicon Valley:
https://www.youtube.com/watch?v=F0NEaPTu9oI
11) Insurance giant Swiss RE has given electromagnetic frequencies the HIGHEST possible long term risk rating:
https://takebackyourpower.net/major-insurance-firm-swiss-re-warns-of-large-losses-from-unforeseen-consequences-of-wireless-technologies/
12) Another insurance giant, Lloyd's of London, will not insure anything wireless:
http://www.naturalhealth365.com/wi-fi-radiation-electromagnetic-fields-lloyds-of-london-1356.html
13) Risk Management Magazine - The Invisible Threat: Radiofrequency Radiation Risk
http://www.rmmagazine.com/2010/08/01/the-invisible-threat-radiofrequency-radiation-risk/
14) US CDC retracts cellphone radiation warning following pressure from industry lobbyists:
http://microwavenews.com/news-center/caution-vs-precaution
15) WHO involved in suppression of additional science showing harm, since 2011:
https://takebackyourpower.net/tag/who/
16) Study Uncovers How Electromagnetic Fields Amplify Pain in Amputees
www.utdallas.edu/news/2016/2/3-31891_Study-Uncovers-How-Electromagnetic-Fields-Amplify-_story-wide.html
17) CEO of 1 Billion-dollar U.K. company speaks out on microwave sickness:

https://www.youtube.com/watch?v=g4DKNs0G2kU
18) Dozens of specific scientific abstracts that all show harm:
http://emfsafetynetwork.org/shortcut-to-science/
19) Solutions: Reducing Wirelesss Radiation and EMF
http://www.youtube.com/watch?v=YWCk7RYGGS4
20) Solutions: Reducing Your EMF Exposure
http://www.emfanalysis.com/solutions-interview/
21) Cell Phone Radiation Boosts Cancer Rates in Animals; $25 Million NTP Study Finds Brain Tumors
http://microwavenews.com/news-center/ntp-cancer-results


-------
I am a citizen in Pacifica, CA, writing to express opposition to the above proposal, slated to be discussed tomorrow.   We are already being blanketed with microwave radiation from cellular and wifi that numerous studies show are harming animal health and causing cancer and we should not add more exposure via 5G.
---------
Gentlemen,

Who speaks for and protects the health of the population of the USA if government officials work in favor of an industry gone rampant? The G5 plan is crazy and will force many US citizens to seek a place to live elsewhere on this globe, simply for health reasons.

Respectfully,




--------
Hello,

There is a large body of biological research studies demonstrating bad effects from radio frequency radiation (RF, RFR).  RF is essentially anything that is wireless and includes cell phones, cell towers, utility smart meters, home wireless routers, cordless phones, Wi-Fi hot spots, baby monitors, and more.

The wireless industry has chosen to ignore these - because the ill effects are not immediate - though there are some people who do experience adverse symptoms when exposed to every-day levels of RF.  Symptoms include nausea, headaches, disorientation, body aches, etc. Children are particularly susceptible.  There should be no RF in elementary schools.

The Federal Communications Commission (FCC) has shirked their responsibility.  They have jurisdiction over RF.  A recent Harvard research report labeled the FCC as a "captured agency" - captured by the industry it supposedly regulates.

BUT NOW...

We have important new evidence - a two-year, $25M study from the National Toxicology Program (NTP) of the National Institute of Health (NIH) that demonstrated the link between RF exposure and cancer in laboratory animals!

IN SPITE OF THIS...

The FCC wants to significantly raise our collective exposure by deploying 5G wireless cell phone networks, a massive increase in the number of RF emitting antennae, and connecting all electronic devices via Wi-Fi wireless (i.e, IoT, Internet of Things).

As Harvard said, the FCC is a "captured agency" - and they must be stopped.

And now we have the new NIH study.  How does one responsibly ignore that?

Say "NO" to more RF.


-----
Each of you who claim you represent "we the people" have an obligation to listen to our pleas and read our documentation, proving that this technology is NOT safe.  The Telecommunications Industry KNOWS this - beyond a doubt.  Obama appointed Tom Wheeler as the Director of the FCC intentionally - he is definitely the man for this job and he will do whatever it takes to move forward with this pulsing microwave radiation technology - at ALL COST.

I urge you to consider the lives of children, young adults and future generations.  I urge you to please NOT allow this forceful use of technology to move forward. Educate yourselves.  If you bother to do so, you will begin to see the truth.

You will be held personally liable moving forward - by "we the people" - if you do not listen now to science and reason.  Below you will find links to both.

Please, do your job and think about how you can be a hero and not a zero.  Otherwise, if you make unwise decisions, you will be held accountable.  Lawsuits are already popping up all over the nation.  Be one of the "smart" people and help the rest of the population to stop this madness - NOW!
1) 34 Scientific Studies Showing Adverse Health Effects From Wi-Fi:
http://wifiinschools.org.uk/30.html
2) Several thousand studies that indicate a biological effect and/or harm:
http://www.powerwatch.org.uk/science/studies.asp
http://www.justproveit.net/studies

http://www.emf-portal.de
http://stopsmartmeters.org.uk/resources/resources-scientific-studies-into-the-health-effects-of-emr/
3) Radiofrequency science charts to visually compare studies, radiation intensities and biological effects:
http://www.bioinitiative.org/rf-color-charts/
4) Apple manual states to keep your iPhone away from your body at all times:
http://www.newsweek.com/iphone-6-bendgate-apple-says-your-iphone-shouldnt-go-your-pocket-avoid-273313
5) Study: Mobile phones are cooking men's sperm:
http://www.telegraph.co.uk/news/health/news/12167957/Mobile-phones-are-cooking-mens-sperm.html
6) Brain surgeon Dr Charlie Teo warns against mobiles, wireless home appliances:
http://www.news.com.au/technology/brain-surgeon-dr-charlie-teo-warns-against-mobiles-home-appliances/story-e6
frfro0-1225791947213
7) American Academy of Pediatrics warns: Limit children's exposure to cellphones:
http://www.today.com/video/pediatricians-warn-limit-childrens-exposure-to-cellphones-559871555807
8) More than 60 international warnings on Wi-Fi and microwave radiation:
http://www.safeinschool.org/2011/01/international-warnings-on-wi-fi.html
9) A List of Teacher Unions and Parent Teacher Organizations Taking Action On Wi-Fi (USA, Canada, UK, etc):
http://safetechforschoolsmaryland.blogspot.com/2016/02/teacher-unions-and-parent-teacher.html
10) TED Talk from a former Environmental Engineer in Silicon Valley:
https://www.youtube.com/watch?v=F0NEaPTu9oI
11) Insurance giant Swiss RE has given electromagnetic frequencies the HIGHEST possible long term risk rating:
https://takebackyourpower.net/major-insurance-firm-swiss-re-warns-of-large-losses-from-unforeseen-consequences
-of-wireless-technologies/
12) Another insurance giant, Lloyd's of London, will not insure anything wireless:
http://www.naturalhealth365.com/wi-fi-radiation-electromagnetic-fields-lloyds-of-london-1356.html
13) Risk Management Magazine - The Invisible Threat: Radiofrequency Radiation Risk
http://www.rmmagazine.com/2010/08/01/the-invisible-threat-radiofrequency-radiation-risk/
14) US CDC retracts cellphone radiation warning following pressure from industry lobbyists:
http://microwavenews.com/news-center/caution-vs-precaution
15) WHO involved in suppression of additional science showing harm, since 2011:
https://takebackyourpower.net/tag/who/
16) Study Uncovers How Electromagnetic Fields Amplify Pain in Amputees
www.utdallas.edu/news/2016/2/3-31891_Study-Uncovers-How-Electromagnetic-Fields-Amplify-_story-wide.html
17) CEO of 1 Billion-dollar U.K. company speaks out on microwave sickness:
https://www.youtube.com/watch?v=g4DKNs0G2kU
18) Dozens of specific scientific abstracts that all show harm:
http://emfsafetynetwork.org/shortcut-to-science/
19) Solutions: Reducing Wirelesss Radiation and EMF
http://www.youtube.com/watch?v=YWCk7RYGGS4
20) Solutions: Reducing Your EMF Exposure
http://www.emfanalysis.com/solutions-interview/
21) Cell Phone Radiation Boosts Cancer Rates in Animals; $25 Million NTP Study Finds Brain Tumors
http://microwavenews.com/news-center/ntp-cancer-results


Sincerely,




------------------
To the NIH, FDA, and CDC:

Please oppose 5G.

In May, the National Toxicology Program released partial results of its study on cell phone radiation and rats.

1 in 12 male rats, 46 out of 540, developed glioma, schwannoma, or pre-cancerous lesions, and at the lowest exposure tested, 1 in 15 male rats, 12 out of 180, developed glioma, schwannoma, or pre-cancerous lesions. This is very serious. The exposure levels were tested to insure they did not raise body temperature, and therefore, these effects are not thermally caused.

This is critical for four reasons:
1.   FCC exposure limits are only based on thermal effects, not on biological effects. They are also modeled on a large man.
2.   Wireless devices are only tested for compliance with FCC limits; they are not safety tested.
3.   The FCC is planning a rapid roll out of a new wave of wireless technology – 5G – which will vastly increase the public's exposure to this radiation. 5G antennas are already being installed in cities such as San Francisco and legislatively pushed in California.
4.   The NTP study relates to children's exposure. The rats were tested from the time they were in utero for 2 years. Children are now exposed from conception throughout their lives, with wireless technology installed in schools, and they live and sleep in this radiation all day.

This study shows that current FCC exposure limits are not relevant and not protective of the public. This puts all of us, especially children, at ongoing grave risk. The Department of Interior two years ago said that FCC limits were outdated[i]:

[T]he electromagnetic radiation standards used by the Federal Communications Commission (FCC) continue to be based on thermal heating, a criterion now nearly 30 years out of date and inapplicable today.

The American Cancer Society immediately issued a statement congratulating the NTP for the quality of this study and its review, calling it good science. Ken Foster of the Institute of Electrical and Electronics Engineers (IEEE) said this study will change the conversation, will cause cautionary statements by officials, will probably cause radiofrequency electromagnetic radiation to be added to the list of carcinogens in California, and will probably increase the WHO designation to a Class 2A probable carcinogen -- high praise from a professional organization that promotes technology.

The public needs a public statement from your agencies on the seriousness of the NTP findings.

Furthermore, a moratorium on further wireless deployment is urgently needed. The public is already impacted by existing wireless exposure. Electrohypersensitivity (EHS) is recognized by the federal Job Accommodation Network, Federal Access Board, and internationally, and its

incidence is rising. There are cancer clusters around cell towers. The NTP research results are at last federal scientific recognition that there is a serious problem.

Please take action now. Halt 5G and the deployment of new wireless technologies while existing impacts are examined. Since current devices are not safety tested, we are in a very, very dangerous situation, having relied on FCC assurances of safety. Those assurances are now proven false, and FCC Chairman Tom Wheeler, former chief lobbyist for the wireless industry, is rushing to deploy more wireless technology before the ax falls on him and his agency from health authorities.

 I'd be happy to answer any questions from a public perspective. I have been following the research and actions taken internationally since 2008. I am relieved to see U.S. scientific courage such as that displayed by the National Toxicology Program team.

I have attached Dr. Ronald Melnick's letter to the New York Times, correcting its misinformation about the study, which the NYT has not printed. Also attached is information on the study from Dr. Joel Moskowitz of UC Berkeley, as well as my own article. Also included is the 2002 EPA letter from Norbert Hankin on FCC guidelines in case you haven't seen it.

I look forward to hearing from you.

Thank you.

Sincerely,

Nina

--------
Please do not let the FCC move forward with a plan to introduce 5G Spectrum technology.  We do not need this technology and the precautionary principle must be applied first.  You need to protect our health above all else!  You were wrong on the effects of Cell Phone radiation - the truth which was suppressed for many years is coming out now, albeit it is being dumbed down.   Many of us knew a long time ago that these types of radiation are harmful because of the effects we have felt in our bodies.

Please stop this insane march forward of a technology that is created by spiritually bereft people whose motives are profit and control at any cost.

Louise Hummingbird

-----
I am an educator and social worker, and have researched the effects of current wireless technologies on DNA, the human brain and the functioning of many other species. I stand with Parents for Safe Technology

and the advocacy group, We Are The Evidence in urging the Senate and Congress to sat STOP to the FCC and Wheeler in the 5G vote.

There is ample sound scientific research to back the complaints of the legions of us who say that the escalating levels of wireless radiation to which we are all exposed now daily in our communities, schools, libraries, workplaces and homes is doing serious harm to us.The recent National Toxicology study is only the latest piece of research; a mounting tide of information on the harmful effects of the microwave radiation from cell phones and other wireless devices that we can't afford to ignore.

If you, the members of committees, the senate and congress have not had time to review and digest this information adequately then i also urge you to do the responsible thing and refuse to vote for the 5G rollout; refuse to be pressured into saying "yes" without seeing the information that is causing concern to scientists all over the world.

I thank you in advance for your time and attention.

Elizabeth

-------

Dear Sirs or Madams,

I am a technical translator and rewriter living in Japan, and a former service member of the US Air Force.

I am writing to urge you to oppose Spectrum Frontiers 5G on health grounds. Since 1996 I have been aware of health effects from exposure to radiofrequency radiation at levels that are commonly permitted in our living environment, because they are too low to cause significant heating.

I am pretty sure that you are aware of the controversy, because so many people have already been affected so badly by the rollout of mobile communications technology that they have been forced to leave their homes and have undoubtedly protested to you about the loss of their right to a healthy environment. Furthermore, study after study is published that further demonstrates a causal relationship between radiofrequency radiation and serious health issues, including malignant brain cancer (the recent findings of the National Toxicology Program). Known effects such as depression, insomnia and Alzheimers disease are becoming so common they are presenting a health care crisis that, along with other environment-related illnesses, threatens to bankrupt the US and Japan, as I know, and probably other countries as well.

How could anyone in good conscience promote an exacerbation of already dire circumstances?

You can be sure that we the affected who are aware that the cause of our ongoing health problems is the burgeoning use of radiofrequency radiation in environments where we are forced to spend time will do whatever it takes to redress this issue, including civil and criminal proceedings. This has really gone too far already, and now you are poised, while cognizant of the dangers, to push it to a new extreme.

Please oppose 5G.

Sincerely,

Patricia

-----------

Dear Sirs and Madams;

I am writing with my concerns about the proposed 5G Spectrum Frontiers plan as put forth by Tom Wheeler. I am concerned about all of the scientific evidence suggesting that exposure to electromagnetic fields can pose health risks. People have a right to determine what they are exposed to, especially if there is a health risk. Just as it would be a violation of people's rights to put medication in our water supply, it would be a violation of our rights to set up an infrastructure of continuous wireless radiation that we cannot get away from. There are people who are made ill by this radiation, and under 5G the numbers will surely escalate. Please see below the evidence against this proposal. Personally, the idea of our entire infrastructure being controlled by a cloud technology is terrifying. All we need is a terrorist or one of the millions of sociopaths out there being able to hack into the network to bring down everything. It's a bad idea. Please vote against 5G tomorrow.

Sincerely,

Deborah

1) 34 Scientific Studies Showing Adverse Health Effects From Wi-Fi:
http://wifiinschools.org.uk/30.html
2) Several thousand studies that indicate a biological effect and/or harm:
http://www.powerwatch.org.uk/science/studies.asp
http://www.justproveit.net/studies
http://www.emf-portal.de
http://stopsmartmeters.org.uk/resources/resources-scientific-studies-into-the-health-effects-of-emr/
3) Radiofrequency science charts to visually compare studies, radiation intensities and biological effects:
http://www.bioinitiative.org/rf-color-charts/
4) Apple manual states to keep your iPhone away from your body at all times:
http://www.newsweek.com/iphone-6-bendgate-apple-says-your-iphone-shouldnt-go-your-pocket-avoid-273313
5) Study: Mobile phones are cooking men's sperm:
http://www.telegraph.co.uk/news/health/news/12167957/Mobile-phones-are-cooking-mens-sperm.html

6) Brain surgeon Dr Charlie Teo warns against mobiles, wireless home appliances:
http://www.news.com.au/technology/brain-surgeon-dr-charlie-teo-warns-against-mobiles-home-appliances/story-e6frfro0-1225791947213

7) American Academy of Pediatrics warns: Limit children's exposure to cellphones:
http://www.today.com/video/pediatricians-warn-limit-childrens-exposure-to-cellphones-559871555807

8) More than 60 international warnings on Wi-Fi and microwave radiation:
http://www.safeinschool.org/2011/01/international-warnings-on-wi-fi.html

9) A List of Teacher Unions and Parent Teacher Organizations Taking Action On Wi-Fi (USA, Canada, UK, etc):
http://safetechforschoolsmaryland.blogspot.com/2016/02/teacher-unions-and-parent-teacher.html

10) TED Talk from a former Environmental Engineer in Silicon Valley:
https://www.youtube.com/watch?v=F0NEaPTu9oI

11) Insurance giant Swiss RE has given electromagnetic frequencies the HIGHEST possible long term risk rating:
https://takebackyourpower.net/major-insurance-firm-swiss-re-warns-of-large-losses-from-unforeseen-consequences-of-wireless-technologies/

12) Another insurance giant, Lloyd's of London, will not insure anything wireless:
http://www.naturalhealth365.com/wi-fi-radiation-electromagnetic-fields-lloyds-of-london-1356.html

13) Risk Management Magazine - The Invisible Threat: Radiofrequency Radiation Risk
http://www.rmmagazine.com/2010/08/01/the-invisible-threat-radiofrequency-radiation-risk/

14) US CDC retracts cellphone radiation warning following pressure from industry lobbyists:
http://microwavenews.com/news-center/caution-vs-precaution

15) WHO involved in suppression of additional science showing harm, since 2011:
https://takebackyourpower.net/tag/who/

16) Study Uncovers How Electromagnetic Fields Amplify Pain in Amputees
www.utdallas.edu/news/2016/2/3-31891_Study-Uncovers-How-Electromagnetic-Fields-Amplify-_story-wide.html

17) CEO of 1 Billion-dollar U.K. company speaks out on microwave sickness:
https://www.youtube.com/watch?v=g4DKNs0G2kU

18) Dozens of specific scientific abstracts that all show harm:
http://emfsafetynetwork.org/shortcut-to-science/

19) Solutions: Reducing Wirelesss Radiation and EMF
http://www.youtube.com/watch?v=YWCk7RYGGS4

20) Solutions: Reducing Your EMF Exposure

http://www.emfanalysis.com/solutions-interview/
21) Cell Phone Radiation Boosts Cancer Rates in Animals; $25 Million NTP Study Finds Brain Tumors
http://microwavenews.com/news-center/ntp-cancer-results


---

I strongly oppose Federal Communications Commission's untested, dangerous, irresponsible, move to 5G wireless networks. According to growing bodies of evidence around the world, the effects on public health and well-being as a result of such a deployment promise to be devastating.

As you must know, a recent National Toxicology Program (NTP) study revealed initial findings clearly establishing that **2G** cell phone radiation causes DNA damage and carcinogenic effects. Further results on the toxicology and carcinogenesis of RFR will be forthcoming in the next two years. ***The NTP chose to release these preliminary findings now "because of their importance for public health."*** The NTP study follows in the wake of decades of ***independent***, peer-reviewed studies that show adverse health effects from wireless radiation.

While many other countries are currently moving to lower public exposure, FCC Chair Tom Wheeler intends to increase it. Wheeler not only disregards the independent science, but wants to ***fast track*** a move to **5G**.

5G will use higher frequencies than the public has ever been exposed to before; and ***Independent scientists and health experts were not consulted about the effects of these new frequencies or the density of the incumbent infrastructure. Neither were the American people consulted*** about whether we would want to sell our health and well being in exchange for a gain of a few milliseconds in Internet speed, and an intrusive, cumbersome *"Internet of Everything"* that would require us to accept health-destroying, cancer causing, radiation-emitting devices on every home or lamppost.

This is insane.

Although for three decades the FCC has maintained that radiofrequency microwave radiation is safe because it does not heat tissue, the overwhelming consensus of ***independent*** science is that ***significant bio-effects occur even in the absence of tissue heating***. The recent and ongoing NTP study specifically uses non-thermal levels of exposure and has already released findings of

harms from such exposures thus proving once again, that **adverse health effects occur at non-thermal levels**.

To reiterate this very important point, **the NTP study was conducted using 2G technology, which is orders of magnitude lower than what will be needed for 5G.** The FCC's Maximum Permissible Standard (MPE) in the USA is **hundreds, sometimes thousands of times higher than most other countries permit.**

In 1996, at the bidding of industry, Congress "silenced the public" with the passage of the Telecommunications Act, perhaps the most lobbied bill in history. This bill removed the right of state or local municipalities to oppose the installation of a cell tower based on health or environmental concerns. This travesty will necessarily be increased monumentally to accommodate the needed infrastructure for 5G.

And **the 330-page FCC Notice of Public Rulemaking fails to mention the health issues at all.** Instead, the document follows the FCC's long established tradition of giving free reign to industry, with little or no governmental oversight and no public choice.

I find it **outrageous** and **irresponsible** that such a harmful technology is even being considered for deployment in the face of all the evidence of its dangers, and without thorough, well-publicized and balanced public scrutiny, discussion and oversight. I respectfully request that you put a stop to this insanity now.

Sincerely,
Marilyn


-------
Dear Sirs and Madams:

Please reconsider your intention to install 5G antennas throughout our country.

The installation of Smart Meters has affected thousands of people worldwide who were in perfect health up to the day the meter was put on their homes. Since then, many have had to move, many have become homeless, and many are so ill that they cannot enjoy the simple pleasures of life. I am one of those unlucky ones and have lost my occupation as a private tutor, spent untold thousands of dollars on home remediation, doctors, and health supplements, and have had my dreams of visiting public spaces such as museums and theaters and travelling by public transport smashed to smithereens.

The 5G network will affect countless others whose neurological and physiological systems will not be able to withstand the onslaught of microwave radiation thrust into our environment. Many of these people will be innocent children, women, and elderly whose bodies are more sensitive by nature.  And it does not stop there. Many thousands of sturdy, healthy males have already been affected adversely by microwave radiation delivered to them via cell phones, cordless phones, cell towers and antennas.

At this point in history, we have no idea how the proliferation of wireless technology will affect future generations. Yet it has already become painfully evident that it is responsible for increased autism, cancer, ADHD, and countless other ailments. Why push the envelope and threaten the lives of your children and grandchildren all for the sake of monetary gain? Does that sound like a reasonable trade-off for a supposedly intelligent species? Do you really want to alter the lives of so many innocent people and the delicate balance of our fragile environment just to have a little more money in the bank?
Will you be able to wake up in the morning, look in the mirror and applaud the reflection of the person responsible for ruining the lives of countless children who trusted you to protect them while becoming addicted to their wireless devices? For your profit margin? How could you do that to them?

Kim

-------
Dear Sirs,

Last May the National Toxicology Program concluded a $25 million study on the cancer risk of wireless technology. The study determined that ambient radiofrequency radiation (RFR) of the type emitted by cell phones and smart meters produces statistically significant increases in DNA damage and cancer in mice and rats. The study's authors say the results "could have broad implications for public health."

In light of these scientific findings, it is my hope that you will make the health and welfare of the citizens of the United States of America your priority and that you will vote NO on any legislation that promotes or fosters
the use of 5G wireless technology in the United States of America.

Sincerely,

David

--

please don't accept this  the 5G technology
I know a lot of people around me who are sick already and a lot will be
thousands of science  articles proved that is harmfull to the humans and all the living ( and you know that is true)
don;t lead the humanity and the earth to a catastrophic future
say no
irene


---------
Hello:

I'm writing about Tom Wheeler's psychopathic plan to put 5G 'wireless' technology everywhere, exposing everyone to microwave radiation without their permission.

In 2011 the WHO declared 'wireless' a Class 2B Possible Carcinogen. At least 50% of this decision was based on the work of the Hardell Group in Sweden. Since then, Hardell as completed five more long term studies, all of which showed increases in cancer. Lennart Hardell, who I would consider the top independent scientist (ie not bought and paid for by the wireless industry) in the world is now saying that wireless needs to be moved to Class 1 'Known Human Carcinogen' on an urgent basis.

If you, by commission or omission, allow this 5G program to continue I believe you will be signing the death warrants for millions, quite possibly including yourself and your family. Wireless is not a safe technology... there is no proof of safety and a great deal of evidence of harm. Your smart phone won't amuse you if you are dying of brain cancer.

Please investigate the facts, apart from the corrupting influence of industry, and make your own decision on whether this is a good idea. Massive 5G deployment is foolish in the extreme, suicidal, and likely criminally negligent.

Thank you.

Ron


-------
Dear officials in charge of our health and safety,

I have just learned that Chairman Wheeler of the FCC wants to
implement wireless networks throughout the United States, slated for a
vote today, July 14, 2016.

I, and many others, cannot tolerate wireless technology anymore. I am
EHS, and have serious health issues that have rendered my previously
health body incapable dealing with the overwhelming onslaught of
radiation. I am unable to go into cities or any populated areas where
Wifi is present everywhere. I have the same right as any free citizen
to travel freely unfortunately I am greatly restricted and I cannot
tolerate wireless technology any longer.
To allow total penetration of wireless EMF all over the United States
by the FCC under this 5G Proposal, is unconscionable, especially in
light of the recent National Toxicology Program's multimillion dollar
toxicology report finding that wireless technology radiation,
well below FCC guidelines' limits, but similar to that used in the
wireless industry, causes brain and heart muscle Cancers!

Many enlightened countries have wireless standards thousands of times
lower than the FCC guidelines, to protect their citizens.

The FCC is NOT protecting us. It is up to our elected officials to
protect us by voting against this proposal, and forcing the FCC to
lower its acceptable standards of radiation to a level consistent with
enlightened countries around the world.

Kind regards,
Maria

Hello, my name is Chris and I'm a resident of the state of Maryland.  Mr Wheeler, the FCC commissioner
has proposed a new plan to deregulate most of the oversight of antennas and smart meters being installed
around the country.  I'm asking you ladies and gentlemen that represent us in government to vote against
this plan tomorrow.  I feel that it has not been examined closely enough in regards to the health and privacy
issues that may possibly result due to the lack of oversight.  I think the people need to be much more
informed on the matter and I don't see that they have been made aware of the proposal to a significant
degree.  Properly informed, trust the people.  I believe we need a vehicle to better inform the people before
voting on an issue with such widespread implications which will effect us all.  We need strong
representatives to help those of us less informed to really understand and debate this issue.  Thank you for
your time and when you vote please consider the citizens who may not understand the full implications of
the plan.  Thank you for your consideration.

----
Please consider that the adverse health hazards of cellphone radiation, 3G and 4G frequencies plus the
proven fire hazards of smart meters, have not been thoroughly studied yet!  The studies that have been
done are ominous:  these devices and frequencies appear to cause cancer and reproductive harm.  Please
stop this further technology until safeguards are in place and proper studies have been done.

Thank You,
Elissa

--------

We are already living with way to much Wireless Radiation which is carcinogenic for all.
A complete public health disaster in the making.
Proven to have many hundreds of negative bio-effects as documented in the BioIniative
Report:  http://www.bioinitiative.org/conclusions/

To raise the bar to implementing 5G is unconscionable — so I urge you vot vote **Vote
on FCC 14-177, 15-256, 10-112 and 97-95**

thanks and best, Rob

----

Dear Legislators,

Below is the letter I sent to the FCC today in regard to their vote this coming Thursday
concerning 5G rollout. Many colleagues and citizens across the nation have done the same. This
is an outrage as it is a significant threat to public health.

I testified to Congress in 2008 on the health effects of cell phones. A lot has happened in the
past 8 years to prove that the citizens of the United States are not being adequately protected
and that wireless radiation is indeed causing cancer and other illnesses. The telecom industry
has been allowed to manipulate the FCC and Congress long enough. Please help put a stop to
this. We need new standards and we need 5G to be pre-market safety tested prior to a rollout.

It is beyond comprehension how the FCC can be this flagrant especially in light of the recent
United States National Toxicology Program results showing 2G caused brain tumors and tumors
in the nerves at the heart. This was a turning point in this "debate". We need another House
Oversight Committee hearing on this issue soon. And perhaps this time the telecom industry will
not refuse to show up! They should be forced to appear. And Tom Wheeler should be forced to
resign.

If you have questions please feel free to email me or call me at 925-285-5437.

Thank you.

Ellen Marks

California Brain Tumor Association

Dear FCC Commissioners,

I respectfully implore upon you to vote no Thursday on the rollout of 5G wireless technology until there is pre-market safety testing of this technology.

Cellular phones were never pre-market safety tested. We are now witnessing the serious ramifications of that negligence. Now, years later, after daily exposure to nearly every American, independent testing and testing by the United States National Toxicology Program have shown that 2G wireless technology causes brain tumors and tumors in the nerves of the heart (Schwanomas).

There is no longer a "flat line" in brain tumors. Lethal brain tumors have increased in the area of the brain which is closest to where the phone is held. I personally know many who died at young ages "more likely than not" from their cell phone use or are now dying from this exposure. I also know many who suffer from Electro-hypersensitivity (EHS) from exposure to wireless radiation. It is time to recognize this and take it seriously.

For CDMA and GSM (both 2G) we have testing showing negative health ramifications. A Hardell study in 2013 shows greater harm with UMTS (3G).Yet we have no studies on LTE (4G) or 5G. This affects every human being and will be a flagrant abuse of your power if this is allowed without testing prior to a rollout. WiFi is everywhere - in homes, schools, businesses, city parks, etc. These frequencies resonate with our biological processes and are amplified within us.

The US NTP study has validated the 2 studies IARC used in classifying radiofrequency electromagnetic fields a possible human carcinogen. There is talk now that this may be changed to a probable or certain classification. Thus it is shocking that you would even consider this 5G rollout.

We cannot allow this negligence to continue. You have a responsibility to the citizens of the United States to consider their health and welfare in your decision making process. .

The American Academy of Pediatrics has written to you several times regarding their concerns about children's exposure to wireless radiation. You have ignored their concerns. The Department of Interior has written to the Department of Commerce stating that wireless radiation is killing wildlife including the American Eagle. They stated that the FCC standards do not take into consideration non thermal damage from this radiation (in this case cellular towers) and that your standards are decades old, obsolete and not protective of the environment.

You have heard from the GAO that your so called safety standards pertaining to radiofrequency are obsolete and need to reexamined. You opened a NOI on this many years ago but nothing has happened in regard to this serious issue. In the interim every man, woman and child are being exposed to RF that may damage their nervous system or cause cancer. I mean no disrespect but this harm knows no boundaries and sadly this could happen to you, your children or your grandchildren. I doubt you want that to be your legacy.

JA 06477

Thank you for your time and your consideration.

Respectfully submitted,
Ellen Marks
California Brain Tumor Association
"

-----

## PLEASE PROTECT US & HELP US PROTECT the PUBLIC's HEALTH

## Say "STOP" to the FCC and Wheeler in 5G vote

**Who Are We?**

Unlike what the public has been told, wireless technology harms are scientifically PROVEN, not potential but EXISTING, and in an EPIDEMIC scale. "We Are The Evidence", is an advocacy group representing the many people who have been injured by wireless technology; our members have conditions such as electro-sensitivity/intolerance and cancer (among others). We purport to expose this epidemic to the public, elevate the voice of the injured and defend their rights through education, lobbying and litigation.

What Are We Asking For?

Despite the EVIDENCE OF WIDESPREAD SICKNESS from wireless technology radiation and the CLEAR SCIENCE (including a RECENTLY published $25 million GOVERNEMENT STUDY which establishes the already proven harms of wireless technology including brain and heart cancer, DNA damage and neurological effects), rather than acting prudently, warn the public, reduce radiation levels and encourage industry to develop safer technologies, the FCC continues to ignore the harms, use an obsolete "safety" standard, mislead the public and Congress and now, facilitate a rapid increase in radiation levels with 5G and the use of higher (and more harmful) frequencies.

We are asking Congress to take action to stop the FCC rush Vote on 7/14, which fast-tracks the release of the more harmful 5G infrastructure.

We are asking Congress to conduct a hearing to investigate the FCC actions/inactions and their disregard of public health; and to include testimony of those who have been injured by wireless in this hearing.

This is a public health and human rights crisis that must not be ignored. Ignoring a problem does not change the facts; it merely increases its scale and we already have an epidemic- scale problem.

**The Facts About 5G & the FCC**

Fact: 5G is Even More Harmful than Existing Wireless Infrastructure

5G will be making use of higher frequencies, known as "millimeter waves," which are more harmful to humans, without examination or consideration of the hazards. 5G frequencies are easily disrupted by physical interference; therefore, to overcome this limitation, a massive number of antennas will have to be positioned on almost every electric pole in the country, all utilizing higher frequencies. This deployment will significantly increase the radiation levels in the environment, making it impossible for anyone to escape this radiation, especially those who are already injured and cannot tolerate the radiation.

Fact: FCC Ignores Recent Government $25 Million Study Proving Harms

The link between wireless and cancer / other harms was proven in a $25 Million study by the National Toxicology Program; the scientists who conducted the research called to immediately warn the Public. The FCC is ignoring the study and instead, is trying to fast- track 5G. This study repeats what many previous research studies proved and supports the existing human evidence. More information about the study can be found on MicrowaveNews.com and the Wall Street Jounal.

Fact: FCC Ignores NIH Study Proving Wireless Causes Changes in Brain

The study led by Dr. Nora Walkow, Director of the National Institute on Drug Abuse, "Effects of Cell Phone Radiofrequency Signal Exposure on Brain Glucose", offers conclusive evidence that the FCC's claim that there are no biological effects of wireless technology is false.

The brain image (above) shows the levels of glucose inthe brain (yellow) before (image on the right) and after (image on the left) cell phone use. The glucose levels shown in

the left image are significantly higher and found to be so especially in the areas closer to the antennas of the cell phone. This study reinforces previous studies that used other experimental approaches, and have found that microwave radiation alters cellular signaling pathways and brain activity. As glucose is the sole energy source of the brain, the study reinforces previous studies that have found that microwave radiation alters cellular signaling pathways and brain activity.


**Fact: The FCC Cannot Be Trusted**

Would you have wanted the head of the Tobacco Companies' Association to head the Agency that regulates it? Then why allow Tom Wheeler, who headed the CTIA, the wireless industry association, to head the FCC, the very same agency that regulates them?

Harvard University Center for Ethics wrote a report about the corruption of the FCC called: "Captured Agency: How the FCC is Dominated by the Industries It Presumably Regulates." This 5G vote is a clear proof…

FCC's 2013 declaration that it is going to review its "Safety" Standard, seems to be a sham. For more than 20 years, the FCC hasn't reviewed its "safety" Standards. In 2013, it announced a review of its "Safety" Standards and asked the public to submit comment. Approximately 1000 comments were submitted by scientists, and public health officials, as well as doctors' associations who represent the physicians who see the epidemic of sickness in their offices and clinics. The Attorney Generals of Boston and Philadelphia submitted a comment, calling the FCC to take immediate action to protect the injured and tell the public the truth. But, as the Wall Street Journal wrote in an article on 7/6, "The FCC opened a proceeding to study the current standards in 2013, but hasn't taken any action."

Fact: FCC Safety Testing is Ridiculous, Assuming Our Brains Are Water

The FCC "Safety" Standards are based on an assumption that was disproved decades ago, that non-ionizing radiation, like that emitted by wireless technology, is harmful only if it causes change in the temperature of the cells. Since wireless technology allegedly does not use levels that cause thermal change, the FCC claims it is not harmful, despite

the fact that many thousands of studies, including the Government studies, have proven that it causes severe effects including the breakage of the DNA.

The FCC testing of cell phone safety is ridiculous. It assumes that the human brain is just liquid and tests for thermal change. This test was invented by engineers without biomedical understanding, and ignores the fact that our brain has nerves, blood vessels, chemical reactions, etc. Our brain is an electric system and therefore it is clear that it will be affected by electro-magnetic fields such as those emitted by wireless technology radiation, which is trillions of times higher than the levels to which our body evolved.

**Facts about the Epidemic of Sickness**

**Fact: Already 10% of the Population Have Developed Electro-Sensitivity**

Are you or your children are having pain in your head/ear and/or tingling in your hands when using a cell phone? If yes, then you have developed Electro-Sensitivity. According to numerous surveys done by leading institutions up to 2006, at least 10% of people already suffer from symptoms of electromagnetic sensitivity/intolerance, a condition that develops with accumulated exposure to wireless radiation. Other symptoms include sleep disturbances, heart palpitations, nausea, exhaustion, tinnitus, cognitive problems, et al. These symptoms indicate severe biological harms. Research on 700 people who developed ES showed damage to their Blood Brain Barrier, immune and nervous systems and neurodegeneration.

The people and children who developed ES are ignored and their lives are a living hell. There is no place without radiation. Those people who have ES have no refuge and no place to live; many become refugees and live in inhuman conditions, in their cars and in the woods. One year ago, Jenny Fry, a 15 year old girl hanged herself from a tree because she could not tolerate the pain from the Wi-Fi in her school. This is a growing epidemic and a human rights crisis and everyone is looking the other way. In the picture: Jenny Fry, 15, Committed Suicide, she could not tolerate the pain of the Wi-Fi in school.

The most famous person who has developed ES is Gro Harlem Brundtland, the former Head of the World Health Organizations, former Prime Minister of Norway and a medical doctor in her profession.

Other people who developed ES: Matti Niemelä, Nokia's Chief Technology Officer Jeromy Johnson, a Silicon Valley Engineer; Prof. James McCaughan, A Physics Professor; Per Segerbäck, Ericcson Cell Phones Engineer; Dr. David McDonald, CSIRO (wireless company) scientis; Elizabeth Evans, an MD.

Fact: Wireless Causes Brain Tumors Epidemic

The Government NTP study proved that wireless radiation causes brain tumors; as well as confirming the results of previous studies, but this study supports the findings of other studies, including epidemiological studies. Data up to 2006 show that the rates of brain cancers associated with cell phone use doubled for adults, and now, ten years later, is probably higher. A study shows 780% increase in brain tumors in children; brain tumors are the # 1 killer of children and adolescents. In the picture: Jimmy Gonzales, Attorney, Died at 42, from 3 tumors from his cell phone.

Fact: Wireless causes Autism

In the past 10 years, the rate of Autism has increased exponentially from 1/1000 children to 1 in 65. Harvard Professor, Martha Herbert, a Pediatric Neurologist and Neuroscientist's paper "Autism and EMF? Plausibility of a pathophysiological link", establishes a correlation to wireless. Prof. Herbert said "I set up to write a paper with a modest length…and ended up producing a 60 page paper with 550 citations."

Fact: Wireless causes ADHD

In the past 10 years the number of children who suffer from ADHD doubled! Yale University Professor & Chair of Obstetrics, Gynecology, and ReproductiveSciences, Prof. Hugh Taylor, proved in his research that fetus exposure to wireless radiation affects Neurodevelopment and Behavior and cause ADHD.

Fact: Wireless Harms the Sperm and Reproductive Organs

In the past 10 years there has been a 40% reduction in sperm quality of males in all age groups all around the world, and 25% of couples are in fertility treatments. There are many dozens of studies including on humans that prove beyond doubt that wireless severely harms the sperm and reproductive organs.

Sincerely,
Romy

----------------------------------

Hello,

My name is Marcus. I am writing you about tomorrow's vote on 5G technology, the Spectrum Frontiers proceeding.

Electromagnetic radiation from wireless devices are harmful to the health of people, plants and animals. Over 4,000 qualified studies have been conducted to show case destruction of DNA, thyroid function, blood cell function, immune impairment.

I would like to draw your attention on the EMF scientist appeal:

https://emfscientist.org

I also wish to remind you that the FCC has yet to act on **NOI #13-84**, "Reassessment of Federal Communications Commission Radiofrequency Exposure Limits and Policies," issued in 2013 and a similar NOI issued in 2003. The 2013 NOI has received more than 900 submissions--almost all call for stronger regulation of RF radiation.

Finally, the **General Accountability Office** issued a report entitled, "Exposure and Testing Requirements for Mobile Phones Should Be Reassessed" (GAO-12-771: Published: Jul 24, 2012. Publicly Released: Aug 7, 2012. http://www.gao.gov/products/GAO-12-771). The report made the following recommendations which have yet to be addressed by the FCC:

"FCC should formally reassess and, if appropriate, change its current RF energy exposure limit and mobile phone testing requirements related to likely usage configurations, particularly when phones are held against the body. FCC noted that a draft document currently under consideration by FCC has the potential to address GAO's recommendations."
The FCC's RF standards were adopted 20 years ago. Many scientists believe these standards are obsolete because they do not protect the population from established, non-thermal risks from RF radiation exposure. Thus, to ensure public health and safety, the FCC should commission an independent review of the biologic and health research to determine whether the RF standards should be modified before allowing additional spectrum to be used for new commercial applications.

Please visit safetechnology.org for more information about wireless radiation.

This is a liability and if proper assessment is not done on the Spectrum Frontiers proceeding, you will be held liable for not protecting the public.

The world health organization, american academy of pediatrics, american academy of environmental medicine, american academy of pediatrics, and american society of reproductive medicine have all issued public health alerts of the danger of electromagnetic radiation.

The is an emerging set of the population that has become sensitive to electromagnetic radiation. Electromagnetic hypersensitivity has been recognized as a disability in Sweden.

Best regards,Marcus

---------------

The FCC must take action NOW to protect the health of the American people from the known hazards of microwave radiation exposure from wireless devices.

The recent National Toxicology Program (NTP) study found that exposure to the microwave emissions from cell phones causes brain cancer in laboratory animals.

In 2011, the World Health Organization declared that the exposure from cell phones is a possible carcinogen based upon studies showing that 10 years of use at 30 minutes a day increases the risk of malignant brain cancer.  Most young adults born after the year 1990 have far surpassed this cumulative exposure; younger children today are exposed to levels many times greater.

FCC guidelines FAIL to take into account this vulnerable population.  This gross negligence must be rectified immediately to prevent a possible nation-wide public health crisis in the future.

Engineering (OET) staff officials at the FCC claim that the agency has no jurisdiction over the health effects of wireless devices - that the FDA is responsible for this.  However, in spite of decades of research showing the negative health impacts from the microwave exposure from wireless devices, **_the FDA has never issued regulations regarding this exposure to protect the health of the American people_**.

To make matters worse, FCC regulations are 20 years old, obsolete and inadequate; plans to update the exposure guidelines have been stalled for 2 years with no action being taken.  The Government Accountability Office issued a report in 2012 called, "_Telecommunications: Exposure and Testing Requirements for Mobile PhonesShould Be Reassessed_" that found the FCC guidelines fail to test phones in the manner they are typically used: in pockets, waistbands and bras, held directly against the body.  Consumers, especially children (whose developing brains and reproductive organs are more susceptible to the health effects from this known hazardous exposure), are being exposed daily to levels of microwave radiation that most likely exceed the federal guidelines.

Cell phone manufacturers fail to adequately inform consumers of the FCC-required safety warnings that caution against use directly against the torso, "hiding" these crucial warnings in the legal fine print buried deep within text on the phones or in user guides few people ever see.  The FCC has been aware of this issue for 4 years and has chosen to do nothing.

THIS IS A SERIOUS BREACH OF FEDERAL REGULATORY DUTIES!

The FCC must stop advocating for increasing profits for the telecom industry and take action to protect the American people!

Respectfully submitted,

Cynthia Franklin, President
Consumers for Safe Cell Phones

----------------------------

I am writing to strongly encourage you to reconsider the "5G" experiment in human health, especially because of our children.  There is significant scientific evidence that this type of radiation (such as smart  meter radiation) damages human health on multiple levels.  This isn't rational progress and is creating a huge liability for all of you when the damage is further revealed through this experiment.  **All will be held accountable and liable for their actions** because of the warnings science has accumulated, and because of these legal NOTICES of the same.  There can be no excuse for progressing into this, especially when there is now technology that eliminates this wireless radiation form.

We are tired of corporate corruption and manipulation for profit… and we are acting.

Dear Decision Makers:

The FCC plans to vote tomorrow, July 14th on the Spectrum Frontiers Proceeding regarding 5G networks.

Although this proposal is being represented as an unqualified good, there has been no NEPA review of the health impacts of 5G networks. In our rush to be the first to roll out 5G and reap the claimed economic benefits, let's not forget that ignoring health risks 5G networks may pose could be a huge economic liability.

Recent findings from the NTP (National Toxicology Program) Study linking cellphone radiation to cancer suggest caution in the use of wireless technologies. The American Cancer Society's Chief Medical Officer, Otis Brawley, said the NTP study results mark a "paradigm shift in our understanding of radiation and cancer risk." He called the NTP report "good science."

Surely this is not the time to ramp up radiofrequency exposure to the general population. Governmental agencies throughout the world have issued cautionary advice regarding wireless exposures, including governments of Austria, Belgium, Finland, France, Germany, Greece, Israel, Switzerland, and Sweden.

Please note attachments and links to recent articles about the NTP study by Devra Davis, PhD., Joel Moskowitz, PhD. and 'Scientific American' which you may find useful in determining your position.

http://blog.oup.com/2016/06/cancer-from-cell-phone-radiation-ntp-report/

http://www.scientificamerican.com/article/major-cell-phone-radiation-study-reignites-cancer-questions/

Thank you for your attention and concern.

**Nancy**
--
Dear sirs and madams,

I am writing to ask you to stop Tom Wheeler's vision for 5G wireless in the US. Being on the forefront of technology at the expense of the health of US citizens does not make us a leader in the world, it makes us look like the greedy, self-centered country that many already believe us to be.

There are proven health issues related to wireless radiation. Did we learn nothing from the tobacco debacle that killed so many people in the name of business?

Innovation can be a great thing, but it needs to be tempered with prudence. Leaping out to be ahead of the world won't accomplish much if it sickens our population in the process.

PLEASE stop this initiative!!

Thank you,
Jennifer
------

Dear All,

**PLEASE protect public health and the environment and vote NO on 5G networks - Vote NO on FCC 14-177, 15-256, 10-112 and 97-95**

This year, the US government, led by the National Toxicology Program linked cancer to cell phone radiation. This study is a game changer for the need to eliminate wireless frequencies (wi-fi, smart meters, cell towers, etc) in our homes and cities. 5G will use 24Ghz frequencies and above (millimeter waves) and will saturate the environment with higher density distribution of antennas on power and light poles.

How will these higher frequencies affect the environment? This is an experiment we don't want.

I thank you for your consideration and hope you'll do what is best for the wellbeing of all.
Thank you,
Tracey
------
Tomorrow:
 Please don't vote to unleash a dangerous environmental pollutant on your friends, family, and, indeed, the whole country.
Vote to protect your family, friends, and the country – vote "no" on Spectrum Frontiers.

Be on the right side of history.

Some of the inescapable reasons:
Radiation Dangers

Please vote "no" to the Spectrum Frontiers Proceeding.
**There has been no NEPA review** of the environmental and human health impacts of moving forward with 5G. The FCC has put the cart before the horse in promulgating rules for 5G without first studying the safety of 5G for humans and the environment. There is consensus within the scientific community that the existing FCC limits for wireless radiation do not protect the population from biological effects (www.EMFscientist.org).

Sincerely,
Peter
----------
To whom it may concern:

Please stop the insane plan. 5G now and vote against and speak up against any such plan. More technology is NOT going to fix the problems the world is now facing and the implementation of 5G will simply add to the toxicity so prevalent and so dangerous in our current world environments. The medical literature world-wide provides ample proof of harm caused by the modern telecommunications technologies. You and your colleagues will be held personally responsible and liable for any harm done as a result of the implementation of 5G. Since this is truly a matter of the continued existence of life on earth as we know it, you actions, votes and or lack thereof, as you are in a position of authority and decision-making, will be noted and eventually there will be dire consequences for those in our world governments who have fostered this anti-human, anti-democratic technological movement.

Elize
-----

Vote No on this experimental toxic radiation that is harmful to human health!

This is madness, to subject humans to constant toxic radiation while knowing it causes cancer.

Karen
----
I urge you to reject any proposals to open the spectrum for 5G

In his position as Chairman of the FCC, his proposal ""to be "first out the

gate." Wheeler says, "Turning innovators loose is far preferable to
expecting committees and regulators to define the future"", to open up the
spectrum for 5G will lead to the laxer RF limits the industry desires,
resulting in even greater threat to the public health from wireless health
hazards.

The FCC has already exhibited industry bias detrimental to the public health
by not enforcing its existing inadequate thermally-based RF safety limits.
The FCC has no established procedure for filing violations complaints,
responding to complaints received in spite of the lack of procedure, for
verifying compliance, or meaningful penalties for violations.
Please see http://www.youtube.com/watch?v=8oICZOtMwPo for a short summary of
the investigation conducted by The EM Radiation Policy Institute which
includes findings of violations up to and in excess of 600%. Mr. Wheeler's
past history suggests that enforcing RF radiation limits to protect public
health would not be a priority.

These violations are particularly dangerous because the current FCC RF
safety limits are only thermally-based, not biologically-based. These RF
limits are in need of serious revision. The biological effects people are
experiencing can be serious and life-threatening. Please watch this short
video about women who got breast cancer from their cellphones
http://www.ktvu.com/videos/news/special-report-keeping-cell-phone-in-bra-may-lead/vhPF8/
this video about cardiac arrhythmia being caused by DECT cordless phones
http://www.youtube.com/watch?v=p-mw_nCJWs4
and this video about RF health effects on public health
http://www.heartmdinstitute.com/v1/wireless-safety/cordless-phone-use-can-affect-heart
.
You can also watch this short video about the radiation in our homes
http://www.youtube.com/watch?v=aAnrmJ3un1g

The FCC has opened a docket to examine whether it should revise its RF
limits, potentially to relax them as requested by industry. Even in the
Notice of Inquiry (NOI), the FCC exhibits bias toward industry and away from
protecting people.

From the FCC's docket language:
Given the complexity of the information on research regarding non-thermal
biological effects, taking extra precautions in this area may fundamentally
be qualitative and may not be well-served by the adoption of lower specific
exposure limits without any known, underlying biological mechanism.
Additionally, adoption of extra precautionary measures may have the
unintended consequence of "opposition to progress and the refusal of
innovation, ever greater bureaucracy,... [and] increased anxiety in the
population."

This is a perfect example of why the EPA, a public health agency without
statutory obligation to promote the very technology it is supposed to

regulate, should be in charge of setting RF safety limits to protect the public health. There is a glaring conflict of interest inherent in having the FCC promote and regulate this proposal due to the evidence of harm caused by wireless health hazards.

Regards
Adam
usual disclaimers apply

-----

Dear FCC Commissioners,

**Please vote "no" to the Spectrum Frontiers Proceeding.**

I graduated from the University of Illinois in 2005 with a degree in Electrical Engineering.  I studied power transmission and field and wave theory.  I didn't ever think I would have to use my engineering knowledge to save my health.

In the past 6 years, I've suffered any number of physical issues.  I've seen doctors around the country, specialists, medical professors to no avail - I'm the healthiest sick person you've ever met.  After much backbreaking hardship and even more research, I found out that wi-fi was literally killing me and my family.

I cannot be around cell phones or wi-fi.  Friends and family have to turn off everything when I'm around.  If they don't, within a few minutes my extremities start tingling and then, a few minutes later, numbness kicks in.  I lose sensation in my hands and my feet.  An MRI I had to ensure that this wasn't a spinal issue sent me out crying due to severe pain in my head.  I have two school-age children .  I couldn't drive my van anymore...until I pulled the Bluetooth.  You can talk to my mechanic.  They worked with me on it for weeks.  I can feel the amount of radiofrequency radiation change as I drive into the city.  The only thing that allows me to function as a normal person is reducing my exposure.  And within the spaces I can control, I have.

5G, with it's incredibly high frequency and the saturation it requires to function, will detrimentally affect every single biological being in it's path.  It's basically going to kill me.  And, at the very least, it will debilitate the nation.  The young, the old, and the ill will suffer the most.  But the healthy - they'll suffer too.  There are studies which you've undoubtedly read, or at least heard of.  They're true.  You may not having tingling, numbness, or erratic heartbeats.  But maybe you can't kick colds the way you used to.  Perhaps you've been drinking a lot more coffee to get through your day.  Maybe your kids have been driving you nuts, and you're fighting with your spouse on the weekends.  Any of this sound familiar?  Our bodies are experiencing physical stress that they can't shut out, and our systems are crumbling further every moment.

There are better, smarter, more efficient ways to use the technology we have.  There are **safer** ways to use the technology we have.  Please, please use the authority invested in you to do what's right.

God Bless America

Sincerely,

Atiya

-------

Dear Sir or Madam, FCC Committee Staffers, Elected Officials of the House and Senate:

I am an American with a Disability. In 1990 I was crippled by mandatory vaccines received at the Abington Memorial Hospital Dixon School of Nursing. Diagnosed with a sensory variant of Guilláin Barrè Syndrome,  17 years later I settled with the National Vaccine Injury Compensation Program.

Currently I am awaiting a decision by the PA Public Utilities Commission regarding my right to maintain an analog electric meter on my house because after 15 months exposure to an AMI meter I learned empirically that I have electro hypersensitivity (EHS). My electricity distributor offers no alternatives to AMI. Due to conflicts of interest (son Grey Godshall worked for PECO, promoted to Supervisor of AMI Deployment Team) Representative Bob Godshall, (R) Chair of the Public Affairs Committee has not allowed 6 Bills (3 House, 3 Senate) for Opt-Out to come to vote in the General Assembly since 2012.

Attached is my Brief and FInal Argument as iterated in the publicly accessible PUC Docket No.: C-2015-2469655.

In my experience x20 years reviewing medical records at an Ivy League Institution it is my believe that many cases of EHS are not characterized or treated as such and thus its prevalence is underestimated.

Do not support the 5G plan. What is best for Americans is their health, not their convenience to communicate nor the industry that weakens their health. The future of YOUR progeny is also at stake. See: http://www.mast-victims.org/resources/docs/WiFi-a-Thalidomide-in-the-making-who-cares.pdf

Respectfully,

Susan

-------

Dear House Subcommittee on Communication and Technology,

I am in opposition to the Federal Communications Commission's (FCC) plan to speed 5G to market which would require a "massive" increase in infrastructure which will be voted on July 14, 2016. This is time for the precautionary principle until the effects are well documented. There is substantial evidence that there is great concern for health and safety from the current "deployment" of this technology.

This issue of Radio Frequency (RF) is new to me and I am astounded by the number of persons who have had their lives damaged as a result of exposure. The FCC should have standards

adequate to protect life and the proper research should be done before "deploying" this technology, this is time for the precautionary principle.

I am shocked to learn the following Facts:

1) Our government standards for cell phone radiation is **not based on protection against all harmful effects** but only based on thermal limits, i.e., if there is not enough microwave radiation coming from a device or cell tower to cause your tissues to warm up (i.e. cook you), then FCC standards considers it to be a "safe" level. For cell towers, that limit is 1000uW/cm2 for 30 minutes for frequencies 1.5GHz and above http://www.gpo.gov/fdsys/pkg/CFR-2002-ti... This was not intended to be a chronic exposure limit, but a short-term one intended to protect people from burns. For cell phones and personal devices, the amount allowable is a SAR of 4.0 W/kg to the hands, feet, ears and 1.6W/kg to the head and any other part of the body.

2) Areas within the immediate range of a cell tower (i.e. less than 1000ft) are about 1000 times higher than background levels of RF radiation.  Ambient (background) levels of microwave radiation, i.e. levels not immediately close to a cell tower, is around 0.0003uW/cm2 (cell phone calls can be made at this level and reception is around 4 bars). However, within the immediate range of a cell tower, i.e. within the first 1000 ft, it can be as high as 0.1-1.0uW/cm2. While both these levels are lower than 1000uW/cm2, realize that this means that the levels within the immediate vicinity of a cell tower is around 1000 times higher than areas not next to a cell tower. So for people living close to a cell tower or kids attending school next to a cell tower, this exposure which is about 1000 times higher than ambient levels is for many hours every day for years, not just 30 minutes. If you don't believe this, please purchase a meter and measure for yourself. The Cornet ED78S is a very basic meter that you can purchase for ~$140, less than cost of your smart phone.

Health effects at 0.1uW/cm2 include neurological problems (headaches, insomnia, feelings of nervousness) and immune problems (allergies, cancer). You can see the list here for levels below and above 0.1uW/cm2 per the 2012 Bioinitiative Report, which is a compendium of 3800 peer reviewed studies from around the world. http://www.bioinitiative.org

Firefighters Union IAFF succeeded in 2004 in stopping more cell towers from being erected on fire stations for health reasons, citing neurological and immune system effects. http://www.iaff.org/hs/facts/CellTowerFi...

3) **FDA exempted cell phones from product testing in 1984** on the presumption that if there is not enough RF radiation emitted to cause tissue heating, then it was safe. However, there has

been a lot of research showing that even levels of radiation below thermal thresholds have negative health effects. Some even done by our own military

4) NASA Report, 1981

A NASA report published in April 1981, titled "Electromagnetic Field Interactions with the Human Body: Observed Effects and Theories," discussed EMF and microwave RF radiation caused to humans. Effects of microwave radiation reported: headaches, sleep problems, neurological symptoms, cardiac symptoms, memory problems, increased cholesterol, gastritis, ulcers, increased fasting blood glucose, irritability, inability to concentrate, apprehension, and cataracts (clouding of posterior part of lens in those caused by microwave radiation instead of anterior clouding as seen with regular types). Information for the NASA report was collected from over 1,000 written sources that "included journals, conference proceedings, technical reports, books, abstracts, and news items," http://ntrs.nasa.gov/archive/nasa/casi.n...

5) Navy Report, 1971

On October 4, 1971, the Naval Medical Research Institute published a research report,"Bibliography of Reported Biological Phenomena ('Effects') and Clinical Manifestations Attributed to Microwave and Radio-Frequency Radiation," which was a compilation of over 2000 references on the biological responses to RF microwave radiation. It lists well over 100 negative biological effects caused by RF microwave radiation - here's a partial list: corneal damage, tubular degeneration of testicles, brain heating, alteration of the diameter of blood vessels, liver enlargement, altered sex ratio of births, decreased fertility, sterility, altered fetal development, decreased lactation in nursing mothers, altered penal function, death, cranial nerve disorders, seizures, convulsions, depression, insomnia, hand tremors, chest pain, thrombosis, alteration in the rate of cellular division, anorexia, constipation, altered adrenal cortex activity, chromosome aberrations, tumors, altered orientation of animals, birds and fish, loss of hair, and sparking between dental fillings.http://www.magdahavas.com/wordpress/wp-c...

6) Air Force Report, 1994

A June 1994 US Air Force document, titled, "Radiofrequency/Microwave Radiation Biological Effects and Safety Standards: A Review," acknowledges the non-thermal health effects. Stated in its abstract, "It is known that electromagnetic radiation has a biological effect on human tissue." The introduction of the report states that "researchers have discovered a number of biological dysfunctions that can occur in living organisms" and that "exposure of the human body to RF/MW [radio frequency/microwave] radiation has many biological implications" that range from "innocuous sensation of warmth to serious physiological damage to the eye," and added that "there is also evidence that RF/MW radiation can cause cancer." Biological impacts: "damage to major organs, disruption of important biological processes, and the potential risk of cancer," among many others which include "mutagenic effects," "cardiovascular effects,"

negative effects on chromosomes, and notes that "Soviet investigators claim that exposure to low-level radiation can induce serious CNS [central nervous system] dysfunctions." http://www.emfacts.com/2014/09/us-air-fo...https://electroplague.files.wordpress.co...

7) **The Department of the Army has documented in the** *"Bioeffects of Selected Nonlethal Weapons(fn1)"* **that this technology has the potential to be both a nonlethal and a lethal weapon.**

FCC's priority appears to be on faster speeds and not regarding human health and safety.

The 1996 Telecommunications Act (TCA) was passed by Congress despite the information known and reported by the US government agencies that document negative health effects from microwave RF radiation, because they were published before 1996.  Section 704 of the TCA disallowed siting decisions for cell tower facilities based on health considerations as long as they do not exceed FCC's (thermal) limits for the single or multiple transmitter facility.  According to this section of the Act Aesthetics are the only valid reason for rejection, this is a violation of free speech and our right to life and liberty.

FCC Chairman Tom Wheeler is pushing for 5G in the name of "national priority." "National priority" is addressing the astounding increases in autism, ADHD, neurological disorders in children and adults, autoimmune disease and dementia/Alzheimer's which has been occurring in the last couple decades which coincided with the massive deployment of cell antenna facilities, which began with the 1996 Telecommunications Act.  We went from 66,000 cell towers in 1998 to 300,000 in 2013 per the CTIA as mentioned above.

1) Feb. 24, 2016: the American Brain Tumor Association has found that brain cancer is the highest cause of cancer deaths in ages 15-39 and the most common cancer among 15-19 year olds.  There's also been an increase in Malignant Brain and Central Nervous System Tumors in American children.  For ages 0-14 between 2000-2010, it has increased annually 0.6%/yr. In ages 15-19, between 2000-2008, it has increased annually 1.0%/yr.

2) October 2010: Autism has increased 600% in prevalence over the last two decades. ADHD has increased 53% in the US over the last decade per the CDC.  For ages 14 to 17, 19 % of boys and 10% of girls now have ADHD.

3) August 2015: Washington Post reports people are developing dementia a decade earlier compared to 20 years ago (2010 vs. 1990) The disease is now regularly diagnosed in people in their late 40s and death rates from early onset dementia are soaring.  The study found that deaths caused by neurological disease had risen significantly in adults aged 55 to 74 and more than

doubled in the over-75 population overall. The problem was particularly acute in the United States, where neurological deaths in men aged over 75 have nearly tripled and in women increased more than fivefold. "The rate of increase in such a short time suggested a silent or even a hidden epidemic, in which environmental factors must play a major part, not just aging." The environmental factors cited included chemical pollution and increased background electromagnetic fields (which includes wireless radiation)
https://www.washingtonpost.com/world/people-are-developing-dementia-earlier-and-dying-of-it-more-a-study-shows/2015/08/06/599b16b8-3c0a-11e5-8e98-115a3cf7d7ae_story.html?wprss=rss_world.

4) October 2013: The NIMH (National Institute of Mental Health) reported 25-30% of kids between ages 13-18 will experience an anxiety disorder. This is an increase of 20 fold (i.e. 1900%) over the last 30 years
http://health.usnews.com/health-news/health-wellness/articles/2013/10/10/how-to-cope-when-school-anxiety-lingers

5) November 2013: Time Magazine reports that the rate of reported anxiety disorders among U.S. troops jumped 327% between 2000 and 2012.
http://swampland.time.com/2013/11/05/anxiety-disorders-on-the-rise-in-the-ranks/

6) September 2007: The number of American children and adolescents treated for bipolar disorder increased 40-fold [that's 3900%!] from 1994 to 2003 The senior author of the study, Dr. Mark Olfson of the New York State Psychiatric Institute at the Columbia University Medical Center, said, "I have been studying trends in mental health services for some time, and this finding really stands out as one of the most striking increases in this short a time." The increase makes bipolar disorder more common among children than clinical depression, the authors said.
http://www.nytimes.com/2007/09/04/health/04psych.html?_r=1

7) Severe, disabling mental illness has dramatically increased in the United States. "The tally of those who are so disabled by mental disorders that they qualify for Supplemental Security Income (SSI) or Social Security Disability Insurance (SSDI) increased nearly two and a half times between 1987 and 2007 For children, the rise is even more startling — a thirty-five-fold [i.e. 3400%!] increase in the same two decades," as Marcia Angell summarizes In 1998, Martin Seligman, then president of the American Psychological Association, spoke to the National Press Club about an American depression epidemic: "We discovered two astonishing things ... The first was there is now between 10 and 20 times as much of it [depression] as there was 50 years ago. And the second is that it has become a young person's problem. When I first started working in depression 30 years ago … the average age of which the first onset of depression occurred was 29.5 … Now the average age is between 14 and 15."

8) In 2011, the U.S. Centers for Disease Control and Prevention (CDC) reported that antidepressant use in the United States has increased nearly 400 percent in the last two decades, making antidepressants the most frequently used class of medications by Americans ages 18-44 years.http://www.salon.com/2013/08/26/how_our_society_breeds_anxiety_depression_and_dysfunction_partner/

9) In May 2013, CDC reported in "Mental Health Surveillance Among Children—United States, 2005–2011," the following: "A total of 13%–20% of children living in the United States experience a mental disorder in a given year, and surveillance during 1994–2011 has shown the prevalence of these conditions to be increasing."

There are many independent research studies that have shown an effect on nervous and immune systems from Radio Frequency Radiation.  Here are just a few
http://ehtrust.org/science/cell-towers-and-cell-antennae/

Even though doctors, scientists, and various groups have made about 1000 submissions asking the FCC to revisit limits since 2012, little has been done by the FCC. See Proceeding Number 13-84 on the FCC web site,https://www.fcc.gov/ecfs/search/filings?proceedings_name=13-84&sort=date_disseminated,DESC

The only study of effects of chronic exposure to cell phone radiation done by our government was reported in May by the NTP (National Toxicology Program), which showed a statistical increase in brain and heart cancer in rats. Cancer showed up in a small but statistically significant portion of the rats who were exposed to below thermal levels of cell phone radiation at 1.5W/kg for 2 years (below FCC SAR limit of 1.6W/kg – iphone 6 plus has a SAR rating of 1.6W/kg with all antennas on
https://www.sarchecker.com/apple-iphone-6-sar-rating-level-edges-extremely-close-to-legal-limits/)

The significance of this US government study is proof that RF levels below thermal thresholds cannot be assumed to be "safe".

Additionally, in medicine, non-thermal levels of microwave radiation have been used for therapeutic uses to treat pain and edema, heal bones, and chronic wounds
https://en.wikipedia.org/wiki/Pulsed_radiofrequency – this fact in itself also disproves the claim that there are "no biological effects" from non-thermal levels of microwave radiation.  Anything

that has a therapeutic effect can also have a negative effect in a different dose or under different conditions.

Other countries – China, Russia, France, India, Switzerland, Italy, Luxemborg, Bulgaria – have stricter RF exposure limits than America.  In January 2015, France forbade Wi-Fi in preschools and ordered it be turned off in elementary schools when not in use.  In April 2016, Haifa, Israel has also removed Wi-Fi in schools. You can read more here on Schools and teacher unions around the world taking action on wireless http://ehtrust.org/policy/schools-unions-and-pta-actions/ …..

In summary, there are many reasons not to approve the "massive infrastructure" required for 5G at this time.  The reasons:

1) NTP studies demonstrating a statistical increase in brain and heart cancer in rats following chronic exposure at 1.5W/kg (which is below the FCC SAR limit of 1.6W/kg) ;

2) reports by our own military and other branches of the US government demonstrate biological effects from RF radiation at below thermal levels;

3) the fact that non-thermal levels of microwave radiation are used for medical purposes proves there is a biological effect;

4) the near 1,000 submissions by doctors, scientists, and others asking the FCC to revise their limits in FCC proceeding 13-84 (which is herein incorporated by reference) ;

5) the fact that the higher millimeter frequencies to be used in 5G (as well as 3G, 3G, 4G),  have not been studied for long-term effect on humans; and

6) the fact that the cell tower facilities already deployed have RF accumulative effects. **There is not any protection on life from the accumulative effects of all nearby transmitting facilities, the FCC does not monitor for compliance.**

7) **now is the time for the precautionary principle** until the risks are well documented on the issue of a "massive deployment" of a cellular infrastructure.

**The Federal Communications Commission's job is to regulate the telecommunications industry for the protection of this nation. Instead the FCC is in partnership with private industry profits, and/or in the alternative, it is an all out "deployment" of weapons against**

**the Nation and American public because there are serious health risks according to the Department of the Army.**


Sincerely,

Laura

-

Please consider that the adverse health hazards of cellphone radiation, 3G and 4G frequencies plus the proven fire hazards of smart meters, have not been thoroughly studied yet!  The studies that have been done are ominous:  these devices and frequencies appear to cause cancer and reproductive harm.  Please stop this further technology until safeguards are in place and proper studies have been done.

Thank You,
Elissa

-----

Hello, my name is Chris Hinds and I'm a resident of the state of Maryland.  Mr Wheeler, the FCC commissioner has proposed a new plan to deregulate most of the oversight of antennas and smart meters being installed around the country.  I'm asking you ladies and gentlemen that represent us in government to vote against this plan tomorrow.  I feel that it has not been examined closely enough in regards to the health and privacy issues that may possibly result due to the lack of oversight.  I think the people need to be much more informed on the matter and I don't see that they have been made aware of the proposal to a significant degree.  Properly informed, trust the people.  I believe we need a vehicle to better inform the people before voting on an issue with such widespread implications which will effect us all.  We need strong representatives to help those of us less informed to really understand and debate this issue.  Thank you for your time and when you vote please consider the citizens who may not understand the full implications of the plan.  Thank you for your consideration.

----------

**PLEASE PROTECT US & HELP US PROTECT the PUBLIC's HEALTH**
**Say "STOP" to the FCC and Wheeler in 5G vote**
**Who Are We?**
Unlike what the public has been told, wireless technology harms are scientifically PROVEN, not potential but EXISTING, and in an EPIDEMIC scale. "We Are The Evidence", is an advocacy group representing the many people who have been injured by wireless technology; our members have conditions such as electro-sensitivity/intolerance and cancer (among others). We purport to expose this epidemic to the public, elevate the voice of the injured and defend their rights through education, lobbying and litigation.

What Are We Asking For?

Despite the EVIDENCE OF WIDESPREAD SICKNESS from wireless technology radiation and the CLEAR SCIENCE (including a RECENTLY published $25 million GOVERNEMENT STUDY which establishes the already proven harms of wireless technology including brain and heart cancer, DNA damage and neurological effects), rather than acting prudently, warn the public, reduce radiation levels and encourage industry to develop safer technologies, the FCC continues to ignore the harms, use an obsolete "safety" standard, mislead the public and Congress and now, facilitate a rapid increase in radiation levels with 5G and the use of higher (and more harmful) frequencies.

We are asking Congress to take action to stop the FCC rush Vote on 7/14, which fast- tracks the release of the more harmful 5G infrastructure.

We are asking Congress to conduct a hearing to investigate the FCC actions/inactions and their disregard of public health; and to include testimony of those who have been injured by wireless in this hearing.

This is a public health and human rights crisis that must not be ignored. Ignoring a problem does not change the facts; it merely increases its scale and we already have an epidemic- scale problem.

**The Facts About 5G & the FCC**

Fact: 5G is Even More Harmful than Existing Wireless Infrastructure

5G will be making use of higher frequencies, known as "millimeter waves," which are more harmful to humans, without examination or consideration of the hazards. 5G frequencies are easily disrupted by physical interference; therefore, to overcome this limitation, a massive number of antennas will have to be positioned on almost every electric pole in the country, all utilizing higher frequencies. This deployment will significantly increase the radiation levels in the environment, making it impossible for anyone to escape this radiation, especially those who are already injured and cannot tolerate the radiation.

Fact: FCC Ignores Recent Government $25 Million Study Proving Harms

The link between wireless and cancer / other harms was proven in a $25 Million study by the National Toxicology Program; the scientists who conducted the research called to immediately warn the Public. The FCC is ignoring the study and instead, is trying to fast- track 5G. This study repeats what many previous research studies proved and supports the existing human evidence. More information about the study can be found on MicrowaveNews.com and the Wall Street Jounal.

Fact: FCC Ignores NIH Study Proving Wireless Causes Changes in Brain

The study led by Dr. Nora Walkow, Director of the National Institute on Drug Abuse, "Effects of Cell Phone Radiofrequency Signal Exposure on Brain Glucose", offers conclusive evidence that the FCC's claim that there are no biological effects of wireless technology is false.

The brain image (above) shows the levels of glucose inthe brain (yellow) before (image on the right) and after (image on the left) cell phone use. The glucose levels shown in the left image are

significantly higher and found to be so especially in the areas closer to the antennas of the cell phone. This study reinforces previous studies that used other experimental approaches, and have found that microwave radiation alters cellular signaling pathways and brain activity. As glucose is the sole energy source of the brain, the study reinforces previous studies that have found that microwave radiation alters cellular signaling pathways and brain activity.

**Fact: The FCC Cannot Be Trusted**

Would you have wanted the head of the Tobacco Companies' Association to head the Agency that regulates it? Then why allow Tom Wheeler, who headed the CTIA, the wireless industry association, to head the FCC, the very same agency that regulates them?

Harvard University Center for Ethics wrote a report about the corruption of the FCC called: "Captured Agency: How the FCC is Dominated by the Industries It Presumably Regulates." This 5G vote is a clear proof…

FCC's 2013 declaration that it is going to review its "Safety" Standard, seems to be a sham. For more than 20 years, the FCC hasn't reviewed its "safety" Standards. In 2013, it announced a review of its "Safety" Standards and asked the public to submit comment. Approximately 1000 comments were submitted by scientists, and public health officials, as well as doctors' associations who represent the physicians who see the epidemic of sickness in their offices and clinics. The Attorney Generals of Boston and Philadelphia submitted a comment, calling the FCC to take immediate action to protect the injured and tell the public the truth. But, as the Wall Street Journal wrote in an article on 7/6, "The FCC opened a proceeding to study the current standards in 2013, but hasn't taken any action."

Fact: FCC Safety Testing is Ridiculous, Assuming Our Brains Are Water

The FCC "Safety" Standards are based on an assumption that was disproved decades ago, that non-ionizing radiation, like that emitted by wireless technology, is harmful only if it causes change in the temperature of the cells. Since wireless technology allegedly does not use levels that cause thermal change, the FCC claims it is not harmful, despite the fact that many thousands of studies, including the Government studies, have proven that it causes severe effects including the breakage of the DNA.

The FCC testing of cell phone safety is ridiculous. It assumes that the human brain is just liquid and tests for thermal change. This test was invented by engineers without biomedical understanding, and ignores the fact that our brain has nerves, blood vessels, chemical reactions, etc. Our brain is an electric system and therefore it is clear that it will be affected by electro-magnetic fields such as those emitted by wireless technology radiation, which is trillions of times higher than the levels to which our body evolved.

**Facts about the Epidemic of Sickness**

**Fact: Already 10% of the Population Have Developed Electro-Sensitivity**

Are you or your children are having pain in your head/ear and/or tingling in your hands when using a cell phone? If yes, then you have developed Electro-Sensitivity. According to numerous

surveys done by leading institutions up to 2006, at least 10% of people already suffer from symptoms of electromagnetic sensitivity/intolerance, a condition that develops with accumulated exposure to wireless radiation. Other symptoms include sleep disturbances, heart palpitations, nausea, exhaustion, tinnitus, cognitive problems, et al. These symptoms indicate severe biological harms. Research on 700 people who developed ES showed damage to their Blood Brain Barrier, immune and nervous systems and neurodegeneration.

The people and children who developed ES are ignored and their lives are a living hell. There is no place without radiation. Those people who have ES have no refuge and no place to live; many become refugees and live in inhuman conditions, in their cars and in the woods. One year ago, Jenny Fry, a 15 year old girl hanged herself from a tree because she could not tolerate the pain from the Wi-Fi in her school. This is a growing epidemic and a human rights crisis and everyone is looking the other way. In the picture: Jenny Fry, 15, Committed Suicide, she could not tolerate the pain of the Wi-Fi in school.

The most famous person who has developed ES is Gro Harlem Brundtland, the former Head of the World Health Organizations, former Prime Minister of Norway and a medical doctor in her profession.

Other people who developed ES: Matti Niemelä, Nokia's Chief Technology Officer Jeromy Johnson, a Silicon Valley Engineer; Prof. James McCaughan, A Physics Professor; Per Segerbäck, Ericcson Cell Phones Engineer; Dr. David McDonald, CSIRO (wireless company) scientis; Elizabeth Evans, an MD.

Fact: Wireless Causes Brain Tumors Epidemic

The Government NTP study proved that wireless radiation causes brain tumors; as well as confirming the results of previous studies, but this study supports the findings of other studies, including epidemiological studies. Data up to 2006 show that the rates of brain cancers associated with cell phone use doubled for adults, and now, ten years later, is probably higher. A study shows 780% increase in brain tumors in children; brain tumors are the # 1 killer of children and adolescents. In the picture: Jimmy Gonzales, Attorney, Died at 42, from 3 tumors from his cell phone.

Fact: Wireless causes Autism

In the past 10 years, the rate of Autism has increased exponentially from 1/1000 children to 1 in 65. Harvard Professor, Martha Herbert, a Pediatric Neurologist and Neuroscientist's paper "Autism and EMF? Plausibility of a pathophysiological link", establishes a correlation to wireless. Prof. Herbert said "I set up to write a paper with a modest length…and ended up producing a 60 page paper with 550 citations."

Fact: Wireless causes ADHD

In the past 10 years the number of children who suffer from ADHD doubled! Yale University Professor & Chair of Obstetrics, Gynecology, and ReproductiveSciences, Prof. Hugh Taylor, proved in his research that fetus exposure to wireless radiation affects Neurodevelopment and Behavior and cause ADHD.

Fact: Wireless Harms the Sperm and Reproductive Organs
In the past 10 years there has been a 40% reduction in sperm quality of males in all age groups all around the world, and 25% of couples are in fertility treatments. There are many dozens of studies including on humans that prove beyond doubt that wireless severely harms the sperm and reproductive organs.

Sincerely,
Romy
------
*Dear FCC Commissioners & House Tech & Comm Subcommittee Members and all,*
*Spectrum Frontiers Proceeding is being represented as an unqualified good, but it is not. It will do great harm to human health and the environment.*
*Please vote "no" to the Spectrum Frontiers Proceeding. There has been no NEPA review of the environmental and human health impacts of moving forward with 5G. The FCC has put the cart before the horse in promulgating rules for 5G without first studying the safety of 5G for humans and the environment. There is consensus within the scientific community that the existing FCC limits for wireless radiation do not protect the population from biological effects (https://www.emfscientist.org) The National Toxicology Program recently release results showing that radiofrequency radiation (RFR) can indeed both break DNA and cause cancer (http://www.saferemr.com/2016/05/national-toxicology-progam-finds-cell.html and http://microwavenews.com/news-center/ntp-nyt).*
*Furthermore, the literature on RFR in the very high frequency bands required for 5G document DNA breakages, serious cellular resonance effects, and other detrimental metabolic effects (http://www.bioinitiative.org/report/wp-content/uploads/pdfs/sec15_2012_Evidence_Disruption_Modulation.pdf and http://www.stopglobalwifi.org/documents/2001_kositsky_et_al._-_ussr_review.pdf).*
*Non-industry funded studies have consistently found links between RFR and various negative biological effects (www.bioinitiative.org). They include serious neurological, cardiac, and metabolic effects, as well as DNA breakage which can lead to cancer and genetic defects (http://www.mainecoalitiontostopsmartmeters.org/?%20p=1469). Studies, including the National Toxicology Program studies, have shown wireless to be a dangerous technology and 5G, according to Chairman Wheeler's own comments, is an infrastructure intensive technology. So, invest in safe, wired infrastructure instead of spending a lot of money to saturate entire communities with hazardous radiation. The "cool" factor is not worth the peril. Please see "Wireless Technology Violates Human Rights" (http://www.electricalpollution.com/documents/WirelessViolatesHumanRights2016.pdf) for more information about the very serious ways in which wireless technology violates human rights.*

*Don't vote to unleash a dangerous environmental pollutant on your friends, family, and, indeed, the whole country. Vote to protect your family, friends, and the country – vote "no" on Spectrum Frontiers. Be on the right side of history.*

-------

There are as many scientist who say wireless is harmful as those who say it isn't.  Now you want to add more?

We went through the same thing with tobacco for decades.

Please err on the side of caution and vote no to 5G.

-------

Just because industry reps for 5G who will benefit from it financially say it is easier, faster and better, does not in reality mean it will be safer, wiser and healthier which it won't!    Scientists from all over the world are already speaking out against just 4G, smart meters, cell towers and telephones and more.  I am electronically sensitive and will never own a cell phone, no matter how much fun their games and aps can be.  I can link hundreds of articles from various individuals, groups, universities re how detrimental it is to all of us. You must vote NO GO on 5G until it has been proven safe, which I am sure it will not be.

Very sincerely!

\

------

Dear Government Officials:

I must urge you to reject the Proposed 5G Spectrum. It is toxic and dangerous as clearly demonstrated by the recent $25 MILLION US Government study (National Toxicology Program) study linking wireless radiation and cancer & DNA damage.  See report here.

This additional load of radiation add to the already poisonous soup that we are all exposed to every day including, air/water/food pollution, EMF so-called "smart meters", radiation from various medical testing and countless other sources of radiation and pollution in our environment.

You must re-think this. Just because it will benefit large corporations does not mean it benefits the American people. In truth, it harms us all, including you and your families.

Thank you,

Karen

----

To Whom it may concern,


I am a resident of New York State and I have been harmed by wireless technologies.  Although the telecommunications industry claims that there are no dangers associated withe the use of cell phones, wifi, cell towers and smart meters, there is a wealth of studies that confirm that wireless technologies are indeed harmful to life and the environment, particularly, children and especially bees who are dying at alarming rates.

It is reckless for the FCC, which is not a health agency, to push for the introduction of 5G technology without any health or safety oversight. In light of many recent studies of the adverse health effects of cell phone use, it would be grossly irresponsible for 5G to be approved.

(See first link below)

The medical establishment advises us to err on the side of caution. All caution has apparently been thrown to the the wind by the recommendation of Tom Wheeler to push forward in approving 5G. Understandably, the telecommunications industry stands to profit greatly by the approval to roll out 5G technology at the expense of humans and the environment. Citizens have a right to not be exposed to a constant stream of wireless radiation in our communities, coming onto our properties and into our homes.

I consider it an outrage for any government representative or agency to consider approving a technology that has never been proven safe and has many studies showing that there is cause for concern.

Thousands have already been injured by wireless devices. We do not want the FCC to approve the release of yet another harmful and even more powerful technology. Please protect the health and safety of citizens and the environment. Do not approve the roll out of 5G technology. Wireless technologies have already been proven to be unsafe.

Thank you,

Toby
------
Dear FCC Commissioners,
Spectrum Frontiers Proceeding is being represented as an unqualified good, but it is not. It will do great harm to human health and to the environment.

Please vote "no" to the Spectrum Frontiers Proceeding. There has been no NEPA review of the environmental and human health impacts of moving forward with 5G. The FCC has put the cart before the horse in promulgating rules for 5G without first studying the safety of 5G for humans and the environment. There is consensus within the scientific community that the existing FCC limits for wireless radiation do not protect the population from biological effects (www.EMFscientist.org).

The National Toxicology Program recently released results showing that radiofrequency radiation (RFR) can indeed both break DNA and cause cancer (http://www.saferemr.com/2016/05/national-toxicology-progam-finds-cell.html and http://microwavenews.com/news-center/ntp-nyt). Furthermore, the literature on RFR in the very high frequency bands required for 5G document DNA breakages, serious cellular resonance effects, and other detrimental metabolic effects (http://www.bioinitiative.org/report/wp-content/uploads/pdfs/sec15_2012_Evidence_Disruption_Modulation.pdf and http://www.stopglobalwifi/documents/2001_kositsky_et_al._-_ussr_review.pdf).

Non-industry funded studies have consistently found links between RFR and various negative biological effects (www.bioinitiative.org). They include serious neurological, cardiac, and metabolic effects, as well as DNA breakage which can lead to cancer and genetic defects (http://www.mainecoalitiontostopsmartmeters.org/?p=1469).

My family has already experienced harm from the rapidly rising ambient levels of RFR.  The rising ambient RFR levels, due to the recent wireless insanity, are already causing my family to experience symptoms of Radiofrequency Sickness. I get cardiac arrhythmias and am functionally impaired by RFR in multiple ways.  I experience high blood pressure and increased insulin resistance when I am exposed to RFR, in addition to other symptoms.

The rapidly increasing RFR levels has totally impacted ability to earn a living.  I used to have a psychotherapy office in San Francisco and I am no longer able to do so due to the rising ambient RFR levels causing serious neurological symptoms and crippling fatigue.  The symptoms disappear when I am in low EMF areas. I have had to close my practice and move to the country on SSI. (The levels outside the home where I rent a room are hundreds to thousands of times lower than the nearby small city.  Even so I can tell the improvement in my health when I am inside my shielded home where the levels are a third to a tenth the ambient outside levels and peaks are reduced by over half.)

RFR has been shown to cause oxidative damage (http://www.ncbi.nlm.nih.gov/pubmed/26151230).  If my experience is any indicator, the FCC is directly responsible for those deaths by promoting a dangerous technology in complete disregard of the science and the scientists who are calling for biologically-based population-protective RFR safety limits.  This willful disregard of the consequences is a violation of our human rights and the Nuremberg Code of Ethics, please read "Wireless Technology Violates Human Rights,"

attached and at

http://www.electricalpollution.com/documents/WirelessViolatesHumanRights2016.pdf.
Studies, including the National Toxicology Program studies, have shown wireless to be a
dangerous technology and 5G, according to Chairman Wheeler's own comments, is an
infrastructure intensive technology. So, invest in safe, wired infrastructure instead of spending a
lot of money to saturate entire communities with hazardous radiation. The "cool" factor is not
worth the peril.

Don't vote to unleash a dangerous environmental pollutant on your friends, family, and, indeed,
the whole country. Vote to protect your family, friends, and the country – vote "no" on Spectrum
Frontiers. Be on the right side of history.

Sincerely,

Jane

----------------

No one wants this. Strangers aren't allowed to walk up to me and blow cigarette smoke in my
face, so why should I have forced upon me, perpetual exposure to 5G manmade,
pulse-modulated wireless radiation, which is a known carcinogen? What the hell are you people
thinking? I'm very ill from smart meters, homeless, blacking out,  having seizures and 104F
fevers every time I go near them. I have to sleep in the woods. Children are at high risk for RF
poisoning by universal wireless, smart meters, cell phone towers, etc., b/c their cells divide at a
3x faster rate than those of adults, & b/c their skulls are thinner than those of adults. They absorb
152% more wireless radiation than adults. What the heck are you thinking? It is criminal to even
entertain the notion of putting artificial, pulse-modulated radiation ubiquitously. This is the
unnecessary for the unwilling, & you will be held accountable. -E. Drew

-----

Hello Decision Maker,

If you are not a researcher into the health impacts of electromagnetic frequencies, then would
you please listen to Joel M. Moskowitz, Ph.D., Director, Center for Family and Community
Health, School of Public Health, UC Berkeley:

**"The FCC should commission an independent review of the biologic and health research to
determine whether the RF standards should be modified before allowing additional
spectrum to be used for new commercial applications."**

These 33 words are all you need to vote no on 5G.

Frankly, research shows that citizens contacting their elected representatives in Congress are
wasting their time if lobbyists are pushing the other side.

No doubt you're tired of the ceaseless effort required to be reelected. No more excuses; you have the power to establish public financing of elections!

Meanwhile, think of your grandkids and vote NO on 5G.

We are all in this together.
Lauren
--
I am writing you as a concerned citizen in advance of the vote tomorrow by the House Subcommittee on Communications and Technology on proposed rules related to the new 5G technology.  This is an important vote since this new technology will impact us all in a very serious way.

As I understand it, FCC Chairman Tom Wheeler wants virtually everything to be connected via 5G--despite the fact that no testing has been done to determine the effects of the new 5G technology frequencies on human health or the environment.

In view of the fact that 5G's effects on human health and the environment have not been studied or taken into consideration, I strongly urge a "no" vote on the Spectrum Frontiers Proceeding. Please don't advocate rushing "out of the gate" to facilitate the widespread implementation of this new technology until all of its effects are studied.

Thank you.
---
I am writing with urgency, asking for your help to make sure that the
voice of all children, indeed all living beings, is heard when the
vote comes up related to Spectrum Frontier and 5G.  Please do what you
can to halt this disastrous intrusion into the electromagnetic fabric
of all life on our planet.

I am sure you have a great deal of scientific data to support a NO
vote, so I will not add to verbage.  I only ask that you help all
lawmakers who would vote on this direction to have the information
they need, and the ear to hear informed citizens, including the
medical community, who value our children and our planet's future over
our amped-up downloads.

Kind regards,

Joy

-

Dear Legislators,

Please grab a cup of coffee or tea, this is extremely important and requires your help:

Three years ago an electrical engineering friend mentioned there could be biological harm from wi-fi and cellular technology.  I investigated this extensively, and found thousands of peer-reviewed, published scientific studies from all over the world indicating vast biological harm but the FCC has suppressed this from the public (see Harvard University's Captured Agency report).

I worked with my public school district, which did its due diligence to understand this issue, and we have become the first in the nation to put precautionary measures in place to protect our students and staff.  I now get calls from parents all over the country looking to do the same after discovering wireless technology in schools, at home and elsewhere has given their children searing headaches, nose and ear bleeds, tinnitus, skin rashes, inability to concentrate, behavior issues, sleep problems and more.  When they hard-wire, turn off the wi-fi, or put devices in airplane mode the symptoms have resolved over time for most.  These are just the short-term effects of electrohypersensitivity (EHS); long-term exposure to wi-fi is being shown to cause cancer, infertility, heart disease, DNA damage and more.

My hope is you will do what you can to stall the FCC's push to become the first-to-market with 5G -- they're planning to move forward in July and it will put even more wi-fi antennas in our neighborhoods. Yet, just last month the U.S. National Toxicology Program released partial findings from a $25 million study on cell phone radiation: they confirmed it is carcinogenic. That means all wi-fi is too as it operates off of the same electromagnetic radiation.

The NTP informed the FCC, but Tom Wheeler is still intent on rolling out 5G, which will put even more radiation load on the unwitting public. He suppressed evidence of harm back in the 1990s when the first oncologist declared his patient died from brain tumors that aligned with the antennas in her cell phone, and he remains committed to corporate profit over public health today.  Hear it directly from the scientist who lead the research for Mr. Wheeler back in the 1990s -- Mr. Wheeler went on to discredit Dr. Carlo and never told the public.  If you've seen Will Smith's recent movie, "Concussion", the same is happening with wireless technology as the NFL suppressing evidence of harm , trying to silence the scientists, and creating doubt among the public.

If this topic is new to you, the following 33-minute video with my local Board of Health will bring you up to speed. All of the documents I reference are included in the Comments section under the YouTube video. It will take time to absorb all of this if you are unfamiliar with wi-fi operating off of two-way microwave radiation, but I implore you, please do your independent research and stop the FCC from rolling out 5G until technology can be made biologically safe.

https://www.youtube.com/watch?v=9T-4Aj6gb7A

Former Microsoft Canada President Frank Clegg assures us we can still have technology, but it must and can be made to be safe. See below for a briefing he and top U.S. scientist Dr. Devra Davis gave to the Massachusetts legislature:

https://vimeo.com/134411701

We are all guilty of adopting wi-fi without understanding how it works; now that we do, it is our responsibility to ourselves, our children and future generations to act today to put it right. Please do your part as our public servants and make it a priority to come up to speed on this issue. Please reach out if I can provide additional information.

Sincerely,

Cecelia Doucette
31 Fatima Drive
Ashland, MA 01721
508-881-3878

Dear FCC Commissioners,
Spectrum Frontiers Proceeding is being represented as an unqualified good, but it is not. It will do great harm to human health and to the environment.
Please vote "no" to the Spectrum Frontiers Proceeding. There has been no NEPA review of the environmental and human health impacts of moving forward with 5G. The FCC has put the cart before the horse in promulgating rules for 5G without first studying the safety of 5G for humans and the environment. There is consensus within the scientific community that the existing FCC limits for wireless radiation do not protect the population from biological effects (www.EMFscientist.org).
The National Toxicology Program recently released results showing that radiofrequency radiation (RFR) can indeed both break DNA and cause cancer (http://www.saferemr.com/2016/05/national-toxicology-progam-finds-cell.html and http://microwavenews.com/news-center/ntp-nyt). Furthermore, the literature on RFR in the very

high frequency bands required for 5G document DNA breakages, serious cellular resonance effects, and other detrimental metabolic effects (http://www.bioinitiative.org/report/wp-content/uploads/pdfs/sec15_2012_Evidence_Disruption_Modulation.pdf and http://www.stopglobalwifi/documents/2001_kositsky_et_al._-_ussr_review.pdf).

Non-industry funded studies have consistently found links between RFR and various negative biological effects (www.bioinitiative.org). They include serious neurological, cardiac, and metabolic effects, as well as DNA breakage which can lead to cancer and genetic defects (http://www.mainecoalitiontostopsmartmeters.org/?p=1469).

My family has already experienced harm from the rapidly rising ambient levels of RFR.  I am attaching the comment that I submitted to FCC 13-39. The rising ambient RFR levels, due to the recent wireless insanity, are already causing my family to experience symptoms of Radiofrequency Sickness.  My sons get cardiac arrhythmias.  My wife is functionally impaired by RFR in multiple ways.  I experience high blood sugar and increased insulin resistance when I am exposed to RFR, in addition to other symptoms.

The rapidly increasing RFR levels is impacting our ability to earn a living.  I used to vend at farmers markets in Madison and I am no longer able to do so due to the rising ambient RFR levels causing serious neurological symptoms suggestive of incipient ALS.  The symptoms disappeared at the end of market season when I was able to spend time at my shielded home in much lower ambient RFR levels.  (The levels outside our home are hundreds to thousands of times lower than ambient Madison levels.  Even so I can tell the improvement in my health when I am inside my shielded home where the levels are a third to a tenth the ambient outside levels and peaks are reduced by over half.)  ALS is a progressive fatal neurological disorder whose incidence is increasing (https://wwwn.cdc.gov/als/Download/Neurol%20Clin_ALS_Risk_Factors_2015.pdf).  ALS is being linked to factors including oxidative damage (positively linked to smoking which causes oxidative damage), EMF exposure, and military service which would entail high levels of RFR exposure.  RFR has been shown to cause oxidative damage (http://www.ncbi.nlm.nih.gov/pubmed/26151230).  If my experience is any indicator, the FCC is directly responsible for those deaths by promoting a dangerous technology in complete disregard of the science and the scientists who are calling for biologically-based population-protective RFR safety limits.  This willful disregard of the consequences is a violation of our human rights and the Nuremberg Code of Ethics, please read "Wireless Technology Violates Human Rights," attached and at http://www.electricalpollution.com/documents/WirelessViolatesHumanRights2016.pdf.

Studies, including the National Toxicology Program studies, have shown wireless to be a dangerous technology and 5G, according to Chairman Wheeler's own comments, is an infrastructure intensive technology. So, invest in safe, wired infrastructure instead of spending a

lot of money to saturate entire communities with hazardous radiation. The "cool" factor is not worth the peril.

Don't vote to unleash a dangerous environmental pollutant on your friends, family, and, indeed, the whole country. Vote to protect your family, friends, and the country – vote "no" on Spectrum Frontiers. Be on the right side of history.

Sincerely,

S

Dear Decision Maker,

The NTP animals studies found exposure to CDMA and GSM cellphone modulationresulted in brain cancer (glial cells mutated to glioma) and nerve tumors(Schwann cells mutated to Schwannoma).

This is consistent to finding used

by the World Health Organization's International Agency for Research on Cancer (IARC) which declared radio frequency radiation (RFR) a Group 2B (possible) Human Carcinogen in 2011. IARC made this declaration based on two independent case-control t studies of two types of cancer that found statistically significant risks for brain cancer and for vestibular Schwannoma (also known as an acoustic neuroma--a tumor on the hearing nerve).

IARC chose the Group 2B (possible) Human Carcinogen because there were insufficient animal studies. The results of the NTP study is a game change. IARC must (according to their well-defined procedures) upgrade its previous RFR declaration to a Group 2A (probable) Human Carcinogen or even to a Group 1 Human Carcinogen. However, this is likely to take several years.

The NTP needs to repeat their animal studies using exposures from UMTS and LTE modulation (3rd and 4th generation cellphones). Because the equipment was destroyed new exposure equipment must be built. The whole process will take 4 years or more. Why must this be done? Because the average radiated power of UMTS phones is 1,000 times lower than GSM phones, yet the risk of brain cancer per 100 hours of UMTS phones is 3.4 times higher than use of GSM phones. The reason for this appears to be that UMTS modulation inhibits DNA repair genes. Thus UMTS is likely to be even more carcinogenic than CDMA or GSM.

5th generation modulation should not be introduced without prior NTP animal studies showing there is no health risk.

Sincerely,
Rosemarie

5G; What You Need To Know About 5G Wireless and "Small" Cells; EHT

**ENVIRONMENTAL HEALTH TRUST**

# What You Need To Know About 5G Wireless and "Small" Cells

*"We recommend a moratorium on the roll-out of the fifth generation, 5G, for telecommunication until potential hazards for human health and the environment have been fully investigated by scientists independent from industry...RF-EMF has been proven to be harmful for humans and the environment."*

— 2017 5G Scientific Appeal (signed by more than 180 scientists and doctors from 35 countries)

Nationwide, communities are being told by wireless companies that it is necessary to build "small cell" wireless facilities in neighborhoods on streetlight and utility poles in order to offer 5G, a new technology that will connect the Internet of Things (IoT). At the local, state, and federal level, new legislation and new zoning aim to streamline the installation of these 5G "small cell" antennas in public rights-of-way.

**The radiation from small cells is not small:** Wireless antennas emit microwaves — non-ionizing radiofrequency radiation — and essentially function as cell towers. Radiation emitted from small cells is expected to typically travel from 10 feet up to several hundred feet.

**Millions of small cells to be built in front yards:** The Federal Communications Commission estimates that millions of these wireless transmitters will be built in our rights-of-way, directly in front of our homes.

**5G will add to — not replace — our current wireless technology:** 5G will add in another layer of wireless radiation to our environment. 5G will not only utilize wireless frequencies already in use but also add in higher frequencies — submillimeter and millimeter waves — in order to transmit data at superfast speeds.

**Community authority is overruled:** Communities are being stripped of their right to make decisions about this new technology. "Streamlining" means almost automatic approval. Public notice and public hearings are being eliminated. Even if every homeowner on the block opposes the antennas on their street, the opposition will be disregarded.

**Scientists worldwide are calling for a halt to the 5G Roll-out:** In 2017, over 180 scientists and doctors issued a declaration calling for a moratorium on the increase of 5G cell antennas citing human health effects and impacts to wildlife.
Read the 2017 Scientific Appeal on 5G To the European Commission
Read the 2015 EMF Scientist Appeal to the United Nations
Read Letters From Dozens of Scientists on Health Risks of 5G

**Cumulative daily radiation exposure poses serious public health risks:** Peer reviewed, published science indicates that exposures to wireless radiation can increase cancer risk and alter brain development and damage sperm. Most people are unaware that wireless technology was never tested for long-term safety, that children are more vulnerable and that the accumulated scientific evidence shows harm.

**Decreased property values:** Studies show property values drop up to 20% on homes near cell towers. Would you buy a home with a mini cell tower in the yard?
Read Research on Cellular Base Stations Near Homes

**Microwave antennas in front yards present several worker and public safety issues:** Unions have already filed comments that workers were injured, unaware they were working near transmitting antennas. How will HVAC workers, window washers, and tree cutters be protected? The heavy large equipment cabinets mounted on poles along our sidewalks also present new hazards. Cars run into utility poles, often, what then?

**There is a safer alternative:** Worldwide, many regions invest in safer and smarter fiber optic cabling all the way to each home, rather than antennas in front yards. Wired fiberoptic connections are safer, faster, more reliable, provide greater capacity, and are more cyber-secure.

# KEY RESEARCH AND REPORTS

## Study Finds 5G Frequencies Have A Biological Effect

A newly published study from distinguished Israeli physicists Yuri Feldman, Paul Ben-Ishai and colleagues found that the higher millimeter frequencies intended for use in 5G are preferentially absorbed in the sweat duct, a significant biological effect. Read the study "The Modeling of the Absorbance of the Sub-THz Radiation by Human Skin." Watch a lecture by Paul Ben-Ishai, PhD at 2017 IIAS Conference.

## US National Toxicology Program (NTP) Study Found Wireless Caused Cancer and DNA Damage in Rodents

The National Institute of Environmental Health Sciences NTP long-term radiofrequency radiation (RFR) studies found male rats developed gliomas (brain cancer) and schwann cell tumors, the same types of tumors increased in long-term human cell phone users. In addition, DNA damage was found leading the scientists to conclude that, "exposure to RFR has the potential to induce measurable DNA damage under certain exposure conditions."

## Cell Tower Radiation is Linked To Damage in Human Blood

A newly published study compared people living close and far from cell antennas and found a significant impact on people living closer to cellular antennas. Damage was found in their blood that predicts cancer development. Read the study "Impact of radiofrequency radiation on DNA damage and antioxidants in peripheral blood lymphocytes of humans residing in the vicinity of mobile phone base station" (Zothansiama et al, 2017; published in *Electromagnetic Biology and Medicine*).

## Millimeter Waves Impact Bacteria Growth

New research finds that millimeter waves alter bacteria growth, and the combined action of these frequencies with antibiotics had even stronger effects. Read the study "Millimeter waves or extremely high frequency electromagnetic fields in the environment: what are their effects on bacteria?" (published in *Applied Microbiology and Biotechnology*).

# RESOURCES

A 5G Wireless Future: Will it give us a smart nation or contribute to an unhealthy one?" Santa Clara Medical Association Bulletin, Cindy Russell MD, 2017

Letters by Scientists in Opposition To 5G Research on Cell Tower Radiation, 2017

Research on Cell Tower Radiation

Biological Effects from Exposure to Electromagnetic Radiation Emitted by Cell Tower Base Stations and Other Antenna Arrays, Levitt and Lai, 2010

Radiofrequency radiation injures trees around mobile phone base stations, Waldman-Selsam et al., 2016

Department of Interior Letter on the Impact of Cell Towers on Migratory Birds, Willie R. Taylor Director, Office of Environmental Policy and Compliance, 2014

Anthropogenic radiofrequency electromagnetic fields as an emerging threat to wildlife orientation, Balmori, 2015

Briefing Memorandum On The Impacts from Thermal and Non-thermal Non-ionizing Radiation to Birds and Other Wildlife, Manville, 2016

## TAKE ACTION

**Contact** local, state and federal elected officials in person.

**Share** this information with your friends, family and community.

**Ask** for government policy that reduces RFR exposure to the public.

**Citizens in all states must organize and take action to halt federal legislation which is moving forward right now.**

## LEARN MORE

Federal Legislation To Know

US States With Streamlining Bills

## 5G Small Cell Antennas To Be Placed On:
• Street lights
• Trashcans
• Utility poles
• Bus stops
• Sides of buildings

## 5 Reasons Why Small Cells Are Not Small
• Increased radiation near homes
• Refrigerator-sized equipment cabinet
• Drop in property values
• Taller poles
• Fixtures weigh hundreds of pounds

## Crown Castle's 2016 10-K Annual Report says:

"If radio frequency emissions from wireless handsets or equipment on our wireless infrastructure are demonstrated to cause negative health effects, potential future claims could adversely affect our operations, costs or revenues... We currently do not maintain any significant insurance with respect to these matters."

Read warnings from Crown Castle, Verizon and other wireless companies.

## The American Academy of Pediatrics says:

"An Egyptian study confirmed concerns that living nearby mobile phone base stations increased the risk for developing:
• Headaches
• Memory problems
• Dizziness
• Depression
• Sleep problems"

AAP on Cell Towers & Reducing Cell Phone Radiation

## Letter from oncologist Lennart Hardell MD & Colleagues:

"There is a substantial body of evidence that this technology is harmful to humans and the environment. The 5G millimeter wave is known to heat the eyes, skin and testes... Of particular concern are the most vulnerable among us — the unborn, children, the infirm, the elderly and the disabled. It is also expected that populations of bees and birds will drastically decline."

2017 Scientific Letter

## Peer Reviewed Research Studies on Radiofrequency Radiation Have Found:
• Headaches
• Sperm damage
• Altered brain development
• Depression
• Neurological symptoms
• Hormone changes
• Memory problems
• Sleep problems
• Cancer

See also:

Dr. Moskowitz, University of California at Berkeley
Dr. Lennnart Hardell Örebro University Sweden
The Baby Safe Project
Physicians for Safe Technology

**www.ehtrust.org**


ENVIRONMENTAL HEALTH TRUST

JA 06513

Wi-Fi; 136 Studies Showing Health Effects from WiFi Radio Frequency Radiation

Studies that show **WiFi** and Devices Health Effects

# Table of Contents

## 136 Studies Showing Health Effects from WiFi Radio Frequency Radiation

| Health Effects | Pages |
|---|---|
| Effects on Brain and Neurons | Pages 2-18 |
| Effects on Eyes | Pages 18-24 |
| Effects on Fertility and Reproduction | Pages 24-28 |
| Effects on Pregnancy | Pages 29-32 |
| Cancer | Pages 32-35 |
| Effects on Children | Pages 35-36 |
| Effects on Hormones | Pages 36-37 |
| DNA Damage | Pages 37-40 |
| Effects on the Heart | Pages 40-41 |
| Inflammation | Page 41 |
| Effects on Blood | Pages 41-44 |
| Oxidative Stress | Pages 44-46 |
| Effects on Wellbeing | Pages 47-48 |
| Effects on Whole Body | Page 48 |
| Effects on Bone Marrow | Pages 48-51 |
| Effects on Insulin | Page 52 |
| Cell Effects | Pages 52-57 |
| Effects on Behavior | Pages 57-59 |
| Effects on Immune Function | Page 59-60 |
| Effects on Protein | Page 60 |
| Electromagnetic Hyper-Sensitivity | Pages 60-63 |
| Effects on Critical Organs | Pages 63-65 |
| Effects on Sleep | Page 65 |
| Synergistic Health Effects- RF and Other Agents | Pages 66-68 |
| Effects on the Environment | Page 68-69 |
| Miscellaneous Effects | Pages 69-73 |

JA 06515

Studies that show **WiFi** and Devices Health Effects

# Effects On Brain and Neurons

**Lai, H, Carino, MA, Singh, NP, Naltrexone blocks RFR-induced DNA double strand breaks in rat brain cells. Wireless Networks 3:471-476, 1997.**
Previous research in our laboratory has shown that various effects of radiofrequency electromagnetic radiation (RFR) exposure on the nervous system are mediated by endogenous opioids in the brain.  We have also found that acute exposure to RFR induced DNA strand breaks in brain cells of the rat.  The present experiment was carried out to investigate whether endogenous opioids are also involved in RFR-induced DNA strand breaks.  Rats were treated with the opioid antagonist naltrexone (1 mg/kg, IP) immediately before and after exposure **to 2450-MHz pulsed** (2 ms pulses, 500 pps) RFR at a power density of 2 mW/cm2 (average whole body specific absorption rate of 1.2 W/kg) for 2 hours.  DNA double strand breaks were assayed in brain cells at 4 hours after exposure using a microgel electrophoresis assay.  Results showed that the RFR exposure significantly increased DNA double strand breaks in brain cells of the rat, and the effect was partially blocked by treatment with  naltrexone.  Thus, these data  indicate that endogenous opioids play a mediating role in RFR-induced DNA strand breaks in brain cells of the rat.

**Kesari KK, Behari J, Kumar S. Mutagenic response of 2.45 GHz radiation exposure on rat brain. Int J Radiat Biol. 86(4):334-343, 2010.**
Purpose: To investigate the effect of **2.45 GHz microwave radiation** on rat brain of male wistar strain. Material and methods: Male rats of wistar strain (35 days old with 130 +/- 10 g body weight) were selected for this study. Animals were divided into two groups: Sham exposed and experimental. Animals were exposed for 2 h a day for 35 days to 2.45 GHz frequency at 0.34 mW/cm(2) power density. The whole body specific absorption rate (SAR) was estimated to be 0.11 W/Kg. Exposure took place in a ventilated Plexiglas cage and kept in anechoic chamber in a far field configuration from the horn antenna. After the completion of exposure period, rats were sacrificed and the whole brain tissue was dissected and used for study of double strand DNA (Deoxyribonucleic acid) breaks by micro gel electrophoresis and the statistical analysis was carried out using comet assay (IV-2 version software). Thereafter, antioxidant enzymes and histone kinase estimation was also performed. Results: A significant increase was observed in comet head (P < 0.002), tail length (P < 0.0002) and in tail movement (P < 0.0001) in exposed brain cells. An analysis of antioxidant enzymes glutathione peroxidase (P < 0.005), and superoxide dismutase (P < 0.006) showed a decrease while an increase in catalase (P < 0.006) was observed. A significant decrease (P < 0.023) in histone kinase was also recorded in the exposed group as compared to the control (sham-exposed) ones. One-way analysis of variance (ANOVA) method was adopted for statistical analysis. Conclusion: The study concludes that the chronic exposure to these radiations may cause significant damage to brain, which may be an indication of possible tumour promotion (Behari and Paulraj 2007).

-2-

Studies that show **WiFi** and Devices Health Effects

**Lai, H, Singh, NP, Melatonin and a spin-trap compound block radiofrequency electromagnetic radiation-induced DNA strand breaks in rat brain cells. Bioelectromagnetics 18(6):446-454, 1997.**

Effects of in vivo microwave exposure on DNA strand breaks, a form of DNA damage, were investigated in rat brain cells. In previous research, we have found that acute (2 hours) exposure to pulsed (2 microseconds pulses, 500 pps) **2450-MHz radiofrequency electromagnetic radiation (RFR)** (power density 2 mW/cm2, average whole body specific absorption rate 1.2 W/kg) caused an increase in DNA single- and double-strand breaks in brain cells of the rat when assayed 4 hours post exposure using a microgel electrophoresis assay. In the present study, we found that treatment of rats immediately before and after RFR exposure with either melatonin (1 mg/kg/injection, SC) or the spin-trap compound N-tert-butyl-alpha-phenylnitrone (PBN) (100 mg/kg/injection, i.p.) blocks this effects of RFR. Since both melatonin and PBN are efficient free radical scavengers it is hypothesized that free radicals are involved in RFR-induced DNA damage in the brain cells of rats. Since cumulated DNA strand breaks in brain cells can lead to neurodegenerative diseases and cancer and an excess of free radicals in cells has been suggested to be the cause of various human diseases, data from this study could have important implications for the health effects of RFR exposure.

**Lai H, Singh NP, Interaction of Microwaves and a Temporally Incoherent Magnetic Field on Single and Double DNA Strand Breaks in Rat Brain Cells. Electromag Biol Med 24:23-29, 2005.**

The effect of a temporally incoherent magnetic field ('noise') on microwave-induced DNA single and double strand breaks in rat brain cells was investigated.  Four treatment groups of rats were studied: microwave-exposure (continuous-wave **2450-MHz microwaves**, power density 1 mW/cm$^2$, average whole body specific absorption rate of 0.6 W/kg), 'noise'-exposure (45 mG), 'microwave + noise'-exposure, and sham-exposure. Animals were exposed to these conditions for 2 hrs. DNA single and double strand breaks in brain cells of these animals were assayed 4 hrs later using a microgel electrophoresis assay.  Results show that brain cells of microwave-exposed rats had significantly higher levels of DNA single and double strand breaks when compared with sham-exposed animals.  Exposure to 'noise' alone did not significantly affect the levels (i.e., they were similar to those of the sham-exposed rats).  However, simultaneous 'noise' exposure blocked microwave-induced increases in DNA strand breaks.  These data indicate that simultaneous exposure to a temporally incoherent magnetic field could block microwave-induced DNA damage in brain cells of the rat.

**Papageorgiou CC, Hountala CD, Maganioti AE, Kyprianou MA, Rabavilas AD, Papadimitriou GN, Capsalis CN. Effects of wi-fi signals on the p300 component of event-related potentials during an auditory hayling task. J Integr Neurosci. 10(2):189-202, 2011.**

The P300 component of event-related potentials (ERPs) is believed to index attention and working memory (WM) operation of the brain. The present study focused on the possible gender-related **effects of Wi-Fi** (Wireless Fidelity) electromagnetic fields (EMF)

JA 06517

on these processes. Fifteen male and fifteen female subjects, matched for age and education level, were investigated while performing a modified version of the Hayling Sentence Completion test adjusted to induce WM. ERPs were recorded at 30 scalp electrodes, both without and with the exposure to a Wi-Fi signal. P300 amplitude values at 18 electrodes were found to be significantly lower in the response inhibition condition than in the response initiation and baseline conditions. Independent of the above effect, within the response inhibition condition there was also a significant gender X radiation interaction effect manifested at 15 leads by decreased P300 amplitudes of males in comparison to female subjects only at the presence of EMF. In conclusion, the present findings suggest that Wi-Fi exposure may exert gender-related alterations on neural activity associated with the amount of attentional resources engaged during a linguistic test adjusted to induce WM.

**Ghazizadeh V, Nazıroğlu M. Electromagnetic radiation (Wi-Fi) and epilepsy induce calcium entry and apoptosis through activation of TRPV1 channel in hippocampus and dorsal root ganglion of rats. Metab Brain Dis. 29(3):787-799, 2014.**
Incidence rates of epilepsy and use of Wi-Fi worldwide have been increasing. TRPV1 is a $Ca^{2+}$ permeable and non-selective channel, gated by noxious heat, oxidative stress and capsaicin (CAP). The hyperthermia and oxidant effects of Wi-Fi may induce apoptosis and $Ca^{2+}$ entry through activation of TRPV1 channel in epilepsy. Therefore, we tested the **effects of Wi-Fi (2.45 GHz)** exposure on $Ca^{2+}$ influx, oxidative stress and apoptosis through TRPV1 channel in the murine dorsal root ganglion (DRG) and hippocampus of pentylentetrazol (PTZ)-induced epileptic rats. Rats in the present study were divided into two groups as controls and PTZ. The PTZ groups were divided into two subgroups namely PTZ + Wi-Fi and PTZ + Wi-Fi + capsazepine (CPZ). The hippocampal and DRG neurons were freshly isolated from the rats. The DRG and hippocampus in PTZ + Wi-Fi and PTZ + Wi-Fi + CPZ groups were exposed to Wi-Fi for 1 hour before CAP stimulation. The cytosolic free $Ca^{2+}$, reactive oxygen species production, apoptosis, mitochondrial membrane depolarization, caspase-3 and -9 values in hippocampus were higher in the PTZ group than in the control although cell viability values decreased. The Wi-Fi exposure induced additional effects on the cytosolic $Ca^{2+}$ increase. However, pretreatment of the neurons with CPZ, results in a protection against epilepsy-induced $Ca^{2+}$ influx, apoptosis and oxidative damages. In results of whole cell patch-clamp experiments, treatment of DRG with $Ca^{2+}$ channel antagonists [thapsigargin, verapamil + diltiazem, 2-APB, MK-801] indicated that Wi-Fi exposure induced $Ca^{2+}$ influx via the TRPV1 channels. In conclusion, epilepsy and Wi-Fi in our experimental model is involved in $Ca^{2+}$ influx and oxidative stress-induced hippocampal and DRG death through activation of TRPV1 channels, and negative modulation of this channel activity by CPZ pretreatment may account for the neuroprotective activity against oxidative stress.

**Deshmukh PS, Megha K, Banerjee BD, Ahmed RS, Chandna S, Abegaonkar MP, Tripathi AK. Detection of Low Level Microwave Radiation Induced Deoxyribonucleic Acid Damage Vis-à-vis Genotoxicity in Brain of Fischer Rats. Toxicol Int. 20(1):19-24, 2013.**

JA 06518

# Studies that show **WiFi** and Devices Health Effects

BACKGROUND:  Non-ionizing radiofrequency radiation has been increasingly used in industry, commerce, medicine and especially in mobile phone technology and has become a matter of serious concern in present time. OBJECTIVE:  The present study was designed to investigate the possible deoxyribonucleic acid (DNA) damaging effects of low-level microwave radiation in brain of Fischer rats. MATERIALS AND METHODS:  Experiments were performed on male Fischer rats exposed to microwave radiation for 30 days at three different frequencies: 900, 1800 and **2450 MHz.** Animals were divided into 4 groups: Group I (Sham exposed): Animals not exposed to microwave radiation but kept under same conditions as that of other groups, Group II: Animals exposed to microwave radiation at frequency 900 MHz at specific absorption rate (SAR) 5.953 × 10(-4) W/kg, Group III: Animals exposed to 1800 MHz at SAR 5.835 × 10(-4) W/kg and Group IV: Animals exposed to 2450 MHz at SAR 6.672 × 10(-4) W/kg. At the end of the exposure period animals were sacrificed immediately and DNA damage in brain tissue was assessed using alkaline comet assay. RESULTS:  In the present study, we demonstrated DNA damaging effects of low level microwave radiation in brain. CONCLUSION: We concluded that low SAR microwave radiation exposure at these frequencies may induce DNA strand breaks in brain tissue.

**Lai H, Carino MA, Horita A, Guy AW, Intraseptal microinjection of beta-funaltrexamine blocked a microwave-induced decrease of hippocampal cholinergic activity in the rat. Pharmacol Biochem Behav 53(3):613-616, 1994.**
Acute (45 min) exposure to pulsed (2 microseconds pulse width, 500 pulses per second) **2450-MHz microwaves** at a power density of 1 mW/cm2 (whole body specific absorption rate 0.6 W/kg) microwaves caused a decrease in cholinergic activity in the hippocampus of the rat as measured by the sodium-dependent high-affinity choline uptake. Microinjection of beta-funaltrexamine (1 microgram) into the septum before microwave exposure blocked this effect. These data indicate that mu-opioid receptors in the septum mediate a microwave-induced decrease in cholinergic activity in the hippocampus and support our hypothesis that microwaves at a whole body SAR of 0.6 W/kg can activate endogenous opioids in the brain.

**Lai H, Carino MA, Horita A, Guy AW, Single vs. repeated microwave exposure: effects on benzodiazepine receptors in the brain of the rat. Bioelectromagnetics 13(1):57-66, 1992.**
We studied the effects of single (45 min) and repeated (ten daily 45-min sessions) microwave exposures (**2450-MHz**, 1 mW/cm2, average whole-body SAR of 0.6 W/kg, pulsed at 500 pps with pulse width of 2 microseconds) on the concentration and affinity of benzodiazepine receptors in the cerebral cortex, hippocampus, and cerebellum of the rat. We used a receptor-binding assay with 3H-flunitrazepam as ligand. Immediately after a single exposure, an increase in the concentration of receptor was observed in the cerebral cortex, but no significant effect was observed in the hippocampus or cerebellum. No significant change in binding affinity of the receptors was observed in any of the brain-regions studied. In rats subjected to repeated exposures, no significant change in receptor concentration was found in the cerebral cortex immediately after the last exposure, which may indicate an adaptation to repeated exposures. Our data also

JA 06519

Studies that show **WiFi** and Devices Health Effects

show that handling and exposure procedures in our experiments did not significantly affect benzodiazepine receptors in the brain. Because benzodiazepine receptors in the brain are responsive to anxiety and stress, our data support the hypothesis that low-intensity microwave irradiation can be a source of stress.

**Lai H, Carino MA, Horita A, Guy AW, Opioid receptor subtypes that mediate a microwave-induced decrease in central cholinergic activity in the rat. Bioelectromagnetics 13(3):237-246, 1992.**
We performed experiments to investigate subtypes of opioid receptors in the brain involved in the effect of acute (45 min) pulsed microwave exposure (**2,450-MHz**, 2-microseconds pulses, 500 pps, average power density 1 mW/cm2, peak-power density, 1 W/cm2, average whole body SAR 0.6 W/kg) on cholinergic activity in the rat brain. Rats were pretreated by microinjection of specific antagonists of mu, delta, and kappa opioid-receptors into the lateral cerebroventricle before exposure to microwaves. The data showed that all three subtypes of opioid receptors are involved in the microwave-induced decrease in cholinergic activity in the hippocampus. However, the microwave-induced decrease in cholinergic activity in the frontal cortex was not significantly affected by any of the drug treatments, confirming our previous conclusion that the effect of microwaves on the frontal cortex is not mediated by endogenous opioids.

**Yang XS, He GL, Hao YT, Xiao Y, Chen CH, Zhang GB, Yu ZP. Exposure to 2.45 GHz electromagnetic fields elicits an HSP-related stress response in rat hippocampus. Brain Res Bull. 88(4):371-378, 2012.**
The issue of possible neurobiological effects of the electromagnetic field (EMF) exposure is highly controversial. To determine whether electromagnetic field exposure could act as an environmental stimulus capable of producing stress responses, we employed the hippocampus, a sensitive target of electromagnetic radiation, to assess the changes in its stress-related gene and protein expression after EMF exposure. Adult male Sprague-Dawley rats with body restrained were exposed to a **2.45 GHz EMF** at a specific absorption rate (SAR) of 6 W/kg or sham conditions. cDNA microarray was performed to examine the changes of gene expression involved in the biological effects of electromagnetic radiation. Of 2048 candidate genes, 23 upregulated and 18 downregulated genes were identified. Of these differential expression genes, two heat shock proteins (HSP), HSP27 and HSP70, are notable because expression levels of both proteins are increased in the rat hippocampus. Result from immunocytochemistry revealed that EMF caused intensive staining for HSP27 and HSP70 in the hippocampus, especially in the pyramidal neurons of cornu ammonis 3 (CA3) and granular cells of dentate gyrus (DG). The gene and protein expression profiles of HSP27 and HSP70 were further confirmed by reverse transcription polymerase chain reaction (RT-PCR) and Western blot. Our data provide direct evidence that exposure to electromagnetic fields elicits a stress response in the rat hippocampus.

JA 06520

Studies that show **WiFi** and Devices Health Effects

**Lai H, Carino MA, Wen YF, Horita A, Guy AW, Naltrexone pretreatment blocks microwave-induced changes in central cholinergic receptors. Bioelectromagnetics 12(1):27-33, 1991.**
Repeated exposure of rats to pulsed, circularly polarized microwaves (**2,450-MHz,** 2-microseconds pulses at 500 pps, power density 1 mW/cm2, at an averaged, whole-body SAR of 0.6 W/kg) induced biphasic changes in the concentration of muscarinic cholinergic receptors in the central nervous system. An increase in receptor concentration occurred in the hippocampus of rats subjected to ten 45-min sessions of microwave exposure, whereas a decrease in concentration was observed in the frontal cortex and hippocampus of rats exposed to ten 20-min sessions. These findings, which confirm earlier work in the authors' laboratory, were extended to include pretreatment of rats with the narcotic antagonist naltrexone (1 mg/kg, IP) before each session of exposure. The drug treatment blocked the microwave-induced changes in cholinergic receptors in the brain. These data further support the authors' hypothesis that endogenous opioids play a role in the effects of microwaves on central cholinergic systems.

**Lai H, Horita A, Guy AW, Microwave irradiation affects radial-arm maze performance in the rat. Bioelectromagnetics 15(2):95-104, 1994.**
After 45 min of exposure to pulsed **2450 MHz** microwaves (2 microseconds pulses, 500 pps, 1 mW/cm2, average whole body SAR 0.6 W/kg), rats showed retarded learning while performing in the radial-arm maze to obtain food rewards, indicating a deficit in spatial "working memory" function. This behavioral deficit was reversed by pretreatment before exposure with the cholinergic agonist physostigmine or the opiate antagonist naltrexone, whereas pretreatment with the peripheral opiate antagonist naloxone methiodide showed no reversal of effect. These data indicate that both cholinergic and endogenous opioid neurotransmitter systems in the brain are involved in the microwave-induced spatial memory deficit.

**Lai H. Interaction of microwaves and a temporally incoherent magnetic field on spatial learning in the rat. Physiol Behav. 82(5):785-789, 2004.**
The effect of a temporally incoherent magnetic field ('noise') on microwave-induced spatial learning deficit in the rat was investigated. Rats were trained in six sessions to locate a submerged platform in a circular water maze. Four treatment groups of rats were studied: microwave-exposure (**2450-MHz** continuous-wave microwaves, power density 2 mW/cm(2), average whole-body specific absorption rate 1.2 W/kg), 'noise' exposure (60 mG), 'microwave+noise' exposure, and sham exposure. Animals were exposed to these conditions for 1 h immediately before each training session. One hour after the last training session, animals were tested in a 2-min probe trial in the maze during which the platform was removed. The time spent during the 2 min in the quadrant of the maze in which the platform had been located was scored. Results show that microwave-exposed rats had significant deficit in learning to locate the submerged platform when compared with the performance of the sham-exposed animals. Exposure to 'noise' alone did not significantly affect the performance of the animals (i.e., it was similar to that of the sham-exposed rats). However, simultaneous exposure to 'noise'

JA 06521

Studies that show **WiFi** and Devices Health Effects

significantly attenuated the microwave-induced spatial learning deficit (i.e. 'microwave+noise'-exposed rats learned significantly better than the microwave-exposed rats). During the probe trial, microwave-exposed animals spent significantly less time in the quadrant where the platform was located. However, response of the 'microwave+noise'-exposed animals was similar to that of the sham-exposed animals during the probe trial. Thus, simultaneous exposure to a temporally incoherent magnetic field blocks microwave-induced spatial learning and memory deficits in the rat.

**Kesari KK, Kumar S, Behari J. Pathophysiology of microwave radiation: effect on rat brain.Appl Biochem Biotechnol. 166(2):379-388, 2012.**
The study aims to investigate the effect of **2.45 GHz microwave radiation** on Wistar rats. Rats of 35 days old with $130 \pm 10$ g body weight were selected for this study. Animals were divided into two groups: sham exposed and experimental (six animals each). Animals were exposed for 2 h a day for 45 days at 2.45 GHz frequency (power density, 0.21 mW/cm(2)). The whole body specific absorption rate was estimated to be 0.14 W/kg. Exposure took place in a ventilated plexiglas cage and kept in an anechoic chamber under a horn antenna. After completion of the exposure period, rats were killed, and pineal gland and whole brain tissues were isolated for the estimation of melatonin, creatine kinase, caspase 3, and calcium ion concentration. Experiments were performed in a blind manner and repeated. A significant decrease ($P < 0.05$) was recorded in the level of pineal melatonin of exposed group as compared with sham exposed. A significant increase ($P < 0.05$) in creatine kinase, caspase 3, and calcium ion concentration was observed in whole brain of exposed group of animals as compared to sham exposed. One-way analysis of variance method was adopted for statistical analysis. The study concludes that a reduction in melatonin or an increase in caspase-3, creatine kinase, and calcium ion may cause significant damage in brain due to chronic exposure of these radiations. These biomarkers clearly indicate possible health implications of such exposures.

**Hao Y, Yang X, Chen C, Yuan-Wang, Wang X, Li M, Yu Z. STAT3 signalling pathway is involved in the activation of microglia induced by 2.45 GHz electromagnetic fields. Int J Radiat Biol. 86(1):27-36, 2010.**
**PURPOSE:** Microglia activation plays a pivotal role in the initiation and progression of central nervous system (CNS) insult. The aim of the present work is to investigate theactivation of microglia and involvement of signal transducer and activator of transcription 3 (STAT3) in microglia activation after 2.45 GHz electromagnetic fields (EMF) exposure. **MATERIALS AND METHODS:** In this study, murine N9 microglial cells were exposed to **2.45 GHz EMF,** the protein expressions of STAT3, Janus Tyrosine kinase 1 and 2(JAK1 and JAK2), phosphor-(Try705)STAT3 and DNA binding activity of STAT3 were examined by Western blot analysis and electrophoresis mobility shift assay (EMSA). Levels of the nitric oxide (NO) derivative nitrite were determined in the culture medium by the Griess reaction. The mRNA expression of tumour necrosis factor alpha (TNF-alpha) and inducible nitric oxide synthase (iNOS) were detected by reverse transcription and polymerase chain reaction (RT-PCR). **RESULTS:** A significant increase of STAT3 DNA-

JA 06522

# Studies that show **WiFi** and Devices Health Effects

binding ability was noted after exposure. Consistent with this, EMF rapidly induced phosphorylation of STAT3 and activated JAK1 and JAK2. In addition, EMF exposure increased transcription levels of the inflammation-associated genes, iNOS and TNF-alpha, which are reported to contain STAT-binding elements in their promoter region. P6, a JAK inhibitor, reduced induction of iNOS and TNF-alpha, nuclear factor binding activity, and activation of STAT3 in EMF-stimulated microglia. **CONCLUSION:** These results provide evidence that EMF exposure can initiate the activation of microglia cells and STAT3 signalling involves in EMF-induced microglial activation.


**Zhang Y, She F, Li L, Chen C, Xu S, Luo X, Li M, He M, Yu Z. p25/CDK5 is partially involved in neuronal injury induced by radiofrequency electromagnetic field exposure. Int J Radiat Biol. 2013 Jul 29. [Epub ahead of print]**
Purpose: Several studies suggest that radiofrequency electromagnetic field (RF-EMF) exposure can induce neuronal injury. The aim of the present work was to investigate whether the cyclin-dependent kinase 5 (CDK5) pathway is involved in neuronal injury induced by RF-EMF exposure. Materials and methods: Newborn Sprague-Dawley rats' primary cultured cortical neurons were exposed to pulsed **2.45 GHz RF-EMF** for 10 min. The cellular viability was assessed using the 3-(4,5-Dimethylthiazol-2-yl)-2,5-diphenyltetrazolium bromide assay. The apoptosis was assessed by Hoechst 33342 and terminal deoxynucleotidyl transferase (TdT)-mediated dUTP nick-end labeling co-staining. The protein expressions of CDK5, p35, p25, and phosphorylated tau at Ser$^{404}$ were examined by Western blot analysis. The CDK5 activity was detected using a histone-H1 kinase assay. Results: The cellular viability of neurons was significantly decreased ($p <$ 0.01, Partial Eta Squared $[\eta_p^2]$: 0.554), and the percentage of apoptotic nuclei ($p < 0.01$, $\eta_p^2 = 0.689$), activity of CDK5 ($p < 0.05$, $\eta_p^2 = 0.589$), ratio of p25 and p35 ($p < 0.05$, $\eta_p^2 = 0.670$), levels of tau phosphorylation at Ser$^{404}$ ($p < 0.01$, $\eta_p^2 = 0.896$) were significantly increased after RF-EMF exposure. No significant change was detected in CDK5 expression after RF-EMF exposure. Pretreatment with Roscovitine (a CDK5 inhibitor) significantly blocked the RF-EMF-induced decrease of cellular viability ($p < 0.05$, $\eta_p^2 = 0.398$) and tau hyperphosphorylation at Ser$^{404}$ ($p < 0.01$, $\eta_p^2 = 0.917$), but did not significantly block the RF-EMF-induced apoptosis ($p > 0.05$, $\eta_p^2 = 0.130$). Conclusions: These results suggest that abnormal activity of p25/CDK5 is partially involved in primary cultured cortical neuron injury induced by RF-EMF exposure.


**Eser O, Songur A, Aktas C, Karavelioglu E, Caglar V, Aylak F, Ozguner F, Kanter M. The effect of electromagnetic radiation on the rat brain: an experimental study. Turk Neurosurg. 23(6):707-715, 2013.**
AIM: The aim of this study is to determine the structural changes of electromagnetic waves in the frontal cortex, brain stem and cerebellum. MATERIAL and METHODS: 24 Wistar Albino adult male rats were randomly divided into four groups: group I consisted of control rats, and groups II-IV comprised electromagnetically irradiated (EMR) with 900, 1800 and **2450 MHz**. The heads of the rats were exposed to 900, 1800 and 2450 MHz microwaves irradiation for 1h per day for 2 months. RESULTS: While the histopathological changes in the frontal cortex and brain stem were normal in the control group, there were severe degenerative changes,

shrunken cytoplasm and extensively dark pyknotic nuclei in the EMR groups. Biochemical analysis demonstrated that the Total Antioxidative Capacity level was significantly decreased in the EMR groups and also Total Oxidative Capacity and Oxidative Stress Index levels were significantly increased in the frontal cortex, brain stem and cerebellum. IL-1β level was significantly increased in the EMR groups in the brain stem. <u>CONCLUSION: EMR causes to structural changes in the frontal cortex, brain stem and cerebellum and impair the oxidative stress and inflammatory cytokine system. This deterioration can cause to disease including loss of these areas function and cancer development.</u>

**Wang, BM, Lai, H, Acute exposure to pulsed 2450-MHz microwaves affects water maze learning in the rat.  Bioelectromagnetics  21:52-56, 2000.**
Rats were trained in six sessions to locate a submerged platform in a circular water maze. They were exposed to pulsed **2450-MHz** microwaves (pulse width 2 ms, 500 pulses/s, power density 2 mW/cm2, average whole body specific absorption rate 1.2 W/kg) for 1 hr in a circular waveguide system immediately before each training session.  One hour after the last training session, they were tested in a probe trial during which the platform was removed and the time spent in the quadrant of the maze in which the platform had been located during the 1-min trial was scored.  Three groups of animals:  microwave-exposed, sham-exposed, and cage control were studied.  Data show that microwave-exposed rats were slower than sham-exposed and cage control rats in learning to locate the platform.  However, there was no significant difference in swim speed among the three groups of animals, indicating that the difference in learning was not due to a change in motor functions or motivation.  During the probe trial, microwave-exposed animals spent significantly less time in the quadrant that had contained the platform, and their swim patterns were different from those of the sham-exposed and cage control animals.  The latter observation indicates that microwave-exposed rats used a different strategy in learning the location of the platform.  <u>These results show that acute exposure to pulsed microwaves caused a deficit in spatial "reference" memory in the rat.</u>

**Neubauer C, Phelan AM, Kues H, Lange DG, Microwave irradiation of rats at 2.45 GHz activates pinocytotic-like uptake of tracer by capillary endothelial cells of cerebral cortex. Bioelectromagnetics 11(4):261-268, 1990.**
<u>Far-field exposures of male albino rats to **2.45-GHz** microwaves (10-microseconds pulses, 100 pps) at a low average power density (10 mW/cm2; SAR approximately 2 W/kg) and short durations (30-120 min) resulted in increased uptakes of tracer through the blood-brain barrier (BBB).</u> The uptake of systemically administered rhodamine-ferritin complex by capillary endothelial cells (CECs) of the cerebral cortex was dependent on power density and on duration of exposure. At 5 mW/cm2, for example, a 15-min exposure had no effect. Near-complete blockade of uptake resulted when rats were treated before exposure to microwaves with a single dose of colchicine, which inhibits microtubular function. <u>A pinocytotic-like mechanism is presumed responsible for the microwave-induced increase in BBB permeability.</u>

JA 06524

Studies that show **WiFi** and Devices Health Effects

**Nazıroğlu M, Çelik Ö, Özgül C, Çiğ B, Doğan S, Bal R, Gümral N, Rodríguez AB, Pariente JA. Melatonin modulates wireless (2.45 GHz)-induced oxidative injury through TRPM2 and voltage gated Ca(2+) channels in brain and dorsal root ganglion in rat. Physiol Behav. 105(3):683-692, 2012.**
We aimed to investigate the protective effects of melatonin and **2.45 GHz electromagnetic radiation (EMR**) on brain and dorsal root ganglion (DRG) neuron antioxidant redox system, Ca(2+) influx, cell viability and electroencephalography (EEG) records in the rat. Thirty two rats were equally divided into four different groups namely group A1: Cage control, group A2: Sham control, group B: 2.45 GHz EMR, group C: 2.45 GHz EMR+melatonin. Groups B and C were exposed to 2.45 GHz EMR during 60 min/day for 30 days. End of the experiments, EEG records and the brain cortex and DRG samples were taken. Lipid peroxidation (LP), cell viability and cytosolic Ca(2+) values in DRG neurons were higher in group B than in groups A1 and A2 although their concentrations were increased by melatonin, 2-aminoethyldiphenyl borinate (2-APB), diltiazem and verapamil supplementation. Spike numbers of EEG records in group C were lower than in group B. Brain cortex vitamin E concentration was higher in group C than in group B. In conclusion, Melatonin supplementation in DRG neurons and brain seems to have protective effects on the 2.45 GHz-induced increase Ca(2+) influx, EEG records and cell viability of the hormone through TRPM2 and voltage gated Ca(2+) channels.

**Testylier G, Tonduli L, Malabiau R, Debouzy JC. Effects of exposure to low level radiofrequency fields on acetylcholine release in hippocampus of freely moving rats. Bioelectromagnetics 23:249-255, 2002.**
Some central cholinergic effects have been reported in animals after acute exposure to radiofrequency electromagnetic field at low intensity. We studied acetylcholine (ACh) release in the brain of freely moving rats exposed for 1 h during the day to a **2.45 GHz** continuous wave radiofrequency field (RF) (2 or 4 mW/cm$^2$) or exposed for 1 or 14 h during the night to a 800 MHz field modulated at 32 Hz (AM 200 mW/cm$^2$). Measurements were performed by microdialysis using a membrane implanted through the upper CA1 region of the hippocampus. After irradiation with the 2.45 GHz RF, rats exposed at 2 mW/cm$^2$ did not show a significant modification of Ach release, whereas those exposed at 4 mW/cm$^2$ showed a significant 40% decrease in mean ACh release from hippocampus. This decrease was maximal at 5 h post exposure. Exposure to the 800 MHz RF for 1 h did not cause any significant effect, but exposure for 14 hrs induced a significant 43% decrease in ACh release during the period 11 p.m.-4 a.m. compared to control rats. In the control group we observed an increase of ACh release at the beginning of the night, which was linked to the waking period of rats. This normal increase was disturbed in rats exposed overnight to the 800 MHz RF. This work indicates that neurochemical modification of the hippocampal cholinergic system can be observed during and after an exposure to low intensity RF.

**Lu Y, Xu S, He M, Chen C, Zhang L, Liu C, Chu F, Yu Z, Zhou Z, Zhong M. Glucose administration attenuates spatial memory deficits induced by chronic low-power-density microwave exposure. Physiol Behav. 106(5):631-637, 2012.**

-11-

Studies that show **WiFi** and Devices Health Effects

Extensive evidence indicates that glucose administration attenuates memory deficits in rodents and humans, and cognitive impairment has been associated with reduced glucose metabolism and uptake in certain brain regions including the hippocampus. In the present study, we investigated whether glucose treatment attenuated memory deficits caused by chronic low-power-density microwave (MW) exposure, and the effect of MW exposure on hippocampal glucose uptake. **We exposed Wistar rats to 2.45 GHz pulsed MW** irradiation at a power density of 1 mW/cm(2) for 3 h/day, for up to 30 days. MW exposure induced spatial learning and memory impairments in rats. Hippocampal glucose uptake was also reduced by MW exposure in the absence or presence of insulin, but the levels of blood glucose and insulin were not affected. However, these spatial memory deficits were reversed by systemic glucose treatment. Our results indicate that glucose administration attenuates the spatial memory deficits induced by chronic low-power-density MW exposure, and reduced hippocampal glucose uptake may be associated with cognitive impairment caused by MW exposure.

**Paulraj R, Behari J. Single strand DNA breaks in rat brain cells exposed to microwave radiation. Mutat Res. 596:76-80, 2006.**
This investigation concerns with the effect of low intensity microwave (**2.45** and 16.5GHz, SAR 1.0 and 2.01W/kg, respectively) radiation on developing rat brain. Wistar rats (35 days old, male, six rats in each group) were selected for this study. These animals were exposed for 35 days at the above mentioned frequencies separately in two different exposure systems. After the exposure period, the rats were sacrificed and the whole brain tissue was dissected and used for study of single strand DNA breaks by micro gel electrophoresis (comet assay). Single strand DNA breaks were measured as tail length of comet. Fifty cells from each slide and two slides per animal were observed. One-way ANOVA method was adopted for statistical analysis. This study shows that the chronic exposure to these radiations cause statistically significant (p<0.001) increase in DNA single strand breaks in brain cells of rat.

**Paulraj R, Behari J. Protein Kinase C Activity in developing rat brain cells exposed to 2.45 GHz radiation. Electromag Biol Med 25(1) 61-70, 2006.**
There is growing concern by the public regarding the potential human health hazard due to exposure to microwave frequencies. **2.45 GHz radiation** widespread use in industry, research, and medicine, and leakage into the environment is possible. In order to quantitate this, experiments were performed on developing rat brain. Male Wistar 35-day-old rats (n = 6) were used for this study. Animals were exposed to 2.45 GHz radiation for 2 h/day for a period of 35 days at a power density of 0.344 mW/cm$^2$ (SAR 0.11 W/kg). The control group was sham irradiated. After 35 days these rats were sacrificed and whole brain tissue was isolated for protein kinase C (PKC) assay. For morphological study the forebrain was isolated from the whole brain and PKC activity was measured using P$^{32}$ labeled ATP. Our study reveals a statistically significant (p < 0.05) decrease in PKC activity in hippocampus as compared to the remaining portion of the whole brain and the control group. A similar experiment conducted on hippocampus and the whole brain gave a similar result. Electron microscopic study shows an increase in the glial cell population in

-12-

Studies that show **WiFi** and Devices Health Effects

the exposed group as compared to the control group. <u>This present study is indicative of a significant change after exposure to the above-mentioned field intensity. This suggests that chronic exposures may affect brain growth and development.</u>

**Kubinyi G, Thuroczy G, Bakos J, Boloni E, Sinay H, Szabo LD,  Effect of continuous-wave and amplitude-modulated 2.45 GHz microwave radiation on the liver and brain aminoacyl-transfer RNA synthetases of in utero exposed mice. Bioelectromagnetics 17(6):497-503, 1996.**
Investigations have been carried out concerning the effects of **microwave (MW)** exposure on the aminoacyl-transfer ribonucleic acid (tRNA) synthetase of the progeny of females that were exposed during their entire period of gestation (19 days). The changes caused by **continuous-wave (CW)** and amplitude-modulated (AM) MW radiation have been compared. CFLP mice were exposed to MW radiation for 100 min each day in an anechoic room. The MW frequency was **2.45 GHz**, and the amplitude modulation had a 50 Hz rectangular waveform (on/off ratio, 50/50%). The average power density exposure was 3 mW/cm2, and the whole body specific absorption rate (SAR) was 4.23 +/- 0.63 W/kg. The weight and mortality of the progeny were followed until postnatal day 24. Aminoacyl-tRNA synthetase enzymes and tRNA from the brains and livers of the offspring (461 exposed, 487 control) were isolated. The aminoacyl-tRNA synthetase activities were determined. The postnatal increase of body weight and organ weight was not influenced by the prenatal MW radiation. <u>The activity of enzyme isolated from the brain showed a significant decrease after CW MW exposure, but the changes were not significant after 50 Hz AM MW exposure. The activity of the enzyme isolated from liver increased under CW and 50 Hz modulated MW.</u>

**Jorge-Mora T, Folgueiras MA, Leiro-Vidal JM, Jorge-Barreiro FJ, Ares-Pena FJ, López-Martin E.** <u>Exposure to 2.45 GHz Microwave Radiation Provokes Cerebral Changes in Induction of Hsp-90 α/β Heat Shock Protein in Rat.</u> **Prog Electromagn Res, 100:351-379, 2010.**
Physical agents such as non-ionizing continuous-wave **2.45 GHz radiation** may cause damage that alters cellular homeostasis and may trigger activation of the genes that encode heat shock proteins (HSP). We used Enzyme-Linked ImmunoSorbent Assay (ELISA) and immunohistochemistry to analyze the changes in levels of HSP-90 and its distribution in the brain of Sprague-Dawley rats, ninety minutes and twenty-four hours after acute (30min) continuous exposure to 2.45 GHz radiation in a Gigahertz Transverse Electromagnetic (GTEM cell). In addition, we studied further indicators of neuronal insult: dark neurons, chromatin condensation and nucleus fragmentation, which were observed under optical conventional or fluorescence microscopy after DAPI staining. The cellular distribution of protein HSP-90 in the brain increased with each corresponding SAR ($0.034 \pm 3.10^{-3,}$ $0.069 \pm 5.10^{-3}$, $0.27 \pm 21.10^{-3}$ W/kg), in hypothalamic nuclei, limbic cortex and somatosensorial cortex after exposure to the radiation. At twenty-four hours post-irradiation, levels of HSP-90 protein remained high in all hypothalamic nuclei for all SARs, and in the parietal cortex, except the limbic system, HSP-90 levels were lower than in non-irradiated rats, almost half the levels in rats

-13-

Studies that show **WiFi** and Devices Health Effects

exposed to the highest power radiation. Non-apoptotic cellular nuclei and a some dark neurons were found ninety minutes and twenty-four hours after maximal SAR exposure. The results suggest that acute exposure to electromagnetic fields triggered an imbalance in anatomical HSP- 90 levels but the anti-apoptotic mechanism is probably sufficient to compensate the non-ionizing stimulus. Further studies are required to determine the regional effects of chronic electromagnetic pollution on heat shock proteins and their involvement in neurological processes and neuronal damage.

**Gürler HS, Bilgici B, Akar AK, Tomak L, Bedir A. Increased DNA oxidation (8-OHdG) and protein oxidation (AOPP) by Low level electromagnetic field (2.45 GHz) in rat brain and protective effect of garlic. Int J Radiat Biol. 2014 May 21:1-15. [Epub ahead of print]**
Purpose: To investigate the oxidative damage and protective effect of garlic on rats exposed to low level of electromagnetic fields (EMF) at **2.45 GHz Microwave** radiation (MWR). Methods: Thirty six Wistar rats were divided into three groups. Group I was the control group and not exposed to EMF. Group II and III were exposed to low level EMF (3.68±0.36 V/m) at 2.45 GHz MWR for 1 hour/day for 30 consecutive days. Daily 500 mg/kg garlic was given to Group III during the study period. At the end of the study, thiobarbituric acid reactive substances (TBARS), advanced oxidation protein products (AOPP) and 8-hydroxydeoxyguanosine (8-OHdG) levels were investigated in brain tissue and blood samples. Results: Exposure to low level of EMF increased 8-OHdG level in both plasma and brain tissue whereas it increased AOPP level only in plasma. Garlic prevented the increase of 8-OHdG level in brain tissue and plasma AOPP levels. Conclusions: It may be concluded that low level EMF at 2.45 GHz MWR increases the DNA damage in both brain tissues and plasma of the rats whereas it increases protein oxidation only in plasma. It may also be argued that the use of garlic decreases these effects.

**Fukui Y, Hoshino K, Inouye M, Kameyama Y, Effects of hyperthermia induced by microwave irradiation on brain development in mice. J Radiat Res (Tokyo) 33(1):1-10, 1992.**
Pregnant mice were exposed to **2.45 GHz of microwave** radiation for 15 or 20 min on day 13 of gestation. The highest maternal core temperature during the exposure did not exceed 42.5 degrees C. Pregnant females also were immersed in hot water at 42 degrees C for 15 min to compare thermal effects on brain development. Animals were killed 9 hours after treatment, and the pyknotic cells in the ventricular zone of telencephalon were counted. The respective incidences of these cells in the groups exposed to microwaves for 15 and 20 min were 1.83% and 3.06%. Microwave radiation for 20 min had an effect that was comparable to that of immersion in 42 degrees C hot water for 15 min. In addition, some animals were examined on day 18 of gestation, and some of their offspring were examined at 6 weeks of age in an examination of long-term effects. Brain weight for the group exposed to microwaves for 20 min was significantly lower than for the control group, and the numerical density of the neurons in the cerebrum was higher. We concluded that microwave radiation at the dose tested mainly has a thermal effect.

**Nazıroğlu M, Çelik Ö, Özgül C, Çiğ B, Doğan S, Bal R, Gümral N, Rodríguez AB, Pariente JA. Melatonin modulates wireless (2.45 GHz)-induced oxidative injury through TRPM2**

-14-

JA 06528

# Studies that show **WiFi** and Devices Health Effects

**and voltage gated Ca(2+) channels in brain and dorsal root ganglion in rat. Physiol Behav. 105(3):683-692, 2012.**

We aimed to investigate the protective effects of melatonin and 2.45 GHz electromagnetic radiation (EMR) on brain and dorsal root ganglion (DRG) neuron antioxidant redox system, Ca(2+) influx, cell viability and electroencephalography (EEG) records in the rat. Thirty two rats were equally divided into four different groups namely group A1: Cage control, group A2: Sham control, group B: 2.45 GHz EMR, group C: 2.45 GHz EMR+melatonin. Groups B and C were exposed to 2.45 GHz EMR during 60 min/day for 30 days. End of the experiments, EEG records and the brain cortex and DRG samples were taken. Lipid peroxidation (LP), cell viability and cytosolic Ca(2+) values in DRG neurons were higher in group B than in groups A1 and A2 although their concentrations were increased by melatonin, 2-aminoethyldiphenyl borinate (2-APB), diltiazem and verapamil supplementation. Spike numbers of EEG records in group C were lower than in group B. Brain cortex vitamin E concentration was higher in group C than in group B. In conclusion, <u>Melatonin supplementation in DRG neurons and brain seems to have protective effects on the 2.45 GHz-induced increase Ca(2+) influx, EEG records and cell viability of the hormone through TRPM2 and voltage gated Ca(2+) channels.</u>

**Field AS, Ginsburg K, Lin JC The effect of pulsed microwaves on passive electrical properties and interspike intervals of snail neurons. Bioelectromagnetics 14(6):503-520, 1993.**

The effects of pulsed microwaves (**2.45 GHz**, 10 microseconds, 100 pps, SAR: 81.5 kW/kg peak, 81.5 W/kg average) on membrane input resistance and action potential (AP) interval statistics were studied in spontaneously active ganglion neurons of land snails (Helix aspersa), at strictly constant temperature (20.8 +/- .07 degrees C worst case). Statistical comparison with sham-irradiated neurons revealed a significant increase in the mean input resistance of neurons exposed to pulsed microwaves (P < or = .05). Pulsed microwaves had no visible effect on mean AP firing rate; this observation was confirmed by analysis of interspike intervals (ISIs). Using an integrator model for spontaneously active neurons, we found the net input current to be more variable in neurons exposed to pulsed microwaves. The mean input current was not affected. The standard deviation of ISIs and the autocorrelation of the input current were marginally affected, but these changes were not consistent across neurons. <u>Although the observed effects were less obvious than those reported in other studies, they represent evidence of a direct interaction between neurons and pulsed microwaves, in the absence of macroscopic temperature changes.</u> The data do not suggest a single, specific mechanism for such interaction.

**Ding G, Xie X, Zhang L et al. Changes of nitric oxide synthase in hippocampus and cerebellum of the rat following exposure to electromagnetic pulse. Chin J Phys Med 20:81-83, 1998.**

Objective: In order to explore the role of nitric oxide in the obstruction of learning and memory of the rat caused by exposing to electromagnetic pulses (EMP), the distribution of nitric oxide synthase (NOS) expression was studied in hippocampus and cerebellum of

-15-

the rat following exposure to EMP. Methods: SP immunohistochemical staining was employed to detect the distribution of NOS expression. Results: The number of NOS positive neurons and the intensity of positive staining in hippocampus were decreased at 1.5 and 24 h after exposure to EMP. At 48 h, the number of NOS positive neurons reversed to control level but the intensity of positive staining was still low. the expression of NOS in cerebellum had no obvious changes. Conclusion: Decrease of NOS expression in hippocampus relates to the obstruction of learning and memory of the rat after exposure to EMP.

**Lange DG, Sedmak J, Japanese encephalitis virus (JEV): potentiation of lethality in mice by microwave radiation. Bioelectromagnetics 12(6):335-348, 1991.**
The expression of Japanese Encephalitis Virus (JEV) lethality in mice requires entry of the virus into the central nervous system. This entry is presumably through the capillary endothelial cells (CEC), because entry between CECs is inhibited by bands of circumferential tight-junctions. A viremic stage occurs during the first 4 to 5 days after JEV administration in mice, and both microwave **radiation (2.45-GHz, continuous wave, 10-min exposure)** and hypercarbia were employed to increase CEC permeability to JEV. Exposure to microwaves at power densities of 10-50 mW/cm2 resulted in a dose-dependent increase in JEV-induced lethality. Mice did not become tolerant or sensitized to microwave potentiation of JEV-induced mortality because 4 daily exposures at 10 or 50 mW/cm2 (SARS, approximately 24-98 W/kg) did not alter the lethality pattern to subsequent microwave radiation of JEV-exposed animals. Similarly, hypercarbia (5, 10, and 20% CO2) was observed to produce a dose-dependent increase in JEV-induced lethality. Both microwave radiation and hypercarbia are thought to promote pinocytosis in CNS capillary endothelial cells. This may be one mechanism by which they enhance JEV-induced lethality in adult Swiss-Cox mice.

**Inaba R, Shishido K, Okada A, Moroji T. Effects of whole body microwave exposure on the rat brain contents of biogenic amines. Eur J Appl Physiol Occup Physiol. 65(2):124-128, 1992.**
The effects of whole body microwave exposure on the central nervous system (CNS) of the rat were investigated. Rats weighing from 250 to 320 g were exposed for 1 h to whole body **microwave with a frequency of 2450 MHz** at power densities of 5 and 10 mW.cm-2 at an ambient temperature of 21-23 degrees C. The rectal temperatures of the rats were measured just before and after microwave exposure and mono-amines and their metabolites in various discrete brain regions were determined after microwave exposure. Microwave exposure at power densities of 5 and 10 mW.cm-2 increased the mean rectal temperature by 2.3 degrees C and 3.4 degrees C, respectively. The noradrenaline content in the hypothalamus was significantly reduced after microwave exposure at a power density of 10 mW.cm-2. There were no differences in the dopamine (DA) content of any region of the brain between microwave exposed rats and control rats. The dihydroxyphenyl acetic acid (DOPAC) content, the main metabolite of DA, was significantly increased in the pons plus medulla oblongata only at a power density of 10 mW.cm-2. The DA turnover rates, the DOPAC:DA ratio, in the striatum and cerebral

-16-

Studies that show **WiFi** and Devices Health Effects

cortex were significantly increased only at a power density of 10 mW.cm-2. The serotonin (5-hydroxytryptamine, 5-HT) content in all regions of the brain of microwave exposed rats was not different from that of the control rats. The 5-hydroxyindoleacetic acid (5-HIAA) content in the cerebral cortex of microwave exposed rats was significantly increased at power densities of 5 and 10 mW.cm-2.

**Nazıroğlu M, Gümral N. Modulator effects of L-carnitine and selenium on wireless devices (2.45 GHz)-induced oxidative stress and electroencephalography records in brain of rat. Int J Radiat Biol. 85(8):680-689, 2009.**
PURPOSE:  Electromagnetic radiation (EMR) from wireless devices may affect biological systems by increasing free radicals. The present study was designed to determine the effects of **2.45 GHz EMR** on the brain antioxidant redox system and electroencephalography (EEG) records in rat. The possible protective effects of selenium and L-carnitine were also tested and compared to untreated controls. MATERIALS AND METHODS:  Thirty rats were equally divided into five different groups, namely Group A(1): Cage control, Group A(2): Sham control, group B: 2.45 GHz EMR, group C: 2.45 GHz EMR + selenium, group D: 2.45 GHz EMR + L-carnitine. Groups B, C and D were exposed to 2.45 GHz EMR during 60 min/day for 28 days. End of the experiments, EEG records and the brain cortex samples were taken. RESULTS:  The cortex brain vitamin A (p < 0.05), vitamin C (p < 0.01) and vitamin E (p < 0.05) concentrations values were lower in group B than in group A1 and A2 although their concentrations were increased by selenium and L-carnitine supplementation. Lipid peroxidation, levels were lower in group C (p < 0.05) and D (p < 0.01) than in group B where as reduced glutathione levels were higher in group C (p < 0.05) than in group A1, A2 and B. However, B-carotene levels did not change in the five groups. CONCLUSIONS:  L-carnitine and selenium seem to have protective effects on the 2.45 GHz-induced decrease of the vitamins by supporting antioxidant redox system. L-carnitine on the vitamin concentrations seems to more protective affect than in selenium.

**De Roos AJ, Teschke K, Savitz DA, Poole C, Grufferman S, Pollock BH, Olshan AF. Parental occupational exposures to electromagnetic fields and radiation and the incidence of neuroblastoma in offspring. Epidemiology 12(5):508-517, 2001.**
**W**e examined parental occupational exposures to electromagnetic fields and radiation and the incidence of neuroblastoma in offspring. Cases were 538 children diagnosed with neuroblastoma between 1992 and 1994 in the United States or Canada. Age-matched controls were selected by random-digit dialing. Occupational exposures to electrical equipment and radiation sources were classified by an industrial hygienist, and average exposures to extremely low frequency magnetic fields were estimated using a job exposure matrix. Maternal exposure to a broad grouping of sources that produce radiofrequency radiation was associated with an increased incidence of neuroblastoma (odds ratio = 2.8; 95% confidence interval = 0.9-8.7). Paternal exposure to battery-powered forklifts was positively associated with neuroblastoma (odds ratio = 1.6; 95% confidence interval = 0.8-3.2), as were some types of equipment that emit radiofrequency radiation (odds ratios congruent with2.0); however, the broad groupings

JA 06531

Studies that show **WiFi** and Devices Health Effects

of sources that produce ELF fields, radiofrequency radiation, or ionizing radiation were not associated with neuroblastoma. Paternal average extremely low frequency magnetic field exposure >0.4 microTesla was weakly associated with neuroblastoma (odds ratio = 1.6; 95% confidence interval = 0.9-2.8), whereas maternal exposure was not. <u>Overall, there was scant supportive evidence of strong associations between parental exposures in electromagnetic spectrum and neuroblastoma in offspring.</u>

# Effects on Eyes

**Liu X, Shen H, Shi Y, Chen J, Chen Y, Ji A. The microarray study on the stress gene transcription profile in human retina pigment epithelial cells exposed to microwave radiation. Zhonghua Yu Fang Yi Xue Za Zhi 36(5):291-294, 2002.**
OBJECTIVE: To study the difference in stress and apoptosis related genes transcription between hTERT-RPE1 cells exposed to simulated microwave radiation and the cells with heat water bath, and the effects of microwave on gene transcription in cultured human retina pigment epithelial cells. METHODS: cDNA microarray technique was used to detect the mRNA isolated from hTERT-RPE1 cells exposed to **2 450 MHz** simulated microwave radiation and with heat water bath, respectively. RESULTS: Among the 97 related aim genes, there were seven genes up-regulating its transcription, i.e., M31166 (2.52fold), L24123 (2.66fold), AF039704 (2.22fold), U67156 (2.07fold), AF040958 (2.13fold), NM-001043 (2.63fold) and NM-005346 (3.68fold). But, no notably down-regulating gene in transcription was detected. <u>CONCLUSIONS: Microwave could induce up-regulating in multiple stress and apoptosis related genes transcription in cultured human retina pigment epithelial cells, hTERT-RPE1 cells. Microwave radiation has unique effect itself in addition to its heat effect.</u>

**Akar A, Karayiğit MO, Bolat D, Gültiken ME, Yarım M, Castellani G. Effects of low level electromagnetic field exposure at 2.45 GHz on rat cornea. Int J Radiat Biol. 2012 Dec 3. [Epub ahead of print]**
Abstract Purpose: To investigate the effects of low level Electromagnetic Field (low level-EMF) exposure, as frequently encountered in daily life, on the yesmal rat cornea using histological and stereological method. Methods: Twenty-two adult male Wistar rats were randomly divided into two groups: study group (n=11) and control group (n=11). Rats in the study group were exposed to **2.45 GHz Microwave (MW) radiation** (11.96±0.89V/m), 0.25 W/kg specific absorption rate (SAR) for 2 hours each day for 21 days. The corneal thickness and the anterior epithelium corneal thickness were measured using two different methods. Results: Using the histological method, the mean corneal thicknesses in the control and study group were 278.9±54.5 μm, and 272.4±85.6 μm, respectively. There was no statistically significant difference between the groups (p>0.05). The anterior corneal epithelium thickness was 28.1±4.9 μm in the control group and 31.7±5.5 μm in the study group. There were statistically differences between the groups with regard to the thickness of anterior epithelium (p<0.05). In the measurement made by the stereological method, the percentage of the cornea occupied by anterior corneal

Studies that show **WiFi** and Devices Health Effects

epithelium was 15.94% in the control group and 17.9% in the study group. Despite the fact that there was a relation between increased anterior epithelial area (AEA) and radiation exposure, no statistically significant relationship in area fraction of each compartment was found between the control and study groups. Conclusions: Results of this preliminary study show that exposure to MW radiation might cause alterations in the rat cornea.

**Tök L, Nazıroğlu M, Doğan S, Kahya MC, Tök O. Effects of melatonin on Wi-Fi-induced oxidative stress in lens of rats. Indian J Ophthalmol. 62(1):12-15, 2014. doi: 10.4103/0301-4738.126166.**

Introduction: Melatonin has been considered a potent antioxidant that detoxifies a variety of reactive oxygen species in many pathophysiological states of eye. The present study was designed to determine the effects of Wi-Fi exposure on the lens oxidant, antioxidant redox systems, as well as the possible protective effects of melatonin on the lens injury induced by electromagnetic radiation (EMR). Materials and Methods: Thirty-two rats were used in the current study and they were randomly divided into four equal groups as follows: First and second groups were cage-control and sham-control rats. Rats in third group were exposed to **Wi-Fi (2.45 GHz)** for duration of 60 min/day for 30 days. As in the third group, the fourth group was treated with melatonin. The one-hour exposure to irradiation in second, third and fourth took place at noon each day. Results: Lipid peroxidation levels in the lens were slightly higher in third (Wi-Fi) group than in cage and sham control groups although their concentrations were significantly (P < 0.05) decreased by melatonin supplementation. Glutathione peroxidase (GSH-Px) activity was significantly (P < 0.05) lower in Wi-Fi group than in cage and sham control groups although GSH-Px (P < 0.01) and reduced glutathione (P < 0.05) values were significantly higher in Wi-Fi + melatonin group than in Wi-Fi group. Conclusions: There are poor oxidative toxic effects of one hour of Wi-Fi exposure on the lens in the animals. However, melatonin supplementation in the lens seems to have protective effects on the oxidant system by modulation of GSH-Px activity.

**Pologea-Moraru R, Kovacs E, Iliescu KR, Calota V, Sajin G. The effects of low level microwaves on the fluidity of photoreceptor cell membrane. Bioelectrochemistry 56(1-2):223-225, 2002.**

Due to the extensive use of electromagnetic fields in everyday life, more information is required for the detection of mechanisms of interaction and the possible side effects of electromagnetic radiation on the structure and function of the organism.In this paper, we study the effects of low-power microwaves **(2.45 GHz)** on the membrane fluidity of rod photoreceptor cells. The retina is expected to be very sensitive to microwave irradiation due to the polar character of the photoreceptor cells [Biochim. Biophys. Acta 1273 (1995) 217] as well as to its high water content [Stud. Biophys. 81 (1981) 39].

**Yang R, Chen J, Deng Z, Liu X, [Effect of vitamin E on morphological variation of retinal ganglion cells after microwave radiation]. Wei Sheng Yan Jiu 30(1):31-33, 2001.** [Article in Chinese]

# Studies that show **WiFi** and Devices Health Effects

To determine the morphological variation in the primary cultured pig retinal ganglion cells induced by microwave and the protection of VE can supply some experiment foundation for study of effect of microwave and its protection. Retinal ganglion cells of pig were cultured in vitro and added VE of different concentration, Each group was taken after 30 mW/cm2 microwave intensity radiated for 1 h in shielded room by **2450 MHz** continuous wave physiotherapy machine. Immediately after radiation, the morphological variation of cells was observed by optics microscope and transmission electronic microscope. The result showed that a portion of cells congregated, with their axon disappeared after radiation. Mitochondria and endoplasmic reticulum are detected swelling by transmission electronic microscope. The results showed that A poptosis cells can be observed. Cells of VE added groups had not obvious changes with optics microscope, but could be found that mitochondria swelling lightly and integrate mitochondria cristae by transmission electronic microscope. The results showed that microwave induced the morphological damage in primary cultured retinal ganglion cells, VE could reduced the damage of retina ganglion cells by microwave in some extent.

**Behrens T, Lynge E, Cree I, Sabroe S, Lutz JM, Afonso N, Eriksson M, Guénel P, Merletti F, Morales-Suarez-Varela M, Stengrevics A, Févotte J, Llopis-González A, Gorini G, Sharkova G, Hardell L, Ahrens W. Occupational exposure to electromagnetic fields and sex-differential risk of uveal melanoma. Occup Environ Med.67(11):751-759, 2010**
Objectives The association between occupational exposure to electromagnetic fields (EMF) and the risk of uveal melanoma was investigated in a case-control study in nine European countries. Methods Incident cases of uveal melanoma and population as well as hospital controls were included and frequency matched by country, 5-year birth cohort and sex. Subjects were asked whether they had worked close to high-voltage electrical transmission installations, computer screens and various electrical machines, or in complex electrical environments. Measurements of two Scandinavian job-exposure matrices were applied to estimate lifelong cumulative EMF exposure. Unconditional logistic regression analyses, stratified by sex and eye colour were calculated, adjusting for several potential confounders. Results 293 patients with uveal melanoma and 3198 control subjects were interviewed. Women exposed to electrical transmission installations showed elevated risks (OR 5.81, 95% CI 1.72 to 19.66). Positive associations with exposure to control rooms were seen among men and women, but most risk increases were restricted to subjects with dark iris colour. Application of published EMF measurements revealed stronger risk increases among women compared to men. Again, elevated risks were restricted to subjects with dark eye colour. Conclusion Although based on a low prevalence of exposure to potential occupational sources of EMF, our data indicate that exposed dark-eyed women may be at particular risk for uveal melanoma.

**Yao K, Wang KJ, Sun ZH, Tan J, Xu W, Zhu LJ, Lu de Q. Low power microwave radiation inhibits the proliferation of rabbit lens epithelial cells by upregulating P27Kip1 expression. Mol Vis. 10:138-143, 2004.**
PURPOSE: The goal of this study was to examine the effects of low power microwave

JA 06534

Studies that show **WiFi** and Devices Health Effects

radiation (<10 mW/cm2) on the proliferation of cultured rabbit lens epithelial cells (RLEC). METHODS: Cultured RLEC were exposed to continuous microwave radiation at a frequency of **2,450 MHz** and power densities of 0.10, 0.25, 0.50, 1.00, and 2.00 mW/cm2 for 8 h. Cell morphologic changes were observed under a phase-contrast microscope. Cell viability was measured using the MTT assay and cell cycle analysis was measured using flow cytometry. After exposure to 2.00 mW/cm2 microwave radiation for 4, 6, and 8 h, the expression of cell cycle-regulatory proteins, P21WAF1 and P27Kip1, was examined using western blot analysis. Finally, the levels of P21WAF1 and P27Kip1 mRNA were analyzed by reverse transcription-polymerase chain reaction (RT-PCR). RESULTS: After 8 h of radiation treatment, cells treated with 0.50, 1.00, and 2.00 mW/cm2 microwave radiation exhibited decreased cell viability, increased cell condensation and an inhibition of DNA synthesis. RLEC showed significant G0/G1 arrest. No obvious changes could be detected in the 0.10 and 0.25 mW/cm2 microwave treatment groups. Protein expression of P27Kip1 was markedly increased after microwave radiation. However, the mRNA levels were unchanged. On the other hand, there were no detectable differences in P21WAF1 protein expression and mRNA levels between microwave treatment and control groups. <u>CONCLUSIONS: This study suggests that low power microwave radiation higher than 0.50 mW/cm2 can inhibit lens epithelial cell proliferation, and increase the expression of P27Kip1. These effects may account for the decline of lens epithelial proliferation after exposure to microwave radiation.</u>


**Kues HA, Monahan JC, D'Anna SA, McLeod DS, Lutty GA, Koslov S, Increased sensitivity of the non-human primate eye to microwave radiation following ophthalmic drug pretreatment. Bioelectromagnetics 13(5):379-393, 1992.**

Previous studies in our laboratory have established that <u>pulsed microwaves at 2.45 GHz and 10 mW/cm2 are associated with production of corneal endothelial lesions</u> and with disruption of the blood-aqueous barrier in the non-human primate eye. In the study reported here we examined ocular damage in monkeys (M. mulatta and M. fascicularis) following topical treatment with one of two ophthalmic drugs (timolol maleate and pilocarpine) that preceded exposure to pulsed microwaves. Anesthetized monkeys were sham exposed or exposed to **pulsed, 2.45 GHz microwaves** (10 microseconds, 100 pps) at average power densities of 0.2, 1, 5, 10, or 15 mW/cm2 4 h a day for 3 consecutive days (respective SARs were 0.052, 0.26, 1.3, 2.6, and 3.9 W/kg). Immediately before microwave exposure, one or both eyes were treated topically with one drop of 0.5% timolol maleate or of 2% pilocarpine. Following administration of a drug, we observed a significant reduction in the power-density threshold (from 10 to 1 mW/cm2) for induction of corneal endothelial lesions and for increased vascular permeability of the iris. Diagnostic procedures (in vivo specular microscopy and fluorescein iris angiography) were performed following each exposure protocol. In addition, increased vascular permeability was confirmed with horseradish peroxidase tracer techniques. Although we did not measure intraocular temperatures in experimental animals, the results suggest that a mechanism other than significant heating of the eye is involved. <u>Our data indicate that pulsed microwaves at an average SAR of 0.26 W/kg, if administered after pretreatment with ophthalmic drugs, can produce significant ocular effects in the</u>

JA 06535

Studies that show **WiFi** and Devices Health Effects

anesthetized primate.

**Kojima M, Hata I, Wake K, Watanabe S, Yamanaka Y, Kamimura Y, Taki M, Sasaki K. Influence of anesthesia on ocular effects and temperature in rabbit eyes exposed to microwaves. Bioelectromagnetics 25(3):228-233, 2004.**
To investigate the effect of systemic anesthesia on ocular effects and temperature in rabbit eyes exposed to microwaves, one eye each of 43 male pigmented rabbits (Dutch, 1.8-2.2 kg) was **exposed at 2.45 GHz** for 60-20 min (300 mW/cm2; 108 W/kg), either under anesthesia (ketamine hydrochloride (5 mg/kg) + xylazine (0.23 mg/kg)) or without anesthesia. Changes in the anterior segment were evaluated by image analysis utilizing a Scheimpflug camera, specular microscopy, and a laser flare cell meter. Temperatures within the eye were measured during microwave exposure by a Fluoroptic thermometer. The exposed eyes showed miosis, conjunctival congestion, corneal edema, and an increase in the light scattering of the anterior shallow cortex in the pupillary area of the lens. The group under systemic anesthesia showed much stronger symptoms than those treated without anesthesia. All of the anterior ocular changes disappeared within a week. The highest temperature during exposure was in the vitreous, followed by the anterior chamber, and the retrobulbar cavity of the orbit. The ocular temperatures of the rabbits under systemic anesthesia were 2-9 degrees C higher than those without anesthesia. Body temperature showed an increase of 1 degrees C during the exposure. Acute high intensity microwave exposure temporarily induced anterior segments inflammation and lens changes. The more pronounced ocular effects in the anesthetized rabbits were associated with the significantly higher ocular temperatures in the anesthetized animals. The influence of systemic anesthesia on ocular changes should be considered.

**Yu Y, Yao K. Non-thermal cellular effects of lowpower microwave radiation on the lens and lens epithelial cells. J Int Med Res. 38(3):729-736, 2010.**
Because of the increased use of modern radiofrequency devices, public concern about the possible health effects of exposure to microwave radiation has arisen in many countries. It is well established that high-power microwave radiation can induce cataracts via its thermal effects. It remains unclear whether low-power microwave radiation, especially at levels below the current exposure limits, is cataractogenic. This review summarizes studies on the biological effects of low-power microwave radiation on lens and lens epithelial cells (LECs). It has been reported that exposure affects lens transparency, alters cell proliferation and apoptosis, inhibits gap junctional intercellular communication, and induces genetic instability and stress responses in LECs. These results raise the question of whether the ambient microwave environment can induce non-thermal effects in the lens and whether such effects have potential health consequences. Further in vivo studies on the effects on the lens of exposure to low-power microwave radiation are needed.

**Balci M, Namuslu M, Devrim E, Durak I. Effects of computer monitor-emitted radiation on oxidant/antioxidant balance in cornea and lens from rats. Mol Vis. 15:2521-2525, 2009.**

JA 06536

# Studies that show **WiFi** and Devices Health Effects

PURPOSE: This study aims to investigate the possible effects of computer monitor-emitted radiation on the oxidant/antioxidant balance in corneal and lens tissues and to observe any protective effects of vitamin C (vit C). METHODS: Four groups (PC monitor, PC monitor plus vitamin C, vitamin C, and control) each consisting of ten Wistar rats were studied. The study lasted for three weeks. Vitamin C was administered in oral doses of 250 mg/kg/day. The computer and computer plus vitamin C groups were exposed to computer monitors while the other groups were not. Malondialdehyde (MDA) levels and superoxide dismutase (SOD), glutathione peroxidase (GSH-Px), and catalase (CAT) activities were measured in corneal and lens tissues of the rats. RESULTS: In corneal tissue, MDA levels and CAT activity were found to increase in the computer group compared with the control group. In the computer plus vitamin C group, MDA level, SOD, and GSH-Px activities were higher and CAT activity lower than those in the computer and control groups. Regarding lens tissue, in the computer group, MDA levels and GSH-Px activity were found to increase, as compared to the control and computer plus vitamin C groups, and SOD activity was higher than that of the control group. In the computer plus vitamin C group, SOD activity was found to be higher and CAT activity to be lower than those in the control group. CONCLUSION: The results of this study suggest that computer-monitor radiation leads to oxidative stress in the corneal and lens tissues, and that vitamin C may prevent oxidative effects in the lens.

**Lu L, Xu H, Wang X, Guo G.Increased nitric oxide synthase activity is essential for electromagnetic-pulse-induced blood-retinal barrier breakdown in vivo.Brain Res. 1264:104-10, 2009.**
**PURPOSE:** To examine whether electromagnetic pulses (EMPs) affected the permeability of the blood-retinal barrier (BRB), gene expression of occludin and activity of nitric oxide synthase (NOS).**METHODS:** Sprague-Dawley (SD) rats were used and randomized into EMP and control groups. Retinas were removed immediately, and 2 h or 24 h after EMP radiation. BRB permeability was analyzed by transmission electron microscopy and Evans Blue staining. Retinal NOS activity and concentrations of nitrite and nitrate were measured. Occludin mRNA and protein levels were detected by RT-PCR and Western blotting.**RESULTS:** Exposure of SD rats to EMP resulted in increased BRB permeability, with the greatest decrease in occludin at 24 h. Moreover, this permeability defect was also correlated with significant increases in the formation of NO and induction of NOS activity in SD rats. Furthermore, we found that treatment with NOS inhibitor N-nitro-L-arginine methyl ester (L-NAME) blocked BRB breakdown and prevented the increase in NO formation and induction of NOS activity, as well as the decrease in occluding expression.**CONCLUSION:** Taken together, these results support the view that NOS-dependent NO production is an important factor that contributes to EMP-induced BRB dysfunction, and suggests that NOS induction may play an important role in BRB breakdown.

**Wang KJ, Yao K, Lu DQ. [Effects of different dose microwave radiation on protein components of cultured rabbit lens] Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi. 25(4):208-210, 2007.**[Article in Chinese]

JA 06537

Studies that show **WiFi** and Devices Health Effects

OBJECTIVE: To study the effects of different dose microwave radiation on protein components of cultured rabbit lens, and underline the mechanisms of lens injury caused by microwave radiation. METHODS: Cultured rabbit lens were exposed to microwave radiation with frequency of **2450 MHz** and power density of 0.25, 0.50, 1.00, 2.00, 5.00 mW/cm(2) for 8 hours in vitro. The transparency of lens was observed. Changes of protein concentration were detected after different lens protein components were extracted, including water-soluble protein (WSP), urea soluble protein (USP), alkali soluble protein (ASP) and sonicated protein (SP). The influence of microwave radiation on WSP was analyzed using SDS-PAGE electrophoresis and coomassie-blue staining. RESULTS: Transparency of lens decreased after radiation. There was obvious opacification of lens cortex after 5.00 mW/cm(2) microwave radiation for 8 hours. After 1.00, 2.00 and 5.00 mW/cm(2) radiation, the percentage of WSP decreased while USP increased obviously. There was no change of ASP. The percentage of SP decreased when the power of microwave was 5.00 mW/cm(2). The low molecular weight protein of WSP decreased while high molecular weight protein increased after microwave radiation. CONCLUSION: Microwave radiation higher than 1.00 mW/cm(2) can affect the proportion of WSP and USP in cultured rabbit lens, and cause changes of lens transparency and refractive power, which leads to lens opacity.

# Effect on Fertility and Reproduction

**Atasoy HI, Gunal MY, Atasoy P, Elgun S, Bugdayci G. Immunohistopathologic demonstration of deleterious effects on growing rat testes of radiofrequency waves emitted from conventional Wi-Fi devices. J Pediatr Urol. 9(2):223-229, 2013.**
OBJECTIVE: To investigate effects on rat testes of radiofrequency radiation emitted from indoor Wi-Fi Internet access devices using 802.11.g wireless standards. METHODS: Ten Wistar albino male rats were divided into experimental and control groups, with five rats per group. Standard wireless gateways communicating at 2.437 GHz were used as radiofrequency wave sources. The experimental group was exposed to radiofrequency energy for 24 h a day for 20 weeks. The rats were sacrificed at the end of the study. Intracardiac blood was sampled for serum 8-hydroxy-2'-deoxyguanosine levels. Testes were removed and examined histologically and immunohistochemically. Testis tissues were analyzed for malondialdehyde levels and prooxidant-antioxidant enzyme activities. RESULTS:  We observed significant increases in serum 8-hydroxy-2'-deoxyguanosine levels and 8-hydroxyguanosine staining in the testes of the experimental group indicating DNA damage due to exposure (p < 0.05). We also found decreased levels of catalase and glutathione peroxidase activity in the experimental group, which may have been due to radiofrequency effects on enzyme activity (p < 0.05). CONCLUSIONS: These findings raise questions about the safety of radiofrequency exposure from Wi-Fi Internet access devices for growing organisms of reproductive age, with a potential effect on both fertility and the integrity of germ cells.

JA 06538

# Studies that show **WiFi** and Devices Health Effects

**Dasdag S, Taş M, Akdag MZ, Yegin K. Effect of long-term exposure of 2.4 GHz radiofrequency radiation emitted from Wi-Fi equipment on testes functions. Electromagn Biol Med. 2014 Jan 24. [Epub ahead of print]**

The aim of this study was to investigate long-term effects of radiofrequency radiation (RFR) emitted from a Wireless Fidelity (Wi-Fi) system on testes. The study was carried out on 16 Wistar Albino adult male rats by dividing them into two groups such as sham (n: 8) and exposure (n: 8). Rats in the exposure group were exposed to 2.4 GHz RFR radiation for 24 h/d during 12 months (1 year). The same procedure was applied to the rats in the sham control group except the Wi-Fi system was turned off. Immediately after the last exposure, rats were sacrificed and reproductive organs were removed. Motility (%), concentration ($\times 10^6$/mL), tail defects (%), head defects (%) and total morphologic defects (%) of sperms and weight of testes (g), left epididymis (g), prostate (g), seminal vesicles (g) were determined. Seminiferous tubules diameter (μm) and tunica albuginea thickness (μm) were also measured. However, the results were evaluated by using Johnsen's score. Head defects increased in the exposure group ($p < 0.05$) while weight of the epididymis and seminal vesicles, seminiferous tubules diameter and tunica albuginea thickness were decreased in the exposure group ($p < 0.01$, $p < 0.001$, $p < 0.0001$). However, other alterations of other parameters were not found significant ($p > 0.05$). In conclusion, we observed that long-term exposure of 2.4 GHz RF emitted from Wi-Fi (2420 μW/kg, 1 g average) affects some of the reproductive parameters of male rats. We suggest Wi-Fi users to avoid long-term exposure of RF emissions from Wi-Fi equipment.

**Avendaño C, Mata A, Sanchez Sarmiento CA, Doncel GF. Use of laptop computers connected to internet through Wi-Fi decreases human sperm motility and increases sperm DNA fragmentation. Fertil Steril. 97(1):39-45, 2012.**

**OBJECTIVE:** To evaluate the effects of laptop computers connected to local area networks wirelessly (Wi-Fi) on human spermatozoa. **DESIGN:** Prospective in vitro study. **SETTING:** Center for reproductive medicine. **PATIENT(S):** Semen samples from 29 healthy donors. **INTERVENTION(S):** Motile sperm were selected by swim up. Each sperm suspension was divided into two aliquots. One sperm aliquot (experimental) from each patient was exposed to an internet-connected laptop by Wi-Fi for 4 hours, whereas the second aliquot (unexposed) was used as control, incubated under identical conditions without being exposed to the laptop. **MAIN OUTCOME MEASURE(S):** Evaluation of sperm motility, viability, and DNA fragmentation. **RESULT(S):** Donor sperm samples, mostly normozoospermic, exposed ex vivo during 4 hours to a wireless internet-connected laptop showed a significant decrease in progressive sperm motility and an increase in sperm DNA fragmentation. Levels of dead sperm showed no significant differences between the two groups. **CONCLUSION(S):** To our knowledge, this is the first study to evaluate the direct impact of laptop use on human spermatozoa. Ex vivo exposure of human spermatozoa to a wireless internet-connected laptop decreased motility and induced DNA fragmentation by a nonthermal effect. We speculate that keeping a laptop connected wirelessly to the internet on the lap near the testes may result in decreased male fertility. Further in vitro and in vivo studies are needed to prove this contention.

-25-

JA 06539

Studies that show **WiFi** and Devices Health Effects

**Nazıroğlu M, Yüksel M, Köse SA, Özkaya MO. Recent reports of Wi-Fi and mobile phone-induced radiation on oxidative stress and reproductive signaling pathways in females and males. J Membr Biol. 246(12):869-875, 2013.**

Environmental exposure to electromagnetic radiation (EMR) has been increasing with the increasing demand for communication devices. The aim of the study was to discuss the mechanisms and risk factors of EMR changes on reproductive functions and membrane oxidative biology in females and males. It was reported that even chronic exposure to EMR did not increase the risk of reproductive functions such as increased levels of neoantigens abort. However, the results of some studies indicate that EMR induced endometriosis and inflammation and decreased the number of follicles in the ovarium or uterus of rats. In studies with male rats, exposure caused degeneration in the seminiferous tubules, reduction in the number of Leydig cells and testosterone production as well as increases in luteinizing hormone levels and apoptotic cells. In some cases of male and female infertility, increased levels of oxidative stress and lipid peroxidation and decreased values of antioxidants such as melatonin, vitamin E and glutathione peroxidase were reported in animals exposed to EMR. <u>In conclusion, the results of current studies indicate that oxidative stress from exposure to Wi-Fi and mobile phone-induced EMR is a significant mechanism affecting female and male reproductive systems.</u> However, there is no evidence to this date to support an increased risk of female and male infertility related to EMR exposure.

**<u>Saygin M</u>, Caliskan S, <u>Karahan N</u>, <u>Koyu A</u>, <u>Gumral N</u>, Uguz A. Testicular apoptosis and histopathological changes induced by a 2.45 GHz electromagnetic field. <u>Toxicol Ind Health.</u> 27(5):455-463, 2011.**

There is a growing public concern about the potential human health hazard caused by exposure to electromagnetic radiation (EMR). The objective of this study is to investigate the effects of **2450 mhz** electromagnetic field on apoptosis and histopathological changes on rat testis tissue. Twelve-week-old male Wistar Albino rats were used in this study. Eighteen rats equally divided into three different groups which were named group I, II and III. Cage control (group I), sham control (group II) and 2.45 GHz EMR (group III) groups were formed. Group III were exposed to 2.45 GHz EMR, at 3.21 W/kg specific absorption rate for 60 minutes/ day for 28 days. There was no difference among the groups for the diameter of the seminiferous tubules, pyknotic, karyolectic and karyotic cells. However, the number of Leydig cells of testis tissue of the rats in group III was significantly reduced comparing with the group I (p < 0.05). <u>Estimation of spermatogenesis using the Johnsen testicular biopsy score revealed that the difference between groups is statistically significant.</u> The level of TNF-α, Caspase-3 and Bcl-2 were compared, and no significant difference was found between the groups. When Bax apoptosis genes and Caspase-8 apoptosis enzyme were compared, there were significant differences between the groups (p < 0.05). <u>Electromagnetic field affects spermatogenesis and causes to apoptosis due to the heat and other stress-related events in testis tissue.</u>

**Wang H, Peng R, Zhou H, Wang S, Gao Y, Wang L, Yong Z, Zuo H, Zhao L, Dong J, Xu X, Su Z. Impairment of long-term potentiation induction is essential for the disruption of**

Studies that show **WiFi** and Devices Health Effects

spatial memory after microwave exposure. Int J Radiat Biol. 2013 Jul 24. [Epub ahead of print]

Purpose: To assess the impact of microwave exposure on learning and memory and to explore the underlying mechanisms. Materials and methods: 100 Wistar rats were exposed to a 2.856 GHz pulsed microwave field at average power densities of 0 mW/cm$^2$, 5 mW/cm$^2$, 10 mW/cm$^2$ and 50 mW/cm$^2$ for 6 min. The spatial memory was assessed by the Morris Water Maze (MWM) task. An in vivo study was conducted soon after microwave exposure to evaluate the changes of population spike (PS) amplitudes of long-term potentiation (LTP) in the medial perforant path (MPP)-dentate gyrus (DG) pathway. The structure of the hippocampus was observed by the light microscopy and the transmission electron microscopy (TEM) at 7 d after microwave exposure. Results: Our results showed that the rats exposed in 10 mW/cm$^2$ and 50 mW/cm$^2$ microwave displayed significant deficits in spatial learning and memory at 6 h, 1 d and 3 d after exposure. Decreased PS amplitudes were also found after 10 mW/cm$^2$ and 50 mW/cm$^2$ microwave exposure. In addition, varying degrees of degeneration of hippocampal neurons, decreased synaptic vesicles and blurred synaptic clefts were observed in the rats exposed in 10 mW/cm$^2$ and 50 mW/cm$^2$ microwave. Compared with the sham group, the rats exposed in 5 mW/cm$^2$ microwave showed no difference in the above experiments. Conclusions: This study suggested that impairment of LTP induction and the damages of hippocampal structure, especially changes of synapses, might contribute to cognitive impairment after microwave exposure.

**Oksay T, Naziroğlu M, Doğan S, Güzel A, Gümral N, Koşar PA. Protective effects of melatonin against oxidative injury in rat testis induced by wireless (2.45 GHz) devices. Andrologia. 2012 Nov 12. doi: 10.1111/and.12044. [Epub ahead of print]**

Wireless devices have become part of everyday life and mostly located near reproductive organs while they are in use. The present study was designed to determine the possible protective effects of melatonin on oxidative stress-dependent testis injury induced by **2.45-GHz electromagnetic radiation (EMR).** Thirty-two rats were equally divided into four different groups, namely cage control (A1), sham control (A2), 2.45-GHz EMR (B) and 2.45-GHz EMR+melatonin (C). Group B and C were exposed to 2.45-GHz EMR during 60 min day(-1) for 30 days. Lipid peroxidation levels were higher in Group B than in Group A1 and A2. Melatonin treatment prevented the increase in the lipid peroxidation induced by EMR. Also reduced glutathione (GSH) and glutathione peroxidase (GSH-Px) levels in Group D were higher than that of exposure group. Vitamin A and E concentrations decreased in exposure group, and melatonin prevented the decrease in vitamin E levels. In conclusion, wireless (2.45 GHz) EMR caused oxidative damage in testis by increasing the levels of lipid peroxidation and decreasing in vitamin A and E levels. Melatonin supplementation prevented oxidative damage induced by EMR and also supported the antioxidant redox system in the testis.

**Mortazavi S, Parsanezhad M, Kazempour M, Ghahramani P, Mortazavi A, Davari M. Male reproductive health under threat: Short term exposure to radiofrequency radiations emitted by common mobile jammers. J Hum Reprod Sci. 2013 Apr;6(2):124-**

**8. doi: 10.4103/0974-1208.117178.**
BACKGROUND: Modern life prompted man to increasingly generate, transmit and use electricity that leads to exposure to different levels of electromagnetic fields (EMFs). Substantial evidence indicates that exposure to common sources of EMF such as mobile phones, laptops or wireless internet-connected laptops decreases human semen quality. In some countries, mobile jammers are occasionally used in offices, shrines, conference rooms and cinemas to block the signal. AIMS: To the best of our knowledge, this is the first study to investigate the effect of short term exposure of human sperm samples to radiofrequency (RF) radiations emitted by common mobile jammers. SUBJECTS AND METHODS: Fresh semen samples were collected by masturbation from 30 healthy donors who had referred to Infertility Treatment Center at the Mother and Child Hospital with their wives. Female problem was diagnosed as the reason for infertility in these couples. STATISTICAL ANALYSIS: T-test and analysis of variance were used to show statistical significance. RESULTS: The motility of sperm samples exposed to jammer RF radiation for 2 or 4 h were significantly lower than those of sham-exposed samples. These findings lead us to the conclusion that mobile jammers may significantly decrease sperm motility and the couples' chances of conception. CONCLUSION: Based on these results, it can be suggested that in countries that have not banned mobile jammer use, legislations should be urgently passed to restrict the use of these signal blocking devices in public or private places.

**Meena R, Kumari K, Kumar J, Rajamani P, Verma HN, Kesari KK. Therapeutic approaches of melatonin in microwave radiations-induced oxidative stress-mediated toxicity on male fertility pattern of Wistar rats. Electromagn Biol Med. 2013 May 15. [Epub ahead of print]**
Abstract Microwave (MW) radiation produced by wireless telecommunications and a number of electrical devices used in household or in healthcare institutions may adversely affects the reproductive pattern. Present study aimed to investigate the protective effects of melatonin (is well known antioxidant that protects DNA, lipids and proteins from free radical damage) against oxidative stress-mediated testicular impairment due to long-term exposure of MWs. For this, 70-day-old male Wistar rats were divided into four groups (n = 6/group): Sham exposed, Melatonin (Mel) treated (2 mg/kg), **2.45 GHz MWs** exposed and MWs + Mel treated. Exposure took place in Plexiglas cages for 2 h a day for 45 days where, power density (0.21 mW/cm$^2$) and specific absorption rate (SAR 0.14 W/Kg) were estimated. After the completion of exposure period, rats were sacrificed and various stress related parameters, that is LDH-X (lactate dehydrogenase isoenzyme) activity, xanthine oxidase (XO), ROS (reactive oxygen species), protein carbonyl content, DNA damage and MDA (malondialdehyde) were performed. Result shows that melatonin prevent oxidative damage biochemically by significant increase (p < 0.001) in the levels of testicular LDH-X, decreased (p < 0.001) levels of MDA and ROS in testis (p < 0.01). Meanwhile, it reversed the effects of MWs on XO, protein carbonyl content, sperm count, testosterone level and DNA fragmentation in testicular cells. These results concluded that the melatonin has strong antioxidative potential against MW induced oxidative stress mediated DNA damage in testicular cells.

-28-

Studies that show **WiFi** and Devices Health Effects

# Effects on Pregnancy

**Col-Araz N. Evaluation of factors affecting birth weight and preterm birth in southern Turkey. J Pak Med Assoc. 2013 Apr;63(4):459-62.**
OBJECTIVE: To identify factors affecting birth weight and pre-term birth, and to find associations with electromagnetic devices such as television, computer and mobile phones. METHODS:  The study was conducted in Turkey at Gazintep University, Faculty of Medicine's Outpatient Clinic at the Paediatric Ward. It comprised 500 patients who presented at the clinic from May to December 2009. All participants were administered a questionnaire regarding their pregnancy history. SPSS 13 was used for statistical analysis. RESULTS: In the study, 90 (19%) patients had pre-term birth, and 64 (12.9%) had low birth weight rate Birth weight was positively correlated with maternal age and baseline maternal weight (r = 0.115, p < 0.010; r = 0.168, p < 0.000, respectively). Pre-term birth and birth weight less than 2500g were more common in mothers with a history of disease during pregnancy (p < 0.046 and p < 0.008, respectively). The habit of watching television and using mobile phones and computer by mothers did not demonstrate any relationship with birth weight. Mothers who used mobile phones or computers during pregnancy had more deliveries before 37 weeks (p < 0.018, p < 0.034; respectively). Similarly, pregnancy duration was shorter in mothers who used either mobile phone or computers during pregnancy (p < 0.005, p < 0.048, respectively). CONCLUSION:  Mobile phones and computers may have an effect on pre-term birth.

**Cabot E, Christ A, Bühlmann B, Zefferer M, Chavannes N, Bakker JF, van Rhoon GC, Kuster N. Quantification Of RF-exposure of the Fetus Using Anatomical CAD-Models in Three Different Gestational Stages. Health Phys. 107(5):369-381, 2014.**
This study analyzes the exposure of pregnant women and their fetuses in three different gestational stages to electromagnetic radiation in the radio frequency range in the near- and the far-field using numerical modeling. For far-field exposure, the power density at which the basic restriction for the whole body SAR is reached is calculated for both the mother and the fetus at whole body resonance and at frequencies between 450 MHz and **2,450 MHz**. The near-field exposure is assessed at 450 MHz, 900 MHz, and 2,450 MHz using half wavelength dipoles as generic sources located at different locations around the abdomen of the mother. For the investigated cases, the exposure of the mother is always below or on the order of magnitude of the basic restriction for exposure at the reference level. When applying the reference levels for the general public, the fetus is sufficiently shielded by the mother. However, the basic restrictions for general public exposure can be exceeded in the fetus when the mother is exposed at reference levels for occupational conditions. For plane wave exposure at occupational levels, the whole body SAR in the fetus can exceed the basic restrictions for the general population by at least 1.8 dB, and in the near-field of professional devices, the 10 g SAR can be non-compliant with the product standard for the general public by > 3.5 dB.

**Bellieni CV, Pinto I, Bogi A, Zoppetti N, Andreuccetti D, Buonocore G. Exposure to electromagnetic fields from laptop use of "laptop" computers.Arch Environ Occup**

# Studies that show **WiFi** and Devices Health Effects

Health. 67(1):31-36, 2012.

Portable computers are often used at tight contact with the body and therefore are called "laptop." The authors measured electromagnetic fields (EMFs) laptop computers produce and estimated the induced currents in the body, to assess the safety of laptop computers. The authors evaluated 5 commonly used laptop of different brands. They measured EMF exposure produced and, using validated computerized models, the authors exploited the data of one of the laptop computers (LTCs) to estimate the magnetic flux exposure of the user and of the fetus in the womb, when the laptop is used at close contact with the woman's womb. In the LTCs analyzed, EMF values (range 1.8-6 µT) are within International Commission on Non-Ionizing Radiation (NIR) Protection (ICNIRP) guidelines, but are considerably higher than the values recommended by 2 recent guidelines for computer monitors magnetic field emissions, MPR II (Swedish Board for Technical Accreditation) and TCO (Swedish Confederation of Professional Employees), and those considered risky for tumor development. When close to the body, the laptop induces currents that are within 34.2% to 49.8% ICNIRP recommendations, but not negligible, to the adult's body and to the fetus (in pregnant women). On the contrary, the power supply induces strong intracorporal electric current densities in the fetus and in the adult subject, which are respectively 182-263% and 71-483% higher than ICNIRP 98 basic restriction recommended to prevent adverse health effects. Laptop is paradoxically an improper site for the use of a LTC, which consequently should be renamed to not induce customers towards an improper use.

**Çelik Ö, Kahya MC, Nazıroğlu M. Oxidative stress of brain and liver is increased by Wi-Fi (2.45GHz) exposure of rats during pregnancy and the development of newborns.J Chem Neuroanat. 2015 Oct 28. pii: S0891-0618(15)00074-5. doi: 10.1016/j.jchemneu.2015.10.005. [Epub ahead of print]**

An excessive production of reactive oxygen substances (ROS) and reduced antioxidant defence systems resulting from electromagnetic radiation (EMR) exposure may lead to oxidative brain and liver damage and degradation of membranes during pregnancy and development of rat pups. We aimed to investigate the effects of **Wi-Fi-induced EMR** on the brain and liver antioxidant redox systems in the rat during pregnancy and development. Sixteen pregnant rats and their 48 newborns were equally divided into control and EMR groups. The EMR groups were exposed to 2.45GHz EMR (1hour/day for 5 days/week) from pregnancy to 3 weeks of age. Brain cortex and liver samples were taken from the newborns between the first and third weeks. In the EMR groups, lipid peroxidation levels in the brain and liver were increased following EMR exposure; however, the glutathione peroxidase (GSH-Px) activity, and vitamin A, vitamin E and -carotene concentrations were decreased in the brain and liver. Glutathione (GSH) and vitamin C concentrations in the brain were also lower in the EMR groups than in the controls; however, their concentrations did not change in the liver. In conclusion, Wi-Fi-induced oxidative stress in the brain and liver of developing rats was the result of reduced GSH-Px, GSH and antioxidant vitamin concentrations. Moreover, the brain seemed to be more sensitive to oxidative injury compared to the liver in the development of newborns.

JA 06544

Studies that show **WiFi** and Devices Health Effects

**Yoshida Y, Seto T, Ohsu W, Hayashi S, Okazawa T, Nagase H, Yoshida M, Nakamura H, [Endocrine mechanism of placental circulatory disturbances induced by microwave in pregnant rats]. Nippon Sanka Fujinka Gakkai Zasshi 47(2):101-108, 1995.** [Article in Japanese]

Effects of microwaves on fetus and female genital organs remain to be elucidated. To demonstrate the placental circulatory disturbances induced by microwaves and to clarify the endocrine pathogenesis, placental blood flow and five endocrine indicators, i.e., corticosterone (CS), estradiol (E2), progesterone (P), prostaglandin E2 (PGE2) and prostaglandin F2 alpha (PGF2 alpha) were measured in rats exposed to whole-body microwaves with an intensity of 10 mW/cm2 at a frequency **of 2,450 MHz**. The placental blood flow at 45-90 min after exposure was significantly decreased in the rats exposed to the microwaves. Placental blood flow at 15 and 30 min was increased by pretreatment with intraperitoneal administration of angiotensin II (AII). In contrast, no significant change in placental blood flow was recognized in the AII pretreated rats exposed to the microwaves. An increase in CS and a decrease in E2 were induced by the microwave exposure independent of pretreatment with AII. P was increased by microwave exposure in the rats without pretreatment with AII. PGE2 was not changed by the microwave exposure in the case of either nonpretreatment or pretreatment with AII. PGF2 alpha was increased by the microwave exposure in the rats without pretreatment with AII. The present results indicate that excessive exposure to whole-body microwave disorders pregnancy in terms of placental circulatory dysfunction. The data suggest the involvement of endocrine mechanisms in the decrease in placental blood flow which is induced via a detrimental effect of microwaves on PGF2 alpha and on pituitary functions such as general emotional stress.

**Cobb BL, Jauchem JR, Mason PA, Dooley MP, Miller SA, Ziriax JM, Murphy MR, Neural and behavioral teratological evaluation of rats exposed to ultra-wideband electromagnetic fields. Bioelectromagnetics 21(7):524-537, 2000.**

 Several investigators have reported teratologic effects of electromagnetic field exposure. The majority of these studies have been performed at levels of exposure that could produce substantial heating of the animals. New and unique sources of ultra-wideband (UWB) electromagnetic fields are currently being developed and tested that are capable of generating nonthermalizing, high-peak-power, microwave(MW) pulses with nanosecond (ns) pulse widths, picosecond (ps) rise times, and an UWB of frequencies. Our study was performed to determine if teratological changes occur in rat pups as a result of (i) daily UWB exposures during gestation days 3-18, or (ii) as a result of both prenatal and postnatal (10 days) exposures. Dams were exposed either to (i) UWB irradiation from a Kentech system that emitted a 55 kV/m-peak E field, 300 ps rise time, and a 1.8 ns pulse width, average whole-body specific absorption rate 45 mW/kg; (ii) sham irradiation; or (iii) a positive control, lead (Pb) acetate solution (2000 mug/ml) continuously available in the drinking water. Offspring were examined for ontogeny (litter size, sex-ratios, weights, coat appearance, tooth-eruption, eye-opening, air-righting, and ultrasonic stress vocalizations). Male pups were tested on various

Studies that show **WiFi** and Devices Health Effects

performance measures (locomotor, water-maze learning, and fertilization capabilities). The pups postnatally exposed were examined for hippocampal morphology and operant behavior. Behavioral, functional, and morphological effects of UWB exposure were unremarkable with these exceptions: (i) The UWB-exposed pups emitted significantly more stress vocalizations than the sham-exposed pups; (ii) the medial-to-lateral length of the hippocampus was significantly longer in the UWB-exposed pups than in the sham-exposed animals; (iii) male offspring exposed in utero to UWB mated significantly less frequently than sham-exposed males, but when they did mate there was no difference in fertilization and offspring numbers from the sham group. There does not appear to be a unifying physiological or behavioral relationship among the significant differences observed, and our findings could be due to the expected spurious results derived when a large number of statistical comparisons are made. Significant effects found between our positive-controls and other groups on numerous measures indicates that the techniques used were sensitive enough to detect teratological effects.

# Cancer

**Richter E, Berman T, Ben-Michael E, Laster R, Westin JB, Cancer in Radar Technicians Exposed to Radiofrequency/Microwave Radiation: Sentinel Episodes. Int J Occup Environ Health 6(3):187-193, 2000.**
Controversy exists concerning the health risks from exposures to radiofrequency/microwave irradiation (RF/MW). The authors report exposure-effect relationships in sentinel patients and their co-workers, who were technicians with high levels of exposure to RF/MW radiation. Information about exposures of patients with sentinel tumors was obtained from interviews, medical records, and technical sources. One patient was a member of a cohort of 25 workers with six tumors. The authors estimated relative risks for cancer in this group and latency periods for a larger group of self-reported individuals. Index patients with melanoma of the eye, testicular cancer, nasopharyngioma, non-Hodgkin's lymphoma, and breast cancer were in the 20-37-year age group. Information about work conditions suggested prolonged exposures to high levels of RF/MW radiation that produced risks for the entire body. Clusters involved many different types of tumors. Latency periods were extremely brief in index patients and a larger self-reported group. The findings suggest that young persons exposed to high levels of RF/MW radiation for long periods in settings where preventive measures were lax were at increased risk for cancer. Very short latency periods suggest high risks from high-level exposures. Calculations derived from a linear model of dose-response suggest the need to prevent exposures in the range of 10-100 muw/cm(2).

**Paulraj R, Behari J. The effect of low level continuous 2.45 GHz waves on enzymes of developing rat brain. Electromag Biol Med 21:221-231, 2002.**
The present work describes the effect of low level continuous microwaves (**2.45 GHz**) on developing rat brain. Some 35-day-old Wistar rats were used for this study. The animals were exposed 2 hr/day for 35 days at a power density of 0.34 mW/cm$^2$ [specific

-32-

JA 06546

Studies that show **WiFi** and Devices Health Effects

absorption rate (SAR), 0.1 W/kg] in a specially made anechoic chamber. After the exposure, the rats were sacrificed and the brain tissue was dissected out and used for various biochemical assays. A significant increase in calcium ion efflux and ornithine decarboxylase (ODC) activity was observed in the exposed group as compared to the control. Correspondingly, a significant decrease in the calcium-dependent protein kinase activity was observed. These results indicate that this type of radiation affects the membrane bound enzymes, which are associated with cell proliferation and differentiation, thereby pointing out its possible role as a tumor promoter.

**Lourencini da Silva R , Albano F, Lopes dos Santos LR , Tavares AD, Felzenszwalb I, The effect of electromagnetic field exposure on the formation of DNA lesions. Redox Rep 5(5):299-301, 2000.**
In an attempt to determine whether electromagnetic field (EMF) exposure might lead to DNA damage, we exposed SnCl2-treated pBR322 plasmids to EMF and analysed the resulting conformational changes using agarose gel electrophoresis. An EMF-dependent potentiation of DNA scission (i.e. the appearance of relaxed plasmids) was observed. In confirmation of this, plasmids pre-exposed to EMF also were less capable of transforming Escherichia coli. The results indicate that EMF, in the presence of a transition metal, is capable of causing DNA damage. These observations support the idea that EMF, probably through secondary generation of reactive oxygen species, can be clastogenic and provide a possible explanation for the observed correlation between EMF exposure and the frequency of certain types of cancers in humans.

**Singh N, Rudra N, Bansal P, Mathur R, Behari J, Nayar U, Poly ADP ribosylation as a possible mechanism of microwave--biointeraction. Indian J Physiol Pharmacol 38(3):181-184, 1994.**
Electromagnetic fields (EMFs) affect the metabolism of the body including the nervous, endocrine, cardiovascular, hematological as well as the reproductive system. EMFs are environmental pollutants, thus posing a health hazard which can cause steric changes in the molecule located at the cell surface. Microwaves are known to cause chromosomal abberations and act as tumor promoters. The process involves a stream of signals from cell membrane to nucleus and other organelles. The present investigations aim to understand the mechanism of biological effects of **microwaves (2.45 GHz).** The effect was studied on poly ADP-ribosylation, which is a post translational modification of chromatin protein catalysed by the enzyme poly ADPR polymerase using NAD+ as the substrate. Poly ADP-ribosylation has been shown to be involved in several aspects of chromatin structure and function. Twenty-three days old rats weighing 42-48 gms were exposed at a microwave dose level of 1.0 mW/cm2. After exposure for sixty days the animals were sacrificed and an estimation of poly ADPR polymerase activity was undertaken in different organs of these animals. There was an increase of 20% in its activity in liver, 35% in testis, whereas brain showed a 53% decrease in diencephalon and 20% decrease in the cortex in the exposed animals as compared to their respective controls. There was no change in enzyme activity in spleen and kidney. This was accompanied by concomitant changes in NAD+ levels. The above results may be cited as important events in carcinogenesis and tumor promotion related to microwave exposure

Studies that show **WiFi** and Devices Health Effects

and the signal transduction mechanism involved. The goal is to shed light on complex ecogenetic interactions leading to cancer modulation of gene expression by epigenetic mechanism.

**Balcer-Kubiczek EK, Harrison GH. Neoplastic transformation of C3H/10T1/2 cells following exposure to 120-Hz modulated 2.45-GHz microwaves and phorbol ester tumor promoter. Radiat Res 126(1):65-72, 1991.**

Some recent epidemiological studies have shown a positive association between cancer incidence and exposure to electromagnetic (EM) fields. Evidence from in vitro studies indicates that this effect could be due to synergistic interaction between EM fields and tumor promoters. However, no dose-response data related directly to carcinogenesis have been published. In this study, actively growing cultures of C3H/10T1/2 cells were exposed for 24 h to **2.45-GHz microwaves pulse-modulated** at 120 Hz. Conditions of EM-field exposure were designed to simulate low-field exposures (specific absorption rate 0.1, 1, or 4.4 W/kg; the corresponding peak amplitudes were electric field 18, 56, or 120 V/m, magnetic field 0.09, 0.27, or 0.56 muT, respectively). In separate experiments, a 24-h EM-field exposure at 4.4 W/kg was preceded or followed by X irradiation at 0.5, 1, or 1.5 Gy. Cells were assayed for cell survival and neoplastic transformation with or without post-treatment administration of 0.1 micrograms/ml of 12-O-tetradecanoylphorbol-13-acetate (TPA) for the duration of the assay. The EM fields alone had no effect on cell survival or induction of neoplastic transformation. However, enhancement of transformation due to EM fields plus TPA was highly significant and ranged up to a level equivalent to that produced by 1.5 Gy of X rays. The frequency of neoplastic transformation was dependent on the level of EM exposure and was additive with doses of X rays given as a cocarcinogen.

**Zhu W, Zhang W, Li Y, Xu J, Luo J, Jiang Y, Lu X, Lü S. [Inhibitory effect of microwave radiation on proliferation of human pancreatic cancer JF305 cells and its mechanism]. Wei Sheng Yan Jiu. 42(6):1008-1011, 2013.**

[Article in Chinese]

**OBJECTIVE:** To investigate on the proliferation effect of different intensities **2450 MHz microwave radiation on human pancreatic cancer** JF305 cells and its possible mechanism. **METHODS:** JF305 cells were radiated by intensity of 2.5, 5.0, 10.0, 15.0 and 20.0 mW/cm2 microwave for 20 min. The proliferation capacity of JF305 was measured by MTT assays, Annexin V-FITC and PI staining was used for detecting cell apoptosis. The activity of Caspase-3 was examined. The expressions of Caspase-3 and HSP 70 protein after the cell treatment with microwave were detected by Western blotting. **RESULTS:** After microwave radiation, the proliferation inhibition rates of JF305 cells were significantly higher compared with control group. Annexin V-FITC and PI staining result showed that microwave radiation could induce cell apoptosis. Caspase-3 increased after radiated by microwave, compared with control group (P < 0.05). Results of Western blotting showed that the expression of Caspase-3 and HSP 70 protein increased significantly in different dosage radiation group. **CONCLUSION:** Microwave radiation can

-34-

JA 06548

Studies that show **WiFi** and Devices Health Effects

inhibit the proliferation of JF305 cells, the possible mechanism may be related with inducing cell apoptosis by changing of stress level.

**Johnson EH, Chima SC, Muirhead DE, A cerebral primitive neuroectodermal tumor in a squirrel monkey (Saimiri sciureus). J Med Primatol 28(2):91-96, 1999.**
An adult squirrel monkey with a history of long-term exposure to microwave radiation was found at necropsy to have a malignant tumor of the right cerebral cortex. Gross examination revealed a mass with expanding borders in the right frontoparietal cortex with compression of the adjacent lateral ventricle. Microscopy revealed a tumor composed of sheets of moderate-sized cells, resembling an oligodendroglioma, with clear cytoplasm and central nuclei interrupted by delicate vasculature. Malignant features were present in the form of marked nuclear pleomorphism, frequent mitotic figures, and focal necrosis. A neuronal cell origin for this tumor was supported by immunohistochemical analysis, which revealed immunopositivity for neurofilament proteins and neuron-specific enolase. Staining for vimentin and glial fibrillary acid protein was negative, except in reactive astrocytes at the tumor margins and adjacent to intra-tumoral blood vessels. Antibody activity against Ki-67 antigen, a marker of rapidly proliferating tumor cells, and p53 oncoprotein was strongly positive, indicative of the aggressive and malignant nature of this tumor. The tumor was diagnosed as a cerebral primitive neuroectodermal tumor.

# Effects on Children

**Sangun O, Dundar B, Darici H, Comlekci S, Doguc DK, Celik S. The effects of long-term exposure to a 2450 MHz electromagnetic field on growth and pubertal development in female Wistar rats. Electromagn Biol Med. 2014 Jan 24. [Epub ahead of print]**
The aim of this study was to investigate the effects of a **2450 MHz electromagnetic field (EMF) (wireless internet frequency)** on the growth and development of female Wistar rats. The study was conducted on three groups of rats. The prenatal and postnatal groups were exposed to EMF 1 h/day beginning from intrauterine and postnatal periods, respectively. The third group was the sham-exposed group. Growth, nutrition and vaginal opening (VO) were regularly monitored. Serum and tissue specimens were collected at puberty. Histological examinations, total antioxidant status (TAS), total oxidant status (TOS) and oxidative stress index (OSI) measurements in ovary and brain tissues and also immunohistochemical staining of the hypothalamus were performed besides the determination of serum FSH, LH, E2 and IGF-1 values. Birth masses of the groups were similar (p > 0.05). Mass gain per day was significantly lower and the puberty was significantly later in the prenatal group. Brain and ovary TOS and OSI values in the prenatal group were significantly increased (p < 0.05) compared to the control group. Serum LH levels of the prenatal and postnatal groups were increased, although serum FSH, and E2 values did not differ among the groups (p > 0.05). Histological examinations of the specimens revealed no statistically significant difference between the groups

JA 06549

Studies that show **WiFi** and Devices Health Effects

(p > 0.05). Exposure to 2450 MHz EMF, particularly in the prenatal period, resulted in postnatal growth restriction and delayed puberty in female Wistar rats. Increased TOS and OSI values in the brain and ovary tissues can be interpreted as a sign of chronic stress induced by EMF. This is the first longitudinal study which investigates the effects of EMF induced by wireless internet on pubertal development beside growth.

# Hormones

**Sinha RK. Chronic non-thermal exposure of modulated 2450 MHz microwave radiation alters thyroid hormones and behavior of male rats. Int J Radiat Biol. 84(6):505-513, 2008.**
Purpose: The purpose of this investigation was to analyze the effects of leakage microwave **(2450 MHz)** irradiation on thyroid hormones and behavior of male rats. Materials and methods: Experiments were carried out on two groups of male rats (exposure and control, respectively). Radio-immuno assay (RIA) methods were used for estimation of 3,5,3'-triiodothyronine (T(3)), thyroxine (T(4)) and thyrotrophin or thyroid stimulating hormone (TSH). The assessments of behavioral changes were performed in Open-Field (OF) and Elevated Plus-Maze (EPM) apparatuses. Results: Following chronic microwave exposure, rats were found hyperactive and aggressive on the 16th and 21st days. Behavioral changes in OF were analyzed and found to be significantly changed from controls (p < 0.05) for immobilization, rearing and ambulation behavior. In EPM, rats showed increased activity with decreased time spent in the open arm and more time spent in the center on the 11th (p < 0.05), 16th (p < 0.05) and 21st day (p < 0.01) after irradiation. Changes in behavioral parameters are also correlated with the trend of changes, compared to control animals, in hormonal blood levels of T3 (decreased on the 16th day, p < 0.05 and 21st day, p < 0.01) and T4 (increased on the 21st day, p < 0.05). Conclusion: Low energy microwave irradiation may be harmful as it is sufficient to alter the levels of thyroid hormones as well as the emotional reactivity of the irradiated compared to control animals.

**Koveshnikova IV, Antipenko EN, [The participation of thyroid hormones in modifying the mutagenic effect of microwaves]. Radiobiologiia 31(1):147-149, 1991.** [Article in Russian] The mutagenic effect of microwaves (**2,450** or 2,750 MHz, 500 microW/cm2, 30 days, 7 h a day) increases with both low and high thyroid hormone content in rats. This indicates that normal functioning of the thyroid gland is an important condition for the stabilization of chromosome integrity under the effect of nonionizing radiation of microwaves.

**Eskander EF, Estefan SF, Abd-Rabou AA. How does long term exposure to base stations and mobile phones affect human hormone profiles? Clin Biochem. 45(1-2):157-161, 2012**
**OBJECTIVES:** This study is concerned with assessing the role of exposure to radio frequency radiation (RFR) emitted either from mobiles or base stations and its relations

JA 06550

Studies that show **WiFi** and Devices Health Effects

with human's hormone profiles. **DESIGN AND METHODS:** All volunteers' samples were collected for hormonal analysis. **RESULTS:** This study showed significant decrease in volunteers' ACTH, cortisol, thyroid hormones, prolactin for young females, and testosterone levels. **CONCLUSION:** The present study revealed that high RFR effects on pituitary-adrenal axis.

# DNA Damage

**Sarkar S, Ali S, Behari J, Effect of low power microwave on the mouse genome: a direct DNA analysis. Mutat Res 320(1-2):141-147, 1994.**
The potential mutagenic effect of low power microwave at the DNA sequence level in the mouse genome was evaluated by direct DNA analysis. Animals were exposed to microwave at a power density of 1 mW/cm2 for 2 h/day at a frequency of **2.45 GHz** over a period of 120, 150 and 200 days. HinfI digested DNA samples from testis and brain of control and exposed animals were hybridized with a synthetic oligo probe (OAT 36) comprising nine repeats of 5'-GACA-3'. As compared to control animals, band patterns in exposed animals were found to be distinctly altered in the range of 7-8 kb which was also substantiated by densitometric analysis. Though the mechanism of this rearrangement is not yet clear, the results obtained at the present dose are of significance. This dose, which has been set as the safe limit for general public exposure by the Non-Ionizing Radiation Committee of the International Radiation Protection Association, may imply a need for (re)evaluation of the mutagenic potential of microwaves at the prescribed safe limit for the personnel and people who are being exposed.

**Lee S, Johnson D, Dunbar K, Dong H, Ge X, Kim YC, Wing C, Jayathilaka N, Emmanuel N, Zhou CQ, Gerber HL, Tseng CC, Wang SM2.45GHz radiofrequency fields alter gene expression in cultured human cells. FEBS Lett. 579(21):4829-4836, 2005.**
The biological effect of radiofrequency (RF) fields remains controversial. We address this issue by examining whether RF fields can cause changes in gene expression. We used the pulsed RF fields at a frequency of **2.45GHz** that is commonly used in telecommunication to expose cultured human HL-60 cells. We used the serial analysis of gene expression (SAGE) method to measure the RF effect on gene expression at the genome level. We observed that 221 genes altered their expression after a 2-h exposure. The number of affected genes increased to 759 after a 6-h exposure. Functional classification of the affected genes reveals that apoptosis-related genes were among the upregulated ones and the cell cycle genes among the downregulated ones. We observed no significant increase in the expression of heat shock genes. These results indicate that the RF fields at 2.45GHz can alter gene expression in cultured human cells through non-thermal mechanism.

**Lai H, Singh NP, Single- and double-strand DNA breaks in rat brain cells after acute exposure to radiofrequency electromagnetic radiation. Int J Radiat Biol 69(4):513-521, 1996.**
We investigated the effects of acute (2-h) exposure to pulsed (2-micros pulse width, 500

-37-

JA 06551

Studies that show **WiFi** and Devices Health Effects

pulses s(-1)) and continuous wave **2450-MHz radiofrequency** electromagnetic radiation on DNA strand breaks in brain cells of rat. The spatial averaged power density of the radiation was 2mW/cm2, which produced a whole-body average-specific absorption rate of 1.2W/kg. Single- and double-strand DNA breaks in individual brain cells were measured at 4h post-exposure using a microgel electrophoresis assay. An increase in both types of DNA strand breaks was observed after exposure to either the pulsed or continuous-wave radiation, No significant difference was observed between the effects of the two forms of radiation. We speculate that these effects could result from a direct effect of radiofrequency electromagnetic energy on DNA molecules and/or impairment of DNA-damage repair mechanisms in brain cells. Our data further support the results of earlier in vitro and in vivo studies showing effects of radiofrequency electromagnetic radiation on DNA.

**Lai H, Singh NP, Acute low-intensity microwave exposure increases DNA single-strand breaks in rat brain cells. Bioelectromagnetics 16(3):207-210, 1995.**
Levels of DNA single-strand break were assayed in brain cells from rats acutely exposed to low-intensity **2450 MHz microwaves** using an alkaline microgel electrophoresis method. Immediately after 2 h of exposure to pulsed (2 microseconds width, 500 pulses/s) microwaves, no significant effect was observed, whereas a dose rate-dependent [0.6 and 1.2 W/kg whole body specific absorption rate (SAR)] increase in DNA single-strand breaks was found in brain cells of rats at 4 h postexposure. Furthermore, in rats exposed for 2 h to continuous-wave 2450 MHz microwaves (SAR 1.2 W/kg), increases in brain cell DNA single-strand breaks were observed immediately as well as at 4 h postexposure.

**Hatice Ş. Gürler, Birşen Bilgici, Ayşegül K. Akar, Leman Tomak & Abdülkerim Bedir. Increased DNA oxidation (8-OHdG) and protein oxidation (AOPP) by low level electromagnetic field (2.45 GHz) in rat brain and protective effect of garlic. International Journal of Radiation Biology. Posted online on August 4, 2014.**
 *Purpose*: To investigate the oxidative damage and protective effect of garlic on rats exposed to low level of electromagnetic fields (EMF) at 2.45 GHz Microwave radiation (MWR). *Methods*: Thirty-six Wistar rats were divided into three groups. Group I was the control group and not exposed to EMF. Group II and III were exposed to low level EMF (3.68 ± 0.36 V/m) at **2.45 GHz MWR** for 1 hour/day for 30 consecutive days. Daily 500 mg/kg garlic was given to Group III during the study period. At the end of the study, thiobarbituric acid reactive substances (TBARS), advanced oxidation protein products (AOPP) and 8-hydroxydeoxyguanosine (8-OHdG) levels were investigated in brain tissue and blood samples. *Results*: Exposure to low level of EMF increased 8-OHdG level in both plasma and brain tissue whereas it increased AOPP level only in plasma. Garlic prevented the increase of 8-OHdG level in brain tissue and plasma AOPP levels. *Conclusions*: It may be concluded that low level EMF at 2.45 GHz MWR increases the DNA damage in both brain tissues and plasma of the rats whereas it increases protein oxidation only in plasma. It may also be argued that the use of garlic decreases these effects.

-38-

Studies that show **WiFi** and Devices Health Effects

**Maes A, Verschaeve L, Arroyo A, De Wagter C, Vercruyssen L, In vitro cytogenetic effects of 2450 MHz waves on human peripheral blood lymphocytes. Bioelectromagnetics 14(6):495-501, 1993.**
Cytogenetic analyses were performed on human peripheral blood lymphocytes exposed to **2450 MHz microwaves** during 30 and 120 min at a constant temperature of 36.1 degrees C (body temperature). The temperature was kept constant by means of a temperature probe put in the blood sample which gives feedback to a microcomputer that controls the microwave supply. We found a marked increase in the frequency of chromosome aberrations (including dicentric chromosomes and acentric fragments) and micronuclei. On the other hand the microwave exposure did not influence the cell kinetics nor the sister chromatid exchange (SCE) frequency.

**Lakshmi NK, Tiwari R,  BhargavaSC, Ahuja YRInvestigations on DNA damage and frequency of micronuclei in occupational exposure to electromagnetic fields (EMFs) emitted from video display terminals (VDTs). Gen Mol Biol 33(1): 154-158, 2010.**
 The potential effect of electromagnetic fields (EMFs) emitted from video display terminals (VDTs) to elicit biological response is a major concern for the public. The software professionals are subjected to cumulative EMFs in their occupational environments. This study was undertaken to evaluate DNA damage and incidences of micronuclei in such professionals. To the best of our knowledge, the present study is the first attempt to carry out cytogenetic investigations on assessing bioeffects in personal computer users. The study subjects (n = 138) included software professionals using VDTs for more than 2 years with age, gender, socioeconomic status matched controls (n = 151). DNA damage and frequency of micronuclei were evaluated using alkaline comet assay and cytochalasin blocked micronucleus assay respectively. Overall DNA damage and incidence of micronuclei showed no significant differences between the exposed and control subjects. With exposure characteristics, such as total duration (years) and frequency of use (minutes/day) sub-groups were assessed for such parameters. Although cumulative frequency of use showed no significant changes in the DNA integrity of the classified sub-groups, the long-term users (> 10 years) showed higher induction of DNA damage and increased frequency of micronuclei and micro nucleated cells.

**Fucic A, Garaj-Vrhovac V, Skara M, Dimitrovic B, X-rays, microwaves and vinyl chloride monomer: their clastogenic and aneugenic activity, using the micronucleus assay on human lymphocytes. Mutat Res 282(4):265-271, 1992.**
Chromosome aberration assays, sister-chromatid exchange techniques and micronucleus assays are commonly used methods for biomonitoring genetic material damaged by chemical or physical agents. On the other hand, their aneugenic activity, which can lead to hypoploidy and may also be associated with carcinogenesis, has not been thoroughly investigated. In our study we chose the micronucleus assay with a new mathematical approach to separate clastogenic from aneugenic activity of three well-known mutagens (vinyl chloride monomer, X-rays and microwaves) on the genome of human somatic cells. The comparison of frequencies of size distribution of micronuclei in the lymphocytes of humans exposed to each of these three mutagens showed that X-rays and microwaves

were preferentially clastogens while vinyl chloride monomer showed aneugenic activity as well. Microwaves possess some mutagenic characteristics typical of chemical mutagens.

# Effects on the Heart

**Türker Y, Nazıroğlu M, Gümral N, Celik O, Saygın M, Cömlekçi S, Flores-Arce M. Selenium and L-carnitine reduce oxidative stress in the heart of rat induced by 2.45-GHz radiation from wireless devices. Biol Trace Elem Res. 143(3):1640-1650, 2011.**
The aim of this study was to investigate the possible protective role of selenium and L-carnitine on oxidative stress induced by **2.45-GHz** radiation in heart of rat. For this purpose, 30 male Wistar Albino rats were equally divided into five groups namely controls, sham controls, radiation-exposed rats, radiation-exposed rats treated with intraperitoneal injections of sodium selenite at a dose of 1.5 mg/kg/day, and radiation-exposed rats treated with intraperitoneal injections of L-carnitine at a dose of 1.5 mg/kg/day. Except for the controls and sham controls, the animals were exposed to 2.45-GHz radiation during 60 min/day for 28 days. The lipid peroxidation (LP) levels were higher in the radiation-exposed groups than in the control and sham control groups. The lipid peroxidation level in the irradiated animals treated with selenium and L-carnitine was lower than in those that were only exposed to 2.45-GHz radiation. The concentrations of vitamins A, C, and E were lower in the irradiated-only group relative to control and sham control groups, but their concentrations were increased in the groups treated with selenium- and L-carnitine. The activity of glutathione peroxidase was higher in the selenium-treated group than in the animals that were irradiated but received no treatment. The erythrocyte-reduced glutathione and β-carotene concentrations did not change in any of the groups. In conclusion, 2.45-GHz electromagnetic radiation caused oxidative stress in the heart of rats. There is an apparent protective effect of selenium and L-carnitine by inhibition of free radical formation and support of the antioxidant redox system.

**Seaman RL, DeHaan RL, Inter-beat intervals of cardiac-cell aggregates during exposure to 2.45 GHz CW, pulsed, and square-wave-modulated microwaves. Bioelectromagnetics 14(1):41-55, 1993.**
Inter-beat intervals of aggregated cardiac cells from chicken embryos were studied during 190 s exposures to **2.45 GHz microwaves** in an open-ended coaxial device. Averaged specific-absorption rates (SARs) and modulation conditions were 1.2-86.9 W/kg continuous-wave (CW), 1.2-12.2 W/kg pulse modulation (PW, duty cycle approximately 11%), and 12.0-43.5 W/kg square-wave modulation (duty cycle = 50%). The inter-beat interval decreased during microwave exposures at 42.0 W/kg and higher when CW or square-wave modulation was used, which is consistent with established effects of elevated temperatures. However, increases in the inter-beat interval during CW exposures at 1.2-12.2 W/kg, and decreases in the inter-beat interval after PW exposures at 8.4-12.2 W/kg, are not consistent with simple thermal effects. Analysis of variance

Studies that show **WiFi** and Devices Health Effects

indicated that SAR, modulation, and the modulation-SAR interaction were all significant factors in altering the inter-beat interval. The latter two factors indicated that the cardiac cells were affected by athermal as well as thermal effects of microwave exposure.

# Inflammation

**Trosic I. Multinucleated giant cell appearance after whole body microwave irradiation of rats. Int J Hyg Environ Health. 204(2-3):133-138, 2001.**
Multinucleated giant cells are common for some chronic inflammatory processes in the lung. These cells are formed by fusion of macrophages, but how the process relates to the kinetics of alveolar macrophage generation is not clear. This study investigated the influence of **2450 MHz microwave irradiation** on alveolar macrophage kinetics and formation of multinucleated giant cells after whole body irradiation of rats. The range of electromagnetic radiation was selected as 2450 MHz microwaves at a power density of 5-15 mW/cm2. A group of experimental animals was divided in four subgroups that received 2, 8, 13 and 22 irradiation treatments of two hours each. The animals were killed on experimental days 1, 8, 16, and 30. Free lung cell population was obtained by bronchoalveolar lavage. Cell response to the selected irradiation level was followed quantitatively, qualitatively and morphologically using standard laboratory methods. Total cell number retrieved by lavage slightly decreased in treated animals showing time- and dose-dependence. Cell viability did not significantly change in the irradiated animal group (G2) as compared with the control group (G1). Multinucleated cells significantly increased (p < 0.01) in treated animals. The elevation of the number of nuclei per cell was time- and dose-dependent. Macrophages with two nucleoli were more common in animals treated twice or eight times. Polynucleation, that is three and more nucleoli in a single cell, was frequently observed after 13 or 22 treatments. Binucleation and multinucleation of alveolar macrophages were sensitive time- and dose-dependent morphological indicators of pulmonary stress.

# Effects on Blood

**Cleary SF, Liu LM, Merchant RE, In vitro lymphocyte proliferation induced by radio-frequency electromagnetic radiation under isothermal conditions. Bioelectromagnetics 11(1):47-56, 1990.**
Whole human blood was exposed or sham-exposed in vitro for 2 h to 27 or **2,450 MHz radio-frequency electromagnetic (RF) radiation** under isothermal conditions (i.e., 37 +/- 0.2 degrees C). Immediately after exposure, mononuclear cells were separated from blood by Ficoll density-gradient centrifugation and cultured for 3 days at 37 degrees C with or without mitogenic stimulation by phytohemagglutinin (PHA). Lymphocyte proliferation was assayed at the end of the culture period by 6 h of pulse labeling with 3H-thymidine (3H-TdR). Exposure to radiation at either frequency at specific absorption rates (SARs) below 50 W/kg resulted in a dose-dependent, statistically significant

JA 06555

# Studies that show **WiFi** and Devices Health Effects

increase of 3H-TdR uptake in PHA-activated or unstimulated lymphocytes. Exposure at 50 W/kg or higher suppressed 3H-TdR uptake relative to that of sham-exposed cells. There were no detectable effects of RF radiation on lymphocyte morphology or viability. Notwithstanding the characteristic temperature dependence of lymphocyte activation in vitro, the isothermal exposure conditions of this study warrant the conclusion that the biphasic, dose-dependent effects of the radiation on lymphocyte proliferation were not dependent on heating.

**Czerska EM, Elson EC, Davis CC, Swicord ML, Czerski P, Effects of continuous and pulsed 2450-MHz radiation on spontaneous lymphoblastoid transformation of human lymphocytes in vitro. *Bioelectromagnetics* 13(4):247-259, 1992.**
Normal human lymphocytes were isolated from the peripheral blood of healthy donors. One-ml samples containing (10(6)) cells in chromosome medium 1A were exposed for 5 days to conventional heating or to **continuous wave (CW)** or **pulsed wave (PW) 2450-MHz radiation** at non-heating (37 degrees C) and various heating levels (temperature increases of 0.5, 1.0, 1.5, and 2 degrees C). The pulsed exposures involved 1-microsecond pulses at pulse repetition frequencies from 100 to 1,000 pulses per second at the same average SAR levels as the CW exposures. Actual average SARs ranged to 12.3 W/kg. Following termination of the incubation period, spontaneous lymphoblastoid transformation was determined with an image analysis system. The results were compared among each of the experimental conditions and with sham-exposed cultures. At non-heating levels, CW exposure did not affect transformation. At heating levels both conventional and CW heating enhanced transformation to the same extent and correlate with the increases in incubation temperature. PW exposure enhanced transformation at non-heating levels. This finding is significant (P less than .002). At heating levels PW exposure enhanced transformation to a greater extent than did conventional or CW heating. This finding is significant at the .02 level. We conclude that PW 2450-MHz radiation acts differently on the process of lymphoblastoid transformation in vitro compared with CW 2450-MHz radiation at the same average SARs.

**Trosic I, Matausicpisl M, Radalj Z, Prlic I, Animal study on electromagnetic field biological potency. Arh Hig Rada Toksikol 50(1):5-11, 1999.**
This recent basic research study used an animal model protocol to assess specific biomarkers of the effect of non-ionising, non-thermal radiation (**2450 MHz microwave radiation** at 5-15 mW/cm2) on bone marrow, peripheral blood, and bronchoalveolar free cell populations. Of 40 male Wistar rats taken in the study, 20 animals of the experimental group were irradiated for 2 hours a day, 5 days a week, and subsequently killed on days 1, 8, 16, and 30 of the experiment. The remaining 20 rats served as control. All animals were previously intratracheally instilled with biologically inert microspheres to see the influence of irradiation on lung retention kinetics. The cell response to chosen electromagnetic irradiation was followed quantitatively and qualitatively using the standard laboratory methods. The results of peripheral blood cell response suggested a decreasing tendency in total leukocyte count and in relative lymphocyte count in the treated group. A slight increase was also observed in granulocyte count and in the

Studies that show **WiFi** and Devices Health Effects

absolute count of peripheral blood erythrocytes over control animals.

**Trosic I, Busljeta I, Pavicic I. Blood-forming system in rats after whole-body microwave exposure; reference to the lymphocytes. Toxicol Lett. 154(1-2):125-132, 2004.**
The influence of **2.45GHz microwave (RF/MW)** irradiation on blood-forming cells after whole-body irradiation of rats was investigated. The exposures were conducted with a field power density of 5-10mW/cm(2), and whole-body average specific absorption rate (SAR) of 1-2W/kg. Four experimental subgroups were created and irradiated 2, 8, 15 or 30 days, for 2h a day, 7 days a week. Concurrent sham-exposed rats were also included in the study. The cell response was assessed by number and type of the bone marrow nuclear cells and peripheral blood white cells using standard laboratory methods. Significant decrease in lymphoblast count was obtained at 15 and 30th experimental day (P < 0.05), whereas other examined parameters did not significantly differed in comparison to the sham-exposed controls. The findings point out at stress response in blood-forming system in rats after selected microwave exposure, which could be considered rather as sign of adaptation than malfunction.

**Grigoriev YG, Grigoriev OA, Ivanov AA, Lyaginskaya AM, Merkulov AV, Shagina NB, Maltsev VN, Lévêque P, Ulanova AM, Osipov VA, Shafirkin AV. Confirmation studies of Soviet research on immunological effects of microwaves: Russian immunology results. Bioelectromagnetics. 31(8):589-602, 2010.**
This paper presents the results of a replication study performed to investigate earlier Soviet studies conducted between 1974 and 1991 that showed immunological and reproductive effects of long-term low-level exposure of rats to radiofrequency (RF) electromagnetic fields. The early studies were used, in part, for developing exposure standards for the USSR population and thus it was necessary to confirm the Russian findings. In the present study, the conditions of RF exposure were made as similar as possible to those in the earlier experiments: Wistar rats were exposed in the far field to **2450 MHz** continuous wave RF fields with an incident power density in the cages of 5 W/m² for 7 h/day, 5 days/week for a total of 30 days, resulting in a whole-body SAR of 0.16 W/kg. Effects of the exposure on immunological parameters in the brain and liver of rats were evaluated using the complement fixation test (CFT), as in the original studies, and an additional test, the more modern ELISA test. Our results, using CFT and ELISA, partly confirmed the findings of the early studies and indicated possible effects from non-thermal RF exposure on autoimmune processes. The RF exposure resulted in minor increases in formation of antibodies in brain tissue extract and the exposure did not appear to be pathological. In addition, a study was conducted to replicate a previous Soviet study on effects from the injection of blood serum from RF-exposed rats on pregnancy and foetal and offspring development of rats, using a similar animal model and protocol. Our results showed the same general trends as the earlier study, suggesting possible adverse effects of the blood serum from exposed rats on pregnancy and foetal development of intact rats, however, application of these results in developing exposure standards is limited.

JA 06557

Studies that show **WiFi** and Devices Health Effects

**Zotti-Martelli L, Peccatori M, Scarpato R, Migliore L, Induction of micronuclei in human lymphocytes exposed in vitro to microwave radiation. Mutat Res 472(1-2):51-58, 2000.**
Increasing applications of electromagnetic fields are of great concern with regard to public health. Several in vitro studies have been conducted to detect effects of microwave exposure on the genetic material leading to negative or questionable results. The micronucleus (MN) assay which is proved to be a useful tool for the detection of radiation exposure-induced cytogenetic damage was used in the present study to investigate the genotoxic effect of microwaves in human peripheral blood lymphocytes in vitro exposed in G(0) to electromagnetic fields with different frequencies (**2.45** and 7.7GHz) and power density (10, 20 and 30mW/cm(2)) for three times (15, 30 and 60min). The results showed for both radiation frequencies an induction of micronuclei as compared to the control cultures at a power density of 30mW/cm(2) and after an exposure of 30 and 60min. <u>Our study would indicate that microwaves are able to cause cytogenetic damage in human lymphocytes mainly for both high power density and long exposure time.</u>

# Oxidative Stress

<u>**Nazıroğlu M**</u>, <u>**Ciğ B**</u>, <u>**Doğan S**</u>, <u>**Uğuz AC**</u>, <u>**Dilek S**</u>, <u>**Faouzi D**</u>. **2.45-Gz wireless devices induce oxidative stress and proliferation through cytosolic $Ca^{2+}$ influx in human leukemia cancer cells.** <u>**Int J Radiat Biol.**</u> **88(6):449-456, 2012.**
PURPOSE: Electromagnetic radiation from wireless devices may affect biological systems by increasing free radicals. The present study was designed to determine the effects of 2.45 GHz radiation on the antioxidant redox system, calcium ion signaling, cell count and viability in human leukemia 60 cells. MATERIALS AND METHODS: Twelve cell cultures were equally divided into two main groups as controls (n = 6) and irradiated (n = 6) and then subdivided into four different subgroups depending on the duration of exposure, namely 1, 2, 12 and 24 hours. The samples were analyzed immediately after the experimental period. RESULTS: <u>The extent of lipid peroxidation, cytosolic free $Ca^{2+}$ and cell numbers were higher in 2.45 GHz groups than in the controls. The increase of cytosolic free $Ca^{2+}$ concentrations was radiation time-dependent and was highest at 24-h exposure.</u> The reduced glutathione, glutathione peroxidase, vitamin C and cell viability values did not show any changes in any of the experimental groups. 2-aminoethyl diphenylborinate inhibits $Ca^{2+}$ ions influx by blockage of the transient receptor potential melastin 2. CONCLUSIONS: <u>2.45 GHz electromagnetic radiation appears to induce proliferative effects through oxidative stress and $Ca^{2+}$ influx although blocking of transient receptor potential melastin 2 channels by 2-aminoethyl diphenylborinate seems to counteract the effects on $Ca^{2+}$ ions influx.</u>

<u>**Kim MJ**</u>, **Rhee SJ. Green tea catechins protect rats from microwave-induced oxidative damage to heart tissue.** <u>**J Med Food.**</u> **7(3):299-304, 2004.**
We investigated the effects of **greentea** catechin on oxidative damage in microwave-exposed rats. The microwave-exposed rats received one of three diets: catechin-free

JA 06558

Studies that show **WiFi** and Devices Health Effects

(MW-0C), 0.25% catechin (MW-0.25C), or 0.5% catechin (MW-0.5C). Rats were sacrificed 6 days after microwave irradiation (2.45 GHz, 15 minutes). Cytochrome P(450) levels in the MW-0C group was increased by 85% compared with normal, but was 11% and 14% lower in the MW-0.25C and MW-0.5C groups than in the MW-0C group. NADPH-cytochrome P(450) reductase activity in the MW-0C group was increased by 29%, compared with the normal group, but was significantly less in the MW-0.25C and MW-0.5C groups. Superoxide dismutase activity in the MW-0C group was decreased by 34%, compared with the normal group, but in the MW-0.25C and MW-0.5C groups was 19% and 25% higher. The activity of glutathione peroxidase in the MW-0C group was decreased by 28% but remained near normal with catechin supplements. Superoxide radical concentrations in the MW-0C group were increased by 35%, compared with the normal group. However, superoxide radicals in the MW-0.25C and MW-0.5C groups were 11% and 12% lower, respectively, compared with the MW-0C group. Microwave irradiation significantly increased levels of thiobarbituric acid-reactive substances, carbonyl values, and lipofuscin contents, but **greentea** catechin partially overcame the effects of the microwave irradiation. In conclusion, the mixed function oxidase system was activated, the formation of superoxide radical, lipid peroxide, oxidized protein, and lipofuscin was increased, and the antioxidative defense system was weakened in heart tissue of microwave-exposed rats, but the oxidative damage was significantly reduced by catechin supplementation.

**Aweda MA, Gbenebitse S, Meidinyo RO. Effects of 2.45 GHz microwave exposures on the peroxidation status in Wistar rats. Niger Postgrad Med J. 10(4):243-246, 2003.**
One of the consequences of exposures to microwave (MW) radiations is the enhanced production of free O2, free radicals, peroxides and superoxides. The effects on the **lipid peroxidation status (LPS)** of whole body irradiation of 120 Wistar rats with **2.45 GHz MW** at a power density of 6mWcm(-2) have been studied using the MW generator model ER6660E from Toshiba UK Ltd. The LPS in the rats was monitored for a period of 8 weeks post irradiation using thiobarbituric acid (TRA) method. The MW exposures caused an increase in the LPS from the mean control value of 4.18 x 10(-6)g 1(-1)to a maximum of 6.50 x 10(-6) g 1(-1) within the first 24 hrs, and then gradually reduced to control value after about a week. 1mg kg(-1) of ascorbic acid administered before irradiation caused a decrease in the LPS from the control value to a minimum of 2.86 x 10(-6)g 1(-1) within the first week. The value then gradually rose to a maximum of 3.96 x 10(-6)g 1(-1) within the monitoring period. 1 mg kg(-1) of a-tocopherol also administered before irradiation also caused a decrease in the LPS from the control value to a minimum of 2.10 x 10(-6) g 1(-1) within the first week. The value then gradually rose to a maximum of 3.94 x 10(-6) g 1(-1) within the monitoring period. The results obtained from this study demonstrate that MW exposures cause significant increase in the LPS and there are protective effects of the anti-oxidants ascorbic acid and alpha-tocopherol.

**Aynali G, Nazıroğlu M, Celik O, Doğan M, Yarıktaş M, Yasan H. Modulation of wireless (2.45 GHz)-induced oxidative toxicity in laryngotracheal mucosa of rat by melatonin. Eur Arch Otorhinolaryngol. 270(5):1695-1700, 2013.**

Studies that show **WiFi** and Devices Health Effects

It is well known that oxidative stress induces larynx cancer, although antioxidants induce modulator role on etiology of the cancer. It is well known that electromagnetic radiation (EMR) induces oxidative stress in different cell systems. The aim of this study was to investigate the possible protective role of melatonin on oxidative stress induced by **Wi-Fi (2.45 GHz)** EMR in laryngotracheal mucosa of rat. For this purpose, 32 male rats were equally categorized into four groups, namely controls, sham controls, EMR-exposed rats, EMR-exposed rats treated with melatonin at a dose of 10 mg/kg/day. Except for the controls and sham controls, the animals were exposed to 2.45 GHz radiation during 60 min/day for 28 days. The lipid peroxidation levels were significantly ($p < 0.05$) higher in the radiation-exposed groups than in the control and sham control groups. The lipid peroxidation level in the irradiated animals treated with melatonin was significantly ($p < 0.01$) lower than in those that were only exposed to Wi-Fi radiation. The activity of glutathione peroxidase was lower in the irradiated-only group relative to control and sham control groups but its activity was significantly ($p < 0.05$) increased in the groups treated with melatonin. The reduced glutathione levels in the mucosa of rat did not change in the four groups. There is an apparent protective effect of melatonin on the Wi-Fi-induced oxidative stress in the laryngotracheal mucosa of rats by inhibition of free radical formation and support of the glutathione peroxidase antioxidant system.

**Ceyhan AM, Akkaya VB, Güleçol ŞC, Ceyhan BM, Özgüner F, Chen W. Protective effects of β-glucan against oxidative injury induced by 2.45-GHz electromagnetic radiation in the skin tissue of rats. Arch Dermatol Res. 304(7):521-527, 2012.**

In recent times, there is widespread use of 2.45-GHz irradiation-emitting devices in industrial, medical, military and domestic application. The aim of the present study was to investigate the effect **of 2.45-GHz** electromagnetic radiation (EMR) on the oxidant and antioxidant status of skin and to examine the possible protective effects of β-glucans against the oxidative injury. Thirty-two male Wistar albino rats were randomly divided into four equal groups: control; sham exposed; EMR; and EMR + β-glucan. A 2.45-GHz EMR emitted device from the experimental exposure was applied to the EMR group and EMR + β-glucan group for 60 min daily, respectively, for 4 weeks. β-glucan was administered via gavage at a dose of 50 mg/kg/day before each exposure to radiation in the treatment group. The activities of antioxidant enzymes, superoxide dismutase (SOD), glutathione peroxidase (GSH-Px) and catalase (CAT), as well as the concentration of malondialdehyde (MDA) were measured in tissue homogenates of the skin. Exposure to 2.45-GHz EMR caused a significant increase in MDA levels and CAT activity, while the activities of SOD and GSH-Px decreased in skin tissues. Systemic β-glucan significantly reversed the elevation of MDA levels and the reduction of SOD activities. β-glucan treatment also slightly enhanced the activity of CAT and prevented the depletion of GSH-Px activity caused by EMR, but not statistically significantly. The present study demonstrated the role of oxidative mechanisms in EMR-induced skin tissue damages and that β-glucan could ameliorate oxidative skin injury via its antioxidant properties.

# Wellbeing

**Kowall B, Breckenkamp J, Heyer K, Berg-Beckhoff G. German wide cross sectional survey on health impacts of electromagnetic fields in the view of general practitioners. Int J Public Health.55(5):507-512, 2010.**
OBJECTIVES: The proportion of **general practiti**oners **(GPs)** in Germany who assume health impacts of electromagnetic fields (EMF) is assessed. Moreover, factors associated with this risk perception are examined. METHODS: A 7% random sample was drawn from online lists of all the GPs working in Germany. 1,867 doctors received a long version of a self-administered postal questionnaire about EMF and health (response rate 23.3%), 928 doctors received a short version (response rate 49.1%). RESULTS: 37.3% of responders to the short and 57.5% of responders to the long questionnaire agreed "that there are persons whose health complaints are caused by EMF when legal limit values are met". A late responder analysis for the survey with the short questionnaire led to a still lower estimate of 29% for GPs believing in health-relevant effects of EMF. CONCLUSION: About a third of German GPs associate EMF with health complaints and thus deviate considerably from current scientific knowledge. To avoid a strong selection bias in the surveys of the perception of EMF risks, use of short questionnaires and late responder analysis are recommended.

**Kato Y, Johansson O. Reported functional impairments of electrohypersensitive Japanese: A questionnaire survey. Pathophysiology.19(2) 95-100, 2012.**
An increasing number of people worldwide complain that they have become **electromagnetic hypersensitive (EHS).** We conducted a questionnaire survey of EHS persons in Japan. The aim was to identify electromagnetic fields (EMF) and plausible EMF sources that caused their symptoms. Postal questionnaires were distributed via a self-help group, and 75 participants (95% women) responded. Reported major complaints were "fatigue/tiredness" (85%), "headache", "concentration, memory, and thinking" difficulty (81%, respectively). Seventy-two per cent used some form of complementary/alternative therapy. The most plausible trigger of EHS onset was a mobile phone base station or personal handy-phone system (37%). Sixty-five percent experienced health problems to be due to the radiation from other passengers' mobile phones in trains or buses, and 12% reported that they could not use public transportation at all. Fifty-three percent had a job before the onset, but most had lost their work and/or experienced a decrease in income. Moreover, 85.3% had to take measures to protect themselves from EMF, such as moving to low EMF areas, or buying low EMF electric appliances. EHS persons were suffering not only from their symptoms, but also from economical and social problems.

**Bergdahl J, Tillberg A, Stenman E. Odontologic survey of referred patients with symptoms allegedly caused by electricity or visual display units.  Acta Odontol Scand. 56(5):303-307, 1998.**
Twenty-eight consecutive patients with symptoms allegedly caused by electricity or

JA 06561

Studies that show **WiFi** and Devices Health Effects

visual display units were odontologically investigated according to a specially designed registration form including an anamnestic interview and a clinical protocol. The most common oral and general symptoms reported were burning mouth, craniomandibular dysfunction symptoms, skin complaints, and fatigue. Oral symptoms such as craniomandibular dysfunction and general symptoms such as eye complaints and dizziness scored highest on a visual analog scale regarding mean symptom intensity. The patients reported various numbers of medical diagnoses, such as allergic rhinitis or asthma and hypothyroidism. Various dental diseases were found; the most common were temporomandibular joint and masticatory muscle dysfunctions, lesions in the oral mucosa, and periodontal diseases. Urinary-Hg (U-Hg) analysis showed a mean U-Hg concentration of 8.5 nmol Hg/L urine, and none of the patients exceeded the limit of 50 nmol Hg/L urine. The U-Hg concentration was positively correlated with the number of amalgam fillings (P< 0.01) and craniomandibular disorders (P < 0.05). No or low secretion of the minor mucous glands was found in 43% of the patients. One patient showed hypersensitivity to gold and cobalt. The present study showed that various odontologic factors might be involved in some of these patients' suffering. Thus, it is important that professionals from other disciplines collaborate with dentistry if these patients are to be properly investigated.

# Whole Body

**Kühn S, Jennings W, Christ A, Kuster N. Assessment of induced radio-frequency electromagnetic fields in various anatomical human body models. Phys Med Biol. 54(4):875-890, 2009.**
The reference levels for testing compliance of human exposure with radio-frequency (RF) safety limits have been derived from very simplified models of the human. In order to validate these findings for anatomical models, we investigated the absorption characteristics for various anatomies ranging from 6 year old child to large adult male by numerical modeling. We address the exposure to plane-waves incident from all major six sides of the humans with two orthogonal polarizations each. Worst-case scattered field exposure scenarios have been constructed in order to test the implemented procedures of current in situ compliance measurement standards (spatial averaging versus peak search). Our findings suggest that the reference levels of current electromagnetic (EM) safety guidelines for demonstrating compliance as well as some of the current measurement standards are not consistent with the basic restrictions and need to be revised.

# Bone Marrow

**Vijayalaxmi, Frei, MR, Dusch, SJ, Guel, V, Meltz, ML, Jauchem, JR, Frequency of micronuclei in the peripheral blood and bone marrow of cancer-prone mice chronically exposed to 2450 MHz radiofrequency radiation. Radiat Res 147(4):495-500, 1997.**

# Studies that show **WiFi** and Devices Health Effects

C3H/HeJ mice, which are prone to mammary tumors, were exposed for 20 h/day, 7 days/week, over 18 months to continuous-wave **2450 MHz radiofrequency** (RF) radiation in circularly polarized wave guides at a whole-body average specific absorption rate of 1.0 W/kg. Sham-exposed mice were used as controls. The positive controls were the sentinel mice treated with mitomycin C during the last 24 h before necropsy. At the end of the 18 months, all mice were necropsied. Peripheral blood and bone marrow smears were examined for the extent of genotoxicity as indicated by the presence of micronuclei in polychromatic erythrocytes (PCEs). The results indicate that the incidence of micronuclei/1,000 PCEs was not significantly different between groups exposed to RF radiation (62 mice) and sham-exposed groups (58 mice), and the mean frequencies were 4.5 +/- 1.23 and 4.0 +/- 1.12 in peripheral blood and 6.1 +/- 1.78 and 5.7 +/- 1.60 in bone marrow, respectively. In contrast, the positive controls (7 mice) showed a significantly elevated incidence of micronuclei/1,000 PCEs in peripheral blood and bone marrow, and the mean frequencies were 50.9 +/- 6.18 and 55.2 +/- 4.65, respectively. When the animals with mammary tumors were considered separately, there were no significant differences in the incidence of micronuclei/1,000 PCEs between the group exposed to RF radiation (12 mice) and the sham-exposed group (8 mice), and the mean frequencies were 4.6 +/- 1.03 and 4.1 +/- 0.89 in peripheral blood and 6.1 +/- 1.76 and 5.5 +/- 1.51 in bone marrow, respectively. Thus there was no evidence for genotoxicity in mice prone to mammary tumors that were exposed chronically to 2450 MHz RF radiation compared with sham-exposed controls.  **A correction was published in a subsequent issue of the journal, stating that there was actually a significant increase in micronucleus formation in peripheral blood and bone marrow cells after chronic exposure to the radiofrequency radiation. "Vijayalaxmi, Frei ,MR, Dusch, SJ, Guel, V, Meltz, ML, Jauchem, JR, Correction of an error in calculation in the article "Frequency of micronuclei in the peripheral blood and bone marrow of cancer-prone mice chronically exposed to 2450 MHz radiofrequency radiation" (Radiat. Res. 147, 495-500, 1997). Radiat Res 149(3):308, 1998 "**

**Busljeta I, Trosic I, Milkovic-Kraus S. Erythropoietic changes in rats after 2.45 GJz nonthermal irradiation. Int J Hyg Environ Health.207(6):549-554, 2004.**
The purpose of this study was to observe the erythropoietic changes in rats subchronically exposed to radiofrequency microwave (RF/MW) irradiation at nonthermal level. Adult male Wistar rats (N=40) were exposed to **2.45 GHz** continuous RF/MW fields for 2 hours daily, 7 days a week, at 5-10 mW/cm2. Exposed animals were divided into four subgroups (n=10 animals in each subgroup) in order to be irradiated for 2, 8, 15 and 30 days. Animals were sacrified on the final irradiation day of each treated subgroup. Unexposed rats were used as control (N=24). Six animals were included into the each control subgroup. Bone marrow smears were examined to determine absolute counts of anuclear cells and erythropoietic precursor cells. The absolute erythrocyte count, haemoglobin and haematocrit values were observed in the peripheral blood by an automatic cell counter. The bone marrow cytogenetic analysis was accomplished by micronucleus (MN) tests. In the exposed animals erythrocyte count, haemoglobin and haematocrit were increased in peripheral blood on irradiation days 8 and 15.

JA 06563

Studies that show **WiFi** and Devices Health Effects

Concurrently, anuclear cells and erythropoietic precursor cells were significantly decreased (p < 0.05) in the bone marrow on day 15, but micronucleated cells' frequency was increased. In the applied experimental condition, RF/MW radiation might cause disturbance in red cell maturation and proliferation, and induce micronucleus formation in erythropoietic cells.

**Trosic I, Busljeta I, Kasuba V, Rozgaj R. Micronucleus induction after whole-body microwave irradiation of rats. Mutat Res 521(1-2):73-79, 2002.**
Adult male Wistar rats were exposed for 2h a day, 7 days a week for up to 30 days to continuous **2450MHz radiofrequency microwave** (rf/MW) radiation at a power density of 5-10mW/cm(2). Sham-exposed rats were used as controls. After ether anesthesia, experimental animals were euthanized on the final irradiation day for each treated group. Peripheral blood smears were examined for the extent of genotoxicity, as indicated by the presence of micronuclei in polychromatic erythrocytes (PCEs). The results for the time-course of PCEs indicated significant differences (P<0.05) for the 2nd, the 8th and the 15th day between control and treated subgroups of animals. Increased influx of immature erythrocytes into the peripheral circulation at the beginning of the experiment revealed that the proliferation and maturation of nucleated erythropoietic cells were affected by exposure to the 2450MHz radiofrequency radiation. Such findings are indicators of radiation effects on bone-marrow erythropoiesis and their subsequent effects in circulating red cells. The incidence of micronuclei/1000 PCEs in peripheral blood was significantly increased (P<0.05) in the subgroup exposed to rf/MW radiation after eight irradiation treatments of 2h each in comparison with the sham-exposed control group. It is likely that an adaptive mechanism, both in erythrocytopoiesis and genotoxicity appeared in the rat experimental model during the subchronic irradiation treatment.

**Trosic I, Busljeta I, Modlic B. Investigation of the genotoxic effect of microwave irradiation in rat bone marrow cells: in vivo exposure. Mutagenesis. 19(5):361-364, 2004.**
An in vivo mammalian cytogenetic test (the erythrocyte micronucleus assay) was used to investigate the extent of genetic damage in bone marrow red cells of rats exposed to radiofrequency/microwave (RF/MW) radiation. Wistar rats (n = 40) were exposed to a **2.45 GHz** continuous RF/MW field for 2 h daily, 7 days a week, at a power density of 5-10 mW/cm(2). The whole body average specific absorption rate (SARs) was calculated to be 1.25 +/- 0.36 (SE) W/kg. Four subgroups were irradiated for 4, 16, 30 and 60 h. Sham-exposed controls (n = 24) were included in the study. The animals of each treated subgroup were killed on the final day of irradiation. Bone marrow smears were examined to determine the extent of genotoxicity after particular treatment times. The results were statistically evaluated using non-parametric Mann-Whitney and Kruskal-Wallis tests. In comparison with the sham-exposed subgroups, the findings of polychromatic erythrocytes (PCE) revealed significant differences (P < 0.05) for experimental days 8 and 15. The frequency of micronucleated PCEs was also significantly increased on experimental day 15 (P < 0.05). Pair-wise comparison of data obtained after 2, 8 and 30

irradiation treatments did not reveal statistically significant differences between sham-exposed and treated subgroups. Under the applied experimental conditions the findings revealed a transient effect on proliferation and maturation of erythropoietc cells in the rat bone marrow and the sporadic appearance of micronucleated immature bone marrow red cells.

**Trosic I, Busljeta I. Frequency of micronucleated erythrocytes in rat bone marrow exposure to 2.45 GHz radiation. Physica Scripta T118: 168-170, 2005.**
Wistar rats were exposed to **2.45GHz** continuous, radiofrequency microwave (RF/MW) field 2 hours daily, 7 days weekly, at power density 5–10mW/cm2. Four subgroups were created in order to be irradiated 4, 16, 30 and 60 hours. Sham exposed controls were included in the study. Animals were euthanized on the final irradiation day of each treated subgroup. Bone marrow smears were examined to determine the extent of genotoxicity after the particular treatment time. Mann- Whitney testwas used for statistical evaluation of data. In comparison to the sham exposed subgroups, the findings of polychromatic erythrocytes revealed significant differences for the 8th and 15th experimental day. Bone marrow erythrocyte maturation and/or proliferation initiated by subthermogenic RF/MW irradiation showed temporary disturbance. Thereafter, the frequency of micronucleated bone marrow red cells was significantly increased after 15 irradiation treatments. Comparison of micronucleus frequency data obtained after 2, 8 and 30 irradiation treatments did not reveal statistically significant differences between sham and treated subgroups. Under the applied experimental conditions, RF/MWirradiation initiates transitory cytogenetic effect manifested with micronucleus formation in erythropoietic cells.

**Trosic I, Busljeta I.  Erythropoietic dynamic equilibrium in rats maintained after microwave irradiation. Exp Toxicol Pathol. 57(3):247-251, 2006.**
The aim of study was to define influence of radiofrequency microwave (RF/MW) radiation on erythropoiesis in rats. The kinetics of polychromatic erythrocytes (PCEs) and micronucleated (MN) PCEs in the bone marrow (BM) and peripheral blood (PB) of rats during the intermittent subchronic experiment was followed. Rats were exposed 2h/day, 7 days/week to RF/MW of **2.45GHz** and whole-body specific absorption rate (SAR) of 1.25+/-0.36W/kg. Control animals were included in the study. Each exposed and control group was killed on the final day of irradiation. Acridine-orange stained BM and blood smears were examined by fluorescence microscope. PCEs were obtained by inspection of 2000BM and 1000PB erythrocytes/slides. BMMNs and PBMNs frequency was obtained by observation of 1000PCEs/slides. BMPCEs were increased on day 8 and 15, and PBPCEs were elevated on days 2 and 8 (p<0.05). The BMMN frequency was increased on experimental day 15, and MNPCEs in the PB was increased on day 8 (p<0.05). Findings of BM and PBPCEs or MNPCEs declined nearly to the control values until the end of the experiment. Such findings are considered to be indicators of radiation effects on BM erythropoiesis consequently reflected in the PB. Rehabilitated dynamic haemopoietc equilibrium in rats by the end of experiment indicates possibility of activation adaptation process in rats to the selected experimental conditions of subchronic RF/MW exposure.

JA 06565

Studies that show **WiFi** and Devices Health Effects

# Effects on Insulin

**Salah MB, Abdelmelek H, Abderraba M. Effects of olive leave extract on metabolic disorders and oxidative stress induced by 2.45 GHz WIFI signals. Environ Toxicol Pharmacol. 36(3):826-834, 2013.**

We investigated the effect of olive leaves extract administration on glucose metabolism and oxidative response in liver and kidneys of rats exposed to radio frequency (RF). **The exposure of rats to RF (2.45 GHz, 1h/day during 21 consecutive** days) induced a diabetes-like status. Moreover, RF decreased the activities of glutathione peroxidase (GPx, -33.33% and -49.40%) catalase (CAT, -43.39% and -39.62%) and the superoxide dismutase (SOD, -59.29% and -68.53%) and groups thiol amount (-62.68% and -34.85%), respectively in liver and kidneys. Indeed, exposure to RF increased the malondialdehyde (MDA, 29.69% and 51.35%) concentration respectively in liver and kidneys. Olive leaves extract administration (100 mg/kg, ip) in RF-exposed rats prevented glucose metabolism disruption and restored the activities of GPx, CAT and SOD and thiol group amount in liver and kidneys. Moreover, olive leave extract administration was able to bring down the elevated levels of MDA in liver but not in kidneys. Our investigations suggested that RF exposure induced a diabetes-like status through alteration of oxidative response. Olive leaves extract was able to correct glucose metabolism disorder by minimizing oxidative stress induced by RF in rat tissues.

# Cell Effects

**Phelan AM, Lange DG, Kues HA, Lutty GA, Modification of membrane fluidity in melanin-containing cells by low-level microwave radiation. Bioelectromagnetics13(2):131-146, 1992.**

The treatment of a B16 melanoma cell line with **2.45-GHz pulsed microwaves** (10 mW/cm2, 10-microseconds pulses at 100 pps, 1-h exposure; SAR, 0.2 W/kg) resulted in changes of membrane ordering as measured by EPR (electron paramagnetic resonance) reporter techniques. The changes reflected a shift from a more fluid-like phase to a more solid (ordered) state of the cell membrane. Exposure of artificially prepared liposomes that were reconstituted with melanin produced similar results. In contrast, neither B16 melanoma cells treated with 5-Bromo-2-Deoxyuridine (3 micrograms/day x 7 days) to render them amelanotic, nor liposomes prepared without melanin, exhibited the microwave-facilitated increase of ordering. Inhibition of the ordering was achieved by the use of superoxide dismutase (SOD), which strongly implicates oxygen radicals as a cause of the membrane changes. The data indicate that a significant, specific alteration of cell-membrane ordering followed microwave exposure. This alteration was unique to melanotic membranes and was due, at least in part, to the generation of oxygen radicals.

**Misa Agustiño MJ, Leiro JM, Jorge Mora MT, Rodríguez-González JA, Jorge Barreiro FJ, Ares-Pena FJ, López-Martín E. Electromagnetic fields at 2.45 GHz trigger changes in**

Studies that show **WiFi** and Devices Health Effects

**heat shock proteins 90 and 70 without altering apoptotic activity in rat thyroid gland. Biol Open. 1(9):831-838, 2012.**

Non-ionizing radiation at 2.45 GHz may modify the expression of genes that codify heat shock proteins (HSP) in the thyroid gland. Using the enzyme-linked immunosorbent assay (ELISA) technique, we studied levels of HSP-90 and HSP-70. We also used hematoxilin eosin to look for evidence of lesions in the gland and applied the DAPI technique of fluorescence to search for evidence of chromatin condensation and nuclear fragmentation in the thyroid cells of adult female Sprague-Dawley rats. Fifty-four rats were individually exposed for 30 min to 2.45 GHz radiation in a Gigahertz transverse electromagnetic (GTEM) cell at different levels of non-thermal specific absorption rate (SAR), which was calculated using the finite difference time domain (FDTD) technique. Ninety minutes after radiation, HSP-90 and HSP-70 had decreased significantly (P<0.01) after applying a SAR of 0.046±1.10 W/Kg or 0.104±5.10(-3) W/Kg. Twenty-four hours after radiation, HSP-90 had partially recovered and HSP-70 had recovered completely. There were few indications of lesions in the glandular structure and signs of apoptosis were negative in all radiated animals. The results suggest that acute sub-thermal radiation at 2.45 GHz may alter levels of cellular stress in rat thyroid gland without initially altering their anti-apoptotic capacity.

**Misa Agustiño MJ, Leiro JM, Jorge Mora MT, Rodríguez-González JA, Jorge Barreiro FJ, Ares-Pena FJ, López-Martín E. Electromagnetic fields at 2.45 GHz trigger changes in heat shock proteins 90 and 70 without altering apoptotic activity in rat thyroid gland. Biol Open. 1(9):831-838, 2012.**

The use of smartphones is expanding rapidly around the world, thus raising the concern of possible harmful effects of radiofrequency generated by smartphones. We hypothesized that Wi-Fi signals from smartphones may have harmful influence on adipose-derived stem cells (ASCs). An in vitro study was performed to assess the influence of Wi-Fi signals from smartphones. The ASCs were incubated under a smartphone connected to a **Wi-Fi network**, which was uploading files at a speed of 4.8 Mbps for 10 hours a day, for a total of 5 days. We constructed 2 kinds of control cells, one grown in 37°C and the other grown in 39°C. After 5 days of Wi-Fi exposure from the smartphone, the cells underwent cell proliferation assay, apoptosis assay, and flow cytometry analysis. Three growth factors, vascular endothelial growth factor, hepatocyte growth factor, and transforming growth factor-β, were measured from ASC-conditioned media. Cell proliferation rate was higher in Wi-Fi-exposed cells and 39°C control cells compared with 37°C control cells. Apoptosis assay, flow cytometry analysis, and growth factor concentrations showed no remarkable differences among the 3 groups. We could not find any harmful effects of Wi-Fi electromagnetic signals from smartphones. The increased proliferation of ASCs under the smartphone, however, might be attributable to the thermal effect.

**Somosy Z, Thuroczy G, Kubasova T, Kovacs J, Szabo LD, Effects of modulated and continuous microwave irradiation on the morphology and cell surface negative charge of 3T3 fibroblasts. Scanning Microsc 5(4):1145-1155, 1991**

Studies that show **WiFi** and Devices Health Effects

Mouse embryo 3T3 cells were irradiated with **2450 MHz** continuous and low frequency (16 Hz) square modulated waves of absorbed energy ranging from 0.0024 to 2.4 mW/g. The low frequency modulated microwave irradiation yielded more morphological cell changes than did the continuous microwave fields of the same intensity. The amount of free negative charges (cationized ferritin binding) on cell surfaces decreased following irradiation by modulated waves but remained unchanged under the effect of a continuous field of the same dose. Modulated waves of 0.024 mW/g dose increased the ruffling activity of the cells, and caused ultrastructural alteration in the cytoplasm. Similar effects were experienced by continuous waves at higher (0.24 and 2.4 mW/g) doses.

**Cleary, SF, Du, Z, Cao, G, Liu, LM, McCrady, C, Effect of isothermal radiofrequency radiation on cytolytic T lymphocytes. FASEB J 10(8):913-919. 1996.**
Previous in vitro studies provide evidence that RF electromagnetic radiation modulates proliferation of human glioma, lymphocytes, and other cell types. The mechanism of RF radiation cell proliferation modulation, as well as mechanisms for effects on other cell physiologic endpoints, are not well understood. To obtain insight regarding interaction mechanisms, we investigated effects of RF radiation exposure on interleukin 2 (IL-2) - dependent proliferation of cytolytic T lymphocytes (CTLL-2). After exposure to RF radiation in the presence or absence of IL-2 cells were cultured at various physiological concentrations of IL-2. Treatment effects on CTLL-2 proliferation were determined by tritiated thymidine incorporation immediately or 24 h after exposure. Exposure to **2450 MHz** RIF radiation at specific absorption rates (SARs) of greater than 25 W/kg (induced E-field strength 98.4 V/m) induced a consistent, statistically significant reduction in CTLL-2 proliferation, especially at low IL-2 concentrations. At lower SARs, 2450 MHz exposure increased CTLL-2 proliferation immediately after exposure but reduced 24 h postexposure proliferation. RF radiation effects depended on the mitotic stateof the cells at the time of exposure. Comparison of the effects of temperature elevation and RF radiation indicated significant qualitative and quantitative differences.

**Obukhan KI,  [The effect of ultrahigh-frequency radiation on adaptation thresholds and the damages to blood system cells]. Lik Sprava (7):71-73, 1998.**  [Article in Ukrainian]
Cytologic investigations designed to study bone marrow, peripheral blood, spleen, and thymus of albino rats irradiated by an electromagnetic field, 2375, **2450**, and 3000 MEGS, revealed structural and functional changes in populations of megakaryocytes, immunocompetent cells as well as of undifferentiated cells, and of other types of cells that are dependent on the intensity of irradiation and permit establishing the probability-threshold levels of exposure taking account of reactions of perception and physiologic adaptation together with compensatory and regenerative processes and the injury sustained. It is shown that changes in bone marrow cells differentiation and reproduction rather than integral shifts in the peripheral blood that acquire the utmost significance. Subjected to a particular scrutiny in the paper are blast cells, which cells' repopulation was noted to be getting increased in low-intensity exposure as were disturbances in their mitosis pattern.

JA 06568

# Studies that show **WiFi** and Devices Health Effects

**Margaritis LH, Manta AK, Kokkaliaris CD, Schiza D, Alimisis K, Barkas G, Georgiou E, Giannakopoulou O, Kollia I, Kontogianni G, Kourouzidou A, Myari A, Roumelioti F, Skouroliakou A, Sykioti V, Varda G, Xenos K, Ziomas K. Drosophila oogenesis as a bio-marker responding to EMF sources. Electromagn Biol Med. 2013 Aug 5. [Epub ahead of print]**

The model biological organisms Drosophila melanogaster and Drosophila virilis have been utilized to assess effects on apoptotic cell death of follicles during oogenesis and reproductive capacity (fecundity) decline. A total of 280 different experiments were performed using newly emerged flies exposed for short time daily for 3-7 d to various EMF sources including: GSM 900/1800 MHz mobile phone, 1880-1900 MHz DECT wireless base, DECT wireless handset, mobile phone-DECT handset combination, **2.44 GHz wireless network (Wi-Fi),** 2.44 GHz blue tooth, 92.8 MHz FM generator, 27.15 MHz baby monitor, 900 MHz CW RF generator and microwave oven's 2.44 GHz RF and magnetic field components. Mobile phone was used as a reference exposure system for evaluating factors considered very important in dosimetry extending our published work with D. melanogaster to the insect D. virilis. Distance from the emitting source, the exposure duration and the repeatability were examined. All EMF sources used created statistically significant effects regarding fecundity and cell death-apoptosis induction, even at very low intensity levels (0.3 V/m blue tooth radiation), well below ICNIRP's guidelines, suggesting that Drosophila oogenesis system is suitable to be used as a biomarker for exploring potential EMF bioactivity. Also, there is no linear cumulative effect when increasing the duration of exposure or using one EMF source after the other (i.e. mobile phone and DECT handset) at the specific conditions used. The role of the average versus the peak E-field values as measured by spectrum analyzers on the final effects is discussed.

**Marjanović AM, Pavičić I, Trošić IBiological indicators in response to radiofrequency/microwave exposure. Arh Hig Rada Toksikol. 2012 Sep 25;63(3):407-416, 2012.**

Over the years, due to rapid technological progress, radiation from man-made sources exceeded that of natural origin. There is a general concern regarding a growing number of appliances that use radiofrequency/ microwave (RF/MW) radiation with particular emphasis on mobile communication systems. Since nonthermal biological effects and mechanisms of RF/MW radiation are still uncertain, laboratory studies on animal models, tissues, cells, and cell free system are of extraordinary importance in bioelectromagnetic research. We believe that such investigations play a supporting role in public risk assessment. Cellular systems with the potential for a clear response to RF/MW exposures should be used in those studies. It is known that organism is a complex electrochemical system where processes of oxidation and reduction regularly occur. One of the plausible mechanisms is connected with generation of reactive oxygen species (ROS). Depending on concentration, ROS can have both benefi cial and deleterious effects. Positive effects are connected with cell signalling, defence against infectious agents, and proliferative cell ability. On the other hand, excessive production, which overloads antioxidant defence mechanism, leads to cellular damage with serious potential for disease development.

-55-

# Studies that show **WiFi** and Devices Health Effects

ROS concentration increase within the cell caused by RF/MW radiation seems to be a biologically relevant hypothesis to give clear insight into the RF/MW action at non-thermal level of radiation. In order to better understand the exact mechanism of action and its consequences, further research is needed in the fi eld. We would like to present current knowledge on possible biological mechanisms of RF/MW actions.

**Peinnequin A, Piriou A, Mathieu J, Dabouis V, Sebbah C, Malabiau R, Debouzy JC Non-thermal effects of continuous 2.45 GHz microwaves on Fas-induced apoptosis in human Jurkat T-cell line. Bioelectrochemistry 51(2):157-161, 2000.**
Non-thermal effects of microwaves (MWs) are one of the main issues studied for revising standards. The effects of MW exposure on apoptosis at non-thermal level (48 h, **2.45 GHz**, 5 mW/cm2) have been studied. Results obtained assess non-thermal MW effects on Fas, but neither on butyrate- nor on ceramide-induced apoptosis in human Jurkat T-cell line. These data show that MW interacts either with Fas pathway between receptor and caspase-3 activation or on membrane proteins (i.e. Fas receptor or neurosphyngomyelinase).

**Koyama S, Narita E, Suzuki Y, Taki M, Shinohara N, Miyakoshi J. Effect of a 2.45-GHz radiofrequency electromagnetic field on neutrophil chemotaxis and phagocytosis in differentiated human HL-60 cells.J Radiat Res. 2014 Sep 5. pii: rru075. [Epub ahead of print]**
The potential public health risks of radiofrequency (RF) fields have been discussed at length, especially with the use of mobile phones spreading extensively throughout the world. In order to investigate the properties of RF fields, we examined the effect of **2.45-GHz RF** fields at the specific absorption rate (SAR) of 2 and 10 W/kg for 4 and 24 h on neutrophil chemotaxis and phagocytosis in differentiated human HL-60 cells.  Neutrophil chemotaxis was not affected by RF-field exposure, and subsequent phagocytosis was not affected either compared with that under sham exposure conditions.  These studies demonstrated an initial immune response in the human body exposed to 2.45-GHz RF fields at the SAR of 2 W/kg, which is the maximum value recommended by the International Commission for Non-Ionizing Radiation Protection (ICNIRP) guidelines. The results of our experiments for RF-field exposure at an SAR under 10 W/kg showed very little or no effects on either chemotaxis or phagocytosis in neutrophil-like human HL-60 cells.

**Koyama S, Isozumi Y, Suzuki Y, Taki M, Miyakoshi J. Effects of 2.45-GHz electromagnetic fields with a wide range of SARs on micronucleus formation in CHO-K1 cells. ScientificWorldJournal 4 Suppl 2:29-40, 2004.**
There has been considerable discussion about the influence of high-frequency electromagnetic fields (HFEMF) on the human body. In particular, HFEMF used for mobile phones may be of great concern for human health. In order to investigate the properties of HFEMF, we have examined the effects of **2.45-GHz EMF** on micronucleus (MN) formation in Chinese hamster ovary (CHO)-K1 cells. MN formation is induced by chromosomal breakage or inhibition of spindles during cell division and leads to cell

-56-

Studies that show **WiFi** and Devices Health Effects

damage. We also examined the influence of heat on MN formation, since HFEMF exposure causes a rise in temperature. CHO-K1 cells were exposed to HFEMF for 2 h at average specific absorption rates (SARs) of 5, 10, 20, 50, 100, and 200 W/kg, and the effects on these cells were compared with those in sham-exposed control cells. The cells were also treated with bleomycin alone as a positive control or with combined treatment of HFEMF exposure and bleomycin. Heat treatment was performed at temperatures of 37, 38, 39, 40, 41, and 42 degrees C. The MN frequency in cells exposed to HFEMF at a SAR of lower than 50 W/kg did not differ from the sham-exposed controls, while those at SARs of 100 and 200 W/kg were significantly higher when compared with the sham-exposed controls. There was no apparent combined effect of HFEMF exposure and bleomycin treatment. On heat treatment at temperatures from 38-42 degrees C, the MN frequency increased in a temperature-dependent manner. We also showed that an increase in SAR causes a rise in temperature and this may be connected to the increase in MN formation generated by exposure to HFEMF.

**Inoue S, Motoda H, Koike Y, Kawamura K, Hiragami F, Kano Y. Microwave irradiation induces neurite outgrowth in PC12m3 cells via the p38 mitogen-activated protein kinase pathway. Neurosci Lett.432(1):35-39,2008.**
The increasing use of mobile phone communication has raised concerns about possible health hazard effects of microwave irradiation. We investigated damage and differentiation caused by microwave irradiation on drug-hypersensitive PC12 cell line (PC12m3). These cells showed enhancement of neurite outgrowth to various stimulants. The frequency of neurite outgrowth induced by **2.45GHz** (200W) of microwave irradiation was approximately 10-fold greater than that of non-irradiated control cells. Incubation of PC12m3 cells with SB203580, a specific inhibitor of p38 MAPK, resulted in marked inhibition of the microwave radiation-induced neurite outgrowth. Also, activation of the transcription factor CREB induced by microwave irradiation was inhibited by SB203580. Heat shock treatment at 45 degrees C had a strong toxic effect on PC12m3 cells, whereas microwave treatment had no toxic effect on PC12m3 cells. These findings indicate that p38 MAPK is responsible for the survival of PC12m3 cells and might induce neurite outgrowth via a CREB signaling pathway when subjected to microwave irradiation.

# Effects on Behavior

**Thomas S, Heinrich S, von Kries R, Radon K. Exposure to radio-frequency electromagnetic fields and behavioural problems in Bavarian children and adolescents. Eur J Epidemiol. 25(2):135-141, 2010.**
Only few studies have so far investigated possible health effects of radio-frequency electromagnetic fields (RF EMF) in children and adolescents, although experts discuss a potential higher vulnerability to such fields. We aimed to investigate a possible association between measured exposure to RF EMF fields and behavioural problems in children and adolescents. 1,498 children and 1,524 adolescents were randomly selected

# Studies that show **WiFi** and Devices Health Effects

from the population registries of four Bavarian (South of Germany) cities. During an Interview data on participants' mental health, socio-demographic characteristics and potential confounders were collected. Mental health behaviour was assessed using the German version of the Strengths and Difficulties Questionnaire (SDQ). Using a personal dosimeter, we obtained radio-frequency EMF exposure profiles over 24 h. Exposure levels over waking hours were expressed as mean percentage of the reference level. Overall, exposure to radiofrequency electromagnetic fields was far below the reference level. Seven percent of the children and 5% of the adolescents showed an abnormal mental behaviour. In the multiple logistic regression analyses measured exposure to RF fields in the highest quartile was associated to overall behavioural problems for adolescents (OR 2.2; 95% CI 1.1-4.5) but not for children (1.3; 0.7-2.6). These results are mainly driven by one subscale, as the results showed an association between exposure and conduct problems for adolescents (3.7; 1.6-8.4) and children (2.9; 1.4-5.9). As this is one of the first studies that investigated an association between exposure to mobile telecommunication networks and mental health behaviour more studies using personal dosimetry are warranted to confirm these findings.

**Yuan K, Qin W, Wang G, Zeng F, Zhao L, Yang X, Liu P, Liu J, Sun J, von Deneen KM, Gong Q, Liu Y, Tian J. Microstructure abnormalities in adolescents with internet addiction disorder. PLoS One.6(6):e20708, 2011.**
BACKGROUND: Recent studies suggest that internet addiction disorder (IAD) is associated with structural abnormalities in brain gray matter. However, few studies have investigated theeffects of internet addiction on the microstructural integrity of major neuronal fiber pathways, and almost no studies have assessed the microstructural changes with the duration of internet addiction. **METHODOLOGY/PRINCIPAL FINDINGS:** We investigated the morphology of the brain in adolescents with IAD (N = 18) using an optimized voxel-based morphometry (VBM) technique, and studied the white matter fractional anisotropy (FA) changes using the diffusion tensor imaging (DTI) method, linking these brain structural measures to the duration of IAD. We provided evidences demonstrating the multiple structural changes of the brain in IAD subjects. VBM results indicated the decreased gray matter volume in the bilateral dorsolateral prefrontal cortex (DLPFC), the supplementary motor area (SMA), the orbitofrontal cortex (OFC), the cerebellum and the left rostral ACC (rACC). DTI analysis revealed the enhanced FA value of the left posterior limb of the internal capsule (PLIC) and reduced FA value in the white matter within the right parahippocampal gyrus (PHG). Gray matter volumes of the DLPFC, rACC, SMA, and white matter FA changes of the PLIC were significantly correlated with the duration of internet addiction in the adolescents with IAD.**CONCLUSIONS:** Our results suggested that long-term internet addiction would result in brain structural alterations, which probably contributed to chronic dysfunction in subjects with IAD. The current study may shed further light on the potential brain effects of IAD.

**Hirata A, Kojima M, Kawai H, Yamashiro Y, Watanabe S, Sasaki H, Fujiwara O. Acute dosimetry and estimation of threshold inducing behavioral signs of thermal stress in rabbits at 2.45-GHz microwave exposure. IEEE Trans Biomed Eng. 57(5):1234-42, 2010.**

Studies that show **WiFi** and Devices Health Effects

In the current international guidelines and standards for human exposure to microwaves, the basic restriction is determined by the whole-body average specific absorption rate (SAR). The basis for the guidelines is the adverse effect such as work stoppage in animals for whole-body average SARs above a certain level. Although it is known that absorbed microwave energy causes the behavioral sign of thermal stress, the relationship of whole-body average SAR with temperature/temperature elevation has not been sufficiently investigated. In the present study, we performed experiments on rabbits exposed to 2.45-GHz microwaves. A total of 24 measurements were conducted for power densities from approximately 100 to 1,000 W/m2. Our computational code for electromagnetic-thermal dosimetry was used to set the exposure time duration and incident power density. Our experimental results suggest that a core temperature elevation of 1oC is an estimate of the threshold inducing complex behavioral signs of microwave-induced thermal stress in rabbits for different whole-body average SARs and exposure time durations. The whole-body average SAR required for microwave-induced behavioral sign in rabbits was estimated as approximately 1.3 W/kg for **2.45-GHz microwaves.**

**Duan L, Shan Y, Yu X,  [Observations of changes in neurobehavioral functions in workers exposed to high-frequency radiation]. Chung Hua Yu Fang I Hsueh Tsa Chih 32(2):109-111, 1998.** [Article in Chinese]
OBJECTIVE: To study the effects of exposure to high-frequency radiation on neurobehavioral function of the exposed workers and its measurement in evaluating occupational hazards caused by it. METHODS: Four neurobehavioral functions were tested for the workers exposed to high-frequency radiation with Neurobehavioral Core Tests Battery recommended by WHO. RESULTS: Scores for various indicators in exposed workers were significantly lower than those in controls, and correlated to the detection of neurasthenia in the exposed workers, to certain extent. CONCLUSION: Changes in neurobehavioral function in workers exposed to high-frequency radiation can reflect its important adverse effects.

# Immune Function

**Li CY, Liao MH, Lin CW, Tsai WS, Huang CC, Tang TK. Inhibitory Effects of Microwave Radiation on LPS-Induced NFκB Expression in THP-1 Monocytes. Chin J Physiol. 55(6):421-427, 2012.**
Microwave radiations can be encountered regularly in daily lives. When WHO announced that microwave radiations were a kind of environmental energy which interfere with the physiological functions of the human body, great concerns have been raised over the damages microwave frequencies can do to human physiology. The immunological performance and the activities of the cellular inflammatory factor NFκB have been closely related in monocyte. Due to the effect of phorbol 12-myristate 13-acetate (PMA) on THP-1 monocytes, THP-1 monocytes would differentiate into macrophages and would then react with lipopolysaccharides (LPS), and the amount of NFκB increased in the THP-

Studies that show **WiFi** and Devices Health Effects

1 monocytes. Expression of cytokine is affected when cells are exposed to a frequency of **2450 MHz** and at 900 W. Thus, in our experiments, an observation was made when THP-1 monocytes were stimulated with PMA and LPS to differentiate into macrophage, the amount of NFκB in cells increased exponentially, and the levels of NFκB expression were decreased by the exposure of microwave radiation. In conclusion, microwave radiations were found to inhibit the activity functions of THP-1 monocytes stimulated with PMA and LPS.

**Elekes, E, Thuroczy, G, Szabo, LD, Effect on the immune system of mice exposed chronically to 50 Hz amplitude-modulated 2.45 GHz microwaves. *Bioelectromagnetics* 17(3):246-248, 1996.**
The effect of continuous (CW; **2.45 GHz** carrier frequency) or amplitude-modulated (AM; 50 Hz square wave) microwave radiation on the immune response was tested. CW exposures (6 days, 3 h/day) induced elevations of the number of antibody-producing cells in the spleen of male Balb/c mice (+37%). AM microwave exposure induced elevation of the spleen index (+15%) and antibody-producing cell number (+55%) in the spleen of male mice. No changes were observed in female mice. It is concluded that both types of exposure conditions induced moderate elevation of antibody production only in male mice.

# Effects on Protein

**George DF, Bilek MM, McKenzie DR. Non-thermal effects in the microwave induced unfolding of proteins observed by chaperone binding. Bioelectromagnetics 29(4):324-330, 2008.**
We study the effect of microwaves at **2,450 MHz** on protein unfolding using surface plasmon resonance sensing. Our experimental method makes use of the fact that unfolding proteins tend to bind to chaperones on their unfolding pathway and this attachment is readily monitored by surface plasmon resonance. We use the protein citrate synthase (CS) for this study as it shows strong binding to the chaperone alpha crystallin when stressed by exposure to excess temperature. The results of microwave heating are compared with the effect of ambient heating and a combination of ambient and microwave heating to the same final temperature. We study the temperature distributions during the heating process. We show that microwaves cause a significantly higher degree of unfolding than conventional thermal stress for protein solutions heated to the same maximum temperature.

# Electromagnetic Hypersensitivity

**Nordin S, Neely G, Olsson D, Sandström M. Odor and Noise Intolerance in Persons with Self-Reported Electromagnetic Hypersensitivity.  Int J Environ Res Public Health. 11(9):8794-8805, 2014.**

JA 06574

Studies that show **WiFi** and Devices Health Effects

Lack of confirmation of symptoms attributed to electromagnetic fields (EMF) and triggered by EMF exposure has highlighted the role of individual factors. Prior observations indicate intolerance to other types of environmental exposures among persons with electromagnetic hypersensitivity (EHS). This study assessed differences in odor and noise intolerance between persons with EHS and healthy controls by use of subscales and global measures of the Chemical Sensitivity Scale (CSS) and the Noise Sensitivity Scale (NSS). The EHS group scored significantly higher than the controls on all CSS and NSS scales. Correlation coefficients between CSS and NSS scores ranged from 0.60 to 0.65 across measures. The findings suggest an association between EHS and odor and noise intolerance, encouraging further investigation of individual factors for understanding EMF-related symptoms.

**Landgrebe M, Hauser S, Langguth B, Frick U, Hajak G, Eichhammer P. Altered cortical excitability in subjectively electrosensitive patients: results of a pilot study. J Psychosom Res. 62(3):283-288, 2007.**
OBJECTIVE: Hypersensitivity to electromagnetic fields is frequently claimed to be linked to a variety of unspecific somatic and/or neuropsychological complaints. Whereas provocation studies often failed to demonstrate a causal relationship between electromagnetic field exposure and symptom formation, neurophysiological examinations highlight baseline deviations in people claiming to be electrosensitive. METHODS: To elucidate a potential role of dysfunctional cortical regulations in mediating hypersensitivity to electromagnetic fields, cortical excitability parameters were measured by transcranial magnetic stimulation in subjectively electrosensitive patients (n=23) and two control groups (n=49) differing in their level of unspecific health complaints. RESULTS: Electrosensitive patients showed reduced intracortical facilitation as compared to both control groups, while motor thresholds and intracortical inhibition were unaffected. CONCLUSIONS: This pilot study gives additional evidence that altered central nervous system function may account for symptom manifestation in subjectively electrosensitive patients as has been postulated for several chronic multisymptom illnesses sharing a similar clustering of symptoms.

**Hagström M, Auranen J, Ekman R. Electromagnetic hypersensitive Finns: Symptoms, perceived sources and treatments, a questionnaire study.  Pathophysiology. 2013 Apr 1. pii: S0928-4680(13)00002-3.**
The aim was to analyze the subjective experiences of Finns who describe themselves as suffering from electromagnetic hypersensitivity (EHS), their symptoms, self-perceived sources of the health complaints and the effectiveness of medical and complementary alternative therapies. A total of 395 questionnaires were mailed to self-diagnosed EHS persons. Of the participants 345 belonged to a Finnish self-help group and 50 came from outside of the group. The return rate of the study was 52.1% (206) and 80.9% of the respondents were women. Before the onset of EHS the most common health complaints were different types of allergies (35.1%, 68). During the acute phase of EHS the most common symptoms were nervous system related: "stress" (60.3%, 117), "sleeping disorders" (59.3%, 115) and "fatigue" (57.2%, 111). The sources that were most often

JA 06575

Studies that show **WiFi** and Devices Health Effects

reported to have triggered EHS were: "personal computers" (50.8%, 94) and "mobile phones" (47.0%, 87). The same devices were also claimed to cause the most symptoms during the acute phase. After the acute phase of EHS had passed, the respondents still claimed to react to these same digital and wireless devices while their reactions to basic electrical appliances were reduced. According to 76% of 157 respondents the reduction or avoidance of electromagnetic fields (EMF) helped in their full or partial recovery. The best treatments for EHS were given as: "dietary change" (69.4%), "nutritional supplements" (67.8%) and "increased physical exercise" (61.6%). The official treatment recommendations of psychotherapy (2.6%) and medication (-4.2%) were not significantly helpful. According to the present results the official treatment protocols should take better account the EHS person's own experiences. The avoidance of electromagnetic radiation and fields effectively removed or lessened the symptoms in EHS persons.

**Landgrebe M, Frick U, Hauser S, Langguth B, Rosner R, Hajak G, Eichhammer P. Cognitive and neurobiological alterations in electromagnetic hypersensitive patients: results of a case-control study. Psychol Med. 38(12):1781-1791, 2008.**
BACKGROUND: Hypersensitivity to electromagnetic fields (EMF) is frequently claimed to be linked to a variety of non-specific somatic and neuropsychological complaints. Whereas provocation studies often failed to demonstrate a causal relationship between EMF exposure and symptom formation, recent studies point to a complex interplay of neurophysiological and cognitive alterations contributing to symptom manifestation in electromagnetic hypersensitive patients (EHS). However, these studies have examined only small sample sizes or have focused on selected aspects. Therefore this study examined in the largest sample of EHS EMF-specific cognitive correlates, discrimination ability and neurobiological parameters in order to get further insight into the pathophysiology of electromagnetic hypersensitivity. METHOD: In a case-control design 89 EHS and 107 age- and gender-matched controls were included in the study. Health status and EMF-specific cognitions were evaluated using standardized questionnaires. Perception thresholds following single transcranial magnetic stimulation (TMS) pulses to the dorsolateral prefrontal cortex were determined using a standardized blinded measurement protocol. Cortical excitability parameters were measured by TMS. RESULTS: Discrimination ability was significantly reduced in EHS (only 40% of the EHS but 60% of the controls felt no sensation under sham stimulation during the complete series), whereas the perception thresholds for real magnetic pulses were comparable in both groups (median 21% versus 24% of maximum pulse intensity). Intra-cortical facilitation was decreased in younger and increased in older EHS. In addition, typical EMF-related cognitions (aspects of rumination, symptom intolerance, vulnerability and stabilizing self-esteem) specifically differentiated EHS from their controls. CONCLUSIONS: These results demonstrate significant cognitive and neurobiological alterations pointing to a higher genuine individual vulnerability of electromagnetic hypersensitive patients.

**Landgrebe M, Frick U, Hauser S, Hajak G, Langguth B. Association of tinnitus and electromagnetic hypersensitivity: hints for a shared pathophysiology? PLoS One.4(3):e5026, 2009.**

JA 06576

Studies that show **WiFi** and Devices Health Effects

BACKGROUND: Tinnitus is a frequent condition with high morbidity and impairment in quality of life. The pathophysiology is still incompletely understood. Electromagnetic fields are discussed to be involved in the multi-factorial pathogenesis of tinnitus, but data proofing this relationship are very limited. Potential health hazards of electromagnetic fields (EMF) have been under discussion for long. Especially, individuals claiming themselves to be electromagnetic hypersensitive suffer from a variety of unspecific symptoms, which they attribute to EMF-exposure. The aim of the study was to elucidate the relationship between EMF-exposure, electromagnetic hypersensitivity and tinnitus using a case-control design. METHODOLOGY: Tinnitus occurrence and tinnitus severity were assessed by questionnaires in 89 electromagnetic hypersensitive patients and 107 controls matched for age-, gender, living surroundings and workplace. Using a logistic regression approach, potential risk factors for the development of tinnitus were evaluated. FINDINGS: Tinnitus was significantly more frequent in the electromagnetic hypersensitive group (50.72% vs. 17.5%) whereas tinnitus duration and severity did not differ between groups. Electromagnetic hypersensitivity and tinnitus were independent risk factors for sleep disturbances. However, measures of individual EMF-exposure like e.g. cell phone use did not show any association with tinnitus. CONCLUSIONS: Our data indicate that tinnitus is associated with subjective electromagnetic hypersensitivity. An individual vulnerability probably due to an over activated cortical distress network seems to be responsible for, both, electromagnetic hypersensitivity and tinnitus. Hence, therapeutic efforts should focus on treatment strategies (e.g. cognitive behavioral therapy) aiming at normalizing this dysfunctional distress network.

# Effects on Critical Organs

**Phelan AM, Neubauer CF, Timm R, Neirenberg J, Lange DG, Athermal alterations in the structure of the canalicular membrane and ATPase activity induced by thermal levels of microwave radiation. Radiat Res 137(1):52-58, 1994.**

Sprague-Dawley rats (200-250 g) were exposed 30 min/day for 4 days to thermogenic levels (rectal temperature increase of 2.2 degrees C) of microwave radiation [**2.45 GHz**, 80 mW/cm2, continuous-wave mode (CW)] or to a radiant heat source resulting in an equivalent increase in body temperature of 2.2 degrees C. On the fifth day after the 4 days of exposure to microwave radiation, the animals were sacrificed and their livers removed. The canalicular membranes were isolated and evaluated for adenosinetriphosphatase (ATPase) activity, total fatty acid composition and membrane fluidity characteristics. Mg(++)-ATPase activity (Vmax) decreased by 48.5% in the group exposed to microwave radiation, with no significant change in the group exposed to radiant heat. The decrease in Mg(++)-ATPase was partially compensated by a concomitant increase in Na+/K(+)-ATPase activity (170% increase in Vmax over control) in animals exposed to microwave radiation, while no change occurred in the group exposed to radiant heat. This alteration in ATPase activity in the group exposed to microwave radiation is associated with a large decrease in the ratio of saturated to unsaturated fatty acids. Conversely, the group exposed to radiant heat had an increase in the ratio of

JA 06577

Studies that show **WiFi** and Devices Health Effects

saturated to unsaturated fatty acids. The most dramatic changes were found in the levels of arachidonic acid. Finally, the electron paramagnetic resonance (EPR) spin label technique used to measure the fluidity of the canalicular membranes of the animals in the three groups (sham, microwave radiation and radiant heat) indicated that the results were different in the three groups, reflecting the changes found in their fatty acid composition. The physiological response to "equivalent" thermal loads in rats is expressed differently for different types of energy sources. Possible mechanisms producing these divergent thermogenic responses are discussed.

**Lange DG, D'Antuono ME, Timm RR, Ishii TK, Fujimoto JM. Differential response of the permeability of the rat liver canalicular membrane to sucrose and mannitol following in vivo acute single and multiple exposures to microwave radiation (2.45 GHz) and radiant-energy thermal stress. Radiat Res 134(1):54-62, 1993.**
 Both acute and chronic exposures to microwave radiation altered the function of the rat canalicular membrane. A single acute exposure to microwave radiation [80 mW/cm2, **2.45 GHz**, continuous wave, 30 min exposure (SAR approximately equal to 72 W/kg)] or a matched radiant-energy thermal load, both designed to raise core body temperature approximately 3 degrees C, decreased the permeability of the canalicular membrane of male Sprague-Dawley rats to sucrose. The change in canalicular membrane permeability was demonstrated by a significant increase in the percentage of [3H]sucrose recovered in bile following its administration by a segmented retrograde intrabiliary injection. Similar acute exposures to microwave and radiant-energy thermal sources produced no significant alterations in canalicular membrane permeability to [14C]mannitol. In both acute exposure protocols, a rapidly reversible increase in bile flow rate was observed. Four exposures (30 min/day x 4 days) to either microwave radiation (80 mW/cm2) or a matched radiant-energy thermal load resulted in a significant depression in bile flow rate at normothermic temperatures. Animals receiving multiple exposures to microwave radiation had significant decreases in canalicular membrane permeability to both [3H]sucrose and [14C]mannitol, while similar exposure to radiant-energy thermal load alone altered canalicular membrane permeability to [3H]sucrose. An examination of the hepatic clearance of sucrose and mannitol following acute microwave exposure demonstrated no significant differences. Thus acute single exposure to microwave and radiant-energy thermal loads produced similar alterations in canalicular membrane permeability. Conversely, multiple exposures produced nonreversible changes in bile flow rate and canalicular membrane permeability, with microwave exposure producing greater alterations in the function of the canalicular membrane than an equivalent radiant-energy thermal load.

**Somosy Z, Thuroczy G, Kovacs J, Effects of modulated and continuous microwave irradiation on pyroantimonate precipitable calcium content in junctional complex of mouse small intestine. Scanning Microsc 7(4):1255-1261, 1993.**
The pyroantimonate precipitable calcium content of intestinal epithelial cells was investigated in mice following total body irradiation with **2450 MHz** continuous and low frequency (16 Hz) square modulated waves. In the control animals the reaction products

JA 06578

Studies that show **WiFi** and Devices Health Effects

appeared in the intercellular space of adjacent cells including intermediate junctions and desmosomes and were absent in the area of tight junctions. Immediately after low frequency modulated microwave irradiation at 0.5 and 1 mW/cm2 power densities, a rapid distribution of pyroantimonate precipitable calcium content was observed. The pyroantimonate deposits were located on the cytoplasmic side of lateral membrane, in the area of junctional complex, including tight junction, and in other parts of lateral plasma membrane. These changes were reversible and 24 hours after the irradiation the distribution of pyroantimonate deposits was similar to the control. Continuous waves with same energy not altered the distribution of precipitable calcium. We conclude the low frequency modulated microwave irradiation can modify the calcium distribution without heat effects.

# Effects on Sleep

**Liu H, Chen G, Pan Y, Chen Z, Jin W, Sun C, Chen C, Dong X, Chen K, Xu Z, Zhang S, Yu Y. (2014) Occupational Electromagnetic Field Exposures Associated with Sleep Quality: A Cross-Sectional Study. PLoS ONE 9(10): e110825. doi:10.1371/journal.pone.0110825.**

BACKGROUND: Exposure to electromagnetic field (EMF) emitted by mobile phone and other machineries concerns half the world's population and raises the problem of their impact on human health. The present study aims to explore the effects of electromagnetic field exposures on sleep quality and sleep duration among workers from electric power plant. METHODS: A cross-sectional study was conducted in an electric power plant of Zhejiang Province, China. A total of 854 participants were included in the final analysis. The detailed information of participants was obtained by trained investigators using a structured questionnaire, which including socio-demographic characteristics, lifestyle variables, sleep variables and electromagnetic exposures. Physical examination and venous blood collection were also carried out for every study subject. RESULTS: After grouping daily occupational electromagnetic exposure into three categories, subjects with long daily exposure time had a significantly higher risk of poor sleep quality in comparison to those with short daily exposure time. The adjusted odds ratios were 1.68 (95%CI: 1.18, 2.39) and 1.57 (95%CI: 1.10, 2.24) across tertiles. Additionally, among the subjects with long-term occupational exposure, the longer daily occupational time apparently increased the risk of poor sleep quality (OR (95%CI): 2.12 (1.23~3.66) in the second tertile; 1.83 (1.07~3.15) in the third tertile). There was no significant association of long-term occupational exposure duration, monthly electric fee or years of mobile-phone use with sleep quality or sleep duration. CONCLUSIONS: The findings showed that daily occupational EMF exposure was positively associated with poor sleep quality. It implies EMF exposure may damage human sleep quality rather than sleep duration.

JA 06579

Studies that show **WiFi** and Devices Health Effects

# Synergistic Health Effects – RF and Other Agents

**Zhang MB, He JL, Jin LF, Lu DQ. Study of low-intensity 2450-MHz microwave exposure enhancing the genotoxic effects of mitomycin C using micronucleus test and comet assay in vitro. Biomed Environ Sci 15(4):283-290, 2002.**

OBJECTIVE: To determine the interaction between **2450-MHz microwaves (MW) radiation and mitomycin C (MMC)**. METHODS: The synergistic genotoxic effects of low-intensity 2450-MHz microwave and MMC on human lymphocytes were studied using single cell gel electrophoresis (SCGE) assay (comet assay) and cytokinesis-blocked micronucleus (CBMN) test in vitro. The whole blood cells from a male donor and a female donor were either only exposed to 2450-MHz microwaves (5.0 mW/cm2) for 2 h or only exposed to MMC (0.0125 microgram/mL, 0.025 microgram/mL and 0.1 microgram/mL) for 24 h; and the samples were exposed to MMC for 24 h after exposure to MW for 2 h. RESULTS: In the comet assay, the comet lengths (29.1 microns and 25.9 microns) of MW were not significantly longer than those (26.3 microns and 24.1 microns) of controls (P > 0.05). The comet lengths (57.4 microns, 68.9 microns, 91.4 microns, 150.6 microns, 71.7 microns, 100.1 microns, 145.1 microns) of 4 MMC groups were significantly longer than those of controls (P < 0.01). The comet lengths (59.1 microns, 92.3 microns, 124.5 microns, 182.7 microns and 57.4 microns, 85.5 microns, 137.5 microns, 178.3 microns) of 4 MW plus MMC groups were significantly longer than those of controls too (P < 0.01). The comet lengths of MW plus MMC groups were significantly longer than those of the corresponding MMC doses (P < 0.05 or P < 0.01) when the doses of MMC were > or = 0.025 microgram/mL. In the CBMN, the micronucleated cell (MNC) rates of MW were 5@1000 and 6@1000, which showed no difference compared with those (4@1000 and 4@1000) of controls (P > 0.05). The MNC rates of 4 MMC groups were 8@1000, 9@1000, 14@1000, 23@1000 and 8@1000, 8@1000, 16@1000, 30@1000 respectively. When the doses of MMC were > or = 0.05 microgram/mL, MNC rates of MMC were higher than those of controls (P < 0.05). MNC rates of 4 MW plus MMC groups were 12@1000, 13@1000, 20@1000, 32@1000 and 8@1000, 9@1000, 23@1000, 40@1000. When the doses of MMC were > or = 0.05 microgram/mL, MNC rates of MW plus MMC groups were much higher than those of controls (P < 0.01). MNC rates of 4 MW plus MMC groups were not significantly higher than those of the corresponding MMC doses. <u>CONCLUSION: The low-intensity 2450-MHz microwave radiation can not induce DNA and chromosome damage, but can increase DNA damage effect induced by MMC in comet assay.</u>

**Zhang MB, Jin LF, He JL, Hu J, Zheng W.  [Effects of 2,450 MHz microwave on DNA damage induced by three chemical mutagens in vitro] Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi. 21(4):266-269, 2003.** [Article in Chinese]

OBJECTIVE: To study the combined damage-effects of low-intensity **2,450 MHz** microwave (MW) with three chemical mutagens on human lymphocyte DNA. METHODS: DNA damage of lymphocytes exposed to microwave and(or) with chemical mutagens were observed at different incubation time (0 h or 21 h) with comet assay in vitro. Three

JA 06580

# Studies that show **WiFi** and Devices Health Effects

combination-exposure ways of MW with chemicals were used: MW irradiation before chemical exposures, simultaneously exposed to MW and chemicals and MW irradiation after chemical exposures. The three chemical mutagens were mitomycin C (MMC, DNA crosslinker), bleomycin (BLM, radiometric agent), methyl methanesulfonate (MMS, alkylating agent). The exposure time of MW and chemical mutagens were 2 h and 3 h respectively. RESULTS: The differences of comet tail length between MW group and control group were not significant when lymphocytes were incubated for 0 h or 21 h (P >0.05). However, when lymphocytes were incubated for 21 h with 30.00 micro mol/L of MMC, the comet tail lengths of MW + MMC group, MW-MMC group and MMC + MW group were (18.00 +/- 5.96), (21.79 +/- 11.47) and (22.32 +/- 8.10) micro m respectively; while with 3.00 micro mol/L of MMC, the comet tail lengths were (8.99 +/- 3.75), (12.40 +/- 5.35) and (14.00 +/- 5.38) micro m respectively, which were significantly higher than those of corresponding MMC groups [(9.42 +/- 3.34) and (6.50 +/- 2.89) micro m, P < 0.01 or P < 0.05]. The DNA damage of MW plus BLM groups and MW plus MMS groups were not significantly different from the corresponding BLM and MMS groups (P < 0.05). CONCLUSION: 2 450 MHz MW (5 mW/cm(2)) did not induce DNA damage directly, but could enhance the DNA damage effects induced by MMC. The synergistic effects of 2 450 MHz MW with BLM and MMS were not obvious.

**Nelson BK, Conover DL, Shaw PB, Snyder DL, Edwards RM, Interactions of radiofrequency radiation on 2-methoxyethanol teratogenicity in rats. *J Appl Toxicol* 17(1):31-39, 1997.**
Concurrent exposures to chemical and physical agents occur in the workplace; exposed workers include those involved with microelectronics industry, plastic sealers and electrosurgical units. Previous animal research indicates that hyperthermia induced by an elevation in ambient temperature can potentiate the toxicity and teratogenicity of some chemical agents. We previously demonstrated that combined exposure to radiofrequency (r.f.; 10 MHz) radiation, which also induces hyperthermia and is teratogenic to exposed animals, and the industrial solvent 2-methoxyethanol (2ME) produces enhanced teratogenicity in rats. A subsequent study replicated and extended that research by investigating the interactive dose-related teratogenicity of r.f. radiation (sham exposure or maintaining colonic temperatures at 42.0 degrees C for 0, 10, 20 or 30 min by r.f. radiation absorption) and 2ME (0, 75, 100, 125 or 150 mg/kg) on gestation days 9 or 13 of rats. The purpose of the present research is to determine the effects of r.f. radiation (sufficient to maintain colonic temperatures at 42.0 degrees C for 10 min) on a range of doses of 2ME (0, 20, 40, 60, 80, 100, 120 and 140 mg kg-1) administered on gestation day 13of rats. Focusing on characterizing the dose-response pattern of interactions, this research seeks to determine the lowest interactive effect level. Day 20 fetuses were examined for external and skeletal malformations. The results are consistent with previous observations. Dose-related developmental toxicity was observed for 2ME both in the presence and absence of r.f. radiation. However, concurrent RF radiation exposure changed the shape of the dose-effect curve of 2ME. These data indicate that combined exposure effects should be considered when developing exposure guidelines and intervention strategies.

JA 06581

Studies that show **WiFi** and Devices Health Effects

**Nelson BK, Conover DL, Krieg EF Jr, Snyder DL, Edwards RM, Interactions of radiofrequency radiation-induced hyperthermia and 2-methoxyethanol teratogenicity in rats.** *Bioelectromagnetics.* **18(5):349-359, 1997.**

Radiofrequency (RF) radiation is used in a variety of workplaces. In addition to RF radiation, many workers are concurrently exposed to numerous chemicals; exposed workers include those involved with the microelectronics industry, plastic sealers, and electrosurgical units. The developmental toxicity of RF radiation is associated with the degree and duration of hyperthermia induced by the exposure. Previous animal research indicates that hyperthermia induced by an elevation in ambient temperature can potentiate the toxicity and teratogenicity of some chemical agents. We previously demonstrated that combined exposure to RF radiation (10 MHz) and the industrial solvent, 2-methoxyethanol (2ME), produces enhanced teratogenicity in rats. The purpose of the present research is to determine the effects of varying the degree and duration of hyperthermia induced by RF radiation (sufficient to maintain colonic temperatures at control [38.5], 39.0, 40.0, or 41.0 degrees C for up to 6 h) and 2ME (100 mg/kg) administered on gestation day 13 of rats. Focusing on characterizing the dose-response pattern of interactions, this research seeks to determine the lowest interactive effect level. Day 20 fetuses were examined for external and skeletal malformations. The results are consistent with previous observations. Significant interactions were observed between 2ME and RF radiation sufficient to maintain colonic temperatures at 41 degrees C for 1 h, but no consistent interactions were seen at lower temperatures even with longer durations. These data indicate that combined exposure effects should be considered when developing both RF radiation and chemical exposure guidelines and intervention strategies.

# Effects on the Environment

**Soran ML, Stan M, Niinemets U, Copolovici L. Influence of microwave frequency electromagnetic radiation on terpene emission and content in aromatic plants. J Plant Physiol. 171(15):1436-1443, 2014**

Influence of environmental stress factors on both crop and wild plants of nutritional value is an important research topic. The past research has focused on rising temperatures, drought, soil salinity and toxicity, but the potential effects of increased environmental contamination by human-generated electromagnetic radiation on plants have little been studied. Here we studied the influence of microwave irradiation at bands corresponding to **wireless router (WLAN) and mobile devices (GSM)** on leaf anatomy, essential oil content and volatile emissions in Petroselinum crispum, Apium graveolens and Anethum graveolens. Microwave irradiation resulted in thinner cell walls, smaller chloroplasts and mitochondria, and enhanced emissions of volatile compounds, in particular, monoterpenes and green leaf volatiles (GLV). These effects

Studies that show **WiFi** and Devices Health Effects

were stronger for WLAN-frequency microwaves. Essential oil content was enhanced by GSM-frequency microwaves, but the effect of WLAN-frequency microwaves was inhibitory. There was a direct relationship between microwave-induced structural and chemical modifications of the three plant species studied.  These data collectively demonstrate that human-generated microwave pollution can potentially constitute a stress to the plants.

### Miscellaneous Effects

**Ramundo-Orlando A, Liberti M, Mossa G, D'Inzeo G. Effects of 2.45 GHz microwave fields on liposomes entrapping glycoenzyme ascorbate oxidase: evidence for oligosaccharide side chain involvement. Bioelectromagnetics. 25(5):338-345, 2004.**
Previous observations reported by our group indicate that **2.45** GHz microwave fields at specific absorption rate (SAR) of 5.6 W/kg reduce the enzyme activity rate of ascorbate oxidase (AO) trapped in liposomes. In this study, we report dose-response studies on these AO containing liposomes irradiated at different SAR values (1.4, 2.8, 4.2, and 5.6 W/kg). No response was observed for SAR below 5.6 W/kg. Liposomes entrapping functional AO in its deglycated form (AO-D) were also used. In this case, no MW related enzyme activity changes were observed, demonstrating a direct involvement of oligosaccharide chains of AO. Furthermore, the catalytic properties of both AO and AO-D were not impaired by MW irradiation, neither in homogeneous solution nor loaded in liposomes, excluding possible changes in the conformation of enzyme as a mechanism. Our results suggest that the oligosaccharide chains of AO are critical to elicit the microwave observed effects on lipid membrane.

**Saalman E, Norden B, Arvidsson L, Hamnerius Y, Hojevik P, Connell KE, Kurucsev T, Effect of 2.45 GHz microwave radiation on permeability of unilamellar liposomes to 5(6)-carboxyfluorescein. Evidence of non-thermal leakage. Biochim Biophys Acta 1064(1):124-130, 1991.**
The influence of **2.45 GHz microwave radiation** on the membrane permeability of unilamellar liposomes was studied using the marker 5(6)-carboxyfluorescein trapped in phosphatidylcholine liposomes. The release of the fluorescent marker was followed by spectrofluorimetry after an exposure of 10 minutes to either microwave radiation or to heat alone of the liposome solutions. A significant increase of the permeability of carboxyfluorescein through the membrane was observed for the microwave-exposed samples compared to those exposed to normal heating only. Exposure to 2.45 GHz microwave radiation of liposomes has been previously found to produce increased membrane permeability as compared with heating. However, in contrast to previous studies, the observations reported here were made above the phase transition temperature of the lipid membrane. The experimental setup included monitoring of the temperature during microwave exposure simultaneously at several points in the solution volume using a fiberoptic thermometer. Possible mechanisms to explain the observations

JA 06583

Studies that show **WiFi** and Devices Health Effects

are discussed.

**Panagopoulos, D. J., Johansson O. & Carlo G.L. Polarization: A Key Difference between Man-made and Natural Electromagnetic Fields, in regard to Biological Activity.** *Sci. Rep.* **5, 14914; doi: 10.1038/srep14914 (2015). Published online Oct 12, 2015.**
In the present study we analyze the role of polarization in the biological activity of Electromagnetic Fields (EMFs)/Electromagnetic Radiation (EMR). All types of man-made EMFs/EMR - in contrast to natural EMFs/EMR - are polarized. Polarized EMFs/EMR can have increased biological activity, due to: 1) Ability to produce constructive interference effects and amplify their intensities at many locations. 2) Ability to force all charged/polar molecules and especially free ions within and around all living cells to oscillate on parallel planes and in phase with the applied polarized field. Such ionic forced-oscillations exert additive electrostatic forces on the sensors of cell membrane electro-sensitive ion channels, resulting in their irregular gating and consequent disruption of the cell's electrochemical balance. These features render man-made EMFs/EMR more bioactive than natural non-ionizing EMFs/EMR. This explains the increasing number of biological effects discovered during the past few decades to be induced by man-made EMFs, in contrast to natural EMFs in the terrestrial environment which have always been present throughout evolution, although human exposure to the latter ones is normally of significantly higher intensities/energy and longer durations. Thus, polarization seems to be a trigger that significantly increases the probability for the initiation of biological/health effects.

**Nelson BK, Conover DL, Krieg EF Jr, Snyder DL, Edwards RM, Effect of environmental temperature on the interactive developmental toxicity of radiofrequency radiation and 2-methoxyethanol in rats. Int Arch Occup Environ Health 71(6):413-423, 1998.**
OBJECTIVE: This research was conducted to determine if altered environmental temperatures would affect the interactive developmental toxicity of radiofrequency (RF) radiation and the industrial solvent, 2-methoxyethanol (2ME). This is important because RF radiation is used in a variety of workplaces that have poorly controlled environmental temperatures, and many workers are concurrently exposed to various chemicals. Furthermore, we have previously demonstrated that combined exposure to RF radiation (10 MHz) and 2ME produces enhanced teratogenicity in rats. METHODS: RF radiation sufficient to maintain colonic temperatures at the control value (38degrees ), 39.0degrees or 40.0 degrees C for 2 or 4 h combined with either 0 or 100 mg/ kg 2ME at environmental temperatures of 18 degrees , 24 degrees and 30 degrees C (65 degrees , 75 degrees , and 85 degrees F) were given on gestation day 13 to Sprague-Dawley rats. Dams were killed on gestation day 20, and the fetuses were examined for external malformations. RESULTS AND CONCLUSIONS: Environmental temperature does affect the specific absorption rate (SAR) necessary to maintain a specific colonic temperature but does not affect the interactive developmental toxicity of RF radiation and 2ME in rats. These results, consistent with the literature, add to the evidence that the developmental toxicity of RF radiation (combined or alone) is associated with colonic temperature, not with SAR.

JA 06584

**Nelson BK, Snyder DL, Shaw PB, Developmental toxicity interactions of methanol and radiofrequency radiation or 2-methoxyethanol in rats. Int J Toxicol 20(2):89-100, 2001.**
This research was undertaken to determine potential interactions among chemical and physical agents. Radiofrequency (RF) radiation is used in numerous workplaces, and many workers are concurrently exposed to RF radiation and various chemicals. The developmental toxicity of RF radiation is associated with the degree and duration of hyperthermia induced by the exposure. Previous animal research indicates that hyperthermia induced by an elevation in ambient temperature can potentiate the toxicity and teratogenicity of some chemical agents. We previously demonstrated that combined exposure to RF radiation (10 MHz) and the industrial solvent, 2-methoxyethanol (2ME), enhanced teratogenicity in rats. Interactions were noted at even the lowest levels of 2ME tested, but only at hyperthermic levels of RF radiation. The purpose of the present research is to investigate if the interactive effects noted for RF radiation and 2ME are unique to these agents, or if similar interactions might be seen with other chemicals. Because methanol is widely used as a solvent as well as fuel additive, and, at high levels, is teratogenic in animals, we selected methanol as a chemical to address generalizability. Based on the literature and our pilot studies, 0, 2, or 3 g/kg methanol (twice, at 6-hour intervals) were administered on gestation day 9 or 13 to groups of 10 Sprague-Dawley rats. Dams treated on day 9 were given methanol and exposed to RF radiation sufficient to maintain colonic temperature at 41 degrees C for 60 minutes (or sham). Those treated on day 13 were given methanol plus either 0 or 100 mg/kg 2ME. Because we observed that methanol produced hypothermia, some groups were given the initial dose of methanol concurrently with the RF or 2ME, and others were given the first dose of methanol 1.5 hours prior to RF or 2ME. Dams were sacrificed on gestation day 20, and the fetuses were examined for external malformations. The results indicate that RF radiation or methanol on day 9 increased the incidence of resorbed fetuses, but no interactive effects were observed. The resorptions were highest in groups given the experimental treatments 1.5 hours apart. The higher dose of methanol also reduced fetal weights. Administration of 2ME or methanol on day 13 increased the rate of malformations, and there was evidence of a positive interaction between 2ME and methanol. Fetal weights were reduced by 2ME and methanol alone, but no interaction was observed. Also, separation of the dosing with the teratogens did not affect the results. <u>These results point out that interactions in developmental toxicology, such as those of RF radiation, 2ME, and methanol that we have studied, are complex, and such interactions cannot be fully understood or predicted without more research. It is important that combined exposure effects be considered when developing both physical agent and chemical agent exposure guidelines and intervention strategies.</u>

**Solomentsev GY, English NJ, Mooney DA. Effects of external electromagnetic fields on the conformational sampling of a short alanine peptide. J Comput Chem. 33(9):917-923, 2012.**
Non-equilibrium molecular dynamics simulations of a solvated 21-residue polyalanine (A21) peptide, featuring a high propensity for helix formation, have been performed at

JA 06585

# Studies that show **WiFi** and Devices Health Effects

300 K and 1 bar in the presence of external electromagnetic (e/m) fields in the microwave region (**2.45 GHz**) and an r.m.s. electric field intensity range of 0.01-0.05 V/Å. To investigate how the field presence affects transitions between the conformational states of a protein, we report 16 independent 40 ns-trajectories of A21 starting from both extended and fully folded states. We observe folding-behavior of the peptide consistent with prior simulation and experimental studies. The peptide displays a natural tendency to form stable elements of secondary structure which are stabilized by tertiary interactions with proximate regions of the peptide. Consistent with our earlier work, the presence of external e/m fields disrupts this behavior, involving a mechanism of localized dipolar alignment which serves to enhance intra-protein perturbations in hydrogen bonds (English, et al., J. Chem. Phys. 2010, 133, 091105), leading to more frequent transitions between shorter-lifetime states.

**Somosy Z, Thuroczy G, Koteles GJ, Kovacs J, Effects of modulated microwave and X-ray irradiation on the activity and distribution of Ca(2+)-ATPase in small intestine epithelial cells. Scanning Microsc 8(3):613-619; discussion 619-620, 1994.**
The distribution and activity of Ca(2+)-ATPase were investigated by histochemical methods in small intestine epithelial cells of mice following total body 2450 MHz low frequency (16 Hz) microwave and X-ray irradiation. In the control animals, enzyme activities were found in the brush border and on lateral membranes, including junctional areas of the cells. The enzyme activity of lateral membranes was inhibited by quercetin, a specific inhibitor of Ca(2+)-ATPase. Immediately after square modulated (16 Hz) **2450 MHz** microwave irradiation at 1 mW/cm2 power densities, we observed a decreased activity of Ca(2+)-ATPase on the lateral membrane regions. The X-ray irradiation (1 Gy) induced a similar decrease of Ca(2+)-ATPase activity which was reversible within 24 hours. "5 Gy" doses resulted in a decrease of enzyme activities on both apical and lateral membrane areas persisting up to 24 hours following irradiation.

**Takashima Y, Hirose H, Koyama S, Suzuki Y, Taki M, Miyakoshi J. Effects of continuous and intermittent exposure to RF fields with a wide range of SARs on cell growth, survival, and cell cycle distribution. Bioelectromagnetics.27(5):392-400, 2006.**
To examine the biological effects of radio frequency (RF) electromagnetic fields in vitro, we have examined the fundamental cellular responses, such as cell growth, survival, and cell cycle distribution, following exposure to a wide range of specific absorption rates (SAR). Furthermore, we compared the effects of continuous and intermittent exposure at high SARs. An RF electromagnetic field exposure unit operating at a frequency of **2.45 GHz** was used to expose cells to SARs from 0.05 to 1500 W/kg. When cells were exposed to a continuous RF field at SARs from 0.05 to 100 W/kg for 2 h, cellular growth rate, survival, and cell cycle distribution were not affected. At 200 W/kg, the cell growth rate was suppressed and cell survival decreased. When the cells were exposed to an intermittent RF field at 300 W/kg(pk), 900 W/kg(pk) and 1500 W/kg(pk) (100 W/kg(mean)), no significant differences were observed between these conditions and intermittent wave exposure at 100 W/kg. When cells were exposed to a SAR of 50 W/kg for 2 h, the temperature of the medium around cells rose to 39.1 degrees C, 100 W/kg

JA 06586

Studies that show **WiFi** and Devices Health Effects

exposure increased the temperature to 41.0 degrees C, and 200 W/kg exposure increased the temperature to 44.1 degrees C. Exposure to RF radiation results in heating of the medium, and the thermal effect depends on the mean SAR. Hence, these results suggest that the proliferation disorder is caused by the thermal effect.

JA 06587

Wi-Fi; 2.45-GHz Microwave Irradiation Adversely Affects Reproductive
Function in Male Mouse, *Mus Musculus* by Inducing Oxidative and Nitrosative
Stress. Free Radical Research (Shahin et al); 2014

USCA Case #20-1138     Document #1869759     Filed: 11/04/2020     Page 214 of 475

Free Radical Research, May 2014; 48(5): 511–525
© 2014 Informa UK, Ltd.
ISSN 1071-5762 print/ISSN 1029-2470 online
DOI: 10.3109/10715762.2014.888717



Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.

ORIGINAL ARTICLE

# 2.45-GHz microwave irradiation adversely affects reproductive function in male mouse, *Mus musculus* by inducing oxidative and nitrosative stress

S. Shahin[1], V. Mishra[1,2], S. P. Singh[3] & C. M. Chaturvedi[1]

[1]Department of Zoology, Banaras Hindu University, Varanasi, India, [2]Department of Molecular Biology, Institute of Medical Sciences, Banaras Hindu University, Varanasi, India, and [3]Department of Electronics Engineering, Indian Institute of Technology, Banaras Hindu University, Varanasi, India

**Abstract**

Electromagnetic radiations are reported to produce long-term and short-term biological effects, which are of great concern to human health due to increasing use of devices emitting EMR especially microwave (MW) radiation in our daily life. In view of the unavoidable use of MW emitting devices (microwaves oven, mobile phones, Wi-Fi, etc.) and their harmful effects on biological system, it was thought worthwhile to investigate the long-term effects of low-level MW irradiation on the reproductive function of male Swiss strain mice and its mechanism of action. Twelve-week-old male were exposed to non-thermal low-level 2.45-GHz MW radiation (CW for 2 h/day for 30 days, power density = 0.029812 mW/cm² and SAR = 0.018 W/Kg). Sperm count and sperm viability test were done as well as vital organs were processed to study different stress parameters. Plasma was used for testosterone and testis for 3β HSD assay. Immunohistochemistry of 3β HSD and nitric oxide synthase (i-NOS) was also performed in testis. We observed that MW irradiation induced a significant decrease in sperm count and sperm viability along with the decrease in seminiferous tubule diameter and degeneration of seminiferous tubules. Reduction in testicular 3β HSD activity and plasma testosterone levels was also noted in the exposed group of mice. Increased expression of testicular i-NOS was observed in the MW-irradiated group of mice. Further, these adverse reproductive effects suggest that chronic exposure to nonionizing MW radiation may lead to infertility via free radical species-mediated pathway.

**Keywords:** microwave irradiation, oxidative stress, free radicals, antioxidant enzymes, steroidogenesis, reproduction

## Introduction

In recent years, there has been many-fold increase in the strength of electromagnetic radiation (EMR) in our environment. EMR is caused by the escape of electromagnetic waves (EMWs) which are produced by the oscillations of electrically charged particles in free space. According to its frequency and energy, EMR can be classified into ionizing radiation (IR) or nonionizing radiation (NIR). IRs involve EMWs of extremely high frequency such as X-rays and gamma rays. These EMWs have enough photon energy to produce ionization by breaking the atomic bonds that hold molecules together in cells. NIR involves the EMWs especially microwaves (MWs) having wavelength from 1 mm to 1 m and frequency between 0.3 and 300 GHz. The photon energy of the NIR is too weak to break the atomic bonds or to produce ionization of molecules. MW radiation can produce thermal effect by inducing electric currents and alter chemical reactions in the cells and tissues. In addition to this, nonthermal effects of MW radiation have also been identified. MW radiations are reported to produce various long-term and short-term biological effects, which are of great concern to human health due to the increasing use of MW-emitting devices in our daily life such as MW oven (2.45 GHz), mobile phones (900/1800/2100 MHz), etc. It has been reported that the leakage from MW oven is 5 mW/cm² (power density) at 5 cm (estimated SAR value 0.256 W/kg) and 1.5 mW/cm² at 30 cm (estimated SAR value of 0.0056 W/kg) [1]. This suggests that the power density of the MW radiation decreases rapidly with increasing distance from the MW-emitting devices.

International Agency for Research on Cancer (IARC) classified EMRs as possible carcinogen to humans. People heavily exposed to MW radiations are more prone to nonmalignant tumors and had an increased risk of malignant gliomas and higher rate of acoustic neuromas. Due to health concern issues, some relevant National and International organizations came forward to establish guidelines, legislations and to recommend exposure limits for safe uses. International Council for Non-Ionizing Radiation Protection and the Institute of Electrical and Electronics Engineers (IEEE) published recommendations concerning the levels of exposure for the general public and workers [2,3]. These guidelines result from the various studies on internal electric fields, currents and MW energy depositions within biological tissues during exposures.

Recent studies elucidated that MW radiation may exert a wide range of adverse effects on the biological system. Exposure to these radiations affect the activation of peritoneal macrophages to a virucidal state, increased immune

Correspondence: Prof. C. M. Chaturvedi, Department of Zoology, Molecular Neuroendocrinology Lab, Banaras Hindu University, Varanasi, India. Tel: 91 542 6702506 (Lab). Fax: 91 542 2368323 (Lab). E-mail: cmcbhu@gmail.com

(Received date: 17 July 2013; Accepted date: 26 January 2014; Published online: 24 February 2014)

JA 06589

USCA Case #20-1138    Document #1869759    Filed: 11/04/2020    Page 215 of 475

Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.

response [4–6], modification of the lipid peroxidation conditions [7–9] etc. The low-level nonthermal MW radiation or mobile phone radiation may propagate through the body and affect the reproductive system of both males and females. MW radiation emitted from mobile phones are also reported to exert an adverse effect on the pituitary gonadotropins, gonadal steroids, sperm count, motility, viability, and quality as well as ROS level and total antioxidant capacity (TAC) capacity of semen [10–14]. Our laboratory has reported that in female mice, 2.45-GHz low-level continuous wave (CW) MW radiation affects embryo implantation sites and causes DNA damage in the brain cell of mice [15]. We have also found that nonthermal MW irradiation-induced oxidative stress not only suppresses implantation, but may also lead to implantation failure/resorption and deformity of the embryo in case pregnancy continues [16]. Further, it has been reported that MW exposure may exert a wide range of adverse effects on the testicular function. Radiofrequency (RF) field exposure to anaesthetized rats and mice resulting in elevated testicular or body temperature may cause depletion of the spermatogenic epithelium, abnormality in sperm morphology, reduction in sperm count, and primary spermatocyte resulting in decreased fertility [17–20]. Studies also suggest that exposure to the various RF fields at different level (1.7 and 10 mW m$^{-2}$) from a commercial antenna park produced a rapid drop in fertility in mice [21]. Akdag et al. [22] reported decreased epididymal sperm count and increased percentage of abnormal sperm in rats chronically exposed to 9.45 GHz at a whole-body SAR of power 2 W/kg.

MW radiation acts as one of the environmental stressors, responsible for generating/inducing oxidative stress, a pronounced prooxidant state, caused by the excessive production of free radicals or from the weakening of the antioxidant defense system. Imbalance between the production and manifestation of reactive oxygen species (ROS) and reactive nitrogen species (RNS), that is, extensive production of free radicals, cause toxic effects and damage all the components of a cell, including proteins, lipids, and nucleic acids. Free radicals are also implicated in the induction of apoptosis [23] and cellular senescence [24]. It promotes the oxidation of amino acid residue side chains, formation of protein–protein cross-linkages and oxidation of the protein backbone resulting in fragmentation and aggregation. These oxidative modifications enhance the degradation of critical enzymes by the multicatalytic proteasome complex [25] and thereby results in havoc rise in free radicals throughout the cell lead to oxidative stress.

Both oxidative and nitrosative stress have been attributed to most of the cases of infertility of both males and females [26]. Male infertility, which currently account for approximately half of all cases, is increasing faster than female infertility. Despite the low oxygen tensions that characterize the testicular microenvironment, testis remains vulnerable to oxidative and nitrosative stress due to the abundance of highly unsaturated fatty acid and the presence of potential ROS/RNS generating system.

Substantial evidence suggests that small amount of free radicals are necessary for spermatozoa to acquire fertilizing capabilities [27,28]. Low levels of free radicals are essential for acrosome reaction, hyperactivation, motility, capacitation, and fertilization [29,30]. But at high concentration it damages the sperm membrane which in turn reduces the sperm's motility and ability to fuse with the oocyte. ROS directly damage sperm DNA, compromising the paternal genomic contribution to the embryo. MW radiation emitted from mobile phones may produce ROS which is responsible for inducing infertility [31]. Studies suggest that sperm damage by ROS may occur due to MW field exposure [32–34]. MW exposure at 2.45 GHz decreases sperm count, increases apoptosis, and affects the level of antioxidant enzymes [35]. The increased ROS/RNS production in the testis is responsible for possible toxic effects on physiology of reproduction. However, cells have their defense mechanism, that is, antioxidants (glutathione peroxidase-GPx, catalase-CAT, and superoxide dismutase-SOD) to fight against increased production of ROS. Further, Kesari et al. [36–39] have shown changes in the antioxidant enzyme levels at various MW frequencies (900 MHz, 2.45 GHz, and 50 GHz) in brain and sperm.

Although majority of studies on MW-irradiated animals with reference to reproductive performance are associated with sperm deformities but the underlying mechanism is still unknown. In view of the unavoidable use of MW-emitting devices and their harmful effects on the biological system, it was thought worthwhile to investigate the long-term effects of low-level MW exposure (2.45 GHz) on antioxidant system and ROS/RNS generation as well as alteration in the reproductive function of male mice. For our experiment, we have selected 2.45 GHz frequency which is within the range of 2.45 GHz frequency band allocated for industrial, scientific, medical, and domestic (ISMD) applications and for several wireless communication standards [40]. We have chosen the whole body specific absorption rate (SAR) level of 0.018 W/kg, which is also comparatively very low as compared with the amount of daily exposure by MW radiation emitting appliances such as mobile phones and other appliances. Present study, for the first time indicates the ROS/NO status in different tissues as well as testicular expression of nitric oxide synthase (i-NOS) and 3β HSD of MW-exposed mice.

## Materials and methods

### Study design

Swiss strain male mice (12 weeks old, body weight ~30 g) were obtained from the mice colony of our laboratory maintained under light:dark cycle (LD12:12). Animals were kept under steady-state, received standard pelleted food, and water *ad libitum*. Randomly selected, 40 mice were divided into two groups (control and experimental) of 20 mice each ($N = 20$). Experimental group mice were

JA 06590

*Impact of microwave irradiation on male reproduction*  513

Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.

irradiated to 2.45-GHz CW low-level MW radiation for 2 h/day, from 09:00 to 11:00 h for 30 days continuously. The control group mice were subjected to sham exposure. Rectal temperature of both the groups was measured before and after the exposure during the first 3 days and the last 3 days of exposure. Experiment was conducted in accordance with institutional practice and within the framework of the revised animals (Scientific procedures) act of 2002 of the Government of India on Animal welfare. Experiment was repeated twice and the native PAGE assays were repeated five times for each experiment.

All the biochemical parameters, sperm count, and sperm viability test were performed in the tissue of 15 animals while the tissues of other five animals were fixed for routine histology and immunohistochemistry. In the first experiment, brain and testis of only one mouse were fixed while in the second experiment, tissues of four mice were fixed for histology and immunohistochemical study.

*Exposure setup*

MW power to pyramidal horn antenna was delivered by the Analog Signal Generator MW source (Model no. E 8257D PSG, manufactured by Agilent Technologies, USA). The experimental setup used for MW irradiation of mice consists of Analog Signal Generator covering a frequency range from 250 kHz–20 GHz, a coaxial attenuator, MW amplifier (model no. 8349B Hewlett Packard Co., USA), coaxial to waveguide transition, 20 dB cross-coupler and E-plane bend, pyramidal horn antenna in addition to animal cage and a box covered by MW absorbers (Figure 1). Pyramidal horn antenna was made up of silver-polished brass material. Its throat and mouth dimensions were $7.2 \times 3.2$ cm and $9.0 \times 5.0$ cm, respectively, and axial length of the antenna from the throat was 10.0 cm. Gain of the horn antenna ($G_t$) was found to be 4.0657 dB, as calculated by three-antenna method. The distance between pyramidal horn and the mid-plane of animal body (assuming the body length to remain horizontal during exposure) was estimated through far-field criterion ($R \geq 2D^2/\lambda$) to be 25 cm (Figure 1). The animal cage cross-sectional dimensions in E- and H-planes (electric and magnetic field planes

respectively) were designed on the basis of 1.24 and 1.69 dB beam-widths in corresponding planes of the horn, respectively. For this purpose, the horn radiation patterns were also measured at 2.45 GHz in E- and H-planes [41]. Maximum output power measured by the power meter with power sensor (Model no. 836A, manufactured by Agilent Technologies, USA) was 19.8 dBm delivered to the horn antenna from the amplifier. The power meter has a range from 30 µW to 3 W (Model no. 8481H, Hewlett Packard Co., USA).

Animal cage was designed in such a way that it contained 10 compartments of equal sizes. The dimension of the animal cage was $19.2 \times 17.6 \times 15$ cm and each compartment was $3.5 \times 8.5 \times 15$ cm accommodating single mouse at a time. Pine wood material with low dielectric constant was used for making the cage and partition walls of the cage. For air ventilation, small circular holes of 1 cm diameter were drilled on the side and the partition walls of the cage and the upper portion of the cage remained open. Base as well as sides and partition walls of the cage were covered by carbon-impregnated Styrofoam MW absorber to reduce the reflections of scattered beam. Each mouse was kept in the separate compartment of the cage throughout the exposure period. The partitions were made in such a way that mice remain restrained in the cage during the period of MW irradiation and were exposed with their length parallel to E-field. The animal cage was placed on the stand in a box covered from all the four sides by MW absorbers to minimize reflections (Figure 1). Mice were exposed daily for two hours, from 09:00 to 11:00 for 30 days continuously. The temperature in the chamber was maintained at 25–27°C throughout the exposure period by circulating air. The 20-dB cross-coupler and power meter with power sensor were used to measure the power input to antenna and reflections from it. Power transmitted from the antenna was equal to 64.776 mW and this was estimated by subtracting the power reflected from the antenna (when it faces toward free space), from the measured input power. The power density was computed using the following formula:

$$\text{Power Density} = \frac{P_t G_t}{4\pi R^2}$$



Figure 1. Microwave (MW) exposure setup and the position of animal cages during MW exposure. Mice were exposed to nonthermal 2.45-GHz low-level MW radiation for 2 h/day continuously for 30 days using MW source and Pyramidal horn antenna (power density = 0.029812 mW/cm$^2$ and SAR = 0.018 W/Kg).

Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.

S. Shahin et al.

where $P_t$ is the power transmitted in to the cage, $G_t$ is the gain of the horn, and $R$ is the distance between the horn aperture and mid-plane of the body of mouse in the exposure cage. Mice of experimental group were exposed to 2.45-GHz MW radiation at power density = 0.029812 mW/cm$^2$ and average specific absorption rate (SAR) = 0.018 W/Kg. The SAR value was estimated for body length parallel to the electric field, as per actual placement of the mouse [41]. The exposure at power density = 0.029812 mW/cm$^2$ did not cause any elevation in the ambient temperature of the cage as well as rectal temperature of the mouse. The average rectal temperature of the mice was $35.81 \pm 0.2°C$ (control group) and $35.9 \pm 0.2°C$ (experimental group) before exposure and $35.91 \pm 0.2$ (control group) and $36.05 \pm 0.2$ (experimental group) after the end of exposure.

*Blood collection and tissues sampling*

After 24 h of the termination of 30 days exposure, mice were sacrificed by decapitation, and blood was collected in heparinized tubes. Brain was dissected out to separate hypothalamus and liver, kidney, and the testis were removed from the dissected body. After washing with ice-cold sterile physiological saline solution all the tissues were stored in $-20°C$ until processed for study of different parameters. Epididymis was removed to study sperm count and sperm viability. Brain and right testis of five animals were fixed in 4% paraformaldehyde solution for normal histology and Immunohistochemistry.

*Histology of testis*

Testis was fixed in 4% paraformaldehyde solution for 24 h, dehydrated through increasing concentrations of ethanol, and embedded in paraffin prior to sectioning. 6-μm-thick sections of testis were cut by Lieca RM2125 RT rotatory microtome (Leica Biosystems Nussloch GmbH, Nussloch, Germany) and processed for routine histology (haematoxylin-eosin staining) followed by morphometric measurements and image analysis.

*Sperm viability and sperm count*

Sperm viability was assessed using a supra-vital staining technique based on the principle that cells with damaged plasma membrane take up the stain, while viable ones do not [42]. For this, excised cauda epididymis placed in a pre-warmed Petri dish containing 0.5 ml of normal saline (0.9% NaCl) maintained at 37°C was minced with scalpel for approx. 1 min. A drop of sperm suspension and a drop of eosin-negrosin stain (1% eosin Y + 5% negrosin, 1:1) were placed on a clear glass slide and mixed thoroughly with the help of a fine glass rod. A portion of the mixture was transferred to a second slide and a thin film was prepared. The slide was then examined under the microscope (400×), and one hundred spermatozoa (viable and dead) were counted from 10 different areas on the slide. Spermatozoa appearing pinkish (stained) were considered to be dead, while those appearing colorless (unstained) were

counted as viable. Sperm viability was calculated in percent using the following formula:

$$\text{Viability (\%)} = \frac{\text{number of viable spermatozoa}}{\text{total number of spermatozoa (viable + dead)}} \times 100$$

Sperm count was performed using hemocytometer (Fein-Optik, Jena, Germany) with improved Neubauer ruling [42]. For this, the sperm suspension was diluted 20-fold with normal saline (0.9% NaCl) in a white blood cell pipette; the sperm suspension was drawn to the 0.5 mark halfway up the stem and saline subsequently to the 11 mark at the top of the bubble chamber. The preparation was mixed thoroughly and then one drop of it was added to both sides of the hemocytometer. The number of spermatozoa was counted in the four corner squares of the hemocytometer under a microscope (400×) and the average numbers were calculated. If spermatozoa crossed the lines of the grid, only those at the top and right-hand sides of the squares were counted. Number of spermatozoa per cauda epididymis was expressed as follows:

$$\begin{aligned}
\text{Sperm number} &= \text{averaged no. of spermatozoa counted (N)} \\
&\quad \times \text{multiplication factor (10,000)} \\
&\quad \times \text{dilution factor (20)} = N \times 10,000 \\
&= N \times 0.2 \times 10^6 \text{ spermatozoa}
\end{aligned}$$

*Isolation of plasma and tissue homogenization*

Blood samples were kept at room temperature for 30 min and then centrifuged at 4000 rpm at 4°C for 15 min. The supernatant was collected as plasma and used for testosterone estimation. For NO and ROS estimation, liver, kidney, hypothalamus, and testis were homogenized in 50 mM phosphate buffer (pH 7.4) for 30 s using a Polytron homogenizer. The remaining homogenates, after adding protease inhibitor 0.2 μM PMSF, were centrifuged at 12,000 rpm for 30 min at 4°C. The resultant supernatant was used for measuring MDA level and determining antioxidant enzymes activity by native gel. Total protein concentration was measured using Lowry's method using BSA as standard.

*Measurement of total ROS level*

The total ROS generation in fresh homogenate of different tissues was assessed using the method of Bejma et al. [43] with slight modification. For this, 2′ 7′-dichlorodihydrofluorescein diacetate (DCFH-DA), a nonpolar compound was used as a probe. DCFH-DA after conversion to a polar derivative by intracellular esterase, can rapidly react with ROS to form the highly fluorescent compound dichlorofluorescein. Briefly, the homogenate was diluted in PBS to obtain a concentration of 25 μg tissue protein/ml. The reaction mixture containing diluted homogenate and 10 μl of DCFH-DA (10 μM) was incubated for 15 min at room temperature to allow the DCFH-DA to be incorporated into any membrane-bound vesicles and the diacetate group

JA 06592

Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.

cleaved by esterase. After 30 min of further incubation, the conversion of DCFH-DA to the fluorescent product DCF was measured using a spectrofluorimeter with excitation at 484 nm and emission at 530 nm. Background fluorescence (conversion of DCFH-DA in the absence of homogenate) was corrected by the inclusion of parallel blanks.

*Estimation of total nitrite and nitrate concentration*

Nitric oxide (NO), a reactive free radical is generally oxidized to $NO \times$ (nitrite-$NO_2^-$/nitrate-$NO_3^-$). The total nitrite and nitrate concentration was measured using the indirect method of Sastry et al. [44] in liver, kidney, hypothalamus, and testis using acidic Griess reaction for color development after the reduction of nitrate with copper-cadmium alloy and deproteinization. In brief, the reaction mixture was prepared by adding 100 μl of sample or standard ($KNO_3$), 400 μl of carbonate buffer, and a small amount (0.15 g) of activated copper-cadmium alloy fillings (washed in buffer and dried on a filter paper) in the tube. The reaction mixture was then incubated at room temperature for 1 h with thorough shaking. The reaction was stopped by the addition of 100 μl of 0.35 M sodium hydroxide (NaOH), followed by 400 μl of 120 mM zinc sulphate ($ZnSO_4$) solution under vortex, and allowed to stand for 10 min. The tubes were then centrifuged at 8000 rpm for 10 min. 100 μl aliquots of the clear supernatant were transferred into the wells of a microplate (in quadruplicate) and Griess reagent (50 μl of 1.0% sulphanilamide prepared in 2.5% orthophosphoric acid and 50 μl of 0.1% N-naphthylethylenediamine prepared in distilled water) was added to it with gentle mixing. After 10 min, the absorbance was measured at 545 nm against a blank (containing the same concentrations of ingredients but no biological sample) in a microplate reader (MS5605A, ECIL, Hyderabad, India) using the path check option.

*Lipid peroxidation assay*

Level of lipid peroxides were measured by estimation of malondialdehyde (MDA), end product of lipid peroxidation using the method of Ohkawa et al. [45] with a slight modification. MDA reacts with thiobarbituric acid (TBA) to yield a colored compound. Briefly, to 100 μl of tissue homogenate, 50 μl of 0.8% butylated hydroxytoluene, 750 μl 0.8% of TBA, 750 μl of 20% acetic acid (pH 3.5), and 100 μl of 8% SDS were added. The reaction mixture was then incubated at 95°C in water bath for 1 h. After this, the mixture was cooled down by keeping on ice for 15 min and then centrifuged at 2000 rpm for 10 min. Absorbance was taken at 532 nm and the results was expressed as nano moles MDA/mg protein.

*Antioxidant enzymes assay by native PAGE*

ROS-scavenging enzymes: SOD, CAT, and GPx activities were determined by nondenaturing polyacrylamide gel electrophoresis (Native PAGE). SOD assay was performed using 12% native gel slab in Tris-glycine buffer (pH 8.3) at a constant voltage of 100 V. In case of liver 20 μg, kidney 30 μg, hypothalamus 35 μg, testis 30 μg, and for plasma 30 μg of protein was loaded in each lane. After electrophoresis, the gel was subjected to substrate-specific staining of SOD bands as described by Beauchamp and Fridovich [46]. The staining mixture consisted of 2.5 mM NBT, 28 μM riboflavin, and 28 mM TEMED. After 30 min incubation in the dark, gel was exposed to a fluorescent light to develop achromatic bands against dark-blue background corresponding to SOD protein in the gel.

Active level of CAT was determined by the method of Sun et al. [47]. For this, sample containing 15 μg proteins for liver and kidney, 25 μg for hypothalamus and testis, and for plasma 30 μg protein were electrophoresed on 7.5% Native PAGE. To developed specific bands of CAT, gels were soaked for 10 min in 0.003% $H_2O_2$ and then incubated in a staining mixture consisted of 1% potassium ferricyanide and 1% ferric chloride. Achromatic bands of catalase appeared against a blue–green background.

GPx activity was assayed using the method of Lin et al. [48]. After 10% nondenaturing PAGE containing 30 μg protein in case of liver, 40 μg for kidney, 50 μg for hypothalamus, 40 μg for testis and plasma, the gels were incubated in a staining mixture composed of 50 mM Tris-Cl buffer (pH 7.9), 3 mM GSH, 0.004% $H_2O_2$, 1.2 mM NBT, and 1.6 mM PMS for 45 min. Achromatic bands corresponding to GPx activity appeared against a violet–blue background.

Enzyme activity staining after native PAGE was repeated at least five times and the intensity of bands in all the cases were quantitated by gel densitometry using Image J vs 1.36 software (NIH, USA).

*Biochemical estimation of 3β HSD*

3β-hydroxysteroid dehydrogenase (3β HSD) enzyme activity in testis of mice was assayed using the method of Shivanandappa and Venkatesh [49]. In brief, 10% homogenate was prepared in 0.1 M Tris-HCI buffer (pH 7.8). The homogenate was centrifuged at 12,000 g at 4°C and the supernatant was used as the source of enzyme. The reaction mixture contained 0.1 M Tris-HCI buffer (pH 7.8) containing 500 μM NAD, 100 μM DHEA as substrate and 50 μl supernatant in a total volume of 3 ml and incubated at 37°C for 1 h. The reaction was stopped by the addition of 2 ml of phthalate buffer (pH 3) and the absorbance was noted at 490 nm. The enzyme activity was calculated from the standard curve of NADH and expressed as nano moles NADH formed/min/mg protein.

*Enzyme immunoassay for testosterone*

The level of testosterone in the plasma was measured directly using commercial "DS-EIA-Steroid-Testosterone" kit (DSI S.r.l., Saronno (VA), Via A, Volonterio 36a, 21047, Italy) according to the manufacturer's instructions.

*Immunohistochemistry of i-NOS*

Immunohistochemistry for i-NOS was carried out on paraformaldehyde-fixed paraffin-embedded testis sections using

56    S. Shahin et al.

Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.

polyclonal antibodies. Immunohistochemistry was performed in a two-step procedure using Vectastain ABC kit (Vector Laboratories, Burlingame, CA, USA). In the first step, after initial deparaffinization in xylene and rehydration in graded series of alcohol, slides were incubated with rabbit-i-NOS antisera (dilution 1:250) for 24 h in humid chamber [50]. In second step, slides were incubated with horseradish peroxidase-conjugated goat anti-rabbit immunoglobulins for 30 min. Finally, diaminobenzidine hydrochloride was used as a chromogen molecule for the immunological detection.

### Immunofluorescence of 3β HSD: Confocal microscopy

Testis slides were also processed for immunofluorescence to check the expression of rate-limiting enzyme 3β HSD using goat-3β HSD antisera (1:500) for 24 h. Immunological reactivity was checked using TRITC-conjugated secondary antisera. To confirm the subcellular localization and alteration in the expression of 3β HSD in the cytoplasm of testicular Leydig cells, we have proceeded for Confocal microscopy for immunofluorescent detection of 3β HSD.

### Statistical analysis

Data are presented as the mean ± standard deviation. For statistical analysis, Student's t-test was performed using SPSS software to compare between the means of the different parameters of the control and experimental groups. A p-value of less than 0.05 was considered significant. Since the study was repeated, statistical analysis was done by pooling the data sets of both the experiments.

## Results

### Histology

We observed marked alterations in the histoarchitecture of the testis of low-level 2.45-GHz MW-irradiated group of mice as compared to those of control group testis in which all the seminiferous tubules showed normal histological features of "full breeding condition". As compared to that of control, a significant reduction was observed in the seminiferous tubule diameter of the testis of exposed group of mice. Further, in addition to non-uniform degenerative changes in the seminiferous tubules, distorted Leydig cells were also observed in the testis of MW-exposed mice. Affected seminiferous tubules in the testis of MW-irradiated mice showed damaged seminiferous epithelium, detachment of the spermatogonial cells from the tunica propria resulting in the formation of a peripheral gap and depletion of germ cells leads to randomized gap formation within some seminiferous tubules (Figure 2).

### Sperm count and sperm viability

A significant decrease in the number of sperms ($p < 0.001$) and their viability ($p < 0.01$) was observed in the cauda epididymis of MW-irradiated group of mice compared to that of control. The numbers of dead sperms were found to be increased significantly in exposed group of mice when checked by eosin-negrosin staining (Figure 3).

### ROS level

The overall oxidative status in liver, kidney, hypothalamus, and testis homogenates was assessed by measuring total ROS production with a DCFH-DA probe. We observed a significant elevation in ROS production indicated by increased fluorescence intensity in the liver ($p < 0.001$), kidney ($p < 0.01$), hypothalamus ($p < 0.001$), and testis ($p < 0.001$) of MW-exposed group of mice as compared to that of control (Figure 4).

### Total nitrite and nitrate concentration

To check whether low-level 2.45-GHz MW radiation cause nitrosative stress via increasing RNS, we measured NO level in liver, kidney, hypothalamus, and testis. In MW-irradiated group of mice, a significant increase in total nitrite and nitrate concentration was observed in liver ($p < 0.01$), kidney ($p < 0.01$), hypothalamus, and testis ($p < 0.05$), compared to that of the control group (Figure 5). These results indicate that the level of NO has increased in these tissues after MW exposure and thus is responsible for generating nitrosative stress.

### Lipid peroxidation

It is well documented that oxidative stress induced by the overproduction of free radicals result in lipid peroxidation, therefore we next examine MDA level, the end product of lipid peroxidation which increases during oxidative stress. In the present study, a significant increase has been observed in MDA level of MW-exposed mice in different tissues compared to that of control (Figure 6). Highly significant increase was found in case of liver ($p < 0.001$) and kidney ($p < 0.001$) than hypothalamus ($p < 0.05$) and testis ($p < 0.01$).

### Antioxidant enzymes activity

Next we have checked the alteration in the activity of antioxidant enzymes: SOD, CAT and GPx in different tissues by performing native gel (Figure 7). The nonthermal MW exposure increased free radical load and altered the activity of ROS-scavenging enzymes: SOD, CAT and GPx. These antioxidant enzymes combinatorially play a major role in maintaining the intracellular concentration of ROS by forming the first line of defense against ROS.

### SOD activity

SOD activity reduced in all different tissues of 2.45-GHz MW-radiation exposed group of mice when compared to that of control (Figure 7a). The SOD activity showed a highly significant decrease in liver ($p < 0.001$), kidney ($p < 0.01$), hypothalamus ($p < 0.001$), and testis ($p < 0.001$) compared to that of control.

JA 06594

Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.



**Control (20X)**     **Control (40X)**

**Exposed (20X)**     **Exposed (40X)**

**Exposed (20X)**     **Exposed (40X)**

Figure 2. Transverse Section of testis of microwave-irradiated mice (H&E staining). Note significant decrease in the seminiferous tubule diameter and damaged seminiferous epithelium as well as degenerated Leydig cells in the testis of exposed mice (middle and lower panel) compared to that of control (upper panel) Germ cell of exposed mice have a degenerated appearance in the epithelium. Formation of gaps were also seen between the peripheral layers of spermatogonial cells in the seminiferous tubules of nonthermal low-level 2.45-GHz microwave-irradiated mice.

*Catalase activity*

Similar trend of decrement was also observed in CAT activity (Figure 7b). We found that CAT activity decreased significantly in all different tissues, that is, liver ($p < 0.001$), kidney ($p < 0.01$), hypothalamus ($p < 0.001$), and testis ($p < 0.001$) of MW-irradiated mice when compared to that of the control group.

*GPx activity*

GPx activity of both the isoforms (GPx1 and GPx2) was found to be decreased significantly ($p < 0.001$) in liver and kidney of MW-exposed mice as compared to that of the control; however, in the hypothalamus and testis GPx 1 and GPx 2, respectively, were found to be decreased significantly. On the other hand, in plasma, only one isoform (GPx1) was evident which did not

show any difference between the control and exposed mice (Figure 7c & d).

*3β HSD activity*

It was found that 2.45-GHz MW radiation caused a statistically significant decrease in the activity of testicular 3β hydroxysteroid dehydrogenase (3β HSD) ($p < 0.01$), a crucial enzyme in the steroid biosynthesis pathway, compared to that of control (Figure 8A).

*Plasma testosterone*

Both oxidative and nitrosative stress has been shown to potently reduce testosterone production *in vivo*. Therefore, we next measure the plasma testosterone concentration. It has been observed that plasma testosterone level decrease significantly ($p < 0.001$) in the MW-irradiated

Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.



Figure 3. Effect of 2.45-GHz microwave (MW) irradiation on the (a) sperm count and (b) sperm viability of mice. MW irradiation significantly decrease the number of sperm along with increased number of dead sperm compared to that of control. Data are presented as mean ± standard deviations ($n = 15$). Significance of difference from control, $**p < 0.01$, $***p < 0.001$.

group of mice as compared to that of the control group (Figure 8B).

### Immunohistochemistry of i-NOS

Nitric oxide (NO), which is a free radical gas as well as a ubiquitous signaling molecule produced by NO synthases, has been proposed to mediate many physiological functions. It has been proposed that the involvement of NO in stress is due to activation of testicular inducible i-NOS. To check whether the tissue-specific synthesis of NO is induced by the MW irradiation, immunohistochemical localization of i-NOS has been performed. Result shows a significant increase in i-NOS-immunoreactivity in the spermatogonial cells of seminiferous tubules and Leydig cells of MW-irradiated mice testis compared to that of control (Figure 9).

### Immunofluorescence of 3β HSD

We also observed a significant decrease in the expression of 3β HSD, a key enzyme in steroidogenesis pathway, in the cytoplasm of testicular Leydig cells of exposed group of mice (Figure 10).

### Discussion

Present study clearly elucidated that low-level 2.45-GHz MW radiation with power density = 0.029812 mW/cm$^2$ and SAR = 0.018 W/Kg has negative impact on male reproductive system. These experimental findings indicate that MW irradiation exerts a wide range of adverse effects on testicular functions. It affects the testicular morphology by decreasing the diameter of seminiferous tubules, degeneration of seminiferous epithelium, and formation of peripheral gaps in some tubules by the detachment of spermatogonial layer from the tunica propria. These changes including germ cell degeneration, reduced sperm counts, and viability may occur as the consequence of reduced testosterone concentrations in MW-exposed group of mice, since high level of testosterone is essential for normal spermatogenesis as well as for the maintenance of structural morphology and normal physiology of seminiferous tubules [51,52]. Yan and group also reported that long-term exposure to low-intensity MW radiation evidently increased the sexual dysfunction rate in humans [53]. During spermatogenesis, testosterone is also required for the attachment of



Figure 4. Increased DCFH-DA fluorescence (measure of ROS) was observed in liver, kidney, hypothalamus, and testis of microwave-irradiated mice as compared to that of control. Highly significant increase was observed in all the tissues. Results were expressed as mean ± standard deviations ($n = 15$). Significance of the difference was determined by using the two-tailed Student's t test. $**p < 0.01$ and $***p < 0.001$ significance of difference from control.

*Impact of microwave irradiation on male reproduction* 519

Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.



Figure 5. MW-irradiated mice showed a significant increase in total nitrite and nitrate concentration in liver, kidney, hypothalamus, and testis ($n = 15$). Values are expressed as mean ± standard deviations. *$p < 0.05$ and **$p < 0.01$ significance of difference from control.

different generations of germ cells in seminiferous tubules and therefore decreased testosterone concentration may lead to detachment of germ cells from seminiferous epithelium and cell death by initiating germ cell apoptosis [54,55]. Our findings are consistent with previous studies which suggest that MW radiation can negatively affect the quality of sperm which can potentially impair the reproduction in the humans and rodents [56,57]. Although, some researchers have reported that acute MW exposure can have direct effect on the seminiferous tubule epithelium through increase in testicular temperature but, the power density and SAR values used in these studies were too high [18,19,58] and greater than the present study. MW exposure at power density $= 0.029812$ mW/cm² and SAR $= 0.018$ W/Kg does not cause any elevation in the ambient temperature of the animal cage as well as rectal temperature of mouse and hence eliminates the possibility of thermal effects of MW exposure on spermatogenesis and sperm count and viability.

With a significant elevation in ROS, RNS, and MDA level in liver, kidney, hypothalamus, and testis, we also observed a significant decrease in ROS-scavenging enzymes (SOD, CAT, and GPx) in exposed group of mice. These findings are consistent with our previous study in female mice which demonstrated that mice exposed to 2.45-GHz (CW) MW irradiation is responsible for generating extensive free radical load as evident from increased ROS/RNS and reduction in antioxidant enzyme activities [16]. The kidney is a major potential route for the absorption of hazardous materials encountered in the environment. It helps in the excretion of waste products of metabolism and drugs. It regulates the homeostasis of body water as well as performs endocrine (hormonal) functions. As a multifunctional organ, liver takes part in uptake, metabolism and excretion of nutrients. It helps in the excretion of endogenous wastes and xenobiotics, synthesis and secretion of plasma proteins, clotting factors. It also maintains metabolic homeostasis (glucose and lipids) and assists in the digestion of fat (via bile). The alteration/



Figure 6. 2.45-GHz MW irradiation result in increased lipid peroxidation. Significant increase in malondialdehyde (MDA) level, end product of lipid peroxidation, was observed in different tissues of MW-exposed mice. Values were expressed as mean ± standard deviations ($n = 15$). Data were analyzed using the two-tailed Student's t-test. Significance of difference from control, *$p < 0.05$, **$p < 0.01$, ***$p < 0.001$.

Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.

significant increase in oxidative and nitrosative stress parameters (free-radical load, ROS, NO, and MDA level) and significant decrease in the activities of antioxidant enzymes in kidney and liver suggests the ill effects of MW at the organ as well as the system level. These continuously produced ROS are scavenged by SOD, GPx, and CAT. Under some circumstances, these endogenous antioxidative defenses are likely to be perturbed as a result of overproduction of oxygen radicals, inactivation of detoxification systems, consumption of antioxidants, and failure to adequately replenish antioxidants in tissue. It has been demonstrated in numerous studies that ROS are directly involved in oxidative damage of cellular macromolecules such as lipids, proteins, and nucleic acids in tissues. The exact mechanism of MW-interactions is not yet clearly understood, although few studies have suggested the involvement of lipid peroxidation, free radical formation, and biochemically induced oxidative stress. Since, in

addition to its reproductive effects MW radiation also affects liver and kidney, present study suggests that MW exposure may interfere with the overall functions of the organ system.

With reference to the reproductive system, it appears that in testis, over production of free radicals and decreased anti-oxidant status are responsible for causing toxic effects on the testicular physiology. SOD and CAT are enzymatic antioxidants which inactivate the superoxide anion ($O_2^{\bullet-}$) and peroxide ($H_2O_2$) radicals by converting them into water and oxygen. GPx is the final member of the antioxidant triad which is involved in the reduction of hydrogen peroxides using glutathione as an electron donor. Therefore, as a consequence of MW radiation-induced decrease in ROS-scavenging enzymes: SOD, CAT, and GPx, there is spontaneous increase in toxicity due to elevation of free radicals superoxide ($O_2^{\bullet-}$), hydrogen peroxide ($H_2O_2$), hydroxyl radical ($^{\bullet}OH$), nitric oxide ($NO^{\bullet}$),





Figure 7. Changes in Antioxidant enzymes activities—SOD (a), CAT (b) and two isoforms of GPx (GPx 1-c and GPx 2-d) of 2.45-GHz microwave-irradiated mice demonstrated by native gel. The intensity of bands in all the cases is quantified by gel densitometry. Values are expressed as mean ± standard deviation. Significance of difference from control *$p < 0.05$, **$p < 0.01$, ***$p < 0.001$.

Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.

**3. Glutathione peroxidase activity**



**(c)**

**(d)**

Figure 7. (*Continued*)



Figure 8. Effect of 2.45-GHz microwave irradiation on (A) testicular 3β HSD and (B) Plasma Testosterone concentration. Highly significant decrease was observed in 3β-HSD activity, a key enzyme in steroidogenesis pathway. Plasma testosterone level is also found to be significantly reduced in MW-exposed group. Values are expressed as mean ± standard deviation. Significance of difference from control, $**p < 0.01$, $***p < 0.001$.

Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.



**Control**    **Exposed**

Figure 9. Immunohistochemistry of i-NOS in mice testis. Note significantly increased i-NOS immunostaining in the spermatogonial cells of seminiferous tubules and Leydig cells of microwave (MW)-irradiated mice testis compared to that of control. 2.45-GHz nonthermal MW exposure induce the activation of testicular i-NOS and subsequently raising the production of NO which is a free radical gas as well as main causative agent of nitrosative stress, resulting havoc free radical load.

etc. in the body. This results in increased lipid peroxidation in different tissues. Desai et al. [59] and Agarwal et al. [60] showed a possible mechanism for increased ROS generation in various cellular targets. MW radiation stimulates plasma membrane NADH oxidase. SOD and CAT remove $O_2^{\bullet-}$ generated by NADPH oxidase and play a major role in decreasing lipid peroxidation and protecting spermatozoa against oxidative damage [61]. Evidences show a link between deficient SOD and CAT activity, and male infertility [62–66]. GPx must play an important protective role against oxidative attack since its specific inhibition *in vitro* using mercaptosuccinate leads to a large

increase in sperm lipid peroxidation [67]. Male factor infertility linked with a reduction in seminal plasma [68] and spermatozoa GPx activity [69] further supports an important role for this enzyme in male fertility.

Low amount of controlled endogenous ROS generation by spermatozoa play a significant role in inducing sperm capacitation/acrosome reaction and acquisition of sperm-fertilizing ability [28,70]. Thus, although physiological levels of ROS are required for spermatogenesis, an excessive production of ROS resulting from low-level 2.45-GHz MW radiation appears to have deleterious effects on testicular function. High generation of ROS accompanied by



Figure 10. Confocal microscopy showing immunofluorescence of 3β-HSD in testicular Leydig cells of MW-irradiated mice. Note significantly decreased expression of 3β-HSD enzyme, one of the prime enzyme in the steroidogenesis pathway, which play a key regulatory role in testicular androgenesis, in the cytoplasm of testicular Leydig cells of low-level 2.45-GHz MW-exposed mice compared to that of control.

Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.

low scavenging antioxidant levels in different tissues will induce a state of oxidative stress. Since testicular membranes are rich in molecules such as fatty acids (i.e., lipids), which are prone to oxidative injury, it is reasonable to consider that lipid peroxidation (i.e., damage to the cell membranes) may contribute to the gonadal dysfunction that occurs as a result of low-level MW irradiation. Since, overproduction of free radicals by MW exposure results in lipid peroxidation, which may cause rupture of the cell as well as nuclear membrane, it is suggested that degeneration of seminiferous epithelium and disarray in cellular organization of seminiferous tubules is the outcome of MW-induced oxidative/nitrosative stress in the testicular environment. Free radicals generated after MW irradiation also react with the polyunsaturated fatty acid-rich spermatozoa resulting in peroxidation which finally leads to sperm destruction causing reduced motility and viability. Studies also suggest that elevated ROS level endanger sperm motility, viability, and function by interacting with membrane lipids, proteins and nuclear and mitochondrial DNA [71–74]. Falzone et al. [75] demonstrated that mitochondrial membrane potential of the human sperm cells was decreased after 900 MHz mobile phone EMR. Further, Erogul and group [12] reported that semen samples from 27 healthy human volunteers exposed to MW radiation emitted from an active GSM cell phone at 10 cm distance caused a statistically significant decrease in forward sperm movement, as well as a reduction in total number of motile sperm. It has been observed that such radiation can reduce the fertilizing potential of men [10,11,13] and may lead to oxidative stress via increasing ROS level and decreasing total antioxidant capacity (TAC) score in human semen [14].

2.45-GHz MW irradiation at SAR = 0.018 W/Kg significantly decreased the steroidogenic enzyme 3β-HSD in the testis as well as plasma testosterone level. We suggest that MW radiation-induced oxidative and nitrosative stress adversely affects steroidogenesis and thus spermatogenesis which may lead to infertility in chronic condition. Since testicular functions and the process of spermatogenesis is hormonally regulated by a negative feedback loop, adverse effects of MW radiation on HPG axis cannot be ruled out. MW radiation-induced elevation in hypothalamic ROS and RNS may disrupt the hormonal communication of the neuroendocrine axis which disturbs the steroidogenesis and spermatogenesis process of testis. Present findings are consistent with other studies which reported that MW exposure disrupts the histological architecture of seminiferous tubules, reduces the Leydig cell population, and testosterone concentration in rats [76]. In addition to deleterious effects of ROS and NO at the hypothalamus level it is also possible that increased NO level in testis following 2.45-GHz MW irradiation may decrease steroidogenesis by affecting Leydig cells directly and thus spermatogenesis in male. NO has been also shown to potently reduce testosterone production both *in vivo* [77] and *in vitro* [78,79]. Thus, similar to ROS, although optimum level of NO has beneficial effects on reproductive performance, its over production may affect steroidogenesis/spermatogenesis adversely [80,81].

Based on adverse testicular morphology and physiology as well as increased ROS and RNS at both the central and peripheral level, we suggest that 2.45-GHz MW irradiation with power density = 0.029812 mW/cm$^2$ and SAR = 0.018 W/Kg has a negative effect on testicular function (testicular steroidogenesis and spermatogenesis) through the induction of oxidative and nitrosative stress. It is well known that mice are metabolically more active than humans, providing an indication of possible effects on human reproductive system at similar power density and SAR value. Since these findings may be extrapolated to humans, it is high time to have the awareness based on experimental reports regarding the possibility of long-term deleterious effects of MW radiation.

## Conclusion

Present experimental findings clearly indicate that MW irradiation impairs male reproductive system via inducing oxidative as well as nitrosative stress. It is obvious that low-level 2.45-GHz MW irradiation produces degenerative changes in the spermatogonial cells and inhibits testosterone production by increasing ROS and RNS production and disturbing testicular antioxidant status. We also suggest that MW irradiation acts as an environmental toxicant that stimulates lipid peroxidation. Further, oxidative and nitrosative stress induced at the central and peripheral level as a consequence of low-level 2.45-GHz MW exposure diminishes the steroidogenic capacity of the testis by decreasing 3β-HSD activity as well as decreased plasma testosterone level, resulting in decreased spermatogenesis. This experimental report also suggests that chronic exposure to nonthermal MW radiation may include deleterious changes in reproductive performance, which may lead to infertility following long-term exposure. Further, similar to IR, MW-induced nonionizing radiation may also impose health risk. Hence, long-term continuous exposure to man-made nonionizing MW radiation even at low level should also be minimized.

## Declaration of interest

The authors report no declarations of interest. The authors alone are responsible for the content and writing of the paper.

This work was funded by a research grant (5/10/FR/13/2010-RHN) from the Indian Council of Medical Research, New Delhi, India to CMC.

## References

[1] Alhekail ZO. Electromagnetic radiation from microwave ovens. J Radiol Prot 2001;21:251–258.
[2] International Commission on Non-Ionizing Radiation Protection (ICNIRP). Medical magnetic resonance (MR) procedures: Protection of patients. Health Phys 2004;87:197–216.

Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.

[3] Institute of Electrical and Electronic Engineers (IEEE). IEEE Standard for Safety Levels with respect to Human Exposure to Radio Frequency Electromagnetic Fields, 3 kHz to 300 GHz. New York: IEEE Topical Review 2005; R 282.

[4] Rao RGV, Cain CA, Lockwood V, Tompkins WAF. Effects of microwave exposure on hamsters immune system II: Pentoneal macrophage function. Bioelectromagnetics 1983;4:141–155.

[5] Veyret B. Antibody response of mice to low-power MW under combined, pulsed and amplitude modulation. Bioelectromagnetics 1983;87:375–380.

[6] Aweda MA, Gbenebitse SO, Meindinyo RO. Effects of 2.45 GHz MW exposures on the peroxidation status in Wistar rats. Niger Postgrad Med J 2003;10:243–246.

[7] Azinge EC, Mabayoje M, Sofola OA. LDL peroxidation and total antioxidant status in Nigerian patients with sickle-cell disease. Nig J Hosp Med 2001;11:46–50.

[8] Awobajo FO, Raji Y, Olatunji-Bello II, Kunle-Alabi FT, Adesanya AO, Awobajo TO. Fourteen days oral administration of therapeutic dosage of some Antibiotics reduced serum Testosterone in male rats. Niger J Health Biomed Res 2006;5:17–20.

[9] Raji Y, Kunle-Alabi OT, Olaleye SB, Gbadegesin MA, Awobajo FO, Osonuga OA, et al. Impact of α-tocopherol on Metronidazole and Tetracycline-induced Alteration in Reproductive Activities of Male Albino Rats. J Biol Sci 2007;7:41–46.

[10] Fejes I, Zavaczki Z, Szollosi J, Koloszar S, Daru J, Kovaks L, Pal A. Is there a relationship between cell phone use and semen quality? Arch Androl 2005;51:385–393.

[11] Kilgallon SJ, Simmons LW. Image content influences men's semen quality. Biol Lett 2005;1:253–255.

[12] Erogul O, Oztas E, Yildirim I, Kir T, Aydur E, Komesli G, et al. Effects of electromagnetic radiation from a cellular phone on human sperm motility: an in vitro study. Arch Med Res 2006;37:840–843.

[13] Agarwal A, Deepinder F, Rakesh K, Sharma RK, Ranga G, Li J. Effect of cell phone usage on semen analysis in men attending infertility clinic: an observational study. Fertil Steril 2008a;89:124–128.

[14] Agarwal A, Desai NR, Makker K, Varghese A, Mouradi R, Sabanegh E, Sharma R. Effects of radiofrequency electromagnetic waves (RF-EMW) from cellular phones on human ejaculated semen: an in vitro pilot study. Fertil Steril 2008b;90:S337–S338.

[15] Singh VP, Singh P, Chaturvedi CM, Shukla RK, Dhawan A, Gangwar RK, Singh SP. 2.45 GHz low level CW microwave radiation affects embryo implantation sites and single strand DNA damage in brain cell of mice, *Mus musculus.* Proceedings of 2009 International Conference on Emerging Trends in Electronic and Photonic Devices & Systems (ELECTRO-2009) from IEEE Explore 2009; 22–24 December, Institute of Technology, Banaras Hindu University, Varanasi, India. pp. 379–382.

[16] Shahin S, Singh VP, Shukla RK, Dhawan A, Gangwar RK, Singh SP, Chaturvedi CM. 2.45 GHz Microwave Irradiation Induced Oxidative Stress Affects Implantation or Pregnancy in Mice, *Mus musculus.* Appl Biochem Biotechnol 2013;169:727–1751.

[17] Gunn SA, Gould TC, Anderson WAD. The effect of microwave radiation on morphology and function of rat testes. Lab Invest 1961;10:301–314.

[18] Saunders RD, Kowalczuk CI. Effects of 2.45 GHz microwave radiation and heat on mouse spermatogenic epithelium. Int J Radiat Biol Relat Stud Phys Chem Med 1981;40:623–632.

[19] Kowalczuk CI, Saunders RD, Stapleton HR. Sperm count and sperm abnormality in male mice after exposure to 2.45 GHz microwave radiation. Mutat Res. 1983;122:155–161.

[20] Lebovitz RM, Johnson L, Samson WK. Effects of pulse-modulated microwave radiation and conventional heating on sperm production. J Appl Physiol 1987;62:245–252.

[21] Magras IN, Xenos TD. RF radiation-induced changes in the prenatal development of mice. Bioelectromagnetics 1997;18:455–461.

[22] Akdag MZ, Celik MS, Ketani A, Nergiz Y, Deniz M, Dasdag S. Effect of chronic low-intensity microwave radiation on sperm count, sperm morphology, and testicular epididymal tissues of rats. Electro- Magnetobiol 1999;18:135–145.

[23] Stone JR, Yang S. Hydrogen peroxide: a signalling messenger. Antioxid Redox Signal 2006;8:243–270.

[24] Passos JF, Saretzki G, Ahmed S, Nelson G, Richter T, Peters H, et al. Mitochondrial dysfunction accounts for the stochastic heterogeneity in telomere dependent senescence. PLoS Biol. 2007;5:110.

[25] de Rooij DG, van de Kant HJG, Dol R, Gerard Wagemaker G, van Buul PPW, van Duijn-Goedhart A, et al. Long-term effects of irradiation before adulthood on reproductive function in the male rhesus monkey. Biol Reprod 2002;66:486–494.

[26] Moller P, Wallin H, Knudsen LE. Oxidative stress associated with exercise, psychological stress and life-style factors. Chem Biol Interact 1996;102:17–36.

[27] Aitken RJ. Molecular mechanisms regulating human sperm function. Mol Hum Reprod 1997;3:169–173.

[28] Gagnon C, Iwasaki A, De Lamirande E, Kovalski N. Reactive oxygen species and human spermatozoa. Ann N Y Acad Sci 1991;637:436–444.

[29] Agarwal A, Nallella KP, Allamaneni SS, Said TM. Role of antioxidants in treatment of male infertility: an overview of the literature. Reprod Biomed Online 2004;8:616–627.

[30] Griveau JF, Le Lannou D. Reactive oxygen species and human spermatozoa: physiology and pathology. Int J Androl 1997;20:61–69.

[31] Agarwal A, Deepinder F, Sharma RK, Ranga G, Li J. Effect of cell phone usage on semen analysis in men attending infertility clinic: an observational study. Fertil Steril 2008; 89:124–128.

[32] Erenpreiss J, Hlevicka S, Zalkalns J, Erenpreisa J. Effect of leukocytospermia on sperm DNA integrity: a negative effect in abnormal semen samples. J Androl 2002;23:717–723.

[33] Marchetti C, Obert G, Deffosez A, Formstecher P, Marchetti P. Study of mitochondrial membrane potential, reactive oxygen species, DNA fragmentation and cell viability by flow cytometry in human sperm. Hum Reprod 2002;17:1257–1265.

[34] Saleh RA, Agarwal A, Kandirali E, Sharma RK, Thomas AJ, Nada EA. Leukocytospermia is associated with increased reactive oxygen species production by human spermatozoa. Fertil Steril 2002;78:1215–1224.

[35] Kesari KK, Behari J. Microwave exposure affecting reproductive system in male rats. Appl Biochem Biotechnol 2010; 162:416–428.

[36] Kesari KK, Kumar S, Behari J. Mobile phone usage and male infertility in Wistar rats. Indian J Exp Biol 2010;48:987–992.

[37] Kesari KK, Kumar S, Behari J. Effects of radiofrequency electromagnetic waves exposure from cellular phone on reproductive pattern in male Wistar rats. Appl Biochem Biotechnol 2011;164:546–559.

[38] Kesari KK, Behari J. Fifty-gigahertz microwave exposure effect of radiations on rat brain. Appl Biochem Biotechnol 2011;158:126–139.

[39] Kumar S, Kesari KK, Behari J. Influence of microwave exposure on fertility of male rats. Fertil Steril 2011;95:1500–1502.

[40] Chen ZN. Antennas for Portable Devices. Chichester, England: Wiley; 2007, p. 113.

[41] Chaturvedi CM, Singh VP, Singh P, Basu P, Singaravel M, Shukla RK, et al. 2.45 GHz (CW) Microwave irradiation alters circadian organization, spatial memory, DNA structure in the brain cells and blood cell counts of male mice, *Mus musculus*. Prog Electromagn Res B 2011;29:23–42.

JA 06602

Free Radic Res Downloaded from informahealthcare.com by University of Laval on 07/08/14
For personal use only.

[42] World Health Organization. WHO Laboratory Manual for the Examination of Human Semen and Semen–cervical Mucus Interaction. Cambridge, UK: Cambridge University Press; 1999.

[43] Bejma J, Ramires P, Ji LL. Free radical generation and oxidative stress with ageing and exercise: differential effects in the myocardium and liver. Acta Physiol Scand 2000;169: 343–351.

[44] Sastry KV, Moudgal RP, Mohan J, Tyagi JS, Rao GS. Spectrophotometric determination of serum nitrite and nitrate by Copper. Anal Biochem 2002;306:79–82.

[45] Ohkawa H, Ohishi N, Yagi K. Assay for lipid peroxides in animal tissues by thiobarbituric acid reaction. Anal Biochem 1979;95:351–358.

[46] Beauchamp C, Fridovich I. Superoxide dismutase: improved assays and an assay applicable to acrylamide gels. Anal Biochem 1971;44:276–287.

[47] Sun Y, Elwell JH, Oberley LW. A simultaneous visualization of the antioxidant enzymes glutathione peroxidase and catalase on polyacrylamide gels. Free Radical Res Commun 1988;5:67–75.

[48] Lin CL, Chen HJ, Hou WC. Activity staining of glutathione peroxidase after electrophoresis on native and sodium dodecyl-sulfate polyacrylamide gels. Electrophoresis 2002;23:513–516.

[49] Shivanandappa T, Venkatesh S. A colorimetric assay method for3beta-hydroxy-delta5-steroid dehydrogenase. Annal Biochem 1997;254:57–61.

[50] Srivastava R, Cornett LE, Chaturvedi CM. Effect of photoperiod and estrogen on 740 expression of arginine vasotocin and its oxytocic-like receptor in the shell 741 gland of the Japanese quail. Comp Biochem Physiol Part A 2007;148:451–457.

[51] Sharpe RM, Donachie K, Cooper I. Re-evaluation of the intratesticular level of testosterone required for quantitative maintenance of spermatogenesis in the rat. J Endocrinol 1998;117: 19–26.

[52] Sharpe RM, Maddocks S, Millar M, Saunders PTK, Kerr JB, Mckinnell C. Testosterone and spermatogenesis: identification of stage dependent, androgen- regulated proteins secreted by adult rat seminiferous tubules. J Androl 1992;13:172–184.

[53] Yan SW, Zhang N, Tang J, Lu HO, Wang XL. Long-term exposure to low intensity microwave radiation affects male reproductivity. Zhonghua Nan Ke Xue 2007;13:306–308.

[54] Kim JM, Ghosh SR, Weil ACP, Zirkin BR. Caspase- 3 and caspaseactivated dioxyribonuclease are associated with testicular germ cell apoptosis resulting from reduced intratesticular testosterone. Endocrinology 2001;142:3809–3816.

[55] Blanco-Rodriguez J, Martinez-Garcia C. Apoptosis precedes detachment of germ cells from the seminiferous epithelium after hormonal suppression by short-term oestradiol treatment of rats. Int J Androl 1998;21:109–115.

[56] Batellier F, Couty I, Picard D, Brillard JP. Effects of exposing chicken eggs to a cell phone in "call" position over the entire incubation period. Theriogenology 2008;69:737–745.

[57] Otitoloju AA, Obe IA, Adewale OA, Otubanjo OA, Osunkalu VO. Preliminary study on the induction of sperm head abnormalities in mice, *Mus musculus*, exposed to radiofrequency radiations from global system for mobile communication base stations. Bull Environ Contam Toxicol 2010;84:51–54.

[58] Varma MM, Traboulay EA Jr. Biological effects of microwave radiation on the testes of Swiss mice. Experientia 1975;31: 301–302.

[59] Desai NR, Kesari KK, Agarwal A. Pathophysiology of cell phone radiation: oxidative stress and carcinogenesis with focus on male reproductive system. Reprod Biol Endocrinol 2009;7:114.

[60] Agarwal A, Singh A, Hamada A, Kesari KK. Cell phones and male infertility: a review of recent innovations in technology and consequences. Int Braz J Urol 2011;37:432–454.

[61] Sikka SC. Relative impact of oxidative stress on male reproductive function. Curr Med Chem 2001;8:851–862.

[62] Jeulin C, Soufir JC, Weber P, Laval-Martin D, Calvayrac R. Catalase activity in human spermatozoa and seminal plasma. Gamete Res 1989;24:185–196.

[63] Alkan I, Simsek F, Haklar G, Kervancioglu E, Ozveri H, Yalcin S, Akdas A. Reactive oxygen species production by the spermatozoa of patients with idiopathic infertility: relationship to seminal plasma antioxidants. J Urol 1997;157:140–143.

[64] Miesel R, Jedrzejczak P, Sanocka D, Kurpisz MK. Severe antioxidase deficiency in human semen samples with pathological spermiogram parameters. Andrologia 1997;29: 77–83.

[65] Sanocka D, Miesel R, Jedrzejczak P, Chelmonska-Soyta AC, Kurpisz M. Effect of reactive oxygen species and the activity of antioxidant systems on human semen; association with male infertility. Int J Androl 1997;20:255–264.

[66] Zini A, Garrels K, Phang D. Antioxidant activity in the semen of fertile and infertile men. Urology 2000;55: 922–926.

[67] Twigg J, Fulton N, Gomez E, Irvine DS, Aitken RJ. Analysis of the impact of intracellular reactive oxygen species generation on the structural and functional integrity of human spermatozoa: lipid peroxidation, DNA fragmentation and effectiveness of antioxidants. Hum Reprod 1998;13:1429–1436.

[68] Giannattasio A, De Rosa M, Smeraglia R, Zarrilli S, Cimmino A, Di Rosario B, et al. Glutathione peroxidase (GPx) activity in seminal plasma of healthy and infertile males. J Endocrinol Invest 2002;25:983–986.

[69] Garrido N, Meseguer M, Alvarez J, Simon C, Pellicer A, Remohi J. Relationship among standard semen parameters, glutathione peroxidase/glutathione reductase activity, and mRNA expression and reduced glutathione content in ejaculated spermatozoa from fertile and infertile men. Fertil Steril 2004;82:1059–1066.

[70] de Lamirande E, Gagnon C. Impact of reactive oxygen species on spermatozoa: a balancing act between beneficial and detrimental effects. Hum Reprod 1995;10:15–21.

[71] Aitken RJ, Clarkson JS. Cellular basis of defective sperm function and its association with the genesis of reactive oxygen species by human spermatozoa. J Reprod Fertil 1987;81: 459–469.

[72] Alvarez JG, Storey BT. Differential incorporation of fatty acids into and peroxidative loss of fatty acids from phospholipids of human spermatozoa. Mol Reprod Dev 1995;42: 334–346.

[73] Iwasaki A, Gagnon C. Formation of reactive oxygen species in spermatozoa of infertile patients. Fertil Steril 1992;57: 409–416.

[74] Hellstrom WJG, Bell M, Wang R, Sikka SC. Effect of sodium nitroprusside on sperm motility, viability and lipid peroxidation. Fertil Steril 1994;61:1117–1122.

[75] Falzone N, Huyser C, Fourie F, Toivo T, Leszczynski D, Franken D. *In vitro* effect of pulsed 900 MHz GSM radiation on mitochondrial membrane potential and motility of human spermatozoa. Bioelectromagnetics 2008;29:268–276.

[76] Hu PY, Chu XL, Li JY, Yang D, He P. Effect of microwave contraception on human serum testosterone and luteinizing hormone. Shengzhi Yu Biyun 1985;5:32–34.

[77] Adams ML, Meyer ER, Sewing BN, Cicero TJ. Effects of nitric oxide-related agents on rat testicular function. J Pharmacol Exp Ther 1994;269:230–237.

[78] Punta KD, Charreau EH, Pignataro OP. Nitric oxide inhibits Leydig cell steroidogenesis. Endocrinology 1996; 137:5337–5343.

[79] Weissman BA, Niu E, Ge R, Sottas CM, Holmes M, Hutson JC, Hardy MP. Paracrine modulation of androgen synthesis in rat leydig cells by nitric oxide. J Androl 2005; 26:369–378.

[80] Singh VP, Chaturvedi CM. Correlation of Nitric oxide and testicular activity in laboratory mouse, *Mus musculus*. IJIR-SET 2013;2:721–729.

[81] Banerjee A, Anjum S, Verma R, Krishna A. Alteration in expression of estrogen receptor isoforms alpha and beta, and aromatase in the testes and its relation with changes in nitric oxide during aging in mice. Steroids 2012;77:609–620.

Wi-Fi- Fertility; Immunohistopathologic demonstration of
deleterious effects on growing rat testes of radiofrequency waves
emitted from conventional Wi-Fi devices.
Journal of Pediatric Neurology. (Atasoy et al); 2013

Journal of Pediatric Urology (2013) 9, 223—229


ELSEVIER


Journal of
Pediatric
urology

# Immunohistopathologic demonstration of deleterious effects on growing rat testes of radiofrequency waves emitted from conventional Wi-Fi devices

Halil I. Atasoy [a,*], Mehmet Y. Gunal [b], Pinar Atasoy [c], Serenay Elgun [d], Guler Bugdayci [e]

[a] Departments of Pediatrics, Abant Izzet Baysal University School of Medicine, Bolu 14280, Turkey
[b] Department of Physiology, Yeditepe University School of Medicine, Istanbul 34755, Turkey
[c] Department of Pathology, Kirikkale University School of Medicine, Kirikkale 71100, Turkey
[d] Department of Medical Biochemistry, Ankara University School of Medicine, Ankara 06100, Turkey
[e] Department of Clinical Biochemistry, Abant Izzet Baysal University School of Medicine, Bolu 14280, Turkey

Received 2 October 2011; accepted 28 February 2012
Available online 30 March 2012

**KEYWORDS**
Carcinogenesis tests;
Infertility;
Internet;
Oxidative stress;
Wireless technology;
Testes

**Abstract** *Objective:* To investigate effects on rat testes of radiofrequency radiation emitted from indoor Wi-Fi Internet access devices using 802.11.g wireless standards.
*Methods:* Ten Wistar albino male rats were divided into experimental and control groups, with five rats per group. Standard wireless gateways communicating at 2.437 GHz were used as radiofrequency wave sources. The experimental group was exposed to radiofrequency energy for 24 h a day for 20 weeks. The rats were sacrificed at the end of the study. Intracardiac blood was sampled for serum 8-hydroxy-2′-deoxyguanosine levels. Testes were removed and examined histologically and immunohistochemically. Testis tissues were analyzed for malondialdehyde levels and prooxidant—antioxidant enzyme activities.
*Results:* We observed significant increases in serum 8-hydroxy-2′-deoxyguanosine levels and 8-hydroxyguanosine staining in the testes of the experimental group indicating DNA damage due to exposure ($p < 0.05$). We also found decreased levels of catalase and glutathione peroxidase activity in the experimental group, which may have been due to radiofrequency effects on enzyme activity ($p < 0.05$).

* Corresponding author. Tel.: +90 374 2534656/3454, +905325998953; fax: +90 374 253 46 15.
 *E-mail addresses:* halilibrahimatasoy@gmail.com, atasoy_h@ibu.edu.tr (H.I. Atasoy), drmygunal@gmail.com (M.Y. Gunal), pinara33@yahoo.com (P. Atasoy), elgun@medicine.ankara.edu.tr (S. Elgun), bugdayci_g@ibu.edu.tr (G. Bugdayci).

1477-5131/$36 © 2012 Journal of Pediatric Urology Company. Published by Elsevier Ltd. All rights reserved.
http://dx.doi.org/10.1016/j.jpurol.2012.02.015

JA 06605

USCA Case #20-1138      Document #1869759          Filed: 11/04/2020      Page 231 of 475

*Conclusions:* These findings raise questions about the safety of radiofrequency exposure from Wi-Fi Internet access devices for growing organisms of reproductive age, with a potential effect on both fertility and the integrity of germ cells.

© 2012 Journal of Pediatric Urology Company. Published by Elsevier Ltd. All rights reserved.

## Introduction

There has been continuing public anxiety about the potential health consequences of wireless communication tools using radiofrequency (RF), despite authorities on the subject having set safety boundaries to protect the community against RF exposure [1–3]. Therefore, the World Health Organization advised research in this area. Animal studies involving rats have been conducted to analyze the effects of Wi-Fi signals on health parameters and stress markers [4]. The environmental wireless 802.11.g device (also called Wi-Fi device, or wireless internet access device or WIAD) has in general higher frequency ranges and longer exposure times than wireless phones [5]. Thus, the level of health hazards associated with Wi-Fi devices might be different from, and possibly higher than, mobile phones (MB). Additionally, Wi-Fi devices commonly expose the whole body to RF, unlike MB which generally irradiate some parts of the body, e.g. cranium, more than others.

Exposure of animals to RF electromagnetic radiation (EMR) may lead to a variety of changes in tissues. The observed changes vary depending on the wireless exposure characteristics, species studied, and histological methodology used for the detection of effects [6,7]. Human beings have also been shown to be adversely affected by prolonged and repeated exposure to RF EMR [8,9]. One adverse effect is on the male reproductive system. Both the number and fertilizing capacity of mouse and human sperm were shown to be decreased after RF exposure [10,11]. Another important issue about the effects of RF EMR is induction of carcinogenesis [12–14]. The mechanism underlying the induction of infertility and carcinogenesis by RF EMR emitted from wireless devices appears to be DNA damage due to oxidative stress (OS) [15,16]. DNA oxidation could occur when guanine, the most electron-rich DNA base, is subjected to the oxidizing influence of RF waves [17]. The purpose of this study was to demonstrate, by measuring serum 8-hydroxy-2′-deoxyguanosine (8OHdG) and testis tissue 8-hydroxyguanosine immunohistochemistry, whether the commonly used indoor WIADs cause DNA damage due to OS, and could be a contributing factor for infertility and the induction of carcinogenesis in rat testes.

## Materials and methods

### Subjects and animal care

The local ethics committee for the use of laboratory animals approved the study. Ten 8-week-old inbred healthy male Wistar albino rats, weighing 215–285 g, were used in the experiment. The rats were housed in acrylic-glass cages, 20 × 30 × 40 cm in size. The rats were separated into two groups of five: one experimental group and one control group. They were kept in well-ventilated cages and rooms, not restrained. The experimental group was exposed to WIAD RF of 2437 megahertz (MHz), while the control group was shielded against RF radiation.

### Wireless Internet access device — whole body exposure

Two commercially available wireless ADSL 2 + gateways (USR9108 MAXg, US), operating at 802.11.g standards, were used in this study. The output power was 95 mW, average, as equivalent isotropically radiated output power. The maximum specific absorption rate (SAR) of the wireless gateways in the conformity assessment test was 0.091 W/kg.

A network storage link was attached to each wireless device, by which a 250 GB capacity Universal Serial Bus hard disk was connected. Gateways were wirelessly bridged to each other. Rats' cages were placed in between the gateways so that the distance between the cages and the gateways was 25 cm, as suggested by the regulatory information in the producer's user guide according to the FCC (Federal Communications Commission) Radiation Exposure Statement [18]. Data transmission was performed after each hard disk was assigned as a network drive. Exposure was continued for 24 h a day for 20 weeks (Fig. 1).

At the end of the 20 weeks all rats were sacrificed by decapitation under anesthesia and intracardiac blood samples were obtained. Sera were separated by



**Figure 1**   Experimental design of the study: (I) hard disk, (II) network storage link, (III) wireless gateway.

JA 06606

centrifugation (at 1250 g for 15 min at 25 °C) and stored at −80 °C. Testes were removed, one of the testes snap-frozen in liquid nitrogen (−196 °C) and stored at −80 °C until biochemical analyses, and other testis tissues fixed in a solution of 10% formaldehyde for histopathologic examination.

## Determination of 8-hydroxy-2′-deoxyguanosine serum levels

8OHdG was measured with the highly sensitive 8OHdG competitive sandwich enzyme immunoassay kit (Catalog No. 839320, Cayman Chemical Co., MI, USA). The test principle is based on competition between 8OHdG and 8OHdG acetylcholinesterase conjugate via 8OHdG monoclonal antibodies. Plates were read by a Bio-Rad Benchmark Plus microplate reader at 420 nm (Bio-Rad Laboratories Inc., CA, USA). Results were expressed in nanograms per milliliter.

## Histologic examination of testes

After fixation, the testes were embedded in paraffin, sectioned at 4 μm, deparaffinized, and stained with hematoxylin & eosin. The testicular tissues were evaluated histopathologically by using Johnsen's testicular biopsy score (TBS) count [19] (Table 1).

## 8-Hydroxyguanosine immunohistochemistry of testes

Tissue sections from every paraffin block were immunostained with antibodies for 8-hydroxyguanosine, which were mouse-raised monoclonal antibodies (ab62623; 1 mcg/mL) obtained from AbCAM. Nuclear or perinuclear cytoplasmic staining was considered as 'positive'. Intensity was graded as 0 (no staining), 1 (weak staining), 2 (strong staining) or 3 (very strong staining). On each slide, the intensity of staining in 10 seminiferous tubules was

counted and averaged. The modified immunohistochemical histologic score (HSCORE) was used for semiquantitative estimation of 8OHdG antibody staining of the testicular tissue. This is a score used for the evaluation of intensity and percentage of cells that stain at each intensity [20]. The HSCORE is formularized mathematically as follows:

$$HSCORE = \sum (Pi \times I/100)$$

where Pi is the percentage of stained cells, ranging from 1% to 100%, and $I$ is the intensity of staining, ranging from 0 to 3. Staining intensities were calculated as shown in Table 2.

## Biochemical analysis of prooxidant—antioxidant parameters of testis tissues

The tissues were removed from the freezer (−80 °C) and disaggregated thoroughly with physiological saline (1 g in 5 mL) in a homogeniser (Heidolph Diax 900, Germany). After centrifugation at 4000 g for 20 min (Harrier 18/80 MSB080.CR2.K, UK), the supernatants were removed to be used in the analyses.

Malondialdehyde (MDA) level was measured by the thiobarbituric acid reactive substances method. MDA reacts with thiobarbituric acid to form a colored complex that has maximum absorbance at 532 nm. Xanthine oxidase (XO) activity was determined by measuring uric acid formation from xanthine at 293 nm. Superoxide dismutase (SOD) activity was measured by a method based on the nitroblue tetrazolium reduction rate. Catalase (CAT) activity was determined by measuring decrease in absorbance of hydrogen peroxide ($H_2O_2$) at 240 nm. Glutathione peroxidase (GPX) activity was measured by following changes in NADPH absorbance at 340 nm. In the activity calculations, extinction coefficients of $H_2O_2$, NADPH and uric acid were used for CAT, GPX and XO, respectively. Absorbances were read by a Unicam Heλios α (UV—VIS) spectrophotometer (Spectronic Unicam, Cambridge, UK).

## Statistical analysis

Five animals per group were required for the study with a power of 87% and error type I of 5% to detect a one unit difference between the groups in nonparametric unpaired tests. For central tendency and dispersion of data we used median and quartile deviation (QD), respectively. The Mann—Whitney $U$-test was used for group comparisons. Multivariate analysis of variance was used to search for any significant relationship with dependent variables of 8OHdG and parameters of biochemical OS in groups. Pillai's trace significance test was used for significance of the overall relationship between dependent variables and RF groups. A

| Table 1 | Evaluation of testicular biopsy score (TBS) count [19]. |
| --- | --- |
| Score | Description |
| 1 | No cells in tubular section |
| 2 | No germ cells, but Sertoli cells present |
| 3 | Spermatogonia are the only germ cells present |
| 4 | Only a few spermatocytes (<5), but no spermatids or spermatozoa present |
| 5 | No spermatozoa or spermatids, but many spermatocytes present |
| 6 | No spermatozoa and only a few spermatids present (<5–10) |
| 7 | No spermatozoa, but many spermatids present |
| 8 | Only a few spermatozoa present (<5–10) |
| 9 | Much spermatogenesis, but germinal epithelium disorganized with marked sloughing or obliteration of lumen |
| 10 | Complete spermatogenesis with many spermatozoa |

| Table 2 | Evaluation of HSCORE count [20]. | |
| --- | --- |
| Score | Description |
| 0 | Percentage of unstained cells × 0 |
| 1 | Percentage of weakly stained cells × 1 |
| 2 | Percentage of moderately stained cells × 2 |
| 3 | Percentage of intensely stained cells × 3 |

$p$ value less than 0.05 was considered as significant. PASW version 17 (Chicago, IL, USA) was used for the statistical procedures.

## Results

There was no difference between the weights of the control and experimental groups before and after the experiment. Median values of TBS, as evaluated using Johnsen's scale, were lower in the experimental than the control group ($9 \pm 0$ vs $10 \pm 0$). The difference in the TBS between the control and experimental groups was statistically significant ($p < 0.01$). 8OHdG levels in the experimental group were significantly higher than in the control group. Routine histological examinations of the experimental and control group were not different. 8-Hydroxyguanosine immune reactivity, which shows oxidative damage to DNA, was positive in both groups. The HSCOREs of the experimental group were significantly higher than those of the control group ($p < 0.01$) (Table 3). GPX and CAT activities of the experimental group were statistically lower than those of the control group ($p < 0.05$ and $p < 0.01$, respectively). SOD and XO activities and MDA levels of the experimental group were lower than in the control group, but the difference was not statistically significant ($p > 0.05$) (Table 4). The histological and immunohistochemical changes in the experimental and control groups are shown in Fig. 2. Multivariate analysis of variance showed a significant relationship between RF group and the OS parameters of 8OHdG, MDA, GPX, CAT, XO and SOD ($F$ value 19.66; $p = 0.017$).

## Discussion

Various studies have investigated the effects on the human body of RF EMR from mobile phones, with inconclusive results, but there have been no studies as yet on the health effects of WIADs, which are associated with higher frequency radio waves and longer exposure times than MBs. Currently, the most popular wireless technology employs the 802.11.g protocol, which is used in many wireless electronic devices, including baby video monitors, Wi-Fi MBs and television devices. A wireless 802.11.g RF device has unique properties, e.g. with regard to frequency range, output power and exposure time, which may have an untoward influence on health. It uses the 2400-MHz band, which is higher than the frequencies used by GSM (Global

### Table 3

Clinical and laboratory characteristics of rats exposed to WIAD RF radiation and control group.

|  | Control group | Experimental group | $p$ |
|---|---|---|---|
| No. of rats | 5 | 5 |  |
| Weight (g) | 230 (30) | 250 (9) | 0.456 |
| 8OHdG (ng/mL) | 1.15 (0.67) | 3.00 (0.44) | 0.021[a] |
| HSCORE | 30 (5) | 250 (30) | 0.008[a] |
| TBS | 10 (0) | 9 (0) | 0.003[a] |

Values are medians, with QD in parentheses.
[a] Statistically significant difference.

### Table 4

MDA levels and prooxidant−antioxidant enzyme activities in testicular tissues of experimental and control groups.

|  | Control group ($n = 5$) | Experimental group ($n = 5$) | $p$ |
|---|---|---|---|
| MDA (nmol/mg) | 0.23 (0.025) | 0.21 (0.005)[a] | 0.166 |
| XO (mIU/mg) | 0.0083 (0.0010) | 0.0064 (0.0005) | 0.209 |
| SOD (U/mg) | 0.84 (0.02) | 0.76 (0.01) | 0.074 |
| GPX (IU/mg) | 0.0040 (0.0003) | 0.0024 (0.0009) | 0.036[a] |
| CAT (IU/mg) | 5.57 (0.115) | 2.65 (0.180) | 0.009[a] |

Values are medians with QD in parentheses.
[a] Statistically significant difference.

System for Mobile Communications) or 3G (third generation) phones. The output power of Wi-Fi devices ranges from 20 mW to 4 W, and is similar to or greater than that of MBs, which range from 1 mW to 2 W [21,22]. WIADs are generally 'on' while transceiving data from the net and they cause longer human exposure than MBs. Furthermore, they commonly expose the whole body to RF EMR, unlike MBs, which generally cause a more uneven and local irradiation of some parts of the body, e.g. the head and pelvic organs.

The reason why young growing rats were used in this study is that their growing organs may be more prone to the effects of RF EMR, like children and adolescents who spend a lot of time using wireless computers at home and school. We studied the effects on testes since there have been several studies analyzing the effects of wireless phones on male fertility [23,24], and the reproductive system is more sensitive than other organs to RF devices such as laptop computers. Whole body irradiation with WIADs was employed in this experiment, and thus the methodology used in this study differs significantly from that of the previous investigators, and is unique because it explores the effects of the commonly used conventional WIADs on the health of living organisms.

Previous animal studies have not found any significant effect of RF EMR on testicular histology, sperm count and morphology. Cairnie and Harding [25] studied the effects of RF in the mouse testis and found no significant differences in sperm count and no increase in the percentage of morphologically abnormal sperm in microwave-exposed animals. They used a 2.45-GHz continuous wave for shorter periods of up to 30 days (16 h/day). Ono et al. [26] could not find any mutagenic effect of 2.45-GHz intermittent whole body RF exposure in the testes of mouse embryos. The methodological differences compared to those studies may account for the different outcomes we observed in our study. Since we suspected that the continuous exposure to Wi-Fi devices may have more pronounced effects compared with the shorter and intermittent exposure to MBs, we used a longer and continuous exposure as the test environment in this study. One may suspect that this does not reflect real life conditions, where the duration and intensity of exposure may be more variable. However, the growing technological involvement of the modern human being (with wireless modems, wireless



**Figure 2** Hematoxylin & eosin (A, B) and immunohistochemical (C, D) staining of testicular tissues of control and Wi-Fi RF-exposed rats. (A,B) No difference was detected in routine histological examinations of the control and Wi-Fi groups (original magnification × 200). (C) In the control group, 8-hydroxyguanosine nuclear positivity is nearly undetectable (original magnification × 200). (D) Diffuse and intense bead-like nuclear immunopositivity (short and long arrows) is seen in the spermatocytic cells of the Wi-Fi group (original magnification × 200).

routers, wireless home monitoring systems, wireless baby monitoring systems, wireless data bridges in between buildings, multiple Wi-Fi mobile phones that interact with wireless routers, use of wireless facilities for various entertainment purposes, etc.) probably exposes many children and adults to RF energy levels comparable to those used in this study. We also used a highly sensitive method to demonstrate any histopathologic changes that might have occurred.

In this study, 8-hydroxyguanosine immune reactivity was observed in both the control and study group. We think that the immune reactivity of the control group may have resulted from endogenous DNA damage caused by background electromagnetism emitted by the Earth or electronic devices or the metabolic rate of animals [27]. We avoided using reverberating or shielding chambers since we did not want to eliminate the effects caused by the background electromagnetism of the Earth on both groups. If we had eliminated this interference for the control group, the significant difference we found in our laboratory findings would not have reflected the differential real effect of RF from our wireless gateways, and would have yielded a falsely higher statistical difference between the two groups.

De Iuliis et al. [9] also showed a correlation between increasing SAR and decreased sperm motility and vitality, and increased OS and 8OHdG markers, stimulating DNA base adduct formation and ultimately DNA fragmentation. Although their results are in very good accordance with ours, they studied purified human spermatozoa ex vivo and used one night's exposure time with lower RF frequency and higher SAR values. To the best of our knowledge, our study is the first in the literature to show oxidative DNA damage in the reproductive tissues of living organisms caused by conventional Wi-Fi devices.

OS is a well-established cause of male infertility and carcinogenesis [28,29]. Reactive oxygen species (ROS) from spermatozoa and invading leukocytes cause infertility by affecting sperm motility [30]. Physiologically, ROS are kept at low levels by intracellular antioxidant mechanisms of spermatozoa. Glutathione (GSH), a major thiol in mammals, is an important antioxidant, and plays a major role in the antioxidant defense mechanism against prooxidant offenders. Tissue GSH reflects the capability of tissues to scavenge the radicals, preserve the cellular reduction—oxidation balance, and defend the cells. The depletion of GSH in RF EMR-exposed animals could be responsible for the low percentages of motile sperm by affecting the spindle microtubule formation. Though we did not measure the GSH level of testis tissues, the decreased activity of GPX in the experimental group reflects a disturbance in the antioxidant defense system, and one possible mechanism for this may be the reduction in the availability of its substrate, GSH. The decreased activity of CAT, which is also an important part of the cellular antioxidant defense mechanism, may result in increased levels of prooxidants such as superoxide radicals and hydrogen peroxide. These findings support the theory that the decreased activities of antioxidant enzymes leading to OS in testis tissues might be responsible for the increased DNA oxidation as demonstrated by increased serum levels of 8OHdG and staining of spermatocytic cells by nuclear and perinuclear 8-hydroxyguanosine antibodies. The decreased SOD and XO activities, though insignificant, could imply a generalized

228     H.I. Atasoy et al.

RF-induced decrease in enzyme activities. Similar findings were reported for human ejaculate exposed to RF EMR from MBs [31]. As MDA levels did not differ between our RF groups, we suggest that RF EMR from WIADs induces OS leading to DNA oxidation but not lipid peroxidation which disturbs testicular function and structure in rats exposed to these devices. The decrease in enzyme activities in general together with the increased 8OHdG serum levels and immunohistochemical staining observed are of great interest, since both would appear to result from WIAD RF.

The association of parameters used in our study with fertility is not certain. Even so, recent studies have demonstrated the relationship between oxidative DNA damage and infertility [32,33]. Others have found decreased CAT and GPX testicular activities to be responsible for fertility problems in animal models and humans [34—36]. Very similar to these studies, we have immunohistologically demonstrated DNA damage and found decreased CAT and GPX activities in the testicular tissues of rats, which may cause infertility. It should be noted that the DNA damage that occurred in the rat testes may be heritable. In order to demonstrate how this DNA damage affects the fertility and organ histology of offspring from mated rats, further functional and structural studies about fertility should be performed.

Due to their height, small children are more likely to be affected by wireless devices positioned close to the floor. Also, children using wireless computers or staying between two wireless devices are exposed to higher levels of radiation than the dose used in our study. The model we have used may not be the perfect one for demonstrating the deleterious effect of Wi-Fi devices, which would be a limitation. However, achieving a model 100% compatible with humans is nearly impossible in experimental animal studies.

Studies on the effects of MBs have used RF sources in direct or very close contact to the organs studied, while in real life this is hardly the case [37]. Unlike in previous MB studies where animals were restrained during the exposure or shielded against background Earth or exogenous electromagnetism, we allowed the animals to move freely, did not shield the control group from background radiation, and did not radiate the experimental group in direct contact with the RF antennae, in order to set up an experimental design more akin to real world conditions.

Our study is in agreement with previous studies that showed the role of MBs in male infertility and carcinogenesis [23,38]. Although the energy levels used in this study were derived from the parameters suggested by the manufacturer, such as distance, power output and duration, they were not safe for rat testicles. The question of whether tissues or organs other than the testicles are affected by these energy levels was not within the scope of this study and requires further research to be resolved. Obviously, extrapolating our findings to humans may not be justified, since the human body may have a more effective shielding capacity against RF energy compared to rats. Further studies are required to evaluate the long-term effects of the commonly used current ($g$ type) and newer ($n$ type) versions of WIADs on male infertility and germ cell mutagenesis in other species and human beings.

## Conclusion

The results of the present study demonstrate that continuous long-term WIAD exposure oxidatively affects the testes in growing rats. Further human studies are needed to answer the question of whether RF waves emitted from Wi-Fi devices affect fertility.

## Conflict of interest

None.

## Funding

None.

## Statement of financial support

Author's themselves.

## References

[1] Litvak E, Foster KR, Repacholi MH. Health and safety implications of exposure to electromagnetic fields in the frequency range 300 Hz to 10 MHz. Bioelectromagnetics 2002;23:68—82.

[2] Gajsek P, Pakhomov AG, Klauenberg BJ. Electromagnetic field standards in central and eastern European countries: current state and stipulations for international harmonization. Health Phys 2002;82:473—83.

[3] Leszczynski D, Xu Z. Mobile phone radiation health risk controversy: the reliability and sufficiency of science behind the safety standards. Health Res Policy Syst 2010;8:2.

[4] Sambucci M, Laudisi F, Nasta F, Pinto R, Lodato R, Altavista P, et al. Prenatal exposure to non-ionizing radiation: effects of WiFi signals on pregnancy outcome, peripheral B-cell compartment and antibody production. Radiat Res 2010;174:732—40.

[5] Viel JF, Cardis E, Moissonnier M, de Seze R, Hours M. Radiofrequency exposure in the French general population: band, time, location and activity variability. Environ Res 2009;35:1150—4.

[6] Dasdag S, Ketani MA, Akdag Z, Ersay AR, Sari I, Demirtas OC, et al. Whole-body microwave exposure emitted by cellular phones and testicular function of rats. Urol Res 1999;27:219—23.

[7] Westerman R, Hocking B. Diseases of modern living: neurological changes associated with mobile phones and radiofrequency radiation in humans. Neurosci Lett 2004;361:13—6.

[8] Omura Y, Losco M. Electro-magnetic fields in the home environment (color TV, computer monitor, microwave oven, cellular phone, etc) as potential contributing factors for the induction of oncogen C-fos Ab1, oncogen C-fos Ab2, integrin alpha 5 beta 1 and development of cancer, as well as effects of microwave on amino acid composition of food and living human brain. Acupunct Electrother Res 1993;18:33—73.

[9] De Iuliis GN, Newey RJ, King BV, Aitken RJ. Mobile phone radiation induces reactive oxygen species production and DNA damage in human spermatozoa in vitro. PLoS One 2009;4:e6446.

[10] Cleary SF, Liu LM, Graham R, East J. In vitro fertilization of mouse ova by spermatozoa exposed isothermally to radiofrequency radiation. Bioelectromagnetics 1989;10:361—9.

[11] Agarwal A, Desai NR, Makker K, Varghese A, Mouradi R, Sabanegh E, et al. Effects of radiofrequency electromagnetic waves (RF-EMW) from cellular phones on human ejaculated semen: an in vitro pilot study. Fertil Steril 2009;92:1318—25.

[12] Balcer-Kubiczek EK, Harrison GH. Evidence for microwave carcinogenesis in vitro. Carcinogenesis 1985;6:859—64.

[13] Balcer-Kubiczek EK, Harrison GH. Neoplastic transformation of C3H/10T1/2 cells following exposure to 120-Hz modulated 2.45-GHz microwaves and phorbol ester tumor promoter. Radiat Res 1991;126:65—72.

[14] Krewski D, Byus CV, Glickman BW, Lotz WG, Mandeville R, McBride ML, et al. Potential health risks of radiofrequency fields from wireless telecommunication devices. J Toxicol Environ Health B Crit Rev 2001;4:1—143.

[15] Sage C, Carpenter DO. Public health implications of wireless technologies. Pathophysiology 2009;16:233—46.

[16] Aitken RJ, Baker MA, Sawyer D. Oxidative stress in the male germ line and its role in the aetiology of male infertility and genetic disease. Reprod Biomed Online 2003;7:65—70.

[17] Kornhauser A, Krinsky NI, Huang PK, Clagett DC. A comparative study of photodynamic oxidation and radiofrequency-discharge-generated $^1O_2$ oxidation of guanosine. Photochem Photobiol 1973;18:63—9.

[18] Wireless MAXg ADSL Gateway User Guide. Available at: http://www.usr.com/support/9108/9108-ug/regulatory.htm [accessed 06.03.2012].

[19] Johnsen SG. Testicular biopsy score count — a method for registration of spermatogenesis in human testes: normal values and results in 335 hypogonadal males. Hormones 1970; 1:2—25.

[20] Atasoy P, Bozdogan O, Erekul S, Bozdogan N, Bayram M. Fas-mediated pathway and apoptosis in normal, hyperplastic, and neoplastic endometrium. Gynecol Oncol 2003;91:309—17.

[21] Lonn S, Forssen U, Vecchia P, Ahlbom A, Feychting M. Output power levels from mobile phones in different geographical areas; implications for exposure assessment. Occup Environ Med 2004;61:769—72.

[22] ftp://ftp.zyxel.com/FSG1100HN/support_note/FSG1100HN_1.0.pdf [accessed 21.03.2012].

[23] Deepinder F, Makker K, Agarwal A. Cell phones and male infertility: dissecting the relationship. Reprod Biomed Online 2007;15:266—70.

[24] Wdowiak A, Wdowiak L, Wiktor H. Evaluation of the effect of using mobile phones on male fertility. Ann Agric Environ Med 2007;14:169—72.

[25] Cairnie AB, Harding RK. Cytological studies in mouse testis irradiated with 2.45-GHz continuous-wave microwaves. Radiat Res 1981;87:100—8.

[26] Ono T, Saito Y, Komura J, Ikehata H, Tarusawa Y, Nojima T, et al. Absence of mutagenic effects of 2.45 GHz radio-frequency exposure in spleen, liver, brain, and testis of lacZ-transgenic mouse exposed in utero. Tohoku J Exp Med 2004; 202:93—103.

[27] Ames BN. Endogenous oxidative DNA damage, aging, and cancer. Free Radic Res Commun 1989;7:121—8.

[28] Rajesh Kumar T, Doreswamy K, Shrilatha B, Muralidhara. Oxidative stress associated DNA damage in testis of mice: induction of abnormal sperms and effects on fertility. Mutat Res 2002;513:103—11.

[29] Wan J, Winn LM. In utero-initiated cancer: the role of reactive oxygen species. Birth Defects Res C Embryo Today 2006;78: 326—32.

[30] Henkel R, Kierspel E, Stalf T, Mehnert C, Menkveld R, Tinneberg HR, et al. Effect of reactive oxygen species produced by spermatozoa and leukocytes on sperm functions in non-leukocytospermic patients. Fertil Steril 2005;83:635—42.

[31] Kilgallon SJ, Simmons LW. Image content influences men's semen quality. Biol Lett 2005;1:253—5.

[32] Makker K, Agarwal A, Sharma R. Oxidative stress & male infertility. Indian J Med Res 2009;129:357—67.

[33] Tunc O, Tremellen K. Oxidative DNA damage impairs global sperm DNA methylation in infertile men. J Assist Reprod Genet 2009;26:537—44.

[34] Alkan I, Simsek F, Haklar G, Kervancioglu E, Ozveri H, Yalcin S, et al. Reactive oxygen species production by the spermatozoa of patients with idiopathic infertility: relationship to seminal plasma antioxidants. J Urol 1997;157:140—3.

[35] Morakinyo AO, Iranloye BO, Daramola AO, Adegoke OA. Anti-fertility effect of calcium channel blockers on male rats: association with oxidative stress. Adv Med Sci 2011;56:95—105.

[36] Shukla KK, Mahdi AA, Ahmad MK, Jaiswar SP, Shankwar SN, Tiwari SC. Mucuna pruriens reduces stress and improves the quality of semen in infertile men. Evid Based Complement Alternat Med 2010;7:137—44.

[37] Anderson V, Rowley J. Measurements of skin surface temperature during mobile phone use. Bioelectromagnetics 2007;28: 159—62.

[38] Heynick LN, Johnston SA, Mason PA. Radio frequency electromagnetic fields: cancer, mutagenesis, and genotoxicity. Bioelectromagnetics 2003;(Suppl. 6):S74—100.

Smart Meters; Correcting the Gross Misinformation,
Letter by 54 Scientists and MDs; 2012

See this article: https://maisonsaine.ca/sante-et-securite/electrosmog/smart-meters-correcting-gross-misinformation.html

# Smart Meters: Correcting the Gross Misinformation

agfauteux | 11 juin 2012 | 13 Commentaires

*Quebec-based magazine La Maison du 21e siecle asked physician David O. Carpenter, former founding dean of the University at Albany (NY)'s School of Public Health, to comment an open letter published in the Montreal daily Le Devoir on May 24 2012. This letter claimed wireless smart meters pose no risk to public health. More than fifty international experts contributed to the following rebuttal.*



Dr David O. Carpenter, founder, University at Albany (NY) School of Public Health

We, the undersigned are a group of scientists and health professionals who together have coauthored hundreds of peer-reviewed studies on the health effects of electromagnetic fields (EMFs). We wish to correct some of the gross misinformation found in the letter regarding wireless "smart" meters that was published in the Montreal daily Le Devoir on May 24. Submitted by a group Quebec engineers, physicists and chemists, the letter in question reflects an obvious lack of understanding of the science behind the health impacts of the radiofrequency (RF)/microwave EMFs emitted by these meters.

The statement that « Thousands of studies, both epidemiological and experimental in humans, show no increase in cancer cases as a result of exposure to radio waves of low intensity… » is false (1). In fact, only a few such studies — two dozen case-control studies of mobile phone use, certainly not thousands, have reported no elevations of cancer, and most were funded by the wireless industry. In addition, these reassuring studies contained significant experimental design

1

JA 06613

flaws, mainly the fact that the populations followed were too small and were followed for a too short period of time.

Non industry-funded studies have clearly demonstrated a significant increase in cancer cases among individuals who have suffered from prolonged exposure to low-level microwaves, transmitted notably by radio antennas. The effects were best documented in meta-analyses that have been published and that include grouped results from several different studies: these analyses consistently showed an increased risk of brain cancer among regular users of a cell phone who have been exposed to microwaves for at least ten years. Children and youths are especially vulnerable (2). For example, the 2009 Hardell-Carlberg study reported a consistent association between use of mobile or cordless phones and two types of head tumors, astrocytoma grade I-IV and acoustic neuroma. The authors »found an especially high risk for persons that started use of mobile or cordless phones before the age of 20 years, although based on low numbers ».

**Brain Cancer Rates**
Furthermore, the argument that brain cancer rates do not indicate an overall increase in incidence is not evidence that cell phones are safe: the latency for brain cancer in adults after environmental exposure can be long, up to 20-30 years. Most North Americans haven't used cell phones extensively for that long. The evidence of the link between long-term cell phone use and brain cancer comes primarily from Northern Europe, where cell phones have been commonly used since the 1990s. Nevertheless, the most recent collection of primary brain tumors mined from pathology units in Australia showed brain cancer incidence rose by about 35% between 2000 and 2008 in the Australian Capital Territory and New South Wales (total population : more than 7 million).

In May 2011, after reviewing the published scientific literature regarding cancers affecting cell phone users, the International Agency for Research on Cancer (IARC) classified radiofrequency radiation as a 2B, possible human carcinogen. Despite the absence of scientific consensus, the evidence is sufficiently compelling for any cautious parent to want to reduce their loved one's exposure to RF/microwave emissions as much as possible, as recommended by various countries such as Austria, Belgium, Germany, Russia and the United Kingdom.

**Electrosensitivity**
Public fears about wireless smart meters are well-founded. They are backed by various medical authorities such as those of the Santa Cruz County(California) Public Health Department. These authorities are worried about the growing number of citizens who say they have developed electrohypersensitivity (EHS), especially since for many of them, the symptoms developed after the installation of such meters (it takes some time for most people to link the two events).

Since the turn of the millennium, people are increasingly affected by ambient microwaves due to the growing popularity of wireless devices such as cell phones and Wi-Fi Internet. Therefore, the mass deployment of smart grids could expose large chunks of the general population to alarming risk scenarios without their consent. According to seven surveys done in six European countries between 2002 and 2004, about 10% of Europeans have become electrosensitive. The most

JA 06614

famous person to publicly reveal her electrosensitivity is Gro Harlem Brundtland, formerly Prime Minister of Norway and retired Director of the World Health Organization (WHO).

While there is no consensus on the origins and mechanisms of EHS, many physicians and other specialists around the world have become aware that EHS symptoms (neurological dermatological, acoustical, etc.) seem to be triggered by exposure to EMF levels well below current international exposure limits, which are established solely on short-term thermal effects (3). Organizations such as the Austrian Medical Association and the American Academy of Environmental Medicine have recognized that the ideal way to treat of EHS is to reduce EMF exposure.

Therefore, caution is warranted because the growing variety of RF/microwave emissions produced by many wireless devices such as smart meters have never been tested for their potential biological effects.

**Well-known bioeffects**
While the specific pathways to cancer are not fully understood, it is scientifically unacceptable to deny the weight of the evidence regarding the increase in cancer cases in humans that are exposed to high levels of RF/microwave radiation.

The statement that « there is no established mechanism by which a radio wave could induce an adverse effect on human tissue other than by heating » is incorrect, and reflects a lack of awareness and understanding of the scientific literature on the subject. In fact, more than a thousand studies done on low intensity, high frequency, non-ionizing radiation, going back at least fifty years, show that some biological mechanisms of effect do not involve heat. This radiation sends signals to living tissue that stimulate biochemical changes, which can generate various symptoms and may lead to diseases such as cancer.

Even though RF/microwaves don't have the energy to directly break chemical bonds, unlike ionizing radiation such as X-rays, there is scientific evidence that this energy can cause DNA damage indirectly leading to cancer by a combination of biological effects. Recent publications have documented the generation of free radicals, increased permeability of the blood brain barrier allowing potentially toxic chemicals to enter the brain, induction of genes, as well as altered electrical and metabolic activity in human brains upon application of cell phone RF/microwaves similar to those produced by smart meters.

These effects are cumulative and depend on many factors including RF/microwave levels, frequency, waveform, exposure time, biovariability between individuals and combination with other toxic agents. Clear evidence that these microwaves are indeed bioactive has been shown by the fact that low-intensity EMFs have proven clinically useful in some circumstances. Pulsed EMFs have long been used to successfully treat bone fractures that are resistant to other forms of therapy. More recently, frequency-specific, amplitude-modulated EMFs have been found useful to treat advanced carcinoma and chronic pain.

High frequency EMFs such as the microwaves used in cell phones, smart meters, Wi-Fi and cordless ''DECT'' phones, appear to be the most damaging when used commonly. Most of their

biological effects, including symptoms of electrohypersensitivity, can be seen in the damage done to cellular membranes by the loss of structurally-important calcium ions. Prolonged exposure to these high frequencies may eventually lead to cellular malfunction and death.

Furthermore, malfunction of the parathyroid gland, located in the neck just inches from where one holds a cell phone, may actually cause electrohypersensitivity in some people by reducing the background level of calcium ions in the blood. RF/microwave radiation is also known to decrease the production of melatonin, which protects against cancer, and to promote the growth of existing cancer cells.

**Early warning scientists attacked**
In recommending that the Precautionary Principle be applied in EMF matters, the European Environment Agency's Director Jacqueline McGlade wrote in 2009: "We have noted from previous health hazard histories such as that of lead in petrol, and methyl mercury, that 'early warning' scientists frequently suffer from discrimination, from loss of research funds, and from unduly personal attacks on their scientific integrity. It would be surprising if this is not already a feature of the present EMF controversy… » Such unfortunate consequences have indeed occurred.

The statement in the *Le Devoir* letter that « if we consider that a debate should take place, it should focus exclusively on the effects of cell phones on health » is basically an acknowledgement that there is at least some reason to be concerned about cell phones. However, while the immediate exposure from a cell phone is of much greater intensity than the exposure from smart meters, cell phone use is temporary.

**Smart meters**
As Australian Associate Professor of neurosurgery Vini G. Khurana reports, adverse neurological effects have been reported in people who sustain close proximity to wireless meters, especially under 10 feet (3 metres).

A wireless smart meter produces radiofrequency microwave radiation with two antennas in approximately the same frequency range (900 MHz to 2.4 GHz) as a typical cell tower. But, depending on how close it is to occupied space within a home, a smart meter can cause much higher RF exposures than cell towers commonly do.  If a smart meter is located on a common wall with a bedroom or kitchen rather than a garage wall, for example, the RF exposure can be the same as being within 200 to 600 feet distance of a cell tower with multiple carriers. With both cell towers and smart meters, the entire body is immersed by microwaves  that go out in all directions, which increases the risk of overexposure to many sensitive organs such as the eyes and testicles. With a cell phone, people are exposed to microwaves primarily in the head and neck (unless using speaker mode), and only when the device is turned on or in standby mode.

Wireless smart meters typically produce atypical, relatively potent and very short pulsed RF/microwaves whose biological effects have never been fully tested. They emit these millisecond-long RF bursts on average 9,600 times a day with a maximum of 190,000 daily transmissions and a peak level emission two and a half times higher than the stated safety signal, as the California utility Pacific Gas & Electric recognized before that State's Public Utilities

JA 06616

Commission. Thus people in proximity to a smart meter are at risk of significantly greater aggregate of RF/microwave exposure than with a cell phone, not to mention the cumulative exposure received by people living near multiple meters mounted together, pole-mounted routers or utility collector meters using a third antenna to relay RF signals from 500 to 5,000 homes.

A technical study performed by Sage Associates in California indicates that RF levels from various scenarios depicting normal smart meter installation and operation may violate even the out-of-date US public safety standards which only consider acute thermal effects. This can happen when a person stands close to the meter to read the power consumption, or touches it, or shades the meter face with a hand to better read it. Emissions are also increased by reflective materials, such as stainless steel, other metals and mirrors, which can re-radiate stronger that the otherwise unaltered background. Microwaves are absorbed and dissipated by partially conductive materials, such as cement and special RF shielding paints and fabrics.

In addition to the erratic bursts of modulated microwaves emitted by wireless smart meters transferring usage data to electric, gas and water utilities, wireless as well as wired smart (powerline communication) meters are also a major source of ''dirty electricity'' (electrical interference of high frequency voltage transients typically of kilohertz frequencies). Some scientists, such as American epidemiologist Sam Milham, believe that many of the health complaints about smart meters may also be caused by dirty electricity generated by the « switching » power supply activating all smart meters. Since the installation of filters to reduce dirty electricity circulating on house wiring has been found to relieve symptoms of EHS in some people, this method should be considered among the priorities aimed at reducing potential adverse impacts. Indeed, the Salzburg State (Austria) Public Health Department confirms its concern about the potential public health risk when in coming years almost every electric wire and device will emit such transient electric fields in the kilohertz-range due to wired smart meters.

**Rather be safe than sorry**
The apparent adverse health effects noted with smart meter exposure are likely to be further exacerbated if smart appliances that use wireless communications become the norm and further increase unwarranted exposure.

To date, there have been few independent studies of the health effects of such sources of more continuous but lower intensity microwaves. However, we know after decades of studies of hazardous chemical substances, that chronic exposure to low concentrations of microwaves can cause equal or even greater harm than an acute exposure to high concentrations of the same microwaves.

This is why so many scientists and medical experts urgently recommend that measures following the Precautionary Principle be applied immediately — such as using wired meters — to reduce biologically inappropriate microwave exposure. We are not advocating the abolishment of RF technologies, only the use of common sense and the development and implementation of best practices in using these technologies in order to reduce exposure and risk of health hazards.

JA 06617

(1) • Scientific papers on EMF health effects
(2) On Nov. 19 2012, we struck from this letter an error propagated in the media claiming that
« In May 2012, the U.K.'s Office of National Statistics reported a 50 percent increase in
incidence of frontal and temporal lobe tumors in children between 1999 and 2009. »
(3) Explanation and studies on electrosensitivity
(4) Governments and organizations that ban or warn against wireless technology

• David O. Carpenter, MD, Director, Institute for Health & the Environment, University at
Albany, USA
• Franz Adlkofer, M.D., Chairman of the Pandora Foundation, Coordinator of the European
Reflex Report on DNA-damage by cellphone radiation, Neuendorf, Germany
• M. S. H. Al Salameh, PhD, Professor of Electrical Engineering, University of Science &
Technology, Irbid, Jordan
• Jennifer Armstrong, MD, Past President, American Society for Environmental Medicine,
Founder, Ottawa Environmental Health Clinic, Ontario, Canada
• Pierre L. Auger, MD, Occupational medicine, Multiclinique des accidentés 1464, Montreal,
Quebec, Canada
• Igor Beliaev, PhD, Head research scientist, Cancer Research Institute, Slovak Academy of
Sciences, Bratislava, Slovak republic
• Fiorella Belpoggi, PhD, Director Cesare Maltoni Cancer Research Center, Ramazzini Institute,
Bologna, Italy
• Dominique Belpomme, MD, Director of the European Cancer and Environment Research
Institute, Brussels, Belgium
• Martin Blank, PhD, former President, Bioelectromagnetics Society, Special Lecturer,
Department of Physiology and Cellular Biophysics, Columbia University Medical Center, New
York, USA
• Barry Breger, MD, Centre d'intégration somatosophique (orthomolecular medicine), Montreal,
Quebec
• Simona Carrubba, PhD, Prof. Biophysics, Daemen College, Amherst, NY, Associate
Researcher, Neurology, Buffalo General Hospital , Buffalo, NY
• John Cline, MD, Professor, Institute for Functional Medicine, Federal Way, WA, USA,
Medical Director, Cline Medical Centre, Nanaimo, BC, Canada
• Alvaro Augusto de Salles, PhD, Professor of Electrical Engineering, Federal University of Rio
Grande do Sul, Porto Alegre, Brazil
• Christos Georgiou, Prof. Biochemistry, Biology Department, University of Patras, Greece
• Andrew Goldsworthy, PhD, Honorary lecturer in Biology, Imperial College, London, UK
• Claudio Gómez-Perretta, MD, Director, Centro de Investigación, Hospital Universitario LA Fe,
Valencia, Spain
• Livio Giuliani, PhD, Senior Researcher, National Insurance Institute (INAIL), Chief of
Radiation and Ultrasounds Research Unit, Rome, Italy
• Yury Grigoriev, PhD, Chair Russian National Committee on Non-Ionizing Radiation
Protection, Moscow, Russia
• Settimio Grimaldi, PhD, Director, Institute of Translational Pharmacology (Neurobiology and
molecular medicine), National Research Council, Rome, Italy
• Magda Havas, PhD, Centre for Health Studies, Trent University, Canada
• Lennart Hardell, MD, Professor of Oncology, University Hospital, Örebro, Sweden

• Denis L. Henshaw, PhD, Professor of Physics, Head of The Human Radiation Effects Group, University of Bristol, UK
• Ronald B. Herberman, MD, Chairman of Board, Environmental Health Trust, and Founding Director emeritus, University of Pittsburgh Cancer Institute, USA
• Donald Hillman, PhD, Dairy Science, Professor Emeritus, Department of Animal Science, Michigan State University, USA
• Isaac Jamieson, PhD, Environmental Science (electromagnetic phenomena in the built environment), independent architect, scientist and environmental consultant, Hertfordshire, UK
• Olle Johansson, PhD, Professor of Neuroscience (Experimental Dermatology Unit), Karolinska Institute, Stockholm, Sweden
• Yury Kronn, PhD, Soviet authority on physics of nonlinear vibrations and high frequency electromagnetic vibrations, founder of Energy Tools International, Oregon, USA
• Vini G. Khurana, MBBS, Associate of Professor of Neurosurgery, Australian National University, Australia
• Henry Lai, PhD, Professor of Bioengineering, University of Washington School of Medicine, Seattle, WA, USA
• Abraham R. Liboff, PhD, Professor Emeritus, Department of Physics, Oakland University, Rochester, Michigan, USA
• Don Maisch, PhD, Researcher on radiation exposure standards for telecommunications frequency, EMFacts Consultancy, Tasmania, Australia
• Erica Mallery-Blythe, MD, Emergency Medicine Physician, England
• Andrew A. Marino, MD, Professor of Neurology, LSU Health Sciences Center, Shreveport, LA, USA
• Karl Maret, MD, President, Dove Health Alliance, Aptos, CA, USA
• Fiorenzo Marinelli, PhD, Researcher on biological effects of EMFs, Institute of Molecular Genetics, National Research Council, Bologna, Italy
• Andrew Michrowski, PhD, Director, Planetary Association for Clean Energy, Ottawa, Canada
• Sam Milham, MD, former chief epidemiologist, Washington State Department of Health, USA
• Joel M. Moskowitz, PhD, Director, Center for Family and Community Health, School of Public Health, University of California, Berkeley
• Gerd Oberfeld, MD, Public Health Department, Salzburg State Government, Austria
• Mike O'Carroll, PhD, Professor Emeritus (Applied Mathematics), University of Sunderland, UK
• Jerry L. Phillips, PhD, Director, Center for Excellence in Science, Department of Chemistry and Biochemistry, University of Colorado, USA
• John Podd, PhD, Professor of Psychology (experimental neuropsychology), Massey University, New-Zeland
• William J. Rea, MD, thoracic and cardiovascular surgeon, founder of the Environmental Health Center, Dallas, Tx, USA
• Elihu D. Richter, MD, Professor, Hebrew University-Hadassah School of Public Health and Community Medicine, Jerusalem, Israel
• Leif G. Salford, MD, Senior Professor of Neurosurgery, Lund University, Sweden
• Nesrin Seyhan, MD, Founder and Chair of Biophysics, Medical Faculty of Gazi University, Turkey
• Cyril W. Smith, PhD, lead author of "Electromagnetic Man", retired from Electronic and Electrical Engineering, University of Salford, UK

JA 06619

• Morando Soffritti, MD,  Scientific Director of the European Foundation for Oncology and Environmental Sciences "B. Ramazzini" in Bologna, Italy
• Carlos Sosa, MD, surgeon affected by the Microwave syndrome, Medellin, Columbia
• Antoinette "Toni" Stein, PhD, Collaborative on Health and the Environment (CHE-EMF Working Group), Co-Coordinator, Berkeley, CA, USA
• Stanislaw Szmigielski, MD, PhD Professor of Pathophysiology, Consulting Expert, former director of Microwave Safety, Military Institute of Hygiene and Epidemiology, Warsaw, Poland
• Lauraine Vivian, PhD, Senior Lecturer, Primary Health Care Directorate, Faculty of Health Sciences, University of Cape Town, South Africa.
• Bradford S. Weeks, MD, Director, The Weeks Clinic, Clinton, WA, USA
• Stelios A. Zinelis, MD, Vice-President, Hellenic Cancer Society, Cefallonia, Greece

Coordination: Andre Fauteux, Publisher and Editor in chief, *la Maison du 21e siècle* magazine, Sainte-Adele, Quebec, Canada.

Articles similaires:

1. Electrosensitivity caused by chronic nervous system arousal – Dr Roy Fox
2. Actualités électrosmog: cellulaire et cancer
3. Electrosmog: twelve ways of avoiding it
4. Compteurs intelligents: les dernières actualités web

**Mots-clé:** brain cancer, cancer, microwaves, quebec, radiofrequency, smart meters

**Catégorie**: Actualités, Électrosmog, Hypersensibilités environnementales, Maisons saines

JA 06620

Smart Meters - Radiation Sickness;
American Academy of Environmental Medicine,
Smart Meter Case Series; 2013

JA 06621

# American Academy of Environmental Medicine

6505 E Central • Ste 296 • Wichita, KS 67206
Tel: (316) 684-5500 • Fax: (316) 684-5709
www.aaemonline.org

*Smart Meter Case Series*

**Executive Committee**

**President**
Amy L. Dean, D.O., FAAEM
1955 Pauline Blvd Ste 100D
Ann Arbor, MI 48103

**President-Elect**
Janette Hope, M.D., FAAEM
304 W Los Olivos
Santa Barbara, CA 93105

**Secretary**
Jennifer Armstrong, M.D., FAAEM
3364 Carling Ave.
Ottawa, Ontario, Canada

**Treasurer**
Richard G. Jaeckle, M.D., FAAEM
8220 Walnut Hill Ln Ste 404
Dallas, TX 75231

**Immediate Past President**
A.L. Barrier, M.D., FAAO-HNS

**Advisor**
William J. Rea, M.D.,FAAEM
Gary R. Oberg, M.D., FAAEM

**Board of Directors**
Craig Bass, M.D.
Robin Bernhoft, M.D., FAAEM
Martha Grout, M.D., MD(H)
W. Alan Ingram, M.D.
Derek Lang, D.O.
Allan D. Lieberman, M.D., FAAEM
Lisa Nagy, M.D.
Kalpana D. Patel, M.D., FAAEM

**Continuing Medical Education**
Chair
James W. Willoughby, II, D.O.
24 Main St.
Liberty, MO 64068

Assistant-Chair
Wm. Alan Ingram, M.D.
18015 Oak St Ste B
Omaha, NE 68130

Founded in 1965 as a non-profit medical association, the American Academy of Environmental Medicine (AAEM) is an international organization of physician and scientists interested in the complex relationship between the environment and health.

AAEM physicians and physicians world-wide are treating patients who report adverse, debilitating health effects following the installation of smart meters, which emit electromagnetic frequencies (EMF) and radiofrequencies (RF).

The peer reviewed, scientific literature demonstrates the correlation between EMF/RF exposure and neurological, cardiac, and pulmonary disease as well as reproductive disorders, immune dysfunction, cancer and other health conditions. The evidence is irrefutable. Despite this research, claims have been made that studies correlating smart meter emissions with adverse health effects do not exist.

The AAEM has received a case series submitted by Dr. Federica Lamech, MBBS, *Self-Reporting of Symptom Development from Exposure to Wireless Smart Meters' Radiofrequency Fields in Victoria*. AAEM supports this research. It is a well documented 92 case series that is scientifically valid. It clearly demonstrates adverse health effects in the human population from smart meter emissions.

The symptoms reported in this case series closely correlate not only with the clinical findings of environmental physicians, but also with the scientific literature. Many of the symptoms reported including fatigue, headaches, heart palpitations, dizziness and other symptoms have been shown to be triggered by electromagnetic field exposure under double blind, placebo controlled conditions. Symptoms in this case series also correlate with the Austrian Medical Association's Guidelines for the Diagnosis and Treatment of EMF Related Health Problems.

It is critically important to note that the data in this case series indicates that the "vast majority of cases" were not electromagnetically hypersensitive until *after* installation of smart meters. Dr. Lamech concludes that smart meters "may have unique characteristics that lower people's threshold for symptom development".

This research is the first of its kind, clearly demonstrating the correlation between smart meters and adverse health effects.

Based on the findings of this case series, AAEM calls for:

- Further research regarding smart meter health effects

- Accommodation for health considerations regarding smart meters.

- Avoidance of smart meter EMF/RF emissions based on health considerations, including the option to maintain analog meters.

- A moratorium on smart meters and implementation of safer technology

- Physicians and health care providers to consider the role of EMF and RF in the disease process, diagnosis and treatment of patients.

Passed by the Board of Directors of the American Academy of Environmental Medicine October 23, 2013

Please note: Smart Meter case series research to be released upon publication

Smart Meters; Assessment of Radiofrequency Microwave Radiation Emissions from Smart Meters; Sage Associates, Environmental Consultants; 2011



# Assessment of Radiofrequency Microwave Radiation Emissions from Smart Meters

Sage Associates
Santa Barbara, CA
USA

# January 1, 2011

## TABLE OF CONTENTS

SUMMARY OF FINDINGS

INTRODUCTION

      How Smart Meters Work
      Mandate
      Purpose of this Report
      Conditions that Affect Radiofrequency Radiation Levels from Meters
      Framing Questions

HOW THEY WORK –
      Mesh Network
      Smart Meter(s) and collector meters
      Power Transmitters

METHODOLOGY

APPLICABLE PUBLIC SAFETY LIMITS

      FCC Bulletin OET 65 Guidelines (Time-Averaging Limits)
      ANSI/IEEE C95.1-1992, 1999 (Peak Power Limits)

RESULTS, FINDINGS AND CONCLUSIONS

      Tables 1-6 RF Levels at 6", 11" and 28" (Face, Nursery, Kitchen)
      Tables 7-17 (FCC Violations of TWA and Peak Power)
      Tables 18-31 (Comparison of RF Levels to Health Studies)
      Tables 32-33 (Comparison to BioInitiative Recommendation)
      Tables A1- A16 (RF Power Density vs Distance Tables)
      Tables A17-A32 (Nursery at 11" Summary Tables)
      Tables A33-A48 (Kitchen at 28" Summary Tables)

APPENDIX A – Tables A1 – A16  RF Power Density vs. Distance Tables
                              Tables A17-A32 (Nursery at 11" Summary Tables)
                              Tables A33-A48 (Kitchen at 28" Summary Tables)

APPENDIX B – Tables 1 – 33 - Data Tables, FCC Violation Tables, Health
                              Comparisons

APPENDIX C – Sensitivity of the Eye and Testes to RF Radiation

## SUMMARY OF FINDINGS

This Report has been prepared to document radiofrequency radiation (RF) levels associated with wireless smart meters in various scenarios depicting common ways in which they are installed and operated.

The Report includes computer modeling of the range of possible smart meter RF levels that are occurring in the typical installation and operation of a single smart meter, and also multiple meters in California.  It includes analysis of both two-antenna smart meters (the typical installation) and of three-antenna meters (the collector meters that relay RF signals from another 500 to 5000 homes in the area).

RF levels from the various scenarios depicting normal installation and operation, and possible FCC violations have been determined based on both time-averaged and peak power limits (Tables 1 - 14).

Potential violations of current FCC public safety standards for smart meters and/or collector meters in the manner installed and operated in California are

predicted in this Report, based on computer modeling (Tables 10 – 17).

Tables 1 – 17 show power density data and possible conditions of violation of the FCC public safety limits, and Tables 18 – 33 show comparisons to health studies reporting adverse health impacts.

FCC compliance violations are likely to occur under normal conditions of installation and operation of smart meters and collector meters in California. Violations of FCC safety limits for uncontrolled public access are identified at distances within 6" of the meter.  Exposure to the face is possible at this distance, in violation of the time-weighted average safety limits (Tables 10-11).  FCC violations are predicted to occur at 60% reflection (OET Equation 10 and 100% reflection (OET Equation 6) factors*, both used in FCC OET 65 formulas for such calculations for time-weighted average limits.  Peak power limits are not violated at the 6" distance (looking at the meter) but can be at 3" from the meter, if it is touched.

This report has also assessed the potential for FCC violations based on two examples of RF exposures in a typical residence.  RF levels have been calculated at distances of 11" (to represent a nursery or bedroom with a crib or bed against a wall opposite one or more meters); and at 28" (to represent a kitchen work space with one or more meters installed on the kitchen wall).

FCC compliance violations are identified at 11" in a nursery or bedroom setting using Equation 10* of the FCC OET 65 regulations (Tables 12-13). These violations are predicted to occur where there are multiple smart meters, or one collector meter, or one collector meter mounted together with

several smart meters.

FCC compliance violations are not predicted at 28" in the kitchen work space for 60% or for 100% reflection calculations.  Violations of FCC public safety limits are predicted for higher reflection factors of 1000% and 2000%, which are not a part of FCC OET 65 formulas, but are included here to allow for situations where site-specific conditions (highly reflective environments, for example, galley-type kitchens with many highly reflective stainless steel or other metallic surfaces) may be warranted.*

*FCC OET 65 Equation 10 assumes 60% reflection and Equation 6  assumes 100% reflection.  RF levels are also calculated in this report to account for some situations where interior environments have highly reflective surfaces as might be found in a small kitchen with stainless steel or other metal counters, appliances and furnishings. This report includes the FCC's reflection factors of 60% and 100%, and also reflection factors of1000% and 2000% that are more in line with those reported in Hondou, 2001; Hondou, 2006 and Vermeeren et al, 2010.   The use of a 1000% reflection factor is still conservative in comparison to Hondou, 2006.  A 1000% reflection factor is 12% (or 121 times as high) a factor for power density compared to Hondou et al, 2006 prediction of 1000 times higher power densities due to reflection.  A 2000% reflection factor is only 22% (or 441 times) that of Hondou's finding that power density can be as high as 2000 times higher.

In addition to exceeding FCC public safety limits under some conditions of installation and operation, smart meters can produce excessively elevated RF exposures, depending on where they are installed.   With respect to absolute RF exposure levels predicted for occupied space within dwellings, or outside areas like patios, gardens and walk-ways, RF levels are predicted to be substantially elevated within a few feet to within a few tens of feet from the meter(s).

For example, one smart meter at 11" from occupied space produces somewhere between 1.4 and 140 microwatts per centimeter squared (uW/cm2) depending on the duty cycle modeled (Table 12).  Since FCC

OET 65 specifies that continuous exposure be assumed where the public cannot be excluded (such as is applicable to one's home), this calculation produces an RF level of 140 uW/cm2 at 11" using the FCCs lowest reflection factor of 60%.   Using the FCC's reflection factor of 100%, the figures rise to 2.2 uW/cm2 – 218 uW/cm2, where the continuous exposure calculation is 218 uW/cm2 (Table 12).  These are very significantly elevated RF exposures in comparison to typical individual exposures in daily life. Multiple smart meters in the nursery/bedroom example at 11" are predicted to generate RF levels from about 5 to 481 uW/cm2 at the lowest (60%) reflection factor; and 7.5 to 751 uW/cm2 using the FCCs 100% reflection factor (Table 13).  Such levels are far above typical public exposures.

RF levels at 28" in the kitchen work space are also predicted to be significantly elevated with one or more smart meters (or a collector meter alone or in combination with multiple smart meters).   At 28" distance, RF levels are predicted in the kitchen example to be as high as 21 uW/cm2 from a single meter and as high as 54.5 uW/cm2 with multiple smart meters using the lower of the FCCs reflection factor of 60% (Table 14).  Using the FCCs higher reflection factor of 100%, the RF levels are predicted to be as high as 33.8 uW/cm2 for a single meter and as high as 85.8 uW/cm2 for multiple smart meters (Table 14).  For a single collector meter, the range is 60.9 to 95.2 uW/cm2 (at 60% and 100% reflection factors, respectively) (from Table 15).

Table 16 illustrates predicted violations of peak power limit (4000 uW/cm2) at 3" from the surface of a meter.  FCC violations of peak power limit are predicted to occur for a single collector meter at both 60% and 100%

reflection factors. This situation might occur if someone touches a smart meter or stands directly in front.

Consumers may also have already increased their exposures to radiofrequency radiation in the home through the voluntary use of wireless devices (cell and cordless phones), PDAs like BlackBerry and iPhones, wireless routers for wireless internet access, wireless home security systems, wireless baby surveillance (baby monitors), and other emerging wireless applications.

Neither the FCC, the CPUC, the utility nor the consumer know what portion of the allowable public safety limit is already being used up or pre-empted by RF from other sources already present in the particular location a smart meter may be installed and operated.

Consumers, for whatever personal reason, choice or necessity who have already eliminated all possible wireless exposures from their property and lives, may now face excessively high RF exposures in their homes from smart meters on a 24-hour basis. This may force limitations on use of their otherwise occupied space, depending on how the meter is located, building materials in the structure, and how it is furnished.

People who are afforded special protection under the federal Americans with Disabilities Act are not sufficiently acknowledged nor protected. People who have medical and/or metal implants or other conditions rendering them vulnerable to health risks at lower levels than FCC RF limits may be particularly at risk (Tables 30-31). This is also likely to hold true for other

subgroups, like children and people who are ill or taking medications, or are elderly, for they have different reactions to pulsed RF.  Childrens' tissues absorb RF differently and can absorb more RF than adults (Christ et al, 2010; Wiart et al, 2008). The elderly and those on some medications respond more acutely to some RF exposures.

Safety standards for peak exposure limits to radiofrequency have not been developed to take into account the particular sensitivity of the eyes, testes and other ball shaped organs.   There are no peak power limits defined for the eyes and testes, and it is not unreasonable to imagine situations where either of these organs comes into close contact with smart meters and/or collector meters, particularly where they are installed in multiples (on walls of multi-family dwellings that are accessible as common areas).

In summary, no positive assertion of safety can be made by the FCC, nor relied upon by the CPUC, with respect to pulsed RF when exposures are chronic and occur in the general population. Indiscriminate exposure to environmentally ubiquitous pulsed RF from the rollout of millions of new RF sources (smart meters) will mean far greater general population exposures, and potential health consequences.  Uncertainties about the existing RF environment (how much RF exposure already exists), what kind of interior reflective environments exist (reflection factor), how interior space is utilized near walls), and other characteristics of residents (age, medical condition, medical implants, relative health, reliance on critical care equipment that may be subject to electronic interference, etc) and unrestrained access to areas of property where meter is located all argue for caution.

# INTRODUCTION

### How Smart Meters Work

This report is limited to a very simple overview of how smart meters work, and the other parts of the communication system that are required for them to transmit information on energy usage within a home or other building. The reader can find more detailed information on smart meter and smart grid technology from numerous sources available on the Internet.

Often called 'advanced metering infrastructure or AMI', smart meters are a part of an overall system that includes a) a mesh network or series of wireless antennas at the neighborhood level to collect and transmit wireless information from all the smart meters in that area back to a utility.

The mesh network (sometimes called a distributed antenna system) requires wireless antennas to be located throughout neighborhoods in close proximity to where smart meters will be placed. Often, a municipality will receive a hundred or more individual applications for new cellular antenna service, which is specifically to serve smart meter technology needs. The communication network needed to serve smart meters is typically separate from existing cellular and data transmission antennas (cell tower antennas). The mesh network (or DAS) antennas are often utility-pole mounted. This part of the system can spread hundreds of new wireless antennas throughout neighborhoods.

Smart meters are a new type electrical meter that will measure your energy usage, like the old ones do now.  But, it will send the information back to the utility by wireless signal (radiofrequency/microwave radiation signal) instead of having a utility meter reader come to the property and manually do the monthly electric service reading.  So, smart meters are replacements for the older 'spinning dial' or analog electric meters.  Smart meters are not optional, and utilities are installing them even where occupants do not want them.

In order for smart meters to monitor and control energy usage via this wireless communication system, the consumer must be willing to install power transmitters inside the home.  This is the third part of the system and involves placing power transmitters  (radiofrequency/microwave radiation emitting devices) within the home on each appliance.  A power transmitter is required to measure the energy use of individual appliances (e.g., washing machines, clothes dryers, dishwashers, etc) and it will send information via wireless radiofrequency signal back to the smart meter.  Each power transmitter handles a separate appliance.  A typical kitchen and laundry may have a dozen power transmitters in total.  If power transmitters are not installed by the homeowner, or otherwise mandated on consumers via federal legislation requiring all new appliances to have power transmitters built into them, then there may be little or no energy reporting nor energy savings.

Smart meters could also be installed that would operate by wired, rather than wireless means.  Shielded cable, such as is available for cable modem (wired internet connection) could connect smart meters to utilities.  However, it is

not easy to see the solution to transmit signals from power transmitters (energy use for each appliance) back to the utility.

Collector meters are a special type of smart meter that can serve to collect the radiofrequency/microwave radiation signals from many surrounding buildings and send them back to the utility. Collector meters are intended to collect and re-transmit radiofrequency information for somewhere between 500-5000 homes or buildings. They have three operating antennas compared to two antennas in regular smart meters. Their radiofrequency microwave emissions are higher and they send wireless signal much more frequently. Collector meters can be place on a home or other building like smart meters, and there is presently no way to know which a homeowner or property owner might receive.

**Mandate**

The California Public Utilities Commission has authorized California's investor-owned utilities (including Pacific Gas & Electric, Southern California Edison Company and San Diego Gas & Electric) to install more than 10 million new wireless* smart meters in California, replacing existing electric meters as part of the federal SmartGrid program.

The goal is to provide a new residential energy management tool. It is intended to reduce energy consumption by providing computerized information to customers about what their energy usage is and how they might reduce it by running appliances during 'off-time' or 'lower load'

conditions. Presumably this will save utilities from having to build new facilities for peak load demand.  Utilities will install a new smart meter on every building to which electrical service is provided now. In Southern California, that is about 5 million smart meters in three years for a cost of around $1.6 billion dollars. In northern California, Pacific Gas & Electric is slated to install millions of meters at a cost of more than $2.2 billion dollars. If consumers decide to join the program (so that appliances can report energy usage to the utility), they can be informed about using energy during off-use or low-use periods, but only if consumers also agree to install additional wireless power transmitters on appliances inside the home.  Each power transmitter is an additional source of pulsed RF that produces high exposures at close range in occupied space within the home.

> *"Proponents of smart meters say that when these meters are teamed up with an in-home display that shows current energy usage, as well as a communicating thermostat and software that harvest and analyze that information, consumers can see how much consumption drives cost -- and will consume less as a result. Utilities are spending billions of dollars outfitting homes and businesses with the devices, which wirelessly send information about electricity use to utility billing departments and could help consumers control energy use."*

Wall Street Journal, April 29, 2009.

The smart meter program is also a tool for load-shedding during heavy electrical use periods by turning utility meters off remotely, and for reducing the need for utility employees to read meter data in the field.

**Purpose of this Report**

This Report has been prepared to document radiofrequency radiation (RF) levels associated with wireless smart meters in various scenarios depicting common ways in which they are installed and operated.

The Report includes computer modeling of the range of possible smart meter RF levels that are occurring in the typical installation and operation of a single smart meter, and also multiple meters in California. It includes analysis of both two-antenna smart meters (the typical installation) and of three-antenna meters (the collector meters that relay RF signals from another 500 to 5000 homes in the area).

RF levels from the various scenarios depicting normal installation and operation, and possible FCC violations have been determined based on both time-averaged and peak power limits (Tables 1 - 14).

Potential violations of current FCC public safety standards for smart meters and/or collector meters in the manner installed and operated in California are illustrated in this Report, based on computer modeling (Tables 10 – 17).

Tables which present data, possible conditions of violation of the FCC public safety limits, and comparisons to health studies reporting adverse health impacts are summarized (Tables 18 – 33).

The next section describes methodology in detail, but generally this Report provides computer modeling results for RF power density levels for these scenarios, analysis of whether and under what conditions FCC public safety

limit violations may occur, and comparison of RF levels produced under these scenarios to studies reporting adverse health impacts with chronic exposure to low-intensity radiofrequency radiation at or below levels produced by smart meters and collector meters in the manner installed and operated in California.

1) <u>Single 'typical' meter</u> - tables showing RF power density at increasing distances in 0.25' (3") intervals outward for single meter (two-antenna meter).  Effects of variable duty cycles (from 1% to 90%) and various reflection factors (60%, 100%, 1000% and 2000%) have been calculated.

2) <u>Multiple 'typical' meters</u> - tables showing RF power density at increasing distances as above.

3) <u>Collector meter</u> - tables showing RF power density related to a specialized collector meter which has three internal antennas (one for every 500 or 5000 homes) as above.

4) <u>Collector meter</u> -  a single collector meter installed with multiple 'typical' two-antenna meters as above.

5) Tables are given to illustrate the distance to possible FCC violations for time-weighted average and peak power limits (in inches).

6) Tables are given to document RF power density levels at various key distances (11" to a crib in a bedroom; 28" to a kitchen work area; and 6" for a person attempting to read the digital readout of a smart meter, or inadvertently working around a meter.

7) Tables are given to compare RF power density levels with studies reporting adverse health symptoms and effects (and those levels of RF associated with such health effects).

8) Tables are given to compare smart meter and collector meter RF to BioInitiative Report recommended limit (in feet).

**Framing Questions**

In view of the rapid deployment of smart meters around the country, and the relative lack of public information on their radiofrequency (RF) emission

profiles and public exposures, there is a crucial need to provide independent technical information.

There is very little solid information on which decision-makers and the public can make informed decisions about whether they are an acceptable new RF exposure, in combination with pre-existing RF exposures.

<u>On-going Assessment of Radiofrequency Radiation Health Risks</u>

The US NIEHS National Toxicology Program nominated radiofrequency radiation for study as a carcinogen in 1999.   Existing safety limits for pulsed RF were termed "not protective of public health" by the Radiofrequency Interagency Working Group (a federal interagency working group including the FDA, FCC, OSHA, the EPA and others).   Recently, the NTP issued a statement indicating it will complete its review by 2014 (National Toxicology Program, 2009).   The NTP radiofrequency radiation study results have been delayed for more than a decade since 1999 and very little laboratory or epidemiological work has been completed.   Thus, he explosion of wireless technologies is producing radiofrequency radiation exposures over massive populations before questions are answered by federal studies about the carcinogenicity or toxicity of low-intensity RF such as are produced by smart meters and other SmartGrid applications of wireless.  The World Health Organization and the International Agency for Research on Cancer have not completed their studies of RF (the IARC WHO RF Health Monograph is not expected until at least 2011). In the United States, the National Toxicology Program listed RF as a potential carcinogen for study, and has not released any study results or findings a decade later.

There are no current, relevant public safety standards for pulsed RF involving chronic exposure of the public, nor of sensitive populations, nor of people with metal and medical implants that can be affected both by localized heating and by electromagnetic interference (EMI) for medical wireless implanted devices.

Considering that millions of smart meters are slated to be installed on virtually every electrified building in America, the scope of the question is large and highly personal.  Every family home in the country, and every school classroom – every building with an electric meter – is to have a new wireless meter – and thus subject to unpredictable levels of RF every day.

1) Have smart meters been tested and shown to comply with FCC public safety limits (limits for uncontrolled public access)?

2) Are these FCC public safety limits sufficiently protective of public health and safety?  This question is posed in light of the last thirty years of international scientific investigation and public health assessments documenting the existence of bioeffects and adverse health effects at RF levels far below current FCC standards. The FCC's standards have not been updated since 1992, and did not anticipate nor protect against chronic exposures (as opposed to acute exposures) from low-intensity or non-thermal RF exposures, particularly pulsed RF exposures.

3) What demonstration is there that wireless smart meters will comply with existing FCC limits, as opposed to under strictly controlled

conditions within government testing laboratories?

4)   Has the FCC been able to certify that compliance is achievable under real-life use conditions including, but not limited to:

• In the case where there are both gas and electric meters on the home located closely together.

• In the case where there is a "bank" of electric and gas meters, on a multi-family residential building such as on a condominium or apartment building wall.  There are instances of up to 20 or more meters located in close proximity to occupied living space in the home, in the classroom or other occupied public space.

• In the case where there is a collector meter on a home that serves the home plus another 500 to 5000 other residential units in the area, vastly increasing the frequency of RF bursts.

• In the case where there is one smart meter on the home but it acts as a relay for other local neighborhood meters. What about 'piggybacking' of other neighbors' meters through yours? How can piggybacking be reasonably estimated and added onto the above estimates?

• What about the RF emissions from the power transmitters? Power transmitters installed on appliances (perhaps 10-15 of

them per home) and  each one is a radiofrequency radiation transmitter.

• How can the FCC certify a system that has an unknown number of such transmitters per home, with no information on where they are placed?

  • Where people with medical/metal implants are present? (Americans with Disabilities Act protects rights)

5) What assessment has been done to determine what pre-existing conditions of RF exposure are already present.  On what basis can compliance for the family inside the residence be assured, when there is no verification of what other RF sources exist on private property? How is the problem of cumulative RF exposure properly assessed (wireless routers, wireless laptops, cell phones, PDAs, DECT or other active-base cordless phone systems, home security systems, baby monitors, contribution of AM, FM, television, nearby cell towers, etc).

6) What is the cumulative RF emissions worst-case profile? Is this estimate in compliance?

7) What study has been done for people with metal implants* who require protection under Americans with Disabilities Act?  What is known about how metal implants can intensity RF, heat tissue and result in adverse effects below RF levels allowed for the general public. What is known about electromagnetic interference (EMI) from spurious RF sources in the environment (RFID scanners, cell

towers, security gates, wireless security systems, wireless communication devices and routers, wireless smart meters, etc)

*Note: There are more than 20 million people in the US who need special protection against such exposures that may endanger them. High peak power bursts of RF may disable electronics in some critical care and medical implants. We already have reports of wireless devices disabling deep brain stimulators in Parkinson's patients and there is published literature on malfunctions with critical care equipment.

## PUBLIC SAFETY LIMITS FOR RADIOFREQUENCY RADIATION

The FCC adopted limits for Maximum Permissible Exposure (MPE) are generally based on recommended exposure guidelines published by the National Council on Radiation Protection and Measurements (NCRP) in "Biological Effects and Exposure Criteria for Radiofrequency Electromagnetic Fields," (NCRP, 1986).

In the United States, the Federal Communications Commission (FCC) enforces limits for both occupational exposures (in the workplace) and for public exposures.   The allowable limits are variable, according to the frequency transmitted. Only public safety limits for uncontrolled public access are assessed in this report.

Maximum permissible exposures (MPE) to radiofrequency electromagnetic fields are usually expressed in terms of the plane wave equivalent power density expressed in units of milliwatts per square centimeter (mW/cm2) or alternatively, absorption of RF energy is a function of frequency (as well as

body size and other factors). The limits vary with frequency. Standards are more restrictive for frequencies at and below 300 MHz. Higher intensity RF exposures are allowed for frequencies between 300 MHz and 6000 MHz than for those below 300 MHz.

In the frequency range from 100 MHz to 1500 MHz, exposure limits for field strength and power density are also generally based on the MPE limits found in Section 4.1 of "*IEEE Standard for Safety Levels with Respect to Human Exposure to Radio Frequency Electromagnetic Fields, 3 kHz to 300 GHz*," ANSI/IEEE C95.1-1992 ( IEEE, 1992, and approved for use as an American National Standard by the American National Standards Institute (ANSI).

## US Federal Communications Commission (FCC) Exposure Standards

### <u>Table 1, Appendix A</u>    FCC LIMITS FOR MAXIMUM PERMISSIBLE EXPOSURE (MPE)

#### (A) Limits for Occupational/Controlled Exposure

| Frequency Range (MHz) | Electric Field Strength (E) (V/m) | Magnetic Field Strength (H) (A/m) | Power Density (S) (mW/cm2) | Averaging Time $[E]^2$ $[H]^2$ or S (minutes) |
|---|---|---|---|---|
| 0.3-3.0 | 614 | 1.63 | (100)* | 6 |
| 3.0-30 | 1842/f | 4.89/f | $(900/f_2)$* | 6 |
| 30-300 | 61.4 | 0.163 | 1.0 | 6 |
| 300-1500 | | | f/300 | 6 |
| 1500-100,000 | | | 5 | 6 |

#### B) FCC Limits for General Population/Uncontrolled Exposure

| Frequency Range (MHz) | Electric Field Strength (E) (V/m) | Magnetic Field Strength (H) (A/m) | Power Density (S) (mW/cm2) | Averaging Time $[E]^2$ $[H]^2$ or S (minutes) |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 0.3-3.0 | 614 | 1.63 | (100)* | 30 |
| 3.0-30 | 824/f | 2.19/f | $(180/f_2)$* | 30 |
| 30-300 | 27.5 | 0.073 | 0.2 | 30 |
| 300-1500 | -- | -- | f/1500 | 30 |
| 1500-100,000 | -- | -- | 1.0 | 30 |

_____

f = frequency in MHz                    *Plane-wave equivalent power density

NOTE 1: **_Occupational/controlled_** limits apply in situations in which persons are exposed as a consequence of their employment provided those persons are fully aware of the potential for exposure and can exercise control over their exposure. Limits for occupational/controlled exposure also apply in situations when an individual is transient through a location where occupational/controlled limits apply provided he or she is made aware of the potential for exposure.

NOTE 2: **_General population/uncontrolled_** exposures apply in situations in which the general public may be exposed, or in which persons that are exposed as a consequence of their employment may not be fully aware of the potential for exposure or can not exercise control over their exposure.        Source: FCC Bulletin OET 65 Guidelines, page 67 OET, 1997.

In this report, the public safety limit for a smart meter is a combination of the individual antenna frequency limits and how much power output they create. A smart meter contains two antennas. One transmits at 915 MHz and the other at 2405 MHz. They can transmit at the same time, and so their effective radiated power is summed in the calculations of RF power density. Their combined limit is 655 uW/cm2. This limit is calculated by formulas from Table 1, Part B and is proportionate to the power output and specific safety limit (in MHz) of each antenna.

For the collector meter, with it's three internal antennas, the combined public safety limit for time-averaged exposure is 571 MHz (a more restrictive level since it includes an additional 824 MHz antenna that has a lower limit than either the 915 MHz or the 2405 MHz antennas). In a collector meter, only two of the three antennas can transmit simultaneously (the 915 MHz LAN and the GSM 850 MHz (from the FCC Certification Exhibit titled RF Exposure Report for FCC ID: SK9AMI-2A). The proportionate power output of each antenna plus the safety limit for each antenna frequency combines to give a safety limit for the collector meter of 571 uW/cm2. Where one collector meter is combined with multiple smart meters, the combined limit is weighted upward by the additional smart meters' contribution, and is 624 uW/cm2.

**Continuous Exposure**

FCC Bulletin OET 65 guidelines require the assumption of continuous

exposure in calculations.  Duty cycles offered by the utilities are a fraction of continuous use, and significantly diminish predictions of RF exposure.

At present, there is no evidence to prove that smart meters are functionally unable to operate at higher duty cycles that some utilities have estimated (estimates vary from 1% to 12.5% duty cycle, and as high as 30%). Confirming this is the Electric Power Research Institute (EPRI) in its "Perspective on Radio-Frequency Exposure Associated with Residential Automatic Meter Reading Technology (EPRI, 2010)  According to EPRI:

> *"The technology not only provides a highly efficient method for obtaining usage data from customers, but it also can provide up-to-the-minute information on consumption patterns <u>since the meter reading devices can be programmed to provide data as often as needed</u>."*                    Emphasis added

The FCC Bulletin OET 65 guidelines specify that continuous exposure (defined by the FCC OET 65 as 100% duty cycle) is required in calculations where it is not possible to control exposures to the general public.

> *"It is important to note that for general population/uncontrolled exposures it is often not possible to control exposures to the extent that averaging times can be applied. In those situations, it is often necessary to assume <u>continuous exposure</u>."*        (emphasis added)
> FCC Bulletin OET 65, p, 10

> ***"Duty factor****. The ratio of pulse duration to the pulse period of a periodic pulse train. Also, may be a measure of the temporal transmission characteristic of an intermittently transmitting RF source such as a paging antenna by dividing average transmission duration by the average period for transmissions. <u>A duty factor of 1.0</u>*

> *corresponds to continuous operation.*"
>     (emphasis added)

<div align="right">FCC Bulletin OET 65, p, 2</div>

This provision then specifies duty cycles to be increased to 100%.

The FCC Guidelines (OET 65) further address cautions that should be observed for uncontrolled public access to areas that may cause exposure to high levels of RF.

> *Re-radiation*
>
> *The foregoing also applies to high RF levels created in whole or in part by re-eradiation. A convenient rule to apply to all situations involving RF radiation is the following:*
>
> *(1)    Do not create high RF levels where people are or could reasonably be expected to be present, and (2) [p]revent people from entering areas in which high RF levels are necessarily present.*
>
> *(2)    Fencing and warning signs may be sufficient in many cases to protect the general public. Unusual circumstances, the presence of multiple sources of radiation, and operational needs will require more elaborate measures.*
>
> *(3)    Intermittent reductions in power, increased antenna heights, modified antenna radiation patterns, site changes, or some combination of these may be necessary, depending on the particular situation.*

<div align="right">FCC OET 65, Appendix B, p. 79</div>

<div align="right">JA 06647</div>

Fencing, distancing, protective RF shielded clothing and signage warning occupants not to use portions of their homes or properties are not feasible nor desirable in public places the general public will spend time (schools, libraries, cafes, medical offices and clinics, etc)  These mitigation strategies may be workable for RF workers, but are unsuited and intolerable for the public.

### Reflections

A major, uncontrolled variable in predicting RF exposures is the degree to which a particular location (kitchen, bedroom, etc) will reflect RF energy created by installation of one or more smart meters, or a collector meter and multiple smart meters.    The reflectivity of a surface is a measure of the amount of reflected radiation.  It can be defined as the ratio of the intensities of the reflected and incident radiation. The reflectivity depends on the angle of incidence, the polarization of the radiation, and the electromagnetic properties of the materials forming the boundary surface. These properties usually change with the wavelength of the radiation. The reflectivity of polished metal surfaces is usually quite high (such as stainless steel and polished metal surfaces typical in kitchens, for example).

Reflections can significantly increase localized RF levels.  High uncertainty exists about how extensive a problem this may create in routine installations of smart meters, where the utility and installers have no idea what kind of reflectivity is present within the interior of buildings.

Reflections in Equation 6 and 10 of the FCC OET Bulletin 65 include rather

minimal reflection factors of 100% and 60%, respectively.   This report includes higher reflection factors in line with published studies by Hondou et al, 2006, Hondou, 2002 and Vermeeren et al, 2010.   Reflection factors are modeled at 1000% and 2000% as well as at 60% and 100%, based on published scientific evidence for highly reflective environments.   Hondou (2002) establishes that power density can be higher than conventional formulas predict using standard 60% and 100% reflection factors.

> *"We show that this level can reach the reference level (ICNIRP Guideline) in daily life. This is caused by the fundamental properties of electromagnetic field, namely, reflection and additivity.  The level of exposure is found to be much higher than estimated by conventional framework of analysis that assumes that the level rapidly decreases with the inverse square distance between the source and the affected person."*

> *"Since the increase of electromagnetic field by reflective boundaries and the additivity of sources has not been recognized yet, further detailed studies on various situations and the development of appropriate regulations are required."*

Hondou et al (2006) establishes that power densities 1000 times to 2000 times higher than the power density predictions from computer modeling (that does not account properly for reflections) can be found in daily living situations.  Power density may not fall off with distance as predicted by formulas using limited reflection factors. The RF hot spots created by reflection can significantly increase RF exposures to the public, even above current public safety limits.

> *"We confirm the significance of microwave reflection reported in our previous Letter by experimental and numerical studies.  Furthermore, we show that 'hot spots' often emerge in reflective areas, where the local exposure level is much higher than average."*

*"Our results indicate the risk of 'passive exposure' to microwaves."*

*"The experimental values of intensity are consistently higher than predicted values.  Intensity does not even decrease with distance from the source."*

*"We further confirm the existence of microwave 'hotspots', in which he microwaves are 'localized'.  The intensity measured at one hot spot 4.6 m from the transmitter is the same as that at 0.1 m from the transmitter in the case with out reflection (free boundary condition). Namely, the intensity at the hot spot is increased by **approximately 2000 times** by reflection."*          Emphasis added

*"To confirm our experimental findings of the greater-than-predicted intensity due to reflection, as well as the hot spots, we performed two numerical simulations...".  " intensity does not monotonically decrease from the transmitter, which is in clear contrast to the case without reflection."*

*"The intensity at the hot spot (X, Y, Z) = 1.46, -0.78, 105) around 1.8 m from the transmitter in the reflective boundary condition is **approximately 1000 times higher** than that at the same position in the free boundary condition.  The result of the simulation is thus consistent with our experiments, although the values differ owing to the  different conditions imposed by computational limits."*
                                                                Emphasis added

*"(t)he result of the experiment is also reproduced: a greater than predicted intensity due to reflection, as well as the existence of hot spots."*

*"In comparison with the control simulation using the free boundary condition, we find that the power density at the hot spot is increased **by approximately a thousand times** by reflection."*
                                                                Emphasis added

Further, the author comments that:

*"we may be passively exposed beyond the levels reported for electro-*

> *medical interference and health risks."*
>
> *"Because the peak exposure level is crucial in considering electro-medical interference, interference (in) airplanes, and biological effects on human beings, we also need to consider the possible peak exposure level, or 'hot spots', for the worst-case estimation."*

Reflections and re-radiation from common building material (tile, concrete, stainless steel, glass, ceramics) and highly reflective appliances and furnishings are common in kitchens, for example.   Using only low reflectivity FCC equations 6 and 10 may not be informative.   Published studies underscore how use of even the highest reflection coefficient in FCC OET Bulletin 65 Equations 6 and 10 likely underestimate the potential for reflection and hot spots in some situations in real-life situations.

This report includes the FCC's reflection factors of 60% and 100%, and also reflection factors of 1000% and 2000% that are more in line with those reported in Hondou, 2001; Hondou, 2006 and Vermeeren et al, 2010.   The use of a 1000% reflection factor in this report is still conservative in comparison to Hondou, 2006.  A 1000% reflection factor is 12% of Hondou's larger power density prediction (or 121 times, rather than 1000 times)/ The 2000% reflection factor is 22% of Hondou's figure (or 441 times in comparison to 2000 times higher power density in Hondou, 2006).

### Peak Power Limits

In addition to time-averaged public safety limits that require RF exposures to

be time-averaged over a 30 minute time period, the FCC also addresses peak power exposures. The FCC refers back to the ANSI/IEEE C95.1-1992 standard to define what peak power limits are.

The ANSI/IEEE C95.1-1999 standard defines peak power density as "*the maximum instantaneous power density occurring when power is transmitted.*" (p. 4) Thus, there is a second method to test FCC compliance that is not being assessed in any FCC Grants of Authorization.

> "*Note that although the FCC did not explicitly adopt limits for peak power density, guidance on these types of exposures can be found in Section 4.4 of the ANSI/IEEE C95.1-1992 standard.*"
>
> *Page 10, OET 65*

The ANSI/IEEE limit for peak power to which the FCC refers is:

> "*For exposures in uncontrolled environments, the peak value of the mean squared field strengths should not exceed 20 times the square of the allowed spatially averaged values (Table 2) at frequencies below 300 MHz, or the equivalent power density of 4 mW/cm2 for f between 300 MHz and 6 GHz*".

The peak power exposure limit is 4000 uW/cm2 for all smart meter frequencies (all transmitting antennas) for any instantaneous RF exposure of 4 milliwatts/cm2 (4 mW/cm2) or higher which equals 4000 microwatts/cm2 (uW/cm2).

This peak power limit applies to all smart meter frequencies for both the smart meter (two-antenna configuration) and the collector meter (three-antenna configuration). All these antennas are within the 300 MHz to 6 GHz frequency range where the 4000 uW/cm2 peak power limit applies

(Table 3, ANSI/IEEE C95.1-1999, page 15).

Smart meters emit frequencies within the 800 MHz to 2400 MHz range.

### Exclusions

This peak power limit applies to all parts of the body with the important exception of the eyes and testes.

The ANSI/IEEE C95.1-1999 standard specifically excludes exposure of the eyes and testes from the peak power limit of 4000 uW/cm2*.   However, nowhere in the ANSI/IEEE nor the FCC OET 65 documents is there a lower, more protective peak power limit given for the eyes and testes (see also Appendix C).

> *"The following relaxation of power density limits is allowed for exposure of all parts of the body <u>except the eyes and testes</u>." (p.15)*

> *"Since most exposures are not to uniform fields, a method has been derived, based on the demonstrated peak to whole-body averaged SAR ratio of 20, for equating nonuniform field exposure and partial body exposure to an equivalent uniform field exposure.  This is used in this standard to allow relaxation of power density limits for partial body exposure<u>, except in the case of the eyes and the testes</u>." (p.20)*

> *"<u>In the case of the eyes and testes</u>, direct relaxation of power density limits is not permitted."(p. 30)*

*Note:  This leaves unanswered what instantaneous peak power <u>is permissible</u> from smart meters. The level must be below 4000 uW/cm2.  This report shows clearly that smart meters can create instantaneous peak power exposures where the face (eyes) and body (testes) are going to be in

close proximity to smart meter RF pulses. RF levels at and above 4000 uW/cm2 are likely to occur if a person puts their face close to the smart meter to read data in real time. The digital readout of the smart meter requires close inspection, particularly where there is glare or bright sunlight, or low lighting conditions. Further, some smart meters are installed inside buildings within inches of occupied space, virtually guaranteeing exposures that may violate peak power limits. Violations of peak power limits are likely in these circumstances where there is proximity within about 6" and highly reflective surfaces or metallic objects. The eyes and testes are not adequately protected by the 4000 uW/cm2 peak power limit, and in the cases described above, may be more vulnerable to damage (Appendix C for further discussion).

## METHODOLOGY

Radiofrequency fields associated with SMART Meters were calculated following the methodology described here. Prediction methods specified in Federal Communications Commission, Office of Engineering and Technology Bulletin 65 Edition 97-01, August 1997 were used in the calculations.[1]

Section 2 of FCC OET 65 provides methods to determine whether a given facility would be in compliance with guidelines for human exposure to RF radiation. We used equation (3)

$$S = \frac{P \times G \times \partial}{4 \times \pi \times R^2} = \frac{EIRP \times \partial}{4 \times \pi \times R^2} = \frac{1.64 \times ERP \times \partial}{4 \times \pi \times R^2}$$

where:

$S$ = power density (in $\mu W/cm^2$)
$P$ = power input to the antenna (in W)
$G$ = power gain of the antenna in the direction of interest relative to an isotropic radiator
$\partial$ = duty cycle of the transmitter (percentage of time that the transmitter actually transmits over time)
$R$ = distance to the center of radiation of the antenna

EIRP = PG
ERP = 1.64 EIRP

where:

EIRP = is equivalent (or effective) isotropically radiated power
referenced to an isotropic radiator

ERP = is equivalent (or effective) radiated power referenced to a
half-wave dipole radiator

**Analysis input assumptions**

1.  SMART Meters [SK9AMI-4] have two RF transmitters (antennas)
    and are the type of smart meters typically installed on most buildings.
    They contain two antennas that transmit RF signals (916 MHz LAN
    and 2405 MHz Zigbee). The antennas CAN transmit simultaneously,
    and thus the maximum RF exposure is determined by the summation
    of power densities (from the FCC Certification Exhibit titled RF
    Exposure Report for FCC ID: SK9AMI-4).

    Model SK9AMI-4 transmits on 915 MHz is designated as LAN
    Antenna Gain for each model.

    a.  Transmitter Power Output (TPO) used is as shown on the grant
        issued by the Telecommunications Certification Body (TCB).

    b.  Antenna gain in dBi (decibels compared to an isotropic
        radiator) used comes from the ACS Certification Exhibit.

2.  Collector Meters [SK9AMI-2A] have three RF transmitters (antennas)

and are installed where the utility needs them to relay RF signals from surrounding smart meters in a neighborhood. Collector meters contain a third antenna (GSM 850 MHz, 915 MHz LAN and 2405 MHz Zigbee). Collector meters can be placed on any building where a collector meter is needed to relay signals from the surrounding area. Estimates of the number of collector meters varies between one per 500 to one per 5000 smart meters. Collector meters will thus 'piggyback' the RF signals of hundreds or thousands of smart meters through the one collector meter. In a collector meter, only two of the three antennas can transmit simultaneously (the 915 MHz LAN and the GSM 850 MHz (from the FCC Certification Exhibit titled RF Exposure Report for FCC ID: SK9AMI-2A).

3. The Cell Relay transmitting at 2480 MHz is <u>not</u> on most meters and <u>not</u> considered in this analysis.

    a. Transmitter Power Output (TPO) used is as shown on the grant issued by the Telecommunications Certification Body (TCB).

    b. Antenna gain in dBi (decibels compared to an isotropic radiator) used comes from the ACS Certification Exhibit.

ERP (Effective Radiated Power) used in the computer modeling here is calculated using the TPO and antenna gain established for each model

**<u>Reflection Factor</u>**

This equation is modified with the inclusion of a ground reflection factor as recommended by the FCC. The ground reflection factor accounts for possible ground reflections that could enhance the resultant power density. A 60% (0.6) enhancement would result in a 1.6 (1 + 0.6) increase of the field

| | | ACS and TCB Certifation  data sheet | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Red figures used to Calculate ERP | | SK9AMI-5A | | | | SK9AMI-4 | | |
| | | ACS | | | TCB | ACS | | TCB |
| Radio | Frequency | dBm | Watts | dBi | Watts | dBm | Watts | dBi | Watts |
| GSM | 850 | 21.9 | 1.5126 | -1.0 | | | | | |
| LAN | 915 | 21.92 | 0.1556 | 3.0 | | 24.27 | 0.2673 | 2.2 | 0.267 |
| LAN | 915 | | | | | | | | 0.257 |
| GSM | 1900 | 28.7 | 0.7413 | 1.0 | | | | | |
| Register | 2405 | 18.71 | 0.0743 | 1.0 | 0.074 | 19.17 | 0.0826 | 4.4 | |
| Cell Relay | 2400 | -14.66 | 0.00004 | 4.66 | | | | | |

Assumptions: TPO per TCB , Antenna Gain per ACS Certifation
ERP Calculation: **Bold** figures are used for single meter ERP in modeling

| Type | TPO | dBi | dB | Mult | ERP | Freq | |
|---|---|---|---|---|---|---|---|
| 1900 GSM | 0.741 | 1.0 | -1.15 | 0.77 | 0.5689 | 1900 | |
| 850 GSM | 1.514 | -1.0 | -3.15 | 0.48 | 0.7328 | 850 | Model |
| **RFLAN** | 0.267 | 2.2 | 0.05 | 1.01 | **0.2704** | 915 | SK9AMI-4 |
| **ZIG BEE** | 0.074 | 1.0 | -1.15 | 0.77 | **0.0570** | 2405 | SK9AMI-2A |

strength or a 2.56 = $(1.6)^2$ increase in the power density. Similar increases for larger enhancements of the field strength are calculated by the square of the original field plus the enhancement percentage. [2.3.4]

Reflection Factors:

$$60\% = (1 + 0.6)^2 = 2.56 \text{ times}$$
$$100\% = (1 + 1)^2 = 4 \text{ times}$$
$$1000\% = (1 + 10)^2 = 121 \text{ times}$$
$$2000\% = (1 + 20)^2 = 441 \text{ times}$$

**Duty Cycle**

How frequently SMART Meters can and will emit RF signals from each of the antennas within the meters is uncertain, and subject to wide variations in estimation. For this reason, and because FCC OET 65 mandates a 100% duty cycle (continuous exposure where the public cannot be excluded) the report gives RF predictions for all cases from 1% to 100% duty cycle at 10%

intervals.  The reader can see the variation in RF emissions predicted at various distances from the meter (or bank of meters) using this report at all duty cycles.   Thus, for purposes of this report, duty cycles have been estimated from infrequent to continuous. Duty cycles for SMART Meters were calculated at:

Duty cycle $\partial$:

| | |
|---|---|
| 1% | 50% |
| 5% | 60% |
| 10% | 70% |
| 20% | 80% |
| 30% | 90% |
| 40% | 100% |

**Continuous Exposure**

FCC Bulletin OET 65 and the ANSI/IEEE C95.1-1992, 1999 requires that continuous exposure be calculated for situations where there is uncontrolled public access. Continuous exposure in this case means reading the tables at 100% duty cycle.

> *"Another feature of the exposure guidelines is that exposures, in terms of power density, E2 or H2, may be averaged over certain periods of time with the average not to exceed the limit for continuous exposure.[11]*

> *"As shown in Table 1 of Appendix A, the averaging time for occupational/controlled exposures is 6 minutes, while the averaging time for general population/uncontrolled exposures is 30 minutes. It is important to note that for general population/uncontrolled exposures it is often not possible to control exposures to the extent that averaging times can be applied. In those situations, it is often necessary to assume continuous exposure."*  (FCC OET 65, Page 15)

## Calculation Distances in Tables (3-inch increments)

Calculations were <u>performed</u> in 3-inch (.25 foot) increments from the antenna center of radiation. Calculations have been taken out to a distance of 96 feet from the antenna center for radiation for each of the conditions above. The antenna used for the various links in a SMART Meter is assumed to be at the center of the SMART Meter from front to back – approximately 3 inches from the outer surface of the meter.

Calculations have also been made for a typical nursery and kitchen.  In the nursery it has been assumed that the baby in his or her crib that is located next to the wall where the electric SMART Meters are mounted.  The closest part of the baby's body can be as close as 11 inches* from the meter antenna.  In the kitchen it has been assumed that a person is standing at the counter along the wall where the electric SMART Meters are mounted.  In that case the closest part of the adult's body can be located as close to the meter antenna as 28 inches.

The exposure limits are variable according to the frequency (in megahertz). Table 1, Appendix A show exposure limits for occupational (Part A) and uncontrolled public (Part B) access to radiofrequency radiation such as is emitted from AM, FM, television and wireless sources.

---

\*  Flush-mounted main electric panels that house smart meters are commonly installed; placing smart meters 5" 6" closer to occupied space than box-mounted main electric panels that sit outward on exterior building walls.  Assumptions on spacing are made for flush-mounted panels.

**Conditions Influencing Radiofrequency Radiation Level Safety**

The location of the meter in relation to occupied space, or outside areas of private property such as driveways, walk-ways, gardens, patios, outdoor play areas for children, pet shelters and runs, and many typical configurations can place people in very close proximity to smart meter wireless emissions.  In many instances, smart meters may be within inches or a few feet of occupied space or space that is used by occupants for daily activities.

Factors that influence how high RF exposures may be include, but are not limited to where the meter is installed in relation to occupied space, how often the meters are emitting RF pulses (duty cycle), and what reflective surfaces may be present that can greatly intensify RF levels or create 'RF hot spots' within rooms, and so on.  In addition, there may be multiple wireless meters installed on some multi-family residential buildings, so that a single unit could have 20 or more electric meters in close proximity to each other, and to occupants inside that unit.  Finally, some meters will have higher RF emissions, because – as collector units – their purpose is to collect and resend the RF signals from many other meters to the utility.  A collector meter is estimated to be required for every 500 to 5000 buildings. Each collector meter contains three, rather than two transmitting antennas.  This means higher RF levels will occur on and inside buildings with a collector meter, and significantly more frequent RF transmissions can be expected. At present, there is no way to predict whose property will be used for

installation of collector meters.

People who are visually reading the wireless meters 'by sight' or are visually inspecting and/or reading the digital information on the faceplate may have their eyes and faces only inches from the antennas.

Current standards for peak power limit do not have limits to protect the eyes and testes from instantaneous peak power from smart meter exposures, yet relevant documents identify how much more vulnerable these organs are, and the need for such safety limits to protect the eyes and testes.

### No Baseline RF Assessment

Smart meter and collector meter installation are taking place in an information vacuum. FCC compliance testing takes place in an environment free of other sources of RF, quite unlike typical urban and some rural environments. There is no assessment of baseline RF conditions already present (from AM, FM, television and wireless communication facilities (cell towers), emergency and dispatch wireless, ham radio and other involuntary RF sources. Countless properties already have elevated RF exposures from sources outside their own control.

Consumers may also have already increased their exposures to radiofrequency radiation in the home through the voluntary use of wireless devices (cell and cordless phones), PDAs like BlackBerry and iPhones, wireless routers for wireless internet access, wireless home security systems, wireless baby surveillance (baby monitors), and other emerging wireless applications.

Neither the FCC, the CPUC, the utility nor the consumer know what portion of the allowable public safety limit is already being used up or pre-empted by RF from other sources already present in the particular location a smart meter may be installed and operated.

Consumers, for whatever personal reason, choice or necessity who have already eliminated all possible wireless exposures from their property and lives, may now face excessively high RF exposures in their homes from smart meters.  This may force limitations on use of their otherwise occupied space, depending on how the meter is located, building materials in the structure, and how it is furnished.

**RESULTS, FINDINGS AND CONCLUSIONS**

The installation of wireless 'smart meters' in California can produce significantly high levels of radiofrequency radiation (RF) depending on many factors (location of meter(s) in relation to occupied or usable space, duty cycle or frequency of RF transmissions, reflection and re-radiation of RF, multiple meters at one location, collector meters, etc).

Power transmitters that will relay information from appliances inside buildings with wireless smart meters produce high, localized RF pulses. Any appliance that contains a power transmitter (for example, dishwashers, washers, dryers, ranges and ovens, convection ovens, microwave ovens, flash water heaters, refrigerators, etc) will create another 'layer of RF signals' that may cumulatively increase RF exposures from the smart

meter(s).

It should be emphasized that no single assertion of compliance can adequately cover the vast number of site-specific conditions in which smart meters are installed.  These site-specific conditions determine public exposures and thus whether they meet FCC compliance criteria.

Tables in this report show either distance to an FCC safety limit (in inches) or they show the predicted (calculated) RF level at various distances in microwatts per centimeter squared (uW/cm2).

Both depictions are useful to document and understand RF levels produced by smart meters (or multiple smart meters) and by collector meters (or collections of one collector and multiple smart meters).

Large differences in the results of computer modeling occur in this report by bracketing the uncertainties (running a sufficient number of computer scenarios) to account for variability introduced by possible duty cycles and possible reflection factors.

FCC equations from FCC OET 65 provide for calculations that incorporate 60% or 100% reflection factors.  Studies cited in this report document higher possible reflections (in highly reflective environments) and support the inclusion of higher reflection factors of 1000% and 2000% based on Vermeeren et al, 2010, Hondou et al, 2006 and Hondou, 2002.  Tables in the report provide the range of results predicted by computer modeling for duty cycles from 1% to 100%, and reflection factors of 60%, 100%, 1000%, and

2000% for comparison purposes.  FCC violations of time-weighted average calculations and peak power limit calculations come directly from FCC OET 65 and from ANSI/IEEE c95.1-1992, 1999.  Duty cycle (or how frequently the meters will produce RF transmissions leading to elevated RF exposures) is uncertain, so the full range of possible duty cycles are included, based on best available information at this date.

• Tables 1-2 show radiofrequency radiation (RF) levels at 6" (to represent a possible face exposure).   These are data tables.

• Tables 3-4 show RF levels at 11" (to represent a possible nursery/bedroom exposure). These are data tables.

• Tables 5-6 show RF levels at 28" to represent a possible kitchen work space exposure. These are data tables.

• Tables 7-9 show the distance to the FCC violation level for time-weighted average limits and for peak power limits (in inches).  These are data tables.

• Tables 10-15 show where FCC violations may occur at the face, in the nursery or in the kitchen scenarios.  These are colored tables highlighting where FCC violations may occur under all scenarios.

• Tables 16-29 show comparisons of smart meter RF levels with studies that report adverse health impacts from low-intensity, chronic exposure to similar RF exposures. These are colored tables highlighting where smart meter RF levels exceed levels associated with adverse health impacts in published scientific studies.

• Tables 30-31 show RF levels in comparison to Medtronics advisory limit for MRI exposures to radiofrequency radiation at 0.1 W/Kg or about 250 uW/cm2. These are colored tables highlighting where smart

meter RF levels may exceed those recommended for RF exposure.

• Tables 32-33 show RF levels from smart meters in comparison to the BioInitiative Report recommendation of 0.1 uW/cm2 for chronic exposure to pulsed radiofrequency radiation.

**Findings**

RF levels from the various scenarios depicting normal installation and operation, and possible FCC violations have been determined based on both time-averaged and peak power limits (Tables 1 - 14).

Potential violations of current FCC public safety standards for smart meters and/or collector meters in the manner installed and operated in California are illustrated in this Report, based on computer modeling (Tables 10 – 17).

Tables that present data, possible conditions of violation of the FCC public safety limits, and comparisons to health studies reporting adverse health impacts are summarized (Tables 18 – 33).

*Where do predicted FCC violations occur for the 655 uW/cm2 time-averaged public safety limit at the face at 6'' distance from the meter?*

Table 10 shows that for <u>one smart meter</u>, no violations are predicted to occur at 60% or 100% reflection factor at any duty cycle, but violations are predicted to occur with nearly all scenarios using either 1000% or 2000% reflection factors.

Table 10 also shows that for <u>multiple smart meters</u>, FCC violations are predicted to occur at 60% reflection factor @ 50% to 100% duty cycles; and also at 100% reflection factor @ 30% to 100% duty cycle.   All scenarios using either 1000% or 2000% reflection factors indicate FCC violations can occur (or conservatively at 12% to 22% of those in Hondou et al, 2006).

Table 11 shows that for <u>one collector meter</u>, one violation occurs at 60% @ 100% duty cycle; and at 100% reflection factor for duty cycles between 60% and 100%. Violations are predicted to occur at all scenarios using either 1000% or 2000% reflection factors.

Table 11 also shows that for <u>one collector meter plus multiple smart meters</u>, FCC violations can occur at 60%reflection factor @ 40% to 100% duty cycles; and also at 100% reflection factor @ 30% to 100% duty cycle. All scenarios using either 1000% or 2000% reflection factors indicate FCC violations can occur.

*Where do predicted FCC violations occur for the 655 uW/cm2 time-averaged public safety limit in the nursery crib at 11" distance?*

Table 12 shows that for <u>one smart meter</u>, no violations are predicted to occur at 60% or 100% reflection factor at any duty cycle, but violations would be predicted with nearly all scenarios using either 1000% or 2000% reflection factors.

Table 12 also shows that for <u>multiple smart meters</u>, no FCC violations are predicted to occur at 60% reflection factor at any duty cycle; and also at 100% reflection factor @ 90% and 100% duty cycle. All scenarios using either 1000% or 2000% reflection factors indicate FCC violations can occur.

Table 13 shows that for <u>one collector meter</u>, one violation occurs at 100% reflection @100% duty cycle. No violations at 60% reflection are predicted. Violations are predicted to occur at all scenarios using 1000% reflection except @ 1% duty cycle. All 2000% reflection scenarios indicate FCC violations can occur.

Table 13 shows that for <u>one collector meter plus multiple smart meters</u>, FCC violations are not predicted to occur at 60% reflection factor. At 100% reflection factor, violations are predicted at 60% to100% duty cycles. FCC violations are predicted for all1000% and 2000% reflection factors with the exception of 1000% reflection at 1% duty cycle.

*Where do predicted FCC violations occur for the 655 uW/cm2 time-averaged public safety limit in the kitchen work space at 28" distance?*

Table 14 shows that for <u>one smart meter</u>, no violations are predicted to occur at 60% or 100% reflection factor at any duty cycle.  Violations would be predicted with scenarios of 1000% reflection @ 70% to 100% duty cycles and at 2000% reflection factor @ 20% to 100% duty cycles.

Table 14 also shows that for <u>multiple smart meters</u>, no FCC violations are predicted to occur at 60% or at the 100% reflection factors at any duty cycle. Violations are predicted at 1000% reflection factor @ 70% to 100% duty cycles and at 2000% reflection factor @20% to 100% duty cycles.

Table 15 shows that for <u>one collector meter</u>, one violation occurs at 100% reflection @100% duty cycle.  No violations at 60% reflection are predicted. Violations are predicted to occur at all scenarios using 1000% reflection except @ 1% duty cycle. All 2000% reflection scenarios indicate FCC violations can occur.

Table 15 shows that for <u>one collector meter plus multiple smart meters</u>, FCC violations are not predicted to occur at 60% or at 100% reflection factors at any duty cycle. At 1000% reflection factor, violations are predicted at 30% to 100% duty cycles.   FCC violations are also predicted at 2000% reflection factor @10 to 100% duty cycles.

*Where can peak power limits be violated?  The peak power limit of 4000 uW/cm2 instantaneous public safety limit at 3" distance?  This limit may be exceeded wherever smart meters and collector meters (face plate or any portion within 3" of the internal antennas can be accessed directly by the public.*

Table 16 shows that for <u>one smart meter</u>, no violations are predicted to occur at 60% or 100% reflection factor at any duty cycle.  Peak power limit violations would be predicted with scenarios of 1000% reflection @ 10% to 100% duty cycles and at 2000% reflection factor @ 10% to 100% duty cycles.

Table 16 also shows that for <u>multiple smart meters</u>,  peak power limit violations are predicted to occur at 60% reflection @ 60% to 100% duty cycle and for 100% reflection @ 40% to 100% duty cycles. Violations are predicted at 1000% reflection factor @ 10% to 100% duty cycles and at

2000% reflection factor @1% to 100% duty cycles.

Table 17 shows that for <u>one collector meter</u>, peak power limit violations are predicted to occur at 60% reflection @80% to 100% duty cycles and at 100% reflection @ 50% to 100% duty cycles.   Violations of peak power limit are predicted to occur at all scenarios using 1000% reflection except @ 1%; and for 2000% reflection violations of peak power limit are predicted at all duty cycles.

Table 17 shows that for <u>one collector meter plus multiple smart meters</u>, peak power limit violations are predicted to occur at 60% @ 40% to 100% and 100% reflection @ 30% to 100% duty cycles. At 1000% and 2000% reflection factors, peak power limit violations are predicted at all duty cycles.

*Where are RF levels associated with inhibition of DNA repair in human stem cells at 92.5 uW/cm2 exceeded the in the nursery crib at 11" distance?*

Table 18 shows that for <u>one smart meter</u>, RF exposures associated with inhibition of DNA repair in human stem cells are predicted to occur at 60% reflection factor@ 70% to 100% duty cycles, and at 100% reflection factor @ 50% to 100% duty cycles.   All scenarios using either 1000% or 2000% reflection factors exceed these RF exposures except 1000% at 1% duty cycle.

Table 18 also shows that for <u>multiple smart meters</u>, RF exposures associated with inhibition of DNA repair in human stem cells are predicted to occur at 60% reflection factor@ 20% to 100% duty cycles, and at 100% reflection factor @ 20% to 100% duty cycles.   All scenarios using either 1000% or 2000% reflection factors exceed these RF exposure levels except 1000% at 1% duty cycle.

Table 19 shows that for <u>one collector meter</u>, RF exposures associated with inhibition of DNA repair in human stem cells are predicted to occur at 60% reflection factor@ 30% to 100% duty cycles, and at 100% reflection factor @ 20% to 100% duty cycles.   All scenarios using either 1000% or 2000% reflection factors exceed these RF exposure levels.

Table 19 shows that for <u>one collector meter plus multiple smart meters</u>, RF exposures associated with inhibition of DNA repair in human stem cells are predicted to occur at 60% reflection factor@ 20% to 100% duty cycles, and at 100% reflection factor @ 10% to 100% duty cycles.   All scenarios using either 1000% or 2000% reflection factors exceed these RF exposure levels.

*Where are RF levels associated with pathological leakage of the blood-brain barrier at 0.4 – 8  uW/cm2 exceeded the in the nursery crib at 11" distance?*

Table 20 shows that for <u>one smart meter</u>, RF exposures associated with pathological leakage of the blood-brain barrier at 8 uW/cm2 are predicted to occur at 60% reflection factor@ 10% to 100% duty cycles, and at 100% reflection factor @ 5% to 100% duty cycles.   RF levels at 0.4 uW/cm2 (the lower end of the range) are exceeded at all duty cycles and at all reflection factors in the nursery in the crib.

Table 20 also shows that for <u>multiple smart meters</u>, RF exposures associated with pathological leakage of the blood-brain barrier at 8 uW/cm2 are predicted to occur at 60% reflection factor@ 5% to 100% duty cycles, and at 100% reflection factor @ 5% to 100% duty cycles.   RF levels at 0.4 uW/cm2 (the lower end of the range) are exceeded at all duty cycles and at all reflection factors in the nursery in the crib.

Table 21 shows that for <u>one collector meter</u>, RF exposures associated with pathological leakage of the blood-brain barrier at 8 uW/cm2 are predicted to occur at 60% reflection factor@ 5% to 100% duty cycles, and at 100% reflection factor @ 5% to 100% duty cycles.   RF levels at 0.4 uW/cm2 (the lower end of the range) are exceeded at all duty cycles and at all reflection factors in the nursery in the crib.

Table 21 shows that for <u>one collector meter plus multiple smart meters,</u> .RF exposures associated with pathological leakage of the blood-brain barrier at 8 uW/cm2 are predicted to occur at 60% reflection factor@ 5% to 100% duty cycles, and at 100% reflection factor @ 1% to 100% duty cycles.   RF levels at 0.4 uW/cm2 (the lower end of the range) are exceeded at all duty cycles and at all reflection factors in the nursery in the crib.

*Where are RF levels associated with adverse neurological symptoms, cardiac problems and increased cancer risk exceeded in the nursery crib at 11" distance?*

Table 22 shows that for <u>one smart meter</u>, RF exposures associated with adverse neurological symptoms above 0.1 uW/cm2 are exceeded at all duty cycles and at all reflection factors in the nursery in the crib.

Table 22 shows that for <u>multiple smart meters</u>, RF exposures associated with adverse neurological symptoms above 0.1 uW/cm2 are exceeded at all duty cycles and at all reflection factors in the nursery in the crib.

Table 23 shows that for <u>one collector meter</u>, RF exposures associated with adverse neurological symptoms above 0.1 uW/cm2 are exceeded at all duty cycles and at all reflection factors in the nursery in the crib.

Table 23 shows that for <u>one collector meter plus multiple smart meterss</u>, RF exposures associated with adverse neurological symptoms above 0.1 uW/cm2 are exceeded at all duty cycles and at all reflection factors in the nursery in the crib.

*Where are RF levels associated with inhibition of DNA repair in human stem cells at 92.5 uW/cm2 exceeded the in the kitchen work space at 28" distance?*

Table 24 shows that for <u>one smart meter</u>,  RF levels do not exceed those associated with inhibition of DNA repair at 60% or 100% reflection factor at any duty cycle.  RF levels are exceeded at 1000% @ 10% to 100% duty cycles; and at 2000% reflection factor @ 5% to 100% duty cycles.

Table 24 also shows that for <u>multiple smart meters</u>, RF levels do not exceed those associated with inhibition of DNA repair at 60% or 100% reflection factor at any duty cycle.  RF levels are exceeded at 1000% @ 5% to 100% duty cycles; and at 2000% reflection factor @ 1% to 100% duty cycles.

Table 25 shows that for <u>one collector meter</u>, RF levels do not exceed those associated with inhibition of DNA repair at 60% at any duty cycle; at 100% reflection factor they are exceeded at 70% to 100% duty cycles..  RF levels

are exceeded at 1000% @ 5% to 100% duty cycles; and at 2000% reflection factor @ 1% to 100% duty cycles.

Table 25 shows that for one collector meter plus multiple smart meters, RF levels exceed those associated with inhibition of DNA repair at 60% reflection@100% duty cycle; at 100% reflection factor they are exceeded at 70% to 100% duty cycles.. RF levels are exceeded at 1000% @ 5% to 100% duty cycles; and at 2000% reflection factor @ 1% to 100% duty cycles.

*Where are RF levels associated with pathological leakage of the blood-brain barrier and neuron death at 0.4 – 8  uW/cm2 risk in the kitchen work space at 28" distance?*

Table 26 shows that for one smart meter, RF exposures associated with pathological leakage of the blood-brain barrier at 8 uW/cm2 are predicted to occur at 60% reflection factor@ 40% to 100% duty cycles, and at 100% reflection factor @ 30% to 100% duty cycles, and at all 1000% and 2000% reflections.   RF levels at 0.4 uW/cm2 (the lower end of the range) are exceeded at all duty cycles and at all reflection factors in the kitchen work space except at 1% duty cycle for 60% and 100% reflections.

Table 26 also shows that for multiple smart meters, RF exposures associated with pathological leakage of the blood-brain barrier at 8 uW/cm2 are predicted to occur at 60% reflection factor@ 30% to 100% duty cycles, and at 100% reflection factor @ 20% to 100% duty cycles, and at all 1000% and 2000% reflections.   RF levels at 0.4 uW/cm2 (the lower end of the range) are exceeded at all duty cycles and at all reflection factors in the kitchen.

Table 27 shows that for one collector meter, RF exposures associated with pathological leakage of the blood-brain barrier at 8 uW/cm2 are predicted to occur at 60% reflection factor@ 20% to 100% duty cycles, and at 100% reflection factor @ 10% to 100% duty cycles.   RF levels at 0.4 uW/cm2 (the lower end of the range) are exceeded at all duty cycles and at all reflection factors in the kitchen work space.

Table 27 shows that for one collector meter plus multiple smart meters, .RF exposures associated with pathological leakage of the blood-brain barrier at 8 uW/cm2 are predicted to occur at 60% reflection factor@ 20% to 100%

duty cycles, and at 100% reflection factor @ 20% to 100% duty cycles.   RF levels at 0.4 uW/cm2 (the lower end of the range) are exceeded at all duty cycles and at all reflection factors in the kitchen work space.

*Where are RF levels associated with adverse neurological symptoms, cardiac problems and increased cancer risk in the kitchen work space at 28" distance?*

Table 28 shows that for <u>one smart meter</u>, RF exposures associated with adverse neurological symptoms above 0.1 uW/cm2 are exceeded at all duty cycles and at all reflection factors in the kitchen work space.

Table 28 shows that for <u>multiple smart meters</u>, RF exposures associated with adverse neurological symptoms above 0.1 uW/cm2 are exceeded at all duty cycles and at all reflection factors in the kitchen work space.

Table 29 shows that for <u>one collector meter</u>, RF exposures associated with adverse neurological symptoms above 0.1 uW/cm2 are exceeded at all duty cycles and at all reflection factors in the kitchen work space.

Table 29 shows that for <u>one collector meter plus multiple smart meterss</u>, RF exposures associated with adverse neurological symptoms above 0.1 uW/cm2 are exceeded at all duty cycles and at all reflection factors in the kitchen work space.

*Where do RF levels exceed the Medtronics Safety Advisory?*

Table 30: At no duty cycles for either 60% or 100% reflection factors; between 10% and 100% duty factors for 1000% and between 5% and 100% duty factors for 2000% reflection (for one smart meter).

Table 30: At 60% reflection @ 60% to 100% duty cycle; and at 100% reflection @ 40% to 100% duty cycle; at 1000% reflection @ 5% to 100% duty cycle and for all duty cycles at 2000% reflection (for multiple smart meters).

Table 31:  At 60% reflection @ 70% to 100% duty cycle; at 100% reflection at 50% to 100% duty cycles; at 1000% reflection @ 5% to 100% and at all

duty cycles for 2000% reflection (for one collector meter).

Table 31:  At 60% reflection @ 40% to 100% duty cycle; at 100% reflection at 30% to 100% duty cycles; and at all duty cycles for both 1000% reflection and for 2000% reflection (for one collector meter plus three smart meters).

*Where are RF levels associated with smart meters in all their configurations (one meter, multiple smart meters, one collector meter, one collector plus multiple smart meters) above those recommended in the BioInitiative Report (2007)?*

Tables 32 and 33 depict the distance from the center of radiation for the smart meter(s) and collector meter scenarios in feet.  The distances (in feet) at which RF levels exceed the BioInitiative Report recommended limit of 0.1 uW/cm2 is as small as 3.4' (one smart meter at 60% reflection and 1% duty cycle).  At 60% reflection and 100% duty cycle, the distance to the BioInitiative recommended limit increases to 34 feet for one smart meter.

When multiples of smart meters are considered, the shortest distance to where the BioInitiative Report recommended limit is exceeded is 9.7 feet (for 60% reflection @ 1% duty cycle).  It increases to 97' @100% duty cycle for multiple smart meters.

For a single collector meter, the shortest distance to a BioInitiative Report exceedence is 5.9 feet (60% reflection @ 1% duty cycle).  At 60% reflection and 100% duty cycle, it increases to 59 feet.

For a collector and multiple smart meters, the shortest distance is 10.9 feet at 60% reflection @ 1% duty cycle, and increases to108 feet at 100% duty cycle.

## Conclusions

FCC compliance violations are likely to occur under widespread conditions of installation and operation of smart meters and collector meters in California.  Violations of FCC safety limits for uncontrolled public access

are identified at distances within 6" of the meter. Exposure to the face is possible at this distance, in violation of the time-weighted average safety limits (Tables 10-11). FCC violations are predicted to occur at 60% reflection and 100% reflection factors*, both used in FCC OET 65 formulas for such calculations for time-weighted average limits. Peak power limits are not violated at the 6" distance (looking at the meter) but can be at 3" from the meter, if it is touched.

This report has also assessed the potential for FCC violations based on two examples of RF exposures in a typical residence. RF levels have been calculated at distances of 11" (to represent a nursery or bedroom with a crib or bed against a wall opposite one or more meters); and at 28" (to represent a kitchen work space with one or more meters installed on the kitchen wall).

FCC compliance violations are identified at 11" in a nursery or bedroom setting using Equation 10* of the FCC OET 65 regulations (Tables 12-13). These violations are predicted to occur where there are multiple smart meters, or one collector meter, or one collector meter mounted together with several smart meters.

FCC compliance violations are not predicted at 28" in the kitchen work space for 60% or for 100% reflection calculations. Violations of FCC public safety limits are predicted for higher reflection factors of 1000% and 2000%, which are not a part of FCC OET 65 formulas, but are included here to allow for situations where site-specific conditions (highly reflective environments, for example, galley-type kitchens with many highly reflective stainless steel or other metallic surfaces) may be warranted (see Methodology Section).

In addition to exceeding FCC public safety limits under some conditions of installation and operation, smart meters can produce excessively elevated RF exposures, depending on where they are installed.   With respect to absolute RF exposure levels predicted for occupied space within dwellings, or outside areas like patios, gardens and walk-ways, RF levels are predicted to be substantially elevated within a few feet to within a few tens of feet from the meter(s).

For example, one smart meter at 11" from occupied space produces somewhere between 1.4 and 140 microwatts per centimeter squared (uW/cm2) depending on the duty cycle modeled (Table 12).  Since FCC OET 65 specifies that continuous exposure be assumed where the public cannot be excluded (such as is applicable to one's home), this calculation produces an RF level of 140 uW/cm2 at 11" using the FCCs lowest reflection factor of 60%.   Using the FCC's reflection factor of 100%, the figures rise to 2.2 uW/cm2 – 218 uW/cm2, where the continuous exposure calculation is 218 uW/cm2 (Table 12).  These are very significantly elevated RF exposures in comparison to typical individual exposures in daily life. Multiple smart meters in the nursery/bedroom example at 11" are predicted to generate RF levels from about 5 to 481 uW/cm2 at the lowest (60%) reflection factor; and 7.5 to 751 uW/cm2 using the FCCs 100% reflection factor (Table 13).  Such levels are far above typical public exposures.

RF levels at 28" in the kitchen work space are also predicted to be significantly elevated with one or more smart meters (or a collector meter alone or in combination with multiple smart meters).   At 28" distance, RF

levels are predicted in the kitchen example to be as high as 21 uW/cm2 from a single meter and as high as 54.5 uW/cm2 with multiple smart meters using the lower of the FCCs reflection factor of 60% (Table 14).

Using the FCCs higher reflection factor of 100%, the RF levels are predicted to be as high as 33.8 uW/cm2 for a single meter and as high as 85.8 uW/cm2 for multiple smart meters (Table 14). For a single collector meter, the range is 60.9 to 95.2 uW/cm2 (at 60% and 100% reflection factors, respectively) (from Table 15).

Table 16 illustrates predicted violations of peak power limit (4000 uW/cm2) at 3" from the surface of a meter. FCC violations of peak power limit are predicted to occur for a single collector meter at both 60% and 100% reflection factors. This situation might occur if someone touches a smart meter or stands directly in front.

### Uncertainty About Actual RF Levels

Consumers may also have already increased their exposures to radiofrequency radiation in the home through the voluntary use of wireless devices (cell and cordless phones), PDAs like BlackBerry and iPhones, wireless routers for wireless internet access, wireless home security systems, wireless baby surveillance (baby monitors), and other emerging wireless applications.

Neither the FCC, the CPUC, the utility nor the consumer know what portion of the allowable public safety limit is already being used up or pre-empted

by RF from other sources already present in the particular location a smart meter may be installed and operated.

Consumers, for whatever personal reason, choice or necessity who have already eliminated all possible wireless exposures from their property and lives, may now face excessively high RF exposures in their homes from smart meters. This may force limitations on use of their otherwise occupied space, depending on how the meter is located, building materials in the structure, and how it is furnished.

People who are afforded special protection under the federal Americans with Disabilities Act are not sufficiently acknowledged nor protected. People who have medical and/or metal implants or other conditions rendering them vulnerable to health risks at lower levels than FCC RF limits may be particularly at risk (Tables 30-31). This is also likely to hold true for other subgroups, like children and people who are ill or taking medications, or are elderly, for they have different reactions to pulsed RF. Childrens' tissues absorb RF differently and can absorb more RF than adults (Christ et al, 2010; Wiart et al, 2008). The elderly and those on some medications respond more acutely to some RF exposures.

Eyes and Testes - Safety standards for peak exposure limits to radiofrequency have not been developed to take into account the particular sensitivity of the eyes, testes and other ball shaped organs. There are no peak power limits defined for the eyes and testes, and it is not unreasonable to imagine situations where either of these organs comes into close contact

with smart meters and/or collector meters, particularly where they are installed in multiples (on walls of multi-family dwellings that are accessible as common areas).

What can be determined from the relevant standards (FCC and ANSI/IEEE and certain IEEE committee documents is that the eye and testes are potentially much more vulnerable to damage, but that there is no scientific basis on which to develop a new, more protective safety limit. What is certain is that the peak power limit of 4000 uW/cm2 exceeds what is safe (Appendix C).

In summary, no positive assertion of safety can be made by the FCC, nor relied upon by the CPUC, with respect to pulsed RF when exposures are chronic and occur in the general population. Indiscriminate exposure to environmentally ubiquitous pulsed RF from the rollout of millions of new RF sources (smart meters) will mean far greater general population exposures, and potential health consequences. Uncertainties about the existing RF environment (how much RF exposure already exists), what kind of interior reflective environments exist (reflection factor), how interior space is utilized near walls), and other characteristics of residents (age, medical condition, medical implants, relative health, reliance on critical care equipment that may be subject to electronic interference, etc) and unrestrained access to areas of property where meter is located all argue for caution.

**Electronic Interference**

Consumers may experience electronic interference (electromagnetic interference or EMI) from smart meter wireless signals.  The FCC also is charged with investigating consumer complaints about electronic interference.

> *"The FCC requires that unlicensed low-power RF devices must not create interference and users of such equipment must resolve any interference problems or cease operation. According to the FCC (47CFR Part 15): "The operator of a radio frequency device shall be required to cease operating the device upon notification by a Commission representative that the device is causing harmful interference. Operation shall not resume until the condition causing the harmful interference has been corrected."*
>
> (EPRI, 2010)

Medical and other critical care equipment in the home environment may not work, or work properly due to electronic interference from smart meters.

Security systems, surveillance monitors and wireless intercoms may be rendered inoperable or unreliable.  Some cordless telephones do not work reliably, or have substantial interference from smart meter RF emissions.

Electronic equipment and electrical appliances may be damaged or have to be replaced with other, newer equipment in order not to be subject to electromagnetic interference from smart meter RF bursts.

**Americans With Disabilities Act**

People who have medical implants, particularly metal implants, may be

more sensitive to spurious RF exposures for two reasons. Electromagnetic interference (EMI) with critical care medical equipment and medical implants is a potentially serious threat. Patients with deep-brain stimulators (Parkinson's disease patients) have reported adverse health effects due to RF from various environmental sources like security gates and RFID scanners. Patients with deep brain stimulators have reported the devices to be reprogramming or electrodes shut-down as a result of encounters with wireless RFID scanners. One manufacturer, Medtronics, has issued a warning for DBS implant patients to limit RF exposure to less than 0.1 W/Kg SAR (or sixteen times lower than for the general public) for MRI exposures.

The IEEE SC4 committee (2001) considered changes to existing ANSI/IEEE standards adopted in 1992 (C95.1-1992). They discussed vulnerable organs (eyes, testes) and metallic implants that can intensify localized RF exposures within the body and its tissues.

> *"Question 20: Are there specific tissues or points within the body that have particularly high susceptibilities to local heating due to thermal properties in the immediate vicinity of the tissue?"*

Committee minutes include the following discussion on metallic implants.

> *"Metallic implants are an interesting example of this question. There can be very localized high field concentrations around the tips of long metal structures, in the gaps of wire loops. Of course, these metal devices don't create energy, but can only redistribute it, so the effect is limited to some extent. Also the high thermal conductivity and specific heat capacity make them good thermal sinks for any localized heat sources generated around them."*

Since deep brain stimulators in Parkinson's patients involve metal implants that are essentially long metal structures with tips that interface with brain tissue and nerves within the brain and body, exposing such patients with implants to high levels of pulsed RF that can produce localized, high RF within the body is certainly inadvisable.  It is clear the IEEE SC4 committee recognized the potential risk by to calling such implanted metallic devices good 'thermal sinks' for localized heating dissipation.

The FCC's Grants of Authorization and other certification procedures do not ensure adequate safety to safeguard people under Department of Justice protection under the Americans with Disabilities Act.

**References**

ANSI/IEEE standards adopted in 1992 (C95.1-1992) and 1999 revisions
June 2001 SC-4 Committee Minutes

Christ A Gosselin MC Christopoulou M Kühn S Kuster N. Age dependent tissue-specific exposure of cell phone users. Physics in Medicine and Biology, Volume 55, Issue 7, pp. 1767–1783, 7 April 2010, online March 5

EPRI, 2010. A Perspective on Radio-Frequency Exposure Associated With Residential Automatic Meter Reading Technology, Electric Power Research Institute, Palo Alto, CA.

Federal Communications Commission, 1997. FCC Bulletin OET 65 97-01 Guidelines Evaluating Compliance with FCC Guidelines for Human Exposure to Radiofrequency Electromagnetic Fields.

Hondou T Ueda T Sakat Y Tanigwa N Suzuki T Kobayashi T Ikeda K. Passive Exposure to Mobile Phones: Enhancement of Intensity by Reflection, Journal of the Physical Society of Japan Vol. 75, No. 8, August, 2006, 084801 (2006) The Physical Society of Japan

Hondou T, Rising Level of Public Exposure to Mobile Phones:Accumulation through Additivity and Reflectivity. Journal of the Physical Society of Japan, Vol. 71, No. 2, February, 2002, pp. 432–435 (2002) The Physical Society of Japan.

The Institute of Electrical and Electronic Engineers, Inc. 1999. IEEE Standards Coordinating Committee 28, IEEE Standard for Safety Levels with Respect to Human Exposure to Radio Frequency Electromagnetic Fields 3 kHz to 300 GHz. December, 1998.

Khurana VG Hardell L Everaert J Bortkiewicz A Carlberg M Ahonen M, 2010. Epidemiological Evidence for a Health Risk from Mobile Phone Base Stations. Int Journal of Occupational Environmental Health 2010;16:263–267

Kundi M Hutter HP Mobile phone base stations—Effects on wellbeing and health. Pathophysiology 16 (2009) 123–135

Markova E Malmgren LOG Belyaev IY. Microwaves from mobile phones inhibit 53PB1 focus formation in human stem cells stronger than in differentiated cells: Possible mechanistic link to cancer risk. Environmental Health Perspectives On-line 22 October 2009 doi:10.1289/ehp.0900781

National Council on Radiation Protection and Measurements (NCRP) in "Biological Effects and Exposure Criteria for Radiofrequency Electromagnetic Fields," NCRP Report No. 86, Sections 17.4.1, 17.4.1.1, 17.4.2 and 17.4.3. Copyright NCRP, 1986, Bethesda, Maryland 20814

National Toxicology Program Fact Sheet, (2009). *Cell Phone Radiofrequency Radiation Studies*, (September 2009).

Vermeeren G Gosselin MC Gosselin  Kuhn S Kellerman V Hadmen A Gati A Joseph W Wiart J Meyer F Kuster N Martens L. The influence of the reflective environment on the absorption of a human male exposed to representative base station antennas from 300 MHz to 5 GHz,  Phys. Med. Biol. 55 (2010) 5541–5555 doi:10.1088/0031-9155/55/18/018

Wiart, J., Hadjem, A., Wong, M.F., & Bloch, I. (2008). Analysis of RF exposure in the head tissues of children and adults. *Physical Medicine & Biology*,  53, 3681-3695.

# Appendix A                    Tables A1- A 48
**RADIOFREQUENCY RADIATION VERSUS DISTANCE**

**One Smart Meter**
Table A1    60% Reflection        (1%-100% duty cycles in each table)
Table A2    100% Reflection       (1%-100% duty cycles in each table)
Table A3    1000% Reflection*     (1%-100% duty cycles in each table)
Table A4    2000% Reflection*     (1%-100% duty cycles in each table)
_____

**Multiple Smart Meters (Four**)**
Table A5    60% Reflection        (1%-100% duty cycles in each table)
Table A6    100% Reflection       (1%-100% duty cycles in each table)
Table A7    1000% Reflection      (1%-100% duty cycles in each table)
Table A8    2000% Reflection      (1%-100% duty cycles in each table)

_____

**One Collector Meter**
Table AA9   60% Reflection        (1%-100% duty cycles in each table)
Table A10   100% Reflection       (1%-100% duty cycles in each table)
Table A11   1000% Reflection      (1%-100% duty cycles in each table)
Table A12   2000% Reflection      (1%-100% duty cycles in each table)

_____

**One Collector Meter + 3 SM***
Table A13   60% Reflection        (1%-100% duty cycles in each table)

JA 06684

| | | |
|---|---|---|
| Table A14 | 100% Reflection | (1%-100% duty cycles in each table) |
| Table A15 | 1000% Reflection | (1%-100% duty cycles in each table) |
| Table A16 | 2000% Reflection | (1%-100% duty cycles in each table) |

## TABLES OF CRITICAL DISTANCES IN NURSERY (CRIB AT 11") AND KITCHEN  SINK (AT 28") FROM SMART METER (A17-A48)

Table A17    Nursery        Set –
Table A18    One Smart Meter – Critical Distance 11" to baby in crib
Table A19    60%, 100%, 1000%, 2000% duty cycle
Table A20_____1% thru 90% duty cycle

Table A21    Nursery Set –
Table A22    Eight Smart Meters – Critical Distance 11" to baby in crib
Table A23    60%, 100%, 1000%, 2000% reflection
Table A24__1% thru 100% duty cycle

Table A25    Nursery  Set –
Table A26    One Collector– Critical Distance 11" to baby in crib
Table A27    60%, 100%, 1000%, 2000% reflection
Table A28__1% thru 100% duty cycle

Table A29    Nursery Set –
Table A30    One Collector Meter + 7 SM– Critical Distance 11" to baby crib
Table A31    60%, 100%, 1000%, 2000% reflection
Table A32   1% thru 100% duty cycle

Table A33    Kitchen Set –
Table A34    One Smart Meter – Critical Distance 28" to kitchen sink person

JA 06685

Table A35    60%, 100%, 1000%, 2000% reflection
Table A36    1% thru 100% duty cycle

Table A37    Kitchen Set -
Table A38    Eight Smart Meters – Critical Distance 28" to kitchen sink person
Table A39    60%, 100%, 1000%, 2000% reflection
Table A40    1% thru 100% duty cycle

Table A41    Kitchen Set –
Table A42    One Collector – Critical Distance 28" to kitchen sink person
Table A43    60%, 100%, 1000%, 2000% reflection
Table A44    1% thru 100% duty cycle

Table A45    Kitchen Set –
Table A46    One Collector + 7 SM – Critical Distance 28" to kitchen
Table A47    60%, 100%, 1000%, 2000% reflection
Table A48    1% thru 100% duty cycle

# **Appendix B          Tables 1 – 33 of Report**

## Data Tables, FCC Violation Tables, Health Comparisions

Table 1    Radiofrequency Level at Each Duty Cycle and Reflection Factor at 6" in uW/cm2                              (One Meter, Four Meters)

Table 2    Radiofrequency Level at Each Duty Cycle and Reflection Factor  at 6" in uW/cm2                              (One Collector, 1C + 3 SM)

Table 3    RF Level of Each Duty Cycle and Reflection Factor at 11" in uW/cm2 in the Nursery                              (One meter, Four meters)

Table 4    RF Level of Each Duty Cycle and Reflection Factor at 11" in uW/cm2 in

the Nursery                               (One Collector, 1C + 3 SM)

Table 5      RF Level of Each Duty Cycle and Reflection Factor at 28" in uW/cm2 in
             the Kitchen                          (One Meter, Four Meters)

Table 6      RF Level of Each Duty Cycle and Reflection Factor at 28" in uW/cm2 in
             the Kitchen                          (One Collector, 1C + 3 SM)

Table 7      Distance at which FCC Safety Limit is exceeded for 655 uW/cm2 time-
             weighted average limit                 (One Meter, Four Meters)

Table 8      Distance at which FCC Safety Limit is exceeded for 571/624 uW/cm2
             TWA limit                      (One Collector, 1C+ 3 Smart Meters)

Table 9      Distance at which FCC Safety Limit is exceeded for peak power limit of
             4000 uW/cm2 –            (1 SM, 4 SM; 1Collector, 1C + 3 SM)

Table 10     FCC Violations of the 655 uW/cm2 FCC limit at the face at 6"
                                               (One Meter, Four Meters)

Table 11     FCC Violations of the 571/624 uW/cm2 FCC limit at 6" at the face
                                               (One Collector, 1C + 3 SM)

Table 12     FCC Violations of the 655  uW/cm2 FCC limit at 11" in the Nursery
                                               (One Meter, Four Meters)

Table 13     FCC Violations of the 571/624  uW/cm2 FCC limit at 11" in the Nursery
                                               (One Collector, 1C + 3 SM)

Table 14     FCC Violations of the 655 uW/cm2  FCC limit at 28" in the Kitchen
                                               (One Meter, Four Meters)

Table 15     FCC Violations of the 571/624 uW/cm2 FCC limit at 28" in the Kitchen
                                               (One Collector, 1C + 3 SM)

Table 16     Potential FCC Violations of Peak Power Limit of 4000 uW/cm2 at 3"
                                                       (One SM, 4 SM)

Table 17     Potential FCC Violations of Peak Power Limit of 4000 uW/cm2 at 3"
                                               (One Collector, 1C + 3 SM)

Table 18     Nursery Radiofrequency Radiation Level Associated with Inhibition of
             DNA Repair in Human Stem Cells (92.5 uW/cm$^2$ with 24 and 72-hour
             exposure – Markova et al, 2009)            (One SM, 4 SM)

Table 19     Nursery Radiofrequency Radiation Level Associated with Inhibition of

DNA Repair in Human Stem Cells (92.5 uW/cm$^2$ with 24 and 72-hour exposure – Markova et al, 2009)                    (One Collector, 1 C + 3 SM)

Table 20     Nursery Radiofrequency Radiation Level Associated with Pathological Leakage of the Blood-brain Barrier (0.4 to 8 uW/cm$^2$ with chronic exposure - Persson et al, 1997)                    (One SM, 4 SM)

Table 21     Nursery Radiofrequency Radiation Level Associated with Pathological Leakage of the Blood-brain Barrier  (0.4 to 8 uW/cm$^2$ with chronic exposure - Persson et al, 1997)                    (One Collector, 1 C + 3 SM)

Table 22     Nursery Radiofrequency Radiation Level Associated with Adverse Health Symptoms from Cell Tower Studies (8 studies in total reporting sleep disruption, headache, fatigue, memory loss, concentration difficulties, irritability, increased cancer risk)  (0.01 uW/cm$^2$ with chronic exposure - Kundi, 2009; Khurana et al, 2010)                    (One SM, 4 SM)

Table 23     Nursery Radiofrequency Radiation Level Associated with Adverse Health Symptoms from Cell Tower Studies (8 studies in total reporting sleep disruption, headache, fatigue, memory loss, concentration difficulties, irritability, increased cancer risk) (0.01 uW/cm$^2$ with chronic exposure - Kundi, 2009; Khurana et al, 2010)                    (One Collector, 1 C + 3 SM)

Table 24     Kitchen Radiofrequency Radiation Level Associated with Inhibition of DNA Repair in Human Stem Cells  (92.5 uW/cm$^2$ with 24 and 72-hour exposure – Markova et al, 2009)                    (One SM, 4 SM)

Table 25     Kitchen Radiofrequency Radiation Level Associated with Inhibition of DNA Repair in Human Stem Cells 92.5 uW/cm$^2$ with 24 and 72-hour exposure – Markova et al, 2009)                    (One Collector, 1 C + 3 SM)

Table 26     Kitchen Radiofrequency Radiation Level Associated with Pathological Leakage of the Blood-brain Barrier  (0.4 to 8 uW/cm$^2$ with chronic exposure - Persson et al, 1997)                    (One SM, 4 SM)

Table 27     Kitchen Radiofrequency Radiation Level Associated with Pathological Leakage of the Blood-brain Barrier  (0.4 to 8 uW/cm$^2$ with chronic exposure - Persson et al, 1997)                    (One Collector, 1 C + 3 SM)

Table 28     Kitchen Radiofrequency Radiation Level Associated with Adverse Health Symptoms from Cell Tower Studies (8 studies in total reporting sleep disruption, headache, fatigue, memory loss, concentration difficulties, irritability, increased cancer risk) (0.01 uW/cm$^2$ with chronic exposure - Kundi, 2009; Khurana et al, 2010)                    (One SM, 4 SM)

Table 29     Kitchen Radiofrequency Radiation Level Associated with Adverse Health

Symptoms from Cell Tower Studies (8 studies in total reporting sleep disruption, headache, fatigue, memory loss, concentration difficulties, irritability, increased cancer risk) (0.01 uW/cm$^2$ with chronic exposure - Kundi, 2009; Khurana et al, 2010)          (One Collector, 1 C + 3 SM)

Table 30      Radiofrequency Radiation Level Exceeds Medtronics Metal Implant Advisory for MRI SAR Exposure of 0.1 W/Kg at Frequencies also Used in Smart Meters at 11"                      (One SM, 4 SM)

Table 31      Radiofrequency Radiation Level Exceeds Medtronics Metal Implant Advisory for MRI SAR Exposure of 0.1 W/Kg at Frequencies also Used in Smart Meters at 11"                (One Collector, 1 C + 3 SM)

Table 32      Predicted RF levels exceed BioInitiative Report recommended limit of 0.1 uW/cm2                             (One SM, 4 SM)

Table 33      Predicted RF levels exceed BioInitiative Report recommended limit of 0.1 uW/cm2                       (1 Collector 1C + 3 SM)

# Appendix C

# Other Sources of Information on sensitivity of the eyes and testes

In the most recent proposed revisions of RF safety standards, the IEEE SC4 committee (2001) deliberated at length over the problem of peak power limits and non-uniform RF exposure with respect to the eye and testes. The quotes below come from committee drafts submitted in response to questions from the committee moderator.

**ANSI/IEEE standards adopted in 1992 (C95.1-1992) and 1999 revisions**
June 2001 SC-4 Committee Minutes

These committee discussions are informative on the issue of particular organ sensitivity to RF, and unanswered questions and differences of opinion on the subject among members. They discussed vulnerable organs (eyes, testes) and metallic implants that can intensify localized RF exposures within the body and its tissues (see also discussion on metallic implants).

*Question 20: Are there specific tissues or points within the body that have particularly high susceptibilities to local heating due to thermal properties in the immediate vicinity of the tissue?*

Committee minutes include the following discussion on the particular sensitivities of 'ball shaped' organs including the eyes and testes.

*"Eye balls are commonly regarded as the critical organ"*

*"In the range of a few GHz* (gigahertz*), resonances may occur in ball shaped eyes and testes. They are also electrically and thermally partly insulated from other tissues. Additionally these organs or some of their parts (lens) are thermally a little bit more vulnerable than other tissues."*

*"(m)odeling has noted that rapid changes in dialectrics such as cerebral*

JA 06690

*spinal fluid in the ventricles of the brain and surrounding brain tissue lead to high calculated SARs. Secondly, exposure of the eye to microwave radiation can lead to increased temperature that is sufficient to damage tissues. The temperature rise will, of course, depend on the intensity of the irradiation, how well the energy is coupled into tissues, and how well the deposited energy is removed by normal mechanisms such as conduction and blood flow. Microwaves at the lower frequencies will be deposited deeper in the eye, while at higher frequencies they will be absorbed near the front surface of the eye. The eye does not efficiently remove heat deposited internally by microwave exposure. The main avenue of heat removal is conduction and blood flow through the retina and choroid. The lens has been thought to be the most vulnerable tissue since it has no blood flow. Other than conduction through the sclera and convection from the surface of the cornea, heat removal is poor compared to other body tissues. Because the lens is avasular it has been thought to be particularly sensitive to thermal effects of microwave exposure. These facts have led many investigators to postulate that the poor heat dissipation from within the eye of humans and other animals may lead to heat buildup and subsequent thermal damage."*

*"Eyes do not have good blood circulation and testes have lower than body temperature."*

*"These organs are not well-perfused, hence have been singled out for the exclusion."*

*"Are the above numbers valid for all parts of the body in all exposure conditions over the time averaging period of the exposure? They (the basic limits) were derived in the manner you describe in body reasonance conditions i.e. coherent exposure over the whole body length of a human. Could the limit values of SAR be increased for partial body exposure? Yes, but we do not have the data to make this decision. In the near field of a source, clearly the limit value will depend on frequency (depth of penetration), organ blood supply and tolerance of that organism to sustain a certain rate of temperature increase during the time averaging period and the environmental conditions. If you have to deal with possible pathologies of organs then matters become even more complicated, because you are dealing not only with heat physiology, but also with general pathology, whose books are much thicker than those on physiology.*

JA 06692

Smart Meters; FCC Maximum Permissible Exposure Limits
for Electromagnetic Radiation, as Applicable to Smart Meters.
Dr. Ron Powell PhD.; 2013

August 4, 2013                                          Ronald M. Powell, Ph.D.

# FCC Maximum Permissible Exposure Limits for Electromagnetic Radiation, as Applicable to Smart Meters

This document expresses my best understanding, as of the above date, of the FCC Maximum Permissible Exposure (MPE) limits, as applicable to Smart Meters. This understanding has been reached by reading the FCC document in the first footnote below, and by asking the FCC any questions that remained.

## History

The FCC's most recent explanation of its current exposure limits was published in 1999 with the title "Questions and Answers about Biological Effects and Potential Hazards of Radiofrequency Electromagnetic Fields".[1]   The current FCC exposure limits are based principally on a 1986 publication of the National Council on Radiation Protection and Measurements (NCRP).   That publication is "Report No. 086 - Biological Effects and Exposure Criteria for Radiofrequency Electromagnetic Fields".[2]   The NCRP was chartered by the U.S. Congress in 1964, but is not a Government agency and is not subject to oversight by the Congress.[3]

The current FCC exposure limits agree, in part, with those developed jointly in 1992 by the American National Standards Institute (ANSI) and the Institute of Electrical and Electronics Engineers (IEEE).   The exceptions are "limits on exposure to power density above 1500 MHz, and limits for exposure to lower frequency magnetic fields."[4]   I will not address the ANSI and IEEE limits further here because the FCC limits are the ones applicable to Smart Meters.

The fact that the current exposure limits are based on the NCRP limits published in 1986, now 27 years ago,

---

[1]  "Questions and Answers about Biological Effects and Potential Hazards of Radiofrequency Electromagnetic Fields", OET (Office of Engineering and Technology) Bulletin 56, Fourth Edition, Federal Communications Commission, August 1999.
( http://www.fcc.gov/Bureaus/Engineering_Technology/Documents/bulletins/oet56/oet56e4.pdf )

[2]   This document is sold by the NCRP for $56 in downloadable PDF form.
( http://www.ncrppublications.org/Reports/086 ).

[3]  The National Council on Radiation Protection and Measurements has this history:   (1) in 1929, formed as the U.S. Advisory Committee on X-Ray and Radium Protection; (2) in 1946, renamed as the National Committee on Radiation Protection and Measurements; (3) in 1964, chartered by the U.S. Congress and renamed as the National Council on Radiation Protection and Measurements.
( https://en.wikipedia.org/wiki/National_Council_on_Radiation_Protection_and_Measurements )

[4]  In the document in my footnote 1 above, footnote 9 on page 12 explains:   'The FCC adopted limits for field strength and power density that are based on Sections 17.4.1 and 17.4.2, and the time-averaging provisions of Sections 17.4.1.1 and 17.4.3, of "Biological Effects and Exposure Criteria for Radiofrequency Electromagnetic Fields," NCRP Report No. 86, for frequencies between 300 kHz and 100 GHz (Reference 34). With the exception of limits on exposure to power density above 1500 MHz, and limits for exposure to lower frequency magnetic fields, these MPE limits are also based on the guidelines developed by the IEEE and adopted by ANSI. See Section 4.1 of ANSI/IEEE C95.1-1992, "Safety Levels with Respect to Human Exposure to Radio Frequency Electromagnetic Fields, 3 kHz to 300 GHz".'   Further, again in the document in my footnote 1 above, footnote 4 on page 10 describes ANSI and IEEE as follows:   "ANSI is a non-profit, privately funded, membership organization that coordinates development of voluntary national standards. The IEEE is a non-profit technical and professional engineering society."

JA 06694

means that those limits:   (1) predated the emergence of the vast majority of devices currently emitting microwave radiation into our environment, including Smart Meters and other digital microwave devices; and (2) cannot be current with results of medical research on the bioeffects of electromagnetic radiation, including microwaves.   The growth in the medical research literature since 1986 has been substantial and is illustrated by the following figure.   That figure shows the number of publications addressing "EMF" (electromagnetic fields), as indexed in PubMed.   PubMed is the on-line database of the medical research literature maintained by the National Institutes of Health.   PubMed is the most comprehensive index to the medical research literature in the world.



On March 29, 2013, the FCC issued, for comment, proposed new exposure limits.   While there are many changes, the key numbers that are currently applicable to Smart Meters, as described in the next section, appear to be unchanged. [5]

## Current FCC Maximum Permissible Exposure Limits

Within the FCC's 1999 publication, "Questions and Answers...", the exposure limits of relevance to Smart meters are contained in Table 1(B), entitled "Limits for General Population/Uncontrolled Exposure", on page 15.   Since Smart Meters operate in two principal frequency bands, one at about 900 MHz, and one at about 2400 MHz (which is equivalent to 2.4 GHz),[6] just two lines from Table 1(B) apply to these frequency

---

[5]   Reassessment of Federal Communications Commission Radiofrequency Exposure Limits and Policies (ET Docket No. 13-84), and Proposed Changes in the Commission's Rules Regarding Human Exposure to Radiofrequency Electromagnetic Fields (ET Docket No. 03-137), released March 29, 2013.   See Table 1 on pages 98, 110, and 122 of the PDF version. ( http://www.fcc.gov/document/fcc-review-rf-exposure-policies )

[6]   The FOCUS AXR-SD and the I-210+c both have FCC-ID OWS-NIC514, which indicates that they send and receive information in two microwave frequency ranges:   (1) 902.3 to 926.9 MHz, and (2) 2405.8 to 2480.9 MHz. MHz means millions of hertz.   1 hertz is one cycle per second.   The microwave output power in the first frequency range is 0.968 watts.   The microwave output power in the second frequency range is 0.147 watt.   The sum of these two is 1.115 watts.   Landis+Gyr and PEPCO declined to answer a question as to whether the two frequency ranges are used simultaneously.   I assume that they are and have summed their outputs as a result

2

bands, as shown below.

**Extracted from FCC Table 1 (B) Limits for General Population/Uncontrolled Exposure**

| line | Frequency Range | Power Density | Averaging Time |
|------|-----------------|---------------|----------------|
| | MHz | mW/cm$^2$ | minutes |
| (a) | 300-1500 | f/1500 | 30 |
| (b) | 1500-100,000 | 1.0 | 30 |
| f is the frequency in MHz | | | |

Line (a) above applies to the 900 MHz frequency band used by Smart Meters.   That line indicates that the permitted power density increases as the frequency increases.   At 900 MHz, the maximum permitted power density is (900/1500) mW/cm$^2$, which is 0.6 mW/cm$^2$.   Line (b) applies to the 2400 GHz frequency band of Smart Meters, and the maximum permitted power density is 1 mW/cm$^2$, independent of frequency. With this understanding, Table 1(B) can be applied to Smart Meters, as shown below.   I have added columns that translate mW/cm$^2$ into mW/m$^2$ and into W/m$^2$ for comparison with data from other sources.[7]

**Limits for General Population/Uncontrolled Exposure for Smart Meters**

| Frequency | Power Density | | | Averaging Time |
|-----------|---------------|---------------|--------|----------------|
| MHz | mW/cm$^2$ | mW/m$^2$ | W/m$^2$ | minutes |
| 900 | 0.6 | 6,000 | 6 | 30 |
| 2400 | 1.0 | 10,000 | 10 | 30 |

## Interpretation of the Tables

Here is how to interpret the table.    For easy reference, call the power-density levels in the table the **absolute levels**, consistent with the terminology that the FCC uses.

(1) A continuous exposure of an individual is considered compliant with the FCC limits if that exposure remains at or below the specified absolute level for that frequency, even if that exposure continues indefinitely.

(2) A discontinuous exposure, such as that produced by a digital signal, is considered compliant with the FCC limits, if the average exposure over a period of 30 minutes is at or below the specified absolute level for that frequency.   That is, if the exposure rises above the absolute level for that frequency, even for a moment, then the average level, over a 30 minute period, must be at or below the absolute level.   Stated another way, periods of exposure at higher than the absolute level must

---

( http://stopsmartmeters.org/wp-content/uploads/2012/01/OWS-NIC514-FCC-specifications.pdf ).

[7] 1 meter (m) equals 100 centimeters (cm).   So 1 square meter (m$^2$) equals 10,000 square centimeters (cm$^2$).   1 watt (W) equals 1000 milliwatts (mW).

be accompanied, in any given 30 minute interval, by periods of exposure far enough below the absolute level that the average over 30 minutes does not exceed the absolute level.

Because of (2) above, the level of exposure permitted for short intervals of time may greatly exceed the absolute level.   Consider an exposure that is ON for less than 30 minutes and the is OFF for the rest of the 30 minutes. Here are some specific patterns that would be permitted, no matter how many times the 30 minute pattern is repeated.

**Examples of FCC Permitted Exposure Levels at 900 MHz**

| ON Time | OFF Time | ON Time Fractions | Permitted Power Density During ON Time | | |
|---|---|---|---|---|---|
| minutes:seconds | minutes:seconds | | $mW/cm^2$ | $mW/m^2$ | $W/m^2$ |
| 30:00 | 00:00 | 1 | 0.6 | 6,000 | 6 |
| 01:00 | 29:00 | 1/30 | 18 | 180,000 | 180 |
| 00:20 | 29:40 | 1/90 | 54 | 540,000 | 540 |
| 00:01 | 29:59 | 1/1800 | 1080 | 10,800,000 | 10,800 |

**Examples of FCC Permitted Exposure Levels at 2400 MHz**

| ON Time | OFF Time | ON Time Fractions | Permitted Power Density During ON Time | | |
|---|---|---|---|---|---|
| minutes:seconds | minutes:seconds | | $mW/cm^2$ | $mW/m^2$ | $W/m^2$ |
| 30:00 | 00:00 | 1 | 1 | 10,000 | 10 |
| 01:00 | 29:00 | 1/30 | 30 | 300,000 | 300 |
| 00:20 | 29:40 | 1/90 | 90 | 900,000 | 900 |
| 00:01 | 29:59 | 1/1800 | 1800 | 18,000,000 | 18,000 |

## Discussion of Examples of Permitted Exposure Levels

The surface area of a human being is about 2 $m^2$.[8]  So the surface area presented to a microwave wave coming from the front or the back is about 1 $m^2$.   Consider the $W/m^2$ column in the above table.   An oncoming microwave wave will transfer to a human being the number of watts shown in the $W/m^2$ column. Consider the three examples at 2400 GHz that are contained in the preceding table:

(1) A microwave wave with a power density of 300 $W/m^2$ will transfer 300 watts of power to a human being.   That is the amount of power required to run 3 light bulbs of 100 watts each.   Such

---

[8] The surface of a man is about 1.9 $m^2$.   The surface of a woman is about 1.6 $m^2$.   Both according to Wikipedia ( http://en.wikipedia.org/wiki/Body_surface_area )

JA 06697

exposure would be compliant with the FCC exposure limits, if continued for 1 minute or less.

(2) A microwave wave with a power density of 900 W/m$^2$ will transfer 900 watts of power to a human being.   This is somewhat more than the amount of microwave power, 700 watts, generated by the typical consumer microwave oven.[9]   So exposure of a human being to a microwave wave with somewhat greater power than a microwave oven would be compliant with the FCC exposure limits, if continued for 20 seconds or less.

(3) A microwave wave with a power density of 18,000 W/m$^2$ will transfer 18,000 watts of power to a human being.   This is between one-third and one-half of the maximum power that the typical home can draw (48,000 watts) without tripping its master circuit breaker (200 amperes AC at 240 volts AC).   Such exposure would be compliant with the FCC exposure limits, if continued for 1 second or less.

For each of the three examples given above, the level of exposure cited, with the associated duration, could be repeated once each 30 minutes, indefinitely, and still be in compliance with the FCC exposure limits.

Finally, exposure of a human being at even higher power levels than discussed here is permitted by the FCC exposure limits, if the duration of that exposure is sufficiently short.

These examples indicate that the current FCC exposure limits permit exposure levels to microwave radiation that challenge common sense.   While I have not yet read the 1986 NCRP publication on which the current FCC exposure limits are based, I do wonder what sort of scientific basis I will find there that could justify such extraordinary power levels, even in 1986.

## Peak versus Average Exposure Levels

Given the above discussion, the concerns raised by the FCC exposure limits arise not only from high permitted absolute levels, but also from the concept of time averaging, which does, indeed, seem based on thermal thinking only.   When the level of microwave radiation exposure is averaged over time, the implicit assumption being made is that the body reacts the same way to:

(1) a burst of microwave radiation of high intensity but short duration
(2) a hypothetical continuous level of radiation at a lower level but with the same average value over the same period of time

So a real burst-exposure event is translated into a hypothetical continuous exposure event, and the effect of that hypothetical exposure event is taken to represent the effect of the real event.   Yet, everyday life suggests that the body may not react the same way to these two different circumstances.   Ask a boxer if the following two events are of equal concern:   (1) a series of "average" punches over the length of a fight, or (2) a single punch, somewhere during the fight, with the energy of the sum of all the "average" punches.

## Thermal versus Non-Thermal Effects on Humans

The FCC developed two sets of exposure limits, one for Occupational/Controlled Exposure and one for the General Population/Uncontrolled Exposure.   Only the latter have been discussed here because only they

---

[9]  The typical consumer microwave oven consumes 1100 watts of electrical power and produces 700 watts of microwave power.   ( http://en.wikipedia.org/wiki/Microwave_oven )

JA 06698

apply to Smart Meters installed on residences.   My understanding is that the Occupational set were based principally on thermal (heating) effects on the human body; but the existence of possible non-thermal effects was recognized back then, according to the FCC.   So when the limits for the General Population were developed, a factor of five reduction in permitted levels, relative to the Occupational set, was implemented for the General Population set, for two reasons, again according to the FCC:   (1) to allow for non-thermal effects, and (2) to provide a safety margin because exposure levels in the General Population would not generally be known as well as the levels in an occupational setting.

So the FCC exposure limits made some recognition of the existence of non-thermal effects.   But I must wonder if the knowledge of non-thermal effects, back in 1986, was adequate to support that factor of five.

## Applying the FCC Exposure Limits

Additional information on applying the FCC exposure limits in contained in "Evaluating Compliance with FCC Guidelines for Human Exposure to Radiofrequency Electromagnetic Fields", OET Bulletin 65, Edition 97-01, published in August 1997.[10]

## Legal Presentation of the FCC Exposure Limits

The current FCC exposure limits are presented, in legal form, in the Code of Federal Regulations in 47 CFR 1.1307[11] and 47 CFR 1.1310.[12]   The latter publication is the one that contains Table 1 which also appears in the FCC's 1999 publication "Questions and Answers..." , OET Bulletin 56, introduced above.

---

[10]  ( http://www.fcc.gov/Bureaus/Engineering_Technology/Documents/bulletins/oet65/oet65.pdf )

[11]  47 CFR 1.1307
( http://www.ecfr.gov/cgi-bin/retrieveECFR?gp=12&SID=049f730b665fd682e5a64add8d6b80b4&ty=HTML&h=L&r=SECTION&n=47y1.0.1.1.2.9.192.7 )

[12]  47 CFR 1.1310
( http://www.ecfr.gov/cgi-bin/retrieveECFR?gp=12&SID=049f730b665fd682e5a64add8d6b80b4&ty=HTML&h=L&r=SECTION&n=47y1.0.1.1.2.9.192.10 )

JA 06699

Smart Meters - Radiation Sickness; Symptoms after
Exposure to Smart Meter Radiation.
Dr. Ron Powell PhD.; 2015

# Symptoms after Exposure to Smart Meter Radiation

People from coast to coast in the USA, and from one side of the world to the other, are becoming ill after exposure to the radiofrequency radiation emitted by Wireless Smart Meters.  Attached are the results of two surveys of the symptoms being reported.

The first survey comes from the United States and includes 318 respondents, from 28 states from California to New York, and addresses wireless utility meters that are principally Wireless Smart Meters.  The second survey comes from the other side of the world, Victoria, Australia, and includes 92 respondents, and addresses Wireless Smart Meters exclusively.  Altogether, 410 adults and children are included.  Both surveys report new or worsened symptoms after exposure to the radiation from Wireless Smart Meters in the respondent's environment.

The attached two bar graphs show the percentage of respondents who experienced each symptom.  Most individuals in both surveys developed multiple symptoms.  Each bar graph is followed by one page of additional information written by the person who analyzed the survey data.

The two surveys group symptoms into somewhat different clusters, but many of these clusters are similar enough to enable comparison between the surveys.  Of the top seven clusters of symptoms in both surveys, six clusters are similar in description and nearly identical in order of occurrence: (1) sleep disruption; (2) headaches; (3) ringing or buzzing in the ears; (4) fatigue; (5) loss of concentration, memory, or learning ability; and (6) disorientation, dizziness, or loss of balance.

The surveys do not tell us how likely a given individual is to become symptomatic after exposure to the radiation from Wireless Smart Meters.  But the surveys do tell us which symptoms a person who does become symptomatic is most likely to experience.  The many symptoms found reflect the many body systems that are disrupted by such radiation.

A symptom, of course, is something that can be sensed by an individual, and thus can serve as a warning.  Unfortunately, many health effects caused by radiofrequency radiation have no early symptoms and thus give no warning.  These health effects become evident only after significant harm has been done.  Examples are DNA damage, cancer, and reproduction effects.

---

[1] Ronald M. Powell is a retired career U.S. Government scientist.  He holds a Ph.D. in Applied Physics from Harvard University. During his Government career, he worked for the Executive Office of the President, the National Science Foundation, and the National Institute of Standards and Technology.

# New or Worsened Symptoms Reported by 318 Individuals after Exposure to Wireless Utility Meters in the USA[1]



[1] Ed Halteman, Ph.D., statistics, Wireless Utility Meter Safety Impacts Survey: Final Results Summary, September 13, 2011, p. 22 (http://emfsafetynetwork.org/wp-content/uploads/2011/09/Wireless-Utility-Meter-Safety-Impacts-Survey-Results-Final.pdf). 97 percent of respondents to full survey were in the USA, from 28 states, with most in California (78 percent) and New York (16 percent). In the Final Results Summary, the four clusters of symptom's with the fewest responses (2 to 5 percent each, totaling 13 percent) were included in "Other" but are broken out separately in the above bar graph, reducing the responses listed as "Other" (from 31 percent to 18 percent, a reduction of 13 percent).

JA 06702

**Wireless Utility Meter Safety Impacts Survey**

**OBJECTIVES**

- To investigate reported public health and safety complaints about wireless utility meters.
- To evaluate the impacts on health and safety due to wireless utility meters.
- To determine whether further study is warranted.

**METHODS**

- Survey was designed by the EMF Safety Network (Network).
- The survey was circulated online through various social media outlets including Network's email list, Facebook, and the California EMF Safety Coalition (a discussion group).
- The survey was also posted on Network's website: www.emfsafetynetwork.org where visitors were invited to take the survey.
- 443 responses were received from 7/13/2011 through 9/2/2011. *(318 of the 443 answered the health questions that formed the basis for the bar chart on symptoms. RMPowell)*
- Network commissioned Survey Design and Analysis (SDA) to provide this report of the survey findings.

**RESPONDENT MAKEUP**

- 93% are over 40 years old and 43% are over 60 years old.
- 73% are women.
- 78% are from California.
- 68% have Pacific Gas and Electric (PG&E) as their utility provider.
- 49% are EMF Sensitive.
- 41% have had a new wireless meter installed in their home; of these . . .
  - o 56% have had it installed for at least six months
  - o 89% have electric meters, 53% gas meters and 10% water meters
  - o 35% saw an increase in their utility bill
  - o 26% have experienced some type of interference
  - o 8% experienced burned out appliances or damaged electronics including TV, stereo, computer, refrigerator and other.
- 76% indicated they have wireless utility meters installed in their neighborhood, town or city.
  - o 44% near their home
  - o 36% in town

**TOP HEALTH ISSUES SINCE NEW METERS INSTALLED**

- Sleep problems (mentioned by 49%)
- Stress, anxiety and irritability (43%)
- Headaches (40%) *(Listed as 41% on symptoms bar graph, rounded up from 40.9%. RMPowell)*
- Ringing in the ears (38%)
- Heart problems (26%)

**UTILITY and PUBLIC UTILITY COMMISSION INTERACTIONS**  *(Title inserted by RMPowell.)*

- 40% (111 people) of those having wireless meters in their homes or community have complained to their utility provider.
  - o 96% of these people were either "Unsatisfied" or "Very Unsatisfied" with the handling of their complaint.
- 32% (88 people) complained to the utilities commission.
  - o 96% of these people were either "Unsatisfied" or "Very Unsatisfied" with the handling of their complaint
- 94% of respondents want to retain or restore their analog meters and 92% of these respondents do not think they should have to pay any additional money.

**STATISTICAL TESTING SHOWS THE TOP HEALTH SYMPTOMS ARE POSITIVELY ASSOCIATED WITH**

- EMF Sensitivity
- Wireless meters installed in the home

JA 06703

USCA Case #20-1138 Document #1869759 Filed: 11/04/2020 Page 329 of 475

# New or Worsened Symptoms Reported by 92 Individuals after Exposure to Wireless Smart Meters in Australia[1]

[1] Federica Lamech, MBBS, Self-Reporting of Symptom Development from Exposure to Radiofrequency Fields of Wireless Smart Meters in Victoria, Australia: A Case Series. Alternative Therapies, Nov/Dec 2014, Vol. 20, No. 6, pages 28-38. NIH PMID 25478801 (http://www.alternative-therapies.com and http://www.ncbi.nlm.nih.gov/pubmed/25478801).

Altern Ther Health Med. 2014 Nov-Dec;20(6):28-39.

**Self-reporting of symptom development from exposure to radiofrequency fields of wireless smart meters in Victoria, Australia: a case series.**

Lamech F.

Abstract

**CONTEXT:**

In 2006, the government in the state of Victoria, Australia, mandated the rollout of smart meters in Victoria, which effectively removed a whole population's ability to avoid exposure to human-made high-frequency nonionizing radiation. This issue appears to constitute an unprecedented public health challenge for Victoria. By August 2013, 142 people had reported adverse health effects from wireless smart meters by submitting information on an Australian public Web site using its health and legal registers.

**OBJECTIVE:**

The study evaluated the information in the registers to determine the types of symptoms that Victorian residents were developing from exposure to wireless smart meters.

**DESIGN:**

In this case series, the registers' managers eliminated those cases that did not clearly identify the people providing information by name, surname, postal address, and/or e-mail to make sure that they were genuine registrants. Then they obtained consent from participants to have their deidentified data used to compile the data for the case series. The author later removed any individual from outside of Victoria.

**PARTICIPANTS:**

The study included 92 residents of Victoria, Australia.

**OUTCOME MEASURES:**

The author used her medical experience and judgment to group symptoms into clinically relevant clusters (eg, pain in the head was grouped with headache, tinnitus was grouped with ringing in the ears). The author stayed quite close to the wording used in the original entries. She then calculated total numbers and percentages for each symptom cluster. Percentages were rounded to the nearest whole number.

**RESULTS:**

The most frequently reported symptoms from exposure to smart meters were (1) insomnia, (2) headaches, (3) tinnitus, (4) fatigue, (5) cognitive disturbances, (6) dysesthesias (abnormal sensation), and (7) dizziness. The effects of these symptoms on people's lives were significant.

**CONCLUSIONS:**

Review of some key studies, both recent and old (1971), reveals that the participants' symptoms were the same as those reported by people exposed to radiofrequency fields emitted by devices other than smart meters. Interestingly, the vast majority of Victorian cases did not state that they had been sufferers of electromagnetic hypersensitivity syndrome (EHS) prior to exposure to the wireless meters, which points to the possibility that smart meters may have unique characteristics that lower people's threshold for symptom development.

PMID: 25478801

JA 06705

Kit Weaver Comments, Sep. 3, 2013

**FCC 13-39**

**Before the**

**Federal Communications Commission**

**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Reassessment of Federal Communications | ) | ET Docket No. 13-84 |
| Commission Radiofrequency Exposure Limits and | ) | |
| Policies | ) | |
| | ) | |
| Proposed Changes in the Commission's Rules | ) | ET Docket No. 03-137 |
| Regarding Human Exposure to Radiofrequency | ) | |
| Electromagnetic Fields | ) | |
| | ) | |

To:     Office of the Secretary

Federal Communications Commission (FCC), Washington, DC 20554

---

As officially presented in the Federal Register/ Vol. 78, No. 107 / Tuesday, June 4, 2013 / Proposed Rules. Federal Communications Commission, 47 CFR Parts 1, 2, 15, 24, 25, 27, 73, 90, 95, 97, and 101 [ET Docket Nos. 03–137 and 13–84; FCC 13–39], Reassessment of Exposure to Radiofrequency Electromagnetic Fields Limits and Policies, Federal Communications Commission

---

Comments Filed by:          Kit T. Weaver
                            SkyVision Solutions
                            1807 S. Washington St
                            Suite 110-313
                            Naperville, IL 60565
                            E-mail:  skyvisionsolutions@wowway.com
                            Tel:  630-696-6327


                            August 31, 2013

**Comments of Kit T. Weaver**
**Submitted August 31, 2013**

Introduction

1.    Kit T. Weaver submits these comments in response to the publication of FCC
      13-39, First Report and Order, Further Notice of Proposed Rule Making and
      Notice of Inquiry (ET Docket No. 13-84 and ET Docket No. 03-137) released
      March 29, 2013, by the FCC and published in the Federal Register on June 4,
      2013.

2.    Mr. Weaver has earned a B.S. in Engineering Physics and an M.S. in Nuclear
      Engineering with a specialty in radiation protection, both degrees received from
      the University of Illinois at Urbana-Champaign.  He was employed by a leading
      electric utility for over 25 years.  He served in various positions, including
      Station Health Physicist, Senior Health Physicist, corporate Health Physics
      Supervisor, and corporate Senior Technical Expert for Radiobiological Effects.
      He was considered qualified by the Nuclear Regulatory Commission (NRC) as
      a site Radiation Protection Manager in accordance with USNRC Regulatory
      Guide 1.8.  Mr. Weaver served in various on-call emergency response
      organization positions including Health Physics Director and Environmental
      Manager.  He served as a member of the corporate Radiation Advisory
      Committee which dealt with radiation protection policy and litigation issues that
      included interaction with the company's General Counsel and company
      Medical Director.  Mr. Weaver has received specialized training in radiation
      biophysics, radiological emergency response planning and preparedness, and
      project management.  He has participated in various industry committees and
      activities related to the Edison Electric Institute, the Institute for Nuclear Power
      Operations, the American Nuclear Insurers, and the Nuclear Energy Institute.
      Mr. Weaver is a member of the Tau Beta Pi Association and is also a member
      of the Honor Society of Phi Kappa Phi.  He is a plenary member of the Health

JA 06708

Physics Society and has three times served as President of the Midwest Chapter of the Health Physics Society.  Mr. Weaver has retired from full time employment, and under the name of SkyVision Solutions, currently operates a website dedicated to raising public awareness about the benefits, costs, and risks associated with smart grid systems as well as the potential hazards related to radiofrequency (RF) radiation emissions from all wireless devices, including smart meters.

3.  Incorporated by reference are prior comments submitted by Kit T. Weaver on February 6, 2013, pertaining to FCC 12-152, ET Docket No. 03-137 and WT Docket No. 12-357.  Those comments were targeted specifically for footnote 95 of paragraph 53 of WT Docket No. 12-357, where it states, in part, that, "a few commenters stated that the Commission's RF safety rules are inadequate because the rules are based on physics rather than biological studies. … To the extent that commenters desire to change the RF standards, commenters can file in this proceeding…"  Comments provided were generally applicable for all wireless devices but did focus on wireless electrical usage "smart" meters installed on private property by electric utilities.  Comments substantiated the following recommended actions for the FCC:

- The FCC should promptly implement and fully "endorse" common sense precautionary measures to slow the exponential growth of RF exposure to our population caused by the increasing number of wireless devices present in our society.

- The FCC should promptly revise/ issue equipment authorizations for wireless smart meters to clearly stipulate that installation of such devices on individual homes requires the property owner's consent, giving the homeowners the opportunity to use the precautionary principle in an effort to limit exposure.  Such measures would be totally consistent with the implied concept of "voluntary use" of wireless technologies in the home.

JA 06709

4.      Incorporated by reference are prior "reply" comments submitted by Kit T. Weaver on March 5, 2013, pertaining to FCC 12-152, ET Docket No. 03-137 and WT Docket No. 12-357.  Those comments focused on potential conflicts of interest of the FCC with the telecommunications industry which may affect the Commission's ability to objectively uphold its current responsibility to establish radiofrequency exposure guidelines given to it under Congressional authority.  It was recommend that the FCC either vigorously uphold the responsibility to establish appropriate RF exposure guidelines or advocate that Congress direct another Federal agency (such as the Environmental Protection Agency) to have central authority and resources to properly execute this critical responsibility.

5.      Comments provided below for the current "Notice of Inquiry" (NOI) are presented in the order of selected NOI numbered paragraphs (<u>as listed in the <i>Federal Register</i></u>) with the number of the paragraph appearing at the beginning of each comment.

<u>Comments on the Reassessment of Current RF Exposure Limits and Policies</u>

1.      **NOI Paragraph 47**, Comment on "Confidence in the Current Exposure Limits."

The FCC introduces it's NOI by stating it has "confidence in the current exposure limits."  <u>With the mounting evidence of adverse biological effects occurring at levels below the current FCC exposure guidelines, such **<u>confidence</u>** is unfounded</u>.  For the sake of brevity, four examples will be provided to demonstrate the validity of this assertion.

1)      A recent report from the European Environment Agency, EEA Report No 1/2013, states, "It is remarkable that the IARC carcinogenic classification does not seem to have had any significant impact on governments' perceptions of their responsibilities to protect public health from this widespread source of radiation, especially given the

JA 06710

FCC Comments Filed by Kit T. Weaver

ease with which exposures can be reduced." It is as though the FCC and other similar organizations have essentially ignored this important classification by the International Agency for Research on Cancer (IARC) that all radiofrequency emissions are now considered as possibly carcinogenic. This reflects a cognitive bias towards not taking any action in response to evidence that would otherwise support at least a questioning attitude regarding the current exposure guidelines.

2) In April 2010, the "President's Cancer Panel" issued a report entitled, *Reducing Environmental Cancer Risk.* The report recommends that a precautionary, prevention-oriented approach be taken to replace our current reactionary approach to regulating environmental contaminants in which human harm must generally be proven before action is taken to reduce or eliminate exposure. The entire report can be found at the following link:

http://deainfo.nci.nih.gov/ADVISORY/pcp/annualReports/pcp08-09rpt/PCP_Report_08-09_508.pdf.

Selected quotations are provided below:

- "Weak laws and regulations, inefficient enforcement, regulatory complexity, and fragmented authority allow avoidable exposures to known or suspected cancer-causing and cancer-promoting agents to continue and proliferate in the workplace and the community. Existing regulations, and the exposure assessments on which they are based, are outdated in most cases, and many known or suspected carcinogens are completely unregulated. Enforcement of most existing regulations is poor. In virtually all cases, regulations fail to take multiple exposures and exposure interactions into account."

JA 06711

FCC Comments Filed by Kit T. Weaver

- "Industry has exploited regulatory weaknesses, such as government's reactionary (rather than precautionary) approach to regulation."
- "An alternative approach to regulation that supports primary cancer and other disease prevention is precautionary."
- "When credible evidence exists that there may be a hazard, a precautionary approach should be adopted and alternatives should be sought to remove the potential hazard and still achieve the same social benefit.  Such an approach acknowledges the uncertainty of identifying cancer risks in complex, poorly understood environmental systems."
- "A precautionary, prevention-oriented approach should replace current reactionary approaches to environmental contaminants in which human harm must be proven before action is taken to reduce or eliminate exposure."

3) Based upon currently available literature, it is not difficult to find credible evidence that supports the viewpoint that it is justified to conclude that man-made RF-EMF radiation emissions are causing adverse health effects among all types of living things including, humans, frogs, honey bees, birds, bats, trees, cows, and other wildlife. The Indian "Ministry of Environment and Forest (MOEF) set up an Inter-Ministerial Committee (IMC) to study the effects of RF-EMF radiations on wildlife and concluded that out of the 919 research papers collected on birds, bees, plants, other animals, and humans, 593 showed impacts, 180 showed no impacts, and 196 were inconclusive studies."  Source:  *Biology and Medicine*, Vol. 4, No. 4 (2012), October-December, Published: 7th Jan 2013, entitled, "Impacts of Radio-Frequency Electromagnetic Field (RF-EMF) from Cell Phone Towers and Wireless Devices on Biosystem and

JA 06712

Ecosystem – a Review."  This is an "open-access" article available at the following link:

http://biolmedonline.com/Articles/Vol4_4_2012/Vol4_4_202-216_BM-8.pdf.  Refer to the figure presented below:



Percentage of studies that reported harmful effect of EMR in various groups of organisms (*n* = 919), MOEF Report (2010).

4)    In December 2012, the *BioInitiative 2012 Report* – published by 29 highly respected health professionals from ten countries – comprehensively reviewed over 1,800 studies in the previous five years.  The report concluded that "exposure to EMF and radiofrequency radiation (RFR) produces biological effects and adverse health effects at levels significantly below existing public exposure standards."  Overall, the studies were said to report:

- Abnormal gene transcription;
- Genotoxicity and single-and double-strand DNA damage;
- Stress proteins because of the fractal RF-antenna like nature of DNA;
- Chromatin condensation and loss of DNA repair capacity in human stem cells;
- Reduction in free-radical scavengers – particularly melatonin;

JA 06713

- Neurotoxicity in humans and animals;

- Carcinogenicity in humans;

- Serious impacts on human and animal sperm morphology and function;

- Effects on the fetus, neonate and offspring;

- Effects on brain and cranial bone development in the offspring of animals that are exposed to cell phone radiation during pregnancy; and

- Findings in autism spectrum disorders consistent with EMF/RFR exposure.

Finally, the *BioInitiative 2012 Report* stated that: "There is reinforced scientific evidence of risk from chronic exposure to low-intensity electromagnetic fields and to wireless technologies."

2. **NOI Paragraph 53**, Comment on Exposure Limits and Significance of IARC Declaration.

Although the FCC previously stated confidence in its exposure guidelines, this NOI paragraph does thankfully request comment on whether "its current standards should be modified in any way." Based upon the limited evidence supplied so far in these prepared comments and additional evidence that can easily be compiled, the overwhelming response should be, "Yes, current standards do need to be modified." However, such a change or modification would take time and be performed in stages. It must start with an acknowledgment that adverse health effects do occur at levels below the current FCC exposure guidelines. Beyond that, the recommended approach should take two separate but complementary paths:

1) Begin development of new biologically based public safety limits in concert with other qualified governmental agencies and professional organizations which would include representation from the medical community. The current FCC thermally-based exposure guidelines

are useful to prevent tissue heating and damage but do not protect against chronic exposures to biologically active non-thermal non-ionizing radiation.  [This process to develop credible biologically based limits will understandably take time.  In the short term, a precautionary approach can be taken to at least reduce unnecessary RF exposure to our population.]

2)    Endorse a precautionary approach to implement common sense measures that will help slow the exponential growth of RF exposure to our population caused by the increasing number of wireless devices present in our society.  This approach will be discussed in more detail in subsequent paragraphs.

Regarding the 2011 IARC declaration that RF fields are possibly carcinogenic, it has been disappointing that the FCC and other standards-related organizations have effectively ignored the significance of this event.  For all the "wordsmithing" that probably went into creation of the full 500 page IARC Monograph, there was one revealing paragraph that should not be overlooked:

"Although it has been argued that RF radiation cannot induce physiological effects at exposure intensities that do not cause an increase in tissue temperature, it is likely that not all mechanisms of interaction between weak RF-EMF (with the various signal modulations used in wireless communications) and biological structures have been discovered or fully characterized.  Biological systems are complex and factors such as metabolic activity, growth phase, cell density, and antioxidant level might alter the potential effects of RF radiation.  ***Alternative mechanisms will need to be considered and explored to explain <u>consistently observed</u> RF-dependent changes in controlled studies of biological exposure*** [emphasis added]."

Reference:  IARC Monograph, Volume 102, for non-ionizing radiation (and radiofrequency electromagnetic fields), published April 2013, page 104.

The evidence is still mounting on the effects of RF exposures within our environment.  Let us not be "reactionary."  Let us formally acknowledge the

JA 06715

"consistently observed" effects which are occurring at levels below the threshold necessary for thermal damage and move forward with a strategy that can be proactive and precautionary in nature to protect the public and the environment.

3.    **NOI Paragraph 57**, Comment on Device Duty Cycles.

In the context of this NOI paragraph, the reference to a "source-based" time averaging provides consideration of devices with an inherent duty cycle. For exposure to wireless devices where the public cannot be excluded, the FCC should make clear that a 100% duty cycle must be utilized in calculations for power density. Taking the example for smart meters, advocates for use of such devices like to point out that the typical or average duty cycle for such devices is "low." On the other hand, for a person with a concern about wireless smart meter emissions, the concern is over (involuntary) potential exposure for oneself and family, *not* the exposure for the average person. In fact, several smart meter measurement studies show that at least some smart meters involved with each study have duty cycles in the range of 3% to 5%, and even up to 10%, depending on the study. Since the average person does not possess the equipment necessary to measure the actual RF emissions from a wireless smart meter located on his or her property, at a minimum, it *must* be assumed that the duty cycle is the maximum value measured in the field. Furthermore, one of the smart grid industry's most publicized reports, "Health Impacts of Radiofrequency from Smart Meters," Final Report, dated April 2011, published by the California Council on Science and Technology (CCST), states that "The PG&E commissioned report by Richard Tell Associates is based only on [a] duty cycle of transmitting data once every four hours which results in this very low estimated peak power. … To truly be a smart grid, the data will be transmitted at a much more frequent rate than this. In this report we look at the worst – case scenario, a meter that is stuck in the "on" position, constantly

JA 06716

relaying, at a 100% duty cycle [emphasis added]. … Each smart meter is part of a broader 'mesh' network and may act as a relay between other smart meters and utility access points. The transmitter at each smart meter will be idle some of the time, with the percent of time idle (not transmitting) depending on the amount and schedule of data transmissions made from each meter, the relaying of data from other meters that an individual meter does, and the networking protocol (algorithm) that manages control and use of the communications paths in the mesh network. Theoretically the transmit time could increase substantially beyond today's actual operation level if new applications and functionality are added to the meter's communication module in the future."

4.  **NOI Paragraph 58**, Comment on Pulsed Fields versus Time-Averaged Fields.

Although there is a basis for using time-averaged fields for evaluating thermal RF effects, limits based upon time-averaged fields have no relevance for adverse health impacts caused by non-thermal exposure mechanisms. Consequently, for instances where new biologically based exposure limits are developed or a precautionary approach is applied to limit RF exposures, action levels need to be based upon peak power levels. Such an approach would acknowledge that many new wireless devices create pulsed RF fields and that such fields may be linked to biologically disruptive effects.

5.  **NOI Paragraphs 66, 67, 68, 69, & 70,** Comments on Taking a Precautionary Approach.

As stated above and until appropriate biologically based exposure limits can be developed, a "precautionary approach" should be utilized in order to reduce needless or unnecessary exposure to RF radiation. With such a practical approach, the current FCC exposure guidelines would represent a baseline with implementation of a number of measures intended at least to slow the

JA 06717

FCC Comments Filed by Kit T. Weaver

exponential growth of RF exposure to our population.  Such measures need not include numerical action levels and could easily be implemented in a way that would provide a proper balance of protecting the public from unnecessary exposure without imposing an undue burden on the telecommunications industry.

The Precautionary Approach – Introduction

The "precautionary approach" represents the concept that when there is evidence of possible adverse health effects, precautionary measures should be taken, even when some cause and effect relationships are not fully understood or established. Precautionary measures can be adopted which complement and do not undermine science-based guidelines.  In evaluating risk, one must acknowledge that the nature of risk can lead to different perceptions of risk and whether a person is willing to accept a particular risk or reject it.  Although different people perceive risks differently, when deciding to apply a precautionary approach for a particular situation, it is necessary to accept that for an action to be warranted that there should be some "credible threat of harm."  A "speculative fear of future harm" would not constitute a valid use of a precautionary approach to avoid risk.  Finally, precautionary actions should be chosen that are proportional to the seriousness of the potential harm.  The description for a precautionary approach described above is adapted from "The Precautionary Principle," World Commission on the Ethics of Scientific Knowledge and Technology (COMEST), March 2005.  Specifically, the approach involves analyzing a situation to evaluate whether human activities may lead to **unacceptable harm** that is scientifically **plausible** but uncertain, and if so, then actions should be taken to avoid or diminish that harm.

The narrative that follows is somewhat abbreviated for purposes of these FCC submitted comments, but it is provided to conceptually demonstrate how easily that a precautionary approach can be determined to be warranted for RF emissions.

JA 06718

Concept of Unacceptable Harm

"Unacceptable harm" refers to harm to humans or the environment that is: (1) threatening to human life or health, or (2) serious and effectively irreversible, or (3) inequitable to present or future generations.  Due to the International Agency for Research on Cancer (IARC) declaration which classifies RF radiation as a potential carcinogen and due to other evidence to be presented in subsequent paragraphs, it is plausible that RF radiation emissions from wireless devices may threaten human health.  Some medical professionals claim that medical conditions are caused or aggravated by exposure to RF radiation, based on application of available science and clinical judgment.  Additionally, numerous research studies show evidence of negative effects on human and animal physiology due to RF exposure at levels below FCC exposure guidelines.

Concept of Plausibility (Credible, Conceivable, Believable)

To support the basic claim of "plausibility" of harm for RF emissions, the following evidence is offered:

1)    From May 24-31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC), a Working Group of 31 scientists from 14 countries, met in Lyon, France "to assess the potential carcinogenic hazards from exposure to radiofrequency electromagnetic fields."  The conclusion of the IARC Working Group was to classify "radiofrequency electromagnetic fields as possibly carcinogenic to humans (Group 2B) … A positive association has been observed between exposure to the agent and cancer for which a causal interpretation is considered by the Working Group to be credible,…"  "Dr Jonathan Samet (University of Southern California, USA), overall Chairman of the Working Group, indicated that 'the evidence, while still accumulating, is strong

JA 06719

enough to support a conclusion and the 2B classification.'"
Reference: World Health Organization Press Release, N-208, May 31, 2011.

2) The Federal Communications Commission (FCC) has acknowledged that "there is no federally developed national standard for <u>safe levels</u> [emphasis added] of exposure to radiofrequency (RF) energy…"
Reference: "Wireless Devices and Health Concerns," FCC Consumer Facts pamphlet, available at:
http://transition.fcc.gov/cgb/consumerfacts/mobilephone.pdf.

3) On the US EPA website, radiofrequency radiation is listed as a "Potential Carcinogens, Link Suspected but Unconfirmed." The EPA website further states that: "Exposure to radio frequency (RF) radiation has climbed rapidly with the advent of cell phones and other wireless technologies. Studies of the link between exposure to RF and to electric and magnetic frequency (EMF) radiation have found RF and EMF to be 'potential carcinogens,' but the data linking RF and EMF to cancer is not conclusive. World wide, health physicists (scientists who study the biological effects of radiation) continue to study the issue."

4) The Parliamentary Assembly of the Council of Europe has stated that, "Governments should reconsider the scientific basis for the present electromagnetic fields exposure standards set by the International Commission on Non-Ionizing Radiation Protection, which have serious limitations and apply as low as reasonably achievable (ALARA) principles. The adopted resolution underlines the fact that the precautionary principle should be applicable when scientific evaluation does not allow the risk to be determined with sufficient certainty." Reference: Council of Europe Parliamentary Assembly press release of May 27, 2011.

JA 06720

5)      As explained by the Parliamentary Assembly of the Council of Europe in Resolution 1815 (2011), entitled, "The Potential Danger of Electromagnetic Fields and Their Effect on the Environment,": "Given the context of the growing exposure of the population, in particular that of the vulnerable groups such as young people and children, there could be extremely high human and economic costs if early warnings are neglected."

6)      The United States Access Board, an independent Federal agency devoted to accessibility for people with disabilities, has stated, "The Board recognizes that multiple chemical sensitivities and electromagnetic sensitivities may be considered disabilities under the ADA if they so severely impair the neurological, respiratory or other functions of an individual that it substantially limits one or more of the individual's major life activities."  Reference:  Federal Register, Vol. 67, No. 170, Tuesday, September 3, 2002, page 56353, "Architectural and Transportation Barriers Compliance Board."

7)      The United States Access Board sponsored the IEQ Indoor Environmental Quality Project, and the final project report includes the following statement, "For people who are electromagnetically sensitive, the presence of cell phones and towers, portable telephones, computers, fluorescent lighting, unshielded transformers and wiring, battery re-chargers, wireless devices, security and scanning equipment, microwave ovens, electric ranges and numerous other electrical appliances can make a building inaccessible."  Reference:  "IEQ Indoor Environmental Quality," NIBS IEQ Final Report, 7/14/05.  Note:  "NIBS" is an acronym for National Institute of Building Sciences.

8)      The American Academy of Pediatrics, in a letter to Congressman Dennis Kucinich, dated December 12, 2012, states: "Children are

JA 06721

FCC Comments Filed by Kit T. Weaver

disproportionately affected by environmental exposures, including cell phone radiation.  The differences in bone density and the amount of fluid in a child's brain compared to an adult's brain could allow children to absorb greater quantities of RF energy deeper into their brains than adults.  It is essential that any new standards for cell phones or other wireless devices be based on protecting the youngest and most vulnerable populations to ensure they are safeguarded through their lifetimes."

9) Many well educated individuals and credible organizations claim that adverse effects from RF radiation occur at levels much lower than current FCC exposure guidelines.  While FCC exposure guidelines typically range from 600 to 1,000 µWatt/cm$^2$, it is claimed by some organizations that adverse effects can occur at levels of 0.1 µWatt/cm$^2$ or lower.  One such organization is "The BioInitiative Working Group 2012," mentioned earlier which has an exhaustive compilation of scientific study information and recommendations regarding exposure to RF radiation.  Listed below are selected statements from the *BioInitiative 2012 Report*:

- "Bioeffects are clearly established and occur at very low levels of exposure to electromagnetic fields and radiofrequency radiation.  Bioeffects can occur in the first few minutes at levels associated with cell and cordless phone use.  Bioeffects can also occur from just minutes of exposure to mobile phone masts (cell towers), WI-FI, and wireless utility 'smart' meters that produce whole-body exposure."

- Many of these bioeffects can reasonably be expected to result in adverse health effects if the exposures are prolonged or chronic.  This is because they interfere with normal body

JA 06722

processes (disrupt homeostasis), prevent the body from healing damaged DNA, produce immune system imbalances, metabolic disruption and lower resistance to disease across multiple pathways.  Essential body processes can eventually be disabled by incessant external stresses (from system-wide electrophysiological interference) and lead to pervasive impairment of metabolic and reproductive functions."

- "New, biologically-based public exposure standards are critically needed now and should key to scientific benchmarks for harm, plus a safety margin below that level.  The standard of evidence for judging the scientific evidence should be based on good public health principles rather than demanding scientific certainty before actions are taken."

10) Regarding Russian and Chinese exposure guidelines, they are considered science-based, as are the exposure guidelines for the United States.  Russian and Chinese guidelines, however, acknowledge that chronic, non-thermal RF exposure effects do occur based upon biological experiments with animals and case studies with individuals.  Scientists observe a range of effects, such as changes in electroencephalogram (EEG) readings, induction of autoimmune responses (formation of antibodies to brain tissues), stress-reactions, as wells as adverse effects for blood serum results. It cannot be claimed with certainty that all observed effects are pathological and/or irreversible, but in any case, it is concluded that such effects influence the physical and mental well being of affected individuals and therefore constitute a health hazard.  In the United States, exposure standards are primarily based upon engineering calculations assessing short-term thermal effects of RF energy on human tissue.  For chronic exposures, non-thermal considerations

JA 06723

were not included for US and most western European exposure guidelines due to a claimed "paucity of reliable data on chronic exposures." Russian scientists argue that RF exposure guidelines based upon chronic exposure levels and interactions are more representative of the real world experience of the population and thus are more appropriate than exposure to acute situations at thermal exposure levels which are rarely encountered. Furthermore, Russian scientists assert that the establishment of threshold levels based solely on thermal considerations makes the assumption that an organism will compensate or adapt to non-thermal RF exposure effects and that there is no basis for this assumption. Information to validate the evidence presented in this section is considered common knowledge, but two sources to substantiate the claims are available at the following links:

http://archive.radiationresearch.org/conference/downloads/021235_grigoriev.pdf; and

http://www.who.int/peh-emf/meetings/day2Varna_Foster.pdf.

Based upon the type of information presented above and the fact that FCC guidelines do not address possible adverse effects of non-thermal RF radiation effects, there are sufficient grounds for consideration that unacceptable harm be considered as scientifically plausible if not probable for RF emissions from wireless devices, i.e., that there is a "credible threat of harm" as perceived by a prudent person.

<u>Basic Precautionary Actions</u>

Showing that the basic threshold for plausible and unacceptable harm has been met, it is thus appropriate to consider a precautionary approach. <u>The next step is choosing the appropriate form of precautionary action</u>. Based upon what was

FCC Comments Filed by Kit T. Weaver

presented earlier, precautionary measures should be chosen that are proportional to the seriousness of the potential harm.  It is instructive to review guidance provided by the US EPA regarding use of wireless technology.  At its website at http://www.epa.gov/radtown/wireless-tech.html, the following guidance is provided:

**"What you can do to protect yourself:**  Although there is not sufficient evidence to conclude that there is a definite risk associated with long-term cell phone use, people who are concerned can take simple steps to reduce exposure:  **Limit use** – reducing the number/length of calls; **Use 'hands-free' devices** – Using 'hands-free' devices can help to keep mobile phones away from the head."

In addition, at the US EPA website, the topic of exposure to radiofrequency (RF) radiation is discussed in a section on "Optional" exposure mechanisms, along with smoking and exposure to UV radiation which are other exposure mechanisms that may lead to cancer.  The inference is that concerned members of the public who fear cancer through these exposure mechanisms should limit or avoid exposure to cigarette smoke and sunlight.

Refer to the link at:  http://www.epa.gov/radtown/basic.html.

Recommended Approach to Reduce Future RF Exposures

Based upon the presented information, it can be surmised that exposure to RF radiation is already considered, at least to some extent, as an optional or voluntary exposure mechanism in our society.  The recommended approach at this time for the FCC (as a precautionary measure) is relatively simple:

1)    No immediate changes are recommended for limits involving cell tower transmissions since any such changes could significantly and negatively impact the telecommunications industry.  Any such changes could await the development of more restrictive biologically based exposure

JA 06725

guidelines, a process that should include active participation of all affected stakeholders.

2)    The FCC should fully "endorse" common sense precautionary measures to at least slow the exponential growth of exposure to wireless RF technology emissions in our society.  Such measures would focus on educating the public on the voluntary nature of using personal wireless devices and how members of the public can use simple methods such as "time and distance" to reduce overall exposure.  Specific approaches could include the following:

- Implement awareness campaigns on the potential risks of RF radiation, targeting children, teenagers, and young people who may at greatest risk for non-thermal effects;
- Evaluate current labeling practices for wireless devices and improve language and nature of warnings for possible health hazards;
- Particularly for schools and classrooms, indicate preference for wired Internet connections;
- As some organizations have already recommended, emphasize hands-free operation of cellular phones and texting when possible to reduce exposure to the head area;
- Emphasize the voluntary nature of wireless devices used in the home and stipulate that no utility, government, or other entity can require installation of a RF emitting device upon one's property without one's consent.

Specific Recommendations for Smart Meter and Smart Appliances

Inherent in the final approach mentioned above is that the use of wireless transmission devices in the home must be considered optional and voluntary.

Unfortunately, some local governments, public utility commissions, and utilities do not respect this fundamental consideration for members of the public when it comes to so-called wireless smart meters.  They are forcibly installing RF transmitters on homeowners' properties without consent and then deferring all safety issues to the FCC.  The FCC is effectively used as a scapegoat by other governmental and utility officials to be able to not fully justify their actions when it comes to exposing our entire population to a new source of environmental radiation that many people believe negatively affects their health and well-being.

Similar issues are emerging with the use of so-called smart appliances.  These appliances include RF transmitters and it is not clear that all manufacturers are including an option for consumers to easily deactivate those transmitters for those individuals not desiring to be exposed to additional RF radiation in the home.  Thus, it requested that the FCC perform the following:

1)    The FCC should promptly revise/ issue equipment authorizations for wireless smart meters to clearly stipulate that installation of such devices on individual homes requires the property owner's consent, giving the homeowners the opportunity to use the precautionary approach in an effort to limit RF exposure.  Such measures would be totally consistent with the implied concept of "voluntary use" of wireless technologies in the home.

2)    The FCC should mandate that all smart appliances containing an RF transmitter for communication with wireless smart meters or wireless routers be provided with a clear mechanism for the consumer to ensure that any RF transmitters contained within the device are deactivated.

6.     **NOI Paragraph 69**, Comment on "Anxiety in the Population."

The FCC makes a curious statement that "adoption of extra precautionary measures may have the unintended consequence of 'opposition to progress

JA 06727

and the refusal of innovation, ever greater bureaucracy,… [and] increased anxiety in the population.'"  What about the anxiety and possible physical harm that can be caused by not taking prudent measures to reduce exposure?

Actually at the point where the FCC refers to "anxiety in the population," it was selectively quoting a French published article entitled, "Conclusions.  The Precautionary Principle: Its Advantages and Risks."  That article (as the title indicates) discussed the "pros and cons" of implementing a precautionary principle.  One of the statements not quoted by the FCC in that same article was that "the precautionary principle can have advantages, such as motivating decision-makers in the public or private sector to explain and quantify their reasoning, and to give objective information."  This would hopefully be the case for the forcible installation of wireless smart meter for every house in America. If consumer consent was required prior to installation of a smart meter, decision-makers would more likely either completely explain their reasoning or would find a better alternative metering system.

7.    <u>Why Wireless Smart Meters Should Not Be Mandatory</u>

As was mentioned in the Introduction to these comments filed with the FCC, Mr. Weaver maintains a website dedicated to raising public awareness about the benefits, costs, and risks associated with smart grid systems as well as the potential hazards related to radiofrequency (RF) radiation emissions from all wireless devices, including smart meters.  The attachment to these comments is adapted from an article published on his website that describes "Why Wireless Smart Meters Should Not Be Mandatory" and that no published studies conclude that smart meters are safe for the public.  This article further supports the assertion made in these comments that the use of wireless devices in the home should be considered as voluntary.

JA 06728

## Why Wireless Smart Meters Should Not Be Mandatory

### by Kit T. Weaver

In defending the use of wireless smart meters, if someone states that there are no peer reviewed studies that would substantiate health concerns for wireless smart meters, then that person is making a non-conservative and misleading claim.  <u>The fact is that are no epidemiological studies that would indicate that wireless smart meters are safe</u>.

Smart grid advocates frequently make a claim that:  "While concerns have been raised about the potential impact of the RF generated by these smart meters, **numerous studies have shown that smart meters using RF technologies pose no health risk**."  This statement exists, for example, at the Edison Electric Institute website at:  <u>http://smartgrid.eei.org/Pages/FAQs.aspx</u>, as part of an answer to the question, "Does the radio frequency (RF) signal produced from smart meters cause any health effects?"

To some extent the smart meter safety claims rely on conclusions reached based upon selected studies performed for cell phone or cordless phone exposures and where statements are made such as:

"There currently is no **conclusive** [emphasis added] scientific evidence pointing to a non-thermal cause-and-effect between human exposure to RF emissions and negative health impacts."  [Reference: California Council for Science and Technology, Final Report, dated April 2011, entitled, "Health Impacts of Radio Frequency Exposure from Smart Meters," page 13.]

The above statement purposely ignores the fact that <u>substantial</u> evidence confirms a non-thermal cause-and-effect between human exposure to RF emissions and negative health impacts.  The reference to the term <u>conclusive</u> is generally understood to mean, "putting an end to debate or question especially by reason of

JA 06729

FCC Comments Filed by Kit T. Weaver

irrefutability." <u>The type of discussion and logic employed in the above statement essentially represents a straw man argument for this issue, which is based upon the inappropriate and irrational premise that "conclusive" and irrefutable evidence is needed prior to taking any action to protect the public.</u>  In biology and medicine, there is very little that is known conclusively or with near 100% certainty.

In medical science, not all results are consistent due to biological variability.  We are all the product of thousands of genes that interact with each other and the environment in unpredictable ways.  Each individual is unique.  Not every smoker dies of cancer.  Some people are allergic to eggs and most are not.  One may be allergic to peanuts while another is not.  We don't all have the same side effects from taking prescription drugs, and we can't all be expected to respond in the same way to electromagnetic insults.  Just because everyone is not affected by RF radiation doesn't mean that no one is affected.

<u>In addition, with regard to smart meters, safety claims are also based upon industry documents demonstrating that emissions from individual smart meter devices comply with Federal Communications Commission (FCC) exposure guidelines, and then referring to such documentation as a "study</u>."

Dr. De-Kun Li* is a leading research scientist in reproductive and prenatal epidemiology.  In December 2012, Dr. Li filed testimony before the Maine Public Utility Commission regarding the issues of wireless smart meter safety.  Specifically, Dr. Li was asked about possible non-thermal radiation effects from RF emissions and whether science supports the conclusion that wireless smart meters are "safe."  The response was, "***<u>No</u>***."  Furthermore, Dr. Li indicated that, "***I am not aware of any studies that have shown that exposure to smart meters is safe for the human population***. [emphasis added]  Anyone who wants to install smart meters to every household needs to demonstrate that such massive installation is safe and will have no effect on the risk of cancer, childhood obesity and asthma, autoimmune diseases, etc."

JA 06730

FCC Comments Filed by Kit T. Weaver

*\* Author Note: To review the entire testimony for Dr. Li, refer to the following link:*
*http://skyvisionsolutions.files.wordpress.com/2013/07/exhibit-2-de-kun-li-web.pdf.*

*In addition, in 2011, Dr. Li had previously commented on the draft CCST report referenced earlier in this report. In his comment letter, he made many relevant points, among them that "**Unknown does not mean safe**."  For a copy of Dr. Li's full comment letter, refer to the following link:*
*http://skyvisionsolutions.files.wordpress.com/2013/06/liccst.pdf.*

In fact, there have been no epidemiological studies performed to even attempt to demonstrate the safety of wireless smart grid technology in terms of widespread deployment within the human population.  Because of this fact alone, informed citizens should be allowed to implement a precautionary approach with regard to wireless smart meter emissions in order to prudently avoid a new source of RF radiation in their homes.   Furthermore, for some individuals, they are convinced that they are currently being harmed by the RF emissions from smart meters due to symptoms related to Electromagnetic Hypersensitivity (EHS).

Smart grid advocacy groups attempt to lump cell phones, cordless phones, and wireless smart meters together as devices we all "frequently encounter," not acknowledging that there is an element of choice involved with all non-smart meter devices in the home.  For those people who oppose the installation of wireless smart meters, there is an element of principle involved.  A person can eliminate or curtail the use of all other wireless devices in the home, but in most cases across the country, for the wireless smart meter, a person cannot.  If there is an "opt-out" provision, a fee is usually involved in order to prudently avoid a newly added source of RF emissions for the home.

JA 06731

FCC Comments Filed by Kit T. Weaver

Again quoting additional testimony for Dr. De-Kun Li mentioned above, "cell phone use is usually for a short duration. … Use of cell phones is a voluntary exposure. One can choose not to use a cell phone. Vulnerable populations like infants and young children are not exposed to cell phone RF EMF in most cases. However, every resident, including infants, pregnant women and the fetus, in a household will be exposed to RF EMF from smart meters if installed nearby. Given that installation of smart meters is mandatory in most places, RF EMF exposure from smart meters is an "involuntary" exposure. Based upon the principle of risk assessment, involuntary exposures require more stringent safety standards."

Based upon the facts and the collective evidence, it is correct to make the following conclusions regarding wireless smart meter RF emissions:

- RF radiation emitted from wireless smart meters has been determined by the IARC to be *possibly carcinogenic to humans*.

  [*Note: The IARC Monograph Volume 102, for non-ionizing radiation (and radiofrequency electromagnetic fields) makes quite clear that applicability for the IARC declaration for a Group 2B carcinogen <u>does indeed apply to all RF emissions</u> in the range of 30 kHz to 300 GHz from all sorts of wireless devices, <u>including wireless smart meters</u>. Some smart grid advocates have tried to interpret the original IARC declaration and the associated press release in May 2011 for applicability to mobile phone emissions only. In fact, smart meters are specifically mentioned in the IARC Monograph as a "Domestic Source" of RF emissions.*]

  Also note that leading epidemiologists in a recent published article have concluded that radiofrequency (RF) radiation is a <u>*probable* human carcinogen</u>. This article reviews new studies published since the IARC review in 2011 and concludes that RF radiation should be re-classified as a probable human carcinogen. Impressive reports that have studied those individuals who began using cell phones before age 20 find a 4 to 8 fold increase in brain cancer as well as increases in leukemia. At one point in the published article it is states that "Current standards for exposure to radiofrequency fields were set more than fifteen years ago resting on the belief that levels of microwave radiation from mobile phones cannot induce any measureable change in temperature or other biological effect. <u>Recent analyses show that this assumption is no longer tenable</u>." [emphasis added]. For more information on the article published in the April 2013 issue of *Pathophysiology*, refer to the following link:

http://download.journals.elsevierhealth.com/pdfs/journals/0928-4680/PIIS0928468013000035.pdf.

- The current IARC determination was made primarily based upon epidemiological studies with people exposed to RF emissions from cell phones and cordless phones.

- <u>No</u> epidemiological studies have been performed with people exposed to the emissions from wireless smart meters.

- The intensities of exposure received from a cell phone and a wireless smart meter are not nearly as different as claimed by smart grid advocates.  In fact, the exposure is quite similar for equivalent spatial configurations.  Although the greater distance from a smart meter can be considered as a differential factor under typical exposure scenarios, conversely, so can the chronic nature of smart meter exposure as opposed to most people using their cell phones for no more 20 minutes per day for voice communications.  It is also possible that different signal characteristics of RF emissions from different devices may produce different biological effects.

- Based upon limited evidence that RF fields are carcinogenic, there are sufficient grounds to conclude that it is scientifically plausible that RF radiation from smart meters may threaten human health.

- It is also important to acknowledge that the IARC declaration only addresses the possible carcinogenic nature of RF radiation emissions.  It does not address possible adverse health effects such as Electromagnetic Hypersensitivity (EHS) or other medical conditions potentially caused or aggravated by non-thermal RF exposure mechanisms.

Numerous studies can be listed which tend to confirm that EHS is a valid medical syndrome.  See, for example, a recent article published in *Electromagnetic Biology and Medicine*, June 2013, Vol. 32, No. 2, pages 253-266.  The article is entitled, "Replication of Heart Rate Variability Provocation Study with 2.4-GHz Cordless Phone Confirms Original Findings."  A conclusion of the article is that radiation from a 2.4-GHz cordless phone affects the Autonomic Nervous System and may put some individuals with preexisting heart conditions at risk when exposed to electromagnetic frequencies to which they are sensitive.  For more information on this article, refer to the following link:  http://thetruthaboutsmartgrids.org/2013/08/10/replication-of-heart-rate-provocation-study/.

FCC Comments Filed by Kit T. Weaver

- The true issue at hand is whether a precautionary approach is warranted, the most basic of which is voluntary and prudent avoidance of wireless RF emissions.

- It is logical and reasonable that prudent avoidance of wireless smart meter emissions in the home be considered warranted since such action is currently allowed for all other devices in the home which emit RF radiation.

In addition to the information presented so far in this document, a recent report has been prepared by Ronald M. Powell (Ph.D., Harvard University, 1975), entitled, "Biological Effects from RF Radiation at Low-Intensity Exposure, Based on the BioInitiative 2012 Report, and the Implications for Smart Meters and Smart Appliances," dated June 11, 2013.  Even though no epidemiological studies have been performed with people exposed to the emissions from wireless smart meters, this new report provides perspective on how adverse effects documented within the context of the *BioInitiative Report 2012* would support the supposition that adverse biological effects should be expected based upon the RF radiation levels produced from smart meters and smart appliances.

Brief commentary on the report prepared by Dr. Powell:

1. The report is somewhat unique in that it discusses not only smart meter RF emissions but also addresses emissions associated with so-called "smart appliances" that many people are beginning to purchase for their homes;

2. The report shows that RF radiation emitted from smart meters and smart appliances can affect human health at distances far in excess than will be acknowledged by smart grid advocates. Refer to the figure below (extracted from the report);

3. In simple terms, chronic exposure to pulsed RF radiation fields at levels above the horizontal yellow band in the figure is a cause for concern.

JA 06734

FCC Comments Filed by Kit T. Weaver



**Figure 1: Smart Meter and Smart Appliance RF Power Densities versus Distance**

For the full report, refer to the following link:

http://skyvisionsolutions.files.wordpress.com/2013/06/powell-report-bioinitiative-report-2012-applied-to-smart-meters-and-smart-appliances_june_11_2013.pdf.

Because of the foregoing information, it is reasonable and appropriate that individuals be able to opt-out of wireless smart meter installations without charge, fee, or penalty.

JA 06735

Organizations-Radiation Sickness; StopSmartMeters, Comment; Feb. 4, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:     Joshua Hart
                      PO Box 30
                      Davenport, CA 95017
                      josh@stopsmartmeters.org
                      831.421.0822

                                        February 4, 2013

JA 06737

## AFFIDAVIT OF Joshua Hart_____

State of    California

  Santa Cruz_____ County      ]

I, Joshua Hart  attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is Joshua Hart  My address is PO Box 30 Davenport, CA 95017.

2.  I am Director of Stop Smart Meters! a California based organization fighting the forced deployment of "smart" utility meters that harm health, violate civil liberties and endanger public safety.

3. I have personally interviewed, read first person accounts and listened to first and second hand accounts of smart meter victims suffering from a wide range of adverse health effects from mild to severely debilitating.  I am familiar with well over one thousand such accounts.  Many of these victims began suffering symptoms before they knew a smart meter had been installed either on their home or in their neighborhood.  Many of these people have become so sensitized they have been forced from their homes [because of proximity to area meters] and have been forced from their jobs because of RF in the workplace.  For many people who have become sensitized to RF, they have remained so even with removal of their meter.  While we may not have sufficient understanding of the effects of RF and mechanisms of interaction with biological systems to establish 100% certain causation, it's astoundingly clear in repeatable real life situations that smart meters can cause adverse biological effects and that sensitivity to RF can result from instant exposure and or exposure over time.

4. FCC regulations dictate that for many electric smart meter models (eg. OWS NIC 507), no person may get within 20 centimeters of the antenna, meters must not be co-located, and the meters must be installed by a professional.  During the course of my work to investigate the harm caused by smart meters, I have come across thousands of people whose health has been negatively affected by smart meters installed and

JA 06738

operating in violation of these requirements.  It is my professional opinion that current FCC guidelines for RF exposure are inadequate to protect human and environmental health and not based on biology but rather physics, an antiquated approach to scientific policy making.

5. I have personally been "sensitized" to RF radiation by exposure to a bank of smart meters.   Since exposure I now develop symptoms such as headache and nausea when exposed to cell phones, towers, wi-fi and smart meters.  That FCC limits on RF radiation could allow such powerful radiation as to create sensitivity where there was none is direct evidence that the guidelines are outdated and irrelevant to the goal of protecting human health if that is indeed the goal of this proceeding.   Lower the limits!

6. Dozens of scientific studies have shown negative impacts of EMR on human health, even at low levels of exposure. The most commonly accepted guidelines are the Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for "extreme concern" (http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On May 31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans." The FCC does not use biologically determined guidelines that affect health, but rather uses a standard that measures thermal heating of biological tissue. The premise that there are no adverse impacts of EMR on the human body until it is cooked is completely ridiculous.

7. I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.


Respectfully submitted by


Name Joshua Hart

Address PO Box 30

JA 06739

City  State  Zip  Davenport, CA 95017

February 6, 2013

JA 06740

Cell Phones; Research Abstracts of Over 700 Studies
Showing Health Effects from Cell Phone Radio Frequency
Radiation; Prof. Henri Lai
(Tab 142 Part 1)

Studies that show **Cell Phone** Health Effects

# Table of Contents

## Over 700 Studies Showing Health Effects from Cell Phone Radio Frequency Radiation

| Biological Effect | No of Studies | Page # |
|---|---|---|
| Cancer | 57 | 2 to 29 |
| DNA Damage | 47 | 29 to 52 |
| Effects on Pregnancy and the Fetus | 29 | 52 to 67 |
| Fertility and Reproductive Harm | 55 | 67 to 94 |
| Neurological Effects | 44 | 94-114 |
| Effects on Brain | 104 | 114-161 |
| Central Nervous System Effects | 25 | 161-172 |
| Hearing Effects | 23 | 172-183 |
| Effect on Eyes | 11 | 183-188 |
| Children Health Effects | 20 | 188-197 |
| Oxidative Stress | 14 | 197-204 |
| Cell Function Impairment | 41 | 205-224 |
| Effects on Hormones | 11 | 224-229 |
| Effects on the Heart | 5 | 229-232 |
| Effects on Glucose Tolerance | 2 | 233 |
| Effects on the Whole Body | 10 | 233-237 |
| Survival Effects | 2 | 237-239 |
| Medical Implants and Devices Effects | 32 | 239-255 |
| Cell Phone Addiction | 2 | 255-256 |
| Synergistic Effects With Other Agents | 12 | 256-263 |
| Inflammation | 3 | 263-264 |
| Effects on Behavior | 10 | 264-269 |
| Electro-Magnetic Hypersensitivity | 6 | 269-272 |
| Effects on Blood | 13 | 272-278 |
| Effects on Wellbeing | 18 | 278-286 |
| Effects on Glands | 5 | 286-288 |
| Effects on Sleep | 19 | 288-297 |
| Effects on Skin | 10 | 298-302 |
| Allergies Effect | 4 | 302-304 |
| Effects to Critical Organs | 10 | 304-310 |
| Mercury Release in Dental Amalgams | 1 | 310 |
| Effects on Other Living Things | 14 | 310-323 |
| Miscellaneous Effects | 12 | 323-329 |
| Driving Impairment Using a Cell Phone | 31 | 329-343 |
| Overlooked Effects in Science | 7 | 343-347 |

JA 06742

Studies that show **Cell Phone** Health Effects

# Cancer

**Hardell L, Carlberg M, Hansson Mild K. Pooled analysis of case-control studies on malignant brain tumours and the use of mobile and cordless phones including living and deceased subjects. Int J Oncol. 38(5):1465-1474, 2011.**

We studied the association between use of mobile and cordless phones and malignant brain tumours. Pooled analysis was performed of two case-control studies on patients with malignant brain tumours diagnosed during 1997-2003 and matched controls alive at the time of study inclusion and one case-control study on deceased patients and controls diagnosed during the same time period. Cases and controls or relatives to deceased subjects were interviewed using a structured questionnaire. Replies were obtained for 1,251 (85%) cases and 2,438 (84%) controls. The risk increased with latency period and cumulative use in hours for both mobile and cordless phones. Highest risk was found for the most common type of glioma, astrocytoma, yielding in the >10 year latency group for mobile phone use odds ratio (OR) = 2.7, 95% confidence interval (CI) = 1.9-3.7 and cordless phone use OR = 1.8, 95% CI = 1.2-2.9. In a separate analysis, these phone types were independent risk factors for glioma. The risk for astrocytoma was highest in the group with first use of a wireless phone before the age of 20; mobile phone use OR = 4.9, 95% CI = 2.2-11, cordless phone use OR = 3.9, 95% CI = 1.7-8.7. In conclusion, an increased risk was found for glioma and use of mobile or cordless phone. The risk increased with latency time and cumulative use in hours and was highest in subjects with first use before the age of 20.

**Lonn S, Ahlbom A, Hall P, Feychting M. Mobile phone use and the risk of acoustic neuroma. Epidemiology. 15(6):653-659, 2004.**

 BACKGROUND:: Radiofrequency exposure from mobile phones is concentrated to the tissue closest to the handset, which includes the auditory nerve. If this type of exposure increases tumor risk, acoustic neuroma would be a potential concern. METHODS:: In this population-based case-control study we identified all cases age 20 to 69 years diagnosed with acoustic neuroma during 1999 to 2002 in certain parts of Sweden. Controls were randomly selected from the study base, stratified on age, sex, and residential area. Detailed information about mobile phone use and other environmental exposures was collected from 148 (93%) cases and 604 (72%) controls. RESULTS:: The overall odds ratio for acoustic neuroma associated with regular mobile phone use was 1.0 (95% confidence interval = 0.6-1.5). Ten years after the start of mobile phone use the estimates relative risk increased to 1.9 (0.9-4.1); when restricting to tumors on the same side of the head as the phone was normally used, the relative risk was 3.9 (1.6-9.5). CONCLUSIONS:: Our findings do not indicate an increased risk of acoustic neuroma related to short-term mobile phone use after a short latency period. However, our data suggest an increased risk of acoustic neuroma associated with mobile phone use of at least 10 years' duration.

**Levis AG, Minicuci N, Ricci P, Gennaro V, Garbisa S. Mobile phones and head tumours.**

JA 06743

Studies that show **Cell Phone** Health Effects

**The discrepancies in cause-effect relationships in the epidemiological studies - how do they arise?Environ Health. 10:59, 2011.**
BACKGROUND:  Whether or not there is a relationship between use of mobile phones (analogue and digital cellulars, and cordless) and head tumour risk (brain tumours, acousticneuromas, and salivary gland tumours) is still a matter of debate; progress requires a critical analysis of the methodological elements necessary for an impartial evaluation of contradictory studies. **METHODS:** A close examination of the protocols and results from all case-control and cohort studies, pooled- and meta-analyses on head tumour risk for mobile phone users was carried out, and for each study the elements necessary for evaluating its reliability were identified. In addition, new meta-analyses of the literature data were undertaken. These were limited to subjects with mobile phone latency time compatible with the progression of the examined tumours, and with analysis of the laterality of head tumour localisation corresponding to the habitual laterality of mobile phone use. **RESULTS:**  Blind protocols, free from errors, bias, and financial conditioning factors, give positive results that reveal a cause-effect relationship between long-term mobile phone use or latency and statistically significant increase of ipsilateral head tumour risk, with biological plausibility. Non-blind protocols, which instead are affected by errors, bias, and financial conditioning factors, give negative results with systematic underestimate of such risk. However, also in these studies a statistically significant increase in risk of ipsilateral head tumours is quite common after more than 10 years of mobile phone use or latency. The meta-analyses, our included, examining only data on ipsilateral tumours in subjects using mobile phones since or for at least 10 years, show large and statistically significant increases in risk of ipsilateral brain gliomas and acoustic neuromas. <u>CONCLUSIONS: Our analysis of the literature studies and of the results from meta-analyses of the significant data alone shows an almost doubling of the risk of head tumours induced by long-term mobile phone use or latency.</u>


**Hardell L, Carlberg M, Hansson Mild K. Use of mobile phones and cordless phones is associated with increased risk for glioma and acoustic neuroma. Pathophysiology. 2012 Dec 20. pii: S0928-4680(12)00110-1. doi: 10.1016/j.pathophys.2012.11.001. [Epub ahead of print]**
<u>The International Agency for Research on Cancer (IARC) at WHO evaluation of the carcinogenic effect of RF-EMF on humans took place during a 24-31 May 2011 meeting at Lyon in France. The Working Group consisted of 30 scientists and categorised the radiofrequency electromagnetic fields from mobile phones, and from other devices that emit similar non-ionising electromagnetic fields (RF-EMF), as Group 2B, i.e., a 'possible', human carcinogen.</u> The decision on mobile phones was based mainly on the Hardell group of studies from Sweden and the IARC Interphone study. We give an overview of current epidemiological evidence for an increased risk for brain tumours including a meta-analysis of the Hardell group and Interphone results for mobile phone use. Results for cordless phones are lacking in Interphone. The meta-analysis gave for glioma in the most exposed part of the brain, the temporal lobe, odds ratio (OR)=1.71, 95% confidence interval (CI)=1.04-2.81 in the ≥10 years (>10 years in the Hardell group)

JA 06744

# Studies that show **Cell Phone** Health Effects

latency group. Ipsilateral mobile phone use ≥1640h in total gave OR=2.29, 95% CI=1.56-3.37. The results for meningioma were OR=1.25, 95% CI=0.31-4.98 and OR=1.35, 95% CI=0.81-2.23, respectively. Regarding acoustic neuroma ipsilateral mobile phone use in the latency group ≥10 years gave OR=1.81, 95% CI=0.73-4.45. For ipsilateral cumulative use ≥1640h OR=2.55, 95% CI=1.50-4.40 was obtained. Also use of cordless phones increased the risk for glioma and acoustic neuroma in the Hardell group studies. Survival of patients with glioma was analysed in the Hardell group studies yielding in the >10 years latency period hazard ratio (HR)=1.2, 95% CI=1.002-1.5 for use of wireless phones. This increased HR was based on results for astrocytoma WHO grade IV (glioblastoma multiforme). Decreased HR was found for low-grade astrocytoma, WHO grades I-II, which might be caused by RF-EMF exposure leading to tumour-associated symptoms and earlier detection and surgery with better prognosis. Some studies show increasing incidence of brain tumours whereas other studies do not. It is concluded that one should be careful using incidence data to dismiss results in analytical epidemiology. The IARC carcinogenic classification does not seem to have had any significant impact on governments' perceptions of their responsibilities to protect public health from this widespread source of radiation.


**Hardell L, Carlberg M, Söderqvist F, Hansson Mild K. Meta-analysis of long-term mobile phone use and the association with brain tumours. Int J Oncol. 32(5):1097-1103, 2008.**
We evaluated long-term use of mobile phones and the risk for brain tumours in case-control studies published so far on this issue. We identified ten studies on glioma and meta-analysis yielded OR = 0.9, 95% CI = 0.8-1.1. Latency period of >/=10-years gave OR = 1.2, 95% CI = 0.8-1.9 based on six studies, for ipsilateral use (same side as tumour) OR = 2.0, 95% CI = 1.2-3.4 (four studies), but contralateral use did not increase the risk significantly, OR = 1.1, 95% CI = 0.6-2.0. Meta-analysis of nine studies on acoustic neuroma gave OR = 0.9, 95% CI = 0.7-1.1 increasing to OR = 1.3, 95% CI = 0.6-2.8 using >/=10-years latency period (four studies). Ipsilateral use gave OR = 2.4, 95% CI = 1.1-5.3 and contra-lateral OR = 1.2, 95% CI = 0.7-2.2 in the >/=10-years latency period group (three studies). Seven studies gave results for meningioma yielding overall OR = 0.8, 95% CI = 0.7-0.99. Using >/=10-years latency period OR = 1.3, 95% CI = 0.9-1.8 was calculated (four studies) increasing to OR = 1.7, 95% CI = 0.99-3.1 for ipsilateral use and OR = 1.0, 95% CI = 0.3-3.1 for contralateral use (two studies). We conclude that this meta-analysis gave a consistent pattern of an association between mobile phone use and ipsilateral glioma and acoustic neuroma using >/=10-years latency period.


**Hardell LO, Carlberg M, Soderqvist F, Hansson Mild K, Morgan LL Long-term use of cellular phones and brain tumours - increased risk associated with use for > 10 years. Occup Environ Med.64(9):626-632, 2007.**
AIM: To evaluate brain tumour risk among long-term users of cellular telephones. METHODS: One cohort study and 13 case-control studies were identified on this topic. Data were scrutinized for use of mobile phone for > 10 years and ipsilateral exposure if presented. RESULTS: The cohort study was of limit value due to methodological

JA 06745

## Studies that show **Cell Phone** Health Effects

shortcomings in the study. Of the 13 case-control studies, 9 gave results for > 10 years use or latency period. Most of these results were based on low numbers. Clearly an association with acoustic neuroma was found in four studies with two- to three-fold increased risk in the group with at least 10 years use of a mobile phone. No risk was found in one study, but the tumour size was significantly larger among users. Five studies gave results for malignant brain tumours in that latency group. All gave increased OR especially for ipsilateral exposure. Highest OR = 5.4, 95 % CI = 3.0-9.6 was calculated for high-grade glioma and ipsilateral exposure in one study. <u>CONCLUSIONS: Results from present studies on use of mobile phones for > 10 years give a consistent pattern of an increased risk for acoustic neuroma and glioma, most pronounced for high-grade glioma. The risk is highest for ipsilateral exposure.</u>

**Hardell L, Carlberg M, Cell and cordless phone risk for glioma - Analysis of pooled case-control studies in Sweden, 1997-2003 and 2007-2009, Pathophysiology (2014), *Available online 29 October 2014.* http://dx.doi.org/10.1016/j.pathophys.2014.10.001**
We made a pooled analysis of 2 case-control studies on malignant brain tumours with patients diagnosed during 1997-2003 and 2007-2009. They were aged 20-80 years and 18-75 years, respectively, at the time of diagnosis. Only cases with histopathological verification of the tumour were included. Population-based controls, matched on age and gender, were used. Exposures were assessed by questionnaire. The whole reference group was used in the unconditional regression analysis adjusted for gender, age, year of diagnosis and socio-economic index.

In total 1,498 (89%) cases and 3,530 (87%) controls participated. Mobile phone use increased the risk of glioma, OR = 1.3, 95% CI = 1.1-1.6 overall, increasing to OR = 3.0, 95% CI = 1.7-5.2 in the > 25 year latency group. Use of cordless phones increased the risk to OR = 1.4, 95% CI = 1.1-1.7, with highest risk in the >15-20 year latency group yielding OR = 1.7, 95% CI = 1.1-2.5. The OR increased statistically significant both per 100 h of cumulative use, and per year of latency for mobile and cordless phone use. Highest ORs overall were found for ipsilateral mobile or cordless phone use, OR = 1.8, 95% CI = 1.4-2.2 and OR = 1.7, 95% CI = 1.3-2.1, respectively. The highest risk was found for glioma in the temporal lobe. <u>First use of mobile or cordless phone before the age of 20 gave higher OR for glioma than in later age groups</u>

**Hardell L, Carlberg M. Use of Mobile and Cordless Phones and Survival of Patients with Glioma. Neuroepidemiology. 40(2):101-108, 2012.**
Background: We analysed the survival of patients after glioma diagnosis in relation to the use of wireless phones. Methods: All cases diagnosed between 1997 and 2003 with a malignant brain tumour (n = 1,251) in our case-control studies were included and followed from the date of diagnosis to the date of death or until May 30, 2012. Results: For glioma, the use of wireless phones (mobile and cordless phones) gave a hazard ratio (HR) = 1.1 (95% confidence interval, CI = 0.9-1.2), with >10-year latency HR = 1.2 (95% CI = 1.002-1.5, p trend = 0.02). For astrocytoma grade I-II (low-grade), the results were, HR = 0.5 (95% CI = 0.3-0.9) and for astrocytoma grade IV (glioblastoma), HR = 1.1 (95% CI =

JA 06746

Studies that show **Cell Phone** Health Effects

0.95-1.4), with >10 year latency HR = 1.3 (95% CI = 1.03-1.7). In the highest tertile (>426 h) of cumulative use, HR = 1.2 (95% CI = 0.95-1.5) was found for glioblastoma. The results were similar for mobile and cordless phones. Conclusions: Decreased survival of glioma cases with long-term and high cumulative use of wireless phones was found. A survival disadvantage for astrocytoma grade IV, but a survival benefit for astrocytoma grade I-II was observed which could be due to exposure-related tumour symptoms leading to earlier diagnosis and surgery in that patient group.

**Carlberg M, Hardell L. Decreased Survival of Glioma Patients with Astrocytoma Grade IV (Glioblastoma Multiforme) Associated with Long-Term Use of Mobile and Cordless Phones. Int J Environ Res Public Health. 11(10):10790-10805, 2014.**
On 31 May 2011 the WHO International Agency for Research on Cancer (IARC) categorised radiofrequency electromagnetic fields (RF-EMFs) from mobile phones, and from other devices that emit similar non-ionising electromagnetic fields, as a Group 2B, i.e., a "possible", human carcinogen. A causal association would be strengthened if it could be shown that the use of wireless phones has an impact on the survival of glioma patients. We analysed survival of 1678 glioma patients in our 1997-2003 and 2007-2009 case-control studies. Use of wireless phones in the >20 years latency group (time since first use) yielded an increased hazard ratio (HR) = 1.7, 95% confidence interval (CI) = 1.2-2.3 for glioma. For astrocytoma grade IV (glioblastoma multiforme; n = 926) mobile phone use yielded HR = 2.0, 95% CI = 1.4-2.9 and cordless phone use HR = 3.4, 95% CI = 1.04-11 in the same latency category. The hazard ratio for astrocytoma grade IV increased statistically significant per year of latency for wireless phones, HR = 1.020, 95% CI = 1.007-1.033, but not per 100 h cumulative use, HR = 1.002, 95% CI = 0.999-1.005. HR was not statistically significant increased for other types of glioma. Due to the relationship with survival the classification of IARC is strengthened and RF-EMF should be regarded as human carcinogen requiring urgent revision of current exposure guidelines.

**Sadetzki S, Chetrit A, Jarus-Hakak A, Cardis E, Deutch Y, Duvdevani S, Zultan A, Novikov I, Freedman L, Wolf M. Cellular phone use and risk of benign and malignant parotid gland tumors--a nationwide case-control study. Am J Epidemiol. 167(4):457-467, 2008.**
The objective of this nationwide study was to assess the association between cellular phone use and development of parotid gland tumors (PGTs). The methods were based on the international INTERPHONE study that aimed to evaluate possible adverse effects of cellular phone use. The study included 402 benign and 58 malignant incident cases of PGTs diagnosed in Israel at age 18 years or more, in 2001-2003, and 1,266 population individually matched controls. For the entire group, no increased risk of PGTs was observed for ever having been a regular cellular phone user (odds ratio = 0.87; p = 0.3) or for any other measure of exposure investigated. However, analysis restricted to regular users or to conditions that may yield higher levels of exposure (e.g., heavy use in rural areas) showed consistently elevated risks. For ipsilateral use, the odds ratios in the highest category of cumulative number of calls and call time without use of hands-free

JA 06747

## Studies that show **Cell Phone** Health Effects

devices were 1.58 (95% confidence interval: 1.11, 2.24) and 1.49 (95% confidence interval: 1.05, 2.13), respectively. The risk for contralateral use was not significantly different from 1. A positive dose-response trend was found for these measurements. Based on the largest number of benign PGT patients reported to date, our results suggest an association between cellular phone use and PGTs.

**Richter ED, Berman T, Levy O. Brain cancer with induction periods of less than 10 years in young military radar workers. Arch Environ Health 57(4):270-272, 2002.**
The authors have reported on 5 young patients who had brain tumors that appeared within 10 yr of initial occupational exposures to radar. Four of the patients were less than 30 yr of age when the diagnoses were initially made. Brief induction periods that follow high exposures in individual sentinel patients are a recognized indicator of impending group risk, and these reports call attention to the need for precautionary measures. Similarly, reports of short induction periods for brain cancer on the side of the head in which there has been prior use of cell phones may also indicate increased risk.

**Hardell L, Carlberg M, Söderqvist F, Mild KH. Case-control study of the association between malignant brain tumours diagnosed between 2007 and 2009 and mobile and cordless phone use. Int J Oncol. 43(6):1833-1845, 2013.**
Previous studies have shown a consistent association between long-term use of mobile and cordless phones and glioma and acoustic neuroma, but not for meningioma. When used these phones emit radiofrequency electromagnetic fields (RF-EMFs) and the brain is the main target organ for the handheld phone. The International Agency for Research on Cancer (IARC) classified in May, 2011 RF-EMF as a group 2B, i.e. a 'possible' human carcinogen. The aim of this study was to further explore the relationship between especially long-term (>10 years) use of wireless phones and the development of malignant brain tumours. We conducted a new case-control study of brain tumour cases of both genders aged 18-75 years and diagnosed during 2007-2009. One population-based control matched on gender and age (within 5 years) was used to each case. Here, we report on malignant cases including all available controls. Exposures on e.g. use of mobile phones and cordless phones were assessed by a self-administered questionnaire. Unconditional logistic regression analysis was performed, adjusting for age, gender, year of diagnosis and socio-economic index using the whole control sample. Of the cases with a malignant brain tumour, 87% (n=593) participated, and 85% (n=1,368) of controls in the whole study answered the questionnaire. The odds ratio (OR) for mobile phone use of the analogue type was 1.8, 95% confidence interval (CI)=1.04-3.3, increasing with >25 years of latency (time since first exposure) to an OR=3.3, 95% CI=1.6-6.9. Digital 2G mobile phone use rendered an OR=1.6, 95% CI=0.996-2.7, increasing with latency >15-20 years to an OR=2.1, 95% CI=1.2-3.6. The results for cordless phone use were OR=1.7, 95% CI=1.1-2.9, and, for latency of 15-20 years, the OR=2.1, 95% CI=1.2-3.8. Few participants had used a cordless phone for >20-25 years. Digital type of wireless phones (2G and 3G mobile phones, cordless phones) gave increased risk with latency >1-5 years, then a lower risk in the following latency groups, but again increasing risk with latency

JA 06748

# Studies that show **Cell Phone** Health Effects

>15-20 years. Ipsilateral use resulted in a higher risk than contralateral mobile and cordless phone use. Higher ORs were calculated for tumours in the temporal and overlapping lobes. Using the meningioma cases in the same study as reference entity gave somewhat higher ORs indicating that the results were unlikely to be explained by recall or observational bias. This study confirmed previous results of an association between mobile and cordless phone use and malignant brain tumours. These findings provide support for the hypothesis that RF-EMFs play a role both in the initiation and promotion stages of carcinogenesis.


**Carlberg M, Hardell L. On the association between glioma, wireless phones, heredity and ionising radiation. Pathophysiology. 19(4):243-252, 2012.**
We performed two case-control studies on brain tumours diagnosed during 1 January 1997 to 30 June 2000 and 1 July 2000 to 31 December 2003, respectively. Living cases and controls aged 20-80 years were included. An additional study was performed on deceased cases with a malignant brain tumour using deceased controls. Pooled results for glioma yielded for ipsilateral use of mobile phone odds ratio (OR)=2.9, 95% confidence interval (CI)=1.8-4.7 in the >10 years latency group. The corresponding result for cordless phone was OR=3.8, 95% CI=1.8-8.1. OR increased statistically significant for cumulative use of wireless phones per 100h and per year of latency. For high-grade glioma ipsilateral use of mobile phone gave OR=3.9, 95% CI=2.3-6.6 and cordless phone OR=5.5, 95% CI=2.3-13 in the >10 years latency group. Heredity for brain tumour gave OR=3.4, 95% CI=2.1-5.5 for glioma. There was no interaction with use of wireless phones. X-ray investigation of the head gave overall OR=1.3, 95% CI=1.1-1.7 for glioma without interaction with use of wireless phones or heredity. In conclusion use of mobile and cordless phone increased the risk for glioma with highest OR for ipsilateral use, latency >10 years and third tertile of cumulative use in hours. In total, the risk was highest in the age group <20 years for first use of a wireless phone.


**Hardell L, Carlberg M, Hansson Mild K. Mobile phone use and the risk for malignant brain tumors: A case-control study on deceased cases and controls. Neuroepidemiology. 35(2):109-114, 2010.**
We investigated the use of mobile or cordless phones and the risk for malignant brain tumors in a group of deceased cases. Most previous studies have either left out deceased cases of brain tumors or matched them to living controls and therefore a study matching deceased cases to deceased controls is warranted. Recall error is one issue since it has been claimed that increased risks reported in some studies could be due to cases blaming mobile phones as a cause of the disease. This should be of less importance for deceased cases and if cancer controls are used. In this study brain tumor cases aged 20-80 years diagnosed during 1997-2003 that had died before inclusion in our previous studies on the same topic were included. Two control groups were used: one with controls that had died from another type of cancer than brain tumor and one with controls that had died from other diseases. Exposure was assessed by a questionnaire sent to the next-of-kin for both cases and controls. Replies were obtained for 346 (75%) cases, 343 (74%) cancer controls and 276 (60%) controls with other

JA 06749

diseases. Use of mobile phones gave an increased risk, highest in the >10 years' latency group yielding odds ratio (OR) = 2.4, and 95% confidence interval (CI) = 1.4-4.1. The risk increased with cumulative number of lifetime hours for use, and was highest in the >2,000 h group (OR = 3.4, 95% CI = 1.6-7.1). No clear association was found for use of cordless phones, although OR = 1.7, 95% CI = 0.8-3.4 was found in the group with >2,000 h of cumulative use. <u>This investigation confirmed our previous results of an association between mobile phone use and malignant brain tumors.</u>

**<u>Hardell L</u>, <u>Carlberg M</u>, <u>Hansson Mild K</u>. Pooled analysis of two case-control studies on use of cellular and cordless telephones and the risk for malignant brain tumours diagnosed in 1997-2003. <u>Int Arch Occup Environ Health.</u> 79(8):630-639, 2006.**
Objectives: To study the use of cellular and cordless telephones and the risk for malignant brain tumours. Methods: Two case-control studies on malignant brain tumours diagnosed during 1997-2003 included answers from 905 (90%) cases and 2,162 (89%) controls aged 20-80 years. We present pooled analysis of the results in the two studies. Results: Cumulative lifetime use for >2,000 h yielded for analogue cellular phones odds ratio (OR)=5.9, 95% confidence interval (CI)=2.5-14, digital cellular phones OR=3.7, 95% CI=1.7-7.7, and for cordless phones OR=2.3, 95% CI=1.5-3.6. Ipsilateral exposure increased the risk for malignant brain tumours; analogue OR=2.1, 95% CI=1.5-2.9, digital OR=1.8, 95% CI=1.4-2.4, and cordless OR=1.7, 95% CI=1.3-2.2. For high-grade astrocytoma using >10 year latency period analogue phones yielded OR=2.7, 95% CI=1.8-4.2, digital phones OR=3.8, 95% CI=1.8-8.1, and cordless phones OR=2.2, 95% CI=1.3-3.9. In the multivariate analysis all phone types increased the risk. Regarding digital phones OR=3.7, 95% CI=1.5-9.1 and cordless phones OR=2.1, 95% CI=0.97-4.6 were calculated for malignant brain tumours for subjects with first use use <20 years of age, higher than in older persons. <u>Conclusion: Increased risk was obtained for both cellular and cordless phones, highest in the group with >10 years latency period.</u>

**<u>Hardell L</u>, <u>Carlberg M</u>, <u>Hansson Mild K</u>. Pooled analysis of two case-control studies on the use of cellular and cordless telephones and the risk of benign brain tumours diagnosed during 1997-2003. <u>Int J Oncol.</u> 28(2):509-518, 2006.**
The use of cellular and cordless telephones and the risk of brain tumours is of concern since the brain is a high exposure area. We present the results of a pooled analysis of two case-control studies on benign brain tumours diagnosed during 1997-2003 including answers from 1,254 (88%) cases and 2,162 (89%) controls aged 20-80 years. For acoustic neuroma, the use of analogue cellular phones gave an odds ratio (OR) of 2.9 and a 95% confidence interval (CI) of 2.0-4.3; for digital cellular phones, OR=1.5; 95% CI=1.1-2.1; and for cordless telephones, OR=1.5, 95% CI=1.04-2.0. The highest OR was found for analogue phones with a latency period of >15 years; OR=3.8, 95% CI=1.4-10. Regarding meningioma, the results were as follows: for analogue phones, OR=1.3, 95% CI=0.99-1.7; for digital phones, OR=1.1, 95% CI=0.9-1.3; and for cordless phones, OR=1.1, 95% CI=0.9-1.4. <u>In the multivariate analysis, a significantly increased risk of acoustic neuroma was found with the use of analogue phones.</u>

JA 06750

Studies that show **Cell Phone** Health Effects

**Richter E, Berman T, Ben-Michael E, Laster R, Westin JB, Cancer in Radar Technicians Exposed to Radiofrequency/Microwave Radiation: Sentinel Episodes. Int J Occup Environ Health  6(3):187-193, 2000.**
Controversy exists concerning the health risks from exposures to radiofrequency/microwave irradiation (RF/MW). The authors report exposure-effect relationships in sentinel patients and their co-workers, who were technicians with high levels of exposure to RF/MW radiation. Information about exposures of patients with sentinel tumors was obtained from interviews, medical records, and technical sources. One patient was a member of a cohort of 25 workers with six tumors. The authors estimated relative risks for cancer in this group and latency periods for a larger group of self-reported individuals. Index patients with melanoma of the eye, testicular cancer, nasopharyngioma, non-Hodgkin's lymphoma, and breast cancer were in the 20-37-year age group. Information about work conditions suggested prolonged exposures to high levels of RF/MW radiation that produced risks for the entire body. Clusters involved many different types of tumors. Latency periods were extremely brief in index patients and a larger self-reported group. The findings suggest that young persons exposed to high levels of RF/MW radiation for long periods in settings where preventive measures were lax were at increased risk for cancer. Very short latency periods suggest high risks from high-level exposures. Calculations derived from a linear model of dose-response suggest the need to prevent exposures in the range of 10-100 muw/cm(2).

**Hardell L, Carlberg M, Hansson Mild K, Eriksson M. Case-control study on the use of mobile and cordless phones and the risk for malignant melanoma in the head and neck region. Pathophysiology. 18(4):325-333, 2011.**
The incidence of cutaneous malignant melanoma has increased during the last decades in Sweden as in many other countries. Besides of ultraviolet radiation and constitutional factors such as light-sensitive skin and poor ability to tan few risk factors are established. Some studies indicate that electromagnetic fields might be of concern. In this case-control study we assessed use of mobile and cordless phones in 347 cases with melanoma in the head and neck region and 1184 controls. These subjects constituted 82% and 80%, respectively, that answered the questionnaire. Overall no increased risk was found. However, in the most exposed area; temporal, cheek and ear, cumulative use >365h of mobile phone yielded in the >1-5-year latency group odds ratio (OR)=2.1, 95% confidence interval (CI)=0.7-6.1 and cordless phone use gave OR=2.1, 95% CI=1.1-3.8. Highest OR was calculated for first use of mobile or cordless phone before the age of 20 years regardless of anatomical localisation in the head and neck region. No interaction was found with established risk factors such as red, medium blond or fair hair colour, blue eyes, skin type I or II (never or sometimes tanned), severe sunburns as teenager or heredity. The results must be interpreted with caution due to low numbers and potential methodological shortcomings in a case-control study. However, the findings might be consistent with a late carcinogenic effect from microwaves, i.e. tumour promotion, but need to be confirmed.

**Myung SK, Ju W, McDonnell DD, Lee YJ, Kazinets G, Cheng CT, Moskowitz JM. Mobile**

JA 06751

## Studies that show **Cell Phone** Health Effects

**Phone Use and Risk of Tumors: A Meta-Analysis. J Clin Oncol. 27:5565-5572, 2009.**
PURPOSE: Case-control studies have reported inconsistent findings regarding the association between mobile phone use and tumor risk. We investigated these associations using a meta-analysis. METHODS: We searched MEDLINE (PubMed), EMBASE, and the Cochrane Library in August 2008. Two evaluators independently reviewed and selected articles based on predetermined selection criteria. RESULTS: Of 465 articles meeting our initial criteria, 23 case-control studies, which involved 37,916 participants (12,344 patient cases and 25,572 controls), were included in the final analyses. Compared with never or rarely having used a mobile phone, the odds ratio for overall use was 0.98 for malignant and benign tumors (95% CI, 0.89 to 1.07) in a random-effects meta-analysis of all 23 studies. However, a significant positive association (harmful effect) was observed in a random-effects meta-analysis of eight studies using blinding, whereas a significant negative association (protective effect) was observed in a fixed-effects meta-analysis of 15 studies not using blinding. Mobile phone use of 10 years or longer was associated with a risk of tumors in 13 studies reporting this association (odds ratio = 1.18; 95% CI, 1.04 to 1.34). Further, these findings were also observed in the subgroup analyses by methodologic quality of study. Blinding and methodologic quality of study were strongly associated with the research group. CONCLUSION: The current study found that there is possible evidence linking mobile phone use to an increased risk of tumors from a meta-analysis of low-biased case-control studies. Prospective cohort studies providing a higher level of evidence are needed.


**Hardell L, Mild KH, Carlberg M. Further aspects on cellular and cordless telephones and brain tumours. Int J Oncol 22(2):399-407, 2003.**
We included in a case-control study on brain tumours and mobile and cordless telephones 1,617 patients aged 20-80 years of both sexes diagnosed during January 1, 1997 to June 30, 2000. They were alive at the study time and had histopathology verified brain tumour. One matched control to each case was selected from the Swedish Population Register. The study area was the Uppsala-Orebro, Stockholm, Linkoping and Goteborg medical regions of Sweden. Exposure was assessed by a questionnaire that was answered by 1,429 (88%) cases and 1,470 (91%) controls. In total use of analogue cellular telephones gave an increased risk with odds ratio (OR)=1.3, 95% confidence interval (CI)=1.04-1.6, whereas digital and cordless phones did not overall increase the risk significantly. Ipsilateral use of analogue phones gave OR=1.7, 95% CI=1.2-2.3, digital phones OR=1.3, 95% CI=1.02-1.8 and cordless phones OR=1.2, 95% CI=0.9-1.6. The risk for ipsilateral use was significantly increased for astrocytoma for all studied phone types, analogue phones OR=1.8, 95% CI=1.1-3.2, digital phones OR=1.8, 95% CI=1.1-2.8, cordless phones OR=1.8, 95% CI=1.1-2.9. Use of a telephone on the opposite side of the brain was not associated with a significantly increased risk for brain tumours. Regarding anatomical area of the tumour and exposure to microwaves, the risk was increased for tumours located in the temporal area on the same side of the brain that was used during phone calls, significantly so for analogue cellular telephones OR=2.3, 95% CI=1.2-4.1. For acoustic neurinoma OR=4.4, 95% CI=2.1-9.2 was calculated among analogue

JA 06752

Studies that show **Cell Phone** Health Effects

cellular telephone users. When duration of use was analysed as a continuous variable in the total material, the risk increased per year for analogue phones with OR=1.04, 95% CI=1.01-1.08. For astrocytoma and ipsilateral use the trend was for analogue phones OR=1.10, 95% CI=1.02-1.19, digital phones OR=1.11, 95% CI=1.01-1.22, and cordless phones OR=1.09, 95% CI=1.01-1.19. There was a tendency of a shorter tumour induction period for ipsilateral exposure to microwaves than for contralateral, which may indicate a tumour promotor effect.

**Hardell, L., Carlberg, M., Mild, K., 2005. Case-control study of the association between the use of cellular and cordless telephones and malignant brain tumors diagnosed during 2000-2003. Environ Res 100(2):232-241, 2006.**
We performed a case–control study on the use of cellular and cordless telephones and the risk for brain tumors diagnosed during 2000–2003. We report the results for malignant brain tumors with data from 317 cases (88%) and 692 controls (84%). The use of analog cellular phones yielded odds ratio (OR) of 2.6 and a 95% confidence interval (CI) of 1.5–4.3, increasing to OR=3.5 and 95% CI=2.0–6.4 with a >10-year latency period. Regarding digital cellular telephones, the corresponding results were OR=1.9, 95% CI=1.3–2.7 and OR=3.6, 95% CI=1.7–7.5, respectively. Cordless telephones yielded OR=2.1, 95% CI=1.4–3.0, and with a >10-year latency period, OR=2.9, 95% CI=1.6–5.2. The OR increased with the cumulative number of hours of use and was highest for high-grade astrocytoma. A somewhat increased risk was also found for low-grade astrocytoma and other types of malignant brain tumors, although not significantly so. In multivariate analysis, all three phone types studied showed an increased risk.

**Hardell L, Carlberg M, Hansson Mild K. Case-control study on cellular and cordless telephones and the risk for acoustic neuroma or meningioma in patients diagnosed 2000-2003. Neuroepidemiology 25:120-128, 2005.**
We performed a case-control study on the use of cellular and cordless telephones and the risk for brain tumors. We report the results for benign brain tumors with data from 413 cases (89% response rate), 305 with meningioma, 84 with acoustic neuroma, 24 with other types and 692 controls (84% response rate). For meningioma, analogue phones yielded odds ratio (OR) = 1.7, 95% confidence interval (CI) = 0.97-3.0, increasing to OR = 2.1, 95% CI = 1.1-4.3 with a >10-year latency period. Also digital cellular phones and cordless phones increased the risk to some extent. For acoustic neuroma, analogue phones gave OR = 4.2, 95% CI = 1.8-10 increasing to OR = 8.4, 95% CI = 1.6-45 with a >15-year latency period, but based on low numbers. Digital phones yielded OR = 2.0, 95% CI = 1.05-3.8, whereas for cordless phones OR was not significantly increased. In the multivariate analysis, analogue phones represented a significant risk factor for acoustic neuroma.

**Hardell L, Eriksson M, Carlberg M, Sundstrom C, Mild KH. Use of cellular or cordless telephones and the risk for non-Hodgkin's lymphoma. Int Arch Occup Environ Health. 78(8):625-632, 2005.**
Objectives: To evaluate the use of cellular and cordless telephones as the risk factor for

JA 06753

## Studies that show **Cell Phone** Health Effects

non-Hodgkin's lymphoma (NHL). Methods: Male and female subjects aged 18-74 years living in Sweden were included during a period from 1 December 1999 to 30 April 2002. Controls were selected from the national population registry. Exposure to different agents was assessed by questionnaire. Results: In total, 910 (91%) cases and 1016 (92%) controls participated. NHL of the B-cell type was not associated with the use of cellular or cordless telephones. Regarding T-cell NHL and >5 year latency period, the use of analogue cellular phones yielded: odds ratio (OR) = 1.46, 95%; confidence interval (CI) = 0.58-3.70, digital: OR=1.92, 95%; CI=0.77-4.80 and cordless phones: OR=2.47; CI=1.09-5.60. The corresponding results for certain, e.g. cutaneous and leukaemia, T-cell lymphoma for analogue phones were: OR=3.41, 95%; CI=0.78-15.0, digital: OR=6.12, 95%; CI=1.26-29.7 and cordless phones: OR=5.48, 95%; CI=1.26-23.9. <u>Conclusions: The results indicate an association between T-cell NHL and the use of cellular and cordless telephones</u>, however based on low numbers and must be interpreted with caution. Regarding B-cell NHL no association was found.

**Hardell L, Carlberg M, Hansson Mild K. Use of cellular telephones and brain tumour risk in urban and rural areas. Occup Environ Med 62:390-394, 2005.**
Aim: To investigate the association between the use of cellular or cordless telephones and the risk for brain tumours in different geographical areas, urban and rural. Methods: patients aged 20-80 years, living in the middle part of Sweden, and diagnosed between 1 January 1997 and 30 June 2000 were included. One control matched for sex and age in five year age groups was selected for each case. Use of different phone types was assessed by a questionnaire. <u>Results: The number of participating cases was 1429; there were 1470 controls. An effect of rural living was most pronounced for digital cellular telephones. Living in rural areas yielded an odd ratio (OR) of 1.4 (95% CI 0.98 to 2.0), increasing to 3.2 (95% CI 1.2 to 8.4) with > 5 year latency time for digital phones. The corresponding Ors for living in urban areas were 0.9 (95% CI 0.8 to 1.2) and 0.9 (95% CI 0.6 to 1.4), respectively. This effect was most obvious for malignant brain tumours.</u> Conclusion: In future studies, place of residence should be considered in assessment of exposure to microwaves from cellular telephone, although the results in this study must be interpreted with caution due to low numbers in some of the calculations.

**Hardell L, Mild KH, Sandstrom M, Carlberg M, Hallquist A, Pahlson A. Vestibular schwannoma, tinitus and cellular telephones. Neuroepidemiol 22:124-129, 2003.**
Cases with tinnitus after using analogue cellular telephones are presented. An increased odds radio of 3.45, 95% confidence interval (CI) 1.77-6.76, was found for vestibular schwannoma (VS) associated with the use of analogue cell phones.  During the time period 1960-1998, the age-standardized incidence of VS in Sweden significantly increased yearly by +2.53% (CI 1.71-3.35). A significant increases in the incidence of VS was only found for the latter of the two time period 1960-1979 and 1980-1998. <u>For all other brain tumors taken together, the incidence significantly increased yearly by +0.80% (CI 0.59-1.02) for the time period 1960-1998, although the increase was only significant for benign tumors other than VS during 1960-1979.</u>

JA 06754

## Studies that show **Cell Phone** Health Effects

**Hardell L, Mild KH, Carlsberg M.  Case-control study on the use of cellular and cordless phones and the risk for malignant brain tumours. Int. J. Radiat. Biol. 78:931-936, 2002.**
Purpose: To investigate the use of cellular and cordless phones and the risk for malignant brain tumours. Materials and Methods: A case-control study was performed on 649 patents aged 20-80 years of both sexes with malignant brain tumour diagnosed from 1 January 1997 to 30 June 2000. All patients were alive during the time of the study and had histopathology verified brain tumours. One matched control to each case was selected from the Swedish Population Register. The study area was the Uppasala-Orebro, Stockholm, Linkoping and Goteborg medical regions of Sweden. Results: Exposure was assessed by a questionnaire answered by 588 (91%) cases and 581 (90%) controls. Phone usage was defined as 'ever use' and usage starting 1 year before dagnosis was disregarded. Overall, no significantly increased risks were found: analogue cellular phones yielded an odds ratio (OR) =1.13, 95% confidence interval (CI) = 0.82-1.57, digital cellular phones OR = 1.13, CI = 0.86-1.48, and cordless phones OR = 1.13, CI =0.85-1.50. For ipsilateral (same side) radiofrequency exposure, analogue mobile phones gave OR = 1.85, CI = 1.16-2.96, for all malignant brain tumours. For astrocytoma, this risk was OR = 1.95, CI = 1.12-3.39.  For all malignant brain tumours, digital mobile phones yielded OR = 1.59, CI = 1.05-2.41, and cordless phones yielded OR = 1.46, CI = 0.96-2.23, in the analysis of ipsilateral exposure. <u>Conclusion: The ipsilateral use of an analogue cellular phone yielded a significantly increased risk for malignant brain tumours.</u>

**Hardell L, Hallquist A, Hansson Mild K, Carlberg M, Pahlson A, Lilja A. cellular and cordless telephones and the risk for brain tumours. Europ J Cancer Prevent 11:377-386, 2002.**
Microwave exposure from the use of cellular telephones ahs been discussed in recently years as a potential risk factor for brain tumours. We included in a case-control study 1617 patients aged 20-80 years of both sexes with brain tumour diagnosed between 1 January 1997 and 30 June 2000. They were alive at the study time and had histopathologically verified brain tumour. One matched control to each case was selected from the Swedish Population Register. The study area was the Uppsala-Orebro, Stockholm, Linkoping and Goteborg medical regions of Sweden. Exposure was assessed by a questionnaire that was answered by 1429 (88%) cases and 1470 (91%) controls. In total, use of analogue cellular telephones gave an increased risk with an odds ratio (OR) of 1.3 (95% confidence interval (CI) 1.02-1.6). With a tumour induction period of >10 years the risk increased further; OR 1.8 (95% CI 1.1-2.9). No clear association was found for digital or cordless telephones. <u>With regard to the anatomical area of the tumour and exposure to microwaves, the risk was increased for tumours located in the temporal area on the same side of the brain that was used during phone calls; for analogue cellular telephones the OR was 2.5 (95% CI 1.3-4.9).</u> Use of a telephone on the opposite side of the brain was not associated with an increased risk for brain tumours. <u>With regard to different tumour types, the highest risk was for acoustic neurinoma (OR 3.5, 95% CI 1.8-6.8) among analogue cellular telephone users.</u>

**Hardell L, Nasman A, Pahlson A, Hallquist A. Case-control study on radiology work,**

JA 06755

Studies that show **Cell Phone** Health Effects

**medical x-ray investigations, and use of cellular telephones as risk factors for brain tumors. Medscape General Medicine May 4, 2000.**

Abstract. Context. Ionizing radiation is a well-established risk factor for brain tumors. During recent years, microwave exposure from the use of cellular telephones has been discussed as a potential risk factor. Objective. To determine risk factors for brain tumors. Design. A case-control study, with exposure assessed by questionnaires. Participants. A total of 233 currently living men and women, aged 20 to 80 years, were included. The case patients had histopathologically verified brain tumors and lived in the Uppsala-Orebro region (1994-1996) or the Stockholm region (1995-1996). Two matched controls to each case were selected from the Swedish Population Register. Main Outcome Measures. Ionizing radiation and use of cellular telephones as risk factors for brain tumors. Results. A total of 209 cases (90%) and 425 controls (91%) answered the questionnaire. Work as a physician yielded an odds ratio (OR) of 6.00, with a 95% confidence interval (CI) of 0.62 to 57.7. All three case patients had worked with fluoroscopy. Radiotherapy of the head and neck region yielded an OR of 3.61 (95% CI, 0.65-19.9). Medical diagnostic x-ray examination of the same area yielded an OR of 2.10 (95% CI, 1.25-3.53), with a tumor induction period of 5 years or more. Chemical industry work yielded an OR of 4.10 (95% CI, 1.25-13.4), and laboratory work yielded an OR of 3.21 (95% CI, 1.16-8.85). Ipsilateral use of cellular telephones increased the risk for tumors in the temporal, temporoparietal, and occipital lobes (OR, 2.42; 95% CI, 0.97-6.05), ie, the anatomic areas with highest exposure to microwaves from a mobile telephone. The result was further strengthened (OR, 2.62; 95% CI, 1.02-6.71) in a multivariate analysis that included laboratory work and medical diagnostic x-ray investigations of the head and neck. <u>Conclusion. Exposure to ionizing radiation, work in laboratories, and work in the chemical industry increased the risk of brain tumors. Use of a cellular telephone was associated with an increased risk in the anatomic area with highest exposure.</u>

**Di Carlo A, White N, Guo F, Garrett P, Litovitz T. Chronic electromagnetic field exposure decreases HSP70 levels and lowers cytoprotection. J. Cell. Biochem. 84: 447-454, 2002.**

Electromagnetic field (EMF) exposures have been shown to induce heat shock proteins (HSPs), which help to maintain the conformation of cellular proteins during periods of stress. We have previously reported that short-term exposure of chick embryos to either 60 Hz (extremely low frequency: ELF), or radio-frequency (RF: 915 MHz) EMFs induce protection against hypoxia. Experiments presented in the current report are based on a study in which long-term (4 days), continuous exposure to ELF-EMFs decreased protection against ultraviolet radiation. Based on this result, it was hypothesized that de-protection against hypoxia should also occur following long-term, continuous, or daily, repeated exposures to EMFs. To test this hypothesis, chick embryos were exposed to ELF-EMFs (8 µT) continuously for 4 days, or to ELF or RF (3.5 mW incident power)- EMFs repeated daily (20, 30, or 60 min once or twice daily for 4 days). Several of the exposure protocols yielded embryos that had statistically significant decreases in protection against hypoxic stress (continuous and 30 or 60 min ELF twice

JA 06756

Studies that show **Cell Phone** Health Effects

daily; or 30 or 60 min once daily RF). This is consistent with our finding that following 4 days of ELF-EMF exposure, HSP70 levels decline by 27% as compared to controls. In addition, the superposition of ELF-EM noise, previously shown to minimize ELF-EMF induced hypoxia protection, inhibited hypoxia de-protection caused by long term, continuous ELF or daily, repeated RF exposures. This EMF-induced decrease in HSP70 levels and resulting decline in cytoprotection suggests a mechanism by which daily exposure (such as might be experienced by mobile phone users) could enhance the probability of cancer and other diseases.

**Hardell, L, Nasman, A, Pahlson, A, Hallquist, A, Hansson Mild, K, Use of cellular telephones and the risk for brain tumours: A case-control study. Int J Oncol 15(1):113-116, 1999.**
The use of cellular telephones has increased dramatically during the 1990's in the world. In the 1980's the analogue NMT system was used whereas the digital GSM system was introduced in early 1990's and is now the preferred system. Case reports of brain tumours in users initiated this case-control study on brain tumours and use of cellular telephones. Also other exposures were assessed. All cases, both males and females, with histopathologically verified brain tumour living in Uppsala-Orebro region (1994-96) and Stockholm region (1995-96) aged 20-80 at the time of diagnosis and alive at start of the study were included, 233 in total. Two controls to each case were selected from the Swedish Population Register matched for sex, age and study region. Exposure was assessed by questionnaires supplemented over the phone. The analyses were based on answers from 209 (90%) cases and 425 (91%) controls. Use of cellular telephone gave odds ratio (OR) = 0.98 with 95% confidence interval (CI) = 0. 69-1.41. For the digital GSM system OR = 0.97, CI = 0.61-1.56 and for the analogue NMT system OR = 0.94, CI = 0.62-1.44 were calculated. Dose-response analysis and using different tumour induction periods gave similar results. Non-significantly increased risk was found for tumour in the temporal or occipital lobe on the same side as a cellular phone had been used, right side OR = 2.45, CI = 0.78-7.76, left side OR = 2.40, CI = 0.52-10.9 Increased risk was found only for use of the NMT system. For GSM use the observation time is still too short for definite conclusions. An increased risk for brain tumour in the anatomical area close to the use of a cellular telephone should be especially studied in the future.

**Hardell L, Carlberg M. Mobile phones, cordless phones and the risk for brain tumours. Int J Oncol. 35(1):5-17, 2009.**
The Hardell-group conducted during 1997-2003 two case control studies on brain tumours including assessment of use of mobile phones and cordless phones. The questionnaire was answered by 905 (90%) cases with malignant brain tumours, 1,254 (88%) cases with benign tumours and 2,162 (89%) population-based controls. Cases were reported from the Swedish Cancer Registries. Anatomical area in the brain for the tumour was assessed and related to side of the head used for both types of wireless phones. In the current analysis we defined ipsilateral use (same side as the tumour) as >/=50% of the use and contralateral use (opposite side) as <50% of the calling time. We report now further results for use of mobile and cordless phones. Regarding

JA 06757

Studies that show **Cell Phone** Health Effects

astrocytoma we found highest risk for ipsilateral mobile phone use in the >10 year latency group, OR=3.3, 95% CI=2.0-5.4 and for cordless phone use OR=5.0, 95% CI=2.3-11. In total, the risk was highest for cases with first use <20 years age, for mobile phone OR=5.2, 95% CI=2.2-12 and for cordless phone OR=4.4, 95% CI=1.9-10. For acoustic neuroma, the highest OR was found for ipsilateral use and >10 year latency, for mobile phone OR=3.0, 95% CI=1.4-6.2 and cordless phone OR=2.3, 95% CI=0.6-8.8. Overall highest OR for mobile phone use was found in subjects with first use at age <20 years, OR=5.0, 95% CI 1.5-16 whereas no association was found for cordless phone in that group, but based on only one exposed case. The annual age-adjusted incidence of astrocytoma for the age group >19 years increased significantly by +2.16%, 95% CI +0.25 to +4.10 during 2000-2007 in Sweden in spite of seemingly underreporting of cases to the Swedish Cancer Registry. A decreasing incidence was found for acoustic neuroma during the same period. However, the medical diagnosis and treatment of this tumour type has changed during recent years and underreporting from a single center would have a large impact for such a rare tumour.

**Hardell L, Hansson Mild K, Pahlson A, Hallquist A, Ionizing radiation, cellular telephones and the risk of brain tumours. Europ J Cancer Prevent 10:523-529, 2001.**
A case-control study on brain tumours included 233 patients aged 20-80 years and alive at the study time. They had histopathologically verified brain tumour and lived in the Upsala-Orebro region (1994-1996) or in Stockholm region (1995-1996). Two matched controls to each case were selected from the Swedish Population Register. Two hundred and nine cases (90%) and 425 controls (91%) answered the questionnaire. Results are presented for the whole study group, as given here, and for malignant and benign tumours separately. For workers in the chemical industry the odds ratio (OR) was 4.10, 95% confidence interval (95% CI) 1.25-13.4 and laboratory workers OR 3.21, 95%CI 1.16-8.85. Radiotherapy of the head and neck region gave OR 3.61, 95% CI 0.65-19.9. Medical diagnostic X-ray of the same area yielded OR 1.64, 95% CI 1.04-2.58. Work as a physician gave OR 6.00, 95% CI 0.62-57.7.   All three cases had worked with fluoroscopy. Ipsilateral (same side) use of a cellular telephone increased the risk of tumours in the temporal, temporo-parietal and occipital areas, with OR 2.42, 95% CI 0.97-6.05 (i.e., the anatomical areas with highest exposure to microwaves from a mobile phone).

**Hardell, L, Reizenstein, J, Johansson, B, Gertzen, H, Mild, KH,  Angiosarcoma of the scalp and use of a cordless (portable) telephone. Epidemiology 10(6):785-786, 1999.**
This is a case study of a 57-year old woman who was diagnosed in January 1999 with an angiosarcoma of the scalp on the left side of her head (2 cm above her ear). Angiosarcoma is a rare type of soft tissue sarcoma (STS).  Since 1988, the patient had, on a regular basis (1 hr per day), used a cordless (portable) phone, always using her left ear. Starting in 1994, she also used a GSM (digital) mobile phone on her left ear (a few minutes per week). The exposure to microwaves from a cordless phone in this patient is of interest because she had exposure on a daily basis starting 10 years before the first clinical signs of her angiosarcoma. Moreover, the tumor developed in the anatomical area with the highest exposure to microwaves on the same side of the head that she

JA 06758

Studies that show **Cell Phone** Health Effects

had used the phone. She also reported no exposure to other know risk factors for STS.

**Leszczynski D, Joenväärä S,  Reivinen J, Kuokka R,  Non-thermal activation of the hsp27/p38MAPK stress pathway by mobile phone radiation in human endothelial cells: Molecular mechanism for cancer- and blood-brain barrier-related effects. Differentiation 70:120–129, 2002.**

**Abstract** We have examined whether non-thermal exposures of cultures of the human endothelial cell line EA.hy926 to 900 MHz GSM mobile phone microwave radiation could activate stress response. Results obtained demonstrate that 1-hour non-thermal exposure of EA.hy926 cells changes the phosphorylation status of numerous, yet largely unidentified, proteins. One of the affected proteins was identified as heat shock protein-27 (hsp27). Mobile phone exposure caused a transient increase in phosphorylation of hsp27, an effect which was prevented by SB203580, a specific inhibitor of p38 mitogen-activated protein kinase (p38MAPK). Also, mobile phone exposure caused transient changes in the protein expression levels of hsp27 and p38MAPK. All these changes were non-thermal effects because, as determined using temperature probes, irradiation did not alter the temperature of cell cultures, which remained throughout the irradiation period at 37±0.3°C. Changes in the overall pattern of protein phosphorylation suggest that mobile phone radiation activates a variety of cellular signal transduction pathways, among them the hsp27/p38MAPK stress response pathway. Based on the known functions of hsp27, we put forward the hypothesis that mobile phone radiation-induced activation of hsp27 may (i) facilitate the development of brain cancer by inhibiting the cytochrome c/caspase-3 apoptotic pathway and (ii) cause an increase in blood-brain barrier permeability through stabilization of endothelial cell stress fibers. We postulate that these events, when occurring repeatedly over a long period of time, might become a health hazard because of the possible accumulation of brain tissue damage. Furthermore, our hypothesis suggests that other brain damaging factors may co-participate in mobile phone radiation-induced effects.

**Hansson Mild K, Hardell L, Carlberg M. Pooled analysis of two Swedish case-control studies on the use of mobile and cordless telephones and the risk of brain tumours diagnosed during 1997-2003. Int J Occup Saf Ergon 13(1):63-71, 2007.**

Here we present the pooled analysis of 2 case-control studies on the association of brain tumours with mobile phone use. Use of analogue cellular phones increased the risk for acoustic neuroma by 5%, 95% confidence interval (CI) = 2-9% per 100 hrs of use. The risk increased for astrocytoma grade III-IV with latency period with highest estimates using >10-year time period from first use of these phone types. The risk increased per one year of use of analogue phones by 10%, 95% CI = 6-14%, digital phones by 11%, 95% CI = 6-16%, and cordless phones by 8%, 95% CI = 5-12%. For all studied phone types OR for brain tumours, mainly acoustic neuroma and malignant brain tumours, increased with latency period, especially for astrocytoma grade III-IV.

**Lourencini da Silva R , Albano F, Lopes dos Santos LR , Tavares AD, Felzenszwalb I, The effect of electromagnetic field exposure on the formation of DNA lesions. Redox Rep**

Studies that show **Cell Phone** Health Effects

**5(5):299-301, 2000.**
In an attempt to determine whether electromagnetic field (EMF) exposure might lead to DNA damage, we exposed SnCl2-treated pBR322 plasmids to EMF and analysed the resulting conformational changes using agarose gel electrophoresis. An EMF-dependent potentiation of DNA scission (i.e. the appearance of relaxed plasmids) was observed. In confirmation of this, plasmids pre-exposed to EMF also were less capable of transforming Escherichia coli. The results indicate that EMF, in the presence of a transition metal, is capable of causing DNA damage. These observations support the idea that EMF, probably through secondary generation of reactive oxygen species, can be clastogenic and provide a possible explanation for the observed correlation between EMF exposure and the frequency of certain types of cancers in humans.

**Muscat JE, Malkin MG, Shore RE,. Thompson S, Neugut AL, Stellman SD, Bruce J. Handheld cellular telephones and risk of acoustic neuroma. Neurology 58:1304-1306, 2002.**
The hypothesis that intracranial energy deposition from handheldcellular telephones causes acoustic neuroma was tested in anepidemiologic study of 90 patients and 86 control subjects.The relative risk was 0.9 (p = 0.07) and did not vary significantlyby the frequency, duration, and lifetime hours of use. In patients who used cellular telephones, the tumor occurred more often on the contralateral than ipsilateral side of the head. Further efforts should focus on potentially longer induction periods.

**Mashevich M, Folkman D, Kesar A, Barbul A, Korenstein R, Jerby E, Avivi L,Exposure of human peripheral blood lymphocytes to electromagnetic fields associated with cellular phones leads to chromosomal instability. Bioelectromagnetics 24:82-90, 2003.**
Whether exposure to radiation emitted from cellular phones poses a health hazard is at the focus of current debate. We have examined whether in vitro exposure of human peripheral blood lymphocytes (PBL) to continuous 830 MHz electromagnetic fields causes losses and gains of chromosomes (aneuploidy), a major "somatic mutation" leading to genomic instability and thereby to cancer. PBL were irradiated at different average absorption rates (SAR) in the range of 1.6-8.8 W/kg for 72 hr in an exposure system based on a parallel plate resonator at temperatures ranging from 34.5-37.5 °C. The averaged SAR and its distribution in the exposed tissue culture flask were determined by combining measurements and numerical analysis based on a finite element simulation code. A linear increase in chromosome 17 aneuploidy was observed as a function of the SAR value, demonstrating that this radiation has a genotoxic effect. The SAR dependent aneuploidy was accompanied by an abnormal mode of replication of the chromosome 17 region engaged in segregation (repetitive DNA arrays associated with the centromere), suggesting that epigenetic alterations are involved in the SAR dependent genetic toxicity. Control experiments (i.e., without any RF radiation) carried out in the temperature range of 34.5-38.5 °C showed that elevated temperature is not associated with either the genetic or epigenetic alterations observed following RF radiation - the increased levels of aneuploidy and the modification in replication of the centromeric DNA arrays. These findings indicate that the genotoxic effect of the

electromagnetic radiation is elicited via a non-thermal pathway. Moreover, the fact that aneuploidy is a phenomenon known to increase the risk for cancer, should be taken into consideration in future evaluation of exposure guidelines.

**Akhavan-Sigari R, Baf MM, Ariabod V, Rohde V, Rahighi S. Connection between Cell Phone use, p53 Gene Expression in Different Zones of Glioblastoma Multiforme and Survival Prognoses. Rare Tumors. 2014 Aug 8;6(3):5350. doi: 10.4081/rt.2014.5350.**
The aim of this paper is to investigate p53 gene expression in the central and peripheral zones of glioblastoma multiforme using a real-time reverse transcription polymerase chain reaction (RT-PCR) technique in patients who use cell phones ≥3 hours a day and determine its relationship to clinicopathological findings and overall survival. Sixty-three patients (38 males and 25 females), diagnosed with glioblastoma multiforme (GBM), underwent tumor resection between 2008 and 2011. Patient ages ranged from 25 to 88 years, with a mean age of 55. The levels of expression of p53 in the central and peripheral zone of the GBM were quantified by RT-PCR. Data on p53 gene expression from the central and peripheral zone, the related malignancy and the clinicopatholagical findings (age, gender, tumor location and size), as well as overall survival, were analyzed. Forty-one out of 63 patients (65%) with the highest level of cell phone use (≥3 hours/day) had higher mutant type p53 expression in the peripheral zone of the glioblastoma; the difference was statistically significant (P=0.034). Results from the present study on the use of mobile phones for ≥3 hours a day show a consistent pattern of increased risk for the mutant type of p53 gene expression in the peripheral zone of the glioblastoma, and that this increase was significantly correlated with shorter overall survival time. The risk was not higher for ipsilateral exposure. We found that the mutant type of p53 gene expression in the peripheral zone of the glioblastoma was increased in 65% of patients using cell phones ≥3 hours a day.

**Ozgur E, Guler G, Kismali G, Seyhan N. Mobile Phone Radiation Alters Proliferation of Hepatocarcinoma Cells. Cell Biochem Biophys. 2014 May 11. [Epub ahead of print]**
This study investigated the effects of intermittent exposure (15 min on, 15 min off for 1, 2, 3, or 4 h, at a specific absorption rate of 2 W/kg) to enhanced data rates for global system for mobile communication evolution-modulated radiofrequency radiation (RFR) at 900- and 1,800-MHz frequencies on the viability of the Hepatocarcinoma cells (Hep G2). Hep G2 cell proliferation was measured by a colorimetric assay based on the cleavage of the tetrazolium salt WST-1 by mitochondrial dehydrogenases in viable cells. Cell injury was evaluated by analyzing the levels of lactate dehydrogenase (LDH) and glucose released from lysed cells into the culture medium. Morphological observation of the nuclei was carried out by 4',6-diamidino-2-phenylindole (DAPI) staining using fluorescence microscopy. In addition, TUNEL assay was performed to confirm apoptotic cell death. It was observed that cell viability, correlated with the LDH and glucose levels, changed according to the frequency and duration of RFR exposure. Four-hour exposure produced more pronounced effects than the other exposure durations. 1,800-MHz RFR had a larger impact on cell viability and Hep G2 injury than the RFR at 900 MHz. Morphological observations also supported the biochemical results indicating that most

Studies that show **Cell Phone** Health Effects

of the cells showed irregular nuclei pattern determined by using the DAPI staining, as well as TUNEL assay which shows DNA damage especially in the cells after 4 h of exposure to 1,800-MHz RFR. Our results indicate that the applications of 900- and 1,800-MHz (2 W/kg) RFR cause to decrease in the proliferation of the Hep G2 cells after 4 h of exposure. Further studies will be conducted on other frequency bands of RFR and longer duration of exposure.

**Zeng QL, Weng Y, Chen GD, Lu DQ, Chiang H, Xu ZP  [Effects of GSM 1800 MHz radiofrequency electromagnetic fields on protein expression profile of human breast cancer cell MCF-7.] Zhonghua Yu Fang Yi Xue Za Zhi. 40(3):153-158, 2006.** [Article in Chinese]
OBJECTIVE: To study the effects of GSM 1800 MHz radiofrequency electromagnetic fields (RF EMF) exposure on protein expression profile of human breast cancer cell line (MCF-7), as to exploring the possible effects on normal cell physiological function. METHODS: MCF-7 cells were continuously or intermittently (5 minutes field on followed by 10 minutes off) exposed to RF EMF for different duration (1 hour, 3 hours, 6 hours, 12 hours, or 24 hours) at an average specific absorption rate (SAR) of 3.5 W/kg. The extracted proteins were separated by 2-dimensional electrophoresis and the protein-spot distribution of the sliver-stained gels was analyzed by using PDQuest software 7.1. Each experiment was repeated three times. RESULTS: On the average, around 1100 proteins were detected using pH 4 - 7 IPG strip. There were no differential proteins found under continuous exposure at SAR of 3.5 W/kg for 6 hours. Under other exposure conditions, we found various differentially expressed proteins in exposure groups as compared with the sham-exposed controls. Especially in 3 hours intermittent exposure and 12 hours continuous exposure, eighteen and seven differential proteins were detected, respectively. The categories and functions of these differentially expressed proteins were analyzed by searching of SWISS-PROT protein database, which suggested that these proteins should be related to the functions of biosynthesization, signal transduction, and DNA damage and repair. CONCLUSIONS: Data indicated that the protein expression changes induced by RF radiation might depend on exposure duration and mode. Many biological processes might be affected by RF exposure.

**Marinelli F, La Sala D, Cicciotti G, Cattini L, Trimarchi C, Putti S, Zamparelli A, Giuliani L, Tomassetti G, Cinti C. Exposure to 900 MHz electromagnetic field induces an unbalance between pro-apoptotic and pro-survival signals in T-lymphoblastoid leukemia CCRF-CEM cells. J Cell Physiol. 198(2):324-332, 2004.**
It has been recently established that low-frequency electromagnetic field (EMFs) exposure induces biological changes and could be associated with increased incidence of cancer, while the issue remains unresolved as to whether high-frequency EMFs can have hazardous effect on health. Epidemiological studies on association between childhood cancers, particularly leukemia and brain cancer, and exposure to low- and high-frequency EMF suggested an etiological role of EMFs in inducing adverse health effects. To investigate whether exposure to high-frequency EMFs could affect in vitro cell survival, we cultured acute T-lymphoblastoid leukemia cells (CCRF-CEM) in the

Studies that show **Cell Phone** Health Effects

presence of unmodulated 900 MHz EMF, generated by a transverse electromagnetic (TEM) cell, at various exposure times. We evaluated the effects of high-frequency EMF on cell growth rate and apoptosis induction, by cell viability (MTT) test, FACS analysis and DNA ladder, and we investigated pro-apoptotic and pro-survival signaling pathways possibly involved as a function of exposure time by Western blot analysis. At short exposure times (2-12 h), unmodulated 900 MHz EMF induced DNA breaks and early activation of both p53-dependent and -independent apoptotic pathways while longer continuous exposure (24-48 h) determined silencing of pro-apoptotic signals and activation of genes involved in both intracellular (Bcl-2) and extracellular (Ras and Akt1) pro-survival signaling. Overall our results indicate that exposure to 900 MHz continuous wave, after inducing an early self-defense response triggered by DNA damage, could confer to the survivor CCRF-CEM cells a further advantage to survive and proliferate.

**Kundi M.** The controversy about a possible relationship between mobile phone use and cancer. Cien Saude Colet. 15(5):2415-2430, 2010.

Over the last decade, mobile phone use increased to almost 100% prevalence in many countries. Evidence for potential health hazards accumulated in parallel by epidemiologic investigations has raised controversies about the appropriate interpretation and the degree of bias and confounding responsible for reduced or increased risk estimates. Overall, 33 epidemiologic studies were identified in the peer-reviewed literature, mostly (25) about brain tumors. Methodologic considerations revealed that three important conditions for epidemiologic studies to detect an increased risk are not met:no evidence-based exposure metric is available; the observed duration of mobile phone use is generally still too low; no evidence-based selection of end points among the grossly different types of neoplasias is possible because of lack of etiologic hypotheses. The overall evidence speaks in favor of an increased risk, but its magnitude cannot be assessed at present because of insufficient information on long-term use.

**Repacholi, MH, Basten, A, Gebski, V, Noonan, D, Finnie, J, Harris, AW, Lymphomas in E mu-Pim1 transgenic mice exposed to pulsed 900 MHZ electromagnetic fields. Radiat Res 147(5):631-640, 1997.**
Whether radiofrequency (RF) fields are carcinogenic is controversial; epidemiological data have been inconclusive and animal tests limited. The aim of the present study was to determine whether long-term exposure to pulse-modulated RF fields similar to those used in digital mobile telecommunications would increase the incidence of lymphoma in E mu-Pim1 transgenic mice, which are moderately predisposed to develop lymphoma spontaneously. One hundred female E mu-Pim1 mice were sham-exposed and 101 were exposed for two 30-min periods per day for up to 18 months to plane-wave fields of 900 MHz with a pulse repetition frequency of 217 Hz and a pulse width of 0.6 ms. Incident power densities were 2.6-13 W/m2 and specific absorption rates were 0.008-4.2 W/kg, averaging 0.13-1.4 W/kg. Lymphoma risk was found to be significantly higher in the exposed mice than in the controls (OR = 2.4. P = 0.006, 95% CI = 1.3-4.5). Follicular

JA 06763

Studies that show **Cell Phone** Health Effects

lymphomas were the major contributor to the increased tumor incidence. Thus long-term intermittent exposure to RF fields can enhance the probability that mice carrying a lymphomagenic oncogene will develop lymphomas. We suggest that such genetically cancer-prone mice provide an experimental system for more detailed assessment of dose-response relationships for risk of cancer after RF-field exposure.

**Hruby R, Neubauer G, Kuster N, Frauscher M Study on potential effects of "902-MHz GSM-type Wireless Communication Signals" on DMBA-induced mammary tumours in Sprague-Dawley rats. Mutat Res. 649(1-2):34-44, 2008.**
The aim of the study was to detect whether long-term exposure to "902-MHz GSM-type Wireless Communication Signals" ("radio-frequency (RF)-exposure") would affect 7,12-dimethylbenz(a)anthracene (DMBA)-induced mammary tumours in female Sprague-Dawley rats. Five hundred female rats were each given a single oral dose of 17mg DMBA per kg body weight (bw) at an age of 46-48 days. Three groups of 100 animals each were RF-exposed (902MHz; crest factor 8; pulse width=0.57ms) from the next day onwards to normal whole-body averaged doses (expressed as specific absorption rate, SAR) of 0.4, 1.3 or 4.0W/kg bw (low/mid/high-dose group) for 4h/d, 5d/week, during 6 months. A sham-exposed and a cage-control group remained without RF-exposure (<<0.01mW/kg). Animals were weekly weighed and palpated for mammary tumours; all mammary glands were examined histopathologically. There were several statistically significant differences between RF-exposed groups and the sham-exposed group, as follows: All RF-exposed groups had, at different times, significantly more palpable tissue masses. There were fewer animals with benign neoplasms, but more with malignant tumours in the high-dose group. In addition, there were more adenocarcinomas in the low-dose group, more malignant neoplasms in the low- and high-dose groups, more animals with adenocarcinomas in the high-dose group, and fewer animals with fibroadenomas in the low- and mid-dose groups. The cage-control group had, when compared with the sham-exposed group, statistically significantly more palpable tissue masses, more benign and also more malignant neoplasms. The cage-control group had in most aspects the highest incidence and malignancy of neoplasms among all groups. None of the above findings in RF-exposed animals produced a clear dose-response relation and the responses of the cage-control group were either similar to or stronger than those of any of the RF-exposed group. The significant differences between the sham-exposed animals and one or more RF-exposed groups may be interpreted as evidence of an effect of RF-exposure. In the context of the results of the cage-control group, in the light of controversial results reported in the literature, and given the fact that the DMBA-mammary tumour model is known to be prone to high variations in the results, it is the authors' opinion that the differences between the groups are rather incidental ones.

**Yang L, Hao D, Wang M, Zeng Y, Wu S, Zeng Y. Cellular Neoplastic Transformation Induced by 916 MHz Microwave Radiation. Cell Mol Neurobiol.32(6):1039-1046, 2012.**
There has been growing concern about the possibility of adverse health effects resulting from exposure to microwave radiations, such as those emitted by mobile phones. The purpose of this study was to investigate the cellular neoplastic transformation effects of

JA 06764

Studies that show **Cell Phone** Health Effects

electromagnetic fields. 916 MHz continuous microwave was employed in our study to simulate the electromagnetic radiation of mobile phone. NIH/3T3cells were adopted in our experiment due to their sensitivity to carcinogen or cancer promoter in environment. They were divided randomly into one control group and three microwave groups. The three microwave groups were exposed to 916 MHz EMF for 2 h per day with power density of 10, 50, and 90 w/m(2), respectively, in which 10 w/m(2) was close to intensity near the antenna of mobile phone. The morphology and proliferation of NIH/3T3cells were examined and furthermore soft agar culture and animal carcinogenesis assay were carried out to determine the neoplastic promotion. Our experiments showed NIH/3T3cells changed in morphology and proliferation after 5-8 weeks exposure and formed clone in soft agar culture after another 3-4 weeks depending on the exposure intensity. In the animal carcinogenesis study, lumps developed on the back of SCID mice after being inoculated into exposed NIH/3T3cells for more than 4 weeks. The results indicate that microwave radiation can promote neoplastic transformation of NIH/3T3cells.

**Trivino Pardo JC**, **Grimaldi S**, **Taranta M**, **Naldi I**, **Cinti C**. **Microwave electromagnetic field regulates gene expression in T-lymphoblastoid leukemia CCRF-CEM cell line exposed to 900 MHz. Electromagn Biol Med. 31(1):1-18, 2012.**
Electric, magnetic, and electromagnetic fields are ubiquitous in our society, and concerns have been expressed regarding possible adverse effects of these exposures. Research on Extremely Low-Frequency (ELF) magnetic fields has been performed for more than two decades, and the methodology and quality of studies have improved over time. Studies have consistently shown increased risk for childhood leukemia associated with ELFmagnetic fields. There are still inadequate data for other outcomes. More recently, focus has shifted toward Radio Frequencies (RF) exposures from mobile telephony. There are no persuasive data suggesting a health risk, but this research field is still immature with regard to the quantity and quality of available data. This technology is constantly changing and there is a need for continued research on this issue. To investigate whether exposure to high-frequency electromagnetic fields (EMF) could induce adverse health effects, we cultured acute T-lymphoblastoid leukemia cells (CCRF-CEM) in the presence of 900 MHz MW-EMF generated by a transverse electromagnetic (TEM) cell at short and long exposure times. We evaluated the effect of high-frequency EMF on gene expression and we identified functional pathways influenced by 900 MHz MW-EMF exposure.

**Hartikka H**, **Heinävaara S**, **Mäntylä R**, **Kähärä V**, **Kurttio P**, **Auvinen A**. **Mobile phone use and location of glioma: A case-case analysis. Bioelectromagnetics. 30(3):176-182, 2009.**
We assessed a new approach for evaluating the glioma risk among users of mobile phones to focus on the part of the brain most heavily exposed to radiofrequency electromagnetic fields from mobile phones. The tumor midpoint was defined from radiological imaging. A case-case analysis with 99 gliomas was performed using logistic regression. The exposed cases were those with the tumor mid-point within 4.6 cm from

JA 06765

Studies that show **Cell Phone** Health Effects

the line between the mouth and the external meatus of the ear, representing the most likely location of the mobile phone (the source of exposure). Alternative analyses based on various indicators of mobile phone use as the outcome were also carried out. The majority of cases were regular mobile phone users. A slightly higher proportion of gliomas among mobile phone users than non-users occurred within 4.6 cm from the presumed location of the mobile phone (28% vs. 14%). Modestly elevated odds ratios were observed for several indicators of mobile phone use, but without an exposure gradient. The highest odds ratios were found for contralateral and short-term use. Our results, though limited by the small sample size, demonstrate that detailed information on tumor location allows evaluation of the risk related to the most heavily exposed part of the brain, representing direct evaluation of the possible local carcinogenic effects of the radiofrequency fields. However, field strength varies between users and over time also within a given anatomic site, due to the output power of the phone. Collaborative analysis of a larger sample is planned.

**Salahaldin AH, Bener A. Long-term and frequent cellular phone use and risk of acoustic neuroma. Int Tinnitus J. 12(2):145-148, 2006.**
Human exposure to radio frequency radiation has increased dramatically during recent years from widespread use of mobile phones, and in some studies this exposure has been linked to the development of acoustic neuroma. The aim of our study was to describe the epidemiology of acoustic neuroma in a newly developed country, Qatar. We reviewed all cases of acoustic neuroma registered at the Hamad Medical Corporation during the period 2004-2005. We collected and assessed the sociodemographic information, presenting complaints, audiological evaluation, and laboratory investigations. During the study period, we diagnosed acoustic neuroma in 13 patients (10 women, median age 55 years, and 3 men, median age 49 years). Most of the cell phones were used daily for an average of 14 times per day (range, 8-20 times) and had been used for the duration of more than 5 years, with the exception of 3 patients who had used the cell phone excessively (> 20 minutes per call more than five times daily) owing to the nature of their jobs. The total incidence rate for Qatar was found to be 17.2 per million population. In conclusion, the incidence of acoustic neuroma in Qatar is slightly higher than that in other countries. Despite the presence of facilities in Qatar, no proper screening and management protocol is available. This study highlights the need for the development and implementation of a national registry plan whereby effective care services can be delivered and high-risk groups can be targeted.

**de Vocht F, Hannam K, Buchan I. Environmental risk factors for cancers of the brain and nervous system: the use of ecological data to generate hypotheses. Occup Environ Med. 2013 Jan 23. [Epub ahead of print]**
BACKGROUND: There is a public health need to balance timely generation of hypotheses with cautious causal inference. For rare cancers this is particularly challenging because standard epidemiological study designs may not be able to elucidate causal factors in an early period of newly emerging risks. Alternative methodologies need to be considered for generating and shaping hypotheses prior to definitive investigation. OBJECTIVES: To

## Studies that show **Cell Phone** Health Effects

evaluate whether open-access databases can be used to explore links between potential risk factors and cancers at an ecological level, using the case study of brain and nervous system cancers as an example. METHODS:  National age-adjusted cancer incidence rates were obtained from the GLOBOCAN 2008 resource and combined with data from the United Nations Development Report and the World Bank list of development indicators. Data were analysed using multivariate regression models. RESULTS:  Cancer rates, potential confounders and environmental risk factors were available for 165 of 208 countries. 2008 national incidences of brain and nervous system cancers were associated with continent, gross national income in 2008 and Human Development Index Score. The only exogenous risk factor consistently associated with higher incidence was the penetration rate of mobile/cellular telecommunications subscriptions, although other factors were highlighted. According to these ecological results the latency period is at least 11-12 years, but probably more than 20 years. Missing data on cancer incidence and for other potential risk factors prohibit more detailed investigation of exposure-response associations and/or explore other hypotheses. CONCLUSIONS:  Readily available ecological data may be underused, particularly for the study of risk factors for rare diseases and those with long latencies. The results of ecological analyses in general should not be overinterpreted in causal inference, but equally they should not be ignored where alternative signals of aetiology are lacking.


**Czyz J, GuanK, ZengQ, NikolovaT, MeisterA, SchönbornF, SchudererJ, KusterN, WobusAM, High frequency electromagnetic fields (GSM signals) affect gene expression levels in tumor suppressor p53-deficient embryonic stem cells. Bioelectromagnetics 25:296-307, 2004.**

Effects of electromagnetic fields (EMF) simulating exposure to the Global System for Mobile Communications (GSM) signals were studied using pluripotent embryonic stem (ES) cells in vitro. Wild-type ES cells and ES cells deficient for the tumor suppressor p53 were exposed to pulse modulated EMF at 1.71 GHz, lower end of the uplink band of GSM 1800, under standardized and controlled conditions, and transcripts of regulatory genes were analyzed during in vitro differentiation. Two dominant GSM modulation schemes (GSM-217 and GSM-Talk), which generate temporal changes between GSM-Basic (active during talking phases) and GSM-DTX (active during listening phases thus simulating a typical conversation), were applied to the cells at and below the basic safety limits for local exposures as defined for the general public by the International Commission on Nonionizing Radiation Protection (ICNIRP). GSM-217 EMF induced a significant upregulation of mRNA levels of the heat shock protein, hsp70 of p53-deficient ES cells differentiating in vitro, paralleled by a low and transient increase of c-jun, c-myc, and p21 levels in p53-deficient, but not in wild-type cells. No responses were observed in either cell type after EMF exposure to GSM-Talk applied at similar slot-averaged specific absorption rates (SAR), but at lower time-averaged SAR values. Cardiac differentiation and cell cycle characteristics were not affected in embryonic stem and embryonic carcinoma cells after exposure to GSM-217 EMF signals. Our data indicate that the genetic background determines cellular responses to GSM modulated EMF.

JA 06767

## Studies that show **Cell Phone** Health Effects

**Brautbar N. Rapid development of brain tumors in 2 cellular phone testers. Arch Environ Health. 58(9):606, 2003.**
Two case reports. Comment on [Richter ED, Berman T, Levy O. Brain cancer with induction periods of less than 10 years in young military radar workers.  Arch Environ Health. 2002 Jul-Aug;57(4):270-272.]

**Auvinen A, Hietanen M, Luukkonen R, Koskela R-S, Brain tumors and salivary gland cancers among cellular telephone users Epidemiology 13:356-359, 2002.**
Background. Possible risk of cancer associated with use of cellular telephones has lately been a subject of public debate. Methods. We conducted a register-based, case-control study on cellular phone use and cancer. The study subjects were all cases of brain tumor (N = 398) and salivary gland cancer (N = 34) diagnosed in Finland in 1996, with five controls per case. Results. Cellular phone use was not associated with brain tumors or salivary gland cancers overall, but there was a weak association between gliomas and analog cellular phones. Conclusions. A register-based approach has limited value in risk assessment of cellular phone use owing to lack of information on exposure.

**Berg G, Spallek J, Schuz J, Schlehofer B, Bohler E, Schlaefer K, Hettinger I, Kunna-Grass K, Wahrendorf J, Blettner M. Occupational exposure to radio frequency/microwave radiation and the risk of brain tumors: Interphone Study Group, Germany. Am J Epidemiol.164(6):538-548, 2006.**
It is still under debate whether occupational exposure to radio frequency/microwave electromagnetic fields (RF/MW-EMF) contributes to the development of brain tumors. This analysis examined the role of occupational RF/MW-EMF exposure in the risk of glioma and meningioma. A population-based, case-control study including 381 meningioma cases, 366 glioma cases, and 1,494 controls aged 30-69 years was performed in three German regions in 2000-2003. An exposure matrix for occupational activity was constructed by using information on RF/MW-EMF exposure collected in a computer-assisted personal interview. "High" exposure was defined as an occupational exposure that may exceed the RF/MW-EMF exposure limits for the general public recommended by the International Commission on Non-Ionizing Radiation Protection. Multiple conditional logistic regressions were performed separately for glioma and meningioma. No significant association between occupational exposure to RF/MW-EMF and brain tumors was found. For glioma, the adjusted odds ratio for highly exposed persons compared with persons not highly exposed was 1.21 (95% confidence interval: 0.69, 2.13); for meningioma, it was 1.34 (95% confidence interval: 0.64, 2.81). However, the slight increase in risk observed with increasing duration of exposure merits further research with larger sample sizes.

**Caraglia M, Marra M, Mancinelli F, D'Ambrosio G, Massa R, Giordano A, Budillon A, Abbruzzese A, Bismuto E. Electromagnetic fields at mobile phone frequency induce apoptosis and inactivation of the multi-chaperone complex in human epidermoid cancer cells. J Cell Physiol. 204(2):539-548, 2005.**
The exposure to non-thermal microwave electromagnetic field (MW-EMF) at 1.95 MHz,

JA 06768

## Studies that show **Cell Phone** Health Effects

a frequency used in mobile communication, affects the refolding kinetics of eukaryotic proteins (Mancinelli et al., 2004). On these basis we have evaluated the in vivo effect of MW-EMF in human epidermoid cancer KB cells. We have found that MW-EMF induces time-dependent apoptosis (45% after 3 h) that is paralleled by an about 2.5-fold decrease of the expression of ras and Raf-1 and of the activity of ras and Erk-1/2. Although also the expression of Akt was reduced its activity was unchanged likely as a consequence of the increased expression of its upstream activator PI3K. In the same experimental conditions an about 2.5-fold increase of the ubiquitination of ras and Raf-1 was also found and the addition for 12 h of proteasome inhibitor lactacystin at 10 microM caused an accumulation of the ubiquitinated isoforms of ras and Raf-1 and counteracted the effects of MW-EMF on ras and Raf-1 expression suggesting an increased proteasome-dependent degradation induced by MW-EMF. The exposure of KB cells to MW-EMF induced a differential activation of stress-dependent pathway with an increase of JNK-1 activity and HSP70 and 27 expression and with a reduction of p38 kinase activity and HSP90 expression. The overexpression of HSP90 induced by transfection of KB cells with a plasmid encoding for the factor completely antagonized the apoptosis and the inactivation of the ras --> Erk-dependent survival signal induced by MW-EMF. Conversely, the inhibition of Erk activity induced by 12 h exposure to 10 mM Mek-1 inhibitor U0126 antagonized the effects induced by HSP90 transfection on apoptosis caused by MW-EMF. In conclusion, these results demonstrate for the first time that MW-EMF induces apoptosis through the inactivation of the ras --> Erk survival signaling due to enhanced degradation of ras and Raf-1 determined by decreased expression of HSP90 and the consequent increase of proteasome dependent degradation.

**Heikkinen P, Kosma VM, Alhonen L, Huuskonen H, Komulainen H, Kumlin T, Laitinen JT, Lang S, Puranen L, Juutilainen J. Effects of mobile phone radiation on UV-induced skin tumourigenesis in ornithine decarboxylase transgenic and non-transgenic mice. Int J Radiat Biol 79(4):221-233, 2003.**

 Purpose: The effects of low-level radiofrequency radiation (RFR) on ultraviolet (UV)-induced skin tumorigenesis were evaluated in ornithine decarboxylase (ODC) and non-transgenic mice. Materials and methods: Transgenic female mice over-expressing the human ODC gene and their non-transgenic littermates (20 animals in the cage control group, and 45-49 animals in the other groups) were exposed for 52 weeks to UV radiation or a combination of UV radiation and pulsed RFR. The UV dose was 240 Jm(-2) (1.2 x human minimum erythemal dose) delivered three times a week. One group of animals was exposed to Digital Advanced Mobile Phone System (DAMPS)-type RFR, the other group to Global System for Mobile (GSM)-type RFR at a nominal average specific absorption rate of 0.5 W kg(-1), 1.5 h day(-1), for 5 days a week. The skin was carefully palpated weekly for macroscopic tumours. Histopathological analyses of all skin lesions and of a specified dorsal skin area were performed on all animals. Results: UV exposure resulted in development of macroscopic skin tumours in 11.5 and 36.8% of non-transgenic and transgenic animals, respectively. The RFR exposures did not give a statistically significant effect on the development of skin tumours in either transgenic or

JA 06769

non-transgenic animals, or in combined analysis, but tumour development appeared slightly accelerated especially in non-transgenic animals. No effects of RFR exposures were found on excretion of 6-hydroxymelatonin sulphate into urine or on polyamine levels in dorsal skin. Conclusion: RFR exposures did not significantly enhance skin tumourigenesis. However, the slightly accelerated tumour development may warrant further evaluation.

# DNA Damage

**Franzellitti S, Valbonesi P, Ciancaglini N, Biondi C, Contin A, Bersani F, Fabbri E. Transient DNA damage induced by high-frequency electromagnetic fields (GSM 1.8 GHz) in the human trophoblast HTR-8/SVneo cell line evaluated with the alkaline comet assay. Mutat Res. 683(1-2):35-42, 2010.**
One of the most controversial issue regarding high-frequency electromagnetic fields (HF-EMF) is their putative capacity to affect DNA integrity. This is of particular concern due to the increasing use of HF-EMF in communication technologies, including mobile phones. Although epidemiological studies report no detrimental effects on human health, the possible disturbance generated by HF-EMF on cell physiology remains controversial. In addition, the question remains as to whether cells are able to compensate their potential effects. We have previously reported that a 1-h exposure to amplitude-modulated 1.8 GHz sinusoidal waves (GSM-217 Hz, SAR=2 W/kg) largely used in mobile telephony did not cause increased levels of primary DNA damage in human trophoblast HTR-8/SVneo cells. Nevertheless, further investigations on trophoblast cell responses after exposure to GSM signals of different types and durations were considered of interest. In the present work, HTR-8/SVneo cells were exposed for 4, 16 or 24h to 1.8 GHz continuous wave (CW) and different GSM signals, namely GSM-217 Hz and GSM-Talk (intermittent exposure: 5 min field on, 10 min field off). The alkaline comet assay was used to evaluate primary DNA damages and/or strand breaks due to uncompleted repair processes in HF-EMF exposed samples. The amplitude-modulated signals GSM-217 Hz and GSM-Talk induced a significant increase in comet parameters in trophoblast cells after 16 and 24h of exposure, while the un-modulated CW was ineffective. However, alterations were rapidly recovered and the DNA integrity of HF-EMF exposed cells was similar to that of sham-exposed cells within 2h of recovery in the absence irradiation. Our data suggest that HF-EMF with a carrier frequency and modulation scheme typical of the GSM signal may affect the DNA integrity.

**Hekmat A, Saboury AA, Moosavi-Movahedi AA.The toxic effects of mobile phone radiofrequency (940MHz) on the structure of calf thymus DNA.Ecotoxicol Environ Saf. 2012 Nov 16. pii: S0147-6513(12)00368-5. doi: 10.1016/j.ecoenv.2012.10.016. [Epub ahead of print]**
Currently, the biological effects of nonionizing electromagnetic fields (EMFs) including radiofrequency (RF) radiation have been the subject of numerous experimental and theoretical studies. The aim of this study is to evaluate the possible biological effects of

JA 06770

## Studies that show **Cell Phone** Health Effects

mobile phone RF (940MHz, 15V/m and SAR=40mW/kg) on the structure of calf thymus DNA (ct DNA) immediately after exposure and 2h after 45min exposure via diverse range of spectroscopic instruments. The UV-vis and circular dichroism (CD) experiments depict that mobile phone EMFs can remarkably cause disturbance on ct DNA structure. In addition, the DNA samples, immediately after exposure and 2h after 45min exposure, are relatively thermally unstable compared to the DNA solution, which was placed in a small shielded box (unexposed ct DNA). Furthermore, the exposed DNA samples (the DNA samples that were exposed to 940MHz EMF) have more fluorescence emission when compared with the unexposed DNA, which may have occurred attributable to expansion of the exposed DNA structure. The results of dynamic light scattering (DLS) and zeta potential experiments demonstrate that RF-EMFs lead to increment in the surface charge and size of DNA. The structure of DNA immediately after exposure is not significantly different from the DNA sample 2h after 45min exposure. In other words, the EMF-induced conformational changes are irreversible. Collectively, our results reveal that 940MHz can alter the structure of DNA. The displacement of electrons in DNA by EMFs may lead to conformational changes of DNA and DNA disaggregation. Results from this study could have an important implication on the health effects of RF-EMFs exposure. In addition, this finding could proffer a novel strategy for the development of next generation of mobile phone.

**Sekeroğlu V, Akar A, Sekeroğlu ZA. Cytotoxic and genotoxic effects of high-frequency electromagnetic fields (GSM 1800 MHz) on immature and mature rats. Ecotoxicol Environ Saf. 80:140-144, 2012.**
We investigated the cytogenotoxic effects of high frequency electromagnetic fields (HF-EMF) for 45 day and the effect of a recovery period of 15 day after exposure to EMF on bone marrow cells of immature and mature rats. The animals in treatment groups were exposed to 1800 MHz EMF at SAR of 0.37 W/kg and 0.49 W/kg for 2h/day for 45 day. Two recovery groups were kept for a recovery period of 15 day without EMF after exposure to HF-EMF. Two control groups for both immature and mature rats were also included. Significant differences were also observed in chromosome aberrations (CA), micronucleus (MN) frequency, mitotic index (MI) and ratio of polychromatic erythrocytes (PCEs) in all treatment groups. The cytogenotoxic damage was more remarkable in immature rats and, the recovery period did not improve this damage in immature rats. Because much higher and irreversible cytogenotoxic damage was observed in immature rats than in mature rats, further studies are needed to understand effects of EMF on DNA damage and DNA repair, and to determine safe limits for environment and human, especially for children.

**Tomruk A, Guler G, Dincel AS. The influence of 1800 MHz GSM-like signals on hepatic oxidative DNA and lipid damage in nonpregnant, pregnant, and newly born rabbits. Cell Biochem Biophys. 56(1):39-47, 2010.**
The aim of our study is to evaluate the possible biological effects of whole-body 1800 MHz GSM-like radiofrequency (RF) radiation exposure on liver oxidative DNA damage and lipid peroxidation levels in nonpregnant, pregnant New Zealand White rabbits, and

Studies that show **Cell Phone** Health Effects

in their newly borns. Eighteen nonpregnant and pregnant rabbits were used and randomly divided into four groups which were composed of nine rabbits: (i) Group I (nonpregnant control), (ii) Group II (nonpregnant-RF exposed), (iii) Group III (pregnant control), (iv) Group IV (pregnant-RF exposed). Newborns of the pregnant rabbits were also divided into two groups: (v) Group V (newborns of Group III) and (vi) Group VI (newborns of Group III). 1800 MHz GSM-like RF radiation whole-body exposure (15 min/day for a week) was applied to Group II and Group IV. No significant differences were found in liver 8 OHdG/10(6) dG levels of exposure groups (Group II and Group IV) compared to controls (Group I and Group III). However, in Group II and Group IV malondialdehyde (MDA) and ferrous oxidation in xylenol orange (FOX) levels were increased compared to Group I ($P < 0.05$, Mann-Whitney). No significant differences were found in liver tissue of 8 OHdG/10(6) dG and MDA levels between Group VI and Group V ($P > 0.05$, Mann-Whitney) while liver FOX levels were found significantly increased in Group VI with respect to Group V ($P < 0.05$, Mann-Whitney). Consequently, the whole-body 1800 MHz GSM-like RF radiation exposure may lead to oxidative destruction as being indicators of subsequent reactions that occur to form oxygen toxicity in tissues.

**Schwarz C, Kratochvil E, Pilger A, Kuster N, Adlkofer F, Rüdiger HW. Radiofrequency electromagnetic fields (UMTS, 1,950 MHz) induce genotoxic effects in vitro in human fibroblasts but not in lymphocytes. Int Arch Occup Environ Health. 81(6):755-767, 2008.**

OBJECTIVE: Universal Mobile Telecommunication System (UMTS) was recently introduced as the third generation mobile communication standard in Europe. This was done without any information on biological effects and genotoxic properties of these particular high-frequency electromagnetic fields. This is discomforting, because genotoxic effects of the second generation standard Global System for Mobile Communication have been reported after exposure of human cells in vitro. METHODS: Human cultured fibroblasts of three different donors and three different short-term human lymphocyte cultures were exposed to 1,950 MHz UMTS below the specific absorption rate (SAR) safety limit of 2 W/kg. The alkaline comet assay and the micronucleus assay were used to ascertain dose and time-dependent genotoxic effects. Five hundred cells per slide were visually evaluated in the comet assay and comet tail factor (CTF) was calculated. In the micronucleus assay 1,000 binucleated cells were evaluated per assay. The origin of the micronuclei was determined by fluorescence labeled anticentromere antibodies. All evaluations were performed under blinded conditions. RESULTS: UMTS exposure increased the CTF and induced centromere-negative micronuclei (MN) in human cultured fibroblasts in a dose and time-dependent way. Incubation for 24 h at a SAR of 0.05 W/kg generated a statistically significant rise in both CTF and MN ($P = 0.02$). At a SAR of 0.1 W/kg the CTF was significantly increased after 8 h of incubation ($P = 0.02$), the number of MN after 12 h ($P = 0.02$). No UMTS effect was obtained with lymphocytes, either unstimulated or stimulated with Phytohemagglutinin. CONCLUSION: UMTS exposure may cause genetic alterations in some but not in all human cells in vitro.

-31-

JA 06772

Studies that show **Cell Phone** Health Effects

**Pesnya DS, Romanovsky AV. Comparison of cytotoxic and genotoxic effects of plutonium-239 alpha particles and mobile phone GSM 900 radiation in the Allium cepa test.Mutat Res. 2012 Oct 8. pii: S1383-5718(12)00291-4. doi: 10.1016/j.mrgentox.2012.08.010. [Epub ahead of print]**
The goal of this study was to compare the cytotoxic and genotoxic effects of plutonium-239 alpha particles and GSM 900 modulated mobile phone (model Sony Ericsson K550i) radiation in the Allium cepa test. Three groups of bulbs were exposed to mobile phone radiation during 0 (sham), 3 and 9h. A positive control group was treated during 20min with plutonium-239 alpha-radiation. Mitotic abnormalities, chromosome aberrations, micronuclei and mitotic index were analyzed. Exposure to alpha-radiation from plutonium-239 and exposure to modulated radiation from mobile phone during 3 and 9h significantly increased the mitotic index. GSM 900 mobile phone radiation as well as alpha-radiation from plutonium-239 induced both clastogenic and aneugenic effects. However, the aneugenic activity of mobile phone radiation was more pronounced. After 9h of exposure to mobile phone radiation, polyploid cells, three-groups metaphases, amitoses and some unspecified abnormalities were detected, which were not registered in the other experimental groups. Importantly, GSM 900 mobile phone radiation increased the mitotic index, the frequency of mitotic and chromosome abnormalities, and the micronucleus frequency in a time-dependent manner. Due to its sensitivity, the A. cepa test can be recommended as a useful cytogenetic assay to assess cytotoxic and genotoxic effects of radiofrequency electromagnetic fields.

**Zhijian C, Xiaoxue L, Wei Z, Yezhen L, Jianlin L, Deqiang L, Shijie C, Lifen J, Jiliang H. Studying the protein expression in human B lymphoblastoid cells exposed to 1.8-GHz (GSM) radiofrequency radiation (RFR) with protein microarray. Biochem Biophys Res Commun. 433(1):36-39, 2013.**
In the present study, the protein microarray was used to investigate the protein expression in human B-cell lymphoblastoid cells intermittently exposed to 1.8-GHz GSM radiofrequency radiation (RFR) at the specific absorption rate (SAR) of 2.0W/kg for 24h. The differential expression of 27 proteins was found, which were related to DNA damage repair, apoptosis, oncogenesis, cell cycle and proliferation (ratio >1.5-fold, P<0.05). The results validated with Western blot assay indicated that the expression of RPA32 was significantly down-regulated (P<0.05) while the expression of p73 was significantly up-regulated in RFR exposure group (P<0.05). Because of the crucial roles of those proteins in DNA repair and cell apoptosis, the results of present investigation may explain the biological effects of RFR on DNA damage/repair and cell apoptosis.

**Souza LD, Cerqueira ED, Meireles JR. Assessment of nuclear abnormalities in exfoliated cells from the oral epithelium of mobile phone users. Electromagn Biol Med. 2013 May 28. [Epub ahead of print]**
Transmission and reception of mobile telephony signals take place through electromagnetic wave radiation, or electromagnetic radiofrequency fields, between the mobile terminal and the radio base station. Based on reports in the literature on

JA 06773

Studies that show **Cell Phone** Health Effects

adverse effects from exposure to this type of radiation, the objective of this study was to evaluate the genotoxic and cytotoxic potential of such exposure, by means of the micronucleus test on exfoliated cells from the oral epithelium. The sample included 45 individuals distributed in 3 groups according to the amount of time in hours per week (t) spent using mobile phones: group I, t > 5 h; group II, t > 1 h and ≤ 5 h; and group III, t ≤ 1 h. Cells from the oral mucosa were analyzed to assess the numbers of micronuclei, broken egg structures and degenerative nuclear abnormalities indicative of apoptosis (condensed chromatin, karyorrhexis and pyknosis) or necrosis (karyolysis in addition to these changes). The occurrences of micronuclei and degenerative nuclear abnormalities did not differ between the groups, but the number of broken egg (structures that may be associated with gene amplification) was significantly greater in the individuals in group I (p < 0.05).

**Esmekaya MA, Aytekin E, Ozgur E, Güler G, Ergun MA, Omeroğlu S, Seyhan N. Mutagenic and morphologic impacts of 1.8GHz radiofrequency radiation on human peripheral blood lymphocytes (hPBLs) and possible protective role of pre-treatment with Ginkgo biloba (EGb 761). Sci Total Environ. 410-411:59-64, 2011.**
The mutagenic and morphologic effects of 1.8GHz Global System for Mobile Communications (GSM) modulated RF (radiofrequency) radiation alone and in combination with Ginkgo biloba (EGb 761) pre-treatment in human peripheral blood lymphocytes (hPBLs) were investigated in this study using Sister Chromatid Exchange (SCE) and electron microscopy. Cell viability was assessed with 3-(4, 5-dimethylthiazol-2-yl)-2, 5-diphenyltetrazolium bromide (MTT) reduction assay. The lymphocyte cultures were exposed to GSM modulated RF radiation at 1.8GHz for 6, 8, 24 and 48h with and without EGb 761. We observed morphological changes in pulse-modulated RF radiated lymphocytes. Longer exposure periods led to destruction of organelle and nucleus structures. Chromatin change and the loss of mitochondrial crista occurred in cells exposed to RF for 8h and 24h and were more pronounced in cells exposed for 48h. Cytoplasmic lysis and destruction of membrane integrity of cells and nuclei were also seen in 48h RF exposed cells. There was a significant increase (p<0.05) in SCE frequency in RF exposed lymphocytes compared to sham controls. EGb 761 pre-treatment significantly decreased SCE from RF radiation. RF radiation also inhibited cell viability in a time dependent manner. The inhibitory effects of RF radiation on the growth of lymphoctes were marked in longer exposure periods. EGb 761 pre-treatment significantly increased cell viability in RF+EGb 761 treated groups at 8 and 24h when compared to RF exposed groups alone. The results of our study showed that RF radiation affects cell morphology, increases SCE and inhibits cell proliferation. However, EGb 761 has a protective role against RF induced mutagenity. We concluded that RF radiation induces chromosomal damage in hPBLs but this damage may be reduced by EGb 761 pre-treatment.

**Diem E, Schwarz C, Adlkofer F, Jahn O, Rudiger H. Non-thermal DNA breakage by mobile-phone radiation (1800MHz) in human fibroblasts and in transformed GFSH-R17 rat granulosa cells in vitro. Mutat Res. 583:178-183, 2005.**

JA 06774

Studies that show **Cell Phone** Health Effects

 Cultured human diploid fibroblasts and cultured rat granulosa cells were exposed to intermittent and continuous radiofrequency electromagnetic fields (RF-EMF) used in mobile phones, with different specific absorption rates (SAR) and different mobile-phone modulations. DNA strand breaks were determined by means of the alkaline and neutral comet assay. RF-EMF exposure (1800MHz; SAR 1.2 or 2W/kg; different modulations; during 4, 16 and 24h; intermittent 5min on/10min off or continuous wave) induced DNA single- and double-strand breaks. Effects occurred after 16h exposure in both cell types and after different mobile-phone modulations. The intermittent exposure showed a stronger effect in the comet assay than continuous exposure. Therefore we conclude that the induced DNA damage cannot be based on thermal effects.


**Yao K, Wu W, Wang K, Ni S, Ye P, Yu Y, Ye J, Sun L. Electromagnetic noise inhibits radiofrequency radiation-induced DNA damage and reactive oxygen species increase in human lens epithelial cells. Mol Vis. 14:964-969, 2008.**
PURPOSE: The goal of this study was to investigate whether superposing of electromagnetic noise could block or attenuate DNA damage and intracellular **reactive oxygen species (ROS)** increase of cultured human lens epithelial cells (HLECs) induced by acute exposure to 1.8 GHz radiofrequency field (RF) of the Global System for Mobile Communications (GSM). METHODS: An sXc-1800 RF exposure system was used to produce a GSM signal at 1.8 GHz (217 Hz amplitude-modulated) with the specific absorption rate (SAR) of 1, 2, 3, and 4 W/kg. After 2 h of intermittent exposure, the ROS level was assessed by the fluorescent probe, 2',7'-dichlorodihydrofluorescein diacetate (DCFH-DA). DNA damage to HLECs was examined by alkaline comet assay and the phosphorylated form of histone variant H2AX (gammaH2AX) foci formation assay. RESULTS: After exposure to 1.8 GHz RF for 2 h, HLECs exhibited significant intracellular ROS increase in the 2, 3, and 4 W/kg groups. RF radiation at the SAR of 3 W/kg and 4 W/kg could induce significant DNA damage, examined by alkaline comet assay, which was used to detect mainly **single strand breaks (SSBs),** while no statistical difference in double strand breaks (DSBs), evaluated by gammaH2AX foci, was found between RF exposure (SAR: 3 and 4 W/kg) and sham exposure groups. When RF was superposed with 2 muT electromagnetic noise could block RF-induced ROS increase and DNA damage. CONCLUSIONS: DNA damage induced by 1.8 GHz radiofrequency field for 2 h, which was mainly SSBs, may be associated with the increased ROS production. Electromagnetic noise could block RF-induced ROS formation and DNA damage.


**Zhang SZ, Yao GD, Lu DQ, Chiang H, Xu ZP. [Effect of 1.8 GHz radiofrequencyelectromagnetic fields on gene expression of rat neurons]. Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi. 26(8):449-452, 2008.** [Article in Chinese]
OBJECTIVE: To investigate the changes of gene expression in rat neuron induced by 1.8 GHz radiofrequencyelectromagnetic fields (RF EMF) to screen for RF EMF-responsive genes and the effect of different exposure times and modes on the gene expression in neuron. METHODS: Total RNA was extracted immediately and purified from the primary culture of neurons after intermittent exposed or sham-exposed to a frequency of 1.8

JA 06775

## Studies that show **Cell Phone** Health Effects

GHz RF EMF for 24 hours at an average special absorption rate (SAR) of 2 W/kg. Affymetrix Rat Neurobiology U34 array was applied to investigate the changes of gene expression in rat neuron. Differentially expressed genes (Egr-1, Mbp and Plp) were further confirmed by semi-quantitative revere transcription polymerase chain reaction (RT PCR). The expression levels of Egr-1, Mbp and Plp were observed at different exposure times (6, 24 h) and modes (intermittent and continuous exposure). RESULTS: Among 1200 candidate genes, 24 up-regulated and 10 down-regulated genes were found by using Affymetrix microarray suite software 5.0 which are associated with multiple cellular functions (cytoskeleton, signal transduction pathway, metabolism, etc.) after functional classification. Under 24 h and 6 h intermittent exposure, Egr-1 and Plp in experiment groups showed statistic significance (P < 0.05) compared with the control groups, while expression of Mbp did not change significantly (P > 0.05). After 24 h continuous exposure, Egr-1 and Mbp in experiment groups showed statistic significance (P < 0.05) compared with the control group, while expression of Plp did not change significantly (P > 0.05). Under the same exposure mode 6 h, expression of all the 3 genes did not change significantly. Different times (6, 24 h) and modes (intermittent and continuous exposure) of exposure exerted remarkable different influences on the expression of Egr-1, Mbp, Plp genes (P < 0.01). CONCLUSION: The changes of many genes transcription were involved in the effect of 1.8 GHz RF EMF on rat neurons; Down-regulation of Egr-1 and up-regulation of Mbp, Plp indicated the negative effects of RF EMF on neurons; The effect of RF intermittent exposure on gene expression was more obvious than that of continuous exposure; The effect of 24 h RF exposure (both intermittent and continuous) on gene expression was more obvious than that of 6 h (both intermittent and continuous).


**Zhao R, Zhang S, Xu Z, Ju L, Lu D, Yao G. Studying gene expression profile of rat neuron exposed to 1800MHz radiofrequency electromagnetic fields with cDNA microassay. Toxicology. 235(3):167-175, 2007.**
A widespread use of mobile phone (MP) evokes a growing concern for their possible adverse effects on human, especially the brain. Gene expression is a unique way of characterizing how cells and organism adapt to changes in the external environment, so the aim of this investigation was to determine whether 1800 MHz radiofrequency electromagnetic fields (RF EMF) can influence the gene expression of neuron. Affymetrix Rat Neurobiology U34 array was applied to investigate the changes of gene expression in rat neuron after exposed to the pulsed RF EMF at a frequency of 1800 MHz modulated by 217 Hz which is commonly used in MP. Among 1200 candidate genes, 24 up-regulated genes and 10 down-regulated genes were identified after 24-h intermittent exposure at an average special absorption rate (SAR) of 2 W/kg, which are associated with multiple cellular functions (cytoskeleton, signal transduction pathway, metabolism, etc.) after functional classification. The results were further confirmed by quantitative real-time polymerase chain reaction (RT PCR). The present results indicated that the gene expression of rat neuron could be altered by exposure to RF EMF under our experimental conditions.

JA 06776

Studies that show **Cell Phone** Health Effects

**Prohofsky EW. RF absorption involving biological macromolecules. Bioelectromagnetics. 25(6):441-451, 2004.**

The fundamental intramolecular frequency of a globular protein can be obtained from the measurements of acoustic velocities of bulk protein matter. This lowest frequency for common size molecules is shown to be above several hundred GHz. All modes below this frequency would then be intermolecular modes or bulk modes of the molecule and surrounding matter or tissue. The lowest frequency modes of an extended DNA double helix are also shown to be bulk modes because of interaction with water. Only DNA modes, whose frequency is well above 4 GHz, can be intrahelical modes, that is, confined to the helix rather than in the helix plus surroundings. Near 4 GHz, they are heavily damped and, therefore, not able to resonantly absorb. Modes that absorb radio frequency (RF) below this frequency are bulk modes of the supporting matter. Bulk modes rapidly thermalize all absorbed energy. The implication of these findings for the possibility of athermal RF effects is considered. The applicability of these findings for other biological molecules is discussed.

**Cam ST, Seyhan N. Single-strand DNA breaks in human hair root cells exposed to mobile phone radiation. Int J Radiat Biol.88(5):420-424, 2012.**

Abstract. Purpose: To analyze the short term effects of radiofrequency radiation (RFR) exposure on genomic deoxyribonucleic acid (DNA) of human hair root cells. Subjects and methods: Hair samples were collected from 8 healthy human subjects immediately before and after using a 900-MHz GSM (Global System for Mobile Communications) mobile phone for 15 and 30 minutes. Single-strand DNA breaks of hair root cells from the samples were determined using the 'comet assay'. Results: The data showed that talking on a mobile phone for 15 or 30 minutes significantly increased (p< .05) single-strand DNA breaks in cells of hair roots close to the phone. Comparing the 15-min and 30-min data using the paired t-test also showed that significantly more damages resulted after 30 minutes than after 15 minutes of phone use. Conclusions: A short-term exposure (15 and 30 minutes) to RFR (900-MHz) from a mobile phone caused a significant increase in DNA single-strand breaks in human hair root cells located around the ear which is used for the phone calls.

**Campisi A, Gulino M, Acquaviva R, Bellia P, Raciti G, Grasso R, Musumeci F, Vanella A, Triglia A. Reactive oxygen species levels and DNA fragmentation on astrocytes in primary culture after acute exposure to low intensity microwave electromagnetic field. Neurosci Lett.31 473(1):52-55, 2010.**

The exposure of primary rat neocortical astroglial cell cultures to acute electromagnetic fields (EMF) in the microwave range was studied. Differentiated astroglial cell cultures at 14 days in vitro were exposed for 5, 10, or 20min to either 900MHz continuous waves or 900MHz waves modulated in amplitude at 50Hz using a sinusoidal waveform and 100% modulation index. The strength of the electric field (rms value) at the sample position was 10V/m. No change in cellular viability evaluated by MTT test and lactate dehydrogenase release was observed. A significant increase in ROS levels and DNA fragmentation was found only after exposure of the astrocytes to modulated EMF for

JA 06777

Studies that show **Cell Phone** Health Effects

20min. No evident effects were detected when shorter time intervals or continuous waves were used. The irradiation conditions allowed the exclusion of any possible thermal effect. Our data demonstrate, for the first time, that even acute exposure to low intensity EMF induces ROS production and DNA fragmentation in astrocytes in primary cultures, which also represent the principal target of modulated EMF. Our findings also suggest the hypothesis that the effects could be due to hyperstimulation of the glutamate receptors, which play a crucial role in acute and chronic brain damage. Furthermore, the results show the importance of the amplitude modulation in the interaction between EMF and neocortical astrocytes.

**Gandhi G, Anita Genetic damage in mobile phone users: some preliminary findings. Ind J Hum Genet 11(2): 99-104, 2005.**
**BACKGROUND:** The impact of microwave (MW)/radio frequency radiation (RFR) on important biological parameters is probably more than a simply thermal one. Exposure to radio frequency (RF) signals generated by the use of cellular telephones have increased dramatically and reported to affect physiological, neurological, cognitive and behavioural changes and to induce, initiate and promote carcinogenesis. Genotoxicity of RFR has also been reported in various test systems after in vitro and/or in vivo exposure but none in mobile phone users. **AIMS:** In the present study, DNA and chromosomal damage investigations were carried out on the peripheral blood lymphocytes of individuals using mobile phones, being exposed to MW frequency ranging from 800 to 2000 MHz. **METHODS:** DNA damage was assessed using the single cell gel electrophoresis assay and aneugenic and clastogenic damage by the in vivo capillary blood micronucleus test (MNT) in a total of 24 mobile phone users. **RESULTS:** Mean comet tail length (26.76 ± 0.054 mm; 39.75% of cells damaged) in mobile phone users was highly significant from that in the control group. The in vivo capillary blood MNT also revealed highly significant (0.25) frequency of micronucleated (MNd) cells. **CONCLUSIONS:** These results highlight a correlation between mobile phone use (exposure to RFR) and genetic damage and require interim public health actions in the wake of widespread use of mobile telephony.

**Franzellitti S, Valbonesi P, Ciancaglini N, Biondi C, Contin A, Bersani F, Fabbri E. Transient DNA damage induced by high-frequency electromagnetic fields (GSM 1.8 GHz) in the human trophoblast HTR-8/SVneo cell line evaluated with the alkaline comet assay. Mutat Res. 683(1-2):35-42, 2010.**
One of the most controversial issue regarding high-frequency electromagnetic fields (HF-EMF) is their putative capacity to affect DNA integrity. This is of particular concern due to the increasing use of HF-EMF in communication technologies, including mobile phones. Although epidemiological studies report no detrimental effects on human health, the possible disturbance generated by HF-EMF on cell physiology remains controversial. In addition, the question remains as to whether cells are able to compensate their potential effects. We have previously reported that a 1-h exposure to amplitude-modulated 1.8 GHz sinusoidal waves (GSM-217 Hz, SAR=2 W/kg) largely used in mobile telephony did not cause increased levels of primary DNA damage in human

JA 06778

Studies that show **Cell Phone** Health Effects

trophoblast HTR-8/SVneo cells. Nevertheless, further investigations on trophoblast cell responses after exposure to GSM signals of different types and durations were considered of interest. In the present work, HTR-8/SVneo cells were exposed for 4, 16 or 24h to 1.8 GHz continuous wave (CW) and different GSM signals, namely GSM-217 Hz and GSM-Talk (intermittent exposure: 5 min field on, 10 min field off). The alkaline comet assay was used to evaluate primary DNA damages and/or strand breaks due to uncompleted repair processes in HF-EMF exposed samples. The amplitude-modulated signals GSM-217 Hz and GSM-Talk induced a significant increase in comet parameters in trophoblast cells after 16 and 24h of exposure, while the un-modulated CW was ineffective. However, alterations were rapidly recovered and the DNA integrity of HF-EMF exposed cells was similar to that of sham-exposed cells within 2h of recovery in the absence irradiation. Our data suggest that HF-EMF with a carrier frequency and modulation scheme typical of the GSM signal may affect the DNA integrity.

**Wu W, Yao K, Wang KJ, Lu DQ, He JL, Xu LH, Sun WJ.  [Blocking 1800 MHz mobile phone radiation-induced reactive oxygen species production and DNA damage in lens epithelial cells by noise magnetic fields.] Zhejiang Da Xue Xue Bao Yi Xue Ban. 37(1):34-38, 2008.** [Article in Chinese]
OBJECTIVE: To investigate whether the exposure to the electromagnetic noise can block reactive oxygen species (ROS) production and DNA damage of lens epithelial cells induced by 1800 MHz mobile phone radiation. METHODS: The DCFH-DA method and comet assay were used respectively to detect the intracellular ROS and DNA damage of cultured human lens epithelial cells induced by 4 W/kg 1800 MHz mobile phone radiation or/and 2microT electromagnetic noise for 24 h intermittently. RESULT: 1800 MHz mobile phone radiation at 4 W/kg for 24 h increased intracellular ROS and DNA damage significantly (P<0.05). However, the ROS level and DNA damage of mobile phone radiation plus noise group were not significant enhanced (P>0.05) as compared to sham exposure group. Conclusion: Electromagnetic noise can block intracellular ROS production and DNA damage of human lens epithelial cells induced by 1800 MHz mobile phone radiation.

**Ji S, Oh E, Sul D, Choi JW, Park H, Lee E. DNA Damage of Lymphocytes in Volunteers after 4 hours Use of Mobile Phone. J Prev Med Public Health. 37(4):373-380, 2004.**
**OBJECTIVES:**  There has been gradually increasing concern about the adverse health effects of electromagnetic radiation originating from cell phones which are widely used in modern life. Cell phone radiation may affect human health by increasing free radicals of human blood cells. This study has been designed to identify DNA damage of blood cells by electromagnetic radiation caused by cell phone use. **METHODS:** This study investigated the health effect of acute exposure to commercially available cell phones on certain parameters such as an indicator of DNA damage for 14 healthy adult volunteers. Each volunteer during the experiment talked over the cell phone with the keypad facing the right side of the face for 4 hours. The single cell gel electrophoresis assay (Comet assay), which is very sensitive in detecting the presence of DNA strand-breaks and alkali-labile damage in individual cells, was used to assess peripheral blood

JA 06779

Studies that show **Cell Phone** Health Effects

cells (T-cells, B-cells, granulocytes) from volunteers before and after exposure to cell phone radiation. The parameters of Comet assay measured were Olive Tail Moment and Tail DNA %. **RESULTS:** The Olive Tail Moment of B-cells and granulocytes and Tail DNA % of B-cells and granulocytes were increased by a statistically significant extent after 4-hour use of a cell phone compared with controls. **CONCLUSIONS:** It is concluded that cell phone radiation caused the DNA damage during the 4 hours of experimental condition. Nonetheless, this study suggested that cell phone use may increase DNA damage by electromagnetic radiation and other contributing factors.

**Buttiglione M, Roca L, Montemurno E, Vitiello F, Capozzi V, Cibelli G. Radiofrequency radiation (900 MHz) induces Egr-1 gene expression and affects cell-cycle control in human neuroblastoma cells. J Cell Physiol. 213(3):759-767, 2007.**
Many environmental signals, including ionizing radiation and UV rays, induce activation of Egr-1 gene, thus affecting cell growth and apoptosis. The paucity and the controversial knowledge about the effect of electromagnetic fields (EMF) exposure of nerve cells prompted us to investigate the bioeffects of radiofrequency (RF) radiation on SH-SY5Y neuroblastoma cells. The effect of a modulated RF field of 900 MHz, generated by a wire patch cell (WPC) antenna exposure system on Egr-1 gene expression, was studied as a function of time. Short-term exposures induced a transient increase in Egr-1 mRNA level paralleled with activation of the MAPK subtypes ERK1/2 and SAPK/JNK. The effects of RF radiations on cell growth rate and apoptosis were also studied. Exposure to RF radiation had an anti-proliferative activity in SH-SY5Y cells with a significant effect observed at 24 h. RF radiation impaired cell cycle progression, reaching a significant G2-M arrest. In addition, the appearance of the sub-G1 peak, a hallmark of apoptosis, was highlighted after a 24-h exposure, together with a significant decrease in mRNA levels of Bcl-2 and survivin genes, both interfering with signaling between G2-M arrest and apoptosis. Our results provide evidence that exposure to a 900 MHz-modulated RF radiation affect both Egr-1 gene expression and cell regulatory functions, involving apoptosis inhibitors like Bcl-2 and survivin, thus providing important insights into a potentially broad mechanism for controlling in vitro cell viability.

**Tice RR, Hook GG, Donner M, McRee DI, Guy AW. Genotoxicity of radiofrequency signals. I. Investigation of DNA damage and micronuclei induction in cultured human blood cells. Bioelectromagnetics 23:113-126, 2002.**
As part of a comprehensive investigation of the potential genotoxicity of radiofrequency (RF) signals emitted by cellular telephones, in vitro studies evaluated the induction of DNA and chromosomal damage in human blood leukocytes and lymphocytes, respectively. The signals were voice modulated 837 MHz produced by an analog signal generator or by a time division multiple access (TDMA) cellular telephone, 837 MHz generated by a code division multiple access (CDMA) cellular telephone (not voice modulated), and voice modulated 1909.8 MHz generated by a global system of mobile communication (GSM)-type personal communication systems (PCS) cellular telephone. DNA damage (strand breaks/alkali labile sites) was assessed in leukocytes using the alkaline (pH>13) single cell gel electrophoresis (SCG) assay. Chromosomal damage was evaluated in lymphocytes mitogenically stimulated to divide

JA 06780

Studies that show **Cell Phone** Health Effects

postexposure using the cytochalasin B-binucleate cell micronucleus assay. Cells were exposed at 37±1°C, for 3 or 24 h at average specific absorption rates (SARs) of 1.0-10.0 W/kg. Exposure for either 3 or 24 h did not induce a significant increase in DNA damage in leukocytes, nor did exposure for 3 h induce a significant increase in micronucleated cells among lymphocytes. However, exposure to each of the four RF signal technologies for 24 h at an average SAR of 5.0 or 10.0 W/kg resulted in a significant and reproducible increase in the frequency of micronucleated lymphocytes. The magnitude of the response (approximately four fold) was independent of the technology, the presence or absence of voice modulation, and the frequency (837 vs. 1909.8 MHz). This research demonstrates that, under extended exposure conditions, RF signals at an average SAR of at least 5.0 W/kg are capable of inducing chromosomal damage in human lymphocytes.

**Fucic A, Garaj-Vrhovac V, Skara M, Dimitrovic B, X-rays, microwaves and vinyl chloride monomer: their clastogenic and aneugenic activity, using the micronucleus assay on human lymphocytes. Mutat Res 282(4):265-271, 1992.**
Chromosome aberration assays, sister-chromatid exchange techniques and micronucleus assays are commonly used methods for biomonitoring genetic material damaged by chemical or physical agents. On the other hand, their aneugenic activity, which can lead to hypoploidy and may also be associated with carcinogenesis, has not been thoroughly investigated. In our study we chose the micronucleus assay with a new mathematical approach to separate clastogenic from aneugenic activity of three well-known mutagens (vinyl chloride monomer, X-rays and microwaves) on the genome of human somatic cells. The comparison of frequencies of size distribution of micronuclei in the lymphocytes of humans exposed to each of these three mutagens showed that X-rays and microwaves were preferentially clastogens while vinyl chloride monomer showed aneugenic activity as well. Microwaves possess some mutagenic characteristics typical of chemical mutagens.

**Sun LX, Yao K, Jiang H, He JL, Lu DQ, Wang KJ, Li HW [DNA damage and repair induced by acute exposure of microwave from mobile phone on cultured human lens epithelial cells] Zhonghua Yan Ke Za Zhi. 42(12):1084-1088, 2006.** [Article in Chinese]
OBJECTIVE: To investigate the effects of acute exposure of low-power 217 Hz modulated 1. 8 GHz microwave radiation on the DNA damage of human lens epithelial cells (hLECs) and repair. METHODS: Cultured hLECs were exposed to 217 Hz modulated 1. 8 GHz microwave radiation at SAR (specific absorption rate) of 1. 0, 2. 0, 3. O0 and 4. 0 W/kg for 2 hours in an sXc-1800 incubator and irradiate system, the DNA single strand breaks were detected with comet assay ( single-cell gel electrophoresis) in sham-irradiated cells and irradiated cells incubated for varying periods: 0, 30 and 60 minutes after irradiation. Images of comets were digitized and analyzed using an Imagine-pro plus software, and the indexes used in this study were tail length (TL) and tail moment (TM). BrdU was added into the medium with additional one hour incubation after radiation, the cell proliferation rate was determined using a BrdU-kit. RESULTS: The difference of DNA-breaks between the exposure and sham exposure groups induced by 1.0 and 2.0 W/kg irradiation were not significant in each time points (P > 0.05) ; there were significant

JA 06781

Studies that show **Cell Phone** Health Effects

difference in both groups at the exposure dose of 3. 0 and 4. 0 W/kg immediately and at the time of 30 minutes after irradiation (P <0. 01) ; if the radiation exposure time was beyond one hour no differences were be able to detected in 3.0 W/kg group (P > 0. 05) compared with control, but the evidence of significant DNA damage still existed in 4. 0 W/kg group at the same time point. Cell proliferation rate had no significant difference when the application of SAR was < or = 3. 0 W/kg (P >0. 05) , however the cell proliferation was decreased significantly at the dose of 4. 0 W/kg irradiation ( P < 0. 01). CONCLUSIONS: No effective DNA damage was induced using comet assay after 2 hours irradiation of 1. 8 GHz microwave on hLECs at the dose SAR < or = 3.0 W/kg. 4.0 W/kg irradiation caused significantly DNA damage and inhibition of hLECs proliferation.

**Zhao TY, Zou SP, Knapp PE Exposure to cell phone radiation up-regulates apoptosis genes in primary cultures of neurons and astrocytes.Neurosci Lett. 412(1):34-38, 2007.**
The health effects of cell phone radiation exposure are a growing public concern. This study investigated whether expression of genes related to cell death pathways are dysregulated in primary cultured neurons and astrocytes by exposure to a working Global System for Mobile Communication (GSM) cell phone rated at a frequency of 1900MHz. Primary cultures were exposed to cell phone emissions for 2h. We used array analysis and real-time RT-PCR to show up-regulation of caspase-2, caspase-6 and Asc (apoptosis associated speck-like protein containing a card) gene expression in neurons and astrocytes. Up-regulation occurred in both "on" and "stand-by" modes in neurons, but only in "on" mode in astrocytes. Additionally, astrocytes showed up-regulation of the Bax gene. The effects are specific since up-regulation was not seen for other genes associated with apoptosis, such as caspase-9 in either neurons or astrocytes, or Bax in neurons. The results show that even relatively short-term exposure to cell phone radiofrequency emissions can up-regulate elements of apoptotic pathways in cells derived from the brain, and that neurons appear to be more sensitive to this effect than astrocytes.

**Hou Q, Wang M, Wu S, Ma X, An G, Liu H, Xie F. Oxidative changes and apoptosis induced by 1800-MHz electromagnetic radiation in NIH/3T3 cells. Electromagn Biol Med. 2014 Mar 25. [Epub ahead of print]**
To investigate the potential adverse effects of mobile phone radiation, we studied reactive oxygen species (ROS), DNA damage and apoptosis in mouse embryonic fibroblasts (NIH/3T3) after intermittent exposure (5 min on/10 min off, for various durations from 0.5 to 8 h) to an 1800-MHz GSM-talk mode electromagnetic radiation (EMR) at an average specific absorption rate of 2 W/kg. A 2',7'-dichlorofluorescin diacetate fluorescence probe was used to detect intracellular ROS levels, immunofluorescence was used to detect γH2AX foci as a marker for DNA damage, and flow cytometry was used to measure apoptosis. Our results showed a significant increase in intracellular ROS levels after EMR exposure and it reached the highest level at an exposure time of 1 h (p < 0.05) followed by a slight decrease when the exposure continued for as long as 8 h. No significant effect on the number of γH2AX was detected after EMR exposure. The percentage of late-apoptotic cells in the EMR-exposed group

Studies that show **Cell Phone** Health Effects

was significantly higher than that in the sham-exposed groups (p < 0.05). These results indicate that an 1800-MHz EMR enhances ROS formation and promotes apoptosis in NIH/3T3 cells.

**Zhang DY, Xu ZP, Chiang H, Lu DQ, Zeng QL. [Effects of GSM 1800 MHz radiofrequency electromagnetic fields on DNA damage in Chinese hamster lung cells.] Zhonghua Yu Fang Yi Xue Za Zhi. 40(3):149-152, 2006.** [Article in Chinese]
OBJECTIVE: To study the effects of GSM 1800 MHz radiofrequency electromagnetic fields (RF EMF) on DNA damage in Chinese hamster lung (CHL) cells. METHODS: The cells were intermittently exposed or sham-exposed to GSM 1800 MHz RF EMF (5 minutes on/10 minutes off) at a special absorption rate (SAR) of 3.0 W/kg for 1 hour or 24 hours. Meanwhile, cells exposed to 2-acetaminofluorene, a DNA damage agent, at a final concentration of 20 mg/L for 2 hours were used as positive control. After exposure, cells were fixed by using 4% paraformaldehyde and processed for phosphorylated form of H2AX (gammaH2AX) immunofluorescence measurement. The primary antibody used for immunofluorescence was mouse monoclonal antibody against gammaH2AX and the secondary antibody was fluorescein isothiocyanate (FITC)-conjugated goat anti-mouse IgG. Nuclei were counterstained with 4, 6-diamidino-2-phenylindole (DAPI). The gammaH2AX foci and nuclei were visualized with an Olympus AX70 fluorescent microscope. Image Pro-Plus software was used to count the gammaH2AX foci in each cell. For each exposure condition, at least 50 cells were selected to detect gammaH2AX foci. Cells were classified as positive when more than five foci were detected. The percentage of gammaH2AX foci positive cells was adopted as the index of DNA damage. RESULTS: The percentage of gammaH2AX foci positive cell of 1800 MHz RF EMF exposure for 24 hours (37.9 +/- 8.6)% or 2-acetylaminofluorene exposure (50.9 +/- 9.4)% was significantly higher compared with the sham-exposure (28.0 +/- 8.4)%. However, there was no significant difference between the sham-exposure and RF EMF exposure for 1 hour (31.8 +/- 8.7)%. CONCLUSION: 1800 MHz RF EMF (SAR, 3.0 W/kg) for 24 hours might induce DNA damage in CHL cells.

**Zhao R, Zhang SZ, Yao GD, Lu DQ, Jiang H, Xu ZP.[Effect of 1.8 GHz radiofrequency electromagnetic fields on the expression of microtubule associated protein 2 in rat neurons]Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi. 24(4):222-225, 2006.**
[Article in Chinese]
OBJECTIVE: To investigate the changes of gene expression in rat neurons induced by 1.8 GHz radiofrequency electromagnetic fields (RF EMF) and to screen for the RF EMF-responsive genes. METHODS: Newly-born SD rats in 24 hours were sacrificed to obtain cortex and hippocampus neurons. The cells were divided randomly into two groups: the experiment group (the irradiation group) and the control group (the false irradiation group). In the irradiation group, after twelve days' culture, neurons were exposed to 1.8 GHz RF EMF modulated by 217 Hz at a specific absorption rate (SAR) of 2 W/kg for 24 hours (5 minutes on/10 minutes off) while in the false control group, the neurons were put in the same waveguide as in the irradiation group, but were not exposed to any irradiation. The total RNA was isolated and purified immediately after exposure. The

JA 06783

## Studies that show **Cell Phone** Health Effects

affymetrix rat neurobiology U34 assay was used for detecting the changes in gene expression profile according to the manufacturer's instruction. RF EMF-responsive candidate gene was confirmed by using ribonuclease protection assay (RPA). <u>RESULTS: Among 1200 candidate genes, the expression levels of 34 genes were up or down regulated. Microtubule associated protein 2 (Map2) gene was selected as the candidate and subjected to further analysis. RPA data clearly revealed that Map2 was statistically significantly up-regulated after neurons were exposed to the RF EMF (P < 0.05). CONCLUSION: The modulation of gene expression and function of Map2 as a neuron specific cytoskeleton protein is crucial to maintain the normal framework and function of neurons. The finding that 1.8 GHz RF EMF exposure increases the expression of Map2 might indicate some unknown effects of RF EMF on neurons.</u>

**Goswami PC, Albee LD, Parsian AJ, Baty JD, Moros EG, Pickard WF, Roti Roti JL, Hunt CR, Proto-oncogene mRNA levels and activities of multiple transcription factors in C3H 10T 1/2 murine embryonic fibroblasts exposed to 835.62 and 847.74 MHz cellular phone communication frequency radiation. Radiat Res 151(3):300-309, 1999.**
This study was designed to determine whether two differently modulated radiofrequencies of the type generally used in cellular phone communications could elicit a general stress response in a biological system. The two modulations and frequencies studied were a frequency-modulated continuous wave (FMCW) with a carrier frequency of 835.62 MHz and a code division multiple-access (CDMA) modulation centered on 847.74 MHz. Changes in proto-oncogene expression, determined by measuring Fos, Jun, and Myc mRNA levels as well as by the DNA-binding activity of the AP1, AP2 and NF-kappaB transcription factors, were used as indicators of a general stress response. The effect of radiofrequency exposure on proto-oncogene expression was assessed (1) in exponentially growing C3H 10T 1/2 mouse embryo fibroblasts during their transition to plateau phase and (2) during transition of serum-deprived cells to the proliferation cycle after serum stimulation. Exposure of serum-deprived cells to 835.62 MHz FMCW or 847.74 MHz CDMA microwaves (at an average specific absorption rate, SAR, of 0.6 W/kg) did not significantly change the kinetics of proto-oncogene expression after serum stimulation. Similarly, these exposures did not affect either the Jun and Myc mRNA levels or the DNA-binding activity of AP1, AP2 and NF-kappaB in exponential cells during transit to plateau-phase growth. Therefore, these results suggest that the radiofrequency exposure is unlikely to elicit a general stress response in cells of this cell line under these conditions. However, statistically significant increases (approximately 2-fold, P = 0.001) in Fos mRNA levels were detected in exponential cells in transit to the plateau phase and in plateau-phase cells exposed to 835.62MHz FMCW microwaves. For 847.74 MHz CDMA exposure, the increase was 1.4-fold (P = 0.04). <u>This increase in Fos expression suggests that expression of specific genes could be affected by radiofrequency exposure.</u>

**<u>Trosić I</u>, <u>Pavicić I</u>, <u>Milković-Kraus S</u>, <u>Mladinić M</u>, <u>Zeljezić D</u>. Effect of electromagnetic radiofrequency radiation on the rats' brain, liver and kidney cells measured by comet assay. Coll Antropol. 35(4):1259-1264, 2011.**

JA 06784

# Studies that show **Cell Phone** Health Effects

The goal of study was to evaluate DNA damage in rat's renal, liver and brain cells after in vivo exposure to radiofrequency/microwave (Rf/Mw) radiation of cellular phone frequencies range. To determine DNA damage, a single cell gel electrophoresis/comet assay was used. Wistar rats (male, 12 week old, approximate body weight 350 g) (N = 9) were exposed to the carrier frequency of 915 MHz with Global System Mobile signal modulation (GSM), power density of 2.4 W/m2, whole body average specific absorption rate SAR of 0.6 W/kg. The animals were irradiated for one hour/day, seven days/week during two weeks period. The exposure set-up was Gigahertz Transversal Electromagnetic Mode Cell (GTEM--cell). Sham irradiated controls (N = 9) were apart of the study. The body temperature was measured before and after exposure. There were no differences in temperature in between control and treated animals. Comet assay parameters such as the tail length and tail intensity were evaluated. In comparison with tail length in controls (13.5 +/- 0.7 microm), the tail was slightly elongated in brain cells of irradiated animals (14.0 +/- 0.3 microm). The tail length obtained for liver (14.5 +/- 0.3 microm) and kidney (13.9 +/- 0.5 microm) homogenates notably differs in comparison with matched sham controls (13.6 +/- 0.3 microm) and (12.9 +/- 0.9 microm). Differences in tail intensity between control and exposed animals were not significant. The results of this study suggest that, under the experimental conditions applied, repeated 915 MHz irradiation could be a cause of DNA breaks in renal and liver cells, but not affect the cell genome at the higher extent compared to the basal damage.

**Gandhi G, Singh P. Cytogenetic damage in mobile phone users: preliminary data. Int J Hum Genet 5(4):259-265, 2005.**
Mobile telephones, sometimes called cellular (cell) phones or handies, are now an integral part of modern life. The mobile phone handsets are low-powered radiofrequency transmitters, emitting maximum powers in the range of 0.2 to 0.6 watts. Scientific concenrns have increased sufficiently over the possible hazard to health from using cell phones. The reported adverse health effects include physiological, behavioural and cognitive changes as well as tumour formation and genetic damage. However findings are controversial and no consensus exists. Genotoxicity has been observed either in lower organisms or in vitro studies. The aim of the present study hence was to detect any cytogenertic damage in mobile phone users by analysing short term peripheral lymphocyte cultures for chromosomal aberrations and the buccal mucosal cells for micronuclei (aneugenicity and clastogenicity). The results revealed increased number of micronucleated buccal cells and cytological abnormalities in cultured lymphocytes indicating the genotoxic response from mobile phone use.

**Tiwari R, Lakshmi NK, Surender V, Rajesh AD, Bhargava SC, Ahuja YR.Combinative exposure effect of radio frequency signals from CDMA mobile phones and aphidicolin on DNA integrity. Electromagn Biol Med. 27(4):418-425, 2008.**
The aim of present study is to assess DNA integrity on the effect of exposure to a radio frequency (RF) signal from Code Division Multiple Access (CDMA) mobile phones. Whole blood samples from six healthy male individuals were exposed for RF signals from a CDMA mobile phone for 1 h. Alkaline comet assay was performed to assess the DNA

JA 06785

damage. The combinative exposure effect of the RF signals and APC at two concentrations on DNA integrity was studied. DNA repair efficiency of the samples was also studied after 2 h of exposure. The RF signals and APC (0.2 microg/ml) alone or in synergism did not have any significant DNA damage as compared to sham exposed. However, univariate analysis showed that DNA damage was significantly different among combinative exposure of RF signals and APC at 0.2 microg/ml (p < 0.05) and at 2 microg/ml (p < 0.02). APC at 2 microg/ml concentration also showed significant damage levels (p < 0.05) when compared to sham exposed. DNA repair efficiency also varied in a significant way in combinative exposure sets (p < 0.05). From these results, it appears that the repair inhibitor APC enhances DNA breaks at 2 microg/ml concentration and that the damage is possibly repairable. Thus, it can be inferred that the in vitro exposure to RF signals induces reversible DNA damage in synergism with APC.


**Sykes PJ, McCallum BD, Bangay MJ, Hooker AM, Morley AA. Effect of Exposure to 900 MHz Radiofrequency Radiation on Intrachromosomal Recombination in pKZ1 Mice. Radiat Res 156(5):495-502, 2001.**
Radiofrequency (RF) radiation emitted from mobile phones is not considered to be directly genotoxic, but it may have downstream effects on cellular DNA. We studied the effect of 4 W/kg pulsed 900 MHz RF radiation on somatic intrachromosomal recombination in the spleen in the pKZ1 recombination mutagenesis model. Somatic intrachromosomal recombination inversion events were detected in spleen tissue of pKZ1 mice by histochemical staining for E. coli beta-galactosidase protein in cells in which the lacZ transgene has undergone an inversion event. pKZ1 mice were exposed daily for 30 min to plane-wave fields of 900 MHz with a pulse repetition frequency of 217 Hz and a pulse width of 0.6 ms for 1, 5 or 25 days. Three days after the last exposure, spleen sections were screened for DNA inversion events. There was no significant difference between the control and treated groups in the 1- and 5-day exposure groups, but there was a significant reduction in inversions below the spontaneous frequency in the 25-day exposure group. This observation suggests that exposure to RF radiation can lead to a perturbation in recombination frequency which may have implications for recombination repair of DNA. The biological significance of a reduction below the spontaneous frequency is not known. The number of mice in each treatment group in this study was small (n = 10 or n = 20). Therefore, repetition of this study with a larger number of animals is required to confirm these observations.


**Gajski G, Garaj-Vrhovac V. Radioprotective effects of honeybee venom (Apis mellifera) against 915-MHz microwave radiation-induced DNA damage in wistar rat lymphocytes: in vitro study. Int J Toxicol. 28(2):88-98, 2009.**
The aim of this study is to investigate the radioprotective effect of bee venom against DNA damage induced by 915-MHz microwave radiation (specific absorption rate of 0.6 W/kg) in Wistar rats. Whole blood lymphocytes of Wistar rats are treated with 1 microg/mL bee venom 4 hours prior to and immediately before irradiation. Standard and formamidopyrimidine-DNA glycosylase (Fpg)-modified comet assays are used to assess basal and oxidative DNA damage produced by reactive oxygen species. Bee

Studies that show **Cell Phone** Health Effects

venom shows a decrease in DNA damage compared with irradiated samples. Parameters of Fpg-modified comet assay are statistically different from controls, making this assay more sensitive and suggesting that oxidative stress is a possible mechanism of DNA damage induction. Bee venom is demonstrated to have a radioprotective effect against basal and oxidative DNA damage. Furthermore, bee venom is not genotoxic and does not produce oxidative damage in the low concentrations used in this study.

**Furtado-Filho OV, Borba JB, Dallegrave A, Pizzolato TM, Henriques JA, Moreira JC, Saffi J. Effect of 950 MHz UHF electromagnetic radiation on biomarkers of oxidative damage, metabolism of UFA and antioxidants in the livers of young rats of different ages. Int J Radiat Biol. 2013 Jul 25. [Epub ahead of print]**
Purpose: To assess the effect of 950 MHz ultra-high-frequency electromagnetic radiation (UHF EMR) on biomarkers of oxidative damage, as well as to verify the concentration of unsaturated fatty acids (UFA) and the expression of the catalase in the livers of rats of different ages. Materials and methods: Twelve rats were equally divided into two groups as controls (CR) and exposed (ER), for each age (0, 6, 15 and 30 days). Radiation exposure lasted half an hour per day for up to 51 days (21 days of gestation and 6, 15 or 30 days of life outside the womb). The specific absorption rate (SAR) ranged from 1.3-1.0 W/kg. The damage to lipids, proteins and DNA was verified by thiobarbituric acid reactive substances (TBARS), protein carbonyls and comets, respectively. UFA were determined by gas chromatography with a flame ionization detector. The expression of catalase was by Western blotting. Results: The neonates had low levels of TBARS and concentrations of UFA after exposure. There was no age difference in the accumulation of protein carbonyls for any age. The DNA damage of ER 15 or 30 days was different. The exposed neonates exhibited lower expression of catalase. Conclusions: 950 MHz UHF EMR does not cause oxidative stress (OS), and it is not genotoxic to the livers of neonates or those of 6 and 15 day old rats, but it changes the concentrations of polyunsaturated fatty acid (PUFA) in neonates. For rats of 30 days, no OS, but it is genotoxic to the livers of ER to total body irradiation.

**Donnellan M, McKenzie DR, French PW**, **Effects of exposure to electromagnetic radiation at 835 MHz on growth, morphology and secretory characteristics of a mast cell analogue, RBL-2H3.Cell Biol Int 21:427-439, 1997.**
A mast cell line, RBL-2H3, was exposed to 835 MHz for 20 minutes, three times per day for 7 days at a power density of 8.1 +/- 3 mW/cm2. From day 4 onwards, it was observed that the rate of DNA synthesis and cell replication increased, that actin distribution and cell morphology became altered, and the amount of beta-hexosaminidase (a marker of granule secretion) released in response to a calcium ionophore was significantly enhanced, in comparison to unexposed cultures. There were no effects seen on levels of cytoskeletal protein synthesis or of beta-actin mRNA. Morphological changes persisted following subculture for at least 7 days in the absence of further exposure. It is hypothesized that effects of exposure to an electromagnetic field at 835 MHz may be mediated via a signal transduction pathway.

JA 06787

## Studies that show **Cell Phone** Health Effects

**Sun LX, Yao K, He JL, Lu DQ, Wang KJ, Li HW. [Effect of acute exposure to microwave from mobile phone on DNA damage and repair of cultured human lens epithelial cells in vitro.] Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi. 24(8):465-467, 2006.**
[Article in Chinese]
OBJECTIVE: To investigate the DNA damage of human lens epithelial cells (LECs) caused by acute exposure to low-power 217 Hz modulated 1.8 GHz microwave radiation and DNA repair. METHODS: Cultured LECs were exposed to 217 Hz modulated 1.8 GHz microwave radiation at SAR (specific absorption rate) of 0, 1, 2, 3 and 4 W/kg for 2 hours in an sXc-1800 incubator and irradiate system. The DNA single strand breaks were detected with comet assay in sham-irradiated cells and irradiated cells incubated for varying periods: 0, 30, 60, 120 and 240 min after irradiation. Images of comets were digitized and analyzed using an Imagine-pro plus software, and the indexes used in this study were tail length (TL) and tail moment (TM). RESULTS: The difference in DNA-breaks between the exposure and sham exposure groups induced by 1 and 2 W/kg irradiation was not significant at every detect time (P > 0.05). As for the dosage of 3 and 4 W/kg there was difference in both group immediately after irradiation (P < 0.01). At the time of 30 min after irradiation the difference went on at both group (P < 0.01). However, the difference disappeared after one hour's incubation in 3 W/kg group (P > 0.05), and existed in 4 W/kg group. <u>CONCLUSION: No or repairable DNA damage was observed after 2 hour irradiation of 1.8 GHz microwave on LECs when SAR </= 3 W/kg. The DNA damages caused by 4 W/kg irradiation were irreversible.</u>

**Belyaev IY, Hillert L, Protopopova M, Tamm C, Malmgren LO, Persson BR, Selivanova G, Harms-Ringdahl M. 915 MHz microwaves and 50 Hz magnetic field affect chromatin conformation and 53BP1 foci in human lymphocytes from hypersensitive and healthy persons. Bioelectromagnetics. 26(3):173-184, 2005.**
We used exposure to microwaves from a global system for mobile communication (GSM) mobile phone (915 MHz, specific absorption rate (SAR) 37 mW/kg) and power frequency magnetic field (50 Hz, 15 muT peak value) to investigate the response of lymphocytes from healthy subjects and from persons reporting hypersensitivity to electromagnetic field (EMF). The hypersensitive and healthy donors were matched by gender and age and the data were analyzed blind to treatment condition. The changes in chromatin conformation were measured with the method of anomalous viscosity time dependencies (AVTD). 53BP1 protein, which has been shown to colocalize in foci with DNA double strand breaks (DSBs), was analyzed by immunostaining in situ. Exposure at room temperature to either 915 MHz or 50 Hz resulted in significant condensation of chromatin, shown as AVTD changes, which was similar to the effect of heat shock at 41 degrees C. No significant differences in responses between normal and hypersensitive subjects were detected. Neither 915 MHz nor 50 Hz exposure induced 53BP1 foci. On the contrary, a distinct decrease in background level of 53BP1 signaling was observed upon these exposures as well as after heat shock treatments. This decrease correlated with the AVTD data and may indicate decrease in accessibility of 53BP1 to antibodies because of stress-induced chromatin condensation. Apoptosis was determined by morphological changes and by apoptotic fragmentation of DNA as

JA 06788

analyzed by pulsed-field gel electrophoresis (PFGE). No apoptosis was induced by exposure to 50 Hz and 915 MHz microwaves. In conclusion, 50 Hz magnetic field and 915 MHz microwaves under specified conditions of exposure induced comparable responses in lymphocytes from healthy and hypersensitive donors that were similar but not identical to stress response induced by heat shock.

**Belyaev IY, Koch CB, Terenius O, Roxstrom-Lindquist K, Malmgren LO, H Sommer W, Salford LG, Persson BR. Exposure of rat brain to 915 MHz GSM microwaves induces changes in gene expression but not double stranded DNA breaks or effects on chromatin conformation. Bioelectromagnetics.27(4):295-306,2006.**
We investigated whether exposure of rat brain to microwaves (MWs) of global system for mobile communication (GSM) induces DNA breaks, changes in chromatin conformation and in gene expression. An exposure installation was used based on a test mobile phone employing a GSM signal at 915 MHz, all standard modulations included, output power level in pulses 2 W, specific absorption rate (SAR) 0.4 mW/g. Rats were exposed or sham exposed to MWs during 2 h. After exposure, cell suspensions were prepared from brain samples, as well as from spleen and thymus. For analysis of gene expression patterns, total RNA was extracted from cerebellum. Changes in chromatin conformation, which are indicative of stress response and genotoxic effects, were measured by the method of anomalous viscosity time dependencies (AVTD). DNA double strand breaks (DSBs) were analyzed by pulsed-field gel electrophoresis (PFGE). Effects of MW exposure were observed on neither conformation of chromatin nor DNA DSBs. Gene expression profiles were obtained by Affymetrix U34 GeneChips representing 8800 rat genes and analyzed with the Affymetrix Microarray Suite (MAS) 5.0 software. In cerebellum from all exposed animals, 11 genes were upregulated in a range of 1.34-2.74 fold and one gene was downregulated 0.48-fold (P < .0025). The induced genes encode proteins with diverse functions including neurotransmitter regulation, blood-brain barrier (BBB), and melatonin production. The data shows that GSM MWs at 915 MHz did not induce PFGE-detectable DNA double stranded breaks or changes in chromatin conformation, but affected expression of genes in rat brain cells

**Phillips, J.L., Ivaschuk, O., Ishida-Jones, T., Jones, R.A., Campbell-Beachler, M. and Haggren, W.  DNA damage in Molt-4 T- lymphoblastoid cells exposed to cellular telephone radiofrequency  fields in vitro. Bioelectrochem. Bioenerg. 45:103-110, 1998.**
Molt-4 T-lymphoblastoid cells have been exposed to pulsed  signals at cellular telephone frequencies of 813.5625 MHz  (iDEN signal) and 836.55 MHz (TDMA signal). These studies were performed at low SAR (average = 2.4 and 24 microwatt/g for iDEN and 2.6 and 26 microwatt/g for TDMA) in studies designed to look for athermal RF effects. The alkaline comet, or single cell gel electrophoresis, assay was employed to measure DNA single-strand breaks in cell cultures exposed to the radiofrequency (RF) signal as compared to concurrent  sham-exposed cultures. Tail moment and comet extent were calculated as indicators of DNA damage. Statistical differences in the distribution of values for tail moment and comet extent between exposed and control cell cultures were evaluated with the SKolmogorov-Smirnoff distribution test. Data points for all

JA 06789

Studies that show **Cell Phone** Health Effects

experiments of each exposure condition were pooled and analyzed as single groups. It was found that: 1) exposure of cells to the iDEN signal at an SAR of 2.4 microwatt/g for 2 h or 21 h significantly decreased DNA damage; 2) exposure of cells to the TDMA signal at an SAR of 2.6 microwatt/g for 2 h and 21 h significantly decreased  DNA damage; 3) exposure of cells to the iDEN signal at an SAR of 24 microwatt/g for 2 h and 21 h significantly increased DNA damage; 4) exposure of cells to the TDMA signal at an SAR of 26 microwatt/g for 2 h significantly decreased DNA damage. The data indicate a need to study the effects of exposure to RF signals on direct DNA damage and on the rate at which DNA damage is  repaired.

**Belyaev IY, Markovà E, Hillert L, Malmgren LO, Persson BR. Microwaves from UMTS/GSM mobile phones induce long-lasting inhibition of 53BP1/gamma-H2AX DNA repair foci in human lymphocytes. Bioelectromagnetics.30(2):129-141, 2009**
We have recently described frequency-dependent effects of mobile phone microwaves (MWs) of global system for mobile communication (GSM) on human lymphocytes from persons reporting hypersensitivity to electromagnetic fields and healthy persons. Contrary to GSM, universal global telecommunications system (UMTS) mobile phones emit wide-band MW signals. Hypothetically, UMTS MWs may result in higher biological effects compared to GSM signal because of eventual "effective" frequencies within the wideband. Here, we report for the first time that UMTS MWs affect chromatin and inhibit formation of DNA double-strand breaks co-localizing 53BP1/gamma-H2AX DNA repair foci in human lymphocytes from hypersensitive and healthy persons and confirm that effects of GSM MWs depend on carrier frequency. Remarkably, the effects of MWs on 53BP1/gamma-H2AX foci persisted up to 72 h following exposure of cells, even longer than the stress response following heat shock. The data are in line with the hypothesis that the type of signal, UMTS MWs, may have higher biological efficiency and possibly larger health risk effects compared to GSM radiation emissions. No significant differences in effects between groups of healthy and hypersensitive subjects were observed, except for the effects of UMTS MWs and GSM-915 MHz MWs on the formation of the DNA repair foci, which were different for hypersensitive (P < 0.02[53BP1]//0.01[gamma-H2AX]) but not for control subjects (P > 0.05). The non-parametric statistics used here did not indicate specificity of the differences revealed between the effects of GSM and UMTS MWs on cells from hypersensitive subjects and more data are needed to study the nature of these differences.

**Belyaev IY. Radiation-induced DNA repair foci: Spatio-temporal aspects of formation, application for assessment of radiosensitivity and biological dosimetry. Mutat Res. 704(1-3):132-141, 2010.**
Several proteins involved in DNA repair and DNA damage signaling have been shown to produce discrete foci in response to ionizing radiation. These foci are believed to co-localize to DSB and referred to as ionizing radiation-induced foci (IRIF) or DNA repair foci. Recent studies have revealed that some residual IRIF remain in cells for a relatively long time after irradiation, and have indicated a possible correlation between radiosensitivity of cells and residual IRIF. Remarkably, residual foci are significantly larger in size than

JA 06790

## Studies that show **Cell Phone** Health Effects

the initial foci. Increase in the size of IRIF with time upon irradiation has been found in various cell types and has partially been correlated with dynamics and fusion of initial foci. Although it is admitted that the number of IRIF reflect that of DSB, several studies report a lack of correlation between kinetics for IRIF and DSB and a lack of co-localization between DSB repair proteins. These studies suggest that some proportion of residual IRIF that depend on cell type, dose, and post-irradiation time may represent alternations in chromatin structure after DSB have been repaired or misrepaired. While precise functions of residual foci are presently unknown, their possible link to remaining chromatin alternations, nuclear matrix, apoptosis, delayed repair and misrejoining of DSB, activity of several kinases, phosphatases, and checkpoint signaling has been suggested. Another intriguing possibility is that some of DNA repair foci may mark break-points at chromosomal aberrations (CA). While this possibility has not been confirmed substantially, the residual foci seem to be useful for biological dosimetry and estimation of individual radiosensitivity in radiotherapy of cancer.

**Dawe AS, Smith B, Thomas DW, Greedy S, Vasic N, Gregory A, Loader B, de Pomerai DI. A small temperature rise may contribute towards the apparent induction by microwaves of heat-shock gene expression in the nematode Caenorhabditis Elegans. Bioelectromagnetics.27(2):88-97, 2006.**

We have previously reported that low intensity microwave exposure (0.75-1.0 GHz CW at 0.5 W; SAR 4-40 mW/kg) can induce an apparently non-thermal heat-shock response in Caenorhabditis elegans worms carrying hsp16-1::reporter genes. Using matched copper TEM cells for both sham and exposed groups, we can detect only modest reporter induction in the latter exposed group (15-20% after 2.5 h at 26 degrees C, rising to approximately 50% after 20 h). Traceable calibration of our copper TEM cell by the National Physical Laboratory (NPL) reveals significant power loss within the cell (8.5% at 1.0 GHz), accompanied by slight heating of exposed samples ( approximately 0.3 degrees C at 1.0 W). Thus, exposed samples are in fact slightly warmer (by </=0.2 degrees C at 0.5 W) than sham controls. Following NPL recommendations, our TEM cell design was modified with the aim of reducing both power loss and consequent heating. In the modified silver-plated cell, power loss is only 1.5% at 1.0 GHz, and sample warming is reduced to approximately 0.15 degrees C at 1.0 W (i.e., </=0.1 degrees C at 0.5 W). Under sham:sham conditions, there is no difference in reporter expression between the modified silver-plated TEM cell and an unmodified copper cell. However, worms exposed to microwaves (1.0 GHz and 0.5 W) in the silver-plated cell also show no detectable induction of reporter expression relative to sham controls in the copper cell. Thus, the 20% "microwave induction" observed using two copper cells may be caused by a small temperature difference between sham and exposed conditions. In worms incubated for 2.5 h at 26.0, 26.2, and 27.0 degrees C with no microwave field, there is a consistent and significant increase in reporter expression between 26.0 and 26.2 degrees C (by approximately 20% in each of the six independent runs), but paradoxically expression levels at 27.0 degrees C are similar to those seen at 26.0 degrees C. This surprising result is in line with other evidence pointing towards complex regulation of hsp16-1 gene expression across the sub-heat-shock range of 25-27.5 degrees C in C.

JA 06791

## Studies that show **Cell Phone** Health Effects

elegans. We conclude that our original interpretation of a non-thermal effect of microwaves cannot be sustained; at least part of the explanation appears to be thermal.

**P, Tattersall J, Jones D, Candido P, Non-thermal heat-shock response to microwaves, Nature 405:417-418, 2000.**

Nematode worms (C. elegans) exposed overnight to 750-MHz microwaves at a SAR of 0.001 W/kg showed an increased in heat shock proteins (HSPs). (Heat shock proteins are induced in most organisms by adverse conditions (such as heat or toxins) that cause damage to cellular proteins, acting as molecular chaperones to rescue damaged proteins). The authors give several arguments that the microwave-induced effect on HSPs is non-thermal and suggest that 'current exposure limits for microwave equipment may need to be reconsidered.

**de Pomerai DI, Dawe A, DjerbibL, Allan, Brunt G, Daniells C. Growth and maturation of the nematode Caenorhabditis elegans following exposure to weak microwave fields. Enzyme Microbial Tech 30:73-79, 2002.**

Prolonged exposure to weak microwave fields (750-1000 MHz, 0.5 W) at 25°C induces a heat-shock response in transgenic C. elegans strains carrying hsp16 reporter genes [1]. A comparable response to heat alone requires a substantially higher temperature of 28°C, suggesting that microwave heating of worms or of the system as a whole might provide a sufficient explanation, although this can be ruled out by indirect arguments [1]. Here we investigate two further biological consequences of prolonged microwave exposure at 25°C in synchronised cultures of wild-type worm larvae, namely alterations in (i) growth rate (GR) and (ii) the proportion of worms later maturing into egg-bearing adults (MP). Both of these parameters are significantly increased following microwave exposure (GR by 8-11%, and MP by 28-40%), whereas both are significantly decreased (GR by 10% and MP almost abolished) after mild heat treatment at 28°C for the same period. It follows that the biological consequences of microwave exposure are opposite to, and therefore incompatible with, those attributable to mild heating. This evidence does not in itself necessitate a non-thermal mechanism, but does eliminate explanations that invoke the bulk heating of tissues by microwaves. This latter, however, remains the sole basis for current regulations governing microwave exposure.

**de Pomerai DI, Smith B, Dawe A, North K, Smith T, Archer DB, Duce IR, Jones D, Candido EP. Microwave radiation can alter protein conformation without bulk heating. FEBS Lett 543(1-3):93-97, 2003.**

Exposure to microwave radiation enhances the aggregation of bovine serum albumin in vitro in a time- and temperature-dependent manner. Microwave radiation also promotes amyloid fibril formation by bovine insulin at 60 degrees C. These alterations in protein conformation are not accompanied by measurable temperature changes, consistent with estimates from field modelling of the specific absorbed radiation (15-20 mW kg(-1)). Limited denaturation of cellular proteins could explain our previous observation that modest heat-shock responses are induced by microwave exposure in Caenorhabditis elegans. We also show that heat-shock responses both to heat and

microwaves are suppressed after RNA interference ablating heat-shock factor function.

**Tkalec M, Stambuk A, Srut M, Malarić K, Klobučar GI. Oxidative and genotoxic effects of 900 MHz electromagnetic fields in the earthworm Eisenia fetida. Ecotoxicol Environ Saf. 90:7-12, 2013.**
Accumulating evidence suggests that exposure to radiofrequency electromagnetic field (RF-EMF) can have various biological effects. In this study the oxidative and genotoxic effects were investigated in earthworms Eisenia fetida exposed in vivo to RF-EMF at the mobile phone frequency (900 MHz). Earthworms were exposed to the homogeneous RF-EMF at field levels of 10, 23, 41 and 120 V m(-1) for a period of 2h using a Gigahertz Transversal Electromagnetic (GTEM) cell. At the field level of 23 V m(-1) the effect of longer exposure (4h) and field modulation (80% AM 1 kHz sinusoidal) was investigated as well. All exposure treatments induced significant genotoxic effect in earthworms coelomocytes detected by the Comet assay, demonstrating DNA damaging capacity of 900 MHz electromagnetic radiation. Field modulation additionally increased the genotoxic effect. Moreover, our results indicated the induction of antioxidant stress response in terms of enhanced catalase and glutathione reductase activity as a result of the RF-EMF exposure, and demonstrated the generation of lipid and protein oxidative damage. Antioxidant responses and the potential of RF-EMF to induce damage to lipids, proteins and DNA differed depending on the field level applied, modulation of the field and duration of E. fetida exposure to 900 MHz electromagnetic radiation. Nature of detected DNA lesions and oxidative stress as the mechanism of action for the induction of DNA damage are discussed.

# Effects on Pregnancy and Fetus

**Luo Q, Jiang Y, Jin M, Xu J, Huang HF. Proteomic Analysis on the Alteration of Protein Expression in the Early-Stage Placental Villous Tissue of Electromagnetic Fields Associated With Cell Phone Exposure. Reprod Sci. 2013 Feb 18. [Epub ahead of print]**
Background:To explore the possible adverse effects and search for cell phone electromagnetic field (EMF)-responsive proteins in human early reproduction, a proteomics approach was employed to investigate the changes in protein expression profile induced by cell phone EMF in human chorionic tissues of early pregnancy in vivo.Methods:Volunteer women about 50 days pregnant were exposed to EMF at the average absorption rate of 1.6 to 8.8 W/kg for 1 hour with the irradiation device placed 10 cm away from the umbilicus at the midline of the abdomen. The changes in protein profile were examined using 2-dimensional electrophoresis (2-DE).Results:Up to 15 spots have yielded significant change at least 2- to 2.5-folds up or down compared to sham-exposed group. Twelve proteins were identified- procollagen-proline, eukaryotic translation elongation factor 1 delta, chain D crystal structure of human vitamin D-binding protein, thioredoxin-like 3, capping protein, isocitrate dehydrogenase 3 alpha, calumenin, Catechol-O-methyltransferase protein, proteinase inhibitor 6 (PI-6; SerpinB6) protein, 3,2-trans-enoyl-CoA isomerase protein, chain B human erythrocyte 2,3-

JA 06793

## Studies that show **Cell Phone** Health Effects

bisphosphoglycerate mutase, and nucleoprotein.Conclusion:Cell phone EMF might alter the protein profile of chorionic tissue of early pregnancy, during the most sensitive stage of the embryos. The exposure to EMF may cause adverse effects on cell proliferation and development of nervous system in early embryos. Furthermore, 2-DE coupled with mass spectrometry is a promising approach to elucidate the effects and search for new biomarkers for environmental toxic effects.

**Odacı E, Unal D, Mercantepe T, Topal Z, Hancı H, Türedi S, Erol H, Mungan S, Kaya H, Colakoğlu S.Pathological effects of prenatal exposure to a 900 MHz electromagnetic field on the 21-day-old male rat kidney. Biotech Histochem. 2014 Aug 27:1-9. [Epub ahead of print]**

We investigated the effects on kidney tissue of 900 megahertz (MHz) EMF applied during the prenatal period.  Pregnant rats were exposed to 900 MHz EMF, 1 h/day, on days 13-21 of pregnancy; no procedure was performed on control group pregnant rats or on mothers or newborns after birth. On postnatal day 21, kidney tissues of male rat pups from both groups were examined by light and electron microscopy. Malondialdehyde (MDA), superoxide dismutase (SOD), catalase (CAT) and glutathione levels also were investigated.  Light microscopy revealed some degenerative changes in the tubule epithelium, small cystic formations in the primitive tubules and large cysts in the cortico-medullary or medullary regions in the experimental group. Electron microscopy revealed a loss of peritubular capillaries and atypical parietal layer epithelial cells in the experimental group. Biochemical analysis showed significantly increased MDA levels in the experimental group and decreased SOD and CAT levels. EMF applied during the prenatal period can caused pathological changes in kidney tissue in 21-day-old male rats owing to oxidative stress and decreased antioxidant enzyme levels.

**Liu XY, Bian XM, Han JX, Cao ZJ, Fan GS, Zhang C, Zhang WL, Zhang SZ, Sun XG. [Risk factors in the living environment of early spontaneous abortion pregnant women] Zhongguo Yi Xue Ke Xue Yuan Xue Bao. 29(5):661-664, 2007.**[Article in Chinese] OBJECTIVE: To study the relationship between early spontaneous abortion and living environment, and explore the risk factors of spontaneous abortion. METHODS: We conducted analysis based on the interview of 200 spontaneous abortion cases and the matched control (age +/- 2 years) by using multifactor Logistic regression analysis. RESULTS: The proportions of watching TV > or =10 hours/week, operating computer > or =45 hours/week, using copycat, microwave oven and mobile phone, electromagnetism equipment near the dwell or work place, e. g. switch room < or =50 m and launching tower < or =500 m in the cases are significantly higher than those in the controls in single factor analysis (all P < 0.05). After adjusted the effect of other risk factors by multifactor analysis, using microwave oven and mobile phone, contacting abnormal smell of fitment material > or =3 months, having emotional stress during the first term of pregnancy and spontaneous abortion history were significantly associated with risk of spontaneous abortion. The odds ratios of these risk factors were 2.23 and 4.63, respectively. CONCLUSION: Using microwave oven and mobile phone, contacting

abnormal smell of fitment material > or =3 months, having emotional stress during the first term of pregnancy, and spontaneous abortion history are risk factors of early spontaneous abortion.

**Rezk AY**, **Abdulqawi K**, **Mustafa RM**, **Abo El-Azm TM**, **Al-Inany H**. **Fetal and neonatal responses following maternal exposure to mobile phones.** Saudi Med J. **29(2):218-223, 2008.**

OBJECTIVE: To study fetal and neonatal heart rate (HR) and cardiac output (COP), following acute maternal exposure to electromagnetic fields (EMF) emitted by mobile phones. METHODS: The present study was carried out at Benha University Hospital and El-Shorouq Hospital, Cairo, Egypt, from October 2003 to March 2004. Ninety women with uncomplicated pregnancies aged 18-33 years, and 30 full term healthy newborn infants were included. The pregnant mothers were exposed to EMF emitted by mobile telephones while on telephone-dialing mode for 10 minutes during pregnancy and after birth. The main outcome were measurements of fetal and neonatal HR and COP. RESULTS: A statistical significant increase in fetal and neonatal HR, and statistical significant decrease in stroke volume and COP before and after use of mobile phone were noted. All these changes are attenuated with increase in gestational age. CONCLUSION: Exposure of pregnant women to mobile phone significantly increase fetal and neonatal HR, and significantly decreased the COP.

**Pyrpasopoulou A, Kotoula V, Cheva A, Hytiroglou P, Nikolakaki E, Magras IN, Xenos TD, Tsiboukis TD, Karkavelas G. Bone morphogenetic protein expression in newborn rat kidneys after prenatal exposure to radiofrequency radiation. Bioelectromagnetics 25(3):216-227, 2004.**

Effects of nonthermal radiofrequency radiation (RFR) of the global system of mobile communication (GSM) cellular phones have been as yet mostly studied at the molecular level in the context of cellular stress and proliferation, as well as neurotransmitter production and localization. In this study, a simulation model was designed for the exposure of pregnant rats to pulsed GSM-like RFR (9.4 GHz), based on the different resonant frequencies of man and rat. The power density applied was 5 microW/cm2, in order to avoid thermal electromagnetic effects as much as possible. Pregnant rats were exposed to RFR during days 1-3 postcoitum (p.c.) (embryogenesis, pre-implantation) and days 4-7 p.c. (early organogenesis, peri-implantation). Relative expression and localization of bone morphogenetic proteins (BMP) and their receptors (BMPR), members of a molecular family currently considered as major endocrine and autocrine morphogens and known to be involved in renal development, were investigated in newborn kidneys from RFR exposed and sham irradiated (control) rats. Semi-quantitative duplex RT-PCR for BMP-4, -7, BMPR-IA, -IB, and -II showed increased BMP-4 and BMPR-IA, and decreased BMPR-II relative expression in newborn kidneys. These changes were statistically significant for BMP-4, BMPR-IA, and -II after exposure on days 1-3 p.c. (P <.001 each), and for BMP-4 and BMPR-IA after exposure on days 4-7 p.c. (P <.001 and P =.005, respectively). Immunohistochemistry and in situ hybridization (ISH) showed aberrant expression and localization of these molecules at the histological level.

Studies that show **Cell Phone** Health Effects

Our findings suggest that GSM-like RFR interferes with gene expression during early gestation and results in aberrations of BMP expression in the newborn. These molecular changes do not appear to affect renal organogenesis and may reflect a delay in the development of this organ. The differences of relative BMP expression after different time periods of exposure indicate the importance of timing for GSM-like RFR effects on embryonic development.

**İkinci A, Odacı E, Yıldırım M, Kaya H, Akça M, Hancı H, Aslan A, Sönmez OF, Baş O. The Effects of Prenatal Exposure to a 900 Megahertz Electromagnetic Field on Hippocampus Morphology and Learning Behavior in Rat Pups. NeuroQuantology. 11(4):582-590, 2013.**

The purpose of this study was to examine the effect on hippocampus morphology and learning behavior in rat pups following prenatal exposure to a 900 megahertz (MHz) electromagnetic field (EMF). Female Sprague Dawley rats weighing 180-250 g were left to mate with males. The following day, pregnant rats identified as such by the vaginal smear test were divided into two groups, control (n=3) and EMF (n=3). No procedures were performed on the control group. The rats in the EMF group were exposed to 900 MHz EMF on days 13 to 21 of pregnancy, for 1 h a day. Female rat pups were removed from their mothers at 22 days old. We then established two newborn rat groups, a 13 member control group and a 10 member EMF group. Radial arm maze and passive avoidance tests were used to measure rat pups' learning and memory performance. All rats were decapitated on the postnatal 32nd day. Routine histological procedures were performed on the brain tissues, and sections were stained with Cresyl fast violet. The radial arm maze (p=0.007) and passive avoidance (p=0.032) tests were administered to both groups under identical conditions, and compromised learning behavior was determined in the EMF group rats. Morphological compromise was also determined in the EMF group sections. Our results show that the application of a 900 MHz EMF in the prenatal period adversely affected female pups' learning behavior and also resulted in histopathological changes appearing in the hippocampus.

**Ulubay M, Yahyazadeh A, Deniz OG, Kıvrak EG, Altunkaynak BZ, Erdem G, Kaplan S. Effects of prenatal 900 MHz electromagnetic field exposures on the histology of rat kidney. Int J Radiat Biol. 2014 Aug 1:1-25. [Epub ahead of print]**

Purpose: To research the harmful effects of prenatal exposure of 900 megahertz (MHz) electromagnetic field (EMF) on kidneys of four-week-old male rats and to determine protective effects of melatonin (MEL) and omega-3 ($\omega$-3). Materials and methods: Twenty-one Wistar albino rats were randomly placed into seven groups as follows: control (Cont), Sham, MEL, $\omega$-3, EMF, EMF+MEL and EMF+$\omega$-3. After mating, three groups (EMF, EMF+MEL, EMF+ $\omega$-3) were exposed to an EMF. In the fourth week subsequent to parturition, six rats were randomly chosen from each group. Mean volume of kidneys and renal cortices, the total number of glomeruli and basic histological structure of kidney were evaluated by stereological and light microscopical methods, respectively. Results: Stereological results determined the mean volume of the kidneys and cortices were significantly increased in EMF-exposed groups compared

JA 06796

to the Cont group. However, EMF-unexposed groups were not significantly modified compared to the Cont group. Additionally, the total number of glomeruli was significantly higher in EMF-unexposed groups compared to the Cont group. Alternatively, the number of glomeruli in EMF-exposed groups was decreased compared to the Cont group. Conclusions: Prenatal exposure of rat kidneys to 900 MHz EMF resulted in increased total kidney volume and decreased the numbers of glomeruli. Moreover, MEL and ω-3 prevented adverse effects of EMF on the kidneys.

**Köktürk S, Yardimoglu M, Celikozlu SD, Dolanbay EG, Cimbiz A. Effect of Lycopersicon esculentum extract on apoptosis in the rat cerebellum, following prenatal and postnatal exposure to an electromagnetic field. Exp Ther Med. 6(1):52-56, 2013.**
The expansion of mobile phone technology has raised concerns regarding the effect of 900-MHz electromagnetic field (EMF) exposure on the central nervous system. At present, the developing human brain is regularly exposed to mobile telephones, pre- and postnatally. Several studies have demonstrated the acute effects of EMF exposure during pre- or postnatal periods; however, the chronic effects of EMF exposure are less understood. Thus, the aim of the present study was to determine the chronic effects of EMF on the pre- and postnatal rat cerebellum. The control group was maintained in the same conditions as the experimental groups, without the exposure to EMF. In the EMF1 group, the rats were exposed to EMF during pre- and postnatal periods (until postnatal day 80). In the EMF2 group, the rats were also exposed to EMF pre- and postnatally; in addition, however, they were provided with a daily oral supplementation of *Lycopersicon esculentum* extract (∼2 g/kg). The number of caspase-3-labeled Purkinje neurons and granule cells present in the rats in the control and experimental groups were then counted. The neurodegenerative changes were studied using cresyl violet staining, and these changes were evaluated. In comparison with the control animals, the EMF1 group demonstrated a significant increase in the number of caspase-3-labeled Purkinje neurons and granule cells present in the cerebellum (P<0.001). However, in comparison with the EMF1 group, the EMF2 group exhibited significantly fewer caspase-3-labeled Purkinje neurons and granule cells in the cerebellum. In the EMF1 group, the Purkinje neurons were revealed to have undergone dark neuron degenerative changes. However, the presence of dark Purkinje neurons was reduced in the EMF2 group, compared with the EMF1 group. The results indicated that apoptosis and neurodegeneration in rats exposed to EMF during pre- and postnatal periods may be reduced with *Lycopersicon esculentum* extract therapy.

**Tillmann T, Ernst H, Streckert J, Zhou Y, Taugner F, Hansen V, Dasenbrock C. Indication of cocarcinogenic potential of chronic UMTS-modulated radiofrequency exposure in an ethylnitrosourea mouse model. nt J Radiat Biol. 86(7):529-541, 2010.**
PURPOSE: To evaluate putative effects on tumour susceptibility in mice exposed to a UMTS (universal mobile telecommunications system) test signal for up to 24 months, commencing with embryo-fetal exposure.MATERIAL AND METHODS: Animals were exposed to UMTS fields with intensities of 0, 4.8, and 48 W/m(2), the low-dose group (4.8 W/m(2)) was subjected to additional prenatal ethylnitrosourea treatment (40 mg

JA 06797

## Studies that show **Cell Phone** Health Effects

ENU/kg body weight).RESULTS: The high-level UMTS exposure (48 W/m(2)), the sham exposure, and the cage control control groups showed comparable tumour incidences in the protocol organs. In contrast, the ENU-treated group UMTS-exposed at 4.8 W/m(2) displayed an enhanced lung tumour rate and an increased incidence of lung carcinomas as compared to the controls treated with ENU only. Furthermore, tumour multiplicity of the lung carcinomas was increased and the number of metastasising lung tumours was doubled in the ENU/UMTS group as compared to the ENU control group.CONCLUSION: This pilot study indicates a cocarcinogenic effect of lifelong UMTS exposure (4.8 W/m(2)) in female B6C3F1 descendants subjected to pretreatment with ethylnitrosourea.

**Türedi S, Hancı H, Topal Z, Unal D, Mercantepe T, Bozkurt I, Kaya H, Odacı E. The effects of prenatal exposure to a 900-MHz electromagnetic field on the 21-day-old male rat heart. Electromagn Biol Med. 2014 Aug 28:1-8. [Epub ahead of print]**
Abstract The growing spread of mobile phone use is raising concerns about the effect on human health of the electromagnetic field (EMF) these devices emit. The purpose of this study was to investigate the effects on rat pup heart tissue of prenatal exposure to a 900 megahertz (MHz) EMF. For this purpose, pregnant rats were divided into experimental and control groups. Experimental group rats were exposed to a 900 MHz EMF (1 h/d) on days 13-21 of pregnancy. Measurements were performed with rats inside the exposure box in order to determine the distribution of EMF intensity. Our measurements showed that pregnant experimental group rats were exposed to a mean electrical field intensity of 13.77 V/m inside the box (0.50 W/m$^2$). This study continued with male rat pups obtained from both groups. Pups were sacrificed on postnatal day 21, and the heart tissues were extracted. Malondialdehyde, superoxide dismutase and catalase values were significantly higher in the experimental group rats, while glutathione values were lower. Light microscopy revealed irregularities in heart muscle fibers and apoptotic changes in the experimental group. Electron microscopy revealed crista loss and swelling in the mitochondria, degeneration in myofibrils and structural impairments in Z bands. Our study results suggest that exposure to EMF in the prenatal period causes oxidative stress and histopathological changes in male rat pup heart tissue.

**Aldad TS, Gan G, Gao XB, Taylor HS.Fetal radiofrequency radiation exposure from 800-1900 mhz-rated cellular telephones affects neurodevelopment and behavior in mice.Sci Rep. 2:312, 2012.**
Neurobehavioral disorders are increasingly prevalent in children, however their etiology is not well understood. An association between prenatal cellular telephone use and hyperactivity in children has been postulated, yet the direct effects of radiofrequency radiation exposure on neurodevelopment remain unknown. Here we used a mouse model to demonstrate that in-utero radiofrequency exposure from cellular telephones does affect adult behavior. Mice exposed in-utero were hyperactive and had impaired memory as determined using the object recognition, light/dark box and step-down assays. Whole cell patch clamp recordings of miniature excitatory postsynaptic currents

JA 06798

Studies that show **Cell Phone** Health Effects

(mEPSCs) revealed that these behavioral changes were due to altered neuronal developmental programming. Exposed mice had dose-responsive impaired glutamatergic synaptic transmission onto layer V pyramidal neurons of the prefrontal cortex. We present the first experimental evidence of neuropathology due to in-utero cellular telephone radiation. Further experiments are needed in humans or non-human primates to determine the risk of exposure during pregnancy.

**Barteri M, Pala A, Rotella S. Structural and kinetic effects of mobile phone microwaves on acetylcholinesterase activity. Biophys Chem. 113(3):245-253, 2005.**
The present study provides evidence that "in vitro" simple exposure of an aqueous solution of electric eel acetylcholinesterase (EeAChE; EC 3.1.1.7.) to cellular phone emission alters its enzymatic activity. This paper demonstrates, by combining different experimental techniques, that radio frequency (RF) radiations irreversibly affect the structural and biochemical characteristics of an important CNS enzyme. These results were obtained by using a commercial cellular phone to reproduce the reality of the human exposition. This experimental procedure provided surprising effects collected practically without experimental errors because they were obtained comparing native and irradiated sample of the same enzyme solution. Although these results cannot be used to conclude whether exposure to RF during the use of cellular phone can lead to any hazardous health effect, they may be a significant first step towards further verification of these effects on other "ex vivo" or "in vivo" biological systems.

**Cetin H, Nazıroğlu M, Celik O, Yüksel M, Pastacı N, Ozkaya MO. Liver antioxidant stores protect the brain from electromagnetic radiation (900 and 1800 MHz)-induced oxidative stress in rats during pregnancy and the development of offspring. J Matern Fetal Neonatal Med. 2014 Mar 3. [Epub ahead of print]**
Objectives: The present study determined the effects of mobile phone (900 and 1800 MHz)-induced electromagnetic radiation (EMR) exposure on oxidative stress in the brain and liver as well as the element levels in growing rats from pregnancy to 6 weeks of age. Methods: Thirty-two rats and their offspring were equally divided into 3 different groups: the control, 900 MHz, and 1800 MHz groups. The 900 MHz and 1800 MHz groups were exposed to EMR for 60 min/day during pregnancy and neonatal development. At the 4th, 5th, and 6th weeks of the experiment, brain samples were obtained.  Results: Brain and liver glutathione peroxidase (GSH-Px) activities, as well as liver vitamin A and β-carotene concentrations decreased in the EMR groups, although brain iron, vitamin A, and β-carotene concentrations increased in the EMR groups. In the 6th week, selenium concentrations in the brain decreased in the EMR groups. There were no statistically significant differences in glutathione, vitamin E, chromium, copper, magnesium, manganese, and zinc concentrations between the 3 groups.  Conclusion: EMR-induced oxidative stress in the brain and liver was reduced during the development of offspring. Mobile phone-induced EMR could be considered as a cause of oxidative brain and liver injury in growing rats.

**Odaci E, Bas O, Kaplan S. Effects of prenatal exposure to a 900 MHz electromagnetic**

field on the dentate gyrus of rats: a stereological and histopathological study. **Brain Res.** 1238:224-229, 2008.

Electromagnetic fields (EMFs) inhibit the formation and differentiation of neural stem cells during embryonic development. In this study, the effects of prenatal exposure to EMF on the number of granule cells in the dentate gyrus of 4-week-old rats were investigated. This experiment used a control (Cont) group and an EMF exposed (EMF) group (three pregnant rats each group). The EMF group consisted of six offspring (n=6) of pregnant rats that were exposed to an EMF of up to 900 megahertz (MHz) for 60 min/day between the first and last days of gestation. The control group consisted of five offspring (n=5) of pregnant rats that were not treated at all. The offspring were sacrificed when they were 4 weeks old. The numbers of granule cells in the dentate gyrus were analyzed using the optical fractionator technique. The results showed that prenatal EMF exposure caused a decrease in the number of granule cells in the dentate gyrus of the rats (P<0.01). This suggests that prenatal exposure to a 900 MHz EMF affects the development of the dentate gyrus granule cells in the rat hippocampus. Cell loss might be caused by an inhibition of granule cell neurogenesis in the dentate gyrus.

**Odacı E, İkinci A, Yıldırım M, Kaya H, Akça M, Hancı H, Sönmez OF, Aslan A, Okuyan M, Baş O. The Effects of 900 Megahertz Electromagnetic Field Applied in the Prenatal Period on Spinal Cord Morphology and Motor Behavior in Female Rat Pups. NeuroQuantology 11:573-581, 2013.**

This study investigated the effect of a 900 megahertz (MHz) electromagnetic field (EMF) applied in the prenatal period on the spinal cord and motor behavior of female rat pups. Beginning of the study, female Sprague Dawley rats (180–250 g) were left to mate with male rats. Rats identified as pregnant were then divided into control (n=3) and EMF groups (n=3). The EMF group was exposed to 1-h 900 MHz EMF daily between days 13 and 21 of pregnancy. At 21 days old, rat pups were removed from their mothers and divided into two newborn rat groups, control (n=13) and EMF (n=10). The rotarod test was applied to the rat pups to assess motor functions and the open field test to evaluate locomotor activity. On day 32 of the study, the rat pups were decapitated, and the spinal cord in the upper thoracic region was removed. Following routine histological tests, they were stained with Cresyl fast violet. Rotarod test results revealed a significant increase in EMF group rat pups' motor functions (p=0.037). However, no difference was observed in the open field test results (p>0.05). In the EMF group' rat pups, we observed pathological changes in the spinal cord. On the basis of our results, 900 MHz EMF applied in the prenatal period affected spinal cord development. This effect was observed in the form of pathological changes in the spinal cord of rat pups, and it may be that these pathological changes led to an increase in rat pups' motor activities.

**Jing J, Yuhua Z, Xiao-qian Y, Rongping J, Dong-mei G, Xi C. The influence of microwave radiation from cellular phone on fetal rat brain. Electromagn Biol Med. 31(1):57-66, 2012.**

The increasing use of cellular phones in our society has brought focus on the potential detrimental effects to human health by microwave radiation. The aim of our study was

Studies that show **Cell Phone** Health Effects

to evaluate the intensity of oxidative stress and the level of neurotransmitters in the brains of fetal rats chronically exposed to cellular phones. The experiment was performed on pregnant rats exposed to different intensities of microwave radiation from cellular phones. Thirty-two pregnant rats were randomly divided into four groups: CG, GL, GM, and GH. CG accepted no microwave radiation, GL group radiated 10 min each time, GM group radiated 30 min, and GH group radiated 60 min. The 3 experimental groups were radiated 3 times a day from the first pregnant day for consecutively 20 days, and on the 21st day, the fetal rats were taken and then the contents of superoxide dismutase (SOD), glutathione peroxidase (GSH-Px), malondialdehyde (MDA), noradrenaline (NE), dopamine (DA), and 5-hydroxyindole acetic acid (5-HT) in the brain were assayed. Compared with CG, there were significant differences (P<0.05) found in the contents of SOD, GSH-Px, and MDA in GM and GH; the contents of SOD and GSH-Px decreased and the content of MDA increased. The significant content differences of NE and DA were found in fetal rat brains in GL and GH groups, with the GL group increased and the GH group decreased. Through this study, we concluded that receiving a certain period of microwave radiation from cellular phones during pregnancy has certain harm on fetal rat brains.

**Dasdag S; Akdag MZ; Ayyıldız O, Demirtas OC, Yayla M, Sert C. Do cellular phones alter blood parameters and birth weight of rats?** Electromag Biol Med. 19:107-113, 2000.

The present study aimed to investigate the effects of microwaves (MW) emitted by cellular phones (CPs) on peripheral blood parameters and birth weights of rats. Thirty-six albino rats were divided into four groups, male (n = 6) and female sham-exposed groups (n = 12) and male (n = 6) and female experimental groups (n = 12). No blood parameters differed following exposure (p > 0.05). The birth weight of offspring in the experimental group was significantly lower than in the sham-exposed group (p < 0.001). No significant differences were observed between rectal temperatures of rats in the sham and experimental groups (p > 0.05). The specific absorption rate (SAR) was found to be 0.155 W/kg for the experimental groups. All parameters investigated were normal in the next generation of rats (p > 0.05).

**Fragopoulou AF, Koussoulakos SL, Margaritis LH. Cranial and postcranial skeletal variations induced in mouse embryos by mobile phone radiation. Pathophysiology. 17(3):169-177, 2010.**

This study focuses on foetal development following mild daily exposure of pregnant mice to near field electromagnetic radiation emitted by a mobile phone. The investigation was motivated by the fact that the potentially hazardous electromagnetic radiation emitted by mobile phones is currently of tremendous public interest. Physically comparable pregnant mice were exposed to radiofrequency radiation GSM 900MHz emitted by a mobile phone. Within 5h after birth most cubs were fixed followed by double staining in toto, and conventional paraffin histology. Other cubs remained with their mothers until teeth eruption. Structural development was assessed by examining newborns for the presence of anomalies and/or variations in soft tissues

JA 06801

and skeletal anatomy. Electromagnetic radiofrequency exposed newborns, externally examined, displayed a normal phenotype. Histochemical and histological studies, however, revealed variations in the exposed foetuses with respect to control ones concerning the ossification of cranial bones and thoracic cage ribs, as well as displacement of Meckelian cartilage. Littermates examined after teeth eruption displayed normal phenotypes. It is concluded that mild exposure to mobile phone radiation may affect, although transiently, mouse foetal development at the ossification level. The developmental variations observed could be explained by considering the different embryonic origin and mode of ossification of the affected skeletal elements.

**Ferreira AR, Knakievicz T, de Bittencourt Pasquali MA, Gelain DP, Dal-Pizzol F, Fernandez CE, de Almeida de Salles AA, Ferreira HB, Moreira JC. Ultra high frequency-electromagnetic field irradiation during pregnancy leads to an increase in erythrocytes micronuclei incidence in rat offspring. Life Sci. 80(1)43-50, 2006.**
Mobile telephones and their base stations are an important ultra high frequency-electromagnetic field (UHF-EMF) source and their utilization is increasing all over the world. Epidemiological studies suggested that low energy UHF-EMF emitted from a cellular telephone may cause biological effects, such as DNA damage and changes on oxidative metabolism. An in vivo mammalian cytogenetic test, the micronucleus (MN) assay, was used to investigate the occurrence of chromosomal damage in erythrocytes from rat offspring exposed to a non-thermal UHF-EMF from a cellular phone during their embryogenesis; the irradiated group showed a significant increase in MN occurrence. In order to investigate if UHF-EMF could also alter oxidative parameters in the peripheral blood and in the liver - an important hematopoietic tissue in rat embryos and newborns - we also measured the activity of antioxidant enzymes, quantified total sulfhydryl content, protein carbonyl groups, thiobarbituric acid-reactive species and total non-enzymatic antioxidant defense. No significant differences were found in any oxidative parameter of offspring blood and liver. The average number of pups in each litter has also not been significantly altered. Our results suggest that, under our experimental conditions, UHF-EMF is able to induce a genotoxic response in hematopoietic tissue during the embryogenesis through an unknown mechanism.

**Haghani M, Shabani M, Moazzami K. Maternal mobile phone exposure adversely affects the electrophysiological properties of Purkinje neurons in rat offspring. Neuroscience. 2013 Jul 29. pii: S0306-4522(13)00643-X. doi: 10.1016/j.neuroscience.2013.07.049. [Epub ahead of print]**
Electromagnetic field (EMF) radiations emitted from mobile phones may cause structural damage to neurons. With the increased usage of mobile phones worldwide, concerns about their possible effects on the nervous system are rising. In the present study, we aimed to elucidate the possible effects of prenatal EMF exposure on the cerebellum of offspring Wistar rats. Rats in EMF group were exposed to 900 MHz Pulse-EMF irradiation for six hours per day during all gestation period. Ten offspring's per each group were evaluated for behavioral and electrophysiological evaluations. Cerebellum - related behavioral dysfunctions were analyzed using motor learning and cerebellum-

JA 06802

## Studies that show **Cell Phone** Health Effects

dependent functional tasks (Accelerated Rotarod, Hanging and Open field tests). Whole cell- patch clamp recordings were used for electrophysiological evaluations. The results of the present study failed to show any behavioral abnormalities in rats exposed to chronic EMF radiation. However, whole cell patch clamp recordings revealed decreased neuronal excitability of Purkinje cells in rats exposed to EMF. The most prominent changes included afterhyperpolarization amplitude, spike frequency, half width and first spike latency. In conclusion, the results of the present study show that prenatal EMF exposure results in altered electrophysiological properties of Purkinje neurons. However, these changes may not be severe enough to alter the cerebellum-dependent functional tasks.


**Col-Araz N. Evaluation of factors affecting birth weight and preterm birth in southern Turkey. J Pak Med Assoc. 2013 Apr;63(4):459-62.**
OBJECTIVE: To identify factors affecting birth weight and pre-term birth, and to find associations with electromagnetic devices such as television, computer and mobile phones. METHODS:  The study was conducted in Turkey at Gazintep University, Faculty of Medicine's Outpatient Clinic at the Paediatric Ward. It comprised 500 patients who presented at the clinic from May to December 2009. All participants were administered a questionnaire regarding their pregnancy history. SPSS 13 was used for statistical analysis. RESULTS: In the study, 90 (19%) patients had pre-term birth, and 64 (12.9%) had low birth weight rate Birth weight was positively correlated with maternal age and baseline maternal weight ($r = 0.115$, $p < 0.010$; $r = 0.168$, $p < 0.000$, respectively). Pre-term birth and birth weight less than 2500g were more common in mothers with a history of disease during pregnancy ($p < 0.046$ and $p < 0.008$, respectively). The habit of watching television and using mobile phones and computer by mothers did not demonstrate any relationship with birth weight. Mothers who used mobile phones or computers during pregnancy had more deliveries before 37 weeks ($p < 0.018$, $p < 0.034$; respectively). Similarly, pregnancy duration was shorter in mothers who used either mobile phone or computers during pregnancy ($p < 0.005$, $p < 0.048$, respectively). CONCLUSION:  Mobile phones and computers may have an effect on pre-term birth.


**Orhan Baş, Osman Fikret Sönmez, Ali Aslan, Ayşe İkinci, Hatice Hancı, Mehmet Yıldırım, Haydar Kaya, Metehan Akça, Ersan Odacı.  Pyramidal Cell Loss in the Cornu Ammonis of 32-day-old Female Rats Following Exposure to a 900 Megahertz Electromagnetic Field During Prenatal Days 13–21. NeuroQuantology 11:591-599, 2013.**
The number of studies reporting that the electromagnetic field (EMF) emitted by mobile phones affects human health is increasing by the day. In previous studies we reported that a 900 megahertz (MHz) EMF applied throughout the prenatal period reduced the number of pyramidal cells in the cornu ammonis of rat pups in the postnatal period. In this study we investigated the effect of a 900 MHz EMF applied on days 13-21 of the prenatal period on the number of pyramidal cells in the cornu ammonis of rat pups in the postnatal period. For that purpose, pregnant rats were divided into experimental and control groups. Experimental group pregnant rats were exposed to the effect of a

Studies that show **Cell Phone** Health Effects

900 MHz EMF on days 13-21 of pregnancy. No procedure was applied to the control group. Newborn female rat pups were added to the study, and no procedure was performed on these after birth. Five newborn female rats were obtained from the experimental group and six from the control group. All female rat pups were decapitated on the postnatal 32nd day, and histological procedures were performed on the brain tissues. Sections were stained with Cresyl fast violet. The optical dissector technique was used to estimate the total number of pyramidal cells in the cornu ammonis. Sections of cornu ammonis were subjected to histopathological evaluations. Our results showed that exposure to 900 MHz EMF during prenatal days 13-21 led to a significant decrease in the number of pyramidal cells in the cornu ammonis of the experimental group female rat pups (P<0.05). Histopathological examination revealed picnotic cells in the cornu ammonis in experimental female rat pups. The pyramidal cell loss in the cornu ammonis may therefore be attributed to exposure to 900 MHz EMF in days 13-21 of the prenatal period.


**Ayşe İkinci, Ersan Odacı, Mehmet Yıldırım, Haydar Kaya, Metehan Akça, Hatice Hancı, Ali Aslan, Osman Fikret Sönmez, Orhan Baş.The Effects of Prenatal Exposure to a 900 Megahertz Electromagnetic Field on Hippocampus Morphology and Learning Behavior in Rat Pups. NeuroQuantology. 11(4):582-590. December 2013.**
The purpose of this study was to examine the effect on hippocampus morphology and learning behavior in rat pups following prenatal exposure to a 900 megahertz (MHz) electromagnetic field (EMF). Female Sprague Dawley rats weighing 180-250 g were left to mate with males. The following day, pregnant rats identified as such by the vaginal smear test were divided into two groups, control (n=3) and EMF (n=3). No procedures were performed on the control group. The rats in the EMF group were exposed to 900 MHz EMF on days 13 to 21 of pregnancy, for 1 h a day. Female rat pups were removed from their mothers at 22 days old. We then established two newborn rat groups, a 13 member control group and a 10 member EMF group. Radial arm maze and passive avoidance tests were used to measure rat pups' learning and memory performance. All rats were decapitated on the postnatal 32nd day. Routine histological procedures were performed on the brain tissues, and sections were stained with Cresyl fast violet. The radial arm maze (p=0.007) and passive avoidance (p=0.032) tests were administered to both groups under identical conditions, and compromised learning behavior was determined in the EMF group rats. Morphological compromise was also determined in the EMF group sections. Our results show that the application of a 900 MHz EMF in the prenatal period adversely affected female pups' learning behavior and also resulted in histopathological changes appearing in the hippocampus.


**Ozgur E, Kismali G, Guler G, Akcay A, Ozkurt G, Sel T, Seyhan N. Effects of Prenatal and Postnatal Exposure to GSM-Like Radiofrequency on Blood Chemistry and Oxidative Stress in Infant Rabbits, an Experimental Study. Cell Biochem Biophys. 2013 Mar 24. [Epub ahead of print]**

JA 06804

# Studies that show **Cell Phone** Health Effects

We aimed to investigate the potential hazardous effects of prenatal and/or postnatal exposure to 1800 MHz GSM-like radiofrequency radiation (RFR) on the blood chemistry and lipid peroxidation levels of infant rabbits. A total of 72 New Zealand female and male white rabbits aged 1-month were used. Thirty-six female and 36 male were divided into four groups which were composed of nine infants: (i) Group 1 were the sham exposure (control), (ii) Group 2 were exposed to RFR, 15 min daily for 7 days in the prenatal period (between 15th and 22nd days of the gestational period) (prenatal exposure group). (iii) Group 3 were exposed to RFR 15 min/day (14 days for male, whereas 7 days for female) after they reached 1-month of age (postnatal exposure group). (iv) Group 4 were exposed to RFR for 15 min daily during 7 days in the prenatal period (between 15th and 22nd days of the gestational period) and 15 min/day (14 days for male, whereas 7 days for female) after they reached 1-month of age (prenatal and postnatal exposure group). Results showed that serum lipid peroxidation level in both female and male rabbits changed due to the RFR exposure. However, different parameters of the blood biochemistry were affected by exposure in male and female infants. Consequently, the whole-body 1800 MHz GSM-like RFR exposure may lead to oxidative stress and changes on some blood chemistry parameters. Studies on RFR exposure during prenatal and postnatal periods will help to establish international standards for the protection of pregnants and newborns from environmental RFR.

**Guler G, Tomruk A, Ozgur E, Seyhan N. The effect of radiofrequency radiation on DNA and lipid damage in non-pregnant and pregnant rabbits and their newborns. Gen Physiol Biophys. 29(1):59-66, 2010.**
The concerns of people on possible adverse health effects of radiofrequency radiation (RFR) generated from mobile phones as well as their supporting transmitters (base stations) have increased markedly. RFR effect on oversensitive people, such as pregnant women and their developing fetuses, and older people is another source of concern that should be considered. In this study, oxidative DNA damage and lipid peroxidation levels in the brain tissue of pregnant and non-pregnant New Zealand White rabbits and their newborns exposed to RFR were investigated. Thirteen-month-old rabbits were studied in four groups as non-pregnant-control, non-pregnant-RFR exposed, pregnant-control and pregnant-RFR exposed. They were exposed to RFR (1800 MHz GSM; 14 V/m as reference level) for 15 min/day during 7 days. Malondialdehyde (MDA) and 8-hydroxy-2'-deoxyguanosine (8-OHdG) levels were analyzed. MDA and 8-OHdG levels of non-pregnant and pregnant-RFR exposed animals significantly increased with respect to controls ($p < 0.001$, Mann-Whitney test). No difference was found in the newborns ($p > 0.05$, Mann-Whitney). There exist very few experimental studies on the effects of RFR during pregnancy. It would be beneficial to increase the number of these studies in order to establish international standards for the protection of pregnant women from RFR.

**Larsen AI, Olsen J, Svane O, Gender-specific reproductive outcome and exposure to high-frequency electromagnetic radiation among physiotherapists. Scand J Work Environ Health 17(5):324-329, 1991.**

JA 06805

# Studies that show **Cell Phone** Health Effects

The aim of this case-referent study was to investigate reproductive hazards other than congenital malformations after exposure to high-frequency electromagnetic radiation. Cases and referents were sampled from a cohort of pregnancies of members of the Union of Danish Physiotherapists through linkage of the union file with national medical registers. Case groups were spontaneous abortions and children with low birth-weight prematurity, and stillbirth/death within one year. Exposure to high-frequency electromagnetic radiation before and during pregnancy was assessed through telephone interviews. As referents to the 270 cases, 316 pregnancies were randomly sampled. A total of 8.4% did not participate. Only 23.5% of the children born by the highly exposed mothers were boys. This value is a statistically significantly altered gender ratio showing a dose-response pattern. High-frequency electromagnetic radiation was furthermore associated with low birthweight, but only for male newborns. The other outcomes were not statistically significantly associated with exposure to high-frequency electromagnetic radiation.


**Kismali G, Ozgur E, Guler G, Akcay A, Sel T, Seyhan N. The influence of 1800 MHz GSM-like signals on blood chemistry and oxidative stress in non-pregnant and pregnant rabbits. Int J Radiat Biol. 88(5):414-419, 2012.**
PURPOSE:  Environmental electromagnetic fields originate from man-made sources, such as mobile phones and base stations, and have led to increasing publicconcern about their possible adverse health effects. We aimed to investigate the possible effects of radiofrequency radiation (RFR) generated from these devices on oversensitive animals, such as pregnant rabbits. MATERIALS AND METHODS:  In the present study, the effects of whole body 1800 MHz Global System for Mobile Communications (GSM)-like RFR exposure for 15 min/day for seven days on blood chemistry and lipid peroxidation levels in both non-pregnant and pregnant New Zealand White rabbits were investigated. Thirteen-month-old rabbits were studied in the following four groups: Non-pregnant control, non-pregnant RFR-exposed, pregnant control and pregnant RFR-exposed. RESULTS: Lipid peroxidation, namely malondialdehyde (MDA) levels, did not change after RFR exposure. However, blood chemistry parameters, such as cholesterol (CHO), total protein (TP), albumin (ALB), uric acid, creatinin and creatine kinase (CK) and creatine kinase-myocardial band isoenzyme (CK-MB) changed due to both pregnancy and RFR exposure. CONCLUSION:  Our investigations have been shown that no indication for oxidative stress was detected in the blood of pregnant rabbits upon RF exposure at specific conditions employed in the present study. Minor changes in some blood chemistry parameters were detected but CK-MB and CK increases were found remarkable. Studies on RFR exposure during pregnancy will help establish international standards for the protection of pregnant women from environmental RFR.


**Gao X, Luo R, Ma B, Wang H, Liu T, Zhang J, Lian Z, Cui X.  [Interference of vitamin E on the brain tissue damage by electromagnetic radiation of cell phone in pregnant and fetal rats]. Wei Sheng Yan Jiu. 2013 Jul;42(4):642-646.**
[Article in Chinese]
OBJECTIVE:  To investigate the interlerence ot vitamin E on brain tissue damage by electromagnetic radiation of cell phone in pregnant and fetal rats. METHODS:  40

Studies that show **Cell Phone** Health Effects

pregnant rats were randomly divided into five groups (positive control, negative control, low, middle and high dosage of vitamin E groups). The low, middle and high dosage of vitamin E groups were supplemented with 5, 15 and 30 mg/ml vitamin E respectively since the first day of pregnancy. And the negative control group and the positive control group were given peanut oil without vitamin E. All groups except for the negative control group were exposed to 900MHz intensity of cell phone radiation for one hour each time, three times per day for 21 days. After accouchement, the right hippocampus tissue of fetal rats in each group was taken and observed under electron microscope. The vitality of superoxide dismutase (SOD) and glutathione peroxidase (GSH-Px), and the content of malondialdehyde (MDA) in pregnant and fetal rats' brain tissue were tested. RESULTS:  Compared with the negative control group, the chondriosomes in neuron and neuroglia of brain tissues was swelling, mild edema was found around the capillary, chromatin was concentrated and collected, and bubbles were formed in vascular endothelial cells (VEC) in the positive fetal rat control group, whereas the above phenomenon was un-conspicuous in the middle and high dosage of vitamin E groups. We can see uniform chromatin, abundant mitochondrion, rough endoplasmic reticulum and free ribosomes in the high dosage group. The apoptosis has not fond in all groups'sections. In the antioxidase activity analysis, compared with the negative control group, the vitality of SOD and GSH-Px significantly decreased and the content of MDA significantly increased both in the pregnant and fetal rats positive control group (P < 0.05). In fetal rats, the vitality of SOD and GSH-Px significantly increased in the brain tissues of all three different vitamin E dosages groups when compared with the positive control group, and the content of MDA was found significantly decreased in both middle and high dosage of vitamin E groups(P < 0.05). The same results have also been found in high dosage pregnant rat group, but in middle dosage group only SOD activity was found increased with significance (P < 0.05). With the dosage increase of vitamin E, the vitality of SOD and GSH-Px was increasing and the content of MDA was decreasing. CONCLUSION:  Under the experimental dosage, vitamin E has certain interference on damage of antioxidant capacity and energy metabolization induced by electromagnetic radiation of cell phone in pregnant rats and fetal rats.

**Batellier F, Couty I, Picard D, Brillard JP. Effects of exposing chicken eggs to a cell phone in "call" position over the entire incubation period. Theriogenology.69(6):737-745,2008**
The aim of the present study was to assess the effects of exposing fertile chicken eggs to a cell phone repeatedly calling a ten-digit number at 3-min intervals over the entire period of incubation. A pre-experiment was performed first to adjust incubation conditions in an experimental chamber devoid of metallic content and without automatic turning until the overall performance of hatchability was reproducible in the absence of the cell phone. The experimental period consisted of a series of 4 incubations referred to as "replicates". For each replicate, one batch of 60 eggs was exposed to the immediate environment (</=25cm) of a cell phone in the "call" position (exposed group), while another batch of 60 eggs, 1.5m away from the exposed group and also in the incubation chamber, was exposed to a similar cell phone in the "off"

JA 06807

Studies that show **Cell Phone** Health Effects

position (sham group). For each replicate, 2 other groups each of 60 eggs were also incubated, one in a standard mini-incubator ("Control I" group) and the second in a standard medium size incubator ("Control II" group). Temperature, relative humidity and electromagnetic fields in the experimental chamber were permanently monitored over the entire experiment. A significantly higher percentage of embryo mortality was observed in the "exposed" compared to the "sham" group in 2 of the 4 replicates (p<.05). In comparison with control groups, additional embryo mortality in the exposed group occurred mainly between Days 9 and 12 of incubation but a causal relationship between the intensity of the electric field and embryo mortality could not be established.

**Sarapultseva EI, Igolkina JV, Tikhonov VN, Dubrova YE.THE IN VIVO EFFECTS OF LOW-INTENSITY RADIOFREQUENCY FIELDS ON THE MOTOR ACTIVITY OF PROTOZOA. Int J Radiat Biol. 2013 Nov 25. [Epub ahead of print]**
Purpose: To analyze the direct and transgenerational effects of exposure to low-dose 1 GHz (mobile phone/wireless telecommunication range) and 10 GHz (radar/satellite communication range) radiofrequency electromagnetic fields (RF-EMF) on the motility of ciliates Spirostomum ambiguum. Materials and Methods: S. ambiguum were exposed to 1 GHz and 10 GHz RF-EMF with power flux densities (PD) ranging from 0.05 to 0.5 $W/m^2$ over a period of time from 0.05 to 10 h. The motility of directly exposed ciliates and their non-exposed progeny across 10-15 generations was measured. Results: Exposure to 0.1 $W/m^2$ of either 1 or 10 GHz RF-EMF resulted in a significant decrease in the motility. The dose of exposure capable of altering the mobility of ciliates was inversely correlated with the flux density of RF-EMF. The motility of the non-exposed progeny of ciliates irradiated with 0.1 $W/m^2$ of 10 GHz RF-EMF remained significantly compromised, at least, across 10-15 generations, thus indicating the presence of transgenerational effects. Conclusions: The results of our study show that low-dose exposure to RF-EMF can significantly affect the motility of irradiated ciliates and their non-exposed offspring, thus providing further insights into the unknown mechanisms underlying the in vivo effects of RF-EMF.

# Effects on Fertility and Reproductive Organs

**Wdowiak A, Wdowiak L, Wiktor H. Evaluation of the effect of using mobile phones on male fertility. Ann Agric Environ Med. 14(1):169-172, 2007.**
The problem of the lack of offspring is a phenomenon concerning approximately 15% of married couples in Poland. Infertility is defined as inability to conceive after a year of sexual intercourses without the use of contraceptives. In half of the cases the causative factor is the male. Males are exposed to the effect of various environmental factors, which may decrease their reproductive capabilities. A decrease in male fertility is a phenomenon which occurs within years, which may suggest that one of the reasons for the decrease in semen parameters is the effect of the development of techniques in the

JA 06808

Studies that show **Cell Phone** Health Effects

surrounding environment. A hazardous effect on male fertility may be manifested by a decrease in the amount of sperm cells, disorders in their mobility, as well as structure. The causative agents may be chemical substances, ionizing radiation, stress, as well as electromagnetic waves. The objective of the study was the determination of the effect of the usage of cellular phones on the fertility of males subjected to marital infertility therapy. The following groups were selected from among 304 males covered by the study: Group A: 99 patients who did not use mobile phones, Group B: 157 males who have used GSM equipment sporadically for the period of 1-2 years, and Group C: 48 people who have been regularly using mobile phone for more than 2 years. In the analysis of the effect of GSM equipment on the semen it was noted that an increase in the percentage of sperm cells of abnormal morphology is associated with the duration of exposure to the waves emitted by the GSM phone. It was also confirmed that a decrease in the percentage of sperm cells in vital progressing motility in the semen is correlated with the frequency of using mobile phones.


**Agarwal A, Deepinder F, Sharma RK, Ranga G, Li J. Effect of cell phone usage on semen analysis in men attending infertility clinic: an observational study. Fertil Steril.89(1):124-128, 2008.**
OBJECTIVE: To investigate the effect of cell phone use on various markers of semen quality. DESIGN: Observational study. SETTING: Infertility clinic. PATIENT(S): Three hundred sixty-one men undergoing infertility evaluation were divided into four groups according to their active cell phone use: group A: no use; group B: <2 h/day; group C: 2-4 h/day; and group D: >4 h/day. INTERVENTION(S): None. MAIN OUTCOME MEASURE(S): Sperm parameters (volume, liquefaction time, pH, viscosity, sperm count, motility, viability, and morphology). RESULT(S): The comparisons of mean sperm count, motility, viability, and normal morphology among four different cell phone user groups were statistically significant. Mean sperm motility, viability, and normal morphology were significantly different in cell phone user groups within two sperm count groups. The laboratory values of the above four sperm parameters decreased in all four cell phone user groups as the duration of daily exposure to cell phones increased. CONCLUSION(S): Use of cell phones decrease the semen quality in men by decreasing the sperm count, motility, viability, and normal morphology. The decrease in sperm parameters was dependent on the duration of daily exposure to cell phones and independent of the initial semen quality.


**Mailankot M, Kunnath AP, Jayalekshmi H, Koduru B, Valsalan R. Radio frequency electromagnetic radiation (RF-EMR) from GSM (0.9/1.8GHz) mobile phones induces oxidative stress and reduces sperm motility in rats. Clinics (Sao Paulo). 64(6):561-565, 2009.**
INTRODUCTION: Mobile phones have become indispensable in the daily lives of men and women around the globe. As cell phone use has become more widespread, concerns have mounted regarding the potentially harmful effects of RF-EMR from these devices. OBJECTIVE: The present study was designed to evaluate the effects of RF-EMR from mobile phones on free radical metabolism and sperm quality. MATERIALS AND

JA 06809

METHODS: Male albino Wistar rats (10-12 weeks old) were exposed to RF-EMR from an active GSM (0.9/1.8 GHz) mobile phone for 1 hour continuously per day for 28 days. Controls were exposed to a mobile phone without a battery for the same period. The phone was kept in a cage with a wooden bottom in order to address concerns that the effects of exposure to the phone could be due to heat emitted by the phone rather than to RF-EMR alone. Animals were sacrificed 24 hours after the last exposure and tissues of interest were harvested. RESULTS: One hour of exposure to the phone did not significantly change facial temperature in either group of rats. No significant difference was observed in total sperm count between controls and RF-EMR exposed groups. However, rats exposed to RF-EMR exhibited a significantly reduced percentage of motile sperm. Moreover, RF-EMR exposure resulted in a significant increase in lipid peroxidation and low GSH content in the testis and epididymis. CONCLUSION: Given the results of the present study, we speculate that RF-EMR from mobile phones negatively affects semen quality and may impair male fertility.

**Rago R, Salacone P, Caponecchia L, Sebastianelli A, Marcucci I, Calogero AE, Condorelli R, Vicari E, Morgia G, Favilla V, Cimino S, Arcoria AF, La Vignera S. The semen quality of the mobile phone users. J Endocrinol Invest. 36(11):970-974, 2013.**
BACKGROUND: The increased use of mobile phones, the media's attention for general health, and the increase of idiopathic male infertility suggest to investigate the possible consequences of an excessive use of mobile phones on semen quality. AIM: To evaluate the conventional and some of the main biofunctional sperm parameters in healthy men according to the different use of the mobile phone. SUBJECTS AND METHODS: All the enrolled subjects in this study were divided into four groups according to their active cell phone use: group A= no use (no.=10 subjects); group B= <2 h/day (no.=16); group C= 2-4 h/day (no.=17); and group D= >4 h/day (no.=20). Among the subjects of the group D (>4 h/day), a further evaluation was made between the "trousers users"(no.=12) and "shirt users"(no.=8), and they underwent semen collection to evaluate conventional and biofunctional sperm parameters (density, total count, morphology, progressive motility, apoptosis, mithocondrial membrane potential, chromatin compaction, DNA fragmentation). RESULTS:  None of the conventional sperm parameters examined were significantly altered. However, the group D and the trousers users showed a higher percentage of sperm DNA fragmentation compared to other groups. CONCLUSION: These results suggest that the sperm DNA fragmentation could represent the only parameter significantly altered in the subjects who use the mobile phone for more than 4 h/day and in particular for those who use the device in the pocket of the trousers.

**Qin F, Zhang J, Cao H, Guo W, Chen L, Shen O, Sun J, Yi C, Li J, Wang J, Tong J. Circadian alterations of reproductive functional markers in male rats exposed to 1800-MHz radiofrequency field. Chronobiol Int. 2013 Oct 11. [Epub ahead of print]**
In this study, we explored the circadian effects of daily radiofrequency field (RF) exposure on reproductive functional markers in adult male Sprague-Dawley rats. Animals in circadian rhythm (as indicated by melatonin measurements), were

Studies that show **Cell Phone** Health Effects

divided into several groups and exposed to 1800 MHz RF at 205 μw/cm² power density (specific absorption rate 0.0405 W/kg) for 2 h/day for 32 days at different zeitgeber time (ZT) points, namely, ZT0, ZT4, ZT8, ZT12, ZT16 and ZT20. Sham-exposed animals were used as controls in the study. From each rat, testicular and epididymis tissues were collected and assessed for testosterone levels, daily sperm production and sperm motility, testis marker enzymes γ-GT and ACP, cytochrome P450 side-chain cleavage (p450cc) mRNA expression, and steroidogenic acute regulatory protein (StAR) mRNA expression. Via these measurements, we confirmed the existence of circadian rhythms in sham-exposed animals. However, rats exposed to RF exhibited a disruption of circadian rhythms, decreased testosterone levels, lower daily sperm production and sperm motility, down-regulated activity of γ-GT and ACP, as well as altered mRNA expression of cytochrome P450 and StAR. All of these observations were more pronounced when rats were exposed to RF at ZT0. Thus, our findings indicate potential adverse effects of RF exposure on male reproductive functional markers, in terms of both the daily overall levels as well as the circadian rhythmicity.

**Sepehrimanesh M, Saeb M, Nazifi S, Kazemipour N, Jelodar G, Saeb S. Impact of 900 MHz electromagnetic field exposure on main male reproductive hormone levels: a Rattus norvegicus model. Int J Biometeorol. 2013 Dec 20. [Epub ahead of print]**
This work analyzes the effects of radiofrequency-electromagnetic field (RF-EMF) exposure on the reproductive system of male rats, assessed by measuring circulating levels of FSH, LH, inhibin B, activin B, prolactin, and testosterone. Twenty adult male Sprague-Dawley rats (180 ± 10 g) were exposed to 900 MHz RF-EMF in four equal separated groups. The duration of exposure was 1, 2, and 4 h/day over a period of 30 days and sham-exposed animals were kept under the same environmental conditions as the exposed group except with no RF-EMF exposure. Before the exposure, at 15 and 30 days of exposure, determination of the abovementioned hormone levels was performed using ELISA. At the end of the experiment, FSH and LH values of the long time exposure (LTE) group were significantly higher than the sham-exposed group (p < 0.05). Serum activin B and prolactin in the LTE group showed significant increase and inhibin B showed significant decrease than sham and short time exposed (STE) groups after 30 days RF-EMF exposure (p < 0.05). Also, a significant decrease in serum testosterone levels in the LTE group was found compared to short and moderate time exposed (MTE) groups after 30 days RF-EMF exposure (p < 0.05). Results suggest that reproductive hormone levels are disturbed as a result of RF-EMF exposure and it may possibly affect reproductive functions. However, testosterone and inhibin B concentrations as a fertility marker and spermatogenesis were decreased significantly.

**Zalata, A., A. Z. El-Samanoudy, D. Shaalan, Y. El-Baiomy, and T. Mostafa. In vitro effect of cell phone radiation on motility, DNA fragmentation and clusterin gene expression of sperm. Int J Fertil Steril, In Press. Published online ahead of print.**
Background: Use of cellular phones that emits radiofrequency electromagnetic field (RF-EMF) has been increased exponentially and became a part of everyday life. This study

JA 06811

## Studies that show **Cell Phone** Health Effects

aimed to investigate the effects of RF-EMF radiation emitted from cellular phones on sperm motility variables, sperm DNA fragmentation and clusterin (CLU) gene expression. Materials and Methods: 124 semen samples were grouped into; normozoospermia (N, n=26), asthenozoospermia (A, n=32), asthenoteratozoospermia (AT, n=31) and oligoasthenoteratozoospermia (OAT, n=35). Semen samples were divided into two aliquots; samples not exposed to cell phone and samples exposed to cell phone radiation (850 MHz, maximum power < 1 watt; SAR 1.46 W/kg at 10 cm distance) for 1 hr. Before and immediately after exposure both aliquots were subjected to assessment of sperm motility, acrosin activity, sperm DNA fragmentation and CLU gene expression. Statistical differences were analyzed using paired t-student test for comparisons where P< 0.05 was set as significant. Results: There was significant decrease in sperm motility, sperm linear velocity, sperm linearity index, sperm acrosin activity and significant increase in sperm DNA fragmentation percent, CLU gene expression and CLU protein levels in the exposed semen samples to RF-EMF compared with non- exposed samples in OAT > AT > A > N groups (P<0.05). Conclusions: Cell phone emissions have a negative impact on exposed sperm motility indices, sperm acrosin activity, sperm DNA fragmentation and CLU gene expression especially in OAT cases.


**Guney M, Ozguner F, Oral B, Karahan N, Mungan T. 900 MHz radiofrequency-induced histopathologic changes and oxidative stress in rat endometrium: protection by vitamins E and C. Toxicol Ind Health. 23(7):411-420, 2007.**
There are numerous reports on the effects of electromagnetic radiation (EMR) in various cellular systems. Mechanisms of adverse effects of EMR indicate that reactive oxygen species (ROS) may play a role in the biological effects of this radiation. The aims of this study were to examine 900 MHz mobile phone-induced oxidative stress that promotes production of ROS and to investigate the role of vitamins E and C, which have antioxidant properties, on endometrial tissue against possible 900 MHz mobile phone-induced endometrial impairment in rats. The animals were randomly grouped (eight each) as follows: 1) Control group (without stress and EMR, Group I), 2) sham-operated rats stayed without exposure to EMR (exposure device off, Group II), 3) rats exposed to 900 MHz EMR (EMR group, Group III) and 4) a 900 MHz EMR exposed + vitamin-treated group (EMR + Vit group, Group IV). A 900 MHz EMR was applied to EMR and EMR + Vit group 30 min/day, for 30 days using an experimental exposure device. Endometrial levels of nitric oxide (NO, an oxidant product) and malondialdehyde (MDA, an index of lipid peroxidation), increased in EMR exposed rats while the combined vitamins E and C caused a significant reduction in the levels of NO and MDA. Likewise, endometrial superoxide dismutase (SOD), catalase (CAT) and glutathione peroxidase (GSH-Px) activities decreased in EMR exposed animals while vitamins E and C caused a significant increase in the activities of these antioxidant enzymes. In the EMR group histopathologic changes in endometrium, diffuse and severe apoptosis was present in the endometrial surface epithelial and glandular cells and the stromal cells. Diffuse eosinophilic leucocyte and lymphocyte infiltration were observed in the endometrial stroma whereas the combination of vitamins E and C caused a significant decrease in these effects of EMR. It is concluded that oxidative endometrial damage plays an

JA 06812

Studies that show **Cell Phone** Health Effects

important role in the 900 MHz mobile phone-induced endometrial impairment and the modulation of oxidative stress with vitamins E and C reduces the 900 MHz mobile phone-induced endometrial damage both at biochemical and histological levels.

**Agarwal A**, **Desai NR**, **Makker K**, **Varghese A**, **Mouradi R**, **Sabanegh E**, **Sharma R**. **Effects of radiofrequency electromagnetic waves (RF-EMW) from cellular phones on human ejaculated semen: an in vitro pilot study. Fertil Steril. 92(4) 1318-1325, 2009.**
OBJECTIVE: To evaluate effects of cellular phone radiofrequency electromagnetic waves (RF-EMW) during talk mode on unprocessed (neat) ejaculated human semen. DESIGN: Prospective pilot study. SETTING: Center for reproductive medicine laboratory in tertiary hospital setting. SAMPLES: Neat semen samples from normal healthy donors (n = 23) and infertile patients (n = 9). INTERVENTION(S): After liquefaction, neat semen samples were divided into two aliquots. One aliquot (experimental) from each patient was exposed to cellular phone radiation (in talk mode) for 1 h, and the second aliquot (unexposed) served as the control sample under identical conditions. MAIN OUTCOME MEASURE(S): Evaluation of sperm parameters (motility, viability), reactive oxygen species (ROS), total antioxidant capacity (TAC) of semen, ROS-TAC score, and sperm DNA damage. RESULT(S): Samples exposed to RF-EMW showed a significant decrease in sperm motility and viability, increase in ROS level, and decrease in ROS-TAC score. Levels of TAC and DNA damage showed no significant differences from the unexposed group. CONCLUSION(S): Radiofrequency electromagnetic waves emitted from cell phones may lead to oxidative stress in human semen. We speculate that keeping the cell phone in a trouser pocket in talk mode may negatively affect spermatozoa and impair male fertility.

**Susa M**, **Pavicić I**. **Djelovanje Radiofrekvencijskog Elektromagnetskog Zracenja na Spermatogenez u Sisavaca. Arh Hig Rada Toksikol. 58(4):449-459, 2007.**
This article reviews studies about the effects of radiofrequency electromagnetic (RF EM) fields on male reproductive system and reproductive health in mammals. According to current data, there are almost 4 million active mobile phone lines in Croatia while this number has risen to 2 billion in the world. Increased use of mobile technology raises scientific and public concern about possible hazardous effects of RF fields on human health. The effects of radiofrequencies on reproductive health and consequences for the offspring are still mainly unknown. A number of in vivo and in vitro studies indicated that RF fields could interact with charged intracellular macromolecular structures. Results of several laboratory studies on animal models showed how the RF fields could affect the mammalian reproductive system and sperm cells. Inasmuch as, in normal physiological conditions spermatogenesis is a balanced process of division, maturation and storage of cells, it is particularly vulnerable to the chemical and physical environmental stimuli. Especially sensitive could be the cytoskeleton, composed of charged proteins; actin, intermedial filaments and microtubules. Cytoskeleton is a functional and structural part of the cell that has important role in the sperm motility, and is actively involved in the morphologic changes that occur during mammalian spermiogenesis.

JA 06813

Studies that show **Cell Phone** Health Effects

**Yan JG, Agresti M, Bruce T, Yan YH, Granlund A, Matloub HS. Effects of cellular phone emissions on sperm motility in rats. Fertil Steril.88(4):957-64, 2007.**
OBJECTIVE: To evaluate the effects of cellular phone emissions on rat sperm cells. DESIGN: Classic experimental. SETTING: Animal research laboratory. SUBJECTS: Sixteen 3-month-old male Sprague-Dawley rats, weighing 250-300 g. INTERVENTION(S): Rats in the experimental group were exposed to two 3-hour periods of daily cellular phone emissions for 18 weeks; sperm samples were then collected for evaluation. MAIN OUTCOME MEASURE(S): Evaluation of sperm motility, sperm cell morphology, total sperm cell number, and mRNA levels for two cell surface adhesion proteins. RESULT(S): Rats exposed to 6 hours of daily cellular phone emissions for 18 weeks exhibited a significantly higher incidence of sperm cell death than control group rats through chi-squared analysis. In addition, abnormal clumping of sperm cells was present in rats exposed to cellular phone emissions and was not present in control group rats. CONCLUSION(S): These results suggest that carrying cell phones near reproductive organs could negatively affect male fertility.

**Salama N, Kishimoto T, Kanayama HO, Kagawa S. Effects of exposure to a mobile phone on sexual behavior in adult male rabbit: an observational study. Int J Impot Res.22(2):127-33, 2010.**
The accumulating effects of exposure to electromagnetic radiation emitted by a conventional mobile phone (MP) on male sexual behaviour have not yet been analyzed. Therefore, we studied these effects in 18 male rabbits that were randomly divided into phone and control groups. Six female teasers were taken successively to the male's cage and the copulatory behavior was recorded. Serum total testosterone, dopamine and cortisol were evaluated. The animals of the phone group were exposed to MPs (800 MHz) in a standby position for 8 h daily for 12 weeks. At the end of the study, the copulatory behavior and hormonal assays were re-evaluated. Mounts without ejaculation were the main mounts in the phone group and its duration and frequency increased significantly compared with the controls, whereas the reverse was observed in its mounts with ejaculation. Ejaculation frequency dropped significantly, biting/grasping against teasers increased notably and mounting latency in accumulated means from the first to the fourth teasers were noted in the phone group. The hormonal assays did not show any significant differences between the study groups. Therefore, the pulsed radiofrequency emitted by a conventional MP, which was kept on a standby position, could affect the sexual behavior in the rabbit.

**Salama N, Kishimoto T, Kanayama HO. Effects of exposure to a mobile phone on testicular function and structure in adult rabbit. Int J Androl.33(1):88-94, 2010.**
Summary The accumulating effects of exposure to electromagnetic radiation emitted by a conventional mobile phone (standby position) on the testicular function and structure are not yet fully investigated. To study these effects longitudinally, a total of 24 adult male rabbits were randomly and equally divided into three groups. Rabbits in the first (phone) group were exposed, in specially designed cages, to radio frequency emitted from the mobile phone (800 MHz) in a standby position opposite to that of testes for 8 h

Studies that show **Cell Phone** Health Effects

daily for 12 weeks. The second group consisted of the stress controls which were kept in the same kind of cages to appreciate any cage-induced anxiety. The third group included the ordinary controls which were kept in the conventional roomy cages. Semen analysis and sperm function tests (viability, hypo-osmotic swelling and acridine orange) were conducted weekly. Histological testicular sections and serum total testosterone were also evaluated. A drop in the sperm concentration appeared in the phone group at week 6. This became statistically significant at week 8, compared with the two control (stress and ordinary) groups (133, 339 and 356 x 106/mL, respectively) and to the initial sperm count (341 x 106/mL) of this group. Motile sperm population showed similarity amongst the three study groups until week 10 when it declined significantly, and thereafter in the phone and stress control groups, with more significant decline in the phone animals (50, 61 and 72.4%, respectively). Histological examination showed also a significant decrease in the diameter of seminiferous tubules in the phone group vs. the stress and ordinary controls (191 mum vs. 206 and 226 mum, respectively). The other study points did not show any difference. In conclusion, low intensity pulsed radio frequency emitted by a conventional mobile phone kept in the standby position could affect the testicular function and structure in the adult rabbit.

**Sepehrimanesh M, Kazemipour N, Saeb M, Nazifi S. Analysis of rat testicular proteome following 30-days exposure to 900 MHz electromagnetic field radiation. Electrophoresis. 2014 Aug 21. doi: 10.1002/elps.201400273. [Epub ahead of print]**
The use of electromagnetic field (EMF) generating apparatuses such as cell phones is increasing, and has caused an interest in the investigations of its effects on human health. We analyzed proteome in preparations from the whole testis in adult male Sprague-Dawley rats exposed for 1, 2 or 4 h/d for 30 consecutive days to 900 MHz EMF radiation, simulating a range of possible human cell phone use. Subjects were sacrificed immediately after the end of the experiment and testes fractions were solubilized and separated via high resolution 2-dimensional electrophoresis, and gel patterns were scanned, digitized and processed. Thirteen of the proteins which found only in sham or in exposure groups were identified by MALDI-TOF/TOF-MS. Among them, heat shock proteins, superoxide dismutase, peroxiredoxin-1 and other proteins related to misfolding of proteins and/or stress were identified. These results demonstrate significant effects of radio-frequency modulated electromagnetic fields (RF-EMF) exposure on proteome, particularly in protein species in the rodent testis, and suggest that a 30 d exposure to EMF radiation induces non-thermal stress in testicular tissue. The functional implication of the identified proteins was discussed.

**Aitken RJ, Bennetts LE, Sawyer D, Wiklendt AM, King BV. Impact of radio frequency electromagnetic radiation on DNA integrity in the male germline. Inter J Androl 28:171-179, 2005.**
Concern has arisen over human exposures to radio frequency electromagnetic radiation (RFEMR), including a recent report indicating that regular mobile phone use can negatively impact upon human semen quality. These effects would be particularly serious if the biological effects of RFEMR included the induction of DNA damage in male

Studies that show **Cell Phone** Health Effects

germ cells. In this study, mice were exposed to 900 MHz RFEMR at a specific absorption rate of approximately 90 mW/kg inside a waveguide for 7 days at 12 h per day. Following exposure, DNA damage to caudal epididymal spermatozoa was assessed by quantitative PCR (QPCR) as well as alkaline and pulsed-field gel electrophoresis. The treated mice were overtly normal and all assessment criteria, including sperm number, morphology and vitality were not significantly affected. Gel electrophoresis revealed no gross evidence of increased single- or double-DNA strand breakage in spermatozoa taken from treated animals. However, a detailed analysis of DNA integrity using QPCR revealed statistically significant damage to both the mitochondrial genome (p < 0.05) and the nuclear β-globin locus (p < 0.01). This study suggests that while RFEMR does not have a dramatic impact on male germ cell development, <u>a significant genotoxic effect on epididymal spermatozoa is evident and deserves further investigation.</u>

**Tas M, Dasdag S, Akdag MZ, Cirit U, Yegin K, Seker U, Ozmen MF, Eren LB. Long-term effects of 900 MHz radiofrequency radiation emitted from mobile phone on testicular tissue and epididymal semen quality. Electromagn Biol Med. 2013 Jun 19. [Epub ahead of print]**

Abstract The purpose of this study is to bridge this gap by investigating effects of long term 900 MHz mobile phone exposure on reproductive organs of male rats. The study was carried out on 14 adult Wistar Albino rats by dividing them randomly into two groups (n: 7) as sham group and exposure group. Rats were exposed to 900 MHz radiofrequency (RF) radiation emitted from a GSM signal generator. Point, 1 g and 10 g specific absorption rate (SAR) levels of testis and prostate were found as 0.0623 W/kg, 0.0445 W/kg and 0.0373 W/kg, respectively. The rats in the exposure group were subject to RF radiation 3 h per day (7 d a week) for one year. For the sham group, the same procedure was applied, except the generator was turned off. At the end of the study, epididymal sperm concentration, progressive sperm motility, abnormal sperm rate, all-genital organs weights and testis histopathology were evaluated. Any differences were not observed in sperm motility and concentration (p > 0.05). However, the morphologically normal spermatozoa rates were found higher in the exposure group (p < 0.05). Although histological examination showed similarity in the seminiferous tubules diameters in both groups, tunica albuginea thickness and the Johnsen testicular biopsy score were found lower in the exposure group (p < 0.05, p < 0.0001). <u>In conclusion, we claim that long-term exposure of 900 MHz RF radiation alter some reproductive parameters</u>. However, more supporting evidence and research is definitely needed on this topic.

**<u>Al-Ali BM, Patzak J, Fischereder K, Pummer K, Shamloul R</u>. Cell phone usage and erectile function. <u>Cent European J Urol</u>. 66(1):75-77, 2013.** INTRODUCTION: The objective of this pilot study was to report our experience concerning the effects of cell phone usage on erectile function (EF) in men. MATERIAL AND METHODS:  We recruited 20 consecutive men complaining of erectile dysfunction (ED) for at least six months (Group A), and another group of 10 healthy men with no complaints of ED (Group B). Anamnesis, basic laboratory investigations, and clinical examinations were performed.

JA 06816

# Studies that show **Cell Phone** Health Effects

All men completed the German version of the Sexual Health Inventory for Men (SHIM) for evaluation of the International Index of Erectile Function (IIEF), as well as another questionnaire designed by our clinicians that assessed cell phone usage habits. RESULTS: There was no significant difference between both groups regarding age, weight, height, and total testosterone (Table 1). The SHIM scores of Group A were significantly lower than that of Group B, 11.2 ±5 and 24.2 ±2.3, respectively. Total time spent talking on the cell phone per week was not significantly higher in Group A over B, 17.6 ±11.1 vs. 12.5 ±7 hours. Men with ED were found to carry their 'switched on' cell phones for a significantly longer time than those without ED, 4.4 ±3.6 vs. 1.8 ±1 hours per day. CONCLUSIONS: <u>We found a potential correlation with cell phone usage and a negative impact on EF. Further large-scale studies confirming our initial data and exploring the mechanisms involved in this phenomenon are recommended.</u>

**<u>Fejes I</u>, <u>Za Vaczki Z</u>, <u>Szollosi J</u>, <u>Kolosza R S</u>, <u>Daru J</u>, <u>Kova Cs L</u>, <u>Pa L A</u>Is there a relationship between cell phone use and semen quality? Arch Androl. 51(5):385-393, 2005.**

This study was conducted to determine a possible relationship between regular cell phone use and different human semen attributes. The history-taking of men in our university clinic was supplemented with questions concerning cell phone use habits, including possession, daily standby position and daily transmission times. Semen analyses were performed by conventional methods. Statistics were calculated with SPSS statistical software. A total of 371 were included in the study. The duration of possession and the daily transmission time correlated negatively with the proportion of rapid progressive motile sperm (r = - 0.12 and r = - 0.19, respectively), and positively with the proportion of slow progressive motile sperm (r = 0.12 and r = 0.28, respectively). The low and high transmitter groups also differed in the proportion of rapid progressive motile sperm (48.7% vs. 40.6%). <u>The prolonged use of cell phones may have negative effects on the sperm motility characteristics.</u>

**<u>Falzone N</u>, <u>Huyser C</u>, <u>Becker P</u>, <u>Leszczynski D</u>, <u>Franken DR</u>. The effect of pulsed 900-MHz GSM mobile phone radiation on the acrosome reaction, head morphometry and zona binding of human spermatozoa. <u>Int J Androl. 34(1):20-26, 2011.</u>**

Summary Several recent studies have indicated that radiofrequency electromagnetic fields (RF-EMF) have an adverse effect on human sperm quality, which could translate into an effect on fertilization potential. This study evaluated the effect of RF-EMF on sperm-specific characteristics to assess the fertilizing competence of sperm. Highly motile human spermatozoa were exposed for 1 h to 900-MHz mobile phone radiation at a specific absorption rate of 2.0 W/kg and examined at various times after exposure. The acrosome reaction was evaluated using flow cytometry. The radiation did not affect sperm propensity for the acrosome reaction. Morphometric parameters were assessed using computer-assisted sperm analysis. Significant reduction in sperm head area (9.2 +/- 0.7 mum(2) vs. 18.8 +/- 1.4 mum(2)) and acrosome percentage of the head area (21.5 +/- 4% vs. 35.5 +/- 11.4%) was reported among exposed sperm compared with unexposed controls. Sperm-zona binding was assessed directly after exposure using the

JA 06817

Studies that show **Cell Phone** Health Effects

hemizona assay. The mean number of zona-bound sperm of the test hemizona and controls was 22.8 +/- 12.4 and 31.8 +/- 12.8 (p < 0.05), respectively. This study concludes that although RF-EMF exposure did not adversely affect the acrosome reaction, it had a significant effect on sperm morphometry. In addition, a significant decrease in sperm binding to the hemizona was observed. These results could indicate a significant effect of RF-EMF on sperm fertilization potential.

**Fejes I, Za Vaczki Z, Szollosi J, Kolosza R S, Daru J, Kova Cs L, Pa L AIs there a relationship between cell phone use and semen quality? Arch Androl. 51(5):385-393, 2005.**
This study was conducted to determine a possible relationship between regular cell phone use and different human semen attributes. The history-taking of men in our university clinic was supplemented with questions concerning cell phone use habits, including possession, daily standby position and daily transmission times. Semen analyses were performed by conventional methods. Statistics were calculated with SPSS statistical software. A total of 371 were included in the study. The duration of possession and the daily transmission time correlated negatively with the proportion of rapid progressive motile sperm (r = - 0.12 and r = - 0.19, respectively), and positively with the proportion of slow progressive motile sperm (r = 0.12 and r = 0.28, respectively). The low and high transmitter groups also differed in the proportion of rapid progressive motile sperm (48.7% vs. 40.6%). The prolonged use of cell phones may have negative effects on the sperm motility characteristics.

**Erogul O, Oztas E, Yildirim I, Kir T, Aydur E, Komesli G, Irkilata HC, Irmak MK, Peker AF. Effects of electromagnetic radiation from a cellular phone on human sperm motility: an in vitro study. Arch Med Res. 37(7):840-843, 2006.**
BACKGROUND: There has been growing public concern on the effects of electromagnetic radiation (EMR) emitted by cellular phones on human health. Many studies have recently been published on this topic. However, possible consequences of the cellular phone usage on human sperm parameters have not been investigated adequately. METHODS: A total number of 27 males were enrolled in the study. The semen sample obtained from each participant was divided equally into two parts. One of the specimens was exposed to EMR emitted by an activated 900 MHz cellular phone, whereas the other was not. The concentration and motility of the specimens were compared to analyze the effects of EMR. Assessment of sperm movement in all specimens was performed using four criteria: (A) rapid progressive, (B) slow progressive, (C) nonprogressive, (D) no motility. RESULTS: Statistically significant changes were observed in the rapid progressive, slow progressive and no-motility categories of sperm movement. EMR exposure caused a subtle decrease in the rapid progressive and slow progressive sperm movement. It also caused an increase in the no-motility category of sperm movement. There was no statistically significant difference in the sperm concentration between two groups. CONCLUSIONS: These data suggest that EMR emitted by cellular phone influences human sperm motility. In addition to these acute adverse effects of EMR on sperm motility, long-term EMR exposure may lead to

JA 06818

Studies that show **Cell Phone** Health Effects

behavioral or structural changes of the male germ cell. These effects may be observed later in life, and they are to be investigated more seriously.

**De Iuliis GN**, **Newey RJ**, **King BV**, **Aitken RJ**. **Mobile phone radiation induces reactive oxygen species production and DNA damage in human spermatozoa in vitro. PLoS One. 4(7):e6446, 2009.**
BACKGROUND: In recent times there has been some controversy over the impact of electromagnetic radiation on human health. The significance of mobile phone radiation on male reproduction is a key element of this debate since several studies have suggested a relationship between mobile phone use and semen quality. The potential mechanisms involved have not been established, however, human spermatozoa are known to be particularly vulnerable to oxidative stress by virtue of the abundant availability of substrates for free radical attack and the lack of cytoplasmic space to accommodate antioxidant enzymes. Moreover, the induction of oxidative stress in these cells not only perturbs their capacity for fertilization but also contributes to sperm DNA damage. The latter has, in turn, been linked with poor fertility, an increased incidence of miscarriage and morbidity in the offspring, including childhood cancer. In light of these associations, we have analyzed the influence of RF-EMR on the cell biology of human spermatozoa in vitro. PRINCIPAL FINDINGS: Purified human spermatozoa were exposed to radio-frequency electromagnetic radiation (RF-EMR) tuned to 1.8 GHz and covering a range of specific absorption rates (SAR) from 0.4 W/kg to 27.5 W/kg. In step with increasing SAR, motility and vitality were significantly reduced after RF-EMR exposure, while the mitochondrial generation of reactive oxygen species and DNA fragmentation were significantly elevated (P<0.001). Furthermore, we also observed highly significant relationships between SAR, the oxidative DNA damage bio-marker, 8-OH-dG, and DNA fragmentation after RF-EMR exposure. CONCLUSIONS: RF-EMR in both the power density and frequency range of mobile phones enhances mitochondrial reactive oxygen species generation by human spermatozoa, decreasing the motility and vitality of these cells while stimulating DNA base adduct formation and, ultimately DNA fragmentation. These findings have clear implications for the safety of extensive mobile phone use by males of reproductive age, potentially affecting both their fertility and the health and wellbeing of their offspring.

**Falzone N**, **Huyser C**, **Becker P**, **Leszczynski D**, **Franken DR**. **The effect of pulsed 900-MHz GSM mobile phone radiation on the acrosome reaction, head morphometry and zona binding of human spermatozoa. Int J Androl. 34(1):20-26, 2011.**
Summary Several recent studies have indicated that radiofrequency electromagnetic fields (RF-EMF) have an adverse effect on human sperm quality, which could translate into an effect on fertilization potential. This study evaluated the effect of RF-EMF on sperm-specific characteristics to assess the fertilizing competence of sperm. Highly motile human spermatozoa were exposed for 1 h to 900-MHz mobile phone radiation at a specific absorption rate of 2.0 W/kg and examined at various times after exposure. The acrosome reaction was evaluated using flow cytometry. The radiation did not affect sperm propensity for the acrosome reaction. Morphometric parameters were assessed

JA 06819

## Studies that show **Cell Phone** Health Effects

using computer-assisted sperm analysis. Significant reduction in sperm head area (9.2 +/- 0.7 mum(2) vs. 18.8 +/- 1.4 mum(2)) and acrosome percentage of the head area (21.5 +/- 4% vs. 35.5 +/- 11.4%) was reported among exposed sperm compared with unexposed controls. Sperm-zona binding was assessed directly after exposure using the hemizona assay. The mean number of zona-bound sperm of the test hemizona and controls was 22.8 +/- 12.4 and 31.8 +/- 12.8 (p < 0.05), respectively. This study concludes that although RF-EMF exposure did not adversely affect the acrosome reaction, it had a significant effect on sperm morphometry. In addition, a significant decrease in sperm binding to the hemizona was observed. <u>These results could indicate a significant effect of RF-EMF on sperm fertilization potential.</u>

**Kesari KK, Kumar S, Nirala J, Siddiqui MH, Behari J. Biophysical Evaluation of Radiofrequency Electromagnetic Field Effects on Male Reproductive Pattern. Cell Biochem Biophys. 65(2): 85-96, 2013 .**
There are possible hazardous health effects of exposure to radiofrequency electromagnetic radiations emitted from mobile phone on the human reproductive pattern. It is more effective while keeping mobile phones in pocket or near testicular organs. Present review examines the possible concern on radio frequency radiation interaction and biological effects such as enzyme induction, and toxicological effects, including genotoxicity and carcinogenicity, testicular cancer, and reproductive outcomes. Testicular infertility or testicular cancer due to mobile phone or microwave radiations suggests an increased level of reactive oxygen species (ROS). <u>Though generation of ROS in testis has been responsible for possible toxic effects on physiology of reproduction, the reviews of last few decades have well established that these radiations are very harmful and cause mutagenic changes in reproductive pattern and leads to infertility.</u> The debate will be focused on bio-interaction mechanism between mobile phone and testicular cancer due to ROS formation. <u>This causes the biological damage and leads to several changes like decreased sperm count, enzymatic and hormonal changes, DNA damage, and apoptosis formation.</u> In the present review, physics of mobile phone including future research on various aspects has been discussed.

**Salama N, Kishimoto T, Kanayama HO, Kagawa S. The mobile phone decreases fructose but not citrate in rabbit semen: a longitudinal study. Syst Biol Reprod Med. 55(5):181-187, 2009.**
The negative impact of mobile phones on sperm motility has been previously described. Both fructose and citrate are important components in semen that facilitate sperm motility. To date, no studies have investigated the effect of exposure to electromagnetic radiation emitted from the mobile phone on their levels.. Therefore, a longitudinal study using the adult rabbit as a model was undertaken. A total of 30 adult male rabbits were randomly divided into three groups. The first (phone) group was placed in specially designed cages, and exposed to radio frequency emitted from a mobile phone (900 MHz) kept in standby mode and positioned adjacent to the genitalia for 8 h daily for 12 weeks. The other two groups served as controls; the stress group which was housed in

Studies that show **Cell Phone** Health Effects

the same kind of cages to evaluate any cage-induced anxiety, and the control group which was housed in the conventional roomy cages. Semen samples were retrieved weekly. Sperm motility and viability, semen fructose and citrate, and serum testosterone were measured. Histological sections from the prostatic complex, ampulla, and vesicular gland were evaluated. A significant drop in both fructose levels (257 +/- 11.6 vs. 489 +/- 8.4 mg %, the baseline level) and number of motile sperms (50 vs. 72%) was observedin the phone group at the 10th week. However, no correlation was found between the two values. The stress control animals showed a similar but significantly less decline in motility No significant changes in citrate levels or other study parameters were seen in the three animal groups throughout the study. In conclusion, the pulsed radio frequency emitted by the mobile phone kept in the standby position longitudinally affected sperm motility and fructose but not citrate levels in rabbit semen.

**Kesari KK, Behari J. Evidence for mobile phone radiation exposure effects on reproductive pattern of male rats: Role of ROS. Electromagn Biol Med. 31(3):213-22, 2012.**
The relationship between radiofrequency electromagnetic fields emitted from mobile phone and infertility is a matter of continuing debate. It is postulated that these radiations may affect the reproduction pattern spell by targeting biochemistry of sperm. In an attempt to expedite the issue, 70 days old Wistar rats (n = 6) were exposed to mobile phone radiofrequency (RF) radiation for 2 h per day for 45 days and data compared with sham exposed (n = 6) group. A significant decrease (P < 0.05) in the level of testosterone and an increase in caspase-3 activity were found in the RF-exposed animals. Distortions in sperm head and mid piece of sperm mitochondrial sheath were also observed as captured by Transmission Electron Microscope (TEM). In addition, progeny from RF-exposed rats showed significant decreases in number and weight as compared with that of sham-exposed animals. A reduction in testosterone, an increase in caspase-3, and distortion in spermatozoa could be caused by overproduction of reactive oxygen species (ROS) in animals under mobile phone radiation exposure. Our findings on these biomarkers are clear indications of possible health implications of repeated exposure to mobile phone radiation.

**Kesari KK, Kumar S, Behari J.  Mobile phone usage and male infertility in Wistar rats. Indian J Exp Biol. 48(10):987-992, 2010.**
 A significant decrease in protein kinase C and total sperm count along with increased apoptosis were observed in male Wistar rats exposed to mobile phone frequencies (2 h/day x 35 days at 0.9 W/kg specific absorption rate). The results suggest that a reduction in protein kinase activity may be related to overproduction of reactive oxygen species (ROS) under microwave field exposure. Decrease in sperm count and an increase in apoptosis may be causative factor due to mobile radiation exposure leading to infertility.

JA 06821

## Studies that show **Cell Phone** Health Effects

**Kesari KK, Kumar S, Behari J. Effects of Radiofrequency Electromagnetic Wave Exposure from Cellular Phones on the Reproductive Pattern in Male Wistar Rats. Appl Biochem Biotechnol. 164(4):546-559, 2011.**
The present study investigates the effect of free radical formation due to mobile phone exposure and effect on fertility pattern in 70-day-old male Wistar rats (sham exposed and exposed). Exposure took place in Plexiglas cages for 2 h a day for 35 days to mobile phone frequency. The specific absorption rate was estimated to be 0.9 W/kg. An analysis of antioxidant enzymes glutathione peroxidase ($P < 0.001$) and superoxide dismutase ($P < 0.007$) showed a decrease, while an increase in catalase ($P < 0.005$) was observed. Malondialdehyde ($P < 0.003$) showed an increase and histone kinase ($P = 0.006$) showed a significant decrease in the exposed group. Micronuclei also show a significant decrease ($P < 0.002$) in the exposed group. A significant change in sperm cell cycle of G(0)-G(1) ($P = 0.042$) and G(2)/M ($P = 0.022$) were recorded. Generation of free radicals was recorded to be significantly increased ($P = 0.035$). Our findings on antioxidant, malondialdehyde, histone kinase, micronuclei, and sperm cell cycle are clear indications of an infertility pattern, initiated due to an overproduction of reactive oxygen species. It is concluded that radiofrequency electromagnetic wave from commercially available cell phones might affect the fertilizing potential of spermatozoa.

**Nazıroğlu M, Yüksel M, Köse SA, Özkaya MO. Recent reports of Wi-Fi and mobile phone-induced radiation on oxidative stress and reproductive signaling pathways in females and males. J Membr Biol. 246(12):869-875, 2013.**
Environmental exposure to electromagnetic radiation (EMR) has been increasing with the increasing demand for communication devices. The aim of the study was to discuss the mechanisms and risk factors of EMR changes on reproductive functions and membrane oxidative biology in females and males. It was reported that even chronic exposure to EMR did not increase the risk of reproductive functions such as increased levels of neoantigens abort. However, the results of some studies indicate that EMR induced endometriosis and inflammation and decreased the number of follicles in the ovarium or uterus of rats. In studies with male rats, exposure caused degeneration in the seminiferous tubules, reduction in the number of Leydig cells and testosterone production as well as increases in luteinizing hormone levels and apoptotic cells. In some cases of male and female infertility, increased levels of oxidative stress and lipid peroxidation and decreased values of antioxidants such as melatonin, vitamin E and glutathione peroxidase were reported in animals exposed to EMR. In conclusion, the results of current studies indicate that oxidative stress from exposure to Wi-Fi and mobile phone-induced EMR is a significant mechanism affecting female and male reproductive systems. However, there is no evidence to this date to support an increased risk of female and male infertility related to EMR exposure.

**Ozlem Nisbet H, Nisbet C, Akar A, Cevik M, Karayigit MO. Effects of exposure to electromagnetic field (1.8/0.9 GHz) on testicular function and structure in growing rats. Res Vet Sci. 93(2):1001-1005, 2012.**

JA 06822

Studies that show **Cell Phone** Health Effects

The aim of our study was to evaluate the possible effects of whole-body electromagnetic field (EMF) exposure on reproduction in growing male rats. Male albino Wistar rats (2 days old) were exposed to EMF 1800 and 900 MHz for 2 h continuously per day for 90 days. Sham control was kept under similar conditions except that the field was not applied for the same period. After blood samples were collected, the animals were sacrificed 24 h after the last exposure and the tissues of interest were harvested. The mean plasma total testosterone showed similarity among the two study groups and was significantly higher than the sham control rats. The percentage of epididymal sperm motility was significantly higher in the 1800 MHz group (P<0.05). The morphologically normal spermatozoa rates were higher and the tail abnormality and total percentage abnormalities were lower in the 900 MHz group (P<0.05). Histopathologic parameters in the 1800 MHz group were significantly higher (P<0.05). In conclusion, the present study indicated that exposure to electromagnetic wave caused an increase in testosterone level, epididymal sperm motility (forward), and normal sperm morphology of rats. As a consequences, 1800 and 900 MHz EMF could be considered to be a cause of precocious puberty in growing rats.


**Meo SA, Al-Drees AM, Husain S, Khan MM, Imran MB. Effects of mobile phone radiation on serum testosterone in Wistar albino rats. Saudi Med J. 31(8):869-873, 2010.**
OBJECTIVE: To investigate the effects of electromagnetic field radiation generated by mobile phones on serum testosterone levels in Wistar albino rats. METHODS: This experimental interventional control study was conducted in the Department of Physiology, College of Medicine, King Saud University, Riyadh, Saudi Arabia during the period December 2006 to April 2008. A total of 34 male Albino rats [Wistar strain], 2 months of age, weighing 150-160 gm were used for the experiment. These animals were divided into 3 groups. The first group containing 6 rats was assigned as a control group. The second group containing 14 rats was exposed to mobile phone radiation for 30 minutes daily and the third group containing 14 rats was exposed to mobile phone radiation for 60 minutes daily for the total period of 3 months. At the end of experimental period, blood was collected into the container, and serum testosterone was analyzed using double-antibody radioimmunoassay method by Coat-A-Count. RESULTS: Exposure to mobile phone radiation for 60 minutes/day for the total period of 3 months significantly decrease the serum testosterone level [p=0.028] in Wistar Albino rats compared to their matched control. CONCLUSION: Long-term exposure to mobile phone radiation leads to reduction in serum testosterone levels. Testosterone is a primary male gender hormone and any change in the normal levels may be devastating for reproductive and general health.


**Gorpinchenko I, Nikitin O, Banyra O, Shulyak A. The influence of direct mobile phone radiation on sperm quality. Cent European J Urol. 67(1):65-71, 2014.**
INTRODUCTION: It is impossible to imagine a modern socially-active man who does not use mobile devices and/or computers with Wi-Fi function. The effect of mobile phone radiation on male fertility is the subject of recent interest and investigations. The aim of

JA 06823

Studies that show **Cell Phone** Health Effects

this study was to investigate the direct in vitro influence of mobile phone radiation on sperm DNA fragmentation and motility parameters in healthy subjects with normozoospermia. **MATERIAL AND METHODS:** 32 healthy men with normal semen parameters were selected for the study. Each sperm sample was divided into two equal portions (A and B). Portions A of all involved men were placed for 5 hours in a thermostat, and portions B were placed into a second thermostat for the same period of time, where a mobile phone in standby/talk mode was placed. After 5 hours of incubation the sperm samples from both thermostats were re-evaluated regarding basic motility parameters. The presence of DNA fragmentation in both A and B portions of each sample was determined each hour using a standard sperm chromatin dispersion test. **RESULTS:** The number of spermatozoa with progressive movement in the group, influenced by electromagnetic radiation, is statistically lower than the number of spermatozoa with progressive movement in the group under no effect of the mobile phone. The number of non-progressive movement spermatozoa was significantly higher in the group, which was influenced by cell phone radiation. The DNA fragmentation was also significantly higher in this group. <u>**CONCLUSIONS:** A correlation exists between mobile phone radiation exposure, DNA-fragmentation level and decreased sperm motility.</u>

**Ghanbari M, Mortazavi SB, Khavanin A, Khazaei M. The Effects of Cell Phone Waves (900 MHz-GSM Band) on Sperm Parameters and Total Antioxidant Capacity in Rats. Int J Fertil Steril. 7(1):21-28, 2013.**

BACKGROUND: There is tremendous concern regarding the possible adverse effects of cell phone microwaves. Contradictory results, however, have been reported for the effects of these waves on the body. In the present study, the effect of cell phone microwaves on sperm parameters and total antioxidant capacity was investigated with regard to the duration of exposure and the frequency of these waves. MATERIALS AND METHODS: This experimental study was performed on 28 adult male Wistar rats (200-250 g). The animals were randomly assigned to four groups (n=7): i. control; ii. two-week exposure to cell phone-simulated waves; iii. three-week exposure to cell phonesimulated waves; and iv. two-week exposure to cell phone antenna waves. In all groups, sperm analysis was performed based on standard methods and we determined the mean sperm total antioxidant capacity according to the ferric reducing ability of plasma (FRAP) method. Data were analyzed by one-way ANOVA followed by Tukey's test using SPSS version 16 software. RESULTS: The results indicated that sperm viability, motility, and total antioxidant capacity in all exposure groups decreased significantly compared to the control group (p<0.05). Increasing the duration of exposure from 2 to 3 weeks caused a statistically significant decrease in sperm viability and motility (p<0.05). <u>CONCLUSION: Exposure to cell phone waves can decrease sperm viability and motility in rats. These waves can also decrease sperm total antioxidant capacity in rats and result in oxidative stress.</u>

**Ozguner M, Koyu A, Cesur G, Ural M, Ozguner F, Gokcimen A, Delibas N. Biological and morphological effects on the reproductive organ of rats after exposure to**

JA 06824

**electromagnetic field. Saudi Med J. 26(3):405-410, 2005.**
OBJECTIVE: The biological effect of electromagnetic field (EMF) emitted from mobile phones is a current debate and still a controversial issue. Therefore, little is known on the possible adverse effects on reproduction as mobile phone bio-effects are only a very recent concern. The aim of this experimental study was to determine the biological and morphological effects of 900 MHz radiofrequency (RF) EMF on rat testes. METHODS: The study was performed in the Physiology and Histology Research Laboratories of Suleyman Demirel University, Faculty of Medicine, Isparta, Turkey in May 2004. Twenty adult male Sprague-Dawley rats weighing 270 - 320 gm were randomized into 2 groups of 10 animals: Group I (control group) was not exposed to EMF and Group II (EMF group) was exposed to 30 minutes per day, 5 days a week for 4 weeks to 900 MHz EMF. Testes tissues were submitted for histologic and morphologic examination. Testicular biopsy score count and the percentage of interstitial tissue to the entire testicular tissue were registered. Serum testosterone, plasma luteinizing hormone (LH) and follicle stimulating hormone (FSH) levels were assayed biochemically. RESULTS: The weight of testes, testicular biopsy score count and the percentage of interstitial tissue to the entire testicular tissue were not significantly different in EMF group compared to the control group. However, the diameter of the seminiferous tubules and the mean height of the germinal epithelium were significantly decreased in EMF group (p<0.05). There was a significant decrease in serum total testosterone level in EMF group (p<0.05). Therefore, there was an insignificant decrease in plasma LH and FSH levels in EMF group compared to the control group (p>0.05). CONCLUSION: The biological and morphological effects resulting from 900 MHz RF EMF exposure lends no support to suggestions of adverse effect on spermatogenesis, and on germinal epithelium. Therefore, testicular morphologic alterations may possibly be due to hormonal changes.

**Meo SA, Arif M, Rashied S, Khan MM, Vohra MS, Usmani AM, Imran MB, Al-Drees AM. Hypospermatogenesis and spermatozoa maturation arrest in rats induced by mobile phone radiation. J Coll Physicians Surg Pak. 21(5):262-265, 2011.**
Abstract. Objective: To determine the morphological changes induced by mobile phone radiation in the testis of Wistar albino rats. Study Design: Cohort study. Place and Duration of Study: Department of Physiology, College of Medicine, King Saud University, Riyadh, Saudi Arabia, from April 2007 to June 2008. Methodology: Forty male Wistar albino rats were divided in three groups. First group of eight served as the control. The second group [group B, n=16] was exposed to mobile phone radiation for 30 minutes/day and the third group [group C, n=16] was exposed to mobile phone radiation for 60 minutes/day for a total period of 3 months. Morphological changes in the testes induced by mobile phone radiations were observed under a light microscope. Results: Exposure to mobile phone radiation for 60 minutes/day caused 18.75% hypospermatogenesis and 18.75% maturation arrest in the testis of albino rats compared to matched controls. However, no abnormal findings were observed in albino rats that were exposed to mobile phone radiation for 30 minutes/day for a total period of 3 months. Conclusion: Long-term exposure to mobile phone radiation can cause hypospermatogenesis and maturation arrest in the spermatozoa in the testis of Wistar

JA 06825

## Studies that show **Cell Phone** Health Effects

albino rats.

**Meo SA**, **Arif M**, **Rashied S**, **Khan MM**, **Vohra MS**, **Usmani AM**, **Imran MB**, **Al-Drees AM**. **Hypospermatogenesis and spermatozoa maturation arrest in rats induced by mobile phone radiation. J Coll Physicians Surg Pak. 21(5):262-265, 2011.**
OBJECTIVE:  To determine the morphological changes induced by mobile phone radiation in the testis of Wistar albino rats. STUDY DESIGN: Cohort study. Place and Duration of Study: Department of Physiology, College of Medicine, King Saud University, Riyadh, Saudi Arabia, from April 2007 to June 2008. METHODOLOGY: Forty male Wistar albino rats were divided in three groups. First group of eight served as the control. The second group [group B, n=16] was exposed to mobile phone radiation for 30 minutes/day and the third group [group C, n=16] was exposed to mobile phone radiation for 60 minutes/day for a total period of 3 months. Morphological changes in the testes induced by mobile phone radiations were observed under a light microscope. RESULTS:  Exposure to mobile phone radiation for 60 minutes/day caused 18.75% hypospermatogenesis and 18.75% maturation arrest in the testis of albino rats compared to matched controls. However, no abnormal findings were observed in albino rats that were exposed to mobile phone radiation for 30 minutes/day for a total period of 3 months. CONCLUSION:  Long-term exposure to mobile phone radiation can cause hypospermatogenesis and maturation arrest in the spermatozoa in the testis of Wistar albino rats.

**Gutschi T**, **Mohamad Al-Ali B**, **Shamloul R**, **Pummer K**, **Trummer H. Impact of cell phone use on men's semen parameters.Andrologia. 43(5):312-316, 2011.**
The objective of the present retrospective study was to report our experience concerning the effects of cell phone usage on semen parameters. We examined 2110 men attending our infertility clinic from 1993 to October 2007. Semen analysis was performed in all patients. Serum free testosterone (T), follicle stimulating hormone (FSH), luteinising hormone (LH) and prolactin (PRL) were collected from all patients. The information on cell phone use of the patients was recorded and the subjects were divided into two groups according to their cell phone use: group A: cell phone use (n    = 991); group B: no use (n    =    1119). Significant difference was observed in sperm morphology between the two groups. In the patients of group A, 68.0% of the spermatozoa featured a pathological morphology compared to only 58.1% in the subjects of group B. Patients with cell phone usage showed significantly higher T and lower LH levels than those who did not use cell phone. No significant difference between the two groups was observed regarding FSH and PRL values. Our results showed that cell phone use negatively affects sperm quality in men. Further studies with a careful design are needed to determine the effect of cell phone use on male fertility.

**Gul A**, **Celebi H**, **Uğraş S. The effects of microwave emitted by cellular phones on ovarian follicles in rats. Arch Gynecol Obstet. 280(5):729-733, 2009.**
OBJECTIVE: The aim of this study was to investigate whether there were any toxic effects of microwaves of cellular phones on ovaries in rats. METHODS: In this study, 82

JA 06826

Studies that show **Cell Phone** Health Effects

female pups of rats, aged 21 days (43 in the study group and 39 in the control group) were used. Pregnant rats in the study group were exposed to mobile phones that were placed beneath the polypropylene cages during the whole period of pregnancy. The cage was free from all kinds of materials, which could affect electromagnetic fields. A mobile phone in a standby position for 11 h and 45 min was turned on to speech position for 15 min every 12 h and the battery was charged continuously. On the 21st day after the delivery, the female rat pups were killed and the right ovaries were removed. The volumes of the ovaries were measured and the number of follicles in every tenth section was counted. RESULTS: The analysis revealed that in the study group, the number of follicles was lower than that in the control group. The decreased number of follicles in pups exposed to mobile phone microwaves suggest that intrauterine exposure has toxic effects on ovaries. CONCLUSION: We suggest that the microwaves of mobile phones might decrease the number of follicles in rats by several known and, no doubt, countless unknown mechanisms.

**Lukac N, Massanyi P, Roychoudhury S, Capcarova M, Tvrda E, Knazicka Z, Kolesarova A, Danko J. In vitro effects of radiofrequency electromagnetic waves on bovine spermatozoa motility. J Environ Sci Health A Tox Hazard Subst Environ Eng. 46(12):1417-1423, 2011.**
In this study the effects of 1800 MHz GSM-like radiofrequency electromagnetic waves (RF-EMW) exposure on bovine semen was monitored. The experimental samples were analyzed in vitro in four time periods (0, 30, 120 and 420 min) and compared with unexposed samples (control). Spermatozoa motility was determined by computer assisted semen analyzer (CASA). Evaluation of the percentage of motile spermatozoa showed significant (P < 0.001) decrease in experimental groups after 120 and 420 min of culture when exposed to microwaves, in comparison to control. Similar spermatozoa motility inhibition was detected for the percentage of progressively motile spermatozoa, too. Average path distance decreased significantly (p < 0.001) in experimental groups after 30 and 420 min of culture. Path velocity increased in the experimental groups exposed to RF-EMW after 30 minutes of culture, but subsequently decreased after 420 min of culture, in comparison to control. This indicates a possible initial stimulation and subsequent velocity inhibition of bovine spermatozoa under RF-EMW exposure. Changes in spermatozoa motility were also detected for some fine parameters, too. A significant decrease (P < 0.001) was noted for amplitude of lateral head displacement in the experimental group after 420 minutes of culture. Detailed in vitro motility analysis of bovine spermatozoa exposed to microwave radiation suggested that the parameters of path and velocity at the beginning of the culture significantly increase, but after longer culture (420 minutes) a significant decrease occur in the experimental group as compared to control. In general, results of this experiment indicate a negative time-dependent effect of 1800 MHz RF-EMW radiation on bovine spermatozoa motility.

**Kilgallon SJ, Simmons LW. Image content influences men's semen quality. Biol Lett 1:252-255, 2005.**

JA 06827

## Studies that show **Cell Phone** Health Effects

There is increasing evidence from non-human animals that males adjust their ejaculation expenditure according to the risk of sperm competition. In this study we show that, after controlling for lifestyle factors known to influence semen quality, human males viewing images depicting sperm competition had a higher percentage of motile sperm in their ejaculates. Many lifestyle variables were confirmed to influence semen quality, including the recent suggestion that storage of mobile phones close to the testes can decrease semen quality.

**Liu C, Gao P, Xu SC, Wang Y, Chen CH, He MD, Yu ZP, Zhang L, Zhou Z. Mobile phone radiation induces mode-dependent DNA damage in a mouse spermatocyte-derived cell line: a protective role of melatonin. Int J Radiat Biol. 2013 Aug 19. [Epub ahead of print]**
Purpose: To evaluate whether exposure to mobile phone radiation (MPR) can induce DNA damage in male germ cells. Materials and methods: A mouse spermatocyte-derived GC-2 cell line was exposed to a commercial mobile phone handset once every 20 minutes in standby, listen, dialed or dialing modes for 24 h. DNA damage was determined using an alkaline comet assay. Results: The levels of DNA damage were significantly increased following exposure to MPR in the listen, dialed and dialing modes. Moreover, there were significantly higher increases in the dialed and dialing modes than in the listen mode. Interestingly, these results were consistent with the radiation intensities of these modes. However, the DNA damage effects of MPR in the dialing mode were efficiently attenuated by melatonin pretreatment. Conclusions: These results regarding mode-dependent DNA damage have important implications for the safety of inappropriate mobile phone use by males of reproductive age and also suggest a simple preventive measure, keeping our body from mobile phones as far away as possible, not only during conversations but during "dialed" and "dialing" operation modes as well. Since the "dialed" mode is actually part of the standby mode, mobile phones should be kept at a safe distance from our body even during standby operation. Furthermore, the protective role of melatonin suggests that it may be a promising pharmacological candidate for preventing mobile phone use-related reproductive impairments.

**Liu K, Zhang G, Wang Z, Liu Y, Dong J, Dong X, Liu J, Cao J, Ao L, Zhang S. The protective effect of autophagy on mouse spermatocyte derived cells exposure to 1800MHz radiofrequency electromagnetic radiation. Toxicol Lett. 2014 May 8. pii: S0378-4274(14)00195-7. doi: 10.1016/j.toxlet.2014.05.004. [Epub ahead of print]**
The increasing exposure to radiofrequency (RF) radiation emitted from mobile phone use has raised public concern regarding the biological effects of RF exposure on the male reproductive system. Autophagy contributes to maintaining intracellular homeostasis under environmental stress. To clarify whether RF exposure could induce autophagy in the spermatocyte, mouse spermatocyte-derived cells (GC-2) were exposed to 1800MHz Global System for Mobile Communication (GSM) signals in GSM-Talk mode at specific absorption rate (SAR) values of 1 w/kg, 2w/kg or 4w/kg for 24h, respectively. The results indicated that the expression of LC3-II increased in a dose- and time-

JA 06828

Studies that show **Cell Phone** Health Effects

dependent manner with RF exposure, and showed a significant change at the SAR value of 4w/kg. The autophagosome formation and the occurrence of autophagy were further confirmed by GFP-LC3 transient transfection assay and transmission electron microscopy (TEM) analysis. Furthermore, the conversion of LC3-I to LC3-II was enhanced by co-treatment with Chloroqrine (CQ), indicating autophagic flux could be enhanced by RF exposure. Intracellular ROS levels significantly increased in a dose- and time-dependent manner after cells were exposed to RF. Pretreatment with anti-oxidative NAC obviously decreased the conversion of LC3-I to LC3-II and attenuated the degradation of p62 induced by RF exposure. Meanwhile, phosphorylated extracellular-signal-regulated kinase (ERK) significantly increased after RF exposure at the SAR value of 2w/kg and 4w/kg. Moreover, we observed that RF exposure did not increase the percentage of apoptotic cells, but inhibition of autophagy could increase the percentage of apoptotic cells. These findings suggested that autophagy flux could be enhanced by 1800MHz GSM exposure (4w/kg), which is mediated by ROS generation. Autophagy may play an important role in preventing cells from apoptotic cell death under RF exposure stress.

**Liu C, Duan W, Xu S, Chen C, He M, Zhang L, Yu Z, Zhou Z. Exposure to 1800 MHz radiofrequency electromagnetic radiation induces oxidative DNA base damage in a mouse spermatocyte-derived cell line. Toxicol Lett  218(1): 2-9, 2013.**
Whether exposure to radiofrequency electromagnetic radiation (RF-EMR) emitted from mobile phones can induce DNA damage in male germ cells remains unclear. In this study, we conducted a 24 h intermittent exposure (5 min on and 10 min off) of a mouse spermatocyte-derived GC-2 cell line to 1800 MHz Global System for Mobile Communication (GSM) signals in GSM-Talk mode at specific absorption rates (SAR) of 1 W/kg, 2 W/kg or 4 W/kg. Subsequently, through the use of formamidopyrimidine DNA glycosylase (FPG) in a modified comet assay, we determined that the extent of DNA migration was significantly increased at a SAR of 4 W/kg. Flow cytometry analysis demonstrated that levels of the DNA adduct 8-oxoguanine (8-oxoG) were also increased at a SAR of 4 W/kg. These increases were concomitant with similar increases in the generation of reactive oxygen species (ROS); these phenomena were mitigated by co-treatment with the antioxidant α-tocopherol. However, no detectable DNA strand breakage was observed by the alkaline comet assay. Taking together, these findings may imply the novel possibility that RF-EMR with insufficient energy for the direct induction of DNA strand breaks may produce genotoxicity through oxidative DNA base damage in male germ cells.

**Hancı H, Odacı E, Kaya H, Aliyazıcıoğlu Y, Turan I, Demir S, Colakoğlu S. The effect of prenatal exposure to 900-MHz electromagnetic field on the 21-old-day rat testicle. Reprod Toxicol. 42:203-209, 2013.**
The aim of this study was to investigate the effect of exposure to a 900-MHz electromagnetic field (EMF) in the prenatal term on the 21-old-day rat testicle. Pregnant rats were divided into control (CG) and EMF (EMFG) groups. EMFG was exposed to 900-MHz EMF during days 13-21 of pregnancy. Newborn CG rats were obtained from the CG

JA 06829

Studies that show **Cell Phone** Health Effects

and newborn EMFG (NEMFG) rats from the EMFG. Testicles were extracted at postnatal day 21. Lipid peroxidation and DNA oxidation levels, apoptotic index and histopathological damage scores were compared. NEMFG rats exhibited irregularities in seminiferous tubule basal membrane and epithelium, immature germ cells in the lumen, and a decreased diameter in seminiferous tubules and thickness of epithelium. Apoptotic index, lipid peroxidation and DNA oxidation were higher in NEMFG rats than in NCG. 21-day-old rat testicles exposed to 900-MHz EMF in the prenatal term may be adversely affected, and this effect persists after birth.

**Falzone N, Huyser C, Fourie F, Toivo T, Leszczynski D, Franken D. In vitro effect of pulsed 900 MHz GSM radiation on mitochondrial membrane potential and motility of human spermatozoa. Bioelectromagnetics.29(4):268-276, 2008.**

 Ejaculated, density purified, human spermatozoa were exposed to pulsed 900 MHz GSM mobile phone radiation at two specific absorption rate levels (SAR 2.0 and 5.7 W/kg) and compared with controls over time. Change in sperm mitochondrial membrane potential was analysed using flow cytometry. Sperm motility was determined by computer assisted sperm analysis (CASA). There was no effect of pulsed 900 MHz GSM radiation on mitochondrial membrane potential. This was also the case for all kinematic parameters assessed at a SAR of 2.0 W/kg. However, over time, the two kinematic parameters straight line velocity (VSL) and beat-cross frequency (BCF) were significantly impaired ($P < 0.05$) after the exposure at SAR 5.7 W/kg and no exposure by time interaction was present. This result should not be ascribed to thermal effects, due to the cooling methods employed in the RF chamber and temperature control within the incubator.

**Dasdag, S, Ketani, MA, Akdag, Z, Ersay, AR, Sar,i I, Demirtas ,OC, Celik, MS, Whole-body microwave exposure emitted by cellular phones and testicular function of rats. Urol Res 27(3):219-223, 1999.**

This study investigated whether there are adverse effects due to microwave exposure emitted by cellular phones in male rats. Eighteen Wistar Albino rats were separated into three groups, a sham group and two experimental groups. The rats were confined in Plexiglas cages and cellular phones were placed 0.5 cm under the cages. In the first experimental group, cellular phones were in standby position for 2 h. In the second experimental group, phones were turned to the speech position three times each for 1 min duration over 2 h. Rats in the first and second experimental groups were exposed to microwaves emitted by phones for 2 h/day for a duration of 1 month. After the last exposure the rats were killed. Brain, eyes, ears, liver, heart, lungs, stomach, kidneys, testes, small and large intestines and skin of the rats were observed histologically. The decrease of epididymal sperm counts in the speech groups were not found to be significant ($P > 0.05$). Differences in terms of normal and abnormal sperm forms were not observed ($P > 0.05$). Histological changes were especially observed in the testes of rats of the speech groups. Seminiferous tubular diameter of rat testes in the standby and speech groups was found to be lower than the sham group ($P < 0.05$). Rectal temperatures of rats in the speech group were found to be higher than the sham and standby groups ($P < 0.05$). The rectal temperatures of rats before

JA 06830

Studies that show **Cell Phone** Health Effects

and after exposure were also found to be significantly higher in the speech group ($P < 0.05$).
Specific absorption rate (SAR) was determined as 0.141 W/kg.

**Chen L, Qin F, Chen Y, Sun J, Tong J.[Chronotoxicity of 1800 MHz microwave radiation on sex hormones and spermatogenesis in male mice]. Wei Sheng Yan Jiu. 43(1):110-115, 2014.[Article in Chinese]**
OBJECTIVE: To study the chronotoxicity of 1800 MHz micrwave radiation on the male reproductive system. METHODS: Sixty healthy male C57 mice with circadian rhythm in a 12:12 h light-dark photoperiod were divided into false radiation group (Sham) and microwave radiation (MR) group exposed to 1800 MHz RF at 208 microW/cm2 power (SAR: 0 .2221 W/kg) density at different zeitgeber times of a day (ZT01:00, ZT05:00, ZT09 : 00, ZT13: 00, ZT17 : 00, ZT21 : 00) for continuous 32 days with 2 h/d. The testicular sperm head was counted with a microscope, and serum testosterone (T) and estradiol (E2) levels were measured by ELISA method. RESULTS: Compared with the sham group,microwave radiation induced reduced level in testicular sperm head count and serum testosterone, while the level of serum estradiol increased. Also, the circadian rhythms of testicular sperm head count and estradiol disappeared after the microwave radiation. CONCLUSION: <u>1800 MH2 microwave radiation may disturb the level as well as circadian rhythmicity of the reproductive functions in male mice.</u>

**Celik S, Aridogan IA, Izol V, Erdoğan S, Polat S, Doran S. An Evaluation of the effects of long-term cell phone use on the testes via light and electron microscope analysis. Urology. 79(2):346-350, 2012**
Abstract. OBJECTIVE: To investigate whether the low-intensity electromagnetic waves transmitted by cell phones cause histopathological or ultrastructural changes in the testes of rats. MATERIALS AND METHODS: Wistar-Kyoto male rats were placed into either a control group or a group that was exposed to an electromagnetic field (EMF). Two cell phones with Specific Absorbation Rate values of 1.58 were placed and left off in cages that housed 15 rats included in the control group, and four cell phones were placed and left on in cages that housed 30 rats included in the experimental group. After 3 months, weights, seminiferous tubule diameters, and spermatogenic cell conditions of all testes of the rats were evaluated. One half of each testis was examined also under an electron microscope. RESULTS: No significant differences were observed between the testis weights, seminiferous tubule diameters, and histopathological evaluations between rats that had and had not been exposed to EMF. <u>Electron microscope analysis revealed that the membrana propria thickness and the collagen fiber contents were increased and the capillary veins extended in the experimental group. Common vacuolization in the cytoplasm of the Sertoli cells, growth of electron-dense structures, and existence of large lipid droplets were noted as the remarkable findings of this study.</u>

**Al-Damegh MA. Rat testicular impairment induced by electromagnetic radiation from a conventional cellular telephone and the protective effects of the antioxidants vitamins C and E. Clinics (Sao Paulo). 67(7):785-792, 2012.**
OBJECTIVE:  The aim of this study was to investigate the possible effects of electromagnetic

JA 06831

Studies that show **Cell Phone** Health Effects

radiation from conventional cellular phone use on the oxidant and antioxidant status in rat blood and testicular tissue and determine the possible protective role of vitamins C and E in preventing the detrimental effects of electromagnetic radiation on the testes. MATERIALS AND METHODS: The treatment groups were exposed to an electromagnetic field, electromagnetic field plus vitamin C (40 mg/kg/day) or electromagnetic field plus vitamin E (2.7 mg/kg/day). All groups were exposed to the same electromagnetic frequency for 15, 30, and 60 min daily for two weeks. RESULTS:  There was a significant increase in the diameter of the seminiferous tubules with a disorganized seminiferous tubule sperm cycle interruption in the electromagnetism-exposed group. The serum and testicular tissue conjugated diene, lipid hydroperoxide, and catalase activities increased 3-fold, whereas the total serum and testicular tissue glutathione and glutathione peroxidase levels decreased 3-5 fold in the electromagnetism-exposed animals. CONCLUSION: Our results indicate that the adverse effect of the generated electromagnetic frequency had a negative impact on testicular architecture and enzymatic activity. This finding also indicated the possible role of vitamins C and E in mitigating the oxidative stress imposed on the testes and restoring normality to the testes.

**Azadi Oskouyi E, Rajaei F, Safari Variani A, Sarokhani MR, Javadi A. Effects of microwaves (950 MHZ mobile phone) on morphometric and apoptotic changes of rabbit epididymis. Andrologia. 2014 Jul 25. doi: 10.1111/and.12321. [Epub ahead of print]**

The effect of mobile phone radiation on human reproduction system is still a matter of debate. In this study, 18 male rabbits were randomly divided into two experimental groups and one control group. Experimental groups received simulated microwaves with the frequency of 950 MHz and the output power of 3 and 6 watts for 2 weeks, 2 h a day. After a week of rest, the microscopic slides from the quada of the excised epididymis were prepared. Then, the diameter of epididymis, the height of epithelium and the number of apoptotic cells in epithelium in study groups were determined. The data were compared using spss software and one-way anova test. The epithelial height and diameter of the epididymis in 3 watt and 6 watt groups had a significant decrease compared to the control group (P < 0.001), while the testosterone level only in 6 watt group was significantly decreased compared to control group. The rate of apoptosis in the epithelial cells of the epididymis had a significant increase only in 6 watt group compared to the control group (P < 0.001). This study showed that the microwaves with the frequency of 950 MHz can have negative impacts on morphometric and apoptotic changes of rabbit epididymis.

**Baste V, Riise T, Moen BE. Radiofrequency electromagnetic fields; male infertility and sex ratio of offspring. Eur J Epidemiol.23(5):369-377,2008.**
Concern is growing about exposure to electromagnetic fields and male reproductive health. The authors performed a cross-sectional study among military men employed in the Royal Norwegian Navy, including information about work close to equipment emitting radiofrequency electromagnetic fields, one-year infertility, children and sex of

JA 06832

Studies that show **Cell Phone** Health Effects

the offspring. Among 10,497 respondents, 22% had worked close to high-frequency aerials to a "high" or "very high" degree. Infertility increased significantly along with increasing self-reported exposure to radiofrequency electromagnetic fields. In a logistic regression, odds ratio (OR) for infertility among those who had worked closer than 10 m from high-frequency aerials to a "very high" degree relative to those who reported no work near high-frequency aerials was 1.86 (95% confidence interval (CI): 1.46-2.37), adjusted for age, smoking habits, alcohol consumption and exposure to organic solvents, welding and lead. Similar adjusted OR for those exposed to a "high", "some" and "low" degree were 1.93 (95% CI: 1.55-2.40), 1.52 (95% CI: 1.25-1.84), and 1.39 (95% CI: 1.15-1.68), respectively. In all age groups there were significant linear trends with higher prevalence of involuntary childlessness with higher self-reported exposure to radiofrequency fields. However, the degree of exposure to radiofrequency radiation and the number of children were not associated. For self-reported exposure both to high-frequency aerials and communication equipment there were significant linear trends with lower ratio of boys to girls at birth when the father reported a higher degree of radiofrequency electromagnetic exposure.

**Panagopoulos DJ, Margaritis LH. The identification of an intensity 'window' on the bioeffects of mobile telephony radiation. Int J Radiat Biol. 86(5):358-366, 2010. Erratum in Int J Radiat Biol. 2010 Sep;86(9):809.**
PURPOSE: The increased bioactivity 'windows' of GSM 900 and 1800 MHz radiations, (Global System for Mobile telecommunications) revealed recently by us and published in this issue, manifesting themselves as a maximum decrease in the reproductive capacity of the insect Drosophila melanogaster, were examined to discover whether they depend on the intensity of radiation-fields. METHODS: In each experiment, one group of insects were exposed to the GSM 900 or 1800 radiation at 30 or 20 cm distances, respectively, from the antenna of a mobile phone, where the bioactivity 'window' appears for each type of radiation and another group was exposed at 8 or 5 cm, respectively, behind a metal grid, shielding both microwave radiation and the extremely low frequency (ELF) electric and magnetic fields for both types of radiation in a way that radiation and field intensities were roughly equal between the two groups. Then the effect on reproductive capacity was compared between groups for each type of radiation. RESULTS: The decrease in the reproductive capacity did not differ significantly between the two groups. CONCLUSIONS: The bioactivity window seems to be due to the intensity of radiation-field (10 microW/cm(2), 0.6-0.7 V/m) at 30 or 20 cm from the GSM 900 or 1800 mobile phone antenna, respectively

**Panagopoulos DJ, Margaritis LH. The effect of exposure duration on the biological activity of mobile telephony radiation. Mutat Res699(1-2):17-22,2010.**
In the present experiments we studied the effects of different durations of a single, (continuous), daily exposure, ranging from 1min up to 21min, to the two established systems of digital mobile telephony radiation that are commonly used in Europe, viz. GSM 900MHz (Global System for Mobile telecommunications) and DCS 1800MHz (Digital Cellular System - referred to also as GSM 1800MHz), on a well-tested biological

model, the reproductive capacity of the insect Drosophila melanogaster. The insects were exposed to each type of radiation at an intensity of about 10muW/cm(2), corresponding to a distance of 20cm or 30cm from the antenna of a DCS 1800 or a GSM 900 mobile phone handset, respectively. At these distances the bioactivity of mobile telephony radiation was found to be at a maximum due to the existence of a "window" of increased bioactivity around this value, as we have proposed recently [1-4]. The results show that the reproductive capacity decreases almost linearly with increasing exposure duration to both GSM 900 and DCS 1800 radiation, suggesting that short-term exposures to these radiations have cumulative effects on living organisms. Additionally, our results show again that GSM 900MHz radiation is slightly more bioactive than DCS 1800MHz radiation, at the same exposure durations and under equal radiation intensities, as shown in our previous experiments [5].

**Panagopoulos DJ. Effect of microwave exposure on the ovarian development of Drosophila melanogaster.Cell Biochem Biophys. 63(2):121-132, 2012.**
In the present experiments the effect of GSM radiation on ovarian development of virgin Drosophila melanogaster female insects was studied. Newly emerged adult female flies were collected and divided into separate identical groups. After the a lapse of certain number of hours-different for each group-the insects (exposed and sham-exposed) were dissected and their intact ovaries were collected and photographed under an optical microscope with the same magnification. The size of the ovaries was compared between exposed and sham-exposed virgin female insects, during the time needed for the completion of oogenesis and maturation of the first eggs in the ovarioles. Immediately after the intact ovaries were photographed, they were further dissected into individual ovarioles and treated for TUNEL and acridine-orange assays to determine the degree of DNA damage in the egg chamber cells. The study showed that the ovarian size of the exposed insects is significantly smaller than that of the corresponding sham-exposed insects, due to destruction of egg chambers by the GSM radiation, after DNA damage and consequent cell death induction in the egg chamber cells of the virgin females as shown in previous experiments on inseminated females. The difference in ovarian size between sham-exposed and exposed virgin female flies becomes most evident 39-45 h after eclosion when the first eggs within the ovaries are at the late vitellogenic and post-vitellogenic stages (mid-late oogenesis). More than 45 h after eclosion, the difference in ovarian size decreases, as the first mature eggs of the sham-exposed insects are leaving the ovaries and are laid.

**Forgacs Z, Somosy Z, Kubinyi G, Bakos J, Hudak A, Surjan A, Thuroczy G. Effect of whole-body 1800MHz GSM-like microwave exposure on testicular steroidogenesis and histology in mice. Reprod Toxicol.22(1):111-117, 2006.**
The aim of our study was to evaluate the possible effects of whole-body 1800MHz GSM-like microwave exposure on male reproduction. After repeated exposure of mice to microwaves at 0.018-0.023W/kg whole-body specific energy absorption rate (SAR) an elevated serum testosterone level was measured, but no microwave exposure related histopathological alteration could be detected in the reproductive organs. The in vitro

Studies that show **Cell Phone** Health Effects

steroidogenic response of 48h Leydig cell cultures obtained from exposed animals did not differ from the controls, suggesting that Leydig cells were not the primary targets of the applied microwave exposure or direct action of microwaves on Leydig cells was temporary only. In exposed animals the red blood cell count and volume of packed red cells were also increased. Further investigations are required to clarify the mechanism of action of the applied microwave exposure on male mice, as well as to establish the biological significance of the observed phenomena.

# Neurological Effects

**Ntzouni MP, Stamatakis A, Stylianopoulou F, Margaritis LH. Short-term memory in mice is affected by mobile phone radiation. Pathophysiology. 18(3):193-199, 2011.**
Abstract. The effects of mobile phone electromagnetic fields (EMFs) were studied on a non-spatial memory task (Object Recognition Task - ORT) that requires entorhinal cortex function. The task was applied to three groups of mice Mus musculus C57BL/6 (exposed, sham-exposed and control) combined with 3 different radiation exposure protocols. In the first protocol designated "acute exposure", mice 45 days old (PND45 - postnatal day 45) were exposed to mobile phone (MP) radiation (SAR value 0.22W/kg) during the habituation, the training and the test sessions of the ORT, but not during the 10min inter-trial interval (ITI) where consolidation of stored object information takes place. On the second protocol designated "chronic exposure-I", the same mice were exposed for 17 days for 90min/per day starting at PND55 to the same MP radiation. ORT recognition memory was performed at PND72 with radiation present only during the ITI phase. In the third protocol designated "chronic exposure-II", mice continued to be exposed daily under the same conditions up to PND86 having received radiation for 31 days. One day later the ORT test was performed without irradiation present in any of the sessions. The ORT-derived discrimination indices in all three exposure protocols revealed a major effect on the "chronic exposure-I" suggesting a possible severe interaction of EMF with the consolidation phase of recognition memory processes. This may imply that the primary EMF target may be the information transfer pathway connecting the entorhinal-parahippocampal regions which participate in the ORT memory task.

**Yan JG, Agresti M, Zhang LL, Yan Y, Matloub HS. Upregulation of specific mRNA levels in rat brain after cell phone exposure. Electromagn Biol Med. 27(2):147-154, 2008.**
Adult Sprague-Dawley rats were exposed to regular cell phones for 6 h per day for 126 days (18 weeks). RT-PCR was used to investigate the changes in levels of mRNA synthesis of several injury-associated proteins. Calcium ATPase, Neural Cell Adhesion Molecule, Neural Growth Factor, and Vascular Endothelial Growth Factor were evaluated. The results showed statistically significant mRNA up-regulation of these proteins in the brains of rats exposed to cell phone radiation. These results indicate that relative chronic exposure to cell phone microwave radiation may result in cumulative injuries that could eventually lead to clinically significant neurological damage.

JA 06835

## Studies that show **Cell Phone** Health Effects

**Hocking B, Westerman R, Neurological abnormalities associated with Mobile phone use. Occup Med 50: 366-368, 2000.**
Dysaesthesiae of the scalp after mobile phone use have been previously reported but the pathological basis of these symptoms has been unclear. We report finding a neurological abnormality in a patient after prolonged use of a mobile phone. He had permanent unilateral dysaesthesiae of the scalp, slight loss of sensation, and abnormalities on current perception threshold testing of cervical and trigeminal  nerves. A neurologist found no other disease. The implications regarding health effects of mobile phones and radio-frequency radiation is discussed.

**Deshmukh PS, Banerjee BD, Abegaonkar MP, Megha K, Ahmed RS, Tripathi AK, Mediratta PK. Effect of low level microwave radiation exposure on cognitive function and oxidative stress in rats. Indian J Biochem Biophys. 50(2):114-119, 2013.**
Use of wireless communicating devices is increasing at an exponential rate in present time and is raising serious concerns about possible adverse effects of microwave (MW) radiation emitted from these devices on human health. The present study aimed to evaluate the effects of 900 MHz MW radiation exposure on cognitive function and oxidative stress in blood of Fischer rats. Animals were divided into two groups (6 animals/group): Group I (MW-exposed) and Group II (Sham-exposed). Animals were subjected to MW exposure (Frequency 900 MHz; specific absorption rate 8.4738 x 10(-5) W/kg) in Gigahertz transverse electromagnetic cell (GTEM) for 30 days (2 h/day, 5 days/week). Subsequently, cognitive function and oxidative stress parameters were examined for each group. Results showed significant impairment in cognitive function and increase in oxidative stress, as evidenced by the increase in levels of MDA (a marker of lipid peroxidation) and protein carbonyl (a marker of protein oxidation) and unaltered GSH content in blood. Thus, the study demonstrated that low level MW radiation had significant effect on cognitive function and was also capable of leading to oxidative stress.

**Maier R, Greter SE, Maier N. Effects of pulsed electromagnetic fields on cognitive processes - a pilot study on pulsed field interference with cognitive regeneration. Acta Neurol Scand. 110(1):46-52, 2004.**
BACKGROUND: Due to the ubiquitous use of cellular phones much has been speculated on secondary effects of electromagnetic irradiation emitted by those. Additionally, several studies have reported vegetative alterations as well as effects on the neuronal and molecular levels in humans. Here, using a psycho-physiological test paradigm, we examined effects of exposure to pulsed electromagnetic fields on cognitive performance. MATERIALS AND METHODS: In 11 volunteers, we tested cognitive processing under field exposure (GSM standard) and under field-free conditions. To examine the hypothesized effect of pulsed fields, we applied an auditory discrimination task and determined the participant's current 'Order Threshold' value. Following a first test cycle, the volunteers had to relax for 50 min while being, or not, exposed to pulsed electromagnetic fields. Subsequently, the test was repeated. Data acquired before and after the resting phase were compared from both experimental conditions. RESULTS:

Studies that show **Cell Phone** Health Effects

We found that nine of the 11 test participants (81.8%) showed worse results in their auditory discrimination performance upon field exposure as compared with control conditions. Group data comparison revealed a statistical significance of P = 0.0105. CONCLUSION: We could show that the participants' cognitive performance was impaired after exposure to pulsed electromagnetic fields. With regard to this finding, we recommend that the use of cellular phones should be restricted generally and in particular in respect of physical hazard of high-risk groups, e.g. elderly, children and ill people.

**Maier R, Greter SE, Maier N. Effects of pulsed electromagnetic fields on cognitive processes - a pilot study on pulsed field interference with cognitive regeneration. Acta Neurol Scand. 110(1):46-52, 2004.**
BACKGROUND: Due to the ubiquitous use of cellular phones much has been speculated on secondary effects of electromagnetic irradiation emitted by those. Additionally, several studies have reported vegetative alterations as well as effects on the neuronal and molecular levels in humans. Here, using a psycho-physiological test paradigm, we examined effects of exposure to pulsed electromagnetic fields on cognitive performance. MATERIALS AND METHODS: In 11 volunteers, we tested cognitive processing under field exposure (GSM standard) and under field-free conditions. To examine the hypothesized effect of pulsed fields, we applied an auditory discrimination task and determined the participant's current 'Order Threshold' value. Following a first test cycle, the volunteers had to relax for 50 min while being, or not, exposed to pulsed electromagnetic fields. Subsequently, the test was repeated. Data acquired before and after the resting phase were compared from both experimental conditions. RESULTS: We found that nine of the 11 test participants (81.8%) showed worse results in their auditory discrimination performance upon field exposure as compared with control conditions. Group data comparison revealed a statistical significance of P = 0.0105. CONCLUSION: We could show that the participants' cognitive performance was impaired after exposure to pulsed electromagnetic fields. With regard to this finding, we recommend that the use of cellular phones should be restricted generally and in particular in respect of physical hazard of high-risk groups, e.g. elderly, children and ill people.

**Hocking B, Westerman R. Neurological effects of radiofrequency radiation. Occup Med (Lond) 53(2):123-127, 2003.**
BACKGROUND: The health effects of radiofrequency radiation (RFR) and the adequacy of the safety standards are a subject of debate. One source of human data is case reports regarding peripheral neurological effects of RFR, mainly noxious sensations or dysaesthesiae. Aim To investigate health effects, neurophysiological mechanisms and safety levels for RFR. METHODS: We conducted a literature search for case reports and case series associated with mobile phone technology as well as other RFR sources using specific search terms on PubMed. RESULTS: We identified 11 original articles detailing case reports or case series and matching the search criteria. Five of the identified papers were written by at least one of the authors (B.H. or R.W.). CONCLUSIONS: Cases have

JA 06837

## Studies that show **Cell Phone** Health Effects

arisen after exposure to much of the radiofrequency range. In some cases, symptoms are transitory but lasting in others. After very high exposures, nerves may be grossly injured. After lower exposures, which may result in dysaesthesia, ordinary nerve conduction studies find no abnormality but current perception threshold studies have found abnormalities. Only a small proportion of similarly exposed people develop symptoms. The role of modulations needs clarification. Some of these observations are not consistent with the prevailing hypothesis that all health effects of RFR arise from thermal mechanisms.

**Nittby H, Grafström G, Tian DP, Malmgren L, Brun A, Persson BR, Salford LG, Eberhardt J. Cognitive impairment in rats after long-term exposure to GSM-900 mobile phone radiation. Bioelectromagnetics. 29:219-232, 2008.**
Considering the frequent use of mobile phones, we have directed attention to possible implications on cognitive functions. In this study we investigated in a rat model the long-term effects of protracted exposure to Global System for Mobile Communication-900 MHz (GSM-900) radiation. Out of a total of 56 rats, 32 were exposed for 2 h each week for 55 weeks to radio-frequency electromagnetic radiation at different SAR levels (0.6 and 60 mW/kg at the initiation of the experimental period) emitted by a (GSM-900) test phone. Sixteen animals were sham exposed and eight animals were cage controls, which never left the animal house. After this protracted exposure, GSM-900 exposed rats were compared to sham exposed controls. Effects on exploratory behaviour were evaluated in the open-field test, in which no difference was seen. Effects on cognitive functions were evaluated in the episodic-like memory test. In our study, GSM exposed rats had impaired memory for objects and their temporal order of presentation, compared to sham exposed controls (P = 0.02). Detecting the place in which an object was presented was not affected by GSM exposure. Our results suggest significantly reduced memory functions in rats after GSM microwave exposure (P = 0.02).

**Croft R, Chandler J, Burgess A, Barry R, Williams J, Clarke A. Acute mobile phone operation affects neural function in humans. Clin Neurophysiol 113(10):1623, 2002.**
OBJECTIVES: Mobile phones (MP) are used extensively and yet little is known about the effects they may have on human physiology. There have been conflicting reports regarding the relation between MP use and the electroencephalogram (EEG). The present study suggests that this conflict may be due to methodological differences such as exposure durations, and tests whether exposure to an active MP affects EEG as a function of time. METHODS: Twenty-four subjects participated in a single-blind fully counterbalanced cross-over design, where both resting EEG and phase-locked neural responses to auditory stimuli were measured while a MP was either operating or turned off. RESULTS: MP exposure altered resting EEG, decreasing 1-4Hz activity (right hemisphere sites), and increasing 8-12Hz activity as a function of exposure duration (midline posterior sites). MP exposure also altered early phase-locked neural responses, attenuating the normal response decrement over time in the 4-8Hz band, decreasing the response in the 1230Hz band globally and as a function of time, and increasing midline frontal and lateral posterior responses in the 30-45Hz band. CONCLUSIONS:

JA 06838

# Studies that show **Cell Phone** Health Effects

<u>Active MPs affect neural function in humans and do so as a function of exposure duration</u>. The temporal nature of this effect may contribute to the lack of consistent results reported in the literature.

**<u>Eliyahu I</u>, <u>Luria R</u>, <u>Hareuveny R</u>, <u>Margaliot M</u>, <u>Meiran N</u>, <u>Shani G</u>. Effects of radiofrequency radiation emitted by cellular telephones on the cognitive functions of humans. <u>Bioelectromagnetics</u>.27(2):119-126, 2006.**
The present study examined the effects of exposure to Electromagnetic Radiation emitted by a standard GSM phone at 890 MHz on human cognitive functions. This study attempted to establish a connection between the exposure of a specific area of the brain and the cognitive functions associated with that area. A total of 36 healthy right-handed male subjects performed four distinct cognitive tasks: spatial item recognition, verbal item recognition, and two spatial compatibility tasks. Tasks were chosen according to the brain side they are assumed to activate. All subjects performed the tasks under three exposure conditions: right side, left side, and sham exposure. The phones were controlled by a base station simulator and operated at their full power. We have recorded the reaction times (RTs) and accuracy of the responses. The experiments consisted of two sections, of 1 h each, with a 5 min break in between. The tasks and the exposure regimes were counterbalanced. <u>The results indicated that the exposure of the left side of the brain slows down the left-hand response time, in the second-later-part of the experiment. This effect was apparent in three of the four tasks, and was highly significant in only one of the tests.</u> The exposure intensity and its duration exceeded the common exposure of cellular phone users.

**<u>Narayanan SN</u>, <u>Kumar RS</u>, <u>Potu BK</u>, <u>Nayak S</u>, <u>Mailankot M</u>. Spatial memory performance of Wistar rats exposed to mobile phone. <u>Clinics</u>. 64(3):231-234, 2009.**
INTRODUCTION: With the tremendous increase in number of mobile phone users world wide, the possible risks of this technology have become a serious concern. OBJECTIVE: We tested the effects of mobile phone exposure on spatial memory performance. MATERIALS AND METHODS: Male Wistar rats (10-12 weeks old) were exposed to 50 missed calls/day for 4 weeks from a GSM (900/1800 MHz) mobile phone in vibratory mode (no ring tone). After the experimental period, the animals were tested for spatial memory performance using the Morris water maze test. RESULTS: Both phone exposed and control animals showed a significant decrease in escape time with training. Phone exposed animals had significantly (approximately 3 times) higher mean latency to reach the target quadrant and spent significantly (approximately 2 times) less time in the target quadrant than age- and sex-matched controls. <u>CONCLUSION: Mobile phone exposure affected the acquisition of learned responses in Wistar rats. This in turn points to the poor spatial navigation and the object place configurations of the phone-exposed animals.</u>

**Schneider J, Stangassinger M. Nonthermal Effects of Lifelong High-Frequency Electromagnetic Field Exposure on Social Memory Performance in Rats. Behav Neurosci. 2014 Jul 7. [Epub ahead of print]**

JA 06839

# Studies that show **Cell Phone** Health Effects

We are today surrounded almost constantly by high-frequency electromagnetic fields (EMFs) from mobile communications base stations. To date, however, there has been little concern regarding nonthermal effects of EMFs on cognition. In the present study, male and female rats were subjected to continuous far-field exposure to a frequency of 900-MHz (Global System for Mobile Communications [GSM]) or 1.966-GHz (Universal Mobile Telecommunications System [UMTS]) at 0.4 W/kg. Memory performance of adult EMF-exposed and sham-exposed female rats (at 6 months of age) and male rats (at 3 and 6 months of age) was tested using a social discrimination procedure. For this procedure, a target juvenile male was introduced to the subject's home cage for 4 min (Trial 1). After 30 min, the same target animal and a novel juvenile male were simultaneously presented to the subject for 4 min (Trial 2). Differences in sniffing duration to the familiar and novel target rats during Trial 2 were used to assess memory performance. EMF-exposed females exhibited no differences in sniffing duration compared with controls. In contrast, the sniffing durations of EMF-exposed males at 3 months of age were significantly affected. At 6 months of age, GSM-, but not UMTS-, exposed male adults showed a memory performance deficit. These findings provide new insight into the nonthermal effects of long-term high-frequency EMF exposure on memory.

**Li H, Peng R, Wang C, Qiao S, Yong-Zou, Gao Y, Xu X, Wang S, Dong J, Zuo H, Li-Zhao, Zhou H, Wang L, Hu X. Alterations of cognitive function and 5-HT system in rats after long term microwave exposure. Physiol Behav. 2014 Dec 24. pii: S0031-9384(14)00663-5. doi: 10.1016/j.physbeh.2014.12.039. [Epub ahead of print]**
The increased use of microwaves raises concerns about its impact on health including cognitive function in which neurotransmitter system plays an important role. In this study, we focused on the serotonergic system and evaluated the long term effects of chronic microwave radiation on cognition and correlated items. Wistar rats were exposed or sham exposed to 2.856GHz microwaves with the average power density of 5, 10, 20 or 30mW/cm$^2$ respectively for 6min three times a week up to 6weeks. At different time points after the last exposure, spatial learning and memory function, morphology structure of the hippocampus, electroencephalogram (EEG) and neurotransmitter content (amino acid and monoamine) of rats were tested. Above results raised our interest in serotonin system. Tryptophan hydroxylase 1 (TPH1) and monoamine oxidase (MAO), two important rate-limiting enzymes in serotonin synthesis and metabolic process respectively, were detected. Expressions of serotonin receptors including 5-HT$_{1A, 2A, 2C}$ receptors were measured. We demonstrated that chronic exposure to microwave (2.856GHz, with the average power density of 5, 10, 20 and 30mW/cm$^2$) could induce dose-dependent deficit of spatial learning and memory in rats accompanied with inhibition of brain electrical activity, the degeneration of hippocampus neurons, and the disturbance of neurotransmitters, among which the increase of 5-HT occurred as the main long-term change that the decrease of its metabolism partly contributed to. Besides, the variations of 5-HT$_{1A}$R and 5-HT$_{2C}$R expressions were also indicated. The results suggested that in the long-term way,

JA 06840

chronic microwave exposure could induce cognitive deficit and 5-HT system may be involved in it.

**Ntzouni MP, Skouroliakou A, Kostomitsopoulos N, Margaritis LH. Transient and cumulative memory impairments induced by GSM 1.8 GHz cell phone signal in a mouse model. Electromagn Biol Med. 2013 Jan 15. [Epub ahead of print]**

This study was designed to investigate the transient and cumulative impairments in spatial and non-spatial memory of C57Bl/6J mice exposed to GSM 1.8 GHz signal for 90 min daily by a typical cellular (mobile) phone at a specific absorption rate value of 0.11 W/kg. Free-moving male mice 2 months old were irradiated in two experimental protocols, lasting for 66 and for 148 days respectively. Each protocol used three groups of animals (n = 8 each for exposed, sham exposed and controls) in combination with two behavioural paradigms, the object recognition task and the object location task sequentially applied at different time points. One-way analysis of variance revealed statistically significant impairments of both types of memory gradually accumulating, with more pronounced effects on the spatial memory. The impairments persisted even 2 weeks after interruption of the 8 weeks daily exposure, whereas the memory of mice as detected by both tasks showed a full recovery approximately 1 month later. Intermittent every other day exposure for 1 month had no effect on both types of memory. The data suggest that visual information processing mechanisms in hippocampus, perirhinal and entorhinal cortex are gradually malfunctioning upon long-term daily exposure, a phenotype that persists for at least 2 weeks after interruption of radiation, returning to normal memory performance levels 4 weeks later. It is postulated that cellular repair mechanisms are operating to eliminate the memory affecting molecules. The overall contribution of several possible mechanisms to the observed cumulative and transient impairments in spatial and non-spatial memory is discussed.


**Vecchio F, Babiloni C, Ferreri F, Curcio G, Fini R, Del Percio C, Rossini PM. Mobile phone emission modulates interhemispheric functional coupling of EEG alpha rhythms. Eur J Neurosci. 25(6):1908-1913, 2007.**

We tested the working hypothesis that electromagnetic fields from mobile phones (EMFs) affect interhemispheric synchronization of cerebral rhythms, an important physiological feature of information transfer into the brain. Ten subjects underwent two electroencephalographic (EEG) recordings, separated by 1 week, following a crossover double-blind paradigm in which they were exposed to a mobile phone signal (global system for mobile communications; GSM). The mobile phone was held on the left side of the subject head by a modified helmet, and orientated in the normal position for use over the ear. The microphone was orientated towards the corner of the mouth, and the antenna was near the head in the parietotemporal area. In addition, we positioned another similar phone (but without battery) on the right side of the helmet, to balance the weight and to prevent the subject localizing the side of GSM stimulation (and consequently lateralizing attention). In one session the exposure was real (GSM) while in the other it was Sham; both sessions lasted 45 min. Functional interhemispheric connectivity was modelled using the analysis of EEG spectral coherence between frontal, central and parietal electrode pairs. Individual EEG rhythms of interest were

JA 06841

Studies that show **Cell Phone** Health Effects

delta (about 2-4 Hz), theta (about 4-6 Hz), alpha 1 (about 6-8 Hz), alpha 2 (about 8-10 Hz) and alpha 3 (about 10-12 Hz). Results showed that, compared to Sham stimulation, GSM stimulation modulated the interhemispheric frontal and temporal coherence at alpha 2 and alpha 3 bands. The present results suggest that prolonged mobile phone emission affects not only the cortical activity but also the spread of neural synchronization conveyed by interhemispherical functional coupling of EEG rhythms.

**Vecchio F, Babiloni C, Ferreri F, Buffo P, Cibelli G, Curcio G, Dijkman SV, Melgari JM, Giambattistelli F, Rossini PM. Mobile phone emission modulates inter-hemispheric functional coupling of EEG alpha rhythms in elderly compared to young subjects. Clin Neurophysiol. 121(2):163-171, 2010.**
OBJECTIVE: It has been reported that GSM electromagnetic fields (GSM-EMFs) of mobile phones modulate - after a prolonged exposure - inter-hemispheric synchronization of temporal and frontal resting electroencephalographic (EEG) rhythms in normal young subjects [Vecchio et al., 2007]. Here we tested the hypothesis that this effect can vary on physiological aging as a sign of changes in the functional organization of cortical neural synchronization. METHODS: Eyes-closed resting EEG data were recorded in 16 healthy elderly subjects and 5 young subjects in the two conditions of the previous reference study. The GSM device was turned on (45min) in one condition and was turned off (45min) in the other condition. Spectral coherence evaluated the inter-hemispheric synchronization of EEG rhythms at the following bands: delta (about 2-4Hz), theta (about 4-6Hz), alpha 1 (about 6-8Hz), alpha 2 (about 8-10Hz), and alpha 3 (about 10-12Hz). The aging effects were investigated comparing the inter-hemispheric EEG coherence in the elderly subjects vs. a young group formed by 15 young subjects (10 young subjects of the reference study; Vecchio et al., 2007). RESULTS: Compared with the young subjects, the elderly subjects showed a statistically significant (p<0.001) increment of the inter-hemispheric coherence of frontal and temporal alpha rhythms (about 8-12Hz) during the GSM condition. CONCLUSIONS: These results suggest that GSM-EMFs of a mobile phone affect inter-hemispheric synchronization of the dominant (alpha) EEG rhythms as a function of the physiological aging. SIGNIFICANCE: This study provides further evidence that physiological aging is related to changes in the functional organization of cortical neural synchronization.

**Hocking B, Westerman R. Neurological changes induced by a mobile phone. Occup Med (Lond) 52(7):413-415, 2002.**
Dysaesthesiae of the scalp after mobile phone use have been previously reported, but the basis for this has not been clear. We report a case of a 34-year-old journalist who complained of symptoms associated with use of a mobile phone. She agreed to a provocation study with her phone. Current perception threshold testing before and after exposure showed marked changes in the C-fibre nerves of the affected area compared with the opposite side. The case is supportive of a neurological basis for some cases of dysaesthesiae associated with mobile phone use.

**Curcio G, Ferrara M, Moroni F, D'Inzeo G, Bertini M, De Gennaro L. Is the brain**

JA 06842

**influenced by a phone call? An EEG study of resting wakefulness. Neurosci Res. 53(3):265-270, 2005.**

We recorded the resting electroencephalogram of 20 healthy subjects in order to investigate the effect of electromagnetic field (EMF) exposure on EEG waking activity and its temporal development. The subjects were randomly assigned to two groups and exposed, in double-blind conditions, to a typical mobile phone signal (902.40MHz, modulated at 217Hz, with an average power of 0.25W) before or during the EEG recording session. The results show that, under real exposure as compared to baseline and sham conditions, EEG spectral power was influenced in some bins of the alpha band. This effect was greater when the EMF was on during the EEG recording session than before it. The present data lend further support to the idea that pulsed high-frequency electromagnetic fields can affect normal brain functioning, also if no conclusions can be drawn about the possible health effects.

**Vecchio F, Tombini M, Buffo P, Assenza G, Pellegrino G, Benvenga A, Babiloni C, Rossini PM. Mobile phone emission increases inter-hemispheric functional coupling of electroencephalographic alpha rhythms in epileptic patients. Int J Psychophysiol.84(2):164-171, 2012.**

It has been reported that GSM electromagnetic fields (GSM-EMFs) of mobile phones modulate - after a prolonged exposure - inter-hemispheric synchronization of temporal and frontal resting electroencephalographic (EEG) rhythms in normal young and elderly subjects (Vecchio et al., 2007, 2010). Here we tested the hypothesis that this can be even more evident in epileptic patients, who typically suffer from abnormal mechanisms governing synchronization of rhythmic firing of cortical neurons. Eyes-closed resting EEG data were recorded in ten patients affected by focal epilepsy in real and sham exposure conditions. These data were compared with those obtained from 15 age-matched normal subjects of the previous reference studies. The GSM device was turned on (45min) in the "GSM" condition and was turned off (45min) in the other condition ("sham"). The mobile phone was always positioned on the left side in both patients and control subjects. Spectral coherence evaluated the inter-hemispheric synchronization of EEG rhythms at the following frequency bands: delta (about 2-4Hz), theta (about 4-6Hz), alpha1 (about 6-8Hz), alpha2 (about 8-10Hz), and alpha3 (about 10-12Hz). The effects on the patients were investigated comparing the inter-hemispheric EEG coherence in the epileptic patients with the control group of subjects evaluated in the previous reference studies. Compared with the control subjects, epileptic patients showed a statistically significant higher inter-hemispheric coherence of temporal and frontal alpha rhythms (about 8-12Hz) in the GSM than "Sham" condition. These results suggest that GSM-EMFs of mobile phone may affect inter-hemispheric synchronization of the dominant (alpha) EEG rhythms in epileptic patients. If confirmed by future studies on a larger group of epilepsy patients, the modulation of the inter-hemispheric alpha coherence due to the GSM-EMFs could have clinical implications and be related to changes in cognitive-motor function.

**Balikci K, Cem Ozcan I, Turgut-Balik D, Balik HH. A survey study on some neurological**

Studies that show **Cell Phone** Health Effects

**symptoms and sensations experienced by long term users of mobile phones. Pathol Biol (Paris). 53(1):30-34, 2005.**
A survey study was conducted to investigate the possible effects of mobile phone on headache, dizziness, extreme irritation, shaking in the hands, speaking falteringly, forgetfulness, neuro-psychological discomfort, increase in the carelessness, decrease of the reflex and clicking sound in the ears. There is no effect on dizziness, shaking in hands, speaking falteringly and neuro-psychological discomfort, but some statistical evidences are found that mobile phone may cause headache, extreme irritation, increase in the carelessness, forgetfulness, decrease of the reflex and clicking sound in the ears.

**Vecsei Z, Csathó A, Thuróczy G, Hernádi I. Effect of a single 30 min UMTS mobile phone-like exposure on the thermal pain threshold of young healthy volunteers. Bioelectromagnetics. 2013 Jun 20. doi: 10.1002/bem.21801. [Epub ahead of print]**
One of the most frequently investigated effects of radiofrequency electromagnetic fields (RF EMFs) on the behavior of complex biological systems is pain sensitivity. Despite the growing body of evidence of EMF-induced changes in pain sensation, there is no currently accepted experimental protocol for such provocation studies for the healthy human population. In the present study, therefore, we tested the effects of third generation Universal Mobile Telecommunications System (UMTS) RF EMF exposure on the thermal pain threshold (TPT) measured on the surface of the fingers of 20 young adult volunteers. The protocol was initially validated with a topical capsaicin treatment. The exposure time was 30 min and the genuine (or sham) signal was applied to the head through a patch antenna, where RF EMF specific absorption rate (SAR) values were controlled and kept constant at a level of 1.75 W/kg. Data were obtained using randomized, placebo-controlled trials in a double-blind manner. Subjective pain ratings were tested blockwise on a visual analogue rating scale (VAS). Compared to the control and sham conditions, the results provide evidence for intact TPT but a reduced desensitization effect between repeated stimulations within the individual blocks of trials, observable only on the contralateral side for the genuine UMTS exposure. Subjective pain perception (VAS) data indicated marginally decreased overall pain ratings in the genuine exposure condition only. The present results provide pioneering information about human pain sensation in relation to RF EMF exposure and thus may contribute to cover the existing gap between safety research and applied biomedical science targeting the potential biological effects of environmental RF EMFs.

**Luria R, Eliyahu I, Hareuveny R, Margaliot M, Meiran N. Cognitive effects of radiation emitted by cellular phones: the influence of exposure side and time.Bioelectromagnetics. 30(3):198-204, 2009.**
This study examined the time dependence effects of exposure to radiofrequency radiation (RFR) emitted by standard GSM cellular phones on the cognitive functions of humans. A total of 48 healthy right-handed male subjects performed a spatial working memory task (that required either a left-hand or a right-hand response) while being exposed to one of two GSM phones placed at both sides of the head. The subjects were

JA 06844

Studies that show **Cell Phone** Health Effects

randomly divided into three groups. Each group was exposed to one of three exposure conditions: left-side of the head, right-side, or sham-exposure. The experiment consisted of 12 blocks of trials. Response times (RTs) and accuracy of the responses were recorded. It was found that the average RT of the right-hand responses under left-side exposure condition was significantly longer than those of the right-side and sham-exposure groups averaged together during the first two time blocks.These results confirmed the existence of an effect of exposure on RT, as well as the fact that exposure duration (together with the responding hand and the side of exposure) may play an important role in producing detectable RFR effects on performance. Differences in these parameters might be the reason for the failure of certain studies to detect or replicate RFR effects.

**Maskey D, Kim MJ. Immunohistochemical Localization of Brain-derived Neurotrophic Factor and Glial Cell Line-derived Neurotrophic Factor in the Superior Olivary Complex of Mice after Radiofrequency Exposure. Neuroscience Letters. 564:78-82, 2014.**
Raising health concerns about the biological effects from radiofrequency exposure, even with conflicting results, has prompted calls for formulation of a guideline of the biological safety level. Given the close proximity between a mobile phone and the ear, it has been suggested that the central auditory system may be detrimentally influenced by radiofrequency exposure. In the auditory system, neurotrophins are important in the regulation of neuron survival, especially mammalian cochlear neurons. Neurotrophic factors like brain-derived neurotrophic factor (BDNF) and glial-derived neurotrophic factor (GDNF) present in the auditory system are responsible for the maintenance of auditory neurons. BDNF and GDNF may protect against acoustic trauma and prevent from hearing defect. The present study applied radiofrequency at a specific absorption rate (SAR) of 1.6 W/kg (E1.6) or 0 W/kg group to determine the distribution of BDNF and GDNF in the nuclei of superior olivary complex (SOC). In the E1.6 group, significant decrements of BDNF immunoreactivity (IR) were noted in the lateral superior olive, medial superior olive, superior paraolivary nucleus and medial nucleus of the trapezoid body. GDNF IR was also significantly decreased (p < 0.001) in all SOC nuclei of the E1.6 group. The decrease in the IR of these neurotrophic factors in the SOC of the E1.6 group suggests a detrimental effect of RF exposure in the auditory nuclei.

**Qin F, Yuan H, Nie J, Cao Y, Tong J.  [Effects of nano-selenium on cognition performance of mice exposed in 1800 MHz radiofrequency fields]. Wei Sheng Yan Jiu. 43(1):16-21, 2014. [Article in Chinese]**
OBJECTIVE: To study the effects of nano-selenium (NSe) on cognition performance of mice exposed to 1800 MHz radiofrequency fields (RF).METHODS: Male mice were randomly divided into four groups, control and nano-Se low, middle and high dose groups (L, M, H). Each group was sub-divided into three groups, RF 0 min, RF 30 min and RF 120 min. Nano-se solution (2, 4 and 8 microg/ml) were administered to mice of L, M, H groups by intra-gastric injection respectively, 0.5 ml/d for 50 days, the conctral group were administered with distilled water. At the 21st day, the mice in RF subgroup were exposed to 208 microW/cm2 1800 MHz radiofrequency fields (0, 30 and 120 min/d

JA 06845

respectively) for 30 days. The cognitive ability of the mice were tested with Y-maze. Further, the levels of MDA, GABA, Glu, Ach and the activities of CAT and GSH-Px in cerebra were measured. RESULTS: Significant impairments in learning and memory (P < 0.05) were observed in the RF 120 min group, and with reduction of the Ach level and the activities of CAT and GSH-Px and increase of the content of GABA, Glu and MDA in cerebrum. NSe enhanced cognitive performance of RF mice, decreased GABA, Glu and MDA levels, increased Ach levels, GSH-Px and CAT activities. <u>CONCLUSION: NSe could improve cognitive impairments of mice exposed to RF, the mechanism of which might involve the increasing antioxidation, decreasing free radical content and the changes of cerebra neurotransmitters.</u>

**<u>Fragopoulou AF</u>, <u>Miltiadous P</u>, <u>Stamatakis A</u>, <u>Stylianopoulou F</u>, <u>Koussoulakos SL</u>, <u>Margaritis LH</u>. Whole body exposure with GSM 900MHz affects spatial memory in mice. <u>Pathophysiology.</u> 17(3):179-187,2010.**
Extended work has been performed worldwide on the effects of mobile phone radiation upon rats' cognitive functions, however there is great controversy to the existence or not of deficits. The present work has been designed in order to test the effects of mobile phone radiation on spatial learning and memory in mice Mus musculus Balb/c using the Morris water maze (a hippocampal-dependent spatial memory task), since there is just one other study on mice with very low SAR level (0.05W/kg) showing no effects. We have applied a 2h daily dose of pulsed GSM 900MHz radiation from commercially available mobile phone for 4 days at SAR values ranging from 0.41 to 0.98W/kg. <u>Statistical analysis revealed that during learning, exposed animals showed a deficit in transferring the acquired spatial information across training days</u> (increased escape latency and distance swam, compared to the sham-exposed animals, on the first trial of training days 2-4). Moreover, during the memory probe-trial sham-exposed animals showed the expected preference for the target quadrant, while the exposed animals showed no preference, indicating that the <u>exposed mice had deficits in consolidation and/or retrieval of the learned spatial information</u>. Our results provide a basis for more thorough investigations considering reports on non-thermal effects of electromagnetic fields (EMFs).

**Bouji M, Lecomte A, Hode Y, de Seze R, Villégier AS. Effects of 900 MHz radiofrequency on corticosterone, emotional memory and neuroinflammation in middle-aged rats. Exp Gerontol. 47(6):444-451, 2012.**
The widespread use of mobile phones raises the question of the effects of electromagnetic fields (EMF, 900 MHz) on the brain. Previous studies reported increased levels of the glial fibrillary acidic protein (GFAP) in the rat's brain after a single exposure to 900 MHz global system for mobile (GSM) signal, suggesting a potential inflammatory process. While this result was obtained in adult rats, no data is currently available in older animals. Since the transition from middle-age to senescence is highly dependent on environment and lifestyle, we studied the reactivity of middle-aged brains to EMF exposure. We assessed the effects of a single 15 min GSM exposure (900 MHz; specific absorption rate (SAR)=6 W/kg) on GFAP expression in young adults (6

JA 06846

Studies that show **Cell Phone** Health Effects

week-old) and middle-aged rats (12 month-old). Brain interleukin (IL)-1β and IL-6, plasmatic levels of corticosterone (CORT), and emotional memory were also assessed. Our data indicated that, in contrast to previously published work, acute GSM exposure did not induce astrocyte activation. Our results showed an IL-1β increase in the olfactory bulb and enhanced contextual emotional memory in GSM-exposed middle-aged rats, and increased plasmatic levels of CORT in GSM-exposed young adults. Altogether, <u>our data showed an age dependency of reactivity to GSM exposure in neuro-immunity, stress and behavioral parameters.</u> Reproducing these effects and studying their mechanisms may allow a better understanding of mobile phone EMF effects on neurobiological parameters.

<u>Masuda H</u>, <u>Hirata A</u>, <u>Kawai H</u>, <u>Wake K</u>, <u>Watanabe S</u>, <u>Arima T</u>, <u>Poulletier de Gannes F</u>, <u>Lagroye I</u>, <u>Veyret B</u>. **Local exposure of the rat cortex to radiofrequency electromagnetic fields increases local cerebral blood flow along with temperature. J Appl Physiol. 110(1):142-148, 2011.**

Few studies have shown that local exposure to radiofrequency electromagnetic fields (RF) induces intensity-dependent physiological changes, especially in the brain. The aim of the present study was to detect reproducible responses to local RF exposure in the parietal cortex of anesthetized rats and to determine their dependence on RF intensity. The target cortex tissue was locally exposed to 2-GHz RF using a figure-eight loop antenna within a range of averaged specific absorption rates (<u>10.5, 40.3, 130, and 263 W/kg averaged over 4.04 mg</u>) in the target area. Local cerebral blood flow (CBF) and temperatures in three regions (target area, rectum, and calf hypodermis) were measured using optical fiber blood flow meters and thermometers during RF exposure. All parameters except for the calf hypodermis temperature increased significantly in exposed animals compared with sham-exposed ones during 18-min exposures. Dependence of parameter values on exposure intensity was analyzed using linear regression models. The elevation of local CBF was correlated with temperature rise in both target and rectum at the end of RF exposure. However, the local CBF elevation seemed to be elevated by the rise in target temperature, but not by that of the rectal temperature, in the early part of RF exposure or at low-intensity RF exposure. <u>These findings suggest that local RF exposure of the rat cortex drives a regulation of CBF accompanied by a local temperature rise,</u> and our findings may be helpful for discussing physiological changes in the local cortex region, which is locally exposed to RF.

<u>Lovisolo GA</u>, <u>Giardino L</u>, <u>Calzaà L</u>. **Effect of radiofrequency electromagnetic field exposure on in vitro models of neurodegenerative disease. Bioelectromagnetics.30(7):564-72, 2009.**

In this work we tested viability, proliferation, and vulnerability of neural cells, after continuous radiofrequency (RF) electromagnetic fields exposure (global system for mobile telecommunications (GSM) modulated 900 MHz signal at a specific absorption rate (SAR) of 1 W/kg and maximum duration 144 h) generated by transverse electromagnetic cells. We used two cellular systems, SN56 cholinergic for example, SN56 cholinergic cell line and rat primary cortical neurons, and well-known neurotoxic

JA 06847

Studies that show **Cell Phone** Health Effects

challenges, such as glutamate, 25-35AA beta-amyloid, and hydrogen peroxide. Exposure to RF did not change viability/proliferation rate of the SN56 cholinergic cells or viability of cortical neurons. Co-exposure to RF exacerbated neurotoxic effect of hydrogen peroxide in SN56, but not in primary cortical neurons, whereas no cooperative effects of RF with glutamate and 25-35AA beta-amyloid were found. These data suggest that only under particular circumstances exposure to GSM modulated, 900 MHz signal act as a co-stressor for oxidative damage of neural cells.

**Yilmaz A, Yilmaz N, Serarslan Y, Aras M, Altas M, Ozgür T, Sefil F. The effects of mobile phones on apoptosis in cerebral tissue: an experimental study on rats. Eur Rev Med Pharmacol Sci. 18(7):992-1000, 2014.**
**INTRODUCTION:** The concern about mobile phone effects is increasing as the number of users increasing too. Different studies have different results, so this topic is still open to discussion. Aim of this report was to investigate the effects of the mobile phones on the Bcl-2 gene and p53 proteins in rat brains. **MATERIALS AND METHODS:** In the study group of 10 rats; mobile phones that spread EMW at a frequency between 1900-2100 MHz and Specific Absorption Rate range between 0.005 W/kg and 0.288 W/kg (Dialing mode), 0.004 W/kg and 0.029 W/kg (Calling mode) were attached to rat ears for simulating usage in daily life for 7 times a day during 5 minutes (3 seconds dialing mode, 4 minutes and 47 seconds of calling mode) for a four week period. Sham group (n=10) rats were only immobilized without EMW exposure. Another group of rats (n=10) were counted as control without any application. immunohistopathological examination was performed for p53 and Bcl-2 expression. **RESULTS:** Immunohistopathological examinations revealed that the samples in the study group had more p53 and Bcl-2 positive stained cells and they were stained denser. In both evaluations, these differences between the study and control group were found statistically significant (p < 0.003); In Bcl-2 evaluation statistically significant difference was found between study and sham group to (p < 0.005); however, the p53 evaluation between the study and the sham group did not show any statistically significant difference (p > 0.005).
**CONCLUSIONS:** Our results showed that the electro-magnetic waves emitted by the mobile phones may have effect on apoptosis. Besides, obtained data revealed that more realistic application of mobile phones during experiments is more important as expected.

**Del Vecchio G, Giuliani A, Fernandez M, Mesirca P, Bersani F, Pinto R, Ardoino L, Lovisolo GA, Giardino L, Calzà L. Continuous exposure to 900MHz GSM-modulated EMF alters morphological maturation of neural cells. Neurosci Lett. 455(3):173-177, 2009.**
The effects of radiofrequency electromagnetic field (RF-EMF) exposure on neuronal phenotype maturation have been studied in two different in vitro models: murine SN56 cholinergic cell line and rat primary cortical neurons. The samples were exposed at a dose of 1W/kg at 900 MHz GSM modulated. The phenotype analysis was carried out at 48 and 72 h (24 and 48 h of SN56 cell line differentiation) or at 24, 72, 120 h (2, 4 and 6 days in vitro for cortical neurons) of exposure, on live and immunolabeled neurons, and

JA 06848

included the morphological study of neurite emission, outgrowth and branching. Moreover, cortical neurons were studied to detect alterations in the expression pattern of cytoskeleton regulating factors, e.g. beta-thymosin, and of early genes, e.g. c-Fos and c-Jun through real-time PCR on mRNA extracted after 24h exposure to EMF. We found that RF-EMF exposure reduced the number of neurites generated by both cell systems, and this alteration correlates to increased expression of beta-thymosin mRNA.

**Del Vecchio G, Giuliani A, Fernandez M, Mesirca P, Bersani F, Pinto R, Ardoino L, Lovisolo GA, Giardino L, Calzà L. Effect of radiofrequency electromagnetic field exposure on in vitro models of neurodegenerative disease. Bioelectromagnetics. 30(7):564-572, 2009.**
In this work we tested viability, proliferation, and vulnerability of neural cells, after continuous radiofrequency (RF) electromagnetic fields exposure (global system for mobile telecommunications (GSM) modulated 900 MHz signal at a specific absorption rate (SAR) of 1 W/kg and maximum duration 144 h) generated by transverse electromagnetic cells. We used two cellular systems, SN56 cholinergic for example, SN56 cholinergic cell line and rat primary cortical neurons, and well-known neurotoxic challenges, such as glutamate, 25-35AA beta-amyloid, and hydrogen peroxide. Exposure to RF did not change viability/proliferation rate of the SN56 cholinergic cells or viability of cortical neurons. Co-exposure to RF exacerbated neurotoxic effect of hydrogen peroxide in SN56, but not in primary cortical neurons, whereas no cooperative effects of RF with glutamate and 25-35AA beta-amyloid were found. These data suggest that only under particular circumstances exposure to GSM modulated, 900 MHz signal act as a co-stressor for oxidative damage of neural cells.

**Curcio G, Mazzucchi E, Marca GD, Vollono C, Rossini PM. Electromagnetic fields and EEG spiking rate in patients with focal epilepsy. Clin Neurophysiol. 2014 Aug 11. pii: S1388-2457(14)00404-0. doi: 10.1016/j.clinph.2014.07.013. [Epub ahead of print]**
OBJECTIVE: Despite the increase in mobile telephone technology use and possible effects on brain excitability, no studies have investigated the impact of GSM like (Global System for Mobile Communications) signal on the ongoing spiking activity in human epileptic patients. METHODS: Brain electrical (electroencephalogram, EEG) activity of 12 patients with focal epilepsy has been recorded under both Real and Sham exposure following a double-blind, crossover, counterbalanced design: before the exposure (pre-exposure/baseline session), during the Real or Sham 45min exposure (during-exposure session), and after the exposure (post-exposure session). As dependent variables both spiking activity (spikes count) and EEG quantitative indices (spectral power and coherence data) have been considered. RESULTS: Spiking activity tended to be lower under Real than under Sham exposure. EEG spectral content analysis indicated a significant increase of Gamma band under Real exposure, mainly evident in Parieto-occipital and Temporal areas. Connectivity data indicated increased interhemispheric (left temporal to right frontal Regions of Interest, ROIs) instantaneous coherence, in the Beta frequency band during-exposure with respect to baseline session. No significant modification of lagged coherence was observed. CONCLUSIONS: Acute GSM exposure in

JA 06849

Studies that show **Cell Phone** Health Effects

epileptic patients slightly influences their EEG properties, without reaching any clinical relevance. SIGNIFICANCE: No signs were found of an increased risk of incoming seizures for these patients as a consequence of using mobile phones.

**Curcio G, Ferrara M, Limongi T, Tempesta D, Di Sante G, De Gennaro L, Quaresima V, Ferrari M. Acute mobile phones exposure affects frontal cortex hemodynamics as evidenced by functional near-infrared spectroscopy. J Cereb Blood Flow Metab.29(5):903-910, 2009.**
This study aimed to evaluate by functional near-infrared spectroscopy (fNIRS), the effects induced by an acute exposure (40 mins) to a GSM (Global System for Mobile Communications) signal emitted by a mobile phone (MP) on the oxygenation of the frontal cortex. Eleven healthy volunteers underwent two sessions (Real and Sham exposure) after a crossover, randomized, double-blind paradigm. The whole procedure lasted 60 mins: 10-mins baseline (Bsl), 40-mins (Exposure), and 10-mins recovery (Post-Exp). Together with frontal hemodynamics, heart rate, objective and subjective vigilance, and self-evaluation of subjective symptoms were also assessed. The fNIRS results showed a slight influence of the GSM signal on frontal cortex, with a linear increase in [HHb] as a function of time in the Real exposure condition (F(4,40)=2.67; P=0.04). No other measure showed any GSM exposure-dependent changes. These results suggest that fNIRS is a convenient tool for safely and noninvasively investigating the cortical activation in MP exposure experimental settings. Given the short-term effects observed in this study, the results should be confirmed on a larger sample size and using a multichannel instrument that allows the investigation of a wider portion of the frontal cortex.

**Curcio G, Valentini E, Moroni F, Ferrara M, De Gennaro L, Bertini M Psychomotor performance is not influenced by brief repeated exposures to mobile phones. Bioelectromagnetics.29(3):237-241,2008.**
The present study investigated the presence of a cumulative effect of brief and repeated exposures to a GSM mobile phone (902.40 MHz, 217 Hz modulated; peak power of 2 W; average power of 0.25 W; SAR = 0.5 W/kg) on psychomotor functions. To this end, after each of 3 15-min exposures, both an acoustic simple reaction time task (SRTT) and a sequential finger tapping task (SFTT) were administered to 24 subjects. The present study was unable to detect the cumulative effects of brief and repeated EMF exposure on human psychomotor performance, although there was a non-statistical trend to shorter reaction times. In summary, these data show an absence of effects with these particular exposure conditions; however, possible cognitive effects induced by different signal characteristics cannot be excluded.

**Bolshakov MA, Alekseev SI, Bursting responses of Lymnea neurons to microwave radiation. Bioelectromagnetics 13(2):119-129, 1992.**
Microelectrode and voltage-clamp techniques were modified to record spontaneous electrical activity and ionic currents of Lymnea stagnalis neurons during exposure to a 900-MHz field in a waveguide-based apparatus. The field was pulse-modulated at