**20-1025 (Lead); 20-1138 (Consolidated)**

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ENVIRONMENTAL HEALTH TRUST; CONSUMERS FOR SAFE CELL
PHONES; ELIZABETH BARRIS; THEODORA SCARATO

CHILDREN'S HEALTH DEFENSE; MICHELE HERTZ; PETRA BROKKEN;
DR. DAVID O. CARPENTER; DR. PAUL DART; DR. TORIL H. JELTER; DR.
ANN LEE; VIRGINIA FARVER, JENNIFER BARAN; PAUL STANLEY, M.Ed.
*Petitioners*

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA
*Respondents*

Petition for Review of Order Issued by the
Federal Communications Commission

### DEFERRED JOINT APPENDIX

### VOLUME 23

Edward B. Myers
Law Office of Edward B. Myers
14613 Dehaven Court
North Potomac, MD 20878
Phone: 717-752-2032
edwardbmyers@yahoo.com

*Counsel for Petitioners 20-1025*

Robert F. Kennedy, Jr.
Children's Health Defense
1227 North Peachtree Pkwy #202
Peachtree City, GA 30269
Phone: 845-377-0211
rfk.fcc@childrenshealthdefense.org

W. Scott McCollough
McCollough Law Firm, P.C.
2290 Gatlin Creek Rd.
Dripping Springs, TX 78620
Phone: 512-888-1112
wsmc@dotlaw.biz

*Counsel for Petitioners 20-1138*

# INDEX TO DEFERRED APPENDIX

| Tab No. | JA Page Nos. | Date | Filer/Author | Filing/Attachment Description |
|---|---|---|---|---|
| **VOLUME 1 – Tabs 1-2** | | | | |
| **COMMISSION ORDER AND NOTICE OF INQUIRY** | | | | |
| 1 | 1-160 | Dec. 4, 2019 | FCC | *Resolution of Notice of Inquiry Order* |
| 2 | 161-363 | Mar. 29, 2013 | FCC | *Notice of Inquiry* |
| **VOLUME 2 – Tabs 3 – 7 Part 1** | | | | |
| **COMMENTS AND OTHER FILINGS** | | | | |
| 3 | 364-428 | Sep. 3, 2013 | CTIA-The Wireless Association | FCC; Comments of the CTIA - The Wireless Association, ET Docket No. 13-84 |
| 4 | 429-467 | Nov 18, 2013 | CTIA-The Wireless Association | FCC; Reply Comments of the CTIA - The Wireless Association, ET Docket No. 13-84 |
| 5 | 468-572 | Sep. 3, 2013 | Mobile Manufacturers Forum | FCC; Mobile Manufacturers Forum Comments, ET Docket No. 13-84 |
| 6 | 573-588 | Nov. 18, 2013 | Mobile Manufacturers Forum | FCC; Mobile Manufacturers Forum Reply Comments, ET Docket No. 13-84 |

# INDEX TO DEFERRED APPENDIX

| Tab No. | JA Page Nos. | Date | Filer/Author | Filing/Attachment Description |
|---|---|---|---|---|
| 7 Part 1 | 589-764 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai. (Tab 7 Part 1) |
| **VOLUME 3 – Tab 7 Part 2** | | | | |
| 7 Part 2 | 765-1164 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai.(Tab 7 Part 2) |
| **VOLUME 4 – Tab 7 Part 3** | | | | |
| 7 Part 3 | 1165-1564 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai.(Tab 7 Part 3) |
| **VOLUME 5 – Tabs 7 Part 4 – 8 Part 1** | | | | |
| 7 Part 4 | 1565-1602 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai.(Tab 7 Part 4) |
| 8 Part 1 | 1603-1964 | Sep. 13, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of Over 600 Studies Published Between August 2016- August 2019, Dr. Joel Moskowitz; 2019 (Tab 8 Part 1) |

**INDEX TO DEFERRED APPENDIX**

| VOLUME 6 – Tabs 8 Part 2 - 10 | | | | |
|---|---|---|---|---|
| 8 Part 2 | 1965-2130 | Sep. 13, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of Over 600 Studies Published Between August 2016- August 2019, Dr. Joel Moskowitz; 2019 (Tab 8 Part 2) |
| 9 | 2131-2142 | Sep. 28, 2016 | Gary C. Vesperman | Research Compilation; Abstracts of 15 New Studies, Dr. Joel Moskowitz PhD, 2016 |
| 10 | 2143-2378 | Jul. 7, 2016 | Environmental Health Trust | Research Compilation; Studies and Documents; City of Pinole, CA |
| VOLUME 7 – Tabs 11 – 13 Part 1 | | | | |
| 11 | 2379-2389 | Jul. 7, 2016 | Environmental Health Trust | US Exposures Limits - A History of Their Creation, Comments and Explanations; Eng. Lloyd Morgan |
| 12 | 2390-2439 | Aug. 26, 2016 | Heidi M. Lumpkin | Biosystem & Ecosystem; Birds, Bees and Mankind: Destroying Nature by 'Electrosmog': Effects of Mobile Radio and Wireless Communication. Dr. Ulrich Warnke, Ph.D., 2007 |
| 13 Part 1 | 2440-2778 | Jul. 13, 2016 | Parents for Safe Technology | Cancer; IARC Monograph: Non-Ionizing Radiation Part 2: RF EMFs, 2013 (Tab 13 Part 1) |
| VOLUME 8 – Tabs 13 Part 2 - 23 | | | | |
| 13 Part 2 | 2779-2920 | Jul. 13, 2016 | Parents for Safe Technology | Cancer; IARC Monograph: Non-Ionizing Radiation Part 2: RF EMFs, 2013 (Tab 13 Part 2) |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 14 | 2921-2927 | Nov. 18, 2013 | Kevin Mottus | Cancer; IARC Press Release: IARC Classifies RF EMFs As Possibly Carcinogenic to Humans, 2011 |
| 15 | 2928-3002 | Jul. 11, 2016 | Environmental Health Trust | NTP; Report of Partial Findings from the National Toxicology Program Carcinogenesis Studies of Cell Phone Radiofrequency Radiation in Hsd: Sprague Dawley® SD rats (Whole Body Exposures); Draft 5-19-2016 |
| 16 | 3003-3009 | Oct. 1, 2018 | Environmental Health Trust | NTP; Commentary on the utility of the National Toxicology Program study on cell phone radiofrequency radiation data for assessing human health risks despite unfounded criticisms aimed at minimizing the findings of adverse health effects. Environmental Research. Dr. Ron Melnick; 2019 |
| 17 | 3010-3036 | Apr. 16, 2018 | Theodora Scarato | NTP; Dr. Hardell and Dr. Carlsberg letter to the NTP, NIH, DHHS, NTP Technical Report On The Toxicology And Carcinogenesis Studies; Mar. 12, 2018 |
| 18 | 3037-3048 | Oct. 1, 2018 | Environmental Health Trust | Cancer-NTP; Cancer epidemiology update, following the 2011 IARC evaluation of radiofrequency electromagnetic fields; (Miller et al); 2018 |
| 19 | 3049-3055 | Oct. 18, 2018 | Joel M. Moskowitz, Ph.D. | Cancer-NTP; The Significance of Primary Tumors in the NTP Study of Chronic Rat Exposure to Cell Phone Radiation. IEEE Microwave Magazine. Prof. James C. Lin; 2019 |

# INDEX TO DEFERRED APPENDIX

| 20 | 3056-3065 | Aug. 27, 2013 | Cindy Sage and David O. Carpenter | BioInitiative Comments |
|---|---|---|---|---|
| 21 | 3066-3080 | Nov. 18, 2013 | Kevin Mottus | BioInitiative; 2012 Conclusions |
| 22 | 3081-3126 | Nov. 18, 2013 | Kevin Mottus | BioInitiative; Section 24: Key Scientific Evidence and Public Health Policy Recommendations; 2012 |
| 23 | 3127-3146 | Jul. 11, 2016 | Cecelia Doucette | BioInitiative; Section 1: Summary for the Public (2014 Supplement) |
| **VOLUME 9 – Tabs 24-27** | | | | |
| 24 | 3147-3218 | Sep. 30, 2016 | Catherine Kleiber | BioInitiative-Modulation; Section 15: Evidence for Disruption by Modulation Role of Physical and Biological Variables in Bioeffects of Non-Thermal Microwaves for Reproducibility, Cancer Risk and Safety Standards, (2012 Supplement) |
| 25 | 3219-3319 | Sep. 3, 2013 | Kevin Mottus | BioInitiative; Section 20, Findings in Autism, Consistent with Electromagnetic Fields (EMF) and Radiofrequency Radiation (RFR); 2012 |
| 26 | 3320-3321 | Sep. 16, 2019 | Joel Moskowitz PhD. | BioInitiative-Neurological; Percent Comparison, Effect vs No Effect in Neurological Effect Studies; 2019 |
| 27 | 3322-3559 | Sep. 16, 2019 | Joel Moskowitz PhD. | BioInitiative-Neurological; Research Summaries, RFR Neurological Effects (Section 8), 2007-2017; 2017 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| **VOLUME 10 – Tabs 28-41** | | | | |
| 28 | 3560-3561 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | BioInitiative-Mechanisms of Harm; Percent Comparison Showing Effect vs No Effect, DNA (Comet Assay), 2017 and Free Radical (Oxidative Stress), 2019 |
| 29 | 3562-3602 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | BioInitiative-Mechanisms of Harm; Research Summaries, DNA (Comet Assay) Studies; 76 Studies, 2017 |
| 30 | 3603-3721 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | BioInitiative-Mechanisms of Harm; Research Summaries, Free Radicals (Oxidative Stress Effects), 225 studies, 2019 |
| 31 | 3722-3749 | Apr. 11, 2014 | Cindy Sage, MA | BioInitiative Working Group; Preliminary Opinion on Potential Health Effects of Exposure to Electromagnetic Fields (EMF); 2014 |
| 32 | 3750-3755 | Sep. 16, 2019 | Bioinitiative Working Group | BioInitiative Working Group; Consistent Failure to Identify the Potential for Health Effects (Exhibit A); 2014 |
| 33 | 3756-3766 | Sep. 14, 2019 | Biointiative Working Group | BioInitiative Working Group; Reference List for Important Fertility and Reproduction Papers (Exhibit C); 2014 |
| 34 | 3767-3771 | Apr. 14, 2019 | Cindy Sage | BioInitiative Working Group; Mitochondrial Dysfunction and Disruption of Electrophysiology (Exhibit G); 2014 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 35 | 3772-3779 | Apr. 14, 2019 | Cindy Sage, MA | BioInitiative Working Group; Epidemiological Studies, RF fields epidemiology, Comments by Drs. Lennart Hardell, Fredrik Soderqvist PhD. and Michael Carlberg, MSc. Section 3.5.1.1 Epidemiological Studies (Exhibit B); 2014 |
| 36 | 3780-3874 | Apr 11, 2014 | Cindy Sage, MA | BioInitiative Working Group; An Update on the Genetic Effects of Nonionizing Electromagnetic Fields by Prof. Henry Lai PhD; (Exhibit E); 2014 |
| 37 | 3875-3896 | Apr. 11, 2014 | Cindy Sage, MA | BioInitiative Working Group; An Update on Physical and Biological Variables, Cancer and Safety Standards by Prof. Igor Belyaev Dr. Sc., (Exhibit F); 2014 |
| 38 | 3897-3904 | Sep. 30, 2016 | Maria Powell | BioInitiative Co-Editor; Human Health Effects of EMFs: The Cost of Doing Nothing. IOPScience. (Prof. David Carpenter MD.); 2010 |
| 39 | 3905-3919 | Sep. 28, 2016 | Kevin Mottus | BioInitiative Author; Statement of Prof. Martin Blank PhD., PhD.; 2016 |
| 40 | 3920-3945 | Aug 27, 2013 | Sage Hardell Herbert | BioInitiative Authors; Prof. Lennart Hardell MD. PhD., Prof. Martha Herbert MD. PhD. and Cindy Sage Comments |
| 41 | 3946-3984 | Aug. 26, 2013 | B. Blake Levitt & Henry Lai | BioInitiatiive Author; Prof. Henry Lai PhD, and Blake Levitt Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | **VOLUME 11 – Tabs 42-59** |
|---|---|---|---|---|
| 42 | 3985-4072 | Sep. 3, 2013 | Paul Dart MD | Dr. Paul Dart MD. (Petitioner) Comments |
| 43 | 4073-4102 | Feb. 4, 2013 | Dr. Andrew Goldsworthy | The Biological Effects of Weak Electromagnetic Fields, Problems and Solutions, Prof. Andrew Goldsworthy; 2012 |
| 44 | 4103-4106 | Sep. 4, 2013 | Richard Meltzer | Dr. Richard Meltzer Comments, Radio Frequency (RF) Exposure: A Cautionary Tale |
| 45 | 4107-4112 | Feb. 6, 2013 | Donald R. Maisch | Dr. Donald R. Maisch PhD. Comments |
| 46 | 4113-4129 | Nov. 18, 2013 | Catherine Kleiber | Biological Effects from RF Radiation at Low-Intensity Exposure, based on the BioInitiative 2012 Report, and the Implications for Smart Meters and Smart Appliances; Dr. Ron M. Powell, PhD.; 2013 |
| 47 | 4130-4137 | Aug. 20, 2013 | Lawrence James Gust | Eng. Lawrence James Gust Comments |
| 48 | 4138-4146 | Feb. 25, 2013 | Michael Schwaebe | Eng. Michael Schwaebe Comments |
| 49 | 4147-4178 | Mar. 18, 2015 | Environmental Working Group | Organizations; Environmental Working Group Reply Comments |
| 50 | 4179-4195 | Nov. 18, 2013 | Nina Beety | Nina Beety Comments |

**INDEX TO DEFERRED APPENDIX**

| 51 | 4196-4206 | Sep. 16, 2019 | Joel Moskowitz PhD. | Organizations; EMF Scientist Appeal, International Scientists' Appeal to the United Nations; 2015 |
|---|---|---|---|---|
| 52 | 4207-4217 | Apr. 5, 2018 | NancyD | Organizations; 5G Appeal, Scientist Appeal to the EU, Scientists Warn of Potential Serious Health Effects of 5G; 2017 |
| 53 | 4218-4240 | Jun. 7, 2017 | Environmental Health Trust | Organizations; Medical Doctors and Public Health Organizations: Consensus Statements and Doctors' Recommendations on Cell Phones/Wireless; 2017 |
| 54 | 4241-4244 | Sep. 27, 2016 | Kevin Mottus | Organizations; Council of Europe, Résolution 1815, The Potential Dangers of Electromagnetic Fields and Their Effect on the Environment; 2011 |
| 55 | 4245-4257 | Feb. 5, 2013 | Gilda Oman | Organizations; Council of Europe, Parliamentary Assembly Report: The potential dangers of electromagnetic fields and their effect on the environment; 2011 |
| 56 | 4258-4293 | Jul. 11, 2016 | Environmental Health Trust | Organizations - Radiation Sickness; European Academy for Environmental Medicine, EUROPAEM EMF Guideline 2015 for the prevention, diagnosis and treatment of EMF-related health problems and illnesses; 2015 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 57 | 4294-4305 | Feb. 5, 2013 | David Mark Morrison | Organizations; Scientific Panel on Electromagnetic Field Health Risks: Consensus Points, Recommendations, and Rationales, Scientific Meeting: Seletun, Norway. Reviews on Environmental Health; (Fragopoulou, Grigoriev et al); 2010 |
| 58 | 4306-4361 | Aug. 30, 2013 | EMF Safety Network | Organizations; EMF Safety Network Comments |
| 59 | 4362-4374 | Jul 7. 2016 | Environmental Health Trust | Organizations - Russian Government; Electromagnetic Fields From Mobile Phones: Health Effect On Children And Teenagers \| Resolution Of Russian National Committee On Nonionizing Radiation Protection \| April 2011, Moscow |
| **VOLUME 12 – Tabs 60 – 68 Part 1** | | | | |
| 60 | 4375-4482 | Jul 7, 2016 | Environmental Health Trust | Organizations - Cyprus Government; Neurological and behavior effects of Non-Ionizing Radiation emitted from mobile devices on children: Steps to be taken ASAP for the protection of children and future generations. Presentation Slides; 2016 |
| 61 | 4483-4531 | Nov. 18, 2013 | Kevin Mottus | Organizations; Austrian Medical Association, Environmental Medicine Evaluation of Electromagnetic Fields; Dr. Jerd Oberfeld MD.; 2007 |
| 62 | 4532-4534 | Jul. 11, 2016 | Environmental Health Trust | Organizations; The American Academy of Pediatrics, Letter to the FCC; 2013 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 63 | 4535-4540 | Sep. 29, 2016 | Kevin Mottus | Organizations; California Medical Association, House of Delegates Resolution Wireless Standards (Resolution 107 - 14); 2014 |
| 64 | 4541-4543 | Sep. 3, 2013 | Grassroots Environmental Education, Inc. o/b/o American Academy of Environmental | Organizations; American Academy of Environmental Medicine, Letter to the Federal Communications Commission; 2013 |
| 65 | 4544-4561 | Sep. 29, 2016 | Kevin Mottus | Organizations - Radiation Sickness; Austrian Medical Association, Guidelines for the Diagnosis and Treatment of EMF Related Health Problems and Illnesses (EMF Syndrome); 2011 |
| 66 | 4562-4590 | Sep. 28, 2016 | Kevin Mottus | Organizations; International Association of Fire Fighters, Position on the Health Effects from Radio Frequency/Microwave Radiation in Fire Department Facilities from Base Stations for Antennas and Towers; 2004 |
| 67 | 4591-4599 | Sep. 28, 2016 | Kevin Mottus | Organizations; Cities of Boston and Philadelphia Reply Comments |
| 68 Part 1 | 4600-4800 | Sep. 3, 2013 | Environmental Working Group | Organizations; Appeal to the FCC Signed by 26,000 People and Organized by the Environmental Working Group, 2013 (Tab 68 Part 1) |

## INDEX TO DEFERRED APPENDIX

| | | | | |
|---|---|---|---|---|
| **VOLUME 13 – Tabs 68 Part 2 - 76** | | | | |
| 68 Part 2 | 4801-5171 | Sep. 3, 2013 | Environmental Working Group | Organizations; Appeal to the FCC Signed by 26,000 People and Organized by the Environmental Working Group, 2013 (Tab 68 Part 2) |
| 69 | 5172-5186 | Aug. 25, 2016 | Kevin Mottus | Organizations; Freiburger Appeal - Doctors Appeal; 2002 |
| 70 | 5187-5191 | Sep. 3, 2013 | Grassroots Environmental Education, Inc. | Organizations; Benevento Resolution, The International Commission for Electromagnetic Safety (ICEMS), 2006 |
| 71 | 5192-5197 | Jul. 18, 2016 | Environmental Health Trust | Organizations; The Porto Alegre Resolution; 2009 |
| 72 | 5198-5204 | Feb. 6, 2013 | Kevin Mottus | Organizations; Kaiser Permanente, Letter from Dr. De-Kun Li, Division of Research |
| 73 | 5205-5210 | Sep. 3, 2013 | American Association For Justice | Organizations; American Association for Justice, Comments |
| 74 | 5211-5219 | Feb. 6, 2013 | Jonathan Libber | Organizations; Maryland Smart Meter Awareness, Comments (filed by Jonathan Libber) |
| 75 | 5220-5228 | Feb. 6, 2013 | Electromagnetic Safety Alliance | Organizations; Electromagnetic Safety Alliance, Comments |

**INDEX TO DEFERRED APPENDIX**

| 76 | 5229-5241 | Sep. 29, 2016 | Ed Friedman | Organizations; Wildlife and Habitat Conservation Solutions; What We Know, Can Infer, and Don't Yet Know about Impacts from Thermal and Non-thermal Non-ionizing Radiation to Birds and Other Wildlife. Dr. Albert M. Manville, PhD.; 2016 |
|---|---|---|---|---|
| | | | **VOLUME 14 – Tabs 77-96** | |
| 77 | 5242-5258 | Sep. 30, 2016 | Catherine Kleiber | Mechanisms of Harm; Meta-Analysis, Oxidative mechanisms of biological activity of low-intensity radiofrequency radiation. Electromagn Biol Med (Yakymenko et al).; 2016 |
| 78 | 5259-5269 | Sep 3, 2013 | Monnie Ramsell | Mechanisms of Harm; Blood Brain Barrier; Increased Blood–Brain Barrier Permeability in Mammalian Brain 7 Days after Exposure to the Radiation from a GSM-900 Mobile Phone. Pathophysiology (Nittby, Salford et al) 2009 |
| 79 | 5270-5286 | Sep. 3, 2013 | Paul Dart MD. | Mechanisms of Harm; DNA Damage; Microwave RF Interacts with Molecular Structures; Dr. Paul Dart MD.; 2013 |
| 80 | 5287-5303 | Sep. 3, 2013 | The EMR Policy Institute | Medical Treatments & Modulation; Treatment of advanced hepatocellular carcinoma with very low levels of amplitude-modulated electromagnetic fields. British Journal of Cancer. (Costa et al); 2011 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 81 | 5304-5306 | Sep. 3, 2013 | The EMR Policy Institute | Medical Treatments & Modulation; Treating cancer with amplitude-modulated electromagnetic fields: a potential paradigm shift, again? British Journal of Cancer. (Dr. Carl Blackman); 2012 |
| 82 | 5307-5309 | Feb. 8, 2013 | Alan Frey | Modulation; Dr. Alan Frey PhD., Comments, Feb. 7, 2013 |
| 83 | 5310-5319 | Jul. 11, 2016 | Environmental Health Trust | Modulation; Real Versus Simulated Mobile Phone Exposures in Experimental Studies. Biomed Res Int. (Prof. Panagopoulos et al); 2015 |
| 84 | 5320-5368 | Sep. 16, 2019 | Joel M. Moskowitz, PhD | Neurological; Book Chapter, A Summary of Recent Literature (2007-2017) on Neurological Effects of Radiofrequency Radiation, Prof. Lai; 2018 Referenced 122 Studies. |
| 85 | 5369-5412 | Sep. 28, 2016 | Kevin Mottus | Neurological - Report; Evidence of Neurological effects of Electromagnetic Radiation: Implications for degenerative disease and brain tumour from residential, occupational, cell site and cell phone exposures. Prof. Neil Cherry; 225 scientific references. 2002 |
| 86 | 5413-5415 | Sep 3, 2013 | Kevin Mottus | Neurological; The effects of mobile-phone electromagnetic fields on brain electrical activity: a critical analysis of the literature. Electromagn Biol Med. (Marino et al) (Abstract); 2009 |

**INDEX TO DEFERRED APPENDIX**

| 87 | 5416-5435 | Nov. 18, 2013 | Kevin Mottus | Autism and EMF? Plausibility of a pathophysiological link. Pathophysiology, Part I. (Herbert et al); 2013 |
|----|-----------|---------------|--------------|---|
| 88 | 5436-5460 | Nov. 18, 2013 | Kevin Mottus | Autism and EMF? Plausibility of a pathophysiological link. Pathophysiology, Part II. (Herbert et al); 2013 |
| 89 | 5461-5486 | Sep. 3, 2013 | Kevin Mottus | Fertility; Research Abstracts, List of References Reporting Fertility and/or Reproduction Effects from Electromagnetic Fields and/or Radiofrequency Radiation (66 references) |
| 90 | 5487-5499 | Sep. 3, 2013 | Paul Dart MD | Fertility; Effects of Microwave RF Exposure on Fertility, Dr. Paul Dart MD. (Petitioner); 2013 |
| 91 | 5500-5506 | Sep. 3, 2013 | Paul Dart MD | Hormonal; RF and Hormones, Alterations in Hormone Physiology; Dr. Paul Dart MD. (Petitioner); 2013 |
| 92 | 5507-5514 | Feb. 7, 2013 | Toni Stein | Prenatal & Children; Fetal Radiofrequency Radiation Exposure From 800-1900 Mhz-Rated Cellular Telephones Affects Neurodevelopment and Behavior in Mice. Scientific Reports. (Aldad, Taylor et al); 2012 |
| 93 | 5515-5518 | Jul. 7, 2016 | Environmental Health Trust | Prenatal & Children; Fetal Exposures and Cell Phones. Studies List. Prof. Hugh Taylor MD.; 2015 |

**INDEX TO DEFERRED APPENDIX**

| 94 | 5519-5553 | Jul. 13, 2016 | Parents for Safe Technology | Prenatal and Children; Fetal Cell Phone Exposure: How Experimental Studies Guide Clinical Practice, Hugh S. Taylor MD. PhD., Chair of Obstetrics, Gynecology and Reproductive Sciences, Yale School of Medicine |
|---|---|---|---|---|
| 95 | 5554-5559 | Sep. 3, 2013 | Dr. Suleyman Kaplan | Prenatal & Children; Dr. Suleyman Kaplan Comments |
| 96 | 5560-5614 | Nov. 18, 2013 | Kevin Mottus | Prenatal & Children; Amended Declaration of Dr. David O. Carpenter MD. (Dec. 20, 2011); *Morrison et al v. Portland Schools*, No. 3:11-cv-00739-MO (U.S.D.C. Oregon, Portland Div.) |
| **VOLUME 15 – Tabs 97-101** | | | | |
| 97 | 5615-5712 | Sep. 28, 2016 | Kevin Mottus | Prenatal & Children; Doctors and Scientists Letters on Wi-Fi in Schools |
| 98 | 5713-5895 | Jul. 11, 2017 | Environmental Health Trust | Dr. Devra Davis PhD., President of Environmental Health Trust (Petitioner) Comments |
| 99 | 5896-5993 | Jun. 7, 2017 | Environmental Health Trust | Children; Letter to Montgomery County Schools, Prof. Martha Herbert MD., PhD.; 2015 |
| 100 | 5994-6007 | Apr. 29, 2019 | Environmental Health Trust | Neurological - Children; A Prospective Cohort Study of Adolescents' Memory Performance and Individual Brain Dose of Microwave Radiation from Wireless Communication. Environ Health Perspect. (Foerster et al); 2018 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 101 | 6008-6014 | Sep. 28, 2016 | Kevin Mottus | Prenatal & Children; Cell phone use and behavioral problems in young children. J Epidemiol Community Health. (Divan et al); 2012 |
| **VOLUME 16 - Tabs 102-126** | | | | |
| 102 | 6015-6026 | Jul. 7, 2016 | Environmental Health Trust | Prenatal & Children; "Cell Phones & WiFi – Are Children, Fetuses and Fertility at Risk?"; 2013 |
| 103 | 6027-6060 | Jul. 7, 2016 | Environmental Health Trust | Prenatal & Children; Safe Schools 2012, Medical and Scientific Experts Call for Safe Technologies in Schools |
| 104 | 6061-6067 | Sep. 3, 2013 | Kevin Mottus | Prenatal & Children - Stem Cells; Microwaves from Mobile Phones Inhibit 53BP1 Focus Formation in Human Stem Cells More Strongly Than in Differentiated Cells: Possible Mechanistic Link to Cancer Risk. Environmental Health Perspectives (Markova, Belyaev et al); 2010 |
| 105 | 6068-6069 | Sep. 26, 2016 | Angela Tsaing | Radiation Sickness - Children; Angela Tsiang Comments |
| 106 | 6070-6071 | Mar. 5, 2013 | Abigail DeSesa | Radiation Sickness - Children; Abigail DeSesa Comments |
| 107 | 6072-6111 | Sep. 28, 2016 | Kevin Mottus | Cell Towers - Research Abstract Compilation; 78 Studies Showing Health Effects from Cell Tower Radio Frequency Radiation; 2016 |
| 108 | 6112-6122 | Sep. 3, 2013 | Paul Dart MD | Cell Towers; Consequences of Chronic Microwave RF Exposure, Dr. Paul Dart MD. (Petitioner) |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 109 | 6123-6132 | Jul. 11, 2016 | Environmental Health Trust | Cell Towers - Cancer; Meta-Analysis, Long-Term Exposure To Microwave Radiation Provokes Cancer Growth: Evidences From Radars And Mobile Communication Systems. (Yakymenko et al); 2011 |
| 110 | 6133-6148 | Sep. 3, 2013 | Monnie Ramsell | Cell Towers - Neurological; Changes of Clinically Important Neurotransmitters under the Influence of Modulated RF Fields, A Long-term Study under Real-life Conditions; Umwelt-Medizin-Gesellschaft; (Buchner & Eger); 2011 |
| 111 | 6148-6160 | Dec. 10, 2018 | Environmental Health Trust | Cell Towers - DNA; Impact of radiofrequency radiation on DNA damage and antioxidants in peripheral blood lymphocytes of humans residing in the vicinity of mobile phone base stations. Electromagnetic Biology and Medicine. (Zothansiama et al); 2017 |
| 112 | 6161-6169 | Dec. 10, 2018 | Environmental Health Trust | Cell Towers - Cancer; Environmental radiofrequency radiation at the Järntorget Square in Stockholm Old Town, Sweden in May, 2018 compared with results on brain and heart tumour risks in rats exposed to 1.8 GHz base station environmental emissions, World Academy of Sciences Journal. (Hardell et al); 2018 |

**INDEX TO DEFERRED APPENDIX**

| 113 | 6170-6258 | Sep. 30, 2016 | Catherine Kleiber | Cell Towers; Indian Government, Ministry of Environment and Forest, Report on Possible Impacts of Communication Towers on Wildlife Including Birds and Bees. 919 studies reviewed; 2011 |
|---|---|---|---|---|
| 114 | 6259-6260 | Sep. 3, 2013 | Kevin Mottus | Cell Towers; Epidemiological evidence for a health risk from mobile phone base stations, Int J Occup Environ Health. (Hardell et al); 2010 |
| 115 | 6261-6289 | Sep. 16, 2019 | Joel Moskowitz, PhD | Cell Towers; Biological Effects From Exposure to Electromagnetic Radiation Emitted By Cell Tower Base Stations and Other Antenna Arrays. Environ. Rev. (Lai & Levitt); 2010 |
| 116 | 6290-6301 | Jul. 11, 2016 | Environmental Health Trust | Cell Towers; Research Summaries of Cell Tower Radiation Studies |
| 117 | 6302-6311 | Sep. 30, 2016 | Catherine Kleiber | Cell Towers-Wildlife; Electromagnetic Pollution From Phone Masts. Effects on Wildlife; Pathophysiology. (Dr. Alfonso Balmori); 2009 |
| 118 | 6312-6324 | Jul. 18, 2106 | Environmental Health Trust | Cell Towers - Wildlife; Testimony of Dr. Albert M. Manville, II, PhD., C.W.B, Before the City of Eugene City Planning Department in Opposition to AT&T/Crossfire's Application for a "Stealth" Cellular Communications Tower; May 6, 2015 |

**INDEX TO DEFERRED APPENDIX**

| 119 | 6325-6341 | Sep. 30, 2016 | Catherine Kleiber | Cell Towers - Plants; Radiofrequency Radiation Injures Trees Around Mobile Phone Base Stations. Science of the Total Environment. (Waldmann-Selsam et al); 2016 |
|---|---|---|---|---|
| 120 | 6342-6349 | Apr. 8, 2014 | M.K. Hickcox | Biosystem & Ecosystem; The Dangers of Electromagnetic Smog, Prof. Andrew Goldsworthy, PhD.; 2007 |
| 121 | 6350-6366 | Sep. 3, 2013 | The EMR Policy Institute | Biosystem and Ecosystem; Impacts of radio-frequency electromagnetic field (RF-EMF) from cell phone towers and wireless devices on biosystem and ecosystem – a review. Biology and Medicine (Sivani et al.); 2012 |
| 122 | 6367-6379 | Oct. 1, 2018 | Environmental Health Trust | 5G; 5G wireless telecommunications expansion: Public health and environmental implications, Environmental Research. (Dr. Cindy Russell MD.); 2018 |
| 123 | 6380-6383 | Oct. 18, 2019 | Joel M. Moskowitz PhD | 5G; We Have No Reason to Believe 5G is Safe, Dr. Joel Moskowitz PhD., Scientific American; 2019 |
| 124 | 6384-6392 | Jul. 11, 2017 | Environmental Health Trust | 5G - Millimeter Waves; Nonthermal Effects of Extremely High-Frequency Microwaves on Chromatin Conformation in Cells in vitro—Dependence on Physical, Physiological, and Genetic Factors. IEEEXPlore. (Belyaev et al); 2000 |

**INDEX TO DEFERRED APPENDIX**

| 125 | 6393-6408 | Oct. 1, 2018 | Environmental Health Trust | 5G; What You Need To Know About 5G Wireless And "Small" Cells Top 20 Facts About 5G; Environmental Health Trust |
|---|---|---|---|---|
| 126 | 6409-6429 | Jan. 13, 2015 | NYU Wireless | 5G; Millimeter-Wave Cellular Wireless Networks: Potentials and Challenges, IEEE; (2014) |
| **VOLUME 17 – Tabs 127 – 142 Part 1** | | | | |
| 127 | 6430-6436 | Jul. 13, 2016 | Priscilla King | 5G; FCC Chairman Tom Wheeler 'The Future of Wireless: A Vision for U.S. Leadership in a 5G World'; 2016 |
| 128 | 6437-6447 | Jul. 14, 2016 | Angela Tsaing | 5G; Letter to House Subcommittee on Communications and Technology; Angela Tsiang; 2016 |
| 129 | 6448-6453 | Jan. 8, 2019 | LeRoy Swicegood | 5G; Ask Congress to Vote No, We Are The Evidence Fact Sheet; 2016 |
| 130 | 6454-6510 | Jul. 13, 2016 | Parents For Safe Technology | 5G; 5G Spectrum Frontiers -The Next Great Unknown Experiment On Our Children, Compilation of Letters to Congress; 2016 |
| 131 | 6511-6513 | Apr. 16, 2018 | Theodora Scarato | 5G;What You Need To Know About 5G Wireless and "Small" Cells |
| 132 | 6514-6587 | Sep. 28, 2016 | Kevin Mottus | Wi-Fi; 136 Studies Showing Health Effects from Wi-Fi Radio Frequency Radiation |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 133 | 6588-6603 | Jul. 13, 2016 | Parents For Safe Technology | Wi-Fi; 2.45-GHz Microwave Irradiation Adversely Affects Reproductive Function in Male Mouse, Mus Musculus by Inducing Oxidative and Nitrosative Stress. Free Radical Research (Shahin et al); 2014 |
| 134 | 6604-6611 | Jul. 7, 2016 | Environmental Health Trust | Wi-Fi - Fertility; Immunohistopathologic demonstration of deleterious effects on growing rat testes of radiofrequency waves emitted from conventional Wi-Fi devices. Journal of Pediatric Neurology. (Atasoy et al); 2013 |
| 135 | 6612-6620 | Apr. 8, 2014 | MK Hickox | Smart Meters: Correcting the Gross Misinformation, Letter by 54 Scientists and MDs; 2012 |
| 136 | 6621-6622 | Nov. 18, 2013 | Catherine Kleiber | Smart Meters - Radiation Sickness; American Academy of Environmental Medicine, Smart Meter Case Series; 2013 |
| 137 | 6623-6692 | Sep. 3, 2013 | Rachel Cooper | Smart Meters; Assessment of Radiofrequency Microwave Radiation Emissions from Smart Meters; Sage Associates, Environmental Consultants; 2011 |
| 138 | 6693-6699 | Jul. 7, 2016 | Environmental Health Trust | Smart Meters; FCC Maximum Permissible Exposure Limits for Electromagnetic Radiation, as Applicable to Smart Meters. Dr. Ron Powell PhD.; 2013 |

**INDEX TO DEFERRED APPENDIX**

| 139 | 6700-6705 | Jul. 7, 2016 | Environmental Health Trust | Smart Meters - Radiation Sickness; Symptoms after Exposure to Smart Meter Radiation. Dr. Ron Powell PhD.; 2015 |
|---|---|---|---|---|
| 140 | 6706-6735 | Sep. 3, 2013 | Kit Weaver | Kit Weaver, Comments |
| 141 | 6736-6740 | Feb. 6, 2013 | Joshua Hart | Organizations - Radiation Sickness; StopSmartMeters, Comments |
| 142 Part 1 | 6741-6850 | Sep. 28, 2016 | Kevin Mottus | Cell Phones; Research Abstracts of Over 700 Studies Showing Health Effects from Cell Phone Radio Frequency Radiation; Prof. Henri Lai (Tab 142 Part 1) |
| **VOLUME 18 – Tabs 142 Part 2 - 153** | | | | |
| 142 Part 2 | 6851-7088 | Sep. 28, 2016 | Kevin Mottus | Cell Phones; Research Abstracts of Over 700 Studies Showing Health Effects from Cell Phone Radio Frequency Radiation; Prof. Henri Lai (Tab 142 Part 2) |
| 143 | 7089-7099 | Sep. 28, 2016 | Kevin Mottus | Cancer - Brain Tumors; Using the Hill viewpoints from 1965 for evaluating strengths of evidence of the risk for brain tumors associated with the use of mobile and cordless phones. Rev Environ Health. (Hardell and Caarlsberg); 2013 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 144 | 7100-7121 | Nov. 18, 2013 | Kevin Mottus | Cancer-Brain Tumors; Mobile phone use and brain tumour risk: early warnings, early actions? (Gee, Hardell Carlsberg) (Chapter 21 of Report: "Late lessons from early warnings: science, precaution"); 2013 |
| 145 | 7122-7134 | Sep. 12, 2019 | Environmental Health Trust | Cell Phones; Real-world cell phone radiofrequency electromagnetic field exposures. Environmental Research. (Wall et al); 2019 |
| 146 | 7135-7142 | Nov. 18, 2013 | Kevin Mottus | Cancer -Brain Tumors; Meta-analysis of long-term mobile phone use and the association with brain tumours, Prof. Lennart Hardell MD. PhD. 2008 |
| 147 | 7143-7156 | Jul. 11, 2016 | Environmental Health Trust | Cancer - Brain Tumors; Case-control study of the association between malignant brain tumours diagnosed between 2007 and 2009 and mobile and cordless phone use. International Journal of Oncology.(Hardell et al); 2013 |
| 148 | 7157-7183 | Nov. 18, 2013 | Kevin Mottus | Cancer - Brain Tumors; Use of mobile phones and cordless phones is associated with increased risk for glioma and acoustic neuroma. Pathophysiology. (Hardell et al); 2012 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 149 | 7184-7193 | Sep. 28, 2016 | Kevin Mottus | Cancer - Brain Tumors; Pooled Analysis of Two Swedish Case-Control Studies on the Use of Mobile and Cordless Telephones and the Risk of Brain Tumours Diagnosed During 1997-2003.International Journal of Occupational Safety and Ergonomics (Mild, Hardell, Carlsberg); 2007 |
| 150 | 7194-7210 | Dec. 10, 2018 | Environmental Health Trust | Thermal and non-thermal health effects of low intensity non-ionizing radiation: An international perspective. Environmental Pollution. (Belpomme et al); 2018 |
| 151 | 7211-7224 | Sep. 28, 2016 | Kevin Mottus | Cancer - Brain Tumors; Mobile phones, cordless phones and the risk for brain tumours. International Journal of Oncology (Prof. Lennart Hardell MD., PhD.); 2009 |
| 152 | 7225-7251 | Sep. 3, 2013 | Paul Dart MD | Cancer - Cell Phones; Cell Phones and Risk of Brain Tumor, Dr. Paul Dart MD. (Petitioner); 2013 |
| 153 | 7252-7255 | Jan 31, 2019 | Julian Gehman | Jullian Gehman Esq. Comments |
| **VOLUME 19 – Tabs 154-168** | | | | |
| 154 | 7256-7371 | Nov. 5, 2013 | Joel M. Moskowitz Ph.D. | Dr. Joel Moskowitz PhD. Reply Comments, Why the FCC Must Strengthen Radiofrequency Radiation Limits in the U.S. |

**INDEX TO DEFERRED APPENDIX**

| 155 | 7372-7414 | Jun. 17, 2014 | Environmental Working Group | Cancer - Children; Cell Phone Radiation: Science Review on Cancer Risks and Children's Health; Environmental Working Group; 2009 |
|---|---|---|---|---|
| 156 | 7415-7417 | Sep. 30, 2016 | Kevin Mottus | Cell Phones - Plants; Review: Weak Radiofrequency Radiation Exposure From Mobile Phone Radiation on Plants. Electromagnetic Biology and Medicine (Malka N. Halgamuge); 2016 |
| 157 | 7418-7421 | Apr. 29, 2019 | Environmental Health Trust | Testing; Microwave Emissions From Cell Phones Exceed Safety Limits in Europe and the US When Touching the Body. IEEE Access. Prof. Om P. Gandhi PhD.; 2019 |
| 158 | 7422-7426 | Sep. 12, 2019 | Environmental Health Trust | Testing - Children; Absorption of wireless radiation in the child versus adult brain and eye from cell phone conversation or virtual reality. Environmental Research. (C. Fernandez et al); 2018 |
| 159 | 7427-7431 | Jul. 11, 2016 | Environmental Health Trust | Yes the Children Are More Exposed to Radiofrequency Energy From Mobile Telephones Than Adults. IEEE Access (Prof. Om Ghandi PhD); 2015 |
| 160 | 7432-7441 | Jul. 7, 2016 | Environmental Health Trust | Testing - Children; Children Absorb Higher Doses of Radio Frequency Electromagnetic Radiation From Mobile Phones Than Adults. IEEE Access (Robert D. Morris et al); 2015 |

**INDEX TO DEFERRED APPENDIX**

| 161 | 7442-7445 | Apr. 29, 2019 | Environmental Health Trust | Testing – Children; Exposure Limits: The underestimation of absorbed cell phone radiation, especially in children. Electromagnetic Biology and Medicine (Gandhi et al); 2011 |
|---|---|---|---|---|
| 162 | 7446-7504 | Nov. 17, 2013 | Pong Research Corporation | Testing; Pong Research Corporation Reply Comments |
| 163 | 7505-7514 | Aug. 19, 2012 | Pong Research Corporation | Testing; Pong Research Corporation, Letter to the FCC |
| 164 | 7515-7602 | Nov. 17, 2013 | L. Lloyd Morgan | Environmental Health Trust, Reply Comments (Erroneous Comments Submitted to the FCC on Proposed Cellphone Radiation Standards and Testing by CTIA – September 3, 2013) |
| 165 | 7603-7614 | Sep. 3, 2013 | Dr. Joel M. Moskowitz PhD | "Comments on Notice of Inquiry, ET Docked No. 13-84" GAO Report \| "Exposure and Testing Requirements for Mobile Phones Should Be Reassessed." Dr. Joel Moskowitz PhD.; 2012 |
| 166 | 7615-7628 | Sep. 2, 2013 | Consumers for Safe Cell Phones | Organizations; Consumers for Safe Cell Phones Comments (Petitioner) |
| 167 | 7629-7640 | Nov. 17, 2013 | Consumers for Safe Cell Phones | Consumers for Safe Cell Phone Comments (Reply to CTIA Comments from Sep. 13, 2013) |
| 168 | 7641-7672 | Nov. 17, 2013 | Environmental Working Group | Organizations; Environmental Working Group, Reply Comments |

**INDEX TO DEFERRED APPENDIX**

<table>
<tr><td colspan="5" align="center"><strong>VOLUME 20 - Tabs 169 – 172 Part 1</strong></td></tr>
<tr>
<td>169</td>
<td>7673-7682</td>
<td>Dec. 10, 2018</td>
<td>Environmental Health Trust</td>
<td>Industry Influence; World Health Organization, Radiofrequency Radiation and Health - a Hard Nut to Crack (Review). International Journal of Oncology. Prof. Lennart Hardell MD. PhD.; 2017</td>
</tr>
<tr>
<td>170</td>
<td>7683-7716</td>
<td>Nov. 18, 2013</td>
<td>Richard H. Conrad PhD</td>
<td>Industry Influence; Business Bias As Usual: The Case Of Electromagnetic Pollution. Prof. Levis, Prof. Gennaro, Prof. Garbisa</td>
</tr>
<tr>
<td>171</td>
<td>7717-7719</td>
<td>Sep. 3, 2013</td>
<td>The EMR Policy Institute</td>
<td>Industry Influence; Prof. Martha Herbert MD PhD., Harvard Pediatric Neurologist Letter to Los Angeles Unified School District; 2013</td>
</tr>
<tr>
<td>172 Part 1</td>
<td>7720-8073</td>
<td>Feb. 6, 2013</td>
<td>Dr. Donald R. Maisch PhD</td>
<td>Industry Influence; The Procrustean Approach: Setting Exposure Standards for Telecommunications Frequency Electromagnetic Radiation, Dr. Donald Maisch PhD.; 2009 (Tab 172 Part 1)</td>
</tr>
<tr><td colspan="5" align="center"><strong>VOLUME 21 – Tabs 172 Part 2 - 185</strong></td></tr>
<tr>
<td>172 Part 2</td>
<td>8074-8158</td>
<td>Feb. 6, 2013</td>
<td>Dr. Donald R. Maisch PhD</td>
<td>Industry Influence; The Procrustean Approach: Setting Exposure Standards for Telecommunications Frequency Electromagnetic Radiation, Dr. Donald Maisch PhD.; 2009 (Tab 172 Part 2)</td>
</tr>
<tr>
<td>173</td>
<td>8159-8167</td>
<td>Sep. 29, 2016</td>
<td>Kevin Mottus</td>
<td>Industry Influence; Illusion and Escape: The Cell Phone Disease Quagmire. Dr. George L. Carlo PhD., JD.; 2008</td>
</tr>
</table>

**INDEX TO DEFERRED APPENDIX**

| 174 | 8168-8169 | Nov. 18, 2013 | Kevin Mottus | Industry Influence; Quote of Prof. Henry Lai PhD from NY Times Article about Percent of Negative Studies Funded By Industry; 2013 |
|---|---|---|---|---|
| 175 | 8170-8177 | Nov 18, 2013 | Kevin Mottus | Industry Influence; Warning: Your Cell Phone May Be Hazardous to Your Health. Christopher Ketcham, GQ; 2010 |
| 176 | 8178-8182 | Sep. 3, 2013 | Monnie Ramsell | Industry Influence; Radiation Protection in Conflict With Science; Dr. Franz Adlkofer PhD.; 2011 |
| 177 | 8183-8184 | Mar. 21, 2019 | Office of Engineering and Technology | US Agencies; Letter from the FCC's OET Dept. to Dr. Shuren of the FDA |
| 178 | 8185-8188 | Apr. 30, 2019 | Center for Devices and Radiological Health | US Agencies; Letter from Dr. Shuren of the FDA to the FCC's OET Dept. |
| 179 | 8189-8279 | Sep. 24, 2013 | Grassroots Environmental Education, Inc. | US Agencies - Radiation Sickness; US Access Board Acknowledgement of Radiation Sickness (Electromagnetic Sensitivities); 2002 |
| 180 | 8280-8377 | Sep. 24, 2013 | Grassroots Environmental Education, Inc. | US Agencies - Radiation Sickness; National Institute of Building Sciences (NIBS), IEQ Indoor Environmental Quality; Recommendations for Accommodation for Electromagnetic Sensitivity; 2005 |

**INDEX TO DEFERRED APPENDIX**

| 181 | 8378-8386 | Sep. 29, 2016 | Kevin Mottus | US Agencies; US Department of Interior, Letter of the Director of Office of Environmental Policy and Compliance; 2014 |
|---|---|---|---|---|
| 182 | 8387-8407 | Mar. 4, 2013 | Susan Brinchman, CEP | US Agencies; Department of the Army, Confidential Legal Correspondence, Dec. 13, 2006 |
| 183 | 8408-8411 | Sep. 2, 2013 | Kevin Mottus | US Agencies; US Environmental Protection Agency (EPA) Letter to EMR Network; Jul. 6, 2002 |
| 184 | 8412-8424 | Jul. 7, 2016 | Environmental Health Trust | US Agencies; EPA Letter to the FCC, Comments on FCC 93-142 Environmental Effects of RF; 1993 |
| 185 Part 1 | 8425-8505 | Jul. 7, 2016 | Environmental Health Trust | US Agencies; US Naval Medical Research Institute. Bibliography of Reported Biological Phenomena ("Effects") and Clinical Manifestations Attributed to Microwave and Radio-frequency Radiation; 1971 (Tab 185 Part 1) |
| **VOLUME 22 – Tabs 185 Part 2 - 238** | | | | |
| 185 Part 2 | 8506-8531 | Jul. 7, 2016 | Environmental Health Trust | US Agencies; US Naval Medical Research Institute. Bibliography of Reported Biological Phenomena ("Effects") and Clinical Manifestations Attributed to Microwave and Radio-frequency Radiation; 1971 (Tab 185 Part 2) |
| 186 | 8532-8636 | Jul. 12, 2015 | U.S. Department of Labor | US Agencies; US Department of Labor Comment |

**INDEX TO DEFERRED APPENDIX**

| 187 | 8537-8539 | Sep. 29, 2016 | Kevin Mottus | Radiation Sickness; Exemption for Fire stations, California Assembly Bill No. 57 (2015), codified at Cal. Gov. Code 65964.1 |
|---|---|---|---|---|
| 188 | 8540-8546 | Sep. 3, 2013 | Susan D. Foster, MSW | Radiation Sickness - Firefighters; Susan Foster Comments |
| 189 | 8547-8626 | Jul. 7, 2016 | Environmental Health Trust | Radiation Sickness; Electromagnetic Hypersensitivity, Dr. Erica Mallery-Blythe; 2014 |
| 190 | 8627-8628 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | Radiation Sickness; Reliable disease biomarkers characterizing and identifying electrohypersensitivity and multiple chemical sensitivity as two etiopathogenic aspects of a unique pathological disorder. Rev Environ Health. (Prof. Belpomme et al); 2015 |
| 191 | 8629-8637 | Sep.3, 2013 | Kevin Mottus | Radiation Sickness; Electromagnetic hypersensitivity: evidence for a novel neurological syndrome. Int J Neurosci. (McCarty et al); 2011 |
| 192 | 8638-8641 | Nov. 18, 2013 | Toril H. Jelter MD | Radiation Sickness - Children; Dr. Torill Jelter MD. (Petitioner) Comments |
| 193 | 8642-8659 | Jul. 13, 2016 | Deborah Kopald | Radiation Sickness, Deborah Kopald Comments |
| 194 | 8660-8662 | Sep. 30, 2016 | Ann Lee MD | Radiation Sickness - Children; Dr. Ann Lee MD. (Petitioner) Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 195 | 8663-8681 | Sep. 3. 2013 | Paul Dart MD. | Radiation Sickness; Health Effects of Microwave Radio Exposures. Dr. Paul Dart MD.(Petitioner) Comments |
| 196 | 8682-8683 | Sep. 4, 2013 | Erica M. Elliott | Radiation Sickness; Dr. Erica Elliott MD. Comments |
| 197 | 8684-8734 | Sep. 16, 2019 | Dr. Joel M. Moskowitz PhD. | Radiation Sickness; Electrohypersensitivity Abstracts; 2017 |
| 198 | 8735-8747 | Jul. 11, 2016 | Environmental Health Trust | Radiation Sickness; Could Myelin Damage from Radiofrequency Electromagnetic Field Exposure Help Explain the Functional Impairment Electrohypersensitivity? A Review of the Evidence. Journal of Toxicology and Environmental Health. (Redmayne and Johansson); 2014 |
| 199 | 8748-8773 | Jul. 11, 2016 | Kate Kheel | Radiation Sickness; No Safe Place - shattered lives, healthcare set to crash − you can't fix this fast enough; Letter to a Mayor, Olga Sheean, Jun. 15, 2016 |
| 200 | 8774-8778 | Aug. 26, 2013 | Sarah Jane Berd | Radiation Sickness; Sarah Jane Berd Comments |
| 201 | 8779-8782 | Feb. 4, 2013 | Cynthia S Larson | Radiation Sickness; Cynthia S. Larson Comments |
| 202 | 8783-8784 | Oct. 3, 2016 | Josh Fisher | Radiation Sickness; Josh Fisher Comments |
| 203 | 8785-8787 | Oct. 3, 2016 | Paul Stanley | Radiation Sickness; Paul Stanley (Petitioner) Comments |

**INDEX TO DEFERRED APPENDIX**

| 204 | 8788-8789 | Nov. 25, 2013 | Lynnell Rosser | Radiation Sickness; Lynnell Rosser Letter |
|---|---|---|---|---|
| 205 | 8790-8796 | Sep.12, 2013 | Charyl Zehfus | Radiation Sickness; Charyl Zehfus Reply Comments |
| 206 | 8797-8800 | Sep. 4, 2013 | Annie Starr | Radiation Sickness; Annie Starr Comments |
| 207 | 8801-8802 | Sep. 3, 2013 | Rob Bland | Radiation Sickness; Rob Bland Comments |
| 208 | 8803-8805 | Sep. 3, 2013 | Nancy Rose Gerler | Radiation Sickness; Nancy Rose Gerler Comments |
| 209 | 8806-8811 | Feb. 5, 2013 | Monnie Ramsell | Radiation Sickness; Monnie Ramsell Comments |
| 210 | 8812-8815 | Sep. 3 2013 | Miriam D. Weber | Radiation Sickness; Miriam D. Weber Comments |
| 211 | 8816-8818 | Sep. 3 2013 | Junghie Elky | Radiation Sickness; Junghie Elky Comments |
| 212 | 8819-8832 | Aug. 30, 2013 | Catherine Kleiber | Radiation Sickness; ADA/FHA Catherine Kleiber Comments |
| 213 | 8833-8837 | Sep. 3, 2013 | Amanda & Ryan Rose | Radiation Sickness; Amanda & Ryan Rose Comments |
| 214 | 8838-8842 | Sep. 3, 2013 | Cindy Bowman | Radiation Sickness; Cindy Bowman Comments |
| 215 | 8843-8844 | Sep. 3, 2013 | Sue Martin | Radiation Sickness; Sue Martin Comments |
| 216 | 8845-8846 | Sep. 3, 2013 | Richard Gaul | Radiation Sickness; Richard Gaul Comments |

**INDEX TO DEFERRED APPENDIX**

| 217 | 8847-8848 | Sep. 4 2013 | Karen Strode | Radiation Sickness; Karen Strode Comments |
|---|---|---|---|---|
| 218 | 8849-8850 | Sep. 3, 2013 | Jaime Schunkewitz | Radiation Sickness; Jaime Schunkewitz Comments |
| 219 | 8851-8854 | Aug. 13, 2013 | Linda Bruce | Radiation Sickness; Linda Bruce Comments |
| 220 | 8855-8858 | Feb. 19, 2013 | Louise Kiehl Stanphill | Radiation Sickness; Louise Kiehl Stanphill Reply Comments |
| 221 | 8859-8862 | Feb. 7, 2013 | Diana LeRoss | Radiation Sickness; Diana LeRoss Comments, Feb. 7, 2013 |
| 222 | 8863-8866 | Jun. 17, 2013 | Marc Sanzotta | Radiation Sickness; Marc Sanzotta Comments |
| 223 | 8867-8868 | Aug.11, 2016 | Barbara A. Savoie | Radiation Sickness; Barbara A. Savoie Comments |
| 224 | 8869-8885 | Jul. 13, 2016 | R. Kay Clark | Radiation Sickness; R. Kay Clark Comments |
| 225 | 8886-8887 | Sep. 3, 2013 | Steve & Juleen Ross | Radiation Sickness; Steve & Juleen Ross Comments |
| 226 | 8888-8892 | Sep. 3, 2013 | Kathy Ging | Radiation Sickness; Kathy Ging Comments |
| 227 | 8893-8895 | Sep. 3, 2013 | Jeraldine Peterson-Mark | Radiation Sickness; Jeraldine Peterson-Mark Comments |
| 228 | 8896-8900 | Sep. 3, 2013 | Edward G. | Radiation Sickness; Edward G. Comments |
| 229 | 8901-8903 | Sep. 4, 2013 | D. Yourovski | Radiation Sickness; D. Yourovski Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 230 | 8904-8907 | Sep. 3, 2013 | Ellen K. Marks | Radiation Sickness; Ellen K. Marks Comments |
| 231 | 8908-8911 | Sep. 3, 2013 | Melo11dy Graves | Radiation Sickness; Melody Graves Comments |
| 232 | 8912-8913 | Sep. 3, 2013 | Bernadette Johnston | Radiation Sickness; Bernadette Johnston Comments |
| 233 | 8914-8916 | Sep. 3, 2013 | Shane Gregory | Radiation Sickness; Shane Gregory Comments |
| 234 | 8917-8918 | Sep. 3, 2013 | Layna Berman | Radiation Sickness; Layna Berman Comments |
| 235 | 8919-8922 | Sep. 3, 2013 | Linda Giannoni | Radiation Sickness; Linda Giannoni Comments |
| 236 | 8923-8925 | Sep. 3, 2013 | Jennifer Page | Radiation Sickness; Jennifer Page Comments |
| 237 | 8926-8928 | Sep. 3, 2013 | Jackie Seward | Radiation Sickness; Jackie Seward Comments |
| 238 | 8929-8931 | Sep. 3, 2013 | Elizabeth Feudale | Radiation Sickness; Elizabeth Feudale Comments |
| **VOLUME 23 – Tabs 239-315** | | | | |
| 239 | 8932-8933 | Sep. 3, 2013 | Brent Dalton | Radiation Sickness; Brent Dalton Comments |
| 240 | 8934-8937 | Sep. 3, 2013 | Elizabeth Barris | Radiation Sickness; Elizabeth Barris (Petitioner) Comments |
| 241 | 8938-8940 | Sep. 3, 2013 | Olemara | Radiation Sickness; Olemara Comments |
| 242 | 8941-8943 | Aug. 14, 2013 | Melissa White | Radiation Sickness; Melissa White Comments |

**INDEX TO DEFERRED APPENDIX**

| 243 | 8944-8946 | Jun. 4, 2013 | Carol Moore | Radiation Sickness; Carol Moore Comments |
| 244 | 8947-8952 | Mar. 7, 2013 | Michele Hertz | Radiation Sickness; Michele Hertz (Petitioner) Comments |
| 245 | 8953-8955 | Mar. 4, 2013 | B.J. Arvin | Radiation Sickness; B.J. Arvin Reply Comments |
| 246 | 8956-8959 | Feb. 12, 2013 | Suzanne D. Morris | Radiation Sickness; Suzanne D. Morris Comments |
| 247 | 8960-8962 | Feb. 7, 2013 | Tom Creed | Radiation Sickness; Tom Creed Comments |
| 248 | 8963-8967 | Feb. 6, 2013 | Julie Ostoich | Radiation Sickness; Julie Ostoich Comments |
| 249 | 8968-8981 | Feb. 6, 2013 | Kathleen M. Sanchez | Radiation Sickness; Kathleen M. Sanchez Comments |
| 250 | 8982-8985 | Feb. 6, 2013 | John Edward Davie | Radiation Sickness; John Edward Davie Comments |
| 251 | 8986-8989 | Feb. 6, 2013 | Alison L. Denning | Radiation Sickness; Alison L. Denning Comments |
| 252 | 8990-9012 | Feb. 6, 2013 | Susan Brinchman, CEP | Radiation Sickness; Susan Brinchman Comments |
| 253 | 9013-9016 | Feb. 6, 2013 | Terilynn Langsev | Radiation Sickness; Terilynn Langsev Comments |
| 254 | 9017-9020 | Feb. 6, 2013 | Beth Ann Tomek | Radiation Sickness; Beth Ann Tomek Comments |
| 255 | 9021-9025 | Feb. 5, 2013 | Sandra Storwick | Radiation Sickness; Sandra Storwick Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 256 | 9026-9029 | Feb. 5, 2013 | Odessa Rae | Radiation Sickness; Odessa Rae Comments |
| 257 | 9030-9033 | Feb. 5, 2013 | Kenneth Linoski | Radiation Sickness; Kenneth Linoski Comments |
| 258 | 9034-9039 | Feb. 6, 2013 | Elissa Michaud | Radiation Sickness; Elissa Michaud Comments |
| 259 | 9040-9043 | Feb. 5, 2013 | Ella Elman | Radiation Sickness; Ella Elman Comments |
| 260 | 9044-9047 | Feb. 5, 2013 | Andrew Swerling | Radiation Sickness; Andrew Swerling Comments |
| 261 | 9048-9051 | Feb. 5, 2013 | Natalie Smith | Radiation Sickness; Natalie Smith Comments |
| 262 | 9052-9055 | Feb. 4, 2013 | Mana Iluna | Radiation Sickness; Mana Iluna Comments |
| 263 | 9056-9059 | Feb. 4, 2013 | Jayne G. Cagle | Radiation Sickness; Jayne G. Cagle Comments |
| 264 | 9060-9063 | Feb. 4, 2013 | Mark Summerlin | Radiation Sickness; Mark Summerlin Comments |
| 265 | 9064-9067 | Feb. 4, 2013 | Lashanda Summerlin | Radiation Sickness; Lashanda Summerlin Comments |
| 266 | 9068-9071 | Feb. 4, 2013 | Kath Mason | Radiation Sickness; Kath Mason Comments |
| 267 | 9072-9084 | Nov. 1, 2013 | Daniel Kleiber | Radiation Sickness; Daniel Kleiber Reply Comments |
| 268 | 9085-9086 | Sep.3, 2013 | Susan MacKay | Radiation Sickness; Susan MacKay Comments |

**INDEX TO DEFERRED APPENDIX**

| 269 | 9087-9091 | Mar. 4, 2013 | Theresa McCarthy | Radiation Sickness; Theresa McCarthy Reply Comments |
|-----|-----------|--------------|------------------|------------------------------------------------------|
| 270 | 9092-9093 | Jul. 11, 2016 | L S Murphy | Radiation Sickness; L S Murphy Comments |
| 271 | 9094-9096 | Aug. 30, 2013 | Patricia B. Fisken | Radiation Sickness; Patricia B. Fisken Comments |
| 272 | 9097-9098 | Sep. 3, 2013 | Linda Hart | Radiation Sickness; Linda Hart Comments |
| 273 | 9099-9101 | Aug. 19, 2013 | E Renaud | Radiation Sickness; E Renaud Comments |
| 274 | 9102-9108 | Aug. 13, 2013 | Nicole Nevin | Radiation Sickness; Nicole Nevin Comments |
| 275 | 9109-9110 | Sep. 30, 2016 | Robert VanEchaute | Radiation Sickness; Robert VanEchaute Comments |
| 276 | 9111-9112 | Sep. 6, 2016 | Daniel Berman | Radiation Sickness; Daniel Berman Comments |
| 277 | 9113-9116 | Sep. 3, 2013 | Edna Willadsen | Radiation Sickness; Edna Willadsen Comments |
| 278 | 9117-9118 | Aug. 30, 2013 | Susan Molloy | Radiation Sickness; Susan Molloy Comments |
| 279 | 9119-9120 | Sep. 3, 2013 | Kathleen Christofferson | Radiation Sickness; Kathleen Christofferson Comments |
| 280 | 9121-9122 | Sep. 3, 2013 | Juli Johnson | Radiation Sickness; Juli Johnson Comments |
| 281 | 9123-9124 | Sep. 3, 2013 | Annalee Lake | Radiation Sickness; Annalee Lake Comments |

**INDEX TO DEFERRED APPENDIX**

| 282 | 9125-9126 | Aug. 22, 2013 | Alan Marks | Radiation Sickness; Alan Marks Comments |
|---|---|---|---|---|
| 283 | 9127-9128 | Jun. 10, 2013 | Peggy McDonald | Radiation Sickness; Peggy McDonald Comments |
| 284 | 9129-9131 | Feb. 26, 2013 | Mark Zehfus | Radiation Sickness; Mark Zehfus Reply Comments |
| 285 | 9132-9137 | Feb. 6, 2013 | Jennifer Zmarzlik | Radiation Sickness; Jennifer Zmarzlik Comments |
| 286 | 9138-9142 | Feb. 6, 2013 | Catherine E. Ryan | Radiation Sickness; Catherine E. Ryan Comments |
| 287 | 9143-9148 | Feb. 6, 2013 | L. Meade | Radiation Sickness; L. Meade Comments |
| 288 | 9149-9150 | Sep. 3, 2013 | Arthur Firstenberg | Radiation Sickness; Arthur Firstenberg Comments |
| 289 | 9151-9152 | Mar. 5, 2013 | Jeromy Johnson | Radiation Sickness; Jeromy Johnson Reply Comments |
| 290 | 9153-9154 | Sep. 26, 2016 | Jeanne Insenstein | Radiation Sickness; Jeanne Insenstein Comments |
| 291 | 9155-9159 | Nov. 18, 2013 | Angela Flynn | Radiation Sickness; Angela Flynn Reply Comments |
| 292 | 9160-9162 | Sep. 4, 2013 | Kathryn K. Wesson | Radiation Sickness; Kathryn K. Wesson Comments |
| 293 | 9163-9165 | Sep. 3, 2013 | Diane St. James | Radiation Sickness; Diane St. James Comments |
| 294 | 9166-9168 | Sep. 3, 2013 | Christine Hoch | Radiation Sickness; Christine Hoch Comments |
| 295 | 9169-9180 | Sep. 3, 2013 | Arlene Ring | Radiation Sickness; Arlene Ring Comments |

INDEX TO DEFERRED APPENDIX

| | | | | |
|---|---|---|---|---|
| 296 | 9181-9182 | Sep. 3, 2013 | Victoria Jewett | Radiation Sickness; Victoria Jewett Comments |
| 297 | 9183-9185 | Sep. 3, 2013 | Michael J. Hazard | Radiation Sickness; Michael J. Hazard Comments |
| 298 | 9186-9187 | Aug. 30, 2013 | Melinda Wilson | Radiation Sickness; Melinda Wilson Comments |
| 299 | 9188-9191 | Aug. 30, 2013 | Maggi Garloff | Radiation Sickness; Maggi Garloff Comments |
| 300 | 9192-9199 | Sep. 3, 2013 | Holly Manion | Radiation Sickness & ADA/FHA; Holly Manion Comments |
| 301 | 9200-9203 | Aug. 22, 2013 | James Baker | Radiation Sickness; James Baker Comments |
| 302 | 9204-9254 | Jul. 19, 2013 | Deborah Cooney | Radiation Sickness; Deborah Cooney, Verified Complaint, *Cooney v. California Public Utilities Commission et al*, No. 12-cv-06466-CW, U.S.D.C. N.D. Cal. (Dec 17, 2012) |
| 303 | 9255-9258 | Jun. 13, 2013 | Mardel DeBuhr | Radiation Sickness; Mardel DeBuhr Comments |
| 304 | 9259-9260 | Jun. 10, 2013 | Richard Wolfson | Radiation Sickness; Richard Wolfson Comments |
| 305 | 9261-9264 | Mar. 7, 2013 | James E. Peden | Radiation Sickness; James E. Peden Reply Comments |
| 306 | 9265-9266 | Mar. 5, 2013 | Carl Hilliard | Radiation Sickness; Carl Hilliard Comments |
| 307 | 9267-9268 | Mar. 4, 2013 | Lisa Horn | Radiation Sickness; Lisa Horn Comments |

**INDEX TO DEFERRED APPENDIX**

| 308 | 9269-9274 | Feb. 27, 2013 | Alexandra Ansell | Radiation Sickness; Alexandra Ansell Reply Comments |
|---|---|---|---|---|
| 309 | 9275-9278 | Feb. 25, 2013 | Patricia A. Ormsby | Radiation Sickness; Patricia A. Ormsby Reply Comments |
| 310 | 9279-9282 | Feb. 14, 2013 | Annette Jewell-Ceder | Radiation Sickness; Annette Jewell-Ceder Reply Comments |
| 311 | 9283-9286 | Feb. 6, 2013 | Max Feingold | Radiation Sickness; Max Feingold Comments |
| 312 | 9287-9300 | Feb. 6, 2013 | Annallys Goodwin-Landher | Radiation Sickness; Annallys Goodwin-Landher Comments |
| 313 | 9301-9316 | Feb. 4, 2013 | Rebecca Morr | Radiation Sickness; Rebecca Morr Comments |
| 314 | 9317-9320 | Feb. 5, 2013 | Josh Finley | Radiation Sickness; Alexandra Ansell Reply Comments |
| 315 | 9321-9331 | Feb. 5, 2013 | Donna L. Bervinchak | Radiation Sickness; Donna L. Bervinchak Comments |
| **VOLUME 24 – Tabs 316-377** | | | | |
| 316 | 9332-9334 | Feb. 5, 2013 | Catherine Morgan | Radiation Sickness; Catherine Morgan Comments |
| 317 | 9335-9338 | Feb. 5, 2013 | Angelica Rose | Radiation Sickness; Angelica Rose Comments |
| 318 | 9339-9341 | Feb. 5, 2013 | Brian J. Bender | Radiation Sickness; Brian J. Bender Comments |
| 319 | 9342-9343 | Jul. 11, 2016 | Maggie Connolly | Radiation Sickness; Maggie Connolly Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 320 | 9344-9345 | Sep. 3, 2013 | Gregory Temmer | Radiation Sickness; Gregory Temmer Comments |
| 321 | 9346-9347 | Sep. 3, 2013 | Bernice Nathanson | Radiation Sickness; Bernice Nathanson Comments |
| 322 | 9348-9350 | Sep. 3, 2013 | Terry Losansky | Radiation Sickness; Terry Losansky Comments |
| 323 | 9351-9352 | Sep. 3, 2013 | Ronald Jorstad | Radiation Sickness; Ronald Jorstad Comments |
| 324 | 9353-9354 | Jul. 8, 2013 | Liz Menkes | Radiation Sickness; Liz Menkes Comments |
| 325 | 9355-9356 | Sep. 3, 2013 | Katie Mickey | Radiation Sickness; Katie Mickey Comments |
| 326 | 9357-9360 | Sep. 3, 2013 | Karen Nold | Radiation Sickness; Karen Nold Comments |
| 327 | 9361-9362 | Jul. 8, 2013 | David DeBus, PhD. | Radiation Sickness; David DeBus, Ph.D. Comments |
| 328 | 9363-9365 | Jun. 20, 2013 | Jamie Lehman | Radiation Sickness; Jamie Lehman Comments |
| 329 | 9366-9367 | Jun. 12, 2013 | Jane van Tamelen | Radiation Sickness; Jane van Tamelen Comments |
| 330 | 9368-9379 | Jun. 10, 2013 | Sebastian Sanzotta | Radiation Sickness; Sebastian Sanzotta Comments |
| 331 | 9380-9383 | Mar. 7, 2013 | Taale Laafi Rosellini | Radiation Sickness; Taale Laafi Rosellini Reply Comments |
| 332 | 9384-9387 | Mar. 7, 2013 | Robert E. Peden | Radiation Sickness; Robert E. Peden Reply Comments |

**INDEX TO DEFERRED APPENDIX**

| 333 | 9388-9391 | Mar. 7, 2013 | Marilyn L. Peden | Radiation Sickness; Marilyn L. Peden Reply Comments |
| 334 | 9392-9393 | Mar. 5, 2013 | Doreen Almeida | Radiation Sickness; Doreen Almeida Reply Comments |
| 335 | 9394-9395 | Mar. 5, 2013 | Oriannah Paul | Radiation Sickness; Oriannah Paul Comments |
| 336 | 9396-9397 | Sep. 3, 2013 | Heather Lane | Radiation Sickness; Heather Lane Comments |
| 337 | 9398-9399 | Aug. 15, 2013 | John Grieco | Radiation Sickness; John Grieco Comments |
| 338 | 9400-9401 | Sep. 29, 2016 | Linda Kurtz | Radiation Sickness & ADA/FHA; Linda Kurtz Comments |
| 339 | 9402-9406 | Feb. 5, 2013 | Lisa Drodt-Hemmele | Radiation Sickness & ADA/FHA; Lisa Drodt-Hemmele Comments |
| 340 | 9407-9409 | Aug. 26, 2013 | Robert S Weinhold | Radiation Sickness & ADA/FHA; Robert S Weinhold Comments |
| 341 | 9410-9411 | Jul. 12, 2016 | Dianne Black | Radiation Sickness & ADA/FHA; Dianne Black Comments |
| 342 | 9412-9415 | Jul. 13, 2016 | Derek C. Bishop | Radiation Sickness & ADA/FHA; Derek C. Bishop Comments |
| 343 | 9416-9435 | Aug. 21, 2013 | Steven Magee | Radiation Sickness & ADA/FHA; Steven Magee Comments |
| 344 | 9436-9437 | Sep. 3, 2013 | Melissa Chalmers | Radiation Sickness & ADA/FHA; Melissa Chalmers Comments |

**INDEX TO DEFERRED APPENDIX**

| 345 | 9438-9440 | Aug. 30, 2013 | Garril Page | Radiation Sickness & ADA/FHA; Garril Page Comments |
|---|---|---|---|---|
| 346 | 9441-9444 | Sep. 5, 2013 | Laddie W. Lawings | Radiation Sickness & ADA/FHA; Laddie W. Lawings Comments |
| 347 | 9445-9446 | Sep. 4, 2018 | Fern Damour | Radiation Sickness & ADA/FHA; Fern Damour Comments |
| 348 | 9447-9449 | Aug. 28, 2013 | Rebecca Rundquist | Radiation Sickness & ADA/FHA; Rebecca Rundquist Comments |
| 349 | 9450-9451 | Sep. 3, 2013 | JoAnn Gladson | Radiation Sickness & ADA/FHA; JoAnn Gladson Comments |
| 350 | 9452-9453 | Jul. 13, 2016 | Jonathan Mirin | Radiation Sickness & ADA/FHA; Jonathan Mirin Comments |
| 351 | 9454-9455 | Jul. 12, 2016 | Mary Adkins | Radiation Sickness & ADA/FHA; Mary Adkins Comments |
| 352 | 9456-9458 | Sep. 3, 2013 | Ian Greenberg | Radiation Sickness & ADA/FHA; Ian Greenberg Comments |
| 353 | 9459-9462 | Sep. 3, 2013 | Helen Sears | Radiation Sickness & ADA/FHA; Helen Sears Comments |
| 354 | 9463-9464 | Mar. 4, 2013 | Janet Johnson | Radiation Sickness & ADA/FHA; Janet Johnson Comments |
| 355 | 9465-9467 | Aug. 20, 2013 | Mr. and Mrs. Gammone | Radiation Sickness & ADA/FHA; Mr. and Mrs. Gammone Comments |
| 356 | 9468-9475 | Sep. 10, 2013 | Shelley Masters | Radiation Sickness - Disability; Shelley Masters Comments |

**INDEX TO DEFERRED APPENDIX**

| 357 | 9476-9479 | Sep. 12, 2016 | Tara Schell & Kathleen Bowman | Radiation Sickness; Disability; Tara Schell & Kathleen Bowman Comments |
| 358 | 9480-9481 | Feb. 6, 2013 | Patricia Burke | Radiation Sickness; Disability; Patricia Burke Comments |
| 359 | 9482-9484 | Aug. 19, 2013 | Deirdre Mazzetto | Radiation Sickness; Disability; Deirdre Mazzetto Comments |
| 360 | 9485-9486 | Mar. 5, 2013 | Jim and Jana May | Radiation Sickness; Disability; Jim and Jana May Comments |
| 361 | 9487-9488 | Jun. 10, 2013 | Lisa M. Stakes | Radiation Sickness; Disability; Lisa M. Stakes Comments |
| 362 | 9489-9490 | Sep. 3, 2013 | Veronica Zrnchik | Radiation Sickness; Disability; Veronica Zrnchik Comments |
| 363 | 9491-9493 | Sep. 12, 2013 | J.A. Wood | Radiation Sickness; Disability; J.A. Wood Comments |
| 364 | 9494-9495 | Jul. 3, 2016 | Sherry Lamb | Radiation Sickness; Disability; Sherry Lamb Comments |
| 365 | 9496-9500 | Aug. 28, 2013 | April Rundquist | Radiation Sickness; Disability; April Rundquist Comments |
| 366 | 9501-9502 | Jul. 21, 2016 | Charlene Bontrager | Radiation Sickness; Disability; Charlene Bontrager Comments |
| 367 | 9503-9506 | Jun. 19, 2013 | Michelle Miller | Radiation Sickness; Disability; Michelle Miller Comments |

**INDEX TO DEFERRED APPENDIX**

| 368 | 9507-9514 | Sep. 3, 2013 | James C. Barton | Radiation Sickness; Disability; James C. Barton Comments |
|---|---|---|---|---|
| 369 | 9515-9526 | Sep. 3, 2013 | Diane Schou | Radiation Sickness; Disability; Diane Schou Comments |
| 370 | 9527-9532 | Jun. 24, 2013 | Alison Price | Radiation Sickness; Disability; Alison Price Comments |
| 371 | 9533-9535 | Sep. 10, 2013 | Shari Anker | Radiation Sickness; Disability; Shari Anker Comments |
| 372 | 9536-9538 | Aug. 30, 2013 | Paul Vonharnish | Radiation Sickness; Disability; Paul Vonharnish Comments |
| 373 | 9539-9548 | Aug. 26, 2013 | Heidi Lumpkin | Radiation Sickness; Disability; Heidi F. Lumpkin, Comments |
| 374 | 9549-9550 | Sep. 3, 2013 | Kaitlin Losansky | Radiation Sickness; Disability; Kaitlin Losansky Comments |
| 376 | 9551-9556 | Nov. 12, 2012 | Monise Sheehan | Radiation Sickness; Disability; Monise Sheehan Testimonial |
| 376 | 9557-9558 | Mar. 1, 2013 | Ruthie Glavinich | Radiation Sickness; Disability; Ruthie Glavinich Comments |
| 377 | 9559-9682 | Sep. 3, 2013 | Ed Friedman | Radiation Sickness; Testimonials of Nine People; 2013 |
| **VOLUME 25 – Tabs 378-404** | | | | |
| 378 | 9683-9771 | Sep. 3, 2013 | Ed Friedman | Radiation Sickness; Testimonials of Twelve People; 2013 |
| 379 | 9772-9854 | Sep. 3, 2013 | Ed Friedman | Radiation Sickness; Testimonials of Nine People; 2013 |

**INDEX TO DEFERRED APPENDIX**

| 380 | 9855-9936 | Sep. 28, 2016 | Kevin Mottus | Radiation Sickness; Testimonials of Twenty People, Collected by StopSmartMeters; 2013 |
|---|---|---|---|---|
| 381 | 9937-9938 | Sep. 3, 2013 | Amanda & Ryan Rose | Radiation Sickness: Doctor's Diagnosis Letter for Peter Rose; 2010 |
| 382 | 9939-9940 | Jun. 10, 2013 | Steven Magee | Radiation Sickness; Doctor's Diagnosis Letter for Steven Magee |
| 383 | 9941-9964 | Sep. 30, 2016 | Patricia Burke | European Manifesto in support of a European Citizens' Initiative (ECI) |
| 384 | 9965-10012 | Jul. 7, 2016 | Environmental Health Trust | ADA/FHA; Verified Complaint, *G v. Fay Sch., Inc.*, No. 15-CV-40116-TSH (U.S.D.C. Mass. Aug. 12, 2015) |
| 385 | 10013-10015 | Aug. 13, 2013 | John Puccetti | ADA/FHA; Organizations; American Academy of Environmental Medicine, Letter to the FCC |
| 386 | 10016-10018 | Feb. 5, 2013 | Rachel Nummer | ADA/FHA; Rachel Nummer Comments |
| 387 | 10019-10023 | Feb. 5, 2013 | Barbara Schnier | ADA/FHA; Southern Californians for a Wired Solution to Smart Meters Comments |
| 388 | 10024-10057- | Feb. 5, 2013 | Barbara Schnier | ADA/FHA; Opening Brief of Southern Californians for Wired Solutions to Smart Meters, Application 11-03-014 (July 19, 2012) |
| 389 | 10058-10066 | Sep. 2, 2013 | Barbara Li Santi | ADA/FHA; Barbara Li Santi Comments |
| 390 | 10067-10077 | Oct. 22, 2013 | Kit T. Weaver | ADA/FHA; Kit T. Weaver, Reply Comments |

**INDEX TO DEFERRED APPENDIX**

| 391 | 10078-10086 | Mar. 3, 2013 | Sandra Schmidt | ADA/FHA; Sandra Schmidt Reply Comments |
|---|---|---|---|---|
| 392 | 10087-10099 | Feb. 11, 2013 | Antoinette Stein | ADA/FHA; Antoinette Stein Comments |
| 393 | 10100-10103 | Feb. 5, 2013 | David Morrison | ADA/FHA; David Morrison Comments |
| 394 | 10104-10107 | Apr. 16, 2014 | MK Hickox | MK Hickox Reply Comments |
| 395 | 10108-10009 | Sep. 3, 2013 | Annemarie Weibel | ADA/FHA; Annemarie Weibel Comments |
| 396 | 10110 -10117 | Sep. 3, 2013 | Omer Abid, MD, MPH | Individual Rights; Dr. Omer Abid MD. MPH Comments |
| 397 | 10118-10120 | Sep. 2, 2013 | John A. Holeton | Individual Rights; John & Pauline Holeton Comments |
| 398 | 10121-10129 | Sep. 2, 2013 | Grassroots Environmental Education, Inc. o/b/o Nancy Naylor | Individual Rights; Nancy Naylor Comments |
| 399 | 10130-10143 | Sep. 2, 2013 | Deborah M. Rubin | Individual Rights; Deborah M. Rubin Comments |
| 400 | 10,144-10149 | Sep. 2, 2013 | Kevin Mottus | Individual Rights; Kevin Mottus Comments |
| 401 | 10150 -10157 | Aug. 30, 2013 | Alexandra Ansell | Individual Rights; Alexandra Ansell Comments |
| 402 | 10158-10161 | Aug. 25, 2013 | Steen Hviid | Individual Rights; Steen Hviid Comments |
| 403 | 10162-10165 | Aug. 21, 2013 | Molly Hauck | Individual Rights; Molly Hauck Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 404 | 10166-10171 | Feb. 5, 2013 | Olle Johansson | Individual Rights; Prof. Olle Johansson PhD., Comments |
| **VOLUME 26 – Tabs 405-443** | | | | |
| 405 | 10172-10174 | Mar. 4, 2013 | R.Paul and Kathleen Sundmark | Individual Rights; R. Paul and Kathleen Sundmark Reply Comments |
| 406 | 10175-10180 | Feb. 5, 2013 | Cynthia Edwards | Individual Rights & ADA; Cynthia Edwards Comments |
| 407 | 10181-10185 | Feb. 4, 2013 | Diana Ostermann | Individual Rights; Diana Ostermann Comments |
| 408 | 10186-10193 | Jul. 13, 2016 | Chris Nubbe | Individual Rights; Chris Nubbe Comments |
| 409 | 10194-10201 | Nov. 17, 2013 | Katie Singer | Individual Rights & ADA; Katie Singer Comments |
| 410 | 10202-10203 | Aug. 21, 2013 | John Puccetti | Individual Rights; BC Human Rights Tribunal approves smart meter class action, Citizens for Safe Technology |
| 411 | 10204-10207 | Sep. 30, 2016 | Catherine Kleiber | Individual Rights; Wireless Technology Violates Human Rights, Catherine Kleiber |
| 412 | 10208-10212 | Oct. 28, 2013 | Kate Reese Hurd | Individual Rights; Kate Reese Hurd Comments |
| 413 | 10213-10214 | Sep. 30, 2016 | Patricia Burke | Individual Rights; Wireless '"Revolution" Must Be Supported by Scientific Proof of Safety for Human Health and the Environment, Patricia Burke |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 414 | 10215-10216 | Sep. 3, 2013 | Ed Friedman | Individual Rights; Transcript of Hearing, Vol. 10, Application 11-03-014, Application of Pacific Gas and Electric Company for Approval of Modifications to its SmartMeter™ Program and Increased Revenue Requirements to Recover the Costs of the Modifications, California Public Utilities Commission; Dec. 20, 2012 |
| 415 | 10235-10248 | Dec. 1, 2013 | Julienne Battalia | Individual Rights; Letter of Complaint and Appeal, and Notice of Liability Regarding 'Smart Meter' and Wireless Networks, Julienne Battalia, Washington State |
| 416 | 10249-10270 | Jul. 7, 2016 | Environmental Health Trust | Precautionary Principle; Mobile Phone Infrastructure Regulation in Europe: Scientific Challenges and Human Rights Protection, Professor Susan Perry, (international human rights law) Professor Claudia Roda (Impacts of digital technology on human behavior and social structure) |
| 417 | 10271-10275 | Jul. 11, 2016 | Environmental Health Trust | Precautionary Principle; Wi-Fi - Children; Saying Good-Bye to WiFi A Waldorf School Takes a Precautionary Step, Dr. Ronald E. Koetzsch PhD. |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 418 | 10276-10290 | Jul. 7, 2016 | Environmental Health Trust | Precautionary Principle; Wireless Devices, Standards, and Microwave Radiation in the Education Environment, Dr. Gary Brown, Ed.D. (Instructional Technologies and Distance Education) |
| 419 | 10291-10294 | Nov. 18, 2013 | Richard H. Conrad, Ph.D. | Precautionary Principle; Dr. Richard H. Conrad Reply Comments |
| 420 | 10295-10304 | Sep. 3, 2013 | Holly Manion | Precautionary Principle; Smart Meters-Firefighters; Letter from Susan Foster to San Diego Gas & Electric, California Public Utilities Commission; Nov. 8, 2011 |
| 421 | 10305-10348 | Jul. 7, 2016 | Environmental Health Trust | Precautionary Principle; Letter to the Montgomery County Board of Education Members, Theodora Scarato |
| 422 | 10349-10352 | Oct. 30, 2013 | Diane Hickey | Precautionary Principle; Diane Hickey Comments |
| 423 | 10353-10356 | Sep. 3, 2013 | Monnie Ramsell | Precautionary Principle; Monnie Ramsell Comments |
| 424 | 10357-10409 | Aug. 29, 2013 | Kevin Kunze | Precautionary Principle; Kevin Kunze Comments |
| 425 | 10410-10429 | Feb. 6, 2013 | Clara De La Torre | Precautionary Principle; Clara de La Torre Comments |
| 426 | 10430-10431 | Sep. 30, 2016 | Center for Safer Wireless | Precautionary Principle; Center for Safer Wireless Comments |

**INDEX TO DEFERRED APPENDIX**

| 427 | 10432-10440 | Sep. 27, 2016 | Gary C. Vesperman | Precautionary Principle; Possible Hazards of Cell Phones and Towers, Wi-Fi, Smart Meters, and Wireless Computers, Printers, Laptops, Mice, Keyboards, and Routers Book Three, Gary Vesperman Comments |
|---|---|---|---|---|
| 428 | 10441-10443 | Jul. 11, 2016 | Cecelia Doucette | Precautionary Principle; Cecelia Doucette Comments |
| 429 | 10444-10446 | Aug. 31, 2016 | Chuck Matzker | Precautionary Principle; Chuck Matzker Comments |
| 430 | 10447-10460 | Sep. 3, 2013 | Diane Schou | Precautionary Principle; Dr. Diane Schou PhD, Dr. Bert Schou, PhD., Comments (letter sent to FCC's OET) |
| 431 | 10461-10465 | Sep. 3, 2013 | Evelyn Savarin | Precautionary Principle; Evelyn Savarin Comments |
| 432 | 10466-10468 | Jun. 19, 2013 | Jamie Lehman | Precautionary Principle; Jamie Lehman, Comments |
| 433 | 10469-10470 | Mar. 7, 2013 | Marlene Brenhouse | Precautionary Principle; Marlene Brenhouse, Comments |
| 434 | 10471-10474 | Jul. 11, 2016 | Lynn Beiber | Precautionary Principle; Lynn Beiber Comments |
| 435 | 10475-10489 | Sep. 2, 2013 | Kevin Mottus | Precautionary Principle; Kevin Mottus Comments |
| 436 | 10490-10491 | Jul.13, 2016 | Mary Paul | Precautionary Principle; Mary Paul, Comments |
| 437 | 10492-10493 | Jul. 11, 2016 | Stephanie McCarter | Precautionary Principle; Stephanie McCarter Comments |

**INDEX TO DEFERRED APPENDIX**

| 438 | 10494-10496 | Feb. 4, 2013 | Rebecca Morr | Precautionary Principle; Rebecca Morr Comments |
|---|---|---|---|---|
| 439 | 10497-10505 | Feb. 3, 2013 | Nancy Baer | Precautionary Principle; Nancy Baer Comments |
| 440 | 10506-10507 | Sep. 2, 2013 | Holly LeGros | Precautionary Principle; Holly LeGros Comments |
| 441 | 10508-10509 | Aug. 18, 2013 | Loe Griffith | Precautionary Principle; Loe Griffith Comments |
| 442 | 10510-10555 | Nov. 18, 2013 | EMR Policy Institute | EMR Policy Institute Reply Comments |
| 443 | 10566-10572 | Sep. 3, 2013 | Leslee Cooper | Leslee Cooper Comments |

Radiation Sickness; Brent Dalton Comments, Sep. 3, 2013

"Comments on Notice of Inquiry, ET Docket No. 13-84"

My name is Brent Dalton and the current RFR exposure limits have impacted my wife's well-being and caused her to experience health problems.

My wife is a toxic mold survivor. She was exposed to it in 2006 and  although she was able to return to work in 2007, her nervous system was greatly damaged and she remains sensitive to certain things. One of those things is RF emitting devices and wireless technology.

Within 2 weeks of moving into an urban apartment in Richmond, Virginia, she started to have symptoms of burning in the head, headaches, dizziness, forgetfulness, fatigue, extreme pain throughout her body, and muscle twitching and tightness. After our own investigation, we found there was a bank of "Smart Meter" electric meters that emitted RF frequencies from the local utility company near  our apartment. We also found out that a store below us was using a wireless router and the signal was emitting from it 24 hours a day. The apartment management company allowed us to move a little further away from the bank of meters into another apartment. Even though she found some relief with some symptoms, she was still in pain from the wireless routers from the neighbors.

 We then moved to a rural area into a house away from neighbors. She improved greatly but still had some pain. We wondered why. Keep in mind she does not have a cell phone.  We have hardwired computer lines and do not allow any type of wireless technology into our home.  After investigating around the house, we found that the electric meter was a digital meter that had an RF emitting device on it, so the meter could be read by up to 7 miles. After consulting with the power company, and supplying them with a Doctors letter, they removed it and put on a meter that had no RF emitting device. Once it was removed her symptoms began to improve. She now feels safe in our home however, when she leaves the house and gets close to this RF technology, she starts to have these symptoms again. We have also lost income from her business because she cannot work due to the symptoms she feels when around this RF technology.

I am hoping that the FCC and Congress will amend the current RF exposure limits so citizens of this Free country with issues like my wife can be safe and have a choice of having an RF emitting device, such as a cell phone, smart meter, or wireless routers.

Respectfully,
Brent Dalton

Radiation Sickness; Elizabeth Barris (Petitioner) Comments, Sep. 3, 2013

Liz Barris
101 S. Topang Cyn. Blvd. #586
Topanga, CA
90290

To Whom it May Concern;

My name is Elizabeth Barris, I am electrosensitive, but have not always been this way.  It happened to me after many years of unfettered cell, cordless phone and WIFI use and then living about a block from a stealth cell antenna farm…I didn't see it so I didn't know it was there…it was stealth…hidden from view.  I write you today to let you know that I can no longer go into Starbucks or even drive down my own street without wearing protective shielding.  I am okay in Starbucks for a short while, anywhere from 5 minute to 45 minutes, depending on who is using what in there in terms of the WIFI, where I am standing, where their laptop is and where the router is.  Anyway, my point is, my whole life has changed because of the wireless exposures I have received.  I now have health effects as a direct response to this radiation and it is life changing.

In approx. 2011 (to my recollection) I consulted with the GAO on their letter in response to Congress asking them about wireless safety standards.  I don't have to tell you…there are none.  The GAO discarded most of my suggestions with the exception of possibly tougher standards for children and pregnant women.  This is great but I am neither and neither is most of the population.  I realize this is also quite possibly a losing proposition, but all I can do is my part in asking again that you consider non thermal effects from non ionizing radiation, that you take all the military knowledge on RF that is currently being used by our army and air force and the fact that our doctors use it to heal bone and now even cancer, and do the right thing and start warning people about the potential health effect and also start to make our streets and coffee shops once again safe for people to roam without being attacked by radiation from cell towers. WIFI, smart meters, smart grid, satellite or any kind of radiation exposure.  JUST HARD WIRE IT!!!  WHY IS THAT SO DIFFICULT???

I will admit I am burnt out on requesting things from the FCC.  I have resorted to suing as my requests have fell on deaf ears on the passed.  Below you will see a copy of our lawsuit against the utilities in the state of CA for heath effects from RF radiation from smart meters and smart grid.  Needless to say, the US standards are in desperate need of revision.  They are about a million times too high as you will see in the INDPENDANTLY FUNDED expert opinions below, not to mention the way the waves are modulated and the power densities, all of which are excruciatingly biologically active.  This issue is very deep and of course extremely damaging to our health and you full well know it.

I think it okay if people want to use a cell phone, provided they are given fair
warning about the health effects and they are not exposing anyone else to their
radiation emissions.  This would mean creating areas for them to use their cell
phones while leaving the majority of free space, free of radiation emissions.  I have
no faith at all that you will recommend this, so I won't waste too much time on it.
Please just see below for the record, some of the studies and what the experts from
those studies recommend.

Below these links are my websites.  Please feel free to get in touch if you wish.

Here is a paper I wrote a few years ago…

The Legislators Guide to Warning Labels on Cell Phones and the Layman's Guide to
the Science Behind Non Thermal Effects From Wireless Devices and Infrastructure
http://thepeoplesinitiative.org/images/pdf/Home/Non_Thermal_Paper_10-
10_AAA.pdf

WHO- Class 2 b carcinogen
http://www.iarc.fr/en/media-centre/pr/2011/pdfs/pr208_E.pdf
http://thepeoplesinitiative.org/images/pdf/Home/Seletun_Statement_Fragopoulou
_et_al_2010b.pdf

A Few Thousand Peer Reviewed and Published Studies on Health and Biological
Effects from Non Thermal Radiation
http://www.bioinitiative.org/

Bioinitiative Report Updated in 2012 – nearly 2,000 more studies on biological and
heath effects from wireless radiation
http://citizensforaradiationfreecommunity.org/wp-
content/uploads/2012/06/BioInitiativeReport2012.pdf

T Mobile's Own Report Showing Cancer and Other Illnesses
http://thepeoplesinitiative.org/images/pdf/Cell-
towers/ecolog_2000_formatted__2_.pdf

Swisscom Applies for Patents to Protect People From Health Effects such as Cancer
and Birth Defects from Non Thermal, Non Ionizing Radiation:
HIGHLIGHTS
http://thepeoplesinitiative.org/images/pdf/Cell-towers/Swisscom_patent.doc
Full Swisscom Report
http://thepeoplesinitiative.org/images/pdf/Cell-
towers/Swissom_WiFi_Swisscom_Patent.pdf

Conference, non thermal, non ionizing radiation on trees
http://vimeo.com/25270604

Cancer clusters around cell towers in India
http://www.hindustantimes.com/News-Feed/SectorsInfotech/Is-mobile-phone-tower-radiation-a-health-hazard/Article1-889268.aspx

Taiwan removes 1500 cell towers, Prof. Kumar calls for levels millions of times below ICNRP.
http://www.planetpowai.com/news/1609201207.htm

Our Law Suit Against the Utilities in the State of CA for Health Effects From Smart Meter Radiation:
http://citizensforaradiationfreecommunity.org/wp-content/uploads/2013/06/COMPLAINT..1st_amended..LASC_..Smartmeter_Complaint_SCEA-5a.doc

Statement from AAEM
"Because smart meters produce Radiofrequency emissions, it is recommended that patients with the above conditions and disabilities be accommodated to protect their health.  The AAEM recommends: that no smart meters be on those patients homes, that smart meters be removed within a reasonable distance of patients homes depending on the patients perception and/or symptoms and that no collection meters be placed near patients homes depending on patients perception an/or symptoms."

Letter from AAEM
http://citizensforaradiationfreecommunity.org/wp-content/uploads/2012/06/AAEM-EMFmedicalconditions-3.pdf

The Biological Effects of Weak Electromagnetic Fields by Dr. Andrew Goldsworthy
http://mcs-america.org/July2012.pdf


Liz Barris
310-455-7530
http://americanassociationforcellphonesafety.org/ - Director
http://citizensforaradiationfreecommunity.org/ - Director
http://thepeoplesinitiative.org/ - Director

Radiation Sickness; Olemara Peters Comments, Sep. 3, 2013

# Comments on Notice of Inquiry, ET Docket No. 13-84

Sept 2, 2013

My name is Olemara Peters. My address is PO Box 222, Redmond, WA 98073.

The current RFR exposure limits have impacted my well-being and caused me to experience health problems. Thank you for the opportunity to comment, regarding RFR ill-effects on my and others' health.

I provided far more account (in more detail and covering a longer period of years), in my 2009 affidavits -- copies attached. This current file is just an update to those.

--  PSE (Puget Sound Energy) installed "Smart Meters" on my and neighboring houses (in 1999 -- two transmitters 20' from my bed, the next-nearest two 40' from my bed).   Beginning with that installation, I started losing 3 hours of sleep, most nights. By that, I mean 3 hours of direct insomnia -- in addition to
  --  degraded quality of my remaining sleep,
  --  degradation/blockage of the biochemical, neurological, etc., repair-processes that are any biological system's normal applications for sleep;
  --  loss to my efficient work-focus for much of the rest of the time.
  PSE has never yet provided any mitigation.

  For the 13 years before that -- living in a relatively electropeaceful space -- I was getting up with the sun, looking forward to the day's planned accomplishments.  Since the "Smart Meters" came, my any unscheduled morning tends to go into just hoping to catch up on rest (which is silly, because the "Smart Meters' " spikes continue in daylight too).
  My sleep, and all these related functions, continue disrupted ever since that installation.

--  1/24/2013 Frontier FIOS (fiber optic system) was installed at my house. It's a huge improvement (in speed and reliability) over both DSL and wireless modem (which I'd been having to use even at home, intermittently -- use DSL and wireless to fill in for each other when either connection quit).

  Beyond the convenience aspect, I'm greatly relieved in body, with being able to use the FIOS entirely, at home.  This is immensely more comfortable (for my waking working-online hours) than the wireless modem. (I still have to resort to wireless, when away from home; I use it for the shortest times possible.)

  However, FIOS doesn't improve nighttime conditions, since I was already disconnecting the wireless modem except when actually using it. All night, there are still all the emissions from the "Smart Meters" (two on my house, two on every neighbor house), plus WiFi from probably every neighbor house (since most people don't know what a good idea it is to turn off router at least when they go to bed, and so probably haven't even found out that current-model routers (unlike older ones) CAN be turned off without disrupting their settings)..

--  The FIOS router's default setting is wireless. I made sure (before agreeing to FIOS) that the router would include the option, not only to connect with Ethernet cables, but to turn off its wireless function. Turns out, it has no physical switch (would have gone ahead emitting RF, even with Ethernet plugged into all 4 of its ports, if I hadn't asked). Turning off its wireless function requires going online. (Each company's routers are different in this regard -- anyone interested must ask your own provider these questions.)

JA 08939

-- In August 2013 I spent a weekend at a camp 60 miles out of town. Both nights there, I slept gloriously! First morning, I woke to find the (usual for years) ringing in my ears noticeably abated. By that evening, I found it was time to reduce/delete supplements of two enzymes I normally require (fundamental for nutritional assimilation --> immune system and countless other functions) -- my system had begun to resume secreting them properly for itself!

I don't know how far the camp is from the nearest celltower, only that
-- (en route) I didn't happen to see one for miles, and
-- roommates and others were talking about "can't get online."
There was WiFi but not at any of the dorms -- only at the main building, a block away from my dorm. There was one "Smart Meter" on the dorm building. I didn't get time to look at the other buildings, but supposing one for each building, they're spread out a block or two apart -- considerably fewer than in my home neighborhood -- and beyond the camp, there are woods (not suburbs) for miles around.

I drove home Sunday evening. By Monday morning (after an as-usual-at-"home" disturbed night), I woke to tinnitus resumed at usual-for-years level. And, by that evening I found the enzymes-functions again lacking -- I had to resume supplementing the enzymes -- my system's own production of them was again suppressed...

This makes yet-clearer to me some of the burden that electropollution places on biological systems, showing up not only as acute discomforts, but as inappropriately-persistent chronic troubles. I invite everyone to think how much easier it might be for your system to recover from any given health-challenge, if your system's innate production of necessary catalysts were functioning as more-freely as I experienced after even one night's honest sleep in a relatively-electropeaceful space?

I call upon the FCC to set RF-emissions standards based not merely on "heating effects" at 6 minutes' exposure!, but rather with actual consideration for safety and health -- based on nonthermal effects, and on reasonable (or even optimal) life-expectancies. Most of us expect to live longer than 6 minutes. Why should people settle for having our lives shortened, just to accommodate an industry that declares our observations of ill-effects "imaginary" if involving (as in our real life) longer exposure than the "6 minutes" set by the industry and its (excuse me) revolving-door regulatory agencies?

Salzburg's standards would be a good starting model for appropriate standards.

Beyond that, each country needs to establish seriously electropeaceful places, as far as possible equivalent to conditions prior to manmade wireless emissions -- not only
-- as sanctuaries for nonhuman species whose senses and life-processes we've barely begun to explore, we have incalculably wonderful things to learn from (but are instead pre-empting and smothering in RF as well as other forms of pollution -- even Salzburg's RF standard is at least 1000 grosser than the normal background levels that life on earth evolved with), and
-- as sanctuaries for citizens who already find themselves seriously life-threatened by electropollution, but also
-- as baseline, for both researchers' and general citizens' use -- for citizens' learning, and for researchers' (including industry's R&D) devising biocompatible telecommunications technologies.

Thank you for your attention.

Olemara Peters

Radiation Sickness; Melissa White Comments, Aug. 14, 2013

I have a neurological degenerative disease that I live with.  I want to tell you about how devastating Smart Meters at my apartment were to my health.

I have made many lifestyle adjustments to accommodate this disease.  One change has been to not use my cell phone or wii fii too much in a given week because it will start to flare up my nervous system.   Even when my cell phone is connected it only gives off about 1 mW/m2 when in use.  My computer gives off about 3 to 5  mW/m2 but only when actively connected to Wii Fii.   If I do not connect these devices they give off nothing and a normal living environment returns to a healthy level of about 0.2 milligauss of low frequency EMF and .002 mW/m2 of high frequency RF, so I only use them for a very limited amount of time.  I would say I have some sort of "EMF sensitivity," but I don't.  The fact of the matter is that being around too much EMF stimulates my disease and makes it active for whatever neurologic reason.   This has only been a minor inconvenience as I can easily control my exposure to the EMF by limiting my use of these devices.  If I need to use the phone or computer more, I can use broadband internet and a land line, easily solving the dilemma.

Recently I moved into a new apartment without realizing that there were three smart meters approximately 10 feet from my bedroom window.  Within days I was having major relapse of neurologic symptoms.  After about 4 days I got out my EMF meter and measured the apartment.  I had never seen such high EMF readings ever.  It was at least 8 milligauss constantly in my bedroom and living room.  I had never seen more than 1, maybe 2 milligauss ever, anywhere inside or outside of a living space.   It has been recommended by physicians to those with my condition to sleep in a room that is 0.2 milligauss or less.  I found the excessively high EMF readings throughout my apartment and followed them down to where I discovered the Smart Meters.  In fact, my building has about 18 smart meters on it all of which are within 50 feet of my bedroom.  Each Smart Meter was giving off anywhere from 15 to 22 milligauss of EMF.  I have never seen anything like it.   The three smart meters outside my window each blasted their 22 milligauss of EMF which didn't dissipate for over 20 feet.

Consumers and DTE Energy claim that "it doesn't give off more electricity than a text."  This may be true as measured with a high frequency RF meter that would measure cell phones.  But these smart meters are somehow generating huge amounts of low frequency dirty EMF as measured by an EMF field tester and its blasting into peoples living spaces.  They give off excessively more EMF than any other wireless technology or appliance anywhere near a living space,  and they have no problem putting three of them 10 feet from bedroom windows and 18 or more on a building .   This is easily tested by anyone with a RF meter and EMF field tester.

Electric companies are denying the health risks even though Smart Meters clearly make  **sick people sicker** because healthy people can apparently live with them.  My heart goes out to those elderly in nursing homes and retirement communities suffering from a variety of neurologic conditions that now have 18 smart meters attached to their buildings which will hurt them continuously so some mindless energy company can make money by overusing a technology before ever testing it for safety.  Some diseases are likely to be vulnerable to this technology include Parkinson's, MS, Fibromyalgia, Heart Arrhythmias, Neurologic Lyme, and any other disease which creates neurologic fragility.

DTE and Consumer Energy are now entering properties without consent and putting these Smart Meters on people's homes.  This is devastating to neurologically vulnerable people's health and needs to stop.

I am also attaching guidelines that are recommended by physicians for my disease and I should not be forced to live outside of these guidelines because of health reasons.


Thank you for your time,


Melissa White

Radiation Sickness; Carol Moore Comments, Jun. 4, 2013

Please Do Not Reply To This Email.


Public Comments on Reassessment of Exposure to Radiofrequency Electromagnetic Fields
Limits and Policies:========


Title: Reassessment of Exposure to Radiofrequency Electromagnetic Fields Limits and Policies

FR Document Number: 2013-12713

Legacy Document ID:

RIN:

Publish Date: 6/4/2013 12:00:00 AM


Submitter Info:

First Name:  Carol

Last Name:  Moore

Mailing Address:  75 Maple Ave. Ext. Apt 3l7

City:  Unionville

Country:  United States

State or Province:  CT

Postal Code:  06085-1094

Comment:  Communicating Notice of ET Docket 13-84

You allow wireless without proper studies, as you have in the past power lines and electricity to
our homes and businesses.

I moved twice due to various non-ionizing radiation, and now I am staying put even though I am
affected.  You have allowed, like a metastatic cancer, the growth of wireless.  The emissions
from the antennas directed in this direction coming from the church steeple affect not only me,
but the wiring as well.  The sounds from my Electrosmog meter emits loud sounds, besides I
can hear the piercing microwave ringing in my ear 24/7, and sometimes it hurts and itches.  I am
still alive due to some remediation I have done in my apartment to help block some of the
radiation.  Then you have allowed DECK phones without proper warning of radiation, and here
my neighbor has her DECK phone against the same wall as the head of my bed.  I can no

longer sleep in my bed once again...3rd time.  My personality changed for the worse and head pain, memory loss and feeling ghastly before I found out what the cause was with my meters…6.4 mG showed the magnetic field coming through, plus the Electrosmog meter screams loudly from the microwave present too.  Then between am stations on my portable radio emits loud static in all rooms in my small apartment.  There are ground currents here, and invasive fields, and since my other new neighbor moved in I hear the Sounds (radio/TV) coming into my apartment, that never occurred before, and I am affected by this too.

Previously where I lived strong fields came way down from the ceiling (lived there for 6 years when this occurred) and a small amount from the floor.  I had pain on the top of my head and nausea, and many other symptoms mainly in the evening/night, I could feel the radiation with my right hand, and when out of the apartment there was no pain or nausea unless I was exposed to fluorescent lights and other radiation in other buildings or outside.  The nightmare started the

Communicating Notice of ET Docket 13-84

You allow wireless without proper studies, as you have in the past power lines and electricity to our homes and businesses.

I moved twice due to various non-ionizing radiation, and now I am staying put even though I am affected.  You have allowed, like a metastatic cancer, the growth of wireless.  The emissions from the antennas directed in this direction coming from the church steeple affect not only me, but the wiring as well.  The sounds from my Electrosmog meter emits loud sounds, besides I can hear the piercing microwave ringing in my ear 24/7, and sometimes it hurts and itches.  I am still alive due to some remediation I have done in my apartment to help block some of the radiation.  Then you have allowed DECK phones without proper warning of radiation, and here my neighbor has her DECK phone against the same wall as the head of my bed.  I can no longer sleep in my bed once again...3rd time.  My personality changed for the worse and head pain, memory loss and feeling ghastly before I found out what the cause was with my meters…6.4 mG showed the magnetic field coming through, plus the Electrosmog meter screams loudly from the microwave present too.  Then between am stations on my portable radio emits loud static in all rooms in my small apartment.  There are ground currents here, and invasive fields, and since my other new neighbor moved in I hear the Sounds (radio/TV) coming into my apartment, that never occurred before, and I am affected by this too.

Previously where I lived strong fields came way down from the ceiling (lived there for 6 years when this occurred) and a small amount from the floor.  I had pain on the top of my head and nausea, and many other symptoms mainly in the evening/night, I could feel the radiation with my right hand, and when out of the apartment there was no pain or nausea unless I was exposed to fluorescent lights and other radiation in other buildings or outside.  The nightmare started

Radiation Sickness; Michele Hertz (Petitioner) Comments, Mar. 7, 2013

Federal Communications Commission
Comments on Notice of Inquiry, ET Docket No. 13-84

Michele Hertz
www.stopsmartmetersny.org.org
62 Euclid Avenue
Hastings on Hudson, NY, 10706

To The FCC,

I declare under penalty of purjury that the foregoing is correct.

I am the founder of www.stopsmartmetersny.org

Since I have been actively working on the issue of "smart" meters (SMeter)
and because I founded www.stopsmartmetersny.org., I have been in touch
with people in New York State and across the United States who are being
injured by the unprecedented radiofrequency (RF) radiation emissions from
"smart" electric, water and gas SMeters.

Utility companies are lying about the safety of SMeters and relying on the
FCC's unscientific and outdated RF safety guidelines to protect their
investment of billions of dollars in this unsafe technology.

In 2009, because I suspected that the RF radiation emissions from AMR
digital "smart" electric utility meters were making me sick, I was able to
convince two electric utility companies to remove the offending SMeters
and replace them with safer analog meters.

Following the removal of the meters, my physical relief was so profound, I
began to research, report on and document the RF radiation problems with
SMeters.

First, I contacted my utility companies, Con Edison and Central Hudson, to
inform them that their meters were malfunctioning and were transmitting
hundreds of thousands of RF signals a day, 24/7, which I learned because
I purchased an HF35C Electrosmog Analysar.  In addition, I hired an RF
engineer to measure SMeter radiation emissions in the air and also to
measure the conducted RF radiation that is being conducted onto the
electrical wiring. (Report from RF engineer to be submitted at a later date)

In 2010, when I contacted a Con Edison Board member, Ellen Futter (president of the Museum Of Natural History) about the radiation problem with SMeters, by mail, e-mail and phone, she referred me to Randolph Price, the Vice President of the Department of Environmental Health and Safety at Con Edison.

I contacted Randolph Price, who wrote me a letter which included factual errors regarding the radiation emissions from AMR SMeters. He informed me in his letter that the RF signals from SMeters were being sent only once a month or at most once a day, when a truck drove by. He also suggested that I contact the FCC.

I was misinformed by both Con Edison and Central Hudson that SMeters were safe and being required by the New York State Public Service Commission (NYS PSC). I was also given this same misinformation by my water utility, United Water, because they were attempting to switch my analog water meter to a SMeter, which to date, I have not allowed them to do. All three utilities referred me to the FCC and to the NYS PSC.

In an e-mail to me, the NYS PSC stated that although they had approved SMeters, they were not requiring any particular meters by law however, the NYS PSC refused to give me any information about their approval process for SMeters and then referred me to the FCC.

Although Con Edison and Central Hudson finally removed the SMeters from my homes in March 2010, requiring that I provide a letter from my doctor before they would do so, they are now refusing to remove any more SMeters from homes in New York State, including where residents have provided letters from their doctors.

In March 2010, I contacted the FCC, thinking that they might want to know that the RF radiation emissions from the new SMeters were making some people sick. The man that I spoke to on the phone at the FCC listened to my story and he said "we don't deal with humans, only frequencies" and he hung up on me.

I spoke to, wrote to and e-mailed the FCC many times, but no one there would help me with this matter, other than to refer me to the NYS PSC, which, as noted, had referred me to the FCC.

When I asked the "smart meter department" at Con Edison, for human health test results for the SMeters, I was told I would need a subpoena to get that information, and to contact the FCC.

When I contacted the "smart meter department" at the NYS PSC again, they told me that the meters were safe and approved by the FCC and that I should contact the FCC.

I contacted the NYS Health Department over a dozen times, they referred me to the FCC.

I contacted the U.S. Department of Health and Human Services (by phone and e-mail); they referred me to the Department of Energy.
The Department of Energy (by mail) referred me to the NYS PSC.

I contacted the EPA many times (by phone, e-mail and mail). They referred me to the FCC.

I contacted the Westchester County Department of Consumer Protection (by mail); they referred me to the NYS PSC.

I contacted the Westchester County Health Department.  They do not have anyone there who knows anything about RF radiation, and they referred me to the NYS Health Department.

I contacted the FDA (by phone).  They would not take complaints about the meters.

I submitted testimony about the RF radiation emissions from SMeters to the FDA (docket 2010-N-0291) and the FCC (docket ET-10-120) and (docket 03-137).

I contacted the U.S. Consumer Product Safety Commission (by phone), and in the middle of taking my complaint, suddenly the person there said "I'm sorry I can't take complaints about 'smart'  meters."

A group of us contacted the NY State Attorney General's office by mail, phone and e-mail. They suggested that we contact the NYS PSC and the FCC.

The Village Board of Hastings on Hudson, where I live, referred me to the Hastings Health Board and then the Hastings Health Board referred me back to the Hastings Village Board.

The Hastings Village Board's attorney said that there was nothing that our village could do because the meters were approved by the NYS PSC.

SMeters and digital meters in the "smart" meter family transmit radiation that has been classsified as a Class 2B carcinogen.  To date the FCC safety guidelines disregard the obvious biological effects from RF radiation exposure.
Please see attached document: WHO IARC

Because of the radiation emissions from SMeters and other RF technologies, people like me can no longer work and have needed to flee our homes.  Some of us are living in cars to escape the radiation.   Some people who have metal dental work or medical implants are suffering from terrible radio frequency sickness because of the conduction of RF on to the metal inside their mouths and bodies.  RF sickness is causing some people to lose their eyesight and some cannot stop shaking.  Sleep has become a nightmare for those of us who have been injured by RF radiation.  Some people are suicidal and some have already killed themselves, some can't find a place of comfort because the radiation is getting worse and worse every day.

In my most recent e-mail communication with the FCC about this dire situation I was told it was not the FCC that I should be contacting, but rather the EPA!

It should be the EPA that I should be contacting, but if I were to do so, they would tell me that I need to contact the FCC!

There is too much evidence for the FCC to continue pretending that
biological systems are not in danger when exposed to RF radiation.   How
much longer will the FCC ignore the unmistakable facts?

Thank you.

Michele Hertz

Radiation Sickness; B.J. Arvin Reply Comments, Mar .4, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Reply Filed by:          (Ms. B. J. Arvin )
                         (1401 Pecos Dr. Apt. #1 )
                         (Lake Havasu City, AZ 86406)
                         (gr8hair2000@hotmail.com)
                         (928-486-3893)

                                                        March 3, 2013

JA 08954

## AFFIDAVIT OF _Ms. B.J. Arvin_____

State of   Arizona ]

Mohave County         ]

I,  Ms. B. J. Arvin, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

My name is B. J. Arvin .  My address is 1401 Pecos Dr. Apt. #1  Lake Havasu City, AZ 86406.

I am a licensed hair stylist.

1. I have been personally physically affected by RFs and EMFs after exposure to the new electrical Smart Meters.  Once I was made aware of and studied the issues surrounding wireless technology, I feel it is imperative for the government agencies charged with the public safety to address far outdated safety guidelines. This new technology is without a doubt, a severe threat to the public health, as well as to animal and plant life.

2.  It is past time to acknowledge the many voices of scholars, researchers, and experts, as well as the thousands of studies that show without a doubt, there is much harm being inflicted and ignored by radio frequencies and electromagnetic fields from the variety of wireless technologies, and to adjust safety guidelines accordingly.

Respectfully submitted by,

Ms. B. J. Arvin

1401 Pecos Dr. #1

Lake Havasu City, AZ 86406

March 3, 2013

JA 08955

Radiation Sickness; Suzanne D. Morris Comments, Feb. 12, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:        Suzanne D Morris
                         7306 NE 140th Place
                         Kirkland, WA 98034
                         slgmorris@gmail.com
                         425 821-3505

                                                February 4, 2013

1

<u>**AFFIDAVIT OF (Your Full Name Here)**</u>_____

State of    Washington  ]

 _King_____ County     ]

I, <u>Suzanne D Morris</u> attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is Suzanne Morris .  My address is 7306 NE 140th Place, Kirkland, WA 98034.

2.   I  am a Marriage and Family Therapist

3.  I am an individual who is very sensitive to electromagnetic radiation. Approximately a year and a half ago, I began having symptoms of dizziness and nervous system problems including tendonitis upon waking that cleared later in the day. Like most people I had a cordless phone system, a wireless modem, a cell phone, fans in the summer, pole lamps and several computers in my home. I had no idea of the risks posed by these devices to my health. When I measured the EMR emitted by these devices, the readings were greater than 2,000 microwatts/m2 for each of these devices.  I also started hearing a high pitched pulsing sound that was a consistent 60 beats per minute which an electrical engineer told me was the cycle for electricity.  I got rid of wireless in my home and use my cell phone very judiciously leaving it off most of the time.  I also started sleeping under a Faraday canopy because the RF off the cell tower across the street was way beyond the healthy levels that Building Biology has indicated. I immediately started feeling better.

4.  Dozens of scientific studies have shown negative impacts of EMR on human health, even at low levels of exposure. The most commonly accepted guidelines are the Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for "extreme concern" (http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On May 31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans."

JA 08958

The FCC does not use biologically determined guidelines that affect health, but rather uses a standard that measures thermal heating of biological tissue. The premise that there are no adverse impacts of EMR on the human body until it is cooked is completely ridiculous.

5.  I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.

Respectfully submitted by

Suzanne D Morris

7306 NE 140th Pl

Kirkland, WA 98034

February 4, 2013

3

Radiation Sickness; Tom Creed Comments, Feb. 7, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:        Tom Creed
                         2Ø53 Oakbłuff Dr
                         Carrollton, Texas
                         <my7x24-fccgov@yahoo.com>
                         8l5-572-8Ø4l·

                         February 05, 2013

1

JA 08961

**AFFIDAVIT OF (Tom Creed , State of  Texas , Denton County)**

I, _ Tom Creed _, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is _ Tom Creed __ . My address is _ Carrollton, Texas, 75007 _.

2.   I am  an IT consultant. by occupation.

3.  I am an individual who is sensitive to electromagnetic radiation.  I have noticed over several years evidence of health detriments due to the increasing levels of radiofrequency radiation density in my everyday residential, workplace, and public environments  There is at least an anecdotal relationship of health stressors and symptoms to the preponderance of radiofrequency emitting devices and services in my environments.

4.  Informal measurement of individual radiofrequency emitting sources in my environment shows commonly occurring levels of 2,000 microwatts/m2 and greater. The yearly proliferation of radiofrequency emitting devices (some in my control, but many not) in my environment can result in a cumulative EMR level of approximately 20,000 microwatts/m2 or greater when multiple sources are emitting concurrently.

5.  The recent trend of research information increasingly indicates that the commonly accepted guidelines of 1,000 microwatts/m2 for maximum safe exposure are frequently exceeded and the guidelines as well as regulatory standards are probably too high.  Radiofrequency fields has been classified as "possibly carcinogenic to humans by The World Health Organization's International Agency for Research on Cancer (IARC)."
The Environmental Working Group has reviewed scientific literature on radiofrequency biologic effects.  The EWG provides a Guide To Safer Cell Phone Usage which alerts individuals to the potential health impacts of radiofrequency radiation.  There are numerous good overviews and summaries of EMF 'fog' (general broad spectrum electromagnetic radiation loads, including radiofrequency) trends and biologic impacts exist.

6.  The body of research information on over the past 50years into EMF levels and effects coupled with principles of prudence and 'do no harm' argues for better public awareness of the risks and availability of options to mitigate the radiofrequency density in everyday residential, workplace, and public environments.
In light of the overwhelming evidence of adverse effects from even low levels of EMR the FCC continues to use a biological tissue thermal heating model for its EMR safety guidelines.  This leaves the FCC in a position of being less than informative and certainly not authoritative with regard to EMR effects.

7.  I urge the FCC to recommend RF safety guidelines which generally follow a 'do no harm' policy of minimal exposure to EMR and specifically RF fields for humans and probably all living things.  In developing quantitative recommendations the FCC should take into account the weight of modern and reliable research on biological impacts due to RF fields.  Regardless of any specific quantitative RF field safety recommendations that may be developed there should be a general – 'do no harm' - recommendation of minimal exposure and clearly recognizable measured RF levels available to inhabitants of all engineered environments.

Respectfully submitted, February 05, 2013 by -

Tom Creed (Carrollton, Texas, 75007)

JA 08962

Radiation Sickness; Julie Ostoich Comments, Feb. 6, 2013

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

**GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

*Affidavit of Julie Ostoich*
*Requesting Revision and update of*
*FCC Guidelines for RF exposure.*

_____
Signature of Document Signer No. 1             Signature of Document Signer No. 2 (if any)

State of California

County of _Sacramento_

**[Notary Seal]**
SHIRLEY CLAYTON
Commission # 1945996
Notary Public - California
Sacramento County
My Comm. Expires Jul 30, 2016

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me

on this _00_ day of _February_ 20 _13_.
          Date           Month       Year
by

(1) _Julie Ann Ostoich-Prather_,
                  Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.)(,)

~~(and~~

(2) _____,
                  Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
                        Signature of Notary Public

──────────────── **OPTIONAL** ────────────────

Though the information below is not required by law, it may prove valuable
to persons relying on the document and could prevent fraudulent removal
and reattachment of this form to another document.

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)      Item #5910

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:    Office of the Secretary
       Federal Communications Commission
       Washington, DC 20554

Comment Filed by:        Julie Ostoich
                         3330 Kordes Way
                         Sacramento, California  95826
                         jostoich@hotmail.com
                         916-363-7347

February 6, 2013

1

JA 08965

## AFFIDAVIT OF JULIE OSTOICH

State of California

Sacramento County

I, Julie Ostoich, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is Julie Ostoich
   My address is 3330 Kordes Way, Sacramento, California, 95826

2. I am employed as a photographer and graphic artist at the University of California Davis Medical Center.

3. The recent forced installation of smart meters in my neighborhood that are sending RF signals between 13,000 to over 200,000 times a day is affecting my well being and causing alarming symptoms for family members and myself. As a concerned parent with a child who has a documented disability, in addition to suffering from serious chronic illness and immune dysfunction personally, I am very concerned for the safety of my family and myself. Since the installation of smart meters, I have been suffering with migraine like headaches and episodes of sharp stabbing pains in my head as well as extreme sleep disruption, tinnitus (high-pitched ringing or buzzing in the ears), heart palpitations and arrhythmias, chronic fatigue, muscle cramps, irritability, and difficulty with memory and concentration. My 14-year-old son has also complained of symptoms. He has learning difficulties that I believe are being impacted by the RF from smart meters and other EMF emitting technologies. RF exposure has been found to alter over 140 proteins necessary for brain function and linked to ADD/ADHD, dementia, memory deficits and brain tumors. The meter on our house is located on the outside wall of my son's bedroom near his bed where he sleeps.

4. As a parent and health conscious individual, my goal is to reduce and limit exposure to any and all possible risks that may impact or cause harm or threaten the health of myself

2

JA 08966

and family. The smart meter is an intrusion that violates my right to do this. I don't use a microwave oven or have WiFi in my home. With the smart meter, I believe we are being placed in harms way and not given a choice to protect ourselves as we see fit in our own home.

5. FCC's current RF safety guidelines fail to consider published research on the negative biological effects of RF on living organisms. The existing limits set by the FCC are based on outdated **short-term** research by industry-sponsored and taxpayer funded studies. These limits are inadequate and insufficient to protect humans from adverse health impacts including neurodegenerative diseases, reproductive problems, sleep disruption, immune dysfunction, cancer and electro-hypersensitivity. Carefully conducted comprehensive **long-term** scientific studies by impartial researchers are needed before subjecting the public to RF hazards.

6. Numerous unbiased peer reviewed scientific studies indicate that RF and EMF exposure pose serious health risks. The recent compilation of evidence in the BioInitiative 2012 report supports this: http://www.bioinitiative.org/. The FCC needs to take note of this report and update the current FCC guidelines to protect the public from potential adverse effects from RF exposure.

Respectfully submitted by

Julie Ostoich

Julie Ostoich
3330 Kordes Way
Sacramento, California 95826

February 6, 2013

3

JA 08967

Radiation Sickness; Kathleen M. Sanchez Comments, Feb. 6, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:    Office of the Secretary
       Federal Communications Commission
       Washington, DC 20554

Comment Filed by:         (Kathleen M. Sanchez )
                          (38 OTohNah Po
                          (Santa fe, New Mexico 87506 )
                          (wanpovi@hotmail.com    )
                          (505-363-7100   )

February 6, 2013

1

JA 08969

## AFFIDAVIT OF Kathleen M. Sanchez_____

State of   New Mexico          ]

__Santa Fe_____ County   ]

I, _Kathleen M. Sanchez_, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is Kathleen M Sanchez_____ . My address is __38 OTohNah Po, Santa Fe, New Mexico 87506_____.

2 . I currently am very worried about the amount of harmful exposure I and my family as rural people are getting because of the location of the towers and energy pathways.   I believe the fatigue, and memory loss I experience was hastened and made worse by exposure to WIFI and RF radiation both at work and home. Even our community gardens, the food we try to raise are not doing well due to the climate change caused by the unusual amount of energy in the area. Some "hot spots" have been located in our area.

3. Below is simply a very short list of current research, medical commentary and brief update of legislative motions all indicating the health dangers to the American public due to their involuntary and often constant exposures to the electromagnetic fields and radiation emitted by cell towers, cell phones, Wi-Fi and Smart Meters. A more complete listing of research would include 25,000 studies done by the US Navy, and thousands of other peer-reviewed findings published over the past three decades.

Current RF safety guidelines ignore this published research on the biological effects brought on by the ability of RF signals to communicate with living tissue.  Citizens experiencing negative effects from RF radiation or concerned about cumulative negative effects of exposure find themselves unable to defend their children, families, and neighbors due to this omission. Regulatory guidelines only allow challenge to RF radiation exposure on the basis of aesthetics or sufficient coverage.  Insufficient and misleading regulation contribute to a misinformed and

2

vulnerable American public.  As citizens, we are uniformly denied our right to use health, biological integrity, when defending or attempting to defend ourselves against this persistent, unseen toxin.

Your Commission is holding the lives of the American people in your hands, and history will be the judge of your ethics in resolving whether to protect your families and ours.

Sincerely, Kathleen M. Sanchez
Concerned Citizen

SHORT SUMMARY OF PEER-REVIEWED PUBLISHED RESEARCH AND MEDICAL COMMENT ON THE HEALTH EFFECTS OF EMF/EMR

1) The World Health Organization already categorized EMF/EMR from such products as Smart Meters, baby monitors, cell phones, Wi-Fi as a Class 2B: possibly human carcinogen along with DDT, lead and HIV virus.

2) 900 MHz Radiation Induces Hypothyroidism and Apoptosis (cell suicide) in Thyroid Cells

Results of this study indicated that whole body exposure to modulated RFR similar to that emitted by GSM mobile phones caused pathological changes in the thyroid gland by altering gland morphology and inducing apoptotic [cell suicide] pathways.

http://www.scribd.com/fullscreen/73089352?access_key=key-13jthil1zs36giwufvbo

3) NEW RESEARCH: Brain Tumor Pandemic—DNA Impacts from Mobile Phones Implicated in New Analysis

3

JA 08971

December 24, 2011, Berkeley, CA, USA & Stockholm, Sweden. An important new analysis, The Potential Impact of Mobile Phone Use on Trends in Brain and CNS Tumors, was published today in the journal Neurology & Neurophysiology. It can be downloaded without cost at http://www.omicsonline.org/2155-9562/2155-9562-S5-003.pdf. The paper is in a Special Issue of the journal titled "Brain Tumor."

Neurology & Neurophysiology Journal, 12/24/11:...these preliminary findings suggest that we should prepare for about a doubled brain cancer incidence rate and possibly as high as 25 times the incidence we have today. One result of such a worldwide increase in brain cancers would be a dramatic shortage of neurosurgeons leading to increased mortality. Any statement about harmless cell phones based on only 5-10 years of years of use has no scientific basis due to the long latency times involved.

The paper, by researchers Örjan Hallberg in Sweden and L. Lloyd Morgan in the U.S., first reviews biological effects from mobile phone use reported in peer-reviewed studies, such as increased permeability of the blood-brain barrier, deleterious effects on sperm, double strand breaks in DNA, stress gene activation (indicating an exposure to a toxin), and increased risk of an acoustic nerve tumor (acoustic neuroma) and brain cancer after 10 or more years of mobile phone use. It then considered two established mechanisms for the development of brain cancer— that mobile phone use decreases the efficiency of the repair of mutated DNA and that mobile phone use increases the rate of DNA mutations.

Based on a 30-year time between first mobile phone use and diagnoses of brain cancer (latency time), the model predicts that there will be a 100% increased incidence of brain cancer (2-fold) if DNA repair efficiency is decreased by mobile phone use, and a 2,400% increase in brain tumors (25-fold) if mobile phone use mutates DNA. The figure below, from the paper illustrates these predictions.

The public health risk modeling process used in this analysis was developed by Örjan Hallberg and has been successfully applied in other illnesses, including Alzheimer's disease and melanoma. Hallberg says, "Such modeling, or risk projection, is important, whether for the

4

climate or for diseases, in that it allows public health contingency planning, should the model be reasonable accurate. For example, will there be sufficient neurosurgeons should brain tumors increase as the model predicts?"

Morgan says, "What this analysis shows is that, unless mobile phone usage behavior patterns change significantly, we can reasonably expect a pandemic of brain tumors, for which we are ill-prepared, beginning approximately 15 years from now. Governments, as well as parents, physicians, schools and all citizens, would be well advised to educate all persons under their care or influence about the need to curtail the use of mobile phones and other radiation-emitting consumer devices."

http://www.omicsonline.org/2155-9562/2155-9562-S5-003.pdf.

4) THE INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, passed a policy in 2004 to not allow cell towers or antennas on any of their facilities due to proven negative health effects on fire fighters. They also provide worldwide research to substantiate this: http://www.iaff.org/hs/Facts/CellTowerFinal.asp , excerpted below:

WHEREAS, the brain is the first organ to be affected by RF radiation and symptoms manifest in a multitude of neurological conditions including migraine headaches, extreme fatigue, disorientation, slowed reaction time, vertigo, vital memory loss and attention deficit amidst life threatening emergencies; and

WHEREAS, most of the firefighters who are experiencing symptoms can attribute the onset to the first week(s) these towers/antennas were activated; and

*Note:  A pilot study was conducted in 2004 of six California fire fighters working and sleeping in stations with towers.   The study, conducted by Gunnar Heuser, M.D., PhD. of Agoura Hills, CA, focused on neurological symptoms of six fire fighters who had been working for up to five years in stations with cell towers. Those symptoms included slowed reaction time, lack of focus,

JA 08973

lack of impulse control, severe headaches, anesthesia-like sleep, sleep deprivation, depression, and tremors. Dr. Heuser used functional brain scans – SPECT scans – to assess any changes in the brains of the six fire fighters as compared to healthy brains of men of the same age. Computerized psychological testing known as TOVA was used to study reaction time, impulse control, and attention span. The SPECT scans revealed a pattern of abnormal change which was concentrated over a wider area than would normally be seen in brains of individuals exposed to toxic inhalation, as might be expected from fighting fires.

5) PUBLISHED COMMENTS BY DR. LEAH MORTON, FAMILY PRACTITIONER

Current FCC regulations controlling human exposure to radio frequency radiation, emitted by every communication antenna, are based on research conducted before 1986. These regulations are long out of date. The national wireless infrastructure has expanded enormously since then. No medical or health studies were done for this, only engineers were consulted.

A recent review of the scientific literature on cell phones points out that 68% of studies have found one or more biological effects from levels of radiation previously deemed "safe."1 This radiation is now being associated with attention deficit disorder, autism, sleep disorders, multiple sclerosis, Alzheimer's disease and epilepsy, as well as asthma, diabetes, malignant melanoma, breast cancer, and other illnesses that have become increasingly more common. Diabetics who are exposed to cell phones and antennas require higher doses of insulin to control their blood sugar. The symptoms of people with multiple sclerosis worsen.

Many people are not aware that the Telecommunications Act, a federal law passed by the U.S. Congress in 1996, prohibits municipalities from regulating wireless technology on the basis of health or environment.

As a physician, this alarms me. I believe health and environmental effects are the main issues for us to consider when we evaluate new technologies.

It is research in Europe that has established:

6

1)    Young people who use cellphones--especially to the ear--have a 500% increase in brain gliomas (the cause of the highest mortality rate in kids in Australia) and

2)    360% increase in tumors of the eye nearest the cell phone, and

3)    Now research in China and Israel found a soaring rise in parotid gland tumors (salivary glands in the cheek used.) This is happening to adults as well. This is my fav as the patients are hardy Aussie men and it features leading researchers in this field: http://www.youtube.com/watch?v=_fDPZPIaT_4&feature=player_embedded

In Canada the parents are fighting to pull WiFi out of the schools but in Switzerland, France they already have due to the high death rate of children after ten years of cell phone use--now even 4 minutes a day raises cancer risk

6) Changes of Clinically Important Neurotransmitters under the Influence of Modulated RF Fields—A Long-term Study under Real-life Conditions
Klaus Buchner and Horst Eger
ELECTROMAGNETIC FIELDS Journal
Original study in German: BUCHNER K, EGER H (2011) Umwelt-Medizin-Gesellschaft 24(1): 44-57.
Introduction
Despite the distribution of numerous wireless transmitters, especially those of cell phone networks, there are only very few real-life field studies about health effects available. In 2003, the Commission on Radiation Protection was still noticing that there are no reliable data available concerning the public's exposure to UMTS radiation near UMTS base stations (1). Since the 1960s, occupational studies on workers with continuous microwave radiation exposures (radar, manufacturing, and communications) in the Soviet Union have shown that RF radiation exposures below current limits represent a considerable risk potential. A comprehensive overview is given in the review of 878 scientific studies by Prof. Hecht, which he conducted on behalf of the German Federal Institute of Telecommunications (contract no. 4231/630402) (2, 3).

7

As early as the 1980s, US research projects also demonstrated in long-term studies that rats raised under sterile conditions and exposed to "low-level" RF radiation showed signs of stress by increased incidences of endocrine tumors (4, 5).

Concerned by this "scientific uncertainty" about how radiofrequency "cell tower radiation" affects public health, 60 volunteers from Rimbach village in the Bavarian Forest decided to participate in a long-term, controlled study extending about one and a half years, which was carried out by INUS Medical Center GmbH and Lab4more GmbH in in cooperation with Dr. Kellermann from Neuroscience Inc.

This follow-up of 60 participants over one and a half years shows a significant effect on the adrenergic system after the installation of a new cell phone base station in the village of Rimbach.

After the activation of the GSM base station, the levels of the stress hormones adrenaline and noradrenaline increased significantly during the first six months; the levels of the precursor dopamine decreased substantially. The initial levels were not restored even after one and a half years. As an indicator of the dysregulated chronic imbalance of the stress system, the phenylethylamine (PEA) levels dropped significantly until the end of the study period.

The effects showed a dose-response relationship and occurred well below current limits for technical RF radiation exposures. Chronic dysregulation of the catecholamine system has great relevance for health and is well known to damage human health in the long run.

Rimbach (Bavaria).

7) Israel Requires WARNINGS on Cell Phones

A bill that requires cell phones to carry a warning label passed its first review in the Israeli Knesset. March 1.

"Warning - the Health Ministry cautions that heavy use and carrying the device next to the body may increase the risk of cancer, especially among children."

The law also requires that all phones be sold with headsets, that advertisements feature this warning and that industry fund public educational campaigns. Israel has also created the first

JA 08976

national Institute to study the potential health effects of cell phones and other wireless devices and make recommendations to minimize exposure to microwave radiation. (read more)

EHT Submits Amicus Brief in Support of San Francisco "Right to Know" Ordinance CTIA Wireless Association has sued to block San Francisco's "Cell Phone Right to Know" ordinance, which would require retailers to post materials about cell phone radiation and safety measures next to devices, passed in July. The CTIA calls the law "alarmist and false." The Environmental Health Trust, in conjunction with the California Brain Tumor Association, filed an amicus brief to the United States Court of Appeals in support of the City.

Like the Israeli Knesset, EHT believes that the public has the right to know about cellphone dangers so that they can make informed decisions about their purchases and take precautionary measures. Lead attorney for the brief, James Turner says, "San Francisco's disclosure rules for cell phones should be supported by everyone, including the courts. The First Amendment demands no less. A democracy depends on the free flow of information."

Int J Occup Med Environ Health. 2012 Mar 11. [Epub ahead of print]


8) Legislative Activity Opposing Smart Meters

As you know, smart meters are mandatory for utility customers in most states. California, Nevada, and Maine Public Service Commissions have adopted opt-out programs. During the most recent legislative session, smart meter opt-out bills have circulated through state legislatures in Georgia, Michigan, Maryland, Pennsylvania and Vermont.

GEORGIA: March 26, Georgia Power spokesman said if those remaining customers want to retain their analog meters, they will not be replaced with smart meters. Find current information about smart meters in Georgia at http://www.stopsmartmetersgeorgia.org.

JA 08977

HAWAII: In response to a lawsuit filed against Kauai Island Utility Cooperative, the utility announced it will "indefinitely defer" smart meter installations for customers opposed to them

MICHIGAN: andwww.michiganstopsmartmeters.com.

PENNSYLVANIA: HB 2188 was introduced. The bill has one simple paragraph about smart meter opt out which states, "Customers may request opt-out of smart meter technology under subparagraph iii by notifying in writing the electric distribution company. Meters for customers who opt out will be replaced according to a useful life depreciation schedule." You can track the bill at http://tinyurl.com/blpchum

VERMONT: On Friday, March 23, the Vermont Senate passed bill S 214 that would require the Vermont Department of Public Service to study smart meter removal costs, analog meter reading fees and produce a report by March 1, 2013. The Vermont Department of Public Service, which represents the public in proceedings before the Vermont Public Service Board, is generally supportive of an opt-out program.
www.wakeupoptout.org

MAINE: Four ten-person complaints about the costs associated with a Maine opt-out program were consolidated. Negotiations broke down resulting in the Public Utilities Commission determining that those who select opt outs will be charged a $40 initial fee and $12 monthly fee.

Ed Friedman filed another complaint that he is taking to the Maine Supreme Court. On May 7th oral arguments will be held in the Friedman case. You have permission to use his brief on your website or to support your educational materials.

WASHINGTON, DC: The Washington, DC Office of the People's Counsel requested the Washington, DC Public Service Commission to investigate the technical and economic feasibility of an opt-out program for Advanced Metering Infrastructure. In February 2012, the PSC announced that that no investigation was necessary. In response, on March 19, 2012, the

JA 08978

Office of the People's Counsel filed an application for reconsideration in case 1065 arguing that the PSC is not fulfilling its public interest obligation.

WISCONSIN residents want state legislation preserving their right to retain their analog meters. A sample letter to state delegates requesting this legislation can be found at:http://firstdonoharmblog.blogspot.com/2012/03/wisconsin-smart-meter-opt-out.html

Here's a video about rejecting smart meters for Wisconsin citizens: http://www.youtube.com/watch?v=ReliT1aMTiA&feature=youtu.b

NEW MEXICO LEGISLATURE 2011, Released 2012:  Rep. Brian Egolf passed HM32, mandating that the New Mexico Department of Health examine the current research on health effects of cell towers and cell phones. The NM Department of Health released a statement that with regard to cancer risks, the survey recommended that because exposure to radio frequencies and/or electromagnetic frequencies "is possibly carcinogenic," cell phone users might want to use a hands-free device or use the text function more frequently, make fewer and shorter cell phone calls, and use a land line when available.
The report also recommends not using a cellphone while driving or when around someone with a pacemaker.
NM Smart Meter rollout: NM residents have been fortunate in being allowed a "self-read" program by the New Mexico Gas Company, arranged by public advocate, Felicia N. Trujillo, of Santa Fe DOCTORS W.A.R.N. (Wireless and Radiation Network).

9) New study: direct link to 7191 cancer deaths from cellular antennas radiation

Science of the Total Environment Journal
Mortality by neoplasia and cellular telephone base stations in the Belo Horizonte municipality, Minas Gerais state, Brazil

The study established a direct link between cancer deaths in Belo Horizonte, the third largest city, with the antennae of the mobile telephone network, reported in Science Hoje site, the news

JA 08979

portal of the Brazilian Society for Progress Science (Sociedad Brasileña para el Progreso de la Ciencia.)

According to the study, more than 81 percent of people who die in Belo Horizonte by specific types of cancer live less than 500 meters away from the 300 identified cell phone antennas in the city.

Scientists found between 1996 and 2006 in Belo Horizonte, a total of 4924 victims within 500 meters and 7191 within 1000 meters died of cancer types that may be caused by electromagnetic radiation, such as tumors in the prostate, breast, lung, kidneys and liver.

10) The Board of the American Academy of Environmental Medicine opposes the installation of wireless "smart meters" in homes and schools based on a scientific assessment of the current medical literature (references available on request). Chronic exposure to wireless radiofrequency radiation is a preventable environmental hazard that is sufficiently well documented to warrant immediate preventative public health action.

As representatives of physician specialists in the field of environmental medicine, we have an obligation to urge precaution when sufficient scientific and medical evidence suggests health risks which can potentially affect large populations.

The current medical literature raises credible questions about genetic and cellular effects, hormonal effects, male fertility, blood/brain barrier damage and increased risk of certain types of cancers from RF or ELF levels similar to those emitted from "smart meters".

Children are placed at particular risk for altered brain development, and impaired learning and behavior.

Existing safety limits for pulsed RF were termed "not protective of public health" by the Radiofrequency Interagency Working Group (a federal interagency working group including the FDA, FCC, OSHA, the EPA and others). Emissions given off by "smart meters" have been

12

JA 08980

classified by the World Health Organization International Agency for Research on Cancer (IARC) as a Possible Human Carcinogen.

Hence, we call for:

• An immediate moratorium on "smart meter" installation until these serious public health issues are resolved.  Continuing with their installation would be extremely irresponsible.

• Modify the revised proposed decision to include hearings on health impact in the second proceedings, along with cost evaluation and community wide opt-out.

• Provide immediate relief to those requesting it and restore the analog meters.

Members of the Board of American Academy of Environmental Medicine

Respectfully submitted by

Kathleen M. Sanchez

38 O Toh Nahpo

Santa Fe, NM 87506

February, 6, 2013

13

Radiation Sickness; John Edward Davie Comments, Feb. 6, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:        John Davie
                         12748 NE 132nd Place
                         Kirkland WA 98034
                         johnsavitri@comcast.net
                         425.821.1423

February 4, 2013

JA 08983

**AFFIDAVIT OF John Edward Davie_____**

State of    Washington   ]

_King_____ County    ]

I,  _John Edward Davie_____, attest that my statements are true to the best
of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is John Edward Davie .  My address is 12748 NE. 132nd Place Kirkland
   WA 98034.

2.  I  am  a Yoga Instructor.

3. **(Use concise (numbered) paragraphs to describe your interest and involvement
   that support your desire to change the FCC RF safety guidelines. We provided
   some sample text below. Please briefly discuss your personal experience with
   electromagnetic radiation (EMR). E.g.:)**
   I am an individual who is very sensitive to electromagnetic radiation. Approximately
   six months ago, I began having symptoms of a fuzzy brain, dizziness and nervous
   system problems. I had no idea of the risks posed by these devices to my health. As
   soon as I turned these devices off, I immediately started feeling better.

4. Dozens of scientific studies have shown negative impacts of EMR on human health,
   even at low levels of exposure. The most commonly accepted guidelines are the
   Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for
   "extreme concern"
   (http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On
   May 31, 2011, the World Health Organization's International Agency for Research on
   Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans."
   The FCC does not use biologically determined guidelines that affect health, but rather
   uses a standard that measures thermal heating of biological tissue. The premise that
   there are no adverse impacts of EMR on the human body until it is cooked is
   completely ridiculous.

JA 08984

5.  I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.

Respectfully submitted by

John E. Davie

12748 NE. 132nd Place

Kirkland, WA 98034

February 4, 2013

JA 08985

Radiation Sickness; Alison L. Denning Comments, Feb. 6, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:        John Davie
                         12748 NE 132nd Place
                         Kirkland WA 98034
                         johnsavitri@comcast.net
                         425.821.1423

                                              February 4, 2013

JA 08987

**AFFIDAVIT OF John Edward Davie_____**

State of    Washington   ]

_King_____ County      ]

I,  _John Edward Davie_____, attest that my statements are true to the best
of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is John Edward Davie .  My address is 12748 NE. 132nd Place Kirkland
    WA 98034.

2.   I  am  a Yoga Instructor.

3.  **(Use concise (numbered) paragraphs to describe your interest and involvement
    that support your desire to change the FCC RF safety guidelines. We provided
    some sample text below. Please briefly discuss your personal experience with
    electromagnetic radiation (EMR). E.g.:)**
    I am an individual who is very sensitive to electromagnetic radiation. Approximately
    six months ago, I began having symptoms of a fuzzy brain, dizziness and nervous
    system problems. I had no idea of the risks posed by these devices to my health. As
    soon as I turned these devices off, I immediately started feeling better.

4.  Dozens of scientific studies have shown negative impacts of EMR on human health,
    even at low levels of exposure. The most commonly accepted guidelines are the
    Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for
    "extreme concern"
    (http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On
    May 31, 2011, the World Health Organization's International Agency for Research on
    Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans."
    The FCC does not use biologically determined guidelines that affect health, but rather
    uses a standard that measures thermal heating of biological tissue. The premise that
    there are no adverse impacts of EMR on the human body until it is cooked is
    completely ridiculous.

JA 08988

5.  I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.

Respectfully submitted by

John E. Davie

12748 NE. 132nd Place

Kirkland, WA 98034

February 4, 2013

3

Radiation Sickness; Susan Brinchman Comments, Feb. 6, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:    Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

[Personal] Public Comment Filed by:          Susan Brinchman

                                                            PO Box 655
                                                            La Mesa, CA 91944
                                                            director@electrosmogprevention.org

                                                            February  6 , 2013

### PERSONAL AFFIDAVIT OF  Susan Brinchman, Center for Electrosmog Prevention, La Mesa, CA

State of   California

San Diego County

I,  Susan Brinchman, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is Susan Brinchman .  My address is PO Box 655, La Mesa, CA 91944.

2.  FCC Guidelines for radiofrequency (RF) radiation (RFR) exposures are 3.5 million times higher than recommendations by independent researchers. The inaccurate FCC rf radiation guidelines and wanton allowances of the use of RF radiation frequencies not proven safe have led to personal and national disaster with the wireless 'smart' grid.

3.  Blog Article about my experience with smart meters for the first 1.25 years:

### Living Nightmare: How SDG&E Smart Meter Led to Headaches, Hearing Loss

Posted on August 14, 2011 at 10:36 pm on La Mesa Patch

by Susan Brinchman

http://lamesa.patch.com/blog_posts/living-nightmare-how-sdge-smart-meters-led-to-my-headaches-sleeping-ills-hearing-loss

(Note: update as of Feb. 6, 2012 follows this article, on this Public Comment)

One day in the middle of May 2010, SDG&E workers came to my La Mesa home to install a new meter for both my gas and electric service. They did the same for my

JA 08992

neighbors. I remember their trucks and the boxes on the sidewalk. How quickly they did it and left. How we turned off our computer and TV to prevent a power surge.

*When we least expect it, life sets us a challenge, it is sometimes said.*

I really didn't pay much attention to these installations, assuming that they were similar to the old ones, just digital. Boy, was I wrong. As an active, retired educator, I never expected that the challenge would come in the form of harmful radiation coming from these new utility "smart" meters installed by SDG&E. But that is just what has happened.

Please note that everyone in our county and throughout SDG&E's territory had these installed in the past year and a half, except for a handful of people. None of us were told of any risks.

Shortly after, when I began to have ringing ears and sleeplessness, I wondered why but kept thinking it would disappear. I'd hear ringing in my ears no matter what time of day. Even in the night, and it would be more apparent when it was quiet, it seemed.

At night, I'd wake up suddenly around 2:00 or 2:30 AM, the same time every night, wide awake, and have trouble getting back to sleep for several hours. Some nights I didn't sleep much at all, just a couple of hours.

This was also occuring to other members of the household, at times. There were peculiar symptoms that some of us experienced that we could not explain but was making life very complicated.

Last summer was a rough time as a result. There were some headaches. I spent time reading in my room, something I like to do to relax. By fall, things didn't get any better, but worse.

Add to the list, by October, a rapidly growing skin cancer on my face, looked like a largish pencil eraser, you could practically watch it grow ... and it hurt.

The doctors took a bit of time to schedule me in and removed it in January — cut it out, leaving a scar. By the end of November, I noticed in addition to the ringing ears and other symptoms, that I suddenly was extremely nauseous, dizzy, and developing headaches when I used my computer or cell phone.

I'd always kept a good distance from the cell phone for safety sake, used speaker mode, but that wasn't helping.

In frustration, I called a local environmental doctor I'd seen for a workplace mold exposure many years before. I remembered he knew something about electro-sensitivities and thought he might know what was going on. I told him about the computer and cell phone reactions, but nothing else, as I didn't think those things were pertinent. Wrong again.

He asked if I had a smart meter on the house.

I said, "Yes, but what does that have to do with it?" I thought he was changing the subject. He asked if I had any other symptoms and went down a list that included the ringing ears, sleeping problems, and more ... He said that a number of his patients were reporting these same symptoms after installation.

During the few days before I got into see this doctor, I wrote and called SDG&E, with a negative response to my requests to remove the smart meters.

While seeing the doctor, I was shocked to learn more about the new SDG&E meters, that they emitted pulsed RF radiation, something experts warn about, and that many other people in California had the same symptoms after installations of the meters. Further, my electric meter was right near the place where my head lay on the pillow, less than a foot, on the exterior wall. That was very unsettling.

But I felt confident that I could solve this problem as the doctor wrote me a letter that strongly demanded SDG&E remove the meter and replace with an analog as it was

causing medical problems for me. In addition, he cited the Americans With Disabilities Act, as I qualified for that category.

He provided me with a handful of current peer-reviewed scientific studies that showed this type of radiation and frequency was associated with the exact set of symptoms I had experienced.

I went home, letter and studies in hand, and filed a complaint with SDG&E and the California Public Utilities Commission (CPUC), attaching my doctor's letter.

My husband and I moved out of the master bedroom, temporarily, to wait for the meter to be removed. I bought shielding for my computer, to be able to use it.

Meanwhile, I made numerous calls to SDG&E. Some left me in tears. It was very troubling to be emphatically told by the SDG&E representatives over the phone that the meters were perfectly safe and were mandated by the state CPUC. I called the state CPUC and they claimed that the federal government was making them mandate these for the state.

Then, they changed their story. The CPUC admitted that it had authorized the use of wireless smart meters, not mandated them. SDG&E never backed down from their stance that everyone was going to have them, there was no "opting" out. I waited for my letters to be arrived and acted on.

Eventually, I received a reply, within a week from SDG&E and about a month or more from the CPUC. Both sent what appeared to be personalized form letters, both denied the possibility of harm from the meters, and both said there was no chance of having the meters removed from my home. I remember bursting into tears when reading these.

It was inconceivable to me that my home, my haven, would be polluted with dangerous radiation that was making me ill and no one in charge of these devices cared at all or would remove them. Ever. My doctor was shocked that they would ignore his letter.

As I researched this problem, for the first time in my life, I knew I was facing what seemed like a challenge without any recourse. And to top things off, the sensitivities to what turned out to be RF radiation, were getting worse by the month. I could not use my computer for several weeks, no more cell phone use, I had to strictly avoid all wireless and RF radiation sources.

My life seemed turned upside down. Headaches, when going near the electric meter, in particular, inside or outside, were progressing into the most severe I'd ever imagined, lasting for up to three days, with chills and dizziness, memory problems ... Sleeping problems continued, the ringing of the ears got more intense till the sound actually hurt and there was loud clicking in my right ear. I later learned this was called "microwave click" from RF radiation exposure.

During several weeks, pain in the right ear was like someone stabbing it. I went to the doctor a lot during this time, to my primary doctor and the environmental doctor, when I could.

Both were supportive and avoidance seemed to be their main suggestions. I stopped going in the master bedroom to obtain clothing and other belongings as needed. I had to ask other family members to get them and move them out into another room.

An ear, nose and throat doctor diagnosed me with significant hearing loss in the painful ear and hearing loss in both ears, noting that it was a result of exposure to electromagnetic fields. He commented that he had some other patients like this, and to avoid the meters. The ringing ears continued.

I was determined to get help, but must tell you how awful it felt to be dismissed so mercilessly by SDG&E and CPUC. It seemed like a living nightmare. I kept calling and writing SDG&E and CPUC, without any help being given. We were still living outside of our master bedroom and bathroom — and in a small house, this was causing problems.

After talking with a number of activists and experts, including scientists, around the state who had more information than me, I scheduled several consultations with electrical

engineers with a specialty in RF radiation. They advised that certain metals are what work to shield from the radiation.

A series of experiments resulted, with me trying out their suggestions, to see if anything worked. We shielded, following their directions, behind the meter on the interior wall. This gave relief from the shrill, high-pitched ringing that was painful, it reduced it to a lower level. We still could not occupy the bedroom.

In fact, things were getting worse for me by the month, as I would get an immediate headache and sinuses swelled shut, heart palpitations (typical of RF radiation reactions to overexposures), it seemed like my immune system was saying, "hey, stay away."

I was a slow learner. I remember trying about twelve times in three months to enter the room, running in for just seconds. Didn't work. Headaches for three days. Sick often and had to cancel activities.

I felt increasingly like this was incredible and there HAD to be a way to get this problem solved. Learned about many others, in fact, thousands and thousands of others had filed officially with CPUC on these very health issues related to the smart meters.

By March and April, I watched online as the ill ones went twice a month into the CPUC meetings and explained their symptoms in tears or anger to the very uncaring CPUC commissioners, in the one minute each was given. I cried with them, watching. I kept thinking, this cannot be happening in America. Then the thoughts came: We cannot let this keep happening in America.

Many Northern Californians knew about the problem of the smart meters and radiation — being more environmentally aware and not trusting PG&E, their local utility, after years of other types of problems, such as the poisoning of the town of Hinkley, CA (memorialized in the movie *Erin Brokovich).*

They had activists protesting smart meters, laying down in front of trucks sent out to install the meters, with news articles by the hundreds. In Northern California, I was

encouraged that local governments, inspired by passionate activists, became concerned about protecting the health and safety of their citizens and passed ordinances to ban or even criminalize the installation of smart meters.

The numbers grew - 20 - 30 - 40, including many major counties, such as Marin. There was even a smart meter bill in our state legislature, to effect a moratorium. As I suffered adjusting to the new life without use of my full home, and the changes in my health, I pondered all this.

Southern Californians didn't have anyone who knew anything, no media coverage except for glowing articles about how wonderful our lives would be with the new meters — straight from the utilities' brochures.

No one I knew was informed, and it was hard to explain so they would be. Who would think that a utility company would come on your property and install something dangerous and leave it there?

I learned how the mesh network of these meters emit so much radiation it is like a blanket on our neighborhoods and even the rural areas now have it, and at higher levels, as the signals are stronger to cover the distances. I learned that people with pacemakers and implants were at risk for rf radiation interfering with the functioning of their devices.

I wanted to feel well again. I was in a daily struggle. At the same time, I didn't want the state of California to be polluted with this new form of smog — electrosmog, impacting the public health, our pets, and wildlife.

I learned that a hundred million dollars of our Recovery Act funding had come down the pike quickly, funding much of the wireless meter development in a hasty manner, with environmental, health and safety testing waived by the CPUC. Recovery Act funds had paid for millions of meter readers to lose their jobs and the new meters to be made in China. That growing thousands of Californians were sick and some were worse off than me, even younger ones, with heart attack symptoms and more, die-offs being

reported in some areas. Government steadfastly refusing to help in our state and some others where smart meters were also being rolled out.

I began to get headaches from sleeping in the spare room at the end by the smart meter, so had to begin sleeping on the couch. My husband and I, together for nearly 40 years, no longer able to sleep together.

I learned to avoid the smart meter at all times, keeping at least 12-15-20 feet away, and not use 1/3 of my house or yard. I learned how to force myself to accept that for the time being, but not for the rest of my life. I felt improved by doing so, but still had lower level ringing in the ears, enough to wake me up at night, and some sleeplessness, dizziness, low-level headaches.

Other people had to be ill, too, in Southern California. They would never suspect the meters, as I had not.

I was trying to take care of myself while worrying about the bigger picture and public health problem. I learned of more people with very close exposures at night, on bedroom walls. Some of these were children, some I knew.

The So CA media I called were resistant to articles on the topic. I made a website and gathered the scientific information I was directed to by experts, placing it all in one place, www.smartmeterdangers.org. Less than ten people in our county knew something about the smart meter problems.

I was trying to live as normally as possible in the face of this challenge, but was now living in the middle of my home, away from both smart meters (one at each end). Something more had to be done. This could not become the new normal, even if people didn't realize the dangers.

Then, in the midst of this, I found out that Helix Water District planned (very soon) to cover its territory with water smart meters, adding to the radiation. They had a large pilot

study on Mt. Helix, 322 smart meters had been there for the past year. Of course, no one had been told of the risks.

My regular water meter was in the front of the house. When walking my dog, I'd be walking past all of the new smart meters they were planning to install. The water district assured me that it didn't matter as the radiation was low and wouldn't reach the house. I should stay inside all the time?

I'd heard of people abandoning their homes and going to live in their cars or tents in Northern California media stories, due to the radiation reactions. I didn't want to have this happen to me, here. The water meter would then potentially cause the middle of my home, the place I was occupying like a studio, to be unlivable.

This had to be stopped.

I nearly panicked but then realized I hadn't known in time to stop the deployment of the SDG&E meters, but I wasn't going to stand by while Helix Water District finished me off. I had to take a stand, and quickly.

Throughout all of this time, from early December through April, I kept thinking that this cannot happen in America. But it was. Something definitely had to be done, more, but what? I was struggling to stay well and struggling to figure out that answer.

-----------------------------------------------------------

**SDG&E's answer to me:**

Susan Brinchman

xxxxxxxxxxxxxxxxx

La Mesa, CA 91942

Re: Account #xxxxxxxxxxxxxxx

December 13,2010

Dear Ms. Brinchman:

I want to follow up on the December 7, 2010 telephone call to you by my colleague Shannon Ray to discuss your request for San Diego Gas & Electric Company (SDG&E) to remove the electric smart meter installed at your home on May 6, 2010. Thank you for sharing your questions and concerns about SDG&E's smart meters. We understand from your telephone communications, and from the doctor's letter you faxed, that you are concerned that the radio frequency (RF) electromagnetic fields emitted from the smart meter wireless communication equipment could possibly contribute to your pre-existing health conditions. It is also our understanding that you declined SDG&E's offer to take measurements of RF from the smart meter at your home. *[Note: this is inaccurate, as I now do not trust SDGE, I did not want them INSIDE my home, they could measure from outside. sb]*

SDG&E is committed to providing safe and reliable service for our customers, as well as a safe work place for our employees. To this end, we monitor the science concerning possible effects of RF from smart meters. The information that SDG&E has reviewed from the scientific community and regulators has not identified that radio frequencies, at the levels emitted by the smart meters, can cause adverse health effects. Specifically, we understand from respected agencies such as the World Health Organization, the U.S. Federal Communications Commission, and the U.S. Food and Drug Administration, that there has been no demonstration of either long- or short-term health effects from RF exposure. Vole will continue to monitor the situation closely and respond as necessary to any new scientific information and studies released in the future.

As explained on SDG&E's Smart Meter website (http://www.sdge.com/smartmeter/faq.shtml) the meters near your home transmit a radio frequency only a few times each day and only for a few seconds each time, for an average total of less than one minute. When the meters are transmitting, your exposure to RF from the smart meter is much lower than the exposure from energy than smart meters!

JA 09001

I also wanted to mention that the California Public Utilities Commission (CPUC) has directed SDG&E to install smart meters at the homes and businesses of all of our customers and has carefully considered any potential for smart meters to affect health. SDG&E is a regulated company and required to comply with the CPUC program. Also, the Americans with Disabilities Act mentioned by your doctor, does not require SDG&E to remove your smart meter. We received your letter to the CPUC Consumer Affairs Branch, dated December 8, 2010, and we agree that such a submission is the next appropriate step in resolution of your request for removal of the meter at your home. In this regard, SDG&E has carefully reviewed available factual information, and at this time respectfully declines your request to remove the smart meter at your home.

Sincerely,

Ted Reguly
Director
SDG&E's Smart Meter Program

[Enclosed]
Source: Richard Tell Associates. Inc

RF Energy Compared to a Smart Meter from 2 feet:

Microwave oven, two inches from door, 550 times more

Holding walkie-talkie at head, 55 – 4,600 times more

Cell phone at head, 3.2 -1.100 times more

Laptop computer, 1.1 – 2.2 times more

Wi-Fi cyber cafe, 1.1 – 2.2 times more

*[Note: The Smart Meter is inches from my head, not two feet. Also, I do not accept the above table, as no authoritative references are given, and it is too general. Nowhere are the technology effects for Smart Meters deemed safe. sb]*

-----------------------------------------------------------------------

### 4. Feb. 6, 2012 Update

Since the above writing, the following has occurred:

5.  There was no helpful response to me as an individual, with regards to the devastating and increasing illnesses occurring from exposure to smart meters and expanding to other devices that emit RF radiation, with any government entity, agency, or elected official, therefore...

6.  I formed the Center for Electrosmog Prevention (CEP) in May, 2011, a national nonprofit to prevent and reduce electrosmog pollution. Website: www.electrosmogprevention.org

7.  CEP became (and remains) an "Intervenor", a Party to the California Public Utility Commission (CPUC) proceedings in CA related to the smart grid and opting out of smart meters.

8.  I became aware that the chart used by SDG&E above was developed from industry sources and is misleading and incorrect. Actually, smart meters emit the RFR of up to 160 cell phones (Hirsch, UCSC, 2011), as they are on virtually 24.7, with dangerous pulsed radiation that there are no guidelines for.



(Daniel Hirsch, University of CA, Santa Cruz, Jan., 2011,
http://www.scribd.com/doc/77657747/letter8hirsch)

9.  I personally became more and more sensitive and ill from the smart meters on my
    property (there were two, one gas and one electric at each end of the house, for two
    years, that communicated with each other, straight through my home, and with the
    others in the neighborhood), and also to all devices that emit RF radiation, including
    cell phones and Wi-Fi. After two years with two smart meters on my property, and
    blanketing my neighborhood, I am now highly sensitive to RF radiation and magnetic
    fields. I was not like this before the smart meters were installed.

10. This makes it very hard to go into public. I measure the RFR with a RF field meter so I can try to avoid it or go where the levels are reduced. Particularly Wi-Fi is a problem for me now. Smart meters use a Wi-Fi - like system, it should be noted.

11. Public transportation has Wi-Fi, RF/EMF's, and people using cell phones, so it is not able to be utilized.

12. I have had to stop using cell phones, remove all wireless from my home, and must shield my computer to use it. I cannot use a microwave now, nor be anywhere near them in use. When I am in line and cell phones are in use, I must get out of line or ask the person using the cell phone to stop using it, as they give me dizziness, nausea, and headaches. I cannot be in businesses where there is Wi-Fi, comfortably. I get sick from being there (headache, dizzy, nausea, heart pressure and skips). This includes Wi-Fi and RFR in doctors' offices and hospitals. There are wireless routers in grocery stores, strong radiation encountered in all public and business settings now. RFR measurements are even found to be strong on the sidewalk, in parks, and at the beach.

13. In May, 2012, I was able to obtain a paid "opt-out" from the 2 smart meters on my property, which were removed. I had to pay $75 and $10 a month (ongoing) to be in the "opt-out" program, mandated by the CPUC. Two of my neighbors on our cul-de-sac have opted out - one of these has bone cancer and is very concerned about these exposures, as he understands that RFR is associated with DNA breakage and disrepair. Another neighbor had developed headaches and opted out to try to relieve these. The other two have not opted out, and our entire neighborhood is full of smart meters and the mesh network, with significant levels of measurable RF radiation - hundreds of times higher than recommended by independent scientists - which impacts my property and me, when I am here or walk down the street, or drive through it. Many of my neighbors, like me, have (had) the smart meters on their bedroom walls or the smart meters of neighbors aimed at their bedrooms.

14. I cannot go in my neighbors' homes with smart meters, without reactions or risk of reactions. There are measurable (and measured) RF and EMF emissions coming into my home on the wiring from the smart meter network in the neighborhood. I cannot sleep in my own bedroom as a result, as the electric panel is on the bedroom wall and emissions are concentrated in there from the wiring. I get ill going into my bedroom now, but less ill than when the smart meters were in place, there is a reduction of about 50%.

15. I have slept on the couch for two years and two months now, and am uncomfortable every night. It makes my back ache and I toss and turn to get comfortable. My husband and I of forty years remain very distressed about this interference with our ability to sleep together.  Due to my sensitivities, and the bedrooms being where RFR and the majority of the electrical and magnetic fields in the home are found, I cannot sleep elsewhere in the home.

16. There are some nights I awaken at 2, 3 or 4 AM and cannot get back to sleep - wide awake, this is what results from RF exposures and the mesh network sending data in the early hours of the AM.

17. The smart meter opt-out has reduced some of my suffering but not all of it, as I am permanently, it would seem, sensitized now, to RF radiation.

18. I have nowhere that I can go, no place to live free of RF radiation, as FCC guidelines are allowing it to be everywhere, via cell towers, smart meters in all our states, cell phones being used everywhere, wifi in all businesses and medical establishments.

19. I have health impacts that I never had before. These lead to dizzy spells resembling strokes, heart palpitations and arrhythmias that last up to three weeks following strong exposures, headaches, nausea, and ringing in the ears (which is normally less than when the smart meters were on the house but with RF exposure can go up).  I have unprecedented and new skin cancers that began four months after the smart

meters were installed, that continue to proliferate. My hair is falling out. There have been weeks at a time where I feel so ill that I have felt that I could die - as when my heart was impacted for three weeks.

20. I am aware that cell towers and smart meter emissions are going UP, due to increasing strength of the signals and adding more infrastructure. I am aware that cell phones are increasingly stronger. I am aware that SDG&E, my utility, is turning on a second radio in the smart meters, a Zigbee transceiver that operates at 2.45 GHz, the same range as microwave ovens, that will communicate with all wireless enabled household appliances in the Home Area Network (HAN), filling the homes and the community with yet more pervasive frequencies of microwave radiation, provided to an unsuspecting public. I am aware that FCC is releasing thousands of new frequencies that are not proven safe and very likely can never be safe, to business entities. I am aware that the White House and President Obama, based no doubt on the current grossly inaccurate FCC guidelines, thinks these technologies are safe and beneficial. We are being experimented on in a manner that is torturous, horrific, and can lead to the end of humanity, and all life on earth.

21. Everywhere I go I see babies, toddlers, children, teenagers, pregnant women, men, women, senior citizens and the elderly playing with or using cell phones and other devices like notebooks. They are enthralled by and addicted to these new wireless technologies which are dangerous for them as well as others, with the second-hand RF radiation that they emit - based on thousands of RFR studies.

22. Some of my personal friends have had young adult children, grandchildren, or spouses die from glioma tumors related to their cell phone use.

23. I know a teenager who could not sleep at night and was unable to concentrate in school until the smart meters were removed from his property. Now he can sleep and is doing much better in school.

24. I know a young adult who was hospitalized, quite unusually, three times for psychosis despite being on medications that normally worked, and only got better after the smart meters were removed from the property. The downspin began after the smart meters were installed.

25. I know a married couple in their early 40's who both developed glaucoma with a year after the smart meters were installed on their home. They are also now sensitized to RFR and have moved a score of times to try to find relief and safety.

26. I know a dentist who is going blind following the smart meter installation in her neighborhood. When she is around the smart meters or in her home, her vision loss is extreme. When she is out of the area and in a rural setting, the vision problem is less extreme.

27. I know of a local physician who is very talented and world renowned in her field who is so sensitive to RFR now that she struggles to go to work.

28. I know a university professor who is on disability leave due to the smart meter installations in her neighborhood.

29. I know an attorney who is unable to practice due to RFR sensitivities and illness. The installation of more cell towers, and smart meter mesh network has exponentially increased her suffering.

30. I know teachers and parents concerned about the Wi-Fi and other RFR sources in their schools. I know that if I had a child of school age I would NOT allow him/her to attend a school with Wi-Fi, wireless enabled computers, or wireless-enabled whiteboards.

31. I measured our local library, part of an "award-winning" San Diego County library system (due to installation of RFID systems and Wi-Fi) and found that places where

children and pregnant mothers were found contained emissions 300,000 times higher than the biologically-based levels recommended by independent researchers and BioInitiative 2012 authors. Those emissions greatly sickened me for many weeks following the measurements, lasting only 45 minutes.

32. I have family members who live elsewhere, whose lives I fear for. I do not think that they will have healthy lives as they use cell phones often, and live with all the RF exposures in their own communities and homes. I know that the research supports that they will have a significant increase in cancer risk and that their sperm is likely being damaged and mutated. I fear for my future grandchildren, that they may be born disabled (autistic, etc.) or with cancer  - and that due to what I have learned from reading RFR and infertility studies, they may end up infertile.

33. I have communicated with thousands of people with the same concerns and who are sick from RFR. They also have nowhere to go. Some have moved 12 or more times. They are in despair. Some are homeless, even though they have a home, it has become unlivable. Some are now at the point of complete disability, or near death. Before the recent wireless craze hit, they were normal and functioning normally.

34. As a former special education teacher, I am very concerned about the future of our nation as we exponentially add to the numbers of disabled and medically ill. This will become untenable and destructive to our nation and national security.

35. I realize that our federal government is failing to protect the people of the United States. I realize that internal corporate greed and the federal lack of a desire to protect our citizens is more dangerous than any outside attack on our nation.

36. I realize that the US EPA and CDC feel they have no permission to explore these problems, as I have communicated with both agencies on this topic. Also that some of their personnel are either completely "bought and paid for" by the Industries that benefit from ignoring science, or are hopelessly prejudiced against the (new) and

correct paradigm, that RFR is dangerous. They refuse to consider the independent science.

37. I am aware that this is very similar to the set of circumstances experienced with the dangers of ionizing radiation, which took 50 + years to protect the public from, even after reports of and research documenting serious health impacts and bio-effects such as burning of tissues.

38. I am aware that the US Dept of Energy is handing out billions of dollars, with the approval of President Obama and the US Congress, to foster development of a wireless electrical grid that exposes all Americans to extremely dangerous levels of RFR. Their justification is the current (grossly inaccurate) FCC guidelines.

39. I am aware that the military has research proving that exposures to microwave radiation produces all the health impacts and bio-effects that people are complaining about with RFR and that this type of RFR exposure is used in weaponry as a result. I have written Revealed: SDG&E Smart Meter Technical Data and Bio-Effects to document this, linking a military report to SDG&E data. It includes the following:

> "A recently declassified U.S. Army scientific study[2]] on the bio effects of radiofrequency microwave radiation for the purposes of the development of new weaponry and behavioral control (currently in use by military and police) reveals that microwave radiation exposures have been linked to a large number of biological and health effects.
>
> Many of the effects they note are virtually identical to the unusual clusters of health complaints of people (also related to reactions of their pets) following the installation of smart meters, routinely denied by the state utility regulatory commission (CPUC) and utilities.
>
> These include increased aggression and irritability, inhibition of food and drink intake, increased mobility or conversely, incapacitation via loss of muscle control, muscle weakness, intense muscle spasms, loss of consciousness; cognitive effects such as loss of memory and confusion; microwave hearing (buzzing, ticking, hissing, or knocking sounds that originate within the head or behind it), and even damage to multiple organs or the brain, seizures (convulsions), and death.

This study clearly supports that subtle heating of tissue does occur with radiofrequency microwave radiation, associated with these undesirable and potentially very dangerous biological effects.

Importantly, U.S. Army scientists agree with a growing number of independent scientists worldwide, in emphatically stating that 100% of the human population is susceptible to radiofrequency microwave radiation effects, caused by subtle heating, with some sectors of the population more reactive at lower doses, including those with thermoregulatory mechanisms (impacting temperature control, respiration, water loss).

[I should note that I am one of these persons, with asthma and temperature regulation problems. One may contemplate whether those on certain medications that impact temperature regulation and sweating might also fall into these categories.]

Significantly, likely pertaining to the ringing of ears (tinnitus) that people experience with smart meters, the U.S. Army study says this, with regard to exposure to pulsed microwave radiation: "At this time, virtually all investigators have studied the [microwave hearing, acoustic] phenomenon now accepted as thermoelastic expansion of the brain, the pressure wave of which is received and processed by the cochlear microphonics system, to be the mechanism of acoustic perception of short pulses of rf energy" (p. 8 of 20).

Notably, in one study, this microwave hearing was triggered through exposure to 2450 MHz radiofrequency energy, which is exactly one of the radiofrequencies used by antennas contained within current smart meters. "The sounds are heard as the individual pulses are absorbed. The effect is immediate, within milliseconds" (p.9 of 20). Army scientists describe a range of sensitivity, with some people unable to hear it, possibly due to cochlear damage."

[2] Bio Effects of Nonlethal Weapons (fn 1) addendum to the Nonlethal Technologies * Worldwide (Ne GIC-I1 47-101-98s)

(http://lamesa.patch.com/blog_posts/revealed-sdge-smart-meter-technical-data-and-bio-effects-of-microwave-radiation)

40. I request that the FCC put the public health first, reduce the limit for RF radiation to be in alignment with the BioInitiative 2012 Report, and enforce it. That limit would be 3 microwatts per centimeter squared.

41. I request that the FCC consider cumulative exposures and additive exposures, and warn the public. I request that the FCC put out a recall for all wireless devices and the removal of all smart meters, Wi-Fi, and cell towers and antennas, as none are safe according to the findings of independent researchers. We must use the former safe technologies and tehn find new alternative technologies proven safe before unleashing them.

42. We must take these steps or we will be truly lost as a nation and as a global web of life.

Respectfully submitted by

Susan Brinchman
PO Box 655
La Mesa, CA 91944
February 5, 2013

Radiation Sickness; Terilynn Langsev Comments, Feb. 6, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:    Office of the Secretary
       Federal Communications Commission
       Washington, DC 20554

Comment Filed by:        (Terilynn Langsev )
                         (965 Village Lane
                         (Santa Barbara CA 93110   )
                         (tlburt@aol.com      )
                         (805.687.2279   )

February 2013

1

JA 09014

## AFFIDAVIT OF _____ Terilynn Langsev_____

State of     California

Santa Barbara_ County

I,  Terilynn Langsev, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is Terilynn Langsev.  My address is 965 Village Lane Santa Barbara CA 93110

2.  I am retired, former Principal Planner for the City of Santa Barbara.

3. I respectfully submit that the FCC make a determination that it is in the best interest of the health and safety of the general public, particularly infants and young children, that the FCC amend its rules to ensure that the public is appropriately protected from any potential adverse effects from RF exposure.

4.I am aware that the FCC's current RF safety guidelines do not take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and the potential health effects of the multiple layering of RF signals from the many and diverse wireless devices and technologies that are being used and which, when combined, may have even more potential for adverse health effects.

5. I have personally experienced increased sensitivity from the proliferations of wireless transmissions in the form of a variety of uncomfortable, painful and disabling symptoms. I have been told by many physicians that I am "the canary in the coal mine" and that they know that there are effects on all living beings at the cellular level, but we just don't yet know how harmful and how serious of a

JA 09015

problem it is. A local physician has recently published a article suggesting that everyone un-plug their wireless equipment at night and when not in use because of the neurological disruption that it results in.

6. Please be the leaders, not the followers, of the science and protection of human, and all forms of living health, please change the FCC RF safety guidelines.

Respectfully submitted by

Terilynn Langsev
965 Village Lane
Santa Barbara
CA, 93110

JA 09016

Radiation Sickness; Beth Ann Tomek Comments, Feb. 6, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:     Beth Ann Tomek
                       5303 Brandenburg Ct.
                       Dallas, TX  75287

February 4, 2013

JA 09018

## AFFIDAVIT OF Beth Ann Tomek

State of    Texas  ]

_Collin_____ County    ]

I,  _Beth Ann Tomek_____, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is Beth Ann Tomek_____ .  My address is_5303 Brandenburg Ct., Dallas, TX  75287_____.

2.   I  am a homemaker.

3.  **A smart meter was installed at 5303 Brandenburg Ct. in September or October of 2012.  I was not there at the time nor am I now.  I'm temporarily living in a state where smart meters have not been installed.  I have returned to 5303 Brandenburg Ct., my primary residence, on several occasions to visit.  During these visits, I experienced headache, nervous system discomfort,** neck pain, eye pressure, vertigo, restlessness, sleep disturbances, nausea and bowel discomfort. These symptoms eventually resolved once I left. My son visited on these same occasions, as well.  He experienced flu-like symptoms of headache, neck pain, nausea, sleeplessness, body pain.  These resolved upon leaving 5303 Brandenburg Ct.

4.  I have sensitivity to cell phones.  If I hold a cell phone too long, I will have ear and neck pain, as well as tingling and pain in the hand and arm that held the phone.  If I sit too long at a computer, I'll have strange nervous system feelings.  Therefore, I knew adding a smart meter would have negative affects on me.  I'm not a scientist, but from what I've researched it seems we have a massive health crisis heading our way.  We're living in a electromagnetic smog that is detrimental to our health and to the health of all living creatures.  Adding smart meters to our houses is needless additional RF radiation.  Smart meters will not save homeowners electricity costs.

5.  Dozens of scientific studies have shown negative impacts of EMR on human health, even at low levels of exposure. The most commonly accepted guidelines are the

JA 09019

Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for "extreme concern" (http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On May 31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans." The FCC does not use biologically determined guidelines that affect health, but rather uses a standard that measures thermal heating of biological tissue. The premise that there are no adverse impacts of EMR on the human body until it is cooked is completely ridiculous.

6. I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.

Respectfully submitted by

Beth Ann Tomek

5303 Brandenburg Ct.

Dallas, TX  75287

February 4, 2013

3

Radiation Sickness; Sandra Storwick Comments, Feb. 5, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:        (Sandra Storwick . )
                         (12828 NE 75th Street .)
                         (Kirkland, WA 98033  )
                         (Sandra.clea@gmail.com   )
                         (425 803 5085  )

                                        February 4, 2013

1

JA 09022

## **AFFIDAVIT OF SANDR STORWICK____**

State of    Washington  ]

 _King_____ County    ]

I,  _SANDRA STORWICK_____, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is __SANDRA STORWICK _ .  My address is__12828 NE 75TH STREET KIRKLAND WA 98033 _____.

2.  I  am  a licensed massage practitioner and home maker . I have university degrees in Education and International development.

3.

I am an individual who is very sensitive to electromagnetic radiation. Approximately 20 years ago, I began having symptoms of headaches, dizziness and nervous system problems whenever I used or was in the proximity of cordless phones. I found that I experienced the  same symptoms  when I used a cell phone. I am unable to use wireless computers (my computer equipment is all wired and that poses no problem) . Now as the use cell phone technology, wifi and other wireless technology  is becoming more wide spread, I am feeling more and more limited by what I can use and be around. I am extremely concerned about the use of wifi on airplanes as this means that now air travel will also be a challenge for me and others who are  sensitive to electromagnetic radiation.  I am unable to use toll bridges or freeways that use wireless radio wave tolling systems are so intense, it takes my body weeks to recover. My concern is not just for myself, but it is more for all the others who are unaware of the health effects of wireless HF radiation, all the children and unborn babies who are being exposed to this radiation are being prevented from reaching their full potential. As the use of wireless technology has expanded, more and more independent research has been done.. linking exposure to adult and childhood nervous system diseases such as ADHD. Autism spectrum disorder, Anxiety, Alzheimer's and cancer (leukemia and brain tumors especially ) I believe that HF (radio and microwave radiation ) should not be used at all  - as it has been proven to me through my experience and also

2

through countless research studies that it is toxic to the human for, Hhere are just a few examples of respected research. aaemonline.org/pressadvisoryemf.pdf, neilcherry.com/documents/90_m2_EMR_Evidence_That_EMR-EMF_is_genotoxic.pdf, magdahavas.com/wordpress/wp-content/uploads/2010/11/Blake_Levit-Henry_Lai.pdf

The frequencies that being used in wireless systems is not compatible with the human electrical system . For me – I know that how I am feeling is linked to the presence of wireless radiation as - as soon as I turned these devices off, I immediately started feeling better.

4. Thousands of scientific studies have shown negative impacts of EMR on human health, even at low levels of exposure. The most commonly accepted guidelines are the Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for "extreme concern" (http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On May 31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans." The FCC does not use biologically determined guidelines that affect health, but rather uses a standard that measures thermal heating of biological tissue. The premise that there are no adverse impacts of EMR on the human body until it is cooked is completely ridiculous.

5. I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health. Even though I feel that HF radiation should not be used at all. I am content to ask as an interim step - could we at the very least adopt the baubiologie guidelines.

Respectfully submitted by

Name – Sandra Storwick

Address – 12828 NE 75th Street

Kirkland WA 98033

February 4, 2013

JA 09024

JA 09025

Radiation Sickness; Odessa Rae Comments, Feb. 5, 2013

**FCC 12-152**

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | | |
|---|---|---|---|
| In the Matter of | ) | | |
| | ) | | |
| Notice of Proposed Rulemaking | ) | | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 | |
| | ) | | |
| And | ) | | |
| | ) | | |
| Service Rules for the Advanced Wireless Services 357 | ) | WT Docket No. 12- | |
| H Block---Implementing Section 6401 of the | ) | | |
| Middle Class Tax Relief and Job Creation Act of | ) | | |
| 2012 Related to the 1915-1920 MHz and | ) | | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | | |

To:     Office of the Secretary
         Federal Communications Commission
         Washington, DC 20554

Comment Filed by:          Odessa Rae
                            718 14th street
                            Santa Monica CA
                            odessarae@gmail.com
                            3109207832

February 4, 2013

1

**AFFIDAVIT OF Odessa Rae_____**

State of   California  ]

_Los Angeles_____ County  ]

I,  _Odessa Rae_____, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is ___Odessa Rae_____ .  My address is__718 14th street Santa Monica CA 90402_

2.  I  am  an Actress/Producer on many big TV shows/movies.

Approximately a year ago Edison started installing Smart Meters in Santa Monica. I have never been particularly sensitive to radiation but this was so significant I noticed the difference right away. I was getting headaches and feeling very tired. My friends started having symptoms like headaches and chronic fatigue as well. I moved out of my house one month after the installation and I started feeling better right away.  Utilities have received tens of thousands of similar reports from individuals just like myself, even though the chronic radiation exposure is far less than current FCC exposure limits there is obviously a miss match between health symptoms being experienced and what you are saying is safe.

3.  In early 2013 a well respected group of scientists and doctors published a major update to the Bioinitiative Report (www.bioinitiative.org). This report summarized biological effects from thousands of published peer-reviewed scientific studies. It's conclusions:  "Bioeffects are clearly established to occur with very low exposure levels (non-thermal levels) to electromagnetic fields and radiofrequency radiation exposures."  Also look up American Academy of

JA 09028

Environmental Medicine (www.aaemonline.org), who have several position statements and press releases on how critical this issue is to public health. Excerpt from recent AAEM position paper "It is clear that the human body uses electricity from the chemical bond to the nerve impulse and obviously this orderly sequence can be disturbed by an individual-specific electromagnetic frequency environment. Neighbors and whole communities are already exercising precaution, demanding abstention from wireless in their homes and businesses. " Dozens of scientific studies have shown negative impacts of EMR on human health, even at low levels of exposure. The most commonly accepted guidelines are the Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for "extreme concern" (http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On May 31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans." The FCC does not use biologically determined guidelines that affect health, but rather uses a standard that measures thermal heating of biological tissue. The premise that there are no adverse impacts of EMR on the human body until it is cooked is completely ridiculous.

4. The FCC must act to drastically reduce the levels at which it deems safe if a massive public crises is to be avoided. Specifically, adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.

Respectfully submitted by

Odessa Rae

718 14th street Santa Monica 90402

February 4, 2013

JA 09029

Radiation Sickness; Kenneth Linoski, Comments, Feb. 5, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:      Kenneth Linoski
                       1133 Countryhill Dr
                       Keller TX, 76248
                       kenlinoski@yahoo.com
                       817-431-4028

February 4, 2013

1

## AFFIDAVIT OF KENNETH LINOSKI_____

State of    Texas

_ Tarrant_____ County    ]

I,  _ Kenneth Linoski_____, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is Kenneth Linoski.  My address is 1133 Countryhill dr. Keller TX 76248.

2.  I  am an electrical engineer.

3. **(Use concise (numbered) paragraphs to describe your interest and involvement that support your desire to change the FCC RF safety guidelines. We provided some sample text below. Please briefly discuss your personal experience with electromagnetic radiation (EMR). E.g.:)**
   I am an individual who is very sensitive to electromagnetic radiation. Approximately a year ago, I began having symptoms of headaches, dizziness and nervous system problems. Like most people, I had a cordless phone and a wireless modem near my computer. I had no idea of the risks posed by these devices to my health. When I measured the EMR emitted by these devices, the readings were greater than 2,000 microwatts/m2 for each of these devices. As soon as I turned these devices off, I immediately started feeling better.

4. Dozens of scientific studies have shown negative impacts of EMR on human health, even at low levels of exposure. The most commonly accepted guidelines are the Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for "extreme concern" (http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On May 31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans." The FCC does not use biologically determined guidelines that affect health, but rather uses a standard that measures thermal heating of biological tissue. The premise that there are no adverse impacts of EMR on the human body until it is cooked is

JA 09032

completely ridiculous.

5.  I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.

Respectfully submitted by

Kenneth Linoski

1133 Countryhill Dr

Keller TX 76248

February 4, 2013

JA 09033

Radiation Sickness; Elissa Michaud Comments, Feb. 6, 2013

JA 09034

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:      Elissa Michaud
                       110-174 Wilson Street, 238
                       Victoria, BC, V9A7N7

February 6 , 2013

JA 09035

## AFFIDAVIT OF _____

State of                         British Columbia

Canada

I,  Elissa Michaud, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is Elissa Michaud.  My address is 110-174 Wilson Street, 238 Victoria, BC
Canada, V9A7N7

2.  I  am   salesperson

3. I lived in a home where unbeknown to me, the local electrical company had
"upgraded" the analogue meter to a smart meter.  During 3 years there I experienced
insomnia, buzzing sensations that could best be described as internal shaking or
vibrations, heart palpitations and tachycardia, ringing in my ears, memory loss, trouble
thinking, concentrating, dizziness,  and varying degrees of fatigue. I was prescribed
thyroid medication by my doctor as an attempt to hedge a possible subclinical thyroid
issue. Near the end of the three years, I began to have brief episodes of shooting blood
pressure. I didn't know that the smart meter had been installed prior to moving in until
just a few weeks before moving.

It's important to state that I had not experienced any of these symptoms before and prior
to the time the smart meter and was healthy 39 year old who follows a very healthy
organic eating, vegetable juicing and daily exercise lifestyle (walking, yoga, cycling,
running) a non-smoker, non-drinker with no prior health conditions, surgeries,
medications, or accidents. My symptoms suggested a possible suspect thyroid condition  -
although lab values were <u>well</u> within the normal range as shown on the tests ordered by
my physician.

After years of internet research and reading the experience of others, I now understand
the (not yet commonly known, or medically recognized) connection between wireless
technologies and their influence on the thyroid gland, which when sub-clinically
functioning, will produce several of the above mentioned symptoms, as well as the subtle,
but profoundly debilitating effects on human biology (all tests of equipment and devices
have been physics based). There are thousands of people writing about the exact same
symptoms on the internet, who after receiving smart meter installation, or living near cell

2

JA 09036

phone masts, began experiencing.  Each person's set of symptoms is almost identical to mine with one exception.  I did not have the severe headaches that many seem to have.

Within a few days of moving from that home the symptoms began to subside. In my new residence, I could not see smart meters anywhere in the vicinity of my apartment unit. After a few weeks most symptoms were partially to completely gone.  And after a several more months the lingering symptoms began to improve memory had improved considerably after the six month mark and the erratic heart rate episodes were gone. During that time, while still experiencing heart irregularities, I took, besides a complete (plus) blood work test -  several cardiology tests, including ultrasounds, eeg, holter test and all were normal.

In July of 2012 I moved into a rental that has a smart meter at the base of the stairs. After just a little over a month I began to experience a few of and a very mild variation of the symptoms experienced before - mostly the ear ringing and vague fatigue.  But around the 4.5 month mark, I began an increase in minor heart irregularities, fatigue and memory issues.  When I leave the apartment, after being out in my car or outside (not in a coffee shop wi-fi or other wi-fi area), it takes anywhere from 15 - 30 minutes to a few hours, but the symptoms gradually subside, I can relax and think clearly.

In January 2013 I took a trip to California, where I rented a sublet that unknown to me beforehand had 8 - 10 smart meters in a group for the apartment complex about 15 - 20 feet from the door.  By the end of 3 weeks, several of the more troublesome symptoms re-appeared- the loud ringing ears, feeling of inner shaking/vibrating, dizziness, insomnia and varying heart irregularities (much more severe in nature) as well as memory and concentration issues.  When I would leave the apartment for a time, the harsh symptoms would subside, followed by fatigue and recovery.

After vacating the short-term rental it took 3-4 days for all of the symptoms to subside.  It seems the closer I am to the devices and the longer time spent in proximity, the more severe the symptoms and the longer recovery. However each time this happens, I am left with an obvious sensitivity to wireless systems when for a time thereafter I am within a wi-fi zones - hotels, coffee shops, after a few minute, one or more of the symptoms appear - with extreme dizziness and confusion being the first - basically unable to think with a feeling like there is a huge clamp or vice on my head.  During the drive back to Canada while traveling the distances between hotels (wi-fi spot) and on the road, I was exhausted from the assault of these technologies, but symptom free.   I have always been sensitive to the effects cell phones  - I use one only for occasional text messages and emergency calls on speaker phone; as well as the public wi-fi areas, but it seems like the more exposure, the worse it gets.

If I understand well, the damage that wireless and EMF systems do to the body is well known in  Sweden and this sensitivity is medically recognized.   These technologies cause biological harm and based on what I've learned, whether are not the majority of the general population experiences symptoms, or the same severity of symptoms, or even knows to link their symptoms to the source (which is rare because no public information

JA 09037

or warnings are made), the same unhealthy biological changes are taking place and that goes for humans, wildlife and nature.  One area of concern are these huge wi-fi free zones in cities that are popping up.  Another are the cell phone masts placed on the tops of buildings, hidden as trees - so you can't even avoid them if you want to.  The existing areas and stations should be clearly marked for everyone to know.  Even better, they should be re-located in low populated areas and not by schools, where the young minds of children are in danger, churches, offices and the like.  It's unnecessary for human beings to be the guinea pigs in an unwilling experiment for the profits of corporations with their newest biologically untested technologies.  Cigarettes were cool and hip like wi-fi and the latest technologies are now, until we knew better.  Many more third party research must be done including long term health studies; and in the meantime, biologically untested wireless/EMF/EMR technologies should not be allowed.  Those that already are available/active need to have strictly enforced safety regulations and health warnings made available to the public.

This technology, while convenient and popular is to our detriment in the long run.  Regarding the smart meter technology – at the very least people should have the right to opt out of receiving a smart meter and when the larger systems related to the products are being placed in neighborhoods, such as smart meter hubs and cell phone towers, all residents should be informed and included in the decision making process as to where they are placed in proximity to homes, schools and areas of work.  They should receive a piece of mail and be able to see large ads in the local paper easily. These meters do not just "have the range of a cell phone" as is stated by the manufacturer -  since many factors need to be taken into consideration in terms of where the signal travels, where the central hub is, distance from the hub, and whether or not the wireless signal extends to all appliances in the residence.  The electric companies are bullying people and using sneak tactics such as short or no notice before installation, and offering incentives to people to agree to the meters, or in my case the meter was installed without my presence, or being informed.  And for the few that have received advance notice, have an opportunity to opt out, or wish to change back to the previous equipment, the electric companies make their actions appear law-like in nature, using unlawful force, the unspoken threat of not being able to have service, not giving the public a choice, and telling half truths or offer pal mal compensatory benefits to get everyone to agree to their corporate agenda, such as having better knowledge and management and breakdown of your electricity use.

Although I am unable to contribute with hard scientific evidence since this is not my area of specialty, my personal experience and the experience of thousands of others speaks volumes. And again, we represent only a handful who know enough to link the health symptoms with the source, the remainder who are affected receive a flimsy diagnosis and are run through a gamut of inconclusive tests and are unnecessarily placed on medications, ranging from anti-depressants to anxiety and/or thyroid, heart/arrhythmia medications,

 The medical doctor that I have come across that may be able to contribute concrete evidence with regards to the effects of wireless technologies and biological issues and who is actively helping people with sensitivity to wireless technology is Dr. Dietrich

4

Klinghardt, and my suggestion as to who has and may be willing to contribute supportive research is Dr. George Carlo.  I highly suggest requesting and reviewing their work and other similar professional's  information and contributions to this ticking time bomb that is already causing harm in our workplaces, schools;  and one that will eventually take it's toll on all nation's healthcare system - directly or indirectly.

Respectfully submitted by

Name: Elissa Michaud

Address: 110 – 174 Wilson St. 238

Victoria, BC, V9A7N7

February 6, 2013

JA 09039

Radiation Sickness; Ella Elman Comments, Feb. 5, 2013

**FCC 12-152**

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| Notice of Proposed Rulemaking ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) ) | ET Docket No. 03-137 |
| ) | |
| And ) | |
| ) | |
| Service Rules for the Advanced Wireless Services ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the ) | |
| Middle Class Tax Relief and Job Creation Act of ) | |
| 2012 Related to the 1915-1920 MHz and ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:     Ella Elman
                      834 171st PL NE
                      Bellevue, WA 98008
                      eelman@u.washington.edu
                      425 679-9221

February 4, 2013

1

**AFFIDAVIT OF Ella Elman**

State of    Washington  ]

_ King_____ County    ]

I,  _Ella Elman_____, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is _Ella Elman_____ .  My address is___834 171st PL NE, Bellevue, WA, 98008_____.

2.   I  am a forest ecologist.

3.  I am an individual who is very sensitive to electromagnetic radiation. Approximately a year ago, I began having symptoms of headaches, dizziness and nervous system problems. Like most people, I had a cordless phone and a wireless modem near my computer. I had no idea of the risks posed by these devices to my health. When I measured the EMR emitted by these devices, the readings were greater than 2,000 microwatts/m2 for each of these devices. As soon as I turned these devices off, I immediately started feeling better. Due to my prolonged exposure to EMF from wireless, cordless phones and other sources, I am unable to be in spaces with strong sources of EMF. As a result, I have a real disability, as I am no longer able to work in most office environments (which have wireless) and cannot use a computer for long periods of time.

4.  Dozens of scientific studies have shown negative impacts of EMR on human health, even at low levels of exposure. The most commonly accepted guidelines are the Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for "extreme concern" (http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On May 31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans." The FCC does not use biologically determined guidelines that affect health, but rather uses a standard that measures thermal heating of biological tissue. The premise that

JA 09042

there are no adverse impacts of EMR on the human body until it is cooked is completely ridiculous.

5.  I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.


                         Respectfully submitted by

                         Ella Elman
                         834 171st PL NE
                         Bellevue, WA  98008
                         February 4, 2013

3

JA 09043

Radiation Sickness; Andrew Swerling Comments, Feb. 5, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:          (Andrew Swerling)
                           (17202 NE 85 Pl, Apt 1H-216)
                           (Redmond, WA 98052)
                           (aceswerling@hotmail.com)
                           (+1 305 924 1213)

February 5, 2013

JA 09045

**AFFIDAVIT OF Andrew Swerling**

State of    Washington  ]

_King_____ County    ]

I,  Andrew Swerling attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is _Andrew Swerling_____ .  My address is_17202 NE 85 Place, Apt 1H-216, Redmond, WA 98052.

2.   I  am a consultant on computer issues

3.  I am an individual who is very sensitive to electromagnetic radiation. Approximately a year ago, I began having symptoms of headaches, dizziness and nervous system problems. Like most people, I had a cordless phone and a wireless modem near my computer. I had no idea of the risks posed by these devices to my health. When I measured the EMR emitted by these devices, the readings were greater than 2,000 microwatts/m2 for each of these devices. As soon as I turned these devices off, I immediately started feeling better.

4.  I find it difficult to do my work since all of the computing devices I must use emit substantial amounts of EMR. I consider this a potential workplace hazard.

5.  Dozens of scientific studies have shown negative impacts of EMR on human health, even at low levels of exposure. The most commonly accepted guidelines are the Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for "extreme concern" (http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On May 31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans." The FCC does not use biologically determined guidelines that affect health, but rather uses a standard that measures thermal heating of biological tissue. The premise that

JA 09046

there are no adverse impacts of EMR on the human body until it is cooked is inconsistent with my experience.

6. For these reasons, I am dismayed by the continual introduction of new mechanisms using EMR that exacerbate the problem. Based on my understanding, this expansion of EMR is being done with no consideration of the impact to human health because it is happening either in open bands like 900MHz or 2.4GHz or in regulated bands supporting functions like LTE cellular. I believe the government should consider human health when issuing licenses to emit EMR.

7. I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health. I further urge the FCC to work with OSHA to establish guidelines around workplace exposure for EMR.


Respectfully submitted by

Andrew Swerling

17202 NE 85 Pl, Apt 1H-216

Redmond, WA 98052

February 5, 2013

Radiation Sickness; Natalie Smith Comments, Feb. 5, 2013

**FCC 12-152**

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:        Natalie Smith
                         12233 168th Place NE
                         Redmond WA 98052
                         Natalie@yogabehindbars.org
                         206-372-6776

                                              February 4, 2013

**AFFIDAVIT OF Natalie Smith**

State of    Washington

_King_____ County

I,  Natalie Smith, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is Natalie Smith  My address is 12233 168th Place NE Redmond WA
    98052.

2.   I  am the Executive Director of Yoga Behind Bars, a nonprofit based in Seattle that
    creates stronger communities through Yoga.

3.  **(Use concise (numbered) paragraphs to describe your interest and involvement
    that support your desire to change the FCC RF safety guidelines. We provided
    some sample text below. Please briefly discuss your personal experience with
    electromagnetic radiation (EMR). E.g.:)**
    I am an individual who is slightly sensitive to electromagnetic radiation. Using cell
    phone and wifi often give me headaches or tingling numbness in my hands. When I
    measured the EMR emitted by these devices, the readings were greater than 2,000
    microwatts/m2 for each of these devices. As soon as I turned these devices off, I
    immediately noticed a reduction in these symptoms.

4.  Dozens of scientific studies have shown negative impacts of EMR on human health,
    even at low levels of exposure. The most commonly accepted guidelines are the
    Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for
    "extreme concern"
    (http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On
    May 31, 2011, the World Health Organization's International Agency for Research on
    Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans."
    The FCC does not use biologically determined guidelines that affect health, but rather
    uses a standard that measures thermal heating of biological tissue. The premise that
    there are no adverse impacts of EMR on the human body until it is cooked is

JA 09050

completely ridiculous.

5.  I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.


Respectfully submitted by


Natalie Smith
12233 168th Place NE
Redmond WA 98052
February 4, 2013

JA 09051

Radiation Sickness; Mana Iluna Comments, Feb. 4, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:        (Name . . . ) Mana Iluna
                         (Street or P.O. Box . . .)4415 145th Ave.NE H-2
                         (City   State   ZIP Code   )Bellevue, WA 98007
                         (E-mail . . .    ) manailuna1@msn.com
                         (Telephone Number   )425 882-2503

                                                February 4, 2013

1

**AFFIDAVIT OF (Your Full Name Here)_Mana Iluna_____**

State of    Washington  ]

_King_____ County    ]

I,   (Mana Iluna attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is Mana Iluna_____ .  My address is_4415 145th Ave. NE H-2
    Bellevue, WA 98007_____.

2.  I  am   (describe your occupation).a Spiritual Coach and a Yoga Teacher

3.  **(Use concise (numbered) paragraphs to describe your interest and involvement**
    **that support your desire to change the FCC RF safety guidelines. We provided**
    **some sample text below. Please briefly discuss your personal experience with**
    **electromagnetic radiation (EMR). E.g.:)**
    I am very sensitive to electromagnetic radiation. Some time ago, I began having
    symptoms of headaches, dizziness and nervous system problems. Like most people, I
    had a cordless phone and a wireless modem near my computer. Unfortunately, I
    didn't know about the risks to my health, posed by these devices. When I measured
    the EMR emitted by these devices, the readings were greater than 2,000
    microwatts/m2 for each of these devices. As soon as I turned these devices off, I
    immediately started feeling better.

4.  Dozens of scientific studies have shown negative impacts of EMR on human health,
    even at low levels of exposure. The most commonly accepted guidelines are the
    Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for
    "extreme concern"
    (http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On
    May 31, 2011, the World Health Organization's International Agency for Research on
    Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans."
    The FCC does not use biologically determined guidelines that affect health, but rather
    uses a standard that measures thermal heating of biological tissue. The premise that

JA 09054

there are no adverse impacts of EMR on the human body until it is cooked is completely ridiculous.

5. I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.

Respectfully submitted by

Name: Mana Iluna

Address: 4415 145th Ave.NE H-2

City  State  Zip: Bellevue, WA 98007

February 4, 2013

JA 09055

Radiation Sickness; Jayne G. Cagle Comments, Feb. 4, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. |
| 03-137 | | |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. |
| 12-357 | | |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:       Jayne G. Cagle
                        9220 Sunny Shore Lane
                        Chattanooga, TN  37416
                        jaynecagle@me.com
                        423-344-6401

February 4, 2013

JA 09057

## **AFFIDAVIT OF JAYNE G. CAGLE**_____

State of   Tennessee

_Hamilton_____ County

I,  _Jayne G Cagle_____, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is Jayne G. Cagle .  My address is 9220 Sunny Shore Lane, Chattanooga, TN 37416-1343.

2.  I  am a yoga instructor, meditation instruction wife, mother, neighbor and grandmother.

3. **(Use concise (numbered) paragraphs to describe your interest and involvement that support your desire to change the FCC RF safety guidelines. We provided some sample text below. Please briefly discuss your personal experience with electromagnetic radiation (EMR). E.g.:)**
I am an individual who is very sensitive to electromagnetic radiation. In March 2012, I began having symptoms of extreme and constant headaches, daily heart palpitations, sleeplessness and nervous system problems like irrational irritability. Unlike most people, my husband and I had already hardwired the internet system in our home including the TV access to the internet.  We replaced all cordless phones in the house with regular 'land-line' style wiring.  I was already in the habit of not holding my cell phone to my head as it would cause headaches; preferring rather to use the speaker option on the phone.  I generally walk around with my cell phone off unless I need it. While using the GPS option in the car, it is wired to an auxiliary line in the car's electrical system.  I limit the amount of time I am exposed to computers, TV's and any wifi systems when possible.   Because I had an idea of the risks posed by these

2

JA 09058

devices to my health, we fought to have the smart meter removed from our house; replacing it with an analog meter.  On Wednesday March 14, 2012, the instant the smart meter was disconnected, the headache stopped.  Within 2 nights, restful (deep) sleep patterns began to return and I have not experienced one heart palpitation since.

4.  Dozens of scientific studies have shown negative impacts of EMR on human health, even at low levels of exposure. The most commonly accepted guidelines are the Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for "extreme concern" (http://www.baubiologie.de/downloads/english/ richtwerte_2008_englisch.pdf). On May 31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans." The FCC does not use biologically determined guidelines that affect health, but rather uses a standard that measures thermal heating of biological tissue. The premise that there are no adverse impacts of EMR on the human body until it is cooked is completely ridiculous.

5.  I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.


Respectfully submitted by


Jayne G. Cagle

9220 Sunny Shore Lane

Chattanooga, TN  37416-1343

February 4, 2013

3

Radiation Sickness; Mark Summerlin Comments, Feb. 4, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:      Office of the Secretary
         Federal Communications Commission
         Washington, DC 20554

Comment Filed by:         Mark Summerlin
                          410 Mesquite Circle
                          Copperas Cove, TX 76522
                          summerlincrew@aol.com
                          (254) 542-1139

                                              February 4, 2013

1

JA 09061

**AFFIDAVIT OF MARK A. SUMMERLIN**

State of Texas  ]

Coryell County]

I,  Mark Summerlin,  attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is Mark Summerlin . My address is 410 Mesquite Circle.

2. I am a Wastewater Plant Operator in Copperas Cove, TX.

3. I am an individual who is very sensitive to electromagnetic radiation. Approximately a year ago, I began having symptoms of headaches, dizziness and nervous system problems. I have been having sharp pains in my head for over a year now. After several trips to the doctor, without remedy, I continued to have pain. Like most people, I had a cordless phone and a wireless modem near my computer. I had no idea of the risks posed by these devices to my health. My wife has also displayed sensitivity to electromagnetic radiation with these same symptoms to include nausea and vomiting. My daughter, whose room in next to ours, has also suffered from headaches and nausea. My daughter was diagnosed with Crohn's disease January 2012, which we also were told from her pediatrician that the disease has dramatically increased in recent years. The medical community has no answer as to why this is so. The doctors were puzzled as it did not seem to be hereditary as in all other cases. Upon further research, I see that EMR is especially damaging to stomach and gastrointestinal areas. These findings cause me and my family great concern. Once we did research on the smart meters and took measures to distance ourselves from our bedroom where the meter is located, turned off wireless equipment in our home we began to feel some relief. I beg of you to PLEASE reconsider the damage that this has been proving to cause for millions of American families.

4. Dozens of scientific studies have shown negative impacts of EMR on human health, even at low levels of exposure. The most commonly accepted guidelines are the Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for

JA 09062

"extreme concern"
(http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On May 31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans." The FCC does not use biologically determined guidelines that affect health, but rather uses a standard that measures thermal heating of biological tissue. The premise that there are no adverse impacts of EMR on the human body until it is cooked is completely ridiculous.

5. I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.


Respectfully submitted by


Mark Summerlin

410 Mesquite Circle

Copperas Cove, TX 76522

February 4, 2013

JA 09063

Radiation Sickness; Lashanda Summerlin Comments, Feb. 4, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:    Office of the Secretary
       Federal Communications Commission
       Washington, DC 20554

Comment Filed by:    LaShanda Summerlin
                     410 Mesquite Circle
                     Copperas Cove, TX 76522
                     summerlincrew@aol.com
                     (254) 542-1139

February 4, 2013

1

JA 09065

## AFFIDAVIT OF LASHANDA M. SUMMERLIN

State of Texas  ]

Coryell County]

I, LaShanda Summerlin,  attest that my statements  are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is LaShanda Summerlin . My address is 410 Mesquite Circle.

2.  I am an Office Administrator on Fort Hood, TX.

3. I am an individual who is very sensitive to electromagnetic radiation. Approximately
   a year ago, I began having symptoms  of headaches, dizziness and nervous system
   problems. Like most people, I had a cordless phone and a wireless modem near my
   computer. I had no idea of the risks posed by these devices to my health. My husband
   has also displayed sensitivity to electromagnetic radiation with these same symptoms.
   He has been having sharp pains in his head for over a year now. After several trips to
   the doctor, without remedy, he continued to have pain.  My daughter,  whose room in
   next to ours, has also suffered from headaches and nausea. My daughter was
   diagnosed with Crohn's disease January 2012, which we also were told from her
   pediatrician that the disease has dramatically increased in recent years. The medical
   community  has no answer as to why this is so. The doctors were puzzled as it did not
   seem to be hereditary as in all other cases. Upon further research, I see that EMR is
   especially damaging to stomach and gastrointestinal areas. These findings cause me
   and my family great concern. Once we did research on the smart meters and took
   measures to distance ourselves from our bedroom where the meter is located, turned
   off wireless equipment in our home we began to feel some relief. I beg of you to
   PLEASE reconsider the damage that this has been proving to cause for millions of
   American families.

4. Dozens of scientific studies have shown negative impacts of EMR on human  health,
   even at low levels of exposure. The most commonly  accepted guidelines are the
   Building Biology recommendations  that list 1,000 microwatts/m2 as the threshold for

JA 09066

"extreme concern"
(http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On May 31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans." The FCC does not use biologically determined guidelines that affect health, but rather uses a standard that measures thermal heating of biological tissue. The premise that there are no adverse impacts of EMR on the human body until it is cooked is completely ridiculous.

5. I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.

Respectfully submitted by

LaShanda Summerlin
410 Mesquite Circle
Copperas Cove, TX 76522
February 4, 2013

JA 09067

Radiation Sickness; Kath Mason Comments, Feb. 4, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:        Kath Mason
                         834 171st Pl NE
                         Bellevue, WA 98008
                         Kathmason47@gmail.com
                         February 4, 2013

1

## AFFIDAVIT OF Kath Mason_____

State of    Washington  ]

_King_____ County     ]

I,  _Kath Mason_____, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is _Kath Mason_____ .  My address is_834 171st Pl NE Bellevue WA 98008_____.

2.   I am  retired.

3.  I have recently found that I am sensitive to electromagnetic radiation.  When I am exposed to wireless fields, power lines and cordless phones, I get dizzy and feel tingling in my hands. Until recently I had no idea of the risks to my health posed by these things. When I am away from electromagnetic radiation,  the symptoms disappear.

4.  Dozens of scientific studies have shown negative impacts of EMR on human health, often at low levels of exposure. The most commonly accepted guidelines are the Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for "extreme concern" (http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On May 31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans." The FCC does not use biologically determined guidelines that affect health, but rather uses a standard that measures thermal heating of biological tissue. The premise that there are no adverse impacts of EMR on the human body until it is cooked is completely ridiculous.

5.  I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.

JA 09070

Respectfully submitted by

Kath Mason

834 171st Pl NE

Bellevue, WA 98008

February 4, 2013

JA 09071

Radiation Sickness; Daniel Kleiber Reply Comments, Nov. 1, 2013

**FCC 13-39**

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Reassessment of Federal Communications | ) | ET Docket No. 13-84 |
| Commission Radiofrequency Exposure Limits and | ) | |
| Policies | ) | |
| | ) | |
| Proposed Changes in the Commission's Rules | ) | ET Docket No. 03-137 |
| Regarding Human Exposure to Radiofrequency | ) | |
| Electromagnetic Fields | ) | |
| | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Reply Filed by:          Daniel Kleiber
                         N9387 Riverview Dr.
                         Waterloo, WI 53594
                         kleiber@gdinet.com
                         (920) 478-9696

                                              November 1, 2013

1

JA 09073

## AFFIDAVIT OF DANIEL KLEIBER

State of Wisconsin   ]
                     ]      ss.
County of Jefferson  ]


DANIEL KLEIBER being duly sworn deposes and says:

1. My name is Daniel Kleiber.  I live in the country at N9387 Riverview Drive, Waterloo, Wisconsin.

2. My wife and I have lived on our farm in Waterloo, Wisconsin since 1996.

3. The current FCC radiofrequency radiation limits are too high to protect human health.  The limits need to be lowered immediately.  New safety limits should be enacted using a biologically-based model.

4. I categorically disagree with the FCC's statement in paragraphs 8 and 9 and footnote 10 that a NEPA evaluation is unnecessary and premature.  The FCC fails to consider that there are actually two options needing evaluation - the considerable environmental and human health costs of doing nothing and the environmental and human health benefits of basing safety limits on biology, along with the monetary costs of both.  This is a situation that calls for NEPA review, *Envtl. Def. Fund v. Tenn. Valley Auth.*, 468 F.2d 1164, 1174 (6th Cir. 1972), specifically a formal Environmental Impact Statement (EIS) .  My experience alone, outlined below, provides the evidence of injury under existing inadequate radiofrequency (RF) limits, causality, along with the potential for remedy with the enactment of meaningful biologically-based RF safety limits that, indeed, necessitates a full NEPA evaluation of the options: keeping RF limits at thermal levels or setting meaningful biologically-based RF safety limits.

5. The NEPA evaluation and EIS are necessitated by the presence of two options which have the potential to have radically different impacts *Burkholder v. Peters*, 58 F. App'x 94, 96 (6th Cir. 2003) (quoting 42 U.S.C. § 4332(2)(C)).  The EIS should include a review of the impact of both options on the environment, as well as on human health and safety.  "The Report on Possible Impacts of Communication Towers on Wildlife Including Birds and Bees" commissioned on 30th August, 2010 by the Ministry of Environment and Forest, Government of India  (incorporated by reference herein in its entirety http://www.moef.nic.in/downloads/public-information/final_mobile_towers_report.pdf) and "Impacts of radio-frequency electromagnetic field (RF-EMF) from cell phone towers and wireless devices on biosystem and ecosystem – a review," (incorporated by reference herein in its entirety http://www.biolmedonline.com/Articles/Vol4_4_2012/Vol4_4_202-216_BM-8.pdf) both provide enough compelling evidence of potential environmental harm at existing RF limits to necessitate an EIS evaluating existing limits compared to biologically-based RF safety limits.

2

6.  The FCC has a duty to the public to protect the public health and safety from harm from radiofrequency radiation (H.R. Report No. 104-204, p. 94).

7.  In May 2011, IARC classified radiofrequency radiation, including radiation from all wireless technologies, as a class 2B possible carcinogen.

8.  In the 2012 BioInitiative Report, the authors conclude radiofrequency radiation is a carcinogen.  The 2012 BioInitiative Report is incorporated by reference herein in its entirety (http://www.bioinitiative.org/)

9.  *"Public safety standards are 1,000 – 10,000 or more times higher than levels now commonly reported in mobile phone base station studies to cause bioeffects."* (http://www.bioinitiative.org/conclusions/)

10.  The FCC radiofrequency radiation limits are outdated and obsolete.  They are based on physics, not biology and, therefore, the limits are so high that they are useless for protecting the population from harmful biological effects.  (http://www.bioinitiative.org/)  Since the FCC lacks the expertise to establish meaningful biologically-based safety limits, it is the duty of the FCC to advocate for allocating funding and authority to the EPA to establish biologically-based safety limits.  2012 HR6358 exists as a model of legislation to do just that.

11.  The FCC is not entitled to essentially disregard comments from citizens because they cannot provide global cost-benefit analysis (*Scenic Hudson v. Federal Power Commission*), as is suggested by paragraphs 109 and 209.  The Commission has an affirmative duty to inquire into and consider all relevant facts.  They must use government resources to perform the relevant analysis.  The FCC should request that the EPA use its taxpayer-funded resources and experts present at its National Risk Management Research Laboratory to conduct all of the cost analyses the FCC has asked for in this proceeding.

12.  In paragraphs 65, 66, and 67, I provide information about the monetary costs incurred by me and my family as a direct result of the FCC's negligence in not putting into place biologically-based RF safety limits years ago.  The emotional and social costs have also been very steep.  None of the common uses of wireless technology comes close to justifying the monetary, physical, emotional, and social price our family has been forced to pay for it.

13.  My family's on-going health nightmare, caused by the presence of biologically active levels of radiofrequencies on the electrical grid and radiofrequency radiation transmitted into the environment through use of wireless technology, is illustrative of why it is essential that the EPA finally be empowered to establish biologically-based radiofrequency radiation safety limits.

14.  I am a type 1 diabetic and I use an insulin pump.  My blood sugar is under good control, as long as I can avoid exposure to high frequencies.

15.  I have had many instances where my blood sugar has increased dramatically in response to high frequency exposures and I have not been able to lower it with additional insulin until the

JA 09075

high frequency exposure has stopped. One particularly memorable incident occurred when the neighbor, for whom I custom combine and who carries a cellphone that is turned on, joined me in the combine for about 3 hours. Prior to him entering the combine with his cellphone my blood sugar was 100-120. A short time later I tested and it was over 300. I took a bolus of insulin several times and my blood sugar did not respond. Minutes after he left the cab with his cellphone I tested and my blood sugar was dropping. It bottomed out near 30. I drank four cans of soda to get my blood sugar back to normal. This is far more than normally required and seemed to be because the insulin was finally able to act properly. Another incident occurred when we were visiting my wife's relatives in Canada. I again had high blood sugar that would not respond properly to insulin. We discovered that the neighbor's wireless router was responsible. I have also had similar reactions to high frequencies on electrical wiring, also known as "dirty" power or electrical pollution.

16. Greater exposure to radiofrequency radiation from the ever increasing use of wireless technology will endanger my health by making my blood sugar harder to control.

17. Data cited in the review of Soviet literature related to the biological effects of exposure to radiofrequecy (rf) radiation suggest this is true. It mentions that in one study 75% of people working in rf fields were prediabetic. (See Dodge, incorporated by reference herein in its entirety http://www.magdahavas.com/wordpress/wp-content/uploads/2010/08/ Dodge_1969.pdf)

18. Two papers looking at the historical incidence of diabetes provide further evidence of harm from exposure to rf. ["*Historical evidence that electrification caused the 20th century epidemic of 'diseases of civilization'*" by Samuel Milham (http://www.medical- hypotheses.com/article/S0306-9877(09)00579-9/abstract) and "*The Rise of Childhood Type 1 Diabetes in the 20th Century*" by Edwin A.M. Gale (http://diabetes.diabetesjournals.org/ content/51/12/3353.full)] Milham finds a significant correlation between electrification and increased rates of diabetes mortality. Gale concludes that increases in prevalence of type 1 diabetes through the last century must be linked to environmental factors. Both provide objective support for my personal observations that rf affects my blood sugar levels and interferes with the ability of the insulin from my pump to act. Presumably my body's own insulin was similarly affected, stressing my pancreas, and resulting in me developing type 1 diabetes.

19. In 2011, I spent about 22 hours a week in the Madison, WI area vending at farmers markets during the spring, summer and fall. After market season ended and I finished custom combining, I was no longer around cellphone radiation on a daily basis. I had to decrease my basal insulin rate. Over about a month it dropped about 16%. Since then our rf environment has deteriorated and my basal insulin use has increased.

20. When I am exposed to high frequencies, I feel ill. If I have to run errands in town, I usually return home with a headache. I often find my blood sugar goes up in stores. I have been forced to leave meetings early because of feelings of nausea.

21. We have two small children whom we are homeschooling so they will not be exposed to the dangerous high frequency environment in our local public school (Waterloo, WI). The school has both WiFi and high electrical pollution levels.

22. Our children both experience health problems when exposed to high frequencies. They feel sick, become hyperactive, less able to think logically and control their behavior. They also sleep poorly in bad high frequency environments. The recent increase in radiofrequency radiation exposure has given them chronic cardiac arrhythmias.

23. The drastic measures we have taken to reduce their exposure has momentarily stabilized them at about early stage 2 radiofrequency sickness. (See Dodge) We are very concerned that any increase in the radiofrequency radiation levels could again push them over the edge toward stage 3 radiofrequency sickness. They should not be involuntarily exposed to a pollutant that has such profound detrimental effects on them.

24. Because of the serious effects exposure to high frequencies has on our health, we do not own a cellphone, cordless phones, wireless router, baby monitors, or subscribe to wireless internet.

25. My personal experience has shown me how serious the effects of exposure to high frequencies can be. Over the years I have only occasionally had time to read the research on high frequency exposure. I recently read the paper by Halberg and Johannsen in *Pathophysiology* [Ö. Hallberg, O. Johansson, Apparent decreases in Swedish public health indicators after 1997—Are they due to improved diagnostics or to environmental factors? Pathophysiology(2009)]. I believe that paper alone should raise enough doubts to halt all additional spectrum rollouts, the smart meter rollout, expansion of wireless internet and expansion of other wireless communications until safety limits to protect the public health during continuous exposure to high frequencies from all sources including transmitted and electrical pollution are established. For more information about electrical pollution as a potent source of high frequency exposure please see www.electricalpollution.com.

26. I knew that an increase in levels of transmitted radiowave and microwave radiation would be very detrimental to my health and that of my family and would further impair our ability to live a normal life.

27. Therefore, we refused installation of the We Energies AMR meters, which transmits a spike of microwave radiation (approximately 1800 $\mu$W/m$^2$) every 6 seconds 24 hours a day, 7 days a week, on our two electrical services.

28. We had to turn away at least one installer who came to install meters after we were on the record with We Energies and the PSC as not wanting an AMR meter installed.

29. We were concerned that we would find AMR meters installed despite our clearly expressed refusal to have AMR meters, so we padlocked our meter pedestals and installed clearly worded permanent signage.

JA 09077

30. In response to our continued refusal to allow installation of the meter, we were threatened with disconnection. (See WeEnergies9Dec2011.pdf)

31. My parents tried to refuse to take a transmitting meter so we would still be able to visit and were bullied into taking the meters by a disconnect threat. We can no longer visit. Our one try was cut short by our younger son feeling so ill that he was crying and begging to leave - in spite of it being Christmas with relatives, presents, and candy.

32. Both We Energies and the PSC maintained, over the phone and at a meeting with our state legislators, that we had three choices and represented them as accommodation.
    1. Take the AMR meters.
    2. Take the AMR meters and move them anywhere on our property at our considerable expense (thousands of dollars to move them even short distances).
    3. Get off-grid.

33. We do not consider these choices to have been any form of accommodation since we could not have moved the meters far enough to protect our health. Also, the radiofrequencies the meters produce get on the wires, essentially turning the house into a low-power microwave. This proved to be a problem even though our nearest neighbor is over half a mile away. Having two meters of our own would have worsened the effect.

34. We consider the refusal to accommodate us and the threat to disconnect us to have been bullying and intimidation on the part of We Energies and the Wisconsin Public Service Commission.

35. My wife met, as part of a group, with state legislators (Sen. Grothman, Rep. Jorgensen, and Connie Schulze, a staff-member of Sen. Darling's, who were supportive, but unwilling to sponsor legislation to help us.

36. My wife called numerous federal agencies - to no avail.

37. In March 2011, we received a letter from We Energies threatening to disconnect us within 48 hours for denying them access to the meter pedestal, which we own. This, in spite of the fact that, during a conversation about the supposed safety issue and the fact that We Energies can easily disconnect power to our farm at our transformer in case of an emergency, Tom Held (Supervising Engineer Meter Technology) concurred saying "I know. They can pull the fuse."

38. We had been customers in good standing.

39. Again we appealed to the PSC (PSCMarch2011WEcutoff.pdf) for accommodation under the ADA and asked that they address the radiation coming off of our transformer and causing cardiac arrhythmia for our son, only to be told that they would stand by and watch us disconnected, although they would make We Energies wait until after April 15. They did not address the dangerous radiation at all.

40. After consulting multiple lawyers, realizing that the sole power to provide or deny accommodation resided with the PSC, and even being told outright by one lawyer that our best bet was to get off the grid, we began making preparations -at considerable expense- in case we were forced off-grid, fighting all the while.

41. We got a propane refrigerator, a pilot light gas stove, installed a gravity flow hot water heating system, acquired a generator to run our commercial freezer and installed a solar photovoltaic system to run a new DC well pump and sump pumps and converted our computer to run on DC.

42. We felt that the PSC was in violation of its own statutes in standing by and watching customers in good standing get disconnected and that We Energies was in violation of the law, but with no one to defend us, we had no recourse other than the one easily accessible public forum - a Letter to the Editor. (We had contacted various legal organizations including the ACLU, Public Citizen, Common Cause, and NRDC. All said that they have limited funding and they had never heard of this before. News outlets were similarly uninterested - utilities and telecom companies provide substantial funding through advertising or outright ownership.) We did also reply to the PSC.

43. The PSC once again refused to exercise their right to stop We Energies from disconnecting us for refusing the transmitting meter.

44. The PSC refused to accommodate us in large part because the AMR meters were supposedly in compliance with FCC radiofrequency limits (see PSC27Apr2011reDATCP.pdf), in spite of the fact that FCC limits were never intended to protect anyone from the biological effects we experience. Compliance with FCC limits has been used to force many many people from across the country to have devices which compromise their health.

45. After we wrote the letter to the editor, Sue Crane, Manager Special Projects at We Energies contacted us and asked that we remove the padlock stating that she would personally guarantee in writing that the meters would not be changed for 6 months.

46. On October 8, 2011, we sent letters to the PSC and We Energies requesting that they remove our electrical service since they had repeatedly ignored our requests to address the problems on their system that were causing large amounts of very high frequency radiation to radiate off of our transformer and our house wiring.

47. We had been forced to sleep in a tent a half mile from our home site (and at least that from other electrical services) from the end of July through October 13, 2011 - the start of early deer hunting season - in order to stabilize our sons' cardiac health. (From the start of deer hunting until the secondary wires were removed on October 19, 2011 we slept in the bed of our full-sized truck parked in our metal machine shed with the openings facing the transformer electrically shielded and the bed opening away from the transformer. The electrical service to the shed was already disconnected thus preventing it from conducting the radiofrequencies in.)

JA 09079

48. Both sons were affected, although our younger son was affected more severely. After initial tachycardia incidents which we became aware of in the fall of 2010, they moved on to irregular heartbeat and heart rate which finally got quite slow and irregular, particularly during sleep. Additionally, Holter monitoring found that both boys had sinus arrhythmia. This is consistent with the descriptions of stages one and two of radiofrequency sickness in Dodge (attached). On a Holter monitor, our younger son only had a high of 242 bradycardia incidents hourly at the tent versus 1637 hourly at home. Our older son had a high of 165 bradycardia incidents hourly at home with no comparable due to a mistake on the part of the hospital. Our younger son's heart rate got so slow one night when we were forced by broken tent poles to sleep at home that he lost bladder control, wetting only his underwear because the volume of urine was so small. When my wife went to him in response to his call, he was agitated and upset, but his heart rate was very slow and the beats were weak and irregular. This continued for a couple of hours. We did not sleep in the house again after that until after the secondary lines were removed.

49. The deterioration in our health began shortly after the smart meters were installed in our area. Strong power line communication signals (likely related to broadband over power lines) in the 12.4 to 13.2 MHz and 25.5 to 26.3 MHz range along with communications signals radiating from our end of the line transformer and our home wiring seem to have been the final straw.

50. Signals in the 1 MHz to 80 MHz range used for broadband over power lines and communications signals are not supposed to cross the transformer. However, what happens when the signal hits the end of the line has not been considered as far as I know. Our experience suggests that it radiates and does cross the transformer enough to radiate off of the wiring and plumbing throughout the house at biologically-harmful levels.

51. We are now off-grid to protect our family's health.

52. After going completely off-grid, I had three heavenly weeks. I slept well, felt well, and had lots of energy. Our pets' health improved. Most importantly, our sons' cardiac rhythms had almost completely normalized.

53. Then, in early January 2012, 4G cellphone service was installed in our area. Within a week, our sons' cardiac rhythms were again highly irregular. Our younger son was again waking us in the night crying and feeling unwell with a highly irregular cardiac rhythm.

54. I screened all the windows with aluminum screen to reduce his exposure. Again, he slept through the night and was less clingy, but their cardiac rhythms remained irregular.

55. We are currently essentially housebound, unable to spend significant time in houses or businesses which have transmitting meters, which includes almost every electrical service in our area.

56. Due to the detrimental health effects that we experience, we are unable to visit friends and relatives who have transmitting meters.

8

JA 09080

57. We cannot completely escape the constant exposure from neighbors transmitting utility meters, 4G cellphones, and the power line frequencies which still radiate from the junction box down the road that terminates the line.

58. As 2012 passed, we had to do more and more shielding to compensate for the ever increasing levels of radiation from wireless technology. We have had to restrict the amount of time our outdoors-loving sons can be outside. They are now only able to be out an hour a day. If they are out more than that with any regularity their cardiac arrhythmias become severe enough that they become clingy and we are awakened in the night.

59. I am a beekeeper. My bees used to be healthy. The increased radiofrequency radiation in the last couple of years has not been good for their health. We lost all of our hives over winter the past two years. The winter of 2011-2012, with removing the transformer and its radiation from our yard, 80% survived the winter. Last year with the 4G cell service and dramatically worse RF environment, we again lost all our bees by the end of winter. Even losing one hive by the end of summer. Radiofrequency radiation can interfere with bee navigational abilities, impair their immune systems, and therefore decrease the health and vigor of my hives. Please see "The Birds, the Bees and Electromagnetic Pollution" by Dr. Andrew Goldsworthy, May 2009, for more information.

60. We do not want to continue to be guinea pigs for the government-sanctioned rollout of new technologies with insufficient safety standards, in total disregard for the Nuremberg Code of Ethics (http://www.hhs.gov/ohrp/archive/nurcode.html). We do not want to continue to be part of the experiment being involuntarily carried out on the American people verifying the results of decades old research showing that the long-term health effects of these wireless signals can be profound and dangerous. (See Dodge)

61. I have had difficulty keeping up with outdoor work such as planting, cultivating, harvesting, and animal care duties, as well as building maintenance projects, since I also feel unwell if I have to spend too much time outdoors. We are working on shielding some of my working spaces, but the outdoors is my work area and there is no good way to shield that.

62. Radiofrequency radiation levels have climbed high enough that even being inside most of the time was not protective enough to keep our sons from being symptomatic. We have had to begin shielding further. Every little bit helps for awhile, then more people use their phones more, stream video more, etc and the levels increase further and we have to shield some more. How long before radiofrequency radiation levels climb high enough that being outside at all is dangerous? What happens when we have shielded the whole house and even so being inside does not offer enough protection?

63. I wonder if I will get to see my sons grow to adulthood together or if one or both will have their lives cut short by the lack of meaningful biologically-based safety limits for radiation from wireless devices. They are sweet intelligent wonderful children and do not deserve to suffer or pay the final price so telecom companies can make more money.

64. Our situation perfectly illustrates the absolute inadequacy - irrelevance even - of the FCC radiofrequency radiation limits for protecting human health. These adverse effects are happening at levels **far** below existing radiofrequency radiation limits.

65. The FCC has asked for monetary costs, as though money is all that matters. The meters necessary to verify RF related problems cost us over $1,500. Going off-grid, which was necessary to protect the lives of our sons, cost us over $70,000 dollars based on simple addition of the costs of all the separate parts and steps necessary to make that happen. The cost was that low because we were able to do much of the work ourselves. The solar installer estimated that the system we wished to put in at that time would cost us over $80,000 just for the solar system, not including the new heating system, refrigerator, well-pump, super-insulating the freezer, freezer generator, freezer/generator control switches, etc.

66. Shielding materials have cost us over $2,500 so far, also based on simple addition, and are likely to cost us at least $4,000 more just for the shielding materials, also based on simple addition. It has cost over $7,000 to get new windows for the low E coating which helps block RF, again far less than most people would pay because I can install them. I cannot stress enough that these are only the monetary costs and do not include the physical, emotional, and social price our family has been forced to pay for the FCC's negligence in not implementing biologically-based safety limits. We are not wealthy and do not earn vast sums each year so it is a real question as to how long we can continue to pay for the continuous upgrades necessary to protect our family's health, yet how can we not? But, if we lose the farm doing it, what will happen to us?

67. FCC negligence in not establishing meaningful RF safety limits has caused us to pay more for health insurance. My diabetes diagnosis is probably due to "dirty" electricity exposure in my childhood, another potent source of exposure to RF. My blood sugar levels, mentioned in paragraph 15 are quite reactive to RF radiation from wireless devices. They are also reactive to "dirty" electricity. RF exposures can stimulate autoimmune reactions. My diabetes diagnosis put me in the uninsurable category. I was fortunate to be able to get health insurance through the Wisconsin Health Insurance Risk Sharing Plan (HIRSP), however even with the subsidy it was quite a bit more expensive than insurance I could have gotten as a healthy young man. We had to have HIRSP policies for our sons as well, not due to their health which was great prior to the RF toxicity problems outlined above, but because you cannot insure children without at least one adult as primary on the policy. As an example of the great expense this caused us, the non-HIRSP insurance quote we got in 2012, necessary to re-apply to HIRSP, for the whole family was $713.54/month. The premium for my insurance alone through HIRSP at that same time for the same $1,000 deductible was $554/month. HIRSP premiums at that same time and deductible level were $729/month for Catherine and $387/month for each of the boys. Up until the 2008 flood and policy changes allowed us to qualify for health insurance assistance we were paying similar large monthly premiums. Thus, FCC negligence, resulting in the absence of biologically-based RF safety limits for electrical quality, caused my wife's CFS diagnosis (actually RF sickness verified time and again by improvement in low RF environments) and my diabetes, and forced our family to pay significantly more (nearly 3 times more) for health insurance than we would otherwise have had to.

68. Not only is the absence of biologically-based RF safety limits in violation of common sense, the Nuremberg Code of Ethics, and the principles of public health protection, but the promotion of wireless technology, a technology that so severely restricts the activities of a portion of the population, violates the ADA, including the 2008 ADA amendments. The physical, social, and emotional costs of exclusion in spite of ADA protections and previous inclusion must be weighed in the EIS when it compares costs and benefits of the existing RF limits and enacting biologically-based RF safety limits.

69. The levels of radiation our family experiences on a daily basis from transmitting utility meters, cellphones, cell towers, wireless broadband, and other sources, - WITHOUT OUR PERMISSION - is already causing serious daily health problems for us. (All from devices that are supposedly individually compliant with the meaningless thermally-based FCC radiofrequency radiation limits.)

70. The FCC has no expertise for evaluating radiofrequency research and setting biologically-based safety limits. The FCC is not serving the public well by allowing the public health to be endangered by their lack of expertise. The FCC needs to tell Congress that they lack the needed expertise and ask Congress to provide funding to the EPA and invest them with the authority to set the biologically-based safety limits necessary to protect the public health and safety.

71. Without conservative safety standards designed to protect the public health of our entire population during continuous exposures from all detrimental health effects and the rigorous enforcement of such standards, we fear the long-term hazards to our family's health.

72. We have a right to be safe in our homes and our schools and workplaces, and we have a right to modern safety standards based on current science, not mistaken assumptions (the thermal model) and wishful thinking.

73. The existing FCC radiofrequency radiation exposure limits are way too high. Severe biological effects occur at far lower levels, as demonstrated by my family's experience, as well as in studies. If the FCC persists in ignoring this fact and does not adopt biologically-based radiofrequency radiation safety limits, it will be directly responsible for the ill health, even death, of millions of people. (See the 2012 BioInitiative Report - http://www.bioinitiative.org/ - for mechanisms and diseases for which links have been made in recent scientific literature and  Dodge - incorporated by reference herein in its entirety http://www.magdahavas.com/wordpress/wp-content/uploads/2010/08/Dodge_1969.pdf - for connections made over 40 years ago.)

JA 09083

74. I reaffirm that the information contained in the paragraphs above are true and correct.

75. End of affidavit.

Dated this _01_ day of November 2013.

_____
Signature of Person Making This Affidavit

State of Wisconsin      ]
                        ]        ss.
County of Jefferson     ]

Subscribed and sworn to (or affirmed) before me this _01_ day of November, 2013, by Daniel Kleiber of N9387 Riverview Dr., Waterloo, WI 53594, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Signature of Notary Public

Notary Public Seal



12

JA 09084

Radiation Sickness; Susan MacKay Comments, Sep. 3, 2013

The FCC standards for human exposure to radio frequency (RF) radiation should, in my opinion, be much more restrictive. Current standards use only the thermal model of harm as the basis for determining RF radiation safely policies. This is not sufficient and does not address the harm caused by the non-thermal biological effects from radiation transmitted by all forms of wireless electronic devices. The standards should be changed to take into account, and protect the public from, these non-thermal biological effects.

I have become electrochemically sensitive from exposures to radio frequencies from cell towers, cell phones, smart meters and other wireless devices. I cannot live in proximity to, or use, any of these devices. Because of my reactions to RF frequencies, I have had to relocate to a rural area where I am away from RF exposures which cause me to have severe migraine headaches, painful and debilitating muscle spasms, insomnia, and cognitive and memory problems. Now there is a new cell towers being built within a few miles of my home and smart meters being installed by the electric power company. These encroachments on my "safe" space will make it very difficult, if not impossible, for me to avoid RF exposures.

I urge you to make the standards for installation and use of wireless devices more restrictive so that the public will have some protection from the proliferation of these devices across all parts of our country without consideration of the devastating health effects they can cause.

Radiation Sickness; Theresa McCarthy Reply Comments, Mar. 4, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:    Office of the Secretary
       Federal Communications Commission
       Washington, DC 20554

Comment Filed by:        Theresa McCarthy
                         8746 Wahl Street
                         Santee, CA 92071
                         theresamcc@msn.com

                                        March 4, 2013

1

**<u>AFFIDAVIT OF Theresa McCarthy</u>**


State of    California    ]

<u>San Diego</u> County    ]

I, <u>Theresa McCarthy</u>, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is <u>Theresa McCarthy</u> .  My address is <u>8746 Wahl Street, Santee, CA 92071</u>.

2.  I am employed as an Administrative Assistant.


3.  A smart meter was installed on my condo unit, a community of 119 units side-by-side of approx 800 sq ft -1020 sq ft each with electric meters attached to each unit and approx 5-10 feet to the closest room of each unit, those being a bedroom and the kitchen. The **Attachment A** image shows one rowhouse of 7 condos (119 units in the community) and proximity of each unit to the other.  A wireless meter is on each unit's wall nearest a bedroom and in the patio.  The neighborhood is comprised of other condo communities.

4.  Within a few months a skin lesion suddenly appeared on my face above the right upper eyelid, it concerned me but I did not quickly seek medical advice as it was not painful and instead I kept checking it for any change.

5.  During that time I had become aware of a strange and worrisome bodily sensation at my small 822 sq ft home (where I used wireless internet connection & a cell phone) that had become unmistakeably intense with what felt like heart palpitations and sleep disturbance.  As an individual that loves a good night of restful sleep; this was not imagined.  When the lesion appeared and then stayed, the instant connection in my mind to information I had read about Radiation Frequency frightened me.

6. I came to learn that FCC's current RF safety guidelines do not take into account published research on the bioloigcal effects brought on by the ability of RF signals to communicate with living tissue and that IARC of the World Health Organization classified radiofrequency radiation as a class 2B possible carcinogen in May 2011.

2

7.  I also learned from a retired electrical engineer that "Fast reproducing and dividing living cells in all living things appear to have some degree of vulnerability when in close proximity to such potential RADHAZ power sources as electrical equipment. Few dare to take a stand on this subject or even seek funding to conduct effective research studies. Such a controversial subject can lead to unknown future results and expenses."

8.  I made changes:  a) ordered removal of the Smart Meter attached to my home, b) ceased wireless internet connectivity within my home, c) ceased keeping my cell phone on my person, d) avoid locations with wifi connectivity as much as possible, and e) resorted to shutting off all energy power strips when any electrical unit's power is not in use within my home.

9.  The skin lesion which had appeared near my eye, vanished.  My sleep pattern resolved and sense of normalcy returned versus the strange, constant, static nervousness, I had felt.

10.  Scientific evidence is mounting as is public awareness as outlined by these points and references:

- 2012 BioInitiative Report classifies radiofrequency radiation as a carcinogen. http://www.bioinitiative.org

- "Public safety standards are 1,000 – 10,000 or more times higher than levels now commonly reported in mobile phone base station studies to cause bioeffects."(http://www.bioinitiative.org/conclusions/)

- The Fenton Reaction, which is partially responsible for the carcinogenic nature of exposure to low levels of ionizing radiation, also occurs with exposure to radiofrequency radiation. See 2012 BioInitiative Report.

- The FCC has a duty to the public to protect the public health and safety from harm from radiofrequency radiation.

- US citizens and tax payers deserve radiofrequency radiation safety limits based on biology, not physics. In order for the FCC to fulfill its Congressional mandate to protect the public health and safety from harm from radiofrequency radiation it must update its RF safety regulations.

  "In the Telecom Act of 1996 Congress directed the FCC to set its own RF safety regulations for emissions from Personal Wireless Services Facilities (PWSF). The House Committee on Commerce said it was the Commission's responsibility to adopt uniform RF regulations "with adequate safeguards of the public health and safety." (H.R. Report No. 104-204, p. 94)

JA 09090

The FCC's failure to protect the health and safety of citizens by providing updated biologically- based RF safety limits on electromagnetic radiation exposure goes to the heart of the Chevron and Massachusetts v. EPA rulings on an agency's authority to disregard its Congressional mandate. Such agency action and inaction are "arbitrary and capricious…[and] otherwise not in accordance with law." (Massachusetts v. EPA, 549 U.S. 497, 534-535 (2007))

The statute requiring the FCC to adopt and update RF safety regulations is not ambiguous, and therefore the clear intent of Congress applies." EMR Policy Institute Comment in FCC Docket

- FCC does not possess the expertise to set biologically-based radiofrequency radiation safety limits. EPA does. Therefore, the FCC should advocate that Congress direct the EPA to establish biologically-based radiofrequency radiation safety limits and provide the budget and resources to carry out that task. 2012 HR6358 was an excellent example of legislation to authorize the EPA to establish biologically-based radiofrequency radiation safety limits

- Compliance with FCC radiofrequency radiation limits is often cited as an excuse to ignore evidence of harm by transmitting utility meters…etc and force harmful exposure on people against their will. Be sure to support with documentation from your experience.

- A moratorium should be placed on sales of new spectrum, transmitting utility meter installation, and installation of additional base stations for wireless service while biologically-based safety limits are being developed.

11.  Exponential RF exposure within multi-unit residential communities, such as in my case, is an immediate, tremendous, health and safety issue.

12.  All humans, especially the most vulnerable, from the unborn developing infant to the elderly, rely on expedient, earnest, and diligent government response, regulation, policy protections and enforcement to shield humans from the invisible, increasing, onslaught of RF.

Respectfully submitted by:

Theresa McCarthy

8746 Wahl Street

Santee, CA 92071

March 4, 2013

4

Radiation Sickness; L S Murphy Comments, Jul. 11, 2016

ID  10712942612314

Proceedings
GN 14-177
IB 15-256
WT 10-112
IB 97-95
ET 13-84

Names of Filers L S,Murphy
Type of Filing COMMENT                                    Filing Status DISSEMINATED
Viewing Status Unrestricted
Date Received Jul 11, 2016                                Date Posted Jul 12, 2016
Address 1191 telegraph road
City west chester                    State PA                        ZIP 19380

Brief Comment
i strongly oppose implementing the 5G network. I am electromagnetically sensitive and can no
longer tolerate wifi, cell phones or smart meters. Because of the proliferation of wireless technology,
as opposed to wired fiber optic technology, I am confined mostly to my home, the interior of which i
have been forced to protect with EMF shielding paint and emf shielding curtains in the windows. This
is an intolerable situation that the wireless industry has disregarded the rights of all US citizens to
enjoy this wonderful country of ours, and especially the disabled, like myself. The recent National
Toxicology Program study has confirmed what thousands of previous independent scientific studies
have shown: wireless technology causes harm, and we should not be exposed to it if we choose not
to be exposed to it; this 5G technology serves only one purpose: enrich the wireless industry at the
expense of the health of everyone exposed to wireless technology, which already has caused
increases in autism, alzheimers, obesity, infertility, brain cancer and the inability to heal from
oxidative stress injuries. One presidential candidate has formulated a campaign slogan: "Make
America Great Again." While I do not endorse any presidential candidate, I do endorse that slogan.
One way to "make America great again" is to reduce unnecessary environmental exposure to EMF
for the health of all people in the US and for the sake of the environment. This country should be the
world leader in health and in many other areas. It is not. Our health standards and our environmental
standards are way below many other countries. Many European countries and Russia are far ahead
of us in the arena of EMF exposure safety limits. Let's start protecting the health of our children and
grandchildren and the elderly and disabled, and no longer yield to the pressure from the cell phone
and wireless industries. Please look ahead, as Teddy Roosevelt did more than a century ago,
establishing a national park system, after seeing how much of the country was being gobbled up by
development. Resist the pressure from industry to sell more gadgets in the present, at the expense
of the future of this planet. Listen to the scientists and doctors who have studied the effects of low
level EMF on humans. And listen to all of us who are electromagnetically sensitive, and are already
barred from taking part in many of the activities that we used to enjoy so much, all due to the
proliferation of wireless radiation signals in the air. Don't make it any worse, and work to reduce our
exposure, not to increase it. Thank you. Laura Sunstein Murphy, PhD, Esquire

Radiation Sickness; Patricia B. Fisken Comments, Aug. 30, 2013

FCC
Comments on Notice of Inquiry,
ET Docket No. 13-84

Patricia Burke
77 Himelfarb Street
Millis, MA 02054

I'm Patricia Burke.  I'm speaking about civil rights, and health, in favor new FCC guidelines in alignment with the precautionary principle, and recognition of biological impact below the thermal threshold for non-ionizing radiation.  I've lived most of my life in Massachusetts. Unfortunately, I lived in Northern California from 2008-2010, and my health was destroyed as the result of smart meter installation. I've moved 16 times in 6 years.

I'm a lightning strike survivor. I was injured while lifeguarding on a beach in Hopkinton.MA in the 1970's. I avoid store security systems, airport scanners, cell towers, and wireless devices.

For me, RF causes a spike in blood pressure, changes in cardiac function, impaired digestion, and a simultaneous sense of feeling overcharged, exhausted, out of rhythm, with urgent thirst.  In short, I re-experience the lightning strike response. If the United States examined rather than ignored two thousand health complaints in CA alone, affecting mostly women, the mechanism of injury could have already been addressed regarding the smart meters.

However, my uninformed physician suggested that I eat more fiber, move to Montana, or see a psychiatrist. Because there is no medical coding or recognition of EMF health impacts, there is no data.

Despite the Dept. of Justice questioning how affected individuals will be accommodated back in 2002,  the question is no longer whether these affected individuals can buy stamps or serve jury duty. It is whether they have the basic right to live in their own homes, or anywhere. What percentage of the U.S. population should be so marginalized?

This health challenge has been called premature aging syndrome.  Many individuals have unwittingly crossed a line to support human experimentation without knowledge or consent. This includes placing (cheap) micro-chipped appliances in homes of low-income families under the guise of weatherization grants in order to test grid technologies.  I chose my words carefully.  These are not the values of United States residents, who were not consulted, and instead are being subjected to convert installations and upgrades of utility meters. The FCC has the responsibility to draw a line addressing the disregard for human rights, and the rights of all of nature, regarding technologies that have never been proven safe. Thank you.

Radiation Sickness; Linda Hart Comments, Sep. 2, 2013

Comments on Notice of Inquiry, ET Docket No. 13-84

The current RFR exposure limits have impacted my well-being and caused me to experience health problems.  I have for 20 years had to avoid wireless devices such as Wi-Fi and cordless phones in the home.  Their presence always induced an inability to concentrate and deep brain fog.

When a smart meter was attached to my house I immediately experienced an inability to mentally focus and exhaustion.  Upon continued exposure this developed into a deep inner ear pressure, heat, and pain.  I had to camp out away from my home for months until I could get an opt out option in which the transmitting module was removed.

Now that I have been sensitized by exposure to a smart meter, I experience this deep ear pressure and pain when around RFs that did not previously affect me.  The Dect phones and Wi-Fi?s that are ubiquitous in most public buildings and private dwellings make it very difficult for me to go anywhere.  Electrosensitivity is one of the most limiting disabilities one can experience in our wireless world.  This sensitization is permanent and avoidance is the only recourse.

Please lower the RF exposure limits to truly protect the population, and especially those of us who are most vulnerable, from the non-thermal health impacts of RF.

Radiation Sickness; E Renaud Comments, Aug. 18, 2013

Comments on Notice of Inquiry, ET Docket No. 13-84 / 03-137

In January 2013 (after the smart meter was installed) strange things starting happening to my body. I didn't know what was going on. I heard high pitched sounds and then a 2-toned noise that wouldn't stop. It continually woke me up. My sleep was being affected so I started sleeping in a different room, but that didn't help. I was waking up every couple hours either from heart palpitations or the noise.

The sleep deprivation was seriously affecting me and my job. Two of my neighbors informed me that they also had similar symptons and it happened after their smart meter was installed. I had no idea what a smart meter was.

I contacted my electric company to no avail. The lack of sleep and the ignorance of what was happening to my healthy body was incapacitating me quickly. I put one and one together and realized the smart meter on the wall next to the bedroom might be the problem. Sleeping at the other side of the house helped only slightly, I still woke up every couple hours with this pulsing in my body and the noise in my ears and head.

I was forced to ask my employer to let me work part time because I had to get some sleep. I had to take a cut in pay, a cut in hours, and also a demotion in my job description.

I finally told the power company to remove the meter. They refused. I then told them, to remove the meter, or else turn off my power and then remove the meter. After a week or so of their contemplating what to do, they removed the meter and replaced it with an old analog meter – but only temporarily they said. I had hoped this would solve the problem. It did not. My neighbor's smart meter is about 10 feet from my bedroom and the electric pole where the meter is transmitting to is just across the street from my house.

In order to get sleep, I had to find somewhere else other than my house. I tried a neighbor's house who didn't have a smart meter. It was a little better, but the noise and strange feelings were still there. I tried a neighbor's motor home but the noise and heart palpitations were still there.

At this time I was also driving as far away from the city limits as I could in an attempt to get away from the pulsations and noise and electricity. Driving for 2 or more hours to try and get away from "electricity"? was adding to the physical and mental stress.

I started sleeping (in desperation) on a chaise lounge outside (in the middle of the winter – January/February/March). I could still hear the sounds traveling around the city almost constantly. I slept out in the open for many weeks. Ear plugs didn't really help this pulsating feeling and the sound, but I did manage to get a few hours sleep almost every night, in order to be able to keep my job and sanity.

Also there was pain behind my eyes, and strange red marks that looked like broken blood vessels would appear and go away after a week or so.

I work with the public in a health food store. During this time, several people came up to me and mentioned to me the problems they were having sleeping and the constant noise. Proof to me that something very strange was going on in the atmosphere.

I am an avid reader, but because of the physical and mental stress and the constant "noise" I got to the point I not could concentrate enough to read. My life was focused on getting through work, dinner and sleeping.

When the rainy season began, I started sleeping in a tent.

At one point in time during this, I was having pains in my chest. I went to an Emergi-clinic. They thought I might be having a heart attack or something and sent me to the Hospital

Emergency Room.   They took x-rays, etc., but nothing was found wrong.    I had also gone to an ear specialist to see if there was anything wrong with my ears.    I had a clean bill of health from him also.

Sleeping in a tent added to my hours that I could sleep.   The heart palpitations decreased over time.    And now the 2-toned noise has decreased quite a bit.   Either I have gotten used to it, or, I believe, the power company has adjusted somehow whatever it is they are doing through the electric wires and the smart meters.

I hear constant high pitched noise pretty much all the time.  There is a pressure in my head when I am in certain areas (the bedroom is one).   And there is a constant struggle to maintain energy and concentration.

I just take as much as I can and some days are worse than others.

Right now, the main physical affects I have are the constant hissing sound, and a lack of energy.   There is still a constant battle to maintain sleep.   It is rarely "sound" sleep.
I should say that I am a person who never EVER had a problem sleeping.

I have lived in my home for over 30 years.   I had planned to work at least 3-5 more years before I retired.   Now I just hope to be able to work another 4 months.   Since no one will take responsibility for the damage to people's health that is happening here, disability would be very hard to prove to the government.   Most doctors either won't admit what is happening or have not a clue what is happening.

Now that I have researched what is going on across America and the world with these smart meters and cell towers and massive grids and microwave radiation, I understand what is happening to my body and to others as well.

Unfortunately, I cannot see what is happening INSIDE my body.    What the electric companies and cell companies, and governments, etc., are doing to the world is nothing short of evil.    No one can hide from this, and as they continue to increase this problem, without adequate regulations, more and more people are going to be affected and suffer.

http://apps.fcc.gov/ecfs/comment/confirm?confirmation=2013817074220

Radiation Sickness; Nicole Nevin Comments, Aug. 12, 2013

**We are without electricity after over 12 weeks of having been <u>wrongly disconnected</u> by Central Hudson.** Keep in mind, there was no effort on behalf of Central Hudson, prior to them coming to clip our wires at the pole, right in front of me, to resolve this issue – even after they had been sent numerous, certified, return receipt documents, indicating why we absolutely must have our analog meter restored and giving them over 2 months to do so. Even after knowing that I had gotten very ill from the smart meter (YES, this IS what the meter they had our home was – no matter how much they deny it!) and that I was then hospitalized for 2 days standing 8 feet from that meter and diagnosed with a mini stroke – even though ALL my tests – an EEG, an MRI, a CATScan, and scanning my heart arteries and major arteries in the throat area – were all 100% CLEAR! I was told by the doctors that they were amazed that someone my age was in such good health – AND YET, I had a mini stroke standing 8 feet from that meter and upon being released, was told that I am now at HIGH RISK of a full blown stroke!

The smart meter was installed without Central Hudson ever having told us they would install it, without Central Hudson educating us about the meter, and without Central Hudson ever asking us if they could install a radiating device on our home. The doctors at the hospital also told me that after leaving the hospital I was now at high risk of having a full blown stroke! **THIS IS WHY WE WERE FORCED TO TAKE THINGS INTO OUR OWN HANDS AND REMOVE THE METER – 100% SELF DEFENSE – AFTER HAVING CENTRAL HUDSON IGNORE OUR REQUESTS FOR OVER 2 MONTHS – ONLY THEN DID WE REPLACE THEIR RADIATING SMART METER WITH A BRAND NEW, SAFE, ZEROED OUT, CALIBRATED GE ANALOG METER!** We video taped the replacement, zooming in on the numbers so that they could not accuse us of stealing electricity, and we zoomed in on the analog meter wheel turning and everything working perfectly. We also reminded them that we were the <u>ONLY</u> people on our block with a smart meter, and thus it would not be an inconvenience for them to read the meter as they already had to come down our block to read our neighbors meters. We then sent their smart meter, the DVD and a final letter to both the President and the CEO of Central Hudson. This was on May 16th. On May 20th, Central Hudson sent someone to our home, without any notice, and without any explanation, and the worker clipped our wires at the pole with a big pair of clippers, right in front of me. My neighbor was a witness.

We are well aware that both Central Hudson and our NY PSC (the organization that is **supposed to be** assisting customers in resolving issues with the utility company!) tell your office and EVERYONE who inquires, that the meters they are installing are "not smart meters" (a false statement) and that they are "safe" (another false statement). We can prove to you this is false information.

We know that our NY PSC and Central Hudson claim we had an "ERT" meter and that it is not a "smart meter". And yes, even though they both say "there are no smart meters in the state of new york" – this is a false statement. They can change the name of the meter, and try to use all kinds of "smoke screens and mirrors" to make it look like it is not a smart meter, but it is – without a doubt – a smart meter or <u>at the very least</u>, a meter that is able to be converted to a smart meter at any time with a flick of a switch or a minor revision. The meter on our home, regardless of what they want to call it, was a microwave pulsing meter, which emitted harmful EMR every 14 seconds or so, 24/7!!! They want these meters on every home and business and they want it done fast. **This is happening simultaneously with utility companies across our nation – and in other countries as well.** There are people fighting this all over the world! *<u>This fact alone</u>* SHOULD **cause a HUGE red flag of concern to be raised in the minds of those who have the people's interest at heart.**

You should know that the meters they say are "safe", what they are now calling "ERT meters" (by the way, the actual meter used to have the words "Smart Meter" on them – until they discovered people were on to them and then they started having the manufactures remove those two words) – broadcast pulsing microwave EMF radiation, and thus cause negative health effects – no mater what they call them – no matter what false statements they make!

JA 09103

We have spoken with 5 different employees in Smart Meter departments of the manufacturers of these meters (GE and Landis+Gyr) and they have told us (in writing) that the model number we had on our home (GE I-210) is, in fact, a Smart Meter.  It is on their website as well.  We asked **SPECIFICALLY** if our model/make of meter (GE I-210) would **NOT** be called a smart meter and was whether it would actually be referred to as an ERT meter – and a GE smart meter department employee told us, "No, that is definitely a smart meter – not an ERT meter.  It has an ERT module in it, but it is definitely a smart meter!"  GE's OWN WEBSITE states they are Smart Meters!!!

We were told that it is "illegal to install Smart Meters in the State of New York" by Central Hudson AND by the NY PSC.  ***If this is true, this issue should be deemed urgent and of top priority.***

**Neither the NY Public Service Commission nor Central Hudson (nor anyone else) has the right to force us or ANYONE to live with these emissions in our living spaces nor do they have the right to deny us a basic human right and vital need, in this case electricity, because we won't comply with the NY Public Service Commission's authorization of these unsafe, not UL approved, unlawful pulsing microwave ERT meter being placed on our home.**  Further, we have every right to have our electricity restored, contrary to what the NY PSC states - that we "did something wrong" by replacing a radiating, pulsing microwave meter ourselves with a safe, analog meter.

**For your information, IT IS A LAW** that a person 62 or over cannot have their electricity shut off – and my significant other, Stephen Romine, is 62 years of age.  It also states that the electric company MUST give you prior notice – which they did not.  When this was pointed out to the NY PSC, they simply "changed the rules" and stated that because we took the smart meter off the home ourselves that these laws do not apply to us.

**THE LAW STATES AS FOLLOWS:**

Central Hudson's procedures and safeguards work and how you can contact us. In addition, it explains the rights you are entitled to as a residential Central Hudson customer under the New York State Public Service Commission Rules and the Home Energy Fair Practices Act (HEFPA).

**Protections for Utility Customers**

Residential gas, electric, and steam consumers are protected by the Home Energy Fair Practices Act (HEFPA), also known as "The Utility Consumers' Bill of Rights." **The law went into effect in 1981** and helps keep gas, electric and steam service on. It establishes, among other rights, protections against shutoffs, restrictions on deposits and the right to a payment plan. Here are some highlights of the **Home Energy Fair Practices Act.**

Special Protections for Disabled or Elderly Consumers - Customers who are elderly, blind or disabled:

No utility shall terminate, disconnect or suspend or refuse to restore service where a residential customer is know to or identified to the utility to be blind, disabled or 62 years of age or older...

Gas, Electric and Steam Customers

Personal Contact Before Shutoff

Your utility company must call or, if they can't reach you, make a personal visit to your home 72 hours before a scheduled shutoff and/or to try to work out a payment plan.

It is a **known fact** as demonstrated by thousands of military reports done since the 1930's, that the effects of low level, pulsing, microwave radiation on the human being is harmful and can cause an array of negative health effects.  These reports were done in the development of pulsing microwave weapons and have all been declassified for everyone to read.  **You can find them easily online.**  Note that these documents state "100% of the population will be affected by **LOW LEVEL PULSING MICROWAVE RADIATION**!

It is a **known fact** that this pulsing microwave radiation – no matter how "low level" they claim it is – causes all kinds of ill health affects.  Look at the ABSOLUTE PROOF we are providing you.  The false statements made indicating these meters are "safe" is **NOT** accurate and based upon research that was done in the 1970's.  I understand your husband is a physicist – so he surely must know of The BioInitiative Report 2012, a recent 1500 page report, prepared by **29 authors from ten countries, ten holding medical degrees (MDs), 21 PhDs, and three MsC, MA or MPHs.**  Among the authors are three former presidents of the Bio-Electromagnetic Society, and five full members of BEMS.  This document makes it clear that the standards that our utility companies and our PSC are deeming "safe" are grossly outdated and no longer anywhere close to being "safe".  Almost all other countries have updated their standards to meet today's research and these standards are MUCH lower than the USA.  In the USA that number is **600-1000** and in other countries that number is **10** – a drastic and shocking difference in terms of safe levels determined, wouldn't you say?

There is NO scientific data to determine if there is a safe RF exposure level regarding its **non-thermal** effects! **Governmental agencies for protecting public health and safety should be much more vigilant towards involuntary environmental exposures!**

Below we have provided you with links that will be extremely informative and crucial for you to look at carefully. Please take the time to look at each link.

Please take some time to look at the following – they are each extremely educational and informative:

1) http://www.youtube.com/watch?v=gR8tILAxhjI   If you cannot find with this link, go to YouTube and type in the search box, "**Face to Face with Smart Meters**".  A woman from Canada speaks about the fact that our World Health Organization **IS** recognizing RF as Class B2 Carcinogen, ETC.

2) http://www.youtube.com/watch?v=c-F3nf47kAs  If you cannot find with this link, go to YouTube and type in the search box, "**National Day Of Action Against Smart Meters with Jerry Flynn**"  Jerry Flynn – a retired Navy man who worked for over 20 years in EMF / EMR warfare technologies.  Here he speaks directly to the Smart Meter issue and addresses point by point concerns – with absolute PROOF to back it up!

3) http://www.youtube.com/watch?v=n7L21XOC2wA  - If you cannot find with this link, go to YouTube and type in the search box, "**Public Health Physician Warns of Smart Meters...**"  Dr. David O. Carpenter – a Harvard Medical School-trained physician who headed up the New York State Dept. of Public Health for 18 years before becoming Dean of the School of Public Health at the University of Albany, NY, where he currently is the Director of the Institute for Health and the Environment.

4) http://www.electrosmogprevention.org/public-health-alert/smart-meters-radiation-exposure-up-to-160-times-more-than-cell-phones-hirsch/  Scroll down the page to watch the video with Hirsch and what he has to say.  A hard copy of his report is also enclosed.

5) http://www.smartmeterdangers.org  Please go to this site and click on all links on first page in order to educate yourselves!

6) http://www.bioinitiative.org   ** PRIORITY –  important information on Health issues.

Please note and be aware, that The BioInitiative Report 2012 is 1500 pages in length. This report is based upon 1800 new studies. The Bio Initiative 2012 Report has been prepared by **29 authors from ten countries, ten holding medical degrees (MDs), 21 PhDs, and three MsC, MA or MPHs.** Among the authors are three former presidents of the Bioelectromagnetics Society, and five full members of BEMS.

**Dr. David O Carpenter, MD,** USA is one of the authors of the Bio Initiative Report 2012– and he is located in

Albany, New York.  Dr. Carpenter is a public health physician whose current position is Director of the Institute for Health and the Environment at the University at Albany, as well as Professor of Environmental Health Sciences within the School of Public Health at the University at Albany.

That having been said, **and in an effort to save you time**, we are providing you with what we feel are key areas to read within that report.  **Of course, you need not limit yourself to our suggestions.**

**Our suggested reading of the BioInitiative Report are as follows**:

**SECTION 4 – Evidence for Inadequacy of the Standards**:

**Chapter II**:  USGAO (Government Accounting Office Report of 2012)

**Chapter III**:  International Agency for Research on Cancer - World Health Organization Classifies Radio Frequency Radiation as 2B Possible Human Carcinogen

**Chapter V**:  President's Cancer Panel Report of 2010

**Chapter IX**:  European Union Treaty Article 174

**Summary**:  *Please read the entire Summary – it holds a wealth of knowledge*

Contrary to what Central Hudson is telling their customers and the press, we have measured these meters all over Woodstock, NY (where we live) and they **do**, **in fact, emit radiation spikes about every 14 seconds** or so – **not** what Central Hudson employees are stating – which is "4-6 times per day" nor "several seconds once or twice a month" (as noted in a Letter to the Editor – April 18th, 2013 – from the Senior Vice President of Central Hudson, in our local Woodstock Times newspaper).

Please look at the PSC hearing in Sacramento, where the utility company there (SMUD) was stating this exact same false statements about this same issue – telling their customers that the radiation spikes only occurred 4-6 times per day (or something close to this number) and when they were under oath, in front of a judge, they had to admit the truth – the meters spiked radiation over 13,000 times per day.  SMUD was then ordered to take every digital meter off every home and business in Sacramento and replace them with safe, analog meters – if the customer decided to take advantage of the new Opt Out program.  SMUD was given 30 days to do this.  **At the very LEAST, the state of New York should have an Opt Out program for it's customers**! This was part of a bill that got squashed before it made it through the entire system.  Please look this up!

The ERT meters that Central Hudson claims are "safe" also radiate at **higher than safe levels** and they do so when ever the spiking occurs 24/7 – every 14 seconds or so.  So even though Central Hudson is trying to pull the wool over the eyes of their customers, we know the truth about the supposed "safe" ERT meters that they have begun to install after the customers started to realize they were installing Smart Meters.  **IN FACT, we heard directly from a Central Hudson employee, who installs the meters, that he was told to "install an ERT meter when the customer complains about a Smart Meter being installed" and that "the agenda is to have these broadcasting two way communication meters (ALL which emit radiation spikes OFTEN on 24/7 basis) on every home and business by the end of the year"!**

We let Central Hudson know from the beginning that there is someone sick in our home and that we wanted our analog meter to be restored.  We let them know again – after getting no response – that that same person was hospitalized for 2 days.  We did our best in many attempts to get **Central Hudson to replace the Smart Meter with a safe, Analog Meter,** and received attempts to contact us and no attempts of resolution.  When I was released from the hospital, the hospital informed us that I was now at **high risk for a full on, debilitating stroke. We simply could not take that risk by leaving the Smart Meter on our home!**  We explained this to Central Hudson.  We believe that the PSC and Central Hudson created an "unsafe situation" on, around and within our home when they installed a pulsing, microwave meter (without our consent or knowledge) and that

we were the recipients of that harm – contrary to their conclusions that we were the ones who created an unsafe situation by removing the meter from our home.  We were under severe amounts of pressure with a threat of a full blown stroke on the horizon if we did not remove that smart meter from our home.  We acted in self defense – period.

Please take some time to find and read the below documentation for your perusal – we urge you to read them thoroughly:

- Getting Smart About the Smart Grid
- The Cindy Sage Report
- The BioInitiative Report of 2012
- The AAEM information on this issue

Central Hudson ("CH") did **finally** contact us AFTER cutting our wires (no surprise there) – to offer to restore our power IF we paid them an **extortion fee of $385** and IF we would allow them to **install one of their ERT meters** - which also radiates every 14-30 seconds – pulsing, microwave radiation!

We informed CH the **only** meter we could accept would be, **as stated from day one**, is an **analog meter.**
          **CH told us that they did not have the analog meters anymore, even though we had no trouble whatsoever ordering a brand new analog meter online!**

We informed CH we have a **brand new analog meter on our home and that we ordered it very easily online** and that **IF certification and safety were the issue,** then we would happily offer to have CH or the NY PSC come to our home and certify this existing meter, which was working perfectly before they cut our wires.
          **CH and the NY PSC said they could not do that with no further explanation provided.**

We have asked to have a true analog meter restored to our property - period.  We have been very specific and said that we would **not** and cannot, (**due to health risks that we made crystal clear to them over the past 2 months**), accept any meter that has any of the following:

- SMPS, Switch Mode Power Supply
- RF Transmitter or transmissions
- Antenna
- PC printed circuit board
- Interface port for upload or download of data

We also required a clear "yes" or "no" answer as to whether or not Central Hudson's analog meter meets the above requirements from the manufacturer and that includes the exact make and model of the meter selected by Central Hudson.  We told them that we would be checking the meter they installed for radiation with our brand new, Megahertz Solutions, high frequency analyzer.

Based upon the evidence demonstrated in documentation and links provided herein, we believe that we have a right to **NOT** have a radiating emitting device on our home of any kind.  There is **no** doubt that EMF radiation has adverse health effects, as proven in above research and documentation supplied.  There is **no doubt** that adverse health affects were incurred by two individuals, due to the smart meter installed – myself and my significant other, Steve Romine.

Raji (Nicole) Nevin:  Adverse health affects were initially dizziness, spiking headaches, severe vertigo, nausea and brain fog.  On May 7th, mini-stroke and hospitalized for 2 days - still not fully recovered from this incident.

Stephen Romine:  Adverse health affects were a persistent and severe neck pain, due to inflammation, requiring him to take a pain killer (Advil) ongoing and daily, twice per day.  Since the smart meter was removed, the neck pain is no longer present and he is no longer is taking any pain killers.

JA 09107

We believe that we are not be required to live in our own home with a class b2 carcinogen being broadcasting out into our front yard or through our electrical wiring.  Once again, we state the resolution we are seeking from our NY PSC and Central Hudson – and have been seeking all along – is that we will only accept a safe, analog meter, per the above list of qualifications, as is our constitutional right, as citizens of the USA.

We do not want, nor will we accept, a pulsing, microwave radiation meter in our living space and we have every right to refuse a meter that emits pulsing microwave radiation from being installed on our home!  **NO AMOUNT OF REGULATORY JARGON CAN DENY OUR RIGHT TO BE FREE FROM A POSSIBLE CLASS 2 B CARCINOGEN IN AND AROUND OUR HOME.  FURTHER, WE HAVE A CONSTITUTIONAL RIGHT TO DEFEND OURSELVES FROM ANY HARM – WHICH IS EXACTLY WHAT WE DID IN REMOVING THAT METER FROM OUR HOME!**

The NY PSC and Central Hudson are demanding that we be forced to live with a possible class 2B carcinogen, while the President's Cancer Panel of 2010 is telling us to reduce our EMF exposure.  The problem here is the President's Cancer Panel of 2010 and the World Health Organization have made their declarations AFTER the utility companies began installing these pulsing microwave meters.  In spite of this truth, neither the NY PSC and Central Hudson want to **do the right thing** and make the appropriate changes in accordance with the latest Governmental declarations regarding low level pulsing microwave radiation and it's ill health affects on human beings!  IF CENTRAL HUDSON CAN GUARANTEE IN WRITING AND ACTUALLY PROVE TO US (they should be held accountable and provide proof – just as we are being held accountable), THAT THEIR ERT METER DOES NOT BROADCAST EMF RADIATION INTO THE LIVING SPACE OF THE HOME AND OUTSIDE IN OUR FRONT YARD, THEN WE WILL CONSIDER ACCEPTING ANOTHER TYPE OF METER FROM THEM.  **The truth is, no matter what name they give the meters they are installing and no matter how much they make false statements, Central Hudson and the PSC know that these meters DO, in fact, broadcast low level, pulsing radiation.**  Otherwise, the would be able to provide the facts to us and to the entire world that these meters they are installing, in fact (according to their false statements) do **NOT** have any ill health affects.  **The fact is, to date, they have not provided this proof, because they cannot!  Their false statements are NOT proof and should not simply be accepted as such!**

**There should be an immediate moratorium on the smart meter technology pending a series of independent hearings on the problems that have been identified.  There needs to be a National and International halt to these meters being installed. We need further investigations into the safety of these meters!  The National Institutes of Health have found changes in neurological chemistry because of exposure to wireless.  These smart meters are what seem to be tipping the scale on the unsafe levels of EMF.  There are hundreds of peer reviewed articles that show impacts on human health and behavior at levels far below what the FCC guidelines are finding permissible.  At the VERY LEAST, we need an Opt Out program in the state of New York, just as they have done in cities in California and Maine and other states!**

Radiation Sickness; Robert VanEchaute Comments, Sep. 30, 2016

ID **1093073639345**
**Proceedings**
**GN 14-177**
**ET 13-84**

Name of Filer Robert VanEchaute
Type of Filing COMMENT
Filing Status DISSEMINATED
Viewing Status Unrestricted
Date Received Sep 30, 2016
Date Posted Sep 30, 2016
Address 18 East Liberty Street Apt. #2
City St.Johnsville
State NY
ZIP 13452

Brief Comment
I have been seriously ill for over seventeen years from the extreme use of a cellphone. I know first hand how dangerous wireless technology is and I shutter to think you are actually pushing to add even more radiation to the already over burdened environment. You know the truth, you know microwave radiation is harmful, yet you continue to act as though it's alright to kill so much life. This isn't going to play well when the lives of so many are being destroyed, who is going to pay for all the damages. Some one has to be accountable.

Radiation Sickness; Daniel Berman Comments, Sep. 6, 2013

ID
1090539610189
Proceedings
GN 14-177
IB 15-256
WT RM-11664
WT 10-112
IB 97-95
ET 13-84

Name of Filer
Daniel Berman

Type of Filing
COMMENT
Filing Status
DISSEMINATED
Viewing Status
Unrestricted

Date Received
Sep 6, 2016
Date Posted
Sep 6, 2016

Address
3809 Hazelwood Drive
City
Vancouver
State
WA
ZIP
98661
Zip4+

Brief Comment
I am 66 years old. A former psychiatric social worker. Always a Type A personality and successful. A few years ago became severely sensitive to emfs. You are allowing technologies which are causing physical harm to thousands of individuals, which will only grow in number as more and more wi-fi, bandwidths, etc are allowed. If you have children, consider what a vast medical experiment you are running upon them. Many of us are already ill, and you are about to increase the dosages.

Radiation Sickness; Edna Willadsen Comments, Sep. 2, 2013

FCC 13-39

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

Received & Inspected

SEP 0 3 2013

FCC Mail Room

| | |
|---|---|
| In the Matter of | ) |
| | ) |
| Reassessment of Federal Communications | )    ET Docket No. 13-84 |
| Commission Radiofrequency Exposure Limits and | ) |
| Policies | ) |
| | ) |
| Proposed Changes in the Commission's Rules | )    ET Docket No. 03-137 |
| Regarding Human Exposure to Radiofrequency | ) |
| Electromagnetic Fields | ) |
| | ) |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:          Edna Willadsen
                           1719 E Lambert Lane
                           Port Angeles, WA. 98362
                           willadsen716@msn.com
                           (360-565-1119   )

                                          (8/26)    , 2013

No. of Copies rec'd___ 0
List ABCDE

1

JA 09114

## <u>AFFIDAVIT OF Edna Willadsen</u>

State of Washington          ]

_Clallam XXXX_ County ]

I, Edna Willadsen attest that my statements are true to the best of my knowledge.

**Comment** round for FCC ET Docket No. 013-84 and ET Docket No. 03-137

1.  My name is Edna Willadsen_ .  My address is_1719 E Lambert Lane, Port Angeles,
Washington 98362 X X   X X   XX .

2.  I am  retired.

To <u>Whom</u> It <u>May</u> <u>Concern</u>:

I am hopeful that the FCC will get the RF/EMF guidelines for non thermal radiation set
after they have taken in consideration all of the contributing factors, and the effects
on the population.

The city is in the process of installing Smart Meters.  I have found that if I go into a home
or a place of business that has a smart meter , I get a terrible ringing in my ear and light
headed to the point I feel faint, along with lack of sleep and  headaches.  The City is
continually adding additional Smart Meters and programs that have a direct effect on
the amount of RF/EMF non thermal radiation  released into the environment.

The city is so small and I have so many contributing factors in a small area, (1/2 mile radius)
such as radio towers for the local station, Coast Guard, and police radio towers. I have
interstate and, city electric lines, microwave dishes for Cable TV, an Electric Sub Station,
WiFi for the Cities new mesh system and Smart Meters.
I have called the FCC in the past and ask that we have someone check the non
thermal radiation and was told that it was not necessary, even when your web site says

2

it could prove to be an issue

Everything that I have read on the subject, of non-thermal radiation has not been good.
I have read findings by the Military, renowned Doctors and Scientist from all over the
World and they have found people are becoming violently ill from the non thermal
radiation.
We have the time to correct this before it becomes another issue like DDT, Lead in Paint,
smoking, etc.

I can only hope you put the people first and not big business.




                                        Respectfully submitted by

                                        Edna Willadsen

                                        1719 E Lambert Lane

                                        Port Angeles, WA. 98362

                                        8/26/, 2013


                                        _Edna Willadsen_

                                        (your signature)



Sworn to me

This date _August 27, 2013_

_Lisa H Pierson_
Notary Public

```
Notary Public
State of Washington
LISA H PIERSON
My Appointment Expires Apr 1, 2017
```

3

Radiation Sickness; Susan Molloy Comments, Aug. 29, 2013

Comments on Notice of Inquiry, ET Docket No. 13-84

August 30, 2013

Office of the Secretary

Federal Communications Commission

445 12th Street, SW

Washington DC  20554

I have been injured by RF radiation that complies with current exposure limits.

I was forced to leave my home, graduate school, work, relationships, church and pretty nearly all the rest of my life in 1992.

I was then living just north of San Francisco, and was made ill repeatedly by Sutro Tower and numerous other exposures to EMFs and radio frequency.  I had migraine, and frequently experienced a seizure-like disorder which made walking difficult so I frequently had no choice but to stay home.

I moved to the remote high desert in Northern Arizona, where I have been able to recover substantially by avoiding exposures.

Avoidance is becoming harder even here because new cell towers are being erected all the time.

It's very common for me to receive inquiries from people all over the U.S. who need to find a place to live where they can avoid RF exposures.

I receive many dozens of inquiries per year from people who are newly sickened by RF.

The frequency of these new inquiries has increased steadily over the years.

Please lower your exposure limits to protect people like us who were productive until we became ill.

Susan Molloy


Susan Molloy

8657 Hansa Trail

Snowflake, AZ  85937

molloy@frontiernet.net

JA 09118

Radiation Sickness; Kathleen Christofferson Comments, Sep. 2, 2013

I ask that you investigate the effects of wireless technology on the central nervous system and make radiation exposure limits more restrictive.  In the past 5 years, wireless technology has triggered debilitating migraines and severely limited the places I can go.

Seven years ago, after purchasing a new cordless phone, I realized that using it for more than a few minutes at a time triggered a migraine.  I tried several different models and manufacturers with the same result.  I now use a speaker phone or rotary model.

I can no longer visit my elderly parents because their apartment complex has wireless internet.  Before this was installed, I had no ill effects after being in their home.  The same situation has occurred at my dentist's office after their suburb received wireless internet.

Although it is inconvenient, I can change dentists and limit the places I go.  However, deciding whether to visit my parents at their home or accepting 3 days of pain and nausea is a major problem.  I know there are many people affected in much the same way I am with some having much worse symptoms.

Radiation Sickness; Juli Johnson Comments, Sep. 2, 2013

Since the smart meter bank was installed behind my condo's bedroom wall in 2009, I developed and was diagnosed with Atrial Fibrillation and it has increasingly become worse.

The FCC maximum persmissible exposure limits were established to prevent thermal affects of radio frequency radiation.

The vast majority of new research and more recent summari
es on the health effects of radio frequency radiation (RFR) have focused on non-thermal effects. Other issues of
interest include concerns that certain people are more sensitive to RFR than others, that certain frequency modulations are uniquely harmful, and that long-term exposure to RFR can have cumulative effects.

Included in the non-thermal clinical studies are the studies done by scientiests and medical doctors contained within  the 2012 Bioninitiative Report showing that:

"Bioeffects are clearly established and occur at very low levels of exposure to electromagnetic fields and radiofrequency radiation. Bioeffects can occur in the first few minutes at levels associated with cell and cordless phone use. Bioeffects can also occur from just minutes of exposure to mobile phone masts (cell towers), WI-FI, and wireless utility 'smart' meters that produce whole-body exposure. Chronic base station level exposures can result in illness."

Juli Johson
http://www.bioinitiative.org/conclusions/

Radiation Sickness; Annalee Lake Comments, Sep. 3, 2013

I have a friend whose life has been destroyed by the increase in  electromagnetic frequencies in our country from cell phone towers, smart meters, etc. I also know several others who have lost much of the quality of their lives due to the same causes.

Politics and pressure from lobbyists and those who profit from the technologies that are responsible for the proliferation are dictating the policies of our laws or lack thereof.

It is time to take measures to protect the people of our country from enduring further ill effects from radio frequency.

Please have the courage to do the right thing.

Thank you.


Annalee Lake

Radiation Sickness; Alan Marks Comments, Aug. 22, 2013

FCC NOI

13-84

August 22, 2013

I was diagnosed with a glioma and had a craniotomy in June, 2008. While I am grateful that I am still alive, this illness has been devastating for my family and for me.

Scientists and other worldwide experts have reviewed my medical records and my cell phone records and attribute my brain tumor "more likely than not" to my ipsilateral cell phone use. I held the phone to my right ear for over 20 years when diagnosed and the tumor was in my right frontal lobe.

I did not have any other exposures. I am shocked and saddened by what I have learned and by how many others I have met that are now dying or already dead from brain tumors they or their doctors attribute to their cell phone use.

***Had the FCC standards been set to protect me and others from the non thermal effects of this radiation I would not be enduring this horrific illness.***

Please change your standards to properly protect others, especially children, teens and young adults from the agony my family has suffered.

Please have your standards reflect how cell phones are actually used by most people; smashed directly to their heads, kept in pockets and placed under pillows all night long.

Please provide disclosures at the point of sale as to safest use practices without pre-empting states or local governments from requiring greater disclosure.

Please protect the citizens of the United States NOW and stop the FCC collaboration with the CTIA- wireless association.

Please do not let my family's suffering be in vain.

Thank you.

Radiation Sickness; Peggy McDonald Comments, Jun. 9, 2013

For two years I was ill.  Then I discovered that about the same time I got ill, the power company had put in a "Smart Meter" right across the wall from my bed where I spent 24/7.  I also was sleeping next to my "Smart phone" and my DECT phone.  I finally got a meter and the RF exposure I was getting was enormous.  I disconnected the DECT phone and got a wired phone and turned off my cell and have tried to screen the "Smart Meter" (Texas does not have an opt out and the screening has cost thousands and still is not good.  Forcing me to have this spying unhealthy device is unAmerican.  I should be able to opt out.  Also my "usage" has gone up by 20% since the "Smart meter" is installed.  )

I have read many studies.  Even the best are with one device.  We are being saturated with them with no way to protect ourselves.

Since I have disconnected and shielded myself I am almost functional again.  It is my belief it almost destroyed my health.

Radiation Sickness; Mark Zehfus Reply Comments, Feb. 25, 2013

**FCC 12-152**

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Reply Filed by:          (Mark Zehfus)
                         (N6158 N. 61st Street)
                         (Sheboygan, WI 53083   )
                         (zehfusm@yahoo.com    )
                         (920-467-4853   )

                                          February 26, 2013

1

JA 09130

## AFFIDAVIT OF Mark Zehfus

State of  Wisconsin]

Sheboygan County     ]

I, Mark Zehfus, attest that my statements are true to the best of my knowledge.

**Reply** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is Mark Zehfus.  My address is N6158 N. 61st Street, Sheboygan, WI 53083.

2.  I am a public library deputy director.

3.  My wife is being hurt from the growing wireless radiofrequency exposures. This hurts both of us as a couple, since my wife cannot go to the places we enjoy, like restaurants, concerts, etc. that we did before. We can't visit family, stay in motels with WiFi or travel to places with a lot of wireless emissions, such as citywide broadband and cell towers, or she becomes ill.

4.  What is missing in FCC standards is consideration of people affected by lower levels of wireless RF. Seems like standards should protect everyone including wives, children, elders, etc. FCC should adopt lower standards that protect people like my dear wife. I want her back. I want our life together back.


Respectfully submitted by


Mark Zehfus

M6158 N. 61st Street

Sheboygan, WI 53083

February 26, 2013

2

JA 09131

Radiation Sickness; Jennifer Zmarzlik Comments, Feb. 5, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:       Jennifer Zmarzlik
                        Madison Heights, Michigan 48071
                        MansionsRocksSalt@aol.com

February  6 , 2013

1

JA 09133

## AFFIDAVIT OF _____

State of Michigan          ]

Oakland County            ]

I, Jennifer Zmarzlik, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is Jennifer Zmarzlik .  I live in Madison Heights, Michigan 48071.

2.  I  am disabled with nerve damage.

3. I am unable to be in direct contact or near any wireless devices without extreme pain occurring.

Wireless is microwave technology and is not monitored by the FCC in its' current usage levels in the public or private sector.  There are no limits or standards for the application of this technology which curb or stop business use, personal use and military use for the safety of our citizens.  Any party desiring to use this technology for their own purposes is able to tap into the grid and use it for reasons good or bad. In my county the entire traffic light system is becoming a fully wireless system.  The state of Michigan is planning on using this technology in every government system.  What is going to happen when interference from the manufacturing plant next door or the cell phone store on the corner is bombarding the frequencies and the traffic lights are overloaded and burn out.  Drivers will be paying even higher rates for the collisions occurring because the lights are erratic. The insurance companies will need a good reason to pay out the claims yet find a responsible party and that could be the government officials who decided it was cheaper to go the wireless route instead of continuing the old standard wired system.  There are too many possible scenarios for lawsuits when a city, county, state or business make decisions based on a less expensive plan with wireless.  Governments must be informed of the dangers of overloading the wireless system.  The wireless companies are not

2

JA 09134

disclosing the safety issues although the studies have been completed by the correct sciences.

I am very concerned with the non-thermal but destructive abilities of the microwaves. I physically sense when I am near a wireless device. My skin and nervous system begins a burning sensation that does not go away until I am away from the device near me. At this point, almost all citizens use cell phones, wireless computers, and smart meter technology and there isn't any way to keep myself away from them. Cell towers are also a major concern as they are in every city and state, even the most remote areas. Cell tower antennae are found even on apartment buildings, hospitals and in any place they can sell the idea to unsuspecting customers. I can also sense the hidden antennae that are put in buildings just by the burning sensation and high pitched noises I hear with my sensitive hearing. Hidden antennae are even more of a problem as one cannot seem to find the reason for one's unusual physical feelings or cancer causes, and they are no standards for disclosure.

The specific absorption rate science that is currently used by cell phone companies is not taking into consideration many factors. First, is the test dummy they use is not an actual human being. It is a piece of plastic with fluid inside. It is not electric like a human being. It is the electric part of a living being that is affected by these frequencies. When using a cell phone your head is not heating up from direct heat but from the overloading of radiation to the electricity in the body. Cell towers also send this same radiation out for miles, 24 hours a day, every day. This radiation is hitting every human, every animal, every insect and plants. Constant pressure will cause failure at some point. Please refer to the Specific Absorption Data at the following link:
*http://www.thermoguy.com/blog/index.php?itemid=112*

I would like to refer you to O.S.H.A. Occupational Safety & Health Administration's web site and it's documentation on the safety standards for radio frequency radiation. This will directly affect all unions, government offices and the private sector. It will be an issue with Workman's Compensation in every state of the union. There will need to

JA 09135

be a responsible party or parties for the decisions made to use wireless instead of a wired system.  City Halls are usually base stations for the police, firefighters, and all government officials as well as community centers where children play.  In my state all the cities are following the same procedure and putting cell towers with an unlimited amount of cell antennae right in the center of their buildings, and may be possibly putting antennae on the opposite wall where offices are, not always on the cell tower above.  And yet they are still not being informed of the harm it can do to one's body.  Again, companies are not required to disclose this information even to government officials.  Hospitals and office buildings are putting cell antennae on the top of the buildings they own and on the sides of the offices with no protection from the large amounts of radiation.  I shudder at the thought of the lawsuits when unions discover O.S.H.A. standards are not being followed.

The link is   *http://www.osha.gov/SLTC/radiofrequencyradiation/index.html*


The American Disabilities Act is also a factor in your decision.  Disabled people with nervous system disabilities, pacemakers or electronic devices in their bodies will be affected immediately by direct hits of microwave technology.  Pacemakers will go offline and/or stop completely.  People with nervous system problems will become unnerved and act out because they cannot think clearly.  People with brain chips to help them function with prosthesis or manage cerebral palsy will be unable to stabilize the computers in their bodies.  Protection for this group is essential for the stability of living optimally.

The link for the American Disabilities Act  is:  *http://www.ada.gov/*


These technologies are not a wired system. We become the wires, the circuit for the information to travel through.  Our bodies will be overloaded with electromagnetic energy to the point of failure if there are no standards or limits put in place by the FCC.


The solution is to wire everything.  Using wireless is extremely inexpensive compared to a wired system and is the reason all governments, business and personal homes are choosing to use it.  Wireless is inexpensive now, however, the consequences financially of the overloading of this technology is going to be catastrophic in punitive damages.

4

JA 09136

The cancer causing agents, the accidental burning of homes, businesses, and the disabling effects of all living beings ability to function at normal levels will be hindered.   The frequency interference is also an issue as there are no jurisdictional lines or laws set for this technology.  Please reference a blog at this link: http://www.thermoguy.com/blog/ which explain alternatives to wireless  A wired system may cost more but according to the National Electric Code for the United States and Safety Code 6 of Canada wireless systems are unable to remain stable and there will be cause and effect scenarios as a result.

Please enact new and safe standards for all businesses, government at all levels, personal use and military for the safety of our citizens.

Respectfully submitted by

Jennifer Zmarzlik
Administration@SmartMeterUpdate.com
Madison Heights, Michigan 48071
February 6, 2013

JA 09137

Radiation Sickness; Catherine E. Ryan Comments, Feb. 5, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:          (Catherine Ryan )
                           (PO Box 67, 8 Blue Hill Road)
                           (Monterey, MA   01245  )
                           (kryan007@verizon.net)
                           (413-528-4355)

February 5, 2013

1

## AFFIDAVIT OF Catherine E Ryan_____

State of  Massachusetts

Berkshire County

I,  Catherine E Ryan, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is Catherine Ryan.  My address is 8 Blue Hill Rd., PO Box 67
_____.

2.  I am a concerned citizen and researcher of the history of wireless technology, especially the Non thermal effects and effects of infrasound.


3. RF-emf radiation pollution was a neglected issue prior to the proliferation of wireless devices.  Since 2006, with Wi-Fi and Smart Grid Network installed in my town, I and other members of our community are literally being tortured 24 hours a day by the dirty electricity riding on the power lines, as well as the signal of the 217Hz which is audible in my home, inside and out. It has caused much mental and physical stress, sleep deprivation, side effects such as headaches, nausea, constant hissing, humming, rumbling vibrating in my heads and body, and sleep deprivation.  This was not present until the utility companies turned on the smart grid network ie. two way power line communication by using TWAC, PLC, BPL on the communication layer, necessary to maintain the global smart grid network.  It is a daily living hell trying to maintain any type of normalcy, while being assaulted by the bio active frequencies leaking into our environment.  I have no way to escape this hazards and no way to seek relief.  It is a constant stressor.  My complaints have gone unanswered at times and unsolved. In addition, as many of people in our country have found, bringing this to authorities has resulted in "whistleblower abuse" by the utilities and those in the community that will financially gain from the wireless technology. I worked very hard all my life and was extremely active. This issue has changed my life forever and I know technology is such

2

that this issue could be solved if <u>health</u> – not money - were the bottom line as it should be.

I have audio instrument evidence proving this audible noise is present; a constant modulating pulse everywhere in the air trespassing into every public and private space. The power grid is serving as one continuous antenna, carrying this pollution on the lines and into my home.  There is a definite increase at night of these disturbing effects which each day leave me feeling ill, electrifying my nerves with a burning sensation and causing difficulty concentrating with the resultant trembling. In addition I have had long term damage from the bone conducting vibration causing great sensitivity, which has been extensively written about in a bound research report which I purchased as proof that continuous exposure can lead to physical damage, even death.  Updated information from scientist has proved that non thermal effects are much more detrimental than previously reported and FCC standards need to be brought up to date to the current findings. When I complained to the phone company, a technician did a reading and found that power influence was in the danger zone at my home (over 90db). After he did line work, I asked that the test be repeated. It was not. To date all calls to have the test repeated have been ignored and most technicians said they never heard of the test. The technician that did the test showed me the test was in the Verizon manual that all technicians have access to yet they do not carry their manuals which they are supposed to follow. It is extremely upsetting to have calls regarding this ignored even by the individual at Verizon who is the supervisor in this area.  Each evening the infrasound rises to an uncomfortable level and yet the utility refuses to work in evening hours when the problem is at its worst. The same is true of National Grid. I have had my meter replaced by an analog one which has made some difference but the problem is still there. Life – not money – needs to be the bottom line when the FCC sets down standards.

3

JA 09141

Respectfully submitted by

Catherine Ryan

PO Box 67

Monterey, MA 01245

February5, 2013

JA 09142

Radiation Sickness; L. Meade Comments, Feb. 5, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:          Name: L. Meade
                           Street Address: Somewhere not to be publically available
                           Town, state, zip: southeast area, MI 48104
                           Email: Wish not to be publically available
                           Phone: Wish not to be publically available

February 5  , 2013

JA 09144

## <u>AFFIDAVIT OF L. Meade</u>

State of  Michigan

Washtenaw County

I, L. Meade, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is L. Meade.  My address is southeast area, Ann Arbor, MI 48104.

2. I am in the Health Care profession.

3. I am officially informing the FCC of my desire to have you change the RF standards as the Commissions RF safety rules are inadequate because the *current rules are based on physics and engineering rather than biological studies.*

4. Most specifically I am writing to you about the Advanced Meter (aka Smart Meter) as I believe the RF involved with them is quite hazardous and these devices are not safe for use at this time. We have extensive research, regarding use of smart meters and objections to these being installed on our homes, schools, or businesses. We are requesting a <u>moratorium</u> on use or installation of smart meters in Michigan.

5. Looking at the type and levels of RF from these meters, I ask that you at least require reduction of these meters, and require the Utility Companies to offer at least a suitable opt out, where analog meters may be kept, without any fees, because you will declare the type of RF the smart meters put out as unsafe for use.

6. Also, I believe that no smart meter be allowed to be placed within a certain distance of ones' home or business. And if one chooses to opt out in order to reduce the RF levels, since the effects from neighboring smart meters can cause damage to the home or business occupants as well, then the smart meters be removed in that area.

7. The level and specific type of RF from smart meters (and cell phone towers) is dangerous for our atmosphere and it is getting dangerously polluted with unsafe types /levels of RF.

8. Reports of illness from these "Smart Meters" have been documented nation-wide, and lawsuits have been and continue to be drawn against utility companies that are choosing to install these meters. These "Smart Meters," in effect, are exposing

people and animals to carcinogenic levels of radiation at close range. The effect of this radiation would be magnified in many areas with placement of so many meters in close proximity to one another. Particularly susceptible to this radiation are young children, the elderly, our pets, and those who are ill, or who have heart sensitivities. We have researched this extensively and have also experienced negative effects from this type of radiation until we were able to move away from the source of it.

9. We urge you to act in good conscience, and help us to protect our homes and our families. Please make it known to DTE, our electric service provider, that the potential hazards of these meters is significant and documented, and no school, business, or home should have them placed on mandatorily as the RF levels are unsafe.

10. Many are not yet aware of the potential hazards, and yet their unknowing acceptance of these new meters may very well affect the health of not only themselves, but of their neighbors, people, animals, and wildlife everywhere so we ask for a moratorium.

11. Members of our family have health conditions which can not tolerate this unnecessary exposure. We should have the freedom to maintain quality health and not have these meters cluttering up our neighborhood with excessive and unsafe type of EMF. With a ruling from you we could be protected.

12. The Detroit Edison (DTE) company who provides our electric service here in Southeast Michigan proposed, after a hearing in the MPSC, that those opting out of smart meters would be charged $86 up front plus $15/month indefinitely – or until next year when fees might be still further increased. Also Detroit Edison has proposed that people opting out will have to pay (extortionate) fees and only be allowed a smart meter with the radio turned off, and will not be able to keep their analog meters, which the consumer is requesting. Most of us who have studied these matters consider the Utility Company proposal unacceptable. When they decided to install smart meters I imagine they did not have the evidence about the harm these meters cause. We need you to intercede for the people and put a moratorium on these meters and allow people to keep their safe analog meters.

13. In light of so much astounding and credible evidence world wide regarding smart meters I, along with many of my friends, family, and neighbors, in Ann Arbor and other communities in Michigan ask that you consider the health risks seriously before allowing any company to continue installation. Please stop any further installation and require a reversal free of charge for all consumers. I prefer a moratorium on smart meters in Michigan to protect and preserve the health of all our people, also animals and nature, having all meters removed at the utilities expense. As I believe they went ahead with this project before properly

3

investigating this matter with outside studies etc. I understand that the Utility Company thought this would be acceptable, but they likely did not have the research and now need to hold off so they can find a way to serve the people safely. Unfortunately, even once hearing of all the medical ailments people are suffering from these meters they are not budging and are not listening to the pleas from consumers asking to stop installation and requests to keep their analog meters. There needs to be intervention.

14. I request that you mandate a complete moratorium on use of smart meters in Michigan, as the extensive use of electromagnetic fields needs to be reduced. We are beginning to see that the extensive use of smart meters has documented ill effects on all biology and pushes our exposure to unacceptable levels.

15. Simply put, a moratorium on smart meter installation due to unsafe RF should be introduced by FCC. Until such is in place please require the Utility companies to offer an opt-out program that protects people from these health hazardous smart meters; that easily allows anyone to have the smart meter removed, to replace their analog meter (or to keep their safe analog meter), and also not be charged any fees for any of this.

16. Even if only some meters are not placed they will still be here and there, will be emitting waves everywhere and people will not be able to maintain the quality of health they desire and deserve in many areas of the community.

17. Members of you own family and people everywhere will be subjected to damaging RF unless you rule to change the RF levels. If this is not stopped our society's atmosphere will be too polluted to maintain proper health. Individuals and businesses should not be required to have these meters. Employees and customers will be harmed by the radiation put out by smart meters in businesses also.

18. Anyone who asks to opt out while waiting for you to rule on this should not be required to have a smart meter placed near their home or business, should be granted this easily, and without any additional fees by their electric service provider. Digital meters are not an acceptable alternative, and any customer (individual or business) who wants to keep their analog meter, or have their smart meter replaced with an analog, must be allowed to do so, without a fee of any kind from their service provider. Individuals can read their own meters if they so

4

choose, thus negating the need for a fee, according to a MPSC (Michigan Public Service Commission) rule.

19. I am asking you to ask DTE and other utility providers  to change their course of action and use only safe sources of technology that do NOT have all the dangerous health risks as these smart meters do, and for you to recommend that based on changing the RF levels to exclude use of smart meters.

Thank you for protecting our public health.
I look forward to your decision regarding this important matter!


Thank you very much,

L. Meade
Southeast area, Michigan




Respectfully submitted by


L. Meade

Somewhere

Southeast area, MI 48104

February, 5, 2013

5

JA 09148

Radiation Sickness; Arthur Firstenberg Comments, Sep. 2, 2013

The FCC's exposure limits for radio frequency radiation are completely inadequate to protect human life, animal life, or plant life. I have been injured, and continue to be injured, by levels of radiation that are presently legal. I am from Brooklyn, New York. On November 14, 1996 Omnipoint (now T-Mobile) began offering digital cell phone service for the first time in New York from 600 new cell sites. I could not eat, sleep, or think, my airways closed shut several times, and I was almost dead within seven days. To save my life I left on November 22, and I have not been able to return. My mother is 93 years old and I cannot travel to see her because of the radiation. I have been driven out of 5 homes, 3 cities or towns, and 2 states by legal levels of microwave radiation. I cannot go out in public because of cell phones and WiFi everywhere. I cannot stay in any hotels. I cannot go to the hospital in an emergency because of wireless technology. I cannot call the police in an emergency because of their radios. I cannot call a taxi, ride a bus or a train, or fly in an airplane. I cannot go to concerts, or to the movies, or to restaurants or coffeehouses. I have had to live in my car for years at a time while I searched for a house that had sufficiently little radiation from the neighborhood, or from neighbors, that I could live in it. Current exposure limits protect from thermal injury only and do not protect me or countless other people from continuous injury. They are orders of magnitude too high. They should be scrapped and completely revised based on all of the current science.

Radiation Sickness; Jeromy Johnson Reply Comments, Mar. 4, 2013

Reply in FCC Proceeding Numbers: 03-137 & 12-357

Submitted by Jeromy Johnson

March 5, 2013

Throughout the United States, citizens are having ill-effects from the exponential rise in pulsed microwave radiation in our living environments. This is because current FCC guidelines do not account for the long-term, cumulative, non-thermal exposures that we are all now exposed to.

My wife and I were both harmed when a bank of wireless smart meters were put into our building, next to our bedroom. I can no longer use or be around wireless technology without headaches, tinnitus and heart palpitations. These smart meters supposedly met FCC guidelines. However, we were harmed by the devices. That this is happening to thousands of people across the country shows that current FCC guidelines are highly inadequate.

The makers of wireless technology such as cell phones, cell towers, Wi-Fi routers, tablet computers, smart meters and baby monitors all assure us that their products are safe because they emit less than the FCC requirements for pulsed microwave radiation. However, a growing percentage of the public now understands that these claims are meaningless because current FCC guidelines only protect people from the thermal effects of microwave radiation. Until the FCC considers the biological impact of long-term, cumulative, non-thermal exposures, citizens of the United States will continue to be harmed by wireless technology. The FCC should take a precautionary approach to this technology when so much new evidence points to biological harm. It is your duty to protect the people of the United States and it is time that you do so.

As part of this reply, I affirm my support for the comment filed on 2/4/2013 by Joel Moskowitz, Ph.D:

http://apps.fcc.gov/ecfs/comment/view?id=6017161984.

I also respectfully submit the following pages which outline thousands of studies showing biological impacts of microwave radiation at levels below current FCC guidelines:

http://www.emf-portal.de/
http://www.bioinitiative.org/
http://www.powerwatch.org.uk/science/studies.asp

Sincerely,

Jeromy Johnson
San Francisco, CA

Radiation Sickness; Jeanne Insenstein Comments, Sep. 26, 2016

ID
10924021917463
Proceedings
GN 14-177
IB 15-256
WT RM-11664
WT 10-112
IB 97-95
ET 13-84

Name of Filer
Jeanne Insenstein

Type of Filing
COMMENT
Filing Status
DISSEMINATED
Viewing Status
Unrestricted

Date Received
Sep 26, 2016
Date Posted
Sep 26, 2016

Address
100 Centre St.
apt. 310
City
Brookline
State
MA
ZIP
02446
Zip4+

Brief Comment
I urge the FCC to study the health effects on humans of the spectrum currently in use before expanding to higher spectra. I have developed sensitivity to electromagnetic fields from cell phones, cell towers, wifi routers, "smart" electric meters and parking meters. Also high magnetic fields from TVs, power lines, even high magnetic fields from the wiring in my walls. I can no longer go places where there will be people with cellphones, watch TV, use the computer, and I get a headache walking down the street. Please stop experimenting on humans. Put human health before business interests. We need stronger regulatory standards for radio frequency and all EMF.

Radiation Sickness; Angela Flynn Reply Comments, Nov. 17, 2013

Before the Federal Communications Commission Washington, D.C. 20554

FCC 13-39

In the Matter of

ET Docket No. 13-84  Reassessment of Federal Communications Commission Radiofrequency Exposure Limits and Policies
ET Docket No. 03-137  Proposed Changes in the Commission's Rules Regarding Human Exposure to Radiofrequency Electromagnetic Fields

To:  Office of the Secretary Federal Communications Commission (FCC), Washington, DC 20554

Reply Comments Filed by: Angela Flynn, PO Box 1439, Kilauea, HI  96754

November 18, 2013

The FCC has not revised it exposure guidelines for RF/MW since 1996. While they rely on The Institute of Electrical and Electronics Engineers (IEEE) for their exposure guidelines, this organization is comprised of engineers, not doctors, physicists or biologists and the IEEE relies on the measurement of the Specific Absorption Rate (SAR) which can only account for a thermal effect in dead animal tissue and cannot be considered protective for non thermal biological health effects in living beings. SAR, which is currently used for near field measurement cannot measure the cellular, atomic or sub-atomic level of change while it is quite clear from the scientific evidence that there are disturbances and oscillations within cells induced by environmentally accounted RF/MW that do not cause heating.

The Telecommunications Industry Association (TIA) http://www.tiaonline.org/standards/buy-tia-standards  is the entity which the FCC proposes to use for "harmonizing" the U.S. RF exposure standards. TIA standards are made up entirely by engineers and it is their business to sell the standards. This conglomerate is made up of 400 telecommunications companies who have an interest in keeping radio frequency (RF) exposure guidelines as high as they can.   The FCC ignores the fact that approximately 40% of the world have lower RF exposure guidelines -  FCC at 1,000 microwatts per square centimeter (uW/cm2) as compared to Russia, China, Italy, Switzerland, Monaco and some Eastern European countries at 10 uW/cm2.

At heart of this controversy is the debate over thermal versus non thermal effects.  This debate is only a debate for engineers.  The medical community is well aware of non thermal RF effects and utilizes these effects in medical treatments.

http://en.wikipedia.org/wiki/Pulsed_radiofrequency

"There are two general categories of pulsed radiofrequency field therapies based on their mechanism of action: thermal[5] and non-thermal[6] (athermal). While thermal radiofrequency ablation for tumors and cardiac arrhythmia has been used for over 25 years, non-thermal pulsed radio frequency is currently being developed for the ablation of cardiac arrhythmias and tumors. The technique uses pulsed radio frequency energy delivered via catheter at frequencies of 300–750 kHz for 30 to 60 seconds Thermal pulsed radio frequency takes advantage of high current delivered focally by an

electrode to ablate the tissue of interest. Generally the tissue/electrode temperature reached is 60 to 75 °C resulting in focal tissue destruction. Thermal pulse radio frequency ablation has also been used for lesioning of peripheral nerves to reduce chronic pain. Non thermal therapeutic uses of pulsed radio frequency are currently being used to treat pain and edema, chronic wounds, and bone repair. Pulsed radiofrequency therapy technologies are described by the acronyms EMF (electromagnetic field), PEMF[7][8](pulsed electromagnetic fields), PRF (pulsed radiofrequency fields),and PRFE[9][10] (pulsed radiofrequency energy). These technologies have been varied in terms of their electric and magnetic field energies as well as in the pulse length, duty cycle, treatment time and mode of delivery. Although pulsed radiofrequency has been used for medical treatment purposes for decades, peer reviewed publications accessing the efficacy and physiological mechanism(s) are now starting to appear addressing this technology."
http://www.arthrocare.com/our_technology/ot_coblation_explained.htm

"Coblation technology — a controlled, non-heat driven process — uses radiofrequency energy to excite the electrolytes in a conductive medium, such as saline solution, creating a precisely focused plasma."

There are thousands of studies by biologists which provide proof of non thermal effects from RF exposure at the levels present near cell towers and other infrastructure transmitters as well as from household and hand held wireless devices.

The National Toxicology Program headquartered at the National Institute of Environmental Health Science is currently leading the largest laboratory rodent study to date of which the final results are not expected until 2014.  (Ref. - http://www.niehs.nih.gov/health/topics/agents/cellphones/)

Why isn't the FCC waiting for these results before they revise our RF exposure standard?

Why does the FCC rely on engineers rather than biologists for setting biological exposure standards?

Most exposure to RF/MW is involuntary and with no informed consent due to the proliferation of cell towers, WiFi and wireless utility meters and the general lack of public knowledge on the harm from exposure to RF/MW (i.e., people do not read user's manuals which warn not to hold phones and other devices to the head or body or know of the thousands of studies indicating harm from such exposure). These effects include: DNA damage which may lead to cancer, neurodegenerative diseases, reproductive declines or even heritable mutations. Brain tumors, decrease in reproductive capacity, headaches, memory loss, fatigue, insomnia, heart arrhythmias, etc. are reported among people exposed to RF/MW.

The FCC ET Docket No. 13-84 recommends moving to a SAR value only for near and far field exposures. This is entirely inadequate and would also make it impossible for field measurements to verify compliance as it requires a transmitter and a thermal probe inserted into dead animal tissue to measure and verify. (Ref. - http://www.plosone.org/article/info%3Adoi %2F10.1371%2Fjournal.pone.0062663 Evaluation of Specific Absorption Rate as a Dosimetric Quantity for Electromagnetic Fields Bioeffects)

Additionally, the current guidelines are based on a study performed on monkeys which determined that the harmful level of RF/MW exposure was when the monkeys stopped eating. Or as this military report puts it: "The most sensitive and reliable confirmed biological response that could be considered potentially harmful to humans has been found to be the disruption of food-motivated learned behavior." This basis is not up to date science and the guidelines need to reflect the thousands of studies that find

harmful non thermal biological health effects from low level RF/MW exposure. [Ref. -
http://health.mil/dhb/afeb/meeting/0417slides/RFR%20Standards.pdf Safety Standards for exposure to
RF Electromagnetic Fields]

The guidelines also do not take into account that in 2011 The International Agency for Research on
Cancer (IARC) classified RF/MW as a Class 2B Possible Human Carcinogen (May 31, 2011). This is
the same class as DDT, lead, dioxin, chloroform, gasoline, diesel fuel, fuel oils, welding fumes, and
ethylbenzene. [Ref. - http://www.iarc.fr/en/media-centre/pr/2011/pdfs/pr208_E.pdf IARC
CLASSIFIES RADIOFREQUENCY ELECTROMAGNETIC FIELDS AS POSSIBLY
CARCINOGENIC TO HUMANS]

"Although it has been argued that RF radiation cannot induce physiological effects at exposure
intensities that do not cause an increase in tissue temperature, it is likely that not all mechanisms of
interaction between weak RF-EMF (with the various signal modulations used in wireless
communications) and biological structures have been discovered or fully characterized. Biological
systems are complex and factors such as metabolic activity, growth phase, cell density, and antioxidant
level might alter the potential effects of RF radiation. Alternative mechanisms will need to be
considered and explored to explain consistently observed RF dependent changes in controlled studies
of biological exposure." [emphasis added] [Reference: IARC Monograph, Volume 102, for non-
ionizing radiation (and radiofrequency electromagnetic fields), published April 2013, page 104.]

The FCC RF/MW SAR exposure guidelines do not account for non thermal biological health effects.
There are thousands of studies and millions of people which provide evidence of a non thermal effect
that occurs far below the FCC RF/MW exposure guideline. The exposure guideline needs to be lowered
to the recommendation of the BioInitiative Report 2012, comprised by 29 world-recognized experts in
science and public health policy. The 2012 update reviewed 1,800 new studies on RF/MW exposure
and recommends an RF/MW exposure guideline of .0003 micro watts per square centimeter (uW/cm2)
power density value. The current FCC RF/MW exposure guideline is 1,000 uW/cm2 which only
allegedly accounts for a thermal effect. (Ref. http://www.bioinitiative.org THE BIOINITIATIVE
REPORT 2012 A Rationale for Biologically-based Public Exposure Standards for Electromagnetic
Fields (ELF and RF)) Safety standards for sensitive populations need to be set at lower levels than for
healthy adult populations. Sensitive populations include the developing fetus, the infant, children, the
elderly, those with pre-existing chronic diseases, and those with developed electrical sensitivity (EHS).

Conclusions: We must have biologically based RF/MW exposure guidelines that protect from non
thermal effects. The FCC must drop SAR values and use only electric field based power density values.
They must lower the exposure value to a level that protects from non thermal biological health effects
for the general population and for sensitive populations. It is obvious that other living beings which are
smaller than humans would also be considered sensitive populations and special consideration needs to
be given to animals and organisms that rely on magnetic fields for navigation and orientation. (Ref.
http://www.omicsonline.com/open-access/0974-8369/0974-8369-4-179.pdf? aid=12830 Impacts of
radio-frequency electromagnetic field (RF-EMF) from cell phone towers and wireless devices on
biosystem and ecosystem – a review)

I am one of the millions of people who have been harmed from RF/MW exposure from our wireless
communications transmitters. There is ample epidemiological evidence that low level continuous
RF/MW exposure of the type present near cell towers causes harm. (To date the U.S. has not conducted
ONE epidemiological study on RF/MW.) There are also millions of people world-wide who have
recognized that they are harmed by this low intensity exposure. I, for example, had a close encounter

with cellular antennas located on a building. I developed muscle aches, memory loss and insomnia during this exposure. I was able to make the connection and now go to great lengths to avoid being in the vicinity of RF/MW transmitters in order to stay healthy and functioning. This includes quitting my job and moving from my home. It also includes avoiding homes and businesses that have RF/MW transmitters. (Ref. http://www.nrcresearchpress.com/doi/pdf/10.1139/A10-018 Levitt, B.B. and Lai, H. 2010. Biological effects from exposure to electromagnetic radiation emitted by cell tower base stations and other antenna arrays. Environmental Reviews, 18 : 369-395. DOI:10.1139/A10-018 and http://www.avaate.org/IMG/pdf/ESTUDIO_BRASIL_BrazilCellTowerStudy.pdf Mortality by neoplasia and cellular telephone base stations in the Belo Horizonte municipality, Minas Gerais state, Brazil)

Therefore this proceeding requires a NEPA evaluation contrary to the FCC assertion that it does not. (Ref - http://www.ca6.uscourts.gov/opinions.pdf/10a0374p-06.pdf Per No. 09-5761 Heartwood, Inc., et al. v. Agpaoa, et al. there is standing to challenge the current exposure guidelines because people have suffered an 'injury in fact' that is concrete and particularized; is actual or imminent; is traceable to wireless exposure; and that it is likely that this injury will be redressed by lower exposure guidelines.)

The FCC must work with Congress to re-fund the EPA's non ionizing radiation protection research program for developing safe exposure guidelines because the FCC cannot both promote wireless technologies and regulate RF/MW radiation. The FCC must stop facilitating, encouraging, and supporting the reckless expansion of WiFi and other wireless exposures due to the involuntary exposure of our population to RF radiation which is inherently biological harmful to humans and other living beings.

Most exposure to RF/MW is involuntary and with no informed consent due to the proliferation of cell towers, WiFi and wireless utility meters and the general lack of public knowledge on the harm from exposure to RF/MW (i.e., people do not read user's manuals which warn not to hold phones and other devices to the head or body or know of the thousands of studies indicating harm from such exposure).

Millions of people have managed to make the connection between their ill health and RF/MW exposure, but there are millions more who are being harmed, or have even died from cancers, etc. who do not know the cause or how to protect themselves. The FCC must act responsibly or it will be held accountable for these injuries and deaths and can be sure that every day people are making the connection between their ill health and RF/MW exposure deemed safe by the FCC. This situation will not be tolerated for long.

Radiation Sickness; Kathryn K. Wesson Comments, Sep. 3, 2013

Comment for FCC ET Docket No. 13-84.

Lenient radiofrequency exposure limits have caused health problems for my family, to the point where our long term health has been endangered and many aspects of our quality of life have been affected. I suspect this because we were a very healthy family until a smart meter was installed on our home.

1. Our problems began when the meter was installed and meshed into the neighborhood smart grid in the fall of 2011. At the time, we were unaware of the installation. Here is what has happened to us since then.

2. I began having low-grade headaches, popping in my sinuses and ringing in my ears. I started having periods of profound deafness in one or the other ear. This lasts for about a minute, and has occurred about 20 times since the fall of 2011. The University of Virginia medical center cannot find a physical problem inside my ears.

3. Immediately after the smart meter was installed, my entire family started having skin irritations and itching.

4. My husband began having spontaneous, projective nosebleeds.

5. One evening, my husband experienced teeth-chattering chills. The chills were so severe, I considered calling an ambulance. The onset was immediate, lasted about a half hour, and then abruptly disappeared.

6. I developed two large cysts on either side of my wrist, and my dogs developed growths on their legs and eyelids.

7. I have continuous popping deep in my sinuses at all times of the day. I believe this comes from the changing pressure of my brain inside the skull cavity. Of course this has to be dangerously unhealthy for the brain tissue.

8. The following website relates that non-thermal radiofrequency radiation can be absorbed by the brain, causing thermo-elastic expansion of brain tissue. This results in a pressure wave transmitted through the skull; I believe this is the source of the popping deep in my sinuses.

   http://transition.fcc.gov/Bureaus/Engineering_Technology/Documents/bulletins/oet56/oet56e3.pdf.

9. It is suspected that radiofrequency radiation causes issues such as breaching of the blood brain barrier, irreparable DNA damage leading to premature aging, and the possibility of autism in children.

10. Without a legal mandate from the FCC, power companies are measuring smart meter RF radiation using an AVERAGE measurement, which ignores the constant, huge spikes of

pulsed radiation thrust through children and adults in their own home.  As a comparison, that is like saying a car averaged 45 miles per hour on a trip, when in fact, the car was driven over 125 mph for half the time.

11. Wireless communication is a dangerous, reckless technology speeding ahead faster than research can keep up with.  Should any corporation, be it a communications company, a power company, or what have you, be allowed to blanket an individual with radiation?  This is not a subjective, whimsical or rhetorical question.  This is a bona fide problem that is becoming more of an issue as wireless communications usage explodes.

12. The FCC has a mandate to keep Americans safe.  **You are not doing your job unless you diligently analyze and enact stricter regulations** resulting from data that is pouring in suggesting a link between radiofrequency radiation and the recent surge in autism, Alzheimer's, brain cancer and other health issues.  If one could actually SEE radiofrequency radiation, I believe these issues would have been addressed long ago.

13. It is imperative that you reduce allowable radiofrequency limits.  Our schools, workplaces, homes and neighborhoods are saturated with RFR.  Radiofrequency radiation is cumulative and is exacting a severe toll on human health.

Respectfully submitted by

Kathryn K. Wesson
438 Wellington Drive
Charlottesville, Virginia 22903
September 3, 2013

Radiation Sickness; Diane St. James Comments, Sep. 2, 2013

Comments on Notice of Inquiry, ET Docket No. 13-84

I spent several years holding a cell phone next to my head for several hours a day a couple days every week. When I heard this could present a health hazard, I switched to a blue tooth headset. After using the headset for a couple years, I used a meter to find out if EMF was being emitted by the headset. I was shocked to learn that the headset is also emitting non-ionizing radiation. I switched to using the speaker on my cell phone.

When I am forced to hold the phone to my head because I am in a location that would not be appropriate for speaker phone, I develop headaches. When I use the speaker phone capability and do not hold the phone to my head, I do not feel any discomfort.

I wish the FCC would reduce the amount of EMF allowed to be emitted by cell and cordless phone manufacturers, so the potential danger would be lessened.

I am so concerned about my children keeping their phones in their pockets and putting their laptop computers on their laps. They need their phones to be in touch with their parents when they are away, and they need their computers to do their homework. I try to force them to put the computers on a desk and keep their phones in their backpacks. If you are a parent, you know it is difficult to force teenagers and pre-teens to do what you want, especially when they are at school and at activities and at friends' houses.

I wish the FCC would reduce the amount of EMF allowed to be emitted by cell and cordless phone manufacturers, so the vulnerable children in our population would not be bombarded by this possible carcinogen for decades of their life.

I am so sad that I know two beautiful, smart, seemingly healthy women in their 40s who were both killed by brain cancer. A friend of mine knows another one. I am so sad my husband's uncle was killed by brain cancer.

I am concerned that my friend who is a nurse in a brain trauma ward says she sees more and more people with brain tumors, and the patients afflicted are younger and younger.

Please look at the studies done outside of the United States as well as the "studies" done in the United States that were funded by the telecommunications industry.

Please don't wait for 30 years to take action, as previous leaders did when tobacco was thought to be dangerous but the "studies" didn't confirm it. My friend's mother died of lung cancer. Perhaps if her doctors didn't tell her to have a cigarette when she was nervous during pregnancy and while raising four children, she would have gotten to meet and nurture her grandchildren. But the doctors believed those studies, because the government confirmed their validity.

Don't make the same mistakes as your predecessors.

Please do the right thing, not the easy thing.

Diane St. James

Radiation Sickness; Christine Hoch Comments, Sep. 2, 2013

Dear Federal Communications Commission Staff:

The United States radiation standards have not been reviewed in 16 years, and there is ample evidence to conclude that these standards should be significantly lowered and replaced by standards taking into consideration bioeffects.

According to the 2012 BioInitiative Report, which reviewed over 1800 scientific studies, ?Bioeffects are clearly established and occur at very low levels of exposure to electromagnetic fields and radiofrequency radiation.  Bioeffects can occur in the first few minutes at levels associated with cell and cordless phone use. Bioeffects can also occur from just minutes of exposure to mobile phone masts (cell towers), WI-FI, and wireless utility ?smart? meters that produce whole-body exposure. Chronic base station level exposures can result in illness.? 1

Certain international laboratories have replicated studies demonstrating adverse effects on sperm quality, motility and pathology in men who use and in particular men who wear a cell phone, PDA or pager on their belt or in a pocket (Agarwal et al, 2008; Agarwal et al, 2009; Wdowiak et al, 2007; De Iuliis et al, 2009; Fejes et al, 2005; Aitken et al, 2005; Kumar, 2012).

Most recently, research from Japan on a mouse cell line, Mobile phone radiation induces mode-dependent DNA damage in a mouse spermatocyte-derived cell line: a protective role of melatonin stated, ?results conclude that 3G mobile phone radiations affect the brain function and cause several neurological disorders.?  2

Another current study released in August 2013, Effect of 3G Cell Phone Exposure with Computer Controlled 2-D Stepper Motor on Non-thermal Activation of the hsp27/p38MAPK Stress Pathway in Rat Brain, concludes that ?3G mobile phone radiations affect the brain function and cause several neurological disorders?. 3

Physicists argue that such a low amount of energy emitted from wireless products cannot affect living matter. If medical devices are permitted to emit pulsed radiofrequency radiation for medical therapy under monitored and short-term conditions, there must be bioeffects.  Why can?t the pulsed radio frequency radiation also negatively impact our cells as the research above indicates?

I have experienced health effects from exposure to pulsed radiofrequency radiation emitted from my cell phone and wireless laptop.  In 2007, when I was working at home and using a cell phone for work purposes, I often had a headache, especially at the end of the day.  When I worked, I also had neck pain, only in the front of my neck. I later realized that my neck was directly in front of my wireless laptop. During the days in which I didn?t talk on the cell phone, I didn?t experience headaches.

When I stayed away from my laptop, I didn?t have frontal neck pain. Therefore, after reading further research, I came to the conclusion that my health effects, which could go away, were directly impacted by my use of wireless products.

I respectfully request that the FCC review all of the research associated with radiofrequency radiation and not discount the 1800 studies cited in BioInitiative Report. Since most teenagers and adults in the United States use cell phones at this point and are exposed to wireless radiation from Wi-Fi, cordless phones, and smart meters, it is imperative that the FCC establishes updated standards that truly protect the health of all Americans.

Sincerely,

Christine M. Hoch

Footnotes

1. http://www.bioinitiative.org/table-of-contents/

2. Int J Radiat Biol. 2013 Aug 19. [Epub ahead of print), Liu C, Gao P, Xu SC, Wang Y, Chen CH, He MD, Yu ZP, Zhang L, Zhou Z., http://www.ncbi.nlm.nih.gov/pubmed/23952262

3. Cell Biochem Biophys. 2013 Aug 15. [Epub ahead of print], Kesari KK, Meena R, Nirala J, Kumar J, Verma HN. http://www.ncbi.nlm.nih.gov/pubmed/23949848 School of Life Sciences, Jaipur National University, Jaipur, 302017, Rajasthan, India, kavindra_biotech@yahoo.co.in.

Radiation Sickness; Arlene Ring Comments, Sep. 2, 2013

FCC 13-39

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Reassessment of Federal Communications | ) | ET Docket |
| Commission Radiofrequency Exposure Limits and | ) | No. 13-84 |
| Policies | ) | |
| | ) | |
| Proposed Changes in the Commission's Rules | ) | ET Docket |
| Regarding Human Exposure to Radiofrequency | ) | No. 03-137 |
| Electromagnetic Fields | ) | |
| | ) | |

To:   Office of the Secretary
      Federal Communications Commission
      Washington, DC 20554

Comment Filed by:   Arlene Ring
                    30245 Meadowview Dr.
                    Wickliffe, Ohio 44092
                    gnir201@aol.com
                    (440)-944-9053

Sept. 1, 2013

1

JA 09170

## AFFIDAVIT OF ARLENE RING

State of Ohio )

Lake County   )

I, Arlene Ring, attest that my statements are true to the best of my knowledge.

**Comment** round for FCC ET Docket No. 013-84 and ET Docket No. 03-137

1. My name is Arlene Ring. My address is 30245 Meadowview Drive, Wickliffe, Ohio, 44092.

2. I am a homemaker.

3. My husband and I have lived at our current address for about 24 years. Our house faces a cell tower that is owned by T-Mobile and that has been operating for about 6½ years. The tower is visible from our house and our bedroom faces it.

4. The tower is located at the football field at Wickliffe High School, approximately 1100 feet from our house.

5. Near the time the tower became operational, I noticed an increase in the number of headaches I would experience upon waking in the morning.

6. Around the same time, I started having eye symptoms that were partially brought on and/or aggravated by radiofrequency radiation (RF), high electric, and high magnetic fields.

7. I was diagnosed as having partial vitreous detachment in my eyes.

8. I stopped using a cell phone, and due to increased difficulty tolerating the electromagnetics of a computer, I stopped using computers.

9. About 3 years ago we discovered that a wireless transmitter had been placed on our gas meter by the gas company. This turned our formerly analog gas meter into a digital smart meter. The meter is located near the side of our house.

10. In October of 2010 I went outside and looked at the

2

JA 09171

smart meter to find out what the serial number was. A
few minutes after I looked at it, the floaters in my eyes
got worse. Everything looked fuzzy. I noticed a pain in
the left side of my forehead, pain on the bottom and inner
sides of my eye sockets, and I felt weak.

11. Two days later my eyes felt gritty and I was having
trouble seeing while driving.

12. Some time after the smart meter was installed near my
house I realized I had another symptom: ringing in my ears.
I have read that this symptom can be caused by RF radiation.

13. I am including medical documentation that I am
sensitive to, and adversely affected by, RF radiation. Please
see Exhibit A (1 page), Exhibit B (1 page), and Exhibit C
(2 pages).

14. I have read parts of the BIOINITIATIVE REPORT 2012,
including the conclusion, and it presents a strong consensus
of 29 independent scientists and health experts from around
the world, that "Public safety standards are 1,000 - 10,000
or more times higher than levels now commonly reported in
mobile phone base station studies to cause bioeffects,"
(See SECTION I, page 2, Preface; and Conclusions, LOW
EXPOSURE LEVELS ARE ASSOCIATED WITH BIOEFFECTS...
www.bioinitiative.org.)

15. Their conclusion also states that "overall, these 1800
or so new studies report abnormal gene transcription...;
genotoxicity and single and double-strand DNA damage...;
stress proteins...; loss of DNA repair capacity in human
stem cells...; reduction in free-radical scavengers...;
neurotoxicity in humans...; carcinogenicity in humans...;"
and so on and so on. (See Conclusions: BIOINITIATIVE 2012 -
CONCLUSIONS Table 1-1)

16. The BioInitiative Report presents clear and abundant
evidence that current RF safety limits are unsafe.

17. The BioInitiative Report 2012 defines new recommended
standards: "a 0.3 nanowatts to 0.6 naowatts per square
centimeter as a reasonable precautionary action level for
chronic exposure to pulsed RFR" (radiofrequency radiation).
(See Conclusions: DEFINING A NEW 'EFFECT LEVEL' FOR RFR)

18. This recommended level takes into account long-term
exposure. It is essential to provide a buffer for long-
term exposure because that is how RF exposure will be
experinced as time goes by.

3

19. It is also essential to factor in what real exposure will be from all the sources one would be exposed to at one time: the cell tower across the street, the smart meter on the side of the house, possibly a few more smart meters on the house, the smart meters on the neighbors houses, the collector on the next street, and so on...all radiating at us at the same time.

20. The Board of the American Academy of Environmental Medicine (AAEM) concurs with the BioInitiative Report in concluding that the current FCC guidelines are "inadequate for use in establishing public health standards." (See exhibit D (2 pages) and www.aaemonline.org.)

21. The AAEM further states that "existing FCC guidelines for RF safety...only look at thermal tissue damage and are obsolete, since many modern studies show metabolic and genomic damage from RF and ELF (extremely low frequency) exposures below the level of intensity which heats tissues." (See exhibit D)

22. The AAEM also notes "that the US NIEHS National Toxicology Program in 1999 cited radiofrequency radiation as a potential carcinogen." (See EXHIBIT D or AAEM's January 23, 2012 statement)

23. Lastly, the AAEM statement pointed out: "Existing safety limits for pulsed RF were termed 'not protective of public health' by the Radiofrequency Interagency Working Group (a federal interagency working group including the FDA, FCC, OSHA, the EPA and others)." (See Exhibit D)

24. It confuses me that the FCC and other federal agencies were already involved in assessing the existing safety limits. It is noteworthy, however, that their conclusion agrees with others who have assessed sound scientific evidence and also found existing safety limits not protective.

25. The World Health Organization/International Agency for Research on Cancer, (IARC), has classified RF electromagnetic fields as possibly carcinogenic to humans (Group B). (See IARC CLASSIFIES RADIOFREQUENCY ELECTROMAGNETIC FIELDS AS POSSIBLY CARCINOGENIC TO HUMANS, May 31, 2011, www.WHO.RFR.class2BCarcinogen.pr208_E)

26. People who are concerned about the hazards of RFR, and those who are hindered by symptoms caused by RFR, can choose to forgo the use of cell phones, computers, and WI FI in their own home. However, they have no choice in the vast bulk of exposure that they are subjected to. There is no place to escape to.

4

27. It is also possible that others are being injured by RFR and are not aware of it as yet.

28. Never before in the history of the world have people been exposed to the frequencies, the signal strength, and the duration of RFR, as they are today. It is as if we are the experiment.

29. I do not want to be part of a giant experiment of new and ever increasing technologies which are proven to be hazardous to health.

30. This is why it is vital for the FCC safety limits to be greatly lowered and become true safety limits.

31. The FCC would do well to implement a plan to establish the well-researched recommended new standards in the BioInitiative Report 2012.

32. A moratorium should also be placed on transmitting utility/smart meter installation, and installation of additional base stations for wireless service while biologically-based safety limits are being worked out.

33. In general, RF industry-funded studies on safety limits of RFR should not be given weight due to obvious conflict of interest concerns.

34. As per the Scenic Hudson court decision of 1965, the FCC has the responsibility to seriously consider my Comment, including the evidence I reference, in order to fulfill its obligation to represent the public.

35. Protecting the health of the nation by greatly lowering the exposure limits for cumulative RFR so that they are safe for everyone,will likely avert a national health crisis. There is nothing more useful, efficient, and practical that the FCC can do, than that.
(See FCC 13-39, paragraph 6)


Respectfully submitted by
Arlene Ring
30245 Meadowview Dr.
Wickliffe, Ohio 44092
September 1, 2013

*Arlene Ring*

5

JA 09174

**Family Holistic Health**
**Karin D. Cseak D.O.**
556 W. Portage Tr. Ext.
Cuyahoga Falls OH 44223
Office 330-923-3060
Fax 330-923-7705



5-3-12

To Whom It May Concern:

I am writing as the primary care physician for Arlene Ring.  Arlene has reported worsening symptoms related to exposures to electromagnetic fields (EMF) and wireless transmissions.  Her reactions to these fields have been getting more pronounced in the last several years, and include symptoms related to nervous system function and vision.

I recommend that no wireless transmissions be used on her property. Please contact my office if you should require any further information.

Cordially,

Karin Cseak, DO.

Exhibit
A

JA 09175

SHERRI J. TENPENNY, D.O.
DEA #_____
PAULA VETTER, N.P., -C.
CTP: RX 03873
7380 ENGLE ROAD
MIDDLEBURG HEIGHTS, OH 44130
(440) 239-3438 TEL., (440) 239-3440 FAX

NAME Arlene King                    AGE ____

ADDRESS _____    DATE 1/31/12

TAMPER-RESISTANT FEATURES INCLUDE: SAFETY-BLUE
ERASE-RESISTANT BACKGROUND, "ILLEGAL" PANTOGRAPH,
QUANTITY CHECK-OFF BOXES AND REFILL INDICATOR

℞ Arlene King is a patient
in my practice. Testing indicates
that she has sensitivities
to electrical/wireless trans-
mitters and would
benefit from the
avoidance of these de-
vices whenever possible

☐ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over
_____ Units

☐ Label

Refill NR 1 2 3 4 5

(Signature)

To ensure brand name dispensing, prescriber must write 'Dispense As
Written' or 'D.A.W.' on the prescription.

0HGP0267201

*Exhibit*
JA 09176

ARLENE M. RING

MAY 8, 2012

Born and raised in Cleveland, OH…has Bachelor of Science in Education…taught for few years/married at the age of 23/still to the same gentleman/his hobby is photography/his occupation is quality control engineer/he works with metals making jet engine blades.
Her kids are grown and on their own.
There is manufacturing is in her area/at times she can smell it when driving past the plant, but can't smell it at her own home.

X-rays taken last winter, benign growth noted on liver/she looked it up but can't remember what it said.

80 min. interview 5-8-2012    By Nora Kerry, RN

✓ EMF
✓ allergy
✓ Hydration

ROS

CANDIDA SCORE

1ST OV   Pulse  80

Temp (oral)

BP (sitting)  128/72

BP (standing) 134/70

TIME IN _____   TIME OUT _____   SIGNED _____

Arlene Ring – 501004 – 5/9/12 – PV – She has a history of sensitivity to electromagnetic type transmission. She is concerned mostly with the gas meter transmitter. It appears the transmitter on the gas meter, which makes it easy for the reading to be done electronically. This is giving her symptoms since installation. The symptoms get worse as described when she is close to the unit outdoors. There is a metal shield put in by her husband to protect it from the interior of their house and she doesn't have as much symptoms when she is near it on the inside of the home. She has aluminum siding on the home, which probably protects her from electromagnetic transmission. She does live near a cell transmission tower that has given her additional difficulty since it was installed. She has a lot of sensitivities. Note she has been under the care of Dr. Frackleton and Dr. Sherry Tenpenny for various allergic mechanisms. We find the electromagnetic sensitivity heightens in people with other allergies. Therefore discussed the possibility of the low dose antigen therapy, which would be a way to reduce her allergic load from foods and inhalants. This can be done without further testing of the various foods since it has over 300 items in the injection to help control the allergies to dust, molds, pollens and foods. It doesn't physically protect from the electromagnetic field.

Did check her briefly with the reflex technique on foods and she shows reactive to a number of common foods again with baker's and brewer's yeast, sugar and milk allergic even though she did have treatment 6-8 years ago from Dr. Tenpenny. A technique loses its effectiveness over time. The low dose antigen therapy seems to be enhanced and works better over time. This would simply lower her allergic over load and perhaps give her some protection from the EMF.

Cont'd on next page

Exhibit
JA 09177 C

Arlene Ring cont'd

In the meantime it would be best if the transmission unit from the gas meter would be removed for her medical benefit and not have any further installation.  She owns another home where her son will be living.  Would recommend that it not be applied to that home.  Also not permit the installation of the transmission unit to the electric meters on these homes.

There are just a few things that can be done to protect the home from the cell tower affects.  Her aluminum siding is one factor that is already there.  Perhaps she could use an aluminum vapor barrier in the attic that would be helpful also.   But these procedures are expensive and not completely beneficial so much so as the simply elimination of the transmission in its own home.   This can easily be avoided by simply reading the meter digitally by an employee of the gas and electric company.

Dx:     Electromagnetic Sensitivity
        Multiple Food Allergies

Physical Exam:
Ears:          Canals are clear.  TM's look normal.
Nose:          has slightly pale membranes, commonly seen with allergic patients
Dentition;     Is in excellent repair with composite fillings.  No residual amalgams.
They were removed over 5 years ago.   I don't find indication for further detoxification since she did have some DMSA therapy.  I don't find indication to need the DMSA or Glutathione, which aids in detoxifying.

Would like to do a test on her reverse T3 and total T3 to see if there is any affect of the heavy metals on her thyroid function.

Reviewing her previous lab work from Dr. Frackleton shows relatively normal TSH and T4 and free T3.  They are all within reasonable limits.

She has done significant things in her home.  Protection of electromagnetic factors with removing the electric clock from her bedroom and now even turning off the circuit breaker to her bedroom electric.  This does give her a better sleep pattern.  She reacts to wireless internet and fluorescent mercury lights with mental confusion and headaches.  Her personal use of a computer has limited due to the exposure from even the mouse affecting her finger control.   This is further documentation of her difficulty.

Dx:     Allergic patient with Food Allergies
        Significant Electromagnetic Sensitivity to a degree that is beginning to cause
physical harm and handicapping functions

                                   Roy E. Kerry, M.D./slw

Cc:     To Patient

Exhibit
C

JA 09178



**For Distribution:**

January 26, 2012

The American Academy of Environmental Medicine has adopted a resolution calling for a halt to wireless smart meters.

The full text of the resolution is below.  A hard copy on letterhead is available on the AAEM website at  www.aaemonline.org.

From the AAEM website:

# Who We Are

The American Academy of Environmental Medicine was founded in 1965, and is an international association of physicians and other professionals interested in the clinical aspects of humans and their environment. The Academy is interested in expanding the knowledge of interactions between human individuals and their environment, as these may be demonstrated to be reflected in their total health. The AAEM provides research and education in the recognition, treatment and prevention of illnesses induced by exposures to biological and chemical agents encountered in air, food and water.


AAEM's January 23, 2012 statement represents the first national physician's group to look in-depth at wireless health risks; and to advise the public and decision-makers about preventative public health actions that are necessary.

Exhibit
D

JA 09179

American Academy of Environmental Medicine
6505 E Central • Ste 296 • Wichita, KS 67206 Tel: (316) 684-5500 • Fax: (316) 684-5709
www.aaemonline.org

Proposed Decision of Commissioner Peevey (Mailed 1/22/2012) BEFORE THE PUBLIC UTILITIES
COMMISSION OF THE STATE OF CALIFORNIA
On the proposed decision 11-03-014

Dear Commissioners:

The Board of the American Academy of Environmental Medicine opposes the installation of wireless "smart
meters" in homes and schools based on a scientific assessment of the current medical literature (references
available on request). Chronic exposure to wireless radiofrequency radiation is a preventable environmental
hazard that is sufficiently well documented to warrant immediate preventative public health action.

As representatives of physician specialists in the field of environmental medicine, we have an obligation to urge
precaution when sufficient scientific and medical evidence suggests health risks which can potentially affect
large populations. The literature raises serious concern regarding the levels of radio frequency (RF - 3 KHz -
300 GHz) or extremely low frequency (ELF - o- 300 Hz) exposures produced by "smart meters" to warrant an
immediate and complete moratorium on their use and deployment until further study can be performed.

The board of the American Board of Environmental Medicine wishes to point out that existing FCC guidelines
for RF safety that have been used to justify installation of "smart meters" only look at thermal tissue damage
and are obsolete, since many modern studies show metabolic and genomic damage from RF and ELF
exposures below the level of intensity which heats tissues. The FCC guidelines are therefore inadequate for
use in establishing public health standards. More modern literature shows medically and biologically significant
effects of RF and ELF at lower energy densities. These effects accumulate over time, which is an important
consideration given the chronic nature of exposure from "smart meters". The current medical literature raises
credible questions about genetic and cellular effects, hormonal effects, male fertility, blood/brain barrier
damage and increased risk of certain types of cancers from RF or ELF levels similar to those emitted
from "smart meters". Children are placed at particular risk for altered brain development, and impaired learning
and behavior. Further EMF/RF adds synergistic effects to the damage observed from a range of toxic
chemicals. Given the widespread, chronic and essentially inescapable ELF/RF exposure of everyone living
near a "smart meter", the Board of the American Academy of Environmental Medicine finds it unacceptable
from a public health standpoint to implement this technology until these serious medical concerns are
resolved. We consider a moratorium on installation of wireless "smart meters" to be an issue of the highest
importance.

The Board of the American Academy of Environmental Medicine also wises to note that the US NIEHS
National Toxicology Program in 1999 cited radiofrequency radiation as a potential carcinogen. Existing safety
limits for pulsed RF were termed "not protective of public health" by the Radiofrequency Interagency Working
Group (a federal interagency working group including the FDA, FCC, OSHA, the EPA and others). Emissions
given off by "smart meters" have been classified by the World Health Organization International Agency for
Research on Cancer (IARC) as a Possible Human Carcinogen.

Hence, we call for:

• An immediate moratorium on "smart meter" installation until these serious public
  health issues are resolved. Continuing with their installation would be extremely
  irresponsible.

Saturday, April 14, 2012 America Online: GNIR201

Exhibit
D

JA 09180

Radiation Sickness; Victoria Jewett Comments, Sept. 2, 2013

Current FCC limits for human exposure to radio frequency radiation are already set way too high. I am unable to tolerate the proliferation of 4G technology, especially the 4G cell towers. I am also unable to be in a WiFi field, or near a cordless telephone base unit. This means that I can hardly go anywhere, including theaters, coffee shops, hospitals, municipal buildings, etc. I cannot travel because I cannot stay in any hotels. I can no longer work as a librarian. When I am exposed to these currently-legal levels of radiation I get a headache, nausea, and dizziness, and I feel weak and sick all over. I cannot sleep in these fields. I have moved out of the city of Santa Fe, and feel the radiation intensely when I go into town. I know many people who are being similarly injured.

Exposure limits need to be drastically lowered! Current limits are thermally-based and do not protect real people who are exposed 24/7 against our will. I implore you to address the growing numbers of people injured and displaced by this technology.

Radiation Sickness; Michael J. Hazard Comments, Sept. 2, 2013

**FCC 12-152**

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**


In the Matter of **Proceeding 03-137**                )
                                                                            )
Notice of Proposed Rulemaking                        )
18 FCC Rcd 13187, 13188 ¶1 (2003)              )          ET Docket No. 03-137
                                                                            )
And                                                                        )
                                                                            )
Service Rules for the Advanced Wireless Services   )          WT Docket No. 12-357
H Block---Implementing Section 6401 of the         )
Middle Class Tax Relief and Job Creation Act of   )
2012 Related to the 1915-1920 MHz and             )
1995-2000 MHz Bands ¶53 footnote 95              )


To:    Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554


Comment Filed by:          (Michael J. Hazard)
                                    (2908 Broken Willow Circle)
                                    (Las Vegas, NV 89117)
                                    (mhazard36@cox.net)
                                    (702-376-4859)

JA 09184

September 2, 2013

## AFFIDAVIT OF  MICHAEL J. HAZARD

State of NEVADA

CLARK County

I, Michael J. Hazard, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.) My name is Michael J. Hazard.  My address is 2908 Broken Willow circle, Las Vegas, NV 89117.

2.) I am a Certified Water Quality Analyst Technician

3.) Whereas our society in general is being inundated with multiple sources of RF (Radio frequency) and EMF (Electromagnetic Force) output from Wi-Fi, Cell Phone towers and cell phones themselves, smart meters, smart phones, smart appliances, microwaves, dish networks etc.

4.) Whereas FCC standards for RF emissions are outdated having been established many years ago when the frequency of RF emitting devices was much more uncommon,

5.) Therefore, I'm requesting that a precautionary action level of 0.0003 uW/cm2 to 0.0006 uW/cm2 be implemented by the FCC for maximum RF level exposure to humans. On a precautionary public health basis, a reduction from the BioInitiative 2007 recommendation of 0.1 uW/cm2 (or one-tenth of a microwatt per square centimeter) for cumulative outdoor RFR down to something three orders of magnitude lower (in the low nanowatt per square centimeter range) is justified.

A scientific benchmark of 0.003 uW/cm2 or three nanowatts per centimeter squared for 'lowest observed effect level' for RFR is based on mobile phone base station-level studies. Applying a ten-fold reduction to compensate for the lack of long-term exposure (to provide a safety buffer for chronic exposure, if needed) or for children as a sensitive subpopulation yields a 300 to 600 picowatts per square centimeter precautionary action level. This equates to a 0.3 nanowatts to 0.6 nanowatts per square centimeter as a reasonable, precautionary action level for chronic exposure to pulsed RFR.

These levels may need to change in the future, as new and better studies are completed. We leave room for future studies that may lower or raise today's observed 'effects levels' and should be prepared to accept new information as a guide for new precautionary actions.

Respectfully submitted by

Michael J. Hazard

2908 Broken Willow Circle

Las Vegas, NV 89117

JA 09185

Radiation Sickness; Melinda Wilson Comments, Aug 30, 2013

Comments on Notice of Inquiry, ET Docket No. 13-84

August 30, 2013

Office of the Secretary, FCC

445 12th Street, SW

Washington, DC  20554


I have been injured by RF radiation that complies with current exposure limits.

In November 2008 I had just moved into a 9th Floor apartment between Harvard and M.I.T.

The third or fourth time I sat at the living room window and looked out at the view, after about 20 minutes I felt like I had been on a cell phone for about 2 hours.

I moved from the window and over to the other end of the apartment and the feeling went away.

However, later that day when I tried to use my cell phone it felt very uncomfortable.

Soon I could no longer use my cell phone at all without extreme disorientation and headache.

I was able to move to the 4th Floor but the damage had been done. I am no longer able to use a computer, stay under fluorescent lights, and can no longer work around electronics.

I had to leave the city because I could find no place to live where I was not overexposed to wireless frequencies.

Now I live in rural Arizona but they are building new cell phone towers and exposure is increasing again.

Please lower your exposure limits to protect the vulnerable of my generation and new generations.



Melinda Wilson

P.O. Box 3056

Snowflake, AZ  85937

Radiation Sickness; Maggi Garloff Comments, Aug. 29, 2013

FCC 13-39

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | | |
|---|---|---|---|
| In the Matter of | | ) | |
| | | ) | |
| Reassessment of Federal Communications 13-84 | | ) | ET Docket No. |
| Commission Radiofrequency Exposure Limits and Policies | | ) | |
| | | ) | |
| Proposed Changes in the Commission's Rules 137 | | ) | ET Docket No. 03- |
| Regarding Human Exposure to Radiofrequency Electromagnetic Fields | | ) | |
| | | ) | |

To:    Office of the Secretary
       Federal Communications Commission
       Washington, DC 20554


Comment Filed by:    Maggi Garloff
                     29 Jefferson Ave.
                     San Rafael, CA 94903
                     maggigarloff@yahoo.com
                     415.613.9488


August 30, 2013

**AFFIDAVIT OF MAGGI GARLOFF**

1

JA 09189

State of California, Marin County

I, <u>Maggi Garloff</u>, attest that my statements are true to the best of my knowledge.

**Comment** round for FCC ET Docket No. 013-84 and ET Docket No. 03-137

1.  My name is <u>Maggi Garloff</u>   My address is <u>29 Jefferson Ave. San Rafael, CA 94903</u>

2.  I am retired Executive Director for a Non-Profit

3.  Both my husband and I suffer from EHS, EMF exposure. Our journey began about 10 years ago. Most solutions we found and researched ourselves. Nick, my husband, has a high tech background and I an Executive Director for a Non-Profit Organization.  We both had been exposed to wireless devices and EMF during the majority of our career.

4. For 5 years we lived in a house with faulty wiring.  Chronic exposure to dirty electricity and high magnetic fields was compounded with the introduction of cell phones and all things wireless we had incorporated into our lives. By 2009, he had progressed to a state of full-blown dementia – sat in a dark room staring at the ceiling for most of the day.  He was irritable, confused, depressed, angry and a real challenge to live with.  Meanwhile, I, too, was beginning to have memory issues, experienced shortness of breath, extreme weight gain, and a host of other physical symptoms.  The medical community both misdiagnosed and mis-prescribed medications for us.

5. List of symptoms:
Extreme eczema - prescribed cortizone
Shortness of Breath _ prescribed asthma inhaler
Balance and vertigo issues - prescribed exercises and dramamine
Extreme fatigue
Difficulty concentrating/thinking
Confusion
Allergic reactions to pollen, foods
Elevated Blood Sugar
Difficulty sleeping
Loss of strength in hands
Typing skills deteriorating
Grinding teeth

JA 09190

6.  About this time, a friend introduced me to the concepts of EMFs, hypersensitivity and Gia Wellness products (a noise field nano-technology developed by the military to protect communications personnel).  Because I'd had no luck with traditional medicine, was desperate and willing to try anything, I put Gia guards on all our electric appliances and electronic devices, all over Nick's room, in my car, and started drinking their *i-water*.

Over the next few months, the change in my husband's behavior was profound.  He went from being afraid to leave the house, being confused and unable to identify friends and acquaintances, to going for walks by himself without getting lost, picking bouquets of flowers for me, being less anxious.  He began reading scientific and technical journals again; recognizing and identifying people; and generally becoming a happier person. As for me, my eczema disappeared, I started sleeping nights, could think more clearly, and lost 20 lbs. We had a competent EMF electrician inspect our home.  The faulty wiring was corrected; ambient electrical fields were reduced; use of Stetzer filters further reduced emissions.  Our immediate environment felt calmer, my bedroom truly became a sleeping sanctuary.  Our health issues improved dramatically.

7. Our problems are a result of exposure to RF Radiation.  Any exposure to RF radiation is harmful to the general population. My wish is to have it completely out of our homes and public areas however, at this time I agree with The BioInitiative Report suggesting to lowering the EMF exposure level so as to minimize our population's RF radiation exposure which is in sharp contrast to the FCC's current drive to maximize wireless coverage, use and therefore maximize our population's RF radiation exposure and the associated health effects (cancer, cardiac and immune system dysfunction as well as behavioral and developmental problems in children).  SEE ATTACHED.

Maggi Garloff
29 Jefferson Ave.
San Rafael, CA 94903
maggigarloff@yahoo.com
415.613.9488

JA 09191

Radiation Sickness; ADA/FHA; Holly Manion Comments, Sept. 2, 2013

FCC 13-39

Before the
Federal Communications Commission
Washington, D.C. 20554

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Reassessment of Federal Communications | ) | ET Docket No. 13-84 |
| Commission Radiofrequency Exposure Limits and | ) | |
| Policies | ) | |
| | ) | |
| Proposed Changes in the Commission's Rules | ) | ET Docket No. 03-137 |
| Regarding Human Exposure to Radiofrequency | ) | |
| Electromagnetic Fields | ) | |
| | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:          Holly Manion
                           17090 El Mirador
                           Rancho Santa Fe, CA 92067
                           HollyManion@gmail.com
                           858-756-5287

                                                          August 30, 2013

JA 09193

AFFIDAVIT OF HOLLY MANION

State of California   ]

San Diego County   ]

I, Holly Manion, attest that my statements are true to the best of my knowledge.

Comment round for FCC ET Docket No. 013-84 and ET Docket No. 03-137

1.) My name is Holly Manion. My address is 17090 El Mirador, Rancho Santa Fe, CA 92067.

2) I am a residential real estate broker in Rancho Santa Fe, California. I also maintain an EMF information website, www.emfhealthalert.com.

3) On June 16, 2011 a man hired by San Diego Gas and Electric (SDGE) installed what he called was "an upgrade" to my Mother's utility meter. Following the installation of this utility meter upgrade, my Mother complained of a constant high pitched ringing in her ears, and she did not feel well. She felt lethargic; she complained about her vision; and she had a hard time with her speech and focus. Her legs, especially her feet became swollen. Within a week she fell for no apparent reason.

My brother, sisters and I take care of my Mother. These were very unusual symptoms for her. We could not figure out what was causing her declining health until she mentioned the man who had come by to upgrade her meter. I brought over my RF testing equipment and found that the RF bursts from the meters were every few minutes and extremely high. Readings were far in excess of what is allowable for total ambient surroundings of 1000 $\mu$W/cm$^2$. So we immediately removed the meter! Within a few days of the meter being removed, Mother's symptoms decreased, and she returned to her normal health.

A concerned neighbor and medical writer familiar with microwave radiation, Susan

2

Foster, wrote SDGE a letter on my Mother's behalf discussing her symptoms and comparing the intensity of radiation of the smart meter on Mother's house to the radiation of the cell towers on fire stations, and what the radiation did to the health of the firefighters. Susan Foster referenced a letter from Dr. Olle Johansson, Karolinska Institute, Stockholm Sweden to the California Public Utilities Commission. See letters attached: Susan Foster, Dr. Olle Johansson

4) In May of 2011 the World Health Organization- International Agency for Research on Cancer (IARC) classified radiofrequency radiation as a class 2B possible carcinogen. This is the same category as DDT, lead based paint, car exhaust and chloroform. The FCC must address and incorporate the appropriate measures to take into account the IARC's 2B classification before subjecting the masses to preventable and harmful non ionizing microwave exposure.

5) 2012 BioInitiative Report classifies radiofrequency radiation as a carcinogen. http://www.bioinitiative.org This is one of the most comprehensive reports prepared by 29 independent scientists and medical experts from around the world. It included 1800 new studies reporting abnormal gene transcription, geno-toxicity and single and double-strand DNA damaging, stress proteins because of the fractal RF antenna like nature of DNA, chromatin condensation and loss of DNA repair capacity in human stem cells, reduction in free radical scavengers-particularly melatonin, neurotoxicity in humans and animals, carcinogenicity in humans, serious impacts on human and animal sperm morphology and function, effects on offspring behavior, effects on brain and cranial bone development in the offspring of animals that are exposed to cell phone radiation during pregnancy.

6) "Public safety standards are 1,000 – 10,000 or more times higher than levels now commonly reported in mobile phone base station studies to cause bio effects. "(http://www.bioinitiative.org/conclusions/) At least five new cell tower studies are reporting bioeffects in the range of 0.003 to 0.05 µW/cm2 at lower levels than reported in 2007 (0.05 to 0.1 uW/cm2 was the range below which, in 2007,

3

effects were not observed). Researchers report headaches, concentration difficulties and behavioral problems in children and adolescents; and sleep disturbances, headaches and concentration problems in adults.

7) The FCC has a duty to protect the public health and safety from harm from radiofrequency radiation. My home is located high on a hill a few hundred feet from a telecommunication cell site which was installed in 2007. Over the last few years my health has changed. I feel increasing pressure in my head, ringing in my ears; I have high blood pressure, occasional heart palpitations, decreasing vision, and sleeping problems. At times I cannot enjoy my yard and pool area as the pressure in my head is unbearable. I have friends who have complained about the RFR in my yard as well. Meanwhile, I have spent thousands of dollars, and lots of time turning my bedroom into a faraday cage so I can give my body time to recover from constant exposure of RF microwaves from the cell sites, smart meters, WiFi and other wireless communicating systems surrounding. My bedroom has been painted with a special EMF blocking paint, and is surrounded by copper mesh. Copper mesh covers all windows as well. In all parts of my home I use a wired phone: my Internet is attached with an Ethernet cable; I do not use a microwave; I do not have a smart meter, and I rarely use a cell phone. It is in the off position most of the time. Yet the intensity of RF radiation in my home and property is increasing. This radiation is all involuntary exposure, and is affecting my health and the enjoyment of my property.

8) Existing FCC public safety limits are inadequate to protect public health. New biologically based maximal exposure guidelines and limits are needed which take into account long term, non thermal effects, and include vulnerable groups such as, children, fetuses, the elderly, the ill, disabled, genetically challenged, and the electo-hypersensitive. These limits should take into account the effects of cumulative

4

exposure of radiating devices operating simultaneously, including but not limited to involuntary exposure from smart meters, cell towers and WiFi, along with voluntary personal devices such as cell phones, computers, and Ipads. The masses are being exposed to a blanket of RF radiation emitted by the many wireless systems and devices which create an electro smog we cannot not see, feel or touch, but indeed affects our bodies at the cellular level.

9) Expansion of broadband wireless systems is exposing entire communities to continuous and involuntary source of microwave radiation. The RF signal goes throughout homes that do not want to subscribe.  Individuals and families cannot "opt out" of blanket wireless broadband exposure.

10) The FCC is in violation of the Americans with Disabilities Act (ADA) by failing to modernize its RF safety limits, and promoting blanket wireless radiation coverage. The microwave radiation from wireless technology causes serious functional impairment to many whose symptoms have been characterized under the name radiofrequency sickness. The symptoms can range from discomfort to life-threatening depending on the exposure and the individual involved.  [Please see  "Provocation Study using Heart Rate Variability Shows Radiation from 2.4 GHz Cordless Phone Affects Autonomic Nervous System" (Eur. J. Oncol. Library, vol. 5) at  http://electromagnetichealth.org/wp-content/uploads/2010/10/Havas_HRV_Ramazzini1.pdf   The near universal presence of radiation from wireless devices that does not fall below biologically meaningful safety limits is seriously limiting the ability of a growing segment of the American population to participate in civil society and community life.

11) US citizens and tax payers deserve updated radiofrequency radiation safety limits based on biology, not physics.  In order for the FCC to fulfill its Congressional mandate to protect the public health and safety from harm from radiofrequency radiation, it must update its RF safety regulations.
"In the Telecom Act of 1996 Congress directed the FCC to set its own RF safety

5

regulations for emissions from Personal Wireless Services Facilities (PWSF). The
House Committee on Commerce said it was the Commission's responsibility to
adopt uniform RF regulations "with adequate safeguards of the public health and
safety." (H.R. Report No. 104-204, p. 94)

12) FCC does not possess the expertise to set biologically- based radiofrequency
radiation safety limits. EPA does. Therefore, the FCC should
advocate that Congress direct the EPA to establish biologically- based
radiofrequency radiation safety limits and provide the budget and resources to carry
out that task. 2012 HR6358 was an excellent example of legislation to authorize the
EPA to establish biologically-based radiofrequency radiation safety limits.

13) Compliance with FCC radiofrequency radiation limits is often cited as an excuse
to ignore evidence of harm by transmitting utility meters, cell sites, 4G networks, etc.
and force harmful exposure on people against their will. Therefore the FCC is
causing substantial harm to citizens by not updating RF exposure limits to
biologically- based safety limits.

14) RF radiation from wireless infrastructures is affecting more than just people, it is
affecting animals, birds, bees, butterflies and plants. The lack of
appropriate biologically-based RF safety limits is damaging the environment. This
document was commissioned by the government of India
http://www.moef.nic.in/downloads/public-information/final_mobile_towers_report.pdf
and this one is a review of the literature
 http://www.biolmedonline.com/Articles/Vol4_4_2012/Vol4_4_202-216_BM-8.pdf "
Impacts of radio-frequency electromagnetic field (RF-EMF) from cell phone
towers and wireless devices on biosystem and ecosystem – a review," Biology and
Medicine

15) A moratorium should be placed on sales of new spectrum, transmitting utility
meter installation, and installation of additional base stations for wireless service

while biologically-based safety limits are being developed.

16) The FCC has a duty under Scenic Hudson to create a complete record and to consider seriously my Comments in order to fulfill its obligation to represent the public interest.

> Respectfully submitted by
> Holly Manion
> P.O. Box 1189
> Rancho Santa Fe, CA 92067
> August 30, 2013

7

Radiation Sickness; James Baker Comments, Aug, 22, 2013

Comments on Notice of Inquiry, ET Docket No. 13-84

 Submitted by James  Baker

Most exposure to RF/MW is involuntary and with no informed consent due to the proliferation of cell towers, WiFi and wireless utility meters and the general lack of public knowledge on the harm from exposure to RF/MW (i.e., people do not read user's manuals which warn not to hold phones and other devices to the head or body or know of the thousands of studies indicating harm from such exposure).

The FCC has not revised it exposure guidelines for RF/MW since 1996. While they rely on The Institute of Electrical and Electronics Engineers (IEEE) for their exposure guidelines, this organization is comprised of engineers, not doctors, physicists or biologists and the IEEE relies on the measurement of the Specific Absorption Rate (SAR) which can only account for a thermal effect in dead animal tissue and cannot be considered protective for non thermal biological health effects in living beings. SAR, which is currently used for near field measurement cannot measure the cellular, atomic or sub-atomic level of change while it is quite clear from the scientific evidence that there are disturbances and oscillations within cells induced by environmentally accounted RF/MW that do not cause heating. These effects include: DNA damage which may lead to cancer, neurodegenerative diseases, reproductive declines or even heritable mutations. Brain tumors, decrease in reproductive capacity, headaches, memory loss, fatigue, insomnia, heart arrhythmias, etc. are reported among people exposed to RF/MW. The FCC ET Docket No. 13-84 recommends moving to a SAR value only for near and far field exposures. This is entirely inadequate and would also make it impossible for field measurements to verify compliance as it requires a transmitter and a thermal probe inserted into dead animal tissue to measure and verify. (*Ref. -* http://www.plosone.org/article/info%3Adoi%2F10.1371%2Fjournal.pone.0062663 ***Eval uation of Specific Absorption Rate as a Dosimetric Quantity for Electromagnetic Fields Bioeffects****)*

Additionally, the current guidelines are based on a study performed on monkeys which determined that the harmful level of RF/MW exposure was when the monkeys stopped eating. Or as this military report puts it: "The most sensitive and reliable confirmed biological response that could be considered potentially harmful to humans has been found to be the disruption of food-motivated learned behavior." This basis is not up to date science and the guidelines need to reflect the thousands of studies that find harmful non thermal biological health effects from low level RF/MW exposure. ***[Ref. -*** http://health.mil/dhb/afeb/meeting/0417slides/RFR%20Standards.pdf ***]***

The guidelines also do not take into account that in 2011 The International Agency for Research on Cancer (IARC) classified RF/MW as a Class 2B Possible Human Carcinogen (May 31, 2011). This is the same class as DDT, lead, dioxin, chloroform, gasoline, diesel fuel, fuel oils, welding fumes, and ethylbenzene. ***[Ref. -*** http://www.iarc.fr/en/media-centre/pr/2011/pdfs/pr208_E.pdf***]***

JA 09201

The FCC RF/MW SAR exposure guidelines do not account for non thermal biological health effects. There are thousands of studies and millions of people which provide evidence of a non thermal effect that occurs far below the FCC RF/MW exposure guideline. The exposure guideline needs to be lowered to the recommendation of the BioInitiative Report 2012, comprised by 29 world-recognized experts in science and public health policy. The 2012 update reviewed 1,800 new studies on RF/MW exposure and recommends an RF/MW exposure guideline of .0003 micro watts per square centimeter (uW/cm2) power density value. The current FCC RF/MW exposure guideline is 1,000 uW/cm2 which only allegedly accounts for a thermal effect. *(Ref. **THE BIOINITIATIVE REPORT 2012 A Rationale for Biologically-based Public Exposure Standards for Electromagnetic Fields (ELF and RF)** - http://www.bioinitiative.org)*

Safety standards for sensitive populations need to be set at lower levels than for healthy adult populations. Sensitive populations include the developing fetus, the infant, children, the elderly, those with pre-existing chronic diseases, and those with developed electrical sensitivity (EHS).

Conclusions: We must have biologically based RF/MW exposure guidelines that protect from non thermal effects. The FCC must drop SAR values and use only electric field based power density values. They must lower the exposure value to a level that protects from non thermal biological health effects for the general population and for sensitive populations. It is obvious that other living beings which are smaller than humans would also be considered sensitive populations and special consideration needs to be given to animals and organisms that rely on magnetic fields for navigation and orientation.*(Ref. http://www.omicsonline.com/open-access/0974-8369/0974-8369-4-179.pdf?aid=12830 **Impacts of radio-frequency electromagnetic field (RF-EMF) from cell phone towers and wireless devices on biosystem and ecosystem – a review)***

I am one of the millions of people who have been harmed from RF/MW exposure from our wireless communications transmitters. There is ample epidemiological evidence that low level continuous RF/MW exposure of the type present near cell towers causes harm. (To date the U.S. has not conducted ONE epidemiological study on RF/MW.) There are also millions of people world-wide who have recognized that they are harmed by this low intensity exposure. I, for example, had a close encounter with cellular antennas located on a building. I developed muscle aches, memory loss and insomnia during this period. I was able to make the connection and now go to great lengths to avoid being in the vicinity of RF/MW transmitters in order to stay healthy and functioning. This includes quitting my job and moving from my home. It also includes avoiding homes and businesses that have RF/MW transmitters. *(Ref. http://www.nrcresearchpress.com/doi/pdf/10.1139/A10-018 Levitt, B.B. and Lai, H. 2010. **Biological effects from exposure to electromagnetic radiation emitted by cell tower base stations and other antenna arrays.** Environmental Reviews, 18 : 369-395. DOI:10.1139/A10-018 and http://www.avaate.org/IMG/pdf/ESTUDIO_BRASIL_BrazilCellTowerStudy.pdf **Mort***

*ality by neoplasia and cellular telephone base stations in the Belo Horizonte municipality, Minas Gerais state, Brazil)*

Therefore this proceeding requires a NEPA evaluation contrary to the FCC assertion that it does not. *(Ref - http://www.ca6.uscourts.gov/opinions.pdf/10a0374p-06.pdf* **Per No. 09-5761 Heartwood, Inc., et al. v. Agpaoa, et al.** *there is standing to challenge the current exposure guidelines because people have suffered an 'injury in fact' that is concrete and particularized; is actual or imminent; is traceable to wireless exposure; and that it is likely that this injury will be redressed by lower exposure guidelines.)*

The FCC must work with Congress to re-fund the EPA's non ionizing radiation protection research program for developing safe exposure guidelines because the FCC cannot both promote wireless technologies and regulate RF/MW radiation.

The FCC must stop facilitating, encouraging, and supporting the reckless expansion of WiFi and other wireless exposures due to the involuntary exposure of our population to RF radiation which is inherently biological harmful to humans and other living beings.

Most exposure to RF/MW is involuntary and with no informed consent due to the proliferation of cell towers, WiFi and wireless utility meters and the general lack of public knowledge on the harm from exposure to RF/MW (i.e., people do not read user's manuals which warn not to hold phones and other devices to the head or body or know of the thousands of studies indicating harm from such exposure). Millions of people have managed to make the connection between their ill health and RF/MW exposure, but there are millions more who are being harmed, or have even died from cancers, etc. who do not know the cause or who to protect themselves. The FCC must act responsibly or it will be held accountable for these injuries and deaths and can be sure that every day people are making the connection between their ill health and RF/MW exposure deemed safe by the FCC. This situation will not be tolerated for long.

And, finally, I am left wondering if government agencies communicate as the National Toxicology Program headquartered at the National Institute of Environmental Health Science is currently leading the largest laboratory rodent study to date of which the final results are not expected until 2014. Why would the FCC prematurely change our exposure guidelines when these results have not been released? (Ref - http://www.niehs.nih.gov/health/topics/agents/cellphones/)

Radiation Sickness; Deborah Cooney, Verified Complaint,
Cooney v. California Public Utilities Commission et al,
No. 12-cv-06466-CW, U.S.D.C. N.D. Cal. (Dec 17, 2012)

1  Deborah Cooney, Plaintiff, In Propria Persona
   P. O. Box 282
2  Green Bank, WV 24944-0282
   858-467-0776
3  celestecan@hotmail.com

4  **UNITED STATES DISTRICT COURT**

5  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO**

6

7                                                    )
   DEBORAH COONEY,                                    )
8                                                     )    **VERIFIED COMPLAINT**
                          Plaintiff,                  )
9                                                     )    **JURY TRIAL DEMANDED**
          vs.                                         )
10                                                    )
    THE CALIFORNIA PUBLIC UTILITIES                   )
11  COMMISSION (CPUC); MICHAEL R.                     )
    PEEVEY, PRESIDENT; THE STATE OF                   )
12  CALIFORNIA; KAMALA D. HARRIS,                     )
    ATTORNEY GENERAL; SAN DIEGO GAS                   )
13  & ELECTRIC (SDG&E),ITRON, INC.,                   )
    AND DOES 1-20, INCLUSIVE;                         )
14                                                    )
                          Defendants.                 )
15                                                    )
                                                      )
16  _____

17
    Comes now the "Plaintiff", Deborah Cooney, in propria persona, to allege and verify the
18
    following "Complaint":
19
                              **I. PARTIES**
20
    PLAINTIFF:          Deborah Cooney
21
                        P. O. Box 282
22
                        Green Bank, WV 24944-0282
23
                        (858) 467-0776
24
                        celestecan@hotmail.com
25
    1. Plaintiff has been forced to take refuge in the National Radio Quiet Zone in Green Bank, WV,
26
    as a result of the injuries and losses that are the subject of the instant claim.  She sleeps in a cabin
27

28

without electricity and can tolerate being in electricity for only a few hours per day. Plaintiff

maintains the California residence listed below; however, Plaintiff has not been able to

physically live in California for over a year. Given the Plaintiff's injuries, sensitivities, remote

location, and financial constraints, she is requesting telephonic appearances to the full extent

allowed by law.

> 5911 Chateau Dr.
>
> San Diego, CA 92117

DEFENDANT:      The California Public Utilities Commission ("CPUC")

505 Van Ness Avenue

San Francisco, CA 94102

(415) 703-2782 phone

(415) 703-1758 fax

http://www.cpuc.ca.gov

2. With several offices throughout California, the CPUC headquarters are listed above. The

CPUC is a regulatory agency established by the California Legislature to oversee the safe and

effective delivery of various utility services. A public entity, the CPUC operates under the

auspices of the executive branch of government of the State of California. It is entirely funded by

taxpayer dollars levied on the citizens of California. The home page of the CPUC website states:

"The CPUC regulates privately owned electric, natural gas, telecommunications, water, railroad,

rail transit, and passenger transportation companies. The CPUC serves the public interest by

*protecting consumers* and ensuring the provision of *safe*, reliable utility service and

infrastructure at reasonable rates, with a commitment to *environmental enhancement* and a

healthy California economy." (Emphasis added.)

DEFENDANT:      Michael R. Peevey, President

The California Public Utilities Commission (CPUC)

VERIFIED COMPLAINT

2

1    505 Van Ness Avenue

2    San Francisco, CA 94102

3    (415) 703-2782 phone

4    3. The CPUC website states:  "Michael R. Peevey was appointed President of the California

5    Public Utilities Commission (CPUC) by Governor Gray Davis on December 31, 2002, having

6    been originally appointed to the CPUC by Governor Davis in March 2002.  In December 2008

7    Governor Arnold Schwarzenegger reappointed Mr. Peevey to the CPUC for another six-year

8    term.   As President of the CPUC, Mr. Peevey is committed to *protecting* the public interest by

9    *promoting consumer needs*, while challenging utilities to embrace new technologies and provide

10    *safe*, high-quality services."  (Emphasis added.)    The website describes Defendant Michael R.

11    "Peevey's" long career with Southern California Edison Company, one of the privately owned

12    utilities which he is now entrusted to regulate, and further states, "He also serves as Chairman of

13    the California Emerging Technology Fund."

14

15    4. The California Emerging Technology Fund (CETF) is a private non-profit organization,

16    created by the CPUC, under Defendant Peevey's reign, to enable and justify the approval of the

17    2005 mergers of communication behemoths, SBC with AT&T, and MCI with Verizon, which

18    violated the spirit of our anti-trust protections, if not the law, itself.  Furthermore,    the    CETF

19    website states its mission as follows: "accelerating the deployment and adoption of [wireless]

20    broadband and other advanced communication services", to penetrate "underserved" markets and

21    maximize corporate profits, despite the overwhelming scientific and empirical evidence that

22    these wireless technologies are harmful to humans.

23

24    DEFENDANT:    The State of California

25    State Capital, Suite 1173

26    Sacramento, CA 95814

27    http://www.gov.ca.gov

28    VERIFIED COMPLAINT

3

JA 09207

5. The "State" of California is named as a separate defendant, as distinguished from Defendant CPUC.  Thus, we include any other agencies, such as the California Council on Science and Technology (CCST) and the California Air Resources Board (CARB), which are commissioned to work in tandem with CPUC, and should have stepped in to prevent the gross negligence and mitigate the Plaintiff's injuries and damages.  Defendant State remains liable for the misconduct of all of its agencies (including Defendant CPUC) and employees (including Defendant Peevey), whether or not they are specifically or separately named herein.

DEFENDANT:          Kamala D. Harris, Attorney General

                    State of California Department of Justice

                    1300 "I" Street

                    Sacramento, CA 95814-2919

                    (916) 445-9555

                    http://www.oag.ca.gov

6. Attorney General "Harris" is named as a Defendant in her official capacity. According to her website:  "The Attorney General represents the people of California in civil and criminal matters….In addition, the Attorney General establishes and operates projects and programs to *protect* Californians from fraudulent, unfair, and illegal activities that victimize consumers or threaten *public safety*. The Attorney General also enforces laws that safeguard the environment and natural resources…It is our duty to serve our state and work honorably every day to...:

•    Enforce and apply all our laws fairly and impartially.

•    Ensure *justice, safety*, and *liberty* for everyone." (Emphasis added.)

DEFENDANT:          San Diego Gas & Electric ("SDG&E")

                    P. O. Box 129831

VERIFIED COMPLAINT

4

JA 09208

1     San Diego, CA 92112-9831

2     (619) 696-2000

3     http://www.sdge.com

4   7. SDG&E is a wholly owned subsidiary of Sempra Energy, a California corporation.  According

5   to its website, "SDG&E is a Sempra Energy utility.  Based in San Diego, Sempra Energy  is     a

6   Fortune 500 energy service company with 2011 revenues of $10 billion.  With 17,500 employees

7   worldwide, the Sempra Energy companies develop energy infrastructure, operate utilities, and

8   provide related products and services to about 31 million consumers worldwide."

9

10  DEFENDANT:     Itron, Inc.

11     2111 North Molter Road

12     Liberty Lake, WA 99019-9469

13     (509) 924-9900

14     https://www.itron.com

15  8. "Itron", Inc. is a Washington state corporation with operations spanning around the globe,

16  including several offices in California.  The address listed above is Itron's headquarters.  Some

17  California office locations are listed below.  The website reads:  "Itron is a global technology

18  company.  We build solutions that help utilities measure, analyze, and manage energy and water.

19  Our broad product portfolio includes electricity, gas, water, and thermal energy measurement

20  and control technology; communications systems; software; and professional services.   With

21  thousands of employees supporting nearly 8,000 utilities in more than 100 countries, Itron

22  empowers utilities to responsibly and efficiently manage energy and water resources."

23     2107 Channing Way        1111 Broadway

24     Berkeley, CA 94704        Oakland, CA 94607

25     (510) 549-9118        (510) 844-2800

26

27

28     VERIFIED COMPLAINT

5

JA 09209

## II. JURISDICTION

9. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. section 1331 because Plaintiff's claims arise under the laws of the United States.

10. This Court has diversity of citizenship jurisdiction over this action pursuant to 28 U.S.C. section 1332 because the matter in controversy exceeds $75,000 exclusive of interests and costs and because the Plaintiff has been forced to flee to West Virginia to mitigate damages caused by Defendants (28 U.S.C. section 1332(a)(1)) and because Defendant Itron is a Washington corporation headquartered in Washington state. (28 U.S.C. section 1332(c)(1))

11. This Court has original jurisdiction over the civil rights claims in this action pursuant to 28 U.S.C. section 1343(a).

12. This Court has supplemental jurisdiction over this action pursuant to 28 U.S.C. section 1367(a).

13. The declaratory and injunctive relief requested is authorized by 28 U.S.C. sections 2201 and 2202 and 15 U.S.C. section 1267(a) pertaining to hazardous substances.

## III. VENUE

14. Venue is appropriate in this judicial district pursuant to 28 U.S.C. section 1391(b)(1) because Defendants CPUC and Peevey are located in San Francisco and all Defendants reside in California. Although its principal place of business is in Washington, Defendant Itron, a corporate entity, is deemed to reside in California pursuant to 28 U.S.C. section 1391(c)(2) because it is subject to this Court's jurisdiction.

JA 09210

1   15. Venue is appropriate in this judicial district pursuant to 28 U.S.C. section 1391(b)(2) because

2   a substantial part of the events and omissions giving rise to the claim occurred at Defendant

3   CPUC's offices in San Francisco.

4

5              **IV. STATEMENT OF THE CASE**

6   16. This Complaint was originally filed in the Superior Court of California on August 19, 2012.

7   The original Complaint was filed within the one year timeframe prescribed by the applicable

8   statutes of limitations.  A claim was filed with Defendant State within the 6 month timeframe

9   required by law for suing a public entity. The original Complaint was dismissed without

10   prejudice so that it could be simultaneously re-filed in U.S. Court.

11

12   17. All Defendants were properly served by mail in accordance with California Code of Civil

13   Procedure (CCCP) section 415.30.   Defendant CPUC properly returned the Notice and

14   Acknowledgement of Receipt, but Defendants SDG&E and Itron failed to do so.

15

16   18. Defendant CPUC, represented by Defendant Harris, demurred to the Complaint on

17   November 15, 2012, claiming that the Attorney General's office, with all of their legal expertise,

18   could not find a statute establishing their regulatory duty to the Plaintiff or the general public to

19   oversee the safe delivery of utility services.  Yet the following sections of the California Public

20   Utilities Code plainly establish such a duty:

21   303(a) prohibits commissioners from holding an official relation to or financial interest in any

22   person or company subject to their regulation;

23   315 requires Defendant CPUC to investigate accidents;

24   328 requires Defendant CPUC to ensure the safe delivery of natural gas and prohibits the utilities

25   from assessing additional fees for safety;

26

27

28               VERIFIED COMPLAINT

JA 09211

330(f) and (g) requires Defendant CPUC to regulate the safe and healthy delivery of electricity;

364 requires Defendant CPUC to establish standards for the high quality, safe, and reliable delivery of electricity, including reporting and review requirements;

761 requires Defendant CPUC to fix unsafe rules, practices, equipment, appliances, facilities, services or methods;

2101 requires Defendant CPUC to enforce safety standards and prosecute violations;

8360 requires Defendant CPUC to ensure the safety of the modern Smart Grid;

8362 requires Defendant CPUC to ensure that the Smart Grid plan complies with state and federal law.

8363 requires Defendant CPUC to implement the Smart Grid in a manner which does not compromise safety, integrity, or reliability;

8364 requires public utilities to submit their Smart Grid plans to Defendant CPUC for approval.

19. The following sections of the California Government Code establish liability to the Plaintiff:

815.2(a) A public entity is vicariously liable for the negligence of an employee.

815.6 A public entity is liable for its failure to discharge a mandatory duty to protect.

820(a) A public employee is liable for injury caused by his act or omission.

820.8 Nothing exonerates a public employee from liability for injury caused by his own negligence.

11120 The people retain sovereignty over the State agencies which serve them.

20. The following sections of the California Civil Code further establish Defendant CPUC's liability:

43 Right of protection from bodily restraint or harm and from injury to personal relations.

1708 All persons must abstain from injuring the person or property of another or infringing upon the rights of another.

1709 One who willfully deceives another is liable for damages.

VERIFIED COMPLAINT

8

JA 09212

1710 Deceit is defined as an untrue assertion, suppression of a fact so as to mislead, or a false promise.

1714(a) Liability for injury arises from want of ordinary care or skill.

21. Moreover, Defendant CPUC's own website advertises its regulatory duty to protect consumer safety.  Its denial of this duty, via the Demurrer, could be construed as false advertising.  It also begs the question: What purpose does Defendant CPUC serve if not to ensure the public safety? Why should we continue to fund Defendant CPUC with our tax dollars while they continue to shirk their duties?

22. In researching the law to prepare a response to the Demurrer, Plaintiff discovered significant issues of federal law which were beyond the scope of the California courts, such as

U.S. Constitution, Amendments I, IV, V, IX, X and IVX, Right to free exercise of religion and right to petition the government for redress of grievances, Right of the people to be secure in persons and houses, Right to life, liberty, and property, due process of law, and private property not to be taken for public use, Rights retained by the people, Right to privacy, States shall not deprive citizens of privileges, life, liberty or property, due process of law, and/or equal protection of the laws.

15 U.S.C. ss. 1261-7 Commerce Code, Chapter 30 Hazardous Substances

18 U.S.C. ss. 241-2 Criminal Code, Chapter 13, Civil Rights, Conspiracy against rights, Deprivation of rights under color of law

18 U.S.C. section 371 Criminal Code, Chapter 19 Conspiracy to defraud United States

18 U.S.C. ss. 653 and 666 Criminal Code, Chapter 31 Embezzlement and Theft, Disbursing officer misusing public funds, Theft or bribery concerning programs receiving Federal funds

18 U.S.C. ss. 1001 and 1018 Criminal Code, Chapter 47 Fraud and False Statements

JA 09213

42 U.S.C. ss. 1983, 1985 and 1986 Public Health and Welfare Code, Chapter 21 Civil Rights, Civil action for deprivation of rights, Conspiracy to interfere with civil rights, Action for neglect to prevent

42 U.S.C. section 3515b Public Health and Welfare Code, Chapter 33, Subchapter I, Prohibition on funding certain experiments involving human participants

42 U.S.C. ss. 7401, 7412, 7470, and 7477 Public Health and Welfare Code, Chapter 85, Subchapter I, Air Pollution Prevention and Control, Clean air

 42 U.S.C. section 9607 Public Health and Welfare Code, Chapter 103, Subchapter I, Hazardous Substances Releases, Liability, Compensation

42 U.S.C. section 13101 Public Health and Welfare Code, Chapter 133, Pollution Prevention, Pollution should be prevented or reduced at the source…

42 U.S.C. ss. 17381, and 17386 Public Health and Welfare Code, Chapter 152, Subchapter IX, Smart Grid, (8) Provision to consumers of timely information and control options, Matching Fund

45 CFR Part 46 Public Welfare, Protection of Human Subjects, known as the "Common Rule"

23. Plaintiff traveled home to California in August, 2012, during the time that she was drafting the original Complaint.  She had high hopes of living there again, since she had opted out of the Smart Meter program.  Unfortunately, she continued to be bothered by the high levels of ambient radiation from the Smart Grid surrounding her neighborhood and other areas of California. Because of the ill-conceived Smart Grid deployment, she could no longer live in her home state. Her return to West Virginia created an additional diversity of citizenship issue, which, by law, must be addressed in federal court.

24. Now is the most expeditious time to transfer the case to federal court.  The case has scarcely begun.  Service has not yet been completed on two of the Defendants.  The Demurrer hearing date is not until February 22, 2013.  In the interest of judicial economy and preserving public

JA 09214

funds, the Demurrer should never have been filed. Defendant Harris should have been diligent enough to notice Defendant CPUC's statutory duty to the Plaintiff. With the Plaintiff's legal assistance provided in paragraphs 18-22 above, Defendant Harris should not need to file another demurrer in this Court. The Plaintiff humbly asks the Court to strike any similar demurrer, if filed again, as it is clearly for the sole purpose of harassing the Plaintiff and obstructing justice.

## V. STATEMENT OF FACTS

A. PRECIPATORY ACTS OR OMISSIONS GIVING RISE TO CLAIM

25. Defendants recklessly approved, mandated, facilitated, or allowed the Smart Meter roll out without conducting adequate research as to the health effects of Smart Meter radiation on humans.

26. Defendants recklessly approved, mandated, facilitated, or allowed and continue to approve, mandate, facilitate, or allow the Smart Meter roll out, after being presented with reliable research, scientific and empirical evidence proving the detrimental health effects of Smart Meter and similar radiation on humans.

27. A letter dated July 9, 2011 was sent to Defendant CPUC from Ollie Johansson, Associate Professor, Dept. of Neuroscience, Karolinska Institute, Stockholm, Sweden, one of Europe's largest and most prestigious medical universities, which awards the Nobel Prize in Physiology or Medicine. Dr. Johansson has been studying the health effects of wireless devices for many years. Based on the body of evidence, he concluded that "EMR [Electromagnetic Radiation] exposures should be reduced now rather than waiting for proof of harm before acting. It is not in the public interest to wait." He also alerted Defendant CPUC to the World Health Organization (WHO) recent determination to include radiofrequent radiation (such as emissions from Smart Meters) on the 2B list of carcinogens. (See http://www.scribd.com/doc/55484389/Just-Say-No-Big-Brothers-Smart-Meters, http://ki.se/ki/jsp/polopoly.jsp?d=21984&a=54583&l=en)

1

2    28. A letter to Defendant CPUC and a position paper by the American Academy of

3    Environmental Medicine (AAEM) discusses harmful effects from smart meters and recommends

4    a moratorium on smart meter use.  (See http://aaemonline.org/pressadvisoryemf.pdf)

5

6    29. The American Academy of Environmental Medicine, a prominent, highly regarded,

7    authoritative international association, established for over fifty years, with thousands of

8    physician members, has called for "immediate caution regarding smart meter installations. Citing

9    several peer-reviewed scientific studies, the AAEM concludes that "significant harmful

10   biological effects occur from non-thermal RF exposure" showing causality. (Press Advisory,

11   April, 2012).  The AAEM also expresses concern regarding significant EMF, ELF, and RF fields

12   on human health.

13   AAEM calls for:

14   "• Immediate caution regarding Smart Meter installation due to potentially harmful RF exposure.

15   • Accommodation for health considerations regarding EMF and RF exposure, including exposure

16   to wireless Smart Meter technology.

17   • Use of safer technology", amongst other conclusions. (See AAEM Press Release, April 12,

18   2012 http://aaemonline.org/pressadvisoryemf.pdf)

19

20   Note:   RF means radio frequency

21            EMF means electromagnetic field

22            ELF means extremely low frequency

23

24   30. AAEM has also directly warned CPUC Commissioners about smart meter environmental

25   hazards and public health risks in a resolution and letter dated January 19, 2012:

26   "Dear [CPUC] Commissioners:

27

28                              VERIFIED COMPLAINT

                                        12

The Board of the American Academy of Environmental Medicine opposes the installation of wireless 'smart meters' in homes and schools based on a scientific assessment of the current medical literature (references available on request). Chronic exposure to wireless radiofrequency radiation is a preventable environmental hazard that is sufficiently well documented to warrant immediate preventative public health action.

As representatives of physician specialists in the field of environmental medicine, we have an obligation to urge precaution when sufficient scientific and medical evidence suggests health risks which can potentially affect large populations. The literature raises serious concern regarding the levels of radio frequency (RF – 3 KHz – 300 GHz) or extremely low frequency (ELF – o- 300 Hz) exposures produced by "smart meters" to warrant an immediate and complete moratorium on their use and deployment until further study can be performed." (See http://www.scribd.com/doc/79470430/AAEM-Resolution)

31. Other peer-reviewed studies that have been available to all of the Defendants and in the public domain include:

Hill, AB. The Environment and Disease: Association or Causation? Proceedings of the Royal Society of Medicine. 1965; 58: 295-300.

Xu S, Zhou Z, Zhang L, et al. Exposure to 1800 MHZ radiofrequency radiation induces oxidative damage to mitochondrial DNA in primary cultured neurons. Brain Research. 2010; 1311: 189-196.

Phillips JL, Singh NP, Lai H. Electromagnetic fields and DNA damage. Pathophysiology. 2009; 16: 79-88.

Ruediger HW. Genotoxic effects of radiofrequency electromagnetic fields. Pathophysiology. 2009; 16(2): 89-102.

Zhao T, Zou S, Knapp P. Exposure to cell phone radiation up-regulates apoptosis genes in primary cultures of neurons and astrocytes. Neurosci Lett. 2007; 412(1): 34-38.

Lee S, Johnson D, Dunbar K. 2.45 GHz radiofrequency fields alter gene expression on cultured

human cells. FEBS Letters. 2005; 579: 4829-4836.

Demsia G, Vlastos D, Matthopoulos DP. Effect of 910-MHz electromagnetic field on rat bone marrow. The Scientific World Journal. 2004; 4(S2): 48-54.

Lai H, Singh NP. Magnetic-field-induced DNA strand breaks in brain cells of the rat. Environmental Health Perspectives. 2004; 112(6): 687-694. Available from: http://ehp03.niehs.nih.gov/article/info:doi/10.1289/ehp.6355

Mashevich M, Foldman D, Kesar, et al. Exposure of human peripheral blood lymphocytes to electromagnetic fields associated with cellular phones leads to chromosomal instability. Bioelectromagnetics. 2003; 24: 82-90.

Magras IN, Xenos TD. RF radiation-induced changes in the prenatal development of mice. Bioelectromagnetics. 1997; 18:455-461.

Ban R, Grosse Y, Lauby-Secretan B, et al. Carcinogenicity of radiofrequency electromagnetic fields. The Lancet Oncology. 2011; 12(7): 624-626. Available from: http://www.thelancet.com/journals/lanonc/article/PIIS1470-2045(11)70147-4/fulltext?_eventId=login

Hardell L, Carlberg M, Hansson Mild K. Use of cellular telephones and brain tumour risk in urban and rural areas. Occup. Environ. Med. 2005; 62: 390-394.

Nittby H, Brun A, Eberhardt J, et al. Increased blood-brain barrier permeability in mammalian brain 7 days after exposure to the radiation from a GSM-900 mobile phone. Pathophysiology. 2009; 16: 103-112.

Awad SM, Hassan NS. Health Risks of electromagnetic radiation from mobile phone on brain of rats. J. Appl. Sci. Res. 2008; 4(12): 1994-2000.

Leszczynski D, Joenvaara S. Non-thermal activation of the hsp27/p38MAPK stress pathway by mobile phone radiation in human endothelial cells: Molecular mechanism for cancer - and blood-brain barrier – related effects. Differentiation. 2002; 70: 120-129.

Santini R, Santini P, Danze JM, et al. Study of the health of people living in the vicinity of mobile phone base stations: 1. Influences of distance and sex. Pathol Biol. 2002; 50: 369-373.

JA 09218

Abdel-Rassoul G, Abou El-Fateh O, Abou Salem M, et al. Neurobehavioral effects among inhabitants around mobile phone base stations. Neurotox. 2007; 28(2): 434-440.

Hutter HP, Moshammer H, Wallner P, Kundi M. Subjective symptoms, sleeping problems, and cognitive performance in subjects living near mobile phone base stations. Occup. Environ. Med. 2006; 63: 307-313.

Kolodynski AA, Kolodynska VV. Motor and psychological functions of school children living in the area of the Skrunda Radio Location Station in Latvia. Sci. Total Environ. 1996; 180: 87-93.

Rea WJ, Pan Y, Fenyves EJ, et al. Electromagnetic field sensitivity. Journal of Bioelectricity. 1991; 10(1 &2): 243-256.

McCarty DE, Carrubba S, Chesson AL, et al. Electromagnetic hypersensitivity: Evidence for a novel neurological syndrome. Int. J. Neurosci. 2011; 121(12): 670-676.

Ingole IV, Ghosh SK. Cell phone radiation and developing tissues in chick embryo – a light microscopic study of kidneys. J. Anat. Soc. India. 2006; 55(2): 19-23.

Lubec G, Wolf C. Bartosch B. Amino acid isomerisation and microwave exposure. Lancet. 1989; 334: 1392-1393.

Smith CW. Quanta and coherence effects in water and living systems. Journal of Alternative and Complimentary Medicine. 2004; 10(1): 69-78.

32. A March 11, 2011, posting on stopsmartmeters.org reads:

"San Francisco, CA- Facing mounting opposition to wireless 'smart' meters being rolled out by California utilities, including 10 local governments who have criminalized installations, and 23 more who have demanded that the CPUC stop the program because of widespread reports of health impacts, the Commission yesterday signaled that it would ask one of California's utilities- PG&E- to develop a plan to allow customers to opt out of having a wireless meter installed- at customers' expense….

Environmental health advocates and a burgeoning grassroots movement to halt the installations welcomed the CPUC's admission that there is a health crisis with the smart meter program, but slammed the meager steps proposed to address it. According to Joshua Hart, Director of Stop Smart Meters!, 'Admitting that there is a problem is the first step to fixing that problem. However, an individual opt out at customer expense for PG&E customers is a diversion…. The bottom line is that these meters are hurting people- and no one deserves to be subject to powerful microwave radiation pulses 24 hours a day in their own home.'

The wireless meters have been widely reported to cause headaches, dizziness, ringing in the ears- even memory loss and heart palpitations among susceptible individuals due to bursts of microwave radiation. The movement against wireless meters is the sharp end of a growing movement demanding health-based standards for wireless technology. Michael Peevey, who Gov. Brown has allowed to continue chairing the Commission, has continually insulted individuals with electro-sensitivity, inferring that they are 'just making it up.' Peevey, the former President and Senior Executive of Southern California Edison (SCE) has ties to the telecommunications industry, and continues to chair the Commission that is meant to oversee the utilities, despite popular outrage about clear conflicts of interest. SCE plans to have installed 5.3 million meters between 2009 and 2012.

Health advocates say they will continue protests and civil disobedience until a moratorium is imposed on any further installation, independent hearings on health are scheduled at the state level, and the utilities are directed to remove unwanted meters." (See http://stopsmartmeters.org/2011/03/11/cpuc-admits-to-smart-meter-health-crisis-opt-out-plan-falls-short/)

33. Defendant Peevey has breached ethics and violated the California Public Utilities Code section 303(a) by holding official relations to and a financial interest in several companies or persons subject to regulation by Defendant CPUC.  Defendant Peevey serves as Chairman of the

JA 09220

CETF alongside Expert Advisors, Kurt Rasmussen, Vice President of Verizon and Thomas Brill, Officer of SDG&E. This creates an official relationship. Both Verizon and SDG&E are regulated by Defendant CPUC. The CEFT received $60 million in funding from Verizon and AT&T, two companies which are under the regulatory authority of Defendant CPUC. This creates a financial interest as well as an official relationship.

34. Defendant Peevey admitted the California Council on Science and Technology (CCST) study as the sole basis for safety recommendations for the Smart Grid, to the exclusion of all other peer-reviewed studies and recommendations from qualified health professionals. Bryan Hannegan serves on CCST's Council, yet he is a VP of the Electric Power Research Institute (EPRI), many of whose members are electric utilities, some of whom are under Defendant CPUC's regulation. This creates an official relationship and a conflict of interest prohibited by law.

35. Defendant Peevey may not have divested himself of stock, stock options, or pension funds from Southern California Edison, his former employer and a company under Defendant CPUC's regulatory authority. This would create a serious conflict of interest due to financial holdings. Defendant Peevey's actions suggest that he maintains a relationship with the public utilities under his regulatory authority which is a good deal cozier than arm's length. There must be some motive for his eagerness to undermine the public health and safety. Further discovery is needed on this issue.

36. A June 11, 2012, article in La Maison features Harvard-educated physician, Dr. David O. Carpenter, founder of the University at Albany School of Public Health, joined by more than 50 of his esteemed colleagues to "correct some of the gross misinformation" being propagated by industry-funded studies and corrupt government agencies, such as Defendant CPUC. Highlights include:

JA 09221

"A technical study performed by Sage Associates in California indicates that RF levels from various scenarios depicting normal smart meter installation and operation may violate even the out-of-date US public safety standards."

"Wireless smart meters typically produce atypical, relatively potent and very short pulsed RF/microwaves whose biological effects have never been fully tested. They emit these millisecond-long RF bursts on average 9,600 times a day with a maximum of 190,000 daily transmissions and a peak level emission two and a half times higher than the stated safety signal, as the California utility Pacific Gas & Electric recognized before that State's Public Utilities Commission. Thus people in proximity to a smart meter are at risk of significantly greater aggregate of RF/microwave exposure than with a cell phone, not to mention the cumulative exposure received by people living near multiple meters mounted together, pole-mounted routers or utility collector meters using a third antenna to relay RF signals from 500 to 5,000 homes."

"In addition to the erratic bursts of modulated microwaves emitted by wireless smart meters transferring usage data to electric, gas and water utilities, wireless as well as wired smart (powerline communication) meters are also a major source of 'dirty electricity' (electrical interference of high frequency voltage transients typically of kilohertz frequencies). Some scientists, such as American epidemiologist Sam Milham, believe that many of the health complaints about smart meters may also be caused by dirty electricity generated by the « switching » power supply activating all smart meters."

"As Australian Associate Professor of neurosurgery Vini G. Khurana reports, adverse neurological effects have been reported in people who sustain close proximity to wireless meters, especially under 10 feet (3 metres)."

"This is why so many scientists and medical experts urgently recommend that measures following the Precautionary Principle be applied immediately…"

VERIFIED COMPLAINT

18

JA 09222

• David O. Carpenter, MD, Director, Institute for Health & the Environment, University at Albany                                                                                                          ,USA

• Franz Adlkofer, M.D., Chairman of the Pandora Foundation, Coordinator of the European Reflex Report on DNA-damage by cellphone radiation, Neuendorf, Germany

• M. S. H. Al Salameh, PhD, Professor of Electrical Engineering, University of Science & Technology,                                   Irbid,                                   Jordan

• Jennifer Armstrong, MD, Past President, American Society for Environmental Medicine, Founder,          Ottawa          Environmental          Health          Clinic,          Ontario,          Canada

• Pierre L. Auger, MD, Occupational medicine, Multiclinique des accidentés 1464, Montreal, Quebec,                                                                                                          Canada

• Igor Beliaev, PhD, Head research scientist, Cancer Research Institute, Slovak Academy of Sciences,                            Bratislava,                            Slovak                            republic

• Fiorella Belpoggi, PhD, Director Cesare Maltoni Cancer Research Center, Ramazzini Institute, Bologna,                                                                                                          Italy

• Dominique Belpomme, MD, Director of the European Cancer and Environment Research Institute,                                   Brussels,                                   Belgium

• Martin Blank, PhD, former President, Bioelectromagnetics Society, Special Lecturer, Department of Physiology and Cellular Biophysics, Columbia University Medical Center, New York,                                                                                                          USA

• Barry Breger, MD, Centre d'intégration somatosophique (orthomolecular medicine), Montreal, Quebec

• Simona Carrubba, PhD, Prof. Biophysics, Daemen College, Amherst, NY, Associate Researcher,          Neurology,          Buffalo          General          Hospital          ,          Buffalo,          NY

• John Cline, MD, Professor, Institute for Functional Medicine, Federal Way, WA, USA, Medical          Director,          Cline          Medical          Centre,          Nanaimo,          BC,          Canada

• Alvaro Augusto de Salles, PhD, Professor of Electrical Engineering, Federal University of Rio Grande          do          Sul,          Porto          Alegre,          Brazil

JA 09223

- Christos Georgiou, Prof. Biochemistry, Biology Department, University of Patras, Greece
- Andrew Goldsworthy, PhD, Honorary lecturer in Biology, Imperial College, London, UK
- Claudio Gómez-Perretta, MD, Director, Centro de Investigación, Hospital Universitario LA Fe, Valencia,                                                                                                                                           Spain
- Livio Giuliani, PhD, Senior Researcher, National Insurance Institute (INAIL), Chief of Radiation      and      Ultrasounds      Research      Unit,      Rome,      Italy
- Yury Grigoriev, PhD, Chair Russian National Committee on Non-Ionizing Radiation Protection,                                                      Moscow,                                                      Russia
- Settimio Grimaldi, PhD, Director, Institute of Translational Pharmacology (Neurobiology and molecular      medicine),      National      Research      Council,      Rome,      Italy
- Magda Havas, PhD, Centre for Health Studies, Trent University, Canada
- Lennart Hardell, MD, Professor of Oncology, University Hospital, Örebro, Sweden
- Denis L. Henshaw, PhD, Professor of Physics, Head of The Human Radiation Effects Group, University                                     of                                     Bristol,                                     UK
- Ronald B. Herberman, MD, Chairman of Board, Environmental Health Trust, and Founding Director     emeritus,     University     of     Pittsburgh     Cancer     Institute,     USA
- Donald Hillman, PhD, Dairy Science, Professor Emeritus, Department of Animal Science, Michigan                                 State                                 University,                                 USA
- Isaac Jamieson, PhD, Environmental Science (electromagnetic phenomena in the built environment), independent architect, scientist and environmental consultant, Hertfordshire, UK
- Olle Johansson, PhD, Professor of Neuroscience (Experimental Dermatology Unit), Karolinska Institute,                                     Stockholm,                                     Sweden
- Yury Kronn, PhD, Soviet authority on physics of nonlinear vibrations and high frequency electromagnetic vibrations, founder of Energy Tools International, Oregon, USA
- Vini G. Khurana, MBBS, Associate of Professor of Neurosurgery, Australian National University,                                                                   Australia
- Henry Lai, PhD, Professor of Bioengineering, University of Washington School of Medicine,

JA 09224

1  Seattle,                            WA,                            USA
2  • Abraham R. Liboff, PhD, Professor Emeritus, Department of Physics, Oakland University,
3  Rochester,                       Michigan,                        USA
4  • Don Maisch, PhD, Researcher on radiation exposure standards for telecommunications
5  frequency,          EMFacts          Consultancy,         Tasmania,         Australia
6  •   Erica   Mallery-Blythe,   MD,   Emergency   Medicine   Physician,   England
7  • Andrew A. Marino, MD, Professor of Neurology, LSU Health Sciences Center, Shreveport,
8  LA,                                                                    USA
9  •   Karl   Maret,   MD,   President,   Dove   Health   Alliance,   Aptos,   CA,   USA
10 • Fiorenzo Marinelli, PhD, Researcher on biological effects of EMFs, Institute of Molecular
11 Genetics,          National          Research          Council,          Bologna,          Italy
12 • Andrew Michrowski, PhD, Director, Planetary Association for Clean Energy, Ottawa, Canada
13 • Sam Milham, MD, former chief epidemiologist, Washington State Department of Health, USA
14 • Joel M. Moskowitz, PhD, Director, Center for Family and Community Health, School of Public
15 Health,          University          of          California,          Berkeley
16 • Gerd Oberfeld, MD, Public Health Department, Salzburg State Government, Austria
17 • Mike O'Carroll, PhD, Professor Emeritus (Applied Mathematics), University of Sunderland,
18 UK
19 • Jerry L. Phillips, PhD, Director, Center for Excellence in Science, Department of Chemistry
20 and          Biochemistry,          University          of          Colorado,          USA
21 • John Podd, PhD, Professor of Psychology (experimental neuropsychology), Massey University,
22 New-Zeland
23 • William J. Rea, MD, thoracic and cardiovascular surgeon, founder of the Environmental Health
24 Center,                       Dallas,                       Tx,                       USA
25 • Elihu D. Richter, MD, Professor, Hebrew University-Hadassah School of Public Health and
26 Community          Medicine,          Jerusalem,          Israel
27 • Leif G. Salford, MD, Senior Professor of Neurosurgery, Lund University, Sweden
28

• Nesrin Seyhan, MD, Founder and Chair of Biophysics, Medical Faculty of Gazi University, Turkey

• Cyril W. Smith, PhD, lead author of "Electromagnetic Man", retired from Electronic and Electrical Engineering, University of Salford, UK

• Morando Soffritti, MD, Scientific Director of the European Foundation for Oncology and Environmental Sciences "B. Ramazzini" in Bologna, Italy

• Carlos Sosa, MD, surgeon affected by the Microwave syndrome, Medellin, Columbia

• Antoinette "Toni" Stein, PhD, Collaborative on Health and the Environment (CHE-EMF Working Group), Co-Coordinator, Berkeley, CA, USA

• Stanislaw Szmigielski, MD, PhD Professor of Pathophysiology, Consulting Expert, former director of Microwave Safety, Military Institute of Hygiene and Epidemiology, Warsaw, Poland

• Lauraine Vivian, PhD, Senior Lecturer, Primary Health Care Directorate, Faculty of Health Sciences, University of Cape Town, South Africa.

• Bradford S. Weeks, MD, Director, The Weeks Clinic, Clinton, WA, USA

• Stelios A. Zinelis, MD, Vice-President, Hellenic Cancer Society, Cefallonia, Greece

(See http://maisonsaine.ca/smart-meters-correcting-the-gross-misinformation/)

37. In *Friedman v. Public Utilities Commission*, 2012 ME 90, the Maine Supreme Court decreed "Contrary to the **Commission's** conclusion, we are not persuaded that **Friedman's** health and safety concerns were "resolved"…"

B. DEFENDANTS ARE VIOLATING BANS ON HUMAN EXPERIMENTATION

38. Defendants did not properly inform Plaintiff or any other California residents that they would be the subjects of a state-wide grand experiment on the health effects of Smart Meter radiation.

39. Defendants did not properly obtain the Plaintiff's or other California residents' consent to the experiment.

VERIFIED COMPLAINT

22

JA 09226

40. Defendants failed to implement proper controls over the experiment, follow sound scientific methods, or even record results. Defendants never followed up or kept records of the health effects that they were supposed to be studying. When presented with evidence of harm to the unwitting subjects, Defendants ignored, dismissed, discredited, or denied it. This is not proper procedure for a scientific study.

41. The EMF Safety Network published the following information:

"*CCST STUDY LEAVES SMART METER HEALTH QUESTIONS UNANSWERED* Report Admits that Smart Meter Radiation 'Continues to be of Concern'

San Francisco- A coalition of health and environmental advocates opposing radiation-emitting 'smart' meters today questioned the recommendations of a report released yesterday, calling the installation of 10 million wireless meters throughout California 'a giant experiment on the population.' The California Council on Science and Technology (CCST) released a draft of their Smart Meter report yesterday- a response to Assemblymember Jared Huffman's (D-San Rafael) request and question, 'Are the FCC Safety Standards adequate to protect people from harm?'

The CCST report answers that the FCC safety standards are adequate for thermal impacts yet non-thermal impacts from radiation emitting devices like Smart Meters is still unknown. Despite this uncertainty, the report inexplicably gives the green light for continued installation.

Cindy Sage of Sage Associates, a professional environmental consultant who last week released a study showing that 'smart' meters likely exceed already

VERIFIED COMPLAINT

23

JA 09227

1   high FCC limits on human exposure to microwaves, said 'Installing millions

2   of RF transmitters in peoples' homes when we already have substantial

3   scientific evidence about the risks of chronic, low-level RF is a risk not

4   worth taking.  Especially without any discussion, or disclosure to the

5   public about trade-offs made without their knowledge or consent.'

6

7   The CCST study found that radiation from a 'Smart' Meter is forty times as

8   high as a wireless wifi router, contradicting PG&E's previous claim that the

9   meters emit a minute fraction of the radiation of common household devices.

10

11  'Comparing wireless meters to other wireless devices that are voluntary,

    and which many people choose not to use is not a fair comparison to

12  government-mandated meters that expose people in their homes 24 hours a

13  day.' Sage says.

14

15  Stop Smart Meters!, the EMF Safety Network, and other groups opposing

16  'smart' meters continue to receive reports from hundreds of people

17  experiencing health impacts after the wireless meters are installed,

18  including sleep problems, headaches, tinnitus and nausea. The California

19  Public Utilities Commission has received over 2000 complaints of health

20  impacts. The CCST report failed to interview anyone reporting health

21  symptoms, and neglected to cite peer-reviewed findings of non-thermal

22  biological damage from low level RF emissions.

23

24  'The costs for having guessed wrong is likely to have enormous economic and

25  public health consequences for Californians for decades to come,' Sage

26  concludes."  (See http://emfsafetynetwork.org/?page_id=3299)

27

28

JA 09228

42. The CCST was established by the California Legislature, Assembly Concurrent Resolution No. 162, to achieve an economic development objective, with no directive or authority over the public health.   Its composition is heavily weighted with industry executives and academic engineers, rather than bona fide health professionals.   It is an entirely inappropriate vehicle for public policy research concerning matters of health and safety.   (See http://www.ccst.us/ccstinfo/charge.php)

43.   The following April 20, 2011, posting on StopSmartMeters.org features Daniel Hirsch, a lecturer and expert in nuclear policy at the University of California Santa Cruz.

"And here are the two charts that seek to compare microwave radiation from smart meters to cell phones, microwaves and other devices. The first is from the CCST report- taken directly from EPRI- an energy industry front group. The second is from Mr. Hirsch's analysis (pdf), corrected for whole body, cumulative exposure.

JA 09229

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19



20  The CCST report mixed units and published this highly misleading chart, which was presented

21  as fact by many media outlets. Why is our state legislature allowing their 'independent' health

22  study to be hijacked by industry? We learned in 6th grade math class never to compare different

23  units of measurements on one chart- perhaps the industry 'scientists' who prepared this chart

24  never completed grade school?

25
26
27
28

JA 09230



Chart produced by Daniel Hirsch, corrected to represent cumulative, whole body exposure. When the chart is corrected to reflect the same units of measurement, it appears that smart meters are at least 100x more powerful than cell phones, which are increasingly being linked with brain tumors."  (See http://stopsmartmeters.org/2011/04/20/daniel-hirsch-on-ccsts-fuzzy-math/)

44. The U.S. Court of Appeals for the D.C. Circuit has explained, "the ethical problems of conducting cancer experiments on human beings are too obvious to require discussion." *Environmental Defense Fund v. EPA*, 510 F.2d 1292, 1299 (D.C. Cir. 1975).

VERIFIED COMPLAINT

27

JA 09231

45. In 1932, the U.S. Public Health Service and the Tuskegee Institute recruited about 600 poor, African-American farmers for the purpose of studying the natural progression of syphilis in men. The men volunteered under the impression that they were to receive free medical care for life. They were not informed that they had syphilis and their syphilis was never treated, even though by 1947 penicillin had become the standard treatment. The facts of this experiment became public in July 1972 whereupon the study was immediately terminated, but not before many of the men had died and had communicated syphilis to their wives and children.  (*See*, Centers for Disease Control, "The Tuskegee Timeline", *see*, http://www.cdc.gov/tuskegee/timeline.htm (*accessed* 9/20/2012).

46. The Tuskegee syphilis experiment and other U.S. governmental sponsored human research horrors prompted Congress to pass the National Research Act of 1974 which created a commission to develop principles for the protection of human subjects in scientific experimentation.

47. Four years later, the commission produced: the "Belmont Report: Ethical Principles and Guidelines for the Protection of Human Subjects of Research, Report of the National Commission for the Protection of Human Subjects of Biomedical and Behavioral Research." DHEW Publication No. (OS) 78-0012. (See http://epahumantesting.files.wordpress.com/2012/08/ohrp_belmont_report.pdf)    (*accessed* 9/20/2012).

48. In 1991, the Belmont Report was incorporated into federal regulations at 45 CFR Part 46, also known as "the Common Rule."

49. Federal rules found at 45 C.F.R. Part 46 apply "to all research involving human subjects conducted, supported or otherwise subject to [federal] regulation." The Smart Grid is federally funded and subject to federal regulation.

50. 45 C.F.R. § 46.102 (i) defines "Minimal risk" as "the probability and magnitude of harm or discomfort anticipated in the research are not greater in and of themselves than those ordinarily encountered in daily life or during the performance of routine physical or psychological examinations or tests."

51. 45 C.F.R. § 46.111 prohibits risks to human subjects that are greater than minimal risks.

52. 45 C.F.R. § 46.111 prohibits imposing risks that are not reasonable in relation to anticipated benefits.

53. 45 C.F.R. § 46.116 prohibits human experimentation "unless the investigator has obtained the legally effective informed consent of the subject."

54. 45 C.F.R. § 46.116 requires the informed consent to provide "a description of any reasonably foreseeable risks or discomforts to the subject."

55. 45 C.F.R. § 46.122 specifically prohibits expenditure of Federal funds for research involving human subjects unless the requirements of 45 C.F.R. Part 46 rules have been satisfied. The Smart Grid is federally funded.

56. 45 C.F.R. § 46.123 provides authority for an agency head to require agency support for any project be terminated or suspended in the manner prescribed in applicable program requirements, when the agency head finds an institution has materially failed to comply with the terms of 45

VERIFIED COMPLAINT

29

JA 09233

C.F.R. Part 46 rules.  In this case the agency head refers to Defendant Peevey, President of Defendant CPUC.

57. 42 U.S.C. § 3515b states that no "funds appropriated by this Act or subsequent Departments of Labor, Health and Human Services, and Education, and Related Agencies Appropriations Acts shall be used to pay for any research program or project or any program, project, or course which is of an experimental nature, or any other activity involving human participants, which is determined by the Secretary or a court of competent jurisdiction to present a danger to the physical, mental, or emotional well-being of a participant or subject of such program, project, or course, without the written, informed consent of each participant or subject."

C. DEFENDANTS FRAUDULENTLY RECEIVED FEDERAL FUNDS

58. The American Recovery and Reinvestment Act of 2009, signed into law by President Barack Obama on February 17, 2009, provided the U. S. Department of Energy with approximately $11 billion in federal tax dollars to modernize the electric power grid.  Of this sum, approximately $4 billion funded the Smart Grid Investment Grant Program.

59. 42 U.S.C. Public Health and Welfare Code, Chapter 152, Subchapter IX authorizes the Smart Grid program and the fifty percent matching funds available for qualifying investments.  42 U.S.C. section 17381(8) specifies a provision to consumers of timely information and control options.  Defendant SDG&E has breached both the letter and the spirit of this directive to accurately inform consumers and allow them control of devices on their homes.  Defendant SDG&E has intentionally misinformed or failed to inform consumers about the hazards and risks of the wireless Smart Grid equipment that they have chosen to purchase from Defendant Itron and possibly other manufacturers for home and neighborhood installation.  Defendant SDG&E has refused to honor or even listen to consumer requests for healthier, safer equipment, thus denying them control options.

VERIFIED COMPLAINT

30

60. Under the 42 U.S.C. section 17386 guidelines for qualifying matching funds, Defendant SDG&E received approximately $28 million on April 26, 2010 to implement an advanced wireless communication system, thus accelerating Smart Grid applications and devices. Defendant SDG&E also received approximately $6 million on September 22, 2010 to develop a Smart Grid pilot program for demonstration purposes.  Defendant SDG&E may have received additional funds unbeknownst to the Plaintiff.  Defendant SDG&E used a portion of the Smart Grid matching funds to purchase defective Smart Meters and other equipment from Defendant Itron.

61. Defendant SDG&E intentionally made false statements, that its officers knew to be untrue, and suppressed or concealed the truth in order to procure the above-mentioned federal funding. In so doing, Defendant SDG&E violated:

18 U.S.C. section 371 Criminal Code, Chapter 19 Conspiracy to defraud United States,

18 U.S.C. ss. 653 and 666 Criminal Code, Chapter 31 Embezzlement and Theft, Disbursing officer misusing public funds, Theft or bribery concerning programs receiving Federal funds, and

18 U.S.C. ss. 1001 and 1018 Criminal Code, Chapter 47 Fraud and False Statements.

62. In its Smart Grid Deployment Plan, filed June 2011 with Defendant CPUC, Defendant SDG&E states:

**"Empower Consumers to Actively Participate in the Operations of the Grid."**

"SDG&E's vision is customer-centric and its strategy requires that the utility place a high priority on implementing technologies that empower customers in ways they value…"  Page 100

"SDG&E places its highest priority on safely ensuring reliability of service to customers." Page 101

JA 09235

"The highest priority is assigned to ensuring safe and reliable service to Customers… support customers' preferences…making customer value a key component of SDG&E's investment decision-making process" Page 101

"The highest priority is placed on ensuring the safety and reliability of service to customers, and this strategy will help ensure that SDG&E is able to integrate growing levels of intermittent resources while maintaining safety and reliability." Page 102

"SDG&E's vision is customer-focused and will place a high priority on implementing technologies that empower customers in ways that customers value…. ongoing dialogue with customers…." Page 102

"SDG&E's Smart Grid Deployment Plan places a high priority on reducing the total environmental footprint of the current electric generating and delivery system in the San Diego region… its vision of working with customers and other stakeholders to create a connected and sustainable smart energy future. This ensures that SDG&E's technology investments create or contribute to a platform for functionality that its customers value and that empowers them… SDG&E's Smart Grid Deployment Plan will significantly reduce the total environmental footprint of the electric system by creating a platform that will integrate technologies and services supporting California's emission reduction and other environmental goals." Page 103

**"Customer Empowerment** - SDG&E is investing in an infrastructure to ensure that customers have the necessary information from the utility and third parties as well as the capabilities to make energy management decisions that meet their needs and desires…" Page 104

JA 09236

"SDG&E is deploying new Smart Grid technologies in conjunction with traditional infrastructure to ensure the safe, reliable, and efficient integration of PEV charging load with SDG&E's overall system…" Page 105

"SDG&E's Reliability and Safety program improves measurement, control, protection, and optimization to support the resiliency and responsiveness of the grid." Page 107

http://www.sdge.com/sites/default/files/documents/smartgriddeploymentplan.pdf

63. Defendant SDG&E failed to comply with California law in its implementation of the Smart Grid as follows:

California Public Utilities Code section 8360 requires the safe, reliable, efficient deployment of the modern Smart Grid, including (h) providing customers with timely information and control options;

California Public Utilities Code section 8363 requires implementation of the Smart Grid in a manner which does not compromise safety, integrity, or reliability;

64. The following sections of the California Civil Code further establish the Defendants' liability for the resulting injuries to the Plaintiff:

43 Right of protection from bodily restraint or harm and from injury to personal relations.

1708 All persons must abstain from injuring the person or property of another or infringing upon the rights of another.

1709 One who willfully deceives another is liable for damages.

1710 Deceit defined as an untrue assertion, suppression of a fact so as to mislead, or a false promise.

1714(a) Liability for injury arises from want of ordinary care or skill.

JA 09237

65. Defendants CPUC and Peevey were entrusted with the duty to oversee the California Smart Grid implementation, including providing for the public safety and protection from bodily harm, requiring and reviewing plans and reports submitted by the utilities, including Defendant SDG&E.  Through their own negligence, they failed to do so.  Thus, by operation of state and federal law, they are liable for damages and injuries to the Plaintiff.

D. DEFENDANTS VIOLATED FEDERAL LAWS REGULATING POLLUTANTS

66. Under 15 U.S.C. section 1261 subsections (f)(1)(A)(i) and (g), RF radiation from Smart Meter equipment qualifies as a hazardous substance based on its toxicity, because it "has the capacity to produce personal injury or illness to man through ingestion, inhalation, or absorption through any body surface."  The World Health Organization has classified it as a class 2B carcinogen.  The Smart Meter equipment itself also qualifies as a "mechanical hazard" under 15 U.S.C. section 1261 subsections (s)(2) (6) (7) (8) and (9).  The Smart Meter equipment is a "banned hazardous substance" pursuant to 15 U.S.C. section 1261 subsection (q)(1)(A) because it is intended for use by children (and families and the general public) and it emits "a hazardous substance in such a manner as to be susceptible of access by a child…"

67. Defendant Itron violated 15 U.S.C. section 1263 subsection (a) by introducing a banned hazardous substance into interstate commerce.  Defendant SDG&E violated 15 U.S.C. section 1263 subsection (c) by receiving and delivering a banned hazardous substance.  15 U.S.C. section 1264 subsection (a) provides for criminal penalties and subsection (c) provides for civil penalties of up to $100,000 per violation not to exceed $15,000,000 total.  In addition, subsection (d) authorizes Defendant Harris to bring a civil action for injunction.  This Court has jurisdiction to restrain violations pursuant to 15 U.S.C. section 1267(a).

68. Pursuant to 42 U.S.C. section 7401(a)(3) air pollution prevention and control is the primary responsibility of Defendant State.

1

2   69. 42 U.S.C. section 7412(b)(3)(B) requires the Administrator (of the EPA) to add any

3   hazardous air pollutant to the list upon showing that it "may reasonably be anticipated to cause

4   adverse effects to human health or adverse environmental effects."

5

6   70. 42 U.S.C. section 7470 subsection (1) protects the public health from "any actual or potential

7   adverse effect" from air pollution or "emissions to the ambient air."  Subsection (3) "insure[s]

8   that economic growth will occur in a manner consistent with the preservation of existing clean

9   air resources."  Subsection (5) "assure[s] that any decision to permit increased air pollution in

10  any area to which this section applies is made only after careful evaluation of all the

11  consequences of such a decision and after adequate procedural opportunities for informed public

12  participation in the decisionmaking process."  The Defendants have violated all of these

13  provisions.  Section 7477 empowers either Defendant State or the Administrator of the

14  Environmental Protection Agency (EPA) to take enforcement measures, which include seeking

15  injunctive relief.

16

17  71. Defendants are liable for the damages caused by their release of hazardous substances

18  pursuant to 42 U.S.C. section 9607.

19

20  72. Pursuant to 42 U.S.C. section 13101 subsection (b), "pollution should be prevented or

21  reduced at the source…"

22

23  E. DEFENDANTS CAUSED PERSONAL INJURY TO THE PLAINTIFF

24  73. Defendants recklessly and carelessly caused serious injury to the Plaintiff and the Plaintiff's

25  loved ones in her own home and community by installing harmful radiation devices on Plaintiff's

26  home and numerous similar radiation devices in the vicinity of Plaintiff's community.  The

27  devices are commonly referred to as "Smart Meters."

28

VERIFIED COMPLAINT

JA 09239

74. Defendants installed the Smart Meters without obtaining the Plaintiff's informed consent, nor did they obtain the informed consent of any other resident of the home, nor the consent of the property owner.

75. Defendants repeatedly ignored and downplayed Plaintiff's attempts to inform them of the damages that they were creating with the Smart Meters. On January 21, 2011, and May 9, 2011, Plaintiff sent letters to Defendants SDG&E, CPUC, and Harris, notifying them of their transgressions and requesting relief. None of the Defendants even deigned to respond to the Plaintiff's health and safety issues. Numerous telephone calls to these Defendants were also unanswered or mishandled.

76. From January, 2011, through May, 2012, Defendants refused to remove the harmful equipment despite repeated requests by the Plaintiff. On May 31, 2012, the Plaintiff filed her "Opt-Out" notice, in which she again called for the removal of all Smart Grid equipment within a two-mile radius of her home. Again, she notified Defendant SDG&E of the health, safety, and legal issues. Although Defendants have recently removed two Smart Meters affixed to Plaintiff's residence, they have failed to address the ambient radiation from millions of Smart Meters in the community, causing further damages and failing to mitigate damages.

77. Furthermore, Defendants have the nerve to charge Plaintiff a fee for NOT providing her with Smart Meters.

78. By August 24, 2011, Plaintiff had sustained such serious injuries that her life was in jeopardy and she was forced to flee from her home and business in order to seek refuge from the radiation. Plaintiff continues to suffer some of the serious effects of the injury, such as tinnitus, a particularly distressing condition for a professional musician who depends on acute hearing.

VERIFIED COMPLAINT

36

JA 09240

1    Other symptoms have subsided as long as she stays away from electromagnetic radiation, which

2    is getting more and more difficult to do.

3

4    79. In addition to pain and suffering caused by severe injuries from radiation, Plaintiff lost her

5    home, her business, her means of making a living, her ability to live in California, her lifestyle,

6    her ability to live in electricity, the companionship of her domestic partner and significant other

7    who developed a heart condition from the radiation but elected to remain at home and take heart

8    medication, her cat who suffered and died from the radiation.  Plaintiff has lost her liberty to

9    travel freely about and is a virtual prisoner in the rapidly shrinking "safe" areas.  Plaintiff has

10   suffered catastrophic losses which were proximately caused by the Defendants' negligence.

11

12   F. DEFENDANTS VIOLATED PLAINTIFF'S RIGHTS

13   80. The Defendants have abridged the Plaintiffs civil rights under the United States Constitution

14   as follows:

15   First Amendment right to free exercise of religion

16   Plaintiff believes in living in harmony with nature and keeping the body well-nourished, well-

17   rested, and free of toxins.  Defendants have infringed upon her right to practice this religious

18   belief in the privacy of her own home.

19   First Amendment right to petition the government for redress of grievances

20   Defendants have refused to honor or even respond to Plaintiff's requests for safety and protection

21   from harmful radiation in her own home.

22   Fourth Amendment right of the people to be secure in persons and houses

23   Defendants have violated Plaintiff's person (body) and home with their unwanted radiation.

24   Defendants have imposed a permanent physical occupation of Plaintiff's residence without

25   consent and without just compensation. "At the very core" of the Fourth Amendment "stands the

26   right of a man to retreat into his own home and there be free from unreasonable governmental

27   intrusion." *Silverman* v. *United States,* 365 U. S. 505, 511 (1961)

28

VERIFIED COMPLAINT

37

JA 09241

1  Fifth Amendment right to life, liberty, and property

2  Defendants have subjected Plaintiff to harmful microwave and electromagnetic radiation which

3  slowly "cooks" and kills.  Although, to date, Plaintiff has been able to escape and stay alive, the

4  transgression remains a concern.  Defendants have proximately caused Plaintiff to lose her

5  liberty to live, work, or travel in California.  Defendants have proximately caused Plaintiff to

6  lose her property, including her cat, Mimi, her business, and her savings.

7  Fifth Amendment right to due process of law

8  Defendants have refused to address Plaintiff's grievances.

9  Fifth Amendment protection from private property being taken for public use

10  Defendants have used the airwaves in the Plaintiff's home for public use without just

11  compensation and without her informed consent.  Defendants are guilty of trespassing and

12  conversion.

13  Ninth and Tenth Amendment rights retained by the people and right to privacy

14  Defendants have conducted a toxic intrusion of Plaintiff's person (body) and home, in ways that

15  usurp power and disparage rights possessed by the Plaintiff.

16  Fourteenth Amendment:  States shall not deprive citizens of privileges, life, liberty or property,

17  due process of law, and equal protection of the laws

18  All of the above applies specifically to Defendants State, CPUC, Peevey, and Harris.

19

20  81. The infringement of civil rights described above are expressly prohibited by the Criminal

21  Code, 18 U.S.C. ss. 241-2, Chapter 13, Civil Rights, Conspiracy against rights, Deprivation of

22  rights under color of law.  Civil remedies are set forth in the Public Health and Welfare Code, 42

23  U.S.C. ss. 1983, 1985, and 1986, Chapter 21, Civil Rights, Civil action for deprivation of rights,

24  Conspiracy to interfere with civil rights, Action for neglect to prevent.

25

26

27

28

JA 09242

1    G. DEFENDANTS HAVE COMMITTED BATTERY

2    82. All Defendants were complicit in the intentional act of implementing the Smart Grid.  All

3    Defendants knew that the equipment would emit RF radiation, throughout California

4    neighborhoods, including Plaintiff's home.  The RF radiation came into contact with the

5    Plaintiff.  It was harmful and offensive to the Plaintiff.  It was the proximate cause of the

6    Plaintiff's injuries.  Thus, all of the elements of battery are satisfied: Action, intent, and harmful

7    or offensive contact.  The Defendants are liable for the damages under California Civil Code ss.

8    1708 and 1714(a).

9

10   H.DEFENDANTS SDG&E AND ITRON ARE LIABLE FOR THEIR DEFECTIVE PRODUCT

11   83. On or about August 24, 2011, Plaintiff was injured by the Smart Grid equipment,

12   manufactured by Defendant Itron, installed by Defendant SDG&E, and approved or mandated by

13   Defendant CPUC.  Each of the Defendants knew that the product would be used without

14   inspection by the Plaintiff for defects.  The product was defective when it left the control of each

15   Defendant.  At the time of injury, the product was being used as intended.  Plaintiff was an

16   unwilling user and purchaser of the product, as well as an unwitting bystander.

17

18   84. Count One -- Strict Liability:  Plaintiff's injury was the legal proximate result of Defendant

19   Itron, who designed, manufactured, and assembled the product and Defendants SDG&E and

20   CPUC who sold the product to the public.

21

22   85. Count Two – Negligence:  Defendants Itron, SDG&E, and CPUC owed a duty to the Plaintiff

23   to protect her from physical harm from their defective product.

24

25   86. Count Three – Breach of Warranty:  Defendants breached an implied warranty of product

26   safety.

27

28

VERIFIED COMPLAINT

JA 09243

I. PLAINTIFF HAS TAKEN RESPONSIBILITY TO MITIGATE DAMAGES

87. Plaintiff has lived an exemplary and healthy lifestyle.  Plaintiff takes care of her health, eating fresh, nourishing, organic foods, drinking clean water and nothing else (no coffee or soft drinks), getting plenty of exercise and fresh air, going to the beach or natural landscape daily to practice yoga, swim, walk, hike, jog or bicycle.  Consequently, Plaintiff has enjoyed excellent health.

88. Plaintiff is a teetotaler.  Plaintiff has never used drugs, whether prescription or street drugs.

89. Plaintiff practices her religious belief in natural healing, using only gentle, safe, effective, traditional methods of healing from illness or injury.  Plaintiff does not use forceful, harmful allopathic medicine.

90. Plaintiff has protected herself from second hand smoke and other chemical exposure.

91. Plaintiff has carefully avoided RF radiation by using a corded, land-based telephone, rather than a cell phone, avoiding wireless internet, keeping her distance from visible cell phone towers or cell phone users, keeping her distance from power lines.

92. One reason that the Plaintiff has been so diligent in avoiding radiation is because she is so sensitive to it.  Exposure has always caused her to experience immediate, unpleasant symptoms including headaches, sinus congestion, nausea, and fatigue.

93. Plaintiff is still alive today because she acted swiftly to mitigate damages and injuries from the Smart Grid, perceptively noting her physical reactions to radiation fields.  If she had not taken these precautions, she would most assuredly have succumbed to the onslaught, as did her cat, Mimi.

VERIFIED COMPLAINT

40

JA 09244

94. Plaintiff noticed that she felt better when she stepped out the door of her house than when she was inside the house.  She could feel the immediate effects of radiation when she walked in the front door, experiencing a pins-and-needles feeling all over her skin, muscle contractions, stiffness, and pain, ataxia, dehydration, etc.

95. Plaintiff felt a shock to her heart every four hours, at exactly 1:00, 5:00, and 9:00, as if something was being transmitted every four hours, on the hour.  The shock would initiate cascading heart attack symptoms: chest pain, shortness of breath, heart palpitations, nausea, circulatory problems, edema, numbness, and an impending sense of doom.  She noticed that this did not occur when she was not at home.

96. Plaintiff began spending more time at the beach and refraining from sleeping at home, in order to preserve her health.  Finally, on August 24, 2011, she left her home in search of a radiation-free place to recover, regain, and maintain her health.

J. DEFENDANTS ACTED WITH MALICE, FRAUD, AND OPPRESSION

97. Defendants maliciously installed or allowed the installation of Smart Meter radiation devices on and about the Plaintiff's residence, knowing or with reasonable diligence they should have known, that these devices emitted a high level of radiation that would jeopardize the health and safety of a chemically and electrically sensitive person such as the Plaintiff.

98. Defendants defrauded the Plaintiff and the general public by downplaying the effects or potential effects of such high levels of radiation.

99. Defendants reckless and criminal behavior was oppressive and harmful to the Plaintiff and her loved ones.

K. GROUNDS FOR INJUCTIVE RELIEF

100. There is a substantial likelihood of success on the merits of this case.

101. The Plaintiff faces astronomical and irreparable damages and serious injury in her own home if injunction is not granted. Moreover, there are hundreds, if not thousands, of other Californians facing similar damages and injuries.

102. The balance of harm to the Plaintiff and the general public weighs in favor of the Plaintiff. There is no higher priority than public safety. The hardship to the Plaintiff and the general public greatly outweighs any costs that Defendants would incur through the issuance of the injunction as requested. In fact, the Defendants will actually save money, in the long run, by immediately removing unsafe equipment, thus mitigating damages and injuries to the population at large and reducing the number and dollar amount of claims for cancer, heart disease, and other ailments that manifest over time. Furthermore, the electric grid worked flawlessly before the Smart Grid deployment. The Defendants could easily redeploy the old equipment already in their possession, until such time as new Smart Grid equipment could be designed, manufactured, procured, and properly tested for safety. In the alternative, and in light of the grave damage, the prohibitive cost, the insignificant benefit, and lack of public support, the Smart Grid project may have to be scrapped in its entirety.

103. The granting of the requested injunction would serve the public interest of the people of California by protecting all citizens and visitors from harmful radiation and by setting a precedent to protect citizens from potentially toxic intrusions in their own homes.

VERIFIED COMPLAINT

42

JA 09246

# V. PLAINTIFF RETAINS ALL RIGHTS

104. Plaintiff reserves the right to amend the Complaint to correct legal errors or omissions due to her inexperience in legal matters, or to supplement with additional information which is revealed through discovery, or for any other reason.

105. The true names and capacities of Defendants sued herein as Does 1-20, inclusive, are unknown to the Plaintiff, and the Plaintiff therefore sues these Defendants under fictitious names.  Plaintiff will amend this Complaint to allege their true names and capacities when ascertained.  These fictitiously named Defendants were involved in the design, approval, implementation, and furtherance of the acts complained of herein.

106. Plaintiff incorporates all paragraphs and causes of action into all other paragraphs and causes of action herein.

107. Plaintiff wishes to exercise the right to a civil jury trial conferred upon her by the Seventh Amendment to the U.S. Constitution.

108. Plaintiff appears in this action In Propria Persona or Pro Se, and asks that the issues raised herein be addressed "on the merits", *Sanders v. United States*, 373 US 1, at 16,17 (1963); and addressed with "clarity and particularity", *McClesky v. Zant,* 111 S. Ct. 1454 at 470-71 (1991); and that the Plaintiff be afforded a full and fair evidentiary hearing, *Townsend v. Sain*, 372 US 293 at p.1 (1962)  See also *Picking v. Pennsylvania Railroad Co*., 151 F.2d 240 (3rd Cir. 1945).

109. Plaintiff asks this Court to recognize the fact that this "Pro Se litigant's pleadings are to be construed liberally and held to less stringent standards than lawyers." *Haines v. Kerner, Warden of Illinois State Penitentiary at Menard,* 404 U.S. 519, 92 S. Ct. 594, 30 L. Ed. 2d, 652 (1972).

VERIFIED COMPLAINT

43

JA 09247

See also *Platsky v. CIA*, 953 F. 2d 26 (1971), "Court errs if Court dismisses pro se litigant without instructions of how pleadings are deficient and how to 'repair' pleadings."

110. "Pleadings are intended to serve as a means of arriving at fair and just settlements of controversies between litigants. They should not raise barriers which prevent the achievement of that end…Proper pleading is important, but its importance consists in its effectiveness as a means to accomplish the end of a just judgment." *Maty v. Grasselli Chemical Co.*, 303 US 197 (1938).

111. "A State cannot exclude a person from the practice of law or from any other occupation in a manner or for reasons that contravene the Due Process or Equal Protection Clause of the Fourteenth Amendment.[5] *Dent* v. *West Virginia*, 129 U. S. 114. Cf. *Slochower* v. *Board of Education*, 350 U. S. 551; *Wieman* v. *Updegraff*, 344 U. S. 183. And see *Ex parte Secombe*, 19 How. 9, 13." *Schware v. Board of Bar Examiners of NM*, 353 US 232, P. 238-9 (1957).

112. "[T]here [can] be no sanction or penalty imposed upon one because of his exercise of constitutional rights. In S*pevack v. Klein*, 385 U.S. 511, 87 S.Ct. 625, 17 L.Ed.2d 574 (1967)" *Sherar v. Cullen,* 481 F. 2d 945, P. 947 (1973).

## VI. STATEMENT OF PURPOSE

113. By this action, the Plaintiff endeavors to safeguard and protect the public health from the greatest scourge that humanity has ever faced, the horror of radiation.  Although we are beginning to see the incipient stages of its devastation in our most sensitive and susceptible populations, the "canaries" among us, the full effects over time could potentially become crippling and irreversibly destructive to civilized society as we know it.  We must take swift and decisive action to nip it in the bud.  We cannot afford to continue this unwise and unethical experiment on living human subjects.  We have more than enough evidence that our man-made

radiation levels are dangerously high, already killing, injuring, and debilitating us. It is time to pull the plug on this concentration-camp style of medical experimentation, being conducted without the informed consent of its unwitting and vulnerable subjects. It is time to invoke the precautionary principle and err on the side of prudence, rather than rushing headlong into a technological holocaust of epic proportions.

114. The Plaintiff has filed this action with the sincere hope of empowering the weak to stand up and push back against the tyranny of the strong, thus achieving balance and justice. The Plaintiff strives to be a role model, an inspiration, and even a mentor to others who wish to assert their legal rights in the face of unconscionable abuses. Most of the victims cannot afford to hire counsel, and are left with only two unsavory options: knuckle under, thereby enabling the abuse, emboldening the abusers, and encouraging future abuses of even greater magnitude; or make a significant investment of time, energy, and emotional fortitude into the pursuit justice through the legal system, taking the time to study the law, research the issues, painstakingly prepare the documents, and thoughtfully compose the legal arguments. This is the dawning of the "pro per revolution" in which the people take back their power through proper legal channels. Echoing the wisdom of the heroic citizen activist, Ralph Nader, the corporate criminals may habitually tune out the voice of the people, but they understand and take heed when they are served with a civil lawsuit.

## V11. REQUEST FOR RELIEF

115. WHEREFORE, Plaintiff respectfully requests the compensatory, declaratory and injunctive relief herein sought, as well as costs, and such other and further relief as the Court shall deem proper.

A.COMPENSATORY DAMAGES

**First Claim for Relief**

116. Although the Plaintiff has suffered losses of life's priceless treasures, which cannot easily be reduced to dollar amounts, a conservative estimate is displayed below:

General Damages:

    Pain, suffering, and inconvenience…………………………………$  1,000,000

    Emotional distress……………………………………………………$    500,000

    Loss of consortium…………………………………………….…..$    500,000

    Loss of use of home, hometown, home state……………………..$100,000,000

    Loss of lifestyle………………………………………………………$  1,000,000

Special Damages:

    Medical expenses (to date)..……………………………………$      1,000

    Future medical expenses (present value)……………………….....$     50,000

    Loss of earnings (to date)…………………………………………$    100,000

    Loss of future earning capacity (present value)……………………$ 15,000,000

    Loss of business…………………………………………………….$  1,000,000

Punitive Damages……………………………………………………...$  1,000,000

                                         _____

Total Damages……………………………………………………………$120,151,000

117. If the Court grants the declaratory and injunctive relief as requested below, the Plaintiff's damages will be significantly diminished, and the Plaintiff will be willing to accept only $20,000,000 in total compensatory damages, based on the possibility that she might be able to return home to California, reunite with her loved ones, and resume some semblance of her life there.

B. DECLARATORY AND INJUNCTIVE RELIEF

**Second Claim for Relief**

118. Plaintiff respectfully asks the Court to declare that Defendants CPUC, Peevey, State, and Harris, have a statutory duty to protect Plaintiff and the general population from bodily harm, including the deleterious effects of radiation emitted by the Smart Grid.

VERIFIED COMPLAINT

46

JA 09250

**Third Claim for Relief**

119. Plaintiff respectfully asks the Court to declare that Defendant Peevey has breached ethics and violated the California Public Utilities Code section 303(a) by holding an official relationship to and a financial interest in the companies and/or persons that he is entrusted with regulating.  Furthermore, Defendant Peevey must show that he has divested himself of his stock, stock options, or pension plan from his former employer, Southern California Edison, which falls under the regulatory authority of Defendant CPUC.

**Fourth Claim for Relief**

120. Plaintiff respectfully asks the Court to declare that the Defendants violated 42 U.S.C. section 3515b and 45 CFR Part 46 by using Federal funds to subject the unsuspecting California population to a horrific human experiment on the non-thermal effects of non-ionizing radiation, without obtaining the informed consent of the participants, and/or by subjecting the participants to greater than minimal risk, and/or by imposing risks that are not reasonable in relation to anticipated benefits.

**Fifth Claim for Relief**

121. Plaintiff respectfully asks the Court to declare that the Defendant SDG&E violated 18 U.S.C. ss. 371, 653, 666, 1001, and 1018 by making false and fraudulent statements in its Smart Grid Deployment Plan, by which it received Federal matching funds under 42 U.S.C. section 17386.  Plaintiff further prays that the Court remand Defendant SDG&E and its officers to the U.S. Attorney General for criminal prosecution under the Title 18 Criminal Code.

**Sixth Claim for Relief**

122. Plaintiff respectfully asks the Court to issue a preliminary injunction pursuant to 15 U.S.C. section 1267(a) prohibiting all Defendants from transporting or receiving, or allowing the transport or receipt of hazardous substances, including Smart Meters and Smart Grid equipment,

across state lines.  Plaintiff further requests that the Court declare that all Defendants are liable for damages caused by their complicity in the release of hazardous substances, pursuant to 42 U.S.C. section 9607.

**Seventh Claim for Relief**

123. Plaintiff respectfully asks the Court to declare that Defendants CPUC, Peevey, State, and Harris violated Plaintiff's civil rights under the U. S. Constitution, the highest statutory authority, and thus, Defendants CPUC, Peevey, State, and Harris are liable for damages pursuant to 42 U.S.C. ss. 1983, 1985 and/or 1986.

**Eighth Claim for Relief**

124. Because of the declared infringement of state and federal law, and in order to promote and protect the public health and safety, and in the interest of significantly reducing monetary damages, Plaintiff prays for a preliminary injunction to immediately suspend and roll back the California Smart Grid program, remove all associated radio frequency and digital equipment, and replace with the original, safe, analog equipment which worked flawlessly for many years prior to the Smart Grid installation.

125. Plaintiff prays that the preliminary injunction be extended until such time as a safe, reliable, and efficacious Smart Grid can be designed, manufactured, procured, properly tested for health and safety, and implemented; or until the people, through a referendum or through their elected representatives, decide to discard, disband, and dismantle the Smart Grid program upon finding it to be a useless and wasteful diversion from the quest for clean, sustainable energy.

VERIFIED COMPLAINT

48

JA 09252

## VIII. VERIFICATION

I, Deborah Cooney, verify and declare that the factual statements in the foregoing Complaint are true and correct to the best of my knowledge and belief, under penalty of perjury under the laws of the United States.

Respectfully submitted,

Date:  December 17, 2012                    _____

Deborah Cooney, Plaintiff in Propria Persona

JA 09253

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VERIFIED COMPLAINT

JA 09254

Radiation Sickness; Mardel DeBuhr Comments, June 12, 2013

TO THE FCC:

There would be many thousands of comments on these FCC dockets if this inquiry was properly publicized by the Media, & the FCC website & dockets were easily accessible & navigable.

Since you have not done so, nor have you ever made the much-researched & well-documented hazards of microwave technology known to the denizens of the planet, your intentions concerning the gathering of public comments in such an arcane manner cannot be taken as sincere nor productive. The same must be said of your methods of research which are known to be based on bogus premises, & are repeatedly carried out with prescribed & well-paid-off results. Even the U.S. Navy & Army published basically the same warnings as the current BioInitiative scientists as seen in the 2007 & 2012 reports.

Because we are aware of the many symptoms of RF sickness & how & when these symptoms appear & abate, we see that our whole immediate family is suffering from varying degrees of EHS, as our most of our friends & their families of all ages. It is very obvious to us who are informed, that there are changes in behavior i.e. loss of focus & short term memory, inability to communicate clearly, as well as physical symptoms like headaches, eye pain, dizziness, etc., in many who are exposed to heavy wireless router & cell/cordless phone use. There is no opportunity to escape from some level of RF exposure during the course of a day in our environment. Even when RF emissions are removed from the home (except in many cases for the unconstitutional & diabolical forced use of smart meters by utility companies), we cannot enter a public bldg, street or highway in any form of transportation without high-level RF exposure…resulting in pain, balance issues, heart irregularities, brain freeze, etc.

Having known & yet not warned the people of the World that your "sanctioned" products & the microwaves that energize them are undeniably lethal to humans & all living things, how can you justify continuing to put life on Earth in imminent jeopardy?  How do you rationalize this choice with your conscience?  Granted, there is an epidemic of insomnia & fatigue amongst the US population et al, but conscience is not the obvious cause.  It is because your collective conscience is silent that we must, & will be, tirelessly vocal.  Our hearts cry for the ignorant addicts of cell phones & their children born & unborn.  Birth defects, insomnia, ADHD, autism, all the neurological diseases & cancers are rampaging through the World increasingly since you began drowning us in Microwave/RF radiation.  Ever more so since you increased the number, power & frequencies of your towers' presence in every neighborhood & in terrifying excess of output.  Radiation without representation is a crime against humanity & our Democratic way of life.

We are being driven out of our home by the recent appearance of 3 towers triangulated within 1/4 to 1 mile from us.  Our ears ring constantly, we are easily fatigued & out of breath, have continuous irregular heart beat & balance problems, head & eye pain, & vision losses to name a few.  All this since the increase in the number of frequencies of these ever-proliferating, disgusting towers in the last approx 10 months.  No one asked us or our neighbors (who are also beginning to suffer & don't know why) if we approve of being showered & penetrated by incessant unhealthy microwave radiation.  One of the 3 towers is across the street from an elementary school.  Another huge tower in the community is on the property of a Catholic school, pre-school, & is 20 feet from a long-term care facility in a heavily populated neighborhood.  Towers are showing up on every corner, & on multiple levels with more cell panel packages filling every blank space on them.  The human body was designed to tolerate the very low level of static radiation & magnetism of our Earth, but is proven to be unable to remain

viable, let alone healthy under the constant bombardment of the pulsing frequencies of these monstrous masts.

You have done a magnificent job of keeping awareness of this invisible but insidious radiation from the unsuspecting & gullible public.  How could they even dream that their own Government could commit such an unthinkable crime of clandestine genocide against their own trusting people?  Indeed the Telecommunication Industry is guilty of the same crime on a global scale.  Your skilful deception of the People's Trust is creating an infamous legacy you will find difficult to escape.

Radiation Sickness; Richard Wolfson Comments, June 10, 2013

Comments on Notice of Inquiry, ET Docket No. 13-84

I get headaches when I go near a cell tower, a smart meter, a cordless phone base station, a wi-fi router, or other RF transmitter. I do not use a cell phone for this reason. The headache can last a few days, and is very uncomfortable.

Radiation Sickness; James E. Peden Reply Comments, Mar. 6, 2013

**FCC 12-152**

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| Notice of Proposed Rulemaking ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) ) | ET Docket No. 03-137 |
| ) | |
| And ) | |
| ) | |
| Service Rules for the Advanced Wireless Services ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the ) | |
| Middle Class Tax Relief and Job Creation Act of ) | |
| 2012 Related to the 1915-1920 MHz and ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Reply Filed by:            (James E. Peden)
                           (5106 Lenore Street)
                           (Torrance, CA  90503)
                           (jaspeden@yahoo.com)
                           (310-316-7673)

                                                    March 6, 2013

1

JA 09262

**AFFIDAVIT OF James E. Peden**

State of California]

Los Angeles County   ]

I, James E. Peden, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is James E. Peden.  My address is 5106 Lenore St., Torrance, CA  90503.

2. I am retired.

3. I am writing to express my concerns on the current RF safety guidelines.  I believe that the current established IEEE and ICNIRP guidelines are inadequate to protect people from biological effects of long-term exposure to RF radiation.

4. I have had some unintended effects due to the current safety guidelines including trouble sleeping and headaches.  These effects happened just after SCE installed a RF emitting smart meter on my house.

5. I would like it noted that the IARC of the World Health Organization has classified radiofrequency radiation as a class 2B possible carcinogen in May 2011.

6. The current public safety standards are 1,000 to 10,000 times higher than levels that are now often reported in mobile phone base station studies to cause bioeffects.

7. I am in favor of a SEVERE DECREASE in the current public RF safety limits to protect us from further harm while the long-term effects are studied.  In other words, the RF safety regulations should recommend significantly lower limits than they currently do.  This seems like the responsible thing to do.

2

JA 09263

8. We deserve a safety limit that is based on biological effects.  I recommend that the FCC encourage Congress to allocate resources to the EPA to establish biologically based radiofrequency radiation safety limits.  It is imperative that several nonpartisan long and short term studies should be performed.  This will help guarantee public safety in the future and allow a biologically safe limit to be set.

9. As an additional safety measure, I recommend that we restrict future sales of new spectrum, transmitting utility meter installation, and installation of additional base stations for a wireless service while the above recommended studies are ongoing.

Respectfully submitted by

James E. Peden
5106 Lenore St.
Torrance, CA  90503
March 6, 2013

JA 09264

Radiation Sickness; Carl Hilliard Comments, Mar 4, 2013

TO FCC,

I get immediate headaches when passing near smart meters  Some of them are instant and intense until I move away.          While I understand that I may be sensitive to RF, I am more concerned about my 5 children that don't seem to be effected

and thus fail to remove themselves from the danger.

    Further to allow the UTILITY to charge for keeping an analog meter is most egregious.

     I endorse the statement made by Joel Moskowitz, Ph.D. in his Comment filed on 02/04/2013 (http://apps.fcc.gov/ecfs/comment/view?id=6017161984), as excerpted below.

"In my professional opinion, the FCC should request the EPA to empanel a Working Group composed of health experts who have no conflicts of interest with industry to review the scientific literature on EMR. The Group should recommend biologically-based EMR standards that ensure adequate protection for the general public and occupational health based upon the precautionary principle. Finally, the FCC should adopt the standards, testing procedures, and appropriate precautionary warning language recommended by the Working Group.

The FCC should not take any actions that may increase exposure of the population to EMR from cell phones, base stations, Wi-Fi, Smart Meters and other RF- or ELF-emitting devices. The FCC must especially protect vulnerable groups in the population including children and teenagers, pregnant women, men of reproductive age, individuals with compromised immune systems, seniors, and workers."

Radiation Sickness; Lisa Horn Comments, Mar 3, 2013

I HAVE BECOME SENSITIVE TO THE ELECTROMAGNETIC RADIATION THAT EMITS FROM OUR SMART METER AS WELL AS FROM THE MILLIONS OF TOWERS SURROUNDING MY HOME.  I CANNOT SLEEP, EAR RINGING, HEADACHES, HEART PALPITATIONS.

Radiation Sickness; Alexandra Ansell Reply Comments, Feb. 27, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:        Alexandra Ansell
                         728 John Adams Lane
                         West Melbourne, Fl. 32904

February  27 , 2013

1

## AFFIDAVIT OF ALEXANDRA ANSELL

State of Florida,

Brevard County

I, Alexandra Ansell, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is Alexandra Ansell. My address is 728 John Adams Lane, West Melbourne, Florida 32904

2. I am a medical transcriptionist.

3. I was exposed to a high level of electromagnetic radiation inadvertently at work (in an MRI center) after being moved to a different work station and suffered many symptoms during the exposure while being unaware of the high electromagnetic field. The symptoms included extremely painful cluster migraine headaches for which I needed oxygen which, after only a short time, failed to provide any relief. When I realized the change in location was responsible for a high EMF exposure (an OSHA violation as demonstrated by tri-field meter) and was relocated, the symptoms abated. I subsequently could no longer use a computer with a CRT and had to have flat screen monitor or the symptoms reoccurred. I am also chemically sensitive (which predates the high EMF exposure).

4. I now work at home and try to avoid exposure to at least some radiofrequency radiation (as involuntary exposure is now unavoidable), to strong electromagnetic fields and to toxic chemicals (as per the American Academy of Environmental Medicine, there is a synergistic effect between exposure to EMF and chemicals in the chemically sensitive).

I have contacted my state and congressional representatives, Florida Power & Light, the Florida State Attorney General, the Public Service Commission and the Inspector General

JA 09271

of the PSC, et alia, in an attempt to halt the installation of smart meters on my home and in my neighborhood.   I spoke to the Brevard County Commission in March of 2012 on the subject of RF and smart meters and again in May, 2012 (along with many other concerned individuals) and the County Commission subsequently adopted a unanimous resolution to the PSC, after reviewing a lot of information and hearing and seeing presentations by the Utilities and opponents of the meters, that there should be an opt out to smart meters (in fact, several commissioners agreed that there should have originally been an opt in!)  We are still waiting for news of an "opt out" of  smart meters from the Florida PSC after a "workshop" in Tallahassee that very few could attend which included hours of presentations by the Utilities and a small "public comments" section for opponents of smart meters – without sworn testimony or attendance by the Public Service Commissioners.  This was an embarrassment and a travesty which would be laughable if the stakes were not so high for so many.


5.  The California Council on Science and Technology (whose findings are based on estimates only from the EPRI – an industry-funded organization representing a conflict of interest) published their findings omitting the negative comments of the very experts whose expertise was solicited for the publication on which the media and utilities based their assertion that "there are no known risks to living with a smart meter" and that smart meters are compliant with FCC standards  (a fact not demonstrated by actual measurements, especially when considering that many people live in multi-unit dwellings and are exposed to whole banks of RF-emitting meters sometimes inches from where they sleep).  Add smart meters to the existing unmeasured burden of RF from cell phones, WiFi, and the growing number of wireless devices, in addition to appliances soon to be fitted with RF transmitters to communicate with meters, and we are being exposed to unprecedented amounts of microwave radiation.   The "thermal only" standard set by the FCC for RF tissue shock, heating and burning is completely outdated and fails to include the huge body of medical literature demonstrating negative biologic effects of nonthermal microwave radiation.

JA 09272

6.  In 2002, the EPA commented that the safety standard for RF exposure set by the FCC could  NOT be demonstrated to be protective of the general population, especially with respect to sensitive populations.  There is a great and growing body of evidence that RF exposure in the microwave spectrum produces negative biologic effects at levels much lower than previously thought (see Bioinitiative report 2012 "…The levels of exposure we face in 2012 are higher, and have crept into every day life, even for children.  The levels at which undesirable effects on health and well-being are seen are much lower. The levels of concern have dropped lower in 2012 by 10s to 100s of times…").  It is long past time to perform an environmental impact study for RF, set a realistic biological standard for RF exposure that includes nonthermal effects of RF radiation and to recognize that we are being exposed to unprecedented levels of a potential carcinogen (World Health Organization) involuntarily.  According to a summary from the Bioinitiative report of 2012, "the most serious health endpoints that have been reported to be associated with extremely low frequency (ELF) and/or radiofrequency radiation (RFR) include childhood and adult leukemia, childhood and adult brain tumors, and increased risk of the neurodegenerative diseases, Alzheimer's and amyotrophic lateral sclerosis (ALS). Recent studies largely reinforce the potential risks to health (rather than reducing our concerns, or providing actual indications of safety). In addition, there are reports of increased risk of breast cancer in both men and women, genotoxic effects (DNA damage, chromatin condensation, micronucleation, impaired repair of DNA damage in human stem cells), pathological leakage of the blood–brain barrier, altered immune function including increased allergic and inflammatory responses, miscarriage and some cardiovascular effects. Insomnia (sleep disruption) is reported in studies of people living in very low-intensity RFR environments with WI-FI and cell tower-level exposures. Short-term effects on cognition, memory and learning, behavior, reaction time, attention and concentration, and altered brainwave activity (altered EEG) are also reported in the scientific literature."

7.  As the agency designated to be responsible to the American people for adequate protection from RF, the FCC has failed to set a realistic safety standard.  The FCC's

4

JA 09273

"thermal only" standard is that which has allowed unabated and ubiquitous exposure by RF to fetuses, newborns, children, the elderly, the already ill and immune compromised and sensitive populations, as well as to the general public.  As a person who has been adversely affected and is subsequently now more sensitive to the effects of EMR, I personally appeal to you at the FCC not to ignore the multitude of studies and findings now available establishing nonthermal negative biological effects of RF radiation in the microwave spectrum and to immediately work to establish a realistic, biologically-based safety standard with public oversight backed by independent (non industry based/funded) experts.

Respectfully submitted by

Name  Alexandra Ansell

Address 728 John Adams Lane

City  State  Zip W. Melbourne, Fl. 32904

February, 27, 2013

Radiation Sickness; Patricia A. Ormsby Reply Comments, Feb. 24, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Reply Filed by:          Patricia A. Ormsby
                         3074 S. Eudora
                         Denver, CO 80222-7342
                         pat@khaki.plala.or.jp
                         +81-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

February   25, 2013

1

**<u>AFFIDAVIT</u>**

State of  Colorado

Denver County

I,  Patricia A. Ormsby, attest that my statements are true to the best of my knowledge.

**Reply** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is Patricia A. Ormsby.  My address is 3074 S. Eudora, Denver, CO.

2.  I  am  a translator and teacher currently residing in Japan.  I have a background in chemical engineering.

3.  I became aware in 1996 of physiological effects of radiation from digital cellular telephone systems which impacted the health of one friend and then of myself.  These effects were not from actually using a cellular telephone, but from being in the proximity of others using them, particularly in crowded, restricted spaces surrounded by metallic materials, such as trains and buses, or by proximity to base stations.  The immediate effects in my case have been dizziness, headaches and disorientation, and the long-term effects have been memory loss, cardiac arrhythmia and immune dysfunction.

4.  I believe that these effects are not imaginary, because they began prior to my learning about RF biological effects, and they respond well to efforts to avoid RF sources.  The research results publicly available corroborate my experience.  It should be of no surprise that some people have been adversely affected by the technology now in use.

5.  RF standards must be changed to reflect the scientific findings on biological effects. The Commission's RF safety rules are inadequate because the rules are based on physics rather than biological studies.  Efforts must be made to protect the public's health from physical phenomena accompanying new technology documented to have deleterious effects.

JA 09277

6. The complexity of wave phenomena such as RF must not be underestimated.  The proximity of metals, for example, can boost RF levels nearby through resonance.  This must also be taken into account when setting standards.

Respectfully submitted by

Patricia A. Ormsby
3074 S. Eudora
Denver, CO 80222-7342
February 25, 2013

JA 09278

Radiation Sickness; Annette Jewell-Ceder Reply Comments, Feb. 13, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| Notice of Proposed Rulemaking ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) ) | ET Docket No. 03-137 |
| ) | |
| And ) | |
| ) | |
| Service Rules for the Advanced Wireless Services ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the ) | |
| Middle Class Tax Relief and Job Creation Act of ) | |
| 2012 Related to the 1915-1920 MHz and ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 ) | |

       To:    Office of the Secretary
               Federal Communications Commission
               Washington, DC 20554

Reply Filed by:        Annette Jewell-Ceder
                            4950 170th Lane NE
                            Ham Lake, MN  55304
                            annette.jewellceder@gmail.com
                            612-600-2542

                                        February 14, 2013

JA 09280

<u>**AFFIDAVIT OF ANNETTE JEWELL-CEDER**</u>

State of Minnesota

Anoka County

I, Annette Jewell-Ceder, attest that my statements are true to the best of my knowledge.

**Reply** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is Annette Jewell-Ceder.  My address is 4950 170th Lane NE, Ham Lake, MN 55304.

2. I am an Operational Risk Consultant for a major financial services organization.

3. I am keenly interested in seeing the Radio Frequency (RF) safety guidelines changed by the FCC.  The reasons for my interest in change include both personal experience with the negative and harmful effects of RF levels to myself and my family, and documented evidence of its harmful impacts.

Documented evidence includes:
- IARC of the World Health Organization has classified radiofrequency radiation as a class 2B possible carcinogen in May 2011.

- 2012 BioInitiative Report classifies radiofrequency radiation as a carcinogen.  See: http://www.bioinitiative.org .  This report highlights evidence of pertinent and important research, including:
  o Bio effects are clearly established and occur at even very low levels of exposure to electromagnetic fields and radiofrequency radiation.
  o Bio effects with chronic exposures can reasonably be presumed to result in adverse health effects.  This is because they interfere with normal body processes (disrupt homeostasis), prevent the body from healing damaged DNA, produce immune system imbalances, metabolic disruption and lower resilience to disease across multiple pathways.
  o Low exposure levels are associated with bio effects and adverse health effects at cell tower RFR exposure levels.  Researchers have reported symptoms such as headaches, concentration difficulties and behavioral problems in children and adolescents; and sleep disturbances, headaches and concentration problems in adults.
  o Evidence for fertility and reproduction effects.
  o Children are even more vulnerable.  There is good evidence to suggest that many toxic exposures to the fetus and very young child have especially detrimental consequences depending on when they occur during critical phases of growth and development (time windows of critical development), where such exposures may lay the seeds of health harm that develops even decades later.  The American Academy of Pediatrics, in a letter to Congressman Dennis Kucinich dated December 12, 2012 states:
    ▪ "*Children are disproportionately affected by environmental exposures, including cell phone radiation. The differences in bone density and the amount of fluid in a child's brain compared to an adult's brain could allow children to absorb greater quantities of RF energy deeper into their brains than adults. It is essential that any new standards for cell phones or other wireless devices be based on protecting the youngest and most vulnerable populations to ensure they are safeguarded through their lifetimes.*"
  o The blood-brain barrier is at risk.
  o Epidemiological studies consistently show elevations in risk of brain cancers.
  o Evidence for genetic and neurological effects.
  o Evidence for childhood cancers, specifically, leukemia, due to EMF (power frequency magnetic fields) that cannot be attributed to chance, bias or confounding.
  o Evidence that high ELF MF exposure can result in decreased melatonin production**.**

2

        ○ Strong epidemiologic evidence that exposure to ELF MF is a risk factor for Alzheimer's disease.
        ○ EMF and RFR make chemical toxins more harmful.

4. ELF-EMF and RFR are classified as possible cancer-causing agents. It is time for the FCC to establish new safety limits. We have the knowledge and means to save global populations from multi-generational adverse health consequences by reducing both ELF and RFR exposures. Proactive and immediate measures to reduce unnecessary EMF exposures will lower disease burden and rates of premature death.

   The FCC has a duty to the public to protect the public health and safety from harm from radiofrequency radiation. In the Telecom Act of 1996 Congress directed the FCC to set its own RF safety regulations for emissions from Personal Wireless Services Facilities. The House Committee on Commerce said it was the Commission's responsibility to adopt uniform RF regulations "with adequate safeguards of the public health and safety." (H.R. Report No. 104-204, p. 94)

   US citizens and tax payers deserve radiofrequency radiation safety limits based on biology, not physics. In order for the FCC to fulfill its Congressional mandate to protect the public health and safety from harm from radiofrequency radiation it must update its RF safety regulations.

5. While the FCC does not possess the expertise to set biologically based radiofrequency radiation safety limits, the EPA does. Therefore, the FCC should advocate that Congress direct the EPA to establish biologically based radiofrequency radiation safety limits and provide the budget and resources to carry out that task.
   • 2012 HR6358 was an excellent example of legislation to authorize the EPA to establish biologically-based radiofrequency radiation safety limits

6. A moratorium should be placed on sales of new spectrum, transmitting utility meter installation, and installation of additional base stations for wireless service while biologically based safety limits are being developed.

                         Respectfully submitted by


                         Annette Jewell-Ceder
                         4950 170th Lane NE
                         Ham Lake, MN  55304


                         February 14, 2013

JA 09282

Radiation Sickness; Max Feingold Comments, Feb. 5, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:        (Name . . . Max Feingold )
                         (Street or P.O. Box . . . 834 171st Pl NE)
                         (City  Bellevue  State  WA  ZIP Code  98008)
                         (E-mail . . .   maf6@cornell.edu  )
                         (Telephone Number  425-747-4795 )

                                                   February 4, 2013

JA 09284

**AFFIDAVIT OF Max Feingold_____**

State of    Washington  ]

_King_____ County     ]

I,  _Max Feingold_____, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is _Max Feingold_ .  My address is___834 171st Pl NE, Bellevue, WA, 98008___.

2.  I  am _a software engineer_  (describe your occupation).

3. Over the last few years, I have become increasingly sensitive to the effects of electromagnetic radiation on my health and sense of well-being. I work at a computer for most of the day, and I used to work in environments where Wi-Fi networks were actively in use. I gradually began to develop headaches when remaining in these environments for sustained periods of time. I also had cordless phones, wireless keyboards and mice, and a Wi-Fi router at home. I had no idea of the risks posed by these devices to my health. When I measured the EMR emitted by these devices, the readings were greater than 2,000 microwatts/m2 for each of these devices. As soon as we turned these devices off, I began to feel better. I also began to sense the difference in my well-being between being in an environment with active Wi-Fi networks and one without. In general, we live in a world where we are increasingly bombarded with electro-magnetic radiation, and much of it is non-optional.  Those of us who can feel it are not special – the negative effects are the same for everyone. Yet the electromagnetically sensitive are increasingly being pushed to the periphery of our society, because technologies that leverage EMR, in many cases needlessly, are becoming increasingly widespread.  Please start working on fixing this problem.

4. Dozens of scientific studies have shown negative impacts of EMR on human health, even at low levels of exposure. The most commonly accepted guidelines are the Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for "extreme concern"

2

([http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf](http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf)). On May 31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans." The FCC does not use biologically determined guidelines that affect health, but rather uses a standard that measures thermal heating of biological tissue. The premise that there are no adverse impacts of EMR on the human body until it is cooked is completely ridiculous.

5.  I urge the FCC to adopt new RF safety guidelines that take into account published research on the biological effects brought on by the ability of RF signals to communicate with living tissue, and more specifically, to consider the Building Biology guidelines for human health.

                    Respectfully submitted by

                    Max Feingold

                    834 171st Pl NE

                    Bellevue WA 98008

                    February 6, 2013

3

Radiation Sickness; Annallys Goodwin-Landher Comments, Feb. 5, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**


| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |


To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554


Comment Filed by:          (Reverend Annallys Goodwin-Landher )
                           (PO Box 2744
                           (Chapel Hill, NC 27515   )
                           (annallys@hotmail.com     )
                           (919 933-9109   )

                                          February 5, 2013

1

## **AFFIDAVIT OF Reverend Annallys Goodwin-Landher**

State of    North Carolina                    ]

__Orange_____ County  ]

I,  _Reverend Annallys Goodwin-Landher_, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is _Reverend Annallys Goodwin-Landher_____ .  My address is __PO Box 2744, Chapel Hill, NC 27515_____.

2 .  I currently am on disability, unable to perform the complex daily tasks required to meet regulatory requirements needed when planning and implementing quality of life research in a medical setting.  I believe the cognitive impairment, fatigue, and memory loss I experience was hastened and made worse by exposure to WIFI and RF radiation both at work and home.  I also am an ordained minister and previously worked as a project coordinator, and senior data technician.

3. Below is simply a very short list of current research, medical commentary and brief update of legislative motions all indicating the health dangers to the American public due to their involuntary and often constant exposures to the electromagnetic fields and radiation emitted by cell towers, cell phones, Wi-Fi and Smart Meters. A more complete listing of research would include 25,000 studies done by the US Navy, and thousands of other peer-reviewed findings published over the past three decades.

Current RF radiation rules are based on physics and engineering and ignore research on the biological effects brought on by the ability of RF signals to communicate with living tissue. Citizens experiencing negative effects from RF radiation or concerned about cumulative negative effects of exposure find themselves unable to defend their children, families, and neighbors due to this omission.  Regulatory guidelines only allow challenge to RF radiation exposure on the basis of aesthetics or sufficient coverage.  Insufficient and misleading regulation  contribute to a

JA 09289

misinformed and vulnerable American public.  As citizens, we are uniformly denied our right to use health, biological integrity, when defending or attempting to defend ourselves against this persistent, unseen toxin.

Your Commission is holding the lives of the American people in your hands, and history will be the judge of your ethics in resolving whether to protect your families and ours.

Sincerely, Reverend Annallys Goodwin-Landher
Concerned Citizen

SHORT SUMMARY OF PEER-REVIEWED PUBLISHED RESEARCH AND MEDICAL COMMENT ON THE HEALTH EFFECTS OF EMF/EMR

1) The World Health Organization already categorized EMF/EMR from such products as Smart Meters, baby monitors, cell phones, Wi-Fi as a Class 2B: possibly human carcinogen along with DDT, lead and HIV virus.

2) 900 MHz Radiation Induces Hypothyroidism and Apoptosis (cell suicide) in Thyroid Cells

Results of this study indicated that whole body exposure to modulated RFR similar to that emitted by GSM mobile phones caused pathological changes in the thyroid gland by altering gland morphology and inducing apoptotic [cell suicide] pathways.

http://www.scribd.com/fullscreen/73089352?access_key=key-13jthil1zs36giwufvbo

3) NEW RESEARCH: Brain Tumor Pandemic—DNA Impacts from Mobile Phones Implicated in New Analysis

JA 09290

December 24, 2011, Berkeley, CA, USA & Stockholm, Sweden. An important new analysis, The Potential Impact of Mobile Phone Use on Trends in Brain and CNS Tumors, was published today in the journal Neurology & Neurophysiology. It can be downloaded without cost at http://www.omicsonline.org/2155-9562/2155-9562-S5-003.pdf. The paper is in a Special Issue of the journal titled "Brain Tumor."

Neurology & Neurophysiology Journal, 12/24/11:...these preliminary findings suggest that we should prepare for about a doubled brain cancer incidence rate and possibly as high as 25 times the incidence we have today. One result of such a worldwide increase in brain cancers would be a dramatic shortage of neurosurgeons leading to increased mortality. Any statement about harmless cell phones based on only 5-10 years of years of use has no scientific basis due to the long latency times involved.

The paper, by researchers Örjan Hallberg in Sweden and L. Lloyd Morgan in the U.S., first reviews biological effects from mobile phone use reported in peer-reviewed studies, such as increased permeability of the blood-brain barrier, deleterious effects on sperm, double strand breaks in DNA, stress gene activation (indicating an exposure to a toxin), and increased risk of an acoustic nerve tumor (acoustic neuroma) and brain cancer after 10 or more years of mobile phone use. It then considered two established mechanisms for the development of brain cancer— that mobile phone use decreases the efficiency of the repair of mutated DNA and that mobile phone use increases the rate of DNA mutations.

Based on a 30-year time between first mobile phone use and diagnoses of brain cancer (latency time), the model predicts that there will be a 100% increased incidence of brain cancer (2-fold) if DNA repair efficiency is decreased by mobile phone use, and a 2,400% increase in brain tumors (25-fold) if mobile phone use mutates DNA. The figure below, from the paper illustrates these predictions.

The public health risk modeling process used in this analysis was developed by Örjan Hallberg and has been successfully applied in other illnesses, including Alzheimer's disease and melanoma.  Hallberg says, "Such modeling, or risk projection, is important, whether for the

JA 09291

climate or for diseases, in that it allows public health contingency planning, should the model be reasonable accurate. For example, will there be sufficient neurosurgeons should brain tumors increase as the model predicts?"

Morgan says, "What this analysis shows is that, unless mobile phone usage behavior patterns change significantly, we can reasonably expect a pandemic of brain tumors, for which we are ill-prepared, beginning approximately 15 years from now. Governments, as well as parents, physicians, schools and all citizens, would be well advised to educate all persons under their care or influence about the need to curtail the use of mobile phones and other radiation-emitting consumer devices."

http://www.omicsonline.org/2155-9562/2155-9562-S5-003.pdf.

4) THE INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, passed a policy in 2004 to not allow cell towers or antennas on any of their facilities due to proven negative health effects on fire fighters. They also provide worldwide research to substantiate this: http://www.iaff.org/hs/Facts/CellTowerFinal.asp , excerpted below:

WHEREAS, the brain is the first organ to be affected by RF radiation and symptoms manifest in a multitude of neurological conditions including migraine headaches, extreme fatigue, disorientation, slowed reaction time, vertigo, vital memory loss and attention deficit amidst life threatening emergencies; and

WHEREAS, most of the firefighters who are experiencing symptoms can attribute the onset to the first week(s) these towers/antennas were activated; and

*Note:  A pilot study was conducted in 2004 of six California fire fighters working and sleeping in stations with towers.   The study, conducted by Gunnar Heuser, M.D., PhD. of Agoura Hills, CA, focused on neurological symptoms of six fire fighters who had been working for up to five years in stations with cell towers. Those symptoms included slowed reaction time, lack of focus,

JA 09292

lack of impulse control, severe headaches, anesthesia-like sleep, sleep deprivation, depression, and tremors.  Dr. Heuser used functional brain scans – SPECT scans – to assess any changes in the brains of the six fire fighters as compared to healthy brains of men of the same age. Computerized psychological testing known as TOVA was used to study reaction time, impulse control, and attention span.  The SPECT scans revealed a pattern of abnormal change which was concentrated over a wider area than would normally be seen in brains of individuals exposed to toxic inhalation, as might be expected from fighting fires.

## 5) PUBLISHED COMMENTS BY DR. LEAH MORTON, FAMILY PRACTITIONER

Current FCC regulations controlling human exposure to radio frequency radiation, emitted by every communication antenna, are based on research conducted before 1986. These regulations are long out of date. The national wireless infrastructure has expanded enormously since then. No medical or health studies were done for this, only engineers were consulted.

A recent review of the scientific literature on cell phones points out that 68% of studies have found one or more biological effects from levels of radiation previously deemed "safe."[1] This radiation is now being associated with attention deficit disorder, autism, sleep disorders, multiple sclerosis, Alzheimer's disease and epilepsy, as well as asthma, diabetes, malignant melanoma, breast cancer, and other illnesses that have become increasingly more common. Diabetics who are exposed to cell phones and antennas require higher doses of insulin to control their blood sugar. The symptoms of people with multiple sclerosis worsen.

Many people are not aware that the Telecommunications Act, a federal law passed by the U.S. Congress in 1996, prohibits municipalities from regulating wireless technology on the basis of health or environment.

As a physician, this alarms me. I believe health and environmental effects are the main issues for us to consider when we evaluate new technologies.

It is research in Europe that has established:

6

1)    Young people who use cellphones--especially to the ear--have a 500% increase in brain gliomas (the cause of the highest mortality rate in kids in Australia) and

2)    360% increase in tumors of the eye nearest the cell phone, and

3)    Now research in China and Israel found a soaring rise in parotid gland tumors (salivary glands in the cheek used.) This is happening to adults as well. This is my fav as the patients are hardy Aussie men and it features leading researchers in this field:

http://www.youtube.com/watch?v=_fDPZPIaT_4&feature=player_embedded

In Canada the parents are fighting to pull WiFi out of the schools but in Switzerland, France they already have due to the high death rate of children after ten years of cell phone use--now even 4 minutes a day raises cancer risk

6) Changes of Clinically Important Neurotransmitters under the Influence of Modulated RF Fields—A Long-term Study under Real-life Conditions

Klaus Buchner and Horst Eger

ELECTROMAGNETIC FIELDS Journal

Original study in German: BUCHNER K, EGER H (2011) Umwelt-Medizin-Gesellschaft 24(1): 44-57.

Introduction

Despite the distribution of numerous wireless transmitters, especially those of cell phone networks, there are only very few real-life field studies about health effects available. In 2003, the Commission on Radiation Protection was still noticing that there are no reliable data available concerning the public's exposure to UMTS radiation near UMTS base stations (1). Since the 1960s, occupational studies on workers with continuous microwave radiation exposures (radar, manufacturing, and communications) in the Soviet Union have shown that RF radiation exposures below current limits represent a considerable risk potential. A comprehensive overview is given in the review of 878 scientific studies by Prof. Hecht, which he conducted on behalf of the German Federal Institute of Telecommunications (contract no. 4231/630402) (2, 3).

7

As early as the 1980s, US research projects also demonstrated in long-term studies that rats raised under sterile conditions and exposed to "low-level" RF radiation showed signs of stress by increased incidences of endocrine tumors (4, 5).

Concerned by this "scientific uncertainty" about how radiofrequency "cell tower radiation" affects public health, 60 volunteers from Rimbach village in the Bavarian Forest decided to participate in a long-term, controlled study extending about one and a half years, which was carried out by INUS Medical Center GmbH and Lab4more GmbH in in cooperation with Dr. Kellermann from Neuroscience Inc.

This follow-up of 60 participants over one and a half years shows a significant effect on the adrenergic system after the installation of a new cell phone base station in the village of Rimbach.

After the activation of the GSM base station, the levels of the stress hormones adrenaline and noradrenaline increased significantly during the first six months; the levels of the precursor dopamine decreased substantially. The initial levels were not restored even after one and a half years. As an indicator of the dysregulated chronic imbalance of the stress system, the phenylethylamine (PEA) levels dropped significantly until the end of the study period.

The effects showed a dose-response relationship and occurred well below current limits for technical RF radiation exposures. Chronic dysregulation of the catecholamine system has great relevance for health and is well known to damage human health in the long run.

Rimbach (Bavaria).

7) Israel Requires WARNINGS on Cell Phones

A bill that requires cell phones to carry a warning label passed its first review in the Israeli Knesset. March 1.

"Warning - the Health Ministry cautions that heavy use and carrying the device next to the body may increase the risk of cancer, especially among children."

The law also requires that all phones be sold with headsets, that advertisements feature this warning and that industry fund public educational campaigns. Israel has also created the first

national Institute to study the potential health effects of cell phones and other wireless devices and make recommendations to minimize exposure to microwave radiation. (read more)

EHT Submits Amicus Brief in Support of San Francisco "Right to Know" Ordinance CTIA Wireless Association has sued to block San Francisco's "Cell Phone Right to Know" ordinance, which would require retailers to post materials about cell phone radiation and safety measures next to devices, passed in July. The CTIA calls the law "alarmist and false." The Environmental Health Trust, in conjunction with the California Brain Tumor Association, filed an amicus brief to the United States Court of Appeals in support of the City.

Like the Israeli Knesset, EHT believes that the public has the right to know about cellphone dangers so that they can make informed decisions about their purchases and take precautionary measures. Lead attorney for the brief, James Turner says, "San Francisco's disclosure rules for cell phones should be supported by everyone, including the courts. The First Amendment demands no less. A democracy depends on the free flow of information."

Int J Occup Med Environ Health. 2012 Mar 11. [Epub ahead of print]


8) Legislative Activity Opposing Smart Meters

As you know, smart meters are mandatory for utility customers in most states. California, Nevada, and Maine Public Service Commissions have adopted opt-out programs. During the most recent legislative session, smart meter opt-out bills have circulated through state legislatures in Georgia, Michigan, Maryland, Pennsylvania and Vermont.

GEORGIA: March 26, Georgia Power spokesman said if those remaining customers want to retain their analog meters, they will not be replaced with smart meters. Find current information about smart meters in Georgia at http://www.stopsmartmetersgeorgia.org.

HAWAII: In response to a lawsuit filed against Kauai Island Utility Cooperative, the utility announced it will "indefinitely defer" smart meter installations for customers opposed to them

MICHIGAN: andwww.michiganstopsmartmeters.com.

PENNSYLVANIA: HB 2188 was introduced. The bill has one simple paragraph about smart meter opt out which states, "Customers may request opt-out of smart meter technology under subparagraph iii by notifying in writing the electric distribution company. Meters for customers who opt out will be replaced according to a useful life depreciation schedule." You can track the bill at http://tinyurl.com/blpchum

VERMONT: On Friday, March 23, the Vermont Senate passed bill S 214 that would require the Vermont Department of Public Service to study smart meter removal costs, analog meter reading fees and produce a report by March 1, 2013. The Vermont Department of Public Service, which represents the public in proceedings before the Vermont Public Service Board, is generally supportive of an opt-out program.
www.wakeupoptout.org

MAINE: Four ten-person complaints about the costs associated with a Maine opt-out program were consolidated. Negotiations broke down resulting in the Public Utilities Commission determining that those who select opt outs will be charged a $40 initial fee and $12 monthly fee.

Ed Friedman filed another complaint that he is taking to the Maine Supreme Court. On May 7th oral arguments will be held in the Friedman case. You have permission to use his brief on your website or to support your educational materials.

WASHINGTON, DC: The Washington, DC Office of the People's Counsel requested the Washington, DC Public Service Commission to investigate the technical and economic feasibility of an opt-out program for Advanced Metering Infrastructure. In February 2012, the PSC announced that that no investigation was necessary. In response, on March 19, 2012, the

JA 09297

Office of the People's Counsel filed an application for reconsideration in case 1065 arguing that the PSC is not fulfilling its public interest obligation.

WISCONSIN residents want state legislation preserving their right to retain their analog meters. A sample letter to state delegates requesting this legislation can be found at:http://firstdonoharmblog.blogspot.com/2012/03/wisconsin-smart-meter-opt-out.html

Here's a video about rejecting smart meters for Wisconsin citizens: http://www.youtube.com/watch?v=ReliT1aMTiA&feature=youtu.b

NEW MEXICO LEGISLATURE 2011, Released 2012:  Rep. Brian Egolf passed HM32, mandating that the New Mexico Department of Health examine the current research on health effects of cell towers and cell phones. The NM Department of Health released a statement that with regard to cancer risks, the survey recommended that because exposure to radio frequencies and/or electromagnetic frequencies "is possibly carcinogenic," cell phone users might want to use a hands-free device or use the text function more frequently, make fewer and shorter cell phone calls, and use a land line when available.
The report also recommends not using a cellphone while driving or when around someone with a pacemaker.
NM Smart Meter rollout: NM residents have been fortunate in being allowed a "self-read" program by the New Mexico Gas Company, arranged by public advocate, Felicia N. Trujillo, of Santa Fe DOCTORS W.A.R.N. (Wireless and Radiation Network).

9) New study: direct link to 7191 cancer deaths from cellular antennas radiation

Science of the Total Environment Journal
Mortality by neoplasia and cellular telephone base stations in the Belo Horizonte municipality, Minas Gerais state, Brazil

The study established a direct link between cancer deaths in Belo Horizonte, the third largest city, with the antennae of the mobile telephone network, reported in Science Hoje site, the news

portal of the Brazilian Society for Progress Science (Sociedad Brasileña para el Progreso de la Ciencia.)

According to the study, more than 81 percent of people who die in Belo Horizonte by specific types of cancer live less than 500 meters away from the 300 identified cell phone antennas in the city.

Scientists found between 1996 and 2006 in Belo Horizonte, a total of 4924 victims within 500 meters and 7191 within 1000 meters died of cancer types that may be caused by electromagnetic radiation, such as tumors in the prostate, breast, lung, kidneys and liver.

10) The Board of the American Academy of Environmental Medicine opposes the installation of wireless "smart meters" in homes and schools based on a scientific assessment of the current medical literature (references available on request). Chronic exposure to wireless radiofrequency radiation is a preventable environmental hazard that is sufficiently well documented to warrant immediate preventative public health action.

As representatives of physician specialists in the field of environmental medicine, we have an obligation to urge precaution when sufficient scientific and medical evidence suggests health risks which can potentially affect large populations.

The current medical literature raises credible questions about genetic and cellular effects, hormonal effects, male fertility, blood/brain barrier damage and increased risk of certain types of cancers from RF or ELF levels similar to those emitted from "smart meters".

Children are placed at particular risk for altered brain development, and impaired learning and behavior.

Existing safety limits for pulsed RF were termed "not protective of public health" by the Radiofrequency Interagency Working Group (a federal interagency working group including the FDA, FCC, OSHA, the EPA and others). Emissions given off by "smart meters" have been

12

JA 09299

classified by the World Health Organization International Agency for Research on Cancer (IARC) as a Possible Human Carcinogen.

Hence, we call for:

• An immediate moratorium on "smart meter" installation until these serious
public health issues are resolved.  Continuing with their installation would be extremely
irresponsible.

• Modify the revised proposed decision to include hearings on health impact in
the second proceedings, along with cost evaluation and community wide opt-out.

• Provide immediate relief to those requesting it and restore the analog
meters.

Members of the Board of American Academy of Environmental Medicine

Respectfully submitted by

Reverend Annallys Goodwin-Landher
PO Box 2744
Chapel Hill, NC 27515
February,  5, 2013

JA 09300

Radiation Sickness; Rebecca Morr Comments, Feb. 4, 2013

I would like the FCC to set stricter safety guidelines for wireless technology.

My personal experience following the installation of a smart meter on my home influenced my belief that current safety standards for wireless technology are inadequate and need to be updated.  I hope you will take the time to listen to my experience, which is detailed in the document below.

Like many others, I had an immediate reaction to the smart meter on my home.  I did not anticipate a problem with the new meter prior to the installation, and I had never reacted to wireless technology before (and, in fact,  I still don't react to other wireless devices).

 I have no idea why my reaction was so severe:  Since it is a mesh system, is my home near the data center?  Is it the compound effect of exposure from multiple sources?  Are the signals higher than the manufacturer claims? I don't have the answer.  I just have my experience.

I am certain that it was the smart meter that caused my problems:
1.  There was a sudden onset of symptoms, immediately following installation of the meter.
2. My reaction was systemic, with multiple symptoms.
3. My symptoms consistently went away when I was able to spend time away from home;  and
4. Now that smart meter is no longer on my home, the steps I have taken to shield my home from neighboring smart meters have been effective in keeping my symptoms away.

I submitted my testimony for consideration in Michigan's opt out proposal, but all health concerns were dismissed since, DTE agreed to allow residential customers to pay to opt out.  Below is my testimony, as submitted to the ME court.

I appreciate your reading my testimony with an open mind, and considering it as a possible indication of the inadequacy of existing safety standards.

I am most concerned about the possible negative effects on our children---our future!---whose nervous systems are still developing and are more vulnerable.  They are worth your conscientious attention to this matter;  we all are!

Respectfully submitted,
Rebecca Morr


**PRE-FILED DIRECT TESTIMONY**
**OF REBECCA MORR**
**MPUC Docket No. 2011-00262**

**Q.    Please state your name, address and contact information.**

A.    My name is Rebecca Morr.  I live at 2752 Gloucester Way, Ann Arbor, Michigan 48104.

**Q.    Was a smart meter installed at your residence?**

A.    Yes.

**Q.    Did you offer to provide testimony in another proceeding about your experience with smart meters?**

A.    Yes.  I have had serious health problems related to smart meters and I offered testimony in a Michigan Public Service Commission hearing (Case No U-17053) reviewing a proposed opt-out program for Detroit Edison Company's Advanced Metering Infrastructure.  Unfortunately, the Commission would not accept any testimony about health and safety issues.

**Q.    Is the attached document marked as Exhibit A a true and accurate copy of the testimony that you offered to provide to the Michigan Public Service Commission?**

A.    Yes it is.

**Q.    Are the statements that you made in the attached Exhibit A still true and accurate?**

A.    Yes.

**Q.    Do you wish to add anything here not included in your statement in Exhibit A?**

A.    I had my home tested for EMF levels with a TriField meter, model 100XE. (I don't remember the exact date).

My home tested high EMF in many locations.  Therefore, I hired an electrician who is knowledgeable about RF and EMF to make some changes in my electrical wiring in order to, hopefully, lessen the EMF levels.

Of course, I don't know what the EMF levels were prior to the meter change, but I had never experienced symptoms before, so something major changed when the meter was installed.

My home was built in 1962.  I had my home inspected before purchasing it in 1987, and I have always hired reputable people for repairs or additions.  It is a nice home, but it was not built with modern technology in mind. If the electrician found instances where EMF levels were raised in my home, I suspect there are many other homes where dirty electricity from these meters has elevated EMF levels.

The electrician spent a little over 2 days upgrading the wiring in my home.  He said that more can be done, if needed:  there are additional interventions that he could do which would involve working with a plumber.  He

suggested starting with the wiring. So, on Dec. 21-23, he made changes in the electrical wiring in my home.

I was away from my home immediately following the work by the electrician.  I left for a trip on Dec. 23, 2012 and I just returned on Jan. 4, 2013. ALL of my symptoms completely went away on my trip, in fact, within the first week of my trip.

On January 14, 2013, he did additional testing.  Some of the high EMF readings had gone down.  There are still some areas that test high, however.

It is still too soon to know how much, if at all, the recent changes in wiring have helped in alleviating my symptoms.  What I noticed immediately upon returning home after being gone for three weeks, was that the ringing in my ears, though still an issue, was not as constant.   So far, this intervention, like all the others, has helped at least  to some degree.  As I said, it is still too soon to know. It remains to be seen if my symptoms resurface after I have been home for a longer period of time.

I am planning to follow through with additional interventions to, hopefully, bring my home back to the level of comfort that I enjoyed prior to the meter installations.

I am grateful that I have had the resources to be able to spend a great deal of time away from my home since the meters were installed; and the resources to remediate at least some of the adverse effects of the smart meter installations.  I'm sure there are others who are not as fortunate, who are forced to just live with the problem.

**Q.     Do you want to submit the statements in Exhibit A to the Maine Public Utility Commission for consideration in its pending proceeding to investigate the safety of smart meters?**

A.     Yes.  I submit the attached testimony in support of complainants Ed Friedman, et al in their case before the Maine PUC as evidence that smart meters are not safe.


_____

Rebecca Morr



STATE OF MICHIGAN
WASHTENAW, ss                                    January ___, 2013

Personally appeared the above-named Rebecca Morr, and stated under oath that the foregoing Affidavit made by her is true and based upon her own personal knowledge, information or belief, and so far as upon information and belief, she believes the information to be true.  Before me,

_____

Notary Public

_____

Name Typed or Printed

My Commission Expires:  _____

# EXHIBIT A

STATE OF MICHIGAN

BEFORE THE MICHIGAN PUBLIC SERVICE COMMISSION

| | |
|---|---|
| In the matter of the application and request ) | |
| of the DETROIT EDISON COMPANY seeking ) | |
| approval and authority to implement its ) | Case No U-17053 |
| proposed Advanced Metering Infrastructure ) | |
| opt out program. ) | |

QUALIFICATIONS AND DIRECT TESTIMONY OF
    REBECCA MORR

QUALIFICATIONS OF REBECCA MORR

**Q. Do you swear that the testimony you are about to give is the truth, the whole truth, and nothing but the truth?**
A. I do.

**Q. Please state your name, address and contact information.**
A. Rebecca Morr, 2752 Gloucester Way, Ann Arbor, MI 48104. My telephone number is 734-973-1493.
**Q. On whose behalf are you testifying?**

A. That of Intervenors Linda Kurtz and Cynthia Edwards.

**Q. What are your qualifications to testify?**

A. I take my electric service from Detroit Edison. My health has been extremely affected by the smart meter that was first on my home and the nontransmittingItron digital meter that is now on my home.


### DIRECT TESTIMONY OF REBECCA MORR

**Q. What is the purpose of your testimony?**

A. To provide information that establishes that there is a need for a no-fee opt-out and  the need for an analog meter option. To provide information that may help the Commission in determining that smart and digital meters create certain kinds of economic, medical, social, or other harm or hardship, as outlined in Intervenor Linda Kurtz's Petition for Intervention, to some or all persons such that Detroit Edison and the Commission must not require those who are or who are likely to be so harmed to have a smart or digital meter placed on their home or place of business or to be otherwise deprived of rights and liberties, as outlined in Intervenor Kurtz's Petition for Intervention, by the deployment of the advanced metering infrastructure, smart meters, or digital meters, and, in the alternative, that such persons must be able to avoid such harm to their person and property without being charged a fee.


 **Q. How long have you lived at your current residence, and do you rent or own?**

A.       25 years

**Are you retired?**

 A.      I am a retired.

**Q. Before a smart meter was installed on your home, did you have problems with wireless technology?**

A.       No.  Prior to the installation of my smart meter, I did not have any problems with wireless technology.  I did not experience symptoms when using a cell phone; I did not experience symptoms when I used wireless internet or when I entered a facility that offered wireless internet; and I did not experience symptoms from the wireless technology that was already in my home, which, at the time of the smart meter installation, included a wireless water meter, and a cordless phone.


**Q. Prior to the installation of a smart meter on your home, were you affected by other electrical devices?**

A.       No, not that I was aware of.

**Q. When was a smart meter installed on your home?**

A.       A wireless smart meter was installed on my home on the morning of Saturday, March 10, 2012, while I was not home.

**Q. Did you know the meter was going to be installed?**

A.       Yes.  A few weeks before the installation, I had received a notice from DTE that a new, upgraded, wireless meter would be installed on my home.  When I got the notice, I called DTE indicating that I would rather not have the wireless meter.  I was told that I had no choice.  Although I would have preferred not to get it, I was not anticipating a problem with it either.  It was a "preference"not to have it, as opposed to an aversion.

**Q.  You say you preferred not to get one, then tell us why you didn't want it.**

A.        As I said, it was just a preference.  When I got my first cell phone, I read the manual, and it indicated that, for safety reasons, I should hold the cell phone about an inch from my head when using it. I believed the manufacturer's warnings which indicated there may be risks involved with this technology. I have used, and still use, lots of wireless devices.  It's not that I worry about their effects and avoid them; it is more that I weigh the benefits, and  I purchase the ones which I see as highly beneficial, I choose not

to use the ones that are not. The meter did not fall into the "highly beneficial" category. I am concerned about the environment and I am already conscientious regarding my energy usage at home. I keep my thermostat lower and wear warm clothing in the winter, I turn down my heat at night and when I am gone, I don't often use air conditioning during the summer, I have replaced older appliances for newer, more efficient ones, My TV is very small and I rarely watch it, I turn off the lights I don't need. In weighing the proposed benefits a smart meter, it didn't seem like something I needed. However, when I called DTE, I was told I didn't have a choice. I didn't get upset or argue. I just accepted it. Had I had any idea what an impact it would have on my life, though, I would have protested immediately

**Q. What happened when you returned h**ome after the meter had been installed?
A.       I returned home a little after 1 p.m.. There was a note on my door indicating the new meter had been installed. I didn't think much about it. Shortly after arriving at home, I went into my kitchen to prepare lunch. There are no words that can adequately describe what happened next. Here's my best effort:
As I stood at my kitchen sink (a stainless steel sink, opposite my refrigerator), I felt a very uncomfortable vibration, like a low-level electric current, going through my body; there was a buzzing sound in my head; and I experienced a jittery feeling in my body.

When I stepped away from the sink, the feeling lessened considerably, but was still noticeable, especially whenever I was in close proximity to the back wall of my home.
My first thought was, "That must be the new meter. This will take some getting used to." At that point, I wasn't upset and I didn't panic. I honestly thought that my body would just need some time to adjust to it, and then everything would be okay.

Later, a friend who is a physics professor explained that my extreme reaction may have been because radio waves were bouncing off the metal surfaces of the sink and/or the refrigerator. I don't know what caused it; I just know it was weird and extremely uncomfortable.

**Q. So you weren't worried about the new meter?**
A.       No. not yet. I wasn't worried prior to the installation, and when I first had the reaction, I just thought it was something my body would adjust to. Looking back, of course, I think "How could I have been so stupid? Why didn't I leave my house immediately?" At the time, though, as strong as my initial reaction was, it didn't occur to me that exposure to a meter could cause problems, or have prolonged consequences. I assumed I'd get used to it and the weird feeling and buzzing in my head would go away. It was seeing my blood pressure suddenly shoot up, that suggested to me that the meter was causing more than a "weird feeling." That's what triggered my concern.

**Q.       Had you heard of smart meters prior to having one installed on your home?**
A.       Yes and no. I was not aware of any controversy. I had seen an article that said energy companies were installing new meters; that in some locations, people were being forced to accept the meters whether they wanted them or not; and that it wasn't right. I tend to be more accepting of things, and because I considered the views of this person to be a little extreme, I hadn't taken the article seriously. I hadn't given it much thought, that is, until my personal experience with smart meters.
**Q. What happened next, the day the meter was installed?**
A.       As the day progressed, I developed a dull headache and I had a hard time focusing and concentrating. I also became hoarse. At first, I didn't make a connection between these symptoms and the meter. I did later, though, when these symptoms persisted, and when they developed at home, but went away after being away from home for awhile.

That first day, in addition to the headache and lack of focus, by early evening, my blood pressure had gone up significantly. High blood pressure had not been an issue for me. I had had a blood pressure monitor, and for several years I had checked it occasionally. There had never been cause for concern.

**Q. Why had you made the decision several years ago to check your blood pressure from time to time?**

A.        I care about my health. Checking it occasionally was a precautionary measure.

**Why are you so sure that the smart meter influenced your blood pressure readings?**

A.        Quite by coincidence, I had taken lots of readings right before smart meter installation.  I do Bikram Yoga almost every day. It is a 90 minute, rigorous series of 26 postures, that is done in a room that is 105 degrees.  It is a good workout.  A fellow classmate had mentioned health benefits she attributed to her yoga practice, lower blood pressure being one of them. As I said, I didn't have blood pressure issues, but I wondered what effect, if any, my yoga practice had on mine.  I decided to do an experiment:  My plan was to take my blood pressure three times a day:  before class, after class, and a reading later in the day.  It was because of this experiment that I noticed the immediate spike in my blood pressure.

**Q.   What were your blood pressure readings prior to the smart meter installation?**

A.        Exibit A is my record of blood pressure readings from March 1 through March 12.  Prior to March 10 (installation day), the range in readings was 108/61 to 133/75.  The average reading  was 119/64.

**Q:  What were your readings the day of the installation?**

A.        Before yoga, my blood pressure was 118/72.  After yoga, it was 125/72.

By 5:00 p.m. it was 150/90.  Later, it was 157/86.  I remember that right before going to bed that night it was 165/90, but I did not record that reading.

It was the rise in my blood pressure that triggered my concern. It made me aware that my body was being affected on more levels than I had realized. and that the weird feeling I was experiencing was not something to take lightly

**Q. What did you do then?**

 A.        That night, rather than sleep in my own bed, I slept in the upstairs bedroom furthest away from my smart meter.  The next day, Sunday, March 11, I called a friend and I arranged to stay at her house.  I slept at her house from Sunday until I left for a three-week trip to Brazil on March 18.

**Q.        The second night, you slept at a friend's house. Did you notice a difference when you slept at your friend's house?**

  A.        I didn't experience the buzzing sound in my head at her house, and the next morning my blood pressure was down again.  I slept better than I had at my own house, and I didn't wake up with a headache. The weird, jittery feeling I had when at home lessened, but was still noticeable.

**Q. Did you return to your home?**

A.        Yes.  I could not totally avoid being in my own home that week because, in addition to packing for my trip, I had many things I had to take care of before leaving. However, I stayed away from home as much as I could.

**What happened when you were in your own home that week?**

The weird, jittery feeling and difficulty focusing persisted; I had headaches.  Also, my eyes hurt, I became hoarse, and I developed a dry cough.  For the first time in my life, I started on blood pressure medicine.

**Q. Did you call DTE?**

**A.**      Yes. Monday, March 12, the first business day after my meter was installed, I called DTE from home.  I was told there was no way to opt out of a smart meter. I explained that the meter was making me sick and that I couldn't stay in my house.  I said I wanted to be transferred to someone who could help me.  The person I talked to said she could not transfer me to a supervisor, but that she would arrange for someone to call me back.  I indicated again that it was very uncomfortable for me to be in my house, but that I would wait there for the call.  I said it was an emergency, and that I needed to talk to someone as soon as possible.  No one called back.   I called again that day or the next, and got no response.

How were you feeling inside your home waiting for the call?  The jittery feeling, the difficulty concentrating, and the buzzing in my head were worse.  I was also upset that I was getting such a run-around from DTE.  I knew I was leaving the country in a few days. I had hoped that I'd be able to come back to a home with a normal, comfortable environment.

**Q.      Did DTE get back to you?**
A.      Not right away.  When I had not heard back by Wednesday, March 14, two days after being told someone would call me back, I sent an email to DTE via their online complaint site.
I was eventually told I was being referred to Elaine Curtis. I talked to Elaine on Friday, March 16.

**Q. What did she tell you?**
She said DTE would remove my meter if I could provide a letter from my doctor indicating my smart meter was making me ill.

**Q. Had you seen a doctor?**
 A.      Yes.  I had seen my doctor earlier in the week, on Wednesday, March 14.  At that time, of course, I had not yet talked with Elaine Curtis, so I did not know I would need a letter.  Since it was Friday by the time learned about the need for a doctor's letter; and I was scheduled to leave for Brazil early on Sunday, I was unable to talk to her before I left.  I called her office on Friday afternoon, and when I didn't reach her, I left a message.

I had contacted my doctor immediately; I had been concerned about all of my symptoms, but especially the high blood pressure readings.  I wanted to get in to see someone before leaving on my trip.  My appointment was on Wednesday, March 14.  Following the appointment, I started taking a beta blocker, She said it should lower my blood pressure without making it go too low when I was away from smart meters.  She was right, it did.  It also helped relieve the persistent jittery feeling I was having.  I continued to sleep at my friend's and spend as little time at home as I could.

**You were gone for three weeks.  How did you feel in Brazil?**
A.      I was fine in Brazil. I felt great and I slept very well.  The headaches, the buzzing in my head, and the weird jittery feeling all went away and did not come back until I returned home.

**Did your doctor write the letter?**
A.      Yes.  In spite of the fact that communicating from Brazil proved to be a challenge because  phone lines and access to email were not always available or consistently working, my doctor did send the letter to DTE.  Six days prior to my returning home, I received an email from Elaine Curtis indicating that she had received the letter from my doctor, and that the meter would be removed. Dr. Kyle Morgan faxed her letter directly to DTE;  DTE has the letter.  I do not have a copy.

**Q.      Did DTE follow your doctor's instructions?**

Not exactly. In addition to indicating the meter was making me ill, Dr. Morgan had specified an analog meter. DTE replaced my smart meter with a different digital meter, not an analog meter.

Elaine Curtis said that DTE no longer had a distributer for analog meters. From Brazil, I sent an email to DTE via the DTE complaint link.

The many typographical errors exist because, after losing power in the middle of writing my letter several times (and therefore, losing what I had written), I finally sent this one, errors and all.

DTE ignored both my request for an analog meter and my doctor's letter specifying the need for an analog meter. If DTE had wanted to install an analog meter, it would have been very easy to do so. Hundreds, even thousands of used analog meters, in good working condition, were available.

**Q.    Was the smart meter removed?**
A.    Yes, but it took awhile. Since I had received the email from Elaine Curtis on April 4th indicating that my meter would be replaced, and since I wasn't coming home until April 10th, I had hoped that my smart meter would be gone when I got home. As soon as I arrived home, I walked to the back of my house and checked. It hadn't been changed. I went back to stay at my friend's house, and I called Elaine Curtis immediately. I don't remember if I actually talked to her that day, or if I left a message and she called me back. When we talked, she thought that my smart meter had already been removed. She said she would check into it and get back to me. She did. When she called me back, she assured me it would be removed within a few days. It was. I don't remember what day it actually came off.

**Q.Why did you request an analog meter?**
A.    I had not had any problems with the old analog meters; and, although I didn't understand the concept, I had heard the term "dirty electricity" associated with digital technology. At that point, I wanted my old, familiar, healthful home back.

**Q. Did replacing the smart meter with a digital meter solve the health problems caused by the smart meter?**
A.    No. Although there was an improvement, the new digital meter did not solve the problem. My symptoms were not as severe as they had been with the smart meter, but the weird jittery feeling, the headaches, the buzzing sound in my head, the cough, memory problems, and the difficulty focusing—all came back, just to a lesser degree.

**Q. What did you do?**
A.    I contacted Elaine Curtis again. She said she didn't think the new meter could cause problems, but that she would look into it. When she got back to me, she said that the new digital could not be the problem because it did not send a signal.

In the meantime, I had talked to my friend who teaches physics. She said that because radio frequencies travel long distances, my current problems might be caused by the RF from my neighbors' meters. She recommended putting up heavy duty tinfoil, shiny side toward the meters, where I suspected the RF might be entering my home. The tin foil would help shield my home, since radio waves are reflected by metal and shiny surfaces. She also explained that there are materials which diffuse radio frequencies.

Someone else said that the problem could be that the new digital meter was dumping dirty electricity into my home, and that could be causing the problem.

**Q.What did you do then?**
A.       I did what I could to solve the problem:
My first intervention was to line my garage and cover an outside wall with heavy duty tin foil to shield my house from my neighbor's smart meter that was closest to my house, and where I felt it the most. That helped....a little. The buzzing in my head was definitely still there, but not quite as intense. The other symptoms remained.

Next, I lined the inside wall with tin foil that shares the wall with my meter, On top of that, I put 3 layers of absorbing material. After this intervention (and every other intervention), I waited awhile to see what, if any, effect it had on how I felt or on my symptoms.

**Q.Did it help?**
A.       Yes. Although better, it was still difficult to be in my home.
Now that I was spending more time at home, other symptoms surfaced. I wasn't sleeping through the night: I'd wake up after three, four or five hours and not be able to go back to sleep. I'd feel tense, jittery. I became hoarse, and I developed a cough. After being home for about three weeks, I began to notice breathing problems: I would get out of breath just by going upstairs, and I had difficulty breathing in my Bikram Yoga Class when doing postures that I had done with ease prior to the smart meter installations. Also because of my yoga practice, I noticed a slight weakness on my left side, that had not been there earlier. I was not able to do some of the strength building postures I had done earlier.

The buzzing sound in my head would seem louder late at night and early in the morning, and I would always wake up with a headache and a buzzing sound in my head.

**Q.       Have the interventions you've done helped?**
A.       There is no question that each intervention has helped. The problem is that my home has never gone back to being what it was before: I still can't tolerate being in my home for more than a week or two without experiencing very worrisome symptoms. At this point, I still have concerns regarding smart meter effects on my blood pressure; and I have even bigger concerns about my breathing and my lungs. If I am home for more than a week, I get out of breath when I go up stairs, or when it is humid outside, and in I am no longer able to do some of the Bikram Yoga breathing exercises and postures that I formerly did with ease. So far, all of these symptoms improve or go away entirely when I leave my home for an extended period of time. I can't keep searching for people and places to visit, and as more smart meters are installed, there will be fewer places I can go for relief.

**Q.What else have you done to your home?**

 A.       Since my first attempt at using tin foil as a shield had helped . . . a little. .. . I put up more. I put tin foil on some inside walls. I also put tin foil in my bathroom, and on the back wall of the bedroom that shares a wall with the meter.

I ordered material which is designed to absorb radio frequencies from lessemf.com/. I put three layers of that material over the tin foil lining the back wall of the bedroom closest to my digital meter. I also lined one of the walls in my bedroom with this material.
The RF absorbing material is black; not exactly my color I'd choose for my bedrooms.

Because I was still experiencing symptoms, a few months ago I ordered a Graham - Stetzer meter and filters. I had read that the EMF levels can be measured and reduced by adding the filters. Again, I did notice a difference with the filters in place, but not enough of a difference to keep me symptom free.

Last month, I covered the back wall of my home with tin foil. It looks awful, but it made a difference. Again, it helped, but it has not totally taken care of the problem. With each intervention, I have felt a little calmer and the symptoms seem a little less intense, but none of the interventions has totally solved my problems. As I mentioned, I am especially concerned about the breathing difficulties I experience after being in my home for awhile. My blood pressure remains a concern as well, although I have been getting normal readings without medication since my last intervention of putting tin foil on the entire back side of my home.

I tried to spend as much time out of my home as possible. I left whenever I could. I went on trips for one to three weeks. Some were planned; others were trips I took just to get away from my house. Some symptoms, such as coughing, would go away as soon as I left my home. Others would go away after being out of my home for a period of time. The amount of time required for it to go away, depended on the symptom.

q.      **How long can you stay in your house before noticing symptoms?**
A.       The length of time before I experience symptoms  depends on the symptom: If I return home after being away for a week, I feel jittery and get a buzzing sound in my head immediately upon entering my home. Within a few hours of being home, my eyes may hurt and become dry, and I will become hoarse and develop a cough. Things like breathing problems and weakness on my left side surface after being home for a week or more.

**Q.      How are things now?**

A.       I'm still spending as much time as possible away from home. From March 10, 2012, when smart meters were installed in my neighborhood, to the present, the longest stretch of time I will have been at home at one time is 30 days. Usually I am home only a few weeks before leaving again. When I leave, I try to be away for one to three weeks.

So far, when I have spent time away from my home, my symptoms have all lessened or completely gone away. When I return, they return.
Although being in my home is more tolerable than it was, even with all that I had done, my health while in my home is still not back to what it had been prior to the smart meter installations

**Q. Did these interventions help? Is the digital meter no longer a problem?**
A.       The interventions have helped, but all the problems remain. Whenever I return home, I immediately experience a buzzing sound in my head, I become hoarse, and I get a dry cough. My reactions are systemic: If I am at home for an extended period of time (a few weeks), additional symptoms surface:
• weakness on my left side,
• joint pain,
• chest pain,
• difficulty focusing,
• hot flashes,
• breathing problems,

• shortness of breath,
• skin things (a rash above my right eye; rough hardened skin on my knuckles)
my eyes hurt and become dry,
all my teeth on my upper left jaw ache.

**Q. Did you make any more attempts at mitigation?**
A.        I had not shielded the back of my house, both because I didn't think I could get tinfoil to stay up, and because I knew it would look terrible.  Finally, though, in October, out of desperation to make my home more livable, I lined the entire back of my house with tinfoil.  It looks awful.  Again, it has not totally taken care of the problem and it is only a temporary measure, but it helped. I still haven't spent more than a few weeks in my home since this latest addition of tinfoil, but so far my sleep is more normal, the jittery feeling is not as intense, I don't feel as spacey. I am still getting hoarse, but less often, and my eyes hurt less.  The weird, unsettled sensation in my body and the uncomfortable buzzing sound in my head persist.

With each intervention I have seen an improvement in my symptoms, but my house is in no way back to what it was before smart meters were installed in my neighborhood or the digital meter was installed on my home.. In addition, the tinfoil, besides being ugly, is a temporary solution that won't hold up over time.

**Q.  How do you know that it is the digital meter that is causing these health effects?**
Although I know it seems unbelievable that a meter could trigger all these health effects, the meter was the only thing that has changed in my home environment. Furthermore, at least so far, all these problems go away when I leave my home: some go away immediately upon leaving; others go away in time.  The symptoms return when I return.

Q. **So when you go to someone else's house that has a smart meter, do you have problems?**
A.        Yes, to varying degrees.  I always experience the buzzing sound and a jittery feeling.  I may or may not experience other symptoms.

**Q.When you go into public buildings that have smart meters, do you have problems?**
A.        Fortunately, most of the places I frequent do not have smart meters yet, so I can't answer this adequately.  However, the spiritual center I attend has a smart meter and  it is very uncomfortable to go there, so I have not been going.

**Q.        Have you been in any home besides your own that has a digital meter?**
A.        Yes.  I have a friend who lives on Lake Tahoe.  She remodeled her home several years ago, and has a digital meter.  It is not a smart meter.  I really don't know if it is the same as my meter.  Her home is very deep, and the meter is way at the back.  I couldn't sleep when I stayed in a back bedroom.  I was able to sleep when I slept on her sofa, in the front of the house.  The weather was great when I was there, and we spent most of our time outside hiking or by the water.  I didn't have as much trouble there as I do at my own home.  Her meter is older;  I don't know if it is like mine.

**Q. In your experience, will the nontransmitting digital meter (the kind now on your home and the kind DTE is proposing as the alternative to the smart meter) solve the health problems you experience with smart meters?**
A.        No.

**Are the nontransmitting digital meters an acceptable alternative to the smart meter?**
A.        **No**

**Please list all the health effects you experience from smart and nontransmitting digital meters, whether on your own home or elsewhere.**
buzzing in my head
Elevated blood pressure
Muscle weakness, especially on my left side
headaches
cramps in legs and feet, extremely cold feet
eyes hurt, blurry vision
breathing problems, shortness of breath
joint pain, arthritis like symptoms
chest pain
concentration and memory problems
All of my teeth on one side aching

**Q. How do you know that it was the smart meter that first caused these health effects and not something else?**
A.       The symptoms surface when I spend time at home.  They go away when I leave.  They surface when I am home again.   I don't know if the symptoms are caused by my digital meter or my neighbors' smart meters, but the installation of smart meters in my neighborhood is the only thing that has changed in my environment.

**Q.Please list all the health effects you currently experience from the digital meter on your home.**
A.       Without the remediation or if I am around other people's smart meters, I sometimes experience all of them, especially buzzing in my head.
With the mitigation, I still experience buzzing in my ears and a I am not as calm, I'm more agitated.  To date, I haven't stayed at home long enough to know if the other symptoms will surface again.

**Q.       Please list all the health effects you in the past experienced from the digital meter on your home but do not currently experience.**
**A.**       Since putting tin foil on the back of my home, my blood pressure has been normal without medicaiton as long as I avoid smart meters.
**Q.       Has anything else changed that would account for the subsiding of these effects?**
A.       No

**Q.       Did you experience any of the health problems you have enumerated prior to the installation of smart meters?**
A.       In 2007 I became ill after being exposed to a very toxic paint.  The symptoms I did not experience were the buzzing in my head and the elevated blood pressure. I did experience the other symptoms.  I recovered from that injury, and, until the smart meter was installed, I had not had experienced any of these symptoms since my recovery in 2008.
A.
**Q. Did you have health problems prior to the installation of smart meters? If so, what were they and when did they begin?**
 A.        Prior to the installation of my smart meter, I was healthy, I exercised regularly, I ate a good diet, and I was on no medication..

**Q. Did you do anything else to deal with this problem?**
A.       Like I said, I put up shielding materials and I started spending as much time as possible away from home.  I took several trips.  Although some had been planned, I have taken others for the sole

purpose of getting away from my house.  From March 10, 2012, when my smart meter was installed, to present, the longest stretch of time I will have been home at one stretch is 30 days.  When I have spent time away from home, I have generally left for one to three weeks at a time.  Each time I left, my symptoms went away within a day or two of being out of my house.  I am still spending as much time away from my house as possible.

At this point, I have spent about $2000 in materials and devices to tolerate living in my home, and I still have only a temporary fix that doesn't completely solve the problem.  And, DTE is proposing additional charges to opt out.

DTE could probably use my home as an example of a smart meter success story:  Their records should show that my energy usage has gone down since smart meters were installed in my neighborhood.  It's a good example of how misleading it can be to just look at one source of data.   My "real" energy usage is up—considerably.  I consumed a lot more energy when you consider:

- transportation to doctors,
- products purchased to remediate my home
- medications I will need that I would otherwise not have needed
- driving and flying to destinations in order to stay away from home
- utilities consumed at visiting destinations

These are not just monetary expenses for me. They involve energy expenditures that far outweigh any energy savings DTE might claim.

My home no longer feels like "home."  The number of places I can go and remain symptom-free is dwindling as Ann Arbor, the rest of Michigan, and the rest of the country is being installed.  I would sell my house and move, but, at this point, I don't know where I could go.

**Q. Please list all of the health problems you currently experience from the digital meter on your home?**

A.        Since my last mitigation, my most common symptoms are buzzing in my head, jitteriness, and breathing problems.  The breathing problems are the ones that concern me the most.

**Q. Do you experience problems when you enter homes or other buildings with smart meters?**
Yes. I can tell immediately if there is a smart meter.

A.        **Have the health effects you experience as a result of smart meters affected your ability to interact socially with others? If the answer is yes, describe how.**

A.            Yes, of course.  I am avoiding going places that have smart meters.  It limits where I can go and who I spend time with.

**Q.        Have the health effects you experience as a result of smart meters affected your ability to access public services, such as the public library, government offices? If the answer is yes, describe how.**

A. Not yet.

**Q.        Have the health effects you experience as a result of smart meters affected your ability to access religious or spiritual services? If the answer is yes, describe how.**

**A.**        I am involved with a meditation group.  I have not been attending programs because I experience symptoms if I am in the building for an extended period of time.

**Q.        Have the health effects you experience as a result of smart meters affected your ability to freely access health services? If the answer is yes, describe how.**

A.        Not yet.

**Q. Have the health effects you experience as a result of smart meters affected your ability to perform one or more major life activities not already mentioned? If the answer is yes, describe what activities and how the effects have affected your performance of these activities.**

A.          So far I have been lucky.  Most of the places I frequent do not have smart meters yet.  I am not looking forward to the day when smart meters are everywhere.  It will be a nightmare for me.

**Q.     What do you feel is a reasonable accommodation to allow you to perform major activities of daily living?**

A.      A free opt out for everyone.

An analog meter option.

The Establishment of Smart Meter Free Zones and/or Facilities

The removal of smart meters everywhere.

Radiation Sickness; Josh Finley Comments, Feb. 4, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:        Josh Finley
                         8716 Sand Point Way NE, Apt 1
                         Seattle, WA 98115
                         josh416@uw.edu
                         (206) 734-4878

                                        February 5, 2013

JA 09318

## AFFIDAVIT OF JOSH FINLEY

State of Washington  ]
                     ]          ss.
King County          ]

I, Josh Finley, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is Josh Finley.  My address is 8716 Sand Point Way NE, Apt 1, Seattle, Washington 98115.

2. I am a graduate student studying Environmental Engineering at the University of Washington.  My focus is on engineering and management of water resources.

3. I have no history of mental health disorders or hypochondria.

4. I am negatively affected by exposure to the microwave radiation emitted by wireless technology.  Effects I experience from exposure include an inability to think clearly, anxiety, headache, dizziness, and nausea.  The extent to which I experience these effects generally increases as a function of both my proximity to the emission source and the length of time for which I am exposed.  The effect also varies depending on the emission source characteristics, including carrier frequency, power density, and modulation signal, and does not seem to be linearly related to power density alone.  For example, I am typically more severely affected by wi-fi signals than by those utilized by older cellphones.   After exposure, a recovery period is required for me to regain physical and mental equilibrium.

5. The fact that I experience these effects from microwave radiation affects almost every aspect of my life.  It plays an important role in determining where I can live, where I can work, and where I can spend my free time.  I am compelled by necessity to seek out "holes" in wireless infrastructure in which to live my life.  Such holes are getting smaller

2

JA 09319

all the time, and the presence RF in the environment already severely restricts my freedom and negatively impacts my health and wellbeing.

6. Adverse effects from exposure to the microwave radiation emitted by wireless technology are now commonly reported by people all over the world (including many with no history of mental health disorders or hypochondria). Anecdotal evidence for the existence of negative effects from such exposure is very strong. As science writer B. Blake Levitt puts it, "It's not likely a transcultural mass hallucination… These are our canaries in the coal mine."

7. The best available scientific evidence, as well as my own day-to-day experience, strongly indicates that current RF exposure standards in the United States are not sufficiently protective of public health. Note that many countries currently have more restrictive limits on RF exposure than the U.S. There is a large body of scientific evidence conclusively demonstrating negative effects on living systems from exposure to lower levels of RF than those currently allowed in the environment under existing FCC standards. This evidence should not be ignored. For details, including recommendations on biologically-based public RF exposure limits, please refer to the BioInitiative Report (2012), available for free at http://www.bioinitiative.org. Many of the respected scientists who wrote this report have devoted much of their careers to understanding the biological effects of RF, and I would humbly recommend that the FCC seek their counsel in setting new exposure standards that are capable of protecting both the public and the environment.

Respectfully submitted by

Josh Finley

8716 Sand Point Way NE

Seattle, WA 98115

February 5, 2013

3

JA 09320

Radiation Sickness; Donna L. Bervinchak Comments, Feb. 4, 2013

**TO THE FEDERAL COMMUNICATIONS COMMISSION**
**RE: Proceeding Number with 03-137 12-357.**

I recently had to move from my home of 22 years in San Francisco, California to Pennsylvania because I became so sick from Smartmeters that I could no longer work and function there any more.  I can not go to public places anymore because there is so much wireless in libraries, coffee shops, stores, etc., that I will break out in hives and will develop a list of symptoms that will not allow me to function.  My life in Pennsylvania is very limited because I can only function in places without wireless exposure.  I can not visit many places anymore because of the wireless emmissions that pervade the U.S.A.

Below is simply a very short list of current research, medical commentary and brief update of legislative motions all indicating the health dangers to the American public due to their involuntary and often constant exposures to the electromagnetic fields and radiation emitted by cell towers, cell phones, WiFi and Smart Meters. A more complete listing or research would include 25,000 studies done by the US Navy, and thousands of other peer-reviewed findings published over the past three decades.

Yours truly, Donna L. Bervinchak
Feldenkrais & Child'Space Practitioner

## SHORT SUMMARY OF PEER-REVIEWED PUBLISHED RESEARCH AND MEDICAL COMMENT ON THE HEALTH EFFECTS OF EMF/EMR

**1) The World Health Organization** already categorized EMF/EMR from such products as Smart Meters, baby monitors, cell phones, WiFi as a Class 2B: possibly human carcinogen along with DDT, lead and HIV virus.

### 2) 900 MHz Radiation Induces Hypothyroidism and Apoptosis (cell suicide) in Thyroid Cells

Results of this study indicated that whole body exposure to modulated RFR similar to that emitted by GSM mobile phones caused pathological changes in the thyroid gland by altering gland morphology and inducing apoptotic [cell suicide] pathways.

http://www.scribd.com/fullscreen/73089352?access_key=key-13jthil1zs36giwufvbo

### 3) NEW RESEARCH: Brain Tumor Pandemic—DNA Impacts from Mobile Phones Implicated in New Analysis

December 24, 2011, Berkeley, CA, USA & Stockholm, Sweden. An important new analysis, The Potential Impact of Mobile Phone Use on Trends in Brain and CNS Tumors, was published today in the journal Neurology & Neurophysiology.

It can be downloaded without cost at http://www.omicsonline.org/2155-9562/2155-9562-S5-003.pdf. The paper is in a Special Issue of the journal titled "Brain Tumor."

Neurology & Neurophysiology Journal, 12/24/11:...these preliminary findings suggest that we should prepare for about a doubled brain cancer incidence rate and possibly as high as 25 times the incidence we have today. One result of such a worldwide increase in brain cancers would be a dramatic shortage of neurosurgeons leading to increased mortality. Any statement about harmless cell phones based on only 5-10 years of years of use has no scientific basis due to the long latency times involved.

The paper, by researchers Örjan Hallberg in Sweden and L. Lloyd Morgan in the U.S., first reviews biological effects from mobile phone use reported in peer-reviewed studies, such as increased permeability of the blood-brain barrier, deleterious effects on sperm, double strand breaks in DNA, stress gene activation (indicating an exposure to a toxin), and increased risk of an acoustic nerve tumor (acoustic neuroma) and brain cancer after 10 or more years of mobile phone use. It then considered two established mechanisms for the development of brain cancer—that mobile phone use decreases the efficiency of the repair of mutated DNA and that mobile phone use increases the rate of DNA mutations.

Based on a 30-year time between first mobile phone use and diagnoses of brain cancer (latency time), the model predicts that there will be a 100% increased incidence of brain cancer (2-fold) if DNA repair efficiency is decreased by mobile phone use, and a 2,400% increase in brain tumors (25-fold) if mobile phone use mutates DNA. The figure below, from the paper illustrates these predictions.

The public health risk modeling process used in this analysis was developed by Örjan Hallberg and has been successfully applied in other illnesses, including Alzheimer's disease and melanoma. Hallberg says, "Such modeling, or risk projection, is important, whether for the climate or for diseases, in that it allows public health contingency planning, should the model be reasonable accurate. For example, will there be sufficient neurosurgeons should brain tumors increase as the model predicts?"

Morgan says, "What this analysis shows is that, unless mobile phone usage behavior patterns change significantly, we can reasonably expect a pandemic of brain tumors, for which we are ill-prepared, beginning approximately 15 years from now. Governments, as well as parents, physicians, schools and all citizens, would be well advised to educate all persons under their care or influence about the need to curtail the use of mobile phones and other radiation-emitting consumer devices."

http://www.omicsonline.org/2155-9562/2155-9562-S5-003.pdf.

JA 09323

**4) THE INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, passed a policy in 2004 to not allow cell towers or antennas on any of their facilities due to proven negative health effects on fire fighters.** They also provide worldwide research to substantiate this:
http://www.iaff.org/hs/Facts/CellTowerFinal.asp , excerpted below:

WHEREAS, the brain is the first organ to be affected by RF radiation and symptoms manifest in a multitude of neurological conditions including migraine headaches, extreme fatigue, disorientation, slowed reaction time, vertigo, vital memory loss and attention deficit amidst life threatening emergencies; and

WHEREAS, most of the firefighters who are experiencing symptoms can attribute the onset to the first week(s) these towers/antennas were activated; and

*Note:  A pilot study was conducted in 2004 of six California fire fighters working and sleeping in stations with towers.   The study, conducted by Gunnar Heuser, M.D., PhD. of Agoura Hills, CA, focused on neurological symptoms of six fire fighters who had been working for up to five years in stations with cell towers. Those symptoms included slowed reaction time, lack of focus, lack of impulse control, severe headaches, anesthesia-like sleep, sleep deprivation, depression, and tremors.  Dr. Heuser used functional brain scans – SPECT scans – to assess any changes in the brains of the six fire fighters as compared to healthy brains of men of the same age.  Computerized psychological testing known as TOVA was used to study reaction time, impulse control, and attention span.  The SPECT scans revealed a pattern of abnormal change which was concentrated over a wider area than would normally be seen in brains of individuals exposed to toxic inhalation, as might be expected from fighting fires.

**5) PUBLISHED COMMENTS BY DR. LEAH MORTON, FAMILY PRACTITIONER**

Current FCC regulations controlling human exposure to radio frequency radiation, emitted by every communication antenna, are based on research conducted before 1986. These regulations are long out of date. The national wireless infrastructure has expanded enormously since then. No medical or health studies were done for this, only engineers were consulted.

A recent review of the scientific literature on cell phones points out that 68% of studies have found one or more biological effects from levels of radiation previously deemed "safe."1 This radiation is now being associated with attention deficit disorder, autism, sleep disorders, multiple sclerosis, Alzheimer's disease and epilepsy, as well as asthma, diabetes, malignant melanoma, breast cancer, and other illnesses that have become increasingly more common. Diabetics who

are exposed to cell phones and antennas require higher doses of insulin to control their blood sugar. The symptoms of people with multiple sclerosis worsen.

Many people are not aware that the Telecommunications Act, a federal law passed by the U.S. Congress in 1996, prohibits municipalities from regulating wireless technology on the basis of health or environment.

As a physician, this alarms me. I believe health and environmental effects are the main issues for us to consider when we evaluate new technologies.

It is research in Europe that has established:

1) Young people who use cellphones--especially to the ear--have a 500% increase in brain gliomas (the cause of the highest mortality rate in kids in Australia) and

2) 360% increase in tumors of the eye nearest the cell phone, and

3)

4) Now research in China and Israel found a soaring rise in parotid gland tumors (salivary glands in the cheek used.) This is happening to adults as well. This is my fav as the patients are hardy Aussie men and it features leading researchers in this field::

5) http://www.youtube.com/watch?v=_fDPZPIaT_4&feature=player_embedded

6)

7) In Canada the parents are fighting to pull WiFi our of the schools but in Switzerland, France they already have due to the high death rate of children after ten years of cell phone use--now even 4 minutes a day raises cancer risk


## 6) Changes of Clinically Important Neurotransmitters under the Influence of Modulated RF Fields—A Long-term Study under Real-life Conditions

Klaus Buchner and Horst Eger

ELECTROMAGNETIC FIELDS Journal

Original study in German: BUCHNER K, EGER H (2011) Umwelt-Medizin-Gesellschaft 24(1): 44-57.

Introduction

Despite the distribution of numerous wireless transmitters, especially those of cell phone networks, there are only very few real-life field studies about health effects available. In 2003, the Commission on Radiation Protection was still noticing that there are no reliable data available concerning the public's exposure to UMTS radiation near UMTS base stations (1).

Since the 1960s, occupational studies on workers with continuous microwave radiation exposures (radar, manufacturing, communications) in the Soviet Union have shown that RF radiation exposures below current limits represent a considerable risk potential. A comprehensive overview is given in the review of 878 scientific studies by Prof. Hecht, which he conducted on behalf of the German Federal Institute of Telecommunications (contract no. 4231/630402) (2, 3).

As early as the 1980s, US research projects also demonstrated in long-term studies that rats raised under sterile conditions and exposed to "low-level" RF radiation showed signs of stress by increased incidences of endocrine tumors (4, 5).

Concerned by this "scientific uncertainty" about how radiofrequency "cell tower radiation" affects public health, 60 volunteers from Rimbach village in the Bavarian Forest decided to participate in a long-term, controlled study extending about one and a half years, which was carried out by INUS Medical Center GmbH and Lab4more GmbH in in cooperation with Dr. Kellermann from Neuroscience Inc.

This follow-up of 60 participants over one and a half years shows a significant effect on the adrenergic system after the installation of a new cell phone base station in the village of Rimbach.

After the activation of the GSM base station, the levels of the stress hormones adrenaline and noradrenaline increased significantly during the first six months; the levels of the precursor dopamine decreased substantially. The initial levels were not restored even after one and a half years. As an indicator of the dysregulated chronic imbalance of the stress system, the phenylethylamine (PEA) levels dropped significantly until the end of the study period.

**The effects showed a dose-response relationship and occurred well below current limits for technical RF radiation exposures. Chronic dysregulation of the catecholamine system has great relevance for health and is well known to damage human health in the long run.**

**Rimbach (Bavaria).**

## 7) Israel Requires WARNINGS on Cell Phones

A bill that requires cell phones to carry a warning label passed its first review in the Israeli Knesset. March 1.

"Warning - the Health Ministry cautions that heavy use and carrying the device next to the body may increase the risk of cancer, especially among children."

The law also requires that all phones be sold with headsets, that advertisements feature this warning and that industry fund public educational campaigns. Israel has also created the first national Institute to study the potential health effects of cell phones and other wireless devices and make recommendations to to minimize exposure to microwave radiation. (read more)

EHT Submits Amicus Brief in Support of San Francisco "Right to Know" Ordinance CTIA Wireless Association has sued to block San Francisco's "Cell Phone Right to Know" ordinance, which would require retailers to post materials about cell phone radiation and safety measures next to devices, passed in July. The CTIA calls the law "alarmist and false." The Environmental Health Trust, in conjunction with the California Brain Tumor Association, filed an amicus brief to the United States Court of Appeals in support of the City.

Like the Israeli Knesset, EHT believes that the public has the right to know about cellphone dangers so that they can make informed decisions about their purchases and take precautionary measures. Lead attorney for the brief, James Turner, says, "San Francisco's disclosure rules for cell phones should be supported by everyone, including the courts. The First Amendment demands no less. A democracy depends on the free flow of information."

Int J Occup Med Environ Health. 2012 Mar 11. [Epub ahead of print]

## 8) Legislative Activity Opposing Smart Meters

JA 09327

As you know, smart meters are mandatory for utility customers in most states. California, Nevada, and Maine Public Service Commissions have adopted opt-out programs. During the most recent legislative session, smart meter opt-out bills have circulated through state legislatures in Georgia, Michigan, Maryland, Pennsylvania and Vermont.

GEORGIA: March 26, Georgia Power spokesman said if those remaining customers want to retain their analog meters, they will not be replaced with smart meters. Find current information about smart meters in Georgia at http://www.stopsmartmetersgeorgia.org.

HAWAII: In response to a lawsuit filed against Kauai Island Utility Cooperative, the utility announced it will "indefinitely defer" smart meter installations for customers opposed to them

MICHIGAN: andwww.michiganstopsmartmeters.com.

PENNSYLVANIA: HB 2188 was introduced. The bill has one simple paragraph about smart meter opt out which states, "Customers may request opt-out of smart meter technology under subparagraph iii by notifying in writing the electric distribution company. Meters for customers who opt out will be replaced according to a useful life depreciation schedule." You can track the bill at http://tinyurl.com/blpchum

VERMONT: On Friday, March 23, the Vermont Senate passed bill S 214 that would require the Vermont Department of Public Service to study smart meter removal costs, analog meter reading fees and produce a report by March 1, 2013. The Vermont Department of Public Service, which represents the public in proceedings before the Vermont Public Service Board, is generally supportive of an opt-out program. www.wakeupoptout.org

MAINE: Four ten-person complaints about the costs associated with a Maine opt-out program were consolidated. Negotiations broke down resulting in the Public Utilities Commission determining that those who select opt outs will be charged a $40 initial fee and $12 monthly fee.

Ed Friedman filed another complaint that he is taking to the Maine Supreme Court. On May 7th oral arguments will be held in the Friedman case. You have permission to use his brief on your website or to support your educational materials.

WASHINGTON, DC: The Washington, DC Office of the People's Counsel requested the Washington, DC Public Service Commission to investigate the technical and economic feasibility of an opt-out program for Advanced

Metering Infrastructure. In February 2012, the PSC announced that that no investigation was necessary. In response, on March 19, 2012, the Office of the People's Counsel filed an application for reconsideration in case 1065 arguing that the PSC is not fulfilling its public interest obligation.

WISCONSIN residents want state legislation preserving their right to retain their analog meters. A sample letter to state delegates requesting this legislation can be found at:http://firstdonoharmblog.blogspot.com/2012/03/wisconsin-smart-meter-opt-out.html

Here's a video about rejecting smart meters for Wisconsin citizens: http://www.youtube.com/watch?v=ReliT1aMTiA&feature=youtu.b

NEW MEXICO LEGISLATURE 2011, Released 2012:  Rep. Brian Egolf passed HM32, mandating that the New Mexico Department of Health examine the current research on health effects of cell towers and cell phones. The NM Department of Health released a statement that with regard to cancer risks, the survey recommended that because exposure to radio frequencies and/or electromagnetic frequencies "is possibly carcinogenic," cell phone users might want to use a hands-free device or use the text function more frequently, make fewer and shorter cell phone calls, and use a land line when available.

The report also recommends not using a cellphone while driving or when around someone with a pacemaker.

NM Smart Meter rollout: NM residents have been fortunate in being allowed a "self-read" program by the New Mexico Gas Company, arranged by public advocate, Felicia N. Trujillo, of Santa Fe DOCTORS W.A.R.N. (Wireless and Radiation Network).

## 9) *New study: direct link to 7191 cancer deaths from cellular antennas radiation*

**Science of the Total Environment Journal**
**Mortality by neoplasia and cellular telephone base stations in the Belo Horizonte municipality, Minas Gerais state, Brazil**

The study established a direct link between cancer deaths in Belo Horizonte, the third largest city, with the antennae of the mobile telephone network, reported in Science Hoje site, the news portal of the Brazilian Society for Progress Science (Sociedad Brasileña para el Progreso de la Ciencia.)

According to the study, more than 81 percent of people who die in Belo Horizonte by specific types of cancer live less than 500 meters away from the 300 identified cell phone antennas in the city.

Scientists found between 1996 and 2006 in Belo Horizonte, a total of 4924 victims within 500 meters and 7191 within 1000 meters died of cancer types that may be caused by electromagnetic radiation, such as tumors in the prostate, breast, lung, kidneys and liver.

**10) The Board of the American Academy of Environmental Medicine opposes the installation of wireless "smart meters" in homes and schools based on a scientific assessment of the current medical literature (references available on request). Chronic exposure to wireless radiofrequency radiation is a preventable environmental hazard that is sufficiently well documented to warrant immediate preventative public health action.**

As representatives of physician specialists in the field of environmental medicine, we have an obligation to urge precaution when sufficient scientific and medical evidence suggests health risks which can potentially affect large populations.

The current medical literature raises credible questions about genetic and cellular effects, hormonal effects, male fertility, blood/brain barrier damage and increased risk of certain types of cancers from RF or ELF levels similar to those emitted from "smart meters".

Children are placed at particular risk for altered brain development, and impaired learning and behavior.

Existing safety limits for pulsed RF were termed "not protective of public health" by the Radiofrequency Interagency Working Group (a federal interagency working group including the FDA, FCC, OSHA, the EPA and others).  Emissions given off by "smart meters" have been classified by the World Health Organization International Agency for Research on Cancer (IARC) as a Possible Human Carcinogen.

Hence, we call for:

• An immediate moratorium on "smart meter" installation until these serious public health issues are resolved.  Continuing with their installation would be extremely irresponsible.

• Modify the revised proposed decision to include hearings on health impact in the second proceedings, along with cost evaluation and community wide opt-out.

• Provide immediate relief to those requesting it and restore the analog meters.

**Members of the Board of American Academy of Environmental Medicine**