**20-1025 (Lead); 20-1138 (Consolidated)**

---

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ENVIRONMENTAL HEALTH TRUST; CONSUMERS FOR SAFE CELL
PHONES; ELIZABETH BARRIS; THEODORA SCARATO

CHILDREN'S HEALTH DEFENSE; MICHELE HERTZ; PETRA BROKKEN;
DR. DAVID O. CARPENTER; DR. PAUL DART; DR. TORIL H. JELTER; DR.
ANN LEE; VIRGINIA FARVER, JENNIFER BARAN; PAUL STANLEY, M.Ed.
*Petitioners*

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA
*Respondents*

Petition for Review of Order Issued by the
Federal Communications Commission

### DEFERRED JOINT APPENDIX

### VOLUME 24

Edward B. Myers
Law Office of Edward B. Myers
14613 Dehaven Court
North Potomac, MD 20878
Phone: 717-752-2032
edwardbmyers@yahoo.com

*Counsel for Petitioners 20-1025*

Robert F. Kennedy, Jr.
Children's Health Defense
1227 North Peachtree Pkwy #202
Peachtree City, GA 30269
Phone: 845-377-0211
rfk.fcc@childrenshealthdefense.org

W. Scott McCollough
McCollough Law Firm, P.C.
2290 Gatlin Creek Rd.
Dripping Springs, TX 78620
Phone: 512-888-1112
wsmc@dotlaw.biz

*Counsel for Petitioners 20-1138*

**INDEX TO DEFERRED APPENDIX**

| Tab No. | JA Page Nos. | Date | Filer/Author | Filing/Attachment Description |
|---|---|---|---|---|
| \multicolumn{5}{VOLUME 1 – Tabs 1-2} |
| \multicolumn{5}{COMMISSION ORDER AND NOTICE OF INQUIRY} |
| 1 | 1-160 | Dec. 4, 2019 | FCC | *Resolution of Notice of Inquiry Order* |
| 2 | 161-363 | Mar. 29, 2013 | FCC | *Notice of Inquiry* |
| \multicolumn{5}{VOLUME 2 – Tabs 3 – 7 Part 1} |
| \multicolumn{5}{COMMENTS AND OTHER FILINGS} |
| 3 | 364-428 | Sep. 3, 2013 | CTIA-The Wireless Association | FCC; Comments of the CTIA - The Wireless Association, ET Docket No. 13-84 |
| 4 | 429-467 | Nov 18, 2013 | CTIA-The Wireless Association | FCC; Reply Comments of the CTIA - The Wireless Association, ET Docket No. 13-84 |
| 5 | 468-572 | Sep. 3, 2013 | Mobile Manufacturers Forum | FCC; Mobile Manufacturers Forum Comments, ET Docket No. 13-84 |
| 6 | 573-588 | Nov. 18, 2013 | Mobile Manufacturers Forum | FCC; Mobile Manufacturers Forum Reply Comments, ET Docket No. 13-84 |

# INDEX TO DEFERRED APPENDIX

| Tab No. | JA Page Nos. | Date | Filer/Author | Filing/Attachment Description |
|---|---|---|---|---|
| 7 Part 1 | 589-764 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai. (Tab 7 Part 1) |
| **VOLUME 3 – Tab 7 Part 2** | | | | |
| 7 Part 2 | 765-1164 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai.(Tab 7 Part 2) |
| **VOLUME 4 – Tab 7 Part 3** | | | | |
| 7 Part 3 | 1165-1564 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai.(Tab 7 Part 3) |
| **VOLUME 5 – Tabs 7 Part 4 – 8 Part 1** | | | | |
| 7 Part 4 | 1565-1602 | Sep. 16, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of over 2,100 studies published between 1990 - 2017; Prof. Henry Lai.(Tab 7 Part 4) |
| 8 Part 1 | 1603-1964 | Sep. 13, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of Over 600 Studies Published Between August 2016- August 2019, Dr. Joel Moskowitz; 2019 (Tab 8 Part 1) |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| **VOLUME 6 – Tabs 8 Part 2 - 10** | | | | |
| 8 Part 2 | 1965-2130 | Sep. 13, 2019 | Joel M. Moskowitz PhD | Research Compilation; Abstracts of Over 600 Studies Published Between August 2016- August 2019, Dr. Joel Moskowitz; 2019 (Tab 8 Part 2) |
| 9 | 2131-2142 | Sep. 28, 2016 | Gary C. Vesperman | Research Compilation; Abstracts of 15 New Studies, Dr. Joel Moskowitz PhD, 2016 |
| 10 | 2143-2378 | Jul. 7, 2016 | Environmental Health Trust | Research Compilation; Studies and Documents; City of Pinole, CA |
| **VOLUME 7 – Tabs 11 – 13 Part 1** | | | | |
| 11 | 2379-2389 | Jul. 7, 2016 | Environmental Health Trust | US Exposures Limits - A History of Their Creation, Comments and Explanations; Eng. Lloyd Morgan |
| 12 | 2390-2439 | Aug. 26, 2016 | Heidi M. Lumpkin | Biosystem & Ecosystem; Birds, Bees and Mankind: Destroying Nature by 'Electrosmog': Effects of Mobile Radio and Wireless Communication. Dr. Ulrich Warnke, Ph.D., 2007 |
| 13 Part 1 | 2440-2778 | Jul. 13, 2016 | Parents for Safe Technology | Cancer; IARC Monograph: Non-Ionizing Radiation Part 2: RF EMFs, 2013 (Tab 13 Part 1) |
| **VOLUME 8 – Tabs 13 Part 2 - 23** | | | | |
| 13 Part 2 | 2779-2920 | Jul. 13, 2016 | Parents for Safe Technology | Cancer; IARC Monograph: Non-Ionizing Radiation Part 2: RF EMFs, 2013 (Tab 13 Part 2) |

**INDEX TO DEFERRED APPENDIX**

| 14 | 2921-2927 | Nov. 18, 2013 | Kevin Mottus | Cancer; IARC Press Release: IARC Classifies RF EMFs As Possibly Carcinogenic to Humans, 2011 |
|----|-----------|---------------|--------------|-----------------------------------------------------------------------------------------------|
| 15 | 2928-3002 | Jul. 11, 2016 | Environmental Health Trust | NTP; Report of Partial Findings from the National Toxicology Program Carcinogenesis Studies of Cell Phone Radiofrequency Radiation in Hsd: Sprague Dawley® SD rats (Whole Body Exposures); Draft 5-19-2016 |
| 16 | 3003-3009 | Oct. 1, 2018 | Environmental Health Trust | NTP; Commentary on the utility of the National Toxicology Program study on cell phone radiofrequency radiation data for assessing human health risks despite unfounded criticisms aimed at minimizing the findings of adverse health effects. Environmental Research. Dr. Ron Melnick; 2019 |
| 17 | 3010-3036 | Apr. 16, 2018 | Theodora Scarato | NTP; Dr. Hardell and Dr. Carlsberg letter to the NTP, NIH, DHHS, NTP Technical Report On The Toxicology And Carcinogenesis Studies; Mar. 12, 2018 |
| 18 | 3037-3048 | Oct. 1, 2018 | Environmental Health Trust | Cancer-NTP; Cancer epidemiology update, following the 2011 IARC evaluation of radiofrequency electromagnetic fields; (Miller et al); 2018 |
| 19 | 3049-3055 | Oct. 18, 2018 | Joel M. Moskowitz, Ph.D. | Cancer-NTP; The Significance of Primary Tumors in the NTP Study of Chronic Rat Exposure to Cell Phone Radiation. IEEE Microwave Magazine. Prof. James C. Lin; 2019 |

# INDEX TO DEFERRED APPENDIX

| 20 | 3056-3065 | Aug. 27, 2013 | Cindy Sage and David O. Carpenter | BioInitiative Comments |
|---|---|---|---|---|
| 21 | 3066-3080 | Nov. 18, 2013 | Kevin Mottus | BioInitiative; 2012 Conclusions |
| 22 | 3081-3126 | Nov. 18, 2013 | Kevin Mottus | BioInitiative; Section 24: Key Scientific Evidence and Public Health Policy Recommendations; 2012 |
| 23 | 3127-3146 | Jul. 11, 2016 | Cecelia Doucette | BioInitiative; Section 1: Summary for the Public (2014 Supplement) |
| **VOLUME 9 – Tabs 24-27** | | | | |
| 24 | 3147-3218 | Sep. 30, 2016 | Catherine Kleiber | BioInitiative-Modulation; Section 15: Evidence for Disruption by Modulation Role of Physical and Biological Variables in Bioeffects of Non-Thermal Microwaves for Reproducibility, Cancer Risk and Safety Standards, (2012 Supplement) |
| 25 | 3219-3319 | Sep. 3, 2013 | Kevin Mottus | BioInitiative; Section 20, Findings in Autism, Consistent with Electromagnetic Fields (EMF) and Radiofrequency Radiation (RFR); 2012 |
| 26 | 3320-3321 | Sep. 16, 2019 | Joel Moskowitz PhD. | BioInitiative-Neurological; Percent Comparison, Effect vs No Effect in Neurological Effect Studies; 2019 |
| 27 | 3322-3559 | Sep. 16, 2019 | Joel Moskowitz PhD. | BioInitiative-Neurological; Research Summaries, RFR Neurological Effects (Section 8), 2007-2017; 2017 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| **VOLUME 10 – Tabs 28-41** | | | | |
| 28 | 3560-3561 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | BioInitiative-Mechanisms of Harm; Percent Comparison Showing Effect vs No Effect, DNA (Comet Assay), 2017 and Free Radical (Oxidative Stress), 2019 |
| 29 | 3562-3602 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | BioInitiative-Mechanisms of Harm; Research Summaries, DNA (Comet Assay) Studies; 76 Studies, 2017 |
| 30 | 3603-3721 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | BioInitiative-Mechanisms of Harm; Research Summaries, Free Radicals (Oxidative Stress Effects), 225 studies, 2019 |
| 31 | 3722-3749 | Apr. 11, 2014 | Cindy Sage, MA | BioInitiative Working Group; Preliminary Opinion on Potential Health Effects of Exposure to Electromagnetic Fields (EMF); 2014 |
| 32 | 3750-3755 | Sep. 16, 2019 | Bioinitiative Working Group | BioInitiative Working Group; Consistent Failure to Identify the Potential for Health Effects (Exhibit A); 2014 |
| 33 | 3756-3766 | Sep. 14, 2019 | Biointiative Working Group | BioInitiative Working Group; Reference List for Important Fertility and Reproduction Papers (Exhibit C); 2014 |
| 34 | 3767-3771 | Apr. 14, 2019 | Cindy Sage | BioInitiative Working Group; Mitochondrial Dysfunction and Disruption of Electrophysiology (Exhibit G); 2014 |

**INDEX TO DEFERRED APPENDIX**

| 35 | 3772-3779 | Apr. 14, 2019 | Cindy Sage, MA | BioInitiative Working Group; Epidemiological Studies, RF fields epidemiology, Comments by Drs. Lennart Hardell, Fredrik Soderqvist PhD. and Michael Carlberg, MSc. Section 3.5.1.1 Epidemiological Studies (Exhibit B); 2014 |
|---|---|---|---|---|
| 36 | 3780-3874 | Apr 11, 2014 | Cindy Sage, MA | BioInitiative Working Group; An Update on the Genetic Effects of Nonionizing Electromagnetic Fields by Prof. Henry Lai PhD; (Exhibit E); 2014 |
| 37 | 3875-3896 | Apr. 11, 2014 | Cindy Sage, MA | BioInitiative Working Group; An Update on Physical and Biological Variables, Cancer and Safety Standards by Prof. Igor Belyaev Dr. Sc., (Exhibit F); 2014 |
| 38 | 3897-3904 | Sep. 30, 2016 | Maria Powell | BioInitiative Co-Editor; Human Health Effects of EMFs: The Cost of Doing Nothing. IOPScience. (Prof. David Carpenter MD.); 2010 |
| 39 | 3905-3919 | Sep. 28, 2016 | Kevin Mottus | BioInitiative Author; Statement of Prof. Martin Blank PhD., PhD.; 2016 |
| 40 | 3920-3945 | Aug 27, 2013 | Sage Hardell Herbert | BioInitiative Authors; Prof. Lennart Hardell MD. PhD., Prof. Martha Herbert MD. PhD. and Cindy Sage Comments |
| 41 | 3946-3984 | Aug. 26, 2013 | B. Blake Levitt & Henry Lai | BioInitiative Author; Prof. Henry Lai PhD, and Blake Levitt Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| **VOLUME 11 – Tabs 42-59** | | | | |
| 42 | 3985-4072 | Sep. 3, 2013 | Paul Dart MD | Dr. Paul Dart MD. (Petitioner) Comments |
| 43 | 4073-4102 | Feb. 4, 2013 | Dr. Andrew Goldsworthy | The Biological Effects of Weak Electromagnetic Fields, Problems and Solutions, Prof. Andrew Goldsworthy; 2012 |
| 44 | 4103-4106 | Sep. 4, 2013 | Richard Meltzer | Dr. Richard Meltzer Comments, Radio Frequency (RF) Exposure: A Cautionary Tale |
| 45 | 4107-4112 | Feb. 6, 2013 | Donald R. Maisch | Dr. Donald R. Maisch PhD. Comments |
| 46 | 4113-4129 | Nov. 18, 2013 | Catherine Kleiber | Biological Effects from RF Radiation at Low-Intensity Exposure, based on the BioInitiative 2012 Report, and the Implications for Smart Meters and Smart Appliances; Dr. Ron M. Powell, PhD.; 2013 |
| 47 | 4130-4137 | Aug. 20, 2013 | Lawrence James Gust | Eng. Lawrence James Gust Comments |
| 48 | 4138-4146 | Feb. 25, 2013 | Michael Schwaebe | Eng. Michael Schwaebe Comments |
| 49 | 4147-4178 | Mar. 18, 2015 | Environmental Working Group | Organizations; Environmental Working Group Reply Comments |
| 50 | 4179-4195 | Nov. 18, 2013 | Nina Beety | Nina Beety Comments |

**INDEX TO DEFERRED APPENDIX**

| 51 | 4196-4206 | Sep. 16, 2019 | Joel Moskowitz PhD. | Organizations; EMF Scientist Appeal, International Scientists' Appeal to the United Nations; 2015 |
|---|---|---|---|---|
| 52 | 4207-4217 | Apr. 5, 2018 | NancyD | Organizations; 5G Appeal, Scientist Appeal to the EU, Scientists Warn of Potential Serious Health Effects of 5G; 2017 |
| 53 | 4218-4240 | Jun. 7, 2017 | Environmental Health Trust | Organizations; Medical Doctors and Public Health Organizations: Consensus Statements and Doctors' Recommendations on Cell Phones/Wireless; 2017 |
| 54 | 4241-4244 | Sep. 27, 2016 | Kevin Mottus | Organizations; Council of Europe, Résolution 1815, The Potential Dangers of Electromagnetic Fields and Their Effect on the Environment; 2011 |
| 55 | 4245-4257 | Feb. 5, 2013 | Gilda Oman | Organizations; Council of Europe, Parliamentary Assembly Report: The potential dangers of electromagnetic fields and their effect on the environment; 2011 |
| 56 | 4258-4293 | Jul. 11, 2016 | Environmental Health Trust | Organizations - Radiation Sickness; European Academy for Environmental Medicine, EUROPAEM EMF Guideline 2015 for the prevention, diagnosis and treatment of EMF-related health problems and illnesses; 2015 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 57 | 4294-4305 | Feb. 5, 2013 | David Mark Morrison | Organizations; Scientific Panel on Electromagnetic Field Health Risks: Consensus Points, Recommendations, and Rationales, Scientific Meeting: Seletun, Norway. Reviews on Environmental Health; (Fragopoulou, Grigoriev et al); 2010 |
| 58 | 4306-4361 | Aug. 30, 2013 | EMF Safety Network | Organizations; EMF Safety Network Comments |
| 59 | 4362-4374 | Jul 7. 2016 | Environmental Health Trust | Organizations - Russian Government; Electromagnetic Fields From Mobile Phones: Health Effect On Children And Teenagers | Resolution Of Russian National Committee On Nonionizing Radiation Protection | April 2011, Moscow |
| **VOLUME 12 – Tabs 60 – 68 Part 1** | | | | |
| 60 | 4375-4482 | Jul 7, 2016 | Environmental Health Trust | Organizations - Cyprus Government; Neurological and behavior effects of Non-Ionizing Radiation emitted from mobile devices on children: Steps to be taken ASAP for the protection of children and future generations. Presentation Slides; 2016 |
| 61 | 4483-4531 | Nov. 18, 2013 | Kevin Mottus | Organizations; Austrian Medical Association, Environmental Medicine Evaluation of Electromagnetic Fields; Dr. Jerd Oberfeld MD.; 2007 |
| 62 | 4532-4534 | Jul. 11, 2016 | Environmental Health Trust | Organizations; The American Academy of Pediatrics, Letter to the FCC; 2013 |

**INDEX TO DEFERRED APPENDIX**

| 63 | 4535-4540 | Sep. 29, 2016 | Kevin Mottus | Organizations; California Medical Association, House of Delegates Resolution Wireless Standards (Resolution 107 - 14); 2014 |
|---|---|---|---|---|
| 64 | 4541-4543 | Sep. 3, 2013 | Grassroots Environmental Education, Inc. o/b/o American Academy of Environmental | Organizations; American Academy of Environmental Medicine, Letter to the Federal Communications Commission; 2013 |
| 65 | 4544-4561 | Sep. 29, 2016 | Kevin Mottus | Organizations - Radiation Sickness; Austrian Medical Association, Guidelines for the Diagnosis and Treatment of EMF Related Health Problems and Illnesses (EMF Syndrome); 2011 |
| 66 | 4562-4590 | Sep. 28, 2016 | Kevin Mottus | Organizations; International Association of Fire Fighters, Position on the Health Effects from Radio Frequency/Microwave Radiation in Fire Department Facilities from Base Stations for Antennas and Towers; 2004 |
| 67 | 4591-4599 | Sep. 28, 2016 | Kevin Mottus | Organizations; Cities of Boston and Philadelphia Reply Comments |
| 68 Part 1 | 4600-4800 | Sep. 3, 2013 | Environmental Working Group | Organizations; Appeal to the FCC Signed by 26,000 People and Organized by the Environmental Working Group, 2013 (Tab 68 Part 1) |

**INDEX TO DEFERRED APPENDIX**

| VOLUME 13 – Tabs 68 Part 2 - 76 | | | | |
|---|---|---|---|---|
| 68 Part 2 | 4801-5171 | Sep. 3, 2013 | Environmental Working Group | Organizations; Appeal to the FCC Signed by 26,000 People and Organized by the Environmental Working Group, 2013 (Tab 68 Part 2) |
| 69 | 5172-5186 | Aug. 25, 2016 | Kevin Mottus | Organizations; Freiburger Appeal - Doctors Appeal; 2002 |
| 70 | 5187-5191 | Sep. 3, 2013 | Grassroots Environmental Education, Inc. | Organizations; Benevento Resolution, The International Commission for Electromagnetic Safety (ICEMS), 2006 |
| 71 | 5192-5197 | Jul. 18, 2016 | Environmental Health Trust | Organizations; The Porto Alegre Resolution; 2009 |
| 72 | 5198-5204 | Feb. 6, 2013 | Kevin Mottus | Organizations; Kaiser Permanente, Letter from Dr. De-Kun Li, Division of Research |
| 73 | 5205-5210 | Sep. 3, 2013 | American Association For Justice | Organizations; American Association for Justice, Comments |
| 74 | 5211-5219 | Feb. 6, 2013 | Jonathan Libber | Organizations; Maryland Smart Meter Awareness, Comments (filed by Jonathan Libber) |
| 75 | 5220-5228 | Feb. 6, 2013 | Electromagnetic Safety Alliance | Organizations; Electromagnetic Safety Alliance, Comments |

| | | | | |
|---|---|---|---|---|
| 76 | 5229-5241 | Sep. 29, 2016 | Ed Friedman | Organizations; Wildlife and Habitat Conservation Solutions; What We Know, Can Infer, and Don't Yet Know about Impacts from Thermal and Non-thermal Non-ionizing Radiation to Birds and Other Wildlife. Dr. Albert M. Manville, PhD.; 2016 |
| **VOLUME 14 – Tabs 77-96** | | | | |
| 77 | 5242-5258 | Sep. 30, 2016 | Catherine Kleiber | Mechanisms of Harm; Meta-Analysis, Oxidative mechanisms of biological activity of low-intensity radiofrequency radiation. Electromagn Biol Med (Yakymenko et al).; 2016 |
| 78 | 5259-5269 | Sep 3, 2013 | Monnie Ramsell | Mechanisms of Harm; Blood Brain Barrier; Increased Blood–Brain Barrier Permeability in Mammalian Brain 7 Days after Exposure to the Radiation from a GSM-900 Mobile Phone. Pathophysiology (Nittby, Salford et al) 2009 |
| 79 | 5270-5286 | Sep. 3, 2013 | Paul Dart MD. | Mechanisms of Harm; DNA Damage; Microwave RF Interacts with Molecular Structures; Dr. Paul Dart MD.; 2013 |
| 80 | 5287-5303 | Sep. 3, 2013 | The EMR Policy Institute | Medical Treatments & Modulation; Treatment of advanced hepatocellular carcinoma with very low levels of amplitude-modulated electromagnetic fields. British Journal of Cancer. (Costa et al); 2011 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 81 | 5304-5306 | Sep. 3, 2013 | The EMR Policy Institute | Medical Treatments & Modulation; Treating cancer with amplitude-modulated electromagnetic fields: a potential paradigm shift, again? British Journal of Cancer. (Dr. Carl Blackman); 2012 |
| 82 | 5307-5309 | Feb. 8, 2013 | Alan Frey | Modulation; Dr. Alan Frey PhD., Comments, Feb. 7, 2013 |
| 83 | 5310-5319 | Jul. 11, 2016 | Environmental Health Trust | Modulation; Real Versus Simulated Mobile Phone Exposures in Experimental Studies. Biomed Res Int. (Prof. Panagopoulos et al); 2015 |
| 84 | 5320-5368 | Sep. 16, 2019 | Joel M. Moskowitz, PhD | Neurological; Book Chapter, A Summary of Recent Literature (2007-2017) on Neurological Effects of Radiofrequency Radiation, Prof. Lai; 2018 Referenced 122 Studies. |
| 85 | 5369-5412 | Sep. 28, 2016 | Kevin Mottus | Neurological - Report; Evidence of Neurological effects of Electromagnetic Radiation: Implications for degenerative disease and brain tumour from residential, occupational, cell site and cell phone exposures. Prof. Neil Cherry; 225 scientific references. 2002 |
| 86 | 5413-5415 | Sep 3, 2013 | Kevin Mottus | Neurological; The effects of mobile-phone electromagnetic fields on brain electrical activity: a critical analysis of the literature. Electromagn Biol Med. (Marino et al) (Abstract); 2009 |

**INDEX TO DEFERRED APPENDIX**

| 87 | 5416-5435 | Nov. 18, 2013 | Kevin Mottus | Autism and EMF? Plausibility of a pathophysiological link. Pathophysiology, Part I. (Herbert et al); 2013 |
| 88 | 5436-5460 | Nov. 18, 2013 | Kevin Mottus | Autism and EMF? Plausibility of a pathophysiological link. Pathophysiology, Part II. (Herbert et al); 2013 |
| 89 | 5461-5486 | Sep. 3, 2013 | Kevin Mottus | Fertility; Research Abstracts, List of References Reporting Fertility and/or Reproduction Effects from Electromagnetic Fields and/or Radiofrequency Radiation (66 references) |
| 90 | 5487-5499 | Sep. 3, 2013 | Paul Dart MD | Fertility; Effects of Microwave RF Exposure on Fertility, Dr. Paul Dart MD. (Petitioner); 2013 |
| 91 | 5500-5506 | Sep. 3, 2013 | Paul Dart MD | Hormonal; RF and Hormones, Alterations in Hormone Physiology; Dr. Paul Dart MD. (Petitioner); 2013 |
| 92 | 5507-5514 | Feb. 7, 2013 | Toni Stein | Prenatal & Children; Fetal Radiofrequency Radiation Exposure From 800-1900 Mhz-Rated Cellular Telephones Affects Neurodevelopment and Behavior in Mice. Scientific Reports. (Aldad, Taylor et al); 2012 |
| 93 | 5515-5518 | Jul. 7, 2016 | Environmental Health Trust | Prenatal & Children; Fetal Exposures and Cell Phones. Studies List. Prof. Hugh Taylor MD.; 2015 |

**INDEX TO DEFERRED APPENDIX**

| 94 | 5519-5553 | Jul. 13, 2016 | Parents for Safe Technology | Prenatal and Children; Fetal Cell Phone Exposure: How Experimental Studies Guide Clinical Practice, Hugh S. Taylor MD. PhD., Chair of Obstetrics, Gynecology and Reproductive Sciences, Yale School of Medicine |
|---|---|---|---|---|
| 95 | 5554-5559 | Sep. 3, 2013 | Dr. Suleyman Kaplan | Prenatal & Children; Dr. Suleyman Kaplan Comments |
| 96 | 5560-5614 | Nov. 18, 2013 | Kevin Mottus | Prenatal & Children; Amended Declaration of Dr. David O. Carpenter MD. (Dec. 20, 2011); *Morrison et al v. Portland Schools*, No. 3:11-cv-00739-MO (U.S.D.C. Oregon, Portland Div.) |
| **VOLUME 15 – Tabs 97-101** | | | | |
| 97 | 5615-5712 | Sep. 28, 2016 | Kevin Mottus | Prenatal & Children; Doctors and Scientists Letters on Wi-Fi in Schools |
| 98 | 5713-5895 | Jul. 11, 2017 | Environmental Health Trust | Dr. Devra Davis PhD., President of Environmental Health Trust (Petitioner) Comments |
| 99 | 5896-5993 | Jun. 7, 2017 | Environmental Health Trust | Children; Letter to Montgomery County Schools, Prof. Martha Herbert MD., PhD.; 2015 |
| 100 | 5994-6007 | Apr. 29, 2019 | Environmental Health Trust | Neurological - Children; A Prospective Cohort Study of Adolescents' Memory Performance and Individual Brain Dose of Microwave Radiation from Wireless Communication. Environ Health Perspect. (Foerster et al); 2018 |

**INDEX TO DEFERRED APPENDIX**

| 101 | 6008-6014 | Sep. 28, 2016 | Kevin Mottus | Prenatal & Children; Cell phone use and behavioral problems in young children. J Epidemiol Community Health. (Divan et al); 2012 |
|---|---|---|---|---|
| **VOLUME 16 - Tabs 102-126** | | | | |
| 102 | 6015-6026 | Jul. 7, 2016 | Environmental Health Trust | Prenatal & Children; "Cell Phones & WiFi – Are Children, Fetuses and Fertility at Risk?"; 2013 |
| 103 | 6027-6060 | Jul. 7, 2016 | Environmental Health Trust | Prenatal & Children; Safe Schools 2012, Medical and Scientific Experts Call for Safe Technologies in Schools |
| 104 | 6061-6067 | Sep. 3, 2013 | Kevin Mottus | Prenatal & Children - Stem Cells; Microwaves from Mobile Phones Inhibit 53BP1 Focus Formation in Human Stem Cells More Strongly Than in Differentiated Cells: Possible Mechanistic Link to Cancer Risk. Environmental Health Perspectives (Markova, Belyaev et al); 2010 |
| 105 | 6068-6069 | Sep. 26, 2016 | Angela Tsaing | Radiation Sickness - Children; Angela Tsiang Comments |
| 106 | 6070-6071 | Mar. 5, 2013 | Abigail DeSesa | Radiation Sickness - Children; Abigail DeSesa Comments |
| 107 | 6072-6111 | Sep. 28, 2016 | Kevin Mottus | Cell Towers - Research Abstract Compilation; 78 Studies Showing Health Effects from Cell Tower Radio Frequency Radiation; 2016 |
| 108 | 6112-6122 | Sep. 3, 2013 | Paul Dart MD | Cell Towers; Consequences of Chronic Microwave RF Exposure, Dr. Paul Dart MD. (Petitioner) |

**INDEX TO DEFERRED APPENDIX**

| 109 | 6123-6132 | Jul. 11, 2016 | Environmental Health Trust | Cell Towers - Cancer; Meta-Analysis, Long-Term Exposure To Microwave Radiation Provokes Cancer Growth: Evidences From Radars And Mobile Communication Systems. (Yakymenko et al); 2011 |
| --- | --- | --- | --- | --- |
| 110 | 6133-6148 | Sep. 3, 2013 | Monnie Ramsell | Cell Towers - Neurological; Changes of Clinically Important Neurotransmitters under the Influence of Modulated RF Fields, A Long-term Study under Real-life Conditions; Umwelt-Medizin-Gesellschaft; (Buchner & Eger); 2011 |
| 111 | 6148-6160 | Dec. 10, 2018 | Environmental Health Trust | Cell Towers - DNA; Impact of radiofrequency radiation on DNA damage and antioxidants in peripheral blood lymphocytes of humans residing in the vicinity of mobile phone base stations. Electromagnetic Biology and Medicine. (Zothansiama et al); 2017 |
| 112 | 6161-6169 | Dec. 10, 2018 | Environmental Health Trust | Cell Towers - Cancer; Environmental radiofrequency radiation at the Järntorget Square in Stockholm Old Town, Sweden in May, 2018 compared with results on brain and heart tumour risks in rats exposed to 1.8 GHz base station environmental emissions, World Academy of Sciences Journal. (Hardell et al); 2018 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 113 | 6170-6258 | Sep. 30, 2016 | Catherine Kleiber | Cell Towers; Indian Government, Ministry of Environment and Forest, Report on Possible Impacts of Communication Towers on Wildlife Including Birds and Bees. 919 studies reviewed; 2011 |
| 114 | 6259-6260 | Sep. 3, 2013 | Kevin Mottus | Cell Towers; Epidemiological evidence for a health risk from mobile phone base stations, Int J Occup Environ Health. (Hardell et al); 2010 |
| 115 | 6261-6289 | Sep. 16, 2019 | Joel Moskowitz, PhD | Cell Towers; Biological Effects From Exposure to Electromagnetic Radiation Emitted By Cell Tower Base Stations and Other Antenna Arrays. Environ. Rev. (Lai & Levitt); 2010 |
| 116 | 6290-6301 | Jul. 11, 2016 | Environmental Health Trust | Cell Towers; Research Summaries of Cell Tower Radiation Studies |
| 117 | 6302-6311 | Sep. 30, 2016 | Catherine Kleiber | Cell Towers-Wildlife; Electromagnetic Pollution From Phone Masts. Effects on Wildlife; Pathophysiology. (Dr. Alfonso Balmori); 2009 |
| 118 | 6312-6324 | Jul. 18, 2106 | Environmental Health Trust | Cell Towers - Wildlife; Testimony of Dr. Albert M. Manville, II, PhD., C.W.B, Before the City of Eugene City Planning Department in Opposition to AT&T/Crossfire's Application for a "Stealth" Cellular Communications Tower; May 6, 2015 |

**INDEX TO DEFERRED APPENDIX**

| 119 | 6325-6341 | Sep. 30, 2016 | Catherine Kleiber | Cell Towers - Plants; Radiofrequency Radiation Injures Trees Around Mobile Phone Base Stations. Science of the Total Environment. (Waldmann-Selsam et al); 2016 |
|---|---|---|---|---|
| 120 | 6342-6349 | Apr. 8, 2014 | M.K. Hickcox | Biosystem & Ecosystem; The Dangers of Electromagnetic Smog, Prof. Andrew Goldsworthy, PhD.; 2007 |
| 121 | 6350-6366 | Sep. 3, 2013 | The EMR Policy Institute | Biosystem and Ecosystem; Impacts of radio-frequency electromagnetic field (RF-EMF) from cell phone towers and wireless devices on biosystem and ecosystem – a review. Biology and Medicine (Sivani et al.); 2012 |
| 122 | 6367-6379 | Oct. 1, 2018 | Environmental Health Trust | 5G; 5G wireless telecommunications expansion: Public health and environmental implications, Environmental Research. (Dr. Cindy Russell MD.); 2018 |
| 123 | 6380-6383 | Oct. 18, 2019 | Joel M. Moskowitz PhD | 5G; We Have No Reason to Believe 5G is Safe, Dr. Joel Moskowitz PhD., Scientific American; 2019 |
| 124 | 6384-6392 | Jul. 11, 2017 | Environmental Health Trust | 5G - Millimeter Waves; Nonthermal Effects of Extremely High-Frequency Microwaves on Chromatin Conformation in Cells in vitro— Dependence on Physical, Physiological, and Genetic Factors. IEEExPlore. (Belyaev et al); 2000 |

**INDEX TO DEFERRED APPENDIX**

| 125 | 6393-6408 | Oct. 1, 2018 | Environmental Health Trust | 5G; What You Need To Know About 5G Wireless And "Small" Cells Top 20 Facts About 5G; Environmental Health Trust |
| 126 | 6409-6429 | Jan. 13, 2015 | NYU Wireless | 5G; Millimeter-Wave Cellular Wireless Networks: Potentials and Challenges, IEEE; (2014) |
| **VOLUME 17 – Tabs 127 – 142 Part 1** | | | | |
| 127 | 6430-6436 | Jul. 13, 2016 | Priscilla King | 5G; FCC Chairman Tom Wheeler 'The Future of Wireless: A Vision for U.S. Leadership in a 5G World'; 2016 |
| 128 | 6437-6447 | Jul. 14, 2016 | Angela Tsaing | 5G; Letter to House Subcommittee on Communications and Technology; Angela Tsiang; 2016 |
| 129 | 6448-6453 | Jan. 8, 2019 | LeRoy Swicegood | 5G; Ask Congress to Vote No, We Are The Evidence Fact Sheet; 2016 |
| 130 | 6454-6510 | Jul. 13, 2016 | Parents For Safe Technology | 5G; 5G Spectrum Frontiers -The Next Great Unknown Experiment On Our Children, Compilation of Letters to Congress; 2016 |
| 131 | 6511-6513 | Apr. 16, 2018 | Theodora Scarato | 5G;What You Need To Know About 5G Wireless and "Small" Cells |
| 132 | 6514-6587 | Sep. 28, 2016 | Kevin Mottus | Wi-Fi; 136 Studies Showing Health Effects from Wi-Fi Radio Frequency Radiation |

**INDEX TO DEFERRED APPENDIX**

| 133 | 6588-6603 | Jul. 13, 2016 | Parents For Safe Technology | Wi-Fi; 2.45-GHz Microwave Irradiation Adversely Affects Reproductive Function in Male Mouse, Mus Musculus by Inducing Oxidative and Nitrosative Stress. Free Radical Research (Shahin et al); 2014 |
|---|---|---|---|---|
| 134 | 6604-6611 | Jul. 7, 2016 | Environmental Health Trust | Wi-Fi - Fertility; Immunohistopathologic demonstration of deleterious effects on growing rat testes of radiofrequency waves emitted from conventional Wi-Fi devices. Journal of Pediatric Neurology. (Atasoy et al); 2013 |
| 135 | 6612-6620 | Apr. 8, 2014 | MK Hickox | Smart Meters: Correcting the Gross Misinformation, Letter by 54 Scientists and MDs; 2012 |
| 136 | 6621-6622 | Nov. 18, 2013 | Catherine Kleiber | Smart Meters - Radiation Sickness; American Academy of Environmental Medicine, Smart Meter Case Series; 2013 |
| 137 | 6623-6692 | Sep. 3, 2013 | Rachel Cooper | Smart Meters; Assessment of Radiofrequency Microwave Radiation Emissions from Smart Meters; Sage Associates, Environmental Consultants; 2011 |
| 138 | 6693-6699 | Jul. 7, 2016 | Environmental Health Trust | Smart Meters; FCC Maximum Permissible Exposure Limits for Electromagnetic Radiation, as Applicable to Smart Meters. Dr. Ron Powell PhD.; 2013 |

**INDEX TO DEFERRED APPENDIX**

| 139 | 6700-6705 | Jul. 7, 2016 | Environmental Health Trust | Smart Meters - Radiation Sickness; Symptoms after Exposure to Smart Meter Radiation. Dr. Ron Powell PhD.; 2015 |
|---|---|---|---|---|
| 140 | 6706-6735 | Sep. 3, 2013 | Kit Weaver | Kit Weaver, Comments |
| 141 | 6736-6740 | Feb. 6, 2013 | Joshua Hart | Organizations - Radiation Sickness; StopSmartMeters, Comments |
| 142 Part 1 | 6741-6850 | Sep. 28, 2016 | Kevin Mottus | Cell Phones; Research Abstracts of Over 700 Studies Showing Health Effects from Cell Phone Radio Frequency Radiation; Prof. Henri Lai (Tab 142 Part 1) |
| **VOLUME 18 – Tabs 142 Part 2 - 153** | | | | |
| 142 Part 2 | 6851-7088 | Sep. 28, 2016 | Kevin Mottus | Cell Phones; Research Abstracts of Over 700 Studies Showing Health Effects from Cell Phone Radio Frequency Radiation; Prof. Henri Lai (Tab 142 Part 2) |
| 143 | 7089-7099 | Sep. 28, 2016 | Kevin Mottus | Cancer - Brain Tumors; Using the Hill viewpoints from 1965 for evaluating strengths of evidence of the risk for brain tumors associated with the use of mobile and cordless phones. Rev Environ Health. (Hardell and Caarlsberg); 2013 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 144 | 7100-7121 | Nov. 18, 2013 | Kevin Mottus | Cancer-Brain Tumors; Mobile phone use and brain tumour risk: early warnings, early actions? (Gee, Hardell Carlsberg) (Chapter 21 of Report: "Late lessons from early warnings: science, precaution"); 2013 |
| 145 | 7122-7134 | Sep. 12, 2019 | Environmental Health Trust | Cell Phones; Real-world cell phone radiofrequency electromagnetic field exposures. Environmental Research. (Wall et al); 2019 |
| 146 | 7135-7142 | Nov. 18, 2013 | Kevin Mottus | Cancer -Brain Tumors; Meta-analysis of long-term mobile phone use and the association with brain tumours, Prof. Lennart Hardell MD. PhD. 2008 |
| 147 | 7143-7156 | Jul. 11, 2016 | Environmental Health Trust | Cancer - Brain Tumors; Case-control study of the association between malignant brain tumours diagnosed between 2007 and 2009 and mobile and cordless phone use. International Journal of Oncology.(Hardell et al); 2013 |
| 148 | 7157-7183 | Nov. 18, 2013 | Kevin Mottus | Cancer - Brain Tumors; Use of mobile phones and cordless phones is associated with increased risk for glioma and acoustic neuroma. Pathophysiology. (Hardell et al); 2012 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 149 | 7184-7193 | Sep. 28, 2016 | Kevin Mottus | Cancer - Brain Tumors; Pooled Analysis of Two Swedish Case-Control Studies on the Use of Mobile and Cordless Telephones and the Risk of Brain Tumours Diagnosed During 1997-2003.International Journal of Occupational Safety and Ergonomics (Mild, Hardell, Carlsberg); 2007 |
| 150 | 7194-7210 | Dec. 10, 2018 | Environmental Health Trust | Thermal and non-thermal health effects of low intensity non-ionizing radiation: An international perspective. Environmental Pollution. (Belpomme et al); 2018 |
| 151 | 7211-7224 | Sep. 28, 2016 | Kevin Mottus | Cancer - Brain Tumors; Mobile phones, cordless phones and the risk for brain tumours. International Journal of Oncology (Prof. Lennart Hardell MD., PhD.); 2009 |
| 152 | 7225-7251 | Sep. 3, 2013 | Paul Dart MD | Cancer - Cell Phones; Cell Phones and Risk of Brain Tumor, Dr. Paul Dart MD. (Petitioner); 2013 |
| 153 | 7252-7255 | Jan 31, 2019 | Julian Gehman | Jullian Gehman Esq. Comments |
| **VOLUME 19 – Tabs 154-168** | | | | |
| 154 | 7256-7371 | Nov. 5, 2013 | Joel M. Moskowitz Ph.D. | Dr. Joel Moskowitz PhD. Reply Comments, Why the FCC Must Strengthen Radiofrequency Radiation Limits in the U.S. |

**INDEX TO DEFERRED APPENDIX**

| 155 | 7372-7414 | Jun. 17, 2014 | Environmental Working Group | Cancer - Children; Cell Phone Radiation: Science Review on Cancer Risks and Children's Health; Environmental Working Group; 2009 |
|---|---|---|---|---|
| 156 | 7415-7417 | Sep. 30, 2016 | Kevin Mottus | Cell Phones - Plants; Review: Weak Radiofrequency Radiation Exposure From Mobile Phone Radiation on Plants. Electromagnetic Biology and Medicine (Malka N. Halgamuge); 2016 |
| 157 | 7418-7421 | Apr. 29, 2019 | Environmental Health Trust | Testing; Microwave Emissions From Cell Phones Exceed Safety Limits in Europe and the US When Touching the Body. IEEE Access. Prof. Om P. Gandhi PhD.; 2019 |
| 158 | 7422-7426 | Sep. 12, 2019 | Environmental Health Trust | Testing - Children; Absorption of wireless radiation in the child versus adult brain and eye from cell phone conversation or virtual reality. Environmental Research. (C. Fernandez et al); 2018 |
| 159 | 7427-7431 | Jul. 11, 2016 | Environmental Health Trust | Yes the Children Are More Exposed to Radiofrequency Energy From Mobile Telephones Than Adults. IEEE Access (Prof. Om Ghandi PhD); 2015 |
| 160 | 7432-7441 | Jul. 7, 2016 | Environmental Health Trust | Testing - Children; Children Absorb Higher Doses of Radio Frequency Electromagnetic Radiation From Mobile Phones Than Adults. IEEE Access (Robert D. Morris et al); 2015 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 161 | 7442-7445 | Apr. 29, 2019 | Environmental Health Trust | Testing – Children; Exposure Limits: The underestimation of absorbed cell phone radiation, especially in children. Electromagnetic Biology and Medicine (Gandhi et al); 2011 |
| 162 | 7446-7504 | Nov. 17, 2013 | Pong Research Corporation | Testing; Pong Research Corporation Reply Comments |
| 163 | 7505-7514 | Aug. 19, 2012 | Pong Research Corporation | Testing; Pong Research Corporation, Letter to the FCC |
| 164 | 7515-7602 | Nov. 17, 2013 | L. Lloyd Morgan | Environmental Health Trust, Reply Comments (Erroneous Comments Submitted to the FCC on Proposed Cellphone Radiation Standards and Testing by CTIA – September 3, 2013) |
| 165 | 7603-7614 | Sep. 3, 2013 | Dr. Joel M. Moskowitz PhD | "Comments on Notice of Inquiry, ET Docked No. 13-84" GAO Report \| "Exposure and Testing Requirements for Mobile Phones Should Be Reassessed." Dr. Joel Moskowitz PhD.; 2012 |
| 166 | 7615-7628 | Sep. 2, 2013 | Consumers for Safe Cell Phones | Organizations; Consumers for Safe Cell Phones Comments (Petitioner) |
| 167 | 7629-7640 | Nov. 17, 2013 | Consumers for Safe Cell Phones | Consumers for Safe Cell Phone Comments (Reply to CTIA Comments from Sep. 13, 2013) |
| 168 | 7641-7672 | Nov. 17, 2013 | Environmental Working Group | Organizations; Environmental Working Group, Reply Comments |

**INDEX TO DEFERRED APPENDIX**

<table>
<tr><td colspan="5" align="center"><b>VOLUME 20 - Tabs 169 – 172 Part 1</b></td></tr>
<tr>
<td>169</td>
<td>7673-7682</td>
<td>Dec. 10, 2018</td>
<td>Environmental Health Trust</td>
<td>Industry Influence; World Health Organization, Radiofrequency Radiation and Health - a Hard Nut to Crack (Review). International Journal of Oncology. Prof. Lennart Hardell MD. PhD.; 2017</td>
</tr>
<tr>
<td>170</td>
<td>7683-7716</td>
<td>Nov. 18, 2013</td>
<td>Richard H. Conrad PhD</td>
<td>Industry Influence; Business Bias As Usual: The Case Of Electromagnetic Pollution. Prof. Levis, Prof. Gennaro, Prof. Garbisa</td>
</tr>
<tr>
<td>171</td>
<td>7717-7719</td>
<td>Sep. 3, 2013</td>
<td>The EMR Policy Institute</td>
<td>Industry Influence; Prof. Martha Herbert MD PhD., Harvard Pediatric Neurologist Letter to Los Angeles Unified School District; 2013</td>
</tr>
<tr>
<td>172 Part 1</td>
<td>7720-8073</td>
<td>Feb. 6, 2013</td>
<td>Dr. Donald R. Maisch PhD</td>
<td>Industry Influence; The Procrustean Approach: Setting Exposure Standards for Telecommunications Frequency Electromagnetic Radiation, Dr. Donald Maisch PhD.; 2009 (Tab 172 Part 1)</td>
</tr>
<tr><td colspan="5" align="center"><b>VOLUME 21 – Tabs 172 Part 2 - 185</b></td></tr>
<tr>
<td>172 Part 2</td>
<td>8074-8158</td>
<td>Feb. 6, 2013</td>
<td>Dr. Donald R. Maisch PhD</td>
<td>Industry Influence; The Procrustean Approach: Setting Exposure Standards for Telecommunications Frequency Electromagnetic Radiation, Dr. Donald Maisch PhD.; 2009 (Tab 172 Part 2)</td>
</tr>
<tr>
<td>173</td>
<td>8159-8167</td>
<td>Sep. 29, 2016</td>
<td>Kevin Mottus</td>
<td>Industry Influence; Illusion and Escape: The Cell Phone Disease Quagmire. Dr. George L. Carlo PhD., JD.; 2008</td>
</tr>
</table>

# INDEX TO DEFERRED APPENDIX

| 174 | 8168-8169 | Nov. 18, 2013 | Kevin Mottus | Industry Influence; Quote of Prof. Henry Lai PhD from NY Times Article about Percent of Negative Studies Funded By Industry; 2013 |
|---|---|---|---|---|
| 175 | 8170-8177 | Nov 18, 2013 | Kevin Mottus | Industry Influence; Warning: Your Cell Phone May Be Hazardous to Your Health. Christopher Ketcham, GQ; 2010 |
| 176 | 8178-8182 | Sep. 3, 2013 | Monnie Ramsell | Industry Influence; Radiation Protection in Conflict With Science; Dr. Franz Adlkofer PhD.; 2011 |
| 177 | 8183-8184 | Mar. 21, 2019 | Office of Engineering and Technology | US Agencies; Letter from the FCC's OET Dept. to Dr. Shuren of the FDA |
| 178 | 8185-8188 | Apr. 30, 2019 | Center for Devices and Radiological Health | US Agencies; Letter from Dr. Shuren of the FDA to the FCC's OET Dept. |
| 179 | 8189-8279 | Sep. 24, 2013 | Grassroots Environmental Education, Inc. | US Agencies - Radiation Sickness; US Access Board Acknowledgement of Radiation Sickness (Electromagnetic Sensitivities); 2002 |
| 180 | 8280-8377 | Sep. 24, 2013 | Grassroots Environmental Education, Inc. | US Agencies - Radiation Sickness; National Institute of Building Sciences (NIBS), IEQ Indoor Environmental Quality; Recommendations for Accommodation for Electromagnetic Sensitivity; 2005 |

**INDEX TO DEFERRED APPENDIX**

| 181 | 8378-8386 | Sep. 29, 2016 | Kevin Mottus | US Agencies; US Department of Interior, Letter of the Director of Office of Environmental Policy and Compliance; 2014 |
|---|---|---|---|---|
| 182 | 8387-8407 | Mar. 4, 2013 | Susan Brinchman, CEP | US Agencies; Department of the Army, Confidential Legal Correspondence, Dec. 13, 2006 |
| 183 | 8408-8411 | Sep. 2, 2013 | Kevin Mottus | US Agencies; US Environmental Protection Agency (EPA) Letter to EMR Network; Jul. 6, 2002 |
| 184 | 8412-8424 | Jul. 7, 2016 | Environmental Health Trust | US Agencies; EPA Letter to the FCC, Comments on FCC 93-142 Environmental Effects of RF; 1993 |
| 185 Part 1 | 8425-8505 | Jul. 7, 2016 | Environmental Health Trust | US Agencies; US Naval Medical Research Institute. Bibliography of Reported Biological Phenomena ("Effects") and Clinical Manifestations Attributed to Microwave and Radio-frequency Radiation; 1971 (Tab 185 Part 1) |
| **VOLUME 22 – Tabs 185 Part 2 - 238** | | | | |
| 185 Part 2 | 8506-8531 | Jul. 7, 2016 | Environmental Health Trust | US Agencies; US Naval Medical Research Institute. Bibliography of Reported Biological Phenomena ("Effects") and Clinical Manifestations Attributed to Microwave and Radio-frequency Radiation; 1971 (Tab 185 Part 2) |
| 186 | 8532-8636 | Jul. 12, 2015 | U.S. Department of Labor | US Agencies; US Department of Labor Comment |

**INDEX TO DEFERRED APPENDIX**

| 187 | 8537-8539 | Sep. 29, 2016 | Kevin Mottus | Radiation Sickness; Exemption for Fire stations, California Assembly Bill No. 57 (2015), codified at Cal. Gov. Code 65964.1 |
|---|---|---|---|---|
| 188 | 8540-8546 | Sep. 3, 2013 | Susan D. Foster, MSW | Radiation Sickness - Firefighters; Susan Foster Comments |
| 189 | 8547-8626 | Jul. 7, 2016 | Environmental Health Trust | Radiation Sickness; Electromagnetic Hypersensitivity, Dr. Erica Mallery-Blythe; 2014 |
| 190 | 8627-8628 | Sep. 16, 2019 | Joel M. Moskowitz PhD. | Radiation Sickness; Reliable disease biomarkers characterizing and identifying electrohypersensitivity and multiple chemical sensitivity as two etiopathogenic aspects of a unique pathological disorder. Rev Environ Health. (Prof. Belpomme et al); 2015 |
| 191 | 8629-8637 | Sep.3, 2013 | Kevin Mottus | Radiation Sickness; Electromagnetic hypersensitivity: evidence for a novel neurological syndrome. Int J Neurosci. (McCarty et al); 2011 |
| 192 | 8638-8641 | Nov. 18, 2013 | Toril H. Jelter MD | Radiation Sickness - Children; Dr. Torill Jelter MD. (Petitioner) Comments |
| 193 | 8642-8659 | Jul. 13, 2016 | Deborah Kopald | Radiation Sickness, Deborah Kopald Comments |
| 194 | 8660-8662 | Sep. 30, 2016 | Ann Lee MD | Radiation Sickness - Children; Dr. Ann Lee MD. (Petitioner) Comments |

**INDEX TO DEFERRED APPENDIX**

| 195 | 8663-8681 | Sep. 3. 2013 | Paul Dart MD. | Radiation Sickness; Health Effects of Microwave Radio Exposures. Dr. Paul Dart MD.(Petitioner) Comments |
|---|---|---|---|---|
| 196 | 8682-8683 | Sep. 4, 2013 | Erica M. Elliott | Radiation Sickness; Dr. Erica Elliott MD. Comments |
| 197 | 8684-8734 | Sep. 16, 2019 | Dr. Joel M. Moskowitz PhD. | Radiation Sickness; Electrohypersensitivity Abstracts; 2017 |
| 198 | 8735-8747 | Jul. 11, 2016 | Environmental Health Trust | Radiation Sickness; Could Myelin Damage from Radiofrequency Electromagnetic Field Exposure Help Explain the Functional Impairment Electrohypersensitivity? A Review of the Evidence. Journal of Toxicology and Environmental Health. (Redmayne and Johansson); 2014 |
| 199 | 8748-8773 | Jul. 11, 2016 | Kate Kheel | Radiation Sickness; No Safe Place - shattered lives, healthcare set to crash – you can't fix this fast enough; Letter to a Mayor, Olga Sheean, Jun. 15, 2016 |
| 200 | 8774-8778 | Aug. 26, 2013 | Sarah Jane Berd | Radiation Sickness; Sarah Jane Berd Comments |
| 201 | 8779-8782 | Feb. 4, 2013 | Cynthia S Larson | Radiation Sickness; Cynthia S. Larson Comments |
| 202 | 8783-8784 | Oct. 3, 2016 | Josh Fisher | Radiation Sickness; Josh Fisher Comments |
| 203 | 8785-8787 | Oct. 3, 2016 | Paul Stanley | Radiation Sickness; Paul Stanley (Petitioner) Comments |

**INDEX TO DEFERRED APPENDIX**

| 204 | 8788-8789 | Nov. 25, 2013 | Lynnell Rosser | Radiation Sickness; Lynnell Rosser Letter |
|---|---|---|---|---|
| 205 | 8790-8796 | Sep.12, 2013 | Charyl Zehfus | Radiation Sickness; Charyl Zehfus Reply Comments |
| 206 | 8797-8800 | Sep. 4, 2013 | Annie Starr | Radiation Sickness; Annie Starr Comments |
| 207 | 8801-8802 | Sep. 3, 2013 | Rob Bland | Radiation Sickness; Rob Bland Comments |
| 208 | 8803-8805 | Sep. 3, 2013 | Nancy Rose Gerler | Radiation Sickness; Nancy Rose Gerler Comments |
| 209 | 8806-8811 | Feb. 5, 2013 | Monnie Ramsell | Radiation Sickness; Monnie Ramsell Comments |
| 210 | 8812-8815 | Sep. 3 2013 | Miriam D. Weber | Radiation Sickness; Miriam D. Weber Comments |
| 211 | 8816-8818 | Sep. 3 2013 | Junghie Elky | Radiation Sickness; Junghie Elky Comments |
| 212 | 8819-8832 | Aug. 30, 2013 | Catherine Kleiber | Radiation Sickness; ADA/FHA Catherine Kleiber Comments |
| 213 | 8833-8837 | Sep. 3, 2013 | Amanda & Ryan Rose | Radiation Sickness; Amanda & Ryan Rose Comments |
| 214 | 8838-8842 | Sep. 3, 2013 | Cindy Bowman | Radiation Sickness; Cindy Bowman Comments |
| 215 | 8843-8844 | Sep. 3, 2013 | Sue Martin | Radiation Sickness; Sue Martin Comments |
| 216 | 8845-8846 | Sep. 3, 2013 | Richard Gaul | Radiation Sickness; Richard Gaul Comments |

**INDEX TO DEFERRED APPENDIX**

| 217 | 8847-8848 | Sep. 4 2013 | Karen Strode | Radiation Sickness; Karen Strode Comments |
|---|---|---|---|---|
| 218 | 8849-8850 | Sep. 3, 2013 | Jaime Schunkewitz | Radiation Sickness; Jaime Schunkewitz Comments |
| 219 | 8851-8854 | Aug. 13, 2013 | Linda Bruce | Radiation Sickness; Linda Bruce Comments |
| 220 | 8855-8858 | Feb. 19, 2013 | Louise Kiehl Stanphill | Radiation Sickness; Louise Kiehl Stanphill Reply Comments |
| 221 | 8859-8862 | Feb. 7, 2013 | Diana LeRoss | Radiation Sickness; Diana LeRoss Comments, Feb. 7, 2013 |
| 222 | 8863-8866 | Jun. 17, 2013 | Marc Sanzotta | Radiation Sickness; Marc Sanzotta Comments |
| 223 | 8867-8868 | Aug.11, 2016 | Barbara A. Savoie | Radiation Sickness; Barbara A. Savoie Comments |
| 224 | 8869-8885 | Jul. 13, 2016 | R. Kay Clark | Radiation Sickness; R. Kay Clark Comments |
| 225 | 8886-8887 | Sep. 3, 2013 | Steve & Juleen Ross | Radiation Sickness; Steve & Juleen Ross Comments |
| 226 | 8888-8892 | Sep. 3, 2013 | Kathy Ging | Radiation Sickness; Kathy Ging Comments |
| 227 | 8893-8895 | Sep. 3, 2013 | Jeraldine Peterson-Mark | Radiation Sickness; Jeraldine Peterson-Mark Comments |
| 228 | 8896-8900 | Sep. 3, 2013 | Edward G. | Radiation Sickness; Edward G. Comments |
| 229 | 8901-8903 | Sep. 4, 2013 | D. Yourovski | Radiation Sickness; D. Yourovski Comments |

**INDEX TO DEFERRED APPENDIX**

| 230 | 8904-8907 | Sep. 3, 2013 | Ellen K. Marks | Radiation Sickness; Ellen K. Marks Comments |
|---|---|---|---|---|
| 231 | 8908-8911 | Sep. 3, 2013 | Melo11dy Graves | Radiation Sickness; Melody Graves Comments |
| 232 | 8912-8913 | Sep. 3, 2013 | Bernadette Johnston | Radiation Sickness; Bernadette Johnston Comments |
| 233 | 8914-8916 | Sep. 3, 2013 | Shane Gregory | Radiation Sickness; Shane Gregory Comments |
| 234 | 8917-8918 | Sep. 3, 2013 | Layna Berman | Radiation Sickness; Layna Berman Comments |
| 235 | 8919-8922 | Sep. 3, 2013 | Linda Giannoni | Radiation Sickness; Linda Giannoni Comments |
| 236 | 8923-8925 | Sep. 3, 2013 | Jennifer Page | Radiation Sickness; Jennifer Page Comments |
| 237 | 8926-8928 | Sep. 3, 2013 | Jackie Seward | Radiation Sickness; Jackie Seward Comments |
| 238 | 8929-8931 | Sep. 3, 2013 | Elizabeth Feudale | Radiation Sickness; Elizabeth Feudale Comments |
| **VOLUME 23 – Tabs 239-315** | | | | |
| 239 | 8932-8933 | Sep. 3, 2013 | Brent Dalton | Radiation Sickness; Brent Dalton Comments |
| 240 | 8934-8937 | Sep. 3, 2013 | Elizabeth Barris | Radiation Sickness; Elizabeth Barris (Petitioner) Comments |
| 241 | 8938-8940 | Sep. 3, 2013 | Olemara | Radiation Sickness; Olemara Comments |
| 242 | 8941-8943 | Aug. 14, 2013 | Melissa White | Radiation Sickness; Melissa White Comments |

**INDEX TO DEFERRED APPENDIX**

| 243 | 8944-8946 | Jun. 4, 2013 | Carol Moore | Radiation Sickness; Carol Moore Comments |
|---|---|---|---|---|
| 244 | 8947-8952 | Mar. 7, 2013 | Michele Hertz | Radiation Sickness; Michele Hertz (Petitioner) Comments |
| 245 | 8953-8955 | Mar. 4, 2013 | B.J. Arvin | Radiation Sickness; B.J. Arvin Reply Comments |
| 246 | 8956-8959 | Feb. 12, 2013 | Suzanne D. Morris | Radiation Sickness; Suzanne D. Morris Comments |
| 247 | 8960-8962 | Feb. 7, 2013 | Tom Creed | Radiation Sickness; Tom Creed Comments |
| 248 | 8963-8967 | Feb. 6, 2013 | Julie Ostoich | Radiation Sickness; Julie Ostoich Comments |
| 249 | 8968-8981 | Feb. 6, 2013 | Kathleen M. Sanchez | Radiation Sickness; Kathleen M. Sanchez Comments |
| 250 | 8982-8985 | Feb. 6, 2013 | John Edward Davie | Radiation Sickness; John Edward Davie Comments |
| 251 | 8986-8989 | Feb. 6, 2013 | Alison L. Denning | Radiation Sickness; Alison L. Denning Comments |
| 252 | 8990-9012 | Feb. 6, 2013 | Susan Brinchman, CEP | Radiation Sickness; Susan Brinchman Comments |
| 253 | 9013-9016 | Feb. 6, 2013 | Terilynn Langsev | Radiation Sickness; Terilynn Langsev Comments |
| 254 | 9017-9020 | Feb. 6, 2013 | Beth Ann Tomek | Radiation Sickness; Beth Ann Tomek Comments |
| 255 | 9021-9025 | Feb. 5, 2013 | Sandra Storwick | Radiation Sickness; Sandra Storwick Comments |

**INDEX TO DEFERRED APPENDIX**

| 256 | 9026-9029 | Feb. 5, 2013 | Odessa Rae | Radiation Sickness; Odessa Rae Comments |
|-----|-----------|--------------|------------|-------------------------------------------|
| 257 | 9030-9033 | Feb. 5, 2013 | Kenneth Linoski | Radiation Sickness; Kenneth Linoski Comments |
| 258 | 9034-9039 | Feb. 6, 2013 | Elissa Michaud | Radiation Sickness; Elissa Michaud Comments |
| 259 | 9040-9043 | Feb. 5, 2013 | Ella Elman | Radiation Sickness; Ella Elman Comments |
| 260 | 9044-9047 | Feb. 5, 2013 | Andrew Swerling | Radiation Sickness; Andrew Swerling Comments |
| 261 | 9048-9051 | Feb. 5, 2013 | Natalie Smith | Radiation Sickness; Natalie Smith Comments |
| 262 | 9052-9055 | Feb. 4, 2013 | Mana Iluna | Radiation Sickness; Mana Iluna Comments |
| 263 | 9056-9059 | Feb. 4, 2013 | Jayne G. Cagle | Radiation Sickness; Jayne G. Cagle Comments |
| 264 | 9060-9063 | Feb. 4, 2013 | Mark Summerlin | Radiation Sickness; Mark Summerlin Comments |
| 265 | 9064-9067 | Feb. 4, 2013 | Lashanda Summerlin | Radiation Sickness; Lashanda Summerlin Comments |
| 266 | 9068-9071 | Feb. 4, 2013 | Kath Mason | Radiation Sickness; Kath Mason Comments |
| 267 | 9072-9084 | Nov. 1, 2013 | Daniel Kleiber | Radiation Sickness; Daniel Kleiber Reply Comments |
| 268 | 9085-9086 | Sep.3, 2013 | Susan MacKay | Radiation Sickness; Susan MacKay Comments |

**INDEX TO DEFERRED APPENDIX**

| 269 | 9087-9091 | Mar. 4, 2013 | Theresa McCarthy | Radiation Sickness; Theresa McCarthy Reply Comments |
|---|---|---|---|---|
| 270 | 9092-9093 | Jul. 11, 2016 | L S Murphy | Radiation Sickness; L S Murphy Comments |
| 271 | 9094-9096 | Aug. 30, 2013 | Patricia B. Fisken | Radiation Sickness; Patricia B. Fisken Comments |
| 272 | 9097-9098 | Sep. 3, 2013 | Linda Hart | Radiation Sickness; Linda Hart Comments |
| 273 | 9099-9101 | Aug. 19, 2013 | E Renaud | Radiation Sickness; E Renaud Comments |
| 274 | 9102-9108 | Aug. 13, 2013 | Nicole Nevin | Radiation Sickness; Nicole Nevin Comments |
| 275 | 9109-9110 | Sep. 30, 2016 | Robert VanEchaute | Radiation Sickness; Robert VanEchaute Comments |
| 276 | 9111-9112 | Sep. 6, 2016 | Daniel Berman | Radiation Sickness; Daniel Berman Comments |
| 277 | 9113-9116 | Sep. 3, 2013 | Edna Willadsen | Radiation Sickness; Edna Willadsen Comments |
| 278 | 9117-9118 | Aug. 30, 2013 | Susan Molloy | Radiation Sickness; Susan Molloy Comments |
| 279 | 9119-9120 | Sep. 3, 2013 | Kathleen Christofferson | Radiation Sickness; Kathleen Christofferson Comments |
| 280 | 9121-9122 | Sep. 3, 2013 | Juli Johnson | Radiation Sickness; Juli Johnson Comments |
| 281 | 9123-9124 | Sep. 3, 2013 | Annalee Lake | Radiation Sickness; Annalee Lake Comments |

**INDEX TO DEFERRED APPENDIX**

| 282 | 9125-9126 | Aug. 22, 2013 | Alan Marks | Radiation Sickness; Alan Marks Comments |
|-----|-----------|---------------|------------|------------------------------------------|
| 283 | 9127-9128 | Jun. 10, 2013 | Peggy McDonald | Radiation Sickness; Peggy McDonald Comments |
| 284 | 9129-9131 | Feb. 26, 2013 | Mark Zehfus | Radiation Sickness; Mark Zehfus Reply Comments |
| 285 | 9132-9137 | Feb. 6, 2013 | Jennifer Zmarzlik | Radiation Sickness; Jennifer Zmarzlik Comments |
| 286 | 9138-9142 | Feb. 6, 2013 | Catherine E. Ryan | Radiation Sickness; Catherine E. Ryan Comments |
| 287 | 9143-9148 | Feb. 6, 2013 | L. Meade | Radiation Sickness; L. Meade Comments |
| 288 | 9149-9150 | Sep. 3, 2013 | Arthur Firstenberg | Radiation Sickness; Arthur Firstenberg Comments |
| 289 | 9151-9152 | Mar. 5, 2013 | Jeromy Johnson | Radiation Sickness; Jeromy Johnson Reply Comments |
| 290 | 9153-9154 | Sep. 26, 2016 | Jeanne Insenstein | Radiation Sickness; Jeanne Insenstein Comments |
| 291 | 9155-9159 | Nov. 18, 2013 | Angela Flynn | Radiation Sickness; Angela Flynn Reply Comments |
| 292 | 9160-9162 | Sep. 4, 2013 | Kathryn K. Wesson | Radiation Sickness; Kathryn K. Wesson Comments |
| 293 | 9163-9165 | Sep. 3, 2013 | Diane St. James | Radiation Sickness; Diane St. James Comments |
| 294 | 9166-9168 | Sep. 3, 2013 | Christine Hoch | Radiation Sickness; Christine Hoch Comments |
| 295 | 9169-9180 | Sep. 3, 2013 | Arlene Ring | Radiation Sickness; Arlene Ring Comments |

INDEX TO DEFERRED APPENDIX

| 296 | 9181-9182 | Sep. 3, 2013 | Victoria Jewett | Radiation Sickness; Victoria Jewett Comments |
|---|---|---|---|---|
| 297 | 9183-9185 | Sep. 3, 2013 | Michael J. Hazard | Radiation Sickness; Michael J. Hazard Comments |
| 298 | 9186-9187 | Aug. 30, 2013 | Melinda Wilson | Radiation Sickness; Melinda Wilson Comments |
| 299 | 9188-9191 | Aug. 30, 2013 | Maggi Garloff | Radiation Sickness; Maggi Garloff Comments |
| 300 | 9192-9199 | Sep. 3, 2013 | Holly Manion | Radiation Sickness & ADA/FHA; Holly Manion Comments |
| 301 | 9200-9203 | Aug. 22, 2013 | James Baker | Radiation Sickness; James Baker Comments |
| 302 | 9204-9254 | Jul. 19, 2013 | Deborah Cooney | Radiation Sickness; Deborah Cooney, Verified Complaint, *Cooney v. California Public Utilities Commission et al*, No. 12-cv-06466-CW, U.S.D.C. N.D. Cal. (Dec 17, 2012) |
| 303 | 9255-9258 | Jun. 13, 2013 | Mardel DeBuhr | Radiation Sickness; Mardel DeBuhr Comments |
| 304 | 9259-9260 | Jun. 10, 2013 | Richard Wolfson | Radiation Sickness; Richard Wolfson Comments |
| 305 | 9261-9264 | Mar. 7, 2013 | James E. Peden | Radiation Sickness; James E. Peden Reply Comments |
| 306 | 9265-9266 | Mar. 5, 2013 | Carl Hilliard | Radiation Sickness; Carl Hilliard Comments |
| 307 | 9267-9268 | Mar. 4, 2013 | Lisa Horn | Radiation Sickness; Lisa Horn Comments |

**INDEX TO DEFERRED APPENDIX**

| 308 | 9269-9274 | Feb. 27, 2013 | Alexandra Ansell | Radiation Sickness; Alexandra Ansell Reply Comments |
|---|---|---|---|---|
| 309 | 9275-9278 | Feb. 25, 2013 | Patricia A. Ormsby | Radiation Sickness; Patricia A. Ormsby Reply Comments |
| 310 | 9279-9282 | Feb. 14, 2013 | Annette Jewell-Ceder | Radiation Sickness; Annette Jewell-Ceder Reply Comments |
| 311 | 9283-9286 | Feb. 6, 2013 | Max Feingold | Radiation Sickness; Max Feingold Comments |
| 312 | 9287-9300 | Feb. 6, 2013 | Annallys Goodwin-Landher | Radiation Sickness; Annallys Goodwin-Landher Comments |
| 313 | 9301-9316 | Feb. 4, 2013 | Rebecca Morr | Radiation Sickness; Rebecca Morr Comments |
| 314 | 9317-9320 | Feb. 5, 2013 | Josh Finley | Radiation Sickness; Alexandra Ansell Reply Comments |
| 315 | 9321-9331 | Feb. 5, 2013 | Donna L. Bervinchak | Radiation Sickness; Donna L. Bervinchak Comments |
| **VOLUME 24 – Tabs 316-377** | | | | |
| 316 | 9332-9334 | Feb. 5, 2013 | Catherine Morgan | Radiation Sickness; Catherine Morgan Comments |
| 317 | 9335-9338 | Feb. 5, 2013 | Angelica Rose | Radiation Sickness; Angelica Rose Comments |
| 318 | 9339-9341 | Feb. 5, 2013 | Brian J. Bender | Radiation Sickness; Brian J. Bender Comments |
| 319 | 9342-9343 | Jul. 11, 2016 | Maggie Connolly | Radiation Sickness; Maggie Connolly Comments |

**INDEX TO DEFERRED APPENDIX**

| 320 | 9344-9345 | Sep. 3, 2013 | Gregory Temmer | Radiation Sickness; Gregory Temmer Comments |
|---|---|---|---|---|
| 321 | 9346-9347 | Sep. 3, 2013 | Bernice Nathanson | Radiation Sickness; Bernice Nathanson Comments |
| 322 | 9348-9350 | Sep. 3, 2013 | Terry Losansky | Radiation Sickness; Terry Losansky Comments |
| 323 | 9351-9352 | Sep. 3, 2013 | Ronald Jorstad | Radiation Sickness; Ronald Jorstad Comments |
| 324 | 9353-9354 | Jul. 8, 2013 | Liz Menkes | Radiation Sickness; Liz Menkes Comments |
| 325 | 9355-9356 | Sep. 3, 2013 | Katie Mickey | Radiation Sickness; Katie Mickey Comments |
| 326 | 9357-9360 | Sep. 3, 2013 | Karen Nold | Radiation Sickness; Karen Nold Comments |
| 327 | 9361-9362 | Jul. 8, 2013 | David DeBus, PhD. | Radiation Sickness; David DeBus, Ph.D. Comments |
| 328 | 9363-9365 | Jun. 20, 2013 | Jamie Lehman | Radiation Sickness; Jamie Lehman Comments |
| 329 | 9366-9367 | Jun. 12, 2013 | Jane van Tamelen | Radiation Sickness; Jane van Tamelen Comments |
| 330 | 9368-9379 | Jun. 10, 2013 | Sebastian Sanzotta | Radiation Sickness; Sebastian Sanzotta Comments |
| 331 | 9380-9383 | Mar. 7, 2013 | Taale Laafi Rosellini | Radiation Sickness; Taale Laafi Rosellini Reply Comments |
| 332 | 9384-9387 | Mar. 7, 2013 | Robert E. Peden | Radiation Sickness; Robert E. Peden Reply Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 333 | 9388-9391 | Mar. 7, 2013 | Marilyn L. Peden | Radiation Sickness; Marilyn L. Peden Reply Comments |
| 334 | 9392-9393 | Mar. 5, 2013 | Doreen Almeida | Radiation Sickness; Doreen Almeida Reply Comments |
| 335 | 9394-9395 | Mar. 5, 2013 | Oriannah Paul | Radiation Sickness; Oriannah Paul Comments |
| 336 | 9396-9397 | Sep. 3, 2013 | Heather Lane | Radiation Sickness; Heather Lane Comments |
| 337 | 9398-9399 | Aug. 15, 2013 | John Grieco | Radiation Sickness; John Grieco Comments |
| 338 | 9400-9401 | Sep. 29, 2016 | Linda Kurtz | Radiation Sickness & ADA/FHA; Linda Kurtz Comments |
| 339 | 9402-9406 | Feb. 5, 2013 | Lisa Drodt-Hemmele | Radiation Sickness & ADA/FHA; Lisa Drodt-Hemmele Comments |
| 340 | 9407-9409 | Aug. 26, 2013 | Robert S Weinhold | Radiation Sickness & ADA/FHA; Robert S Weinhold Comments |
| 341 | 9410-9411 | Jul. 12, 2016 | Dianne Black | Radiation Sickness & ADA/FHA; Dianne Black Comments |
| 342 | 9412-9415 | Jul. 13, 2016 | Derek C. Bishop | Radiation Sickness & ADA/FHA; Derek C. Bishop Comments |
| 343 | 9416-9435 | Aug. 21, 2013 | Steven Magee | Radiation Sickness & ADA/FHA; Steven Magee Comments |
| 344 | 9436-9437 | Sep. 3, 2013 | Melissa Chalmers | Radiation Sickness & ADA/FHA; Melissa Chalmers Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 345 | 9438-9440 | Aug. 30, 2013 | Garril Page | Radiation Sickness & ADA/FHA; Garril Page Comments |
| 346 | 9441-9444 | Sep. 5, 2013 | Laddie W. Lawings | Radiation Sickness & ADA/FHA; Laddie W. Lawings Comments |
| 347 | 9445-9446 | Sep. 4, 2018 | Fern Damour | Radiation Sickness & ADA/FHA; Fern Damour Comments |
| 348 | 9447-9449 | Aug. 28, 2013 | Rebecca Rundquist | Radiation Sickness & ADA/FHA; Rebecca Rundquist Comments |
| 349 | 9450-9451 | Sep. 3, 2013 | JoAnn Gladson | Radiation Sickness & ADA/FHA; JoAnn Gladson Comments |
| 350 | 9452-9453 | Jul. 13, 2016 | Jonathan Mirin | Radiation Sickness & ADA/FHA; Jonathan Mirin Comments |
| 351 | 9454-9455 | Jul. 12, 2016 | Mary Adkins | Radiation Sickness & ADA/FHA; Mary Adkins Comments |
| 352 | 9456-9458 | Sep. 3, 2013 | Ian Greenberg | Radiation Sickness & ADA/FHA; Ian Greenberg Comments |
| 353 | 9459-9462 | Sep. 3, 2013 | Helen Sears | Radiation Sickness & ADA/FHA; Helen Sears Comments |
| 354 | 9463-9464 | Mar. 4, 2013 | Janet Johnson | Radiation Sickness & ADA/FHA; Janet Johnson Comments |
| 355 | 9465-9467 | Aug. 20, 2013 | Mr. and Mrs. Gammone | Radiation Sickness & ADA/FHA; Mr. and Mrs. Gammone Comments |
| 356 | 9468-9475 | Sep. 10, 2013 | Shelley Masters | Radiation Sickness - Disability; Shelley Masters Comments |

**INDEX TO DEFERRED APPENDIX**

| 357 | 9476-9479 | Sep. 12, 2016 | Tara Schell & Kathleen Bowman | Radiation Sickness; Disability; Tara Schell & Kathleen Bowman Comments |
|---|---|---|---|---|
| 358 | 9480-9481 | Feb. 6, 2013 | Patricia Burke | Radiation Sickness; Disability; Patricia Burke Comments |
| 359 | 9482-9484 | Aug. 19, 2013 | Deirdre Mazzetto | Radiation Sickness; Disability; Deirdre Mazzetto Comments |
| 360 | 9485-9486 | Mar. 5, 2013 | Jim and Jana May | Radiation Sickness; Disability; Jim and Jana May Comments |
| 361 | 9487-9488 | Jun. 10, 2013 | Lisa M. Stakes | Radiation Sickness; Disability; Lisa M. Stakes Comments |
| 362 | 9489-9490 | Sep. 3, 2013 | Veronica Zrnchik | Radiation Sickness; Disability; Veronica Zrnchik Comments |
| 363 | 9491-9493 | Sep. 12, 2013 | J.A. Wood | Radiation Sickness; Disability; J.A. Wood Comments |
| 364 | 9494-9495 | Jul. 3, 2016 | Sherry Lamb | Radiation Sickness; Disability; Sherry Lamb Comments |
| 365 | 9496-9500 | Aug. 28, 2013 | April Rundquist | Radiation Sickness; Disability; April Rundquist Comments |
| 366 | 9501-9502 | Jul. 21, 2016 | Charlene Bontrager | Radiation Sickness; Disability; Charlene Bontrager Comments |
| 367 | 9503-9506 | Jun. 19, 2013 | Michelle Miller | Radiation Sickness; Disability; Michelle Miller Comments |

**INDEX TO DEFERRED APPENDIX**

| 368 | 9507-9514 | Sep. 3, 2013 | James C. Barton | Radiation Sickness; Disability; James C. Barton Comments |
|---|---|---|---|---|
| 369 | 9515-9526 | Sep. 3, 2013 | Diane Schou | Radiation Sickness; Disability; Diane Schou Comments |
| 370 | 9527-9532 | Jun. 24, 2013 | Alison Price | Radiation Sickness; Disability; Alison Price Comments |
| 371 | 9533-9535 | Sep. 10, 2013 | Shari Anker | Radiation Sickness; Disability; Shari Anker Comments |
| 372 | 9536-9538 | Aug. 30, 2013 | Paul Vonharnish | Radiation Sickness; Disability; Paul Vonharnish Comments |
| 373 | 9539-9548 | Aug. 26, 2013 | Heidi Lumpkin | Radiation Sickness; Disability; Heidi F. Lumpkin, Comments |
| 374 | 9549-9550 | Sep. 3, 2013 | Kaitlin Losansky | Radiation Sickness; Disability; Kaitlin Losansky Comments |
| 376 | 9551-9556 | Nov. 12, 2012 | Monise Sheehan | Radiation Sickness; Disability; Monise Sheehan Testimonial |
| 376 | 9557-9558 | Mar. 1, 2013 | Ruthie Glavinich | Radiation Sickness; Disability; Ruthie Glavinich Comments |
| 377 | 9559-9682 | Sep. 3, 2013 | Ed Friedman | Radiation Sickness; Testimonials of Nine People; 2013 |
| **VOLUME 25 – Tabs 378-404** | | | | |
| 378 | 9683-9771 | Sep. 3, 2013 | Ed Friedman | Radiation Sickness; Testimonials of Twelve People; 2013 |
| 379 | 9772-9854 | Sep. 3, 2013 | Ed Friedman | Radiation Sickness; Testimonials of Nine People; 2013 |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 380 | 9855-9936 | Sep. 28, 2016 | Kevin Mottus | Radiation Sickness; Testimonials of Twenty People, Collected by StopSmartMeters; 2013 |
| 381 | 9937-9938 | Sep. 3, 2013 | Amanda & Ryan Rose | Radiation Sickness: Doctor's Diagnosis Letter for Peter Rose; 2010 |
| 382 | 9939-9940 | Jun. 10, 2013 | Steven Magee | Radiation Sickness; Doctor's Diagnosis Letter for Steven Magee |
| 383 | 9941-9964 | Sep. 30, 2016 | Patricia Burke | European Manifesto in support of a European Citizens' Initiative (ECI) |
| 384 | 9965-10012 | Jul. 7, 2016 | Environmental Health Trust | ADA/FHA; Verified Complaint, *G v. Fay Sch., Inc.*, No. 15-CV-40116-TSH (U.S.D.C. Mass. Aug. 12, 2015) |
| 385 | 10013-10015 | Aug. 13, 2013 | John Puccetti | ADA/FHA; Organizations; American Academy of Environmental Medicine, Letter to the FCC |
| 386 | 10016-10018 | Feb. 5, 2013 | Rachel Nummer | ADA/FHA; Rachel Nummer Comments |
| 387 | 10019-10023 | Feb. 5, 2013 | Barbara Schnier | ADA/FHA; Southern Californians for a Wired Solution to Smart Meters Comments |
| 388 | 10024-10057- | Feb. 5, 2013 | Barbara Schnier | ADA/FHA; Opening Brief of Southern Californians for Wired Solutions to Smart Meters, Application 11-03-014 (July 19, 2012) |
| 389 | 10058-10066 | Sep. 2, 2013 | Barbara Li Santi | ADA/FHA; Barbara Li Santi Comments |
| 390 | 10067-10077 | Oct. 22, 2013 | Kit T. Weaver | ADA/FHA; Kit T. Weaver, Reply Comments |

**INDEX TO DEFERRED APPENDIX**

| 391 | 10078-10086 | Mar. 3, 2013 | Sandra Schmidt | ADA/FHA; Sandra Schmidt Reply Comments |
|---|---|---|---|---|
| 392 | 10087-10099 | Feb. 11, 2013 | Antoinette Stein | ADA/FHA; Antoinette Stein Comments |
| 393 | 10100-10103 | Feb. 5, 2013 | David Morrison | ADA/FHA; David Morrison Comments |
| 394 | 10104-10107 | Apr. 16, 2014 | MK Hickox | MK Hickox Reply Comments |
| 395 | 10108-10009 | Sep. 3, 2013 | Annemarie Weibel | ADA/FHA; Annemarie Weibel Comments |
| 396 | 10110-10117 | Sep. 3, 2013 | Omer Abid, MD, MPH | Individual Rights; Dr. Omer Abid MD. MPH Comments |
| 397 | 10118-10120 | Sep. 2, 2013 | John A. Holeton | Individual Rights; John & Pauline Holeton Comments |
| 398 | 10121-10129 | Sep. 2, 2013 | Grassroots Environmental Education, Inc. o/b/o Nancy Naylor | Individual Rights; Nancy Naylor Comments |
| 399 | 10130-10143 | Sep. 2, 2013 | Deborah M. Rubin | Individual Rights; Deborah M. Rubin Comments |
| 400 | 10,144-10149 | Sep. 2, 2013 | Kevin Mottus | Individual Rights; Kevin Mottus Comments |
| 401 | 10150-10157 | Aug. 30, 2013 | Alexandra Ansell | Individual Rights; Alexandra Ansell Comments |
| 402 | 10158-10161 | Aug. 25, 2013 | Steen Hviid | Individual Rights; Steen Hviid Comments |
| 403 | 10162-10165 | Aug. 21, 2013 | Molly Hauck | Individual Rights; Molly Hauck Comments |

## INDEX TO DEFERRED APPENDIX

| 404 | 10166-10171 | Feb. 5, 2013 | Olle Johansson | Individual Rights; Prof. Olle Johansson PhD., Comments |
|---|---|---|---|---|
| **VOLUME 26 – Tabs 405-443** | | | | |
| 405 | 10172-10174 | Mar. 4, 2013 | R.Paul and Kathleen Sundmark | Individual Rights; R. Paul and Kathleen Sundmark Reply Comments |
| 406 | 10175-10180 | Feb. 5, 2013 | Cynthia Edwards | Individual Rights & ADA; Cynthia Edwards Comments |
| 407 | 10181-10185 | Feb. 4, 2013 | Diana Ostermann | Individual Rights; Diana Ostermann Comments |
| 408 | 10186-10193 | Jul. 13, 2016 | Chris Nubbe | Individual Rights; Chris Nubbe Comments |
| 409 | 10194-10201 | Nov. 17, 2013 | Katie Singer | Individual Rights & ADA; Katie Singer Comments |
| 410 | 10202-10203 | Aug. 21, 2013 | John Puccetti | Individual Rights; BC Human Rights Tribunal approves smart meter class action, Citizens for Safe Technology |
| 411 | 10204-10207 | Sep. 30, 2016 | Catherine Kleiber | Individual Rights; Wireless Technology Violates Human Rights, Catherine Kleiber |
| 412 | 10208-10212 | Oct. 28, 2013 | Kate Reese Hurd | Individual Rights; Kate Reese Hurd Comments |
| 413 | 10213-10214 | Sep. 30, 2016 | Patricia Burke | Individual Rights; Wireless '"Revolution" Must Be Supported by Scientific Proof of Safety for Human Health and the Environment, Patricia Burke |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 414 | 10215-10216 | Sep. 3, 2013 | Ed Friedman | Individual Rights; Transcript of Hearing, Vol. 10, Application 11-03-014, Application of Pacific Gas and Electric Company for Approval of Modifications to its SmartMeter™ Program and Increased Revenue Requirements to Recover the Costs of the Modifications, California Public Utilities Commission; Dec. 20, 2012 |
| 415 | 10235-10248 | Dec. 1, 2013 | Julienne Battalia | Individual Rights; Letter of Complaint and Appeal, and Notice of Liability Regarding 'Smart Meter' and Wireless Networks, Julienne Battalia, Washington State |
| 416 | 10249-10270 | Jul. 7, 2016 | Environmental Health Trust | Precautionary Principle; Mobile Phone Infrastructure Regulation in Europe: Scientific Challenges and Human Rights Protection, Professor Susan Perry, (international human rights law) Professor Claudia Roda (Impacts of digital technology on human behavior and social structure) |
| 417 | 10271-10275 | Jul. 11, 2016 | Environmental Health Trust | Precautionary Principle; Wi-Fi - Children; Saying Good-Bye to WiFi A Waldorf School Takes a Precautionary Step, Dr. Ronald E. Koetzsch PhD. |

**INDEX TO DEFERRED APPENDIX**

| 418 | 10276-10290 | Jul. 7, 2016 | Environmental Health Trust | Precautionary Principle; Wireless Devices, Standards, and Microwave Radiation in the Education Environment, Dr. Gary Brown, Ed.D. (Instructional Technologies and Distance Education) |
|---|---|---|---|---|
| 419 | 10291-10294 | Nov. 18, 2013 | Richard H. Conrad, Ph.D. | Precautionary Principle; Dr. Richard H. Conrad Reply Comments |
| 420 | 10295-10304 | Sep. 3, 2013 | Holly Manion | Precautionary Principle; Smart Meters-Firefighters; Letter from Susan Foster to San Diego Gas & Electric, California Public Utilities Commission; Nov. 8, 2011 |
| 421 | 10305-10348 | Jul. 7, 2016 | Environmental Health Trust | Precautionary Principle; Letter to the Montgomery County Board of Education Members, Theodora Scarato |
| 422 | 10349-10352 | Oct. 30, 2013 | Diane Hickey | Precautionary Principle; Diane Hickey Comments |
| 423 | 10353-10356 | Sep. 3, 2013 | Monnie Ramsell | Precautionary Principle; Monnie Ramsell Comments |
| 424 | 10357-10409 | Aug. 29, 2013 | Kevin Kunze | Precautionary Principle; Kevin Kunze Comments |
| 425 | 10410-10429 | Feb. 6, 2013 | Clara De La Torre | Precautionary Principle; Clara de La Torre Comments |
| 426 | 10430-10431 | Sep. 30, 2016 | Center for Safer Wireless | Precautionary Principle; Center for Safer Wireless Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 427 | 10432-10440 | Sep. 27, 2016 | Gary C. Vesperman | Precautionary Principle; Possible Hazards of Cell Phones and Towers, Wi-Fi, Smart Meters, and Wireless Computers, Printers, Laptops, Mice, Keyboards, and Routers Book Three, Gary Vesperman Comments |
| 428 | 10441-10443 | Jul. 11, 2016 | Cecelia Doucette | Precautionary Principle; Cecelia Doucette Comments |
| 429 | 10444-10446 | Aug. 31, 2016 | Chuck Matzker | Precautionary Principle; Chuck Matzker Comments |
| 430 | 10447-10460 | Sep. 3, 2013 | Diane Schou | Precautionary Principle; Dr. Diane Schou PhD, Dr. Bert Schou, PhD., Comments (letter sent to FCC's OET) |
| 431 | 10461-10465 | Sep. 3, 2013 | Evelyn Savarin | Precautionary Principle; Evelyn Savarin Comments |
| 432 | 10466-10468 | Jun. 19, 2013 | Jamie Lehman | Precautionary Principle; Jamie Lehman, Comments |
| 433 | 10469-10470 | Mar. 7, 2013 | Marlene Brenhouse | Precautionary Principle; Marlene Brenhouse, Comments |
| 434 | 10471-10474 | Jul. 11, 2016 | Lynn Beiber | Precautionary Principle; Lynn Beiber Comments |
| 435 | 10475-10489 | Sep. 2, 2013 | Kevin Mottus | Precautionary Principle; Kevin Mottus Comments |
| 436 | 10490-10491 | Jul.13, 2016 | Mary Paul | Precautionary Principle; Mary Paul, Comments |
| 437 | 10492-10493 | Jul. 11, 2016 | Stephanie McCarter | Precautionary Principle; Stephanie McCarter Comments |

**INDEX TO DEFERRED APPENDIX**

| | | | | |
|---|---|---|---|---|
| 438 | 10494-10496 | Feb. 4, 2013 | Rebecca Morr | Precautionary Principle; Rebecca Morr Comments |
| 439 | 10497-10505 | Feb. 3, 2013 | Nancy Baer | Precautionary Principle; Nancy Baer Comments |
| 440 | 10506-10507 | Sep. 2, 2013 | Holly LeGros | Precautionary Principle; Holly LeGros Comments |
| 441 | 10508-10509 | Aug. 18, 2013 | Loe Griffith | Precautionary Principle; Loe Griffith Comments |
| 442 | 10510-10555 | Nov. 18, 2013 | EMR Policy Institute | EMR Policy Institute Reply Comments |
| 443 | 10566-10572 | Sep. 3, 2013 | Leslee Cooper | Leslee Cooper Comments |

Radiation Sickness; Catherine Morgan Comments, Feb. 4, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

In the Matter of )
)
Notice of Proposed Rulemaking )
18 FCC Rcd 13187, 13188 ¶1 (2003) )        ET Docket No. 03-137
)
And )
)
Service Rules for the Advanced Wireless Services )        WT Docket No. 12-357
H Block---Implementing Section 6401 of the )
Middle Class Tax Relief and Job Creation Act of )
2012 Related to the 1915-1920 MHz and )
1995-2000 MHz Bands ¶53 footnote 95 )

To:    Office of the Secretary
       Federal Communications Commission
       Washington, DC 20554

Comment Filed by:        (Name Catherine Morgan)
                         (Street or P.O. Box - 32)
                         (City   State   ZIP Code - OL11 3TH  )
                         (E-mail - cathmorgan91@gmail.com    )
                         (Telephone Number  )

February 5th , 2013

1

## AFFIDAVIT OF CATHERINE MORGAN

State of Greater Manchester, England

Britain
I, Catherine Morgan attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is Catherine Morgan.  My address is 32 Fenton St, Rochdale, Greater Manchester, England

2.  I  am an Adult Educator and Web Designer.

3. I experience discomfort when in proximity to wireless networks.  This includes headaches, inability to concentrate and increased stress levels.

4. I am concerned for my own health and that of others, particularly children

5.  RF safety rules are inadequate because they are based on physics theories rather than direct biological studies. Mounting evidence points to side effects that were not initially identified or considered.  The risks of proceeding without additional studies and investigation are unacceptable.

Respectfully submitted by

Name: Catherine Morgan
Address: 32 Fenton St
Rochdale, Lancashire, England,OL11 3TH
February 5th 2012,

2

JA 09334

Radiation Sickness; Angelica Rose Comments, Feb. 4, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:        Angelica Rose
                         21122 NE 93rd Pl
                         Redmond, WA 98053
                         Angelicarose8@hotmail.com
                         425-868-1497

February 4, 2013

1

JA 09336

**AFFIDAVIT OF Angelica Rose_____**

State of    Washington  ]

_ King_____ County    ]

I, Angelica Rose_____, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is _Angelica Rose_ .  My address is__21122 NE 93rd Pl, Redmond WA 98053__.

2.   I  am   small business owner / mother.

3.  **(Use concise (numbered) paragraphs to describe your interest and involvement that support your desire to change the FCC RF safety guidelines. We provided some sample text below. Please briefly discuss your personal experience with electromagnetic radiation (EMR). E.g.:)**
    I am an individual who is very sensitive to electromagnetic radiation. I had to hard wire my home for Ethernet because WiFi makes me dizzy, tired, and creates other nervous system problems. Being around cellphones gives me headaches and earaches, even when they are on speaker phone, and if I'm holding the phone it makes my hands shake after a few moments.

4.  Dozens of scientific studies have shown negative impacts of EMR on human health, even at low levels of exposure. The most commonly accepted guidelines are the Building Biology recommendations that list 1,000 microwatts/m2 as the threshold for "extreme concern" (http://www.baubiologie.de/downloads/english/richtwerte_2008_englisch.pdf). On May 31, 2011, the World Health Organization's International Agency for Research on Cancer (IARC) classified radiofrequency fields as "possibly carcinogenic to humans." The FCC does not use biologically determined guidelines that affect health, but rather uses a standard that measures thermal heating of biological tissue. The premise that there are no adverse impacts of EMR on the human body until it is cooked is

JA 09337

completely ridiculous.

5.  I urge the FCC to adopt new RF safety guidelines that take into account published
    research on the biological effects brought on by the ability of RF signals to
    communicate with living tissue, and more specifically, to consider the Building
    Biology guidelines for human health.

Respectfully submitted by

Angelica Rose

21122 NE 93rd Pl

Redmond, WA 98053

February 4, 2013

JA 09338

Radiation Sickness; Brian J. Bender Comments, Feb. 4, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:        Brian J. Bender
                         2225 Hayes St.
                         Eugene, Or 97405
                         benderjbender@yahoo.com

February  5 , 2013

JA 09340

**AFFIDAVIT OF BRIAN J. BENDER**

State of  Oregon

Lane County

I,  Brian J. Bender, attest that my statement is true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is Brian J. Bender.  My address is 2225 Hayes St, Eugene, Oregon 97405.

2.  I  am a sales associate at Down to Earth Gardening Supplies.

3.  It is my opinion that the current RF safety rules are inadequate because they do not take into account biological studies, especially studies concerning residents living in high RF areas.

4.  I am RF sensitive and I experience headaches and dizziness from technology the FCC deems safe (WiFi internet and Smart Meters).

Respectfully submitted by,

Brian J. Bender

2225 Hayes St.

Eugene, Or 97405

February 5, 2013

2

JA 09341

Radiation Sickness; Maggie Connolly Comments, Jul. 11, 2016

ID
1071285093899
Proceedings
GN 14-177
IB 15-256
WT 10-112
IB 97-95
ET 13-84

Name of Filer
Maggie Connolly

Type of Filing
COMMENT
Filing Status
DISSEMINATED
Viewing Status
Unrestricted

Date Received
Jul 11, 2016
Date Posted
Jul 12, 2016

Address
831 west Anapamu st
3
City
Santa Barbara
State
CA
ZIP
93101
Zip4+

Brief Comment
I am opposed to current and further wireless technologies. I have had forced on me 5 smart meters
(because I live in a HOA and the electric meters are on my house). Since then I have suffered from
migraines, buzzing in my brain and sleep disruptions.

Radiation Sickness; Gregory Temmer Comments, Sep. 2, 2013

The FCC non-ionizing radiation limits are unacceptable for cell phones and other wireless devices. They need to be biologically based, NOT based on theoretical limits of removing an electron from an atom.  What the standards do not account for is the density of the amount of wireless devices around us. I write these comments out of being personally effected by the lack of biologically based standards.  I am electro-hypersensitive and my quality of life has been directly affected by these inadequate standards. Where I work, shop, and where I stay in motels is directly impacted by the placement of cell phone towers.  I avoid cell phone towers like the black-death. And in recent news, my health has gotten even worse because of the roll out of smart meters in my neighborhood. Enough!  Change the standards so that people like me don't feel the energy from the wireless devices.

Please do your job and protect the public?s health and your health. This is like Big Tobacco all over again times 1000.   I am afraid that we are going to wake up 10 years ? 20 years from now and find that the limits that you set were horribly inadequate, and consequently all our health will be compromised as well as infertility rates will sky rocket.  This issue is so important to address.  Please have biologically based standards.

And remember if you don?t address this issue today, I am sure this issue will come up on the next election. And what will the public think of the FCC when they find out that once again Big Wireless trumped the Public Health?

Do the right thing, have biologically based limits.

Radiation Sickness; Bernice Nathanson Comments, Sep. 3, 2013

HELP…
PLEASE HELP!

Our daughter has been SEVERELY injured by the installation of smart meters. She is
only one of thousands of people in the U.S. who have experienced this pain and suffering,
due to the radiation in the smart meters. As a result, she and countless others experience
severe pain with exposure to EMFs and RFs. They cannot be in the presence of wi-fi,
satellite tv or internet, cell towers or use their cell phones, fluorescent lighting, etc.
She has been suffering over three years with severe pain in her chest, head, and feels
currents of radiation in her throat and torso, all day and night.  She is kept from sleeping
for 4 to 6 hours/night as a result of the severe pain. This started in the summer of 2010. It
is now over three years later and she is still suffering daily and cannot find a safe place—
painfree – to live, far enough away from RF sources.  She is a psychotherapist. She had to
close down her medical practice over three years ago and has no way of earning a living.
How can we let this continue?
The utility companies financially benefit at the cost of so much human suffering. Smart
meters must be permanently done away with, everywhere. We need your help.
WE DESPERATELY NEED YOUR HELP!
I am writing this with tears in my eyes, seeing the suffering that she and others are
experiencing.

Radiation Sickness; Terry Losansky Comments, Sep. 2, 2013

Comments on Notice of Inquiry, ET Docket No. 13-84

September 1, 2013

Office of the Secretary
Federal Communications Commission
445 12th Street SW
Washington, DC  20554


Terry Losansky
P.O. Box 1461
Snoqualmie, WA 98065
terry@nerva.com


Dear Federal Communications Commission,

I respectfully ask the FCC to create stricter and realistically defined safety standards with regards to
Radio Frequency Radiation, as I believe the current, ill-defined standards and standing exemptions have
allowed unsafe and unhealthy community and work environments to emerge over the last two decades.

I am a software architect with a Bachelor of Science in Computer Science, a strong background in
physics, twenty years of professional experience, and fifteen more years as an enthusiast of science,
technology, computers and history. I have both a professional and personal understanding of the 'digital
revolution'. It is with this experience that I have come to the conclusion the current RFR standards,
practices, and enforcement in the use of wireless technologies have become a danger to public health,
and is comparable to Tobacco, DDT, Lead, and Asbestos.

I came to this conclusion by several means. For years my family has been eating organic whole foods,
exercising, and maintaining a healthy lifestyle. Then my wife was diagnosed with cancer, naturally
leading us to research additional healthful directions, such as the removal of carpet and memory foam
from our house. Still, my wife continued to feel ill in our own home, fatigued and in pain and with a host
of other ailments, only feeling better when we left the neighborhood, into more remote areas.

The next vital realization was when my wife began to learn about 'Radiowave Sickness' or 'Electro-
Hypersensitivity'. I was skeptical at first, but we took steps to make more changes in our home
environment. We removed the cordless DECT phones. We turned off our cellphones at night and when
not needed during the day. We disabled Wi-Fi in our home and used only wired internet access. We
turned the power off at night. My wife had some minor positive results at first, but this did not last. She
still felt better when we left the area.

We had our home evaluated for Electromagnetic Radiation sources. It became apparent the
neighborhood itself was the source of the problem, with every home having several 'smart meters',
most neighbors now using Wi-Fi for internet access and cordless phones in several rooms and baby
monitors, local cellphone towers,  and the local elementary school – a few hundred feet away – using
Wi-Fi throughout the school. There was nowhere in the community that did not have a significant level
of RFR exposure, a state which did not exist when we purchased the home twelve years before.

JA 09349

We were forced to sell our home of twelve years, virtually abandoning it in December 2012, to go stay with family as my wife's health began to plummet. The cost of further changes to our home to protect ourselves was too costly and would not protect us in our own yard, let alone the neighborhood.

It was in the process of selling our home that I personally experienced the suffering my wife has felt, though to a much lesser extent, but left me knowing with certainty the health risks we faced. Over the years we lived in our home, I had increasingly experienced pain in my teeth, around my fillings, yet I had no new dental caries or disease. I would sometimes suck on ice-chips to alleviate the pain. As we prepared the house for sale, I returned to work in the yard and within an hour the intense pain in my teeth returned as I worked a few feet from the 'smart meters' in the back yard. I realized, like my wife, I felt better when removed from the constant exposure to wireless technologies that so filled our neighborhood, and since leaving our home, I only experience the pain in my teeth when I am in locations with sever Wi-Fi-like sources.

I no longer doubt the seriousness our society faces with poorly regulated, often involuntarily high, levels of radio frequency radiation.

Since the sale of our home, we have lived in our motor home traveling from one RV park to another, staying in remote areas where we are most distant from the modern wireless 'conveniences'. We home school our daughter to reduce involuntary exposure to the constant Wi-Fi in the schools. I have walked away from actively teaching and practicing martial arts in the community.

We are searching for a community to live a safe and healthy life. Yet, with current regulatory exemptions and lax standards, there is no guarantee that any community we find will be long free of 'smart meters', WiMax, cell towers, and a host of other RFR emitting systems, both public and private that have a cumulative negative effect.

I urge the FCC to:

- Use the precautionary principle
- Remove categorical exemptions, especially for commercial interests
- Implement standards which account for multiple, simultaneous sources of exposure
- Require industry to test and publish the specification of each product
- Protect our health and environment.


Respectfully,


Terry Losansky

Radiation Sickness; Ronald Jorstad Comments, Sep. 2, 2013

PG&E installed a Smart Meter April 2009.  About 2011, I started to feel sick.  My joints in the hands and lower back pain began to hurt, I had numbness in my lower legs.
I also started to have bloody nose bouts when I would go
in the kitchen or living room where the Smart Meter was located on the other side of the wall.

In 2012, I had the chance to Opt-Out from the Smart Meter program and DID Opt-Out.  About 2-months later my symtoms
began to go, and I am feeling much better than the last two years.  The Wi-Fi that this Smart Meter puts out is way over the top for the people that live in their homes 24 hours a day.

JA 09352

Radiation Sickness; Liz Menkes Comments, Sep. 2, 2013

The current radio frequency exposure limits have caused me to experience health problems. I moved to my new home in July of 2012. I opted out of my own smart meter as a precaution, and I have no other wireless in my home (no corded phone, no wireless router, etc.) Shortly after moving in, I noticed that my blood pressure spiked. It had consistently been about 120/70 but I was now getting 140-150/80-90. I assumed it was stress from the move. I tried different things over the next few months-- I exercised more, lost 5 pounds, focused on my diet, but nothing made a difference. This went on for 8 months. Then I saw a documentary on smart meters and realized how powerful they are (max peak signal strength of 250 uW/cm2). My neighbor's smart meter is about 12 feet from both my bedroom and my home office. I paid my neighbor the fees required to opt out. About a week after their smart meter was replaced by an analog meter, my blood pressure was back to normal-- 120/68. I believe that the smart meter was responsible for my spike in blood pressure.

According to information from our utility company (PG&E) the max peak signal of the smart meter is 2,500 mW (or 250 uW/cm2), and the average exposure over 30 minutes is .058% of the FCC allowable emissions (as per PG&E's November 1, 2011 response to the administrative law judge's October 18, 2011 ruling).

Immediate changes are needed to protect the public health. This includes the maximum exposure limit as well as the using an "average" to calculate smart meter compliance. The maximum exposure limit should be based on biological standards, not thermal standards. The current standard is outdated, based on old science from the 1980's and does not protect the public health.

Radiation Sickness; Katie Mickey Comments, Sep. 2, 2013

Eleven years ago, my business the Santa Barbara Body Therapy Institute became the site of 3 new cell towers. We were not informed and on premise when they tested the new towers. We all got a major radiation exposure on that day due to bursts of power emitted during the testing.. One employeee was sitting at a desk fifteen feet from the tower and his face became red as though sunburned on the side of his face facing the tower. I felt as though I had a sunburn. these effects lasted for days afterwards.

Since then I have been extremely sensitive to exposure to RF frequency. I only get real relief in ability to rest and recharge my body, when I am outside city Cell Tower exposure.

Smart Meters are another grave menace to public health, so much so that they are banned in some European countries. Why are we requiring the population to be irradiated? Since when is it the governments job to require irradiation of its population? This is an assault on our basic rights as citizens.

I request that Smart Meters be banned as well in the US, not mandated and that the radiation limits from cell towers be raised, not lowered and that all testing of towers be done after occupants of the building have left the building for the day, or in the case of residents such as a hospital or fire station, that occupants be allowed to evacuate.

Sincerely,
Katie Mickey
Director of the Santa Barbara Body Therapy Institute

Radiation Sickness; Karen Nold Comments, Sep. 2, 2013

Comments on Notice of Inquiry, ET Docket No. 13-84

September 1, 2013

Office of the Secretary
Federal Communications Commission
445 12th Street SW
Washington, DC  20554

Karen Nold
P.O. Box 1461
Snoqualmie, WA 98065
Karen@MeansForChange.com

Dear Federal Communications Commission,

I am writing to inform you, as others are, of the deleterious effects of Radiofrequency radiation and the very dire need for more restrictive exposure standards, independent research regarding adverse health effects of RFR, and policy making from agencies more invested in public health than the interests of industry.

I have a Bachelor of Science in Environmental Policy and Assessment and have been a stay-at-home mom with my home being my primary place of 'occupation' for 8,760 hours per year for the past 13 years as I managed my families' health and well-being. I learned about the three smart meters at my home in October 2011 while doing research after a breast cancer diagnosis. I discovered smart meters emit RFR continuously, as do the cordless phones and Wi-Fi routers situated on my neighbor's wall just 15 feet from my kitchen, where I experienced the majority of my 'occupational' exposure. I learned that communities world-wide are bathing in voluntary and involuntary RFR exposures from Cell and Cordless Phones, Bluetooth, Wi-Fi, Wi-Max, Smart Meters, DECT, TETRA, and Cell Phone Towers/Masts, etc., and will continue to in a much more fervent manner if industry has its way.

After the original diagnosis, cancer returned. It is interesting to note that upon entering my home I felt pain which subsided when I left. My home had become uninhabitable. According to Dr. Dietrich Klinghardt, a measurement of microwave radiation over 5 Microwatts per square meter is unacceptable in the sleeping area. I located a Building Biologist and Environmental Consultant – an expert in the field of Electromagnetic Radiation Assessment. The report indicated measurements of 142, 206, and 280 μW/m2 in my bedroom. Our front door had the highest reading of 650 μW/m2, from an unknown source, and our neighbor's Wi-Fi and cordless phones were detected, as were the smart meters and other sources. I unwittingly sunbathed and watched the children play within 4 feet of our backyard smart meters which lacked any kind of distance or health warning.

During a visit to Seattle's Space Needle observation deck my heart started to race and I felt weak and nauseous. I was certain I was going to lose my lunch in front of everyone! My husband's analyzer confirmed a strong Wi-Fi signal so I returned to the bottom of the Space Needle where the symptoms dissipated. On the way home as we drove past the local fire station, I felt my heart race again, which subsided as we passed.

I had massive unexplained hair loss, racing heartbeat, persistent shortness of breath, excessive stress hormones, tingling, vision impairment, metabolic and digestive issues, chronic inflammation, pain and burning under my arm, noise disturbances in various buildings (from smart meters), and a general loss of strength, energy and vitality.

Prior to Christmas 2012, I couldn't stand it anymore and we evacuated our home to stay with relatives two hours away – my daughter ripped from her school, friends, community and routine. We were forced to sell our house as death was eminent if I stayed. I wrote a 30 page letter to the FCC and others and slowly regained some solid ground with my health as we moved three times to the homes of friends who were willing to turn off their Wi-Fi and cordless phones – some noticing a decrease in their symptoms with the disabled wireless. We couldn't move to an apartment and be subjected to the wireless habits of adjoining neighbors, or risk a bedroom wall with a dozen or more smart meters on it. After daunting medical bills from cancer, we didn't have the money to buy a large enough piece of property to evade the smart meter infrastructure and cell towers, etc.

We bought a motorhome and now travel to RV parks keeping our distance from the abundance of RFR; however, I am unable to spend time at family activities in the lodges because they use Wi-Fi.  I've had to sit in pain as other RVs pull in and set up their wireless devices. With each additional exposure, I am becoming more affected by RFR – now I experience pain just sitting at a table when people have their cell phones in transmit mode. I can feel pain as I pass through the microwave path of cell towers when I drive. Coming from a person who notices – cell towers are unsightly, intrusive and everywhere. They are inappropriately located dangerously close to the most vulnerable, at retirement homes, schools, playgrounds and churches.

My daughter shops for me now while I sit in the car, away from Wi-Fi. I can no longer dine in public because even if they don't have wireless, it bleeds in from multiple adjoining businesses. I am unable to carelessly go to the mall, visit friends, stay in a hotel, go to the doctor, get a massage, go to any WiMax-fortified city, or care for my daughter in society, unless I choose to risk the pain, exhaustion, brain-fog, and growth of existing cancer. Yes, I feel, intensely, wireless technology affecting the cancer as it resides in a tight location densely populated with nerves.

In addition to my own experience with adverse health effects of RFR, I think it important to share how local utilities treat their customers, given their unfettered regulation. Our utility, Puget Sound Energy (PSE), was evasive as I was told I didn't have a smart meter – like in California. A manager informed my customer service rep that our AMR system "puts out less rays than a smart meter – about the same as a phone module." I was told a signal is transmitted up to 4x/day or 1x/day near midnight, only to hear from another representative that the meter sends a signal 1x/5minutes. **Interestingly, our EMR Assessment indicated 160 μW/m2 with bursts about every 30 sec to 300-420 μW/m2.**

When I asked if I could forward them a video about the health effects of smart meters, I was informed that PSE has all the information out there and their meters are not smart meters. In a later conversation with PSE, my husband was told that PSE was aware of the issue and were working on it. We can't 'opt out' because there are no analog meters. When I asked PSE, "Does the Cellnet AMR system use a Switching Mode Power Supply?" their written reply was, "PSE does not track this information." Really?! **Utilities are not required to track health/safety data of devices they force upon us?**

PSE even emailed me a few methods that other customers have shared to shield their meter and protect themselves from exposure. Although, I think it kind of PSE to offer some remedies that may have helped

other customers, this confirms that other customers **_are_** experiencing concerning issues with their smart meters.

Some may argue that I must be sensitive – everyone doesn't respond this way. I didn't respond this way either… before. I have become sensitized to the chronic and multiple RFR exposures just as others have before me, worldwide, and will continue to after me, until governments make public health a priority. There is something seriously wrong with a society that values profit over public and environmental health – that makes consumers bear the burden of proof of the ill effects of a product, instead of requiring the manufacturer to prove safety BEFORE it goes to market.

There are hundreds of studies showing biological/health effects below the current FCC thresholds. Instead of the FCC taking action to increase public safety, they have taken steps to reclassify the pinna, or outer ear, as an extremity, creating less stringent exposure standards.  This is clearly not an action with the interest of public health and safety in mind, just the interest of industry.

I am suggesting before more people, animals or plants are injured, or dead, due to the frivolous expansion of this Wireless Age that the FCC decrease maximum permissible exposures; take the advice and direction of the 29 international experts who authored the 2012 BioInitiative Report after studying over 1800 new (post 2007) peer-reviewed scientific studies and concluded again "that exposure to EMF and radiofrequency radiation (RFR) produces biological effects and adverse health effects at levels significantly below existing public exposure standards, and substantially below levels identified in 2007;" and place the health/safety of the United States before the interests of industry. I hope the FCC finds these numerous public comments as 'proof' enough of a serious problem.

Respectfully,

Karen Nold

Radiation Sickness; David DeBus, PhD. Comments, Jul. 8, 2013

Comments on Notice of Inquiry, ET Docket No.
13-84

Dear FCC,

Please consider how sensitive our biology has
recently proved to be to electro-magnetic fields
and radio frequencies. It is past time to lower to
acceptable limits drastically on these fields and
frequencies.

The World Health Organization and quite a
number of researchers from many European
countries have reached this conclusion—how
emf and rf affect pregnancies, mental and
emotional life, biological functions like transfer-
DNA in the replication of genetic material, and
the human heart.

It is this last that is so dramatic for me—I did not
want to believe that the pulsing of a "Smart
Meter" would produce profound and threatening
arrhythmias in my own heart, but it did.

David DeBus, Ph.D.

Radiation Sickness; Jamie Lehman Comments, Jun 20, 2013

Dear Sir or Madam:

The FCC limits on radio frequency need to be severely lowered. Multiple layers of electro smog are not being accounted for in the safety limits.  More and more people are becoming severely sickened, are living out of their cars as a result of the so-called Smart Meters on and about their homes, and some are becoming severely violent from wireless radiation.  People are having to give up their life savings and flee to the Radio Free Zone just to escape the unbearable health symptoms of environmental radiation exposure. There are over two thousand studies that have come across my computer indicating the horrific adverse biological effects of wireless radiation.  We need to adopt the Precautionary Principle.

A single home may have forced pulsed radio frequency signals continuously, 24 hours a day, 365 days per year from:

Wireless water meter transmitters
Electric supplier meter transmitters with two wireless modems
Gas company wireless meters
Utility routers on poles

Non-pulsed radio frequency from:

Cell towers
Wireless home routers
Personal cellular phones
Wireless computer devices
Wireless home security systems
Cordless phones
Baby Monitors


I had serious central nervous system injury and was hospitalized due to pulsed radio frequency via utility Smart

Meters.  I began to develop a stutter, my memory was failing, I had heart attack symptoms, my internal organs began to heat up and felt like they would explode, I received shocks to my head and metal on my teeth, lost control of my bladder after walking up to a Smart Meter, had severe insomnia, chronic bronchial infection, numbness and tingling in my extremities, and extreme anxiety just to name a few of my symptoms.  Our electric Smart Meter was removed, but I was not able to begin to function again at our home until two neighbors removed their electric Smart Meters.  Nine months later, I have still not fully recovered.

The adverse biological effects of wireless radiation affect every cell in a person's body.  Your tissue does not have to be on fire in order for damage to occur any more than your tissue has to be on fire to know that there are long term consequences to tobacco smoke, alcohol, and other drugs.

I urge you to act now to lower the permitted wireless radio frequency levels before you or someone you love begins to show the signs of radiation sickness.  You too may find yourself facing a horrific health situation that is extremely difficult to cope with.

Sincerely,

Jamie Lehman


**Sent From My Plugged In Computer**
**Wi-Fi Injures Your Family & Pets**
**doctorsforsaferschools.org**
**radiationrescue.org**

JA 09365

Radiation Sickness; Jane van Tamelen Comments, Jun. 11, 2013

Comments on Notice of Inquiry, ET Docket No. 13-84

A "Smart Meter" was installed in our home near my mother's bedroom with no explanation or warning of the possible radiation dangers. About a year later she was diagnosed with breast cancer and had to have a mastectomy. We had to pay a fee to have the meter removed.

Jane van Tamelen

23570 Camino Hermoso

Los Altos Hills, CA 94024

Radiation Sickness; Sebastian Sanzotta Comments, Jun. 9, 2013

RF exposure is extremely hazardous & the FCC must take immediate action to roll back the onslaught of the Telecommunications industry, before this country virtually collapses from a disabled population!  I have 9 years experience in Health Care, with 5 years of in-school (not online) College training.  I am also a 5 year Navy Vet with two tours in the Persian Gulf.  I am currently on the verge of losing my job/career due to Electrohypersensitivity (EHS).  I am 38 years old, a physically active person, with 3 marathons & countless road races under my belt, & now I have been virtually reduced to a disabled person being forced to live like a prisoner because there is almost nowhere to go without extremely high levels of RF exposure.  I live in NE Ohio, & over the past 2 years it has become an electrosmog cesspool.  I own two very accurate RF detection meters to measure RF exposure, & I can definitely confirm that it is impossible to drive down a road, go into a store/any building, or go to work without massive continuous RF exposure!  Almost all stores, restaurants, & places of employment have wi-fi now.  The cell towers have gone up at such an alarming rate in just this past year that they are nearly on every street corner.  In some cases there are 8 or 9 towers in a 1-3 mile radius!  My RF meter has read some towers emitting many thousands of mV/m at continuous levels, blanketing entire local towns.  In addition to the cell tower radiation, most people are getting blasted by continuous RF radiation in their own homes by wireless routers provided by their phone & cable companies (AT&T, Time Warner, etc).   Their DECT cordless phone bases are also emitting constant high levels of RF.  Smart phones also emit a constant high level of RF even when not being used.  I have proven this over & over to my friends with my RF meters.  Now First Energy is currently vigorously trying to install wireless smart meters

over all of NE Ohio!  **They are trying to get them put in before the FCC makes a decision.**  The FCC needs to stop dragging their feet & take action to establish much safer RF exposure limits now!  All the necessary scientific data showing RF to be harmful has been known for decades! Americans are starting to become aware now as more & more health problems undeniably & obviously related to RF exposure are showing up.  If the FCC does not take action to stop this RF poisoning of our society now, then they will end up as complicit in a mass genocide! They have already pulled off a miracle in deceiving Americans from making the connection between the ever increasing autism epidemic & RF exposure.  The FCC needs to establish safety standards for RF & at the very least **acknowledge the hazards involved with exposure & mandate the Telecom Industry to include hazard warnings on all their products!** RF is a carcinogen & the public needs to be informed.  This is why parents allow their children of all ages to use & be exposed all day long to RF.  As a result, children are becoming so addicted to RF technology that the great majority of them are sleeping with their constantly emitting smart phones under their pillows!  Most children keep their smart phones in their pockets directly on their bodies.  Smart phones are so powerful that using them on speaker phone is not safe either!  In fact, the high powered constantly emitting smart phones & wi-fi technology has doomed anyone who wishes not to use RF technology to either constant exposure or living a life of a prisoner in their homes.

 Now they want to put RF emitting smart meters for Gas, Electric, & Water on our homes!  Recently **First Energy installed *digital meters* in our area & is telling us that the digital meters do not emit RF.  That is a flat out lie!  My RF detection meter reads constant high levels of RF**

**emissions from the digital non-smart meters as well!**  Even the PUCO stated to me that the digital meters are wireless!  They do have labels on them that state they comply with part 15 of the FCC rules, so they definitely have wireless transmitters….but **First Energy denies that they emit anything.**  In fact they are saying all their meters only emit 1/10 of a second every 15 minutes & that it is less than a baby monitor.  Many people like myself with RF detection meters have proven that a complete lie!!!  All digital meters constantly emit higher than advertised levels of RF.  IT HAS COME TO THE POINT HERE IN North East OHIO WHERE AN EHS PERSON LIKE MYSELF HAS VIRTUALLY NO WHERE TO GO WITHOUT BEING HIGHLY RADIATED BY RF.  The RF levels from the cell towers just driving down the street in any direction are staggering!  My parents are also having negative health problems in their own home since they recently erected 3 towers very close to their home.  Now they have to move!  And that is a complete gamble because there is no regulation on the Telecom Industry, so they can build a tower anywhere anytime.  **THIS IS TRULY RADIATION WITHOUT REPRESENTATION!**  Currently Ohio does not have any opt out legislation to even give the people a choice on smart meters.  The PUCO is currently making a law for allowing an opt-out however, they are working in the interests of the monopoly tyrant company First Energy & penalizing anyone who opts out with high meter reading fees!  These fees could range from $60-80 per month!


**The Telecommunications Act of 1996 prohibits the removal of a cell tower due to human health hazards.  This Act MUST be amended!!!!**

There are currently no warnings on the packaging of RF devices. **Warnings need to be implemented so parents can make an informed decision on how to protect their children.** This technology is like an addicting drug to any person, but for children it is like Crack!

The FCC needs to quit pretending that RF does not damage cells! The FCC needs to start acknowledging hard proven scientific facts concerning damage to human cells & DNA! It is because everyone today are constantly being bathed by RF in their homes, on the road, at work, & at the stores/restaurants that we are in a drastic Nationwide (actually Global) health hazard epidemic NOW! **Our bodies are not able to recover at a cellular level due to the constant RF exposure. I see it every day & it has become especially apparent in the last 2-3 years. I have seen this first hand in my health care career.** I have extensive training & experience as a licensed Radiographer, Bone Densitometry, & Blood Lab. I have a very good understanding of both ionizing & non ionizing radiation from my Military & Health Care training. **The problem is that the FCC & the FDA do not recognize RF as an official hazard & they have kept the medical doctors/community largely in the dark. Therefore, people get bounced around to doctors & completely drugged up on serious medications like *Adderall*, when the root of their problems (RF) is not even considered or diagnosed.** In fact I discovered that recently **the entire city of Detroit ran out of Adderall!** Doctors are giving powerful sleeping pills & psychotropic drugs out like candy, which is only masking the RF epidemic! Official Gov't data shows that the entire country is fatigued & sleep deprived!

JA 09372

   During the past 2-3 years I have personally witnessed hundreds of patients suffering from RF exposure & both they & their doctors have NO IDEA where the problems are coming from!  I can't even count how many times patients have broken down in tears & actually asked me for help!  I am just a tech, & hundreds of people ask me for help because they can't get it from their doctors!  The FCC needs to act immediately because the lid on this healthcare catastrophe of epic proportions is ready to blow at any minute right now!

Here is why I know this:  **It only takes me 60 seconds or less to get a person who has been suffering for 2-3 years (under physician's guidance) to get to the "ahhh haaa" moment, & make the realization that all of their health problems EXACTLY correlate with when they got their smart phone, or wireless router in their home!** It is the constant RF exposure that is causing the most common symptoms that I see on a daily basis.

Those symptoms are: **Fatigue, insomnia, headaches/migraines, ADHD symptoms, short term memory loss, weight gain/obesity, hormone trouble, thyroid trouble, vision loss, ringing in the ears, joint pain, & muscle pain.**   And if a full grown healthy adult gets ADHD symptoms out from nowhere (after constant RF exposure from their device, cell tower, or wi-fi)…then what do you think it's doing to do to children (*both born & unborn*) in regard to autism????  It is common sense.


Because the FCC & the FDA have failed to inform the people as to the hazards of RF exposure, people can have joint degeneration or cysts on their fingers where they hold their phones, waist line, or any part of their body in direct contact with a wireless device, & they fail to make

the mental connection as to the source of the problem!  Everyone believes wireless is safe because it so available & there are no hazard warnings!  The Media has also completely failed to inform the public as to the hazards of RF.  **Obviously the same people that own *Big Telecom* also own the Media.**

The Government does not get a pass either!  I made inquiries at the local libraries here in NE Ohio & all 80 of them have constantly emitting wi-fi & it was mandated by the Government.  **The libraries were ordered to install wi-fi with Government dollars or else all future funding would be cut off!**  I also confirmed that local schools are actually targeted by officials for cell tower placement! This is easily confirmed by driving around & seeing that the majority of schools around here either have cell towers on school properties, or directly adjacent, or nearby.  I continually witness children playing sports out on the school fields while being bathed in very high levels of constant RF. And if the kids aren't getting it outside, then they are getting it from wi-fi in the schools! This policy has been vigorously pushed by President Obama himself!  **Last year (2012) Mr. Obama campaigned at a local school in Mentor & as a parting gift he gave them 200 wireless "teaching aids".**  Less than a year later, the entire Mentor school system has gone wireless & they require all their students to carry & use wireless devices.  I have personally seen the President promote super wi-fi, wi-max, & super broadband in many televised speeches. This lethal technology is obviously being pushed on us from the highest levels!

Even though endless mountains of decades of evidence showing RF to be hazardous, has poured in, the FCC continues to get away with arguing it is safe based on ridiculous assumptions about "thermal heating".  The FCC seems to think that they can stall from taking action indefinitely based on the argument that no one can prove RF to be "unsafe".

Here is what I propose the FCC should consider when deciding whether or not to prevent the entire US population from being murdered by this absolutely proven lethal technology:

Instead of arguing that it can't be proven "unsafe".  Before ramming this lethal technology down all of our throats *in our homes, on the road, at the store, & at work*….**why doesn't the FCC PROVE THAT IT IS SAFE!!!!**

**Where is the documented absolute proof that constant long term RF exposure is safe to humans?????**  Why is the FCC allowing the entire population to be radiated at very high constant levels, by a technology that has not been definitively proven SAFE?  If the FCC is so sure that this RF radiation exposure is safe, then **will the FCC please put it in clear writing that they guarantee this radiation exposure will not cause us or the animals biological harm?**

**Is the FCC ready to put a guarantee in writing that RF is safe, & that they assume all responsibility for any health problems incurred from RF exposure???**  The lid is ready to blow off this thing now.  It won't take people much longer to make the mental connection as to where their health problems are coming from.  The FCC should have taken action on this issue at least 25-30 years ago!  I was a healthy productive person who has been reduced to a disabled person.  I know many

others like me, & who are quickly on their way to it!  There can be no
doubt as to the cause, because both myself, & people I know, clearly
react & have symptoms only during RF/EMF exposure!  My reactions
have been clearly documented by MD's that I work with**! All my EHS
symptoms go away when I isolate myself in the lead
lined x-ray room!** I know others that have documented proof by
co-workers that they react to RF exposure at work.  More & more full-
fledged MD's are educating themselves (with no help from the FDA) on
EHS & hazards of RF.  I have witnessed a number of doctors realize that
people's sleep problems & fatigue are absolutely directly correlated to
their RF exposure!  More doctors are becoming aware that RF affects
the glands, & epidemic population-wide issues are being caused by
this!!!  Standard blood tests do not show it & doctors are figuring it out
on their own.  Now is the time for the FCC to start looking like the good
guy in this terrible disaster before it is too late!  Please help us
now!!!!!!!!!!!!!!!!!!!!!!!!

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## This is a quote from a fellow commenter & it deserves to be posted again!

Archives of Zory Glaser documenting health effects of RF exposure seen by the Navy

available at magdahavas.com on line.

It is even more unconscionable that the FCC is actively promoting the unhealthy

exposure of all American to RF radiation by promoting the use and expanded use of WiFi

in all settings of our life. We are literally being slowly microwaved 24 hours a day to the

detriment of our health. This must stop immediately; the FCC must take corrective

action to rid all Americans of this unhealthy exposure. Just because we cannot see, feel

or taste this agent does not mean it is not harming us on a cellular level because it is.

The FCC guidelines governing RF exposure must reflect Radio Frequency radiation's

inherently harmful nature and be lowered 1 million times to .0001uW/cm2 as

recommended and defended by the recent update of the BioInitiative Report to avoid

known harmful biological effects above this level. Please see the entire BioInitiative

Report at bioinitiative.org and enter it into the official record. FCC guidelines must

immediately acknowledge and exposure levels of RF radiation permitted be reduced to

take into account non-thermal biological effects of RF radiation. They need to be

adjusted significantly downward to account for special populations such as children,

pregnant women and the elderly. The exposure level of the guidelines must be

additionally lowered to account for long term exposures inherent to cell tower admissions

and other continuous exposures of our population to RF radiation.

The FCC needs to stop immediately facilitating, encouraging, and supporting the

reckless, aggressive and pervasive expansion of WiFi and other wireless exposures due to

the involuntary exposure of our population to RF radiation which is inherently biological

harmful to humans. By exposing us to WiFi in our homes, workplaces, retail locations

and in other forms like smart meters and whole communities with WiMax, you are

making people sick with Electrosensitivity which has been recognized as a medical

condition by other countries. You are giving people cancer; see sworn declarations

discussing the association between Leukemia and other cancers and EMF or RF radiation

levels similar to that used by WiFi.

The FCC needs to immediately inform each and every Americans of the inherently

harmful nature of RF radiation as a biotoxic agent so they can take corrective action to

protect their health and the health of their families, coworkers and communities. People

are getting electrosensitive and I can bring them to the FCC to testify. People are getting

cancer due to heavy long term exposure to cell phones and other RF radiating devices. I

can bring them and/or their surviving family members to the FCC to testify. Without

adequate safety standards in place, we are the experiment-the research as you allow mass

microwaving of our population with RF radiation. The FCC is currently allowing

wireless companies and manufacturers of wireless devices to experiment with our health

and our lives. People are getting sick. You are disabling our work force; you are killing

our workforce with cancer.

The FCC needs to immediately post every scientific article ever published regarding the

biological effects of all EMF's but especially RadioFrequency Radiation. The FCC needs to immediately
make available on their website all of the warnings from every

country in the world regarding the dangers of RF radiation to humans. Because almost

every American is effected by RF radiation exposure and relatively few visit you site,

you need to immediately warn each and every American of the science available showing

non-thermal effects from RF radiation used by WiFi and all other wireless devices.

Instead of actively expanding RF exposure, the FCC needs to actively reach out to the

medical field and inform them of the symptoms of Electrosensitivity and cancers prone to

be associated with RF radiation exposure, to aid with diagnosis and treatment of their

patients and actively collect and synthesize information regarding observed health effects

of RF radiation on our population. As it is now no one is actively communicating with

our medical professionals or collecting necessary data to track Electrosensitivity in our

population or track the increase in cancer amongst heavy wireless users (3-8 hours a day)

and/or those highly RF radiation exposed. To ignore this responsibility or place it on

others while actively promoting the spread and mass exposure of this harmful agent is

irresponsible and willfully destructive to our population. Finally, the FCC guidelines

governing RF radiation emissions need to immediately be lowered 1 million times to provide a protective exposure level that avoids known non-thermal biological effects as articulated, supported and defended in the Bioinitiative Report. For the FCC to continue to deny the evidence indicating the existence of non-thermal biological effects of RF is irresponsible, malicious and criminal due to the harm and death that it can cause.

Radiation Sickness;  Taale Laafi Rosellini Reply Comments, Mar .7 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Reply Filed by:          Taale Laafi Rosellini
                         P.O. Box 630
                         Santa Cruz CA 95061-0630
                         taale@africanfamily.org
                         831-531-2199

                                        March 6, 2013

1

JA 09381

## AFFIDAVIT OF Taale Laafi Rosellini

State of California

Santa Cruz County

I, Taale Laafi Rosellini, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is Taale Laafi Rosellini.  My address is PO Box 630, Santa Cruz CA 95061-0630.

2.  I am a Teacher, Writer, Lecturer, Founder/Executive Director of African Family Film Foundation, an all-Volunteer 501(c)(3) Educational Nonprofit Organization, Independent Stemtech Distributor and Award-winning Independent Documentary Filmmaker. As a Peace Corps Volunteer I set the record for years of service in one country. I speak in nine languages, and am fluent in at least four of them.

3. Over the past five years I have studied and read extensively the issue of Electromagnetic Fields and Electromagnetic Radiation with particular focus on the biological effects on living tissue and the long-term implications for the very survival of life on planet Earth, and I take this matter with utmost seriousness and urgency. As a concerned citizen, alarmed by the exponential increase in adverse health conditions worldwide that parallel—and are now documented with over 6,000 scientific studies showing a causal relationship—the exponential increase in the use of wireless technologies and the clear and present danger they pose to all humanity, fauna and flora, I have taken it upon myself to alert the public. I have addressed numerous City Council Meetings in Santa Cruz County and Monterey County, Board of Supervisors Meetings in the Counties of Santa Cruz and Monterey and the California Public Utilities Commission in San Francisco.

4. I speak from personal experience of actually feeling the harmful effects of wireless radiation. In my own neighborhood, County and State, PG&E and the Water Districts have installed countless wireless "Smart Meters" and mesh networks, Telecoms have set up cell towers, antennae, repeaters, etc., — all this exponential increase in microwave radiation has created a "soup" of radiation that is adversely affecting the health, ability to

2

JA 09382

function, to work, to sleep, to live at peace of not only myself, but also millions upon millions of human beings.

5. On November 18, 2010, I attended an enlightening conference on EMF/EMR that was held at the Commonwealth Club on Market Street in San Francisco: "Health Effects of Cell phones, Wireless Technologies & Electromagnetic Fields with Leading Experts". I have come to the conclusion that the human race is in the process of maiming and "pushing over the cliff" countless human beings, in large part via microwave radiation, and has embarked upon on a path of no return, the path to the Sixth Great Extinction.

6. In the United States, we have the second worst EMF/EMR standards in the world, second only to the United Kingdom. What we are doing in the USA would be illegal in China, Russia and Vietnam. Austria, Liechtenstein, Switzerland and many other European countries protect their citizens and have stringent EMF/EMR standards. The officials of the FCC, of the government of the United States of America, have the ability to wake up and change the FCC RF safety guidelines. The guidelines are woefully inadequate and out-of-date and do virtually nothing to protect the public from numerous adverse health effects, conditions, diseases. We are already in the midst of a veritable Tsunami of cell death, death of brain neurons, chromosome aberrations, brain tumors, brain cancers, eye cancers, face cancers, shoulder cancers, acoustic neuromas, Alzheimers Disease, Parkinson's, Fibromyalgia, Advanced Lyme Disease, MS, ALS, Autism, Diabetes (one form is entirely caused by EMF/EMR), Sleep and Learning Disorders, and the list goes on and on and on. PLEASE PLEASE PLEASE WAKE UP! Take Action that will reverse this trend and stop the madness, this insanity on steroids. Thank you for your kind attention to this matter.

Respectfully submitted by

Taale Laafi Rosellini
PO Box 630
Santa Cruz CA 95061-0630
March 6, 2013

JA 09383

Radiation Sickness; Robert E. Peden Reply Comments, Mar. 7, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| Notice of Proposed Rulemaking ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) ) | ET Docket No. 03-137 |
| ) | |
| And ) | |
| ) | |
| Service Rules for the Advanced Wireless Services ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the ) | |
| Middle Class Tax Relief and Job Creation Act of ) | |
| 2012 Related to the 1915-1920 MHz and ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Reply Filed by:          (Robert E. Peden)
                         (5106 Lenore Street)
                         (Torrance, CA  90503)
                         (lopaka1998@yahoo.com)
                         (310-316-7673)

                                        March 6, 2013

1

JA 09385

**AFFIDAVIT OF Robert E. Peden**

State of California]

Los Angeles County   ]

I, Robert E. Peden, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is Robert E. Peden.  My address is 5106 Lenore St., Torrance, CA  90503.

2. I am a Network Specialist.

3. I am writing to express my concerns on the current RF safety guidelines.  I believe that the current established IEEE and ICNIRP guidelines are inadequate to protect people from biological effects of long-term exposure to his kind of RF radiation.

4. I have had some adverse, unintended effects due to the current safety guidelines – primarily tinnitus and trouble sleeping.  These effects occurred shortly after the installation of a RF emitting smart meter by my electric utility, SCE.

5. In addition I often hear an odd humming in the early hours of the morning that did not exist before SCE forced these RF-radiating smart meters upon us.

6. I would like it noted that the IARC of the World Health Organization has classified radiofrequency radiation as a class 2B possible carcinogen in May 2011.

7. The current public safety standards are 1,000 to 10,000 times higher than levels that are now often reported in mobile phone base station studies to cause bioeffects – see http://www.bioinitiative.org/conclusions/

8. I am in favor of a SEVERE DECREASE in the current limits to protect us from further harm while the long-term effects are studied.  In other words, the RF safety regulations

should recommend significantly lower limits than they currently do.  This is the only safe action – to err on the side of caution until long term studies come out that can determine exactly what exposure level is safe on a biological level to humans.

9. We deserve a safety limit that is based on biological effects.  I recommend that the FCC encourage Congress to allocate resources to the EPA to establish biologically based radiofrequency radiation safety limits.  Several long and short-term studies should be performed.  This is the only way to ensure that the studies are nonpartisan.  This will ensure untainted results and help guarantee public safety in the future.

10. As an additional safety measure, I recommend that a moratorium be placed on sales of new spectrum, transmitting utility meter installation, and installation of additional base stations for a wireless service while the above recommended studies are underway.

Respectfully submitted by

Robert E. Peden
5106 Lenore St.
Torrance, CA  90503
March 6, 2013

3

JA 09387

Radiation Sickness; Marilyn L. Peden Reply Comments, Mar. 6, 2013

FCC 12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
         Federal Communications Commission
         Washington, DC 20554

Reply Filed by:          (Marilyn L. Peden)
                                 (5106 Lenore Street)
                                 (Torrance, CA  90503)
                                 (marilyn.peden@yahoo.com)
                                 (310-316-7673)

                                                              March 6, 2013

JA 09389

**AFFIDAVIT OF Marilyn L. Peden**

State of California]

Los Angeles County   ]

I, Marilyn L. Peden, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137 and WT Docket No. 12-357.

1. My name is Marilyn L. Peden.  My address is 5106 Lenore St., Torrance, CA  90503.

2. I am retired.

3. I am worried about the current RF safety guidelines.  I don't think that the current established IEEE and ICNIRP guidelines are adequate to protect people from biological effects of long-term exposure to RF radiation.

4. I have had an adverse effect due to the current safety guidelines - and that is tinnitus. This problem occurred just after SCE installed a RF emitting smart meter on my house.

5. I would like it noted that the IARC of the World Health Organization has classified radiofrequency radiation as a class 2B possible carcinogen in May 2011.

6. The current public safety standards are 1,000 to 10,000 times higher than levels that are now often reported in mobile phone base station studies to cause bioeffects.

7. I am in favor of a SEVERE DECREASE in the current public RF safety limits to protect us from further harm while the long-term effects are studied.  In other words, the RF safety regulations should recommend significantly lower limits than they do now. This seems like the responsible thing to do.

8. We deserve a safety limit that is based on biological effects.  I recommend that the FCC encourage Congress to allocate resources to the EPA to establish biologically based

JA 09390

radiofrequency radiation safety limits.  It is imperative that several nonpartisan long and short term studies should be performed.  This will help guarantee public safety in the future and allow a biologically safe limit to be set.

9. As an additional safety measure, I recommend that we restrict future sales of new spectrum, transmitting utility meter installation, and installation of additional base stations for a wireless service while the above recommended studies are ongoing.

Respectfully submitted by

Marilyn L. Peden
5106 Lenore St.
Torrance, CA  90503
March 6, 2013

JA 09391

Radiation Sickness; Doreen Almeida Reply Comments, Mar. 5, 2013

My life, and so many others around the world, has been severely adversely affected by electromagnetic pollution to the point that many of us are already homebound.  Please consider lowering the acceptable safe limits of exposure to EMR.

I endorse the statement made by Joel Moskowitz, Ph.D. in his Comment filed on 02/04/2013 (http://apps.fcc.gov/ecfs/comment/view?id=6017161984), as excerpted below.

"In my professional opinion, the FCC should request the EPA to empanel a Working Group composed of health experts who have no conflicts of interest with industry to review the scientific literature on EMR. The Group should recommend biologically-based EMR standards that ensure adequate protection for the general public and occupational health based upon the precautionary principle. Finally, the FCC should adopt the standards, testing procedures, and appropriate precautionary warning language recommended by the Working Group.

The FCC should not take any actions that may increase exposure of the population to EMR from cell phones, base stations, Wi-Fi, Smart Meters and other RF- or ELF-emitting devices. The FCC must especially protect vulnerable groups in the population including children and teenagers, pregnant women, men of reproductive age, individuals with compromised immune systems, seniors, and workers."

Radiation Sickness; Oriannah Paul Comments, Mar. 5, 2013

*****PLEASE SUPPORT biologically-based radiofrequency radiation safety limits. Current standards are from 1996 and based on testing a physics model of a 6-foot, 180-pound man for radiofrequency/microwave heating effects during six-minutes.  There are no standards or protections against non-thermal chronic exposures, or impacts on pregnant women, children, the elderly and ill.

*****SOME 4,100 scientific studies show effects, such as DNA damage, reduction of free-radical scavengers that prevent cancer, neurotoxicity, sperm damage, cognitive effects and fetal brain damage. This includes 2,300 studies compiled by Zory Glaser for the Naval Medical Research Center in 1971 plus 1,800 more in the 2012 BioInitiative Report.

*****AS A CITIZEN, I am experiencing increased problems as a result from the RF's from our smart meter.  I cannot turn this equipment off like I can a cell phone.  I am being exposed 24/7 against my will.  Since the meter was installed, my health has markedly deteriorated.  I am also at extreme risk for cancer. The radiation emitted from smart meters is documented as a class 2B carcinogen, which further increases my risks.  It is no longer a matter of IF, but WHEN I will get cancer.  Those are not my words, but my doctor's.

*****It's time to change the safety standards to protect citizens against the hidden dangers from radio frequencies and non-thermal chronic exposures.

Radiation Sickness; Heather Lane Comments, Sep. 3, 2013

?I AM BEING INJURED BY RF RADIATION THAT COMPLIES WITH CURRENT FCC EXPOSURE LIMITS.? I have been driven out of my home, and my city. I can no longer work at a job because of wireless technology. I can no longer go out in public, travel,  visit a hospital, a bank, a department store, gas station, food store, concert venue, cafe, or even my local public park. I left my home in June to camp in a state park, with my two cats, and could not find a campsite safe from hotspots, cell phones, or bluetooth devices. My boyfriend brought us provisions from town, and we searched for other housing, but could find none even outside the city within financial reach, and free from signal.

When hit with even very low levels of RF (0.01 microwatts / square centimeter), I regularly suffer inflammation all over my body, which often causes extreme pain. My skin can often feel painfully prickly, similar to the intense tingling sensation we all feel after a foot that 'was asleep,' wakes up. Sometimes my feet, hands and areas of my head and neck go numb, I experience severe fatigue, difficulty with breathing and thinking and even tachycardia. My cognitive abilities are heavily impaired, and I begin to lose consciousness. At its most extreme, I have lost basic motor function which hinders my mobility, and disturbance with my magnetic field, which destroys my balance.

My neighbors refusal to mitigate their cell, and wifi signal (as well as other entertainment devices) forces me into a shielded room, and limits the use of the rest of my home and backyard. It is physical, and psychological torture, and there is no escape; no matter where I go I encounter cell towers, and buildings, and people spewing toxic, DNA altering gadgets. I have measured peak signal in the city repeatedly, and have to shield my body, and my car when I do venture out, then prepare to have recovery time of hours or days  after a trip to the doctor, or a local store.

There are millions suffering as greatly as I am, and many more with undiagnosed EHS whose migraines, and body pain are completely debilitating. This technology has been known to be dangerous, and must be replaced with something safe. There is also science proving it contributes to colony collapse disorder in honey bees, and they pollinate 70% of our food!

You must stop this nightmare, and begin by limiting wireless use, and requiring it to be contained in homes and buildings  by it's users. My life and many others are being ruined by this, and the cancers are on their way. Listen to the canaries; we can feel the damage to our bodies, and require the pernicious signal to end!

Radiation Sickness; John Grieco Comments, Aug. 15, 2013

# Comments on Notice of Inquiry, ET Docket No. 13-84

August 14, 2013

We sleep within 12 feet of a meter installed last year and since installation I toss and turn all night.  My heart races, my legs twitch, and my ears ring!

I can't take it anymore. The lack of sleep and my health are deteriorating rapidly. I want this RF emitting device off the house - now!

John Grieco
Simi valley, CA

Radiation Sickness; ADA/FHA; Linda Kurtz Comments, Sep. 29, 2016

Proceedings
GN 14-177
IB 15-256
WT RM-11664
WT 10-112
IB 97-95
ET 13-84

Name of Filer Linda Kurtz                           Type of Filing COMMENT
Filing Status DISSEMINATED                          Viewing Status Unrestricted
Date Received Sep 29, 2016                          Date Posted  Sep 30, 2016
Address 2150 Foss St
City  Ann Arbor
State MI  ZIP 48103

Brief Comment
I can no longer be outside my home on my property because of all the wireless frequencies invading my property.
When I spend more than 20 minutes outside, I cannot sleep at night. I get heart palpitations. My head feels like
sheet metal is rattling inside of it. My vision gets worse. The frequencies criss-crossing my suburban home include a
Comcast WiFi hotspot 300 feet from my home, wifi router signals from all my neighbors, and a cell tower 1000 feet
from my home, and the 24/7 transmissions from smart electric and gas meters. The only reason I am somewhat
safer inside my home is that I have aluminum siding and aluminum screens in my windows. I have experienced
increasingly worsened health as a result of all these wireless insult. Now, the FCC proposes to open up all sorts of
spectrum that will devastate my health even further and depriving me of the use and enjoyment of my property. The
frequencies will penetrate the window screen. They will make it impossible for me to be outside at all anywhere!
Living in the country will not bring relief, because the transmissions travel such long distances. I've already
experienced that. Many others will submit to you scientific documentation. I submit to you my personal history.
Please read below on how this sensitivity increased over time as I was subjected to more and more wireless
assaults. You might not feel it. Most people I know do not. But the National Toxicology Program study shows us that
we don't have to feel it to experience harm. My sensitivity to wireless frequencies started with the installation of a
cell tower 1000 feet from my home. I began to have trouble sleeping and had no idea why. I didn't know the tower
had been installed, because it is hidden by trees. I didn't make the association until years later—I'd always slept
well. In 2008, I bought a laptop with WiFi. I was excited to think that I could be outside an on the Internet at the
same time. Within a half hour of being on the laptop, I felt sick, nauseated, absolutely horrible. Like nothing I'd ever
experienced. I knew what it was, though. I'd had a client just a month before, a college student who said he was
"EMF-sensitive" to the point he could no longer use a cell phone, be on the computer, or watch TV. This was all new
to me. I called the computer store. They told me to turn the WiFi off. It helped a little. I had to physically remove the
card to resolve the horrible effects. Between then and 2012, I occasionally used a cell phone. No apparent issues,
even though computers with WiFi made me ill. All of that changed dramatically when DTE Energy installed smart
electric and gas meters in my neighborhood (but not on my home). I suddenly became sensitive to all sorts of
frequencies. In addition, Comcast installed a WiFi hotspot 300 feet from my home, and my neighbors all have
wireless routers than transmit across my property. I can no longer even be near cell phones without having transient
memory issues, throbbing in my head, and other symptoms. The worst is the insomnia. As a result of unremitting
exposures to pulsed RF and pulsed ELF, I experience problems ranging from light sensitivity that is so extreme that
driving has become difficult (and I can no longer drive at night), to cataracts (at age 52), to fatigue, to strange
sensations in my body. I can't go anywhere anymore because wireless is nearly ubiquitous. I have to get groceries
and other supplies on occasion. When I do, I get home fatigued beyond all reason, my ears ringing a high-pitched
ring. I don't sleep that night. This is all with just a half hour of exposure. I don't go to the doctor even when I need to:
It is now a trade-off between further harm from wireless or harm from not taking care of various health conditions or
foregoing recommended check-ups.

Radiation Sickness & ADA/FHA; Lisa Drodt-Hemmel Comments, Feb. 5, 2013

FCC 12-152

Before the
Federal Communications Commission
Washington, D.C. 20554

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:          Lisa Drodt-Hemmele
                           7411 Ida East Road
                           Ida, MI 48140
                           ldhemmele@gmail.com
                           734.497.2990

                                                    February 5, 2013

AFFIDAVIT OF LISA DRODT-HEMMELE

State of MICHIGAN

MONROE County

JA 09403

I, LISA DRODT-HEMMELE, attest that my statements are true to the best of my knowledge.

Comment round for ET Docket No. 03-137 and WT Docket No. 12-357.

1.  My name is LISA DRODT-HEMMELE.  My address is 7411 IDA EAST ROAD, IDA, MI 48140.

2.  I am a mother, currently a homemaker, a college graduate, and the spouse of a man employed by our local utility company.

3. I request consideration in significantly lowering current electromagnetic radiation standards and changing current electromagnetic radiation policy to include non-thermal biological effects. The evidence for production of harm is not ambiguous, nor unproven. There are over 4000 scientific studies and reports documenting ill-health effects resulting from RF exposure, many at rates far below current standards.

I would like to share my story. Early in December of 2012, I began experiencing periodic tachycardia upon waking, lasting anywhere from 10 to 30 seconds. Though disconcerting, I questioned whether perhaps I had succumbed to holiday stress. Soon after, I remember my heart gave off a single and sharp irregular beat in the middle of the day. This anomaly then began occurring with more frequency in following days.

Concurrent with the irregular beating of my heart, a pressure in my head began to build, constant pressure, unrelenting and growing in severity. It was unlike the occasional headache I've experienced in the past where the slightest movement produced a pounding sensation. This headache consisted of an all-over pressure with tingling on my scalp.

I also began noticing tinnitus, especially at night. Attributing this ringing to my inability to fall asleep, I must also note that I did not feel tired. During the day, sharp piercing pains emanated in and around my ears. Soon the earaches and ringing were accompanied by a popping sensation, the same sensation that occurs in one's ears when traveling between various altitudes.

As all of these symptoms quickened in frequency and worsened in severity, I was forced to acknowledge that something was very wrong with my body. I briefly entertained the notion that maybe this was the beginning of my end, wondered if I might have cancer. Never before in my life have I had a headache for more than a day, then to have one which remained for days, weeks, coupled with earaches and popping and ringing, and most alarming, an irregular heartbeat and tachycardia. I am not overweight, have no chronic diseases. I do not take any medications, prescription or over-the-counter. I cannot recollect the last time I was truly ill. But I did what many people do; I tried to ignore what I was feeling, and hoped it would just pass.

During Christmas vacation however, family members, which include our three children between the ages of 3 and 8, began complaining of identical symptoms, headaches and earaches. Our middle child suffered two nose bleeds. I witnessed abnormal sleep patterns, insomnia/restlessness like myself. Our children's occasional squabbles turned into many a day. There were many complaints of stomachaches. I was experiencing sharp abdominal pains from time to time as well. Perhaps we were going to come down with something awful.

I waited, but no one became sick, no flu, no cold, not even a runny nose or slight cough. We made sure to check our furnace, CO2 monitors, and gas lines. The air was extremely dry with the furnace running quite a bit more than in previous months, surely more particulates in the air. There had to be a cause for what we were all experiencing, and wondered if we should possibly check for black mold.

It was near the end of December when we read at the bottom of our electric bill that four wireless smart meters had replaced our analog meters. Our house was previously a duplex with separate meters for the water heaters. My husband wasn't surprised, he was aware his company had been

2

installing wireless smart meters. I had heard of them, remembered reading headlines concerning issues of privacy, but thought these meters were only being used in California. Ignorant and curious, I decided it was time to get caught up on this new technology.

I was genuinely surprised to learn wireless smart meters are being rapidly deployed all over the world, to learn they emit pulsed radio frequency radiation similar to cell phones and Wi-Fi, to learn so many groups of people have formed to protest not only an invasion of privacy, but to voice health concerns. And then, I was shocked to my core after stumbling upon person after person reporting identical symptoms to myself where wireless smart meters have been implemented. I also felt relieved; relieved to think I had possibly found the source of our ill health.

With my husband employed by our local utility, I was reluctant to report our ill-health and claim a correlation to their wireless smart meters. Moreover, I was troubled to learn these ill-health effects are not being addressed, falling on deaf ears, intentionally ignored and dismissed, unable to be submitted into evidence, and too often being questioned as psychosomatic and idiopathic. The crux of the issue, how can these individuals prove causation, how can someone medically document a semi-permanent headache, tingling of the skin, ringing and popping in the ears, earaches without infection, insomnia, sharp stomach pains?

An irregular heartbeat, this can be documented. My heart palpitations had become many dozen an hour, racing a daily occurrence in the mornings with additional occurrences in the middle of the night, but a visit to the doctor and subsequent EKG revealed nothing abnormal. Blood work results were normal aside from a slightly elevated Chloride reading of 109. Trying to document my irregular heartbeat was difficult, I had begun to note my symptoms lessened and often ceased when travelling from home, or away from the smart meters. My heart always the first to quiet, then my ears, and my headache would sometimes quell. I truthfully questioned if this observation could be just coincidence, a placebo effect. It is difficult to accept wireless smart meter emissions wreaking such havoc on one's health, on my health, my family's health.

With one of the four wireless smart meters placed on an obsolete box, we immediately scheduled its removal, the first available appointment in late January 2013. In the weeks that followed, prior to the service call, we sought an electrician to consolidate the upstairs and downstairs breaker boxes. We incurred a bit of sticker shocked to find this carried a $2000 price tag. Instead, we decided to remove our water heater from its separate meter and add it to the downstairs breaker box, eliminating another meter. After further discussion, my husband and I decided to turn off electricity on our second floor to eliminate a third meter. When three of the four 3-watt wireless smart meters were removed on January 23, 2013, my symptoms remained, but they lessened considerably in severity. What this did eliminate was any remaining doubt as to the cause of our ill health, especially my ill health.

My symptoms, in the weeks since, have begun to increase in severity. Outside of our home, I am now very much aware of being near a wireless smart meter, within or near a home area network (HAN).  My ears begin popping almost immediately. I am taking daily drives into areas without wireless smart meters to seek relief. A recent trip to the emergency room prompted by continuous heart palpitations now provides documented proof of my irregular heartbeat, numerous tests offering no underlying cause.

After many phone calls, filed complaints, and additional calls, our local utility will not acknowledge the possibility wireless smart meters can cause ill health effects, nor will they honor our request in providing an analog meter. I have proposed to 'opt-out' now and pay their service fees retroactive, as we wait for our state's decision. "They're safe", they continuously tell me, "As safe as cell phones," "they meet FCC standards." My rebuttal, scientific evidence has indeed offered that cell phones are not safe, people have a choice whether or not to own a cell phone, a choice in whether or not to place it to their head or carry it against their bodies, a choice in turning it on and off. Wireless smart meters transmit RF bursts every few seconds 24 hours per day 7 days a week. This is forced compliance.

JA 09405

These devices emit RF well below current FCC standards. But there exists a growing body of evidence proving emissions from such devices to have detrimental effects on human health. Scientists are beckoning us to err on the side of caution with RF technology, to keep devices like cell phones and Wi-Fi away from pregnant women, children, the sick and elderly. There is nothing green or smart about a 'possible' class 2b carcinogen attached to our homes.

Wireless smart meters emit pulsed radio frequency (RF) radiation, or 'switching-mode power supply' (SMPS) function which emits short sharp spikes of millisecond bursts continuously. It is well known that this can generate electromagnetic interference (EMI), 'dirty electricity', which travels along wiring within walls and radiates outward. Constant pulsing of high frequencies, in addition to the RF function, causes not only interference with other electric and electronic equipment in many homes where smart meters are installed, but can also wreak havoc on biological systems within the field of exposure.

Radio-frequency sickness, microwave sickness, is not a disease, but an environmentally induced functional impairment. It has real and disabling consequences, including the possibility of death. Experts estimate 3-5% of the population has 'Electromagnetic Hyper Sensitivity' (EHS), and continued chronic exposure may drive figures to 50% within years. This is currently an unrecognized condition in the United States.

FCC standards are among the highest in the world. In reviewing current standards, it would appear they were set to accommodate the industry, not the public. Moreover, it is astonishing these standards have not included non-thermal biological health effects Again, there are over 4000 scientific studies and reports documenting ill-health effects resulting from RF exposure, many at rates far below current standards.

Respectfully submitted by

Lisa Drodt-Hemmele
7411 Ida East Road
Ida, MI 48140
February 3, 2013

4

JA 09406

Radiation Sickness & ADA/FHA; Robert S. Weinhold Comments, Aug. 26, 2013

Regarding FC C Notice of Inquiry – Proceeding Number 13-84

Date: August 24, 2013

Name of Filer:   Robert S Weinhold
                 PO Box 19924
                 Colorado City, CO  81019

Written by:      Thomas C Weinhold, brother
                 26738 N 114th Way
                 Scottsdale, AZ  85262
                 tweinhold@outlook.com


As drafted by Robert S Weinhold (with minor edits by Thomas C Weinhold):

I have become severely disabled by wireless emissions, and am now extremely vulnerable to both wireless and a range of wired emission sources.

The first major blow came in March 2011 when my electrical utility provider installed a wireless smart meter on my house. Within 15 minutes I began to have debilitating symptoms (muddled thinking, jitteriness, overall weakness and head pressure) even though I was inside my house 30-40 feet away from the meter. After a couple hours, it was clear that this set of symptoms, which I'd never had before, were a major problem. Within 5 hours of the installation, my utility responded to my ardent pleading and removed the smart meter and put my old meter back on. But to this day I'm still fighting my utility, which still wants to reinstall the smart meter even though many utilities around the country now allow opt-outs. Mine won't allow an opt-out, and won't even explain why, other than saying in a variety of ways that they don't want to.

It took me about two months to recover, but all of the unavoidable exposures since then (even though I have no wireless devices in my own home, and work very hard at minimizing exposures while in other settings) have continued to wear down my body's defenses. I now can't tolerate emissions from any computer or phone (wired or wireless), my radio, my TV, my electric oven, or electric razor. This is all extraordinarily limiting of course, since I have become unemployed due to my condition and can have very little interaction with the rest of society. It is devastating.

When I could still use a computer, I searched the research literature and found there is an appalling lack of research on health effects specific to smart meters and their unique characteristics; on the other hand, there are thousands of studies providing clues that there can be adverse health effects in many body systems caused by non-thermal emissions from all kinds of wireless devices. For you to allow widespread rollouts of various wireless devices, and not insist first on having supporting evidence for their safety, based on hundreds, maybe thousands, of studies that address a wide range of emission and exposure conditions, is extremely reckless and irresponsible. Before allowing any further spread of wireless devices, this severe science deficit must be remedied. After the appropriate science is done, it may well be relatively easy to properly design, install, and use these devices so that people like me aren't maimed for life. Until then, it remains impossible to know who will be affected, and how.

AS part of your efforts, you should make it possible, legal and easy for individuals to avoid wireless exposures as much as possible. For instance, it is absolutely inhumane that my utility can still forcibly reinstall my smart meter if they so choose (and I have found out there is absolutely no official or agency in my state who can stop them), despite dozens of pages of information and evidence I have given them, including several letters from my doctors and may people who have known me for decades.

Thank you for your consideration, and for effectively and rapidly addressing this serious public health threat.

Radiation Sickness & ADA/FHA; Dianne Black Comments, Jul 12, 2016

Comments on FCC Proceedings 14-177, 15-256, 10-112, and 97-95

Submitted by Dianne Black, Hampstead, MD

July 12, 2016

I oppose the development of Spectrum Frontiers 5G because of health issues.

I am a 65 year old retiree who invested her life savings in a residential condominium in 2015, just prior to the installation of 24 Smart Meters on the bedroom wall.  I was healthy and active, often riding my bicycle on weekends and babysitting my infant and toddler grandsons during the week.  Shortly after the meters arrived, I began to experience insomnia, anxiety, mood swings, a lack of motivation, pressure on my forehead, headaches,  heart palpitations, loss of balance, discomfort using the computer, inability to tolerate fluorescent lights, and most troubling of all, an intermittent humming sensation at the base of my neck and head.  I began to visit doctors, have extensive bloodwork and testing, and ultimately the diagnosis was ***EHS Electromagnetic Hypersensitivity.***

I find a great deal of relief from my symptoms when I sleep at a friend's house located on 10 acres at the edge of a wild life preserve, where Smart Meter installations have not yet arrived.  **I can no longer live in my condo**.  I live out of a suitcase.  I cannot afford to sell and move on.  Well, move on where? At present there are numerous large antennae/towers within 400 feet of my residence.  These towers are everywhere and you want to add more?

I put my trust in our regulatory agencies and in our government to protect me from such harmful radiation.  Now I find that governments around the world are calling for "precaution", yet the FCC plans to charge forward with a 5G plan that will increase radiation, creating even more electromagnetic fields, a 5G money-making technology, and a total disregard for human health.  How can this be happening in our great country?  At what price?

Those of you making this decision must have family, possibly children.  How can you possibly protect your loved ones from the harmful, potentially cancer causing, radiation you are about to approve?  I assure you that ***EHS*** is real.  I live with it every day.  I beg you to **vote NO to 5G.**

Radiation Sickness & ADA/FHA; Derek C. Bishop Comments, Jul. 13, 2016

D 107132543307627
Proceedings GN 14-177 WT 10-112 IB 97-95 IB 15-256 ET 13-84
Name of Filer Derek C. Bishop                              Type of Filing COMMENT
Filing Status DISSEMINATED                          Viewing Status Unrestricted
Date Received Jul 13, 2016                                   Date Posted Jul 14, 2016
Address 74923 US HWY 111 PMB 185
City INDIAN WELLS                    State CA                    ZIP 92210

Brief Comment
DATE: July 13, 2016 TO: Mr. Tom Wheeler, Chairman, FCC FROM: Derek C. Bishop SUBJECT: Opposition To Proceedings 14-177, 15-256, 10-112, and 97-95; Opposition To Development of Spectrum Frontiers 5G on Health Grounds Dear Mr. Wheeler: There are thousands of scientifically established negative health and behavioral effects caused by exposure to manmade wireless transmissions. I will not recount these; but at the end of this comment I will endorse and resubmit Harvard physicist Dr. Ronald M. Powell's review of the evidence and opposition to 5G deployment that he has already shared with you. I am one of millions of Electrohypersensitive citizens in the USA who are unwilling subjects in this ongoing corporate experiment in ever-increasing wireless exposures. For many people, their symptoms of difficulty sleeping, difficulty concentrating, general sluggishness and lack of productivity (among many others) go undiagnosed. In 1997, after living for years with this sensivity, I went to the Environmental Health Center at Dallas (www.ehcd.com). There I demonstrated in a double blind procedure that my blood pressure rose and I was able to actually say that the transmitter was "on", whenever I was exposed to the signal. Due to this environmental illness, for the past twenty-two years I have had to live in homes without Wi-Fi and live as far from cell towers as possible. I don't own or use cellphones because they give me headaches. I can't travel to urban areas as the intensity of ambient EMF is too great, causing me headaches that persist for days. I am a schoolteacher. I have had to transfer to new schools or leave regions altogether because of cellular "upgrades" and other wireless telecommunication developments. I believe very strongly that the USA already has enough wireless "connectivity." Wi-Fi hotspots in local libraries and cafes like Starbucks are "immersive" enough. People can call loved ones from their cellphones from most places in USA. We need to allow the few remaining cellular "dead zones" for cellular reception to remain as such, in order to allow sensitive people like myself safe areas to retreat to. I believe strongly that people DO NOT need to stream video content from a nationally designated Wilderness area, or even from an Interstate Highway. Voice content is sufficient. If people want more bandwidth, then they should be able to access higher speeds at homes wired by fiber optic fiber. This nation could easily supply all residential and rural areas with fiber optic. If a resident wants to convert that signal to a short-range wireless Wi-Fi at their home, then that should be their choice. If a store wants to take its fiber optic signal and convert it to a hot spot to attract customers, that is their choice. The citizens of the USA should not be compelled to live 24/7 without respite from this increasingly powerful electromagnetic matrix. In our wisdom, the citizens of the USA should accept that limits should be placed upon technology. We should consider the impact of technology on our health, and upon the health of the wider ecosystem of which we are a part. Our motto in science should not be, "We did it because we could;" but rather, "We did it because it was the right thing to do." In your letter, "The Future of Wireless: A Vision for U.S. Leadership in a 5G World," you describe the financial benefits of 5G. I ask, What will the health costs associated with it be? If people want zero lag time immersive virtual realities to enter, may I suggest that there be small-scale zones where people can go to to experience such digital hyperconnectedness? It is not in our best interests as a nation -- whether it be financially, socially, or medically -- to make the entire country one seamless AI virtual reality field. Again, please oppose development of Spectrum Frontiers 5G on health grounds! Dr. Powell's opposition to this FCC proceeding: Page 1 of 3 Comments on Proceedings 14-177, 15-256, 10-112, and 97-95 Oppose Development of Spectrum Frontiers 5G on Health Grounds Submitted by Ronald M. Powell, Ph.D. Background of Ronald M. Powell Ph.D. I am a retired U.S. Government career scientist (Ph.D., Applied Physics, Harvard University, 1975). During my Government career, I worked for the

Executive Office of the President, the National Science Foundation, and the National Institute of Standards and Technology. For those organizations, respectively, I addressed Federal research and development program evaluation, energy policy research, and measurement development in support of the electronics and electrical-equipment industries and the biomedical research community. I currently interact with other scientists and with physicians around the world on the impact of electromagnetic fields on human health. Why Oppose 5G? The National Toxicology Program at NIH has demonstrated that cell phone radiation causes cancer. The National Toxicology Program (NTP) at the National Institutes of Health (NIH) has just published the "Partial Findings" of a $28 million multi-year study of the impact of cell phone radiation on human health. The NTP study found a causal relationship between the radiofrequency radiation emitted by cell phones and the occurrence of malignant brain cancer (glioma) and benign nerve tumors (schwannomas) of the heart in male rats. Description of NTP study: http://ntp.niehs.nih.gov/results/areas/cellphones/index.html Published "Partial Findings" of the NTP study: http://biorxiv.org/content/early/2016/05/26/055699 Informative Discussion of the NTP study: http://ehtrust.org/science/facts-national-toxicology-program-cellphone-rat-cancer-study The NTP regarded its findings as so important to world health that it issued the "Partial Findings" as soon as it could (May 2016) and formally presented those findings at an international conference (BioEM2016, June 2016) attended by 300 scientists from 41 countries. http://www.alphagalileo.org/ViewItem.aspx?ItemId=164837&CultureCode=en The International Agency for Research on Cancer at WHO has classified radiofrequency radiation as a possible human carcinogen. The NTP study reinforces the classification made in 2011, by the International Agency for Research on Cancer (IARC) of the World Health Organization (WHO), of radiofrequency radiation, including specifically radiation from cell phones, as a Group 2B carcinogen (possible carcinogen for humans) because of the associated Page 2 of 3 occurrence of brain cancer (glioma) and acoustic neuroma (a benign tumor of the auditory nerve) which is a form of schwannoma. http://www.iarc.fr/en/media-centre/pr/2011/pdfs/pr208_E.pdf In fact, the findings of the NTP study, in combination with the findings of other studies conducted since 2011, have greatly increased the likelihood that the IARC will raise its classification of radiofrequency radiation to Group 2A (probable carcinogen for humans) or even to Group 1 (known carcinogen for humans) in the near future. The world's scientists have appealed to the United Nations and the World Health Organization to warn the world population about the harm to health caused by radiofrequency radiation from wireless devices. 220 scientists from 41 nations submitted an international appeal to the United Nations and to the World Health Organization in May 2015. These scientists seek improved protection of the public from harm from the radiation produced by many wireless sources, including "cellular and cordless phones and their base stations, Wi-Fi, broadcast antennas, smart meters, and baby monitors" among others. Together, these scientists have published over 2000 peer-reviewed research papers on this subject. https://www.emfscientist.org/index.php/emf-scientist-appeal The most detailed and comprehensive analyses of international biomedical research show a broad variety of adverse health effects from exposure to radiofrequency radiation. The health risks posed by continued expansion of the use of radiofrequency radiation in wireless devices are not limited to cancer, as devastating as that consequence is. The much broader range of health effects was reviewed in immense detail in the BioInitiative Report of 2012. This 1479-page review considered about 1800 biomedical research publications, most issued in the previous five years. The BioInitiative 2012 Report was prepared by an international body of 29 experts, heavy in Ph.Ds and M.D.s, from 10 countries, including the USA which contributed the most experts (10). The review concludes that "The continued rollout of wireless technologies and devices puts global public health at risk from unrestricted wireless commerce unless new, and far lower[,] exposure limits and strong precautionary warnings for their use are implemented." BioInitiative Working Group, Cindy Sage, M.A. and David O. Carpenter, M.D., Editors, BioInitiative Report: A Rationale for Biologically-based Public Exposure Standards for Electromagnetic Radiation, December 31, 2012 (http://www.bioinitiative.org). Why is Spectrum Frontiers 5G so especially outrageous to the public? It would greatly extend FCC's current policy of the MANDATORY IRRADIATION OF THE PUBLIC without adequate prior study of the potential health impact and assurance of safety. It would IRRADIATE EVERYONE, including the most vulnerable to harm from radiofrequency radiation:

pregnant women, unborn children, young children, teenagers, men of reproductive age, the elderly, Page 3 of 3 the disabled, and the chronically ill. It would likely rely on the 1996 Telecommunications Act to continue to deny state and local governments and municipalities the right to bar the installation of wireless technology on environmental/health grounds, perhaps the greatest offense to local rule of all time. It would likely rely on the FCC's current outdated, excessively permissive, and thus widely criticized, radiation-exposure guidelines that enable many parties to make false claims of safety for wireless products. Those guidelines are based primarily on a 30-year-old analysis by the National Council on Radiation Protection and Measurements (NCRP),1 many years before the emergence of most of the digital wireless technology in use today. And the FCC's proposed move to 5G would offer no further study of safety, even though the new study by the National Toxicology Program at NIH has already found those same FCC guidelines unprotective. It would set a goal of irradiating all environments, including the insides of homes, whether single family homes, townhouses, or apartments, ending any remnant of the notion that "your home is your castle" in which you are supposed to be safe and have a measure of control of your environment. Specifically, the proposed 5G technology would blast through walls and cribs just as the current wireless technologies do. The result would be to drive even more people out of their homes than are already being displaced by the current wireless technologies. It would force cell antennas onto residential streets, bringing the threat even more up close and personal to the public. It would bypass all current studies endeavoring to determine if radiofrequency radiation is a factor in the explosive growth of major health conditions, such as autism, attention deficit hyperactivity disorder (ADHD), and Alzheimers disease, that are ruining the lives of so many people, from their youngest years to their oldest years. It would increase the prospect for exploding health care costs, with a further worsening of the national debt, and with no clear assignment of responsibility to the providers of the harmful radiation. They would continue to export the costs of the harm that their wireless products cause to society at large. It would totally ignore the rapidly growing international biomedical research literature that demonstrates that radiofrequency radiation has a host of adverse effects on human health (and animal, insect, and plant health, too) at levels far below the current FCC exposure guidelines. It would dismiss, as too expensive, the tremendous potential of wired technologies (especially fiber optics) to provide higher data rates, greater cyber security, and greater safety for human health, as if those benefits should be excluded from any cost comparisons with wireless technologies. I urge you to oppose development of Spectrum Frontiers 5G. 1 Federal Communications Commission, Office Engineering & Technology, Evaluating Compliance with FCC Guidelines for Human Exposure to Radiofrequency Electromagnetic Fields, OET Bulletin 65, Edition 97-01, page 64 (August 1997). See the last paragraph on the page to find this statement: "The FCC-adopted limits for Maximum Permissible Exposure (MPE) are generally based on recommended exposure guidelines published by the National Council on Radiation Protection and Measurements (NCRP) in "Biological Effects and Exposure Criteria for Radiofrequency Electromagnetic Fields," NCRP Report No. 86, Sections 17.4.1, 17.4.1.1, 17.4.2 and 17.4.3. Copyright NCRP, 1986, Bethesda, Maryland 20814 (http://transition.fcc.gov/Bureaus/Engineering_Technology/Documents/bulletins/oet65/oet65.pdf)

Radiation Sickness & ADA/FHA; Steven Magee Comments, Aug. 21, 2013

ET Docket No. 13-84 & ET Docket No. 03-137

**FCC 13-39**

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Reassessment of Federal Communications | ) | ET Docket No. 13-84 |
| Commission Radiofrequency Exposure Limits and | ) | |
| Policies | ) | |
| | ) | |
| Proposed Changes in the Commission's Rules | ) | ET Docket No. 03-137 |
| Regarding Human Exposure to Radiofrequency | ) | |
| Electromagnetic Fields | ) | |
| | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:      Steven Magee CEng MIET
                       3618 S. Desert Lantern Road
                       Tucson, Arizona 85735
                       stevewmagee@yahoo.com
                       520-505-6558

                                            21st August, 2013

JA 09417

ET Docket No. 13-84 & ET Docket No. 03-137

**AFFIDAVIT OF** Steven Magee Ceng MIET

State of Arizona          ]

Pima County              ]

I, Steven Magee, attest that my statements are true to the best of my knowledge.

**Comment** round for FCC ET Docket No. 013-84 and ET Docket No. 03-137

1. My name is Steven Magee.  My address is 3618 S. Desert Lantern Road, Tucson, Arizona 85735.

2. I am a Chartered Electrical Engineer, a Member of the Institution of Engineering and Technology (IET), electromagnetic radiation researcher and author of many books.

3. During many plant tests performed at my home I became aware that I could not grow vines in certain areas of my garden.  The area of my garden where the vines will not grow well is the direct line of sight to the west cell phone tower located on the junction of W. Bopp Road and S. Tucson Estates Parkway approximately 700 meters away. They are clearly being retarded by the radiation transmissions from this direction.  The same vines that are not in the line of sight grow vigorously.  I would like to invite the FCC to study this effect at my home and request that the approval of cell phone towers is halted by the FCC until this plant retardation effect is fully understood. This is shown in photograph 1 below.

4. Transmitter towers create solar radiation reflections and interference.  They also create radio and microwave reflections and interference from other wireless transmission systems in the area. They short circuit the atmospheric layers that they pass through and may increase the rate of lightning strikes in the area if they are taller than the nearby surrounding structures.  A complete study should be performed to fully understand these effects in each area that a cell tower is installed into.  These effects will be unique to each tower installed.  Transmitter towers should not be

JA 09418

ET Docket No. 13-84 & ET Docket No. 03-137

approved until these effects are fully understood in residential areas.  This is shown in Diagram 1 & 2 and photograph 2 below.

5.  It appears that transmitter systems short circuit the local atmospheric direct current (DC) voltage layers in the area that they are installed into.  This short circuiting of the DC voltage atmospheric layer appears to have links to plant growth defects and metal corrosion.  Metal corrosion is widely acknowledged to be driven by DC galvanic effects.  A study should be performed by the FCC to fully understand this loss of atmospheric DC voltage in the area before installing transmitter systems into residential areas.  I have been able to replace the atmospheric DC voltage in plants by using a 1.5 volt DC battery connected between the roots and the stem of the Dieffenbachia (Dumb Cane) plants and this rectifies the growth defects.  This is shown in photograph 3 below.

6.  The installation of large amounts of transmitting electronic equipment contaminates the local electrical utility system and home electrical systems in the area with harmonics, dirty electricity and stray voltage/current/frequency.  This may turn the ground, utility power lines and poles, streetlights, home electrical wiring and the trees in the area into unlicensed radiation transmitter systems.  It may increase the various fields and emissions from electrical systems.  It is known for its harmful affects on animals and plant life and may deform and retard the plants in the area.  Transmitter systems should not be approved in residential areas until the effects of injecting large amounts of electronic harmonics, dirty electricity and stray voltage/current/frequency into the surrounding area are fully understood.  A stray voltage/current/frequency deformed Dieffenbachia (Dumb Cane) plant is shown in photograph 4 and an electronic stray voltage waveform is shown in oscilloscope waveform 1.

7.  I found that my garden was filled with many retarded and deformed plants and that their growth was greatly improved when I removed my wireless devices from service.  I have observed the following effects:

8.  Found that Smart/AMR/AMI utility transmitting meters can have a toxic effect on the various biological systems that are near to them.  The harmful biological effects can occur for at least 76 feet from some of the devices and can kill plants.

JA 09419

ET Docket No. 13-84 & ET Docket No. 03-137

9.  Found that the radiation emissions from ionizing smoke detectors can retard cellular growth and may actually kill certain types of plants.

10. Found that wireless radiation puts plants into a dormant state where they follow the changes in the seasons but do not actually grow nor bear fruits.  They become sterile and stunted.  Removing the wireless radiation exposures resurrects them.

11. Found that wireless radiation affects the growth and branching structure of some plants.  Plants that grow tall may instead grow low to the ground.

12. Some vines will not grow into areas of biologically unnatural radiation.

13. Found that wireless radiation fields are patchy and unpredictable.  Just moving a few inches can be the difference between a plant being healthy or it being stunted and deformed.

14. Found that pulsed radiation from wireless weather station sensors and wireless utility meters can really retard and deform plants that are close to them.  In some cases they will kill the plants.

15. Discovered that certain electromagnetic exposures deform and retard plant growth and when removed, the plant drops all of the previous deformed leaf growth and starts growing normal growth from the tips of electromagnetic exposed part of the plant.  The previously exposed part of the plant stays bald.

16. Discovered that certain plants in unnatural radiation fields will only grow leaves on their branch tips at the edge of the plant.  The interior of the branches of the plant stay bald.  This growth pattern rectifies itself when the unnatural radiation field is removed.

17. Found that the pomegranate tree will drop all of its leaf growth when the harmful wireless radiation field is removed and put up new growth from its base.  The existing

4

ET Docket No. 13-84 & ET Docket No. 03-137

branches stay bald. The following year, it will put new leaf growth on both the old and new branches and bear fruit.

18. Found that certain plants in biologically unnatural electromagnetic fields will turn their normally patterned leaves into dark green glossy leaves with no patterning. The leaf size of the Dieffenbachia (Dumb Cane) plant varies with the type of electromagnetic exposure. This is shown in photograph 5 below.

19. Found that the human gets painful sensitive teeth for a few weeks after taking domestic wireless devices out of service. It appears to be a withdrawal reaction to the changed radiation environment.

20. My diagnosis of electromagnetic hypersensitivity (EHS) is shown below in diagnosis 1 and 2. This is consistent with the growth defects that are observed in the plants at my home that is between 600 to 700 meters from three separate cell phone towers and all homes in the area have Itron transmitting gas and electric meters installed at them.

21. The rate of Autism has been closely following the rise in cell phones and cell phone towers for the past decade and this is shown below in graph 1. It appears that radio frequency exposure may be affecting brain development in the children.

22. People are now reporting curing Autism by electromagnetically shielding the child's bedroom. This is consistent with Autism being an electromagnetic disease and may indeed be easily preventable.

23. The human is supposed to be exposed to the DC atmospheric voltage and the lack of it may make the human sick and possibly cause development problems in the young. This is shown in diagram 3 below.

24. I observed the following symptoms occurring after the installation of Itron 100G transmitting gas meters in my area in January 2013: January: Fatigue. February: Fatigue, waking up feeling hung over and lethargic. March: Fatigue, waking up feeling hung over and lethargic, fuzzy thinking and concentration problems. April: I abandoned my bed and started to sleep on the floor. I also increased the

5

JA 09421

ET Docket No. 13-84 & ET Docket No. 03-137

electromagnetic screening around the transmitting AMR meters.  This reduced the severity of the symptoms.

25. I observed the following conditions occurring during sitting within 2 feet of a Wi-Fi computer printer in a 1,000 mV/m radiation field daily: Day 1 - Fuzzy thinking.  Day 2 - Dizziness, fuzzy thinking, headaches.  Day 3 - Dizziness, fuzzy thinking, headaches, insomnia.  Day 4 & 5 -  Dizziness, fuzzy thinking, headaches, insomnia, fatigue.

26. Regarding wireless radiation exposures, the EMFields Acousticom 2 radio frequency meter manual states:  6 to 3 V/m: Too high for ambient levels.  1 to 0.3 V/m: Too high for many people.  0.1 to 0.05 V/m: Many people have symptoms.  0.02 to 0.01 V/m: Most people with EHS are okay.

27. One of the dilemmas with Radio Wave Sickness (RWS) and Electromagnetic Hypersensitivity (EHS) is to get sick from living in an unnaturally man-made high radiation environment, or to get sick from an electromagnetically screened natural radiation deficient environment.  Either way, many humans will eventually get sick!  Even pregnant mothers are electromagnetically shielding their unborn babies with a product called "Belly Armor".  This action may eventually make them sick from radiation deficiency problems, similar to what astronauts show that live on the International Space Station for many months.  The only known effective solution to RWS and EHS is to return your radiation environment back to natural levels.

28. Radio Wave Sickness (RWS) and Electromagnetic Hypersensitivity (EHS) are rapidly accelerating plagues in modern society.  Sweden appears to be the only country that currently recognizes the conditions.  In Sweden approximately 300,000 people are registered as having EHS.  Sweden has a population of 9,555,893 as reported in the 2012 census.  This equates to 3.12 percent of the population, or 1 in 32 people, that is aware that it is being affected by unnatural radiation exposures which include electrical, electronic and wireless systems.

29. Radio Wave Sickness is well categorized today and the top reported radio wave sickness symptoms in order of frequency are: Fatigue, sleep disturbance, headaches,

JA 09422

ET Docket No. 13-84 & ET Docket No. 03-137

feeling of discomfort, difficulty in concentrating, depression, memory loss, visual disruptions, irritability, hearing disruptions, skin problems, cardiovascular, dizziness, loss of appetite, movement difficulties and nausea. (Source: Symptoms experiences by people in the vicinity of cellular phone base station, Santini 2001, La Presse Medical.)

30. Videos that support the above points can be found at the StevenMageeBooks channel on www.youtube.com.

31. Expanded information on the above points can be found in the second edition of the book "Toxic Electricity" which is available on www.amazon.com.

Respectfully submitted by: Steven Magee – Chartered Electrical Engineer

JA 09423

ET Docket No. 13-84 & ET Docket No. 03-137

Photograph 1



JA 09424

ET Docket No. 13-84 & ET Docket No. 03-137

Diagram 1

## Power Line Radio Frequency Reflections and Interference



JA 09425

ET Docket No. 13-84 & ET Docket No. 03-137

Photograph 2



JA 09426

ET Docket No. 13-84 & ET Docket No. 03-137

## Diagram 2



JA 09427

ET Docket No. 13-84 & ET Docket No. 03-137

Photograph 3



JA 09428

ET Docket No. 13-84 & ET Docket No. 03-137

Photograph 4



13

JA 09429

ET Docket No. 13-84 & ET Docket No. 03-137

Oscilloscope Waveform 1



JA 09430

ET Docket No. 13-84 & ET Docket No. 03-137

Photograph 5



JA 09431

ET Docket No. 13-84 & ET Docket No. 03-137

<u>Diagnosis 1</u>

**ROBERT KAPLAN, MD, LLC**

June 3, 2013

Southwest Gas
Tucson Electric Power
Tucson Water

RE:  Steven Magee
3618 S. Desert Lantern Rd.
Tucson, AZ 85735

I have evaluated Mr. Steven and find that he exhibits signs
and symptoms consistent with electromagnetic
hypersensitivity.  He has been advised to avoid exposure to
automatic meter readers (AMRs)/Smart Meters.

Sincerely,

Robert D, Kaplan, MD

**P.O. Box 28696  Scottsdale, AZ 85255  (480) 991-7478**

JA 09432

ET Docket No. 13-84 & ET Docket No. 03-137

<u>Diagnosis 2</u>



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Center for Devices and Radiological Health
10903 New Hampshire Ave.
Document Mail Center – WO66 G609
Silver Spring, MD 20993-0002

SEP 1 4 2012

Mr. Steven Magee
3618 S. Dessert Lantern Road
Tucson, AZ 85735

Dear Mr. Magee:

Thank you for your letter to the Food and Drug Administration regarding your concerns about public exposures to electromagnetic fields and non-ionizing electromagnetic radiation (EMF).  The information in the document you provided is consistent with people who describe themselves as electromagnetically hypersensitive (EHS).

The World Health Organization (WHO) has published a fact sheet about EHS which is available at: http://www.who.int/mediacentre/factsheets/fs296/en/index.html.  This fact sheet was produced as part of the WHO's International EMF project: http://www.who.int/peh-emf/publications/en/.  Also, more information about EMF is available on FDA's cell phone and electromagnetic interference web pages: http://www.fda.gov/Radiation-EmittingProducts/RadiationEmittingProductsandProcedures/HomeBusinessandEntertainment/CellPhones/default.htm.

Sincerely yours,

Robert J. Doyle, Chief
Electronic Products Branch
Division of Mammography Quality
  and Radiation Programs
Office of Communication, Education,
  and Radiation Programs
Center for Devices and
  Radiological Health

JA 09433

Graph 1

Copyright Steven Magee Books

| Year | Autism (ratio * 20000) | Cell Phones (millions) | Cell Towers (thousands) |
|------|------------------------|------------------------|-------------------------|
| 1996 | 2 | 44 | 30 |
| 2001 | 133.4 | 128 | 128 |
| 2006 | 181.8 | 233 | 196 |
| 2011 | 333.2 | 332 | 283 |



Autism and Wireless Communications

ET Docket No. 13-84 & ET Docket No. 03-137

Diagram 3

Human Electrical Model



JA 09435

Radiation Sickness & ADA/FHA; Melissa Chalmers Comments, Sep. 3, 2013

September 3rd, 2013

Dear FCC,

I am writing in hopes that your agency will take the step to review the radiofrequency limits in the United States. I am a Canadian, however I must comment on this due to the importance of the topic and the impact it has had on me personally.

I was until last year a Captain on the A320 at an airline here in Canada. I became severely sensitive to all wireless after cell towers were placed behind my home in London, Ontario. I have since had to end my 22 year career because of this new sensitivity; unable to tolerate wireless devices on the aircraft, wi-fi in hotels, the terminal, etc.

Instead of traveling the world and enjoying the perks of working as a pilot, I am now doing advocacy every day until this stops. I am unable to find a home that remains untouched by this form of radiation, even after moving twice last year. Cell towers continue to keep being built across the Country, including my new neighbourhood and I have obligations of family that make it impossible for me to leave again. So now any health I have regained is again ruined by new exposures to RF. I was basically trapped in my home, and now that is not even ok anymore.

In my small area of around 3000 people I know personally of 25 or so that are now newly sick from two cell towers just installed a few months ago, and those are people that know to contact me. There are cancer clusters also around other cell towers in the area too.

This year so far 3 nurses from London, Ontario have contacted me who are now ill from the technology, one of whom has had to leave her job permanently. This is also happening quite often to teachers and students in schools now that they are all wi-fied.

I have great concerns about wi-fi on aircraft, and have witnessed flight attendants having symptoms as well from just having cell phones turned on inside the metal fuselage of the aircraft. I know that the engineers that are testing this equipment are only taking into account the radiation levels from the wi-fi only and are not even looking at the radiation emitted from the many devices brought on board the aircraft (as well as being reflected off the fuselage).

This problem is increasing rapidly and now would be an appropriate time to act on it.

Feel free to contact me anytime to discuss this in more detail. I would be more than happy to help in any way.

Thank you, Melissa Chalmers

JA 09437

Radiation Sickness & ADA/FHA; Garril Page Comments, Aug. 30, 2013

Comments on Reassessment of FCC RF Exposure Limits and Policies,
ET Docket No. 13-84 and Proposed Changes in FCC Rules Regarding
Human Exposure to RF Electromagnetic Fields, ET Docket no.03-137

August 28, 2013

All of my adult life I have been an active participant in public
processes, attending meetings, speaking at events,  commenting
during periods of public participation.

I find it an embarrassment and a scandal that this Unites States
of America, where we celebrate and fight for freedom and equal
rights,  uses  ELF and RF 'guidelines' to  disenfranchise
citizens.   FCC guidelines for RF/MW exposure based on thermal
effects are inadequate, out-dated and wrongful.  Using SAM  and
SAR to shield industry profits is an outrage.  There can be no
other reason for this agency to try to cling to  standards which
are not protective of public health and are especially harmful to
sensitive populations.

You have received thousands of peer-reviewed reports and studies
which provide you proof of damage from low-level  exposure to non-
thermal radiation sources and urge adoption of biologically-based
exposure guidelines.   The 2012 BioInitiative Report is
incorporated by reference herein in its entirety(http://
www.bioinitiative.org

How is it that only the United States and Canada retain these
high-level guidelines while the rest of the world listens and
learns?  The FCC's power density value should be lowered from
1,000uW/cm$^2$ to 0.0003uW/cm$^2$.

In my own experience, I find I am sickened to a point of being
unable to attend meetings at the Board of Supervisors, the CPUC,
local agencies,  and other venues such as stores, markets, even
outdoor celebrations, where Wifi and RF signals and transmissions
are unrestricted.  I first notice a sharp and blinding headache,
my eyes feel pressure, then my skin reddens and begins to swell.
Next comes nausea and finally, my heart rhythms are affected. I
find being so limited in where I can go and in what I can
participate very-unAmerican.  Per No. 09-5761 Heartwood, Inc., et
al. v. Agpaoa, et al. I challenge the current exposure guidelines
because I have suffered an 'injury in fact' that is concrete and
particularized; is actual or imminent; is traceable to wireless
exposure; and  it is likely that this injury will be redressed by

lower exposure guidelines.

What is the cost of this disenfranchisement and ill health?   I
suggest that public discontent is counterproductive and ought to
be a matter worthy of FCC consideration.   I suggest this be full,
careful, and appropriate consideration.

The FCC may not be a health and safety agency, but if you solicit
comment, you indicate an intention to read what is sent you.   This
is in the public interest.    That you are able to acknowledge the
error of the current guidelines also is a representation of the
public interest.   The FCC should advocate that Congress direct the
EPA to establish biologically-based radiofrequency (RF) radiation
safety limits and provide the budget and resources to carry out
that task.

Further, this proceeding requires a NEPA assessment due to reports
of injury traceable to radiofrequency (RF) exposure under existing
guidelines, which establishing biologically-based RF safety limits
would prevent.

Thank you.

Garril Page
70 Fawn Drive
San Anselmo CA  94960

Radiation Sickness & ADA/FHA; Laddie W. Lawings Comments, Sep. 5, 2013

Received & Inspected

SEP 05 2013

FCC Mail Room

FCC 13-39

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Reassessment of Federal Communications | ) | ET Docket No. 13-84 |
| Commission Radiofrequency Exposure Limits and | ) | |
| Policies | ) | |
| | ) | |
| Proposed Changes in the Commission's Rules | ) | ET Docket No. 03-137 |
| Regarding Human Exposure to Radiofrequency | ) | |
| Electromagnetic Fields | ) | |
| | ) | |

To:    Office of the Secretary
       Federal Communications Commission
       Washington, DC 20554

Comment Filed by:       Laddie W Lawings
                        403 E. Park Avenue
                        Port Angeles, WA 98362-6935
                        ThePoemRags@msn.com
                        360-452-8122

August 29, 2013



No. of Copies rec'd    0
List ABCDE

1

JA 09442

Received & Inspected

SEP 05 2013

FCC Mail Room

**AFFIDAVIT OF   Laddie W Lawings**

State of Washington
Clallam County

I, Laddie W Lawings, attest that my statements are true to the best of my knowledge.

**Comment** round for FCC ET Docket No. 013-84 and ET Docket No. 03-137

1. My name is Laddie W Lawings.  My address is 403 E. Park Avenue, Port Angeles, WA 98362-6935

2. I am retired from a Naval Nuclear Inspector / Auditor Training Leader career.

3. Smart Meters RF transmissions have been reported to interfere with RF emitters that control medical devices, such as pacemakers, apnea monitors, electrically powered wheelchairs, RF insulin pumps...etc.... This condition is called radiofrequency interference (RFI) and can have consequences that range from inconvenience to serious injuries and death.  Living in Port Angeles, WA, please consider my following conditions:

> I have an Implantable Defibrillator/Pacemaker (CD2231-40Q), which the University of Washington State Medical Heart Center had implanted in my chest due to a medical team's advisement of concerns that I may return to a heart fibrillation state upon my return to Port Angeles, WA.  Although I have had two heart (a two by-pass and a one stint post-ops) conditions, I was determined to return to work at OMC.  A few years later, I noticed changes in my heart rhythms shortly after the installation of the City Wide and Olympic Medical Center (OMC) Wide Wi-Fi Systems.  These systems I believe caused and began the start of my heart rhythmic, respiratory, diabetic, and nervous tension symptoms.  These symptoms continued to increase and became problematic that sent me to hospitals and medical clinics alike.  A heart medical device to alert medical staff of my heart condition as I struggle to stay alive now monitors me.

> I developed server sleep respiratory apnea for which I must now use an assisted respiratory medical device every night.  This device assists my continuing breathing during sleep.  This too had become problematic during the same time epoch, as did my heart fibrillation epochs.

> During these heart and apnea problematic epochs, I had developed yet another problem, high blood glucose levels.  The insulin pump (OmniPod – UST200) and in-office lab testing reflected two highly different variances, not even close.  After my research on locations and level indications of the EMF/RF radiations by the use of EMF/RF meters, I was able to reduce some of my EMF/RF radiation exposures by using the methods used when I was a Nuclear Inspector; Time, Distance, and Shielding.  However, there are now locations and levels of EMF/RF radiations, which the general population and myself are unable to use these methods to control our exposures.  They are; City Wide Wi-Fi Systems, Smart Meters/Grids, and Cell Phone Grids.  Hospital Wide Wi-Fi, Security, and Electrical Systems.  And there are many businesses with the same type systems.  Now the Smart System, adding to the problem that the average person cannot control their exposure to.  Lets face it, we have now produced a New Dangerous Pollution that is killing us more than the Nuclear Waste and the Auto.

4. Health, environmental, privacy, and billing concerns have all been voiced over the installation of these smart meters. The City of Port Angeles says they are following the FCC guidelines.  Anyone with at lease some common sense should know that the FCC guidelines are "Out-Of-Date".  The people living under and in this "New Dangerous Pollution" know what they are subject to; Sickness, Abusive Price Increases, Natural Life around them dying, and Invasion of Privacy by the Government and Thieve alike.

JA 09443

5. The FCC guidelines are based on thermal effects to human tissue (heating). The thermal heating effect of radio frequency (RF) radiation on humans has been studied and is well understood. Non-thermal effects were not taken into consideration for the basis of these regulations. Scientific studies have shown that non-thermal effects due to cumulative or prolonged exposure to lower levels of RF emissions can cause adverse health effects. The Bio-Initiative Report provides a good summary on the studies of non-thermal adverse health effects detected.

6. The Federal Communications Commission (FCC) has failed to set safety standards that take into consideration safety for the disabled population and those with medical conditions adversely affected by non-ionizing radiation at far lower levels than that of the general population.

7. The Federal Communications Commission (FCC) has failed to take into consideration the increase amounts of EMF/RF devices being produced, installed, and used by business, governments, public works, and the like which the average person do not have control over to reduce their exposure to EMF/RF radiation; therefore, they are doom to adverse health affects, their lost personal privacies, and securities.

Respectfully,

Laddie W Lawings, MA/CNA
403 E. Park Avenue
Port Angeles, WA 98362-6935

August 29, 2013

Name: _Laddie W. Lawings_          _(Signature)_
        (Print)                              (Signature)

Sworn to before me,

This 29th day of August, 2013

_____
Notary Public

3

JA 09444

Radiation Sickness & ADA/FHA; Fern Damour Comments, Sep. 4, 2018

I am very concerned about the presence of 5g in our community.

   I have been personally affected by a 5g signal put in our home by our
internet service provider � Knology.  After 6 months of being exposed to the
signal, I developed heart palpitations and went to the emergency room
thinking I was having a heart attack.  I researched my condition and found an
article that said these symptoms could be caused by 5G.  I called Knology to
ask them to turn off the signal.  They instructed me on how to tap into my
modem and turn it off for myself.  So I did (keeping the 2.4G signal for wi-
fi use).  Over a period of months, my symptoms decreased in severity,
duration and frequency.

 However, we live in a duplex.  When new neighbors moved in next door,
Knology put a 5g signal on their modem.  My symtoms returned.  Thankfully,
when I explained to the lovely couple next door what effects 5G has on me,
they turned it off (keeping the 2.4G signal).
There are other people in our area that are using the 5G signal that Knology
automatically installs in each home.  From the name on the signal, I cannot
tell who they are.  If I could, I would tell them my story and ask them to
turn off the 5G signal.  Thankfully they are far enough away that I am not
experiencing symptoms daily.

 Still, I am concerned that soon there will be no safe place for me.
Adequate safety testing has either not been done, or has been suppressed or
ignored in the rush to beat the rest of the world to 5G technology.  We will
lose a lot more if we expose our citizens to 5G without adequate safety
protections than if we let someone else get to 5G first.

The wireless deployment must immediately halt and�the EPA should
systematically review the issue and develop proper safety standards.�

Radiation Sickness & ADA/FHA; Rebecca Rundquist Comments, Aug. 28, 2013

FCC 13-39

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Reassessment of Federal Communications | ) | ET Docket No. 13-84 |
| Commission Radiofrequency Exposure Limits and | ) | |
| Policies | ) | |
| | ) | |
| Proposed Changes in the Commission's Rules | ) | ET Docket No. 03-137 |
| Regarding Human Exposure to Radiofrequency | ) | |
| Electromagnetic Fields | ) | |
| | ) | |

To:    Office of the Secretary
       Federal Communications Commission
       Washington, DC 20554

Comment Filed by:      Rebecca Rundquist
                       901 Newcombe St.
                       Lakewood, CO 80215
                       Mrknbcky@aol.com
                       303-278-8498

August 28, 2013

1

JA 09448

The proliferation of wireless technology has taken over the American landscape. It has revolutionized the manner in which we live. The government has been at the forefront of this technological push, and the public has accepted it without question. Unless they are like me, and have become sensitized by exposure to everyday frequencies.

With each new advancement the physical symptoms I experience become worse, and the world I once knew becomes more difficult to live in. I started to do research when my symptoms, which include dizziness, confusion, ear- ringing, pressure and pain, became noticeable. The wealth of information was overwhelming as I discovered the world of electrosensitivity and other harmful effects caused by various frequencies. What was troubling to me was the lack of verifiable research done in this country, and the dismissal of research results done around the world. What was more disconcerting was that the industry was governed by the FCC and FDA, not the EPA.

Radiating technology has become so pervasive and invasive that the lives of my family have been permanently altered. Our 29-year old daughter, who is more sensitive than I, has been unemployed for 3 years. As more antennae permeate the outdoors, and wireless technology permeated the indoors, she is more or less housebound. We have not watched TV since the enforced digital switchover; we cannot use our swamp cooler or fans during the summer; we use an outdated computer with dial-up service and "simple" cell phones only when necessary. If we are experiencing these difficulties with the current exposure limits, I fear an increase would be intolerable.

I propose a moratorium until proper research is conducted, preferably by the EPA who would not be influenced by the industry. This research must include biology-based studies of radiation exposure. The cost to my family has already been too high.

Respectfully submitted by
Rebecca L. Rundquist

JA 09449

Radiation Sickness & ADA/FHA; JoAnn Gladson Comments, Sep. 3, 2013

I am a commercial airline pilot that is ES (electrically sensitive).  My symptoms have gotten progressively worse with the exponential proliferation of RF/EMF exposures in AIRPORTS, hotels, from BODY SCANNERS, and WiFi on-board Aircraft.  I am concerned about the health effects of RF/EMF exposure! There is virtually no escaping it.  My research on this subject matter this year has made me very aware and downright scared as to what my future holds.  I have met with several other individuals, all with ES, even another female airline pilot! We are 5% of today's population and growing.  I can't emphasize enough  how our future is at stake!  Please review the material submitted and form an INDEPENDENT panel, one that is non biased towards the telecommunications industry! Please feel free to contact me at 954-560-6312 for further discussion.

Radiation Sickness & ADA/FHA; Jonathan Mirin Comments, Jul. 13, 2016

Dear Commissioners,

This is my wife's story about becoming functionally impaired from RF exposure:
http://mieuxprevenir.blogspot.ch/2014/03/switzerland-waves-make-me-ill-testimony.html

We are trying to manage this situation as best we can but deployment of 5G would be a serious blow. Instead of being able to go into high RF environments once or twice a week and then spend some time recovering, she may not be able to go out at all. We know many others in the same situation. Small business owners, mothers, fathers, teens - people trying to survive in a world that has become saturated in microwave radiation - a world that is increasingly unlivable for them.

I understand there is plenty of industry funded research available to prove that my wife and millions of others around the globe (300,000+ people in Sweden alone are officially recognized as functionally impaired by their government) can not differentiate between a real and false RF signal. This would be comforting if it was an accurate measurement of electro-hypersensitivity. For more, please see:
http://electromagnetichealth.org/electromagnetic-health-blog/electrohypersensitivity-ehs-is-it-real-does-it-exist/

I also understand you have various dockets relating to sub-thermal exposure and safety that are pending. Given the extremely high stakes for our family and yours, please say no to 5G until these dockets have been processed and the results evaluated. Private sector innovation is a wonderful thing that should be encouraged but it is up to people like yourselves to insure that this innovation happens in a way that does not sacrifice an entire generation - which unfortunately is the historical precedent in America for many products (tobacco, DDT, lead, asbestos, etc.) that have had serious safety questions ignored in the relentless pursuit of a dollar - or trillions of dollars, as the case may be.

You may feel that if you were to stray from the "party line" on this issue, even a little bit, you would soon find yourself looking for a new job. If you are considering such a move, all I can say is that you might be surprised at how the disastrous things that seem to await you may not be as disastrous as you imagined.

It took me some months to accept non-ionizing microwave radiation could be affecting my family to such an extreme degree. If you would like to read about this process, please see my essay here: http://www.spiritofchange.org/Summer-2015/All-I-Really-Need-to-Know-About-EMF-I-Learned-After-My-Wife-Got-Sick/

I believe encouraging the private sector to innovate biologically compatible forms of wireless communication while building out our wired infrastructure is a strategy that history would look kindly upon.

Sincerely,
Jonathan Mirin, Massachusetts

Radiation Sickness & ADA/FHA; Mary Adkins Comments, Jul. 12, 2016

I'm writing to demand that our elected officials and those working on their behalf put a stop to Tom Wheeler's insane plan to roll out 5G across the country. Mr. Wheeler is apparently unaware (or unconcerned) that there are literally millions of people in this country whose health has already been devastated by wireless technology.

5G is a death sentence for the millions being crippled by wireless radiation. I should know, because my two children and I are among the casualties. We've been sickened by the already out-of-control wireless infrastructure, which continues to encroach upon every aspect of our lives. Wireless technology is already blocking our access to housing, jobs, education, medical care, public utilities, and even the ability to buy food. We cannot tolerate the wireless EMF emissions from cell phones, WiFi, cell towers, and utility "smart' meters already in place. Migraines, heart arrhythmia, respiratory problems, debilitating pain, dizziness, nausea, and other disabling symptoms will only increase with the release of 5G. How are we supposed to live? Work? Contribute to the community? People like us are dying because of this technology, and Mr. Wheeler wants more?

 It is this unfettered release of wireless technology (which began in the mid-nineties) that has sickened our population, causing exponential increases in neurodegenerative diseases, cancer, autism, ADHD, brain tumors, and other illnesses that have been unequivocally linked to wireless radiation.   It is Tom Wheeler and other telecom industry executives like him that created this wireless nightmare that has trainwrecked the lives of millions. Please listen to the "canaries in the coal mine" like myself before the rest of you end up on the same horrendous path we've traveled. PLEASE STOP 5G, and please have compassion for those of us already suffering and dying. Mr. Wheeler is saying 5G technology is "safe," and all the while people are dying from the wireless technology already in place--this is the ugly truth that no one wants to hear. World renowned scientists are unanimous that current guidelines ARE NOT PROTECTIVE OF HUMAN HEALTH. 5G needs to be stopped.

There is nowhere left to hide and barely anyplace left in this country where people like us can safely live. Introducing 5G into this already toxic microwave soup we call the US is the final nail in the coffin. By voting for 5G you are voting for government-sanctioned genocide because millions of people like us--who are already debilitated--simply cannot survive any additional exposures above and beyond what we are already enduring. Torture is too kind of a word for the struggle that is our daily lives.

Biological effects from radio frequency microwave radiation occur at levels tens of thousands of times below current federal safety guidelines. Because of this and on behalf of all who are suffering, please STOP the release of 5G. It is a death sentence for me and my children. If you've not heard of EMF sensitivity and the large numbers of people who are being sickened by this technology, then you have a responsibility to educate yourself and you certainly shouldn't be voting for or supporting this legislation.   When a public good is used to terrorize, dominate and sicken people (as this technology is doing to a significant portion of the population), it is no longer a public good. It is something that must be stopped.

Sincerely,

Mary Adkins, M.Ed.
Rhode Island Regional Director
Citizens for Safe Technology
www.citizensforsafetechnology.org
Former Configuration Manager
Mark 48 Advanced Capability Torpedo Program
Naval Undersea Warfare Center, Newport, RI
78 White Falls Trail
Wakefield, RI  02879
(401) 284-4530


Sent from a safe, hardwired computer

Radiation Sickness & ADA/FHA; Ian Greenberg Comments, Sep. 3, 2013

I am a regular citizen like yourself, but I suffer from Electrical Hypersensitivity, which causes me to react with symptoms like chest pain, rapid heartbeat, dizziness, memory loss and headaches every time I am around electro-magnetic fields (EMF), particularly around wireless devices and wireless signals.  I was living the American dream in my own home in Atlanta, GA.  To minimize, the amount of RF radiation I was exposed to, I stopped using wireless devices like cordless phones and cell phones.

This was workable for me, but about a decade ago the cell towers started coming up like mushrooms all around me, then came the smart phones.  Next was the Wimax, blanketing the whole city and then the neighbors adopted WiFi.  My health started declining.

A few years ago the smartmeters arrived, first the electric, which I dealt with by not using the room that had the meter outside.  Next came the gas smartmeters, which had to be read by a truck once a month, but were set to transmit every 15 seconds 24/7.

As the wireless infrastructure was growing exponentially, my health kept declining.  I stared lining my bedroom walls with RF blocking material, so I could sleep at night.  I also stayed in the center of my house where the RF readings were the lowest.  Every time I went outside, I would be bombarded by wireless signals and had to retreat back inside.  Public places like libraries, coffee shops and supermarkets were now off limits for me and I had to get family members to shop and run errands for me.

At the end of 2012, I could not take it anymore and I literally slammed the front door and drove 2000 miles across the country to a small town in rural Arizona.  I am not around wireless signals anymore and my health has improved dramatically.

OK, back to the business at hand.  In 1996 you allowed industry to set RF radiation guidelines, this is like letting the fox guard the hen house.  At that time there was almost no wireless infrastructure and no one could envision the exponential growth in wireless technologies or just how dense the electrosmog from all of these devices constantly radiating would be.

Our radiation exposure limits are among the highest in the world and other counties are much more concerned about the health risks of wireless radiation.  More and more people worldwide are becomming electrically hypersensitive and this is going to be one of the biggest health challenges of the 21 century.  The current exposure limits allow a 20-fold higher exposure to the head compared to the rest of the body and do not account for a child's greater vulnerability to this type of radiation.

In 2010, I published a website www.thenewtobacco.com, warning people about the health risks of wireless radiation and how to protect themselves.  Your organization needs to set tougher limits on

RF exposures, you can't trust the wireless companies or the telecom industry to set appropriate limits, there is just too much money at stake.

We need to learn a lesson from the tobacco industry, whose executives lied under oath to protect their profits.  So do the right thing, use the precautionary principle, pay attention to the studies that have NOT been conducted by industry and set more restrictive RF radiation limits.

In a country founded on individual freedom, what about freedom of choice not to be blasted by high levels of wireless radiation?  I am thankful everyday that I am not around wireless radiation anymore and that my body has a chance to heal, but others may not have the strength, ability or resources to flee like I did.

Thank you for listening!

Radiation Sickness & ADA/FHA; Helen Sears Comments, Sep. 3, 2013

PERSONAL EXPERIENCE AND COMMENTS ON EMF PRESENT LIMITS:

1. Port Angeles, WA installed one of the nation's first citywide wi-fi systems. When half of it was turned on, I couldn't get to sleep until 4:30 a.m., then slept until a little after 7 a.m.  That was it.  A day later, the rest of it was activated, and that night I got no sleep at all.  In addition, I was constantly dizzy, light-headed, and couldn't keep a focused thought in my head.  It was terrifying.

   How did I know when the system was activated?  My husband was on the Citizens Utility Advisory Committee and was present at all the meetings when the time was agreed upon.  How did I know I had a problem with wi-fi?  Several months beforehand, we got a router and plugged it in next to a desk in our bedroom, which was big enough it also contained the study.  From that time, I couldn't get to sleep.  As an experiment, we simply unplugged the router at bedtime, and the sleep problem disappeared.

   We had just paid off our house the month before and planned to live in Port Angeles the rest of our lives.  However, my reaction was so severe my husband rented me a motel room outside the wi-fi range until I could fly down to our daughter's in SoCal while he located a room outside Port Angeles that we could rent where I could stay until we could sell our wonderful house and move.

2. We were allowed to move into our new cottage in Mendocino. CA the night before close of escrow, but I felt dizzy, unable to concentrate, and couldn't sleep that night at all.  The next morning, I found a "smart" meter on the outside of the garage, even though we'd been told "smart" meters had been banned in Mendocino.  We found out the supervisors had approved them, in spite of local dissent.  Fortunately, there was an opt-out available, so we paid $75 for ourselves and our neighbors (only one close neighbor), to remove the meters, and continue to pay $10/month for us and $10/month for our neighbors to keep this uninvited and debilitating technology away. (Our neighbors reported having strange headaches and sleep disturbances, though their symptoms were not as severe as mine.)

3. My system is now much more sensitive to EMR of all kinds than it was in the beginning.  As a result, I can pick up dirty electricity from sources that never bothered me before.  Because I was still having symptoms, my husband located an EMF consultant on-line, and we rented 3 kinds of meters for two weeks so we could make a thorough measuring throughout the house.  One meter measured radiation (Gauss), one EMR of all kinds, and one the amount of electricity picked up on an individual's skin.  It turned out I pick up much

more electricity than my husband, which may account for my sensitivity, or it could be a result of all I've been exposed to. However, with the help of the meters, we have located problem areas in the house and have turned off several circuits, and are going to get a couple areas rewired with metal-clad wiring so the house is EMR safe.

4. A doctor I went to in Port Angeles reported dozens of his patients complained about sleep problems after the wi-fi system was turned on, but they had no way to track it, for the local newspaper refused to carry any articles about the wi-fi mesh system the city was installing. And then the City Council approved the installation of "smart" meters; however, a citizens' group formed and has managed to stall any further installation, for many people are deeply concerned about the health effects they and their children and neighbors are experiencing with a double dose of EMR from both the wi-fi and "smart" meters.

5. Three months after my last exposure of strong and constant EMR, I'm still recovering. I'm requiring 9-10 hours sleep, and my memory is still a bit slow, though much better than it was, and improving daily. But my system is still sensitized, and my hunch is it will be for some time. I can feel strong EMR sources when moving into them, and can also sense when being in an EMR-free zone.

6. In doing research on EMR, including wi-fi, "smart" meters, and cell phones and cell phone towers and antennas, I have read over and over again how research is now proving the all too real and verified health hazards with exposure to what the body was never designed to handle. Just recently the UK delayed the installation of any "smart" meters in their soil so the health hazards can be studied. France has outlawed use of cell phone by children in elementary school. Toronto was going to install a citywide wi-fi system, but the health department stepped in and stopped them because of health concerns. I can personally witness that there are dire consequences connected to these technologies, and though I am part of only 3-8% of the total population with severe symptoms, I have no doubt others are affected without knowing it, especially children. And the WHO has recently declared EMR to be a possible carcinogen.

7. IN CONCLUSION, I URGENTLY SUGGEST YOU REVISIT THE PRESENT LIMITS OF EMRs AND JUMP FEET-FIRST INTO ALL THE RESEARCH DONE SO FAR, AND BECOME THE COUNTRY'S TOP ADVOCATES OF THE FOLLOWING:

   A. Stop any further installation of city-wide wi-fi systems.
   B. Stop any further installation of "smart" meters, which do NOT save energy, consumer money (bills, instead, go up), or help with any energy conservation.
   C. Ban cell phone use in children. (Finger texting fine, but nothing

involving the phone being held against the head.

D. Promote truly clean energy (solar, wind, wave, algae) for the needs of the future, so new ways to have power and communication can happen without endangering our precious resources or the health of our citizens.  And find ways to protect sensitive people now, while new technologies are being discovered.  All this will involve plenty of new jobs and pay decent profits to corporations willing to put people's well-being first.

If you will be brave enough to do all that's in your power to protect and nurture, you will not only be promoting one of the more important transitions to the future, but you will be saving the country catastrophic amounts of money, should the full health consequences of mesh EMR go ahead unstopped.

Thank you.

Helen Sears


Recommended Resources:

PUBLIC HEALTH SOS:  The Shadow Side of the Wireless Revolution by Camilla Rees and Magda Havas, Wide Angle Health, LLC 2009.  (Professor Magda Havas is a pioneer researcher of EMR at Trent University, Canada.)

HEALTH HAZARDS OF ELECTROMAGNETIC RADIATION, 2nd Edition, by Bruce Fife, N.D., Piccadilly Books, Ltd., Copyright 2009, 1998.

Radiation Sickness & ADA/FHA; Janet Johnson Comments, Mar. 4, 2013

Testimony on effects of EMF?s

To Whom It May Concern,

I am a person disabled for 20 years by intolerance for chemicals and electromagnetic fields (EMFs). Both chemicals and EMFs were causing impairment to my intellectual functioning. I had become so impaired that I was unable to follow and participate in normal conversation , or remember 3 simple numbers long enough to add them (for example, 15 + 8 + 10).

In my mouth I had a mix of mercury, 5 steel posts and two gold crowns. I have recently learned that mixed metals in the mouth can cause a battery effect which results in mercury mobilizing into the bloodstream. I also lived in a house with high magnetic fields (12 milligauss) which I believe may have made the situation worse and also caused the lead poisoning in me and my daughter, since the source of high EMF?s was coming from stray electricity in the water pipes.

My memory, my mental clarity, and my tolerance for EMFs improved steadily as I chelated mercury out of my body. However I remain sensitive to EMFs. Being within a few feet of a WiFi emitter still causes neurological loss of functioning within minutes. Being at an increased distance of even 30 feet, results in a delay of this reaction to a day or two.  I am able to tolerate exposures at work for a few hours because I can come home to my house which has no recordable EMFs (on my meter) and recuperate.

I have had to relocate 4 times because of these neurological problems. I am in a safe place now. Forcing me to have a smart meter would be devastating.

I am not a scientist, but I know  am a person who does not do well with EMF exposure. Where is the research? For the health of our society we need to answer such questions as:

1. Does exposure to EMFs cause increased release of mercury amalgam in some people? Especially those with mixed metals in the mouth? (I saw one study that supported this.)

2. Why is it that some people with mixed metals in their mouth can ?hear the radio? in their teeth?

3. Does mercury in the brain act like an antenna?

Sadly, people like me are unable to represent themselves. I am only able to use a computer for a few precious moments at a time. There has been very little representation from anyone other than those who are making financial profits from EMFs.

Radiation Sickness & ADA/FHA; Mr. and Mrs. Gammone Comments, Aug. 20, 2013

Comments on Notice of Inquiry, ET Docket 13-84


STOP THE HEALTH HAZARD NOW !!!!

It started for my husband and me in June of 2012. We started to hear a very high pitched tone one day, which we never heard before. It was on and off for a while until it stayed on permanently, day and night, 24/7.  We assumed that there was a problem in our home and had an electrician check our wiring, which is fine. Then we went on to call Central Hudson, our electric company, then all the other companies that have wires/cables hooked up to our home. Nothing was wrong with our connections and wiring, but that high pitched tone was still there.

It is ruining our lives!   We can echo many of the complaints of all the other people responding to this inquiry. We do not have a "Smart Meter" attached to our home yet, but we know of some that are in our vicinity. We also noticed all the extra, heavy duty wiring and equipment that was installed on the power poles by the local Cable/Internet Provider OptimumTV/Cablevision in conjunction with the local electric provider Central Hudson to install the "Rural Broadband" (high speed internet service for every person in this country).  That was the onset of us hearing the strange tone in our home. It is a 2 tone signal, high pitched which varies throughout the day and night and it has a low,roaring undertone, like an engine idling in the distance and it is constant. It can not be blocked with earplugs or headphones. It penetrates everything, including our bodies.
Our symptoms to this frequency are as follows; can not go into deep sleep, constantly awaking every other hour, sleep deprived and drowsy during the day, depressed, angry, loss of concentration,loss of memory,constant headaches, nerve pains, nausea, anxiety and general feeling of being unwell.

In the beginning we could find places that were not affected yet and we would feel better quickly, but we think the more wiring went up the worse it got. We can hear this tone/frequency everywhere now. In the stores, at the park, alongside the roads and the worst place is our home. We live in a rural, quiet town and the sound of this frequency penetrates the night hours especially.

It may very well be a combination of different sources, Broadband over Powerlines, Smart Meters, WiFi and Cell Towers.

We also had technical problems with our appliances. When Broadband Wiring got installed,we had several small power outages and surges.because Broadband runs on electrical power with battery backup. We lost 2 television sets due to the disturbances and one computer. Our automatic garage door won't open anymore, unless you get out of your car and stand right in front of the door. That coincided with the installation of a signal repeater/wifi box right across from our house. We talked with the manufacturer of the garage door and were told that if new batteries in the remotes won't remedy

the problem, that Radio Frequency Interference would be the cause of the door not opening. We called OptimumTV/Cablevision to report and remedy the problem, but they told us that the wifi box will not be moved and that they are operating their frequencies for Broadband at the guidelines of the FCC.

This frequency can also be heard during a power outage or by shutting of the main electrical panel in the house. We heard the frequency still running during a power outage related to "Hurricane Sandy". We know that Broadband has battery backup and the Cell Tower has generator backup.

This is an invasion of our privacy, our lives and our health. There is no remedy for any of the problems mentioned above. The public has no recourse. We were never informed of the side effects of any of these installations and have nobody to turn to for help. We have contacted the NYPUC, the FCC, the Governor of New York, the New York State Broadband Office and our Town Supervisor as well as all the companies that have wiring attached to our home. All the parties we contacted either ignored our plea for help or denied that there is a problem. We were laughed at and looked at as if we had lost our minds ,when everybody involved knows very well that there is a major problem with the newly installed technology. It is a crime!

This is a major health threat to the public and needs to be stopped as soon as possible.
Take notice FCC and investigate the complaints of all the people that took the time to express their concerns!

Radiation Sickness - Disability; Shelley Masters Comments, Sep. 10, 2013

Received & Inspected

SEP 1 0 2013

FCC Mail Room

FCC 13-39

### Before the
### Federal Communications Commission
### Washington, D.C. 20554

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Reassessment of Federal Communications | ) | ET Docket No. 13-84 |
| Commission Radiofrequency Exposure Limits and | ) | |
| Policies | ) | |
| | ) | |
| Proposed Changes in the Commission's Rules | ) | ET Docket No. 03-137 |
| Regarding Human Exposure to Radiofrequency | ) | |
| Electromagnetic Fields | ) | |
| | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:     SHELLEY MASTERS
                      336 Banchero Street
                      Sonoma, CA. 95476
                      Shellmasters21@gmail.com
                      415-336-5548

                                            September 3, 2013

No. of Copies rec'd      0
List ABCDE

1

JA 09469

## AFFIDAVIT OF – SHELLEY MASTERS

Received & Inspected

SEP 1 0 2013

FCC Mail Room

State of CALIFORNIA

SONOMA  County    ]

I, SHELLEY MASTERS, attest that my statements are true to the best of my knowledge.

**Comment** round for FCC ET Docket No. 013-84 and ET Docket No. 03-137

1. My name is SHELLEY MASTERS.  My address is 336 BANCHERO STREET, SONOMA, CA 95476

2. I am a professional artist of 35 years.  I am a painting contractor and I paint murals and interior art work for private residences and commercial spaces.  I have painted in over 1000 upscale homes in the San Francisco Bay Area.  I am also an art teacher and I had an art school from 1996 to 2001 in San Francisco.

3. I support change in the FCC RF safety guidelines.  The indiscriminant use of artificial pulsed microwave radiation is not compatible with biological life.

4. Attached is my experience of being harmed by the indescriminent use of this wireless artificial pulsed radiation.

Respectfully submitted by:
Shelley Masters
336 Banchero Street
Sonoma, CA 95476
September 3, 2013

JA 09470

SHELLEY MASTERS
336 Banchero Street
Sonoma, California
95476
shellmasters21@gmail.com
415-3367-5548

Received & Inspected

SEP 1 0 2013

FCC Mail Room

During the last two weeks of December 2010, one third of my hair fell out. It came out
in handfuls. I went to a dermatologist and she did a biopsy and said that all of my hair
was in "resting phase". Hair has three phases - growing, resting and falling out. She
asked me if I had been in an accident or suffered some unusual stress. I hadn't. She said
my hair showed that my body had experienced a big stressful event, like having a baby,
or a car accident. I didn't know of any event. The body goes into shut down mode when
this happens and it uses its energy for functions other then producing hair.

The next few months I felt fatigued. The fatigue was with me all the time. It was hard to
do my work, my profession, which requires physical labor. I was exhausted all the time.
I could fall asleep anywhere and any time. It was as if I never got any sleep. I would
wake up exhausted. I could fall asleep anywhere, anytime. I was barely functional and
went to several doctors.

I also felt depressed, but it was a strange kind of depression. I felt like something was
pressing on my chest. I felt like my heart was broken. I felt this all the time, morning,
noon and night. I felt this when I would wake up in the middle of the night. I had nothing
to be depressed about. I live in a great city. I have a nice house. I have a good
profession where I do art for interior designers and architects. I love my life. I've never
experienced this feeling, ever.

I noticed one day that the two sides of my face looked different. My left side looked
horrible. My eyelid was drooping and there was a sty growing on my lower eyelid. My
cheek looked inverted. Also, I had a patch of skin on the left side of the back of my head
that itched horribly. Everything was on the left side. My dermatologist couldn't figure
out why it was raised and pink on one side only. It was from the top of my head to the
bottom of my neck. There was also a place on the round of my left shoulder that itched
the same way. Nothing would satisfy the itch. It burned, too. My doctor prescribed
several ointments and shampoos. None of them worked.

I would wake up with my heart beating wildly. There was no dream, there was no
outside disturbance. I could actually see it beating inside my chest. It would happen
several times a week. It always happened between 3AM and 3:30 AM. I remember often
when I would wake up with a start, out of a deep sleep, that my cell phone, that I had on
the night stand to use as an alarm, would be chirping.

I was having trouble thinking. I couldn't concentrate. It was very strange, I couldn't do
things in sequence, I couldn't process my thoughts. I felt mesmerized when working at

home.  My spelling was fine, my math was fine, and my recall of people's names and numbers were fine.

I took an online class on EBay three times, because I couldn't get the sequence in which to do the steps.  I remember one time trying to write out a bid for a job and it took me four hours to figure it out.  It was so simple and normally a bid like this would take a half hour, not a whole day.  I couldn't process my thoughts right.  I thought I was going crazy.  My work suffered.  One day it took the whole day to just decide on a simple font for a document.

In my art profession I work at home half the time and on site the other half. Many times I remember sitting on the couch in the middle of the day and just disappearing.  I would just go out, I would just go blank and ten minutes later I would think… what just happened?

I remember that taking showers always made me feel better, my skin felt like it was sunburnt, when I hadn't exposed myself to the sun.   There were days I took four showers.  Also, I would feel better at night.  I felt much more energy after dark or after 7 pm.  Early, early mornings were fine, too.  The worst time was from around noon to 7PM. I started shopping at night.  After about a year I was unable to leave my house during the day.  I had an irrational fear.  It didn't make any sense.

I couldn't concentrate and I couldn't think.  I couldn't exercise because I was so exhausted.  My doctor said I had an undiagnosed inflammatory condition.  I was on an anti-inflammatory diet and on medication that helped the condition, but no one knew what was wrong.  I did an intake with a psychiatrist for the depression and he said I was mentally fine, but he would give me medication for the depression.  The medication did nothing.  I took it for six months.

The itching had become so bad that no matter how much I scratched I couldn't stop the itching.  I have a friend who is a surgical nurse for a local hospital.  I told her of how the itching specifically felt – like steel wool drenched in acid stuffed under my skin.  No amount of hot, or cold compresses, no topical or oral medicine, or scratching stopped the itching.  She said it sounded just like the description of her patient's itchiness when they were on chemotherapy.  At the time I had no understanding of her comment about the symptoms of chemotherapy radiation.

In March of 2012 I started to get nosebleeds at night and I was waking up almost every morning with my heart racing.  I was a mess.  I couldn't think, I couldn't concentrate, I was depressed, I was fatigued, I had gained lots of weight and I couldn't exercise.  I couldn't do my profession.

When I tried to go for a walk in my neighborhood, I felt like I would collapse. I had also developed incontinence and I had to go to the bathroom every 45 minutes.  My doctor said that incontinence was part of the mysterious inflammatory condition.  He did a blood work up on me and everything was in an acceptable range.  Nothing looked unusual.

One night I woke up with my heart racing and once again another bloody nose. I had never ever had a bloody nose in my life. I started to cry. I wanted to die. I knew I wasn't depressed. But I knew something was terribly wrong.

**How I found out it was the Smart meter:** I turned on the radio one night after waking up with my heart racing around 3 AM and I caught the last few minutes of a talk show on Smart meters. The person calling into the show listed the health effects of Smart meters.

Even after a year and a half of this experience of symptoms, I remember thinking to myself at the time, about the person on the radio - "What a dummy! Smart meters don't put off enough power to harm you. It's not even as much as a 60 watt light bulb or a cell phone call." I had embraced the new technology. I didn't even remember when mine was installed. I didn't care. This new technology was about energy consumption and I felt it was a great idea to know what you were consuming.

She listed the symptoms and I had all of the symptoms of "microwave sickness" or "microwave illness". I hadn't put them together as one thing. I didn't know that the depression was related to the nosebleeds or the pressure on my heart had something to do with the lack of concentration.

I certainly didn't expect an environmental exposure. I was surprised to find out that microwave illness is well documented. These were my symptoms:

Hair loss
Heart palpitations
Insomnia
Pressure on the heart
Depression for no reason
Itchy and burning skin
Inability to concentrate
Anxiety
Chronic fatigue
Thought processing difficulties
Nose bleeds
Ringing in the ears - constant

The gas Smart meter was about 6-7 feet from my headboard of my bed, on the outside. On the other side of the meter there was a mature, 25 year old Rhododendron. It was all brown except the top leaves. I had had two nursery people over to help me save it. We couldn't figure out what it was that was turning the leaves brown. There were no insects; there was no mold or mites. I looked at the plant again and noticed that there was a very exact line that went straight across, the brown leaves below, the bright dark green leaves above. The plant also had been affected by the radiation from the Smart meter. It has also recovered since the removal of the meter.

I called PG&E and had the meter removed. They came 10 days later. I am being charged $75.00 for the removal and $10.00 a month for not having the meter. I slept in my bathroom on the floor away from the meter and over at a friends house whose neighborhood didn't have them yet during those 10 days.

I slept through the night with no heart racing or bloody noses. The itchy burning area on the left side of my head and my shoulder had faced the Smart meter in my sleeping position in my bed. I sleep on my stomach with my face to the right. The area that had a rash, and that horribly itched was on only on the left side of the back of my head; the side that faced the Smart meter – the side that was exposed 8 hours a night. I had a Smart meter on both sides of my house, one for gas and one for electricity.

Sleeping away from the Smart meter my symptoms almost immediately disappeared. I felt more energy and my head cleared.

I called PG&E to find out when the meter was installed. It was installed December 2010 just before Christmas. This was at the same time that I lost a third of my hair and the beginning of all of my symptoms that lasted for a year and a half.

This pulsed microwave communication is dangerous and I believe that the utility company has heard hundreds of stories, many like mine. The person who removed the meter said that my experience, though extreme, was typical of the complaints. She also stated that PG&E had weekly meetings where they reported the experiences of the people who were having the meters removed.

This experience has cost a minimum of $7500. in doctor bills. I was unable to work and this cost me a year and a half of wages, approximately $75,000. I had just moved to Sonoma and I was unable to market and establish myself in the community and have had to live on my retirement savings to cover this $75,000. I now have developed sensitivity to many RF fields. My new sensitization makes it impossible for me to be around the DECT portable phones and most WiFi radiation. I can also feel fluorescent lights and I have an allergy to what I know to be dirty electricity. I have had much of my electrical wiring in my home insulated.

I have purchased meters and had a professional electrical engineer mitigate the fields in my home that are affecting me the most. A body voltage meter was used to identify what I was sensitive to and it has made a remarkable difference shielding some of the walls and insulating some of the wiring. I have turned off most of my circuits and only turn on the ones I need to use when I need to use them. This has cost me over $5000. to mitigate.

I have permanent tinnitus. It is a high-pitched ringing that is 24/7. I have improved, but I still have an inflammatory condition. I am in the process of finding another place to live where there is no smart meter grid and reduced cell tower and Wifi coverage. When I am in places with lots of Wifi, or in a home with a DECT phone I have heart palpitations and my skin starts to burn and I have difficulty concentrating and finding my words.

page 4 of 5

JA 09474

I am also worried about possible brain damage from sleeping next to the Smart meter for 8 hours a day for a year and a half. It is my understanding that tumors take many, many years to develop. The studies of radiation victims in Japan show that damage from exposure to radiation takes time to show up and is different for different individuals. There is no way to find out how this will affect me in the future.

And, because of my newly developed sensitivity I will now have to move from my home to a place where I am not in the Smart meter grid, perhaps out of state, leaving all of my friends and business contacts. I may never be able to work again at my profession.

What is this worth? Millions!

How can I put a number to the cost of developing a tumor, or developing early Alzheimer's disease due to this encounter with the Smart meter technology and the additional exposure to other artificial radiation regulated by the FCC? $100,000. per year in a nursing home? For 10 to 20 years? It's incalculable.

You have a duty to protect the public from this artificial radiation. This is not about restricting industry unfairly. Everyone is affected. Everyone is in harm's way. This must be scientifically studied with NON industry tests.

September 3, 2013
Sonoma, CA.
95476

page 5 of 5

JA 09475

Radiation Sickness - Disability; Tara Schell &
Kathleen Bowman Comments, Sep. 12, 2016

JA 09476

ID   10912513712220                                    Proceedings ET 13-84   ET 03-137

Names of Filers Tara Schell,Kathleen Bowman          Type of Filing COMMENT
Filing Status DISSEMINATED                           Viewing Status Unrestricted
Date Received Sep 12, 2016                            Date Posted Sep 12, 2016
Address 2920 Blue Grass Valley Road
City Blue Grass
State VA
ZIP 24413


Brief Comment
Our health is not negotiable! We are holding everyone personally liable and accountable that does
not vote against or speak up against these radiation deployments! The wireless deployment must
immediately halt and the EPA should systematically review the issue and develop proper safety
standards. Just Say "NO!" to the 5G Big Brother Spectrum, Global Wifi, and the Not So Smart
Murder Meters and any other program that releases more toxic microwave radiation on its people
and illegally surveys or collects data. There has been no NEPA review of the environmental and
human health impacts of moving forward with 5G. The FCC has put the cart before the horse in
promulgating rules for 5G without first studying the safety of 5G for humans and the environment.
There is consensus within the scientific community that the existing FCC limits for wireless radiation
do not protect the population from biological effects (www.EMFscientist.org) Wireless has destroyed
my life! Over the years as more and more wireless and EMFs have been added to our society, I
developed severe sensitivities to it. At first I couldn't be near people's cell phones, then the cell
towers made me ill and weak, then they put a "Not So Smart Murder Meter" on my house in 2008
and I had no idea what a Smart Meter even was let alone that they changed the meter on my home.
It took us months to figure out (after I went away on a trip and all my symptoms from the Smart
Meter stopped), that it was the meter. It almost killed me. It stopped my heart every night and
paralyzed half my body, it constantly caused my heart to act up each day either by tightening,
jerking, rapidly and irregularly beating, I had continuous bleeding every day, it gave me severe
vertigo, neurological damage, tremoring, severe brain fog, severe pain in my lymph nodes and
extremely painful electrical shocks in my body, paralyzed my joints and limbs for weeks or months at
a time, it caused nerve damage and numbing, circulation problems, severe insomnia, messed with
my sugar levels, shut down my kidneys, caused a Diabetes type 3 (which I only get when I'm around
EMFs), hormone imbalance, severe cramps in my uterus, caused all the systems in my body to go
completely haywire, caused a form of artificially forced depression, and so much more. Eventually I
found out they switched the meter on my house to a "Not So Smart Murder Meter" and I had it
removed but the damage was already severe and the sensitivities did not go away or decrease. I
slept in the middle of my living room floor for the rest of the years in that house cause I was so ill and
sensitive from EMFs. Only 100% abstinence can keep the symptoms from appearing or getting
worse. This is impossible to do in today's society since EMFs and environmental pollutants are
everywhere. Not So Smart Murder Meters also have an extremely high risk and record of catching
on fire and illegally track and collect data inside one's personal dwelling. Citizens were never
informed nor asked to opt in to this toxic program. After wireless destroyed my health, I then became
severely sensitive to all forms of EMFs (RF (wireless), magnetic/electric fields, and dirty electricity).
So now I'm sensitive to all electric including appliances, wires and plugs, EMFs from a motor or
vehicle and more. I can't handle any chemicals, molds, toxins, gasses, or smoke even in small
quantities. I can no longer drive or I can pass out or end up in a coma, it shuts down my kidneys,
shoots my sugar levels in extreme differences in a short period of time, and gives me brain fog so
badly that I lose all cognitive function and develop both Parkinson's and Alzheimer symptoms from
neurological damage. Even being a passenger in a car can cause this from a short ride. I can no
longer work, go to church, get around, shop for groceries, or be around people with cell phones,
electronics, or chemicals. I can't travel or be in a city/town without side effects and permanent
damage to my health and I can't use hospitals or medical offices. Millions of people in America are

completely disabled and homeless from wireless. Studies show that at least 50% of the population will be hypersensitive to EMFs by 2017 due to the rapid increase in numbers and these figures were not calculated with the addition of Global Wifi, 5G, or any other radiation being released which uses even more power. There are so many people sick from wireless that doctors are changing their practices over to just focusing on radiation sickness. I personally know a long list of people severely suffering from this. I can't be near a single cell phone without severe instant pain and in a short time can completely shut down my body or stop my heart. Global Wifi was beamed down over my house this past Winter and it killed my dog and almost killed me. I was knocked out instantly as if someone shot me with a strong radiation gun. I didn't know it was Global Wifi at the time because I never heard of it. I thought maybe someone put up a new tower or wireless device in the area so I called all the utility companies and told them I could feel wireless really strong and it was killing me and asked if anything new was put up. Everyone said no. Then one day it just lifted and I knew it wasn't something new in the area. Then I found out from others that Global Wifi was being experimented on us in this area. I was unable to function and barely get up from January to June from the radiation poison they placed on me. Other neighbors got extremely ill too who can not feel wireless as I can actually feel it. One guy ended up in the hospital from it and is still there. He has weak kidneys and a heart condition and the Global Wifi experiment shut him down completely. There were complaints from other neighbors as well of brain fog, dementia, and lack of cognitive function during that time. The answer is not in treating symptoms with drugs, gadgets or devices. The answer is to remove the toxic source and replace it with safer technologies! (Watch this video to see how EMFs affect the body on the cellular/biological level; The Truth About Thermal Effects & the Good & Bad of Microwave Radiation on the Cellular/Biological level and How it Affects EHS/MCS, Cancer, Autism, and more https://www.youtube.com/watch?v=_Up8bqiJN2k The amount of radiation they beamed down was extremely strong. It was severely tormenting. I lost weight, lost all cognitive function, had strong suicidal/depression frequencies placed on me, and my cells and mitochondria were completely wiped out and I had severe abnormal chronic fatigue. I was not even able to lift my arms or get up the majority of the day. I was severely weak and just lay there crying. This is not only inhumane and cruel but it is illegal and unconstitutional to torment, experiment, or place these toxins on our bodies. We will be holding anyone accountable and liable for this that does not vote against it and does not take serious measures to protect us! This is a declaration of war and an invisible holocaust being placed on its citizens. Wireless is a neurotoxin, genotoxin, and a carcinogen. 5 G spectrum is just as dangerous, if not more, than Global Wifi and both will reach everyone everywhere with no way to opt out. Also, chipping everyone and everything (as Mr. Wheeler stated in his speech) is illegal tracking and surveillance and proves that this is a Big Brother Agenda that he and other Narcistic leaders are trying to put forth. Other countries are removing wireless because so many people are becoming disabled from it. America is the only country that keeps promoting dangerous technologies on its people as experimental rats! As Mr. Wheeler himself showed that he is not a medical doctor and does not care about safe radiation levels, you need to listen to the evidence from the medical doctors and scientists that are not "bought out" or threatened by the cellular industry or government. The cumulative effects of all these EMFs are not being calculated and the "thermal imaging" safety standards were not created for medical or biological effects on mankind or the environment but were created for "technical standards" only as the scientists themselves stated. Thousands of studies show that the current standards are billions and billions of times higher than what is biologically/medically safe and the government is trying to raise these standards billions of times higher than the deadly doses already existing. Many children are severely tormented by wireless and EMFs. They can't even have the slightest exposure without a complete meltdown. This is abuse! Wireless can not be controlled. It reaches across everyone's properties and boundaries which is encroachment and is illegal. Stop increasing frequencies and radiation levels. Narcistic leaders will never be satisfied and will continually ask for more. Someone needs to get this under control before it is too late. There will be no safe place for anyone to reside or live away from this radiation poison and torment. Land lines are the safest and most secure services we have so far. Either hardwire everything with proper filtering/shielding and cancelling of EMFs or come up with safer technologies. For an alternative energy that is good for the environment and can

run motors and devices without electricity to reduce the amounts of EMFs we are using see the "Air Compression with the Trompe System" links below. In the meantime, back off our bodies, families, properties, and children and give us safe zones to live in. Zone yourselves in and kill yourselves off if that is what you want to do. I don't agree with it but keep it off of us! Wireless microwave pulsed radiation is the number one killer of bees and pollinators and a famine will develop from this. It also kills crops and animals along with humans. Wireless also increases mold and biotoxins (including Lyme disease) over 600 times in your body and environment and is also creating a mold epidemic. Weakening and disabling America is not progress! It is criminal! Sincerely, Concerned Citizen Who Is Fully Disabled from EMF Damage and Seriously Fed Up with our Corrupt Government and Lack of Compassion and Concern, Tara Schell Virginia, USA 540-474-3146

Radiation Sickness - Disability; Patricia Burke Comments, Feb. 5, 2013

Request for Biologically Based Health Standards for RF
Statement from Patricia Burke

In 2005, while living in Massachusetts, I moved to an apartment within walking distance of the yoga studio I had directed for almost a decade.  Within weeks, I experienced declining health, including headaches, fatigue, poor sleep, poor digestion, tension, and extensive menstrual bleeding.  The apartment was on the 3rd floor of a home 2 doors down from a church housing a cellphone antenna.

In 2008, in deteriorating health, I moved to California in hopes that the warmer climate would help me to heal.  By the spring of 2010, I was turning off the power in part of my rental home.  Eventually, I was camping in the yard because I was receiving electric shocks out of thin air during the night.

In 2010, I returned to MA to be near family, preparing to die.

I continue to tread water in terms of survival, and every day is a challenge.

Since 2008, I have moved 14 times due to radiation-related illness, at considerable expense and financial loss.  I am unable to live in reasonably-priced apartment buildings or in thickly settled areas due to the presence of Wi-Fi, cellphone users, cordless phones, and electronic devices which exacerbate my deteriorating condition.

I have an Ivy League education but I am unable to work.

As a professionally trained yoga practitioner, it is obvious to me that humans possess different resiliencies and sensitivities. In that same way that some dogs can detect an incoming thunderstorm, some humans possess a heightened awareness of the EMF spectrum because they register the frequencies on a physical level. To continue to deny that some individuals are being adversely affected to RF, and to expose them to unhealthy frequencies, against their wishes and without accommodation, is a form of genocide.

Radiation Sickness - Disability; Deirdre Mazzetto Comments, Aug. 19, 2013

# Comments on Notice of Inquiry, ET Docket No. 13-84

First I would like to tell you my story:  I am a Registered Nurse who moved to Reno in early July.  On July 25th, a NV Energy technician arrived at my house to install a smart meter and gas module.  I had not received any phone calls, phone messages, or detailed information in the mail from NV Energy about the smart meters or information regarding any potential health risks associated with installation of these devices.

As a side note, in the medical field we are required by law to obtain an informed consent whenever we perform a surgery or treatment that carries a known or potential risk for the patient.  If we do not, we may be considered professionally negligent and prosecuted as such.  I am having a hard time understanding why the same rules and regulations do not apply when a device that has the potential to harm myself and my family is installed on my home.

Since I was unaware of any potential health risks associated with this device, and grossly underinformed by NV Energy, I said "yes" to the installation.  I have not had one night of fitful sleep since that day, and neither has my 23-month-old daughter.  I am plagued by headaches bilaterally in my temple areas during the day and at night.  The headaches at night seem to be associated with a pressure against my eardrums and head.  Along with the pressure are distinct ringing tones or tinnitus.  Some tones are higher pitched, and there are several different layers within the high-pitched tones.  At times, I also hear a low humming sound that oscillates.  It is virtually impossible to sleep with the noises, pressure, and headaches.  I have never had these symptoms before the installation of the smart meters, and when I am in nature where there are no homes or buildings nearby, the symptoms are alleviated within hours.  I have determined that I am now "electromagnetically hypersensitive", and that the installation of the smart meters coincides with the start of my hypersensitivity. Because of the sleeplessness, I have become moody, depressed, and unable to concentrate or focus well during the day.

In addition, my 23-month-old daughter tosses and turns all night.  She is unable to get the proper rest and deep sleep her developing body needs.  Unfortunately, she is unable to verbalize yet whether she has any other symptoms, such as headaches or tinnitus.  But I am able to determine that she is not getting adequate rest due to an unusual grogginess and fatigue during the day that she did not have before.  From the data I have seen, children are more sensitive to radio frequencies and other frequencies of the electromagnetic spectrum.  What is this doing to my child and to other people's children when, as an adult, I have symptoms after only days of exposure??

Is the Public Utilities Commission unaware of the hundreds of studies and growing body of evidence to support that radio frequency radiation produced by these devices has the potential to harm humans?  Many physicians, scientists, and biologists are increasingly stating that smart meters, the smart grid, and wireless communications

technology are a serious health concern.  Not only is a growing portion of the population experiencing acute electro hypersensitivity symptoms, there are thousands of independent peer-reviewed studies showing significant long-term effects including cell damage, DNA chain breaks, immune and neurological system impairment, and damage to the blood brain barrier.  Is this not a serious enough call to action for the Public Utilities Commission, part of whose job description is to protect the public?

I am afraid that the one study NV Energy provided me with to prove to me that these devices are "safe" is not adequate evidence.  It pales in comparison to the mountain of evidence that I have already seen showing these devices can and do cause harm and there is reason to be weary of them.

Because of all of this, for the health of myself and my family, I demand the smart meter be removed from my premises and a NON RF EMITTING device, such as an analog meter, be installed as a replacement.  I will not allow a Centron C1SR replacement that also emits RF radiation to be placed on my home.  To do so would be ridiculous, as the RF emissions are why I want the smart meter removed in the first place.

As a citizen of this country, and a medical professional who cares about the health of the public, I also demand a moratorium on smart meters and a much more in depth and scientific look into the ramifications of these devices.

THANK YOU FOR YOUR TIME

Radiation Sickness  - Disability; Jim and Jana May Comments, Mar. 5, 2013

To whom it concerns;

The wireless emissions limits are currently too high. For me and my wife, a Sprint cell tower was erected about 1000 feet from our home a number of years ago. During the two years before we could move, my wife became very sick and I became sensitive to wireless transmissions of any kind. My wife got headaches, blood pressure increase, dizziness and tiredness. I got headaches.

After we sold our home and escaped, we moved into a lovely home with a view. After a couple of healthy years, a cell tower was erected about a mile from us with no other home barriers because we are on a hill. My wife?s symptoms started again, and when the wireless smartmeters were added to our neighborhood, we both became very sick and are getting sicker. By this I mean that our sleep is disturbed and the quality of sleep has deteriorated significantly and we are suffering from chronic sleep deprivation and all the things my wife had previously experienced. We also have major headaches and depression and just don?t feel good. And unfortunately there is no way to hide because smartmeters and cell towers are everywhere. I would have a major lawsuit going except for the ruling by FCC that you cannot sue for medical reasons based on wireless transmissions. Seems like the FCC is in the pockets of the large wireless companies and doesn?t give a damn about people?s health. All one has to do is look at the internet to see that Europe recognizes the dangers. I am appalled at this country and its lack of health concern. We obviously need to reduce wireless emissions.

The FCC really needs to consider what wireless is doing to people, especially children, who are being radiated by all the new ?toys? with wireless. Cell towers by neighborhoods and schools is a crime against society. FCC needs to protect the public and lower wireless emissions before the next generation is ruined by the ravages of cancer from wireless not to mention sleep deprivation and lesser symptoms. FCC is killing my wife and I.

Jim May

Radiation Sickness - Disability; Lisa M. Stakes Comments, Jun. 10, 2013

To whom it may concern,

I am writing in regards to the harmful affects that I endure due to wireless technology.

I don't think that it is understood what a nightmare this is for some people including myself.  When I'm near a wireless router for WiFi I have numerous symptoms including headache, stabbing pains in my head, heart palpitations, nausea, tightness in my chest, the shakes, and dizziness.  These symptoms get more severe the longer I am around it.  It is debilitating.  I have the same symptoms when I'm near a cell tower, as well as high tension wires.

This makes it almost impossible for me to find a job, due to WiFi being in most places.  In fact, I had to quit a job last year when WiFi was put into the shop I was working at.  It makes it almost impossible to find a rental.  I can not rent in an apartment building or a duplex.  I can only live in a house that is sufficient distance from other dwellings due to the WiFi signal coming from almost every home.  I work on a computer by hard-wiring it to my internet connection.  Then I have to take into consideration the placement of cell towers and high tension power lines.  This is truly a nightmare for me.

This is an increasing problem for individuals that are sensitive, I have extreme stress wondering where to work and live as new cell towers are going up every day.  Please, something has to be done about the levels of radiation coming from these devices.  I understand the FCC is in charge of regulation.  I am willing to partake in any study to help bring this forward.  I have not been able to find any help, such as a doctor to help me with this situation.

I realize that not everyone feels the radiation coming from these devices, but there are plenty of facts/studies done to prove that they are harmful to human biology whether or not they are felt by the individual.

Please do what you can to make this world a safe and pleasant place for everyone to live.

Thank you,
Lisa M. Stakes

Radiation Sickness - Disability; Veronica Zrnchik Comments, Sep. 3, 2013

Today I went to take my son to his gymnastics class. I suffered for one hour there underneath the florescent lights with all the other parents on thier phones and ipads. After being overexposed to thesmart meter radiofrequency radiation in my home, I developed a severe reaction to all forms of RF. Driving to the gyum for my son, I pass several towers and there is one tright by the gym. I suffer by florescent lgihts. By the time I left the gym, my mouth and skin were burning, I had the taste of metal in my mouth. My eyes were burning and had pain deep in the eye. My head was throbbing and I was nauseous. I couldn't talk with theotehr moms because of the sensitivity to the phoones that hey carry. I sat alone, sick, and praying that someone somewhere would stop tall the radiofrequency radiation so that perhaps I might have my life back. Maybe I copuld do more with tmy son--get to know the other moms, take my kids to more places. I am the mother of three boys and I am very limited in what I can do with them now. We use to do all kinds of things\, but now that Iencounter rf every where we go, I have had to stop taking them places. We are all suffering in one way or another. My physical symptoms have become sosevere that I don't know how to deal with them most days. My sons are being cheated out of a life too. All this so the telecom industry and the utility industry can make billions of dollars. WHere is the fairness??? Where are the laws that are suppose to protect us???? How will I survive this and have any kind of a life???? Who will even look at this very real problem with no bias??? WIll the telecom industry continue to minimize this issue, deny tht it exists and make all of us who suffer from this out to be mental cases??? I am sane now as I was sane 6 months ago as I have always been sane. Five months ago I developed this sensitivity and it has destroyed my life. I am only 50 and I wonder what I have to look forward to. I have difficulty taking getting my kids to things that they love to do. I sleep in a faraday cage and often go there fgor relief during the day. My sons suffer from headaches and feeling of unwellness. WHo, if not you, who will set the standards to ensure that everyone is protected??/ Can you live with knowing that you are sentencing people like me to a living hell if you don't limit the cell towers, smar t meters and public wifi that is out there. You control the fate of many people who are counting on you for protection. Please don't let this suffering continue. Please recognize tis very debilitating and real issue. Please don't let my life end in thi smanner. I have so much yet to do, experience, and enjoy. You will be effectively ending my life if you don't lower, limit and restrict the proliferation of radiofrequency radiation. For all who suffer, please do the right thing. Please look at the unbiased research. Please look to the unbiased doctors, please revierw the mounting levels of research information that shows that this is dangerous and that people need to be protected from it. Even those who don'tt experience noticable physical symptoms are being affected. Some of us are experiencing debilating physical symptoms. Please do the job you are suppost to be doing and protect the population from this. Do not protect the profits of the industry over the health of the people. May you please do the right thing

Radiation Sickness  - Disability; J.A. Wood Comments, Sep. 12, 2013

PLEASE FILE ON RECORD
(YOUR WEBSITE DID NOT ACCEPT MY COMMENTS.)

DEADLINE FOR SUBMITTAL:
SEP 1st & 3rd, 2013

J.A. Wood
PO BOX 213
Green Bank WV 24944

To: FCC
445 12th St SW
Washington, Dc 20559

**Re: FCC is reconsidering its radiation exposure limits**

Received & Inspected

SEP 12 2013

FCC Mail Room

**"Comments on Notice of Inquiry, ET Docket No. 13-84"**

I was a healthy, licensed architect working in Honolulu, Hawaii when I became severely ill from wireless radiation poisoning and nearly died. I went from 117 pounds to 77 pounds in a couple of months in 1996. Cell phone use and cell phone towers proliferated commercially at this time. I was forced to leave my job as Chief Architect for Student Housing Projects at the University of Hawaii and travel to the US Mainland for medical treatment. Eventually I became so sensitized to microwave radiation from cell phone towers and affected electrical fields on wiring (that is overloaded and used for internet carriers etc.) that I had to seek refuge in a quiet zone in West Virginia. (There are no cell phone towers here due to the Radio Astronomy Observatory. However there are some problems here as well on the electrical and telephone lines; there is stray ground current, overloaded lines, poor or inadequate neutrals etc in much of the country, including here. Nevertheless when I came to this area and lived on a farm in a hollow without electricity or cell phone reception I began to gain weight and physically improve. I was 82 pounds when I first came to the quiet zone in 2011 and am now 130 pounds.)

By 2010 I had already been forced to move several times due to higher and higher levels of wireless radiation proliferating in each of the areas I lived in. Since 1996 I had worked very hard to improve my health at great cost and sacrifice. By 2009 I had recovered a portion of my health and weighed 120 pounds, but in 2010 I again became very ill after being exposed to RF radiation in a house in NY, and lost 50 pounds for the third time since 1996. I had seizures when exposed to wireless smart meters and high cell phone usage areas and would have to lie in my car all day for hours in an area that had little or no cell phone reception near the Long Island sound. When I finally heard about the cell phone free area in West Virginia I was driven here by my son within 48 hours. My family was certain I was dying and very distressed. I could not live with them due to blanketed wifi in their city; I tried but lasted only three days; they did not want to see me die alone but I had to sleep in my car all winter in 5 to 10 degree weather even though I was paying $800 a month for a room in NY state. I could not stay in the room due to the wireless radiation in the house. I experienced heightened and debilitating symptoms that continued until I moved to West Virginia. I became so sensitized to electricity that I had to build a tiny, moveable cabin without electricity, running water or plumbing. I am an American citizen, born and raised here and a professional architect but I now am living as a refugee in my own land due to the current and ever growing levels of wireless radiation. I also write books and was unable to work on a computer for seven years. I am now able to work on a hard-wired computer in areas where there is no wireless, without getting ill. When I am sick, it is difficult, if not impossible to go to most medical offices because there is wireless radiation in the clinics and hospitals. I feel I do not have basic human rights even to medical care. Many stores, public facilities and buildings now have wireless. It is difficult for me to shop for food, go to the library or file my taxes without getting exposed to wireless radiation and becoming ill, just trying to do the simplest of tasks.

JA 09492

If smart meters used fiber optics instead of wireless signaling, if phone lines were hard wired and not subjected to what is termed "dirty electricity," if chord less phones in homes were not used and instead land lines with long telephone chords were used, and if computers were hard-wired instead of wireless-based I could lead an almost normal life: I could use the public libraries, go on the internet on hard wired computers, shop in grocery stores without getting violently ill and contribute much to the society at large. I was not born an invalid. I love to work and have many talents; I enjoy being of service to others. It was not my dream to live in a 7 foot by 12 foot cabin without electricity or plumbing or water but it is something I have had to adapt to due to the wireless, smart grid, the wireless smart meters, the overloaded electrical and telephone lines and the proliferation of cell phones and towers, wireless toys and gadgets adinfintum. I love technology and progress but do not think it should be recklessly advanced at the expense of people's health. America is supposed to be a democracy but for me personally, with a condition like mine, it is a technological dictatorship. I not only do not have the right to be well; I do not, apparently, have the right, according to the act of 1996, even to mention health with regards to cell phone towers. When I first became ill I didn't even know what a cell phone tower was, but over the years I have come to study the many technical and scientific reports on both sides of the issue. Scientific studies by the cell phone industry run the risk of extreme bias due to monetary interests. Studies done by independent scientists with no particular agenda are often silenced or purposely discredited. The cell phone and wireless industry could develop safer technologies and still make billions of dollars providing an alternative to the mass proliferation of wireless systems. I obviously have nothing against industry making money providing technical services to the public; but I am sick; my life has been robbed from me; I know countless others such as myself; professionals with much to contribute that now are forced to sleep in cars in forests or move from place to place in an attempt to get away from heavily wireless areas that have a debilitating effect on them. This is a growing problem in a growing population. If we are to believe the conservative estimates (that only 3% of the world population is currently suffering with identifiable symptoms of non-ionizing radiation poisoning, in a world of about 7 billion people) that is still at least 250 million people worldwide, and a sign of what's to come for the greater populace as RF levels increase. This 250 million estimate does not include all the people that have gotten cancer, leukemia, brain tumors, autistic disorders and many other EMF/RF related conditions well documented by scientists, researchers, doctors, and even the World Health Organization nor does it include animals, nor cows on dairy farms that have been severely affected by high voltage wires and wireless radiation.

In summary, I, like many others have been injured by RF radiation that complies with current exposure limits. I have been repeatedly driven out of my city, my home, my work place and my community. When I am in a car accident I cannot go to the hospital due to wireless radiation; I cannot shop in most stores or go into many public buildings. In short I have no right to enjoy a healthy life; I am forced to live in isolation, wondering what kind of downturn my health might take when the next wireless invention and subsequent exposure comes to my area. I think I can say with confidence that living under this reckless technological dictatorship, in my condition, is in some ways worse than living under Stalin. At least most of Stalin's victims had their health up until their moment of execution or enforced exile. I have been forced into a physically tortuous exile in the name of unregulated, scarcely measured wireless proliferation, video games, frivolous apps, the pursuit of wireless gadgets, surveillance and spying, smart chips, smart meters and an endless array of gadgets to be used by a world population of guinea pigs. Do the countless scientific studies that have been done mean nothing to the FCC? I implore you to consider my case. I am not the only person suffering from RF radiation. This could become a nightmare for the FCC in the years ahead. Thank you for reading this, and I hope, taking preventative action in the future.

--J.A.Wood

Radiation Sickness - Disability; Sherry Lamb Comments, Jul. 13, 2016

My name is Sherry Lamb and my life has been forever changed for the worse by wireless devices. It started when a smart meter was placed on my home. I began to experience symptoms of dizziness, vertigo, anxiety, heart palpitations, shortness of breath, and being sensitive to every electrical device in my home. I was diagnosed by a medical Doctor as having Electrical hypersensitivity. My life has been destroyed. I become extremely ill around cell phones, wireless in grocery stores and restaurants. I am unable to visit family and friends, and am a prisoner in my own home. I can only spend minimal time on a wired computer and cannot listen to the radio, watch tv, etc. If you continue on with rolling out 5G, there will not only be a lot of other people becoming sick, but the people who already suffer from 4G and other wireless technologies, will become even sicker, and will probably die an early death. There are too many studies and research now that prove that wireless should have never been rolled out. These frequencies are not safe. Here are some research studies, to name just a few of the many available, that prove how dangerous they are: 1. http://wifiinschools.org.uk/30.html 2. http://www.bioinitiative.org/rf-color-charts/ 3. http://www.safeinschool.org/2011/01/international-warnings-on-wi-fi.html 4. http://biorxiv.org/content/early/2016/05/26/055699 5. http://www.news.com.au/technology/brain-surgeon-dr-charlie-teo-warns-against-mobiles-home-appliances/story-e6frfro0-1225791947213 6. http://safetechforschoolsmaryland.blogspot.com/2016/02/teacher-unions-and-parent-teacher.html 7. http://www.powerwatch.org.uk/science/studies.asp. If you do not listen to science and reason, nor care about the health of the citizens of the United States, then you will be held accountable and liable for your actions.

Radiation Sickness - Disability; April Rundquist Comments, Aug. 28, 2013

FCC 13-39

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

In the Matter of                                        )
                                                        )
Reassessment of Federal Communications                  )          ET Docket No. 13-84
Commission Radiofrequency Exposure Limits and           )
Policies                                                )
                                                        )
Proposed Changes in the Commission's Rules              )          ET Docket No. 03-137
Regarding Human Exposure to Radiofrequency              )
Electromagnetic Fields                                  )
                                                        )

To:     Office of the Secretary
        Federal Communications Commission
        Washington, DC 20554

Comment Filed by:        April Rundquist
                         901 Newcombe St.
                         Lakewood, CO 80215
                         Windfeather118@aol.com
                         303-278-8498

                                                        August 28, 2013

JA 09497

I started noticing certain electrical things when I was twelve, small annoyances like my LED alarm clock interrupting my sleep if I kept it on my headboard even with the light covered up.  In 2007, Jefferson County Public Library got RFID and, to my horror and complete surprise, it was so disorienting and painful in there after the installation that I haven't been back since.  In 2009 during the T.V. switchover to digital we got a converter box and I couldn't stand it at all; it was just torture the whole time it was plugged in.  We haven't watched broadcast television since.  When we got a new microwave the same thing happened - terrible sensations in my head and garbled thinking just with it plugged in, not even while it was running.  There wasn't anywhere in the house I could go that I couldn't feel either of these devices somewhat.  When my CD player broke, the new ones made me physically weak in seconds and MP3 players were even worse, most of those giving me head pain besides.

I had never even heard of electrohypersensitivity at this time.  I had no idea what was going on with me with this.  One of the big arguments against ES is people think you're afraid of new technology.  How can you be afraid of a problem you don't even know exists?

That changed in October of 2010, when a strong electromagnetic frequency engulfed the entire area where we live for three weeks.  It made me feel like my brain was being tied in knots.  I couldn't think straight.  I was having serious difficulty eating and sleeping and breathing.  After one week my mom shipped me off to Alpine, TX to stay with relatives in the hopes that I could escape whatever was going on.  We couldn't get anybody to help us - not the police, not the TV investigators, not even our local branch of the FCC (they came out weeks later when it had dropped back into the legal range.)  The meter my mom had purchased was giving readings of 8 all over town when the legal ambient limit is 3!  Alpine was no escape; the Border Patrol towers made sleeping even harder but at least I could nominally function while awake.  I was in pain though, so bad my eyes were watering constantly.  After three weeks this electromagnetic radiation just stopped as mysteriously and suddenly as it started.  But it left both me and my mom permanently sensitized, me much worse than her.

JA 09498

Between this and increasing sensitivity to chemicals I have been unemployed for about three years now.  There is literally nowhere I can work; the new energy-efficient lighting just finished off anything that was left (including the buses I would need for transportation); I get so weak so *fast* around those things and at close range they really hurt my head and make me tired.  My time in the outside world is extremely limited now; I can only be in most stores for about ten minutes and the effect appears to be cumulative over the period of a day or two.

Wireless radiation has been the hardest to mitigate.  There are so many places I can't go anymore.  I get brain fog, confusion and physical weakness around it, it feels awful.  Big cities are out.  So is almost any kind of travel.  All my appliances and gadgets are old.  We still have AOL dialup internet because all the other options are literally too hot to handle.  The last time we had to update just the dialup service our internet was so painful for me that I couldn't stand to be in the house when it was logged on for *five months*.  My mom had to handle my email for that amount of time.  We can't do it again.  It's real slow but it's better than the alternative.

I have become a nomad in my own house, living where it's least painful this month (it keeps changing) and sleeping wherever I can get some rest, usually on the floor somewhere.  I haven't slept in my own bed in years.  It's gotten harder to find good spots within the last year.  I've tried all the shielding products and stuff and none of it works for me.  I don't even want to imagine this getting worse but it will if RF policy stays the way it is or gets any more lenient.

I could go on for days but you get the idea.  I don't want to be a financial sponge on anyone.  I just want to have a productive, meaningful life.  And I can't do that now.  As of this writing I am waiting for my first disability appeal.

JA 09499

I do not recall it being legal in this country to sell electronics that have not been fully tested for safety but this is precisely what is happening in our wireless industry currently. The American public is not a test subject, and if we are we should be compensated.

I understand that the studies concerning RF and living organisms - especially humans - have had very conflicting results so far and are therefore inconclusive.  However, this does not imply safety, merely that we don't fully understand the mechanism of RF on a biological level yet.  More thorough and unbiased study is obviously necessary.  The EPA was studying the effects of non-ionizing radiation back in the 1980s.  It would make sense to have them continue their work so we can hopefully come to a definitive conclusion about this issue rather than batting it around for another few decades while goodness-knows-what is happening to us and our world.  While they are working on this, it would be prudent to place a moratorium on further 'Smart Meter' installations, cellular tower and antenna erections, etc., until we know for certain.

Respectfully submitted by

April A. Rundquist

JA 09500

Radiation Sickness  - Disability; Charlene Bontrager Comments, Jul. 21, 2016

ID
107212194427601
Proceedings
14-177
IB 15-256
WT RM-11664
IB 97-95
ET 13-84

Name of Filer
Charlene Bontrager

Type of Filing
COMMENT
Filing Status
DISSEMINATED
Viewing Status
Unrestricted

Date Received
Jul 21, 2016
Date Posted
Jul 22, 2016

Address
127 Chastain Reed Lane
City
Spring City
State
TN
ZIP
37381
Zip4+

Brief Comment
I am a normal, healthy adult female over 50 who has become EMF sensitive since 2010, and it has
changed my life. I would have cared little about FCC decisions prior to 2010, Symptoms of
headache, heart palpitations, memory loss, sleep disturbance, and the literal hearing of frequency
emissions has left me feeling hopeless, helpless, and out of control. What is to be done for the
electrically sensitive? I have done everything in my power to protect myself, lifestyle and
environmentally. So the FCC, the citizen watchdog, will roll out the carpet for 5G technology without
undertaking major studies that ensure our health and wellbeing are not being compromised by it?
FCC, respectfully, give this job to the EPA if you will not do right by us--and definitely do not go
ahead with 5G. It is not COOL to be FLAGRANTLY INSENSITIVE.

Radiation Sickness  - Disability; Michelle Miller Comments, Jun. 19, 2013

This letter has been hard thought for me.  There are so many matters I wish to bring to your attention, that where to start is an issue.  Let me begin by introducing myself.  My name is Michelle Miller, a 37 year old female living in Northeast Ohio.  Until recently I have lived an active very happy life.  I love hobbies like karate, running, working out, laughing, jokes, and spending quality time with my family and friends.  For over 18 years I have worked with great people in local Government and truly love what I do for a living.  The rest of this letter I will explain how and why my whole world has been thrown upside down.

Less than a year ago I got my first 4 G "smart phone".  I was so excited.  I had the whole world at a touch of a button.  I never went anywhere without it.  We were inseparable.  I would probably go to work without my pants before I did without my phone.  I noticed that if I used it for awhile, my hand would tingle and go numb.  I just thought it was maybe the way I held the device… I changed hand positions….but all had the same outcome….numb tingling hands.  Sometimes while talking on it I would even get a sharp stabbing pain like a brain cramp in my skull.  I kept my phone in the bedroom and suddenly I had trouble sleeping.  When I would finally fall asleep from total exhaustion I had terrible dreams.  I also started suffering from anxiety attacks.  I would feel as though my heart was beating and thumping out of my chest and my lungs failed to gain to air.  My life was beyond happy… a matter of fact the happiest I have ever been.  So why the anxiety?

*"To keep the body in good health is a duty… otherwise we shall not be able to keep our mind strong and clear." ~* **Buddha**

I tried to move on with my life, though I started to struggle as I found myself exhausted, depressed for no reason, anxiety constantly haunting  me, and a mind that never shut down. I was in my thirties and for the first time was showing signs of ADHD.  Single tasks became difficult because my mind failed to stay idle long enough for me to complete or comprehend before it was off in another direction.  Things took longer and I was making mistakes that I never had before.  I was forgetting so many things and I was known for having a memory of an elephant, now it was more like a pea.  Running and working out was now just too hard.  I was too exhausted. I overall just had an overwhelming feeling of being  "unwell".  And my worse loss…I lost my ability to love life and LAUGH. It took all I had to just survive and fake a smile.

*"A wise man should consider that health is the greatest of human blessings, and learn how by his own thought to derive benefit from his illnesses." ~* **Hippocrates**

A mutual friend of my fiancé   mentioned he had been doing research on RF exposure.  After a little research of my own, I removed my wireless WIFI router (hard wired my computer to the internet), removed cordless phones, and barely use my cell phone and kept it out of my bedroom at night.  Unfortunately, I have no power to control the unconstitutional radiation that is spewing out from the smart meter on our water & gas meters!  At this point, I am going to be honest…. I was still very skeptical.  My fiancé also suffers from crippling headaches after being struck in the head by over 200,000 volts of static electricity years back. I figured it would be a double bonus if it helped him too.  It was as though lightening struck me as the realization hit me with such force.  I was sleeping at night, my mind and memory seemed much better, and the anxiety, heart arrhythmias,   and depression were finally lifting. Though at work I did feel a little less improved due to the WIFI and RF exposure, but overall was feeling better.  At least I was sleeping at night, and my body and mind felt "relaxed" when I was at home which seemed to assist my body with dealing with the exposure at work. And the double bonus, my fiancé was finally getting some relief from his headaches.

*"None are more hopelessly enslaved than those who falsely believe they are free." ~* **Johann Wolfgang von Goethe**

Then my world crashed.  I came into work one day and my head started to split. The pain radiated down into my jaw, across my face and into my ears with unexplained dizzy spells .I could feel my heart was beating all over the place.  I could not even concentrate. Co-workers began to notice that something was defiantly wrong with me.  My headache would become so severe I would become light sensitive and my eyes blood shot.  The job I loved so much became my private hell. Something in this place was killing me.  I would notice that when I would get home my symptoms would improve.  What had changed here?  Thinking it was maybe allergies (though I have never suffered from allergies) from the AC ducts I made an appointment for a complete physical with my doctor the following week.  The pain grew more severe with passing days and I became very aware it was not displaying symptoms of allergies. Why would I feel so much better when I left this place?  I noticed that certain parts of the building would affect me so badly I had to avoid them because I would become so dizzy and the pain would stab my head like a sharp knife.  I started to ask questions.  I asked my Department Director and she asked our Maintenance  Supervisor, neither of which knew what had changed.  After

asking our Tech Department, I was told that our Cell Tower (that is literally almost connected to our building) had been upgraded (they increased the number of frequencies).  My pain correlated almost **exactly** when work had finished on our tower. The parts of the building I was forced to avoid were the parts CLOSEST to the tower.

*"It is horrifying that we have to fight our own government to save the environment." ~ <u>Ansel Adams</u>*

I am an educated, level headed human being.  I more aware of my body than any other doctor or scientist can tell me otherwise.  I do not need years of schooling or some degree to tell me that something is wrong.  I will not have a bias study funded by 'Big Telecom' try to brain wash me to believe that RF exposure does not cause health issues.  I am walking living proof that it CAN AND DOES.  These health issues did not manifest for no reason.  They have turned my life into a **living hell**.  The fact that even after the many  studies, experts, and scientists have thrown warning flags should be ENOUGH to recognize the **danger of this issue**.

*"Our lives begin to end the day we become silent about things that matter".  ~ **Dr. Martin Luther King Jr.***

What is so bothersome is that there are hundreds of credible unbiased scientific studies indicating all kinds of health issues from Electromagnetic exposure.  Leaking of cells, ADHD, thyroid and gland issues (resulting in our current obesity epidemic), early dementia, infertility, cancer, auto-immune deficiencies, sleep disturbances, memory loss, heart arrhythmias, hearing and eye issues to just name a **few**.  If you want to add a few secondary health issues from the obesity, you can add high blood pressure, diabetes, increased rate of heart attack and stroke.  I am appalled that somehow because some bias studies have found RF/EMF exposure not "unsafe" somehow cancels out the many studies that have found the hazards.  That is like someone on death row apologizing for murder and because of the apology it cancels out the crime.  That is backwards logic.

*"Those who have the privilege to know, have the duty to act." ~ **Albert Einstein***

I am a proud American, and I believe in our Government.  But for the first time I am actually ashamed of our great nation.  We have allowed self centered narcissistic money grubbing greedy people to ruin the life of others.  It is all about the money, who cares about the true price to the ignorant masses, right? The Telecommunication Industry keeps making "blood" money hand over fist while taking away others right to live a HEALTHY life. Yes, changes and provisions may increase cost to the Telecommunications Industry, but look at the price ALL of us are paying…with our lives (though most are unaware of the source of their problems…as of yet!).   Not to mention the cost to the budget for health problems that are being caused by RF exposure (i.e. autism, obesity, anxiety disorders, adult and child ADHD…etc).

*"Never doubt that a small group of thoughtful, committed citizens can change the world; indeed, it's the only thing that ever has." ~ <u>Margaret Mead</u>*

I am aware there is a person on this Docket that is a harassing bully and attempts to discredit other posts from Doctors, Scientists, Professors and Experts in this field that have posted on this Docket.  Harassing and belittling people and trying to discredit their level of expertise or worse belittling others who have posted their health problems from RF Exposure.  It is nauseating how the table is trying to be flipped, flopped and turned to hide the truth that after many years of silence has began to speak.  Truth wins, it always does.

*"The truth is incontrovertible. Malice may attack it, ignorance may deride it, but in the end, there it is." ~ <u>Winston Churchill</u>*

People have suffered in silence and ignorance too long.  To say that only a "few" have effects from RF exposure is fictitious.  Many if not ALL suffer everyday but have no idea what is the true root of their health issues….because of the BELIEF that our GOVERNMENT  would not permit utilization of something that was not proven to be **100% safe**.

# *<u>"When you know a thing, to hold that you know it, and when you do not know a thing, to allow that you do not know it - this is knowledge."</u> ~ <u>Confucius</u>*

Many have no knowledge of the signing of The Telecommunications Act of 1996 which prohibits the removal of a cell tower due to human health hazard, or (WHO) 2011 classified radio frequency electromagnetic fields as a possible human carcinogen (**Class 2b carcinogen**) in May 2011. A few years earlier they classified extremely low frequency electromagnetic fields as a **Class 2b carcinogen** based on childhood leukemia studies with elevated exposure to residential magnetic fields. The "elevated" exposure in this case was at 3 to 4 mG. The international guideline for low frequency magnetic fields allows 24-hour exposure to 1000 mG! Or even that the BioInitiative 2012 Report that was prepared by 29 authors from ten countries, ten holding medical degrees (MDs), 21 PhDs, and three MsC, MA or MPHs. Among the authors are three former presidents of the Bioelectromagnetics Society, and five full members of BEMS. One distinguished author is the Chair of the Russian National Committee on Non-Ionizing Radiation. Another is a Senior Advisor to the European Environmental Agency. Full titles and affiliations of authors are in Section 25 – List of Participants. The 2012 version of the BioInitiative Report reviews thousands of such documents (over 1500 page report) indicating DNA damage, altered calcium flux, increased permeability of the blood-brain barrier and host of physiological changes that include decrease in antioxidants, decrease in hormones and neurotransmitters, effects on sperm, etc.

*Our scientific power has outrun our spiritual power. We have guided missiles and misguided men.*
~ *Martin Luther King, Jr.*

As old glory hangs tattered and blood stained from our ancestors before us, I beg this great nation to take care of what matters.  ALL AMERICANS, it is our constitutional birth given right.  We ALL deserve to live happy and healthy lives.  Because of those who have ignorance regarding this matter should not give the Government a free pass allowing all of society to be radiated and their quality of life taken away.
*"For in reason, all government without the consent of the governed is the very definition of slavery ".*
~ *Jonathan Swift*

Every day is a struggle me.  Some days more than others.  The job I love so much has become a private hell for me.  I shroud myself in very costly (at my own expense) protective shielding clothing for whatever little relief it offers me while I work.  My once flawless skin on my face is now flawed by a burning rash that appears every day when I report to work.  The headaches and jaw pain are now a chronic issue any time I am exposed to RF, and now I have a screeching in my ears when around the cell tower at work.  I am sadly aware that the job I love so much is taking so very much away from me now.  All because of a tower that spews its carcinogenic waves on unsuspecting victims.  And the FCC has made it very difficult for the local government to protect its' people.  It is TIME… time for change before it is too late!

**"*It was once said that the moral test of government is how that government treats those who are in the dawn of life, the children; those who are in the twilight of life, the elderly; and those who are in the shadows of life, the sick, the needy and the handicapped."* ~ *Hubert H. Humphrey*

Radiation Sickness - Disability; James C. Barton Comments, Sep. 3, 2013

**Comments on Notice of Inquiry, ET Docket No. 13-84**

My daughter is sensitive to electromagnetic radiation (EMR) and suffers intolerable symptoms when exposed to EMR. Her life is being destroyed. Because of all the time it takes to help her find a place where she can exist, my retirement is being destroyed. Because of her need to move to a place where she can exist, our family closeness has been destroyed. In order to get away from the many sources of EMR in the city, she moved to an old farm house in the country. Then a cell phone tower a mile and a half away was activated, and that house was no longer habitable. Then she moved to another state where she thought she had found a habitable home.

Shortly after moving there, she was hit by the objectionable and intolerable noise and symptoms which seem to be associated with broadband on telephone lines (DSL) in rural areas. The August 20, 2013, comments by Mr. and Mrs. Gammone describe exactly what my daughter and some of her neighbors are experiencing. The only difference is the state and the names of the telephone and power companies. The noise the Gammones described, the physical symptoms, the problems and failures of electric appliances, the refusal of the telephone company, the power company, and government at all levels to do anything are all the same as what my daughter has experienced, but in another state. My daughter could have written the comments by Mr. and Mrs. Gammone. By way of this paragraph, I make their comments part of my comments.

My daughter and I spent thousands of dollars (now into the tens of thousands) on electricians, on moving costs, and incurred more thousands of dollars in real estate sales commission costs. And now we are on the search again. Her life is still difficult and limited.

Her home was an eight minute walk from my home. We often walked together for exercise after work. She liked to cook. Our families had Thanksgiving and Christmas dinners and some birthday celebrations at her home. Now she is hundreds of miles away at a place where we thought the EMR would be minimal, and we are on the search again because of the telephone DSL problem.

In December 2010 she began hearing disturbing noise at night and could not sleep. She also began having severe headaches, dizziness, confusion, fatigue, and sensations of burning in her legs. She cannot travel any farther than she can drive and return home in the same day, because she cannot risk having to spend a night in a hotel or motel that has WiFi in the rooms, and/or is in an area with cell phone towers. She cannot go to most public places because so many have either or both WiFi and cell phone tower emissions. Offices have WiFi and/or wireless computer networks.

At first, my daughter thought the symptoms might be from her house wiring. Her electrician had heard of such things. We spent $8,000 redoing most of the house wiring and paying electrical consultants to find the problem. The electric utility installed a new transformer, but had no knowledge to add. None of this made any difference. The symptoms continued. From an electrical engineering consultant, we learned that some of the symptoms could be associated with wiring errors that result in EMR which could be measured with a gauss meter, but if wiring was done in strict accordance with the National Electrical Code, that would not be a problem. Her house was ok in that respect, but it was our first knowledge that EMR could be a significant health problem. We had spent $8,000 unnecessarily, because no one seems to be informed about the hazards of FCC approved EMR.

1

JA 09508

Then she got a call from her doctor's office. They understood that people were experiencing such symptoms after smart meters were installed. The water company and the gas/electric company had installed smart meters in her basement without telling her what they were and without asking her permission to install EMR producing devices inside her house. At her request, the water company moved their meter to an underground vault at the curb. The gas/electric company, at the insistence of the Illinois Commerce Commission, removed their smart meters and installed manually read meters that do not broadcast. But that left the neighbors' smart meters broadcasting at her house.

During all of this, a near neighbor noted the many times the electrician's truck and numerous gas/electricity company trucks were at my daughter's house, and asked my daughter about it. My daughter told her the symptoms, and that they were trying to find the cause. The neighbor said they were having similar symptoms, and their young son had begun to have trouble doing his schoolwork. The neighbor's doctor had ordered an MRI for her, thinking she might have MS, but the results showed nothing. They tried what my daughter had been doing: sleep in the car in the countryside away from much of the EMR. They spent the summer sleeping in a tent in the yard of her parents' house in the country. When winter approached, they came back, spent a night in their house, and said "never again." They rented a basement in the country to spend the winter, sold their house, and then found a rental house in the country with minimal EMR. They were fine, and their son's schoolwork improved.

We called the Mayor and the City Manager. They said they are not allowed to even think about EMR: that the FCC regulates it. The City Inspections office knew nothing about it. The city/county Health Dept knew nothing about it and sent me to the State EPA. They knew nothing about it and sent me to the State Dept of Public Health.

A toxicologist in the Illinois Dept of Public Health: Division of Environmental Health told me that EMR was ruled out as a health problem years ago, and he sent me two old reports to document it. The reports were dated 1992 and 2002 from the National Institute of Environmental Health Sciences (NIEHS). They were about 60 Hz power line EMR and had nothing to do with the radio and microwave frequencies we are now being blasted with. They were mostly about cancer and leukemia. The reports pretty much concluded that because the evidence that power line EMR causes cancer or leukemia was weak, that EMR was not a health hazard. I think that such a conclusion is ridiculous at best, and better described as irresponsible or criminally negligent. If we use the NIEHS reasoning, carbon monoxide is not a health hazard because carbon monoxide does not cause cancer or leukemia. However, the NIEHS also concluded that "inexpensive and safe reductions in exposure should be encouraged." Instead, we have had an explosion of exposure to Electromagnetic Radiation (EMR), with the support and encouragement of the federal government, and often at taxpayers' expense.

**A sharp rise in dementia and other neurological deaths.**

My daughter's symptoms are neurological. Others who are sickened by EMR have similar neurological symptoms. A *Science Daily* article of May 10, 2013, titled "Brain Diseases Affecting More People and Starting Earlier Than Ever Before," calls our attention to a report published in the journal *Public Health.* The *Science Daily* article summarized the report as follows.

2

JA 09509

"Professor Colin Pritchard's latest research published in journal ***Public Health*** has found that the **sharp rise in dementia and other neurological deaths** in people under 74 cannot be put down to the fact that we are living longer. The rise is because a higher proportion of old people are being affected by such conditions – and what is really alarming, **it is starting earlier and affecting people under 55 years.** Of the 10 biggest Western countries the USA had the worst increase in all neurological deaths, **men up 66% and women 92% between 1979–2010."**

The article quoted Professor Pritchard**,** "These rises in neurological deaths, with the earlier onset of the dementias, are devastating for families and pose a considerable public health problem. It is NOT that we have more old people, but rather more older people have more brain disease than ever before, including Alzheimer's. For example there are two new British charities, The Young Parkinson's Society and Young Dementia UK, which are a grass-roots response to these rises. The need for such charities would have been inconceivable a little more than 30 years ago."

The article quoted Professor Pritchard on the cause of the increase of neurological deaths, "It cannot be genetic because the period is too short." The facts "indicate multiple environmental factors . . . the **explosion in electronic devices, rises in background non-ionising radiation – PC's, micro waves, TV's, mobile phones**, road and air transport up four-fold increasing background petro-chemical pollution; chemical additives to food etc." I think the EPA can tell us the USA has not had a huge increase in air pollution, and the FDA might be able to tell us that the USA has not had a huge increase in chemical additives to food. That leaves only the huge increase in EMR as the environmental factor associated with the increase of neurological deaths.

The Science Daily article is free on the Internet. The journal report is available at a charge on the Internet. http://www.publichealthjrnl.com/article/S0033-3506(12)00467-2/abstract

**Instrument to measure the intensity of microwave frequency EMR**

I am an engineer by education (Bachelor and Master of Science degrees in engineering) and by occupation (four decades doing and managing technical research). The source of my daughter's symptoms must be quantifiable. Because of the total lack of know how or assistance from government at all levels, I bought a microwave frequency meter that measures the power density (microwatts per square meter) of electromagnetic radiation in the frequency range of 800 MegaHertz to 2.5 GigaHertz  which is the frequency range of so much of the objectionable radiation. The meter's antenna is directional; therefore one can use it as a pointer to the source.

The microwave meter readings showed that the gas and electric meters were each emitting an electromagnetic pulse every five minutes 24/7. That amounts to over 8,600 electromagnetic pulses a month from each. One of each is used for gas and electricity bills. The water meter was emitting an electromagnetic pulse every 14 seconds 24/7. That's over 185,600 EM pulses a month. Only one is used for our water bill. Obviously no thought had been given to the effect on the captive customers. They are monopolies. They have no competition. The FCC gives them a blank check to pollute the environment at their pleasure. The gas and electric meters broadcast the impulses to a collector atop a neighborhood power company pole. Each night after midnight, the collector broadcasts all the day's data to a cell phone tower about a mile away, again needlessly polluting the atmosphere with microwave radiation.

3

JA 09510

We counted seven cell phone towers, some with more than one tier of antennas, within about one mile of my daughter's home, one not much more than half that distance, all in a residential part of the city.

The microwave meter pointed us to EMR being emitted from the neighboring houses on both sides of my daughter's home. The houses had aluminum siding which blocks microwaves, and the microwave meter pointed us to the windows of the rooms which had their wireless routers or wireless modems. What right had they to emit EMR which pollutes my daughter's home? The FCC doesn't care. It's all about multi-million dollar salaries for CEO's of telecom and wireless companies. I see advertising for wireless boosters ($100) that will beam your wireless router to a receiver more than a mile away. Just what you need to attack the home and family of a neighbor you don't like. Approved by the FCC. In most cases the victims will not know what is making them so sick. Even if the victims know what is causing their symptoms, there is nothing the victims can do about it. Imagine calling the police to complain and the Mayor's and City Manager's offices say they are not allowed to even think about it? The FCC regulates it they say.

You use the internet to guess what FCC office to call. You get an answering machine. You leave a message and a day or two later you get a call back. They don't know who at the FCC deals with such things, and they guess at another FCC office that might know. You repeat the routine with that FCC office, and another, and another. If you are persistent, in a few weeks you get to the office of someone who tells you that the FCC does not respond to calls to actually regulate electromagnetic radiation in residential neighborhoods.

**SBM-2008 Guidelines for EMR in sleeping areas**

When I bought the microwave frequency meter mentioned above, I was made aware of the building biology evaluation guidelines for sleeping areas published by the German Institute of Building Biology + Ecology. The guidelines are SBM-2008. Whereas the FCC limits were based on mice and rats in the laboratory, and cells in a test tube or petri dish, the SBM-2008 guidelines were based on people and real life. http://www.baubiologie.de/downloads/english/standard_questions_%202008.pdf

SBM-2008 states that the natural background radio frequency radiation is less than 0.000001 microWatt per square meter.

Their recommendations for sleeping areas are as follows:
Less than  0.1 microWatt per square meter – No concern

0.1 to 10 microWatts per square meter – Slight concern – As a precaution and especially with regard to sensitive and ill people, remediation should be carried out whenever it is possible.

10 to 1000 microWatts per square meter – Severe concern – Values in this category are not acceptable from a building biology point of view, they call for action. Remediation should be carried out soon. In addition to numerous case histories, scientific studies indicate biological effects and health problems within this reference range.

4

JA 09511

Above 1000 microWatts per square meter – Extreme concern – These values call for immediate and rigorous action. In this category international guidelines and recommendations for public and occupational exposures may be reached or even exceeded.

The above matched my findings. My daughter and her neighbor who was severely affected by EMR were comfortable with microwave meter readings at or near 0.1 microWatts per square meter. They expressed discomfort with readings near or above 1 or 2 microWatts per square meter. Above a reading of 7 or 8, the environment was not tolerable.

Water meter – At a ten foot distance, the EMR intensity was 100 to 200 microWatts per square meter. Intolerable.

Gas and electric meters – At a 20 foot distance, the EMR intensity was 30 to 90 microWatts per square meter. Intolerable.

Wireless modems and routers – The DSL technician installed a DSL modem about three feet from where my head would be when I used my computer. The EMR intensity was off the top of the meter, i.e., over 2000 microWatts per square meter. Because it was wired, we turned off the wireless capability, and the EMR intensity fell to essentially zero. A different DSL provider technician installed a DSL modem at the side of the head of the bed in my other daughter's house, because that was near where the telephone line entered the house. When told of the problem, she had it moved to the basement under a part of the first floor where people would not spend much time. Then she changed to a wired modem with the wireless capability turned off.

Cell phone towers – I took measurements of cell phone tower emissions at distances of 500 to 700 feet or more, and at a distance I would guess to be about a half mile. The intensity depends on the time of day and the day of the week. Typical readings at the shorter distances were 1500 to 2000 microWatts per square meter peak, and approximately half that rms. They could be higher, but the meter cannot read the emissions over 2000 microWatts per square meter. At the longer distance, the meter readings were 350 to 440 microWatts per square meter peak.

These measured cell phone tower emissions were a billion times the natural background EMR, and more than ten thousand times the SBM 2008 habitability limit for sleeping areas for sensitive people.

The FCC limit for continuous exposure of the general public is so high that it would take more than a thousand cell phone towers within a 500 or 600 foot radius to exceed the FCC limit. That would explain why the FCC refuses to respond to complaints of excessive EMR. The FCC limit is so lenient that it is impossible to exceed it in a residential area.

**The FCC limits for the general public, continuous exposure**

The FCC limits are published in NCRP Report No. 86 Biological Effects and Exposure Criteria for Radiofrequency Electromagnetic Fields, pages 279 through 283. It is available on the Internet – at a charge.

5

At a frequency of 800 MegaHertz, typical of much of the objectionable EMR, the FCC limit is 5,330,000 microWatts per square meter. That is five million, three hundred and thirty thousand microWatts per square meter.

It is 5.3 trillion times the natural background level of EMR  Yes, that's trillion, not million or billion.

It is 53 million times the SBM 2008 recommendation for sleeping areas

Is it any wonder that people, especially children, have severe neurological symptoms? Perhaps resulting in dementias even for people who don't first have the early neurological symptoms?

The FCC limits are based on the theory that if the EMR is not proven to cause cancer, then it is safe. There is a difference between "safe" and living normally which the FCC and its "scientists" do not understand.

Mice and rats and cells in petri dishes and test tubes do not tell you they have severe headaches, feel dizzy, confused, fatigued, and have burning sensations in their legs. People do.

**Immediate steps necessary to reduce the problem**

Simply lowering the limits will not even begin to solve the problem. It is necessary to reduce the amount of EMR being thrown into our environment. Thousands of people are known to be suffering from the symptoms of EMR sickness. Some search for a place to avoid it. Others live on pain pills, sleeping pills, etc. Certainly there are far more than that suffering from the symptoms, spending money on doctors, tests, and prescriptions, and do not know the cause.

**1. Smart Meters.** They should be limited to one or two transmissions a month, not the unnecessary thousands of electromagnetic pulses that attack our bodies daily. Gas and water meters can live with one per month for billing purposes. Time-of-day billing for electricity can be accomplished easily by a simple chip that sorts use by incrementing two or three registers, each register representing the different time of day rates, and reporting the register readings once a month. Anyone who cannot figure that out should not be in the business. For readings when people move, only a few people are needed to take manual readings. These changes are a very small price to pay for reversing the onslaught of toxic radiation into everyone's home.

**2.1. WiFi and wireless in homes.** Cities should be empowered to make rules to deal with cases where home use of WiFi or any form of wireless in a home affects a neighboring home. The wireless provider should be required to provide information to the customer as to the possible hazards of wireless, information as to the advantages of wired installations, and how to disable the wireless feature of modems, routers, and computers (which may be continuously broadcasting in search of a signal).

**2.2. WiFi and wireless in small offices and small businesses.** The wireless provider should be required to provide information to the office or business as to the possible hazards of wireless, information as to the advantages of wired installations, and how to disable the wireless feature of modems, routers, and computers.

6

**2.3. WiFi and wireless in schools**. Should be banned until we have a better understanding of how this is affecting children, both in the short term and throughout their life. We cannot be planting the seeds of neurological problems in our children only to find out too late what we have done to them.

**3. 1. Cell phone towers.** Downloading movies or streaming movies or the Internet by way of cell phone towers should be banned. There are other ways of doing that by way of wires and/or fiber, i.e., either cable or telephone lines. Movies and the internet are mostly entertainment. Broadband is mostly entertainment. Entertainment should not be allowed to destroy the health and lives of people who don't even use it.

**3. 2. Cell phones.** All cell phones should be required to have easy and simple means, clearly labeled, to shut off transmissions, and simple instructions as to how to use it. On some cell phones, this is called "flight mode." Too many people think that turning a cell phone off stops the transmissions. It doesn't, the cell phone continues to communicate with the nearest tower. With a "flight mode" type of switch, when one enters an area, for example a doctor's office or waiting room, the sign to turn off cell phones would be meaningful.

**4. 1. Overall.** The habitability approach of SBM 2008 should become the criteria for residential areas.

**4.2. Overall.** The government must require the providers of wireless products to inform their customers of the hazards of their products. The food we buy at the grocery store has a detailed labeled with the contents and their nutritional values. Our prescriptions include a sheet of the side effects and warnings. Tobacco products have warning labels. It is past time for the wireless industry to do likewise.

**Summary**

The government is providing money to people who bought homes they could not afford, to keep them in their homes. At the same time, the government approves EMR and finances broadband that drive people out of homes they have paid for. This is insane. It is a violation of human rights. It is a government financed and government approved invasion of our homes. It is criminal. It must stop.

James C Barton
417 W Lawndale Ave.
Peoria, IL 61604-1529

JA 09514

Radiation Sickness - Disability; Diane Schou Comments, Sep. 3, 2013

<u>FCC  Comments on Notification of Inquiry,</u>

ET Docket No. 13-84, Reassessment of Federal Communications
Commission Radiofrequency Exposure Limits and Policies

ET Docket No. 03-137, FCC Proposes Changes in the
Commission's Rules and Procedures Regarding Human Exposure
to RadioFrequency Electromagnetic Energy.

Submitted by Diane Schou, P.O. Box 99, Green Bank, West Virginia 24944
**Electromagnetic radiation added to our environment can trigger people to
unintentionally error, possibly causing accidents.**
<center>**and**</center>
**Diane Schou is harmed by exposure to electromagnetic radiation.**  (page 2)
<center>**and**</center>
**Medical care / testing is NOT accessible to people harmed or disabled by
electromagnetic radiation.**  (page 5)

<u>**Electromagnetic radiation[i] added to our environment can trigger people to
unintentionally error, possibly causing accidents.**</u>
What levels of electromagnetic radiation were present when:
  A) Airport control tower operators fell asleep?[ii]
  B) Pilots forgot to land at the Minneapolis Airport?[iii]
  C) Vehicle accidents in buses, trucks, cars, trains, boats, and aircraft
     occurred?[iv]
  D) Control tower errors were made when planes were too close to each
     other?[v]
  E) Three healthy marathon[vi] runners died; two of them at the EXACT
     LOCATION and two of them died within one minute.
  F) Suicides by military personnel who were not deployed have increased
     substantially.[vii]
  G) Serious surgical errors increased at a hospital?[viii]
Were electromagnetic radiation emissions a possible or likely factor?  Harm can
be direct, indirect, or both.
     Can any exposure effect their responses?  The value of <u>avoiding harm</u>
should be more important than technology.  *"People who are chronically exposed
to low-level, wireless antenna emissions report symptoms such as problems in
sleeping (insomnia), as well as other symptoms that include fatigue, headache,
dizziness, grogginess, lack of concentration, memory problems, ringing in the
ears (tinnitus), problems with balance and orientation, and difficulty in
multitasking . . . Cognitive impairment, loss of mental concentration, distraction,
speeded mental function, but lowered accuracy, impaired judgment, delayed
reaction time, spatial disorientation, dizziness, fatigue, headache, slower motor
skills and reduced learning ability . . . have all been reported"* [ix]

From personal experiences and observations exposures to very small levels of some electromagnetic radiation can cause injury.  Many of us question incidences where peoples' behavior could have been triggered by electromagnetic radiation (as noted earlier – see A through G events listed above).

Symptoms provoked by electromagnetic radiation may seriously affect airport control operators, pilots, vehicle drivers, military personnel, medical responders, and many others.  **The environmental emissions may be influencing them to unintentionally make mistakes, therefore indirectly harming others.**

### Diane Schou is harmed by exposure to electromagnetic radiation.

I became a victim from exposure.  For me, electromagnetic radiation[x] triggered and still triggers headaches[xi], fatigue, a decreased ability to think clearly; writing or speaking words or numbers may be wrong; sometimes it hurts to think; and my vision changes.  I became gluten intolerant, experienced chest pains, and began having elevated blood sugar levels[xii].  When I am not exposed, the pain and symptoms lessen or disappear, I can think clearly, blood sugar[xiii] levels drop to normal.  If I can have time to recover (i.e. 3 months), some electromagnetic radiation in an environment can be tolerated for a short time (a few minutes, i.e. to quickly go into a store and hopefully make a purchase before accosted by electromagnetic radiation) – or a few days (to attend my father's funeral with my mother).  Continued exposure produces more and more symptoms which seem to get worse with each exposure.[xiv]

To be without pain and to be able to think, I live with little to no exposure.  I live away from crowds (especially people carrying or using electronic devices), and especially cities.  Do all cities except (except Green Bank, WV) have cell towers (base stations), wireless emissions and contaminated electricity?  I avoid traffic with electronic and wireless devices, and roads near overhead power lines.

My life has become severely isolated and includes avoiding exposure from wireless devices.  I am physically harmed if I go into environments with electromagnetic radiation.

Recently, I received a notice for jury duty.  I am capable; only if accommodations at the courthouse could be made.  *I wish to serve, but I have a special need or consideration and shall require the following accommodation or auxiliary aid:*  "No exposure to electromagnetic radiations.  (cell towers within 10 miles, power lines, vacuum cleaners, motors, wireless communication devices, cell phones, wi-fi, fluorescent lights, CFL lights, etc.)"  Even if all of these accommodations were made, there is a strong chance that I would still be exposed to emissions coming from outside.

I appreciate that the court excused me, not forcing me to be there.  But it is discouraging that electromagnetic radiation in the environment excludes me.  I have the right to participate in a jury of my peers contained in the 6th Amendment of the U.S. Constitution.  I am being denied my right to participate fully in a democratic society.

I am physically harmed if I go into grocery stores, community centers, or universities (where I would like to work, attend a conference, or obtain professional training for a service needed in my community). I am unable to go into many churches and there are places that do not, cannot or will not make accommodations, and therefore access is denied. I have lost many freedoms guaranteed by the U.S. Constitution.

People injured by electromagnetic radiation often forego technology and live in primitive conditions. Escaping electromagnetic radiation means relinquishing comforts most Americans have taken for standard: hot water, warmth, access to food, running water, a shelter, a home, a bed, a toilet, friends, family, occupation or career, a telephone[xv], our dreams, and a future.

Survival is the primary concern. Initially, I tried to put up with the severe headache and other symptoms. Could the emissions from the cell tower be turned off? If it was causing harm to a human being? I doubted it. And, the FCC was not amenable even to measuring the emission levels. My second solution was to escape, leave home and live in remote areas in my vehicle. It was challenging to be without water, without my husband, not knowing where to go or where we would sleep (I tried to tell my husband where I was so he could join me. Or he took the time to look for a safe place to be with me for the day. We relied on payphones for contact (many pay phones no longer work)..

Our third solution was to live in a Faraday cage, a shielded box, something like a dog cage. The end walls, ceiling and floor are Reflectix (bubble wrap with foil on each side). The sides are covered with a metal insect screen. The Reflectix and metal insect screen serve to block frequencies from wireless communication, provided there are no leaks.



Does a prison cell have better accommodations? Due to my own experience, and my observation of others, it is my opinion that people injured by electromagnetic radiation are forced to live in conditions that are close to being inhuman. Worse yet, deterioration of health from un-natural, invisible, far-reaching, permeating electromagnetic radiation is torture.

The solution, to date, has been to live in the radio quiet zone in West Virginia. It feels good to have a home base again, but there is a void when my husband is not here. We have a business that could not be moved here. The house we bought was unfinished (wall studs). Most walls are now in, floors are in, trim is not finished. Kitchen cabinets have not been selected. I am using a cooler with ice for refrigeration (need a refrigerator with *low* electromagnetic radiation emissions), a sink is sitting on cinderblocks, many kitchen food preparation items

are in boxes (my husband packed, so I don't know which one), so I am still in camping mode.

Costs for my family and me are enormous. They include not being able to work, not being able to help in our business, not being able to go home, and costs for consequences if I did. Sadly, we sold a large portion of our income-producing farm so I could have a safer place to live. There are costs for my husband to commute 2000 miles round trip to be with me. There have been costs for constructing adaptations to a living structure: putting electrical wires in conduits, burying the distribution cable, putting electrical appliances at the end of the house and farthest distance away from the living space, a switch to turn off refrigerator (when I want to access it). Fluorescent lights were removed from the basement because the electromagnetic radiation permeates the ceiling (through the floor of the room above) and injures me.

The costs continue: costs for being in pain and disabled because of exposure, costs for loss of health, increase in medical bills, costs for being unable to do things and costs for stress and efforts to keep alive. The costs for stress not knowing where to sleep without harm, costs for loss of liberty, and costs for loss of dreams and future. There were also costs for my son. Knowing his mother was homeless during the early period of my injury caused him tremendous stress (and the people he was around).

There are costs for not being able to communicate with spouse daily especially during meals and times not working, for not being able to oversee their safety late at night, for not being able to run errands, for not being able to maintain and improve things, for not giving input for which is the better selection (from my knowledge, therefore my education and experience are not utilized), for not being able to volunteer and be a social support, and for not being able to coordinate needs. There are costs for loss of support for self and to spouse (i.e. concern for safety of each other, the stress and concern for safety when husband spends many hours farming and doing research – the plants do not wait and the weather has an unpredictable window. There are costs for preparing separate meals; the cost of stress, for example, of hearing about a closed secret meeting about cell towers. When I heard (an untrue) rumor of possible cell towers coming here, I felt stressed, distressed, and felt a loss of hope for a future. There are costs for being prohibited from doing things because of ridicule, harassment[xvi], bullying, threats, exclusion, and physical harm, stress when I and visitors (refugees) got sick from electromagnetic radiation intermittently emitted by my neighbors.

There is the cost of using much time doing what I am doing now – fighting for survival and for a safer environment (I had never taken part in protests, I never questioned our government, its decisions were right, I trusted American citizens lives were valued. It is becoming increasingly aware that everyone can be affected). What I am doing is foreign. There are the costs of obtaining research papers verifying effects from electromagnetic radiation emissions; costs and stress in educating contractors, costs in not having a home completed and jobs not done. The costs of feeding refugees visiting. The costs for not being able to be with and help family and friends. The costs and stress of no place to turn to for support.

If the assaulting emissions from the cell tower had been turned off, lessened, or aimed in another direction, I would have likely been living at home with my husband and following our dreams.  Instead, I was harmed, became disabled and sought safety, as a refugee.  It is possible this could happen to anyone as these triggers are real and <u>statistically validated</u> for one's specific exposure frequency.[xvii]

A need for NO EXPOSURE is what people harmed by electromagnetic have in common.  Victims of electromagnetic radiation urgently need designated wireless-free, White Zones.  (To date, I am unaware of any support or protection from the FCC with the help of EPA and our government.)

Please, ban, turn off or lower electromagnetic radiation emissions.  Please, ban or put a moratorium on new frequencies, new emissions, and new antennas.  Protected zones from current technology are urgently needed.  Newer technologies will create desperate situations for the sensitive and will likely affect the health of everyone.


**Medical care / testing is NOT accessible to people harmed or disabled by electromagnetic radiation**

When there becomes a need to go to a clinic or hospital (when myself or someone else is injured or very ill), which is the *least harmful*?[xviii]

> A) no exposure, hence no medical care for the emergency health issue?
> B) medical attention and the likelihood of being injured from electromagnetic radiation exposure?  (Many doctors have noted heart problems, abnormal EKG, elevated blood sugar, seizures when patients are exposed to wireless and electromagnetic radiation in their clinics and hospitals.)


I contacted 14 hospitals to inquire about access for persons with EHS and not one expressed any ability to accommodate that population. This response from the facilities director at a major university hospital in Michigan was typical:

> "*Reading the documentation that was sent makes it clear that anyone with a sensitivity to high frequency electromagnetic radiation should stay far away from the* [name of medical institution] *because we emit a lot of it between the various electronic systems that are in use.*"

University of Iowa Hospital and Clinic  *"Absolutely no way will we be able to accommodate EMS people"*

While these statements acknowledge the condition, it makes it impossible to enter the hospital for treatment.


An accident occurred.  A relative was cut badly, likely needing stitches.  Who to drive to the hospital?  Me.  The Michigan hospital said to stay far away.

Already suffering from exposure, I did not take the injured person to emergency, and the relative did not get emergency care.

When another accident occurred, I was taken to emergency to the very hospital that told me to stay far away.  In the X-ray room, I experienced acute pain identical to my symptoms from electromagnetic radiation exposure and said so.  The medical staff told me *the X-ray room was the safest place in the hospital.* The medical staff behaved as if they did not believe me.  I stated again, something in the room was wrong!  I was having a painful headache likely from something in the room.  I asked to reduce delays and to get me out quickly.  A hospital person entered the room, heard me and remembered that a week earlier Nextel had installed an antenna for wireless communication in the X-ray room. Here was an unplanned double-blind study. It took days to recover from this exposure.



Another time, when I became ill; I had a sore throat and the neck below my jaw was painful to touch.  By arrangement to accommodate my electromagnetic radiation sensitivity to fluorescent lights (for that appointment), I waited outdoors which became over one-half hour in 14 degree cold.  Eventually someone came outside and led me into a treatment room where there was warmth and I turned the room fluorescent lights off.  After a period of time, the doctor came into the unlit room and switched on the lights.  I pointed to the incandescent lamp in the corner, and asked for that to be used.  The doctor refused.  The doctor told me the fluorescents lights had to be on for an examination.  So much for a prior arrangement.  I again said that fluorescent lights gave me a severe headache, dizziness, and a new symptom: chest pain.  I asked her to please hurry.  The doctor then stated that the clinic could not accommodate me, and I should go elsewhere.  In this remote area, there was nowhere else.  Does this violate the Hippocratic oath?  The incandescent lamp was used after grumbling by the doctor and I felt unwelcome due to the unwillingness to deal with me.  It was as if the doctor had been prepped with a negative attitude prior to my arrival; I felt this because her uncooperative demeanor was so immediate.

When my husband had a triple by-pass surgery, I was unable to go and be there with him as the electromagnetic radiation exposure in the hospital setting would have injured me.  I felt some of the staff ignored my disability and insisted for me to be there; I could not.

Where there is electromagnetic radiation, people who are harmed try to avoid exposure.  When I suspected I had a broken toe, I did not go to emergency. The cell towers, cell phones, fluorescent lights, computers, and wireless communication would have likely caused greater damage.  I did not obtain medical care when I had a red, itchy eye (a person with conjunctivitis had visited three days earlier).  I did not obtain medical care when I had a fever, a cough and a sore throat (I suspect it was something many people including the mayor had and the university sports teams did not come nor travel away)

I did obtain medical care when I discovered a lump in my breast. Consequences of hospital experience were: mammography showed no cancer, but I had three days with diarrhea, five days with tender breasts, and seven days with a very bad headache.

When exposed, a new symptom is chest pain.  A local doctor referred me to a heart center for tests.  Prior to going, I alerted the heart center that electromagnetic radiation harmed me.  I asked if the procedure would harm me. They responded they had no incandescent lights and I would have to bring my own.  My husband went with me.  In the waiting room, they refused to turn off the fluorescent lights, even though my husband and I were the only patients there.  I went outdoors and waited in the car.  When they came with an injection, I again asked how people harmed by electromagnetic radiation reacted; did people's body reject the radiation that will be going into the blood?  They did not know.  I asked what were the typical side effects?  They did not know about side effects and they said they could not get this information.  I did not risk the procedure.


Please establish a medical code to recognize health conditions (i.e. pain, injury, harm, disability, health effects) from electromagnetic radiation exposure and from the second-hand effects (others effected, therefore affecting others).

Searching for medical care in West Virginia, the West Virginia Institute of Occupational Medicine responded:  *"I am not able to locate any medical facilities that meet your needs. I am sorry and hope that you have recovered from your cut."*

Solution:  For those disabled by electromagnetic radiation, home visits or turning off fluorescent lights and wireless devices in clinics and hospitals would help.

### In conclusion

Because *very small* exposure to some electromagnetic radiation injure *me*, I am alerted to many issues, and I question many incidences where peoples' behavior could have been triggered by electromagnetic radiation (as stated in cases A through G listed above).  Medical care / testing is not accessible to people harmed or disabled by electromagnetic radiation.  The solution is to have home visits or to turn off harmful electromagnetic radiation.  The present standards are not conducive to human health.  They did not protect me, they do not protect people directly, they do not protect people indirectly.

Diane Schou, Ph.D.  PO Box 99  Green Bank, WV 24944

---

[i] Electrical fields, magnetic fields, ground currents, non-ionizing radiation frequencies.  One device likely does not emit all frequencies.  People may react to some frequencies, some fields, and not to other frequencies.  A need for NO exposure is what we have in common.  I am aware of some devices to measure emissions (an electrical meter, a gauss meter, and a spectrum analyzer), but there is still a void (electromagnetic radiation people feel but the utility companies or telephone companies cannot or will not identify).  Many meters are not sensitive enough.  Some people injured by electromagnetic radiation can feel emissions (meters cannot or before meters do detect such as when an aircraft is approaching or reacting to emissions from a cell tower before we round the curve and it becomes visible).  Thermal standards do not measure electromagnetic radiation emissions in the environment.  Please measure electrical fields, contaminated electrical fields, magnetic fields, ground currents, stray voltage, non-ionizing radiation, and more.

Fiber optic systems are faster, more reliable, less expensive (than copper), keep data for further distances, have more bands, are safer, and more secure.  Remove sources of contamination:  wireless communication, broadband over power or telephone lines, copper lines.  Copper lines are susceptible to interference, are slower, less secure, cost more, have a shorter life span, loose power with distance, emit line noise or pulsing, and are susceptible to moisture.  **Promote, install and use fiber optics.**

[ii] Lucas, S. (Writer). (2011). Asleep in the tower, *NBC Nightly News April 16, 2011*. NBC.

[iii] Lowy, J., Freed, J., Karnowski, S., Forliti, A., & Koenig, D. (2009, October 23). Pilots missed Twin Cities by 150 miles_but how? Washington: The Associated Press.

[iv] Perhaps due to slow reacting, less able to multitask, vision change or faulty judgment of altitude or speed.  Perhaps from equipment installed, equipment carried on, the area traveled through or the truck, bus, train, aircraft, car, or boat drivers accumulation of exposure?

[v] Halsey, A. (Writer). (2011). Plane carrying Michelle Obama aborts landing because of controller error: The Washington Post.

[vi] Autopsies expected after 3 die during Detroit race (2009). Associated Press Mon Oct 19, 2009 5:54 AM EDT.

[vii] CNN News Update (11-17-2009) 4 PM EST

[viii] R.I. Hospital fined for wrong-side surgery. (2009), *CBS News, November 2, 2009*. Providence, R.I.: The Associated Press.

[ix] Sage, C., & Carpenter, D. O. (2009). Public health implications of wireless technologies.

[x] Emissions from a new cell tower gave me headaches when I was home but not when I was away.  I contacted both the FCC and the cell tower company, about reacting to the emissions from a cell tower 1/3 mile away.  I expected protection and the problem (health effects correlated to the tower's emission) resolved, my complaint was dismissed, and I was told they (the emitting cell-

tower antenna emission company) had never heard of health effects and (from the FCC) health effects were not possible.  They repeated this statement when other calls were made.

The exposure continued, I became more ill, more injured, and disabled.  When I was away, I became better; when home, symptoms reappeared; when away, symptoms lessened or disappeared; simply driving by the tower near my home, symptoms reappeared.  The injury morphed to include emissions from other cell towers (when driving, in other locations, and when an antenna in a shopping mall was inappropriate) and cell phones (when people used them), then electrical appliances (vacuum cleaners, refrigerators, coffee makers), inverters, converters, fluorescent lights, notebook computers, and overhead power lines.  Later, symptoms occurred after being near wireless microphones, cordless telephones, cellphones (even in pockets not being used), cellphones inside parked vehicles not being used, wi-fi, compact fluorescent lights, contaminated electricity, generators, and motors.  There could be errors in the order of occurrence.  The most recent: has been symptoms from desktop computers and electronic books.  There may be more, but I hope not.

I listed the items that provoke radiation sickness symptoms for me while others may become ill from them too – harming them and/or possibly triggering them to make unintentional mistakes.

[xi] I am not prone to headaches and headaches were and still are rare, unless wounded by electromagnetic radiation.  Sometimes the injury may not be felt instantly.  It could be compared to sun exposure, where one becomes sunburned and feels it later.  When severely sunburned, a little bit of sun, or hot water or heat from an appliance is too much.  An amazingly very small amount of electromagnetic radiation (too little for many meters to measure) can injure.

One night, I had a throbbing headache.  A spectrum analyzer screen displayed pulsing frequency spikes.  I could turn the scientific instrument off, but the pounding headache did not go away.

[xii] From my observation, others are affected too.  For a good resource focused on the medical field see Bevington, M. (2010). *Electromagnetic - Sensitivity and Electromagnetic - Hypersensitivity (also known as Asthenic Syndrome, EMF Intolerance Syndrome, Idiopathic Environmental Intolerance - EMF, Microwave Syndrome, Radio Wave Sickness) - A Summary*. MK18 5EH UK: Capability Books.

Although our symptoms differ, what afflicted persons have in common is that some symptoms lessen with NO exposure.

[xiii] Havas, M. (2008). Dirty electricity elevates blood sugar among electrically sensitive diabetics and may explain brittle diabetes. *Electromagn Biol Med, 27*(2), 135-146. doi: 10.1080/15368370802072075

[xiv] When pain became almost unbearable (it hurt so much, I cried) from coffee makers, power lines, to aircraft flying overhead, my husband sent me to Scandinavia.  Electricity is different, with 50 Hertz (Hz) in Europe (60 Hz in the U.S.A.).  I met many people living in isolated areas, living under

conditions they unwillingly (and I needed to) adapted to.  A book Granlund-Lind, R., & Lind, J. (2005). *Black on White: Voices and Witnesses about Electrohypersensitivity.  The Swedish experience* (J. Ganellen, Trans.). Sala, Sweden: Mimers Brunn Kunskapsförlaget  PDF on-line: www.feb.se/feb/blackonwhite-complete-book.pdf  or www.wavr.org/blackonwhite.pdf. is a summary of first hand testimonies from people harmed by electromagnetic radiation.

[xv] Standing to talk at an outdoor payphone (a common resource):  Exposed to inclement weather such as in down-pouring rain is logically wet and chilling but note taking on soaked paper (or exposing legal documents needed at the phone for reference) adds another challenge



The photo showing access problems, a pay phone in the snow, was taken at Easter time in 2007. Communication with family via telephone during this special day has to be important. When the pay phone works, it is used often, even in bad weather.  Access to telephone communication is a problem for electromagnetic radiation sensitive persons.  Using telephones are painful and injure; it seems it would be obvious that **communication via telephones by electromagnetic radiation injured people are not simple nor friendly social calls.**

[xvi] I telephoned the community senior center; spoke to the county director about a problem of harassment (from one of their board members, by one of their cooks, and no response from the director himself) I hoped there was a misunderstanding to people harmed by electromagnetic radiation.  I am not the only person encountering a negative reaction.  The director told me the senior center won't do anything; electromagnetic radiation harm is not a disability recognized by West Virginia ADA.  I asked for a written statement on this segregation.  His response was he didn't have time to discuss this, [click].

[xvii] Rea, W. J., Pan, Y., Yenyves, E. J., Sujisawa, I., Samadi, N., & Ross, G. H. (1991). Electromagnetic field sensitivity. *J Bioelectr, 10*, 241-256.

[xviii] Doctors and emergency responders need to be trained to diagnose electromagnetic radiation injury and precautions for people injured by it.  We are all being exposed to electromagnetic radiation and we are getting incrementally weakened from electromagnetic radiation whether we know it or not.  A side note, the functioning of medical personnel may be impaired by

their exposure; they need to take precautions for themselves so they don't indirectly make errors.

The functioning of medical personnel may be impaired by their exposure. An unexpected observation/experience led to my awareness of how staff could be unwittingly affected by electromagnetic radiation.

A dentist and the assistant both commented how relaxed each felt doing the dental work (a tooth had broken and needed repair). They noted this comfortable/relaxed feeling was unusual. What was different? They made accommodations for me. They had turned off all the compact fluorescent lights, keeping on only the incandescent operation light and the dentist's LED head gear, to accommodate my electromagnetic radiation disability in this minor emergency. These two professionals were unaware they may be electromagnetic radiation sensitive, yet each noticed their health was better without CFL lights. A second visit about a year later, evoked the same response.

A new dental office opened in town. I tried it. Accommodations to my sensitivities were made and fluorescent lights were turned off. Lighting was from a large window, the dentists' headgear, and the operation light. Cleaning up after the work in my mouth, they both discussed how good they felt. These were volunteered comments and not something asked by me.

Radiation Sickness  - Disability; Alison Price Comments, Jun. 24, 2013

I started to have a severe reaction to microwave radiation right before "9-11" ('01). Or perhaps it started 4 yrs earlier when I first reacted severely and horribly to a large, brand new microwave oven at a friend's place, unknowingly as I was in the bathroom. Worst thing- bar nothing, that I've ever been thru (for next 2 hrs) in my 65 yrs of life.

Then as towers came in to my small city, my neck (glands and lymph nodes) would immediately swell as I sat at red lights- next to one tower in particular -and also my armpit lymph nodes. Felt like my neck instantaneously grew 2 inches wider in width. Heavy pressure in my chest at same time, sometimes with nausea accompanying..

Shortly later, while I was living in HUD housing due to other health problems, I could no longer sleep there at night due to the level of burning in my head and upper spine I would get thru much of the night-always starting around 9 PM or before 10 ...preventing sleep… and I began to sleep in my car so that I could drive to places I could find where the burning stopped- perhaps low cell signal areas..  I have been doing this now for almost 12 yrs- sleeping in my vehicle –having to change locations multiple times between when I "turn in" and arise. It's a nightmare beyond your fathoming and the level of pain I endure is pure torture in a very literal sense.

Shortly after I became aware of having this reaction to cell phone tower waves, I read an article wherein the top microwave expert at the Walter Reed Institute in Maryland was asked to evaluate a proposed microwave-like stun gun for crowd control by police...as to it's safety before they marketed it. He said that: "once burning has occurred, tissue damage has already taken place".
 I never have forgotten that during all these years that the left back part of my skull behind my left ear has burned intensely almost daily during early AM rush hr traffic as I still try to sleep in the

mornings and am awakened by the pain of. I feel sure that tissue damage has been done in my head over the 1000 x's I've burned there and other places in my body (such as one lymph node under armpit).  My memory became much worse within a short period of time after this burning in my head on daily basis began..

Very soon I will move to the mountains where they do not get a cell signal in the area and the population is low- in hopes that I will find "survival" more manageable up there and can get the level of rest my body needs EVERY night. From there, maybe I can begin to build up- if life offers me any grace-after so many lost years.

I have over 6 yrs of college, am bright and talented in many areas, but due to this, it's all going to waste and I cannot contribute much to society often due to feeling so unwell.

I cannot be within 20 ft of a cell phone in **use** after passing by one-if stationary, cannot be near any wireless devices -such as laptops all around me, due to all the immediate painful reactions which then usually last for hrs after the exposure (swollen lymph nodes, extremely intense burning in my head, etc).  These other things now ALL bother me with extreme symptoms that are immediate:

*public fire alarms
*radio-wave theft bars at entrances to stores (heart feels like it's been shot and then remains just barely functioning for up to 2 days…in feeling, weakness to the max in chest and down arms, almost blacking out at times in next hrs after the exposure.)
*GPS in other people's cars
*Strong magnetic fields...such as having my head sandwiched at libraries between 2 desktop computers at head level on the desk, unavoidably
*MRI's.-.cannot get thru them-so extremely painful
*Satelite dishes..closely

JA 09529

The CB radios that police, firemen, theatre and event people wear on their belts-I cannot be in close proximity to either.
Basicly- anything that employs microwaves or radiowaves and emits them.

I cannot work unless entirely isolated and alone …because I cannot be near cell phones, laptops, mw ovens, etc and when sleeping in car, (not by choice, but with no other options out there-even if I were to win the lottery- as long as I'm in a city as I now remain being for a little longer,)…one is not often rested enough to be working independently or **at all**. I'd like to be working all day, every day and that opportunity is taken away from me by outside sources and decisions I have no power over…making me not accountable for my own level of health anymore.
I live a clean life otherwise: no drinking, smoking, drug-taking, and I eat healthy foods, etc.

It's entirely taken my whole life from me.  No social life, no home, no work, no love partner, no nightlife due to having to retire so early
…even though I've had many offers of places to stay-they don't work!  The intense reactions and pain prevent sleep.
And more than anything, no **hope is**  left for surviving very much longer...unless I can find a way to reverse this reaction to mw radiation...which I read now affects 9%, world -wide.

You are TORTURING all of us who react thusly and more people are developing this reaction to it all the time, including young vital people in their 20's-(mostly , I believe, from overuse of their phones and laptops, day in and day out).

But it is not just those of us who react now whom it hurts.  It is harming **everyone's** health greatly, whether it's shown up yet as having done so or not.

Do you pay attention to the percentage levels cancer- and particularly brain cancer- have exponentially jumped to within short periods over the last decade?

This is just blatant irresponsibility towards our US population of good citizens to do this to us in the name of greed and without knowledge of what you're doing.

The levels of radiation bombarding us are, I read, WAY, WAY past the safe limits for our collective health.

I know of several who have died due to their cell phone tower wave reactions…so very, very sad and unnecessary!

You would not believe what many of us are going thru.  I have something like 26 different systems: nausea, can't get air, burning throughout body…only at night and during morning rush hr, fast heart beat, low energy...as if affects my heart, tremendous gas build-up inside and pressure within-feeling like a blown up balloon and so much more.

My friends paid $6000 to send me to a clinic in Dallas which tests for this (called 'electromagnetic sensitivity") and chemical poisoning and who also test for many other  levels of various bodily functions and levels thru hair, blood, hormones, saliva, etc,- 9 yrs ago.

My neurological test results (when exposed to the mw frequency with electrodes placed all over my body in a blind test) were written up and stated by the 2 doctors attending as :  "abnormal nervous system response."
I was twitching all over the place, swelling, and in pain.

I do not have access to my test results right now to include them herein as they are deep in storage-where most all my belongings

have had to stay since sleeping in the car began quite a few yrs ago now.

I hope you will begin to see the fire you are playing with here in these unsafe levels of mw radiation thru towers that are currently being allowed to bombard our bodies 24-7 and consider what it will do to you and yours also.

Is becoming excessively wealthy for you and yours worth it if you die decades early and kill off many you know and love due to lack of ethics, education and the sincere interest to **truly** know what it's doing to all of us?

I hope you consider this above, and come up with new SAFE levels and limitations for the frequency output levels for our communities so that our society of people can live safe, healthy lives-if they so choose. Then we all can have the possibility for "thriving" as a collective economy in our country-.with the level of health in much higher percentages to enable that..

Sincerely,
Alison  Price

Radiation Sickness - Disability; Shari Anker Comments, Sep. 10, 2013

*Shari R. Anker, M.S.W.*
*2402 SE Burton Street*
*Port St. Lucie, FL 34952*
*772-335-3484*

Received & Inspected

SEP 1 0 2013

FCC Mail Room

Re: Comments on Notice of Inquiry, ET Docket No. 13-84

September 3, 2013

Office of the Secretary
Federal Communications Commission
445 12th St., SW
Washington, DC 20554

Dear Secretary:

This letter is to put in the record that I have been and currently am being injured from the pulsed radio frequency (rf) radiation devices known as "smart" electric meters (installed by Florida Power & Light) as well as from as the City of Port St. Lucie's new radio read water meters.

I have several medical conditions that have been made significantly worse by the 24/7 radiation emissions from these devices: myalgic encephalomyelitis/chronic fatigue syndrome, inflammatory polyarthropy, multiple chemical sensitivity, and electromagnetic sensitivity. I was deemed disabled by MCS beginning in 1998. I have a substantially impaired immune system, an activated autoimmune response which causes serious systemic inflammation, and poor antiviral defense. My doctor, Nancy Klimas, M.D., a nationally known immunologist, has documented my medical history, with lab work and clinical observation for over 22 years. Lab tests also reveal that I have the gene HLAB27 which heightens the overactive inflammatory autoimmune response to the point that I have required hospitalization, been bed bound or on crutches for weeks and months at a time after exposures to a toxic environmental agent like pesticides, even at low levels. More recent lab work from Dr. Klimas, as well as my medical history with my rheumatologist, John Houri, M.D., document similar effects from the exposure to a new environmental agent: rf radiation. The year 2011, before the deployment of smart meters, was my best year since the early 1990s, but beginning in 2012 when FPL installed the smart electric meters my health plummeted. Then, in 2013 the City of Port St. Lucie installed their radio read meters. If necessary, I would be happy to supply letters from my doctors and lab results to supply evidence of a cause and effect response to the rf radiation.

Here are the symptoms I experience from exposure to the rf radiation emissions from smart meters: nausea, severe fatigue, headaches, severe short-term memory loss, slurring of speech, severe insomnia, acute inflammation requiring several visits

No. of Copies rec'd 0+1
List ABCDE

JA 09534

to my rheumatologist, low-grade chronic fever, tachycardia and arrhythmia. Some of the neurological conditions such as nausea and headache, slurring of speech, memory loss and heart irregularities were new symptoms not associated with my previous diagnoses. The heart irregularities began within one week after the City's installation of the new radio read water meters. I went to a walk-in clinic where the doctor observed tremors and performed an EKG.

This new technology has delivered a devastating blow to my health and my long-term prospects. I had been hoping to commence an at-home work project to bring in much needed income after so many years of ill health.  I was already substantially limited as to where I can go – as I can not be exposed to chemicals like pesticides or VOCs from new carpets or paint, etc, and now, I can not visit friends' homes who have smart meters on their homes.  I experience immediate brain difficulties and inability to sleep, and this lasts for days even if my exposure was limited to an hour or two. Quite simply, my life is ruined without protective measures taken by you and other regulatory agencies.

Another absolutely critical aspect to consider is that for my health to recover I need a **"zone of safety"** around my home, free from the radiation transmissions from "smart" meters at a minimum, but also from a variety of wireless devices and cell towers. Anything that presents an involuntary 24/7 exposure is dangerous to me, causing injury. I have requested ADA accommodation to that effect from both Florida Power & Light and the City of Port St. Lucie. I will take legal action if I am not accommodated. My very life and health and ability to live safely in my own home requires it.

**I urge the FCC to courageously rise up and walk away from the influence of the telecommunications industry for the good of our public health.** I beg you not to take the same route taken when DDT, lead, tobacco, asbestos, etc. industries were given free reign and immunity from the harm they caused. History will judge you harshly if you allow people like me to be injured, who already know why they are being injured and are appealing to you for protection, as well as for those citizens in the vast majority, who have no idea that biological effects from exposures are creating an array of health complications as well as triggering cancer. Please listen to your consciences: do you to wish be burdened with the knowledge that you have caused the injury and even premature deaths of many people? Please make impartial inquiries into the large and growing body of independent scientific research documenting that harm.

I thank you for taking the time to read and consider my letter.

Sincerely,

JA 09535

Radiation Sickness - Disability; Paul Vonharnish Comments, Aug. 30, 2013

To Whom It May Concern:

I have not been well for many years, and have attempted to inform friends, relatives, medical personnel, and even total strangers on the internet regarding my physical demise. Suffice it to say, no one believes me, as I'm not sitting in a wheel chair, yet.

It would appear I have been highly sensitive to electromagnetic radiation my entire life, thus spent the majority of my years in school experiencing severe and debilitating headaches, extreme fatigue, stomach disorders, and chronic depression. The flickering and hum of fluorescent lighting used to drive me crazy, and I hated attending school as a result. I usually felt better during the summer, and headaches and muscle weakness would subside within a few weeks of summer vacation.

As I was electromagnetically sensitive, I had never felt "normal" or physically well. I had no idea that my condition was a result of these exposures. Ironically, I spent many years in the electronics business, and it would seem that quite allot of neurological damage was compounded by repeated EM exposures in sound control rooms and recording studios. Migraine headaches were a normal way of life during those years, and I'd typically go through about 100 aspirin a month.

The most significant damage to my neurological system occurred as a result of exposures whilst living directly under a radio and television tower complex in Shoreview Minnesota, from 1990 thru 1997. I had a friend at the time that was an FCC licensed individual in the electronics repair business. In the course of a conversation regarding the constant ringing in my ears, he stated that such high-powered antenna complexes required a 2-mile setback from residential areas in the (now former) Soviet Union. Yet in the United States, we build high density housing right across the street from such a facility. The FCC was obviously negligent in this regard.

I moved away from Shoreview Minnesota in 1997, specifically to get away from these radio and television emissions, as I had gradually become aware that these towers were seriously affecting my health. The health of neighbors also declined, and many were being diagnosed with high blood pressure, heart attacks, unexplained neurological disorders, and several cases of terminal cancer.

These last years since 1998 have been a constant onslaught of excruciating physical pain, intellectual torture, and economic collapse. I cannot work any longer, as I am now totally disabled and cannot work in any normal fashion. This includes not being able to walk around in the rural town I now live in. I am no longer able to visit friends or family, due to their addiction to cell phones, wireless devices, and portable phones. I am no longer able to go to restaurants, bars, grocery stores, public libraries, or even to hospital, without sever and painful seizure activity. This is not a life. It is slow death in a foil-lined apartment, which has become my Guantanamo.

The Federal Communications Commission has been totally negligent and unresponsive to the many letters and affidavits submitted by the medical community. The FCC has also failed to address in any coherent way, the millions of people around the world who have complained of electromagnetic sensitively and it's destruction of their functional lives.

The Telecommunications Act of 1996 should be repealed immediately. The legal right of citizens to prohibit installation of "smart meters", cellular antenna systems, and wi-fi mesh networks must become the law. The health and environmental consequences of pulsed digital systems is no mystery in nearly every country in Europe. Safe zones, such as those in France and the Netherlands, should become available to those in the United States, who are electromagnetically sensitive.

In conclusion: The FCC has been in direct collusion with various interests related to the cellular phone and communications interests for many years, and this practice must end NOW.

Paul Vonharnish - American citizen

JA 09538

Radiation Sickness - Disability; Heidi F. Lumpkin, Comments, Aug. 24, 2013

FCC  12-152

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Notice of Proposed Rulemaking | ) | |
| 18 FCC Rcd 13187, 13188 ¶ 1 (2003) | ) | ET Docket No. 03-137 |
| | ) | |
| And | ) | |
| | ) | |
| Reassessment of Federal Communications | ) | ET Docket No. 13-84 |
| Commission Radiofrequency Exposure Limits | ) | |
| and Policies | ) | |
| | ) | |
| And | ) | |
| | ) | |
| Service Rules for the Advanced Wireless Services | ) | WT Docket No. 12-357 |
| H Block---Implementing Section 6401 of the | ) | |
| Middle Class Tax Relief and Job Creation Act of | ) | |
| 2012 Related to the 1915-1920 MHz and | ) | |
| 1995-2000 MHz Bands ¶53 footnote 95 | ) | |

To:     Office of the Secretary
        Federal Communications Commission
        Washington, D.C. 20554

Comment Filed by:  Heidi M. Lumpkin
                   384 Tamarack Lane
                   Sagle, Idaho  83860
                   unisoils@yahoo.com
                   208-263-1080

August 24, 2013

1

JA 09540

## AFFIDAVIT OF Heidi M. Lumpkin

I, Heidi M. Lumpkin, attest that my statements are true to the best of my knowledge.

**Comment** round for ET Docket No. 03-137, ET Docket No. 03-84, and WT Docket NO. 12-357.

1. My name is Heidi M. Lumpkin.
2. My mailing address is 384 Tamarack Lane, Sagle, ID  83860.

3. I am an International Regulatory Compliance Specialist and Clinical Study Coordinator. I have a        Bachelor of Science degree.

4. Comment on FR page 33660, column 1, II. Notice of Inquiry, paragraph 47: The Federal Communication Commission's general regulations and policies limiting human exposure to radiofrequency (RF) radiation are completely inappropriate as to be ineffective and irrelevant. I        adamantly and urgently request that the FCC adopt **more restrictive limits** to the amount of RF        exposure allowed due to the extremely harmful biological effects induced by these frequencies.
Until realistic safe limits are established , I request that the FCC impose a moratorium on the installation and operation of all wireless RF communication systems associated with cellular telephone fixed antenna arrays, utility meters operating using wireless radiofrequency antennas, wireless local area networks deployed in public schools, Power Line Communication systems and associated equipment. I am basing my request on personal experience as well as published peer-reviewed scientific studies indicating wireless RF radiation is biologically active and is harmful to biological life.

5. Personal Experience:  In November of 2007 I purchased my first home in Sagle, ID. It is located in a rural setting on 5 acres, approximately 8 miles from town. I chose this location because it was peaceful, there was an abundance of wildlife and resident and migratory birds, and it provided a safe place for my son to live during childhood, a period of life when humans are particularly vulnerable to exposures of environmental toxins. It was important to me to live in an area where the environment (air and water) was relatively free of harmful contaminants so as to be able to provide my son (7 years old at the time) and myself (age 50) with a lifestyle that promoted good health. For the first 2 ½ years my son and I very much enjoyed living in our home. Our health was very good. We spent much time outdoors in our community as well as throughout Bonner County where we are able to ski, kayak, hike, and fish. This all changed 3 years ago in late 2009, early 2010. Since the installation of a digital RF emitting electric meter on my home (without my knowledge or consent) and the Power Line Communication system that it communicates with, I have experienced the following health problems – constant low frequency humming and vibration inside my home as well as outside attributable to acoustic shock, anxiety and feelings of mild panic, sleep deprivation, heart arrhythmias and sudden heart racing, debilitating fatigue, short term memory deficits, concentration difficulties, rapid mood swings, severe abdominal pain lasting 6

2

hours and more. My son has also experienced unexplained headaches and alarming neurological paresthesia unilaterally and bilaterally as well as severe abdominal pain without any evidence of viral or bacterial infection.  Our adverse symptom onset coincided with the rollout of the Smart Grid in Idaho and the proliferation of the wireless RF infrastructure that supports it, the initiation of Broadband over Power Line wireless internet services, and the proliferation of WiFi. My son and I have both undergone full health evaluations. I had a wellness checkup and full cardiac evaluation and no underlying disease was found that could account for my symptoms. My son underwent a full pediatric neurological evaluation with a CAT scan ordered by our local hospital and an MRI ordered by a pediatric neurologist in Spokane, WA. No sign of underlying disease was found that could account for his symptoms.  The adverse health events continue, 3 years later. I now have full blown electromagnetic hypersensitivity (EHS). I cannot live comfortably in my home any longer. I have not had an uninterrupted night of sleep for 3 years and most nights I cannot sleep at all. I cannot be out in the local environment for very long due to the emissions of RF radiation coming from the unshielded power lines and from the multitude of antenna arrays in my town. I cannot attend Sunday mass at St. Joseph Catholic church due to the RF antennas next door that now also permeate the chapel causing nausea and mental distress. My quality of life has plummeted and I am desperate to find some relief and yet there is no place one can go to remove themselves from these wireless radiofrequencies. I experience nausea, anxiety, irritability, and severe fatigue when I am in close proximity to wireless transmitters. I cannot sit comfortably in any business that has WiFi, including my place of work. Even businesses that do not have this service are affected by the public and private owners of WiFi routers in their proximity as the WiFi signals transmit through walls and trees and seem to now be ubiquitous in the environment. I have no wireless technology in my home, no cordless phone and a hard wired internet connection and yet I am tormented by the same symptoms that I experience while in town where the density of wireless devices and fixed antennas is much greater. I attribute this to the Power Line Communications system that is utilizing the existing power line electricity infrastructure for distributing RF data signals. The electric power line cable is not designed to carry a RF microwave signal and as such it "leaks" out of the cables and into the environment. This is occurring over 1,000s of miles of electric power lines, it is not localized. In fact, due to the distances between homes in rural areas like my county, these data signals need to be injected into the power lines at very high intensities in order to travel the many miles to the homes connected in the grid. Every obstacle along the power line acts as an impedance and the signal needs to be collected and concentrated and re-injected into the power line at greater intensities. At every junction and turn in the line, the signals break out. You can hear it and you can feel it as you travel along the power lines.

I have visibly aged beyond my years and consider myself in very poor health now. All of this has occurred in the absence of any kind of public disclosure or discussion with respect to wireless RF transmissions that the FCC is sanctioning. I have had to find information on my own to explain the source of my adverse health symptoms. This has been extremely difficult and time-consuming. Countless support groups have been initiated across the U.S. and abroad to help people understand this technology and the adverse health effects it causes. One such group led me to a man named Victor Nixon. He was a decorated British Special Air Services soldier, a mechanical engineer and a

3

computer systems analyst. He had emigrated to the U.S. and was a resident of Pittsburgh, PA. In 2009, he had began suffering the same debilitating health effects after the rollout of the Smart Grid in his community – severe abdominal pain, insomnia, low and high frequency sounds around the clock, mood swings, sciatic pain, vision disturbances, loss of appetite, muscle atrophy, etc. Due to his training and expertise he was able to identify the sources of his "noises" as emanating from the power lines which were emitting, not electric fields, but RF/Microwave emissions, and from the digital RF meter installed at the apartment complex where he lived. He documented his findings, and filed complaints with the PA Public Utility Commission. His complaints were dismissed, in his estimation improperly (see attachment of Correspondence from Victor Nixon to Pa Public Utility Commission Secretary Rosemary Chiavetta as evidence of filing). Victor was also working to assist anyone in the U.S. and abroad that was having similar experiences (see Comments filed by Bonnie Mensch, Sandra Chianfoni, John Weigel, Dimitris Panagopoulos, Olle Johansson, Marina Sauco-Helfst). I and others in the U.S. and elsewhere, have been assisted by him with understanding this very complicated technology and with filing complaints with our respective Public Utility Commissions and other international health agencies.

In 2012, after receiving no redress with the PaPUC, Victor Nixon filed a complaint with the U.S. Department of Justice alleging that his, and all American's, civil rights were being violated by the unregulated deployment of RF communication systems. The Department of Justice Correspondence Unit, Civil Rights Division, responded to his initial letter asking for additional information so as to be able to determine whether a violation of a federal civil rights statute is involved (see letter from Dept. of Justice as evidence of correspondence). Victor Nixon complied and sent additional data to the Department of Justice in August of 2012. By this time his health was severely deteriorated; in fact, he knew he was dying. He moved to Sagle, Idaho two days after he mailed his Certified Letter to the Department of Justice in order to be with me and my son in an environment that he hoped would allow him to recover his health. He and I had become engaged in May 2012 and were to be married in October 2012. After he arrived in Idaho he started experiencing the same heart arrhythmias that I had been experiencing but for him they were more acute. On September 17, 2013 Victor Nixon died of sudden cardiac arrest at my mother's cabin in Sandpoint, ID – 24 days after he arrived. I found him after I came home from work that evening. The police were called and asked what I thought had caused his death. I explained his troubles with RF radiation. The county coroner ruled his death under investigation as a result. An autopsy was performed and cause of death listed as myocardial infarction – (proving exposure to RF radiation and attributing adverse health effects and death to this exposure is not something that our current medical community is trained to investigate). His complaint to the Department of Justice, mailed in August 2012, has not been acted upon. Any correspondence that was sent to Victor's former address in Pittsburgh has been lost. It would be my hope however that the FCC initiate a conversation with the Department of Justice Civil Rights Division regarding Victor Nixon's complaint as this might be used as a basis to initiate an investigation into the legality of subjecting residents of the United States to involuntary exposure to RF radiation.

JA 09543

6.  Selection of Scientific studies, letters,  and reports that support the supposition that RF radiation is a severe human health hazard and, as such, calls for a severe restriction in allowable RF radiation limits if not full product recall of wireless communications systems. (All supporting evidence is submitted in full-text as attachments to this Comment).

**A.**  Letter to the Los Angeles Unified School District from Dr. Martha Herbert, Pediatric      Neurologist and Neuroscientist on the staff at Harvard Medical School and at Massachusetts     General Hospital describing the adverse health and neurological impacts of EMF/RF and the          particular sensitivities of children. "EMF/RFR from wifi and cell towers can exert a disorganizing      effect on the ability to learn and remember, and can also be destabilizing to immune and     metabolic function. This will make it harder for some children to learn, particularly those who          are already having problems in the first place. "Dr. Herbert advises the LAUSD to <u>not use wifi</u> in          their public schools and instead opt for wired technologies. I concur with this opinion.

**B.**  Hillman et al. 2013 "Relationship of electric power quality to milk production of dairy herds – Field study with literature review". *Science of the Total Environment* 447:500-514.

**C.**  Letter from the Irish Doctors Environmental Association to school principles advising them of      their concerns regarding wifi and harm to children's health and advocating wired technologies.
          I concur with their suggestions and request that the FCC require all public schools to switch to   cabled, hard-wired local area networks in their classrooms and also remove any cell phone      towers erected on school grounds and within close proximity to schools.

**D.**  Capone et al. "Extremely low frequency magnetic fields (ELF-MF) produce functional changes  in human brain". Poster submission P22.5.  *Neuroplasticity*. Indicating pulsed-mode magnetic          fields such as those used in Power Line Communications produce an increase in excitatory     neurotransmission, which may produce functional changes in the human brain.

**E.**  Girgert et al. 2005 "Induction of tamoxifen resistance in breast cancer cells by ELF    electromagnetic fields". *Biochemical and Biophysical Research Communication* 336:1144-1149.          This study describes the possible increase in the incidence of breast cancer as a result of      exposure to low frequency electromagnetic fields through a radiation-mediated anti-melatonin          pathway. It also discusses concern that EM fields interfere with the activity of tamoxifen and          may account for the tamoxifen resistance observed in breast cancer patients after long-term          treatment.

**F.**  Stratton et al. 2013 "Pulsed extremely low-frequency magnetic fields stimulate microvesicle  release from human monocytic leukaemia cells". *Biochemical and Biophysical Research          Communications* 430:470-475.  This study demonstrated that an alternating current, pulsed,      extremely low-frequency electromagnetic field induced transient plasma membrane damage          that allowed calcium influx.

JA 09544

**G**. Cururachi et al. 2013 "A review of the ecological effects of radiofrequency electromagnetic fields (RF-EMF)" *Environment International* 51;116-140. Systematic review of published scientific studies on the potential ecological effects of RF-EMF in the range of 10 MHz to 3.6 GHz (from amplitude modulation, AM, to lower band microwave, MW, EMF). The authors concluded that two thirds of the studies reviewed found ecological effects of RF-EMF at high as well as low dosages; very low dosages being compatible with real field conditions, as found under environmental conditions. Effects were found in birds (breeding density, reproduction or species concentration), insects (honey bees: acute decrease of breeding performance and in some instances collapse of entire colonies; fruit flies: significant depression of growth and reproduction as a response to exposure at both 900 and 1800 MHz; ants (*Myrmica sabuleti*): exposure to a GSM generated signal associated with a loss in the acquired association between food and a visual cue, a decreased retention of acquired knowledge, and a total loss of visual memory; vertebrates (frogs; significant effect of exposure on the growth and mortality rates of tadpoles of frogs under field conditions; bats: RF-EMF reduced the foraging activity), other organisms (*E. coli* bacterium, *C. elegans* nematode, and land snail – all cases reported a significant effect on behavior and growth of target subjects); plants (growth inhibition). (see Comment by Steven Magee)

**H**. Donald I. McRee (1974) "Biological Effects of Microwave Radiation" *J Air Pollution Control Association*, 24(2):122-127. Discusses reports of behavioral and neurological effects in humans after exposure to microwave radiation at very low power levels in the USSR, which has set safe exposure limits 1000 times lower than in the U.S. Dr. McRee, at the National Institute of Environmental Health Sciences, back in 1974 concluded that safety studies needed to be initiated to determine whether exposures to continuous, modulated, and pulsed fields were safe. To date, these fields are unregulated.

**I**. Hinrikus et al. 2009 "Effect of modulated at different low frequencies microwave radiation on human EEG" *Environmentalist* 29:215-219. The authors concluded that telecommunication devices with complex spectrum of modulation frequencies like mobile phones can affect all human EEG frequency bands.

**J**. Mousavy et al. 2009 "Effects of mobile phone radiofrequency on the structure and function of normal human hemoglobin" *International Journal of Biological Macromolecules* 44:278-285. The authors investigated the effects of mobile phone RF on the structure and function of hemoglobin (HbA). In addition to carrying nearly all the oxygen required by cells from the lungs to the tissues, hemoglobin carries two end products of cellular respiration ($H+$ and $CO_2$) from the tissues to the lungs and the kidneys, where they are excreted. Results indicated that mobile phone EMFs altered oxygen affinity and tertiary structure of HbA. The decrease of oxygen affinity of HbA corresponded to the EMFs intensity and time of exposure.

**K**. Kesari and Kumar. 2012 "Pathophysiology of Microwave Radiation: Effect on Rat Brain" *Appl Biochem Biotechnol* 166:379-388. This study investigated the effect of 2.45 GHz microwave radiation on rats. The study concluded that a reduction in melatonin or an increase in caspase-3, creatine kinase, and calcium ion may cause

6

JA 09545

significant damage in brain due to chronic exposure of these radiations. These biomarkers clearly indicated possible health implications of such exposures. The FCC, through the appropriate health agencies should initiate immediate clinical studies investigating whether people exposed to MW RF are experiencing the same changes in these biomarkers.

**L.** Calvente et al. 2010 "Exposure to electromagnetic fields (non-ionizing radiation) and its relationship to childhood leukemia: A systematic review. *Science of the Total Environment* 408:3062-3069. The primary objective of this review was to analyze the current state of knowledge on the association between environmental exposure to non-ionizing radiation and the risk of childhood leukemia.

**M.** Letter from the American Academy of Environmental Medicine to the California Public Utilities Commission requesting an immediate moratorium on "smart meter" installation due to serious public health concerns.

**N.** Stephen J. Genuis 2008 "Fielding a current idea: exploring the public health impact of electromagnetic radiation" *Public Health* 122:113-124. Despite the many challenges in establishing irrefutable scientific proof of harm and the various gaps in elucidating the precise mechanisms of harm, epidemiological analyses continue to suggest considerable potential for injury and affliction as a result of a-NIR exposure. As environmental health has not been emphasized in medical education, some clinicians are not fully aware of possible EMF-related health problems and, as a result, manifestations of a-NIR may remain misdiagnosed and ineffectually managed. It is important for physicians and public health officials to be aware of the fundamental science and clinical implications of EMF exposure. A review of the scientific literature relating to the link between electromagnetic radiation and human health, several public health recommendations, and four case histories are presented for consideration.

**O.** Burda et al. 2009 "Extremely low-frequency electromagnetic fields disrupt magnetic alignment of ruminants" PNAS 106(14):5708-5713. The findings provided evidence for magnetic sensation in large mammals as well as evidence of an overt behavioral reaction to weak ELFMFs in vertebrates. The demonstrated reaction to weak ELFMFs implies effects at the cellular and molecular levels.

**P.** Ulrich Warnke 2007 "Bees, Birds and Mankind: Destroying nature by "electrosmog". Effects of Mobile Radio and Wireless Communication. Brochure 1 *Competence Initiative for the Protection of Mankind, Environment, and Democracy.*

**Q.** Levis et al. 2011 "Mobile phones and head tumours. The discrepancies in cause-effect relationships in the epidemiological studies – how do they arise?" *Environmental Health* 10:59. The analysis of the literature studies and of the results from meta-analyses of the significant data alone shows an almost doubling of the risk of head tumours induced by long-term mobile phone use or latency. (see Comment posted by Alan Marks)

7

**R.** Laurence et al. 2000 "Biological Effects of Electromagnetic Fields –Mechanisms for the Effects        of Pulsed Microwave Radiation on Protein Conformation" *J. Theor Biol* 206:291-298.

**V.** Soderqvist et al. 2011 "Childhood brain tumour risk and its association with wireless phones:        a commentary" *Environmental Health* 10:106. Case-control studies on adults point to an        increased risk of brain tumours (glioma and acoustic neuroma) associated with the long-term        use of mobile phones. Recently, the first study on mobile phone use and the risk of brain        tumours in children and adolescents, CEFALO, was published. It has been claimed that this  relatively small study yielded reassuring results of no increased risk. We do not agree. We  consider that the data contain several indications of increased risk, despite low exposure, short        latency period, and limitations in the study design, analyses and interpretation. The information        certainly cannot be used as reassuring evidence against an association, for reasons that we    discuss in this commentary.

**S.** Abdel-Rassoul et al. 2007 "Neurobehavioral effects among inhabitants around mobile        phone        base stations" *NeuroToxicology* 28:434-440. Conclusions and recommendations: Inhabitants     living nearby mobile phone base stations are at risk for developing neuropsychiatric problems        and some changes in the performance of neurobehavioral functions either by facilitation or    inhibition. So, revision of standard guidelines for public exposure to RER from mobile phone        base station antennas and using of NBTB for regular assessment and early detection of   biological effects among inhabitants around the stations are recommended.

**T**. A.K. Dhami 2012 "Study of electromagnetic radiation pollution in an Indian city" *Environ  Monit Assess*  184:6507-6512. Measurements of EMR were conducted at 62 locations near        schools and hospitals in Chandigarh City, India. The measured power densities and estimated     SAR values were compared with the international recommendations by ICNIRP for safety.   Results indicated that exposure levels in the city were below ICNIRP limits, but much above the      biological limit at which systems of humans and animals start getting affected.

7. Comment on what additional information the Commission should develop relating to exposures from common fixed sources. (FR page 33662, Column 3, paragraph 62). I request that the commission act on the multitude of complaints that are arising from the installation of RF utility meters and the RF communications grid that connects them. The Commission should allow for people to opt-out of participation in the smart grid in light of physical and mental health effects associated with these devices and wireless RF communications systems. In addition, I request that the Commission investigate the growing number of health complaints associated with Power Line Communications and the disturbances this system creates in the environment – it is unregulated, uncontrollable, and dangerous. I request that the Commission require these systems be deactivated until proven safe. I note in the following reference ( http://en.kioskea.net/contents/126-introduction-to-power-line-communications-plc) a description of Power Line Communications – PLC transmits data via the electrical supply network by superimposing a high frequency signal at low energy levels over the 50 Hz electrical signal. The data signal is transmitted via the power infrastructure and is

received and decoded remotely by any PLC receiver located on the same electrical network.  According to this information which was current as of July 2013, PLC networks are at the same time both electrical supply networks and telecommunications networks, with the result that the authorities have difficulties defining legal framework. **No precise regulation exists for PLC equipment and networks**. **The installation of PLC networks is unregulated and is therefore subject to the condition that they do not cause negative side-effects, in which case the equipment must be removed.   Many consumers are experiencing negative side effects from digital radiofrequency meters installed without consent on their residences. These meters operate, at least in the state of Idaho, using Power Line Communications networks. Therefore, without regulation, anyone experiencing negative effects from this PLC network is able to have the equipment removed. I request that the digital meter servicing my home be removed and replaced with an analog meter and that the PLC system that communicated with the meter also be removed as the negative health effects I and my family are experiencing cannot be remediated with the removal of the electric meter alone but can only be remediated by de-energizing the system that operates these meters.**

I work in the health care industry and part of my responsibility is to work with private institutions and universities in assisting them with filing Investigational New Drug applications for conducting clinical studies. I support the Principal Investigators in providing documentation that they require when seeking permission to conduct their studies with the FDA and their Institutional Review Boards. A large part of the process is spent making sure that study subjects are not exposed to harmful practices or substances and those subjects are participating in the clinical study with full informed consent.

As a Clinical Study Coordinator by profession, I am astounded that there is no informed consent when it comes to wireless RF devices and transmitters, there is no disclosure of possible adverse effects, there is no recording and tracking of adverse events associated with exposure, there is no pilot study limiting the number of people exposed so as to be able to limit the extent of any discovered health risks. This is unconscionable if not outright illegal and requires immediate assessment by all federal health agencies.

Respectfully submitted by,

Heidi M. Lumpkin
384 Tamarack Lane
Sagle, ID 83860
August 24, 2013

9

JA 09548

Radiation Sickness - Disability; Kaitlin Losansky Comments, Sep.1, 2013

Comments on Notice of Inquiry, ET Docket No. 13-84

September 1, 2013

Office of the Secretary
Federal Communications Commission
445 12th Street SW
Washington, DC 20554

Kaitlin Losansky
P.O. Box 1461
Snoqualmie, WA 98065

Dear Federal Communications Commission,

I am writing to ask you more restrictive standards for RFR exposure. There is something seriously lacking in the current standards, if my mom can be so negatively affected by cell phones, Wi-Fi, cordless phones and cell towers, etc.

I have witnessed my mom suffer in pain from Wi-Fi, cordless phones and other wireless devices as we try to sit in a restaurant, go to a hospital, try to shop, or try to visit our friends. I have seen her rebound from a general loss of strength, energy and vitality during RFR exposures to content and enthusiastic after time away from such exposures.

I have lost my home, my neighborhood, my community, and many fun activities we were involved in because we had to move away from smart meters and other people's wireless habits. My mom is a different person when she is not being poisoned by wireless radiation.

I don't understand why the FCC didn't require testing of these products before they went to market.

I don't understand why the FCC has taken steps to reclassify the pinna, or outer ear, as an extremity, which creates less strict exposure standards and less protection of public health.

I am just one of the people who will be supporting your generation in your elderly years – I would think you'd want me and my age group to be healthy and capable of leading the next generation. You are missing the big picture, by only thinking of how this will affect us now, when you should also think of how this will affect us later. Have you heard of the Iroquois Confederacy? They are one of the oldest democratic organizations in the world. Every time they made a decision, they kept in mind how it would affect the seventh generation, two to three hundred years down the road. Entertaining the interests of industry instead of protecting public health is not working for the future, just profiting in the present.

Please decrease maximum permissible exposure limits and take the advice of the 29 international experts who authored the 2012 BioInitiative Report and concluded "that exposure to EMF and radiofrequency radiation (RFR) produces biological effects and adverse health effects at levels significantly below existing public exposure standards…"


Sincerely,

Kaitlin Losansky

JA 09550

Radiation Sickness - Disability; Monise Sheehan Testimonial, Nov. 12, 2012

### Declaration of Monise Sheehan

I, Monise E. Sheehan, have personal knowledge of all facts set forth in this declaration and am competent to testify thereto if called upon to testify in a court of law.  I hereby declare:

1.  My name is Monise Sheehan, and I reside at 33 Bayview Rd, Castroville, CA 95012

2.  I am a utility customer of Pacific Gas & Electric.

I am a staff research associate with UC Davis and, didn't have an opinion "one way or the other" about smart meters when one was installed on my home in Aptos CA July of 2011.

My attitude changed, however, **over the following weeks as I began experiencing new and unwelcome sensations:**

**Tingling in my arms and legs**

**Higher than usual body temperature**

**Later on—a ringing in my ears when I was in certain rooms**

Trips to the doctor turned up nothing. It wasn't until I googled my symptoms that I learned that others were having similar experiences and suspected smart meters to be the cause. I visited an ear, nose and throat specialist about the ringing to "make sure, there was no anomaly inside my ears making this happen," but everything checked out fine.

All I knew was that my special little world—my calm, safe home, where the only thing you would hear is a leaf falling, was now ringing so loud that I could not sleep in my own bedroom anymore. I want to mention that my house was a geodesic dome.

In my first call to PG&E, in early September of 2011, I was told that I was to be placed on an "emergency 48 hour call list" for people with health complaints. I wasn't contacted within 48 hours promised, and so began a lengthy back-and-forth with the corporation. After seeing a video from the **Sept. 22 CPUC meeting in which President Michael Peevey authorized the removal of a Smart Meter on the home of Chandu Vyas**, a man who spoke during the public comment period, I called PG&E one last time to request that mine also be removed because it was hurting me. I was denied.

I follow the rules of society and am a law- abiding citizen. It was a very scary thing for me to go against PG&E. **I was afraid and filled with fear**, but I had to take care of my own health. Frustrated at the company's refusal and desperate to feel better I decided to act. I purchased an analog meter and, on Sept. 24 2011, enlisted the help of a technician to swap the two out.

I photographed both the smart meter and the analog meters before and after installation in order to document their power usage.

I then called PG&E to tell them what I had done. I told them so they could come get their meter and calibrate my meter and get a reading.

1

I was not trying to steal electricity. This development embroiled me in another round of conversations with PG&E, in which the company told me that I had committed a federal offense, broken a state law, might be fined, may have my service discontinued, and should expect a visit from an investigator some time that day. They also told me one of their technicians would be out reinstall a Smart Meter. In fear I waited up all night for the truck(s) and some federal agent to come pounding on my door. Also more than likely I would have my power turned off

They never came.

According to local attorney Dana Scruggs, a customer who violates this rule would not be breaking the law. "The clause … does not indicate they 'broke' any laws, nor are they subject to any other civil or criminal liability," he says. I also ran this by another attorney and it was confirmed that I had broken no law. PG&E's words to me were pure intimidation.

This is the United States of America and I live in a democracy. I can tell you that it did not feel like it. This is a corporation intimidating citizens. This is not supposed to happen here but yet it was.

None of the threats I reported receiving from PG&E became reality except for the power shut off just before Christmas. Instead, after stonewalling the company's many attempts to reach me, PG&E offered—and I accepted—to have my store-bought analog replaced with one of their **"digital non-Smart Meters." I was assured over and over again that the <u>digital meter</u> was just like an analog but it had a digital readout. They lied.**

The problem with these **"Digital Meters"** is that although the radio transmission has been disabled, the meter is still sending and receiving RF signals. I had a professional come out and take readings for me and yes indeed the thing was still running As a matter of fact even if you turn off all of your power via the main switch, the meter stills runs. It still sends out signals and still keeps using electricity wattage that, you, the consumer is paying for.

**I did not bother to call PG&E this time and once again with the help of a licensed electrician exchanged the digital meter for another analog meter.** I also locked it up so they the utility company could not come and replace it when I was not home. This was and apparently still is a normal practice for them. Please note that all of the "PG&E employees who were used during our rollout were not, let me repeat not, licensed electricians but people from the hiring hall who were given a short training on how to remove and replace a meter. So when the power company says things like you must have and experienced utility employee do this work it is yet another lie.

**Digital meters work with an "on-off switching mode function" This is proving to be even more detrimental to the body than radio waves.** The electricity is sent out in erratic pulses. Digital means signals sent in pulses rather than waves. There is no set rhythm, so our brains and bodies cannot process this information correctly. Our bodies are constantly being stressed. Electrical current powers our whole body including our brains. When you add these other irregular and erratic pulses of 10,000- 192000 a day to those that the brain produces for normal functioning, many things can become affected and bad things can start happening to us. Simple brain functions get compromised. **These pulses can break DNA bonds within the cell. This alone is scary. This is what we call cancer.**

2

It is said that there is a percentage of people I included in that group, who will **feel the effects immediately.** Others may not see symptoms for months. Many will not realize that part of what is going on with their health is RF related.

Some people seem to have a make up that shields them from their brain functions being compromised. There are fewer and fewer of those people as the onslaught continues.

In my case these pulses were affecting me so much that my body was not able to feed the mitochondria within my cells. **I was essentially dying at an accelerated speed.**

1. **Sleep** was affected. The body repairs itself when we are in sleep mode.
2. My **cognitive thinking** was compromised.
3. My **memory** has been affected.
4. My **ears** are ringing most of the time.
5. If I am near RF/EMFs, my **heart** will beat erratically
6. My **eyes** water and are puffy for hours after exposure
7. My **voice** gets very scratchy. I know instantly when I am near a power source.
8. The texture of my **skin** has changed.
9. Trying to just feel "ok" eludes me most of the time.

**Yes, I am affected by this stuff**. Cell towers, cell phones, wireless routers, laptops, and smart meters/digital meters. It is all the same stuff.

The one thing that **I can say with certainty** is that **before smart meters/digitals meters**, I was able use a cell phone without trouble. I had a wireless router. I liked all that cool new technology too. After this massive multimillion rollout out around the country, all of that has changed.

**Europe** has been using this technology for over ten years in some places and **they now see what has happened to the people who have been exposed**. They are rolling back and moving to hardwiring these meters. No more wi fi in classrooms either. Much research and studies have been done. They have been done in Europe. In this day and age why anyone would try to say that those studies were not valid because the U.S did not do the studies are not very intelligent. The United States does not hold the corner market on research anymore.

**Studies in Sweden** have showed huge clusters of brain tumors on people who have been using a cell phone for an extended time.

The power companies hit one utility after another using the exact same sales pitch. Making the same false claims. They read the script they are given. They have been successful with some and unsuccessful with others. All of the claims about the customer saving money are absolutely false. The only ones that stand to profit are the power companies themselves and the makers of these meters. Most, if not all of the components for these smart/digital meters are made in China and then assembled in Mexico. Did you know that?

Our own **Leon Panetta has said publicly that smart meters/digital meters pose a huge threat to our national security**. The potential for malware to be imbedded without any one knowing is credible. The fact that the whole system works by way of a grid of at least 5000 units that can be disabled by the click of a scripted keystroke should be enough for you to reject this.

3

**You at SMUD** have the power to act without having to wait for the CPUC to give their blessing or in our case PG&E, to finally to give in and **let us have our analogs back.**

When the president of PG&E goes on television and publicly admits that they have lost their way, you need to pay attention, Please!

SMUD you are a public utility, the peoples' utility.

Palo Alto is also a public utility and they told the power company thanks but no thanks. They did not have to look very far to find all of the evidence they needed to make that informed decision.

Please do your due diligence here. Taking the power company's word for it is naïve and very irresponsible on your part.

Respectfully,

Monise Sheehan

I declare under penalty of perjury under the laws of the State of California facts set forth above are true and correct to the best of my knowledge.

This declaration was executed this 11th of November 2012 at Castroville, California

signed _____     Date 11 12 2012

PETER EDWARD SHEEHAN
COMM. #1825175
Notary Public - California
Santa Cruz County
My Comm. Expires Nov. 28, 2012

4

JA 09556

Radiation Sickness - Disability; Ruthie Glavinich Comments, Mar. 1, 2013

I live with ElectroHypersensitivitySyndrome (EHS) thanks to overexposure to a cell tower located extremely close to our family owned business which I reported in 2009 to the FCC and you did not listen.  The comment I received from the FCC, "have you been to a doctor?"  Thanks for your sympathy and duping our family.  I have a son with Autistic-Like Behaviors that has social and learning disabilities in school.  At the time of our exposure and to this date, my husband and I experience symptoms such as: Extreme pressure in the head, headaches, migraines, mood swings, anger, dizziness, pain behind the eye sockets, tinnitus, nausea, neck and back pain, joint pains, rapid heart beat, insomnia and fatigue when exposed to radio frequency radiation emitted by wireless technology such as: cell towers, SmartMeters, WI-FI and surveillance cameras.  It is the FCC's duty to protect our children and people, NOT the corporate wireless telecommunications industry or utility companies!  Your guidelines need to be re-evaluated for today's technology, we have come a long way from dinosaur analog technology since the enactment of the 1996 Telecommunication Act.  Your research should be conducted by independent science groups, not science funded by the telecommunications industry!  SAR based on a mannequin is not science.  Stop protecting them or there will become an epidemic of a completely ill society unable to function.  Our bodies were not created for this kind of RF/Microwave exposure!

Radiation Sickness; Testimonials of Nine People; Jan., 28, 2013

**Q.**   Do you wish to add anything here not included in your statement in

Exhibit A?

**A.**

**Q.**   Do you want to submit the statements in Exhibit A to the Maine Public Utility

Commission for consideration in its pending proceeding to investigate the

safety of smart meters?

**A.**   Yes.  I submit the attached sworn testimony in support of complainants Ed

Friedman, et al in their case before the Maine PUC as evidence that smart meters

are not safe.

STATE OF MICHIGAN                                    January 28, 2013
WASHTENAW, ss

   Personally appeared the above-named ███████████ and stated under oath
that the foregoing Affidavit made by her is true and based upon her own personal
knowledge, information or belief, and so far as upon information and belief, she believes
the information to be true.  Before me,

                                    _Kathleen A Mulligan_

                              Notary Public
                                    _Kathleen A Mulligan_

                              Name Typed or Printed

                              My Commission Expires: _____ 9-21-14

KATHLEEN A. MULLIGAN
Notary Public, Washtenaw County, Michigan
Acting in _____ County, Michigan
My Commission Expires September 20, 2014

                                    2

Friedman Lay Witness Testimony
Redacted 83 of 293

JA 09560

# EXHIBIT A

STATE OF MICHIGAN

BEFORE THE MICHIGAN PUBLIC SERVICE COMMISSION

| | |
|---|---|
| In the matter of the application and request ) | |
| of the DETROIT EDISON COMPANY seeking ) | |
| approval and authority to implement its ) | Case No U-17053 |
| proposed Advanced Metering Infrastructure ) | |
| opt out program. ) | |

QUALIFICATIONS AND DIRECT TESTIMONY OF
███████████████

3

QUALIFICATIONS OF ███████████████

| | | |
|---|---|---|
| 1 | Q. | **Do you swear that the testimony you are about to give is the truth, the whole truth,** |
| 2 | | **and nothing but the truth?** |
| 3 | A. | I do. |
| 4 | Q. | **Please state your name, address and contact information.** |
| 5 | A. | My name is ████████████████████████████ |
| 6 | | ██████████████████████ |
| 7 | Q. | **On whose behalf are you testifying?** |
| 8 | A. | That of Intervenors Linda Kurtz and Cynthia Edwards. |
| 9 | Q. | **What are your qualifications to testify?** |
| 10 | A. | I take my electric service from Detroit Edison. I have been affected by the smart meter |
| 11 | | installation both in terms of my health and in terms of earning an income. |

1

DIRECT TESTIMONY OF ███████████

| 1 | Q. | **What is the purpose of your testimony?** |
|---|---|---|
| 2 | A. | To provide information that establishes that there is a need for a no-fee opt-out and the |
| 3 | | need for an analog meter option. To provide information that may help the Commission in |
| 4 | | determining whether smart and digital meters create certain kinds of economic, medical, |
| 5 | | social, or other harm or hardship, as outlined in Intervenor Linda Kurtz's Petition for |
| 6 | | Intervention, to some or all persons such that Detroit Edison and the Commission must not |
| 7 | | require those who are or who are likely to be so harmed to have a smart or digital meter |
| 8 | | placed on their home or place of business or to be otherwise deprived of rights and liberties, |
| 9 | | as outlined in Intervenor Kurtz's Petition for Intervention, by the deployment of the |
| 10 | | advanced metering infrastructure, smart meters, or digital meters, and, in the alternative, |
| 11 | | that such persons must be able to avoid such harm to their person and property without |
| 12 | | being charged a fee. |
| 13 | Q. | **How long have you lived at your current residence?** |
| 14 | A. | I have lived in my home since 1981, for 31 years. I own my home. |
| 15 | Q. | **What do you do for a living?** |
| 16 | A. | I worked as a ███████████ for 18 years. For the past 13 years I have worked as a ███████████ |
| 17 | Q. | **When was a smart meter installed on your home?** |
| 18 | A. | July 18, 2012. |
| 19 | Q. | **Did you know it had been installed on your home?** |
| 20 | A. | No, I didn't. Later, when I couldn't sleep, I called DTE, and they told me the date it had been |
| 21 | | installed. |
| 22 | Q. | **Something led you to call DTE. What was that?** |
| 23 | A. | Never in my life have I had a problem sleeping. "When my head hits the pillow," as the |
| 24 | | saying goes, "I'm out like a light." But now I was lying awake for hours without falling |
| 25 | | asleep, night after night. 12 am, 2 am, 4 am, I'm still awake! I wondered, "What's going on?" |
| 26 | | I talked to a friend, telling him my dilemma, and he told me that the smart meters could |
| 27 | | alter your sleep. "What are smart meters?" I asked. I had never heard of them. |
| 28 | Q. | **So prior to your conversation with your friend, you knew nothing about smart** |
| 29 | | **meters?** |
| 30 | A. | No. |
| 31 | q. | **So you weren't anxious about smart meters and thus experiencing insomnia?** |

2

| | | |
|---|---|---|
| 1 | A. | No. Like I said, I had never heard of them before. Like I said, my entire life, I have slept like a |
| 2 | | rock—that is until a smart meters was installed on my home. |
| 3 | Q. | **Prior to talking to your friend, did  you know that a smart meter had been installed** |
| 4 | | **on your home?** |
| 5 | A. | No. I was never contacted or asked if this meter could go on my home. After I talked to my |
| 6 | | friend, I went to look to see if a smart meter had been installed on my home. It had been. I |
| 7 | | contacted DTE immediately, this was some time in August, asking them to take this meter |
| 8 | | off my house. They said I was the first person to call and complain about the smart meter |
| 9 | | causing any problems. The representative said she was sure I must have had problems |
| 10 | | sleeping before. |
| 11 | Q. | **What did DTE tell you they would do?** |
| 12 | A. | They said they could not take the meter off my house and at this time there was no opt-out |
| 13 | | program but they were working on it. |
| 14 | Q. | **What did you do next?** |
| 15 | A. | I continued to call and call and call them and said, "Please take this meter off my house. I |
| 16 | | can't sleep, I can't work." I called at 3 a.m. one night when I couldn't sleep. Like the first |
| 17 | | representative, this  representative said he'd never heard of such a problem.  I finally set up |
| 18 | | a tent in my backyard, after weeks of not sleeping. I slept really well, not quite as well as |
| 19 | | when I was sleeping in my own bed in my own home before I had a smart meter, but no one |
| 20 | | sleeps quite as well in a tent as in their own bed.  It has been very stormy and windy this |
| 21 | | last month, and about three weeks ago the tent blew over on me at about 3 a.m. It covered |
| 22 | | me so thoroughly, and was so heavy, I thought I was going to suffocate! |
| 23 | Q. | **Did you continue to sleep in the tent?** |
| 24 | A. | I moved back into my house because every time I set the tent up, it blew back down the |
| 25 | | winds were so high.  My nights are now sleepless. |
| 26 | Q. | **Do you experience any other health problems or symptoms from the smart meter?** |
| 27 | A. | At night,  I lie there feeling a vibration going through all of my body and my ears ring loudly. |
| 28 | | ███████████ is really hard work, and I wonder some days how I am going to make it. The |
| 29 | | sleep deprivation makes me extremely fatigued and worn out. Day after day after day of |
| 30 | | exhaustion has made me feel suicidal at times. I just don't know how I can keep going on! I |
| 31 | | have felt such a fatigue and depression. This is totally affecting my personality and thus my |
| 32 | | friendships and other  relationships. This is affecting my productivity at work – I am so |
| 33 | | tired! My memory has been affected – I will be talking to a person and totally go blank and |
| 34 | | can't finish my sentence. I have pain in my body I haven't had before—I feel an achiness |
| 35 | | around my joints. This has been progressive. In the last two days, I have begun feeling an |
| 36 | | achiness around the vertebrae in my back. |

3

1  I feel a physical agitation in my body. I work outside all day. I come home, and within a
2  couple hours, I feel so agitated in my body. When I was able to sleep in my tent, I would look
3  so forward to going outside. People would say, "████ you can't sleep out there, it's so cold."
4  And I would be so happy because I didn't feel that agitation outside and I could sleep.

5  I experience ringing in my ears whenever I am in any building with a smart meter. At one
6  client's house, the ringing in my ears was so loud I couldn't believe it. Buildings with
7  fluorescent lights are particularly bad.

8  Q.  **How do you know it is smart meters that are affecting your health?**

9  A.  I know because I never had a problem before smart meters.

10  Q.  **Did you have any health problems prior to the installation of smart meters? If so,**
11      **what were they and when did they begin?**

12  A.  Hypothyroidism. This was diagnosed about twelve years ago.

13  Q.  **Does this cause fatigue?**

14  A.  No, because I take medication for it.

15  Q.  **So could this be what is causing you to have trouble sleeping at night?**

16  A.  No, because I never have had trouble sleeping, that is, not until the smart meters were
17      installed. The fatigue was caused by the hypothyroidism, not by lack of sleep.

18  Q.  **Any other health conditions?**

19  A.  I feel like some asthma, though it's never been diagnosed.

20  Q.  **Have you had sensitivity to any other electrical or wireless devices other than smart**
21      **meters?**

22  A.  Yes. I am extremely affected by my cell phone. I feel agitated when I am using it, and I have
23      ever since I got it five years ago. I have started to use the speaker phone rather than hold
24      the phone against my ear. That helps slightly.

25  Q.  **You said you have contemplated suicide after experiencing day after day of unending**
26      **fatigue since smart meter installation. Have you every contemplated suicide prior to**
27      **this?**

28  A.  Never. Definitively never. But after I was so exhausted after not sleeping for days, I was
29      going to work one day, completely exhausted. I thought, "How can anyone go on day after
30      day like this without sleeping?"  I thought, "Now I know why people think about suicide.
31      People that don't sleep, how do they keep on going?"

32  Q.  **Have the health effects you experience as a result of smart meters affected your**
33      **ability to work and earn a living? If the answer is yes, describe how.**

4

| 1 | A. | I have been late for work because I have needed to try to rest—I guess I can't really call it |
| 2 | | sleep anymore. I've never actually missed work, but I have been late for work. My |
| 3 | | productivity is less. I've never been late for work in the past. |

| 4 | Q. | **Have the health effects you experience as a result of smart meters affected your** |
| 5 | | **ability to interact socially with others? If the answer is yes, describe how.** |

| 6 | A. | Yes. When you are so tired, you don't even want to socialize with anyone. I feel angry, so |
| 7 | | fatigued. All I think about is sleeping. |

| 8 | | It's negatively affected my most intimate relationship in the last few months. It's had a huge |
| 9 | | impact. The lack of sleep has made me so fatigued and angry, and it's hard to love someone |
| 10 | | when you feel that way. |

| 11 | Q. | **Have the health effects you experience as a result of smart meters affected your** |
| 12 | | **ability to access public services, such as the public library, government offices? If the** |
| 13 | | **answer is yes, describe how.** |

| 14 | A. | Yes, because going into any building with a smart meter, I feel agitated. |

| 15 | Q. | **Have the health effects you experience as a result of smart meters affected your** |
| 16 | | **ability to freely assemble outside? If the answer is yes, describe how.** |

| 17 | A. | No. |

| 18 | Q. | **Have the health effects you experience as a result of smart meters affected your** |
| 19 | | **ability to access religious or spiritual services? If the answer is yes, describe how.** |

| 20 | A. | My spiritual life is outside, so no, it hasn't. |

| 21 | Q. | **Have the health effects you experience as a result of smart meters affected your** |
| 22 | | **ability to freely access health services? If the answer is yes, describe how.** |

| 23 | A. | No, but I haven't been to any health-care facility since smart meters were installed, except |
| 24 | | for the UM, where they don't have smart meters. Given how I react in buildings with smart |
| 25 | | meters, I expect that it will affect me once I do need to see a health-care professional who is |
| 26 | | in a building with smart meters. |

| 27 | Q. | **Have the health effects you experience as a result of smart meters affected your** |
| 28 | | **ability to perform one or more major life activities not already mentioned? If the** |
| 29 | | **answer is yes, describe what activities and how the effects have affected your** |
| 30 | | **performance of these activities.** |

| 31 | A. | Interacting with others. Reading, because I get so agitated in my body and I can't |
| 32 | | concentrated. I used to love to read, and I kept wondering, "Why can't I read now." Inability |
| 33 | | to think, concentrate, comprehend. Sleeping, obviously. Performing manual tasks because |
| 34 | | being in the house is so hard—how can I clean my house, wash my dishes, etc when I just |
| 35 | | need to get out of my house. |

5

| | | |
|---|---|---|
| 1 | | As far as physical labor goes, I am more tired, it's harder to be productive. |
| 2 | | Breathing—it has been harder for me to breathe in the house. I have asthma. |
| 3 | | My memory is a lot worse. I have to write everything down now. My son keeps telling me, |
| 4 | | "Mom, I told you that yesterday." |
| 5 | Q. | **Has your ability to live in your home been affected by the installation of smart** |
| 6 | | **meters?** |
| 7 | A. | Totally. I think that has been covered. |
| 8 | Q. | **Is there anything else you wish to say about how smart meters have affected your** |
| 9 | | **health and/or your life?** |
| 10 | A. | Yes. My sixteen-year-old son, ▇▇▇ sleeps a couple feet away from the meter. He has |
| 11 | | juvenile diabetes. We just went to see his endocrinologist, Dr. ▇▇▇ at the University of |
| 12 | | ▇▇▇▇▇▇▇▇▇▇▇▇Hospital on November 1. He's been going there for 2 years, since |
| 13 | | his diagnosis when he was 14. There is this number called A1c. There's this blood test they |
| 14 | | give the kids called A1C. It's a blood test that shows what his blood sugars combined were |
| 15 | | for the last three months. His numbers were always below 7. His last appointment, they |
| 16 | | were 6.8. [Exhibit 1.] The doctors have always been so happy because they want these |
| 17 | | numbers to always be below 7. |
| 18 | | I have ▇▇▇ on a very clean, organic diet and he exercises playing hockey and lacrosse, all of |
| 19 | | which help keep his blood sugars at a good level. On November 1, his A1c was taken, and the |
| 20 | | level had shot up to 9.5. [Exhibit 1.]  The doctor if anything had changed as far as his diet |
| 21 | | and exercise. Nothing had. It's very clear that has blood sugar levels have shot up because of |
| 22 | | the smart meters. Nothing else in his life has changed, and the levels have been consistent |
| 23 | | for two years. There's no other explanation. When levels are above 7, it wreaks havoc on the |
| 24 | | body. Many things can happen to the body, to his limbs, to his organ. |
| 25 | | Dr. ▇▇▇ has sent a letter to DTE describing her findings and stating that the smart meter |
| 26 | | needs to be taken off the home. |
| 27 | | From a *Prevention Magazine* article that I read, I have learned that the EMFs emitted by |
| 28 | | smart meters can elevate blood sugar levels. They discussed work by Dr. Magda Havas of |
| 29 | | Trent University, whose research has shown that voltage transients can elevate blood sugar |
| 30 | | levels of diabetics. [Attached as Exhibit 2. Pertinent area is on page 6 of Exhibit 2, |
| 31 | | highlighted in yellow.] |

6

STATE OF MICHIGAN

BEFORE THE MICHIGAN PUBLIC SERVICE COMMISSION

| | | |
|---|---|---|
| In the matter of the application and request | ) | |
| of the DETROIT EDISON COMPANY seeking | ) | |
| approval and authority to implement its | ) | Case No U-17053 |
| proposed Advanced Metering Infrastructure | ) | |
| opt out program. | ) | |

EXHIBITS OF

████████████

0

EXHIBIT 1

☑ 001/006
Printed 11/8/12 4:03 PM

Description: **16 year old male**
11/1/2012 8:00 AM Office Visit                    Provider:
MRN: 040245480                                    Department: **Mh Ped Endocrinology**

| Diagnoses | Reason for Visit |
|---|---|
| **Diabetes mellitus** - Primary<br>250.00<br>**Long-term insulin use**<br>V58.67 | Diabetes Mellitus |

**Vitals - Last Recorded**

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 114/61 | 58 | 97.7 °F (36.5 °C) (Oral) | 1.816 m (5' 11.5") | 68.8 kg (151 lb 10.8 oz) | 20.86 kg/m2 |

**Progress Notes**

              MD  11/5/2012 8:38 AM  Signed

                    is a 16 year 10 month old boy who is seen in Pediatric Diabetes Clinic for follow-up of
Type I diabetes. He was diagnosed with Type I diabetes in May 2010. He is accompanied by his
mother.

MEDICATIONS:
Lantus 22 units at bedtime
Novolog: Insulin/Carb ratio 1:13 for breakfast, lunch, and dinner
correction 1:100>150 at breakfast and lunch

Other relevant medications: None

INTERVAL HISTORY: No interim illness. Over the summer they attended an intro to pump class.
He said he was interested in the pump but never completed the workbook.  They did not bring blood
sugar log to review. He reports checking 3-4 times/day. He states that he has low BG in the 70's after
hockey practice in the afternoon.He treats these with power bars, and we discussed the need for him
to have a fast acting sugar with him. He will not have any periods where he is not in a sport from
this point. He has is not driving often. Mother is very concerned that a smart meter placed on their
home by the utility company over the summer has caused a worsening of his BS.

History of severe hypoglycemia: No.
History of significant # of (non-severe) hypoglycemic episodes: non-reported 2-3 per week.
Occasional 50-60 after hockey practice. He feels shaky and has a granola bar.
History of DKA: None since diagnosis
History of DM related hospital admission: None since diagnosis

REVIEW OF SYSTEMS:
10 systems reviewed: Yes reviewed 10/14 see pediatric diabetes outpatient note imaged document.

SOCIAL HISTORY: Parents are divorced. Both brothers are away at college. He is in 11th grade.
Active in hockey and LaCrosse.

PHYSICAL EXAMINATION:
BP 114/61  Pulse 58  Temp(Src) 97.7 °F (36.5 °C) (Oral)  Ht 181.6 m (82%)  Wt 68.8 kg (64%)
BMI 20.86 kg/m2 (44%)
In no acute distress.
External ears and canals are normal.
Nasopharynx is patent.

1

1

Oropharynx has moist mucous membranes and no lesions.
Neck is supple; no lymphadenopathy or masses. Mildly enlarged thyroid with normal texture.
Heart has a regular rate and rhythm, without significant murmur.
Lungs are clear to auscultation; no wheezes or rhonchi.
Abdomen has positive bowel sounds. It is soft and nontender, without organomegaly or masses.
Extremities are warm and dry, without abnormalities.
Normal tone, bulk, and strength.
Acanthosis nigricans : No
Lipodystrophy at injection sites : Yes, left abdomen
Feet Examination - examined : no

A1c: Previous 6.8% Today 9.6%

ASSESSMENT AND PLAN:
Diagnosis - Type 1 diabetes mellitus - worsening control.

1. Insulin Dose Adjustments: Since his A1c has worsened and he reports normal BS, we will
increase his lantus dose to 24 units. We discussed with him the importance of diligent diabetes care
and his A1c goal. Mother was concerned that the worsening was due to the smart meter. We also
discussed that he may be finishing his honeymoon period. We instructed them to fax in BS in 2
weeks so that further dose adjustments can be made.  He had annual labs drawn today.

Lantus 24 units at bedtime
Novolog: Insulin/Carb ratio 1:13 for breakfast, lunch, and dinner
correction 1:100>150 at breakfast and lunch

2. Follow-up in 3 months.

Blood Sugar Monitoring Goals
At least 4-6 times daily, including before hockey

HbA1C Goal
<7.5%

Nutritional Goals
Well-balanced, healthy meals

Behavioral / Educational Goals
Record glucose on logs once weekly

Counseled parents/patient on:
Importance of controlling BG
ADA goal of A1c<7.5%
Risks of NOT monitoring BG
Importance of recording/reviewing BG
Sx, tx, prevention and risk of hyperglycemia
Sx, tx, prevention and risk of hypoglycemia
Carb Counting
Site rotation
Parents involvement in diabetes care

Friedman Lay Witness Testimony
Redacted 93 of 293
JA 09570

EXHIBIT 2

Prevention Magazine Article

http://www.prevention.com/health/healthy-living/electromagnetic-fields-and-your-health

### Is Dirty Electricity Making You Sick?

Why Are Electromagnetic Fields Dangerous?

Several developments have highlighted the growing hazards of EMF pollution—and the crucial need to address them.

**A report that cited more than 2,000 studies found that chronic exposure to even low-level radiation (like that from cell phones) can cause a variety of cancers, impair immunity, and contribute to Alzheimer's disease and dementia, heart disease, and many other ailments. One likely way: EMFs open the blood-brain barrier, causing blood vessels to leak fluid into the brain and damage neurons.**

**What's more, a less–well known kind of EMF, known as "dirty" or transient electricity, may play an even more damaging role.** Transients are largely by-products of modern energy-efficient electronics and appliances—from computers, refrigerators, and plasma TVs to compact fluorescent lightbulbs and dimmer switches—which tamp down the electricity they use. **This manipulation of current creates a wildly fluctuating and potentially dangerous electromagnetic field that essentially charges up the electrons in every cell of your body. Some research suggests that by overlapping the body's signaling mechanisms, transients may interfere with the secretion of insulin, drown out the call and response of the immune system, and cause other physical havoc.**

For more information on the dangers of electromagnetic fields, read our full investigative report here. (below)


**Is Dirty Electricity Making You Sick?**

Too many electromagnetic fields surrounding us—from cell phones, wifi, and commonplace modern technology—may be seriously harming our health. Here's how to minimize your exposure.


Read more: http://www.prevention.com/health/healthy-living/electromagnetic-fields-and-your-health#ixzz22iCT1oED

**The California Cluster**

**IN 1990, the city of** La Quinta, CA, proudly opened the doors of its sparkling new middle school. Gayle Cohen, then a sixth-grade teacher, recalls the sense of excitement everyone felt: "We had been

3

in temporary facilities for 2 years, and the change was exhilarating." But the glow soon dimmed. One teacher developed vague symptoms-- weakness, dizziness--and didn't return after the Christmas break. A couple of years later, another developed cancer and died; the teacher who took over his classroom was later diagnosed with throat cancer. More instructors continued to fall ill, and then, in 2003, on her 50th birthday, Cohen received her own bad news: breast cancer. "That's when I sat down with another teacher, and we remarked on all the cancers we'd seen," she says. "We immediately thought of a dozen colleagues who had either gotten sick or passed away." By 2005, 16 staffers among the 137 who'd worked at the new school had been diagnosed with 18 cancers, a ratio nearly 3 times the expected number. Nor were the children spared: About a dozen cancers have been detected so far among former students. A couple of them have died.

Prior to undergoing her first chemotherapy treatment, Cohen approached the school principal, who eventually went to district officials for an investigation. A local newspaper article about the possible disease cluster caught the attention of Sam Milham, MD, a widely traveled epidemiologist who has investigated hundreds of environmental and occupational illnesses and published dozens of peer-reviewed papers on his findings. For the past 30 years, he has trained much of his focus on the potential hazards of electromagnetic fields (EMFs)--the radiation that surrounds all electrical appliances and devices, power lines, and home wiring and is emitted by communications devices, including cell phones and radio, TV, and WiFi transmitters. His work has led him, along with an increasingly alarmed army of international scientists, to a controversial conclusion: The "electrosmog" that first began developing with the rollout of the electrical grid a century ago and now envelops every inhabitant of Earth is responsible for many of the diseases that impair--or kill--us.

Milham was especially interested in measuring the ambient levels of a particular kind of EMF, a relatively new suspected carcinogen known as high-frequency voltage transients, or "dirty electricity." Transients are largely by-products of modern energy-efficient electronics and appliances--from computers, refrigerators, and plasma TVs to compact fluorescent lightbulbs and dimmer switches--which tamp down the electricity they use. This manipulation of current creates a wildly fluctuating and potentially dangerous electromagnetic field that not only radiates into the immediate environment but also can back up along home or office wiring all the way to the utility, infecting every energy customer in between. With Cohen's help, Milham entered the school after hours one day to take readings. Astonishingly, in some classrooms he found the surges of transient pollution exceeded his meter's ability to gauge them. His preliminary findings prompted the teachers to file a complaint with the Occupational Safety and Health Administration, which in turn ordered a full investigation by the California Department of Health Care Services.

The final analysis, reported by Milham and his colleague, L. Lloyd Morgan, in 2008 in the *American Journal of Industrial Medicine*: Cumulative exposure to transients in the school increased the likelihood a teacher would develop cancer by 64%. A single year of working in the building raised risk by 21%. The teachers' chances of developing melanoma, thyroid cancer, and uterine cancer

4

were particularly high, as great as 13 times the average. Although not included in the tabulations, the risks for young students were probably even greater.

"In the decades-long debate about whether EMFs are harmful," says Milham, "it looks like transients could be the smoking gun."

### The Case against EMFs

**Cancer and Electricity**--could a disease whose cause has long eluded scientists be linked to perhaps the greatest practical discovery of the modern era? For 50 years, researchers who have tried to tie one to the other have been routinely dismissed by a variety of skeptics, from congressional investigators to powerful interest groups--most prominently electric utilities, cell phone manufacturers, and WiFi providers, which have repeatedly cited their own data showing the linkage to be "weak and inconsistent." Recently, however, in addition to the stunning new investigations into dirty electricity (which we'll return to), several developments have highlighted the growing hazards of EMF pollution--and the crucial need to address them.

### The Evidence showing harm is overwhelming.

In 2007, the Bioinitiative Working Group, an international collaboration of prestigious scientists and public health policy experts from the United States, Sweden, Denmark, Austria, and China, released a 650-page report citing more than 2,000 studies (many very recent) that detail the toxic effects of EMFs from all sources. Chronic exposure to even low-level radiation (like that from cell phones), the scientists concluded, can cause a variety of cancers, impair immunity, and contribute to Alzheimer's disease and dementia, heart disease, and many other ailments. "We now have a critical mass of evidence, and it gets stronger every day," says David Carpenter, MD, director of the Institute for Health and the Environment at the University at Albany and coauthor of the public-health chapters of the Bioinitiative report.

### Fears about the hazards of cell phones seem justified.

"Every single study of brain tumors that looks at 10 or more years of use shows an increased risk of brain cancer," says Cindy Sage, MA, coeditor of the report. A recent study from Sweden is particularly frightening, suggesting that if you started using a cell phone as a teen, you have a 5 times greater risk of brain cancer than those who started as an adult. The risk rises even more for people who use the phone on only one side of the head. While defenders of cell phone safety claim no scientist can explain why EMFs may be harmful in humans, **a body of reliable and consistent animal research shows that electromagnetic fields, equal to those generated by mobile phones, open the blood-brain barrier, causing blood vessels to leak fluid into the brain and damage neurons.** Ironically, that research (by renowned Swedish neuro-oncologist Leif G. Salford, MD, PhD) began with the goal of finding a way to deliver chemotherapy to brain tumors.

### Other countries are revising exposure standards.

5

Members of the European Union, which has led the way on EMF investigations, are moving quickly to protect their citizens, particularly children and pregnant women. In the past 2 years alone, France, Germany, and England have dismantled wireless networks in schools and public libraries, and other countries are pressing to follow suit. Israel has banned the placement of cellular antennae on residences, and Russian officials have advised against cell phone use for children under 18.

**Electrical hypersensitivity (EHS) is becoming more widespread.**

Symptoms of EHS, a recently identified condition, include fatigue, facial irritation (resembling rosacea), tinnitus, dizziness, and digestive disturbances, which occur after exposure to visual display units, mobile phones, WiFi equipment, and commonplace appliances. Experts say up to 3% of all people are clinically hypersensitive, as many as one-third of us to a lesser degree.

**Electrical pollution is increasing dramatically.**

"For the first time in our evolutionary history, we have generated an entire secondary, virtual, densely complex environment--an electromagnetic soup--that essentially overlaps the human nervous system," says Michael Persinger, PhD, a neuroscientist at Laurentian University who has studied the effects of EMFs on cancer cells. And it appears that, more than a century after Thomas Edison switched on his first lightbulb, the health consequences of that continual overlap are just now beginning to be documented.

**A History of Harmful Effects**

**Until Edison's harnessing** of electricity, humans' only sources of EMF exposure were the earth's static magnetic field (which causes a compass needle to point north) and cosmic rays from the sun and outer space; over our long evolution, we've adapted to solar EMFs by developing protective pigment. "But we have no protection against other EMF frequencies," says Andrew Marino, PhD, JD, a pioneer in bioelectromagnetics who has done extensive EMF research and a professor in the department of orthopedic surgery at the Louisiana State Health Sciences Center. "How quickly can we adapt our biology to these new exposures? It's the most important environmental health question--and problem--of the 21st century."

Research into the hazards of EMFs has been extensive, controversial--and, at least at the outset, animated by political intrigue. A sampling:

- The Russians first noticed during World War II that radar operators (radar operates using radio frequency waves) often came down with symptoms we now attribute to electrical hypersensitivity syndrome. In the 1960s, during the height of the Cold War, they secretly bombarded the US embassy in Moscow with microwave radiation (a higher-frequency RF used to transmit wireless signals), sickening American employees. Radio wave sickness-- also called microwave sickness-- is now a commonly accepted diagnosis.

6

- When television (also radio wave) was introduced in Australia in 1956, researchers there documented a rapid increase in cancers among people who lived near transmission towers.

- In the 1970s, Nancy Wertheimer, PhD, a Denver epidemiologist (since deceased), detected a spike in childhood leukemia (a rare disease) among kids who lived near electric power lines, prompting a rash of studies that arrived at similar conclusions.

- In the 1980s, investigators concluded that office workers with high exposure to EMFs from electronics had higher incidences of melanoma--a disease most often associated with sun exposure-- than outdoor workers.

- In 1998, researchers with the National Cancer Institute reported that childhood leukemia risks were "significantly elevated" in children whose mothers used electric blankets during pregnancy and in children who used hair dryers, video machines in arcades, and video games connected to TVs.

- Over the past few years, investigators have examined cancer clusters on Cape Cod, which has a huge US Air Force radar array called PAVE PAWS, and Nantucket, home to a powerful Loran- Cantenna. Counties in both areas have the highest incidences of all cancers in the entire state of Massachusetts.

- More recently, the new findings on transients--particularly those crawling along utility wiring--are causing some scientists to rethink that part of the EMF debate pertaining to the hazards of power lines. Could they have been focusing on the wrong part of the EMF spectrum?

**Transients: The Post- Modern Carcinogen**

**Some earlier, notable**--albeit aborted--research suggests this may be the case. In 1988, Hydro-Quebec, a Canadian electric utility, contracted researchers from McGill University to **study the health effects of power line EMFs on its employees.** Gilles Theriault, MD, DrPH, who led the research and was chair of the department of occupational health at the university, decided to **expand his focus to include high-frequency transients and found, even after controlling for smoking, that workers exposed to them had up to a 15-fold risk of developing lung cancer. After the results were published in the *American Journal of Epidemiology*, the utility decided to put an end to the study.**

**That research commenced at a time when energy-efficient devices--the major generators of transients--were beginning to saturate North American homes and clutter up power lines. [Smart meters generate transients 24/7 because the 240-volt current from the power line must be stepped down to a fluctuating (pulsing) 3–10 volt current to run the meter.]** A telltale sign of an energy-efficient device is the ballast, or transformer, that you see near the end of a power cord on a laptop computer, printer, or cell phone charger (although not all devices have them). When plugged in, it's warm to the touch, an indication that it's tamping down current and throwing off transient pollution. Two of the worst creators of transient radiation: light dimmer switches and

7

compact fluorescent lightbulbs (CFLs). Transients are created when current is repeatedly interrupted. A CFL, for instance, saves energy by turning itself on and off repeatedly, as many as 100,000 times per second.

**So how does the human body respond to this pulsing radiation? "Think of a magnet," explains Dave Stetzer, an electrical engineer and power supply expert in Blair, WI. "Opposite charges attract, and like charges repel. When a transient is going positive, the negatively charged electrons in your body move toward that positive charge. When the transient flips to negative, the body's electrons are pushed back. Remember, these positive-negative shifts are occurring many thousands of times per second, so the electrons in your body are oscillating to that tune. Your body becomes charged up because you're basically coupled to the transient's electric field."**

Keep in mind that all the cells in your body, whether islets in the pancreas awaiting a signal to manufacture insulin or white blood cells speeding to the site of an injury, use electricity--or "electron change"--to communicate with each other. By overlapping the body's signaling mechanisms, could transients interfere with the secretion of insulin, drown out the call-and-response of the immune system, and cause other physical havoc?

Some preliminary research implies the answer is yes. Over the past 3 years, Magda Havas, PhD, a researcher in the department of environmental and resource studies at Trent University in Ontario, has published several studies that suggest exposure to transients may elevate blood sugar levels among people with diabetes and prediabetes and that people with multiple sclerosis improve their balance and have fewer tremors after just a few days in a transient- free environment. Her work also shows that after schools installed filters to clean up transients, two-thirds of teachers reported improvement in symptoms that had been plaguing them, including headache, dry eye, facial flushing, asthma, skin irritation, and depression.

Transients are particularly insidious because they accumulate and strengthen, their frequency reaching into the dangerous RF range. Because they travel along home and utility wiring, your neighbor's energy choices will affect the electrical pollution in your house. In other words, a CFL illuminating a porch down the block can send nasty transients into your bedroom.

Something else is sending transients into your home: the earth. From your high school science texts, you know that electricity must travel along a complete circuit, always returning to its source (the utility) along a neutral wire. In the early 1990s, says Stetzer, as transients began overloading utility wiring, public service commissions in many states told utilities to drive neutral rods into the ground on every existing pole and every new one they erected. "Today, more than 70% of all current going out on the wires returns to substations via the earth," says Stetzer--encountering along the way all sorts of subterranean conductors, such as water, sewer, and natural-gas pipes, that ferry even more electrical pollution into your home.

**A Pragmatic Proposal**

8

**Of course, these** small studies--from Milham, Hydro-Quebec, and Havas-- hardly constitute a blanket indictment of transients. "We're still early in this part of the EMF story," says Carpenter. Does that mean as evidence of their harm accumulates, officials will raise a red flag? Not likely, if past EMF debates are any indication. Power companies have successfully beaten back attempts to modify exposure standards, and **the cell phone industry, which has funded at least 87% of the research on the subject,** has effectively resisted regulation. One good reason has had to do with latency--how long it takes to develop a particular cancer, often 25 years or more. Cell phones have been around only about that long.

But does that mean we avoid any discussion of their *possible* dangers? Again, if the past is a guide, the answer appears to be "probably." American scientists worried about the hazards of smoking, the DES (diethylstilbestrol) pill (given to pregnant women, it caused birth defects), asbestos, PCBs (polychlorinated biphenyls)--the list is lengthy--but officially warned about exposure only after they could say with absolute certainty that these things were harmful. As for protecting ourselves from toxic radiation, we have a lax--and laughable--history. In the 1920s, just a few years after medical imaging devices were invented, physicians were known to entertain their guests by x-raying them at garden parties. In the 1930s, scientists often kept radium in open trays on their desks. Shoe stores used x-ray machines in the 1940s to properly fit children's feet, and radioactive wristwatches with glowing hour hands were popular in the 1950s.

All of which means that, absent prudent safety standards from both public officials and manufacturers (adding a protective filter would add 5 cents to the cost of making a CFL and $5 to the cost of a laptop), you'll have to protect yourself from EMFs. Here's a reasonable proposition: Practice what is known in Europe as the precautionary principle, which is pretty much what it sounds like. Don't expose yourself unnecessarily to EMF hazards. Don't buy a home next to a WiFi tower. Get a corded telephone instead of a cordless one. Don't let your teenager sleep with a cell phone under her pillow. Don't use your laptop computer in your lap. Treat your EMF-emitting devices with the same cautious respect you do other invaluable modern devices, like your car, which is also dangerous--and can kill. You don't drive in an unnecessarily risky fashion--at high speed or while talking on a cell phone (right?).

The sad truth is that until we have more epidemiologic evidence--whether from disease clusters like the ones at La Quinta and on Cape Cod or from long-term analyses of the health of the world's 4-billion-and-growing cell phone users--we won't know definitively whether electrical pollution is harming us. And even then, we are unlikely to know why or how. "In this country, our research dollars are spent on finding ways to treat disease, not on what causes it--which is to say, how we can prevent it," says Marino. "And that's a tragedy."

But that's also another story.

**The Opposing View: "No need for regulation"**

In 1993, the National Institutes of health and Department of Energy began an extensive review of all studies on the possible health effects of electromagnetic fields. six years later they completed

Friedman Lay Witness Testimony
Redacted 100 of 293
JA 09577

their project, called the Electric and Magnetic Fields research and public Information Dissemination (EMF RAPID) program, and reported their findings to Congress: scientific evidence of human health risk from EMF exposure is "weak," they concluded.

While acknowledging a link between both childhood and adult leukemias and EMFs, the researchers' laboratory studies with cells and animals failed to identify a mechanism-- that is, how EMFs might cause cancer. (read the EMF RAPID report at prevention.com/links)

To longtime EMF investigators such as David Carpenter, MD, the NIH dismissal of EMF hazards was patently absurd then and even more so now, given the spate of new findings. "We don't know the mechanism for most carcinogens," he says. "There's this idea that anything that causes cancer must directly damage DNA, which is nonsense because most carcinogens don't directly damage DNA, and physicists are adamant that the energy in everyday EMF exposure is so low, it couldn't possibly do anything to biological systems. It's like saying the Earth is flat because you can't see over the edge."

**In fact, biological impacts of EMFs--therapeutic ones--are well known.** Low-level frequencies are commonly used to promote healing of wounds and bone fractures, and experimental studies show positive effects of pulsed EMFs in treating pain and depression. Recently, Michael Persinger, PhD, a cognitive neuroscientist at Laurentian University, found that pulsed magnetic fields also halted the growth of melanoma cells in mice.

In a neat twist of logic, many scientists believe that the more we document beneficial effects of EMFs, the better we'll understand their hazards. "If EMF at low intensities can heal," says environmental consultant Cindy sage, "then when we are constantly and randomly exposed to it from multiple sources, it may also be harmful, like any medicine used indiscriminately."

### What was wrong with the La Quinta School?

According to epidemiologist Sam Milham, MD, the middle school was rife with the usual suspects-- fluorescent lighting, electronic devices--whose toxic effects were exacerbated by an electrical supply overloaded with high-voltage transients.

Substandard wiring in the new school also undoubtedly played a role; officials have since added protective shielding to the electrical room. Milham also measured transient pollution along the transmission lines that fed power to the school. "I found it all the way from the substation to the school--more than a mile," Milham says. "There are three other buildings along the route that also serve children. I've reported it to the FCC and the utility, but they ignore the problem."

### How electrical pollution harms

Here, a partial spectrum of the electromagnetic fields that surround us, from strong (waves of extremely high frequency and short length) to weak (waves of extremely low frequency and long length). In each category, you'll find sources that generate the EMF, and associated health risks from overexposure.

10

| **X-Ray**<br>[medical imaging devices]<br>Used to diagnose illness | **RISK**<br>Damages tissue and organs by breaking bonds |
|---|---|
| **VISIBLE LIGHT**<br>[SUN]<br>The only visible EMF | **RISK**<br>Ultraviolet light can burn skin and cause cancer |
| **MICROWAVE** (a higher frequency RF)<br>[CELL AND CORDLESS PHONES AND TOWERS]<br>Can heat tissues and penetrate blood-brain barrier | **RISK**<br>Increased risk of brain cancer, dementia, and heart disease |
| **RADIO**(RF)<br>[RADIO AND TELEVISION SIGNALS]<br>Can disrupt body's cellular interactions | **RISK**<br>"Radio sickness" and electrical hypersensitivity syndrome |
| **EXTREMELY LOW FREQUENCY** (ELF)<br>[POWER LINES]<br>Can cause weak electric currents to flow through the body | **RISK**<br>Exposure is associated with childhood leukemia |

Read more: http://www.prevention.com/health/healthy-living/electromagnetic-fields-and-your-health#ixzz22iUSKV5z

11

PRE-FILED DIRECT TESTIMONY
OF ███████████
MPUC Docket No. 2011-00262

1   **Q.   Please state your name, address and contact information.**

2   A.   ████████████████████████████████████████████

3        ████████████████████████

4   Q.   **Was a smart meter installed at your residence?**

5   A.   Yes.

6   **Q.   Did you offer to provide testimony in another proceeding about your**

7        **experience with smart meters?**

8   A.   Yes.  I have had serious health problems related to smart meters and I offered

9        testimony in a Michigan Public Service Commission hearing (Case No U-17053)

10       reviewing a proposed opt-out program for Detroit Edison Company's Advanced

11       Metering Infrastructure.  Unfortunately, the Commission would not accept any

12       testimony about health and safety issues.

13  **Q.   Is the attached document marked as Exhibit A a true and accurate copy of**

14       **the testimony that you offered to provide to the Michigan Public Service**

15       **Commission?**

16  A.   Yes it is.

17  **Q.   Are the statements that you made in the attached Exhibit A still true and**

18       **accurate?**

19  A.   Yes.

1

1   Q.   Do you wish to add anything here not included in your statement in Exhibit

2        A?

3   A.   I had my home tested for EMF levels with a TriField meter, model 100XE.  (I

4        don't remember the exact date).

5             My home tested high EMF in many locations.  Therefore, I hired an

6        electrician who is knowledgeable about RF and EMF to make some changes in my

7        electrical wiring in order to, hopefully, lessen the EMF levels.

8             Of course, I don't know what the EMF levels were prior to the meter

9        change, but I had never experienced symptoms before, so something major

10       changed when the meter was installed.

11            My home was built in 1962.  I had my home inspected before purchasing it

12       in 1987, and I have always hired reputable people for repairs or additions.   It is a

13       nice home, but it was not built with modern technology in mind.   If the electrician

14       found instances where EMF levels were raised in my home, I suspect there are

15       many other homes where dirty electricity from these meters has elevated EMF

16       levels.

17            The electrician spent a little over 2 days upgrading the wiring in my home.

18       He said that more can be done, if needed:  there are additional interventions that he

19       could do which would involve working with a plumber.  He suggested starting

20       with the wiring. So, on Dec. 21-23, he made changes in the electrical wiring in my

21       home.

22            I was away from my home immediately following the work by the

23       electrician.  I left for a trip on Dec. 23, 2012 and I just returned on Jan. 4, 2013.

2

1    ALL of my symptoms completely went away on my trip, in fact, within the first

2    week of my trip.

3        On January 14, 2013, he did additional testing.  Some of the high EMF

4    readings had gone down.  There are still some areas that test high, however.

5        It is still too soon to know how much, if at all, the recent changes in wiring

6    have helped in alleviating my symptoms.  What I noticed immediately upon

7    returning home after being gone for three weeks, was that the ringing in my ears,

8    though still an issue, was not as constant.  So far, this intervention, like all the

9    others, has helped at least  to some degree.  As I said, it is still too soon to know.

10    It remains to be seen if my symptoms resurface after I have been home for a

11    longer period of time.

12        I am planning to follow through with additional interventions to, hopefully,

13    bring my home back to the level of comfort that I enjoyed prior to the meter

14    installations.

15        I am grateful that I have had the resources to be able to spend a great deal

16    of time away from my home since the meters were installed; and the resources to

17    remediate at least some of the adverse effects of the smart meter installations.  I'm

18    sure there are others who are not as fortunate, who are forced to just live with the

19    problem.

20  **Q.**  **Do you want to submit the statements in Exhibit A to the Maine Public Utility**

21    **Commission for consideration in its pending proceeding to investigate the**

22    **safety of smart meters?**

3

1    A.    Yes. I submit the attached testimony in support of complainants Ed Friedman, et

2         al in their case before the Maine PUC as evidence that smart meters are not safe.

STATE OF MICHIGAN
WASHTENAW, ss                                    January 22, 2013

        Personally appeared the above-named ███████ and stated under oath that
the foregoing Affidavit made by her is true and based upon her own personal knowledge,
information or belief, and so far as upon information and belief, she believes the
information to be true.  Before me,

_____
Notary Public

_____
Name Typed or Printed                    ANDREA TADDIE
                                         Notary Public, Washtenaw County, MI
                                         My Commission Expires Dec. 9, 2018
My Commission Expires: _____

3
4

**EXHIBIT A**

STATE OF MICHIGAN

BEFORE THE MICHIGAN PUBLIC SERVICE COMMISSION

| | |
|---|---|
| In the matter of the application and request ) | |
| of the DETROIT EDISON COMPANY seeking ) | |
| approval and authority to implement its ) | Case No U-17053 |
| proposed Advanced Metering Infrastructure ) | |
| opt out program. ) | |

QUALIFICATIONS AND DIRECT TESTIMONY OF

5

QUALIFICATIONS OF ███████████

1
2    **Q. Do you swear that the testimony you are about to give is the truth, the whole truth, and**
3    **nothing but the truth?**
4    A. I do.
5
6    **Q. Please state your name, address and contact information.**
7    ████████████████████████████████████████████████████████████████████
8    ████████████████████████████████████████████████████████████████████
9    **Q. On whose behalf are you testifying?**
10   A. That of Intervenors Linda Kurtz and Cynthia Edwards.
11   **Q. What are your qualifications to testify?**
12   A. I take my electric service from Detroit Edison. My health has been extremely affected by the
13   smart meter that was first on my home and the nontransmittingItron digital meter that is now on
14   my home.
15

6

1
2                              DIRECT TESTIMONY OF ███████████

3   **Q. What is the purpose of your testimony?**
4   A. To provide information that establishes that there is a need for a no-fee opt-out and  the need for
5   an analog meter option. To provide information that may help the Commission in determining that
6   smart and digital meters create certain kinds of economic, medical, social, or other harm or
7   hardship, as outlined in Intervenor Linda Kurtz's Petition for Intervention, to some or all persons
8   such that Detroit Edison and the Commission must not require those who are or who are likely to
9   be so harmed to have a smart or digital meter placed on their home or place of business or to be
10  otherwise deprived of rights and liberties, as outlined in Intervenor Kurtz's Petition for
11  Intervention, by the deployment of the advanced metering infrastructure, smart meters, or digital
12  meters, and, in the alternative, that such persons must be able to avoid such harm to their person
13  and property without being charged a fee.
14
15   **Q. How long have you lived at your current residence, and do you rent or own?**
16  A.      25 years
17  **Are you retired?**
18   A.      I am a retired.
19  **Q. Before a smart meter was installed on your home, did you have problems with wireless**
20  **technology?**
21  A.      No.  Prior to the installation of my smart meter, I did not have any problems with wireless
22  technology.  I did not experience symptoms when using a cell phone; I did not experience
23  symptoms when I used wireless internet or when I entered a facility that offered wireless internet;
24  and I did not experience symptoms from the wireless technology that was already in my home,
25  which, at the time of the smart meter installation, included a wireless water meter, and a cordless
26  phone.
27
28  **Q. Prior to the installation of a smart meter on your home, were you affected by other**
29  **electrical devices?**
30  A.      No, not that I was aware of.
31  **Q. When was a smart meter installed on your home?**
32  A.      A wireless smart meter was installed on my home on the morning of Saturday, March 10,
33  2012, while I was not home.
34  **Q. Did you know the meter was going to be installed?**
35  A.      Yes.  A few weeks before the installation, I had received a notice from DTE that a new,
36  upgraded, wireless meter would be installed on my home.  When I got the notice, I called DTE
37  indicating that I would rather not have the wireless meter.  I was told that I had no choice.
38  Although I would have preferred not to get it, I was not anticipating a problem with it either.  It was
39  a "preference"not to have it, as opposed to an aversion.
40  **Q. You say you preferred not to get one, then tell us why you didn't want it.**

                                                                                         7

1  A.       As I said, it was just a preference. When I got my first cell phone, I read the manual, and it

2  indicated that, for safety reasons, I should hold the cell phone about an inch from my head when

3  using it. I believed the manufacturer's warnings which indicated there may be risks involved with

4  this technology. I have used, and still use, lots of wireless devices. It's not that I worry about their

5  effects and avoid them; it is more that I weigh the benefits, and I purchase the ones which I see as

6  highly beneficial, I choose not to use the ones that are not. The meter did not fall into the "highly

7  beneficial" category. I am concerned about the environment and I am already conscientious

8  regarding my energy usage at home. I keep my thermostat lower and wear warm clothing in the

9  winter, I turn down my heat at night and when I am gone, I don't often use air conditioning during

10  the summer, I have replaced older appliances for newer, more efficient ones, My TV is very small

11  and I rarely watch it, I turn off the lights I don't need. In weighing the proposed benefits a smart

12  meter, it didn't seem like something I needed. However, when I called DTE, I was told I didn't have a

13  choice. I didn't get upset or argue. I just accepted it. Had I had any idea what an impact it would

14  have on my life, though, I would have protested immediately

15

16  **Q. What happened when you returned h**ome after the meter had been installed?

17  A.       I returned home a little after 1 p.m.. There was a note on my door indicating the new meter

18  had been installed. I didn't think much about it. Shortly after arriving at home, I went into my

19  kitchen to prepare lunch. There are no words that can adequately describe what happened next.

20  Here's my best effort:

21  As I stood at my kitchen sink (a stainless steel sink, opposite my refrigerator), I felt a very

22  uncomfortable vibration, like a low-level electric current, going through my body; there was a

23  buzzing sound in my head; and I experienced a jittery feeling in my body.

24

25  When I stepped away from the sink, the feeling lessened considerably, but was still noticeable,

26  especially whenever I was in close proximity to the back wall of my home.

27  My first thought was, "That must be the new meter. This will take some getting used to." At that

28  point, I wasn't upset and I didn't panic. I honestly thought that my body would just need some time

29  to adjust to it, and then everything would be okay.

30

31  Later, a friend who is a physics professor explained that my extreme reaction may have been

32  because radio waves were bouncing off the metal surfaces of the sink and/or the refrigerator. I

33  don't know what caused it; I just know it was weird and extremely uncomfortable.

34

35  **Q. So you weren't worried about the new meter?**

36  A.       No. not yet. I wasn't worried prior to the installation, and when I first had the reaction, I

37  just thought it was something my body would adjust to. Looking back, of course, I think "How could

38  I have been so stupid? Why didn't I leave my house immediately?" At the time, though, as strong as

39  my initial reaction was, it didn't occur to me that exposure to a meter could cause problems, or

40  have prolonged consequences. I assumed I'd get used to it and the weird feeling and buzzing in my

8

1    head would go away.  It was seeing my blood pressure suddenly shoot up, that suggested to me that

2    the meter was causing more than a "weird feeling." That's what triggered my concern.

3

4    **Q.      Had you heard of smart meters prior to having one installed on your home?**

5    A.      Yes and no. I was not aware of any controversy.   I had seen an article that said energy

6    companies were installing new meters; that in some locations, people were being forced to accept

7    the meters whether they wanted them or not; and that it wasn't right.  I tend to be more accepting

8    of things, and because I considered the views of this person to be a little extreme, I hadn't taken the

9    article seriously.  I hadn't given it much thought, that is, until my personal experience with smart

10   meters.

11   **Q. What happened next,  the day the meter was installed?**

12   A.      As the day progressed, I developed a dull headache and I had a hard time focusing and

13   concentrating.  I also became hoarse.  At first, I didn't make a connection between these symptoms

14   and the meter.  I did later, though, when these symptoms persisted, and when they developed at

15   home, but went away after being away from home for awhile.

16

17   That first day, in addition to the headache and lack of focus, by early evening, my blood pressure

18   had gone up significantly.  High blood pressure had not been an issue for me. I had had a blood

19   pressure monitor, and for several years I had checked it occasionally.  There had never been cause

20   for concern.

21   **Q. Why had you made the decision several years ago to check your blood pressure from time**

22   **to time?**

23   A.      I care about my health.  Checking it occasionally was a precautionary measure.

24

25    **Why are you so sure that the smart meter influenced your blood pressure readings?**

26   A.      Quite by coincidence, I had taken lots of readings right before smart meter installation.  I do

27   Bikram Yoga almost every day. It is a 90 minute, rigorous series of 26 postures, that is done in a

28   room that is 105 degrees.  It is a good workout.  A fellow classmate had mentioned health benefits

29   she attributed to her yoga practice, lower blood pressure being one of them. As I said, I didn't have

30   blood pressure issues, but I wondered what effect, if any, my yoga practice had on mine.  I decided

31   to do an experiment: My plan was to take my blood pressure three times a day:  before class, after

32   class, and a reading later in the day.  It was because of this experiment that I noticed the immediate

33   spike in my blood pressure.

34   **Q.  What were your blood pressure readings prior to the smart meter installation?**

35   A.       Exibit A is my record of blood pressure readings from March 1 through March 12.  Prior to

36   March 10 (installation day), the range in readings was 108/61 to 133/75.  The average reading  was

37   119/64.

38   **Q:  What were your readings the day of the installation?**

39   A.      Before yoga, my blood pressure was 118/72.  After yoga, it was 125/72.

9

1   By 5:00 p.m. it was 150/90.  Later, it was 157/86.  I remember that right before going to bed that
2   night it was 165/90, but I did not record that reading.
3
4   It was the rise in my blood pressure that triggered my concern. It made me aware that my body was
5   being affected on more levels than I had realized. and that the weird feeling I was experiencing was
6   not something to take lightly
7
8   **Q. What did you do then?**
9   A.      That night, rather than sleep in my own bed, I slept in the upstairs bedroom furthest away
10  from my smart meter.  The next day, Sunday, March 11, I called a friend and I arranged to stay at
11  her house.  I slept at her house from Sunday until I left for a three-week trip to Brazil on March 18.
12
13  **Q.      The second night, you slept at a friend's house. Did you notice a difference when you**
14  **slept at your friend's house?**
15  A.      I didn't experience the buzzing sound in my head at her house, and the next morning my
16  blood pressure was down again.  I slept better than I had at my own house, and I didn't wake up
17  with a headache. The weird, jittery feeling I had when at home lessened, but was still noticeable.
18  **Q. Did you return to your home?**
19
20  A.      Yes.  I could not totally avoid being in my own home that week because, in addition to
21  packing for my trip, I had many things I had to take care of before leaving. However, I stayed away
22  from home as much as I could.
23
24  **What happened when you were in your own home that week?**
25  The weird, jittery feeling and difficulty focusing persisted; I had headaches.  Also, my eyes hurt, I
26  became hoarse, and I developed a dry cough. For the first time in my life, I started on blood
27  pressure medicine.
28
29  **Q. Did you call DTE?**
30  A.      Yes. Monday, March 12, the first business day after my meter was installed, I called DTE
31  from home.  I was told there was no way to opt out of a smart meter. I explained that the meter was
32  making me sick and that I couldn't stay in my house.  I said I wanted to be transferred to someone
33  who could help me.  The person I talked to said she could not transfer me to a supervisor, but that
34  she would arrange for someone to call me back.  I indicated again that it was very uncomfortable for
35  me to be in my house, but that I would wait there for the call.  I said it was an emergency, and that I
36  needed to talk to someone as soon as possible.  No one called back.   I called again that day or the
37  next, and got no response.
38
39  How were you feeling inside your home waiting for the call?  The jittery feeling, the difficulty
40  concentrating, and the buzzing in my head were worse.  I was also upset that I was getting such a

10

1  run-around from DTE. I knew I was leaving the country in a few days. I had hoped that I'd be able
2  to come back to a home with a normal, comfortable environment.
3
4  **Q.    Did DTE get back to you?**
5  A.    Not right away. When I had not heard back by Wednesday, March 14, two days after being
6  told someone would call me back, I sent an email to DTE via their online complaint site.
7  I was eventually told I was being referred to Elaine Curtis. I talked to Elaine on Friday, March 16.
8
9  **Q. What did she tell you?**
10  She said DTE would remove my meter if I could provide a letter from my doctor indicating my
11  smart meter was making me ill.
12
13  **Q. Had you seen a doctor?**
14  A.    Yes. I had seen my doctor earlier in the week, on Wednesday, March 14. At that time, of
15  course, I had not yet talked with Elaine Curtis, so I did not know I would need a letter. Since it was
16  Friday by the time learned about the need for a doctor's letter; and I was scheduled to leave for
17  Brazil early on Sunday, I was unable to talk to her before I left. I called her office on Friday
18  afternoon, and when I didn't reach her, I left a message.
19
20  I had contacted my doctor immediately; I had been concerned about all of my symptoms, but
21  especially the high blood pressure readings. I wanted to get in to see someone before leaving on my
22  trip. My appointment was on Wednesday, March 14. Following the appointment, I started taking a
23  beta blocker, She said it should lower my blood pressure without making it go too low when I was
24  away from smart meters. She was right, it did. It also helped relieve the persistent jittery feeling I
25  was having. I continued to sleep at my friend's and spend as little time at home as I could.
26
27  **You were gone for three weeks. How did you feel in Brazil?**
28  A.    I was fine in Brazil. I felt great and I slept very well. The headaches, the buzzing in my head,
29  and the weird jittery feeling all went away and did not come back until I returned home.
30
31  **Did your doctor write the letter?**
32  A.    Yes. In spite of the fact that communicating from Brazil proved to be a challenge because
33  phone lines and access to email were not always available or consistently working, my doctor did
34  send the letter to DTE. Six days prior to my returning home, I received an email from Elaine Curtis
35  indicating that she had received the letter from my doctor, and that the meter would be removed.
36  Dr. Kyle Morgan faxed her letter directly to DTE; DTE has the letter. I do not have a copy.
37
38
39  **Q.    Did DTE follow your doctor's instructions?**

11

1    Not exactly.  In addition to indicating the meter was making me ill, Dr. Morgan had specified an
2    analog meter.  DTE replaced my smart meter with a different digital meter, not an analog meter.
3
4    Elaine Curtis said that DTE no longer had a distributer for analog meters.  From Brazil, I sent an
5    email to DTE via the DTE complaint link.
6
7    The many typographical errors exist because, after losing power in the middle of writing my letter
8    several times (and therefore, losing what I had written), I finally sent this one, errors and all.
9
10   DTE ignored both my request for an analog meter and my doctor's letter specifying the need for an
11   analog meter.  If DTE had wanted to install an analog meter, it would have been very easy to do so.
12   Hundreds, even thousands of used analog meters, in good working condition, were available.
13
14   **Q.      Was the smart meter removed?**
15   A.      Yes, but it took awhile.  Since I had received the email from Elaine Curtis on April 4th
16   indicating that my meter would be replaced, and since I wasn't coming home until April 10th, I had
17   hoped that my smart meter would be gone when I got home.  As soon as I arrived home, I walked to
18   the back of my house and checked.  It hadn't been changed.  I went back to stay at my friend's house,
19   and  I called Elaine Curtis immediately.   I don't remember if I actually talked to her that day, or if I
20   left a message and she called me back.  When we talked, she thought that my smart meter had
21   already been removed.   She said she would check into it and get back to me.  She did.  When she
22   called me back, she assured me it would be removed within a few days.  It was. I don't remember
23   what day it actually came off.
24
25   **Q.Why did you request an analog meter?**
26   A.      I had not had any problems with the old analog meters; and, although I didn't understand
27   the concept, I had heard the term "dirty electricity" associated with digital technology.  At that
28   point, I wanted my old, familiar, healthful home back.
29
30   **Q. Did replacing the smart meter with a digital meter solve the health problems caused by**
31   **the smart meter?**
32   A.      No. Although there was an improvement, the new digital meter did not solve the problem.
33   My symptoms were not as severe as they had been with the smart meter, but the weird jittery
34   feeling, the headaches, the buzzing sound in my head, the cough, memory problems, and the
35   difficulty focusing—all came back, just to a lesser degree.
36
37   **Q. What did you do?**
38   A.      I contacted Elaine Curtis again.  She said she didn't think the new meter could cause
39   problems, but that she would look into it.  When she got back to me, she said that the new digital
40   could not be the problem because it did not send a signal.

12

In the meantime, I had talked to my friend who teaches physics. She said that because radio frequencies travel long distances, my current problems might be caused by the RF from my neighbors' meters. She recommended putting up heavy duty tinfoil, shiny side toward the meters, where I suspected the RF might be entering my home. The tin foil would help shield my home, since radio waves are reflected by metal and shiny surfaces. She also explained that there are materials which diffuse radio frequencies.

Someone else said that the problem could be that the new digital meter was dumping dirty electricity into my home, and that could be causing the problem.

**Q. What did you do then?**

A.      I did what I could to solve the problem:

My first intervention was to line my garage and cover an outside wall with heavy duty tin foil to shield my house from my neighbor's smart meter that was closest to my house, and where I felt it the most. That helped....a little. The buzzing in my head was definitely still there, but not quite as intense. The other symptoms remained.

Next, I lined the inside wall with tin foil that shares the wall with my meter, On top of that, I put 3 layers of absorbing material. After this intervention (and every other intervention), I waited awhile to see what, if any, effect it had on how I felt or on my symptoms.

**Q. Did it help?**

A.      Yes. Although better, it was still difficult to be in my home.

Now that I was spending more time at home, other symptoms surfaced. I wasn't sleeping through the night: I'd wake up after three, four or five hours and not be able to go back to sleep. I'd feel tense, jittery. I became hoarse, and I developed a cough. After being home for about three weeks, I began to notice breathing problems: I would get out of breath just by going upstairs, and I had difficulty breathing in my Bikram Yoga Class when doing postures that I had done with ease prior to the smart meter installations. Also because of my yoga practice, I noticed a slight weakness on my left side, that had not been there earlier. I was not able to do some of the strength building postures I had done earlier.

The buzzing sound in my head would seem louder late at night and early in the morning, and I would always wake up with a headache and a buzzing sound in my head.

**Q.      Have the interventions you've done helped?**

A.      There is no question that each intervention has helped. The problem is that my home has never gone back to being what it was before: I still can't tolerate being in my home for more than a

13

week or two without experiencing very worrisome symptoms. At this point, I still have concerns regarding smart meter effects on my blood pressure; and I have even bigger concerns about my breathing and my lungs. If I am home for more than a week, I get out of breath when I go up stairs, or when it is humid outside, and in I am no longer able to do some of the Bikram Yoga breathing exercises and postures that I formerly did with ease. So far, all of these symptoms improve or go away entirely when I leave my home for an extended period of time. I can't keep searching for people and places to visit, and as more smart meters are installed, there will be fewer places I can go for relief.

**Q. What else have you done to your home?**

A.      Since my first attempt at using tin foil as a shield had helped . . . a little. .. . I put up more. I put tin foil on some inside walls. I also put tin foil in my bathroom, and on the back wall of the bedroom that shares a wall with the meter.

I ordered material which is designed to absorb radio frequencies from lessemf.com/. I put three layers of that material over the tin foil lining the back wall of the bedroom closest to my digital meter. I also lined one of the walls in my bedroom with this material.
The RF absorbing material is black; not exactly my color I'd choose for my bedrooms.

Because I was still experiencing symptoms, a few months ago I ordered a Graham - Stetzer meter and filters. I had read that the EMF levels can be measured and reduced by adding the filters. Again, I did notice a difference with the filters in place, but not enough of a difference to keep me symptom free.

Last month, I covered the back wall of my home with tin foil. It looks awful, but it made a difference. Again, it helped, but it has not totally taken care of the problem. With each intervention, I have felt a little calmer and the symptoms seem a little less intense, but none of the interventions has totally solved my problems. As I mentioned, I am especially concerned about the breathing difficulties I experience after being in my home for awhile. My blood pressure remains a concern as well, although I have been getting normal readings without medication since my last intervention of putting tin foil on the entire back side of my home.

I tried to spend as much time out of my home as possible. I left whenever I could. I went on trips for one to three weeks. Some were planned; others were trips I took just to get away from my house. Some symptoms, such as coughing, would go away as soon as I left my home. Others would go away after being out of my home for a period of time. The amount of time required for it to go away, depended on the symptom.

14

q.      **How long can you stay in your house before noticing symptoms?**

A.      The length of time before I experience symptoms depends on the symptom: If I return home after being away for a week, I feel jittery and get a buzzing sound in my head immediately upon entering my home. Within a few hours of being home, my eyes may hurt and become dry, and I will become hoarse and develop a cough. Things like breathing problems and weakness on my left side surface after being home for a week or more.

**Q.      How are things now?**

A.      I'm still spending as much time as possible away from home. From March 10, 2012, when smart meters were installed in my neighborhood, to the present, the longest stretch of time I will have been at home at one time is 30 days. Usually I am home only a few weeks before leaving again. When I leave, I try to be away for one to three weeks.

So far, when I have spent time away from my home, my symptoms have all lessened or completely gone away. When I return, they return.

Although being in my home is more tolerable than it was, even with all that I had done, my health while in my home is still not back to what it had been prior to the smart meter installations

**Q. Did these interventions help? Is the digital meter no longer a problem?**

A.      The interventions have helped, but all the problems remain. Whenever I return home, I immediately experience a buzzing sound in my head, I become hoarse, and I get a dry cough. My reactions are systemic: If I am at home for an extended period of time (a few weeks), additional symptoms surface:

- weakness on my left side,
- joint pain,
- chest pain,
- difficulty focusing,
- hot flashes,
- breathing problems,
- shortness of breath,
- skin things (a rash above my right eye; rough hardened skin on my knuckles)

my eyes hurt and become dry,

all my teeth on my upper left jaw ache.

**Q. Did you make any more attempts at mitigation?**

A.      I had not shielded the back of my house, both because I didn't think I could get tinfoil to stay up, and because I knew it would look terrible. Finally, though, in October, out of desperation to make my home more livable, I lined the entire back of my house with tinfoil. It looks awful. Again, it has not totally taken care of the problem and it is only a temporary measure, but it helped. I still

15

1    haven't spent more than a few weeks in my home since this latest addition of tinfoil, but so far my
2    sleep is more normal, the jittery feeling is not as intense, I don't feel as spacey. I am still getting
3    hoarse, but less often, and my eyes hurt less.  The weird, unsettled sensation in my body and the
4    uncomfortable buzzing sound in my head persist.
5
6    With each intervention I have seen an improvement in my symptoms, but my house is in no way
7    back to what it was before smart meters were installed in my neighborhood or the digital meter
8    was installed on my home.. In addition, the tinfoil, besides being ugly, is a temporary solution that
9    won't hold up over time.
10   **Q. How do you know that it is the digital meter that is causing these health effects?**
11   Although I know it seems unbelievable that a meter could trigger all these health effects, the meter
12   was the only thing that has changed in my home environment. Furthermore, at least so far, all these
13   problems go away when I leave my home: some go away immediately upon leaving; others go away
14   in time.  The symptoms return when I return.
15   Q. **So when you go to someone else's house that has a smart meter, do you have problems?**
16   A.      Yes, to varying degrees.  I always experience the buzzing sound and a jittery feeling.  I may
17   or may not experience other symptoms.
18   **Q.When you go into public buildings that have smart meters, do you have problems?**
19   A.      Fortunately, most of the places I frequent do not have smart meters yet, so I can't answer
20   this adequately.  However, the spiritual center I attend has a smart meter and  it is very
21   uncomfortable to go there, so I have not been going.
22
23   **Q.      Have you been in any home besides your own that has a digital meter?**
24   A.      Yes.  I have a friend who lives on Lake Tahoe.  She remodeled her home several years ago,
25   and has a digital meter.  It is not a smart meter.  I really don't know if it is the same as my meter.
26   Her home is very deep, and the meter is way at the back.  I couldn't sleep when I stayed in a back
27   bedroom.  I was able to sleep when I slept on her sofa, in the front of the house.  The weather was
28   great when I was there, and we spent most of our time outside hiking or by the water.  I didn't have
29   as much trouble there as I do at my own home.  Her meter is older;  I don't know if it is like mine.
30
31   **Q. In your experience, will the nontransmitting digital meter (the kind now on your home**
32   **and the kind DTE is proposing as the alternative to the smart meter) solve the health**
33   **problems you experience with smart meters?**
34   A.      No.
35
36   **Are the nontransmitting digital meters an acceptable alternative to the smart meter?**
37   A.      **No**
38
39   **Please list all the health effects you experience from smart and nontransmitting digital**
40   **meters, whether on your own home or elsewhere.**

16

1    buzzing in my head
2    Elevated blood pressure
3    Muscle weakness, especially on my left side
4    headaches
5    cramps in legs and feet, extremely cold feet
6    eyes hurt, blurry vision
7    breathing problems, shortness of breath
8    joint pain, arthritis like symptoms
9    chest pain
10   concentration and memory problems
11   All of my teeth on one side aching
12
13   **Q. How do you know that it was the smart meter that first caused these health effects and not**
14   **something else?**
15   A.       The symptoms surface when I spend time at home.  They go away when I leave.  They
16   surface when I am home again.   I don't know if the symptoms are caused by my digital meter or my
17   neighbors' smart meters, but the installation of smart meters in my neighborhood is the only thing
18   that has changed in my environment.
19
20   **Q.Please list all the health effects you currently experience from the digital meter on your**
21   **home.**
22   A.       Without the remediation or if I am around other people's smart meters, I sometimes
23   experience all of them, especially buzzing in my head.
24   With the mitigation, I still experience buzzing in my ears and a I am not as calm, I'm more agitated.
25   To date, I haven't stayed at home long enough to know if the other symptoms will surface again.
26
27   **Q.       Please list all the health effects you in the past experienced from the digital meter on**
28   **your home but do not currently experience.**
29   **A.**       Since putting tin foil on the back of my home, my blood pressure has been normal without
30   medicaiton as long as I avoid smart meters.
31   **Q.       Has anything else changed that would account for the subsiding of these effects?**
32   A.       No
33
34   **Q.       Did you experience any of the health problems you have enumerated prior to the**
35   **installation of smart meters?**
36   A.       In 2007 I became ill after being exposed to a very toxic paint.  The symptoms I did not
37   experience were the buzzing in my head and the elevated blood pressure. I did experience the other
38   symptoms.  I recovered from that injury, and, until the smart meter was installed, I had not
39   experienced any of these symptoms since my recovery in 2008.
40   A.

17

1  **Q. Did you have health problems prior to the installation of smart meters? If so, what were**
2  **they and when did they begin?**
3   A.        Prior to the installation of my smart meter, I was healthy, I exercised regularly, I ate a good
4  diet, and I was on no medication..
5
6  **Q. Did you do anything else to deal with this problem?**
7  A.        Like I said, I put up shielding materials and I started spending as much time as possible
8  away from home.  I took several trips.  Although some had been planned, I have taken others for the
9  sole purpose of getting away from my house.   From March 10, 2012, when my smart meter was
10  installed, to present, the longest stretch of time I will have been home at one stretch is 30 days.
11  When I have spent time away from home, I have generally left for one to three weeks at a time.
12  Each time I left, my symptoms went away within a day or two of being out of my house.   I am still
13  spending as much time away from my house as possible.
14
15  At this point, I have spent about $2000 in materials and devices to tolerate living in my home, and I
16  still have only a temporary fix that doesn't completely solve the problem.  And, DTE is proposing
17  additional charges to opt out.
18  DTE could probably use my home as an example of a smart meter success story:  Their records
19  should show that my energy usage has gone down since smart meters were installed in my
20  neighborhood.  It's a good example of how misleading it can be to just look at one source of data.
21  My "real" energy usage is up—considerably.  I consumed a lot more energy when you consider:
22        • transportation to doctors,
23        • products purchased to remediate my home
24        • medications I will need that I would otherwise not have needed
25        • driving and flying to destinations in order to stay away from home
26        • utilities consumed at visiting destinations
27  These are not just monetary expenses for me. They involve energy expenditures that far outweigh
28  any energy savings DTE might claim.
29  My home no longer feels like "home."  The number of places I can go and remain symptom-free is
30  dwindling as Ann Arbor, the rest of Michigan, and the rest of the country is being installed.  I would
31  sell my house and move, but, at this point, I don't know where I could go.
32  **Q. Please list all of the health problems you currently experience from the digital meter on**
33  **your home?**
34  A.        Since my last mitigation, my most common symptoms are buzzing in my head, jitteriness,
35  and breathing problems.  The breathing problems are the ones that concern me the most.
36     **Q. Do you experience problems when you enter homes or other buildings with smart**
37     **meters?**
38  Yes. I can tell immediately if there is a smart meter.
39     A. **Have the health effects you experience as a result of smart meters affected your**
40     **ability to interact socially with others? If the answer is yes, describe how.**

18

A.  Yes, of course.  I am avoiding going places that have smart meters.  It limits where I can go and who I spend time with.

**Q. Have the health effects you experience as a result of smart meters affected your ability to access public services, such as the public library, government offices? If the answer is yes, describe how.**

A.  Not yet.

**Q. Have the health effects you experience as a result of smart meters affected your ability to access religious or spiritual services? If the answer is yes, describe how.**

**A.** I am involved with a meditation group.  I have not been attending programs because I experience symptoms if I am in the building for an extended period of time.

**Q. Have the health effects you experience as a result of smart meters affected your ability to freely access health services? If the answer is yes, describe how.**

A.  Not yet.

**Q. Have the health effects you experience as a result of smart meters affected your ability to perform one or more major life activities not already mentioned? If the answer is yes, describe what activities and how the effects have affected your performance of these activities.**

A. So far I have been lucky.  Most of the places I frequent do not have smart meters yet.  I am not looking forward to the day when smart meters are everywhere.  It will be a nightmare for me.

**Q.    What do you feel is a reasonable accommodation to allow you to perform major activities of daily living?**

A.    A free opt out for everyone.

An analog meter option.

The Establishment of Smart Meter Free Zones and/or Facilities

The removal of smart meters everywhere.

19

PRE-FILED DIRECT TESTIMONY
OF ███████████████
MPUC Docket No. 2011-00262

**Q.**    **Please state your name and address.**

A.    ████████████████████████████
       ███████████████

**Q.**    **Was a smart meter installed at your residence?**

A.    Yes.    PG&E gas & electric smart meters were installed in January, 2010.
       Attached as Exhibit A is a photograph of the electric smart meter (Landis + Gyr)
       that was installed.

**Q.**    **Was the meter removed and replaced with an analog meter at your request?**

A.    In January, 2012, I called and wrote to PG&E, asking them to immediately remove
       and replace the smart meters that were making me so sick. The PG&E
       spokesman I reached on the phone read rather woodenly from some kind of
       prewritten script, repeating over and over again how "smart meters are harmless."
       I explained to him that I have a degree in physics from ████████, and am well
       aware that many kinds of radiation that we currently don't have health standards or
       studies for are far from harmless, and that I was certain I am experiencing
       extremely negative effects from smart meters installed on my home. Eventually,
       this so-called "help" line staffer informed me that there was nothing I could do–
       there was no way (yet) to opt out.

       A few weeks later, I attended and spoke at a public hearing of the California Public
       Utility Commission (CPUC) in San Francisco.  Dozens of people spoke about how
       they, too, have been adversely affected by smart meters, and I was shocked to
       hear reports of people who have become so electro hypersensitive that they are
       living in their cars. Beginning in February 2012, California residents in Pacific Gas
       & Electric's territories could opt out, for an initial price and an on-going monthly
       extra charge.  On February 8, 2012, the gas and electric smart meters on my home
       were replaced with analog meters.

**Q.**    **Are you paying the opt-out fees?**

A.    Yes.

**Q.    Please describe the symptoms and adverse reactions you have experienced.**

A.    I noticed I was having daily nosebleeds and migraine headaches in October 2011. In November, I got a welcome break from home and spent ten days in a smart-meter-free area in Maui. . . where all my symptoms cleared up and I felt fine. That's when I started wondering, "What's making me so sick at home?" When I looked up my symptoms and saw they matched "microwave sickness" very well, I began to suspect smart meters as the culprit at that point, and found information about people resisting the PG&E smart meter rollout in the San Francisco bay area.

I took no notice when smart meters were first attached to my house in January 2010, without notification by my utility, and without my express permission. I didn't notice that one by one, smart meters were being installed on homes to either side of mine, and all around my neighborhood. I didn't notice that slowly but surely, my entire city was being outfitted with smart meters... until one day in October 2011 I wondered why I awoke each morning feeling dizzy, with nosebleeds, blurred vision, ringing in my ears, and migraine headaches. I wondered why when I was just sitting and watching TV or reading, my heart would often skip a beat, and bizarre muscle tremors would inexplicably spasm muscles on my face, arms, legs, and all over my body as if I'd just been given an invisible electric shock.

When I spent ten days away from my home and away from smart meters in Maui, I was amazed at how much better I felt. Gone were all the symptoms which I'd been thinking might have been signs of sudden aging. When I returned home, all the aforementioned symptoms returned, and I wondered what could be causing them. In January 2012, a couple of months later, I caught strep throat and felt sicker than I'd ever been in my life. Unable to feel comfortable anywhere in the house, due to feelings of pain in my head, eyes, ears, heart, and all over my body I slept on the living room floor, and turned my full attention to the question of what, exactly, was making me feel so terribly sick.

When I looked up my symptoms, I was amazed to find that many of them matched what used to be known as "microwave sickness." The first scientific report of microwave sickness appeared in 1974, with symptoms including: fatigue, headaches, palpitations, insomnia, skin symptoms, impotence and altered blood pressure. In cases of extreme exposure, symptoms also included: warming sensations, nausea, neuropathy (numbness, tingling, even paralysis in toes and fingers), stomach cramps, dyasthesia (a crushing sensation) and irritability. People in these studies had been accidentally exposed to microwave radiation, and no clear biological markers at that time were found, so these were not the kind of long-term studies that could establish safe exposure levels.

2

way that toxins are more easily carried into the brain.

With mounting questions from an increasingly concerned public wishing to know what is being installed in our homes, and interested in knowing what effects wireless smart meters have on ourselves, our children, our friends and our families, it's time we hold policy makers accountable for ensuring that a democratic, truly transparent decision-making process is taking place with respect to smart meters. The current *"Ready-Fire!-Aim"* approach to rolling-out wireless smart meters for the smart grid is negatively affecting human health and the environment.

Just as we recognized the proverbial "writing on the wall" with regard to technological wonders of their times:    Agent Orange, Asbestos, CFCs, Diethylstilbestrol (DES), Dioxin, DDT, lead paint, and Thalidomide … it's time for us to stop, wait for results from current scientific studies, do a thorough job gathering all relevant wireless smart meter information, engage in open dialogue all involved communities, and take a careful look at what role we really want wireless smart meters to have in our world today. If smart meters are harming increasing numbers of people, we potentially have a huge ticking time bomb on our hands… one that is leaving few habitable places left on Earth for growing numbers of individuals who have less and less tolerance for modern day electrosmog.

Dated this 9th day of January, 2013.

STATE OF CALIFORNIA
ALAMEDA, ss:                                              January 09, 2013

  Personally appeared the above-named ▇▇▇▇▇▇▇, and stated under oath that the foregoing Affidavit made by her is true and based upon her own personal knowledge, information or belief, and so far as upon information and belief, she believes the information to be true. Before me,

COLLIN BECKER
COMM. # 1926751
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Comm. Exp. March 25, 2015

Notary Public/Attorney-at-Law
Collin Becker
Name Typed or Printed
My Commission Expires: March 25, 2015

4



## PRE-FILED DIRECT TESTIMONY
### OF █████████████
#### MPUC Docket No. 2011-00262

| | | |
|---|---|---|
| 1 | Q. | Please state your name, address and contact information. |
| 2 | A. | My name is ████████████████████████████ |
| 3 | Q. | Was a smart meter installed at your residence? |
| 4 | A. | No. |
| 5 | Q. | Did you offer to provide testimony in another proceeding about your experience with |
| 6 | | smart meters? |
| 7 | A. | Yes. I have had serious health problems related to smart meters and to all types of digital |
| 8 | | meters (including smart meters and radio-off smart meters), and I offered testimony in a |
| 9 | | Michigan Public Service Commission hearing (Case No U-17053) reviewing a proposed opt- |
| 10 | | out program for Detroit Edison Company's Advanced Metering Infrastructure. I am an |
| 11 | | Intervenor in that case. This testimony was offered to show that an analog meter needed to be |
| 12 | | offered as a smart meter alternative. Unfortunately, the Commission struck this testimony, |
| 13 | | holding that the type of meter to be used in Detroit Edison's opt-out plan was not open to |
| 14 | | consideration and that, therefore, the health testimony was not relevant. |
| 15 | Q. | Is the attached document marked as Exhibit A a true and accurate copy of the testimony |
| 16 | | that you offered to provide to the Michigan Public Service Commission? |
| 17 | A. | Yes, it is. |
| 18 | Q. | Are the statements that you made in the attached Exhibit A still true and accurate? |
| 19 | A. | Yes. |
| 20 | Q. | Do you wish to add anything here not included in your statement in Exhibit A? |
| 21 | A. | Yes. Things took a turn for the worse when I spent a five days at my parents' in Arizona over |
| 22 | | Thanksgiving 2012. I have not slept well there for about a decade, but attributed it to the time |

1    change. In 2001, I slept really well. The next year, I couldn't sleep. I just tossed and turned

2    and finally, after a very long time, would sleep fitfully. I thought it must be the bed, and

3    moved to a different bed. It didn't help, but I stayed in that bed. Every year since, I have slept

4    poorly, and wondered about the bed and the time change and wondered why, even if I spent

5    two weeks there, I could not adjust and sleep.

6          The last two years, I basically haven't slept at all while there. Turns out, my parents

7    have a Turtle meter on their home. It doesn't transmit wirelessly, but over the power line. It's

8    digital. That's been on the home since 2002, which is about when I began experiencing a lot of

9    difficulty sleeping. In about October or early November of 2012, my father told me that they

10    had a digital meter on their home, and that he thought it had been put on about 4 years ago.

11    This was actually good news to me, because I thought, *Well, I don't feel anything at my*

12    *parents.* Everywhere there is a smart meter, I can feel the meter immediately when I enter the

13    building, so I had made the assumption that if I couldn't feel it, it wasn't a problem for me (or

14    at least not an immediate problem; from what I had read, I knew that down the road it could

15    potentially be a health problem). I was so glad, because I felt like if worst came to worst, I

16    could move back to Arizona and live in the electric cooperative district (Trico) that includes my

17    parents' home.

18          I spent five days there sleepless, again wondering why I could not sleep and wondering

19    why I couldn't adjust to the time change. The last day I was there, my father told me that the

20    meter on their home is a Turtle meter. That night, as I lay sleepless, it suddenly dawned on me:

21    I couldn't sleep because they had a digital meter! But then the question was, Why was it even

22    worse the last two years?

23          When I got back to Ann Arbor, I continued to talk to my parents about this. My mother

24    reminded me that two years ago, they got wireless. (My parents live in a very rural part of

Friedman Lay Witness Testimony
Redacted 127 of 293

JA 09604

1    Arizona, so a strong wireless antenna is required.)  Clearly, the addition of the wireless to the

2    dirty electricity already generated by the Turtle meter made the problem even worse!   The

3    bedroom where I sleep is about 15 feet from the wireless antenna (I didn't know there was an

4    antenna nor where it was located until I spoke with my mother this year about it).  In 2011 (the

5    year the wireless was installed), I was there for 11 days, and exhausted the entire time.  My

6    sleep was abominable, although I actually did sleep.  This year, I essentially did not sleep.  I lay

7    awake the entire night, tossing and turning, managing to grab a small amount of unrestful sleep

8    early in the morning.  I would awake exhausted, and spent the entire vacation, just like the year

9    before, feeling terrible and barely able to function, barely being able to even take a walk,

10    unable to read or do much of anything.  This year, I would get up, walk a tiny bit, lie down for

11    an hour, walk home, then lie down outside and try to sleep.

12        Interestingly, when I went to the Tucson International Airport to go home, I couldn't

13    even feel the wireless in the terminal.

14        The cumulative effect that exposure to EMFs creates became apparent to me on the

15    plane ride home, and afterward in Ann Arbor.  I was in the plane, tired, just looking out the

16    window (we'd probably been flying for about an hour, maybe less) and suddenly I got a

17    headache.  I attributed to the wireless on the plane (though I hadn't experienced that on the way

18    out).  As I said, I was looking out the window, and we were passing over wind turbines.  I

19    didn't think much of it. The headache passed within about 10 minutes.  I was reading, about an

20    hour later, and suddenly got a headache again.  I stopped reading in order to be with my

21    headache, looked out the window, and lo and behold, we were passing over another wind farm!

22    Unbelievable.  The headache passed as we moved away from the farm.  I didn't experience any

23    more headaches on the plane.

3

1    My ears rang intensely for 3 days after I got home, a high-pitched, intense ringing

2    unlike anything I'd experienced before. The ringing has never stopped, two months later,

3    though it's decreased in intensity. My body buzzed for three days, something I again had never

4    experienced.

5    Since my visit to my parents, my sensitivity has increased many-fold. I went to the

6    ████████ Medical Library at the University of ████████ on December 2, 2012. I felt a crush of

7    what I now call one of the various EMF feelings I experience. I had never felt that in that

8    library before. In fact, now that Ann Arbor was almost entirely installed with smart meters, I

9    considered the University of ████████ one of the few possible places I might spend time, since

10    the university has its own power plant and presumably wouldn't be getting smart meters. I

11    spent 3.5 hours at the med library. I felt really good and wired and awake when I got home

12    around 8 p.m. That night, just like at my parents', I was unable to sleep the entire night. The

13    next day, I was in the room of my house reserved for my occupation when I felt an EMF

14    sensation. I couldn't understand it. The next day, I felt it again. I used a meter that measure

15    voltage transients, and found out that one outlet in the room, an outlet into which nothing has

16    ever been plugged, was emitting a high amount of transients. I checked it again the next day—

17    I wasn't feeling anything strange, and the meter showed a normal reading. Since then, I feel it

18    off and on.

19    The list could go on and on. On December 8, I felt something strange in my body, and

20    sensation I associate with smart meters, though brief, and that I'd felt recently a few times in

21    my kitchen. I noticed my neighbor using their garage door opener. It is only this neighbor's

22    garage door opener that bothers me. The fluorescent lights at the outdoor farmer's market

23    bothered me, yet another place I now cannot spend time in. On the 14th, I went to a friend's

24    house that does not have a smart meter, for a meeting. I could barely stand it. She has

4

1    fluorescents, halogens, dimmer switches. I asked her to turn some of them off. I still did not

2    feel good, and some time later asked her if we could move to another room where I knew she

3    had incandescent lights. I still did not feel good. Then she told me she had wireless. She's had

4    wireless for some time, but this was the first time I could feel it. Then, we left the house. I was

5    walking about five feet behind two people as one of them, about five feet from her car, when

6    suddenly, wham!, something passed through my falx cerebri (the connective tissue membrane

7    that separates the two lobes of the brain) and a millisecond later I heard her car door opener and

8    heard the beep of it. Even this I was now sensitive to. As I said, the list goes on, and the

9    passage of time has not improved things. Even my computer is problematic, and I feel strange

10    sensations coming from it. If I stay away from buildings with smart meters, fluorescent lights,

11    and my computer for a few days, I recover to some extent—that is, I can then interact, briefly,

12    with these devices without feeling anything. In my living room, I have had a dimmer switch for

13    15 years, which I have always left turned up all the way because otherwise it bothered me.

14    About a month ago, even that, turned up all the way, bothered me intensely, I kept the light off

15    in my living room, illuminating the room by means of the lights from other rooms. I was

16    finally able to put a regular switch on it a couple of days ago.

17    Everything I'd been told about increasing sensitivity is, sadly, coming true. I didn't

18    think it would. I was not going to be that person. I was going to conquer this sensitivity.

19    I believe that the switched mode power supplies are as much of a problem as the RF.

20    Non-analog meters may solve the problem for some people, who are only apparently sensitive

21    to wireless, but they will not solve the problem for many of us. My experience at my parents'

22    makes that clear, as does the sensitivity I have always had to fluorescents.

23    I also want to add that in the testimony I submitted in U-17053, I noted that I could no

24    longer go inside my bank for banking purposes and switched to using an ATM. Since that

5

1      testimony was written, the bank installed new ATMs that have all sorts of lights around them.  I

2      can no longer use those ATMs.  I have switched to using the night drop to deposit my checks,

3      which is not always a  good option because the money will not picked up until the following

4      day and because I cannot check my balance except over the phone.

5  Q.   **Do you want to submit the statements in Exhibit A to the Maine Public Utility**

6       **Commission for consideration in its pending proceeding to investigate the safety of smart**

7       **meters?**

8  A.    Yes.  I submit the attached sworn testimony in support of complainants Ed Friedman, et al in

9       their case before the Maine PUC as evidence that smart meters are not safe.

STATE OF MICHIGAN
WASHTENAW, ss                                                    January 28, 2013

          Personally appeared the above-named ███████, and stated under oath that the foregoing
Affidavit made by her is true and based upon her own personal knowledge, information or belief, and
so far as upon information and belief, she believes the information to be true.  Before me,

          *Mary Geneva Rickard*
          Notary Public
          *MARY GENEVA RICKARD*
          Name Typed or Printed

          My Commission Expires:  *FEB 12 2017*

10

          MARY GENEVA RICKARD
          NOTARY PUBLIC, STATE OF MI
          COUNTY OF LIVINGSTON
          MY COMMISSION EXPIRES Feb 12, 2017
          ACTING IN COUNTY OF *WASHTENAW*

6

# EXHIBIT A

STATE OF MICHIGAN

BEFORE THE MICHIGAN PUBLIC SERVICE COMMISSION

In the matter of the application and request  )
of the DETROIT EDISON COMPANY seeking    )
approval and authority to implement its         )        Case No U-17053
proposed Advanced Metering Infrastructure )
opt out program.                                              )

QUALIFICATIONS AND DIRECT TESTIMONY OF
█████████

3

QUALIFICATIONS OF ██████████

| | | |
|---|---|---|
| 1 | Q. | **Do you swear that the testimony you are about to give is the truth, the whole truth,** |
| 2 | | **and nothing but the truth?** |
| 3 | A. | I do. |
| 4 | Q. | **Please state your name, address and contact information.** |
| 5 | A. | My name is ████████████████████████████████████████████ |
| 6 | Q. | **On whose behalf are you testifying?** |
| 7 | A. | That of myself as Intervenor. |
| 8 | Q. | **What are your qualifications to testify?** |
| 9 | A. | I take my electric service from Detroit Edison. I have been affected by the smart meter |
| 10 | | installation in multiple ways: my health, my ability to earn an income, my ability to perform |
| 11 | | major activities of daily living as defined by the Americans with Disabilities Act, my ability |
| 12 | | to attend religious and spiritual services, my ability to access government services and |
| 13 | | health-care services. My health is negatively impacted by the nontransmitting digital meter |
| 14 | | Detroit Edison proposes as an alternative to the smart meter. |

1

1   Q.      What is the purpose of your testimony?

2   A.      To provide information that establishes that there is a need for a no-fee opt-out and the
3   need for an analog meter option. To provide information that may help the Commission in
4   determining that smart and digital meters create certain kinds of economic, medical, social, or other
5   harm or hardship, as outlined in Intervenor Linda Kurtz's Petition for Intervention, to some or all
6   persons such that Detroit Edison and the Commission must not require those who are or who are
7   likely to be so harmed to have a smart or digital meter placed on their home or place of business or
8   to be otherwise deprived of rights and liberties, as outlined in Intervenor Kurtz's Petition for
9   Intervention, by the deployment of the advanced metering infrastructure, smart meters, or digital
10  meters, and, in the alternative, that such persons must be able to avoid such harm to their person
11  and property without being charged a fee

12  Q.      How long have you lived at your current residence?

13  A.       I have lived in my home since 199. I own my home.

14  Q.      What has your experience with smart meters been since your first encounter with
15  them?

16  A.      It has been terrible. There is the health aspect and then there is the social aspect.

17  Q.      Tell us about the health aspect. What health effects have the smart meters had on
18  you?

19  I will list them.

20  • Insomnia. If I am in a building with smart meters for more than about 15 minutes, I
21     cannot sleep that night. Moreover, if I am in a building with smart meters for a half
22     hour or more, or for short periods of time over several days, I am unable to sleep for
23     several days.
24  • Heart palpitations. The same as with the insomnia, although I do not *always*
25     experience the heart palpitations when exposed. However, when I do get them, they
26     can go on for several days.
27  • Cognitive dysfunction. This is especially present when I am in a building that also
28     has a lot of wireless in it already. I forget what I came to the store to get. If I am
29     talking to someone, I cannot keep track of my thoughts. I have a thought, and then I
30     cannot complete it. I want to think and I cannot. I forget words. It is like being old
31     long before your time.
32  • Anxiety in my body. This isn't a mental anxiety—it is a physical feeling, *not*
33     accompanied by anxious mental thoughts.
34  • Pressure in my head, as described above.
35  • Pressure in my body, as described above.
36  • Occasionally, headache or incipient migraine.
37  • Tinnitus, sometimes.

2

1  Inevitably, I get the insomnia. Inevitably, if in a building for more than 15–20 minutes, I get
2  the cognitive dysfunction. Inevitably, if I am in a house for more than 5 minutes, I get the
3  pressure and other weird sensations, as well as the agitation/anxiety in my body. If I am in a
4  bigger building, it may take up to 10 minutes to feel these sensations, though it usually
5  happens more quickly. And sometimes, especially if it's a house, I feel them the moment I
6  cross the threshold.

7  I have sometimes been barely able to sleep for 3 days and have had heart palpitations for
8  three days after being in a building with smart meters. My second encounter with smart
9  meters occurred toward the end of June (June 22–23), when I was forced to be in buildings
10  with smart meters for hours two days in a row. One of these encounters was at my doctor's
11  office, again, where I did not know they had been installed. However, the moment I stepped
12  over the threshold of the building, I could tell they were on the building. After the incident
13  at my doctor's I had heart palpitations for the next three days.

14  On top of all this, I have now become more sensitive to all sorts of electrical and wireless
15  devices. This did not happen immediately. But now, there is hardly a building in Ann Arbor
16  without a smart meter, so in order to do anything, I must be exposed to them. I have to get
17  groceries, I have to do other errands. I do them as quickly as I can, but I cannot do
18  everything in under 10 minutes. About a month ago, I began to notice that I was bothered by
19  things that had never bothered me—the cordless phones in my home; sometimes the
20  headset from my cell phone (the EMF travels up the wires); fluorescent lights in buildings
21  that don't have smart meters on them, wireless in the Michigan League. With the fluorescent
22  lights, I will feel the same agitation in my body and a very strong desire to leave the store
23  immediately.

24  The effect on me is much, much worse in a home than, usually, in a big building. I assume
25  that that is because the walls in a home are much closer to me--thus all the currents are
26  closer to me and have greater impact. Also, the smart meters are way, way closer in a home.
27  In one friend's house, if I stood in her kitchen, the meter would be five feet away from me,
28  and that is standing as far away from it as possible.

29  Q.  **How do you know it's smart meters that are affecting your health?**

30  A.  It's obvious. When I step over the threshold of a building, I know whether there's a smart
31  meter on the building because I can feel it. I feel all these weird sensations, like I've
32  described above. Then, I don't sleep that night. And/or I get heart palpitations. And/or the
33  other symptoms I've listed. Buildings that I was once fine in, one day I step inside, and it
34  feels terrible. And so I know the smart meters have been installed.

35  Moreover, nothing else in my life has changed. When I heard about smart meters, I was
36  concerned, but very hopeful that they would not bother me, since my cell phone did not
37  bother me.

38  Q.  **Did you have these problems before smart meter installation?**

3

A.    Before smart meter installation, I rarely experienced insomnia. Poor sleep, yes; insomnia—very rarely.

Heart palpitations—I had a strange feeling in my heart many years ago, different than what I feel now. It was as if my heart were beating very fast. It lasted for a few days and never came back. This was different than what happens with smart meters.

Now that smart meters are everywhere in Ann Arbor, I sometimes feel strange sensations in my heart even when I have not been in a building with smart meters for a day or two. The first time I got that feeling was after being in my doctor's office and the other buildings.

Cognitive dysfunction—occasionally, but rarely to the degree I experience with smart meters and certainly not a *sudden* change from clear-headed, incisive thinking to sudden cloudiness. I have mitochondrial dysfunction, so I have periods of fatigue, and sometimes that is associated with trouble completing a thought or finding the right word. But that is something that creeps up slowly—it doesn't happen nearly instantaneously. With smart meters, I step over the threshold of a building with smart meters and within a few minutes to ten or twenty minutes, my brain goes in and out of working, I lose thoughts, there are empty spaces in my thinking. Yesterday, I had to be in a building with smart meters, interviewing someone. I could feel the smart meter the moment I stepped over the threshold. I didn't in fact know whether this meter might be installed on this building, but I asked my interviewee. She said there was. I felt pressure like a vise around my head, and a weird vibration in my body. About 20 minutes into the interview, I was no longer able to think, to ask questions. With a lot of effort and time, I could make some headway, but only with some help from the person helping with the interview. I'd also like to add that this interviewee, like several other people I have interviewed who have positions of authority in the community—doctors, people with directorial or supervisory roles in government—have given an interview, then consulted with their attorneys and told me not to use their interviews. These are people who have been made sick by the smart meters and are also seeing the effects on the people they treat, provide services to, and/or supervise. They have been excited about providing information and being heard. Then, they consult an attorney and refuse to testify. Everyone is so afraid of DTE.

Pressure—no.

Bodily sensations of agitation—no.

Headaches or migraines—occasionally.

Tinnitus—I have had a very, very mild tinnitus at least since the age of 12, but not even enough to remark to the doctor about. However, with smart meters, I can have the kind of tinnitus that people normally describe: the buzzing isn't something so mildly in the background you barely notice it; it is front and center.

4

1    Q.    **When did you first notice that your health was affected by smart meters?**

2    A.    The first time I ever encountered a smart meter was sometime in June of 2012. Someone I
3    knew peripherally invited me over to her house. I walked into the house, which was on Huron
4    Street in Ann Arbor, and was nearly bowled over. It is really hard to describe the effects one feels
5    from something like this because they are not sensations we experience in normal life and so we
6    don't have good words for them. There was a way in which it was like being pressed upon from all
7    sides, sort of like the pressure you feel when taking off really, really quickly in an airplane, the kind
8    of pressure I imagine astronauts feel. That pressure was all over my body, though that particular
9    type of pressure was probably slightly less in my head.

10    In my head, as I stood, and later sat, in that house, it felt like something would shoot in. Not like a
11    shooting pain. It was wider than a pain, and it wasn't painful per se, though it was extremely
12    unpleasant. It was as if what I can best describe as "empty rays" shooting through my head from
13    time to time. Like two or three, and then it would stop for a while. It was really, really weird.

14    I found that my body was becoming agitated. It wasn't a mental agitation, per se, but an agitation of
15    my body. It quickly became hard to think. I would lose my thoughts.

16    I can tell you more about what it was like, and this has been my experience in other houses with
17    smart meters: It is like you are in the middle of a funnel cloud of electromagnetic current—you are
18    encircled by these currents and can feel them. That is what is really weird about it. Then, on top of
19    that feeling, these "empty rays" pass through your head from time to time. Like I said, these are
20    wide, and sort of like a light beam in that they are kind-of empty inside. I know this sounds weird,
21    but think of how science fiction writers describe things. This *is* science fiction. Science fiction
22    writers have been incredible predictors of the developments of the future—and we are now living
23    in some of that world.

24    Those "empty rays," when they pass through, it is like for a moment or two your thought processes
25    stop. It is really weird, because it is so quick you know it's happening and yet you don't. If you have
26    ever had general anesthesia administered, then you might have an inkling of what it is like. When
27    they administer general anesthesia, you are fully present and then suddenly there is this huge blank
28    space. When you get anesthesia, the blank space (the loss of consciousness) lasts for a long time—a
29    half hour to several hours. With a smart meter, it is so brief. But it can happen repeatedly. And in
30    that moment, you are blank. And aware a millisecond later that you *were* blank. It's very unsettling.
31    You know it is happening—just like when you are coming out of anesthesia, or when they haven't
32    administered enough—yet you can do nothing about it.

33    As I read more about the effects that smart meters can have on the human system, this experience
34    made sense: It is interrupting the communication of the nerve cells in my central nervous system.
35    As a biodynamic craniosacral therapist and a student of human anatomy and physiology, I learned,
36    as we all did in school, that neurotransmission is an electrical and chemical phenomenon.

37    Q.    **You described being in a funnel cloud of electromagnetic radiation.**

5

A.     Yes.  As time went on, it came to me that that is the best description, and, on my own, I figured out why. Later, as I did more reading, I found out that what I figured out on my own was exactly what any electrical engineer or electrician would tell you about what was happening. You see, in a home, you are surrounded by wires, encircled by them as they pass behind every wall. They are also often above you, in the ceiling, and below you, in the basement. And if you are in a house like that first house I was in, which was three stories, each tenant has their own electronic equipment on, pulling electricity through the house, and the funnel cloud is very, very high, much higher than in a ranch house. So in a multi-storied house, the effect—at least this is my experience—is increased. You feel like you're are in a soup of vibration and also that that suddenly, out of nowhere, a current will shoot transversely through your body. I couldn't figure out why there were these multiple sensations--vibration and these currents or rays. But then I learned that the *magnetic* part of the electromagnetic field runs at right angles to the electrical field. So you have these currents encircling you as you sit in a room (and probably running above you and below you to a usually lesser degree) and *in addition* to that electrical field encircling you, you have the magnetic field running perpendicularly out to you. I wonder whether the "empty rays" I felt are those magnetic fields or whether they are the radiofrequency hot spots from intersecting smart meter RF waves.

Now, please understand that I learned all this terminology after my first encounter with smart meters. You know, this is the interesting thing about science. In science, we *observe* phenomena. Then we seek to explain it. Despite what is commonly taught as how the scientific method works, most science is actually done inductively, not deductively. Thus, we observe phenomena, we seek to explain it. We don't waltz in with a theory and attempt to prove it. Here, the phenomena are these extraordinary sensations in the body and other physiological phenomena: momentary lapses of consciousness, tinnitus, agitation, inability to think, and so on. When I first felt them, I had no idea what was going on. But I could feel the sensations. Thus, I could ask the question, "What is causing this?" And the simple, but in some ways not terrifically informative answer is, "Smart meters." But *how* do they cause it? And that is where an understanding of how the currents work—the electric *and* the magnetic fields—comes in. Once you understand that, the seemingly crazy becomes explicable. Like gravity. None of us can see it, but all of us can feel it. And it exerts a powerful yet invisible force on our bodies.

That is part of why this sensitivity to EMF is so hard to grasp. You can't see electric fields. You can't see magnetic fields, either, though you can see how the magnetic fields operate if you get a magnet and some iron filings. It's so hard for anyone to believe that something you cannot see is wreaking havoc with your ability to think and sleep and your heart to function properly. I completely understand. I am very sensitive to these fields, but not as sensitive as some people I know, and when they say that they can feel something, for instance, effects from a cell phone tower, I feel a lot of skepticism. It's human nature to mistrust someone else's experience when we've never felt it. So I understand why people who can't feel it are skeptical

But remember this, we can't feel cancer, we can't feel the AIDS virus, we can't feel when we've swallowed a batch of E. coli, and most smokers don't feel bad when they smoke, yet *each one of those things is invisibly killing us*. We should have learned by now that just because we can't see it or

6

1  can't feel it doesn't mean it's not real. And just because we can't see or feel it doesn't mean it's safe!

2  Someone who is contracting a sexually transmitted disease is probably feeling great while they are

3  contracting it!

4  **Q.      Did you know there was a smart meter on the first house you encountered with a**

5  **smart meter?**

6  A.      No, not when I went over there. Once I was in the house and felt all these terrific pressures

7  and sensations, I asked if there was a smart meter on the house. I went outside and looked and saw

8  *three* smart meters on the house. I had learned about smart meters a few weeks earlier. Someone I

9  know peripherally had sent out an email talking about smart meters and how badly they were

10 affecting their health. I didn't know if I would be affected, but I thought there was a chance. I didn't

11 know what a smart meter looked like, but since these meters didn't look like my own meter and had

12 a digital read-out, I assumed they were smart meters. Also, they had blue on them, which I later

13 learned is characteristic of the Itron smart meters.

14 **Q.      Why did you think you might be affected?**

15 In 2008, I was given a laptop computer. I was so excited. I would be able to do computer work

16 outside or go to a coffee shop and cruise the Internet. I work out of my home, so to be able to go to a

17 place where there were other people, or to be outside in nature, was important to me. Well, I went

18 outside, turned the computer on (while holding it on my lap), and within a little bit of time began to

19 feel a bit weird. By the time I'd been on that computer for a half hour, I was feeling strange, woozy,

20 not able to think well. I persisted. "I'm not going to give in to this feeling," I thought.

21 **Q.      How did you know it was the laptop?**

22 A.      Well, it was pretty obvious. I turned it on, and in less than half an hour I felt ways I'd never

23 felt before. I was so frustrated. I also knew why I was likely feeling this way. I'd had a client the

24 month before, a young guy, college student, who had come to me for craniosacral therapy. He told

25 me he couldn't use his computer, couldn't use his cell phone, couldn't even watch TV. At first, it was

26 just that he couldn't use the computer, but then it was all these different electronic devices. He said

27 it was called *electromagnetic sensitivity*. Since I'd just been in a study group with someone who'd

28 mentioned learning about this type of thing, I had an inkling of what he was talking about and didn't

29 think he was coming from out of left field. But not in a million years did I think I would have that

30 problem! I thought it was sad for him.

31 **Q.      So how did you resolve the problem with your laptop?**

32 A.      I called the place I got the computer from. The guy told me how to shut the wireless off. I

33 was so bummed! I did it. It was slightly better, but still impossible for me to use this $1000

34 computer that could not be returned!

35 So, I talked to the guy again, and he told me to try taking the wireless card out. I did that, and I can

36 use the computer just fine. And, in fact, the LED screen is a thousand times better than the CRT

37 screen I had before, which would make me exhausted. This screen doesn't tire me out to the same

7

1  extent—less flicker, less dirty electricity, all that. Everyone knows CRTs are much harder on you,
2  just like fluorescent lights.

3  **Q.      Do you experience problems with other wireless or electrical devices?**

4  A.      Some, but not all. Wireless in a room, at least before the installation of smart meters, was
5  not a problem for me. Like many people, I went to coffee shops to work on my computer, and there
6  is wireless at all of them. Perhaps I was affected in some kind of way (and from what I have now
7  learned about the hidden, unfelt effects of RF radiation on the human body, I probably have been),
8  but it was not anything I could directly feel.

9  Dimmer switches have always bothered me. I can hear the buzz if they are not turned all the way
10  up, and they make me feel weird if they are not turned all the way up. I feel that agitation I
11  described earlier.

12  Most CFLs I cannot stand, though certain ones I can tolerate.

13  Fluorescent lights exhaust me, like they do many people, if I am under them for a few hours, but,
14  prior to the installation of smart meters, I could not *feel* anything from most of them. It's just that I
15  would be fatigued after being around them.

16  My cell phone does not bother me, at least not now. We have measured the RF output from it, and it
17  is extraordinarily low. It is an old phone by today's standards—a 2008 model. But I never put it to
18  my ear—I use a headset and I often keep it shut off unless using it. Except for when I am walking, I
19  do not carry it next to my body.

20  But here is the clincher. When I received the laptop, I also got a wireless router, of course. I never
21  used it, never even opened the box because of that initial experience outside. But earlier this year, I
22  needed a router. I called the computer store, and the guy told me I wouldn't have any problem with
23  the router. I wasn't too sure about that, but he was, so I decided to try it. I plugged it into the wall
24  and *immediately* I felt something happen to my heart. Unbelievably scary—like it was being
25  penetrated by a current, by something that would twist it—right where the aorta enters the heart. I
26  pulled the plug immediately.

27  Also highly relevant, when I walked into Best Buy a few years ago, I felt all sorts of strange
28  sensations—a lot of things like I feel now with the smart meters. I couldn't really figure it out, but
29  came to the conclusion that they must have added wireless throughout the store and that was what
30  had changed. That made me a little concerned, because I knew that many coffee shops, at that time,
31  were adding wireless, but I didn't have those sensations anywhere else. I figured that the amount
32  and density of computer and stereo equipment in that store must be what made the difference. I
33  now suspect that the switched-mode power supplies in the equipment, combined with extremely
34  strong wireless, were what caused these feelings. I could barely stand to be in there, and from then
35  on, I never went to Best Buy unless I absolutely had to buy something, and I got in and out as
36  quickly as I could. But I didn't worry about it per se, I just figured it was Best Buy, since I didn't
37  experience these things anywhere else.

8

1  Similarly, but to a lesser extent, when I went to Ace Hardware on Stadium Boulevard a couple of
2  years ago, or maybe only a year ago, I noticed something different. I would get 15, maybe 20, feet
3  away from the checkout counters, and I would feel strange and uncomfortable. Not the same way as
4  in Best Buy, and certainly not as intense, but something along the same lines. I didn't like it at all. I
5  was fine in the rest of the store. I noticed all the clerks were walking around with headsets. I figured
6  it must be the wireless current. I didn't know much about that sort of thing then.

7  Oh, and once that happened, after a few months, the things you swipe your credit card through--in
8  some stores--specifically, Whole Foods and Ace Hardware--those card readers started to bother me
9  when I was close to them. There was this incredible intensity that came out of them. I think both
10  Whole Foods and Ace changed their card readers, because at some point this year, they didn't
11  bother me anymore. And note: I wasn't bothered at any other store, so clearly what is transmitted
12  through some is not transmitted through others.

13  Finally, I have a new washing machine, bought in June. It's computerized. Every time I press the
14  buttons, I feel jolts in my head. It's a quick click, as fast as the push of a button. This would have
15  been unbelievable to me, but by the time I had this experience, I had read about voltage transients,
16  so at least I knew what was going on. What I do in order to be able to use the machine is put the lid
17  up to block the control panel. Then I bend down so I'm at the same level as the lid to keep the
18  current from hitting me. I have to count the number of times to punch each button so that I can do it
19  without seeing. Yeah, it sounds crazy, but it's true. And it makes sense, because the thick metal of
20  the lid blocks most of the rays.

21  **Q.**      **You live near a cell phone tower. Does that bother you?**

22  A.      I live 1000 feet from a huge cell phone tower. When I first noticed it, quite a few years ago, I
23  got worried, because I'd heard that they could be bad for your health, but I realized that nothing felt
24  different to me. I was still sleeping okay, too. I think this is really important: The utilities tell us that
25  smart meters aren't bad for us, yet I am terribly affected by them, can feel them throughout my
26  body, they give me insomnia and heart palpitations, yet I can live next to a cell phone tower for
27  years and not feel these strange sensations nor have these *palpable* health effects (it may be
28  affecting my health, but I cannot *feel* it).

29  **Q.**      **Have the health effects you experience as a result of smart meters affected your**
30          **ability to work and earn a living? If the answer is yes, describe how.**

31  A.      Yes. I work for myself as a ███████████████ therapist and ███████ therapist, and I
32  ██████████ It affects my fatigue level and thus my competence and productivity; I cannot
33  take a job outside the home; I cannot keep up my continuing education credits and thus my
34  license.

35  When I have been unable to sleep because of smart meters, I cannot do ██████ When I am
36  unable to sleep because of smart meters, I am not as good a ██████ as I can be.
37  Furthermore, business this summer slowed considerably. I began to consider seeking work
38  elsewhere, perhaps partnering with another health-care practitioner, and realized that with

9

1  the deployment of smart meters, this was an impossibility. There is absolutely no way that I
2  can work in a building with smart meters. I can't be in a building with smart meters long
3  enough to get a massage, let alone long enough to give them all day!

4  Because of the deployment of smart meters, I was unable to attend my biannual ███████
5  █████████ therapy conference in Maryland. I was so looking forward to this educational
6  and networking opportunity, especially because I am past president of the association and
7  its current journal editor. But in early September, I found out that smart meters had been
8  deployed in Maryland and I knew they were likely installed at the conference site. Which
9  they were. Part of my compensation as journal editor is that my expenses to, from, and at
10  the conference are paid for. I was unable to attend. I suspect that I will never be able to
11  attend a conference again. Not only will I not receive this compensation that I am owed (at
12  this point, the equivalent of $5000), my ability to earn an income is severely limited because
13  I will not be able to keep up with developments in the field. BCST is a hands-on work. It is
14  not a skill that can be learned from reading books or taking a course online.

15  Furthermore, I had begun taking workshops on Hellinger work, which is a type of therapy I
16  can use as an adjunct in my work. Because smart meters have been deployed at the Ann
17  Arbor location where these workshops are held, I can no longer learn this modality. Like
18  BCST, it is a work that must be learned in in-person collaboration with others.

19  Moreover, each year, I attend the annual ████████ therapy conference here in Ann Arbor. I
20  also practice Polarity Therapy. The building where those workshops are held has also been
21  smart metered, and I will never be able to attend the conference again. There is no way that
22  I can spend 3 hours a day in a smart metered building, let alone 8 hours a day for 4 or 5
23  days.

24  I will be unable to keep my ████████ therapy license because of this. To be completely clear:
25  Michigan has passed ████████ therapist licensing. No licenses have been issued yet, but as of
26  November 2009, all ████████ therapists who wish to be licensed must be getting continuing
27  education credits. These credits include the modalities listed above, as well as ████████
28  therapy courses, which I also attend. I can no longer get these credits.

29  So what am I to do? Stop practicing? Go on welfare? Flout the law and hope I don't get
30  caught?

31  Q.  **Have the health effects you experience as a result of smart meters affected your**
32  **ability to interact socially with others? If the answer is yes, describe how.**

33  A.  My social life has dwindled to nearly nothing. I am unable to be in the home of any friend
34  because every friend has a smart meter on their home. I cannot meet a friend for dinner, go
35  to a movie. I cannot date, because I can't go anywhere.

36  Earlier this year, I joined a number of great Meetup groups. These are social groups where
37  people with similar interests get together weekly, monthly, perhaps a few times a week. I

10

1   was having a great time with the ███████████ Group, and others. I had to
2   quit every one of those groups because of smart meter installation.

3   There is another group I belong to that meets in the winter and spring. I just realized that I
4   am not going to be able to attend that group anymore. I am not going to be able to go to the
5   annual Christmas party for the spiritual center I was a part of until the installation of smart
6   meters made it impossible for me to attend functions at the center.

7   You know, I shop at a co-op, and I used to eat there, hang out there, work on my computer
8   there. It's a social hub in Ann Arbor. I can be certain that I'll see someone I know at least
9   every other time I go there. I can chat. Have a conversation. Catch up with people I wouldn't
10  otherwise see. All that's over. I have to get in and get out, or I pay for it by not sleeping for
11  the next one or two days.

12  Have the health effects you experience as a result of smart meters affected your ability to
13  access public services, such as the public library, government offices? If the answer is yes,
14  describe how.

15  Yes. I love going to the library, especially browsing the book sale. I was so grateful that I was
16  still able to go to the library. Then, one day a couple months ago or so, I walked into the
17  library and knew it had been smart metered. The cognitive dysfunction, the weird feelings
18  in my body, incipient headaches. It wasn't quite as bad in the basement, where the book
19  sales are held, but the last time I went there, it was really, really bad in the basement.

20  So now, I get in and get out. I can't browse. And libraries are for browsing.

21  If I wish to speak to my city council on any issue, including the smart meter issue, I have to
22  weigh the ill effects on my health vs the possibility that my words will have an influence. I
23  have attended council and environmental and Washtenaw County Commission meetings
24  several times in the last year on a variety of issues, but if I do now, I will wind up not
25  sleeping for one to two nights and experience the cognitive dysfunction, etc. I have already
26  discussed..

27  Q.  **Have the health effects you experience as a result of smart meters affected your**
28      **ability to freely assemble outside? If the answer is yes, describe how.**

29  Yes. There are several places in Ann Arbor that I cannot tolerate being because of the
30  incredibly high RF in those areas. This includes parts of Washington and Liberty Streets,
31  where marches often take place.

32  Q.  **Have the health effects you experience as a result of smart meters affected your ability**
33      **to access religious or spiritual services? If the answer is yes, describe how.**

34  A.  They have utterly affected it. I can no longer attend talks or services at the center I once went
35      to. I want to explore several other religious/spiritual communities in Ann Arbor, and also
36      attend talks, but now I cannot. If a friend dies, how will I attend their funeral? One friend died
37      in April of this year. At least there were no smart meters then, and I could attend his wake.

11

1    The monthly spiritual group I am a part of can now meet only at my home or the home of
2    one woman whose home has not yet been installed. Soon we will be able to meet only at my
3    home. It was important to people to rotate the gatherings, but we will no longer be able to
4    do that unless I drop out.

5    My spiritual life is very important to me, and an integral part of the work I do as a therapist.
6    Yet one more avenue of self-realization, community, and education has been cut off from me
7    due to smart meter installation.

8    **Q.**    **Have the health effects you experience as a result of smart meters affected your**
9            **ability to freely access health services? If the answer is yes, describe how.**

10    A.    Yes. I told you about my experience at my doctor's. Recently, I needed to see my doctor
11            again. I called the clinic and explained that I could *not* be in their building and wanted a
12            referral to the specialist I needed to see. They refused, and said I had to come in. I waited
13            out in my car, freezing, for one hour before they called me for my appointment (they were
14            an hour late). Then, I had to be in that doctor's office, which is one of the worst buildings I
15            have been in, for one hour for my appointment. I have pre-cancerous lesions on my face,
16            hands, and legs. I had a choice: ignore them and potentially have them turn cancerous (I
17            grew up in Arizona, and my sister has already had a malignant growth removed from her
18            neck), or deal with the effects of the smart meters on my health.

19    I have visits to ███████'s Hospital in ████████ once every three weeks for my Ehlers-
20    Danlos. Once that building is smart metered, I don't know what I will do!

21    **Q.**    **Have the health effects you experience as a result of smart meters affected your**
22            **ability to perform one or more major life activities not already mentioned? If the**
23            **answer is yes, describe what activities and how the effects have affected your**
24            **performance of these activities.**

25    A.    Yes.

26    Caring for myself. Going to the grocery store. Buying necessary clothing. Banking—once
27    smart meters were installed at my bank (and I could feel it the moment I walked into the
28    bank), I got an ATM card. I prefer to do all my banking with a person, not a machine, and
29    had not had an ATM card for years, but got one the day I walked into the bank and could feel
30    the smart meters. Getting my hair cut. Buying necessary materials for remodeling and
31    maintaining my home.

32    Browsing a store.

33    Learning—both because I cannot attend the educational functions I need to and because of
34    the cognitive dysfunction that inevitably occurs when exposed to smart meters for
35    whatever reason. Furthermore, once I am exhausted and have insomnia because of smart
36    meter exposure, I cannot think or learn.

37    Thinking—as described above.

12

| 1 | | Sleeping—as described above. |
| 2 | | Interacting with others—as described above. |
| 3 | | Reading—when exhausted, I cannot. |
| 4 | | Concentrating—as described above. |
| 5 | Q. | **DTE has asked the Commission for approval of a plan that would not allow anyone to** |
| 6 | | **keep their analog meter. Instead, those choosing to opt out of smart meter** |
| 7 | | **installation, if an opt-out is instituted, will be forced to take a nontransmitting digital** |
| 8 | | **meter on their house. Have you had experience with the nontransmitting digital** |
| 9 | | **meter?** |
| 10 | A. | Yes. |
| 11 | Q. | **What was that experience like?** |
| 12 | A. | The nontransmitting digital meter makes me feel *horrible!* I was hopeful that when I went |
| 13 | | over to someone's house who had a digital meter that I would not be affected. I thought I |
| 14 | | *might* be, but I certainly did not expect what I encountered. I stepped over her threshold |
| 15 | | and my ears began ringing immediately. That is the first time that had ever happened to me. |
| 16 | | At that point, I had not experienced that with a smart meter. My body felt like it was |
| 17 | | buzzing. I could not stand to be in her house. It was every bit as awful as the smart meter. |
| 18 | | The only difference was, I did not feel those "empty rays." I left that house after about 7 |
| 19 | | minutes. I couldn't stand it. |
| 20 | | I was over there briefly one other time. I felt the same awful sensations in my body. |
| 21 | | I experience many of the same physiological changes (anxiety sensations, which are due to |
| 22 | | cortisol, etc.) as with a smart meter. I cannot say whether they digital meter will cause me |
| 23 | | insomnia because I have never stayed in a house with a nontransmitting digital meter long |
| 24 | | enough to know whether that's a problem. |
| 25 | | Several weeks after my experience with the digital meter the first time, I was at that same |
| 26 | | home a second time, again briefly, and experienced the same sensations as well as a |
| 27 | | pressure through my body. |
| 28 | Q. | **In your experience, will the nontransmitting digital meter solve the health problems** |
| 29 | | **you experience with smart meters?** |
| 30 | A. | No. |
| 31 | Q. | **Are the nontransmitting digital meters an acceptable alternative to the smart meter?** |
| 32 | A. | No, because they will not solve the health problems I and others experience. It is very clear |
| 33 | | to me from my personal experience that smart meters and digital meters—at least the new, |
| 34 | | nontransmitting digital meters—cause many of the same health effects. I had no idea of this |

13

1    when I began investigating smart meters. I thought the problems with smart meters were
2    solely because of the RF (radiofrequency) radiation. It was months before I came across
3    information about switched-mode power supplies and how they might also harm health.
4    Switched mode power supplies step the 240 volts coming off the power line down to 4–10
5    volts to run the switched-mode power supply (SMPS). Analog meters don't need SMPS
6    because analog meters don't need electricity to run.

7    The site I came across said *nothing* about how horrible the digital meters make you feel. They just
8    cautioned that they might be harmful to health. It made you think about it in the same way
9    you think about other things that we are cautioned are harmful to our health—you think,
10    "Well, maybe it's a little bit harmful, but what isn't in this day in age?"

11    My experience in the house with the nontransmitting digital meter made it very clear to me that
12    there is a lot of similarity between the smart meters and the new digital meter and that a
13    huge portion of what I and others experience is due (at least in part, if not solely) to the
14    voltage transients generated by the switched-mode power supplies.

15    I also want to emphasize very strongly that I have been in a house with an *old* digital meter, a digital
16    meter that can't be converted to a smart meter. It was put on the house about 4 years ago.
17    Being in that house is no different than being in my own home. The old digital meter is
18    nothing like the new one. It is an entirely different experience!

19    Is there anything else you wish to say about how smart meters have affected your ability to perform
20    major or minor activities of daily living?

21    Nothing except to say that smart meters have basically ruined my life. I have to live like a hermit,
22    even though I am living in a city. I can't do any pleasurable thing anymore that involves
23    anything outside of my home other than walking through the woods.

24    Moreover, with the near completion of smart meter installation in Ann Arbor in the last month—
25    and therefore my inability to have a respite in any grocery store—I seem to have become
26    more sensitive to every sort of electrical field. I am very afraid that I am going to become
27    like that college student who came to see me—unable to use any sort of electrical product.
28    At least he was still able to socialize with friends at their homes, a restaurant, a bar, go to
29    church, spend time at the library. I can't even do that!

30    Q.    **What do you feel is a reasonable accommodation to allow you to perform major**
31          **activities of daily living?**

32    A.    Well, it's very obvious. Smart meters must be banned, as must the digital meters that create
33          these horrific voltage transients. It is amazing to me that all around the country,
34          municipalities have been spending millions of dollars making every sidewalk in their
35          jurisdiction conform to ADA requirements, *whether or not* any person with a mobility
36          disability lives in that neighborhood. I am all for making things accessible. But the
37          deployment of smart meters has made *every place—every building, every social setting, every*
38          *home, some streets, every educational facility, every religious institution*—inaccessible to me.

14

1      Every person in a wheelchair can go to city hall, can get a special cart at the grocery store,
2      can have a sign language interpreter present if need be, but I and others who are
3      immediately and deeply impacted by the electromagnetic fields created by the installation
4      of smart meters in every building in Michigan, are *barred* from every public space unless we
5      make the choice to risk, in a very deep and real way, our health.

6   If they could find a way to do what they believe they need to do without impacting my health and
7      that of millions of others, I would have no protest. I do not believe that smart meters are
8      going to reduce energy consumption. Enough studies have shown that they've had no
9      impact. But you know what, the government and private corporations misspend my money
10     in numerous ways. I don't go to court over it; I don't spend every waking moment of my life
11     fighting it. It's money. C'est la vie. But my health, my ability to sleep, to function, to earn a
12     living, let alone visit with friends—that I must fight for. Because if a smart meter or a
13     nontransmitting digital meter is installed on my home, I will—maybe quickly, maybe over
14     the course of a year or two—die because of lack of sleep and the depression that results
15     from such extreme fatigue.

16  The bare minimum that DTE and the MPSC must do is allow those of us who are so severely and
17     immediately affected by smart and digital meters is to keep our analog meters so that we
18     have at least some period of time in our lives where we are not surrounded by this
19     electromagnetic funnel that so damages us. We must at least have some sort of haven in our
20     homes.

21  The only way I am surviving right now is because my home does not have smart or nontransmitting
22     digital meter on it.

23  Q.    **Did you have health problems prior to the installation of smart meters? If so, what**
24        **were they and when did they begin?**

25  A.    Yes. Mitochondrial dysfunction (chronic fatigue), hyperthyroidism, and Ehlers-
26        Danlos Type III hypermobility disorder. EDS is genetic (affects the connective tissue),
27        hyperthyroidism was diagnosed around 2000 but was probably present years before, and
28        mitochondrial dysfunction was definitively diagnosed in 2009 but has certainly been
29        present since my later years in high school.

30  Q.    **If you had health problems prior to smart meter installation, have those conditions**
31        **worsened, lessened, or stayed the same since installation?**

32  A.    *If* I am not exposed to smart meters, then there is no change. If I am exposed to smart
33        meters, the fatigue is worse because I can't sleep. I do not know whether there has been a
34        change in thyroid function as I have not had a thyroid test since installation.

35        I do not have a smart meter, nor a digital meter of any kind, on my home. If I did, I would
36        likely be dead at this point, and I am not exaggerating when I say that. The sleeplessness
37        and fatigue I experience when around smart meters for long render me incapable of doing
38        anything. The depression that results from fatigue makes life seem meaningless—one has

15

1      no energy for life, no zest. The heart palpitations I experience would surely damage my
2      heart so badly I would slowly die. The fatigue and cognitive dysfunction would make me
3      incapable of earning any type of living, let alone taking care of myself and my home.

4    **Q.    Is there anything else you wish to say about how smart meters have affected your**
5            **health or your life?**

6    A.    Yes. My heart feels weird a lot of the time now. I do not have smart or digital meter on my
7          home, yet ever since that exposure in June at my doctor's, my heart has felt weird off and on.
8          No matter where I go now, I am in the RF field from smart meters. Short of hiring someone
9          or begging someone to do all my shopping, etc., I must be exposed to some extent to these
10         meters.

11   The installation of these meters has devastated my social life. It is unbelievable and unconscionable
12         that something that hurts so many people—I am not the only one—so tremendously has
13         been allowed to be deployed in our society.

14   And I want to say that the digital meters DTE proposes to replace the smart meters affect me and
15         others as badly in nearly every way as the smart meters. If that digital meter is put on my
16         home, I will be as dead as I will be if a smart meter is installed.

17   DTE has its own reasons for installing these meters. What I astounds me is that their ignorance,
18         myopia, greed, denial, or whatever it is, is apparently causing them to be *so* rigid, *so*
19         uncompassionate, *so* unbending, and *so* uncaring that they would force people to put on
20         their homes something that, quite literally, is going to kill some of us very quickly. Their grid
21         is going to work whether or not a meter is installed on my home. It's working now, and at
22         least 12 other people in my neighborhood have refused to let them install the smart meter.
23         They've already ruined my life in many ways. The State of Michigan needs to ensure that
24         even if I am forced to live like a hermit, I can still *live* in my own home rather than slowly die
25         from fatigue and heart problems.

26   You know, after all the work I have done so far on this case, I want to go out on Friday and unwind
27         with some friends. But I can't! Because there is a smart meter on every restaurant in the
28         area! Don't you people get it! You have forced me, and others, to live like hermits. None of us
29         wants to live this way! Until a couple months ago, I *didn't* live this way.

30   Lastly, I want to say that I know how to live with pain. I have to get injections in to my joints every
31         three weeks for my Ehlers-Danlos Syndrome.  I have done this with no anesthesia for years.
32         My doctor has never, ever seen anyone else do it without medication. I can take pain. I can
33         take hardship. I am not here because I am imagining something. I am not here because of
34         fear. I am here because my body will not survive a smart or digital meter on my home. I am
35         here because of the reality of what these meters do to my body.

36

37

16

## PRE-FILED DIRECT TESTIMONY
## OF ███████████████
### MPUC Docket No. 2011-00262

| | | |
|---|---|---|
| 1 | Q. | **Please state your name, address and occupation.** |
| 2 | A. | ████████████████████████████████████ |
| 3 | | |
| 4 | Q. | **Was a CMP smart meter installed at your residence?    If so, state** |
| 5 | | **approximately the date when it was installed.** |
| 6 | A. | Yes, February 18th, 2011 |
| 7 | Q. | **If a smart meter has not been installed, or if one was installed but removed** |
| 8 | | **and replaced by an analog meter at your request, please describe the** |
| 9 | | **circumstances of your request or complaint to CMP and their response.** |
| 10 | A. | I am currently in the process of requesting to opt out and have an older version |
| 11 | | analog meter installed.  I called CMP Smart Meter office to request removal, they |
| 12 | | very nicely indicated they would do so, but they told me I should consider the low |
| 13 | | RF transmission as short bursts for less than a total of 1 minute in a 24hr period. (I |
| 14 | | found this hard to believe given the immense amount of scientific data indicating |
| 15 | | otherwise due to the long term health risks). They referred me to their web site for |
| 16 | | more detailed information on smart meters. They also advised that if I opted out, a |
| 17 | | $40 fee plus $12.00 monthly fee would be added to the bill each month. |
| 18 | Q. | **Please describe why you do not want a smart meter at your residence.** |
| 19 | A. | My health concerns are based upon both physical and medical conditions that I |
| 20 | | have. Since the meter has been installed, I have experienced a significant decline |

1    in health.

2   Q.    **Do you experience electromagnetic sensitivity symptoms in proximity to radio**

3         **frequency devices, such as Wi-Fi, microwave ovens, cell phones, cordless**

4         **phones, smart meters or other devices?  Please describe the symptoms and**

5         **the circumstances when they occur.**

6   A.    Yes. I have headaches, fatigue and ringing in the ears if within a few feet of the

7         smart meter for a duration of time, i.e. sitting in living room where meter is

8         installed.  Sensitivity to all wi-fi devices has developed since the smart meter was

9         installed. At first in July in 2011, fibromyalgia, weakness and fatigue occurred,

10        then  in October and November 2011 face numbness, tingling occurred, followed

11        by more advanced to acute reactions of burning of the head and face in April and

12        May of 2012. The symptoms have continued to increase to headaches, anxiety,

13        dizziness, nausea, weakness, muscle pain (widespread), joint pain and acute and

14        sudden face, neck and chest burning along with the headaches when exposed to

15        EMF conditions. Ringing in ears and aching teeth are more recent symptoms.

16        I am now at a hypersensitive condition and unable to work and make an income.

17  Q.    **If you have physical or medical conditions, including sensitivity to**

18        **electromagnetic radiation, have these conditions been diagnosed? Identify the**

19        **diagnosis or description of the condition.**

20  A.    Yes. I have sought out and located a few doctors knowledgeable in this area. All

21        have  diagnosed  me  with  EMF  Hypersensitivity,  allergic  reactions  to

22        electromagnetic radiation. And have recommended omitting the smart meter and

1    avoidance of wireless devices and EMF sources in the home. I am currently

2    engaged in a medical treatment protocol for EMF patients.

3  Q.  **Has your physician or other medical care provider made any**

4      **recommendations about exposure to electromagnetic devices, including smart**

5      **meters?**

6  A.  Remove smart meter. Avoid and discontinue use of all wireless phones and

7      devices. Avoid EMF sources in the home as much as possible.

8  **12.  Has your experience with smart meters caused any disruptions in your daily**

9      **living? Please describe the circumstances?**

10 A.  My life has been profoundly impacted, I cannot work, need to avoid certain areas

11     of my home, including where the smart meter is installed and the kitchen making

12     meal preparation difficult. I cannot go to friends' homes with smart meters and

13     wireless devices. I have to avoid rooms and situations with crowds where many

14     cell phones may be present.

15         I cannot use a cell phone, be within a few feet of others using cell phones, a

16     computer, cordless phone etc. No wireless routers have been installed at home, nor

17     do I plan to install one. This has affected my income, my ability to pay for medical

18     expenses and has created an uncertain future as to if we can remain in our home.

19 Q.  **Please tell us anything else that you want us or the Public Utilities**

20     **Commission to know about your experiences and circumstances.**

21 A.  The use of smart meters and the harmful exposure to residents needs to be

22     seriously reconsidered. Peoples' lives are being altered, their health at significant

1    risk. There has been enough research here in the U.S. and the health risks are well

2    known and documented throughout Europe, to prove this is a problem.

Dated this _31_ day of January, 2013.

█████████████████████████

STATE OF MAINE
CUMBERLAND, ss:                                    January 31, 2013

    Personally appeared the above-named ██████████, and stated under oath that
the foregoing Affidavit made by her is true and based upon her own personal knowledge,
information or belief, and so far as upon information and belief, she believes the
information to be true.  Before me,

_____
Notary Public/Attorney-at-Law
Susan L Swanger
Name Typed or Printed
My Commission Expires: 10/07/2018

**PRE-FILED DIRECT TESTIMONY**
**OF** ████████████████
**MPUC Docket No. 2011-00262**

1  **Q.  Please state your name and address.**

2  A.  ████████████████████████████████ (I am a tenant at this

3  address;

4  ████████████████████████████ (I lived here for a year as owner

5  and now am the landlord)

6  **Q.  Was a CMP smart meter installed at your residence?   If so, state**

7  **approximately the date when it was installed.**

8  A.    I moved to this rental on September 1, 2012.   The smart meters were

9  already installed.   The meters are outside by living room, and are linked to my

10  house and my landlord's house.

11  **Q.  If a smart meter was removed and replaced by an analog meter at your**

12  **request, please describe the circumstances of your request or complaint to**

13  **CMP and their response.**

14  A.    When I lived in ███████, a smart meter was installed.   I did not

15  immediately notice an impact, but, slowly, over time.   I realized I was feeling

16  dizzy and more tired.   I asked that the smart meter be removed.   It wasn't clear to

17  me when the smart meter would be removed.   One day I walked into my home and

18  I knew that was the day that CMP removed the meter.   I could immediately feel

19  more clarity and less restriction.   I then went to look at the meter and confirmed

20  that I was given an analog meter.

1

2                                                                                                                      1

1  **Q.**  **If you do not currently have a smart meter, are you paying the opt-out fees?**

2    A.    I am paying the opt-out fees at my ▮▮▮▮ property, but I am strongly

3    opposed to these fees because I had a medical condition (head injury). Why

4    should I pay for an accommodation?

5  **Q.**  **Please describe why you do not want a smart meter at your residence.**

6    **Identify any health concerns you may have about smart meters and whether**

7    **these concerns are based upon any specific physical or medical conditions**

8    **that you or any of your family members may have.**

9    A.    I have a diagnosed brain injury and had to retire early because of this

10    injury. I am very sensitive to EMF's, chemicals and other environmental factors.

11    I cannot wear hats or sunglasses because they impact my cognitive focus and

12    endurance. EMF has the same impact. I minimize environmental and chemical

13    exposure because of my brain injury.

14  **Q.**  **Do you experience electromagnetic sensitivity symptoms in proximity to radio**

15    **frequency devices, such as Wi-Fi, microwave ovens, cell phones, cordless**

16    **phones, smart meters or other devices?**

17    A.    EMF creates cognitive fatigue, dizziness, physical fatigue, and inability to

18    focus. Smart meters seem to impact my sleep and level of exhaustion more than a

19    wireless device does. I can't explain why.

20  **Q.**  **If you have physical or medical conditions, including sensitivity to**

21    **electromagnetic radiation, have these conditions been diagnosed? Identify**

22    **the diagnosis or description of the condition.**

1
2

2

1  A.  Cognitive disorder NOS is official psych diagnosis.  Toxic encephalitis is

2  also a diagnosis.

3 **Q.  Has your physician or other medical care provider made any**

4  **recommendations about exposure to electromagnetic devices, including smart**

5  **meters?  Please attach any recommendations in writing from your health care**

6  **provider.**

7  A.  I have not sought medical support for this.  I know what makes me sick.  I

8  am sure my neuropsychologist will provide a letter if needed.

9 **Q.  Has your experience with smart meters caused any disruptions in your daily**

10  **living?  Please describe the circumstances?**

11  A.  CMP representatives have been rude, uncaring, and inflexible.  They have

12  been giving the company line and are blaming the PUC.

13 **Q.  Please tell us anything else that you want us or the Public Utilities**

14  **Commission to know about your experiences and circumstances.**

15  A.  The rental house I live in has two smart meters.  I want them removed, but I

16  would have to pay for both to be removed and then I have to pay the monthly opt-

17  out fee for both meters.  Given my medical condition, that I am on a fixed income,

18  that I have a disability, I find it shameful that CMP is requiring me to pay for all

19  these extra fees in order for them to make an accommodation.  I have gotten into

20  several discussions with CMP about this.  They say this is the PUC's decision.  I

21  argued, unsuccessfully, that CMP had their own authority to waive the opt-out fee.

22  They would not budge.  I argued that for me to pay the extra fees associated with

1
2

3

1    the analog meter is like charging a person in a wheelchair to access a ramp to all

2    public buildings.    Why is it that CMP does not provide accommodations for

3    people with medical conditions clearly impacted by the smart meters?    This is

4    about discrimination, arrogance and profit and not about what is doing right.    I am

5    living with a known impact, with two smart meters on my house, because I can't

6    afford to pay all the extra fees.    And how much profit is CMP making every year?

Dated this ___|\__ day of January, 2013.

STATE OF MAINE
CUMBERLAND, ss:                                            January |_|, 2013

    Personally appeared the above-named ████████ and stated under oath that the
foregoing Affidavit made by him is true and based upon his own personal knowledge,
information or belief, and so far as upon information and belief, he believes the
information to be true.  Before me,

_____
Notary Public/Attorney-at-Law
Michele Surry
Name Typed or Printed
My Commission Expires: 10-02-2018

1
2                                                                                    4

**PRE-FILED DIRECT TESTIMONY**
**OF** ██████████████
**MPUC Docket No. 2011-00262**

1  **Q.**  **Please state your name and address:**

2  **A.**  ████████████████████████████████
3

4  **Q.**  **Was a smart meter installed at your home?**

5  **A.**  Yes, four smart meters were supposedly installed in our 4-unit Victorian
6  building sometime in July while we were traveling. We returned home on
7  August 15, 2011, after two months of work and travel in Austria/Europe. We did
8  not become aware of them until September 1, 2011.

9  **Q.**  **What was the make and model of the meters?**

10  **A.**  Landis+Gyr PG&E Smart Meter, Type: Focus AXR-SD

11  **Q.**  **At what frequency did the meters transmit?**

12  **A.**  902-928 MHz ISM Band

13  **Q.**  **Did you experience any unusual symptoms after the meters were installed?**

14  **A.**  Immediately after our return on August 15, my wife and I started to
15  experience headaches, disturbed sleep, fatigue, and tinnitus - I had a difficult time
16  concentrating at work due to headaches and lack of sleep.

17  **Q.**  **Had you experienced these symptoms before the meter was installed?**

18  **A.**  I had never experienced these symptoms before in my life. Before
19  August 15, 2011, I was in perfect health with no awareness or knowledge of
20  electro-hypersensitivity (EHS) and/or radio-frequency sickness. We had no idea
21  that electro-magnetic radiation (EMR) was so harmful to health or that Europe and
22  Russia had much stricter regulations on EMR because of their past experience and
23  science based standards. We lived a normal life with use of technology that is
24  befitting of two accomplished professionals at 35 years of age (I have a master's
25  degree in Civil & Environmental Engineering and work as a manager at a large
26  Bay Area firm. My wife, ██████ is a medical doctor). After receiving a

1

27      mailing earlier in the year from PG&E, we had put our ███████ apartment
28      on the smart meter delay list because we had heard negative reports (billing
29      errors/privacy issues) from relatives, media and other California citizens with
30      regard to this program, but we were not aware of the health issues.

31  **Q.    Do you believe your symptoms are caused by exposure to the smart meter?**

32      A.    Yes, there is no other explanation.  Many physicians, scientists and
33      biologists are increasingly stating that smart meters, the smart grid and wireless
34      communications technology are a serious health concern (See Exhibits A and D).
35      Not only is a growing portion of the population experiencing acute electro-
36      hypersensitivity symptoms, there are hundreds of peer-reviewed studies showing
37      significant long-term effects including cell damage, DNA chain breaks, immune
38      and neurological system impairment, infertility and damage to the blood brain
39      barrier (See Exhibit A-2).

40  **Q.    When did you first associate your symptoms to the meters and why do you**
41      **believe they are caused by the meter?**

42      A.    I will answer these questions by summarizing the timeline of events as they
43      occurred.

44      **September 1, 2011**:  This was when we realized that smart meters had been
45      installed in our building - a co-located bank of 4 smart meters were installed 10
46      feet directly below our bedroom.  This was the only change to our living
47      environment and our home that we had lived in for five years.

48      **September 10, 2011**:  I spent 1-2 hours painting around the downstairs area in
49      close proximity to where the smart meters were located.  We did not realize that
50      the pulsed electro-magnetic radiation emissions from the meters were so high (as
51      we later learned from having them measured and filmed by a professional).  There
52      were no warning signs on any of the wireless smart meters.  PG&E had stated that
53      the meters only communicate wirelessly for 45 seconds each day.  They did not
54      say it was through high-intensity millisecond pulses that the smart meter bank
55      produced every 2 - 8 seconds (essentially pulsing continuously).  PG&E later
56      admitted that their wireless smart meters transmit between 10,000 and 190,000
57      times per day (See Exhibit A-4).

58      **September 10 - 30, 2011**:  The symptoms got considerably worse for both of us.
59      The headaches, heart palpitations/arrhythmia, insomnia, fatigue and extreme
60      tinnitus all increased in intensity.  During this time we began to research smart

2

61    meters and realized that thousands of people across California were having the
62    exact same symptoms. I also checked with our neighbors and some of them were
63    having similar symptoms. We had nearly one dozen close friends in the San
64    Francisco Bay Area who were experiencing the exact same health impacts - all
65    since smart meters were installed at their homes.

66    Once we realized how dangerous these devices were, we immediately and
67    repeatedly contacted PG&E to have them removed. They would not listen to us.
68    They treated us very poorly. They even sent out people to test carbon-monoxide
69    levels to see if that was the problem and a PG&E representative told one of our
70    neighbors that pulsed electro-magnetic radiation is actually good for her brain (she
71    slept 5 feet from the bank of smart meters, was pregnant at the time and quickly
72    moved back to Sydney, Australia). After over one dozen calls from us, our
73    neighbors and our landlord, PG&E essentially told us to go away and stopped
74    returning our calls.


75  Q.    **Has your experience with smart meters caused disruptions in your daily**
76          **living?**

77    A.    Yes. Work became difficult to do. Sleep was brought down from eight
78    hours to three intermittent hours per night. Our marriage became strained because
79    of the tension we were feeling in our own home. We started to feel hopeless and
80    depressed - after having an incredibly positive and creative time in Austria and
81    normally being very positive and productive people. We even put aside two
82    businesses that we had started over the summer because of our health condition. It
83    was as though a switch had been flipped. (A recent study explains the mechanism
84    for this - see Exhibit E).

85    The symptoms got progressively worse. We gave notice on our apartment where
86    we had lived for 5 years and had rent control (a substantial benefit in a booming
87    ████████████rental market where a comparable flat had almost doubled in price).
88    We simply could not live in our home without experiencing debilitating health
89    effects. Our safety was at stake both in our home and while driving – ████████
90    noted that her memory and concentration while driving was not nearly what it had
91    been two months prior and had deteriorated to the point where she did not feel
92    safe. The effects of the smart meters were getting worse, so we started to look for
93    a place outside of San Francisco. We looked in Mill Valley, CA and found a
94    home near downtown. However, they had a smart meter and I realized for the first
95    time that I got headaches when near a cell phone tower (there is one in downtown
96    Mill Valley – just one block from the home). I had now become electro-
97    hypersensitive and could not be near wireless communication equipment (Cell
98    towers, smart phones, Wi-Fi and SmartMeters$^{TM}$). We realized that we had to

3

99    move to Fairfax, CA because it was one of the only communities without smart
100   meters in our area.  This was a burden, however, because it is over 2 hours by car
101   from my place of employment in Silicon Valley.  We had no choice as we had to
102   give our bodies a chance to recover.  Again, we were completely healthy just 2
103   months prior and the only new thing in our lives was the co-located bank of smart
104   meters 10 feet from our bed.

105   From October 15 until November 22, 2011, we sublet a home in Fairfax.  We had
106   to keep our ███████████ apartment because we realized that finding a new rental
107   in this market would take a long time (typically 3-4 months).  We paid for two
108   places at one time.  While living in Fairfax our symptoms eased.  We could sleep
109   again.  The heart palpitations decreased and the tension/anxiety/fatigue went away.
110   However, the headaches continued.  Any time I went downtown to Fairfax, the
111   cell tower and wi-fi exacerbated the headaches.  Every time I went into San
112   Francisco or drove near a cell phone tower, the headaches would worsen.  Using a
113   cell phone became nearly impossible.  I could only text, and sparingly at that.  I
114   would later meet other people experiencing the exact same phenomenon.

115   We experienced considerable stress while in Fairfax as well.  We had essentially
116   been uprooted by PG&E's smart meter program and were forced to seek refuge in
117   a town that was not our home.  In addition, it was very hard to find housing.
118   Because of the housing/financial crisis, there are many more renters than there are
119   places available.  We did not know where we would live next. We were smart
120   meter refugees.  We met others who were also moving to Fairfax because they too
121   were having health effects that they had attributed to smart meter installations.

122   Without a new place to live in Fairfax and our sublet ending, we were again under
123   considerable stress.  We tried to go back to our ████████ home, but after only
124   15 minutes there our symptoms would reoccur.  ██████ would sit in the kitchen
125   and watch her pulse go from 60 to 120 beats per minute spontaneously, which is a
126   common symptom of electro-hypersensitivity (See Exhibit C-3).  We could not
127   even consider spending one night in our home.  We had no idea where we would
128   go next. Luckily, the day we had to leave Fairfax, a friend from San Francisco
129   offered to sublet his home for a month while he traveled.  He had a smart meter,
130   but it was on the other side of the home.  We could sleep at this home, but being
131   back in San Francisco was not easy. Our electro-hypersensitivity (EHS) symptoms
132   were worse in San Francisco.  We learned that we had to unplug all Wi-Fi and
133   cordless phones and we had to keep any cell phones around us on "airplane" mode
134   or off.  We felt like refugees and did not know where we would live next.  We
135   really felt hopeless as PG&E was not admitting that there was a problem.  We also
136   realized through research that thousands (possibly tens of thousands) of people
137   throughout California were experiencing the exact same thing.  Some were living
138   in their cars in nature to seek relief.  Many had abandoned their homes and careers

4

139     and now live off-the-grid in places like Big Sur or other states.  Others had left the
140     country.  Lives were being destroyed and no help was on the way.


141  Q.  **Have you sought medical attention for your symptoms?**

142  A.  Between October 15 and November 22, 2011, we began to seek considerable
143     health treatments.  ███████ is already a medical doctor and holistic physician.
144     However, we needed the help of others and sought various therapies to help reduce
145     our electro-hypersensitivity.  We spent thousands of dollars during this month on
146     alternative therapies because allopathic medicine does not know how to treat this
147     condition, other than medicating the symptoms away, which actually makes things
148     worse over time.  These therapies provided some relief, but it was never long-
149     lasting.  We did feel like we were getting stronger while living in Fairfax.  It
150     seems the only known way to reduce electro-hypersensitivity once it occurs is
151     avoidance of all wireless technology and high electrical fields.  This is
152     increasingly difficult in our world – especially now that utility companies want to
153     put smart meters in every community in the state.

154     We contacted our Kaiser Permanente physician about our condition.  He had heard
155     from other Kaiser doctors that other patients were experiencing the same thing
156     since smart meters were installed.  He provided a letter for each of us to give to
157     PG&E and the CPUC to have the smart meter bank removed from our building
158     (Exhibit B).

159  Q.  **Did PG&E eventually remove the smart meter?**

160     A.     When we ran out of safe places to stay, we sent a package to the top
161     executives at PG&E and each of the CPUC Commissioners demanding that they
162     take the bank of smart meters out of our building within five days or we would
163     hire a certified electrician to do this for us.  Within 48 hours of the executives
164     receiving this package, the smart meters were out of our building and safe analog
165     meters were installed.  The PG&E customer relations manager that called, Mark
166     Torez, was very cordial and helpful.  He called six or seven times within 24 hours
167     of our initial conversation.  I wondered why someone had not contacted us months
168     prior when we contacted PG&E so many times about our issues with the smart
169     meters.  Mark and his superiors authorized the installation of the safe analog
170     meters at our building, but would not admit that people were getting sick because
171     of the smart meters (for obvious liability reasons).  He stated that people go
172     through phases in life and that apparently my wife and I were going through our
173     "electro-sensitivity phase".  The next day the smart meters came out.

5

174    **Q.    Did your symptoms subside after the meter was removed?**

175         A.    The effect of having the smart meters taken out was noticeable almost
176    immediately.  The home felt completely different.  For the first time in 3 months,
177    we were able to live and sleep in our own home.  With the bank of four smart
178    meters directly below our bedroom, this was not possible.  Our tinnitus decreased
179    somewhat and the heart palpitations/arrhythmia were not as frequent.  The nervous
180    system overload that we had been experiencing slowly started to diminish.

181    The damage had been done however.  I am now electro-hypersensitive; a
182    condition that I did not even know existed a few months prior (See Exhibits C and
183    D-4).

184    **Q.    What are your current circumstances?**

185         A.    The electro-hypersensitivity issues persist.  Being around wireless
186    communications technology brings about headaches, fatigue and a lack of
187    concentration and memory.  I experience a tremendous pressure in my head that is
188    very painful.  It takes hours, sometimes days, for this head tension to decrease
189    after I am exposed to wireless communication technology, strong electro-magnetic
190    fields or a home or neighborhood with dirty electricity.  Being sensitive to dirty
191    electricity is a huge problem, as experts have shown it has increased on the power
192    grid and on the wiring of homes with the deployment of smart meter/smart grid
193    technology.  We now use electricity sparingly in our apartment because it causes
194    headaches.  We only run our refrigerator when we are not at home and have to
195    turn off the circuit breakers to our home at night.

196    My wife has moved back to Europe for now as she just did not feel well here.  Her
197    symptoms have reduced since leaving California, but moving has forced her to
198    give up her practice in the Bay Area.  My own condition has worsened.  It is
199    difficult for me to be in urban environments, in a normal office environment or
200    even on certain computers because of the electro-hypersensitivity (wireless
201    devices and computers are now very difficult to be around, which was not the case
202    just one year ago).  I have persistent headaches that only diminish when I am away
203    from wireless technology and other electro-magnetic fields.  This will likely affect
204    my ability to earn income, the places that I can live and may completely change
205    my life, as it has for many other affected people.  I question whether these costs
206    are factored into any smart meter program.

207    When I spend time in nature, away from all wireless communications equipment
208    and electro-magnetic fields, my EHS symptoms, including headaches, completely
209    disappear within 24-48 hours.  However, they reappear almost immediately once I
210    return to a populated area.  I have also inadvertently done dozens of experiments

6

211 of my own where I would feel a microwave radiation source before seeing it. My
212 personal experience, along with similar testimonials of many other affected people
213 and a growing body of scientific evidence of biological harm from non-thermal
214 microwave radiation is how I know that we are harming people with smart meter/
215 smart grid technology. The past 12 months have been extremely difficult for my
216 wife and I. We have spent periods of time at approximately 15 different locations
217 the past year, mostly searching for safe places to live. This has been very
218 disruptive to our lives. We are currently living on separate continents, but are
219 searching for a safe place to be together where we can both live and work.

220 I will add that it has been a considerable stress to us the past few months with
221 regard to the opt-out process and fees. We have been in contact with our
222 neighbors and the owner of our building. None of the residents are able to afford
223 the opt-out fees ($75 plus $10/month), even though they are all supportive of not
224 having smart meters in our building.

Dated this _3rd_ day of November, 2012

STATE OF CALIFORNIA
SAN FRANCISCO, ss:                                        November _3_, 2012

Personally appeared the above-named ▮▮▮▮▮, and stated under oath that
the foregoing Affidavit made by him is true and based upon his own personal knowledge,
information or belief, and so far as upon information and belief, he believes the
information to be true. Before me,

ED ALLENDORF
Commission # 1944569
Notary Public - California
San Francisco County
My Comm. Expires Jul 17, 2015

Ed Allendorf
Notary Public/Attorney-at-Law
Ed Allendorf
Name Typed or Printed
My Commission Expires: _July 17, 2015_

7

EXHIBIT A

STATEMENT FROM 52 PHYSICIANS AND SCIENTISTS
CORRECTING MISINFORMATION RELATED TO
SMARTMETER™ PROGRAM

# Smart Meters: Correcting the Gross Misinformation

| 11 juin 2012 |

http://maisonsaine.ca/smart-meters-correcting-the-gross-misinformation/

*Quebec-based magazine La Maison du 21e siecle asked physician David O. Carpenter, former founding dean of the University at Albany (NY)'s School of Public Health, to comment an open letter published in the Montreal daily Le Devoir last May 24. This letter claimed wireless smart meters pose no risk to public health. More than fifty international experts contributed to the following rebuttal.*

We, the undersigned are a group of scientists and health professionals who together have coauthored hundreds of peer-reviewed studies on the health effects of electromagnetic fields (EMFs). We wish to correct some of the gross misinformation found in the letter regarding wireless "smart" meters that was published in the Montreal daily *Le Devoir* on May 24. Submitted by a group Quebec engineers, physicists and chemists, the letter in question reflects an obvious lack of understanding of the science behind the health impacts of the radiofrequency (RF)/microwave EMFs emitted by these meters.

The statement that « Thousands of studies, both epidemiological and experimental in humans, show no increase in cancer cases as a result of exposure to radio waves of low intensity... » is false (1). In fact, only a few such studies — two dozen case-control studies of mobile phone use, certainly not thousands, have reported no elevations of cancer, and most were funded by the wireless industry. In addition, these reassuring studies contained significant experimental design flaws, mainly the fact that the populations followed were too small and were followed for a too short period of time.

Non industry-funded studies have clearly demonstrated a significant increase in cancer cases among individuals who have suffered from prolonged exposure to low-level microwaves, transmitted notably by radio antennas. The effects were best documented in meta-analyses that have been published and that include grouped results from several different studies: these analyses consistently showed an increased risk of brain cancer among regular users of a cell phone who have been exposed to microwaves for at least ten years.

## Brain Cancer Rates

Furthermore, the argument that brain cancer rates do not indicate an overall increase in incidence is not evidence that cell phones are safe: the latency for brain cancer in adults after environmental exposure can be long, up to 20-30 years. Most North Americans haven't used cell phones extensively for that long. The evidence of the link between long-term cell phone use and brain cancer comes primarily from Northern Europe, where cell phones have been commonly used since the 1990s. Nevertheless, the most recent collection of primary brain tumors mined from pathology units in Australia showed brain cancer incidence rose by about 35% between 2000 and 2008 in the Australian Capital Territory and New South Wales (total population : more than 7 million).

Children are especially at risk. In May 2012, the U.K.'s Office of National Statistics reported a 50 percent increase in incidence of frontal and temporal lobe tumors in children between 1999 and 2009. This statistic is especially disturbing since in May 2011, after reviewing the published scientific literature regarding cancers affecting cell phone users, the International Agency for

**A-1**

Research on Cancer (IARC) classified radiofrequency radiation as a 2B, possible human carcinogen. Despite the absence of scientific consensus, the evidence is sufficiently compelling for any cautious parent to want to reduce their loved one's exposure to RF/microwave emissions as much as possible, as recommended by various countries such as Austria, Belgium, Germany,Russia and the United Kingdom.

## Electrosensitivity
Public fears about wireless smart meters are well-founded. They are backed by various medical authorities such as those of the Santa Cruz County(California) Public Health Department. These authorities are worried about the growing number of citizens who say they have developed electrohypersensitivity (EHS), especially since for many of them, the symptoms developed after the installation of such meters (it takes some time for most people to link the two events).

Since the turn of the millennium, people are increasingly affected by ambient microwaves due to the growing popularity of wireless devices such as cell phones and Wi-Fi Internet. Therefore, the mass deployment of smart grids could expose large chunks of the general population to alarming risk scenarios without their consent. According to seven surveys done in six European countries between 2002 and 2004, about 10% of Europeans have become electrosensitive. The most famous person to publicly reveal her electrosensitivity is Gro Harlem Brundtland, formerly Prime Minister of Norway and retired Director of the World Health Organization (WHO).

While there is no consensus on the origins and mechanisms of EHS, many physicians and other specialists around the world have become aware that EHS symptoms (neurological dermatological, acoustical, etc.) seem to be triggered by exposure to EMF levels well below current international exposure limits, which are established solely on short-term thermal effects (2). Organizations such as the Austrian Medical Associationand the American Academy of Environmental Medicine have recognized that the ideal way to treat of EHS is to reduce EMF exposure.

Therefore, caution is warranted because the growing variety of RF/microwave emissions produced by many wireless devices such as smart meters have never been tested for their potential biological effects.

## Well-known bioeffects
While the specific pathways to cancer are not fully understood, it is scientifically unacceptable to deny the weight of the evidence regarding the increase in cancer cases in humans that are exposed to high levels of RF/microwave radiation.

The statement that « there is no established mechanism by which a radio wave could induce an adverse effect on human tissue other than by heating » is incorrect, and reflects a lack of awareness and understanding of the scientific literature on the subject. In fact, more than a thousand studies done on low intensity, high frequency, non-ionizing radiation, going back at least fifty years, show that some biological mechanisms of effect do not involve heat. This radiation sends signals to living tissue that stimulate biochemical changes, which can generate various symptoms and may lead to diseases such as cancer.

Even though RF/microwaves don't have the energy to directly break chemical bonds, unlike ionizing radiation such as X-rays, there is scientific evidence that this energy can cause DNA damage indirectly leading to cancer by a combination of biological effects. Recent publications have documented the generation of free radicals, increased permeability of the blood brain barrier allowing potentially toxic chemicals to enter the brain, induction of genes, as well as altered electrical and metabolic activity in human brains upon application of cell phone RF/microwaves similar to those produced by smart meters.

A-2

These effects are cumulative and depend on many factors including RF/microwave levels, frequency, waveform, exposure time, biovariability between individuals and combination with other toxic agents. Clear evidence that these microwaves are indeed bioactive has been shown by the fact that low-intensity EMFs have proven clinically useful in some circumstances. Pulsed EMFs have long been used to successfully treat bone fractures that are resistant to other forms of therapy. More recently, frequency-specific, amplitude-modulated EMFs have been found useful to treat advanced carcinoma and chronic pain.

High frequency EMFs such as the microwaves used in cell phones, smart meters, Wi-Fi and cordless "DECT" phones, appear to be the most damaging when used commonly. Most of their biological effects, including symptoms of electrohypersensitivity, can be seen in the damage done to cellular membranes by theloss of structurally-important calcium ions. Prolonged exposure to these high frequencies may eventually lead to cellular malfunction and death.

Furthermore, malfunction of the parathyroid gland, located in the neck just inches from where one holds a cell phone, may actually cause electrohypersensitivity in some people by reducing the background level of calcium ions in the blood. RF/microwave radiation is also known to decrease the production of melatonin, which protects against cancer, and to promote the growth of existing cancer cells.

### Early warning scientists attacked
In recommending that the Precautionary Principle be applied in EMF matters, the European Environment Agency's Director Jacqueline McGlade wrote in 2009: "We have noted from previous health hazard histories such as that of lead in petrol, and methyl mercury, that 'early warning' scientists frequently suffer from discrimination, from loss of research funds, and from unduly personal attacks on their scientific integrity. It would be surprising if this is not already a feature of the present EMF controversy… » Such unfortunate consequences have indeed occurred.

The statement in the *Le Devoir* letter that « if we consider that a debate should take place, it should focus exclusively on the effects of cell phones on health » is basically an acknowledgement that there is at least some reason to be concerned about cell phones. However, while the immediate exposure from a cell phone is of much greater intensity than the exposure from smart meters, cell phone use is temporary.

### Smart meters
As Australian Associate Professor of neurosurgery Vini G. Khurana reports, adverse neurological effects have been reported in people who sustain close proximity to wireless meters, especially under 10 feet (3 metres).

A wireless smart meter produces radiofrequency microwave radiation with two antennas in approximately the same frequency range (900 MHz to 2.4 GHz) as a typical cell tower. But, depending on how close it is to occupied space within a home, a smart meter can cause much higher RF exposures than cell towers commonly do. If a smart meter is located on a common wall with a bedroom or kitchen rather than a garage wall, for example, the RF exposure can be the same as being within 200 to 600 feet distance of a cell tower with multiple carriers. With both cell towers and smart meters, the entire body is immersed by microwaves that go out in all directions, which increases the risk of overexposure to many sensitive organs such as the eyes and testicles. With a cell phone, people are exposed to microwaves primarily in the head and neck (unless using speaker mode), and only when they use their device.

Wireless smart meters typically produce atypical, relatively potent and very short pulsed RF/microwaves whose biological effects have never been fully tested. They emit these

A-3

millisecond-long RF bursts on average 9,600 times a day with a maximum of 190,000 daily transmissions and a peak level emission two and a half times higher than the stated safety signal, as the California utility Pacific Gas & Electric recognized before that State's Public Utilities Commission. Thus people in proximity to a smart meter are at risk of significantly greater aggregate of RF/microwave exposure than with a cell phone, not to mention the cumulative exposure received by people living near multiple meters mounted together, pole-mounted routers or utility collector meters using a third antenna to relay RF signals from 500 to 5,000 homes.

A technical study performed by Sage Associates in California indicates that RF levels from various scenarios depicting normal smart meter installation and operation may violate even the out-of-date US public safety standards which only consider acute thermal effects. This can happen when a person stands close to the meter to read the power consumption, or touches it, or shades the meter face with a hand to better read it. Emissions are also increased by reflective materials, such as stainless steel, other metals and mirrors, which can re-radiate stronger that the otherwise unaltered background. Microwaves are absorbed and dissipated by partially conductive materials, such as cement and special RF shielding paints and fabrics.

In addition to the erratic bursts of modulated microwaves emitted by wireless smart meters transferring usage data to electric, gas and water utilities, wireless as well as wired smart (powerline communication) meters are also a major source of "dirty electricity" (electrical interference of high frequency voltage transients typically of kilohertz frequencies). Some scientists, such as American epidemiologist Sam Milham, believe that many of the health complaints about smart meters may also be caused by dirty electricity generated by the « switching » power supply activating all smart meters. Since the installation of filters to reduce dirty electricity circulating on house wiring has been found to relieve symptoms of EHS in some people, this method should be considered among the priorities aimed at reducing potential adverse impacts. Indeed, the Salzburg State (Austria) Public Health Department confirms its concern about the potential public health risk when in coming years almost every electric wire and device will emit such transient electric fields in the kilohertz-range due to wired smart meters.

**Rather be safe than sorry**
The apparent adverse health effects noted with smart meter exposure are likely to be further exacerbated if smart appliances that use wireless communications become the norm and further increase unwarranted exposure.

To date, there have been few independent studies of the health effects of such sources of more continuous but lower intensity microwaves. However, we know after decades of studies of hazardous chemical substances, that chronic exposure to low concentrations of microwaves can cause equal or even greater harm than an acute exposure to high concentrations of the same microwaves.

This is why so many scientists and medical experts urgently recommend that measures following the Precautionary Principle be applied immediately — such as using wired meters — to reduce biologically inappropriate microwave exposure. We are not advocating the abolishment of RF technologies, only the use of common sense and the development and implementation of best practices in using these technologies in order to reduce exposure and risk of health hazards.

A-4

• David O. Carpenter, MD, Director, Institute for Health & the Environment, University at Albany, USA
• Franz Adlkofer, M.D., Chairman of the Pandora Foundation. Coordinator of the European Reflex Report onDNA-damage by cellphone radiation, Nauendorf, Germany
• M. S. H. Al Salameh, PhD, Professor of Electrical Engineering, University of Science & Technology, Irbid, Jordan
• Jennifer Armstrong, MD, Past President, American Society for Environmental Medicine, Founder, Ottawa Environmental Health Clinic, Ontario, Canada
• Pierre L. Auger, MD, Occupational medicine. Multiclinique des accidentés 1464, Montreal, Quebec, Canada
• Igor Belaev, PhD, Head research scientist, Cancer Research Institute, Slovak Academy of Sciences, Bratislava, Slovak republic
• Fiorella Belpoggi, PhD, Director Cesare Maltoni Cancer Research Center, Ramazzini Institute, Bologna, Italy
• Dominique Belpomme, MD, Director of the European Cancer and Environment Research Institute, Brussels, Belgium
• Martin Blank, PhD, former President, Bioelectromagnetics Society, Special Lecturer Department of Physiology and Cellular Biophysics, Columbia University Medical Center, New York, USA
• Barry Breger, MD, Centre d'intégration somatosophique (orthomolecular medicine), Montreal, Quebec
• Simona Carrubba, PhD, Prof. Biophysics, Daemen College, Amherst, NY, Associate Researcher, Neurology, Buffalo General Hospital , Buffalo, NY
• John Cline, MD, Professor, Institute for Functional Medicine. Federal Way, WA, USA, Medical Director. Cline Medical Centre, Nanaimo, BC, Canada
• Alvaro Augusto de Salles, PhD, Professor of Electrical Engineering, Federal University of Rio Grande do Sul, Porto Alegre, Brazil
• Christos Georgiou, Prof. Biochemistry, Biology Department, University of Patras, Greece
• Andrew Goldsworthy, PhD, Honorary lecturer in Biology. Imperial College, London, UK
• Claudio Gómez-Perretta, MD, Director, Centro de Investigación, Hospital Universitario LA Fe, Valencia, Spain
• Livio Giuliani, PhD, Senior Researcher, National Insurance Institute (INAIL), Chief of Radiation and Ultrasounds Research Unit, Rome, Italy
• Yury Grigoriev, PhD, Chair Russian National Committee on Non-Ionizing Radiation Protection. Moscow, Russia
• Settimio Grimaldi, PhD, Director, Institute of Translational Pharmacology (Neurobiology and molecular medicine), National Research Council. Rome, Italy
• Magda Havas, PhD, Centre for Health Studies, Trent University, Canada
• Lennart Hardell, MD, Professor of Oncology, University Hospital, Örebro, Sweden
• Denis L. Henshaw, PhD, Professor of Physics, Head of The Human Radiation Effects Group, University of Bristol, UK
• Ronald B. Herberman, MD, Chairman of Board, Environmental Health Trust, and Founding Director emeritus, University of Pittsburgh Cancer Institute, USA
• Donald Hillman, PhD, Dairy Science, Professor Emeritus, Department of Animal Science, Michigan State University, USA
• Isaac Jamieson, PhD, Environmental Science (electromagnetic phenomena in the built environment), independent architect, scientist and environmental consultant, Hertfordshire, UK
• Olle Johansson, PhD, Professor of Neuroscience (Experimental Dermatology Unit), Karolinska Institute, Stockholm, Sweden
• Yury Kronn, PhD, Soviet authority on physics of nonlinear vibrations and high frequency electromagnetic vibrations, founder of Energy Tools International, Oregon, USA

**A-5**

• Vini G. Khurana, MBBS, Associate of Professor of Neurosurgery, Australian National University, Australia
• Henry Lai, PhD, Professor of Bioengineering, University of Washington School of Medicine, Seattle, WA, USA
• Abraham R. Liboff, PhD, Professor Emeritus, Department of Physics, Oakland University, Rochester, Michigan, USA
• Don Maisch, PhD, Researcher on radiation exposure standards for telecommunications frequency, EMFacts Consultancy, Tasmania, Australia
• Erica Mallery-Blythe, MD, Emergency Medicine Physician, England
• Andrew A. Marino, MD, Professor of Neurology, LSU Health Sciences Center, Shreveport, LA, USA
• Karl Maret, MD, President, Dove Health Alliance, Aptos, CA, USA
• Fiorenzo Marinelli, PhD, Researcher on biological effects of EMFs, Institute of Molecular Genetics, National Research Council, Bologna, Italy
• Andrew Michrowski, PhD, Director, Planetary Association for Clean Energy, Ottawa, Canada
• Sam Milham, MD, former chief epidemiologist, Washington State Department of Health, USA
• Joel M. Moskowitz, PhD, Director, Center for Family and Community Health, School of Public Health, University of California, Berkeley
• Gerd Oberfeld, MD, Public Health Department, Salzburg State Government, Austria
• Mike O'Carroll, PhD, Professor Emeritus (Applied Mathematics), University of Sunderland, UK
• Jerry L. Phillips, PhD, Director, Center for Excellence in Science, Department of Chemistry and Biochemistry, University of Colorado, USA
• John Podd, PhD, Professor of Psychology (experimental neuropsychology), Massey University, New-Zeland
• William J. Rea, MD, thoracic and cardiovascular surgeon, founder of the Environmental Health Center, Dallas, Tx, USA
• Elihu D. Richter, MD, Professor, Hebrew University-Hadassah School of Public Health and Community Medicine, Jerusalem, Israel
• Leif G. Salford, MD, Senior Professor of Neurosurgery, Lund University, Sweden
• Nesrin Seyhan, MD, Founder and Chair of Biophysics, Medical Faculty of Gazi University, Turkey
• Cyril W. Smith, PhD, lead author of "Electromagnetic Man", retired from Electronic and Electrical Engineering, University of Salford, UK
• Morando Soffritti, MD, Scientific Director of the European Foundation for Oncology and Environmental Sciences "B. Ramazzini" in Bologna, Italy
• Carlos Sosa, MD, surgeon affected by the Microwave syndrome, Medellin, Columbia
• Antoinette "Toni" Stein, PhD, Collaborative on Health and the Environment (CHE-EMF Working Group), Co-Coordinator, Berkeley, CA, USA
• Stanislaw Szmigielski, MD, PhD Professor of Pathophysiology, Consulting Expert, former director of Microwave Safety, Military Institute of Hygiene and Epidemiology, Warsaw, Poland
• Lauraine Vivian, PhD, Senior Lecturer, Primary Health Care Directorate, Faculty of Health Sciences, University of Cape Town, South Africa.
• Bradford S. Weeks, MD, Director, The Weeks Clinic, Clinton, WA, USA
• Stelios A. Zinelis, MD, Vice-President, Hellenic Cancer Society, Cefallonia, Greece

A-6

EXHIBIT B


LETTERS FROM PHYSICIANS



November 27, 2011



Dear Pacific Gas & Electric Company and California Public Utilities Commission:

My patient, ▮▮▮▮▮▮, began suffering symptoms shortly after the installation of the wireless transmitting smart meters at his ▮▮▮▮▮ residence.

The symptoms include headaches, insomnia, heart palpitations, tinnitus and an inability to concentrate fully. Prior to the installation of the wireless smart meters, ▮▮▮▮ was a perfectly healthy 35-year-old individual. Over the past several months, his quality of life has deteriorated significantly and he reports that the only way to reduce his symptoms is to seek temporary residence in communities that have not implemented the smart meter technology. This has put considerable stress on ▮▮▮▮ and his wife as they may be forced from their home, community and places of employment.

As the symptoms occurred soon after ▮▮▮▮ was exposed to two banks of smart meters (approximately 10 devices) that are within 15 feet of his bedroom and the fact that many other California citizens are reporting similar conditions after the installation of their smart meters, I am of the opinion that smart meter technology cannot be ruled out as a potential cause for ▮▮▮▮'s health.

Because of this, if possible, I do not think it is unreasonable to honor this patient's request to remove the above mentioned smart meters and replace them with the non-transmitting analog meters to see if the patient symptomatically feels better.

Sincerely,



, MD

**B-1**



April 24, 2012



Dear Pacific Gas & Electric Company,

My patient, ████████, has been complaining of electro-hypersensitivity symptoms since last September. The symptoms include headaches, trouble sleeping, heart palpitations, tinnitus and an inability to focus. He reports that the symptoms occurred shortly after the bank of smart meters were installed 10 feet from his bedroom in his San Francisco apartment building.

It is my understanding the smart meters were taken out of the building in January. Shortly after the meters were taken out, ████ and his wife were able to move back into their home and his symptoms began to subside. There was a noticeable reduction in headaches and he was again able to sleep adequately.

During the past three months ████ has had to spend time in different South Bay homes for work reasons. Each of these homes had smart meters and in all of the cases where the meter was located in the vicinity of his sleeping room, the headaches, tinnitus and sleep disturbances reoccurred. ████ reports that he has now become sensitive to wireless communication technology and can no longer use a cell phone, be near cell towers or use computer equipment that operate using wi-fi without getting a headache. Prior to September, 2011 he was able to use all of these technologies with no symptoms.

As my patient appears to be part of the 3-5% of Californians who have become sensitive to wireless technologies and the dirty electricity they create, I recommend that no smart meters be installed at his home. The analog meters are the safest technology for my patient.

Sincerely,



MD

**B-2**



October 16th, 2012

To Whom It May Concern,

My patient ████████ D.O.B. ████ has Electromagnetic Hypersensitivity also known as EMF

sensitivity. This causes him to get a headache and/or difficulties concentrating and heart palpitations

when exposed to electromagnetic radiation. Approximately 3% of the population of California has this

illness now and the numbers are rising quickly. In Sweden this is now considered a disability.

I am writing to you today to request that you make some reasonable accommodations for ████ so

that he may continue to work in his office setting without discomfort. These accommodations are:

1. ████ should not sit under fluorescent lights.

2. His work cubicle should be located as far away from the wire-less router as possible.

3. Computers should be modified to limit radiation exposure to decrease the frequency and

   severity of his symptoms.

4. A wired phone rather than a cordless phone should be used.

5. Exposure to Smart Meters should be avoided.

For more information please see the website "Citizens for Safe Technology"

Sincerely,



**B-3**

EXHIBIT C

EVIDENCE FOR ELECTRO-HYPERSENSITIVITY

Int J Neurosci. 2011 Dec;121(12):670-6. Epub 2011 Sep 5.

# Electromagnetic hypersensitivity: evidence for a novel neurological syndrome.

McCarty DE, Carrubba S, Chesson AL, Frilot C, Gonzalez-Toledo E, Marino AA.

Department of Neurology, LSU Health Sciences Center, Shreveport, Louisiana 71130-3932, USA.

Abstract

OBJECTIVE: We sought direct evidence that acute exposure to environmental-strength electromagnetic fields (EMFs) could induce somatic reactions (EMF hypersensitivity).

METHODS: The subject, a female physician self-diagnosed with EMF hypersensitivity, was exposed to an average (over the head) 60-Hz electric field of 300 V/m (comparable with typical environmental-strength EMFs) during controlled provocation and behavioral studies.

RESULTS: In a double-blinded EMF provocation procedure specifically designed to minimize unintentional sensory cues, the subject developed temporal pain, headache, muscle twitching, and skipped heartbeats within 100 s after initiation of EMF exposure (p < .05). The symptoms were caused primarily by field transitions (off-on, on-off) rather than the presence of the field, as assessed by comparing the frequency and severity of the effects of pulsed and continuous fields in relation to sham exposure. The subject had no conscious perception of the field as judged by her inability to report its presence more often than in the sham control.

DISCUSSION: The subject demonstrated statistically reliable somatic reactions in response to exposure to subliminal EMFs under conditions that reasonably excluded a causative role for psychological processes.

CONCLUSION: EMF hypersensitivity can occur as a bona fide environmentally inducible neurological syndrome.

Friedman Lay Witness Testimony
Redacted 176 of 293
JA 09653

# Radiation from Cordless Phones Causes Heart Irregularities, According to New Research Published Today in the European Journal of Oncology

October 23, 2010. Boulder, CO. Cordless phones, which transmit a similar pulsed signal as Wi-Fi networks at 2.4 Gigahertz, have been shown to impact heart rate in new research published today in the *European Journal of Oncology*.

## READ ABSTRACT

The double-blind, peer reviewed study validates the condition complained of by increasing numbers of people across the globe today called 'electrosensitivity', demonstrating immediate effects on heart rate, almost doubling the heart rate in some cases. The study, **"Provocation Study using Heart Rate Variability Shows Radiation from 2.4 GHz Cordless Phone Affects Autonomic Nervous System"** (Eur. J. Oncol. Library, vol. 5) was led by Prof. Magda Havas, PhD of the Environmental & Resources Studies Department at Trent University, Canada. Co-investigators included Jeffrey Marrongelle, Bernard Pollner, Elizabeth Kelley, Camilla R.G. Rees and Lisa Tully.

Patients today experiencing electrohypersensitivity symptoms are commonly put on drugs for other conditions with similar symptoms, instead of being taught how to create an electromagnetically clean environment to eliminate symptoms.

Havas' new study adds to the growing interest in the health effects of cell phones, which also transmit microwave radiation, broadening the focus beyond cell phones' association with brain tumors to their potential effect on other systems, including the heart. It also raises serious concern about risks of exposing schoolchildren to Wi-Fi networks, providing a possible explanation for why some children in schools with Wi-Fi are being diagnosed with, and medicated for, heart irregularities that they believe may linked to Wi-Fi. (See **CBS News Coverage on Dangers of Wi-Fi in School** and **Canadian Global TV Coverage of Dangers of Wi-Fi in School**)

"What we found is what many people have said for a long time about devices that emit microwaves," stated Dr. Havas. "People don't just feel ill, their heart begins to race and this is measurable with medical heart monitoring devices."

## AUDIO INTERVIEW WITH DR. HAVAS

In the image below, from the study *"Provocation Study using Heart Rate Variability Shows Radiation from 2.4 GHz Cordless Phone Affects Autonomic Nervous System"* by Havas et al. Subject B experienced an increase in heart rate on exposure to a nearby portable phone. The heart rate immediately returned to the baseline after the cordless phone was unplugged.

Friedman Lay Witness Testimony
Redacted 177 of 293
JA 09654



Download Image Here

Havas' study in the *European Journal of Oncology* on heart rate variability was blinded, which means that the volunteers did not know when the phone was on or off. Forty percent (40%) of subjects had a moderate to severe reaction only when the phone's base station was on, and emitting microwaves. Those who responded experienced arrhythmia (irregular beats of the heart) and/or tachycardia (rapid heart rate). The symptoms were often accompanied by feelings of pain or pressure in the chest and anxiety that would appear and disappeared for no apparent reason.

**This is the first study documenting immediate and dramatic changes in heart rate associated with microwave radiation exposure at levels of exposure well below (0.5%) federal guidelines in Canada and the United States (1000 microW/cm2). It points to the extraordinary inadequacy of current exposure guidelines to protect the public's health.**

Havas states, "While not everyone who is electrically sensitive responds in this manner, those who do will have difficulty being in environments where microwave radiation is present, which is virtually everywhere in our modern, wireless culture." She adds, "Cordless phones and cell phones as well as wireless computers and wi-fi networks generate this form of microwave radiation."

Additional symptoms of EHS include headaches, fatigue, difficulty concentrating, poor short-term memory, difficulty sleeping, skin problems, tinnitus, nausea, and dizziness. Many of these symptoms are subjective and difficult to measure.

**Havas' study heralds the ability of health practitioners to determine if cardiac irregularities might be**

Friedman Lay Witness Testimony
Redacted 178 of 293
JA 09655

triggered by electromagnetic radiation, using readily available assessment technology, before resorting to invasive or chemical symptom-suppressing cardiac therapeutics.

READ STUDY PUBLISHED IN THE EUROPEAN JOURNAL OF ONCOLOGY October 23, 2010

Dr. Havas is a world-renowned expert in electromagnetic fields. Her teaching and research is concerned with the biological effects of electromagnetic pollution including radio frequency radiation, electric and magnetic fields, dirty electricity and ground current. She is author of the *BRAG Antenna Ranking of Schools Report*, which teaches schools how radiation exposure from neighborhood cell phone towers and antennas can be assessed and remediated, *Zory's Archives*, an ongoing review of thousands of recently released studies on the biological effects of electromagnetic fields, dating back over a half century, drawn from U.S. government and military, and Russian and Eastern European, sources, and co-author of *"Public Health SOS: The Shadow Side of the Wireless Revolution"*.

C-4

███████████

EXHIBIT D

STATEMENT FROM SANTA CRUZ COUNTY PUBLIC HEALTH
OFFICIAL CITING RISKS OF SMARTMETER ™ PROGRAM



# County of Santa Cruz

### HEALTH SERVICES AGENCY

POST OFFICE BOX 962, 1080 EMELINE AVE., SANTA CRUZ, CA 95061-0962
TELEPHONE: (831) 454-4114   FAX: (831) 454-5049   TDD: (831) 454-4123

**Poki Stewart Namkung, M.D., M.P.H.**
**Health Officer**
**Public Health Division**

### Memorandum

Date:       January 13, 2012

To:         Santa Cruz County Board of Supervisors

From:       Poki Stewart Namkung, M.D., M.P.H.
            Health Officer

Subject:    Health Risks Associated With SmartMeters

#### Overview

On December 13, 2011, Santa Cruz County Board of Supervisors directed the Public Health Officer to return on January 24, 2012, with an analysis of the research on the health effects of SmartMeters.

#### Background

In order to analyze the potential health risks associated with SmartMeters, the following questions should be asked:

    1)    What is the SmartMeter system and what is the potential
           radiation exposure from the system?
    2)    What scientific evidence exists about the potential health risks
           associated with SmartMeters?
    3)    Are there actions that the public might take to mitigate any potential harm
           from SmartMeters?

SmartMeters are a new type of electrical meter that will measure consumer energy usage and send the information back to the utility by a wireless signal in the form of pulsed frequencies within the 800 MHz to 2400MHz range, contained in the microwave portion of the electromagnetic spectrum. SmartMeters are considered part of 'smart grid' technology that includes: a) a mesh network or series of pole-mounted wireless antennas at the neighborhood level to collect and transmit wireless information from all SmartMeters in that area back to the utility; b) collector meters, which are a special type of SmartMeter that collects the radiofrequency or microwave radiation signals from many surrounding

**D-1**

Health Risks Associated With SmartMeters
Agenda: January 24, 2012
Page 2 of 8

buildings (500-5000 homes or buildings) and sends the information back to the utility; and c) proposed for the future, a power transmitter to measure the energy use of individual appliances (e.g. washing machines, clothes dryers, dishwasher, etc) and send information via wireless radio frequency signal back to the SmartMeter. The primary rationale for SmartMeters and grid networks is to more accurately monitor and direct energy usage.

The public health issue of concern in regard to SmartMeters is the involuntary exposure of individuals and households to electromagnetic field (EMF) radiation. EMFs are everywhere, coming from both natural and man-made sources. The three broad classes of EMF are:

- extremely low frequency, ELF (from the sun or powerlines)
- radio frequency, RF (from communication devices, wireless devices, and SmartMeters)
- extremely high frequency, known as ionizing radiation (x-rays and gamma rays)

Much of this exposure is beyond our control and is a matter of personal choice; however, public exposure to RF fields is growing exponentially due to the proliferation of cell phones, and wireless fidelity (Wi-Fi) technology. To understand the relationship between EMF from SmartMeters and other sources, it is helpful to view the electromagnetic spectrum:



Fig. 1:  The electromagnetic spectrum, showing the relations between ELF and RF fields, wavelength and frequency, and the ionizing and non-ionizing portions of the spectrum.

The Federal Communications Commission (FCC) has adopted limits for Maximum Permissable Exposure (MPE) that are based on exposure guidelines published by the National Council on Radiation Protection and Measurements (NCRP). The limits vary with

Friedman Lay Witness Testimony
Redacted 182 of 293
JA 09659

Health Risks Associated With SmartMeters
Agenda: January 24, 2012
Page 3 of 8

the frequency of the electromagnetic radiation and are expressed in units of microwatts per centimeter squared. A SmartMeter contains two antennas whose combined time-averaged public safety limit of exposure is 655µW/cm² (Sage, 2011). According to the California Council on Science and Technology (CCST) Report (2011), within distances of three to ten feet, SmartMeters would not exceed this limit. However, CCST did not account for the frequency of transmissions, reflection factors, banks of SmartMeters firing simultaneously, and distances closer than three feet. There are numerous situations in which the distance between the SmartMeters and humans is less than three feet on an ongoing basis, e.g. a SmartMeter mounted on the external wall to a bedroom with the bed placed adjacent to that mounting next to the internal wall. That distance is estimated to be one foot. The CCST Report also states that SmartMeters will generally transmit data once every four hours, and once the grid is fully functional, may transmit "more frequently." It has been aptly demonstrated by computer modeling and real measurement of existing meters that SmartMeters emit frequencies almost continuously, day and night, seven days a week. Furthermore, it is not possible to program them to not operate at 100% of a duty cycle (continuously) and therefore it should not be possible to state that SmartMeters do not exceed the time-averaged exposure limit. Additionally, exposure is additive and consumers may have already increased their exposures to radiofrequency radiation in the home through the voluntary use of wireless devices such as cell and cordless phones, personal digital assistants (PDAs), routers for internet access, home security systems, wireless baby surveillance (baby monitors) and other emerging devices. It would be impossible to know how close a consumer might be to their limit, making safety a uncertainty with the installation of a mandatory SmartMeter.

This report will focus on the documented health risks of EMF in general, the relevance of that data to SmartMeters exposure, the established guidelines for RF safety to the public at large, and then provide recommendations to ameliorate the risk to the public's health.

Evidence-based Health Risks of EMFs

There is no scientific literature on the health risks of SmartMeters in particular as they are a new technology. However, there is a large body of research on the health risks of EMFs. Much of the data is concentrated on cell phone usage and as SmartMeters occupy the same energy spectrum as cell phones and depending on conditions, can exceed the whole body radiation exposure of cell phones phones (see Attachment B1, Figure 4). In terms of health risks, the causal factor under study is RF radiation whether it be from cell phones, Wi-Fi routers, cordless phones, or SmartMeters. Therefore all available, peer-reviewed, scientific research data can be extrapolated to apply to SmartMeters, taking into consideration the magnitude and the intensity of the exposure.

Since the mid-1990's the use of cellular and wireless devices has increased exponentially exposing the public to massively increased levels of RF. There is however, debate regarding the health risks posed to the public given these increased levels of radiation. It must be noted that there is little basic science funding for this type of research and it is largely funded by industry. An intriguing divide, noted by Genuis, 2011 is that most

**D-3**

Health Risks Associated With SmartMeters
Agenda: January 24, 2012
Page 4 of 8

research carried out by independent non-government or non-industry affiliated researchers suggests potentially serious effects from many non-ionizing radiation exposures, most research carried out by independent non-government or non-industry affiliated researchers suggests potentially serious effects from many non-ionizing radiation exposures research funded by industry and some governments seems to cast doubt on the potential for harm. Elements of the controversy stem from inability to replicate findings consistently in laboratory animal studies. However, analysis of many of the conflicting studies is not valid as the methodology used is not comparable. Despite this controversy, evidence is accumulating on the results of exposure to RF at non-thermal levels including increased permeability of the blood-brain barrier in the head (Eberhardt, 2008), harmful effects on sperm, double strand breaks in DNA which could lead to cancer genesis (Phillips, 2011), stress gene activation indicating an exposure to a toxin (Blank, 2011), and alterations in brain glucose metabolism (Volkow, 2011).

In terms of meta-analyzed epidemiological studies, all case-control epidemiological studies covering >10 years of cell phone use have reported an increased risk of brain tumors from the use of mobile phones (Hallberg, 2011). Other studies have pointed to an increasing risk of acoustic neuroma, salivary gland tumors, and eye cancer after several years of cell phone use and the tumors occur predominantly on the same side of the head as the phone is used. The analysis of brain cancer statistics since the mid 20th century in several countries reveals that brain tumor formation has a long latency time, an average of over 30 years to develop from initial damage (Hallberg, 2011). Therefore using studies such as the Interphone Study which looked as shorter latency periods for the development of specific brain cancers will result in inconclusive data.

Another potential health risk related to EMF exposure, whose legitimacy as a phenomen remains contentious, is electromagnetic hypersensitivity (EHS). In the 1950's, various centers in Eastern Europe began to describe and treat thousands of workers, generally employed in jobs involving microwave transmission. The afflicted individuals often presented with symptoms such as headaches, weakness, sleep disturbance, emotional instability, dizziness, memory impairment, fatigue, and heart palpitations. Clinical research to verify the physiological nature of this condition did not begin in earnest until the 1990's and found that the EMF involved was usually within the non-ionizing range of the electromagnetic spectrum. In the early 2000's, estimates of the occurrence of EHS began to swell with studies estimating the prevalence of this condition to be about 1.5% of the population of Sweden (Hilleert et al., 2002), 3.2% in California (Levallios et al., 2002), and 8% in Germany (infas Institut fur angewandte Sozialwissenschaft GmbH, 2003).

In 2004, WHO declared EHS "a phenomenon where individuals experience adverse health effect while using or being in the vicinity of devices emanating electric, magnetic, or electromagnetic fields (EMFs)...Whatever its cause, EHS is a real and sometimes debilitating problem for the affected persons (Mild et al., 2004)."

Currently, research has demonstrated objective evidence to support the EHS diagnosis, defining pathophysiological mechanisms including immune dysregulation in vitro, with

Friedman Lay Witness Testimony
Redacted 184 of 293
JA 09661

Health Risks Associated With SmartMeters
Agenda: January 24, 2012
Page 5 of 8

increased production of selected cytokines and disruption and dysregulation of
catecholamine physiology (Genuis, 2011).

Until recently, the diagnosis of EHS has not received much support from the medical
community due to lack of objective evidence. In an effort to determine the legitimacy of
EHS as a neurological disorder, however, a collection of scientists and physicians recently
conducted a double-blinded research study that concluded that "EMF hypersensitivity can
occur as a bona fide environmentally-inducible neurological syndrome (McCarty et al.,
2011).

## Safety Guidelines

The guidelines currently used by the FCC were adopted in 1996, are thermally based, and
are believed to protect against injury that may be caused by acute exposures that result in
tissue heating or electric shock. FCC guidelines have a much lower certainty of safety than
standards. Meeting the current FCC guidelines only assures that one should not have
heat damage from SmartMeter exposure. It says nothing about safety from the risk of
many chronic diseases that the public is most concerned about such as cancer,
miscarriage, birth defects, semen quality, autoimmune diseases, etc. Therefore, when it
comes to nonthermal effects of RF, FCC guidelines are irrelevant and cannot be used for
any claims of SmartMeter safety unless heat damage is involved (Li, 2011).

There are no current, relevant public safety standards for pulsed RF involving chronic
exposure of the public, nor of sensitive populations, nor of people with metal and medical
implants that can be affected both by localized heating and by electromagnetic
interference (EMI) for medical wireless implanted devices. Many other countries (9) have
significantly lower RF/MW exposure standards ranging from 0.001 to 50 µW/cm² as
compared with the US guideline of 200-1000 µW/cm². Note that these recommended
levels are considerably lower that the approximately 600 µW/cm² (time-averaged) allowed
for the RFR from SmartMeters operating in the low 900 MHz band mandated by the FCC
based on only thermal consideration.

In summary, there is no scientific data to determine if there is a safe RF exposure level
regarding its non-thermal effects. The question for governmental agencies is that given
the uncertainty of safety, the evidence of existing and potential harm, should we err on the
side of safety and take the precautionary avoidance measures? The two unique features
of SmartMeter exposure are: 1) universal exposure thus far because of mandatory
installation ensuring that virtually every household is exposed; 2) involuntary exposure
whether one has a SmartMeter on their home or not due to the already ubiquitous
saturation of installation in Santa Cruz County. Governmental agencies for protecting
public health and safety should be much more vigilant towards involuntary environmental
exposures because governmental agencies are the only defense against such involuntary
exposure. Examples of actions that the public might take to limit exposure to
electromagnetic radiation can be found in Attachment B2.

Friedman Lay Witness Testimony
Redacted 185 of 293
JA 09662

Health Risks Associated With SmartMeters
Agenda, January 24, 2012
Page 6 of 8

References:

Balmori, A. "Electromagnetic Pollution from Phone Masts. Effects of Wildlife." Pathophysiology (2009).

Blackman, C. "Cell Phone Radiation: Evidence from ELF and RF studies supporting more inclusive risk identification assessment,." Pathophysiology (2009): doi: 10.1016.

—. "Cell Phone Radiation: Evidence from ELF and RF Studies Supporting More Inclusive Risk Identification Assessment." Pathophysiology (2009).

Blank, M, Goodman R. "Electromagnetic field stress living cells." Pathophysiology (2009): doi: 10.1016.

Blank, M. "Prefice." Pathophysiology (2009): doi10.1016.

Carpenter, D. and Sage, C. "BioInitave Report: A Rationale for a Biologically-based Public Exposure Standard for Electromagnetic Fields." (2007).

Carpenter, David O. "Electromagnetic Fields and Cancer: The Cost of Doing Nothing." (2009).

Carpenter, David O. " Report on the CCST document "Health Impacts of Radiofrequency from Smart Meters"." (n.d.).

Carpenter, David O. Sage Cindy. "Setting Prudent Public Health Policy for Electromagnetic Field Exposures." Reviews on Environmental Health (2008): Vol. 23 No.2 .

Consultants, Sage Associates - Environmental. "Assesments of Radiofrequency Microwave Radiation Emmissions from SmartMeters." (2011).

Davanipour, E. Sobel. "Long Term Exposure to magnetic fields and the risks of Alzheimer's disease and breast cancer." Pathophysiology (2009): doi: 10.1016.

De-Kun Li, MD PhD MPH. "Repsonse to CCST." Written Testimony (2009).

Genuis SJ, Lipp CT. "Electromagnetic Sensitivity: Fact or Fiction?" Sci total Environ (2011): doi: 10.1016.

Goldworthy, Andrew. "The Biological Effect of Weak Electromagnetic Fields." (2007).

Hallberg O, and Morgan J. "The Potential Impact of Mobile Phone Use on trends in Brain and CNS Tumors." Neuro and Neurophysiology (2011).

Hallberg, O et al.,. "Apparent decreases in Swedish Public Health indicators after 1997-Are they due to improved diagnostic or environmental factors?" Pathophysiology (2009): doi: 10.1016.

Hankin, Norbert EPA. "Response to Janet Newton EMR Network re: Radiofrequency Guidelines." (2002).

Hardell, L. et al.,. "Epidemiological eveidence for an association between use of wireless phones and tumor diseases." Pathophysiology (2009): doi: 10.1016.

Hillert, L et al.,. "Prevalence of self-reported hypersensitivity to electric or magnetic fields in a population-based questionnaire survey." Scab J Work Environ Health 28 (2002): 33-41.

Friedman Lay Witness Testimony
Redacted 186 of 293
JA 09663

████████████

EXHIBIT E


STUDY SHOWING IMPACTS TO MAMALIAN BRAIN RELATED
TO LEARNING, MEMORY AND ALZHEIMER'S IMPACTED
BY WHOLE EMF EXPOSURE

# Greek Researchers Show Crucial Regions of the Brain Related to Learning, Memory, Alzheimer's Impacted by Whole Body EMF Exposure in Animals

25.01.2012 by emily Category Electromagnetic Health Blog

A Greek scientific study led by Adamantia Fragopoulou and Lukas Margaritis has demonstrated important protein changes in the brain of animals following whole body exposure to RF electromagnetic fields, similar to the kind of microwave radiation emitted from cell phones, portable phones, WiFi and wireless computer equipment. The study, **"Brain proteome response following whole body exposure of mice to mobile phone or wireless DECT base radiation"**, was published in ***Electromagnetic Biology and Medicine***, Early Online: 1–25, 2012 (See Abstract, below).

Important regions of the brain necessary for **learning, memory and other functions of the mammalian brain** were impacted by the microwave radiation, including the **hippocampus, cerebellum and frontal lobe**, at exposures *below* the ICNIRP (*International Commission on Non-Ionizing Radiation Protection*) safety

**E-1**

guidelines. A total of 143 proteins in the brain were impacted by the RF radiation over a period of 8 months, providing new evidence for a potential relationship between everyday cell phone use, wireless transmitters and wireless computer equipment and electrosensitivity symptoms, such as headaches, dizziness and sleep disorders, as well as with tumors, Alzheimer's and even metabolic effects.

The study simulated 3 hours of cell phone exposure over eight months, 8 hours of DECT portable phone exposure over eight months, and included a sham exposure control group. The results showed both down regulation and up regulation of the proteins.

TABLE 1 Number of differentially expressed proteins across three major brain regions, following long-term electromagnetic radiation exposure to conventional mobile phone (M) and DECT wireless base (B).

| Proteins | Hippocampus | | Frontal lobe | | Cerebellum | |
|---|---|---|---|---|---|---|
| | B | M | B | M | B | M |
| Upregulated | 11 | 37 | 12 | 19 | 8 | 36 |
| Downregulated | 11 | 33 | 11 | 18 | 10 | 18 |
| Total number of proteins changed | 22 | 70 | 23 | 37 | 18 | 54 |

Several **neural function related proteins** (i.e. Glial Fibrillary Acidic Protein (GFAP), Alpha-synuclein, Glia Maturation Factor beta (GMF), and apolipoprotein E (apoE)), heat shock proteins, and cytoskeletal proteins (i.e. neurofilaments and tropomodulin), were shown to be impacted by the radiation, as well as **proteins of the brain metabolism** (i.e. Aspartate aminotransferase, Glutamate dehydrogenase), in *nearly all of the brain regions studied.*



**Figure 2** from the study shows the 143 proteins that have changed (up- or down-regulated) and their functional relationship based on a literature survey.



**Adamantia F. Fragopoulou, M.Sc., PhD Candidate, in the Dept of Cell Biology and Biophysics at University of Athens, Greece,** lead author of the study, says,

"Our study is important because it shows for the first time protein changes in the mouse brain after EMF exposure and in particular in very crucial regions like **hippocampus, cerebellum** and **frontal lobe,** all **involved in learning, memory and other complicated functions of the mammalian brain.** We have demonstrated that **143 proteins** are altered after electromagnetic radiation, including proteins that have been correlated so far with Alzheimer's, glioblastoma, stress and metabolism. In its perspective, this study is anticipated to throw light in the understanding of such health effects like headaches, dizziness, sleep disorders, memory disorders, brain tumors, all of them related, to the function of the altered brain proteins.

"Until now there is limited evidence relating EMFs with the impact on specific brain proteins. Further analysis of the affected proteins as well as replicating the experiment under similar conditions (data presently under analysis) is expected to offer new insights explaining the overall effects."

**Lukas H. Margaritis, PhD, Professor Emeritus (as of Sept 2010) of Cell Biology and Radiobiology, Dept of Cell Biology and Biophysics, University of Athens,** head of the Athens research group, says,

"A **high throughput approach (mass characterization of biomolecules, similar to microarrays that analyze the total genes of an organism)** as that of the **Proteomics**[*] has never been used so far in **EMF research of BRAIN TISSUES** following whole body exposure of model animals (mice) at **SAR values below ICNIRP's recommendations.** It is also the first time that wireless DECT phones base radiation is involved in lab animal studies and specifically in such molecular effects. The message taken out of this work is that people should be very cautious when using mobile phones next to their body (especially next to their brain), whereas the wireless DECT should be located as far away as possible from places that people use to spend many hours a day, not to mention children of all ages."

*Proteomics is the study of the structure and function of proteins. Proteins are the primary components of the physiological metabolic pathways of all cells. They influence the functioning of all bodily systems, such as the immune system, endocrine system, neurological system (including cognitive function),*

E-3

*respiratory system, etc. Malfunction in protein integrity has been linked to hereditary diseases, nervous system disorders, diabetes, to name just a few cases. Proteins are responsible for energy production and information transfer, in fact modern CELL BIOLOGY considers that there is no single cellular function that is not mediated by proteins.*

The study by Fragopoulou et al. suggests immediate follow up on these findings are warranted, as changes in molecular effects in the brain can raise questions about what the effects would be on the brain *after much longer durations* of exposure to RF radiation, as is common today from frequent cell phone use and wireless exposures, as well as the *effect of cumulative exposures* on the brain and mental functioning; immune system defects; fatigue; chronic sleep disorders; and effects on fetuses and sperm quality. The research extends our understanding from the <u>Volkow et al. study</u> (*JAMA. 2011;305(8):808-813. doi: 10.1001/jama.2011.186*), which demonstrated impacts of cell phone radiation exposure on brain glucose metabolism, without understanding the mechanisms of action. The Fragopoulou et al. study presents a plausible theory why glucose metabolism in the brain may become altered, possibly through an oxidative stress effect.

**Special Concern for Children**

Regarding the implications of the Greek findings for the learning capability of children in formative years, the authors say,

"The evidence for disregulation of proteins in the brain from whole body exposure to RF/MW radiation, such as the radiation emitted by cell phones, portable phones, wireless devices or ambient RF/MW from cell towers, whether proteins are upregulated or downregulated, is of great concern for its impact on children's capacity to learn. "

When considered together with other studies published by the University of Athens team (<u>Fragopoulou et al., 2010</u>, on **spatial memory disorder,** and <u>Ntzouni et al., 2011</u> on **recognition memory disorders,** the authors say, "This proteome study implies that mobile phone radiation exposure at a normal intensity (and even below ICNIRP's guidelines) is capable of detuning **learning/memory functions** and possibly other brain functions important **in person-to-person communication and understanding.** The impacts on society are unpredictable as EMFs are not a drug that is delivered to specific body parts or functions. EMFs can attack through oxidative stress every single cell that receives enough energy at non-thermal levels. The potential consequences for learning, memory and interpersonal relations, at the very least, need society's immediate attention, given the widespread exposure to microwave radiation across the globe."

People exposed to microwave radiation from cell phones, wireless networks and citywide Wi-Fi have long complained of cognitive difficulties ranging from attention problems, difficulty focusing, poor memory, visual and hearing disruptions, headaches, dizziness, depression and foggy thinking. The Fragopoulou et al. study deepens scientists' understanding of the *mechanisms of action* of microwave radiation's effect on the brain, and on mental functioning, due to changes in proteins and in protein functioning .

**Dr. Martin Blank, Associate Professor, Department of Physiology and Cellular Biophysics, Columbia University,** and Past President of the Bioelectromagnetics Society, says,

"The paper by Goodman and Henderson (1987) showed that short-term (minutes) exposure to EMF will

Friedman Lay Witness Testimony
Redacted 191 of 293
JA 09668

stimulate protein synthesis, and Fragopoulou et al. now show that this can lead to important changes in brain composition and function. Such changes may account for symptoms like insomnia, nervousness, fatigue, headaches, etc. that people report after exposure to cell phones and other wireless technologies. The biological verdict became obvious when Goodman and Blank (1994) showed that cells react to EMF as potentially harmful by activating the cellular stress response. There is no question that we should limit our exposure to EMF to help protect our brains and all cells in the body."

**Studies Showing RF Effects Below Safety Guidelines**

A growing body of research clearly shows health effects from microwave radiation *at non-thermal levels* of exposure, and effects at exposures far lower than international safety guidelines. One review of the literature, by Carlos Sosa, MD of Columbia, South America, found biological effects from non-thermal levels of EMF exposure at exposure levels well below international safety guidelines in several respects:

|  | Effects at: | Less Than Guidelines |
|---|---|---|
| Psychological changes | .03 W/kg | 50x Less |
| Immune System Effects | .015 W/kg | 100x Less |
| Increase Calcium Eflux | .005 W/kg | 300x Less |
| DNA Damages | .0024 W/kg | 600x Less |
| Induces Stress Response | .0110 W/kg | 1,600x Less |
| Affects BBB | .0004 W/kg | 4,000x Less |
| Affects Cardia Ca | .00015 W/kg | 10,600x Less |
| Enhances Cell Proliferation | .00002 W/kg | 76,000x Less |

Source: Carlos Sosa, MD

The UK charity MobileWise recently published *"Mobile phone health risks: the case for action to protect children"* in November 2011, summarizing and listing more than 200 peer-reviewed studies from a range of international research institutions linking mobile phones at non-thermal exposures to serious biological and health consequences.

A Russian team of researchers also has recently released a study published in **Radiation Biology, Radiation Ecology 2011, Volume 51, No.5, p 611-623** showing **significant long-term (4 years) cognitive decline in children** (ages 7-12) in users of mobile devices compared to controls, once again demonstrating exposure guidelines are inadequate. Lead author of the study, Professor Yury Grigoriev, Chairman of Russian National Committee on Non-Ionizing Radiation Protection and a member of the WHO's International Advisory Committee on "EMF and Health", says,

"Our recent 4-year monitoring of effects from cell phone radiation on children, published in Radiation Biology. Radiation Ecology (Volume 51, No.5, 2011), demonstrates an increase in phonemic perception disorders, abatement of efficiency, reduced indicators for the arbitrary and semantic memory and increased fatigue. Over the four-year monitoring of 196 children ages 7-12 who were users of mobile communication devices, a steady decline in these parameters from high values to bottom standards compared to controls, was observed. **The short-term and long-term potential consequences for society from exposing children to microwave radiation from cellular communication devices must be immediately acknowledged, globally, and**

responsibly addressed."

A history of exposure standard setting in the telecommunications industry, The Procrustean Approach , by Don Maisch, PhD of EMF Facts in Australia, describes *'the manipulation of telecommunications standards by political, military, and industrial vested interests at the expense of public health protection.'*

The Seletun Scientific Statement, a statement by international scientists in February 2011 (watch video), called for reduction EMF exposures globally to reflect the known biological effects at radiation exposures far lower than international guidelines in order to protect the public health and the health of future generations.

The recent Fragopoulou et al. research adds to the body of science demonstrating we are changing and disregulating biological functioning in the brain with the unchecked proliferation of RF electromagnetic fields from telecommunication and utility technologies. These effects are occurring at exposures below safety guidelines and the safety guidelines urgently need to be changed to protect public health.

E-6

**PRE-FILED DIRECT TESTIMONY**

OF ████████████████████████████████

**MPUC Docket No. 2011-00262**

1   Q.   **Please state your name and address.**

2   A.   ████████████████████████████████████

3        ████████████████████████████████████

4   Q.   **Was a CMP smart meter installed at your residence?   If so, state**

5        **approximately the date when it was installed.**

6   A.   Smart meter was installed on February 1, 2012 at ████████ Rd.

7   Q.   **If a smart meter was removed and replaced by an analog meter at your**

8        **request, please describe the circumstances of your request or complaint to**

9        **CMP and their response.**

10  A.   ████████████:   I requested that the smart meter be replaced with the regular

11       meter because my fiancé started with headaches everyday from April until an

12       emergency surgery to remove a brain tumor (a fast growing glioblastoma tumor).

13       Her chair was three feet from where the smart meter was installed outside.   The

14       smart meter was replaced on August 8, 2012.

15  Q.   **If you do not currently have a smart meter, are you paying the opt-out fees?**

16  A.   ████████████:   I was charged $51.00 to replace the smart meter with the old

17       meter and $12.00 per month is added to current bills.

18  Q.   **Please describe why you do not want a smart meter at your residence.**

19       **Identify any health concerns you may have about smart meters and whether**

1

1    these concerns are based upon any specific physical or medical conditions that

2    you or any of your family members may have.

3    A.    ▮▮▮▮▮▮▮▮:    Our health concern is that this could have caused my death (very

4    early).   ▮▮▮▮ had headaches constantly for some time also.    The glioblastoma

5    tumor I had removed on May 5th was cancerous and chemo meds and radiation

6    treatments last 2 ½ months.   One MRI after and clear right now.

7    Q.    **Do you experience electromagnetic sensitivity symptoms in proximity to radio**

8    **frequency devices, such as Wi-Fi, microwave ovens, cell phones, cordless**

9    **phones, smart meters or other devices?    Please describe the symptoms and**

10    **the circumstances when they occur.**

11    A.    As far as we know just the smart meter.

12    Q.    **If you have physical or medical conditions, including sensitivity to**

13    **electromagnetic radiation, have these conditions been diagnosed?    Identify**

14    **the diagnosis or description of the condition.**

15    A.    No real answers as to whether smart meters caused the medical emergency.

16    ▮▮▮▮▮▮▮▮:    To add I had an MRI at ▮▮▮▮▮▮▮▮ Hospital in November

17    2010 and results were normal – no tumors and no cancers.

18    Q.    **Has your physician or other medical care provider made any**

19    **recommendations about exposure to electromagnetic devices, including smart**

20    **meters?**

21    A.    No.   I have not had a chance to discuss this with them.   Both of us have a family

22    doctor – Dr. ▮▮▮▮, ▮▮▮▮ Healthcare Center.   Oncology for ▮▮▮▮▮▮▮

2

1    is Dr. ███, ██████████ Hospital.    Radiation Oncology – Dr. ███████████

2    ███████████████████████████ for Cancer Care.

3  **Q.    Have you observed any pets exhibiting adverse reactions to smart meter**

4  **transmissions?    Describe the circumstances.**

5  A.    Our German Shepard did not stay around us in the living room and would constantly

6    wet on the floor.

7  **Q.    If you had a smart meter for a period of time and experienced or observed**

8  **symptoms or adverse reactions, did those symptoms or adverse reactions cease**

9  **when the smart meter was removed?    Describe the circumstances.**

10  A.    Yes.    The headaches ended when the smart meter was removed.    Tension slowed

11    and we are feeling better.

12  **Q.    Has your experience with smart meters caused any disruptions in your daily**

13  **living?    Please describe the circumstances?**

14  A.    ████████ had major loss of memory, confusion and headaches.    ███████had major

15    tension and headaches.    Daily living was very hard.    Starting in October, 2012, I

16    will have an MRI done every three months and was told the tumor could come back.

17  **Q.    Please tell us anything else that you want us or the Public Utilities Commission**

18  **to know about your experiences and circumstances.**

19  A.    We had an option not to have the smart meter installed and basically thought it

20    would be okay.    Unfortunately it was not.    We got very behind on bills and had to

21    pay and be broke.    We still are, but still have to pay extra on the CMP bill each

22    month.    Before traveling to ████████radiation treatments we had to invest in a used

3

1    vehicle to travel as the vehicle we had prior could not get a new sticker, so we had to

2    junk it.

Dated this ___23___ day of January, 2013.

STATE OF MAINE
CUMBERLAND, ss:                                    January _23_, 2013
FRANKLIN

       Personally appeared the above-named ██████████████████████, and
stated under oath that the foregoing Affidavit made by them is true and based upon their
own personal knowledge, information or belief, and so far as upon information and belief,
they believe the information to be true.   Before me,

_____
Notary Public/Attorney-at-Law
Roberta S. Meisner
Name Typed or Printed
My Commission Expires: 02/24/2019 _____

**ROBERTA S. MEISNER**
**Notary Public, Maine**
**My Commission Expires February 24, 2019**

4

PRE-FILED DIRECT TESTIMONY
OF ███████████
MPUC Docket No. 2011-00262

1   Q.   **Please state your name and address.**

2        A.     ████████████████████████████████████████

3   Q.   **Was a smart meter installed at your residence?   If so, state approximately the**
4        **date when it was installed.**

5        A.     Yes, in late 2005, Central Hudson installed one for our weekend home in
6        ███████ New York, and in June, 2009, Con Edison installed one on our ██████, New
7        York residence.

8        In 2006, my husband, our two teenage sons, and I began spending weekends and
9        vacations at our new house in ███████ There was an AMR (automatic meter reading)
10       digital utility meter (DU) on a pole 100 feet from that house, which at the time, had no
11       meaning for me, except that I occasionally saw a truck pull up to take a meter reading.
12       AMR DU meters are an early version of "smart meters."

13       In June 2009, Con Edison installed an AMR electric transmitting digital meter on the
14       outside of my home in █████████████ New York.   They also installed a
15       transmitting digital gas meter in my basement.   The electric meter was labeled as
16       follows:

17       Centron
18       0716701200 CL200 240V 3W Type C1SRP 30TA 1.okh
19       Ca. 0.5 FM 2s 60Hz
20       A72AQ 7978929. 59689 345

21       I did not record the information from the Central Hudson AMR DU meter or from the
22       Con Edison gas DU meter.

23   Q.   **Please describe any adverse reactions you have had to the smart meters.**

24   A.   From 2006 to 2009, when I was at our home in ██████ I had sporadic and unusual
25       heart palpitations, always at night, which would jolt me out of my sleep.   This
26       happened only when I was in ██████ In 2008, I went to my doctor for a check up and
27       to have my heart tested.   He found me in good health with nothing wrong with my
28       heart.   At that time, I did not know any information about the pulsing electromagnetic
29       emissions from DU meters and that these meters were causing this type of reaction in
30       other people.

1

1  For most of the summer of 2009, we traveled back and forth between ████ and
2  ████ I continued to have sporadic heart events.

3  After the summer months, we returned to ████, where an electric AMR DU meter
4  had been installed in June 2009, and in September 2009 I began noticing the following
5  unusual symptoms:   Agitation, Memory and word loss, Inability to concentrate on my
6  work, Nervousness, Unusual menstrual disruption; A mole began to grow larger on my
7  back.

8  At 51, I wondered if I was developing an early form of Alzheimer's disease.   I was not
9  well, which at the time I described as feeling "unhinged," and I again went to my
10  doctor but he did not know what was wrong with me.

11  In February 2010, during a major snowstorm in ████, I was in my living room,
12  next to my fireplace, about five feet away from the electric AMR transmitting meter,
13  outside my living room window.   My husband was traveling and my sons were not at
14  home.   The electricity went on and off several times during that storm.   Suddenly
15  during one of these electrical events, I heard a very high pitched piercing sound in my
16  right ear and I experienced painful pressure in both of my ears.   This caused me to
17  double over in pain.

18  Along with the symptoms I had been experiencing previously, as noted above, I began
19  to develop worse symptoms:   Severe heart palpitations; A loud and very disturbing
20  buzzing-pulsing sound especially in my right ear; Extreme agitation; Interrupted sleep
21  with nightmares of being attacked; Waking with severe heart palpitations; The mole on
22  my back began to blow up and grow larger; Pains in my jaw and teeth.

23  I became terrified that I was going to die of a heart attack.   I began to sleep on my
24  kitchen floor so that the sound of the refrigerator would drown out the terrible buzzing
25  in my ears.   When I left ████ for ████, I had the same symptoms there.   Some
26  of the symptoms would lessen when I went outside, so I began to suspect that
27  something was wrong inside, perhaps with the electricity.

28  After a conversation with an electrical specialist, I began to suspect that my symptoms
29  might be traceable to the AMR DU meters that Central Hudson and Con Edison had
30  installed.   The DU meters were in fact the only newly introduced electrical and
31  technical appliances in our homes.

32  Q.   **Did you have the smart meters removed?   If so, please describe the**
33  **circumstances of your request or complaint to the utility companies and their**
34  **response.**

35  A.   In February 2010, after I became suspicious that the Radiofrequency/Microwave
36  (RF/MW) radiation emissions from the AMR DU meters were making me sick, I

2

1  requested both Central Hudson and Con Edison to remove all AMR DU meters from
2  both of my homes.

3  Central Hudson replaced the electric AMR DU meter with an analog meter.

4  Con Edison required me to get a letter from my doctor, which shocked me.   I
5  wondered how my personal medical information was the business of a utility
6  company.   Con Edison removed the gas AMR DU meter, but instead of replacing the
7  electric AMR DU meter with an analog meter, they installed another electric DU
8  meter, which they told me was not an AMR meter and had NO antenna or RF/MW
9  radiation.   They said that I would need to provide them, in the future, with meter
10  readings.   They also told me that I would be hearing from their health division, which
11  I never did.   Because at that time I was uneducated about both electromagnetic
12  radiation and various meter types, I was grateful that Con Edison made the switch and
13  I was hopeful that this new DU meter would have no effects on my health.

14  I recorded the following information from the second DU meter that Con Edison
15  installed on my home.

16  Schlumberger Centron
17  CL200  120V  3W  Type CN15
18  30TA  1.okh
19  Ca. 0.5  FM 25S  60Hz
20  HF5006914736AAV*
21  71BQ  6914736
22  25  440  021

23  My symptoms became worse after the second DU meter was installed.   I then pleaded
24  with Con Edison to remove the second DU meter and I told them that " I might die" if
25  they did not.   Con Edison removed the second and final DU meter from my home on
26  March 12, 2010, and replaced it with an analog meter.

27  Q.  **Please explain why you wanted the smart meters removed.**

28  A.  The only possible explanation for the change in my health was that new transmitting
29  meters with unbearable and unrelenting radiofrequency radiation emissions had been
30  installed in and on our home in ███████ and in ███████

31  During the time that the AMR DU meters were on our homes, my husband developed
32  high blood pressure and had to be placed on blood pressure medication.   My family
33  was unusually agitated during this time.

34  I have learned that other people in ███████ also became ill after AMR DU meters were
35  installed on their homes.   None of them has been able to get the utility companies to
36  remove the AMR meters despite vigorous requests for the utilities to do this. The

3

1  utilities claim the meters are safe and are flatly refusing to remove any meters, even
2  when a letter from a doctor has been supplied asking for their removal.

3  When I asked the "Meter Relations" department (212-460-4111) at Con Edison if I
4  could see a copy of the test results for human exposure to the
5  radiofrequency/microwave (RF/MW) radiation from the meters, I was told that I must
6  obtain a subpoena to acquire that information.

7  AMR electric meters are not Underwriter's Laboratory Approved, which means that
8  state and federal agencies approved the meters but did not test them for health and
9  safety and that is why Con Edison refused to answer my question.   To the best of my
10  knowledge no transmitting digital utility meters AMR or "smart" were tested for health
11  and safety, yet the meters emit and transmit levels of RF/MW radiation, designated a
12  Class 2B Carcinogen by the World Health organization.

13  Q.   **Did your symptoms or adverse reactions cease when the smart meters were**
14      **removed?**

15  A.   Yes.   In the hours following Con Edison's final removal of the last DU meter from my
16      home my symptoms became less extreme.   Specifically, on March 4, 2010, when Con
17      Edison replaced the first AMR DU meter with another DU meter, my symptoms
18      continued to worsen.   My heart felt as if it was flipping in my chest.   I was in a
19      terrified state, unable to sleep and truly frightened that I would have a heart attack.
20      After making many more calls to Con Edison, on March 12, 2010, Con Edison
21      workers, including a manager of the meter department, came and removed the second
22      electric DU meter from my house and finally replaced it with an analog meter.

23  My immediate responses to the removal of the DU meter were so remarkable that I
24  recorded them.

25  I felt as if I were being released from being electrocuted; I felt weighted down with
26  exhaustion; the buzzing-pulsing became quieter; I felt tingling in arms.
27  Within hours I began feeling slightly better.   The loud buzzing-pulsing did not go
28  away but inside my house it got noticeably quieter.   My thoughts became less
29  scrambled.
30
31  Within weeks: The mole on my back bled, dried up and fell of (documented by my
32  dermatologist); I began to menstruate again, but never again normally as was the case
33  before the meter was installed.

34  Q.   **Are you paying opt-out fees?**

35  A.   I have not been asked to pay opt-out fees by Central Hudson or Con Edison. I am,
36      however, one of the only homeowners for whom both of these utility companies have
37      removed the DU meters.   As of today, both utility companies are refusing to remove

4

1    any DU meters, including for homeowners who have provided medical letters to the
2    utilities.

3  Q.  **Do you or any of your family members experience electromagnetic sensitivity**
4    **symptoms in proximity to radio frequency devices, such as Wi-Fi, microwave**
5    **ovens, cell phones, cordless phones, other devices?**

6  A.  We had Wi-Fi, DECT portable phones, cell phones and fluorescent light bulbs for
7    many years and to my knowledge they had never bothered me.   Since this happened to
8    me, I have physical symptoms, which at times are unbearable, when I am exposed to
9    these devices.

10    My husband, two sons and I had lived in our homes with wireless internet, DECT
11    phones and cell phones for many years.   Our lives have been drastically altered since
12    this happened to me.   We have spent close to $40,000 in electrical and medical bills
13    since 2010, so that I can remain at home.   Since being injured by the RF/MW
14    radiation emissions from the DU meters, I am no longer able to physically tolerate
15    wireless equipment.

16    The symptoms I have when I am in direct contact with some wireless equipment and
17    some electrical equipment are: Splitting pain and pressure in my head and ears; My
18    throat closes up; Loss of sleep; Loss of concentration; Ringing in my ears; Heart
19    racing.

20    Since the DU meters, both my husband and my younger son have experienced periodic
21    but mild reactions when near a cell tower.   My son has experienced electrical
22    sensations in his ears while going through his college library security system.   My
23    older son, who was attending ████ College in ████ the entire time the DU meters
24    were on our home in ████ has not experienced physical symptoms when near
25    wireless devices.

26  Q.  **Do you experience symptoms when you are near other smart meters?**

27    I develop symptoms of tinnitus, heart racing and a pain in my head when I am as near
28    as one foot and as far as 15 feet away from an AMR or smart DU meter, when it
29    transmits or emits signals.   I develop symptoms when I visit homes and buildings with
30    AMR DU meters.   I can no longer spend time at friend's homes, which have the
31    meters.   I feel symptoms outside in my neighborhood because there are meters
32    everywhere.   Using an HF35C Electrosmog Analyser, I can read a constant stream of
33    varying levels of RF/MW signals from the meters.   DU meters have a very distinct
34    radiation ping sound.   Contrary to what Con Edison has stated to me in writing, the
35    particular electric DU meters used by Con Edison can send RF/MW signals once every
36    one to two seconds and up to 30 seconds apart.

5

1      This "signal hopping" technology is a non-stop, 24/7, RF/MW exposure which
2      surrounds people inside their homes and neighborhoods, with a pulsing/pinging
3      RF/MW signal similar to that of a human heart.   I no longer have an AMR meter on
4      my home, but the RF/MW radiation continues to ping in my home through the
5      electrical wiring from the AMR DU meters in my neighborhood.

6    Q.    **Has your physician or other medical care provider made any recommendations**
7           **about exposure to electromagnetic devices, including smart meters?**

8    A.    I have seen several doctors and medical professionals about this problem since 2010
9      and I have had my heart checked.   My primary doctor, a homeopath M.D., has been
10    very helpful for me.

11    My doctor has recommended that I should not have any DU meters of any type at my
12    homes.   He provided me with letters for both Con Edison and United Water stating
13    that, because of my extreme sensitivity to electromagnetic radiation, I must not have
14    any RF/MW emitting devises on my home.   It is obvious from what has happened to
15    me in the last two and a half years that when I am exposed to wireless and some
16    electromagnetic radiation, I become ill.   I am much healthier when I am not exposed
17    to any wireless equipment.

18    Within a year of this happening to me and because of the strange and painful symptoms
19    I was experiencing in my jaw and teeth, I sought out special dentists, one to remove a
20    nickel post in a root canal in my upper jaw and the other to remove all of the metal
21    dentistry, including mercury, cadmium, nickel and silver from my mouth.   Although
22    these sound like extreme measures, my research led me to believe that these
23    procedures might relieve me of symptoms caused by electromagnetic radiation
24    conducting through the metal in my mouth.   This proved to be very helpful for me.

25    Q.    **Has your experience with smart meters caused any disruptions in your daily**
26           **living?**

27    A.    My life has been dramatically changed since this whole nightmare started. In 2008, I
28    was a fully functioning, working █████ and █████   During that year I illustrated the
29    book, ██████████████████████████████████████████████
30    published by Rutgers University Press.

31    I have never yet returned to the level of work I was doing before I was injured by the
32    radiation emissions from the DU meters.   Wireless equipment and some electrical
33    equipment make me feel sick.   I can no longer use a cell phone, other than in an
34    emergency.   I can no longer use wireless Internet or be in a home or building for a
35    long period of time, which uses Wi-Fi.   I can no longer be near a person using a cell
36    phone.   I can no longer be near cell phone antennas, which means I can no longer go to
37    our local farmer's market because of its close proximity to cell transmitters.   I used to
38    work in an artists studio with other artists, but I can no longer do that and I am now

6

1  very isolated. Traveling has become very difficult for me because Wi-Fi affects my
2  sleep.

3  I can no longer attend village board meetings in ▮▮▮▮▮ because of the cell
4  transmitters on the roof.   My life has changed very much.   I consider myself very
5  lucky that I have not lost my life, my family and my friends.   I wish this had never
6  happened to me.

7  Q.  **Please tell us anything else that you want us or the Public Utilities Commission to**
8  **know about your experiences and circumstances.**

9  A.  I am living proof that DU meters, "radio on" or "radio off," make some people very
10  sick.   As my family and friends would attest to, I was perfectly happy using wireless
11  technology and healthy in general before I was over-exposed to the extreme
12  electromagnetic radiation from the DU meters.

13  Somewhere between the design and the manufacturing of all DU meters, something
14  went terribly wrong and the radiation emissions from these flawed meters is far beyond
15  what the utilities might have realized.   Utility companies across the U.S. now know
16  that some of their customers are becoming ill from this technology, yet they are
17  holding on to this dangerous mistake because they invested billions of dollars into it.

18  The contamination of the electrical wiring from the meters must be investigated.

19  These are some of the questions that the utility companies must be required to answer
20  and submit actual proof of their answers.

21  Were the meters tested for health and safety?
22  If so what was the testing method?
23  What are the levels and frequencies of RF/MW radiation that are being conducted on
24  home and building electrical wiring?
25  What was the method of testing the RF/MW emissions?
26  What are the precise levels and frequencies of the RF emissions from the meters?
27  Were the meters tested in isolation?
28  Were the meters tested in combination with wireless electrical equipment such as
29  Wi-Fi and DECT phones?

30  In a real life situation there might be electrical circuits in a home or building with
31  faulty wiring, which could cause very high electromagnetic fields.   Were the meters
32  tested when attached to a home with faulty electrical wiring?

33  What happens when the conducted and pulsing RF/MW radiation from a "smart" meter
34  contaminates wiring, which already has dangerous and high electromagnetic fields
35  because of faulty wiring?

36  As far as I know there was never proper testing to determine the outcome of attaching

7

1     this flawed and dangerous technology to an entire home electrical system.   We know
2     for a fact that the particular AMR DU meters used in my area of New York were never
3     properly tested.   The fact is utility companies and state public service commissions
4     jumped on this ill-conceived project without ever requiring proper testing for health
5     and safety.   When I asked Con Edison for the health and safety testing on the meters,
6     they told me that I would need a subpoena for that and that I should contact the FCC.

7     The FCC has made it very clear to me that they are not in the health business but only
8     the frequency business.   We should not need to fight to be safe in our homes, safe
9     from utility companies that are trying to bully their customers because of a $10 billion
10     mistake.

11     AMR and "smart" meters are flawed and dangerous technology.   They must be
12     recalled.

Dated this *18* day of January, 2013.

STATE OF NEW YORK
WESTCHESTER, ss:

January *18*, 2013

Personally appeared the above-named ▮▮▮▮▮, and stated under oath that the foregoing Affidavit made by her is true and based upon her own personal knowledge, information or belief, and so far as upon information and belief, she believes the information to be true.   Before me,

Notary Public/Attorney-at-Law

*Roger Robles*

Name Typed or Printed
My Commission Expires: *08/16/15*

```
ROGER ROBLES
Notary Public - State of New York
NO. 01RO6246742
Qualified in Westchester County
My Commission Expires  8/15/15
```

8

Radiation Sickness; Testimonials of Twelve People; 2013

## PRE-FILED DIRECT TESTIMONY
OF ██████████████████████████

### MPUC Docket No. 2011-00262

1  **Q.**  **Please state your name and address.**

2  A.   ████████████████████████████████

3

4  **Q.**  **Was a CMP smart meter installed at your residence?**

5  A.   Yes, it was installed in the Fall of 2011.

6  **Q.**  **Did you have the smart meter removed?  Please describe the circumstances of**

7  **your request or complaint to CMP and their response.**

8  A.   On October 1, 2011, we wrote to CMP and asked that our smart meter be removed

9  and replaced with the conventional meter that was there prior to the installation of the

10  smart meter.  Our request was based on ██████'s serious health issues and her

11  medically suppressed immune system.

12  **Q.**  **Are you paying the opt-out fees?**

13  A.   Yes.  We requested that the analog meter be replaced at no cost to us based on a

14  medical exemption, but CMP's manager of community affairs told us that CMP has

15  no choice or flexibility in changing or eliminating the opt-out charges and that they

16  would reinstall the smart meter for a $40 one-time fee and $12 per month in

17  perpetuity.

18  **Q.**  **Please describe why you do not want a smart meter at your residence.**

19  A.   After 14 years of devastating heart disease-including two near-fatal heart attacks from

20  dissections of two of her major arteries, emergency by-pass surgery, and subsequent

1

1    ventricular tachycardia (deadly arrhythmia) requiring the implantation of a

2    defibrillator-███████recently received a heart transplant at ███████ Hospital in

3    ██████

4              The highly qualified medical experts at ███████████ Hospital,

5    including the Chief of Infectious Disease, told us that the smart meter is not without

6    risk because of ██████'s conditions and her impaired immune system.

7  Q.  **Do you or any of your family members experience electromagnetic sensitivity**

8      **symptoms in proximity to radio frequency devices, such as Wi-Fi, microwave**

9      **ovens, cell phones, cordless phones, smart meters or other devices?  Please**

10     **describe the symptoms and the circumstances when they occur.**

11 A.  Yes.  We do not use cell phones for the same reasons we do not want a smart meter at

12     our home.  We use cell phones only when travelling to ███████

13 Q.  **If you have physical or medical conditions, including sensitivity to**

14     **electromagnetic radiation, have these conditions been diagnosed?  Identify the**

15     **diagnosis or description of the condition.**

16 A.  Most heart transplant patients live only 10 years.  They usually do not die of heart

17     complications.  They die of infections and cancers, to which they are extremely

18     vulnerable as a result of a medically suppressed immune system.  ██████has little-

19     to-no immune system to fight disease of any kind.  A slight cold puts her at instant

20     risk for pneumonia, which we've come close to several times.  One killer virus

21     resulted in her wearing a PIK line for antibiotics in her arm for six months.  She is

22     checked four times a year for multiple cancers, and has had several skin cancers

2

1    removed.  We will not allow her to be put at increased risk for cancer, more cardiac

2    arrhythmias, or other adverse health effects from the Smart Meter.

3        We are both well informed about ████'s medical complications and the

4    increased risks she faces when exposed to potential environmental hazards.  I, ████

5    ████████, am a retired founding officer of ████████████████████████

6    ████████ company.  I, ████████ am the author of a best-selling book ██

7    ████████████████, bringing national awareness to heart disease as the # 1

8    killer of American women, and I give an annual lecture at ██████ Medical School on

9    immunosuppression in cardiac transplant patients for the department of █████

10   ████████ Biology.

11   **Q.    Has your physician or other medical care provider made any recommendations**

12   **about exposure to electromagnetic devices, including smart meters?  Please**

13   **attach any recommendations in writing from your health care provider.**

14   A.   The Chief of Infectious Disease at ████████████ Hospital told us that the

15   smart meter is not without risk.

16   **Q.    Have you or any of your family members experienced symptoms or adverse**

17   **effects while in the proximity of smart meters in particular (as opposed to**

18   **multiple devices in question 6)?  Describe the circumstances.  At what distances**

19   **from the meter do symptoms a) appear, b) increase and c) become acute?**

20   A.   After the smart meter was installed, ██████ would occasionally experience dizziness

21   and more fatigue than is normal.  After the smart meter was removed, these symptoms

22   disappeared.

3

1    Q.    **Please tell us anything else that you want us or the Public Utilities Commission to**

2          **know about your experiences and circumstances.**

3    A.    The smart meter adds unnecessarily to my wife's already high health risks.  My wife

4          is battling several types of cancer and the smart meter puts her at an increased risk for

5          cancer and for more cardiac arrhythmias.  CMP's refusal to make accommodations

6          for ████████ and other people with compromised medical conditions is unethical and

7          immoral.  Being compelled to pay $144 annually, in perpetuity in order to protect

8          ██████'s health is outrageous and it is an unnecessary hardship – especially when

9          we used an analog meter at our home for 27 years at no additional cost to us.


Dated this _____ day of January, 2013.


████████████████

████████████████


STATE OF MAINE
CUMBERLAND, ss:                              January ___, 2013

       Personally appeared the above-named ████████████ and ████████████████ and
       stated under oath that the foregoing Affidavit made by them is true and based upon
       their own personal knowledge, information or belief, and so far as upon information
       and belief, they believe the information to be true.  Before me,


                        _____
                        Notary Public/Attorney-at-Law

                        _____
                        Name Typed or Printed
                        My Commission Expires: _____


                                                              4

1    opposed to multiple devices in question 6)?  Describe the circumstances.
2    At what distances from the meter do symptoms a) appear, b) increase and
3    c) become acute?

4    A.    After the smart meter was installed, ███████ would occasionally
5          experience dizziness and more fatigue than is normal.  After the smart
6          meter was removed, these symptoms disappeared.

7    Q.    Please tell us anything else that you want us or the Public Utilities
8          Commission to know about your experiences and circumstances.

9    A.    The smart meter adds unnecessarily to my wife's already high health
10         risks.  My wife is battling several types of cancer and the smart meter
11         puts her at an increased risk for cancer and for more cardiac
12         arrhythmias.  CMP's refusal to make accommodations for ███████ and
13         other people with compromised medical conditions is unethical and
14         immoral.  Being compelled to pay $144 annually, in perpetuity in order
15         to protect ███████ health is outrageous and it is an unnecessary
16         hardship – especially when we used an analog meter at our home for 27
17         years at no additional cost to us.

Dated this ⧸Ꮞ day of January, 2013 

STATE OF MAINE
CUMBERLAND, ss:                                January ⧸Ꮞ, 2013

     Personally appeared the above-named ███████ and ███████,
and stated under oath that the foregoing Affidavit made by them is true and based
upon their own personal knowledge, information or belief, and so far as upon
information and belief, they believe the information to be true.  Before me,

```
AMANDA DIXEY
Notary Public
Maine
My Commission Expires Mar 25, 2017
```

_amendudey_
Notary Public/Attorney-at-Law
Amanda Dixey
Name Typed or Printed
My Commission Expires: March 25, 2017

3



Ms. Sara J. Burns
President and CEO
Central Maine Power Company
83 Edison Drive
Augusta, ME 04336

**Subject: Request for medical exemption to have Smart Meter removed at no cost**
**(MPUC Docket #2010-345)**

Dear Ms. Burns:

I am writing to you regarding the Smart Meter recently installed at our home. My wife ███████
and I respectfully request that this meter be removed and replaced with the conventional meter
that was there prior to the installation of the Smart Meter a few weeks ago. And we request that
this be accomplished at no cost to us, based on a medical exemption.

**My wife ████████ is recovering from a recent heart transplant**
After 14 years of devastating heart disease—including two near-fatal heart attacks from
dissections of two of her major arteries, emergency by-pass surgery, and subsequent ventricular
tachycardia (deadly arrhythmia) requiring the implantation of a defibrillator—████████ recently
received a heart transplant at ███████████ Hospital in ██████. She was thin, fit, only 44, and in
prime health when she had her first dissection. The cause of her heart disease was an undetected,
and still not defined genetic defect. There is no heart disease in her family, and she has led a
lifetime of good health habits, which saved her life twice.

███████ continues to work hard at doing her bit for recovery. She is an exemplary patient, who
also wrote a best-selling book ███████████████████ bringing national awareness to heart
disease as the #1 killer of American women. She appeared on ██████, and has become a poster-
child for the American Heart Association. Despite our combined and considerable effort,
however, my wife's heart transplant recovery has been complicated, requiring unscheduled
medical trips to MGH, some by ambulance and helicopter.

Moreover, ████████ will be forever on immune suppressants, up to 20 drugs a day. This means,
her immune system is artificially put to sleep through powerful, toxic drugs (cancer producing),
so that her heart will not be perceived as an invader and fought (rejected, is the medical term) by
our naturally fierce white blood cells. This is where the issue of the Smart Meter comes in.

**The Smart Meter adds unnecessarily to my wife's already high risks**
Based on national, longitudinal data, most heart transplant patients live only 10 years. They
usually do not die of heart complications. They die of infections and cancers, to which they are
extremely vulnerable as a result of a medically suppressed immune system.

Your medical experts say there is no risk from CMP's Smart Meters. But my wife has an acute
medical complication. Other credible experts disagree with yours. Our experts at ███████████
Hospital, including the chief of infectious disease, who follows ████████s case intimately, says

that the Smart Meter is not without risk. We do not use cell phones, by the way, for the same reason that we do not want a Smart Meter.

**My wife has little-to-no immune system to fight disease of any kind**
A slight cold puts her at instant risk for pneumonia, which we've come close to several times. One killer virus resulted in her wearing a PIK line for antibiotics in her arm for six months. She is checked four times a year for multiple cancers, and has had several skin cancers removed. I could go on and on, but I think you get the idea. I will not allow her to be put at increased risk for cancer (or more cardiac arrhythmias) from the Smart Meter.

████████ and I understood fully the risks of cardiac transplantation when we chose this path. To wit, I am a retired founding officer of ███████████████-based, leading global ███████████ company. My wife gives an annual lecture at ██████ Medical School on immunosuppression in cardiac transplant patients for the department of ████████████ Biology. We are fully and intelligently engaged in this project of new life.

**I am pleading with you, Ms. Burns**
Please understand my concern and support my request for a medical exemption. We already have a CMP Medical Tag on the meter at our home and a red cross marker on the transformer providing service to our home. I cannot accept the medical prescription of CMP lawyers and doctors for the ongoing medical care and treatment of my wife. And to have to pay $144 annually in perpetuity for the reinstallation and use of an analog meter that served our home at no cost for 27 years is unconscionable.████████s heart transplant alone cost almost $400,000. Would you like me to add up all the hospitalizations as well as the cost of her meds—not to mention the cost of peace of mind? How can I allow you to install something that puts at risk the very life we are fighting to save?

Of our married life, 65% has been spent in hospitals. We have been given a huge gift: a heart that once belonged to someone else, adding to our sense of responsibility, to our determination to lead the healthiest lives possible. Kindly grant us an extension of our already extant medical exemption with CMP and at no cost to us. Thank you for your compassionate consideration.

Sincerely,

████████████

Copy to: Karen Geraghty, MPUC

**PRE-FILED DIRECT TESTIMONY**
**OF** ███████████
**MPUC Docket No. 2011-00262**

| | | |
|---|---|---|
| 1 | Q. | **Please state your name, address and occupation.** |
| 2 | A. | ████████████████████████████████ |
| 3 | | ████████████████████████████████ |
| 4 | Q. | **Was a CMP smart meter installed at your residence?** |
| 5 | A. | No, we opted out and kept our old meter. |
| 6 | Q. | **Are you paying the opt-out fees?** |
| 7 | A. | Yes, unfortunately.  We are afraid of the consequences if we don't. |
| 8 | Q. | **Please describe why you do not want a smart meter at your residence.** |
| 9 | A. | We have many concerns about smart meters.  Although they are not based on any |
| 10 | | diagnosed physical or medical conditions we currently have, I am concerned that |
| 11 | | increased exposure to radio frequency radiation over time could result in our |
| 12 | | becoming sensitive.  I am well aware that this type of radiation is classified as a |
| 13 | | class 2B carcinogen by the World Health Organization.  Having a very strong |
| 14 | | history of cancer in my family, I work hard to avoid carcinogens or anything that |
| 15 | | could be hazardous to me or my family.  Our 1st grade daughter, for example, |
| 16 | | does not attend the primary school that is right over our back fence because it has |
| 17 | | Wi-Fi.  I have read that young children are particularly susceptible to the harmful |
| 18 | | effects of radio frequency radiation as their skulls are thinner and there is more |
| 19 | | fluid in their brains and they are still developing.  The only school we could find |

1

1    for her that didn't have Wi-Fi in the building she would be in is 25 miles away.

2    Consequently we are driving several thousand extra miles a year and having to

3    come up with private school tuition just to keep her safe.

4    Unfortunately, the school recently installed Wi-Fi in her building. I have

5    given the school administrators information about Wi-Fi and they are in the

6    middle of a school-wide conversation about wireless and I expect a decision soon

7    about what they will be doing as I have stated we wouldn't be back if there

8    continues to be Wi-Fi in her building.

9    As for myself, I choose not to work in an office or workplace that is

10   equipped with Wi-Fi, which is one of the reasons I am working as a driver, using

11   my own vehicle where I am safe from this type of radiation.

12   Having a smart meter on our home would directly conflict with all of our

13   efforts that we take to ensure our safety. These efforts are not convenient. They

14   are costly and time consuming but we feel they are the only safe choice in today's

15   world. While we cannot easily control our exposure in public places, our home is

16   our safe haven. Having a meter on our home would undo all that we do to limit

17   our exposure to this radiation.

18   **Q.   Do you or any of your family members experience electromagnetic sensitivity**

19   **symptoms in proximity to radio frequency devices, such as Wi-Fi, microwave**

20   **ovens, cell phones, cordless phones, smart meters or other devices?**

21   A.   I experience occasional dizziness if I talk on a cell phone, which I use very rarely.

22   We have no wireless devices in our home. In public I try to avoid places with Wi-

2

1    Fi, etc. due to health concerns.  Although I do experience occasional dizziness

2    when I am out, I couldn't say whether or not that is due to radio frequency

3    radiation as it is not always clear where it is.  I will note however that I spent the

4    night at a relative's home one night and was under the impression that they did not

5    have Wi-Fi.  I was wide awake most of the night, as if it were the middle of the

6    day, and I had no idea why since I usually sleep soundly.  The next day I learned

7    that they did indeed have Wi-Fi and that the router was very close to the bed I was

8    sleeping in.

9    Q.   **If you have physical or medical conditions, including sensitivity to**

10       **electromagnetic radiation, have these conditions been diagnosed?**

11   A.   No, I have not sought an evaluation.

12   Q.   **Please tell us anything else that you want us or the Public Utilities**

13       **Commission to know about your experiences and circumstances.**

14   A.   Our concern with smart meters goes beyond health.  We feel these meters with

15       their wireless transmissions pose a serious risk to our safety.  These meters are

16       hackable.  The FBI states that someone with only a moderate level of computer

17       knowledge and possessing low-cost tools and software that's easily available

18       online would likely be able to compromise smart meters.  Having a smart meter

19       would put our entire family at risk from invasion of privacy, unauthorized access

20       to our personal information and information about our habits and whether or not

21       we are home, and the threat of an attack on the smart grid which could shut off our

22       power.  The smart grid is vulnerable, according to former CIA Director James

3

JA 09693

1      Woolsey.  These concerns, coupled with health concerns and the health and safety

2      concerns echoed by major agencies and organizations which are designed to

3      protect us, render these meters anything but smart for our family.

Dated this _22nd_ day of January, 2013.

█████████████████████

STATE OF MAINE
CUMBERLAND, ss:                                    January _22 &_ 2013

    Personally appeared the above-named ████████ and stated under oath that
the foregoing Affidavit made by her is true and based upon her own personal knowledge,
information or belief, and so far as upon information and belief, she believes the
information to be true.  Before me,

_____
Notary Public/Attorney-at-Law

_____                GREGORY S. ABBOTT
Name Typed or Printed                          Notary Public
My Commission Expires:                         State of Maine
                                               My Commission Expires January 29, 2018

4

**PRE-FILED DIRECT TESTIMONY**
**OF ▮▮▮▮▮▮▮▮▮▮**
**MPUC Docket No. 2011-00262**

1   Q.   **Please state your name and address.**

2   A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4   Q.   **Was a CMP smart meter installed at your residence?**

5   A.   The meter was installed on 10/26/10 when I was not home.  When I came home

6        from an errand that day, the burglar alarm had gone off and the computer in the

7        house was screwed up.  The installers left a note that I found in the driveway.  I

8        called CMP to complain about the alarm and computer.  They reimbursed me for

9        the cost to fix the computers.

10  Q.   **Did you experience any unusual symptoms after the meter was installed?**

11  A.    Not immediately, but my energy level was gradually diminished and I began

12       having regular headaches.  I had never had headaches before.

13  Q.   **Did you ask to have the smart meter removed?**

14  A.    Not right away.  I did not make the connection between my symptoms and the

15       smart meter until I was talking to my neighbor about my headaches and low

16       energy.  He mentioned the smart meter and I realized that it was a potential cause

17       of the symptoms.  I called CMP on 3/8/11 and complained about constant

18       headaches and low energy.  CMP scheduled to remove the smart meter and replace

19       it with the analog meter on 3/21/11.

1

| 1 | Q. | **Are you paying the opt-out fees?** |
|---|---|---|
| 2 | A. | No. |
| 3 | Q. | **Please describe why you do not want a smart meter at your residence.** |
| 4 | A. | It was the smart meter that I believe gave me headaches and "zapped" my energy |
| 5 | | level.  I woke up every morning with a low grade headache and felt tired all of the |
| 6 | | time. |
| 7 | Q. | **Do you experience headaches or other symptoms when in proximity to other** |
| 8 | | **radio frequency devices, such as Wi-Fi, microwave ovens, cell phones, or** |
| 9 | | **cordless phones?** |
| 10 | A. | No, I seldom use my computer, microwave oven or cell/cordless phones, and if I |
| 11 | | do it is for a very short period of time. |
| 12 | Q. | **Did the symptoms subside after they removed the smart meter?** |
| 13 | A. | Yes.  After a short period of time I realized I no longer had headaches when I |
| 14 | | woke up.  My energy level is back to normal. |
| 15 | Q. | **Has your experience with smart meters caused any disruptions in your daily** |
| 16 | | **living?  Please describe the circumstances?** |
| 17 | A. | No.  It just slowed me down and gave me aggravating headaches. |
| 18 | Q. | **Please tell us anything else that you want us or the Public Utilities** |
| 19 | | **Commission to know about your experiences and circumstances.** |
| 20 | A. | Many of my neighbors and friends became "sick" after the smart meter was |
| 21 | | installed.  I will not pay CMP to abstain from putting a smart meter on my home, |

2

1   Q.   **Do you experience headaches or other symptoms when in proximity to other**
2        **radio frequency devices, such as Wi-Fi, microwave ovens, cell phones, or**
3        **cordless phones?**

4        A.   No, I seldom use my computer, microwave oven or cell/cordless phones,
5             and if I do it is for a very short period of time.

6   Q.   **Did the symptoms subside after they removed the smart meter?**

7        A.   Yes.  After a short period of time I realized I no longer had headaches when
8             I woke up.  My energy level is back to normal.

9   Q.   **Has your experience with smart meters caused any disruptions in your daily**
10       **living?  Please describe the circumstances?**

11       A.   No.  It just slowed me down and gave me aggravating headaches.

12  Q.   **Please tell us anything else that you want us or the Public Utilities**
13       **Commission to know about your experiences and circumstances.**

14       A.   Many of my neighbors and friends became "sick" after the smart meter was
15            installed.  I will not pay CMP to abstain from putting a smart meter on my
16            home, that is harmful to me and my family and friends; and I don't want or
17            need.  I consider that to be extortion.

Dated this _22_ day of January, 2013.

STATE OF MAINE
CUMBERLAND, ss:                              January _22_, 2013

        Personally appeared the above-named ▮▮▮▮▮▮ and stated under oath that the
foregoing Affidavit made by him is true and based upon his own personal knowledge,
information or belief, and so far as upon information and belief, he believes the
information to be true.  Before me,

_Pamela E. Lovley_
Notary Public/Attorney-at-Law
_Pamela E. Lovley_
Name Typed or Printed
My Commission Expires:  6/21/2014

2

**PRE-FILED DIRECT TESTIMONY**
**OF** █████████████████████████
**MPUC Docket No. 2011-00262**

1    **Q.**    **Please state your name, address and occupation.**

2    A.    ████████████████████████████████████ I am a

3    retired █████████████████████████████████ and a retired

4    ███████████████████.

5    **Q.**    **Was a Sensus AMI smart meter installed at your Mother's (Helga Felicijan)**

6    **residence?  If so, state approximately the date when it was installed.**

7    A.    Yes, a Sensus AMI smart meter was installed at my Mother's residence.  The

8    smart meter was installed approximately September of 2009.

9    **Q.**    **Is your Mother paying an opt-out fee?**

10    A.    No.  My Mother would like to opt-out but that was not available until 2010.

11    Further, she has no option for a Non-RF emitting smart meter option so it does

12    her essentially no good to opt out.

13    **Q.**    **If a smart meter has not been installed, or if one was installed but removed**

14    **and replaced by an analog meter at your request, please describe the**

15    **circumstances of your request or complaint to CMP and their response.**

16    A.    My Mother asked for an opt-out based upon the Americans with Disabilities Act

17    due to her problems with racing heart.  Her utilities opt-out option still uses RF

18    radiation technologies and will not help her.  They have not answered her ADA

19    request and it has been over 9 months.  My mother doesn't want a smart meter

1

1      because it has increased her irregular heart rate hospitalizations. Since a faraday

2      cage has been put around her smart meter her irregular heart rates have reduced.

3      However, she now requires more medication to keep them in check as it is

4      impossible to avoid smart meters in her town.

5   **Q.**   **Have you had a problem with the Sensus Smart Meter installed at your**

6           **Mother's house?**

7   A.   Yes. I visited her for a little over 2 weeks in 2010. At the time, I didn't have

8        smart meters in my area. While at my Mother's home I had intense headaches,

9        trouble sleeping, and heard constant buzzing/humming sounds. My mother's

10       smart meter is installed approximately 6 feet from common living areas. I didn't

11       realize that my Mother had a smart meter installed just outside the

12       bedroom/kitchen area where I spent much of my time. I noticed that when I

13       drove home along the rural Columbia River my symptoms all left me. These

14       symptoms did not return until Southern California Edison began major

15       deployments of Itron Smart Meters in my area.

16  **Q.**   **If you do not currently have a smart meter, are you paying the opt-out fees?**

17  A.   I do not and have never had a smart meter on my home because I paid an opt-out

18       fee of $75.00 and $10.00 per month to read the meter. However, I hear the

19       buzzing and get headaches from the smart meters installed in my area. I have

20       approximately 72 smart meters installed in the other townhomes in my complex.

21       The meters are installed approximately 45 feet from my home.

2

1    Q.    **Please describe why you do not want a smart meter at your residence.**
2          **Identify any health concerns you may have about smart meters and whether**
3          **these concerns are based upon any specific physical or medical conditions**
4          **that you or any of your family members may have.**

5    A.    I don't want any smart meters on my home or anywhere around my home because
6          I can hear a constant buzzing/humming sound from the meters 24 hours a day.
7          When these meters transmit, I get intense migraine type headaches that last for
8          the duration of the transmissions (generally 15 seconds). The closer I am to the
9          smart meter when it transmits the more intense the pain is. I also find that the
10         smart meter transmissions wake me up in the middle of the night generally
11         around 3:30 a.m. I know several people who have the same reactions to the
12         meters as I do and get awakened at around 3:30 a.m. as well.

13   Q.    **Have you tried to verify that it is actually the smart meters causing your**
14         **health problems?**

15   A.    Yes. Before the smart meters were deployed throughout the area, I could go out
16         to smart meter free zones and not have any symptoms. As soon as I get back to
17         the smart meter area I hear the buzzing/humming immediately. I did this at least
18         7 times in order to verify that it was indeed the smart meters that were giving me
19         the buzzing/humming and headache problems. I have also noted that recently the
20         rural areas around me have been deployed. I have noted that as I travel through
21         the hills I can tell when the RF signal weakens and when I almost cannot hear it,

3

1    it will increase again to full strength and within a few feet I can see the repeater

2    infrastructure on the power poles.

3  Q.  **Do you or any of your family members experience electromagnetic sensitivity**

4    **symptoms in proximity to radio frequency devices, such as Wi-Fi, microwave**

5    **ovens, cell phones, cordless phones, smart meters or other devices?  Please**

6    **describe the symptoms and the circumstances when they occur.**

7  A.  My mother has trouble sleeping and has rapid heart rates so intense that she has

8    been hospitalized several times.  I hear a constant buzzing/humming that drives

9    me crazy after a while.  I also have sleep disturbances.  Prior to smart meters I

10    never had a problem falling asleep.  I get severe headache pain similar to a

11    migraine when the meters transmit data.  I have more severe joint pain, my skin

12    itches, and I am more fatigued and have troubling concentrating.  My neighbor

13    has had headaches and has lost the hearing in one of her ears due to inflammation.

14    Prior to the smart meters, I didn't have these kinds of symptoms.  Prior to the

15    smart meters, my mother had very few (1-2 per year) heart irregularities.  That

16    has risen to at least 4 times the rate prior to smart meters.

17    My mother and I have cell phones with no internet abilities and low RF

18    emissions.  Our phones are not used very frequently as they are primarily for

19    emergency use. We both have cell phone shields for our phones. My mother and

20    I do not use the microwave oven, don't have cordless phones, and don't have Wi-

21    Fi. I live at least 1300 feet from any cell tower.  My mother's closest cell tower is

22    approximately 10 miles away.

4

1    Q.    **If you have physical or medical conditions, including sensitivity to**
2          **electromagnetic radiation, have these conditions been diagnosed? Identify**
3          **the diagnosis or description of the condition.**

4    A.    My Mother has been diagnosed with an irregular/racing heart rate, high blood
5          pressure, diabetes. I have COPD and peripheral neuropathy.

6    Q.    **Have you or any of your family members experienced symptoms or adverse**
7          **effects while in the proximity of smart meters in particular (as opposed to**
8          **multiple devices in question 6)? Describe the circumstances. At what**
9          **distances from the meter do symptoms a) appear, b) increase and c) become**
10         **acute?**

11   A.    While spending approximately 2-3 hours putting a faraday box around my
12         Mother's smart meter that sits on a pole, my brother got a severe headache, felt
13         nauseous, had trouble sleeping that evening, and felt as if he had flu-like
14         symptoms. He has never had a reaction to RF radiation like that before. Once he
15         left the proximity of the box and it was incased in the faraday cage with only a
16         small opening (2 x 2 inches) pointed away from the home he began to feel much
17         better. This was an interesting reaction because it didn't necessarily believe that
18         the smart meter could be a problem. After his experience, he is convinced that
19         smart meters are dangerous. He believes that nothing should be allowed on a
20         home that makes people ill.

21   Q.    **Have you observed any pets exhibiting adverse reactions to smart meter**
22         **transmissions? Describe the circumstances.**

5

1  A.  My boarder terrier reacted negatively to smart meters. My dog was partially

2      blind and deaf but when we would walk within 10 feet of a smart meter he would

3      try to run as if he was in pain or scared. Once we got about 50 feet away from the

4      smart meter, he would relax.

5  Q.  **If you had a smart meter for a period of time and experienced or observed**

6      **symptoms or adverse reactions, did those symptoms or adverse reactions**

7      **cease when the smart meter was removed? Describe the circumstances.**

8  A.  I have noted that within hours of smart meters being totally deployed in my

9      neighborhood my symptoms got much worse. I investigated the situation because

10     I didn't notice the deployments as I heard the buzzing first. When I investigated I

11     saw that my neighborhood was deployed. Prior to the CPUC allowing SCE to

12     deploy, most of my neighbors had been on the delay list for installation. The

13     primary reason they don't opt-out now is because they don't have the extra

14     money in this economy to pay the opt-out fees.

15 Q.  **Has your experience with smart meters caused any disruptions in your daily**

16     **living? Please describe the circumstances?**

17 A.  My daily living is severely disrupted. I don't sleep well and have trouble

18     functioning properly during the day. When the transmissions occur the pain is so

19     intense I stop what I'm doing. The constant buzzing/humming drives me crazy. I

20     used to be able to drive into the hills (20-30 miles away) for relief but as everyone

21     around me is deployed the pain is only more intense and there is no place to go to

22     get away from the sounds.

6

1   Q.    **Please tell us anything else that you want us or the Public Utilities**
2         **Commission to know about your experiences and circumstances.**

3   A.    I believe that smart meters and RF radiation have NEVER been properly
4         evaluated for safety. This is particularly true for women, children, and the unborn
5         that are generally more susceptible to toxins in the environment. I believe that
6         smart meters are not safe and that it is cruel and heartless to expose people to
7         constant pain and suffering for something that doesn't even save energy.

8         I don't have a smart meter but my neighbors smart meter RF signals
9         invade my home. I believe that this violates my home and I have had my
10        property and safety taken from me without compensation or permission.

11        I know that human bodies don't experience pain without cause. Thus, I
12        know that there will be some kind of long term health consequences to all these
13        smart meter deployments. As a teacher who is in special education and has seen
14        children with disabilities on the rise, I believe that RF radiation may play a big
15        part of the problem. I know I have trouble concentrating around these RF signals
16        and children are more sensitive and would likely have more problems. Children
17        just don't tell us often because they don't know any other reality. Thus, they
18        don't realize the buzzing and headaches are not normal.

19        I believe that no public utilities commission should be allowed to rule on
20        any RF issue if they have any connections to industries that are RF technology
21        producers or users.

7

1    I believe that Utility Commissioners should be fitted with a device that
2    makes them hear a buzzing 24 hours per day, makes their heart race
3    uncontrollably so that they must be hospitalized at least 1 time per week, gives
4    them headaches 4 times per hour, wakes them up in the middle of the night, and
5    leaves them exhausted.   I believe that after just 1 month of this, they would
6    outlaw every smart meter in their state.   These are not mild symptoms but ones
7    that devastate and destroy your life.   You live but not well and not with a quality
8    of life that we are guaranteed by the Constitution of the United States.   Smart
9    meters are dangerous and over time I am convinced that they will increase health
10   care costs in this country.

11       Dated this ___31st___ day of January, 2013.

12
13
14
15

16   STATE OFCALIFORNIA
17   ORANGE, ss:                                              January _31_ , 2013
18
19       Personally appeared the above-named ▮▮▮▮▮▮▮▮ and stated under
20   oath that the foregoing Affidavit made by her is true and based upon her own personal
21   knowledge, information or belief, and so far as upon information and belief, she believes
22   the information to be true.   Before me,
23
24
25              ___See  Attached___
26              Notary Public/Attorney-at-Law
27              _____
28              Name Typed or Printed
29              My Commission Expires: _____

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _____Orange_____ }

On _1/31/13_ before me, _TEJASH DESAI, NOTARY PUBLIC,_
Date

personally appeared ████████████████████████████

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

TEJASH DESAI
COMM. # 1946108
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Comm. Exp. JULY 30, 2015

Signature _____

Place Notary Seal Above                    Signature of Notary Public

━━━━━━━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━━━━━━━

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

## Capacity(ies) Claimed by Signer(s)

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5907    Reorder: Call Toll-Free 1-800-876-6827

**PRE-FILED DIRECT TESTIMONY**
**OF** ███████████████
**MPUC Docket No. 2011-00262**

| | | |
|---|---|---|
| 1 | Q. | **Please state your name, address and contact information.** |
| 2 | A. | ████████████████████████████████████ |
| 3 | | ██████ |
| 4 | Q. | **Was a smart meter installed at your residence?** |
| 5 | A. | No |
| 6 | Q. | **Did you offer to provide testimony in another proceeding about your** |
| 7 | | **experience with smart meters?** |
| 8 | A. | Yes.  I have experienced a variety of health problems related to smart meters and I |
| 9 | | offered testimony in a Michigan Public Service Commission hearing (Case No U- |
| 10 | | 17053) reviewing a proposed opt-out program for Detroit Edison Company's |
| 11 | | Advanced Metering Infrastructure.  Unfortunately, the Commission would not |
| 12 | | accept any testimony about health and safety issues. |
| 13 | Q. | **Is the attached document marked as Exhibit A a true and accurate copy of** |
| 14 | | **the testimony that you offered to provide to the Michigan Public Service** |
| 15 | | **Commission?** |
| 16 | A. | Yes it is. |
| 17 | Q. | **Are the statements that you made in the attached Exhibit A still true and** |
| 18 | | **accurate?** |
| 19 | A. | Yes. |
| 20 | Q. | **Do you wish to add anything here not included in your statement in** |
| 21 | | **Exhibit A?** |

1  A.    My experience with smart meters and digital meters has been everywhere but my

2       own house – my work places, in businesses, at the library, in government

3       buildings, at the houses of friends, in churches.   My own house is still a relatively

4       safe place to be because I have an analog meter, which has no negative impact on

5       me. The houses around me have smart meters and I am impacted by those meters.

6       One does not need a smart meter on ones own house to be impacted by the radio

7       frequencies emitted by tens of thousands of smart meters in a community.

8  **Q.    Do you want to submit the statements in Exhibit A to the Maine Public Utility**

9       **Commission for consideration in its pending proceeding to investigate the**

10      **safety of smart meters?**

11 A.    Yes.  I submit the attached sworn testimony in support of complainants Ed

12      Friedman, et al in their case before the Maine PUC as evidence that smart meters

13      are not safe.

STATE OF MICHIGAN
WASHTENAW, ss                                      January 28, 2013

        Personally appeared the above-named ▇▇▇▇▇▇▇ and stated under oath that
the foregoing Affidavit made by her is true and based upon her own personal knowledge,
information or belief, and so far as upon information and belief, she believes the
information to be true.  Before me,

2

_____

Notary Public

_____

Name Typed or Printed

My Commission Expires: _____

**LISA P REIFERT**
Notary Public, State of Michigan
County of Washtenaw
My Commission Expires Feb. 24, 2018

1

3

**EXHIBIT A**

STATE OF MICHIGAN

BEFORE THE MICHIGAN PUBLIC SERVICE COMMISSION

In the matter of the application and request )
of the DETROIT EDISON COMPANY seeking      )
approval and authority to implement its        )          Case No U-17053
proposed Advanced Metering Infrastructure  )
opt out program.                                          )

QUALIFICATIONS AND DIRECT TESTIMONY OF

█████████████

4

<u>QUALIFICATIONS OF</u> █████████

1    Q.    **Do you swear that the testimony you are about to give is the truth, the whole truth,**
2          **and nothing but the truth?**

3    A.    I do.

4    Q.    **Please state your name, address and contact information.**

5    A.    ████████████████████████████████████

6    Q.    **On whose behalf are you testifying?**

7    A.    That of Intervenor Cynthia Edwards.

8    Q.    **What are your qualifications to testify?**

9    A.    I take my electric service from Detroit Edison. I have been affected by the smart meter
10         installation in the community in terms of my health

1

<u>DIRECT TESTIMONY OF Cynthia Edwards</u>

| | | |
|---|---|---|
| 1 | Q. | **What is the purpose of your testimony?** |
| 2 | A. | To provide information that may help the Commission in determining whether smart and |
| 3 | | digital meters create certain kinds of economic, medical, social, or other harm or hardship, |
| 4 | | as outlined in Intervener Cynthia Edwards Petition for Intervention, to some or all persons |
| 5 | | such that Detroit Edison and the Commission must not require those who are or who are |
| 6 | | likely to be so harmed to have a smart or digital meter placed on their home or place of |
| 7 | | business or to be otherwise deprived of rights and liberties, as outlined in Intervenor |
| 8 | | Edwards Petition for Intervention, by the deployment of the advanced metering |
| 9 | | infrastructure, smart meters, or digital meters, and, in the alternative, that such persons |
| 10 | | must be able to avoid such harm to their person and property without being charged a fee. |
| 11 | Q. | **How long have you lived at your current residence?** |
| 12 | A. | March 31,2012. |
| 13 | Q. | **What do you do for a living?** |
| 14 | A. | I have worked at ███████████████ since 2008. I also have been a landscape |
| 15 | | gardener for 35 years, and am a receptionist at ███████████████ |
| 16 | Q. | **Do you have a smart meter on your home?** |
| 17 | A. | No |
| 18 | Q. | **When as the first time you learned about smart meters?** |
| 19 | A. | I saw a magazine article sometime in 2011 talking about improving the electric grid which |
| 20 | | mentioned smart meters, and also talked about how they were going to save energy and |
| 21 | | reduce energy consumption, of which I am  very in favor of. |
| 22 | Q. | **So prior to reading this article, you knew nothing about smart meters?** |
| 23 | A. | No. |
| 24 | q. | **Did you have any concerns about smart meters at that time?** |
| 25 | A. | No. They seemed like a great idea. |
| 26 | Q. | **Why did you become concerned about smart meters?** |
| 27 | A. | I received an email from a friend with information saying there were health problems |
| 28 | | associated with smart meters and there were issues that the electric companies weren't |
| 29 | | addressing, but I didn't pursue looking into it.   I forgot about it until I received a letter from |
| 30 | | DTE saying a smart meter was going to be installed on my house within a few weeks. |
| 31 | | Because I had heard more negative information in the meantime,  and  I was becoming |

2

1 concerned, I attended a talk at a bookstore in Ann Arbor a few weeks later, which presented
2 information on the health impact of smart meters and radio frequencies.  I became very
3 concerned  for my health and decided to learn more.

4 Q. **What did you do then?**

5 A. I called DTE to say I didn't want a smart meter and had a 45 min argument on the phone
6 with a customer service person.  The assured me there were no problems with the meters
7 and said there was nothing I could do to stop the installation even if my doctor said I
8 shouldn't have one because of my health issues. I then sent a certified letter to DTE saying
9 not to install a smart meter on my house because I had health issues that it would
10 negatively impact and locked my meter.  I then called  a Mrs. Curtis at DTE and discussed
11 the situation.  She told me she would put me on an "opt-out" list, but that the details of that
12 were yet to be decided. This was in mid-late June.

13 Q. **What are the health issues you refer to?**

14 A. I have a compromised immune system and digestive system, an irregular heartbeat, and
15 have had fatigue and sleep issues.  I have hypothyroidism which I take medication for. I
16 have worked hard and at great expense for many years to build my health and strength so
17 that I can functional normally in the world. My doctor said it would not be safe for me to
18 have a smart meter on my house.  She also told me to limit my exposure to all radio
19 frequency devices.

20 Q. **Have you noticed any effects from smart meters?**

21 A. When I go into buildings with smart meters I experience heart palpitations, tightness in my
22 chest and head, headaches, mental confusion, my ears ring at a very high level

23 Q. **How do you know it is smart meters and not something else?**

24 A. Before the installations of smart meters in Ann Arbor, my health symptoms were minor and
25 under control. I was doing hard physical labor without problems. Late this spring I started
26 having an increase in heart issues, increased fatigue, and cognitive issues with memory and
27 fuzzy thinking at work. And I started having headaches, which I rarely ever had.  This was
28 all before I knew anything about smart meters and their impact. My symptoms have
29 increased steadily since then from exposure outside of my house. So  I am extremely
30 worried about a smart meter being installed on my house and these symptoms becoming
31 worse. From what I have researched, the physical impact is cumulative and does not just go
32 away, but continues to degrade health.

33 Q. **Have you had sensitivity to any other electrical or wireless devices other than smart**
34 **meters?**

| 1 | A. | I have always been negatively impacted by fluorsecent lights, which cause me to feel |
| 2 | | fatigued. With what I have learned about radio frequencies I think I am impacted by radio |
| 3 | | phones and just never made the connection to what I was experiencing. |

4  Q.  **Have the health effects you experience as a result of smart meters affected your**
5     **ability to work and earn a living? If the answer is yes, describe how.**

6  A.  Not in a big way yet. I do notice I am a lot more tired now that there are smart meters in my
7     work place and virtually everywhere I go.  I have had to call in sick several times since
8     spring with terrible headaches as well. If my symptoms increase I could be at risk of losing
9     my job and not having the energy to do physical labor.

10  Q.  **Have the health effects you experience as a result of smart meters affected your**
11      **ability to interact socially with others? If the answer is yes, describe how.**

12  A.  Somewhat.  I find I don't enjoy going out any more because I am feeling the impact of the
13      meters and just don't want to be exposing myself to the damage it is doing.

14  Q.  **Have the health effects you experience as a result of smart meters affected your**
15      **ability to access public services, such as the public library, government offices? If the**
16      **answer is yes, describe how.**

17  A.  Yes.  I can't stay in the library for very long as my heart starts acting up and my head gets
18      tight, sometimes I get a headache, and my thinking gets fuzzy.

19  Q.  **Have the health effects you experience as a result of smart meters affected your**
20      **ability to freely assemble outside? If the answer is yes, describe how.**

21  A.  No.

22  Q.  **Have the health effects you experience as a result of smart meters affected your**
23      **ability to access religious or spiritual services? If the answer is yes, describe how.**

24  A.  Yes, when I go to a place with a smart meter  because of the physical impact.  I don't want to
25      be there because I don't feel well.

26  Q.  **Have the health effects you experience as a result of smart meters affected your**
27      **ability to freely access health services? If the answer is yes, describe how.**

28  A.  I notice the impact but I go anyhow, because what else can I do?

29  Q.  **DTE has asked the Commission for approval of a plan that would not allow anyone to keep**
30      **their analog meter. Instead, those choosing to opt out of smart meter installation, if an opt-**
31      **out is instituted, will be forced to take a 3-watt digital meter on their house. Have you had**
32      **experience with the 3-watt digital meter?**

33  A.  Yes.

34  Q.  **What was that experience like?**

4

1  A.   I was recently in a house with the 3-watt digital meter. After I had been there a while my
2       heart began pounding, my head felt buzzy and very tight, and my ears were ringing very
3       loudly. I took my blood pressure and it was 145 over 75. Because I have chronically low
4       blood pressure (often less than 100) this was quite alarming. , The woman who lives there
5       had also been experiencing severe problems which included increased blood pressure. If
6       the same meter was installed on my house I would be in big trouble.

7  Q.   Do you have anything else to say regarding smart meters?

8  A    Yes. I don't want to have to pay for something that is endangering my health. If these meters
9       have to be installed then I expect DTE to install mitigation devices to protect me from the
10      negative impacts. If I'm to have no choice then DTE has to bear the cost of protecting me.

11

5

**PRE-FILED DIRECT TESTIMONY**
**OF** ██████████████
**MPUC Docket No. 2011-00262**

1   Q.   **Please state your name, address and occupation.**

2   A.   ████████████████████████████████████████

3   ████████████████████████████████████████████

4

5   Q.   **Was a CMP smart meter installed at your residence?  If so, state approximately the**

6   **date when it was installed.**

7   A.   Yes, September 2011.

8   Q.   **If a smart meter was removed and replaced by an analog meter at your request,**

9   **please describe the circumstances of your request or complaint to CMP and their**

10   **response.**

11   A.   My wife was developing acute hypersensitivity to the smart meter and we

12   requested its removal.  It began with ringing in her ears while watching TV

13   sporadically.  She didn't watch often because she was often away from home

14   working on projects in the field.  [Our TV is located in our living room with large

15   window facing the neighbor's smart meter about 28' away.] ██████ went to Texas

16   for 5 weeks in March and April 2011, and upon return home her ear ringing

17   escalated such that she sought medical attention.  With greater exposure to TV

18   now that she was home in August and September, 2011, the ringing escalated as

19   did her inability to sleep well.

1

1        Finally it became too much and we called CMP to have the smart meter

2        removed and replaced with an analog meter.  Throughout, we kept CMP advised

3        of her reactions and they were for the most part dismissive.  CMP removed the

4        smart meter on 10 October, 2012.

5   **Q.**   **If you do not currently have a smart meter, are you paying the opt-out fees?**

6   A.   Yes.

7   **Q.**   **Please describe why you do not want a smart meter at your residence.**

8   A.   We do not want a smart meter because we are concerned over mounting health

9        problems related to the meters which we did not fully understand.  Unfortunately

10        we both had become ill by the time we were aware of the magnitude of the risks

11        and serious devastating consequences to our health.

12        Our work has been adversely affected and related stress has been profound.

13        My wife had also had Lyme Disease and was treated with antibiotics over

14        the previous year making her immune system weaker and more susceptible to the

15        assault from smart meters.

16        I experienced ringing and pressure in both ears and inability to sleep for

17        days and weeks.  I have lost 11 pounds.  The symptoms, for both me and my wife,

18        became so bad we had to abandon our house of 33 years.

19        █████ has developed a horrible hypersensitivity to radiofrequency waves

20        and sound in general.  She has ear ringing in her left ear ranging from light ringing

21        to intense when near smart meters or in vicinity of other RF devices, like in

22        airports shopping areas in town and on flights.  She has lost her ability to sleep.

2

1     ████████now has tingling and burning in both hands when close to smart meters, or

2     other wireless devices emitting RF.  Her hands and fingertips turn red and or

3     become covered in red blotches.  She now suffers from heart palpations and has

4     lost 10 pounds.  In August, 2012, she started to feel "lightning bolts" in her left

5     eye following the viewing of Democratic convention on TV.  It may be that our

6     TV, facing the living room window and the neighbor's smart meter, was reflecting

7     emissions from their meter directly to our eyes.  Around this time all symptoms

8     increased and we had the meter removed in October.

9   Q.   **Did your symptoms or adverse reactions cease when the smart meter was removed?**

10  A.   Not at all.  When our meter was removed, the situation seemed to grow worse or at

11    least our sensitivity was now in a more acute stage.  Though my wife had

12    repeatedly asked if I heard the ringing I did not until our meter was removed.  Our

13    neighbor's smart meter is about 28' away directly in line with our living room

14    window.  Our symptoms were the worst in our living room and our bedroom,

15    which is directly above the living room.  It became impossible to remain in either

16    room as our conditions of sensitivity became more acute in October, November

17    and December, even after our meter was removed.  Our own smart meter was on

18    the opposite side of our house from our neighbors.

19          When our symptoms did not improve following our meter removal, this led

20    us to believe the neighbor's meter was more detrimental to our health than our

21    own had been.  In fact there was a several day period when the neighbor's meter

22    was removed and temporarily swapped back to an analog meter and during this

3

1        time our symptoms lessened. When the neighbor's smart meter was replaced, our

2        symptoms intensified.

3                Even with the entire living room covered with 2 layers of grounded

4        aluminum and a 4x8' sheet of corrugated metal outside the window which is also

5        covered with grounded aluminum we still experience ear ringing only less so.  The

6        ear ringing is much more pronounced now upstairs in our bedroom and affects us

7        even in a very short period.  We have noticed the ringing appears worse during

8        inclement weather with clouds and or rain.  In October and November upon

9        returning from work the ringing would begin upon entering our home.

10   Q.   **Have you received medical attention for your symptoms?**

11   A.   We both had complete physicals with blood work at ███████ Family Medicine.

12        See Exhibits A and B.  No middle ear or ear infections noted.  Caregiver was

13        unaware of smart meter issues.  We both received intensive acupuncture

14        treatments in November and December with the acupuncturist recognizing the

15        seriousness of our conditions, the similarity to acute toxicity cases observed in

16        other patients and the assault to our health.  See Exhibit C

17   Q.   **Has your physician or other medical care provider made any recommendations**

18        **about exposure to electromagnetic devices, including smart meters?**

19   A.   Recommendation to minimize time in our home and to get out of and stay out of

20        this toxic RF environment as soon as possible.  Recommendation was also to take

21        things one step at a time because as devastating as the problem is, it is

22        overwhelming.  Taken as a whole, the stress would make us weaker and unable to

4

1          deal with the ravages of the problem.  So, our coping with this has been

2          incremental, day by day in survival mode.

3    Q.    **Has your experience with smart meters caused any disruptions in your daily living?**

4          **Please describe the circumstances?**

5    A.    Yes! Our lives have been devastated. It has affected our health and our

6          ██████████business.  We have had to leave our home with 4 cords of wood put

7          away in the barn for winter and the garlic we planted for next year.  Everything in

8          our lives has been adversely affected, including relationships within our

9          community and with our neighbors.  Our lives have been totally

10         interrupted/imploded and become surreal.  We could never have imagined

11         something this devastating could happen to us.

12   Q.    **Please tell us anything else that you want us or the Public Utilities Commission to**

13         **know about your experiences and circumstances.**

14   A.    It is unbelievable these problems are occurring with the PUC-sanctioned CMP

15         wireless RF meters.  People's lives, our lives, have been devastated with traumatic

16         effects, perhaps leading to life-long disabilities.  It is no exaggeration to say this

17         experience has been torture for us.  We could never have imagined this would

18         happen to us; our health and work destroyed and our home of 33 years becoming

19         toxic to us.  The whole thing has been surreal in the extreme.

20              The belittling of our health concerns we repeatedly reported to CMP has

21         been one of the worst if not the most horrendous nightmares of our lives.  To not

22         be accountable for their product [smart meters] and simply remove it from the

5

1    neighbor's [with such health concerns raised] is unconscionable.  We have

2    bounced from client's homes, friend's houses and our tents in sub-freezing

3    temperatures for months and CMP has known this every step of the way.

4         We were forced to leave our home of many decades while CMP repeatedly

5    tells us there is nothing they can do and that the meters are safe. Home is where

6    the heart is, it is a sacred space for all of us.  For us, that home was destroyed.

Dated this *14* day of January, 2013.



STATE OF MAINE
WALDO, ss:                                    January 14, 2013

      Personally appeared the above-named ██████████ and stated under oath that the
foregoing Affidavit made by him is true and based upon his own personal knowledge,
information or belief, and so far as upon information and belief, he believes the information to
be true.  Before me,

_____
Notary Public/Attorney-at-Law
DEBORAH K HOOVER
Name Typed or Printed
My Commission Expires: Aug 17, 2019

6

EXHIBIT

**WINTERPORT FAMILY MEDICINE** (A division of Sunbury Primary Care)

| NAME: | | | | | | CHART # | |
|---|---|---|---|---|---|---|---|

| DATE | 1/18/12 | VS | T 97.9 | BP: 100/70 | P: 74 | Wt: 126.2 | Ht: | V/A | O/S | O/D |

Visit Type: □FU □D W M □Acute □Hosp/ER FU □CPX □Consult □Other ☑New □Estab   Initials: ___

**CC** ℞ poss ear infection

Friedman Lay Witness Testimony
Redacted 244 of 293
JA 09722

**SH**
Smoker: Current Former ☑N   PPD: ___   ETOH: Y ☑N
Exposure: Y ☑N   Marital Status: S ☑ D W
Occupation: ___

**FH** No Change-See: ___

**HPI** □Location □Quality □Severity □Timing □Duration □Context □Modifying Factors □Assoc S&S
Brief: Acute problems 1-3 Elements  or  1-2 Estab Problems      Extended: Acute problems: 4+ Elements  or  3+ Estab Problems

? ear infection feels swollen –
took tylenol – helped some ℞ symptom
OC/C/C. No pain in dental – just cleaned
still has battling lyme disease. She has
had throbby, burning pain & ℞ eye pain.
She is due to see Dr. Hersey shortly.

**PMH** No Change-See: ___

**MED/ALLERGY** No Known Drug Allergies ☑No Change-See: 1/3 ↑

**MEDS** ☑No Change-See: 1/3 ↑   □No Medications

**EXAM**

| ORGAN SYSTEMS | NL | See Note |
|---|---|---|
| Const | ✓ | ☑No Distress |
| Eyes | | |
| ENT/M | ✓ | |
| CV | ✓ | |
| Resp | ✓ | |
| GI | | |
| GU | | |
| MS | | |
| Skin | | |
| Neuro | | |
| Psych | | |
| Heme Lymph Immuno | | |

TM's clean but ℞ pre-auricular area
red & swollen. The ℞ ext canal
seemed swollen as well compared to
Ⓛ.

Hands appear NMC, NMC prints

BODY AREAS

| Head | | |
| Neck | | |
| Chest Breast | | |
| Abd | | |
| Gen | | |
| Back | | |
| Extrm | | |

Checkmark = Exam

**ROS**

| | NL | ABNORMAL | See Note |
|---|---|---|---|
| Const | | □Fever □Lethargy □Distress □↓ Sleep | |
| Eyes | | □↓ Vision □Pain □Redness □D/C | |
| ENT/M | | □↓ Hearing □ST □Pain | |
| CV | | □CP □Palpitations □Syncope □Ankle Swelling | |
| Resp | | □SOB □DOE □Cough □Wheezing | |
| GI | | □Constip □Diarrhea □Indig □↓ Appetite □N/V | |
| GU | | □Dysuria □Hematuria □Nocturia □Abnl Menses | |
| M/S | | □Swelling □Stiffness □Pain | |
| Skin Breast | | □Rash □Itching □Mass □DC □Jaundice | |
| Neuro | | □Weakness □Dizzyness □Confusion | |
| Psych | | □Depression □Anxiety □Panic Disorder | |
| Endo | | □Heat/Cold Intol □Goiter □Hair Loss | |
| Heme Lymph | | □Lymphadenopathy □Bruising | |
| Allergy Immun | | □Hives | |

| # | **ASSESSMENT** E =Estab/Chronic N = New    M = Minor/Self Limited | E/S | N/U | M/W | | # | **PLAN** | RTC: ___ D W M PRN |
|---|---|---|---|---|---|---|---|---|
| | ℞ pre-auricular cellulitis | | | | | | Keflex 500 PO TID x 14 day | |
| | ↑ Lyme disease | | | | | | Apply warm moist towels 3-4 x day | |
| | | | | | | | Again offered her appt c ID but she declines – | |
| | | | | | | | She will see me again in 2 weeks. Let | |
| | | | | | | | me know how she would like to proceed | |

Health Maintenance
□Mammo □Flu Vax □Pneumovax □dT □Scrn Colonoscpy □B Density □PSA

| DX | □ SL/M =1 (Max=2) | □ Each Est Prob=1 (+1 if Unstable) | □ New Prob - No w/WU=3 (Max=3) | □ New Prob w/WU= 4 | Data | □ Review/Order Lab, EKG,XR,O,xi=1 ea | □ Indep Rev □Discuss □Obtain Old | □ Summary/Review Old Records or □ Obtain Additional Hx = 2 (Specify) | |

| Hx - Need 3 of 3 at or above level | | | | | | MDM - Need 2 of 3 at or above level | | | CODE: Above 3 at or above level New: 3 est 1 | | | | Counseling/Coordination > 50% | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HPI | ROS | PFSH | Level | Dx | Data | Risk | | | MDM | Hx | Exam | Estab New | Time BA/OS | C/C Time___ min/TotalTime:___ min |
| Brief 1-3 | | | PF | 1 | 0-1 | 1 SL/Minor | | | SF | SF | PF | 99212 | 10 | |
| Acute Elements 2-9 | Of Estab Problems 1 | 0 | EPF | 2 | 2 | 2+ SL/Minor, 1 Estab Stable, OTC Rx, PT/OT 1 Acute Uncomplicated Illness or Injury | | | LC | EPF | D | 99213 | 15 | |
| Extended 4+ | Extended 3+ | | D | 3 | 3 | 1+ Estab Unstable, 1 Acute w/Systemic Sx 2+ Stable Estab, New Prob/?Prop, Rx Med | | | MC | D | C | 99214 | 25 | |
| Acute Elements 10+ | Of Estab Problems 2/3 | | C | 4 | 4 | Life threat, Suicide, Abrupt Neuro Change Estab Very Unstable, Intense Rx Mgm, DNR | | | HC | C | C | 99215 | 40 | |

**FAMILY MEDICINE** *(A Division of ▮▮▮ Primary Care)*

| NAME: ▮▮▮ | | | | | CHART # ▮ |
|---|---|---|---|---|---|

| VS | T: | BP: 110/76 | P: 62 | Wt: 123.8 | Ht: | V/A | O/D |
|---|---|---|---|---|---|---|---|

| Visit Type | □FU  □ D W M □ Acute  □ Hosp/ER FU  □ CPX □ Consult □ Other | □New □Estab | Initials |
|---|---|---|---|

**C/C**  Pain in eye

**SH**  Smoker: Current Former (No)  PPD: ___ ETOH: Y (N)
Exposure: Y (N)  Marital Status: S (M) D W
Occupation: ▮▮▮

**HPI** □Location □Quality □Severity □Timing □Duration □ Context □ Modifying Factors □ Assoc S&S
Brief: Acute problems: 1-3 Elements  or  1-2 Estab Problems     Extended: Acute Problems: 4+ Elements  or  3+ Estab Problems

**FH** □ No Change-See: ___

**PMH** □ No Change-See: ___  Immunizations, Surgery, Trauma, Illnesses, Hospitalizations

**ALLERGY** □ No Known Drug Allergies (X) □ No Change-See: list

**MEDS** (X) No Change-See: list  □ No Medications

(1) eye pain since Friday, she points to
the R corner of the R eye p eating
tomatoes & chocolates. Has a H/o Lyme dz
and she was feeling well p tetr ~~Doxycycline~~
Keflex for cellulitis in fact traveled to Texas
for ~ 3 months, hiked & did not have any of
her constitutional sx. However p eating tomatoes &
chocolates last weekend all of her sx came back. The R eye feels like
there is something in it. Denies trauma

**EXAM** □ No Distress

Awake, alert
Exopthalmos. Appears to be a stye
R upper lateral eyelid.

| EXAM | NL | See Note |
|---|---|---|
| Const | | |
| Eyes | ✓ | |
| ENT/M | ✓ | |
| CV | ✓ | |
| Resp | ✓ | |
| GI | | |
| GU | | |
| MS | | |
| Skin | | |
| Neuro | | |
| Psych | | |
| Heme Lymph Immuno | | |
| Head | | |
| Neck | | |
| Chest Breast | | |
| Abd | | |
| Gen | | |
| Back | | |
| Extrm | | |

| ROS | NL | ABNORMAL | See Note |
|---|---|---|---|
| Const | | □Fever □Lethargy □Distress □ ↓Sleep | |
| Eyes | | □ Vision □Pain □Redness □D/C | |
| ENT/M | | ↓ Hearing □ST □Pain:___ | |
| CV | ✓ | □CP □Palpitations □Syncope □Ankle Swelling | |
| Resp | | □SOB □DOE □Cough □Wheezing | |
| GI | | □Constip □Diarrhea □Indig □↓Appetite □N/V | |
| GU | | □Dysuria □Hematuria □Nocturia □Abnl Menses | |
| M/S | | □Swelling □Stiffness □Pain:___ | |
| Skin Breast | | □Rash □Itching □Mass □DC □Jaundice | |
| Neuro | | □Weakness □Dizzyness □Confusion | |
| Psych | | □Depression □Anxiety □Panic Disorder | |
| Endo | | □Heat/Cold Intol □Goiter □Hair Loss | |
| Heme Lymph | | □Lymphadenopathy □Bruising | |
| Allergy Immun | | □Hives | |

| # | ASSESSMENT | E = Estab/Chronic  N = New  M = Minor/Self Limited  S = Stable  U = Unstable  W = Work Up Needed | E | S | N | U | W | # | PLAN | RTC: ___ D W M PRN |
|---|---|---|---|---|---|---|---|---|---|---|

Stye R upper eyelid
Lyme disease

Because her constitutional
sx were resolved c the Keflex
in January, I tend to believe that
she cont to have latent LD. Therefore
I am going to tx c antibx round of ABx.
Warm moist
towel to the
eyelid

| | Health Maintenance □ Mammo □Flu Vax □Pneumovax □dT □Scrn Colonscpy □ B Density □PSA |
|---|---|

| DX | □ SL/M =1  □ Each Est Prob=1 (+1 if Unstable) | New Prob - No WU=2 (Max=3) | New Prob WU=4 (Max=4) | Data | □ Review/Order Lab, EKG,XR,Oxi=1 ea | □ Indep Rev Image =1 | □ Discuss w/Doc=1 | □ Obtain Old Records=1 | □ Summary/Review Old Records +1 Obtain Additional Hx = 2 (Specify) |
|---|---|---|---|---|---|---|---|---|---|

| Hx – Need 3 of 3 at or above level | | | | | | MDM – Need 2 of 3 at or above level | | | CODE: Estab: 2 of 3 a/above level  New: 3 of 3 | | □ Counseling/Coordination > 50% C/C Time ___min/Total/Time: ___min |
|---|---|---|---|---|---|---|---|---|---|---|---|

| HPI | ROS | PFSH | Level | Dx | Data | Risk | | MDM | Hx | Exam BA/OS | Estab New | Time (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brief 1-3 Acute Elements | 0 | 0 | PF | 1 | 0-1 | SL/Minor | | SF | PF SF | 2-4 | 99212 99222 | 10 20 |
| Brief or Estab Problems | 1 | 0 | EPF | 2 | 2 | 2+ SL/Minor, 1 Estab Stable, OTC Rx, PT/OT  1 Acute Uncomplicated Illness or Injury | | LC | EPF | 2-4 | 99213 99203 | 15 30 |
| Extended 4+ Acute Elements | 2-9 | 1 | D | 3 | 3 | 1+ Estab Unstable, 1 Acute w/Systemic Sx  2+ Stable Estab, 1 Acute New Prob/Prog, Rx Med | | MC | D | 5-7 8+OS | 99214 99204 | 25 45 |
| Extended or Estab Problems | 10+ | 2/3 | C | 4 | 4 | Life threat, Suicide, Abrupt Neuro Change  Estab Very Unstable, Intense Rx Mon, DNR | | HC HC | C | 8+OS 8+OS | 99215 99205 | 40 60 |

Friedman Lay Witness Testimony
Redacted 245 of 293

Rev 06/05/01 Copyright Sunbury Family Practice

JA 09723

████████ FAMILY MEDICINE/A Division ██ ██ Primary Care

## PATIENT PHONE CALL

Message For _____ *Tin* _____

Patient's Name _████████████████████████__  URGENT ☐ Yes ☐ No

Caller _____ Home Phone ████████ Work Phone _____  Age ____ Weight ____

Pharmacy _____ Pharmacy Phone _____

REGARDING: ☐ Illness        ☐ Phone Follow-up    ☐ Rx1` Refill _____
           ☐ Injury         ☐ Referral           ☐ Test Results _____
           ☐ Medications     ☐ Returning Call      ☐ Other _____

| MESSAGE: | RESPONSE: |
|---|---|
| Lyme disease is really acting up. Hands are in a lot of pain. Can she go back on doxycycline? (Buck comm Pharm) | Needs to stop ceftin See pmple. |
| Date 11/5/12  Time 818  By MSpencer | Callsn ☐☐  By _____ |
| PROBLEM | ☐ OK TO FILE |

(3/27/12)

FAMILY MEDICINE/A Division          Primary Care

Date:_____  Name:_____    DOB:_____

## PATIENT PHONE CALL

Message For   TC / Mary Cctring

| | URGENT ☐ Yes ☐ No |

Patient's Name _____  Age _____  Weight _____

Caller  RAtt _____ Home Phone 228-4046  Work Phone _____

Pharmacy _____  Pharmacy Phone _____

REGARDING:  ☐ Illness      ☐ Phone Follow-up   ☐ Rx1` Refill _____

☐ Injury      ☐ Referral       ☐ Test Results _____

☐ Medications  ☐ Returning Call   ☐ Other _____

**MESSAGE:**
Pt calling because she is taking Keflex due to being treated for Lyme By TC, Pt

**RESPONSE:**
Still having symptoms and wanted to know if she could go on doxycyclin. yes we can on purp

Date _____  Time 0812  By  ____

PROBLEM

☐ OK TO FILE   5/29/12

(3/27/12)

7/25/12  BD: TSH.
10-12-12 - Pt Blood draw TS11 ——————————  AK

FAMILY MEDICINE (A Division of Sudbury Care)

| NAME: | | | | CHART # | |
|---|---|---|---|---|---|

| DATE 10-12-12 | VS T 97.1 | BP 118/60 | P 74 | Wt 121.6 | Ht: | V/O A/S | O D |
|---|---|---|---|---|---|---|---|

Visit Type: ☐FU ☐0 W M ☐Acute ☐Hosp/ER FU ☐CPX ☐Consult ☐Other ☐New ☐Estab

C Lyme disease flare up

**HPI** ☐Location ☐Quality ☐Severity ☐Timing ☐Duration ☐Context ☐Modifying Factors ☐Assoc S&S
Brief: Acute problems: 1-3 Elements gr 1-2 Estab Problems    Extended: Acute Problems: 4 Elements gr 3+ Estab Problems

Here to talk about Lyme dz sx. Few weeks ago she started c numbness & tingling in the arms & hands & started a week of Rx (Keflex) & Doxycycline. She felt great went to Fla for a few weeks and came back. The state sx started coming back and she started today supervene knot need & tired. + floaters → saw optho no objective prob. She is wondering if she has ? Lyme dz flare and/or mast ...... exposure? → Has ringing in the ears (L > R)

**SH** Smoker: Current Former No PPD: ETOH: Y N
Exposure: Y N    Marital Status: S M D W
Occupation:
No Change-See:

**FH** No Change-See:

**PMH** No Change-See: Immunizations, Surgery, Trauma, Illnesses, Hospitalizations

**MEDS/ALLERGY** ☐No Known Drug Allergies ☐No Change-See:
See list

**MEDS** ☐No Change-See: ☐No Medications
See list
labs drawn; Blood draw TSH ————

**EXAM NL** ☐No Distress

| EXAM | NL | See Note |
|---|---|---|
| Const | ✓ | |
| Eyes | ✓ | |
| ENT/M | ✓ | |
| CV | ✓ | |
| Resp | ✓ | |
| GI | | |
| GU | | |
| MS | | |
| Skin | | |
| Neuro | ✓ | |
| Psych | | |
| Heme Lymph Immuno | | |
| Head | | |
| Neck | | |
| Chest Breast | | |
| Abd | | |
| Gen | | |
| Back | | |
| Extm | | |
| Checkmark = Exam | | |

**ROS NL ABNORMAL**

| ROS | NL | ABNORMAL | See Note |
|---|---|---|---|
| Const | | ☐Fever ☐Lethargy ☐Distress ☐Ó Sleep | |
| Eyes | | ☐Ó Vision ☐Pain ☐Redness ☐DlC | |
| ENT/M | | ☐Ó Hearing ☐ST ☐Pain | |
| CV | | ☐CP ☐Palpitations ☐Syncope ☐Ankle Swelling | |
| Resp | | ☐SOB ☐DOE ☐Cough ☐Wheezing | |
| GI | | ☐Constip ☐Diarrhea ☐Indig ☐Ó Appetite ☐N/V | |
| GU | | ☐Dysuria ☐Hematuria ☐Nocturia ☐Abnl Menses | |
| M/S | | ☐Swelling ☐Stiffness ☐Pain | |
| Skin Breast | | ☐Rash ☐Itching ☐Mass ☐DC ☐Jaundice | |
| Neuro | | ☐Weakness ☐Dizzyness ☐Confusion | |
| Psych | | ☐Depression ☐Anxiety ☐Panic Disorder | |
| Endo | | ☐Heat/Cold Intol ☐Goiter ☐Hair Loss | |
| Heme Lymph | | ☐Lymphadenopathy ☐Bruising | |
| Allergy Immun | | ☐Hives | |

**# ASSESSMENT** E = Estab/Chronic N = New M = Minor/Self Limited S = Stable U = Unstable W = Work Up Needed

Tertiary Lyme disease

**# PLAN** RTC: ____ 0 W M PRN

Have offered neurology consult and she will think about. For now start ceftin 500 mg PO q12 x10d if better will start another 2 week course

**Health Maintenance**
☐Mammo ☐Flu Vax ☐Pneumovax ☐dT ☐Scrn Colonscpy ☐B Density ☐PSA

| # | | E/S | U/N | M/W | # | | |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|

CODE: Estab: 2 of 3 ab/above level New: 3 of 3 ☐Counseling/Coordination > 50% C/C Time _____ min/Total Time: _____ min

| | SLM =1 (Max=2) | Each Est Prob=1 (+1 if Unstable) | New Prob - No WU=3 (Max=3) | New Prob w/WU= 4 | Review/Order Lab, EKG,XR,Oxi=1 ea | Indep Rev Image =1 | Discuss w/Doc=1 | Obtain Old Records=1 | Summary/Review Old Records or Obtain Additional Hx ≤ 2 (Specify) |
|---|---|---|---|---|---|---|---|---|---|

**MDM — Need 2 of 3 at or above level**

| Hx | HPI | ROS | PFSH | Level | Dx | Data | Risk |
|---|---|---|---|---|---|---|---|
| ed 1-3 | Brief 1-3 | 0 | 1 | PF | 0 | 0-1 | 1 SL/Minor |
| te nents | Brief 1-3 | 1 | E,PF | 1 | 2 | 2+ SL/Minor, 1 Estab Stable, OTC Rx, PT/OT |
| nded Extended | nded | 2-9 | 1 | | 3 | 1 Acute Uncomplicated Illness or Injury |
| + Estab | | | 2/3 | | 4 | 2+ Estab Unstable, 1 Acute w/Systemic Sx |

| MDM | Hx | Exam BADGS | | Estab New | Time (min) |
|---|---|---|---|---|---|
| SF | PF | 1-2 | 1-4 | 99212 99202 | 10 20 |
| LC | EPF | 2-4 | 5-6 | 99213 99203 | 15 30 |
| MC | D | 5-7 | | 99214 99204 | 25 45 |
| | C | 8+ | 8-08 | | |

Friedman Lay Witness Testimony
Redacted 248 of 293

© Copyright Sudbury Primary Care

JA 09726

# MEDICAL ASSOCIATES LABORATORY

MD-Director

| Patient: | | Patient #: | |
|----------|---|-----------|---|

| Birth: | | Age: | 62 years | Home Phone: | |
|--------|---|------|---------|-------------|---|
| Gender: | Female | | | Work Phone: | |

| | | | | | | | | | | | Ref. Range | Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accession No: | 410046 | 405175 | 380943 | 375836 | 341887 | 320383 | 313050 | 120448 | | | | |
| Doctor: | | | | | | | | | | | | |
| Collection Date: | 10/12/2012 10:52 | 07/25/2012 07:59 | 07/15/2011 10:38 | 05/05/2011 09:12 | 02/02/2010 07:57 | 04/17/2009 08:17 | 01/07/2009 08:14 | 11/01/2002 10:15 | | | | |
| Fasting Status: | NO | NO | UNKNOWN | YES | YES | YES | | UNKNOWN | | | | |
| NA | | | | 138 | | 143 | | 143 | | | 135 - 148 | MEQ/L |
| K | | | | 4.4 | | 4.1 | | 4.1 | | | 3.5 - 5.3 | MEQ/L |
| CL | | | | 102 | | 103 | | 107 | | | 98 - 110 | MEQ/L |
| CO2 | | | | 29 | | 32 | | 25 | | | 24 - 34 | MEQ/L |
| GLUCOSE | | | | 73 | | 81 | | 74 | | | 70 - 110 | MG/DL |
| BUN | | | | 13.0 | | 17.0 | | 17.0 | | | 6.0 - 20.0 | MG/DL |
| **CREA** | | | | 0.7 L | | 0.8 | | 0.8 | | | 0.8 - 1.4 | MG/DL |
| **CALCIUM** | | | | 8.1 L | | 8.4 | | 8.7 | | | 8.3 - 10.0 | MG/DL |
| ALBUMIN | | | | 3.8 | | 4.0 | | 4.3 | | | 3.4 - 5.0 | G/DL |
| T. BILI | | | | 0.4 | | 0.4 | | 0.4 | | | 0.0 - 1.2 | MG/DL |
| AST (SGOT) | | | | 24 | | 19 | | 14 | | | 7 - 40 | U/L |
| ALT (SGPT) | | | | 39 | | 32 | | 28 | | | 10 - 65 | U/L |
| ALK PHOS | | | | 100 | | 85 | | 68 | | | 42 - 141 | U/L |
| T.PROT | | | | 7.0 | | 6.9 | | 7.1 | | | 6.0 - 8.5 | G/DL |
| GFR | | | | 90.4 | | 78.0 | | | | | | ml/min |
| **CHOL** | | | | 252 H | 225 H | 177 | 259 H | | | 140 - 200 | MG/DL |
| **TRIG** | | | | 84 | 55 | 42 L | 88 | | | 45 - 150 | MG/DL |
| **HDL** | | | | 89.0 H | 90.0 H | 87.0 H | 75.0 H | | | 26.0 - 72.0 | MG/DL |
| **HDL/CHOL** | | | | 35.3 H | 40.0 H | 49.2 H | 29.0 H | | | 13.9 - 22.2 | % |
| **VLDL** | | | | 16.8 | 11.0 | 8.4 L | 17.6 | | | 9.0 - 30.0 | MG/DL |
| **LDL CALCULATED** | | | | 146.2 H | 124.0 | 81.6 | 166.4 H | | | 74.0 - 140.0 | MG/DL |
| TSH | 2.570 | 6.940 H | 1.970 | 0.210 L | 0.420 | | 0.480 | 4.117 | | | 0.350 - 5.500 | UIU/L |

| Reviewed By: _____ | Date: _____ |
|---|---|

| L = Low    CL = Critical Low    BL = Borderline Low    IL = Invalid Low    A = Abnormal | Cumulative Report | Printed: 10/15/2012 09:52 | Page 2 of 2 |
| H = High    CH = Critical High    BH = Borderline High    IH = Invalid High    N = Normal | | | |

Friedman Lay Witness Testimony
Redacted 249 of 293

JA 09727



**FAMILY MEDICINE**

Dear_____,

The results of your tests are as follows:

- ☐ Blood tests
  - ☐ Total Cholesterol = _____ (Goal is less than 200)
  - ☐ Triglycerides = _____ (Goal is less than 200)
  - ☐ HDL Cholesterol = _____ (Goal is greater than 35)
  - ☐ LDL Cholesterol = _____ (Goal is less than 130)
  - ☐ Hemoglobin A1C = _____ (Goal is less than 7%)
  - ☐ Blood sugar = _____
  - ☐ Prostate Blood test (PSA) _____
  - ☑ Other: _Thyroid_  2.57 (Normal).
- ☐ PAP Smear
- ☐ Culture
- ☐ Mammogram
- ☐ MRI
- ☐ CT
- ☐ Bone Density
- ☐ Ultrasound
- ☐ Other test results: _____

  - ☐ Normal.
  - ☐ Continue same medication.
  - ☐ Results too high
  - ☐ Follow diet closer
  - ☐ Change medication:_____
  - ☐ Repeat test:_____
  - ☐ Call medical assistant for instructions.
  - ☐ Call office for an appointment.
  - ☐ Comment:_____

If you have any questions, please do not hesitate to call our office.

Sincerely,

███████ Family Medicine

EXHIBIT B

**FAMILY MEDICINE** (A Division of ▮▮▮▮ ary Care)

| NAME: ▮▮▮▮ | | CHART # ▮▮▮ |
|---|---|---|

| DATE: 11-6-12 | VS | T: 98.3 | BP: 112/80 | P: 72 | Wt: 166 | Ht: | V A O S |
|---|---|---|---|---|---|---|---|

Visit Type: ☐FU  ☐ D W M ☑ Acute  ☐ Hosp/ER FU  ☐ CPX  ☐Consult☐Other  ☑New  ☐Estab   Initials ▮▮

CC: Estb - Ear Ring

**SH:** Smoker: Current / Former / (No)  PPD:___  ETOH: Y (N)
Exposure: Y (N)  Marital Status: S (M) D W
Occupation: _____

**HPI** ☐Location☐Quality☐Severity ☐Timing☐Duration ☐ Context ☐Modifying Factors ☐Assoc S&S
Brief: Acute problems: 1-3 Elements or 1-2 Estab Problems   Extended: Acute Problems: 4+ Estab Problems or 3+ Estab Problems

Here to establish. Pts main complaint is that he has ringing in the ears (mainly the (L)) he thinks as a result of the cmp "Smart meter" that his neighbor has. The ringing started just recently within 1 week. He has complained to cmp and his neighbor neither of which have done anything about it. He is in today to establish that he is relatively healthy and doesn't have an ear infection

**FH:** ☐No Change-See: ▮▮▮

**PMH:** ☐No Change-See: _____ Immunizations, Surgery, Trauma, Illnesses, Hospitalizations

**MED ALLERGY:** ☑No Known Drug Allergies   ☐No Change-See:

**MEDS** ☐No Change-See:   ☐No Medications

11-6-12 — Bd draw CMP, CBC ☐☐s

| EXAM | NL | See Note |
|---|---|---|
| | | ☑No Distress |
| **ORGAN SYSTEMS** | | |
| Const | | |
| Eyes | | |
| ENT/M | | |
| CV | | |
| Resp | | |
| GI | | |
| GU | | |
| MS | ✓ | |
| Skin | ✓ | |
| Neuro | | |
| Psych | | |
| Heme Lymph Immune | | |
| **BODY AREAS** | | |
| Head | | |
| Neck | | |
| Chest Breast | | |
| Abd | | |
| Gen | | |
| Back | | |
| Extrm | | |
| Checkmark = Exam | | |

| ROS | NL | ABNORMAL | See Note |
|---|---|---|---|
| Const | | ☐Fever☐Lethargy☐Distress  ⊘ Sleep | |
| Eyes | | ☐↓Vision ☐Pain ☐Redness ☐D/C | |
| ENT/M | | ☐↓Hearing ☐ST ☐Pain:___ | |
| CV | | ☐CP ☐Palpitations ☐Syncope ☐Ankle Swelling | |
| Resp | | ☐SOB ☐DOE ☐Cough ☐Wheezing | |
| GI | ✓ | ☐Constip ☐Diarrhea ☐Indig ☐↓Appetite ☐N/V | |
| GU | | ☐Dysuria ☐Hematuria ☐Nocturia ☐Abnl Menses | |
| M/S | ✓ | ☐Swelling ☐Stiffness ☐Pain:___ | |
| Skin Breast | ✓ | ☐Rash ☐Itching ☐Mass ☐DC ☐Jaundice | |
| Neuro | | ☐Weakness ☐Dizzyness ☐Confusion | |
| Psych | | ☐Depression ⊘Anxiety ☐Panic Disorder | |
| Endo | | ☐Heat/Cold Intol ☐Goiter ☐Hair Loss | |
| Heme Lymph | | ☐Lymphadenopathy ☐Bruising | |
| Allergy Imm | | ☐Hives | |

| # | **ASSESSMENT** E = Estab/Chronic  N = New  M = Minor/Self Limited S = Stable  U = Unstable  W = Work Up Needed | E | N M S | # U W | **PLAN** | RTC: 1 D W (M) PRN |
|---|---|---|---|---|---|---|

Tinnitus and cause

Return 1 mo for CPX
lab CMP, CBC today

**Health Maintenance**
☐Mammo ☐Flu Vax ☐Pneumovax ☑dT ☐Scrn Colonoscpy ☐B Density ☐PSA

| DX | ☐ SL/M =1 (Max=2) | ☐ Each Est Prob=1 (+1 if Unstable) | ☐ New Prob - No WU =1 (Max=3) | ☐ New Prob w/WU= 4 | ☐ Review/Order Lab, EKG,XR,O₂=1 ea | ☐ Indep Rev Image =1 | ☐ Discuss w/Doc=1 | ☐ Obtain Old Records=1 | ☐ Summary/Review Old Records or Obtain Additional Hx = 2 (Specify) |
|---|---|---|---|---|---|---|---|---|---|

| Hx - Need 3 of 3 at or above level | | | | | MDM - Need 2 of 3 at or above level | | | CODE: Estab: 2 of 3 of/above level  New: 3 of 3 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HPI | ROS | PFSH | Level | Dx | Data | Risk | | MDM | Hx | Exam BA/OS | Estab New | Time E/O | |
| Brief 1-3 | Brief 1-2 | 0 | PF | 0 | 0-1 | 1 SL/Minor | | SF | PF | 2-4 | 99212 99202 | 10 20 | |
| Acute Elements Or | Estab Problems | 1 | EPF | 2 | 2 | 1 Acute Uncomplicated illness or injury | | LC | EPF | 2-4 | 99213 99203 | 15 30 | |
| Extended 4+ | Extended Or | 2-9 | D | 3 | 3 | 1+ Estab Unstable, 1 Acute w/Systemic Sx  2+ Stable Estab, New Prob?/Prog, Rx Med | | MC | D | 5-7 | 99214 99204 | 25 45 | |
| Acute Elements | Estab Problems | 10+ | 2/3 | C | 4 | Life threat, Suicide, Abrupt Neuro Change  Estab Very Unstable, Intense Rx Mon, DNR | | HC | C | 8+OS | 99215 99205 | 40 60 | |

Version 05/05/11 Copyright Sunbury Primary Care

☐ Counseling/Coordination > 50%
C/C Time: ___ min/Total Time: ___

**████ MEDICAL ASSOCIATES**
**Medication List**

Patient Name: _____     DOB: _____

Allergies: _NKDA_

| Medication / Dose / Frequency | Start Date | Stop Date | Review Date 11-6 2012 | Review Date | Review Date | Review Date | Review Date | Review Date | Review Date | Review Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Ø meds | | | Ⓨ N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| | | | Y N | Y N | Y N | Y N | Y N | Y N | Y N | Y N |
| **Reviewer Initials** | | | | | | | | | | |

**Family Medicine Problem List**

Name _____    DOB: _____
Address _____    Phone (Home) _____
_____    (Work) _____
Emergency Contact: ███████████    Relationship _wife_    Tel: ███████████

| Date | Problem | Date | Problem |
|------|---------|------|---------|
| | Ø | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Allergies | Surgical History | Social History |
|-----------|------------------|----------------|
| Ø | Testicular surgery 1840 | ADVANCE DIRECTIVE    YES/ NO |
| | | Tobacco  Y /(N)  Quit |
| | | Pack Years |
| | | ETOH    Y (N) Quit |

**Health Maintenance Date**    **Immunizations**

| CPX | | | | | Flu | | | | |
|-----|--|--|--|--|-----|--|--|--|--|
| BMI | | | | | Flu | | | | |
| EYE EXAM | | | | | Pneumonia | | | | |
| COLONOSCOPY | | | | | TD | | | | |
| NEXT DUE | | | | | | | | | |
| PAP | | | | | Zostavax | | | | |
| MAMMOGRAM | | | | | Meningiococal | | | | |
| BONE DENSITY | | | | | Hep B | | | | |
| PSA | | | | | Gardasil | | | | |

**DISEASE STATE MONITORING    RESULT / DATE**

| A1C | | | | | | | | | |
|-----|--|--|--|--|--|--|--|--|--|
| Date | | | | | | | | | |
| Microalb | | | | | | | | | |
| Date | | | | | | | | | |
| CHOL | | | | | | | | | |
| Date | | | | | | | | | |
| LDL | | | | | | | | | |
| Date | | | | | | | | | |
| HDL | | | | | | | | | |
| Date | | | | | | | | | |

## PATIENTS FAMILY HISTORY

| Relative | Living | Deceased | Cause of death | Age at Death |
|---|---|---|---|---|
| Father        72 | ✓ | | | |
| Mother      ℔ 70 | ✓ | | | |
| Brothers | | | | |
| | | | | |
| | | | | |
| Sisters | | | | |
| | | | | |
| | | | | |
| Sons | | | | |
| | | | | |
| | | | | |
| Daughters | | | | |
| | | | | |
| | | | | |
| Maternal Grandfather | | | | |
| Maternal Grandmother | | | | |
| Paternal Grandfather | | | | |
| Paternal Grandmother | | | | |

**Any family members known to have:**          (check all boxes that apply)

| | Father | Mother | Brother | Sister | Son | Daughter | |
|---|---|---|---|---|---|---|---|
| Heart Attack | | | | | | | |
| High B.P. | | | | | | | |
| Diabetes | | | | | | | |
| Stroke | | | | | | | |
| TB | | | | | | | |
| Epilepsy | | | | | | | |
| Migraines | | | | | | | |
| Thyroid Disease | | | | | | | |
| Cancer | | | | | | | |
| Heart Disease | | | | | | | |
| Asthma | | | | | | | |
| Allergies | | | | | | | |
| Alcoholism | | | | | | | |
| Ulcers | | | | | | | |
| Colitis | | | | | | | |
| Kidney Disease | | | | | | | |
| Arthritis | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# MEDICAL ASSOCIATES LABORATORY

**Cumulative Report**

███████ MD-Director

| Patient: ███████ | | Patient #: ███████ |
| Birth: ███████ | Age: 45 years | Home Phone: ███████ |
| Gender: Male | | Work Phone: |

| | | | | | | | | | | Ref. Range | Units |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Accession No: | 411628 | | | | | | | | | | |
| Doctor: | ███████ | | | | | | | | | | |
| Collection Date: | 11/06/2012 09:40 | | | | | | | | | | |
| Fasting Status: | NO | | | | | | | | | | |
| WBC | 5.1 | | | | | | | | | 4.8 - 10.8 | CMM |
| RBC | 4.78 | | | | | | | | | 4.70 - 6.10 | CMM |
| HGB | 16.1 | | | | | | | | | 14.0 - 18.0 | G/DL |
| HCT | 46.3 | | | | | | | | | 42.0 - 52.0 | % |
| **MCV** | 96.9 H | | | | | | | | | 80.0 - 94.0 | UX3 |
| **MCH** | 33.6 H | | | | | | | | | 27.0 - 33.0 | uuG |
| MCHC | 34.7 | | | | | | | | | 32.0 - 35.0 | % |
| PLT | 153.0 | | | | | | | | | 130.0 - 450.0 | CMM |
| MPV | 9.7 | | | | | | | | | 7.4 - 10.4 | FL |
| **RDW** | 15.2 H | | | | | | | | | 11.5 - 14.5 | % |
| LY% | 35.2 | | | | | | | | | 20.0 - 51.0 | % |
| MO% | 8.8 | | | | | | | | | 2.0 - 10.0 | % |
| GR% (NEU%) | 56.0 | | | | | | | | | 30.0 - 70.0 | % |
| LY# | 1.8 | | | | | | | | | 0.9 - 5.3 | CMM |
| MO# | 0.4 | | | | | | | | | 0.1 - 1.1 | CMM |
| GR# (NEU#) | 2.9 | | | | | | | | | 1.3 - 7.4 | CMM |
| NA | 140 | | | | | | | | | 135 - 148 | MEQ/L |
| K | 4.5 | | | | | | | | | 3.5 - 5.3 | MEQ/L |
| CL | 102 | | | | | | | | | 98 - 110 | MEQ/L |
| CO2 | 29 | | | | | | | | | 24 - 34 | MEQ/L |
| GLUCOSE | 91 | | | | | | | | | 70 - 110 | MG/DL |
| BUN | 18.0 | | | | | | | | | 6.0 - 20.0 | MG/DL |
| CREA | 0.8 | | | | | | | | | 0.8 - 1.4 | MG/DL |
| CALCIUM | 8.3 | | | | | | | | | 8.3 - 10.0 | MG/DL |
| ALBUMIN | 4.1 | | | | | | | | | 3.4 - 5.0 | G/DL |
| T. BILI | 0.6 | | | | | | | | | 0.0 - 1.2 | MG/DL |
| AST (SGOT) | 21 | | | | | | | | | 7 - 40 | U/L |
| ALT (SGPT) | 35 | | | | | | | | | 10 - 65 | U/L |
| ALK PHOS | 49 | | | | | | | | | 42 - 141 | U/L |
| T.PROT | 7.6 | | | | | | | | | 6.0 - 8.5 | G/DL |
| GFR | 111.1 | | | | | | | | | | ml/min |

*(handwritten notes: "copy to pt    All labs OK",  "will copy to pt 11-9",  stamp: NOV 0 8 2012)*

| L = Low | CL = Critical Low | BL = Borderline Low | IL = Invalid Low | A = Abnormal |
| H = High | CH = Critical High | BH = Borderline High | IH = Invalid High | N = Normal |

Friedman Lay Witness Testimony
Redacted 255 of 293
JA 09733

# MEDICAL ASSOCIATES LABORATORY

**Cumulative Report**

██████ MD-Director

| Patient: ██████ | | | Patient #: ██████ | | |
|---|---|---|---|---|---|
| Birth: ██████ | | Age: 45 years | Home Phone: ██████ | | |
| Gender: Male | | | Work Phone: | | |

| | | | | | | | | | | | Ref. Range Units |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Accession No: | 411628 | | | | | | | | | | |
| Doctor: | ██████ | | | | | | | | | | |
| Collection Date: | 11/06/2012 09:40 | | | | | | | | | | |
| Fasting Status: | NO | | | | | | | | | | |

Reviewed By: _____     Date: _____

| L = Low    CL = Critical Low    BL = Borderline Low    IL = Invalid Low    A = Abnormal |
| H = High    CH = Critical High    BH = Borderline High    IH = Invalid High    N = Normal |

Cumulative Report        Printed: 11/07/2012 11:50        Page 2 of 2

Friedman Lay Witness Testimony
Redacted 256 of 293
JA 09734

謙

泰

January 7, 2013

To Whom It May Concern
Re: ████████████████████

I treated both █████ and ████████ three times in late November and
December 2012.  They were both complaining of severe tinnitus and
insomnia occurring after installation of 'smart meters' by Central
Maine Power in their neighborhood.  For Ms.████████, symptoms also
included pain and burning in the hands.  Both were agitated from the
lack of sleep.

Each treatment ameliorated their condition and, so long as they
stayed in places with low EMF levels, they were able to get some rest
and to relax.  Immediately on returning to their home or to any place
with high EMF levels, symptoms would re-emerge with similar or
greater intensity.

I treated both Mr. ████ and Ms. ████████ for depleted pulse and low Qi
energy and believe that their condition was directly stimulated by the
high level EMFs encountered at home which then pushed them both
past a tipping point where even moderate EMF exposure would
reactivate the symptoms.

Please feel free to contact me if you need further information.

Sincerely,

██████████, M.Ac.

**PRE-FILED DIRECT TESTIMONY**
**OF** ███████████████
**MPUC Docket No. 2011-00262**

1   Q.   **Please state your name and address.**

2   A.   ████████████████████████████

3   Q.   **Was a CMP smart meter installed at your residence?   If so, state**

4         **approximately the date when it was installed.**

5   A.   Yes.   On December 20, 2010.

6   Q.   **If the smart meter was removed and replaced by an analog meter at your**

7         **request, please describe the circumstances of your request or complaint to**

8         **CMP and their response.**

9   A.   After determining that my severe illness was caused by the meter, we consulted an

10       electrician on January 27, 2011, to move it to the utility pole behind our home.   He

11       called CMP and learned that it would need to be mounted on a post instead of the

12       pole.   Since this could not be done until Spring, CMP agreed to replace our original

13       analog meter.   This was done on January 28, 2011.   See my statement dated

14       February 13, 2011, attached as Exhibit A.

15   Q.   **If you do not currently have a smart meter, are you paying the opt-out fees?**

16   A.   Yes.

17   Q.   **Please describe why you do not want a smart meter at your residence.**

18         **Identify any health concerns you may have about smart meters and whether**

1

1          these concerns are based upon any specific physical or medical conditions that

2          you or any of your family members may have.

3     A.   I am highly sensitive to EMF as well as other environmental toxins and allergens.

4          This was the most severe, life-threatening attack I have ever had.

5     Q.   **Please describe the symptoms or adverse effects you experience while in the**

6          **proximity of smart meters.**

7     A.   My severe attack included vertigo, seizures, muscle paralysis, mental confusion and

8          paranoia, headaches, back and leg pain, chest pains, blurred vision, and rashes

9          resulting in panic attacks.

10    Q.   **Do you experience electromagnetic sensitivity symptoms in proximity to radio**

11         **frequency devices, such as Wi-Fi, microwave ovens, cell phones, cordless**

12         **phones, smart meters or other devices?   Please describe the symptoms and**

13         **the circumstances when they occur.**

14    A.   I do not use WiFi or cell and cordless phones, and limit my use of microwave ovens,

15         TV, computers and x-rays.   X-rays cause the most severe symptoms, the others

16         more minimal.

17    Q.   **If you have physical or medical conditions, including sensitivity to**

18         **electromagnetic radiation, have these conditions been diagnosed?   Identify**

19         **the diagnosis or description of the condition.**

20    A.   All of these conditions respond well to my acupuncture treatments, but are not

21         permanently healed.

2

1    Q.    **Has your physician or other medical care provider made any**

2          **recommendations about exposure to electromagnetic devices, including smart**

3          **meters?   Please attach any recommendations in writing from your health care**

4          **provider.**

5    A.    Yes.   I receive acupuncture treatments twice weekly to alleviate these symptoms.

6          See attached Exhibit B.

7    Q.    **Did your symptoms or adverse reactions cease when the smart meter was**

8          **removed?   Describe the circumstances.**

9    A.    The most severe symptoms improved immediately.   Others gradually lessened.

10   Q.    **Has your experience with smart meters caused any disruptions in your daily**

11         **living?   Please describe the circumstances?**

12   A.    I have to limit the time that I spend in all buildings with smart meters.   Vertigo and

13         severe back pain are the first symptoms to appear.   I am gradually becoming a

14         recluse.

15   Q.    **Please tell us anything else that you want us or the Public Utilities Commission**

16         **to know about your experiences and circumstances.**

17   A.    Since other environmental toxins may cause similar mental problems as the smart

18         meter does, I do not feel that I can testify in person.   I would not be able to think

19         and communicate clearly.   Hopefully, I might be able to testify by phone.   I am

20         enclosing my letter which was included in the original petition to CMP.   EMF

21         sensitivity is real, and it is regrettable that CMP did not research this problem more

22         thoroughly and look for a safer meter.

3

Dated this ___*9th*___ day of January, 2013.

████████████████████

STATE OF MAINE
CUMBERLAND, ss:                                     January ⁹__, 2013

    Personally appeared the above-named ████████, and stated under oath that the foregoing Affidavit made by her is true and based upon her own personal knowledge, information or belief, and so far as upon information and belief, she believes the information to be true.   Before me,

Notary Public/Attorney-at-Law

Barbie L Wilson
Name Typed or Printed
My Commission Expires: *march 5, 2017*

BARBIE WILSON
Notary Public, Maine
My Commission Expires March 5, 2017

3

EXHIBIT
A
Bates No. 5208

A Smart Meter was installed on our home in Windham on December 20.
Within a few days, I did not feel well, being unsteady on my feet and feeling dizzy when getting out of bed. On January 5, I became dizzy while bowling in my league at Yankee Lanes and had to stop. During the following three weeks I became severely ill with vertigo, seizures, muscle paralysis, mental confusion, headaches, back and leg pain, chest pains, blurred vision, panic attacks, and rashes. I was unable to follow my usual routine of grocery shopping, bowling twice weekly, attending church services, and exercising at Curves. My husband drove me everywhere and took over most of my household duties. He watched me constantly for fear of my falling or injuring myself in some way. One day I had the feeling that I just had to get out of our house, and I did find some relief by sleeping and staying in my car, and then by spending three nights in motels in Scarborough and Freeport where Smart Meters have not been installed. The symptoms always returned when I was in the house. After a thorough medical exam, blood and urine tests, and lower back x-rays disclosed nothing that would be causing these symptoms, I suspected that the Smart Meter might be the problem. CMP agreed to remove the Smart Meter, temporarily replacing our old meter until the PUC determines their future use. I immediately began feeling better at home. This past week I resumed driving and tried to return to my normal activities, but have found that the vertigo and other discomforts began to reoccur after I spent more than an hour in buildings equipped with Smart Meters. I already have to limit my exposure to energies such as microwave ovens, cell phones, and radiation, which have caused similar symptoms. This was the most severe, life-threatening attack that I have ever experienced, so I know that I will not be able to tolerate a Smart Meter on our home under any circumstance. I would greatly appreciate being able to continue using our original CMP meter.

Sincerely,

EXHIBIT
Blumberg No.
B

[redacted]

(207) 846-4433

Fax (207) 846-1366

[redacted]

[redacted]

10/23/2012

To whom it may concern:

RE: Patient, [redacted]

I have examined [redacted] and have been treating her since Smart Meters were installed in the spring of 2011. She has extreme sensitivity to the electromagnetic frequency of Smart Meters. She has responded to treatment with moderate success, but is still very sensitive and symptomatic when in close proximity to Smart Meters or their transformers/repeaters. Her symptoms include dizziness, nausea, headaches, disorientation, fever, joint pain and vertigo. Should you need any further information, please do not hesitate to contact me.

Sincerely,

[redacted]

York Office: 433 U.S. Route One • Suite H • Cottage Place • York, ME 03909 • (207) 363-8600

**PRE-FILED DIRECT TESTIMONY**
**OF** ███████████████
**MPUC Docket No. 2011-00262**

1    Q.    **Please state your name and address.**

2    ████████████████████
3
4

5    Q.    **Was a smart meter installed at your residence?**

6    A.    No.

7    Q.    **Did you have an adverse reaction to the meter?**

8    A.    My symptoms began following the installation of smart meters in my neighborhood.

9    Q.    **If you do not currently have a smart meter, are you paying the opt-out fees?**

10   A.    Yes.

11   Q.    **Please describe why you do not want a smart meter at your residence.**

12   A.    As a licensed Radio Ham █████████, several years ago I became aware of the

13   dangers of the additive effects of radio frequency radiation through the proliferation

14   of wireless devices.   I have made efforts to reduce my exposure to said radiation for

15   several years.   I do not use a cell phone.   There is no wifi home network in our

16   house and we have taken measures to reduce dirty electricity and other sources of

17   RF pollution.   I have remained minimally involved in ham radio as a hobby.

18          My research into smart meters indicated that there was no benefit to me in

19   their installation.   (As for the much-touted real-time feedback, I could readily

20   determine my electrical usage by noting what I turn on and through use of a

1

1       Kill-A-Watt device.    The billions being spent on this project are surely in pursuit of

2       another goal.)    Moreover, the addition of a smart meter seemed thoroughly

3       detrimental to me because of greatly increased exposure to RF, loss of privacy, and

4       the much-reported-on danger of malfunction and fire from the devices themselves.

5   Q.  **Do you experience electromagnetic sensitivity symptoms in proximity to other**

6       **radio frequency devices, such as Wi-Fi, microwave ovens, cell phones, or**

7       **cordless phones?**

8   A.  Since the onset of my symptoms, I have stayed pretty close to home. I avoid RF

9       devices and have for several years.   I do not have a wifi home network, nor do I use

10      a microwave oven, or DECT phones. I do not use a cell phone.

11      I have The Hum and experience physical vibrations in my body.   The Hum

12      is a phenomenon experienced around the world, and is frequently described as

13      "mysterious" in its origination.   It sounds like a diesel engine idling nearby.   Its

14      volume is greater at some times than others.   In his 2004 paper, David Demming

15      described my symptoms when he described The Hum as, "More than just a noise,

16      the Hum is also capable of manifesting as vibrations felt throughout the body and is

17      often accompanied by a suite of physical symptoms that includes headaches,

18      nausea, and pain in the ears."   My sensitivity to The Hum is becoming harder to

19      tolerate and harder to differentiate from other inputs.   I have, however, noticed

20      feelings of disorientation near florescent lights and operating fans.    I also

21      experience heart palpitations at times.

2

1  Q.  **Have your physician or other medical care provider made any**
2      **recommendations about exposure to electromagnetic devices, including smart**
3      **meters?**

4  A.  No. I have not consulted physicians on EMF exposure. Physicians are not
5      routinely trained in acoustics or radio frequencies. Since September, I have read
6      extensively on the subject, have consulted books and articles by experts in the field,
7      and have attempted to mitigate the effects of EMF radiation in reliance on their
8      recommendations. I have not been able to mitigate The Hum. EMF sensitivity is
9      not taken seriously in the States, as it is in Europe. Our legal exposure levels in the
10     US would not be 1000 times those of Europe if EMF sensitivity were taken
11     seriously here.

12 Q.  **Has your experience with smart meters caused any disruptions in your daily**
13     **living? Please describe the circumstances?**

14 A.  Yes. My sleep has been disturbed for many months now. I made a note to myself
15     in March, 2012, noting my having been awakened in the night by vibrations, a
16     phenomenon that had already been occurring from time to time. Then in the
17     middle of July, 2012, I began to be awakened and kept awake by both vibrations and
18     The Hum. I sought the source of The Hum, much in the way I later found
19     described by so many others on the Internet, by going out looking for it. I now hear
20     this sound 24 hours a day. It was at first most noticeable at night. Now it is always
21     "on", sometimes deafening in its intensity. Accompanying the Hum now are the

3

1    vibrations, increasing in severity, which cause my body to vibrate.    The Hum is

2    exhausting, and yet it prevents one from obtaining adequate sleep.

3        I have a background in acoustics.    These sound pressure levels are very

4    high.    It feels like a buffeting on the ears.    I have a theory of the mechanism of the

5    Hum, which I plan to pursue.    I cannot yet prove, but I currently believe, that the

6    Smart Grid, a "Mesh" system that floods my neighborhood with RF, is responsible,

7    not only because my symptoms were coincidental with the arrival of the "Smart

8    Grid", but because others have convincingly implicated the "Smart Grid" with The

9    Hum all over the world.    What CMP calls *repeaters and collectors* are routers.

10       From an interview with Curtis Bennett about the wireless routers:

11           *'Don't focus on individual smart meters, Bennett advises*

12       *electromagnetically exposed governments and power providers.    "As soon as you*

13       *incorporate the routers, head-to-toe you are stimulating tissue.    Margin of error:*

14       *zero.    You are not insured for it."  ....Human beings also complete the smart meter*

15       *circuit by inducting their wireless currents.    "Head-to-toe impacts every function*

16       *in the body," Curtis Bennett says.    Which is why he calls routers the "game*

17       *changer" in the smart meters discussion.'  ....*

18           *Smart meters operate on cell phone frequencies.    And studies have*

19       *confirmed that low power levels are extremely dangerous because they more closely*

20       *mimic – and confuse - the human body's intercellular communications.    As a*

21       *Jewish lawyer told Bennett:    "The holocaust pales in comparison.    This is getting*

22       *them all."*

4

1    *http://www.willthomasonline.net/interview%20with%20thermoguy%20curtis%20b*

2    *ennett.htm*

3    The CMP website says in its Frequently Asked Questions:

4    *"**I know that Wi-Fi is safe and my home network runs 24/7.   How does the Wi-Fi***

5    ***signal from my meter get to a CMP building?***

6    •    *The technology chosen by CMP for our Smart Meter infrastructure sends a*

7    *signal, via radio waves, "over the air."   This technology utilizes equipment*

8    *(repeaters and collectors) that receives the signal from a large volume of meters*

9    *and then "hands off" this data to a "take-out point" (gateway).   Data is*

10   *transferred from the gateway, via a third-party public provider, to a CMP building*

11   *in Augusta.*

12   •    *Repeaters and collectors are predominately mounted on existing CMP poles and*

13   *gateways are predominately mounted on existing communication towers.*

14   B. Blake Levitt, when asked in an interview why people were still

15   uninformed about the dangers of RF said, "There is a long learning curve."

16   Propaganda such as that on the CMP website "*I know that Wi-Fi is safe …*" will

17   fool most of the people most of the time.   For a while.

18   I am concerned for my health, as I am aware that exposure to Hum

19   frequencies is extremely dangerous, as these frequencies are the frequencies of the

20   body itself.   Like a glass that vibrates and breaks when a singer strikes just the right

21   note, my whole body vibrates from The Hum frequencies.   It is a well-documented

22   effect that anything stimulated at the right frequency will vibrate.   I do not have a

5

1    smart meter on my house, yet I am exposed and harmed by the system I do not want

2    and cannot escape.

3  Q.  **Please tell us anything else that you want us or the Public Utilities Commission**

4    **to know about your experiences and circumstances.**

5  A.  I want to tell you what I learned.   When I became a radio Ham, I learned that effects

6    and dangers of RF are additive, that is, each additional source of RF, from wireless

7    baby monitors to wireless door bells, to microwave ovens, to routers, etc., add to a

8    person's total exposure.   Hams putting out excessive signals can lose their licenses

9    or go to jail.   These illegal signals can literally kill their neighbors.   Yet these same

10   levels are ok if done by a major corporation, and no one is adding it up.

11       I learned about the early epidemiological studies on Hams showing high

12   cancer rates.   Corporations and the military have taken out patents <u>since the 1970's</u>

13   developing <u>Weapons Systems</u> based on these frequencies.   We know they are not

14   safe.   Paid Industry "researchers" are brought out to say they are safe.   Why is it

15   that the wireless industry cannot obtain liability insurance?   The frequencies they

16   use are not safe.   The World Health Organization now classifies RF/microwave

17   toxins emitted by wireless Smart Meters as a "Class B potential human carcinogen."

18   Despite CMP's putting words into our mouths to convince us (see above FAQ: "*I*

19   *know that Wi-Fi is safe and my home network runs 24/7.*") we know plenty

20   regarding the safety of RF frequencies.   They are not safe.

21       The number of people becoming ill from these RF frequencies is increasing

22   and expected to be half of the population by 2020.   If they are still alive.

6

1         I perceive a pattern.  Asbestos.  Cigarettes.  RF.  The perpetrators drag it

2     out in litigation, kill people, make money.  In the end, the people pay for the

3     systems and are left with the liabilities.  Profiteers walk away with the profits.

4     Regulators betray the public: there is no rule of law.

5         "At the length truth will out." People are figuring it out and will pursue

6     justice.  What remains to be seen is whether the truth will be brought out by the

7     regulators doing their job, through litigation in the courts at great expense and

8     endless misery, or by the people in revolt.  Life is harsh where there is no rule of

9     law.  Let's not go there.

    Dated this 25th day of January, 2013.

STATE OF MAINE
YORK, ss:                                                          January 25, 2013

    Personally appeared the above-named ████████ and stated under oath that
the foregoing Affidavit made by her is true and based upon her own personal knowledge,
information or belief, and so far as upon information and belief, she believes the
information to be true.  Before me,

*Jerilynn E. Libby*
Notary Public/Attorney-at-Law
*Jerilynn E. Libby*
Name Typed or Printed
My Commission Expires: *April 20, 2013*

7

## PRE-FILED DIRECT TESTIMONY
## OF ███████████████
### MPUC Docket No. 2011-00262

| | | |
|---|---|---|
| 1 | Q. | **Please state your name and address.** |
| 2 | A. | ████████████████████████████ |
| 3 | Q. | **Was a CMP smart meter installed at your residence?   If so, state** |
| 4 | | **approximately the date when it was installed.** |
| 5 | A. | It was installed in the Spring of 2012 when I was not home. |
| 6 | Q. | **Did you notice any unusual symptoms after the meter was installed.** |
| 7 | A. | Yes.  I began to have ringing in my ears, a racing pulse, and severe headaches.  I |
| 8 | | could not sleep at night.  I did not have these symptoms before the meters were |
| 9 | | installed in my home and my neighbors' homes.  I could not figure out what was |
| 10 | | causing the symptoms until I did some on-line research and learned that smart |
| 11 | | meters emit EMF.  I had no awareness about smart meters before this. |
| 12 | Q. | **Did you complain to CMP and request that they remove the smart meter?** |
| 13 | A. | I called and complained as soon as I figured out that the smart meters were |
| 14 | | causing my problems.  I told CMP that I had ringing in my ears, a racing pulse, |
| 15 | | and headaches.  They said there wasn't a department as of yet to help with my |
| 16 | | circumstances, but they promised there would be and that they would get back to |
| 17 | | me about my concerns.  I am still waiting to be contacted by them.  They did |
| 18 | | replace the smart meter with an analog meter.  Unfortunately my neighbor's meter |
| 19 | | faces my home and I live in a mobile home park where it is loaded with smart |

1

1      meters (350 plus smart meters) emitting a high volume of EMF. I still have

2      symptoms, particularly at night.

3  **Q.**  **Are you paying the opt-out fees?**

4  A.  Yes.

5  **Q.**  **Do you experience electromagnetic sensitivity symptoms in proximity to other**

6      **radio frequency devices, such as Wi-Fi, microwave ovens, cell phones,**

7      **cordless phones, or other devices?**

8  A.  I do not use cell phones because of the frequency level and never a microwave.

9      My heart races, and I get feelings of dizziness and unsteadiness around these

10     devices.

11  **Q.**  **Have you been seen by a doctor for your condition?**

12  A.  Yes. I called my regular physician when it first start bothering me but he was

13     unable to help me. I have been seeing Dr. Robert Deutch, D.C. in Portland. I've

14     tried protective meshes to shield the EMF but nothing works.

15  **Q.**  **Has your physician or other medical care provider made any**

16     **recommendations about exposure to electromagnetic devices, including smart**

17     **meters?**

18  A.  Just to do whatever I can to reduce my exposure. He told me to move, which is

19     not possible, they are installed all over the Brunswick area. I have gone back to

20     using a land line I unplug everything when I am not using it.

21  **Q.**  **Has your experience with smart meters caused any disruptions in your daily**

22     **living? Please describe the circumstances?**

2

1    A.    Yes, I get probably 3-4 hours of sleep at night.  I feel plugged in all the time,

2          anxious, short temper, nervous, headaches.

3    Q.    **Please tell us anything else that you want us or the Public Utilities**

4          **Commission to know about your experiences and circumstances.**

5    A.    As a result of the smart meters I now have hearing loss in my left ear.  I feel that

6          these health issues they knew, but failed to let the public know.  I never had any

7          problems sleeping and now forget it, it's a nightmare every night tossing and

8          turning – and the constant ringing in my ears.  I know they are the cause of it

9          because I went to visit a friend in upstate New York and the ringing went away – I

10         certainly hope they find something that will protect our brains.  The smart meter

11         has certainly had an adverse reaction on my life and can only hope that CMP will

12         be held accountable for any health related issues.  Shame on THEM!

Dated this _28_ day of January, 2013.

████████████████████

STATE OF MAINE                           Jan, 28, 2013
CUMBERLAND, ss:                          ~~December ___, 2012~~

        Personally appeared the above-named ████████ and stated under oath that
the foregoing Affidavit made by her is true and based upon her own personal knowledge,
information or belief, and so far as upon information and belief, she believes the
information to be true.  Before me,

                                    _____
TIMBERLY HARRINGTON                  Notary Public/Attorney-at-Law
Notary Public, Maine
My Commission Expires February 17, 2019
                                    _____
                                    Name Typed or Printed  _Timberly Harrington_
                                    My Commission Expires: _2/17/19_

                                                                3

**PRE-FILED DIRECT TESTIMONY**
**OF** ████████████████
**MPUC Docket No. 2011-00262**

| | | |
|---|---|---|
| 1 | Q. | **Please state your name, address and occupation.** |
| 2 | A. | ████████████████████████████████ |
| 3 | | Occupation: Disabled |
| 4 | Q. | **Was a CMP smart meter installed at your residence?   If so, state** |
| 5 | | **approximately the date when it was installed.** |
| 6 | A. | Yes.  September 8 2011.  The smart meter was installed by contractor or vendors |
| 7 | | for CMP.  After completing installation vendors made a repeat visit to my home |
| 8 | | My home was one of three installations at this location.  I was not home and my |
| 9 | | neighbors called me and asked why the vendors returned? |
| 10 | Q. | **If a smart meter was installed but removed and replaced by an analog meter** |
| 11 | | **at your request, please describe the circumstances of your request or** |
| 12 | | **complaint to CMP and their response.** |
| 13 | A. | Between September 8 and November 27, 2011, the smart meter was on and  I |
| 14 | | began incurring unusually high electrical bills and electronics damage, and |
| 15 | | became physically sick, I decided to opt out. |
| 16 | | CMP sent someone to troubleshoot the meter after I called when I received |
| 17 | | my first bill with high usage which arrived in October for Septembers' billing |
| 18 | | period.  See Exhibit A.  The CMP employee came within expected time and found |
| 19 | | no meter failures.  He pulled the meter and used equipment to test it. Unusually |

1

1    high electrical billing continued into November.  When I called CMP to report this

2    again, they sent another employee who again found no fault with meter.  CMP also

3    hired private contractor to come out in November.  The contractor, ESM who

4    came and did work outside on the pole added a new ground as well as other things.

5    He also came inside my home to check my outlets and fuse box and found no

6    inside wiring or faulty issues in the home I personally hired a series of contractors,

7    electrical and otherwise, to come troubleshoot due to the many issues I was

8    experiencing after the analog meter was changed to smart meter.

9         On November 27, I requested an analog meter back and CMP reinstalled

10    one.  Within a week of an analog meter being reinstalled, CMP came out with a

11    voltage regulator to test, something they had refused to do while my smart meter

12    was in place.  CMP stated that they did not have to bring a voltage regulator tester

13    while I was taking physical readings from the digital meter.  In January 2012 CMP

14    changed my transformer due to issues I kept in contact about.

15  Q.  **If you do not currently have a smart meter, are you paying the opt-out fees?**

16  A.  Yes.

17  Q.  **Please describe why you do not want a smart meter at your residence.**

18    **Identify any health concerns you may have about smart meters and whether**

19    **these concerns are based upon any specific physical or medical conditions**

20    **that you or any of your family members may have.**

21  A.  As I stated above, the smart meter created many safety and health problems for my

22    family and I.  Considering the number of electrical problems resulting from meter

2

1    installation I feel most lucky our home did not catch fire and burn down.  With the

2    smart meter in place, my son and I suffered physically and an elderly family

3    member died under most unusual circumstances.   Our specific problems after

4    smart meter installation included:

5    1.    Emergency room visits for my son due to rapid heart-beat and tightening in

6    his chest.  While an elderly family member with Alzheimer's was living

7    with us, the smart meter aggravated her condition leading us to make

8    multiple visits to the doctor.  She died in February with massive bleeding of

9    the brain, not associated with Alzheimer's.  I know now that victims of

10    EHS have nosebleeds as a symptom which suggests a vascular response to

11    RF and which over two months of exposure to this frail woman may have

12    been at least in part responsible for her untimely death.

13    2.    With the smart meter in place I developed insomnia, headaches, suffered

14    from rapid pulse, became dizzy, ringing or tones in the ears and suffered

15    from vertigo and developed neurological problems with tingling and

16    numbness in my hands and feet.  I suffered none of these conditions before

17    the smart meter was installed.  The meter was mounted about 5 feet from

18    our home and my bedroom all of these health effects created considerable

19    physiological, financial distress keeping me in an overwhelmed condition.

20    3.    During the entire period the smart meter was installed we had light bulbs

21    throughout our home frequently blow.

3

1    4.    In October of 2011, the motherboard on our home PC was destroyed. We

2           replaced it with a new laptop.

3    5.    The meter recorded  double and triple amounts of electrical usage during

4           the period of smart meter installation. See Exhibit B. CMP gave me a $75

5           credit and sent a technician to test the meter but they found nothing. They

6           did hire a licensed electrical contractor who came out and concluded my

7           inside wiring had proper fuses and no faults. I also hired an electrician to

8           troubleshoot high usage and he found a constant feed on my well pump and

9           advised me to replace it as well to replace switch on my outside pole which

10           I contracted him to do.

11    6.    My nearly new 3 year old refrigerator began freezing food during the time I

12           had the smart meter here.

13    7.    ComCast Cable Technician service had to replace 1 of 2 receivers due to

14           inoperable due to many errors he scanned and he was able to repair the

15           other one.

16    8.    Our hot water tank began heating excessively during this same period and

17           when replacing the thermostat did not solve the problem we had to replace

18           the hot water heater.

19    9.    The also nearly new nine month old washer/dryer began malfunctioning in

20           the period from September, 2011 to January, 2012. In December they both

21           were inoperable and I had to use laundy mat

4

1        10.    Our pellet stove used for alternative home heating had its motherboard

2                damaged and refused to operate in October, 2011.

3  **Q.**  **Do you or any of your family members experience electromagnetic sensitivity**

4       **symptoms in proximity to radio frequency devices, such as Wi-Fi, microwave**

5       **ovens, cell phones, cordless phones, smart meters or other devices? Please**

6       **describe the symptoms and the circumstances when they occur**

7  A.  Yes. In addition to the symptoms described above, my mother-in-law who lived

8       with us complained from Oct- Dec of major stomach digestion issues so much that

9       in November, 2011 she actually called 911 and was taken to ████ Hospital

10     ER. While the meter was here I consulted with her MD on many office visits.

11     After the smart meter was installed she suddenly became very disturbed. She said

12     she felt strange and began suffering from insomnia. Her MD ordered testing by a

13     specialist and she unexpectedly passed of massive brain bleed in February2012

14  **Q.**  **If you have physical or medical conditions, including sensitivity to**

15     **electromagnetic radiation, have these conditions been diagnosed? Identify**

16     **the diagnosis or description of the condition.**

17  A.  My heart condition worsened as did the other symptoms listed which I have never

18     had before. I did not consult with my MD about this in part because I wasn't

19     aware of electro sensitivity dangers. When I researched this and removed my

20     meter most symptoms also disappeared. I do not need any more evidence to

21     convince me how to avoid what was causing my and family's bad health.

5

1  **Q.   Did symptoms or adverse reactions cease when the smart meter was**
2  **removed?**

3  A.   Within two weeks of smart meter removal, some symptoms were reduced and
4  resolved.   However, I now have a physician who ordered immediate cardiac
5  testing for conditions caused by what I believe was my smart meter exposure

6  **Q.   Has your experience with smart meters caused any disruptions in your daily**
7  **living?  Please describe the circumstances?**

8  A.   Frequent trips to the MD & hospital for two of us, the death of a loved one, loss of
9  most everything electric in our home and the stress, financial costs and time
10 involved, in dealing and troubleshooting with these events the cicumstances
11 became unbearable .

12 **Q.   Please tell us anything else that you want us or the Public Utilities**
13 **Commission to know about your experiences and circumstances.**

14 A.   I hired a second electrician in December, 2011 who believed my smart meter
15 problems may also have involved transformer damage.  Because CMP voltage
16 regulator test stated "your house has an unusually high power draw," my
17 electrician tested my home outlets and appliances.  We turned on and checked
18 several appliances including dryer, oven, etc. and he confirmed normal  electrical
19 draw. He also took readings at outlets and found nothing unusual. CMP requested
20 I report his findings to them and when I did, they came out in January, 2012 and
21 replaced my transformer.

22

6

1    Dated this 30 day of January, 2013.

_____
Autumn Brook

STATE OF MAINE
SAGADAHOC, ss:                                January 30, 2013

Personally appeared the above-named Autumn Brook, and stated under oath that the foregoing Affidavit made by her is true and based upon her own personal knowledge, information or belief, and so far as upon information and belief, she believes the information to be true.  Before me,

_____
Notary Public/Attorney-at-Law
Stephanie A. Fields
Name Typed or Printed
My Commission Expires: 9/14/19

STEPHANIE A. FIELDS
Notary Public, Maine
My Commission Expires September 14, 2019

7

**PRE-FILED DIRECT TESTIMONY**
**OF ▬▬▬▬▬▬**
**MPUC Docket No. 2011-00262**

**Q.** **Please state your name, address and occupation.**

**A.** ▬▬▬▬▬▬▬▬▬▬

**Q.** **Was a smart meter installed at your residence?   If so, state approximately the date when it was installed.**

**A.** I lived at ▬▬▬▬▬▬▬▬▬▬▬▬▬▬for 20 years and in October 2011, smart meters were installed in my building across from my bedroom.   There were 2 smart meters for each unit installed so there were a total of 12 smart meters.

**Q.** **If a smart meter was removed and replaced by an analog meter at your request, please describe the circumstances of your request or complaint to the utility company and their response.**

**A.** I requested all of the smart meters be removed in January 2012 in a phone conversation with P.G.&E.   They said that they were state mandated and could not be removed.   On February 1, 2012, the opt out option was approved in California and I opted out of my smart meter and I asked the other tenants in my building and the building behind my house to opt out (the smart meters from the house behind me were across from my bedroom

as well).  Only two other tenants of five opted out.  This did me no good
because there were still six smart meters across from my bedroom.

**Q.** **If you do not currently have a smart meter, are you paying the opt-out**
**fees?**

A.    No.  I had to move to Pennsylvania to get better because I could not get bet-
ter in San Francisco with all the smart meters present.

**Q.** **Please describe why you do not want a smart meter at your residence.**
**Identify any health concerns you may have about smart meters and**
**whether these concerns are based upon any specific physical or medical**
**conditions that you or any of your family members may have.**

A.    Smart meters made me unable to function to perform my job anymore.  I
could not think or concentrate.  I had an extreme pressure headache and
agitation when I was around them.  I had shortness of breath and heart pal-
pitations.  I had trouble breathing.  I couldn't sleep, eat or drink normally.  I
broke out in hives on my face and was extremely emotional.  My face be-
came numb and I had a lump in my throat when around them.

**Q.** **Do you experience electromagnetic sensitivity symptoms in proximity**
**to other radio frequency devices, such as Wi-Fi, microwave ovens, cell**
**phones, or cordless phones?**

A.    Yes, the symptoms around cell phones and wi-fi are very similar but not as
extreme as the symptoms I get around smart meters.

**Q.    If you have physical or medical conditions, including sensitivity to electromagnetic radiation, have these conditions been diagnosed?**

A.    I told my Doctor about them in San Francisco and she had never heard of this before but made a note in my medical records about this. She recommended that I stay away from smart meters.

**Q.    Has your physician or other medical care provider made any recommendations about exposure to electromagnetic devices, including smart meters?**

A.    (above)

**Q.    Have you experienced symptoms or adverse effects while in the proximity of other smart meters?**

A.    In San Francisco, I would walk to the beach with hives all over my face. My friends would meet me at the beach and we would walk and they told me that the hives on my face would go away the longer we walked on the beach. By the time I would walk to my house in San Francisco the hives would come back from walking down the street amongst all the smart meters. The closer I am to smart meters the more acute my symptoms become and when away from them they disappear. I spent one week in ████████, CA with a friend who lives off the grid and all my symptoms disappeared completely.

**Q.** **Has your experience with smart meters caused any disruptions in your daily living? Please describe the circumstances?**

**A.** Yes, I had to move across the country to get away from them. I had to start a business all over again in Pennsylvania. I had my business in San Francisco for 13 years. I could not go anywhere in San Francisco, except for the beach without being affected by Smart meters.

**Q.** **Please tell us anything else that you want us or the Public Utilities Commission to know about your experiences and circumstances.**

**A.** Smart meters are more dangerous than second hand smoke and should not be allowed anywhere in the U.S.A.

Dated this 25ᵗʰ day of January, 2013.

STATE OF PENNSYLVANIA
LANCASTER, ss:                                                    January 25, 2013

    Personally appeared the above-named ▮▮▮▮▮▮ and stated under oath that the foregoing Affidavit made by her is true and based upon her own personal knowledge, information or belief, and so far as upon information and belief, she believes the information to be true. Before me,

*Mary Jane Reed*
Notary Public/Attorney-at-Law
*MARY JANE REED*
Name Typed or Printed
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary Jane Reed, Notary Public
West Hempfield Twp., Lancaster County
My Commission Expires April 17, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

**PRE-FILED DIRECT TESTIMONY**
**OF** ███████████████
**MPUC Docket No. 2011-00262**

| 1 | **Q.** | **Please state your name, address and contact information.** |
|---|---|---|
| 2 | **A.** | ███████████████████████████ |
| 3 | **Q.** | **Was a smart meter installed at your residence?** |
| 4 | **A.** | Yes. |
| 5 | **Q.** | **Did you offer to provide testimony in another proceeding about your experience** |
| 6 | | **with smart meters?** |

7    A.    Yes. I have had serious health problems related to smart meters and I offered testimony

8         in a Michigan Public Service Commission hearing (Case No U-17053) reviewing a

9         proposed opt-out program for Detroit Edison Company's Advanced Metering

10       Infrastructure. Unfortunately, the Commission would not accept any testimony about

11       health and safety issues.

12    **Q.**    **Is the attached document marked as Exhibit A a true and accurate copy of the**

13         **testimony that you offered to provide the Michigan Public Service Commission?**

14    A.    Yes it is.

15    **Q.**    **Are the statements that you made in the attached Exhibit A still true and accurate?**

16    A.    Yes.

17    **Q.**    **Do you wish to add anything here not included in your statement in Exhibit A?**

18    A.

1

Q.    Do you want to submit the statements in Exhibit A to the Maine Public Utility Commission for consideration in its pending proceeding to investigate the safety of smart meters?

A.    Yes.  I submit the attached testimony in support of complainants Ed Friedman, et al in their case before the Maine PUC as evidence that smart meters are not safe.



STATE OF MICHIGAN
WASHTENAW, ss:                                                          January 28, 2013

    Personally appeared the above-named ███████████ and stated under oath that the foregoing Affidavit made by him is true and based upon his own personal knowledge, information or belief, and so far as upon information and belief, he believes the information to be true.  Before me,

_Kathleen A Mulligan_
Notary Public
_Kathleen A Mulligan_
Name Typed or Printed

My Commission Expires:  9/21/14

KATHLEEN A. MULLIGAN
Notary Public, Washtenaw County, Michigan
Acting in __Wash__ County, Michigan
My Commission Expires September 21, 2014

2

# EXHIBIT A

STATE OF MICHIGAN

BEFORE THE MICHIGAN PUBLIC SERVICE COMMISSION

| | | |
|---|---|---|
| In the matter of the application and request | ) | |
| of the DETROIT EDISON COMPANY seeking | ) | |
| approval and authority to implement its | ) | Case No U-17053 |
| proposed Advanced Metering Infrastructure | ) | |
| opt out program. | ) | |

3

<u>QUALIFICATIONS OF</u> ██████████████

1

2  Q.  **Do you swear that the testimony you are about to give is the truth, the whole truth, and**
3      **nothing but the truth?**

4  A.  I do.

5

6  Q.  **Please state your name, address and contact information.**

7  A.  ████████████████████████████████████████
8

9  Q.  **On whose behalf are you testifying?**

10 A.  That of Intervenors Linda Kurtz and Cynthia Edwards.

11 Q.  **What are your qualifications to testify?**

12 A.  The electrical service at the house where I live is provided by Detroit Edison. I have been
13     affected by the smart meter installation both in terms of my health and in terms of earning an
14     income.

4

<u>DIRECT TESTIMONY OF</u> ██████████████████

| | | |
|---|---|---|
| 1 | Q. | **What is the purpose of your testimony?** |
| 2 | A. | To provide information that may help the Commission in determining whether smart and |
| 3 | | digital meters create certain kinds of economic, medical, social, or other harm or hardship, |
| 4 | | as outlined in Intervenor Linda Kurtz's Petition for Intervention, to some or all persons such |
| 5 | | that Detroit Edison and the Commission must not require those who are or who are likely to |
| 6 | | be so harmed to have a smart or digital meter placed on their home or place of business or |
| 7 | | to be otherwise deprived of rights and liberties, as outlined in Intervenor Kurtz's Petition |
| 8 | | for Intervention, by the deployment of the advanced metering infrastructure, smart meters, |
| 9 | | or digital meters, and, in the alternative, that such persons must be able to avoid such harm |
| 10 | | to their person and property without being charged a fee. |
| 11 | Q. | **How long have you lived at your current residence?** |
| 12 | A. | I have lived in my home 15 years. I rent. |
| 13 | Q. | **What do you do for a living?** |
| 14 | A. | I worked as a ███████████████ I've done that for about 35 years. |
| 15 | Q. | **When was a smart meter installed on your home?** |
| 16 | A. | I believe it was later in July. |
| 17 | Q. | **Did you know it had been installed on your home?** |
| 18 | A. | No. But a few days after I believe it was installed, I went out to check and there was a smart |
| 19 | | meter. |
| 20 | Q. | **Why did you go out to check?** |
| 21 | A. | Because I had intense ringing in my ears. I also felt extremely agitated and really wired. |
| 22 | Q. | **So did you know about smart meters?** |
| 23 | A. | Yes. A friend of mine had told me about them, to pay attention to them. I didn't go too far |
| 24 | | with it as far as researching what he said. I talked with a few electricians. |
| 25 | q. | **So were you worried about the smart meters?** |
| 26 | A. | I was concerned, because I felt like it was a way for the electric companies to monitor my |
| 27 | | personal habits, even knowing if I was home or not. |
| 28 | Q. | **Were you worried about the health aspects of smart meters?** |
| 29 | A. | I was concerned about it because of what my friend said, but I didn't make it important |
| 30 | | enough to research or follow it. |
| 31 | Q. | **What happened to your health after the smart meter was installed?** |

5

| 1 | A. | I started experiencing almost complete sleeplessness, intense insomnia. I also felt electrical |
| 2 | | shooting pains through different parts of the body. You know, I have experienced those |
| 3 | | pains before that, but never at the frequency or intensity that I began to experience now. I |
| 4 | | am one of those people who pays attention to everything, birds, animals, air, water. So when |
| 5 | | something changes in my body, I feel it. |

6      One thing I found that was happening a lot, I felt like I couldn't leave the house, like I
7      couldn't move my body right. It was like someone was moving my robot-body with a stick.
8      My brain didn't feel right. Sometimes I couldn't even move my body. Usually there was
9      extreme nausea right before I couldn't move. But I've never thrown up.

10    Q.    **What did you do when you couldn't move or could barely move?**

11    A.    I would try to drink some water, and then I would try to get out of my house.

12    Q.    **How did you get out of the house if you couldn't move or you could barely move?**

13    A.    I'd pray. It would take a little bit, but I could get out of the house.

14    Q.    **How did you feel once you left the house?**

15    A.    I felt better by the second. Two to three hundred feet from the house, I felt much better. I
16      am really sensitive. I can feel the energy off my neighbors' smart meters. But the ringing in
17      my ears doesn't go away. It does go away on sunny days when the sky is clear if I'm outside.
18      But I always hear it in my house.

19    Q.    **Do you experience any other health problems or symptoms from the smart meter?**

20    A.    There are days when I go into Lowe's, I am going to throw up, and I have to leave.

21      When I'm outside, I feel fine, but as soon as I get home . . . .

22      At home, I also experience a strong, dull pressure at my occiput, wrapping around to the
23      temple on the left side of my head. Also, I feel almost angry, there's a mood fluctuation. I
24      never used to be any angry person. I'm not saying I've never been angry, but the ongoing
25      consistency of the anger, it's become epic.

26    Q.    **Do you experience any other health problems or symptoms from the smart meter?**

27    A.    I feel a sick to my stomach feeling when I walk by a bunch of smart meters all lined up on a
28      wall. I get  pain in my forearms, it is excruciating, a crush, like my arm is being squeezed by
29      a clamp and then released. I can experience that other times near meters, too, not just near
30      a bunch of them.

31      The artery going up the left side of my neck pulses and swells. It is painful, too, not a sharp
32      nerve pain, it's pretty dull, but it concerns me. I often get the occiput one at the same time.

33      I get numbness in my fingers and toes. I have experienced this numbness before, but it is
34      much more exaggerated now.

6

| 1 | | I get an intense pain in my heel and Achilles. I feel it when I get home. At night, it's almost |
|---|---|---|
| 2 | | crippling. |

3    I am so fatigued because I cannot sleep. It's like being tortured. I don't fall asleep.

4    I can't focus.

5    My teeth are in a lock-down bite when I sleep.

6    **Q.**    **How do you know it is smart meters that are affecting your health?**

7    A.    I wasn't feeling like this before. I was out of my home one day, and I came home, and
8          suddenly felt all these sensations. Like I said above, after a few days of feeling so bad, I went
9          out and checked my meter.

10    **Q.**    **Did you have any health problems prior to the installation of smart meters? If so,**
11          **what were they and when did they begin?**

12    A.    No. My body is really healthy. I haven't been to a doctor in 20 years. I have been to the
13          dentist.

14    **Q.**    **So, prior, no fatigue, no depression?**

15    A.    No. I'm happy most of the time.

16    **Q.**    **How was your sleep before a smart meter was installed on your house?**

17    A.    It was reasonable. The last three months, I feel like I've been in prison. I love life, I love
18          nature, I love people, I love the house. But the last three months. . . . I tell you, if someone
19          wants to mess with somebody, not letting them sleep is the way to do it.

20    **Q.**    **Have the health effects you experience as a result of smart meters affected your**
21          **ability to work and earn a living? If the answer is yes, describe how.**

22    A.    Yes, because my sleep pattern is completely off. I'm unrested. I do a lot of ladder work, and
23          it messes with my balance and equilibrium. I feel dizzy, nauseated, loss of strength. I never
24          used to feel that way==I've always been so energetic. Productivity is decreased by 25
25          percent because I am just trying to feel better during my work day. The exhaustion makes
26          me depressed and unmotivated.

27    I have to go to Lowe's all the time. I have felt so bad in there sometimes that I have aborted
28    my cart and left what I was going to purchase. Sometimes, I walk in there and have to walk
29    out and leave without getting what I came for.

30    **Q.**    **Have the health effects you experience as a result of smart meters affected your**
31          **ability to interact socially with others? If the answer is yes, describe how.**

32    A.    Some, yes. It affects my cognitive skills, speech. My head hurts. It affects my ability to
33          interact socially because I'm not as attentive to the other person, listening as well, as I
34          would normally be, as focused.

7

1       It's had an effect on my intimate relationships. I snap, I holler. I never used to do that.

2   Q.  **Have the health effects you experience as a result of smart meters affected your**
3       **ability to access public services, such as the public library, government offices? If the**
4       **answer is yes, describe how.**

5   A.  No, I don't go to those places.

6   Q.  **Have the health effects you experience as a result of smart meters affected your**
7       **ability to freely assemble outside? If the answer is yes, describe how.**

8   A.  No.

9   Q.  **Have the health effects you experience as a result of smart meters affected your**
10      **ability to access religious or spiritual services? If the answer is yes, describe how.**

11  A.  No, because I don't attend religious services.

12  Q.  **Have the health effects you experience as a result of smart meters affected your**
13      **ability to freely access health services? If the answer is yes, describe how.**

14  A.  No, but like I said, I haven't been to the doctor in 20 years. I'm concerned about going to my
15      dentist again.

16  Q.  **Have the health effects you experience as a result of smart meters affected your**
17      **ability to perform one or more major life activities not already mentioned? If the**
18      **answer is yes, describe what activities and how the effects have affected your**
19      **performance of these activities.**

20  A.  Reading, because my vision is kind of blurred sometimes and because I can't focus. Now, I
21      don't read at home anymore. I was a big reader. Now I read in a café or in my car at a
22      parking lot.

23  Q.  **Has your ability to live in your home been affected by the installation of smart**
24      **meters?**

25  A.  Yes, most definitely. I do not feel comfortable or at ease in my home. Very unrested.

26  Q.  **Is there anything else you wish to say about how smart meters have affected your**
27      **health and/or your life?**

28  A.  Since the smart meter was installed, there have been power surges when I flip the lights on,
29      it's blown three switches so that I've had to replace them and blown seven light bulbs.
30      Everything I have now buzzes: lamps, DVD player, portable massage tool, infratonic QGM
31      (which is an ultrasound machine). My refrigerators are just screaming all the time because
32      the compressors are very sensitive to the electrical surges.

33  Q.  **How old is the wiring in your home?**

34  A.  It's Romex.

8

| 1 | Q. | **Is there anything else you want to say about how the smart meters have affected your** |
| 2 | | **life?** |
| 3 | A. | Overall, it feels like something has happened to my body's electrical field, and a lot of things |
| 4 | | don't function right. |
| 5 | Q. | **What do you feel is a fair opt-out program?** |
| 6 | A. | What is even close to being reasonable is to put my analog meter back on. I can read my |
| 7 | | own meter.  Businesses, everybody, should be able to opt out. |

9