**McCollough Law Firm** PC
www.dotLAW.biz

2290 Gatlin Creek Rd.
Dripping Springs, Texas 78620
☎ 512.888.1112
📠 512.692.2522
✉ wsmc@dotLAW.biz

Internet   Communications   Utilities   Regulation

November 13, 2012

Mark Langer, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse/William B. Bryant Annex, Room 5205
335 Constitution Avenue, NW
Washington, DC 20001

RE: *Environmental Health Trust, et al. v. Federal Communications Commission*, No. 20-1025 (lead) and *Children's Heath Defense, et al. v. Federal Communications Commission*, No. 20-1138 (consolidated)

Dear Mr. Langer:

On November 4, 2020, Petitioners in the above-referenced cases made their electronic submission of the Deferred Joint Appendix. The paper copies are being prepared for shipping to the Court.

In preparing to submit their final briefs, Petitioners found that two of the title pages inserted in the Deferred Joint Appendix–those appearing in Volume 8 of the Deferred Joint Appendix at JA03049 and in Volume 19 at JA07422–were inadvertently switched. Petitioners are hereby electronically re-submitting Corrected Volumes 8 and 19 of the Deferred Joint Appendix with the title pages in their proper positions. The paper copies that will be filed with the Court in short order have been corrected and the title pages are in their proper place.

In addition, Petitioners have identified four documents referenced in the briefs but inadvertently not included in the previously filed Deferred Joint Appendix. Accordingly, pursuant to Circuit Rule 40(e), Petitioners have prepared and are hereby filing a Supplemental Joint Appendix (Supplement – Volume 27) that contains the four missing documents. The paper copies are ready for reproduction and will be delivered soon.

Petitioners are authorized to state that, following consultations, Respondents have consented to this filing.

Sincerely,

/s/ Scott McCollough
W. Scott McCollough
Counsel for Petitioners in
*Children's Heath Defense, et al. v. Federal Communications Commission, et al*
20-1025 (Lead); 20-1138 (Consolidated)

cc: All Parties (ECF)