# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-1025**  September Term, 2020

FCC-19-126

Filed On: November 24, 2020 [1873078]

Environmental Health Trust, et al.,

      Petitioners

    v.

Federal Communications Commission and
United States of America,

      Respondents

------------------------------

Consolidated with 20-1138

### O R D E R

Upon consideration of petitioners' joint motion to file a supplement to the deferred joint appendix, and the lodged supplemental appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged supplemental appendix.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:  /s/
           Michael C. McGrail
           Deputy Clerk