# Charter of FDA Technical Electronic Product Radiation Safety Standards Committee

# C H A R T E R

**Committee's Official Designation**

Technical Electronic Product Radiation Safety Standards Committee

**Authority**

The Technical Electronic Product Radiation Safety Standards Committee is a permanent statutory committee established pursuant to the provisions of the Radiation Control for Health and Safety Act (21 USC 360kk) and is also governed by the provisions of Pub.L. 92-463, as amended (5 USC App. 2), which sets forth standards for the formation and use of advisory committees.

**Objectives and Scope of Activities**

The Commissioner of Food and Drugs is charged with the administration of the Radiation Control for Health and Safety Act of 1968. This Act creates the Technical Electronic Product Radiation Safety Standards Committee (TEPRSSC) and requires the Commissioner to consult with the Committee before prescribing standards for radiation emissions from electronic products.

**Description of Duties**

This Committee provides advice and consultation to the Commissioner of Food and Drugs on the technical feasibility, reasonableness, and practicability of performance standards for electronic products to control the emission of radiation from such products and may recommend electronic product radiation safety standards to the Commissioner for consideration.

**Agency or Official to Whom the Committee Reports**

The Committee provides advice and consultation to the Commissioner of Food and Drugs.

**Support**

Management and support services shall be provided by the Center for Devices and Radiological Health, Food and Drugs Administration.

**Estimated Annual Operating Costs and Staff Years**

The estimated annual cost for operating the Committee, including compensation and travel expenses for members but excluding staff support, is $10,781. The estimated person years of staff support required is 0.20, at an estimated annual cost of $43,125.

U.S. Food & Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD  20993
www.fda.gov

## Designated Federal Officer

FDA will select a fulltime or permanent part-time Federal employee to serve as the Designated Federal Officer (DFO) to attend each Committee meeting and ensure that all procedures are within applicable statutory, regulatory, and HHS General Administration Manual directives.

The DFO will approve and prepare all meeting agendas, call all the Committee and subcommittee meetings, adjourn any meeting when the DFO determines adjournment to be in the public interest and chair meetings when directed to do so by the official to whom the Committee reports.  The DFO shall be present at all meetings of the full committee and subcommittees.

## Estimated Number and Frequency of Meetings

Meetings shall be held approximately once every other year.  Meetings shall be open to the public except as determined otherwise by the Commissioner or designee in accordance with the Government in the Sunshine Act (5 U.S.C. 552b(c)) and the Federal Advisory Committee Act.  Notice of all meetings shall be given to the public.

## Duration

Continuing

## Termination

Unless renewed by appropriate action prior to its expiration, the charter for the Technical Electronic Product Radiation Safety Standards Committee will expire two years from the date it is filed.

## Membership and Designation

The Committee shall consist of 15 voting members including the Chair.  Members and the Chair are selected by the Commissioner or designee from among authorities knowledgeable in the fields of science or engineering applicable to electronic product radiation safety.  Members will be invited to serve for overlapping terms of up to four years.

Voting members will include five members selected from governmental agencies, including State and Federal Governments, five members from the affected industries, and five members from the general public, of which at least one shall be a representative of organized labor.  A quorum shall consist of 10 members, of which at least 3 shall be from the general public, 3 from the government agencies, and 3 from the affected industries.

**Subcommittee**

Temporary subcommittees consisting of two or more Committee members may be established by the Commissioner or designee as needed to address specific issues within their respective areas of expertise.

Subcommittees make preliminary recommendations to the full Committee regarding specific issues for the full Committee's consideration. Subcommittees must not provide advice or work products directly to the agency. The Department Committee Management Officer shall be notified upon establishment of each subcommittee, and shall be provided information on its name, membership, function, and estimated frequency of meetings.

**Recordkeeping**

Meetings of the Committee and its subcommittees will be conducted according to the Federal Advisory Committee Act, other applicable laws and Departmental policies. Committee and subcommittee records will be handled in accordance with General Records Schedule 6.2, Federal Advisory Committee Records or other approved agency records disposition schedule. These records will be available for public inspection and copying, subject to the Freedom of Information Act, 5 U.S.C. 552.

**Filing Date**

December 24, 2020

**Approved:**

December 16, 2020　　　　　　　　　　_____|S|_____
Date　　　　　　　　　　　　　　　　　Russell Fortney
　　　　　　　　　　　　　　　　　　　Director, Advisory Committee Oversight
　　　　　　　　　　　　　　　　　　　　and Management Staff

10903 New Hampshire Avenue
Silver Spring, MD 20993
www.fda.gov