# Radiofrequency Interagency Work Group

# Radiofrequency Interagency Work Group

Environmental Protection Agency
Federal Communications Commission
Food and Drug Administration
National Cancer Institute
National Institute for Occupational Safety and Health
National Institute of Environmental Health Sciences
National Telecommunications and Information Administration
Occupational Safety and Health Administration

## Charter

The Radiofrequency Interagency Work Group (RFIAWG) is composed of select individuals from civilian federal agencies that have regulatory or public health responsibilities to evaluate and control the risk to the public, workers, and the environment from the use of specific RF devices and products, or from exposure to non-ionizing electromagnetic radiation and fields, or have responsibility for regulation and management of the use of the radiofrequency electromagnetic spectrum.

The purpose of the RFIAWG is to provide a forum to address public health, environmental, occupational, and regulatory issues pertaining to radiofrequency radiation and to provide a basis for technical and policy coordination among member agencies in their approach to evaluating exposures to RF energy. The RFIAWG may address the development of non-ionizing electromagnetic radiation exposure standards, guidance, or guidelines for advancing public understanding of the implications of exposure on human health as well as the prudent use of specific devices, products or technologies. The RFIAWG provides a forum for discussion and coordination of specific RF radiation-related activities and policies of the member agencies that could affect other federal agencies represented in the Group. The Work Group also provides a forum to discuss emerging issues and research and to help address the need for long-range federal strategies. Members of the RFIAWG maintain currency with the latest research and studies in the field from both the private and public sectors and at the national and international levels in order to make informed recommendations to their agencies. It is intended that such coordination and discussion will lead to a more coordinated federal approach to addressing potential health, environmental, and occupational issues associated with existing and proposed technologies that emit non-ionizing electromagnetic energy.

The RFIAWG was originally established in 1995, by formal invitation from the Environmental Protection Agency to other agencies having legislative and executive responsibilities on this topic. The agencies currently participating are the Environmental Protection Agency, the Federal Communications Commission, the Food and Drug Administration, the National Cancer Institute, the National Institute for Occupational Safety and Health, the National Institute of Environmental Health Sciences, the National Telecommunications and Information Administration in the Department of Commerce, and the Occupational Safety and Health Administration in the Department of Labor.

26 January 2012