IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NOS. 20-1025 AND 20-1138

ENVIRONMENTAL HEALTH TRUST, CONSUMERS FOR SAFE
CELL PHONES, ELIZABETH BARRIS, AND THEODORA
SCARATO,

PETITIONERS,

V.

FEDERAL COMMUNICATIONS COMMISSION
AND UNITED STATES OF AMERICA,

RESPONDENTS.

CHILDREN'S HEALTH DEFENSE, MICHELE HERTZ, PETRA
BROKKEN, DR. DAVID O. CARPENTER, DR. TORIL H.
JELTER, DR. ANN LEE, VIRGINIA FARVER, JENNIFER
BARAN, AND PAUL STANLEY, M.ED.,

PETITIONERS,

V.

FEDERAL COMMUNICATIONS COMMISSION
AND UNITED STATES OF AMERICA,

RESPONDENTS.

ON PETITIONS FOR REVIEW OF AN ORDER OF THE
FEDERAL COMMUNICATIONS COMMISSION

| | |
|---|---|
| JUSTIN D. HEMINGER<br>JEFFREY S. BEELAERT<br>ATTORNEYS<br><br>UNITED STATES<br>   DEPARTMENT OF JUSTICE | THOMAS M. JOHNSON, JR.<br>GENERAL COUNSEL<br><br>ASHLEY S. BOIZELLE<br>DEPUTY GENERAL COUNSEL<br><br>JACOB M. LEWIS<br>ASSOCIATION GENERAL COUNSEL<br><br>RICHARD K. WELCH<br>DEPUTY ASSOCIATE GENERAL COUNSEL<br><br>WILLIAM J. SCHER |

Rachel Proctor May
Counsel

Federal Communications Commission
Washington, D.C. 20554

## NOTICE OF SUPERVISORS' WITHDRAWAL

With the change in administrations, the following supervisors are no longer with the Department of Justice: Jonathan Brightbill and Eric Allen Grant. I have been asked to file this notice of withdrawal from this case on their behalf, so that they will no longer receive notices of docket activity for matters in this case.

                                                      Respectfully submitted,

                                                      */s/ Jeffrey S. Beelaert*
                                                      Jeffrey S. Beelaert
                                                      U.S. Department of Justice

February 8, 2020