# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| ENVIRONMENTAL HEALTH TRUST, et al., | ) ) ) ) |
| Petitioners, | ) ) ) |
| v. | ) ) |
|  | ) No. 20-1025 |
| FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, | ) ) ) ) |
| Respondents. | ) ) ) |

## NOTICE OF WITHDRAWAL

The following attorney is no longer with the Department of Justice: Jeffrey Steven Beelaert. Please withdraw Mr. Beelaert's appearances as counsel on behalf of the United States in the above-captioned case.

The United States will continue to be represented by undersigned counsel, Justin D. Heminger.

Dated: August 27, 2021     Respectfully submitted,

/s/ *Justin D. Heminger*
JUSTIN D. HEMINGER
Senior Litigation Counsel
Appellate Section

United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(202) 514-5442
justin.heminger@usdoj.gov

*Counsel for Respondent*
*United States of America*