# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

| | |
|---|---|
| Environmental Health Trust  et al | Appeal No. ___20-1025___ |
| v. | Consolidated Case Nos. |
| Federal Communications Commission et al | ___20-1138___ |
| (Type caption of lead case only) | |

-------------------------------------------------

The Clerk is directed to tax costs, pursuant to Fed. R. App. P. 39 and Local Rule 39, for the docketing fee (receivable only by appellant/petitioner), and for the cost of reproducing only the number of copies of briefs and appendices which have been required to be filed with the Court or served on parties, intervenors and amici curiae, plus three copies for the prevailing party.  Bills of costs must be filed within fourteen (14) days after entry of judgment.  The Court looks with disfavor upon motions to file bills of costs out of time.

-------------------------------------------------

### BILL OF COSTS

Comes now ___Children's Health Defense et al___ (appellant, petitioner, appellee, or respondent), (the) (a) prevailing party in Appeal Nos. ___20-1138 (20-1025)___, by counsel, and states that costs have been incurred in said case(s) which should be taxed (solely) (jointly and severally) against the following (party) (parties)

| NAME OF PARTY OR PARTIES | APPEAL NO. |
|---|---|
| (1)  Federal Communications Commission | 20-1138 (20-1025) |
| (2)  United States of America | 20-1138 (20-1025) |
| (3) | |
| (4) | |
| (5) | |

USCA Form 48
Rev. March 2018

(Use per page, per cover or per volume charges where applicable.)

**MAIN BRIEF** + 4 Statutory Addendums (See Declaration for Itemization)

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastener | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| **TEXT:** | | | | | | | | |
| 8 | X | 665 | = | 5,320 | X | $ 0.10 | = | $ 532.00 |
| **COLOR:** | | | | | | | | |
| 8 | X | 1 | = | 8 | X | $ 0.55 | = | $ 4.40 |
| **FRONT COVERS:** | | | | | | | | |
| 8 | X | 1 | = | 8 | X | $ 0.42 | = | $ 3.36 |
| **BACK COVERS:** | | | | | | | | |
| 8 | X | 1 | = | 8 | X | $ 0.41 | = | $ 3.28 |
| **FASTENERS:** | | | | | | | | |
| 8 | X | 5 | = | 40 | X | $ 4.68 | = | $ 187.20 |
| | | | | | | AMOUNT $ | | 730.24 |

**REPLY BRIEF** + 1 Statutory Addendum (See Declaration for Itemization)

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastener | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| **TEXT:** | | | | | | | | |
| 8 | X | 150 | = | 1,200 | X | $ 0.10 | = | $ 120.00 |
| **COLOR:** | | | | | | | | |
| 8 | X | 1 | = | 8 | X | $ 0.55 | = | $ 4.40 |
| **FRONT COVERS:** | | | | | | | | |
| 8 | X | 2 | = | 16 | X | $ 0.42 | = | $ 6.72 |
| **BACK COVERS:** | | | | | | | | |
| 8 | X | 2 | = | 16 | X | $ 0.41 | = | $ 6.56 |
| **FASTENERS:** | | | | | | | | |
| 8 | X | 2 | = | 16 | X | $ 4.68 | = | $ 74.88 |
| | | | | | | AMOUNT $ | | 212.56 |

**APPENDIX** - Joint Appendix Included 27 volumes + 2 corrected volumes 8 & 19 (See Declaration for Itemization)

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastener | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| **TEXT:** | | | | | | | | |
| 8 | X | 13,007 | = | 104,056 | X | $ 0.10 | = | 10,405.6 |
| **COLOR:** | | | | | | | | |
| | X | | = | | X | | = | |
| **FRONT COVERS:** | | | | | | | | |
| 8 | X | 29 | = | 232 | X | $ 0.42 | = | $ 97.44 |
| **BACK COVERS:** | | | | | | | | |
| 8 | X | 29 | = | 232 | X | $ 0.41 | = | $ 95.12 |
| **FASTENERS:** | | | | | | | | |
| 8 | X | 29 | = | 232 | X | $ 4.68 | = | $1,085.76 |
| | | | | | | AMOUNT $ | | 11,683.92 |

| | | |
|---|---|---|
| AMOUNT OF SUBTOTALS $ | | 12,626.72 |
| DOCKETING FEE (if applicable) $ | | |
| TOTAL COSTS TO BE TAXED $ | | |

(Use per page, per cover or per volume charges where applicable.)

