# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-1025**　　　　　　　　　　　　　　　　**September Term, 2021**

**FCC-19-126**

**Filed On:** September 14, 2021

Environmental Health Trust, et al.,

     Petitioners

    v.

Federal Communications Commission and
United States of America,

     Respondents

------------------------------

Consolidated with 20-1138

## O R D E R

Upon consideration of the bill of costs filed by petitioners Environmental Health Trust, et al., in No. 20-1025, it is

**ORDERED** that petitioners' request for costs be granted. Costs are awarded to petitioners in the amount of $500.00 and taxed against respondents.

Costs are payable directly between the parties. Payment should not be submitted to the Clerk

**Per Curiam**

                                                FOR THE COURT:
                                                Mark J. Langer, Clerk

                      BY:    /s/
                                          Daniel J. Reidy
                                          Deputy Clerk