# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-1025**                                         **September Term, 2021**

**FCC-19-126**

**Filed On:** September 14, 2021

Environmental Health Trust, et al.,

      Petitioners

      v.

Federal Communications Commission and
United States of America,

      Respondents

------------------------------

Consolidated with 20-1138

## O R D E R

Upon consideration of the bill of costs filed by petitioners Children's Health Defense, et al., in No. 20-1138, it is

**ORDERED** that petitioners' request for costs be granted. Costs are awarded to petitioners in the amount of $14,351.98 and taxed against respondents.

Costs are payable directly between the parties. Payment should not be submitted to the Clerk

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:    /s/
                Daniel J. Reidy
                Deputy Clerk