# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-1025**                      **September Term, 2021**

**FCC-19-126**

**Filed On: October 5, 2021** [1916917]

Environmental Health Trust, et al.,

      Petitioners

    v.

Federal Communications Commission and
United States of America,

      Respondents

------------------------------

Consolidated with 20-1138

## M A N D A T E

In accordance with the judgment of August 13, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                       BY:   /s/
                                                   Daniel J. Reidy
                                                   Deputy Clerk

Link to the judgment filed August 13, 2021