# United States Court of Appeals
## For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 20-1025** | **September Term, 2021** |
| | **FCC-19-126** |
| | **Filed On:** December 17, 2021 |

Environmental Health Trust, et al.,

      Petitioners

  v.

Federal Communications Commission and
United States of America,

      Respondents

------------------------------

Consolidated with 20-1138

## O R D E R

Upon consideration of respondents' consent motion for extension of time to file response to petitioners' motions for attorneys' fees, it is

**ORDERED** that the motion be granted. Respondents' response is now due on January 14, 2022. Any replies are due on January 25, 2022.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                  BY:    /s/
                              Anya Karaman
                              Deputy Clerk