# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-1025**                                              **September Term, 2021**

**FCC-19-126**

**Filed On:** February 15, 2022

Environmental Health Trust, et al.,

        Petitioners

    v.

Federal Communications Commission and
United States of America,

        Respondents

----------------------------

Consolidated with 20-1138

**BEFORE:**    Henderson, Millett, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the joint motion of petitioners in case No. 20-1025 for attorneys' fees and expenses under the federal Equal Access to Justice Act and the opposed application by motion of petitioner Children's Health Defense for attorneys' fees under the Equal Access to Justice Act in case No. 20-1138, the opposition to both motions, and the replies, including the supplemental request for fees by petitioners in No. 20-1025, it is

**ORDERED** that the motions and the supplemental request be denied.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Anya Karaman
        Deputy Clerk