# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-1138**     **September Term, 2023**

FCC-19-126

**Filed On:** October 4, 2023

Children's Health Defense, et al.,

    Petitioners

  v.

Federal Communications Commission and
United States of America,

    Respondents

------------------------------

Consolidated with 20-1025

## O R D E R

Upon consideration of the unopposed motion, filed by petitioner Children's Health Defense, to amend the September 14, 2021 order granting the bill of costs filed by petitioners Children's Health Defense, et al., it is

**ORDERED** that the motion be granted. It is

**FURTHER ORDERED** that the order be amended to provide that costs are awarded to petitioner Children's Health Defense in the amount of $14,351.98 and taxed against respondents.

Costs are payable directly between the parties. Payment should not be submitted to the Clerk.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                        BY:   /s/
                                Daniel J. Reidy
                                Deputy Clerk