Shipping Costs

| Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|
| : | | | | |
| | = | Petition for Review | = | 75.57 |
| | = | Main Brief + Reply Brief + 5 Addendum + Supplemental JA (JA volume 27) | = | 137.36 |
| | = | Joint Appendix (Volumes 1-26) | = | 935.34 |
| | = | Corrected JA (Volumes 8 + 19) | = | 76.99 |
| | = | | = | |
| | = | | = | |
| | | | AMOUNT $ | 1225.26 |

## REPLY BRIEF (if applicable)

| Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|
| TEXT: | X | = | X | = |
| COLOR: | X | = | X | = |
| FRONT COVERS: | X | = | X | = |
| BACK COVERS: | X | = | X | = |
| FASTENERS: | X | = | X | = |
| | | | AMOUNT $ | |

## APPENDIX

| Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|
| TEXT: | X | = | X | = |
| COLOR: | X | = | X | = |
| FRONT COVERS: | X | = | X | = |
| BACK COVERS: | X | = | X | = |
| FASTENERS: | X | = | X | = |
| | | | AMOUNT $ | |

AMOUNT OF SUBTOTALS $ 13,851.98

DOCKETING FEE (if applicable) $ 500.00

TOTAL COSTS TO BE TAXED $ 14,351.98

It is understood that the Clerk will tax costs only against those parties specifically named herein and in the amount which does not exceed either the specific sum claimed or the total allowable amount determined in accordance with Circuit Rule 39.

The costs claimed as actual costs are the actual costs incurred.  A copy of the printer's/duplicator's bill, or other sufficient documentation of actual costs incurred, is attached.

W. Scott McCollough                          /s/ W. Scott McCollough

Typed Name of Counsel                        Signature of Counsel

2290 Gatlin Creek Rd.,  Dripping Springs, Texas 78620

Counsel's Address


( 512)   888 - 1112

Counsel's Telephone Number

## VERIFICATION *

State of                                         )
                                                 )    SS:
County of                                        )

COMES NOW _____, and being first duly sworn, does depose and state that (he) (she) signed the foregoing Bill of Costs, that the costs claimed therein were incurred in connection with the captioned appellate proceeding and, as set forth, are true and correct.


SUBSCRIBED AND SWORN TO before the undersigned, a Notary public, this ____ day of _____, 20 ____ .


_____

Notary Public


(Notary seal or stamp)


## COUNSEL SHALL ATTACH A CERTIFICATE OF SERVICE

_____

*In lieu of this sworn verification, an unsworn declaration in conformity with 28 U.S.C. 1746 may be substituted.

```
============================================
              DRIPPING SPRINGS
             1450 W HIGHWAY 290
        DRIPPING SPRINGS, TX 78620-9998
                  482605-0620
                 (800)275-8777
             02/03/2020 12:48 PM
============================================
============================================
--------------------------------------------
Product            Qty    Unit      Price
                          Price
--------------------------------------------
First-Class Intl    1    $4.37      $4.37
Large Envelope
   (International)
   (Belgium)
   (Weight:0 Lb 2.30 Oz)
First-Class Mail®   1    $1.40      $1.40
Large Envelope
   (Domestic)
   (GREENBELT, MD  20770)
   (Weight:0 Lb 2.30 Oz)
   (Estimated Delivery Date)
   (Thursday 02/06/2020)
First-Class Mail®   1    $1.40      $1.40
Large Envelope
   (Domestic)
   (CABIN JOHN, MD  20818)
   (Weight:0 Lb 2.30 Oz)
   (Estimated Delivery Date)
   (Thursday 02/06/2020)
First-Class Mail®   1    $1.40      $1.40
Large Envelope
   (Domestic)
   (RENO, NV  89511)
   (Weight:0 Lb 2.30 Oz)
   (Estimated Delivery Date)
   (Thursday 02/06/2020)
First-Class Mail®   1    $1.40      $1.40
Large Envelope
   (Domestic)
   (PORTLAND, OR  97204)
   (Weight:0 Lb 2.30 Oz)
   (Estimated Delivery Date)
   (Thursday 02/06/2020)
First-Class Mail®   1    $1.40      $1.40
Large Envelope
   (Domestic)
   (WASHINGTON, DC  20004)
   (Weight:0 Lb 2.30 Oz)
   (Estimated Delivery Date)
--------------------------------------------
Credit Card Remitd                $75.77
   (Card Name:MasterCard)
   (Account #:XXXXXXXXXXXX3630)
   (Approval #:04062Z)
   (Transaction #:523)
   (AID:A0000000041010      Chip)
   (AL:MASTERCARD)
   (PIN:Not Required     MASTERCARD)
--------------------------------------------
        Preview your Mail
        Track your Packages
```

Store: 1

Copy
Print Plus
222 Hwy 290 West, PO Box 816
Dripping Springs, TX 78620
512-894-0270

Bill To: McCollough, Scott
McCollough, Scott

Cashier: pm

| Description 1 | Qty | Price | Ext Price |
|---|---|---|---|
| 20T Let | 1113 | $0.16 | $178.08 T |
|  |  | D% 15.79% |  |
| Manila Envelope 9 x | 53 | $0.40 | $21.20 T |
| Labels per Sheet Pri | 11 | $2.26 | $24.86 T |
| Stuffing and Sealing | 53 | $0.06 | $3.18 T |
|  |  | Subtotal: | $227.32 |
| TOTAL |  | 8.25 % Tax | + $18.75 |
|  |  | RECEIPT TOTAL: | $246.07 |

Total Savings: $33.39

Thank you for shopping in
Dripping Springs !



HELD

**RT OF APPE**

**CIRCUIT**

Petiti

by the

**REVIEW**

, Michele Hertz, Petra Brokken, Dr.

oril H. Jelter, Dr. Ann Lee, Virginia

ley, M.Ed. (henceforth collectively

or "CHD"), hereby petition the court

mmission ("FCC") "agency action" and

promulgate rational, science-based

adequately protect the public's health

---

[1] The FCC order for which review is sought is identified below, as required by 28 U.S.C §2344
and Federal Rules of Appellate Procedure Rule 15(a)(2)(C).

The UPS Store – #5486
?00 Commons Rd. Ste. 7
Dripping Springs, TX 78620
(512) 894-0484

11/13/20  01:00 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

|||||||||||||||||||||||||||||||||||||||

001 001040 (001)          TO $  66.81
   Ground Commercial
   Tracking# 1ZA9063T0350341662
002 001040 (001)          TO $  66.81
   Ground Commercial
   Tracking# 1ZA9063T0350349431
003 001040 (001)          TO $  66.81
   Ground Commercial
   Tracking# 1ZA9063T0317005749
004 001040 (001)          TO $  66.81
   Ground Commercial
   Tracking# 1ZA9063T0316935817
005 001040 (001)          TO $  66.81
   Ground Commercial
   Tracking# 1ZA9063T0350357208
006 001040 (001)          TO $  66.81
   Ground Commercial
   Tracking# 1ZA9063T0350263961
007 001040 (001)          TO $  66.81
   Ground Commercial
   Tracking# 1ZA9063T0317013516
008 001040 (001)          TO $  66.81
   Ground Commercial
   Tracking# 1ZA9063T0350352025
009 001040 (001)          TO $  66.81
   Ground Commercial
   Tracking# 1ZA9063T0350274324
010 001040 (001)          TO $  66.81
   Ground Commercial
   Tracking# 1ZA9063T0316943586
011 001040 (001)          TO $  66.81
   Ground Commercial
   Tracking# 1ZA9063T0317021285
012 001040 (001)          TO $  66.81
   Ground Commercial
   Tracking# 1ZA9063T0350271738
013 001040 (001)          TO $  66.81
   Ground Commercial
   Tracking# 1ZA9063T0350266557
014 001040 (001)          TO $  66.81
   Ground Commercial
   Tracking# 1ZA9063T0350344258

                   SubTotal $ 935.34
                   Total    $ 935.34

              MASTERCARD   $ 935.34
ACCOUNT NUMBER *     ************3630
Appr Code: 01756S (I) Sale

ENTRY METHOD: ChipRead

---

11/13/2020 12:21 PM   Sales Receipt #194315
Store 1

**Print Plus**
222 Hwy 290 West, PO Box 816
Dripping Springs, TX 78620
512-894-0270

Bill To: McCollough, Scott
         McCollough, Scott

Cashier: pm

96405 B/W

| Description 1 | Qty | Price | Ext Price |
|---|---|---|---|
| 20T Let | 96405 | $0.10 | $9,640.50 T |
|  | D% 47.37% |  |  |
| Divider 8 Tab | 500 | $6.98 | $3,490.00 T |
| Binding Service Coi | 208 | $4.88 | $1,015.04 T |

80 Color

| | | | |
|---|---|---|---|
| 80C Let | 208 | $0.79 | $164.32 T |
|  | D% 20.2% |  |  |
| 28T Let | 80 | $0.71 | $56.80 T |
|  | D% 21.98% |  |  |

               Subtotal: $14,366.66
TOTAL   8.25 % T  $1,185.25
         RECEIPT TOT    15,551.91

Check: $15,551.91  108

               Total Savings  $6,734.00

Paid $7073.79 110620
Balance Due is 15591.91 - 7073.79 = 8478.12

Thank you for shopping in
Dripping Springs !



194315

MCCL
CK# 
108

—Daint Affinoix Vols 1-26

11/18/2020 2:13 PM    Sales Receipt #HELD
Store: 1

Copy
**Print Plus**
222 Hwy 290 West, PO Box 816
Dripping Springs, TX 78620
512-894-0270

**Bill To:** Scott
Scott

Cashier: pm

| Description 1 | Qty | Price |
|---|---|---|
| 20T Let | 7592 | $0.10 | $759.20 T |
| | D% 47.37% | |
| Binding Service Coil | 64 | $4.88 | $312.32 T |
| 28T Let | 16 | $0.91 | $14.56 T |
| Divider 5 Tab | 8 | $5.98 | $47.84 T |

$1,133.92
+ $93.55
**TOTAL** $1,227.47

$683.28

Thank you
Dripp

HELD

---

The UPS Store – #5486
100 Commons Rd. Ste. 7
Dripping Springs, TX 78620
(512) 894-0484

11/19/20  11:12 AM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

001 001040 (001)          TO $
  Ground Commercial
  Tracking# 1ZA9063T0317689501
002 001040 (001)          TO $
  Ground Commercial
  Tracking# 1ZA9063T0351025421

                    Subtotal  $
                    Total  $

          MASTERCARD   $
ACCOUNT NUMBER *     ********
Appr Code: 09675S  (I) Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A0000000041010
TVR: 0800008000
TSI: E800
AC: F591A41CC9575FBE
ARC: 00

Receipt ID 83706189208277863960 00
CSH: JORGE          Tran: 0255 R

Thank you for visiting our store
   Please come back again soon.

Whatever your business and perso
   needs, we are here to serve you

      We're here to help.
Join our FREE email program to re
   great offers and resources.

  www.theupsstore.com/signup

---

eceipt:    Page #1
NG LABEL. PLEASE SAVE FOR YOUR RE

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
38 lb 2.2 oz actual w
39.00 lb billable wt
DIMS: 18.00X12.00X11.00 IN

TRACKING NUMBER: 1ZA9063T035
SHIPMENT ID: MM4GGUK22HGWD
SHIP REF 1: JAC
SHIP REF 2: 5486

DESCRIPTION OF GOODS:
BOOKS

SHIPMENT CHARGES:
GROUND COMMERCIAL
SERVICE OPTIONS
CMS PROCESSING FEE

SHIP TO:
U.S. COURT OF APP. FOR THE DIS.OF CO
MARK J. LANGER CLERK DC CIRCUIT
333 CONSTITUTION AVE NW
RM 5205
WASHINGTON DC 20001-2804
BUSINESS
(202) 216-7000

SHIPPED THROUGH:
THE UPS STORE #5486
DRIPPING SPRINGS TX 78620-2904
(512) 894-0484

                              TOTAL

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #)
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

CUSTOMER ACKNOWLEDGEMENT: I ACKNOWLEDGE AND ACCEPT TERMS & CONDI
FOR TENDERING SHIPMENTS THROUGH THIS LOCATION AND CERTIFY THAT A
AND VALUES PROVIDED FOR THIS SHIPMENT ARE ACCURATE IN ALL RESPEC

Signature:

SHIPMENTID: MM4GGUK22HGWD

Powered by (Ship)n)
11/19/2020 09:12 AM Pacific Time N

The UPS Store - #5486
100 Commons Rd. Ste. 7
Dripping Springs, TX 78620
(512) 894-0484

12/04/20　05:13 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

```
001 001040 (001)         TO $  36.82
    Ground Commercial
    Tracking# 1ZA906310352908350
002 001040 (001)         TO $  40.17
    Ground Commercial
    Tracking# 1ZA9063T0319577619

                 SubTotal  $  76.99
                    Total  $  76.99

              MASTERCARD  $  76.99
```

ACCOUNT NUMBER +       ************3630
Appr Code: 02020S  (I) Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A0000000041010
TVR: 0800008000
TSI: E800
AC: A31DA9F5C495A85A
ARC: 00

Receipt ID 8370518995585/1888445 002 Items
CSH: JUSTIN        Tran: 0956 Reg: 001

**Thank you for visiting our store.**
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.

We're here to help.
Join our FREE email program to receive
great offers and resources.

www.theupsstore.com/signup

---

12/4/2020 4:58 PM      Sales Receipt #194511
Store: 1                 Workstation: 1

**Print Plus**
222 Hwy 290 West, PO Box 816
Dripping Springs, TX 78620
512-894-0270

Bill To: Scott
        Scott
Cashier: pm

| Description 1 | Qty | Price | Ext Price |
|---|---|---|---|
| 20T Let | 7136 | $0.10 | $713.60 T |
|  | D% 47.37% |  |  |
| Binding Service Coi | 16 | $4.88 | $78.08 T |
| 80C Let | 16 | $0.99 | $15.84 T |
| Divider 8 Tab | 56 | $6.98 | $390.88 T |
|  |  | Subtotal: | $1,198.40 |
| TOTAL |  | 8.25 % Tax | + $98.87 |
|  |  | **RECEIPT TOTAL:** | **$1,297.27** |

Check: $1,297.27  110

7136 B/w
0 Color

Total Sales Discounts:      $266.48



Thank you for shopping in
Dripping Springs !

194511

---

Fri 4 Dec 2020
_____
TRANSACTION DATE

2/2/2020

Fee Payment Success Receipt

**Receipt**        A09-100857-81

**Payment Date**   02/02/2020

**Amount**         $500.00

**Fee Type**       New Case With Fee Agency/Immigration

20-1025 (Lead); 20-1138 (Consolidated)

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ENVIRONMENTAL HEALTH TRUST; CONSUMERS FOR SAFE CELL
PHONES; ELIZABETH BARRIS; THEODORA SCARATO

CHILDREN'S HEALTH DEFENSE; MICHELE HERTZ; PETRA BROKKEN;
DR. DAVID O. CARPENTER; DR. PAUL DART; DR. TORIL H. JELTER; DR.
ANN LEE; VIRGINIA FARVER, JENNIFER BARAN; PAUL STANLEY, M.Ed.
*Petitioners*

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA
*Respondents*

Petition for Review of Order Issued by the
Federal Communications Commission

## DECLARATION OF W. SCOTT MCCOLLOUGH REGARDING
## PETITIONER CHILDREN'S HEALTH DEFENSE'S BILL OF COSTS

I, W. Scott McCollough, declare as follows:

1.    I am an attorney admitted to practice in this Court. I am counsel for

Petitioner Children's Health Defense ("CHD") in consolidated case number 20-

1025, the lead case consolidated with number 20-1138. I have personal knowledge

of the facts set forth in this declaration and could testify competently to them if

called to do so.

2.    CHD paid the vast majority of the costs recoverable by Rule 39 of the

Federal Rules of Appellate Procedure and Circuit Rule 39 that were incurred in this

case, including those that benefitted the Environmental Health Trust ("EHT")

Declaration Supporting Bill of Costs Page -1-

Petitioners (the lead case 20-1025) with which the CHD's case (20-1138) was consolidated after transfer from the Ninth Circuit. This is so because all petitioners in both consolidated cases filed joint briefs consistent with FRAP Rule 28(i) and D.C. Cir. Handbook IX.B.2. CHD therefore bore the brunt of the recoverable costs.

3.      As the prevailing party that expended the costs, and in accordance with Rule 39, CHD is submitting the attached Bill of Costs. I provide this Declaration in lieu of notarization as allowed by the Form 48 instructions and to explain how we translated recoverable costs into the Court's Bill of Costs Form 48.

4.      CHD paid for the joint filing with EHT and reproduction of these materials:

(A)     The 192 page Final Joint Petitioners' Opening Brief and the 4-volume statutory addendum and standing showing, comprising a total of 548 pages. For itemization, see Declaration Appendix 1.

(B)     The 47 page Final Petitioners' Reply Brief and its 1-volume, 103 page statutory addendum. For itemization, see Declaration Appendix 2. Each of the Petitioners' briefs were bound, had appropriate cover and back pages and the addenda had separator pages with tabs. Some of the pages in the briefing had color. 7 hard copies of the briefing material were filed with the Court. We retained one copy for ourselves.

(C)    The Deferred Appendix that was employed in this matter. The Deferred Appendix comprised 27 volumes and contained 447 items from the record below. In total it had 10,651 pages. We later filed two corrected volumes, which consumed 960 pages total. Some of the record items had color material. Each volume was bound, had appropriate cover and back pages and separator pages with tabs. 7 copies were supplied to the Court. We retained one copy for ourselves. For itemization, see Declaration Appendix 3.

5.    CHD also paid for all postage/shipping of the service copies associated with its petition for review (which was filed in the US Courts of Appeals for the Ninth Circuit and assigned appeal number: 20-70297 in that court, before it was ultimately transferred to this Court and consolidated with the lead case). We also paid the postage/shipping associated with the Petitioners' joint Principal and Reply Briefs (each with their statutory addenda and the Deferred Appendix materials that were delivered to the Court. We have attached a separate Bill of Costs page for the shipping costs (with explanatory edits). For shipping costs itemization, see Declaration Appendix 4.

6.    FRAP Rule 39(b)(1) indicates that the costs associated with transmission of the record are typically taxable "in the District Court" but in this case – as with all petitions for review of FCC decisions – the district courts are not

involved. We therefore believe they are or should be recoverable at this Court. The situation is similar to the Court's Docketing Fee, which is equivalent to the filing fee for a notice of appeal from the district court that is also taxable in the district court under Rule 39(b)(4).

7.      CHD seeks to recover total costs in the amount of $14,351.98. Of that, $12,626.72 is related to reproduction of the briefing and Deferred Appendix materials; $500 is for the Docketing Fee and $1,225.26 is for postage/shipping.

8.      We are also providing a copy of all relevant receipts to demonstrate that the actual costs paid were in no instance lower than the amounts allowed through Circuit Rule 39 and the Clerk's most recent publication. The receipts appear immediately behind the last page of the executed Form 48.

I declare under penalty of perjury that the foregoing is true and correct. Executed August 27th, 2021.

/s/ W. Scott McCollough
W. Scott McCollough

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, I filed the foregoing Bill of Costs, Form 48, in the United States Court of Appeals for the District of Columbia Circuit via the CM/ECF system. I further certify that all parties are registered CM/ECF users and that service will be accomplished via electronic filing.

/s/ W. Scott McCollough
W. Scott McCollough

Declaration Supporting Bill of Costs Page -4-

## Appendix 1: Main Brief - Bill of Costs Itemization

### Filed:  Main Brief + 4 Statutory Addenda

| Main Brief – Total (Main Brief + 4 Addenda) | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 665 | 5320 | 0.1 | 532 |
| Color | 8 | 1 | 8 | 0.55 | 4.4 |
| Front Cover | 8 | 5 | 40 | 0.42 | 16.8 |
| Back Cover | 8 | 5 | 40 | 0.41 | 16.4 |
| Fasteners | 8 | 5 | 40 | 4.68 | 187.2 |
| | | | | | 756.8 |

| Main Brief | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 117 | 936 | 0.1 | 93.6 |
| Color | 8 | 1 | 8 | 0.55 | 4.4 |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 142.08 |

| Main Brief Statutory Addendum 1 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 119 | 952 | 0.1 | 95.2 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 139.28 |

| Main Brief **Statutory Addendum 2** | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 170 | 1360 | 0.1 | 136 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 180.08 |

| Main Brief **Statutory Addendum 3** | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 135 | 1080 | 0.1 | 108 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 152.08 |

| Main Brief **Statutory Addendum 4** | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 124 | 992 | 0.1 | 99.2 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 143.28 |

## Appendix 2: Reply Brief - Bill of Costs Itemization

### Filed:  Reply Brief + 1 Statutory Addendum

| Reply Brief – Total (Reply Brief + 1 Addendum) | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 150 | 1200 | 0.1 | 120 |
| Color | 8 | 1 | 8 | 0.55 | 4.4 |
| Front Cover | 8 | 2 | 16 | 0.42 | 6.72 |
| Back Cover | 8 | 2 | 16 | 0.41 | 6.56 |
| Fasteners | 8 | 2 | 16 | 4.68 | 74.88 |
|  |  |  |  |  | 212.56 |

| Reply Brief | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 47 | 376 | 0.1 | 37.6 |
| Color | 8 | 1 | 8 | 0.55 | 4.4 |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
|  |  |  |  |  | 86.08 |

| Reply Brief **Statutory Addendum** | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 103 | 824 | 0.1 | 82.4 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 126.48 |

**Appendix 3: Joint Appendix**

**Filed: 26 volumes + 1 Supplemental Volume + 2 Corrected Volumes (Volume 8 & Volume 19)**

| JAs - 29 Total (27 + 2 corrections) | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 13,007 | 104056 | 0.1 | 10405.6 |
| Color | | | | | |
| Front Cover | 8 | 29 | 232 | 0.42 | 97.44 |
| Back Cover | 8 | 29 | 232 | 0.41 | 95.12 |
| Fasteners | 8 | 29 | 232 | 4.68 | 1085.76 |
| | | | | | 11683.92 |

| JA - Volume 1 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 417 | 3336 | 0.1 | 333.6 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 377.68 |

| JA - Volume 2 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 455 | 3640 | 0.1 | 364 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |

| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | **408.08** |

| **JA - Volume 3** | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 455 | 3640 | 0.1 | 364 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | **408.08** |

| **JA - Volume 4** | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 455 | 3640 | 0.1 | 364 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | **408.08** |

| **JA - Volume 5** | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 455 | 3640 | 0.1 | 364 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |

| | | | | | 408.08 |
|---|---|---|---|---|---|

| **JA - Volume 6** | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 469 | 3752 | 0.1 | 375.2 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 419.28 |

| **JA - Volume 7** | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 454 | 3632 | 0.1 | 363.2 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 407.28 |

| **JA - Volume 8** | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 423 | 3384 | 0.1 | 338.4 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 382.48 |

| JA - Volume 9 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 467 | 3736 | 0.1 | 373.6 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 417.68 |

| JA - Volume 10 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 479 | 3832 | 0.1 | 383.2 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 427.28 |

| JA - Volume 11 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 444 | 3552 | 0.1 | 355.2 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 399.28 |

| JA - Volume 12 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 480 | 3840 | 0.1 | 384 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 428.08 |

| JA - Volume 13 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 496 | 3968 | 0.1 | 396.8 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 440.88 |

| JA - Volume 14 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 427 | 3416 | 0.1 | 341.6 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 385.68 |

| JA - Volume 15 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 454 | 3632 | 0.1 | 363.2 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 407.28 |

| JA - Volume 16 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 469 | 3752 | 0.1 | 375.2 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 419.28 |

| JA - Volume 17 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 469 | 3752 | 0.1 | 375.2 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 419.28 |

| JA - Volume 18 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 460 | 3680 | 0.1 | 368 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 412.08 |

| JA - Volume 19 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 471 | 3768 | 0.1 | 376.8 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 420.88 |

| JA - Volume 20 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 455 | 3640 | 0.1 | 364 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 408.08 |

| JA - Volume 21 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 487 | 3896 | 0.1 | 389.6 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 433.68 |

| JA - Volume 22 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 481 | 3848 | 0.1 | 384.8 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 428.88 |

| JA - Volume 23 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 454 | 3632 | 0.1 | 363.2 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 407.28 |

| JA - Volume 24 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 494 | 3952 | 0.1 | 395.2 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 439.28 |

| JA - Volume 25 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 454 | 3632 | 0.1 | 363.2 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 407.28 |

| JA - Volume 26 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 455 | 3640 | 0.1 | 364 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 408.08 |

| JA - Supplemental - Volume 27 | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 134 | 1072 | 0.1 | 107.2 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 151.28 |

| JA - Volume 8 - Corrected | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 471 | 3768 | 0.1 | 376.8 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 420.88 |

| JA - Volume 19 - Corrected | Total # copies of briefs | Pages, Covers or fasteners per brief | Total # of pages, covers or fasteners | Fee per page, cover or fastener | Subtotal |
|---|---|---|---|---|---|
| Text | 8 | 423 | 3384 | 0.1 | 338.4 |
| Color | | | | | |
| Front Cover | 8 | 1 | 8 | 0.42 | 3.36 |
| Back Cover | 8 | 1 | 8 | 0.41 | 3.28 |
| Fasteners | 8 | 1 | 8 | 4.68 | 37.44 |
| | | | | | 382.48 |

**Appendix 4: Shipping Costs**

| Date | Items Shipped | Cost |
|---|---|---|
| 2/3/2020 | Petition for Review – Service Copies | 75.57 |
| 11/19/2020 | Main Brief<br>Main Brief 4 Statutory Addenda<br>Reply Brief<br>Reply Brief 1 Statutory Addendum<br>Supplemental JA (JA volume 27) | 137.36 |
| 11/13/2020 | Joint Appendix (Volumes 1-26) | 935.34 |
| 12/4/2020 | Corrected JA (Volumes 8 + 19) | 76.99 |
| | **Total Shipping Cost** | 1225.26 |